AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

Kimberly Carleste Newman, Lisa Cabrera, Catherine Jones, and Denotra Nicole Lewis,
*Plaintiff(s)*

v().  Civil Action No.  5:20-cv-04011 VKD

Google LLC, YouTube LLC, Alphabet Inc.,

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
GOOGLE LLC, c/o Agent for Service of Process: Corporation Service Company which will do business in California as CSC - Lawyers Incorporating Service, (C1592199) - 2710 Gateway Oaks Drive, Suite 150N, Sacramento, CA 95833;
YOUTUBE LLC, c/o Agent for Service of Process: Corporation Service Company which will do business in California as CSC - Lawyers Incorporating Service, (C1592199) - 2710 Gateway Oaks Drive, Suite 150N, Sacramento, CA 95833;

Alphabet Inc., c/o Agent for Service of Process; Corporation Service Company which will do business in California as CSC - Lawyers Incorporating Service, (C1592199) - 2710 Gateway Oaks Drive, Suite 150N, Sacramento, CA 95833

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

BROWNE GEORGE ROSS LLP  
Peter Obstler (171623)  
  pobstler@bgrfirm.com  
44 Montgomery Street, Suite 1280  
San Francisco, California   94101  
T: 415-391-7100 / F: 310 275-5697  

BROWNE GEORGE ROSS LLP  
Eric M. George (166403)  
  egeorge@bgrfirm.com  
Debi A. Ramos (135373)  
  dramos@bgrfirm.com  
Keith R. Lorenze (326894)  
  klorenze@bgrfirm.com  
2121 Avenue of the Stars, Suite 2800  
Los Angeles, California 90067  
310-274-7100 / Fax 310-275-5697  

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **June 17, 2020**



*CLERK OF COURT*
**SUSAN Y. SOONG**

*Signature of Clerk or Deputy Clerk*


American LegalNet, Inc.
www.FormsWorkFlow.com

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. **5:20-cv-04011 VKD**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:


American LegalNet, Inc.
www.FormsWorkFlow.com