| | |
|---|---|
| DAVID H. KRAMER, SBN 168452<br>LAUREN GALLO WHITE, SBN 309075<br>KELLY M. KNOLL, SBN 305579<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Telephone: (650) 493-9300<br>Facsimile: (650) 565-5100<br>Email: dkramer@wsgr.com<br>Email: lwhite@wsgr.com<br>Email: kknoll@wsgr.com<br><br>BRIAN M. WILLEN (*Pro Hac Vice*)<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>1301 Avenue of the Americas, 40th Floor<br>New York, NY 10019-6022<br>Telephone: (212) 999-5800<br>Facsimile: (212) 999-5801<br>Email: bwillen@wsgr.com<br><br>Attorneys for Defendants<br>GOOGLE LLC, YOUTUBE, LLC, and<br>ALPHABET INC. | PETER OBSTLER, SBN 171623<br>BROWNE GEORGE ROSS<br>O'BRIEN ANNAGUEY & ELLIS LLP<br>44 Montgomery Street, Suite 1280<br>San Francisco, CA 94104<br>Telephone: (415) 391-7100<br>Facsimile: (310) 275-5697<br>Email: pobstler@bgrfirm.com<br><br>ERIC M. GEORGE, SBN 166403<br>DENNIS S. ELLIS, SBN 178196<br>DEBI A. RAMOS, SBN 135373<br>2121 Avenue of the Stars, Suite 2800<br>Los Angeles, CA 90067<br>Telephone: (310) 274-7100<br>Facsimile: (310) 275-5697<br>Email: egeorge@bgrfirm.com<br>Email: dellis@bgrfirm.com<br>Email: dramos@bgrfirm.com<br>Email: klorenze@bgrfirm.com<br><br>Attorneys for Plaintiffs<br>KIMBERLY CARLESTE NEWMAN,<br>LISA CABRERA, CATHERINE<br>JONES, DENOTRA NICOLE LEWIS,<br>ANDREW HEPKINS, HARVEY<br>STUBBS, KHALIF MUHAMMAD,<br>KEU REYES, and OSIRIS LEY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KIMBERLY CARLESTE NEWMAN, LISA CABRERA, CATHERINE JONES, DENOTRA NICOLE LEWIS, ANDREW HEPKINS, HARVEY STUBBS, KHALIF MUHAMMAD, KEU REYES, and OSIRIS LEY,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>GOOGLE LLC, YOUTUBE, LLC, ALPHABET INC., and DOES 1 through 100, inclusive,<br><br>　　　　Defendants. | CASE NO.: 5:20-cv-04011-LHK<br><br>**STIPULATION OF DISMISSAL OF DEFENDANT ALPHABET INC.** |

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiffs Kimberly Carleste Newman, Lisa Cabrera, Catherine Jones, Denotra Nicole Lewis, Andrew Hepkins, Harvey Stubbs, Khalif Muhammad, Keu Reyes, and Osiris Ley ("Plaintiffs") and Defendants Google LLC, YouTube, LLC, and Alphabet Inc. ("Defendants"), by and through their respective counsel of record, hereby stipulate to voluntarily dismiss Alphabet Inc. as a Defendant in this action, without prejudice.

DATED: November 2, 2020

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:   /s/ Lauren Gallo White
      LAUREN GALLO WHITE

Attorneys for Defendants
GOOGLE LLC, YOUTUBE, LLC, and
ALPHABET INC.

DATED: November 2, 2020

Respectfully submitted,

BROWNE GEORGE ROSS
O'BRIEN ANNAGUEY & ELLIS LLP

Debi A. Ramos
Attorneys for Plaintiffs KIMBERLY CARLESTE NEWMAN, et al.,