DAVID H. KRAMER, SBN 168452
LAUREN GALLO WHITE, SBN 309075
KELLY M. KNOLL, SBN 305579
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: dkramer@wsgr.com
Email: lwhite@wsgr.com
Email: kknoll@wsgr.com

BRIAN M. WILLEN (*Pro Hac Vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, NY 10019-6022
Telephone: (212) 999-5800
Facsimile: (212) 999-5801
Email: bwillen@wsgr.com

Attorneys for Defendants
GOOGLE LLC and YOUTUBE, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KIMBERLY CARLESTE NEWMAN, LISA CABRERA, CATHERINE JONES, DENOTRA NICOLE LEWIS, ANDREW HEPKINS, HARVEY STUBBS, KHALIF MUHAMMAD, KEU REYES, and OSIRIS LEY,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC, YOUTUBE, LLC, and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO.: 5:20-cv-04011-LHK<br><br>**DEFENDANTS' STATEMENT OF RECENT DECISION**<br><br>Before: Hon. Lucy H. Koh<br>Courtroom: 8 |

Defendants Google LLC and YouTube, LLC respectfully submit as supplemental authority the recent decision from Judge Virginia K. DeMarchi in *Daniels v. Alphabet, Inc.*, Case No. 20-cv-04687-VKD, ECF No. 31 (N.D. Cal. March 31, 2021) (Exhibit 1). Like this case, *Daniels* involved YouTube's decision to remove or restrict access to the plaintiff's content on its platform. Based on these similar facts, Judge DeMarchi granted Defendants' motion to dismiss with prejudice, ruling that the plaintiff failed to state claims for breach of contract, breach of the implied covenant of good faith and fair dealing, various equitable claims (including conversion), and violation of the First Amendment. The court further held that these claims were separately barred by both Section 230(c)(1) and 230(c)(2)(A) of the CDA.

Dated: April 14, 2021

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:   */s/ Lauren Gallo White*
          Lauren Gallo White

Attorneys for Defendants
GOOGLE LLC and YOUTUBE, LLC