MICHAEL D. GRANSTON
   *Deputy Assistant Attorney General*
ERIC WOMACK
   *Assistant Branch Director*
INDRANEEL SUR
   *Trial Attorney*
   Civil Division, Federal Programs Branch
   indraneel.sur@usdoj.gov
   D.C. Bar No. 978017
   P.O. Box 883
   Washington, D.C.  20044
   Telephone:  (202) 616-8488
   Facsimile:  (202) 616-8470

*Counsel for the United States of America*

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

KIMBERLY CARLESTE NEWMAN, et al.,

   *Plaintiffs*,

   vs.

GOOGLE LLC, et al.,

   *Defendants*.

Case No. 5:20-cv-04011-LHK

**UNITED STATES OF AMERICA'S NOTICE OF RECENT EXECUTIVE ORDER**

Action Filed: June 16, 2020
Trial Date: None Set
Rule 5.1 Notice Filed: June 16, 2020

UNITED STATES'S NOTICE OF RECENT EXECUTIVE ORDER
Case No. 5:20-cv-04011-LHK

**U.S. DEPARTMENT OF JUSTICE**
**Civil Division, Federal Programs Branch**
**P.O. Box 883**
**Washington, DC 20044**
**Tel: (202) 616-8488**

The President issued Executive Order 14029 of May 14, 2021 (Revocation of Certain Presidential Actions and Technical Amendment), 86 Fed. Reg. 27025 (May 19, 2021).  Section 1 of Exec. Order 14029 provides that the Executive Order addressed in the Rule 5.1 notice in this action (Doc. 4), Executive Order 13925 of May 28, 2020 (Preventing Online Censorship), is revoked.

A copy of Exec. Order 14029, as printed in the *Federal Register*, is attached.

DATED: May 19, 2021              Respectfully submitted,

MICHAEL D. GRANSTON
*Deputy Assistant Attorney General*

ERIC WOMACK
*Assistant Branch Director*

INDRANEEL SUR
*Trial Attorney*

By:  /s/ Indraneel Sur
       INDRANEEL SUR

U.S. Department of Justice
*Counsel for the United States of America*

UNITED STATES'S RECENT EXECUTIVE ORDER - 1 -
Case No. 5:20-cv-04011-LHK

U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044
Tel: (202) 616-8488