Peter Obstler/SBN 171623
pobstler@bgrfirm.com
Eric M. George/SBN 166403
egeorge@bgrfirm.com
Dennis Ellis/SBN 178196
dellis@bgrfirm.com
Debi A. Ramos/SBN 135373
dramos@bgrfirm.com
BROWNE GEORGE ROSS
   O'BRIEN ANNAGUEY & ELLIS LLP
2121 Avenue of the Stars, Suite 2800
Los Angeles, CA 90067
310-274-7100; Facsimile: 310-275-5697

Attorneys for Plaintiffs Kimberly Carleste
Newman, Lisa Cabrera, Catherine Jones,
Denotra Nicole Lewis, Andrew Hepkins,
Harvey Stubbs, Khalif Muhammad, Keu
Reyes, and Osiris Ley

David H. Kramer/SBN 168452
dkramer@wsgr.com
Lauren Gallo White/SBN 309075
lwhite@wsgr.com
Kelly M. Knoll/SBN 305579
kknoll@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
650-493-9300; Facsimile: 650-565-5100

Brian M. Willen (Admitted *Pro Hac Vice*)
bwillen@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, NY 10019-6022
212-999-5800; Facsimile: 212-999-5801

Attorneys for Defendants Google LLC and
YouTube, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| Kimberly Carleste Newman, Lisa Cabrera, Catherine Jones, Denotra Nicole Lewis, Andrew Hepkins, Harvey Stubbs, Khalif Muhammad, Keu Reyes and Osiris Ley, <br><br> Plaintiffs, <br><br> vs. <br><br> Google LLC, YouTube LLC, Alphabet, Inc. and Does 1 through 100, inclusive, <br><br> Defendants. | Case No. 5:20-cv-04011-LHK <br><br> **STIPULATION OF THE PARTIES RE CASE MANAGEMENT CONFERENCE, FILING THE THIRD AMENDED COMPLAINT, AND BRIEFING DEFENDANTS' MOTION TO DISMISS** <br><br> Judge:   Hon. Lucy H. Koh <br> Date:    July 28, 2021 <br> Time:   2:00 p.m. <br> Crtrm.:  8 |

Plaintiffs Kimberly Carleste Newman, Lisa Cabrera, Catherine Jones, Denotra Nicole Lewis, Andrew Hepkins, Harvey Stubbs, Khalif Muhammad, Keu Reyes, and Osiris Ley ("Plaintiffs") and Defendants Google LLC and YouTube, LLC ("Defendants") (collectively, "the Parties"), by and through their respective counsel of record, hereby stipulate as follows in the above entitled lawsuit ("this case"):

WHEREAS, Plaintiffs filed this action on June 16, 2020 alleging racial discrimination in contract (*see* Dkt. 1);

WHEREAS, the Court issued an Order allowing Plaintiffs to file a Second Amended Complaint on August 26, 2020 (*see* Dkt. 25);

WHEREAS, Plaintiffs filed a Revised Second Amended Complaint on September 21, 2020 (*see* Dkt. 27);

WHEREAS, Defendants filed a Motion to Dismiss on November 2, 2020 (*see* Dkt. 29);

WHEREAS, the Court granted Defendants' Motion to Dismiss with leave to amend on June 25, 2021 (*see* Dkt. 68);

WHEREAS, Plaintiffs intend to file a Third Amended Complaint (the "TAC");

WHEREAS, Defendants anticipate responding to the TAC by moving for its dismissal;

WHEREAS, there is now pending before the California Court of Appeals for the Sixth Appellate District the appeal of Prager University in *Prager University v. Google, et al.*, Santa Clara Superior Court Case No. 19CV340667 ("*Prager University*"), the record for which was filed today and requires briefs to be filed;

WHEREAS, on August 13, 2019, LGBTQ content creators filed a lawsuit against Defendants entitled *Divino Group LLC, et al. v. Google LLC, et al.*, in the United States District Court for the Northern District of California San Jose Division, Case No. 5:19-cv-04749-VKD ("*Divino*"), which is now pending in this Court before the Honorable Virginia DeMarchi, and Plaintiffs sent a Rule 5.1 Notice to the Government that they intended to challenge the proper construction, scope, application, and constitutionality of 47 U.S.C. §230(c) immunity granted to internet service providers given Plaintiffs' allegations of identity based discrimination, including discrimination based on sexual orientation and gender;

1    WHEREAS, on January 6, 2021, the Court in *Divino* granted Defendants' Motion to

2  Dismiss;

3    WHEREAS, on January 20, 2021, Plaintiffs filed the Third Amended Class Action

4  Complaint in *Divino*;

5    WHEREAS, on February 16, 2021, the Court in *Divino* issued an Order staying the

6  action pursuant to Stipulation, pending the Court's ruling in this matter on Defendants' Motion

7  to Dismiss the Second Amended Complaint;

8    WHEREAS, the *Divino* Plaintiffs and Defendants agree that the stay in *Divino* should be

9  lifted and the matter should proceed;

10    WHEREAS, the Defendants in *Divino* now intend to respond to the TAC and move for

11  its dismissal;

12    WHEREAS, the Parties have met and conferred at length, desire to continue the Case

13  Management Conference currently scheduled for July 28, 2021, and desire to coordinate the

14  briefing schedules for this matter, *Divino*, and *Prager University*; and

15    WHEREAS, subject to approval of this Court, after meeting and conferring, pursuant to

16  this stipulation, the Parties have agreed to request that the Court enter an order setting the

17  following schedule:  (a) the Case Management Conference currently set for July 28, 2021 at 2:00

18  p.m. before this Court shall be continued to a date after the hearing for Defendants' Motion to

19  Dismiss the TAC,  (b) Plaintiffs' TAC shall be filed on or before October 5, 2021,

20  (c) Defendants' response to the TAC, including any Motion to Dismiss, shall be filed on or before

21  November 1, 2021,  (d) Plaintiffs' Opposing papers shall be filed on or before November 22,

22  2021, and  (e) Defendants' Reply Brief shall be filed on or before December 14, 2021.

23    NOW, THEREFORE, based on the above stipulation pursuant to Civil Local Rule 7-12,

24  the Parties respectfully ask the Court to enter the attached proposed order, which provides:

25    (1)   The Case Management Conference currently set for July 28, 2021 at 2:00 p.m.

26    before this Court shall be continued;

27    (2)   Plaintiffs shall file their Third Amended Complaint on or before October 5,

28    2021;

(3)   Defendants shall file their response to the Third Amended Complaint, including any Motion to Dismiss, on or before November 1, 2021;

(4)   Plaintiffs shall file any Opposition papers on or before November 22, 2021; and

(5)   Defendants shall file any Reply papers on or before December 14, 2021.

DATED:  July 21, 2021                    Respectfully submitted,

BROWNE GEORGE ROSS
O'BRIEN ANNAGUEY & ELLIS LLP


By:   _____
            Debi Ramos
Attorneys for Plaintiffs


DATED:  July 21, 2021                    Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation


By:      /s/ Brian M. Willen
            Brian M. Willen
Attorneys for Defendants Google LLC and YouTube, LLC

## ATTORNEY ATTESTATION

I, Debi Ramos, am the ECF user whose ID and password are being used to file this document.  I hereby attest that concurrence in the filing of this document has been obtained from each signatory pursuant to Northern District Cal.Civil Local Rule 5-1(i)(3).


_____
Debi Ramos

1

2

3

4

5

6

7

8                             UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| Kimberly Carleste Newman, Lisa Cabrera, Catherine Jones, Denotra Nicole Lewis, Andrew Hepkins, Harvey Stubbs, Khalif Muhammad, Keu Reyes and Osiris Ley,<br><br>          Plaintiffs,<br><br>     vs.<br><br>Google LLC, YouTube LLC, Alphabet Inc. and Does 1 through 100, inclusive,<br><br>          Defendants. | Case No. 5:20-cv-04011-LHK<br><br>~~[PROPOSED]~~ SCHEDULING ORDER<br><br>(Filed Concurrently with the Joint Amended Case Management Report)<br><br>Judge:    Hon. Lucy H. Koh<br><br>Trial Date:     None Set |

17

18

19

20

21

22

23

24

25

26

27

28

~~[PROPOSED]~~ SCHEDULING ORDER

Having considered the Joint Amended Case Management Report and the Parties' requested schedule for Plaintiffs to file the further amended Complaint, and their requested briefing schedule for Defendants' Motion to Dismiss, all papers on file and good cause appearing therefore,

IT IS HEREBY ORDERED:

(1)   The Case Management Conference currently set for July 28, 2021 at 2:00 p.m. before this Court shall be continued to November 10, 2021 at 2:00 p.m;

(2)   Plaintiffs shall file their Third Amended Complaint on or before October 5, 2021;

(3)   Defendants shall file their response to the Third Amended Complaint, including any Motion to Dismiss, on or before November 1, 2021;

(4)   Plaintiffs shall file any Opposition papers on or before November 22, 2021; and

(5)   Defendants shall file any Reply papers on or before December 14, 2021.

**IT IS SO ORDERED.**

Dated:  July 22, 2021

_Lucy H. Koh_

Honorable Lucy H. Koh
United States District Court Judge