1  BROWNE GEORGE ROSS
   O'BRIEN ANNAGUEY & ELLIS LLP
2  Peter Obstler (State Bar No. 171623)
      pobstler@bgrfirm.com
3  Eric M. George (State Bar No. 166403)
      egeorge@bgrfirm.com
4  Dennis S. Ellis (State Bar No. 178196)
      dellis@bgrfirm.com
5  Debi A. Ramos (State Bar No. 135373)
      dramos@bgrfirm.com
6  2121 Avenue of the Stars, Suite 2800
   Los Angeles, California 90067
7  Telephone: (310) 274-7100; Facsimile: (310) 275-5697

8  Attorneys for Kimberly Carleste Newman, Lisa
   Cabrera, Catherine Jones, Denotra Nicole Lewis,
9  Andrew Hepkins, Harvey Stubbs, Khalif
   Muhammad, Keu Reyes and Osiris Ley

10

11                    UNITED STATES DISTRICT COURT

12          NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

13

14  Kimberly Carleste Newman, Lisa Cabrera,        Case No. 5:20-cv-04011-LHK
    Catherine Jones, Denotra Nicole Lewis,
15  Andrew Hepkins, Harvey Stubbs, Khalif
    Muhammad, Keu Reyes and Osiris Ley,
16                                                 **THIRD AMENDED CLASS ACTION**
                   Plaintiffs,                     **COMPLAINT FOR DECLARATORY**
17                                                 **JUDGMENT, CIVIL RIGHTS**
           vs.                                     **VIOLATIONS, FALSE ADVERTISING,**
18                                                 **BREACH OF CONTRACT, DAMAGES**
    Google LLC, YouTube LLC, Alphabet Inc.         **AND EQUITABLE RELIEF**
19  and Does 1 through 100, inclusive,
                                                   Judge:    Hon. Judge Lucy H. Koh
20                 Defendants.                      Crtrm.:   8

21

22

23

24

25

26

27

28

**<u>TABLE OF CONTENTS</u>**

<u>Page</u>

I. INTRODUCTION AND PREFATORY STATEMENT OF THE CASE ............................. 1

II. PARTIES .................................................................................................................. 12

III. JURISDICTION AND VENUE ................................................................................ 17

    A. Diversity Jurisdiction: The Class Action Fairness Act, 28 U.S.C. §1332(d) ("CAFA") ................................................................................................. 17

    B. Federal Question Jurisdiction: "Arising Under" Jurisdiction, 28 U.S.C. §1331 ....................................................................................................... 18

    C. Supplemental Jurisdiction: 28 U.S.C. §1367 ................................................. 20

    D. Venue: 28 U.S.C. §1391 ................................................................................ 21

IV. FACTS COMMON TO ALL CLAIMS ..................................................................... 21

    A. Defendants' Operation Of YouTube ............................................................... 23

    B. The Governing Agreements ............................................................................ 38

    C. The Relevant Provisions of the Agreement .................................................... 41

    D. Defendants' Interpretation of the Governing Agreements ............................. 44

    E. Defendants' Material Misrepresentations ...................................................... 46

    F. Defendants' Anti-Competitive, Unlawful, Deceptive And Unfair Business Practices ......................................................................................... 49

    G. Defendants' Tool Kit For Unlawful Practices ................................................ 52

        1. Artificial Intelligence Algorithm Restrictions .................................... 52

        2. Excluding Channels And Videos From Full Revenue Generation ...... 55

        3. Interfering With Individual Video Viewing ........................................ 56

        4. Misapplying "Restricted Mode" ......................................................... 60

        5. Shadow Banning Channels And Videos .............................................. 66

        6. Delegating Content Review And Regulation To Racists And White Supremacists ...................................................................................... 67

        7. Viewer Muzzling ................................................................................ 68

        8. Ad Bombing ........................................................................................ 70

-i-
**THIRD AMENDED CLASS ACTION COMPLAINT**

**TABLE OF CONTENTS**
(Continued)

Page

9. Excluding Videos From "Trending" And "Up Next" Video Recommendations .................................................. 71

10. "Up Next" Flooding ...................................................... 71

11. Promoting And Profiting From Hate Speech ................... 72

12. Interfering With, Obstructing, Ignoring And Delaying Appeals ................. 74

H. Defendants Have Violated And Continue To Violate The Rights Of Plaintiffs And The Race Discrimination Class ............................................ 76

1. Kimberly Carleste Newman ...................................... 76

2. Lisa Cabrera ................................................................ 81

3. Catherine Jones ......................................................... 101

4. Denotra Nicole Lewis ................................................ 101

5. Andrew Hepkins ....................................................... 110

6. Harvey Stubbs ........................................................... 122

7. Khalif Muhammad ..................................................... 129

8. Keu Reyes .................................................................. 136

9. Osiris Ley .................................................................. 139

V. CLASS ALLEGATIONS ................................................................. 146

VI. INDIVIDUAL CAUSES OF ACTION .............................................. 151

FIRST CAUSE OF ACTION Request For A Declaratory Relief Judgment that §230(c) Immunity Is Inapplicable to Discrimination Claims (On Behalf Of Individual Plaintiffs And The Race Discrimination Class ................................ 151

A. Pertinent Provisions of 47 U.S.C. §230(c) ........................... 152

B. Procedural History Of This Case And Controversy ................ 153

C. Justiciable Legal Controversies Currently Exist Regarding The Construction And Constitutionality Of 47 U.S.C. §230(c) .................... 155

1. An Actual Controversy Exists As To Whether Defendants Have Contracted Out Of §230(c) Immunity Under The TOS And Other Agreements And Promises Made To Plaintiffs ....................... 156

# TABLE OF CONTENTS
### (Continued)

**Page**

2. An Actual Controversy Exist As To Whether The Provisions Of §230(c) Immunize Defendants From Race, Ethnicity Or Other Protected Identity Discrimination In Filtering And Blocking Online Content And Access ........................................................................... 156

3. An Actual Controversy Exists As To Whether §230(c) Immunizes Defendants For Conduct That Violates Plaintiffs' Equal Protection Rights Under Longstanding Antidiscrimination Laws ............................. 157

4. The Provisions And/or Application Of Any Part Of §230(c) To Claims Arising Out Of Race, Ethnicity Or Other Protected Identity Discrimination Is Unconstitutional .............................................. 157

    D. Plaintiffs Served Rule 5.1 Notice On The U.S. Attorney General ......................... 158

SECOND CAUSE OF ACTION For Freedom Of Speech Under The First Amendment United States Constitution, Amendment 1 (On Behalf Of Individual Plaintiffs And The Race Discrimination Class) .......................................................................... 160

    A. Procedural Background ............................................................................. 160

    B. Permissive Endorsement Allegations Of State Action ............................................ 163

    C. State Action Allegations Under The Public Function Test ..................................... 167

    D. Defendants' Conduct Violates The First Amendment ............................................ 168

THIRD CAUSE OF ACTION For Discrimination In Contract In Violation Of 42 U.S.C. § 1981 (On Behalf Of Individual Plaintiffs And The Race Discrimination Class ............... 170

FOURTH CAUSE OF ACTION For False Advertising In Violation Of The Lanham Act, U.S.C. §1125, *et seq.* (On Behalf Of Individual Plaintiffs And The Race Discrimination Class) ........................................................................................ 175

FIFTH CAUSE OF ACTION For Breach of Contract (On Behalf Of Individual Plaintiffs And The Race Discrimination Class) .................................................................... 183

SIXTH CAUSE OF ACTION For Breach Of The Implied Covenant of Good Faith And Fair Dealing Or In The Alternative For Rescission And Restitution (On Behalf Of Individual Plaintiffs And The Race Discrimination Class) ................................................. 185

SEVENTH CAUSE OF ACTION For Promissory Estoppel (On Behalf Of Individual Plaintiffs And The Race Discrimination Class) ................................................. 189

EIGHTH CAUSE OF ACTION For Unlawful, Deceptive, And Unfair Business Practices Cal. Bus. & Profs. Code, §§17200, *et seq.* (On Behalf Of Individual Plaintiffs And The Race Discrimination Class) ........................................................................ 192

NINTH CAUSE OF ACTION Equitable Claim For An Accounting Of Debts Owed Under Contract (On Behalf Of Individual Plaintiffs And The Race Discrimination Class) ......... 193

## <u>TABLE OF CONTENTS</u>
### (Continued)

**Page**

TENTH CAUSE OF ACTION For Conversion Of Plaintiffs' Property  (On Behalf Of Individual Plaintiffs And The Race Discrimination Class).................................................. 196

ELEVENTH CAUSE OF ACTION For Replevin  (On Behalf Of Individual Plaintiffs And The Race Discrimination Class)......................................................................................... 198

TWELFTH CAUSE OF ACTION  For Unlawful Discrimination In Violation Of The Unruh Civil Rights Act (On Behalf Of Individual Plaintiffs And The Race Discrimination Class)............................................................................................................................ 200

THIRTEENTH CAUSE OF ACTION  For Violation Of California Constitution Article I, Section 2 (On Behalf Of Individual Plaintiffs And The Race Discrimination Class)........ 204

VII.      PRAYER FOR RELIEF .................................................................................. 208

VIII.     JURY TRIAL DEMAND................................................................................ 212

Plaintiffs, Kimberly Carleste Newman, Lisa Cabrera, Catherine Jones, Denotra Nicole Lewis, Andrew Hepkins, Harvey Stubbs, Khalif Muhammad, Keu Reyes and Osiris Ley bring this lawsuit (the "Lawsuit"), individually and on behalf of a putative class of similarly situated persons, against Defendant YouTube, LLC ("YouTube"), and its parent companies, Google LLC ("Google") (collectively referred to as "Google/YouTube" or "Defendants," unless otherwise specified).[1]

## I.   INTRODUCTION AND PREFATORY STATEMENT OF THE CASE

1.     Defendants Google/YouTube are the largest Internet Service Providers ("ISPs") in the world.  Together, they operate the global video social media site known as "YouTube."

2.     Defendants obtain the license, monetization, and other property rights to the content and data to 95% of the publicly available video content in the world by entering into license agreements with more than 2 billion public internet users who post, watch, engage, and communicate about video content on YouTube.  In return, Defendants promise to provide each user with equal access to YouTube, and all of the benefits and services offered in connection with the site, subject only to identity neutral, content based rules and terms of services ("TOS") that are governed solely by the internal laws of California.

3.     Defendants violated, and continue to violate those, and other promises and legal obligations to Plaintiffs.  Defendants filter, curate, restricted and deny equal access to Plaintiffs

_____

[1] Substantial overlap exists between the claims, allegations, putative classes and issues in this Lawsuit, with a case pending before this Court, *Divino Group, LLC et al., v. Google LLC, et al*, Case No. 5:19-cv-004749 – VKD (N.D. Cal.) ("*Divino*").  After reviewing Civil L.R. 3-12 governing related cases, it is unclear whether this Lawsuit technically meets the specific criteria and elements required for formal relation of the two cases under Local Rule 3-12.  Specifically, this Lawsuit does not involve *all* of "the same parties," or the identical "property" owned by the same parties in *Divino*.  It is also unclear whether the "transactions" are the same within the meaning of Local Rule 3-12, or whether the "events" consist of the identical unlawful conduct of restricting of access to the YouTube platform based on the profiling and discriminatory use of a consumer's personal identity or viewpoint in *Divino,* in contrast with the racial identity profiling and discrimination against Plaintiffs and the members of the Race Discrimination Class alleged in this Lawsuit.  Consequently, while Plaintiffs do not believe that all of the requirements for designating this lawsuit and *Divino* "related" are satisfied under Local Rule 3-12, Plaintiffs are not opposed to having this lawsuit related to, or coordinated with, the pending proceedings in *Divino*.

and other similarly situated users based on the user's race, ethnicity, national origin, or other protected identity characteristics.

4.  That is why experts and researchers in the field have accused Defendants of "digital redlining."  According to experts, "the power of algorithms in the age of neoliberalism and the ways those digital decisions reinforce oppressive social relationships and enact new modes of racial profiling," which have been termed "technological redlining."  "The near-ubiquitous use of algorithmically driven software, both visible and invisible to everyday people," results in the practice of racial redlining by Defendants that has been traditionally associated with "real estate and banking circles, creating and deepening inequalities by race, such that, for example, people of color are more likely to pay higher interest rates or premiums just because they are Black or Latino."  Safiya Umoja Noble, "Algorithms of Oppression." Apple Books; https://books.apple.com/us/book/algorithms-of-oppression/id1327926683.

5.  Defendants use all of their aggregated data about the race, ethnicity, and national origin of Plaintiffs to make decisions about access to the YouTube platform and services.  That aggregated data is then "embedded in computer code and, increasingly, in artificial intelligence technologies" that results in racial bias and discrimination by Defendants.  Safiya Umoja Noble, "Algorithms of Oppression." Apple Books.  https://books.apple.com/us/book/algorithms-of-oppression/id1327926683.

6.  According to these researchers, "[r]acism is a standard protocol for organizing behavior on the web" at Google/YouTube.  "[O]ppression operates in the same formats, runs the same scripts over and over," and "is tweaked to be context specific.  But, "it's all the same source code."  Excerpt From: Safiya Umoja Noble, "Algorithms of Oppression." Apple Books. https://books.apple.com/us/book/algorithms-of-oppression/id1327926683.

7.  Researchers have also confirmed what Defendants admitted back in 2017; Defendants' applications "track identity" in order to "surface targeted ads for users by analyzing users' web traces."  "[N]ot only do search engines increasingly remember the digital traces of where we have been and what links we have clicked in order to provide more custom content (a practice that has begun to gather more public attention after Google announced it would use past

search practices and link them to users in its privacy policy change in 2012)," but that information is part of a larger identity based data profile that Defendants use to filter, curate and restrict access to the YouTube platform and services.  Excerpt From: Safiya Umoja Noble, "Algorithms of Oppression." Apple Books.  https://books.apple.com/us/book/algorithms-of-oppression/id1327926683.

8.    Independent researchers are not the only ones to have found that Defendants are engaged in digital redlining by using race and other protected identity characteristics of users to make decisions regarding access to the YouTube platform and services.  When it comes to content filtering and equal access for all on YouTube, African American, Hispanic, LGBTQ+, and other protected YouTubers have been discriminated against and victimized by Defendants digital redlining and identity legal transgression for years.

9.    Plaintiffs' core allegation here is that since at least 2017, Defendants admitted that they have knowingly and systematically have profiled, filtered, and used information and aggregated personal digital data about race, ethnicity, national origin, or other protected identity traits of users to regulate, restrict, and deny access to YouTube and its services.  Defendants' use of race or other protected identity classifications in any way to make access, service, and benefit decisions under a contract is, and has been for decades, illegal in California and the United States. Yet, Defendants continue to engage in discrimination under contract and other unlawful actions because they erroneously contend that, unlike other business operators, they are beyond the reach or prohibitions of law, even when it comes to race discrimination under contract.  Researchers have confirmed with empirical evidence and data that Plaintiffs and other members of the public have been subjected to Defendants' digital redlining practice well before 2017.

10.    Defendants admit that they knowingly, intentionally, and systematically employ artificial intelligence ("A.I."), algorithms, filters, facial recognition and automated systems to "target" Plaintiffs and the Race Discrimination Class based on their race, ethnicity, origin, or other protected classification.  Defendants admit that the collection and use of aggregated data, cookies, and other information about the users race or protected identity is used to "target" or single out

1  Plaintiffs and the Race Discrimination Class for purported "content based" restrictions and to deny

2  them full and equal access to services and revenue streams available to others on YouTube.

3        11.    Defendants also admit that they systematically profile consumers' personal

4  characteristics, including Plaintiffs' race, and use identity based data to restrict, deny, and/or

5  interfere with Plaintiffs' access and services, based on whether the consumer is "black," or

6  identifies with some other protected persons under the law -- not because Plaintiffs' content (or

7  accessing of YouTube) violates Defendants' content based rules and TOS.  Defendants use facial

8  recognition, the aggregation of personal identity based and other personal user data from Google

9  and YouTube Search, Google Adwords and Adsense, Google Docs, and a host of other online

10  services, and racially biased A.I. tools that "manipulate" results based on language and other

11  personal traits.  All of this personal racial and other identity based data is used by Defendants to

12  filter, restrict, and deny Plaintiffs "equal" access to YouTube in direct violation of Defendants

13  promise of identity neutral, content based rules that apply equally to all.

14        12.    The profiling and use of Plaintiffs' race, ethnicity, or other protected identity to

15  make what are supposed to be neutral content based access decisions is race discrimination under

16  contract that violates both California and federal anti-discrimination.  Defendants have known since

17  2017 that their filtering tools have been targeting users based on the racial identity of Plaintiffs, as

18  well as other protected identity traits.  Defendants promised a "fix".

19        13.    The chart reviewing over 100 of Plaintiffs' videos and comparing them to the videos

20  of white or preferred users shows the racial targeting of Plaintiffs and other protected users has not

21  been fixed.  Indeed it shows Defendants practices and problems of racial bias and targeting have

22  gotten worse as Defendants have sought to regulate the platform and its services in new ways that

23  allow them to grow their financial interests and increase profits.  The result is digital redlining that

24  profiles and denies Plaintiffs and the more than 50 million other protected users equal access to

25  YouTube based, not on the material in the video content, but on the user's race, ethnicity, or other

26  protected identity status.

27

28

| Video | Date Reviewed | Link | Channel |
|---|---|---|---|
| **CLIENT - Khalif Muhammad** | | | |
| Dr.SYN Q's Effective Numbers Theory | 9/27/2021 | https://www.youtube.com/watch?v=iUntPEz5o2g | Dr.SYN-Q |
| Similar YouTube videos not restricted | | | |
| How Many People Does It Take to Start a Revolution? | 9/27/2021 | https://www.youtube.com/watch?v=qhY2y_43z8 | Annenberg School for Communication |
| **CLIENT - Harvey Stubbs** | | | |
| It's Just a Chicken Sandwich | 9/27/2021 | https://www.youtube.com/watch?v=bc1e0TLchzU | Your World |
| Similar YouTube videos not restricted | | | |
| Throwback Thursday: Racist Or Funny? \| Gabriel Iglesias | 9/27/2021 | https://www.youtube.com/watch?v=UDLpEQmdNZE | Gabriel Iglesias |
| **CLIENT - Nicole's View** | | | |
| In Memory of | 9/24/2021 | https://www.youtube.com/watch?v=HNbFQUHTSMw | Nicole's View |
| Similar YouTube videos not restricted | | | |
| In Memory Of Sandy Hook Victims TRIBUTE (W/Pictures) | 9/24/2021 | https://www.youtube.com/watch?v=1GMlAETrWpE | CaseyCcoutureMUA |
| **CLIENT - Andrew Hepkins** | | | |
| Canelo Versus GGG \| Who Wins And Why | 9/24/2021 | https://www.youtube.com/watch?v=bb84LElBrQU | Dru Story News |
| Similar YouTube videos not restricted | | | |
| Instant Karma in Boxing - Oleksandr Usyk | 9/24/2021 | https://www.youtube.com/watch?v=7I-TaLMZzZA | The World of Boxing! |
| **CLIENT - T-K Reyes** | | | |
| Fake News by Dino Archie | 10/1/2021 | https://www.youtube.com/watch?v=GWMxmADmhX0 | Keu Reyes |
| Similar YouTube videos not restricted | | | |
| Kanye West Donald Trump Cold Open - SNL | 10/1/2021 | https://www.youtube.com/watch?v=4sOS-t3jEYY | Saturday Night Live |
| **CLIENT - T-O Ley** | | | |
| Como hacer cortadas o heridas falsas con maquillaje paso a paso (How to make fake cuts or wounds with makeup step by step) | 10/1/2021 | https://www.youtube.com/watch?v=6O-BXCg0p7I | Osyley |
| Similar YouTube videos not restricted | | | |
| Easy Realistic Wound Halloween makeup tutorial | 10/1/2021 | https://www.youtube.com/watch?v=44nhQ48au5Q | ellimacs sfx makeup |

14.     The analysis in the full chart set forth at paragraph 107 further evidence of Defendants' digital redlining of over 100 videos.  This summary and the full chart at paragraph 107 was prepared by Alvarez & Marsal, one of the nation's preeminent consulting firms in the area of race discrimination and identity based redlining in the banking and financial industries.  The chart compares Plaintiffs' videos to similar videos of Defendants' preferred and sponsored creators who were not restricted or denied access despite having material in videos, that unlike Plaintiffs' videos, violated Defendants content based rules and restriction guidelines.  There is no neutral racial reason or explanation that can explain this disparate treatment, especially in light of Defendants admissions that since 2017 their filtering systems and algorithms have been "targeting" users based on their race and other protected identity.

15.     Defendants also admit that they "maintain[] internal review guidelines" which they do not disclose to the public and utilize and then use those "internal review guidelines" to communicate information about whether the video contains inappropriate at the request of and directly to their preferred "content creators and advertisers" informing them, among other things, of whether Defendants have determined that the videos contain:

· **Drugs and alcohol;**

· **Sexual situations;**

· **Graphic Violence;**

· **Mature subjects;**

· **Profane and mature language; and**

· **Incendiary and demeaning content.**

16.     According to Defendants, "[t]he classification of videos in connection with YouTube's rating system is done using both an automated system and manual review.  Most ratings are determined by the automated system, which constantly scans videos as they are uploaded or updated.  This system examines various characteristics, including the video's title, metadata, a transcription of the language used in the video, among other factors," to determine how the video should be classified, what services it qualifies for and whether it contains content that Defendants consider to be "mature" that is "inappropriate for younger and sensitive audiences. "Automated classifications are constantly checked against manual reviews for accuracy as part of the quality and improvement process of our classifiers."  Attached as Exhibit A is a true and correct copy of the Declaration of Alice Wu, Senior Manager for Trust and Safety at YouTube LLC dated February 9, 2018, filed in *Prager University v. Google LLC*, *et al.*, Case no. 3:17-cv-06064, ECF 38.

17.     Using these automated systems, Defendants tell advertisers and viewers that Plaintiffs videos contain "mature," "adult,"  or otherwise "inappropriate" content for younger and sensitive audiences, when they do not.  And that false and racially biased classification of Plaintiffs' videos have a huge and deep impact on the ability of Plaintiffs to compete with Defendants and other users for viewers and advertising revenue on YouTube, especially given the amount of pornography and other objectively "inappropriate" material that can be accessed on the

1  internet and the reliance that users place on Defendants to properly filter, curate, and restrict

2  "adult" or "mature" content.

3        18.    Plaintiffs are African American, Hispanic and other protected persons under

4  California and federal law.  Each was and is a victim of Defendants' digital redlining.  Each has

5  and continues to be harmed by the unlawful profiling, filtering, and use of aggregated data about

6  their racial and protected identities that Defendants use to regulate, restrict, or deny them equal

7  access, services, and other benefits on YouTube.  Each brings this Lawsuit to obtain legal and

8  equitable relief to redress Defendants' discriminatory treatment under contract, and other unlawful

9  actions, taken against them, and a putative class of similarly situated persons (the "Race

10  Discrimination Class").

11        19.    In bringing this Lawsuit, Plaintiffs also challenge Defendants' dangerous assertion

12  that the law provides no relief for race discrimination under contract and the other unlawful

13  conduct that arises from digital redlining, solely because Defendants engage in such discriminatory

14  practices to operate a business on the internet.  Thus, according to Defendants, they may engage in

15  racial and other identity based redline to regulate public speech and the monetization of that

16  speech, while banks, real estate agents, and other brick and mortar businesses may not.

17        20.    Without some legal and/or equitable relief to redress racial and other unlawful

18  identity based profiling, filtering, and content and access regulation and restrictions on YouTube

19  each Plaintiff and member of the Race Discrimination Class will continue suffer harm, including

20  substantial financial harm that results from Defendants unlawful diversion of billions of dollars of

21  revenues that belong to Plaintiffs and the Race Discrimination Class that flow from the express and

22  implied rights granted by Defendants to Plaintiffs under contract and other laws.

23        21.    Under digitally executed consumer form contracts that span thousands of pages and

24  contain hundreds of provisions that are embedded in hyperlinks, Defendants obtain the licensing

25  and monetization rights to Plaintiffs' content and their personal data and that of their followers and

26  audience members, as well as that of each member of the Race Discrimination Class.  In exchange

27  for granting Defendants licensing, monetization, and other data based property rights to the their

28  video channels, content, audiences, and data, Defendants promise and grant Plaintiffs the right to

equal access to the YouTube platform and all the services and monetization opportunities that are available "equally to all." Defendants promise that "equal" access to YouTube and its services means the right of each user to access and obtain the benefits of the services offered to the public as governed by and subject only to "neutral" content based rules regarding material that actually appears in the video.   Defendants further promise that the "equal" application of those neutral content based rules apply "equally to all" that are governed and applied "solely under and by the internal laws of California."

22.     For years, Defendants have breached these promises and violated the internal laws of California by engaging in digital redlining.  Defendants track and use the race, ethnicity, national origin, or other protected personal traits of Plaintiffs and Race Discrimination Class to filter, regulate, restrict, deny and make other decisions about who gets what from YouTube.  That is overt, intentional, and systematic identity based redlining and race discrimination that is prohibited under the internal laws of both California, and the United States.  And whether Defendants' use of racial profiling and filtering of internet users is motivated by racial bigotry and prejudice, political agendas, or purely profit makes no difference.  Defendants' use of any racial or protected personal trait to determine rights, obligations, and benefits, in any way, under a license and TOS contract is illegal and expressly prohibited by law.

23.     Defendants' conduct constitutes intentional, knowing, and systematic race discrimination.  It violates Plaintiffs' contractual, commercial, and civil rights.  It is also inequitable, unfair, and repugnant to any sense of justice under our legal system.

24.     Defendants have unlawfully seized and continue to possess, use, and profit from the property of Plaintiffs and the Race Discrimination Class, without properly accounting for royalties and/or other revenues that are owed to Plaintiffs and the Race Discrimination Class under the licensing agreement and other provisions of YouTube's TOS,[2] including the provisions and agreements between Plaintiffs and Defendants for Google Adworks and/or Google Adsense.

---

[2] Here, "TOS" refers to all of the terms of service set forth in the YouTube license agreements executed by Plaintiffs and the members of the Race Discrimination Class or upon creating a

25.     Because Defendants cannot deny that they are engaged in digital redlining based on race, ethnicity, national origin and other protected identities, Defendants now contend that they are not liable for these and other legal transgressions because Congress granted Defendants absolute immunity under 47 U.S.C. §230(c) ("§230(c)" or the "Communications Decency Act"), including any and all of the unlawful conduct in this case.

26.     Congress did not enact §230(c) to place these Defendants above the law.  The specific provisions Congressional grant of immunity do not apply, and cannot be applied, to immunize Defendants from liability, where, as here, Plaintiffs have alleged with specificity, that Defendants are engaged in knowing and intentional race discrimination, breach of contract, unfair business practices, false advertising, the theft of Plaintiffs' property, and failure to account for revenue owed under contract.

27.     Furthermore, as part of their promise of equal access, Defendants have contracted out of §230(c) immunity when it comes to digital redlining or race based content filtering, restrictions, and access denials.  Specifically, Defendants expressly promise not only that all disputes are "solely governed by the internal laws of California," but discloses to Plaintiffs, the Race Discrimination Class, and all users that it applies §230(c) only to third party "defamation" claims.

28.     On its face, §230(c) operates as a "permissive" speech regulation law enacted by Congress, solely and expressly to allow private Internet Service Providers ("ISPs") to take steps to protect minors from being exposed to "offensive material" on the internet.  Therefore, at a minimum, Defendants' claim of immunity requires that Defendants must at least review the content in the video, and base any access and service restrictions and/or denials on the content for which services and access are sought.  The race, ethnicity or other protected identity or personal characteristics of the Plaintiffs or members of the Race Discrimination Class may never be

_____

YouTube account or a YouTube channel, which terms refer to and/or incorporate by reference the TOS set forth in other agreements with Defendants, such as the terms of service for YouTube partnership, Google Search, Google Gmail, Google Adworks, and Google Adsense.

considered.  Furthermore, identity based discrimination is never a lawful substitute or shortcut for actually reviewing content to determine if that content violates the rules and TOS.

29.  Furthermore, §230(c) does not and cannot immunize an ISP provider from liability that arises from express or implied breaches of duties or obligation agreed to under a contract with its users and consumers.  This is especially true here, where Google/YouTube have contracted with Plaintiffs and the Race Discrimination Class to provide access and services to consumers that are subject only to restriction or denial of service under specific viewpoint neutral content based rules that apply equally to all.

30.  Nor does §230(c) immunize from liability an ISP who has unlawfully taken, possessed, used, and or converted for unlawful gain its users' property, and/or has otherwise failed to abide by, account for, or pay debts or monies owed to users under the applicable license agreement and other TOS provisions.

31.  Similarly, §230(c) does not immunize Defendants for directly engaging in unfair business practices, anti-competitive conduct, false advertising, or intentional and knowing race, gender, sexual orientation, political and other types of personal identity based discrimination against members of a protected class such as Plaintiffs or the members of the Race Discrimination Class.

32.  To the extent that any court of competent jurisdiction were to construe §230(c) as immunizing the specific conduct and violations perpetrated by Google/YouTube against the Plaintiffs and members of the Race Discrimination Class alleged in this Lawsuit, §230(c) could not survive constitutional scrutiny under the Supreme Court's 6-3 majority decision in *Denver Area Educational Telecommuns. Consortium, Inc. v. Federal Communications Comm'n*, 518 U.S. 727, 766-67 (1996).  In other words, if §230(c) were to be construed to immunize Defendants from the events, circumstances, and conduct alleged here, §230(c) would be unconstitutional because it (a) would not be viewpoint neutral, (b) was not narrowly tailored and reasonably related to a legitimate public purpose, including protecting minors from "offensive material" on the Internet, and (c) would interfere with established legal relationships, contract, rights, and obligations of the parties. *Id*.

33.    Accordingly, Plaintiffs file this Lawsuit to hold Google/YouTube accountable for their unlawful and inequitable conduct under ten separate causes of action or claims for legal and equitable relief:

(i)  Declaratory judgment under 28 U.S.C. §2001 *et seq.*, that §230(c) does not apply to the allegations and claims for relief in this Lawsuit because (a) §230(c) statutory language does not apply, and cannot be applied, to the prosecution of the allegations and claims in this Lawsuit; and/or (b) §230(c) is an unconstitutional "permissive" speech restriction law under *Denver Area* and progeny;

(ii)  Equitable accounting of revenue under California Common Law for amounts owed by Defendants as a result of inconsistent, inaccurate, incorrect and false reported view numbers, subscriber numbers, watch times and CPM which form the basis for calculating revenue earned by videos and channels;

(iii)  Equitable Conversion and Replevin under California Common Law for a Court Order that Defendants return the videos taken down, removed and/or deleted from the YouTube platform to the extent that Defendants still possess the electronic digital videos; and/or for damages a Court award of damages for the value of the videos where Defendants no longer possess the electronic digital videos;

(iv)  Breach of contract, implied breach of contract covenant, and promissory estoppel;

(v.)  Racial discrimination in contract in violation of federal law under 42 U.S.C. §1981;

(vi.)  Racial discrimination in violation of the Unruh Civil Rights Act, Cal. Civ. Code §§51, *et seq.*;

(vii.)  Unlawful, deceptive, and unfair discriminatory business practices in violation of the Unfair Competition Laws under California Business and Professions Code §§17200, *et seq.*;

(viii.)  False advertising and commercial disparagement in violation of the Lanham Act, 15 U.S.C. §§1125, *et seq.*;

(ix.)  Discrimination in violation of the Liberty of Speech Clause under Article I, Section 2 of the California Constitution; and

**THIRD AMENDED CLASS ACTION COMPLAINT**

(x.)  Discrimination in speech in violation of First Amendment of the U.S. Constitution arising from Defendants' use of §230(c) to immunize them from liability for discrimination.

## II.   PARTIES

34.    Plaintiff Kimberly Carleste Newman, also known as Kimberly Santana ("Plaintiff Newman"), is an African American woman residing in the State of California who is the creator and owner of "The True Royal Family" and "True Royal," two YouTube channels dedicated to developing and posting videos that discuss and present information regarding issues and current events which are important to the African American community.  Plaintiff Newman created "The True Royal Family" channel in 2015, followed by "True Royal," in 2016.  Since its creation, Plaintiff Newman's "The True Royal Family" channel has posted more than 1654 separate videos, only 954 of which are still posted because Defendants removed 700 or more individual videos and have refused to restore them; the "True Royal" channel has posted 209 videos.  "The True Royal Family" channel has generated a total of 4.4 million views since creation, and the "True Royal" channel has generated 583,000 views since creation.  Plaintiff Newman is a YouTube "partner" and has generated total revenue of $2,672.68 for videos posted on "The True Royal Family" and $123.96 for videos posted on "True Royal."

35.    Plaintiff Lisa Cabrera ("Plaintiff Cabrera") is an African American woman residing in the State of New Jersey who is the creator and owner of "Lisa Cabrera" and "Lisa C," two YouTube channels dedicated to developing and posting videos that discuss and present information regarding issues and current events which are important to the African American community. Plaintiff Cabrera created the "Lisa Cabrera" channel in 2015.  Since creation, Plaintiff Cabrera's "Lisa Cabrera" channel has posted 4,423 videos (68 of which Defendants archived for unknown reasons and can no longer be viewed by anyone), which have garnered 20 million views.  Plaintiff Cabrera is a YouTube partner who has generated a total of $25,500 for videos posted on the "Lisa Cabrera" channel.

36.    Plaintiff Catherine Jones ("Plaintiff Jones") is an African American woman residing in the State of Tennessee who is the creator and owner of "Cooking with Carmen Caboom" a YouTube cooking channel for African Americans, and "Carmen Caboom" and "Carmen Caboom

Reloaded," two YouTube channels dedicated to developing and posting both parodies and serious videos that discuss and present information about issues and current events which are important to the African American community.  Plaintiff Jones created the "Carmen Caboom" channel in 2010, a backup "Carmen Caboom" channel in 2014, the "Cooking with Carmen Caboom" channel in 2015 and the "Carmen Caboom Reloaded" channel in 2018.  Defendants improperly removed the original "Carmen Caboom" channel for purported nudity when no video posted to the channel included any nudity.  Plaintiff Jones is a YouTube partner.  Since creation, Plaintiff Jones' 2014 "Carmen Caboom" channel has posted numerous videos, several of which Defendants improperly removed as hate speech, the remaining videos have garnered approximately 500-1,200 views per video overall which have generated approximately $500 per year.

37.     Plaintiff Denotra Nicole Lewis ("Plaintiff Lewis") is an African American woman residing in the State of Texas who is the creator and owner of "Nicole's View," a YouTube channel dedicated to developing and posting videos that discuss and present information regarding issues and current events which are important to the African American community.  Plaintiff Lewis created the "Nicole's View" channel in 2006.  She became a YouTube partner sometime between 2016 and 2017.  "Nicole's View" has generated 11.3 million views and approximately $6,000-$7,000 in revenue per year, approximately $25,000 over the life of the channel.

38.     Plaintiff Andrew Hepkins ("Plaintiff Hepkins") is an African American freelance journalist, voice actor, and musician residing in the State of New York who is the creator and owner of "DruStory News" and "DruHepkins," YouTube channels.  "DruStory News" is dedicated to creating and posting videos that discuss and present information based on independent research regarding news items, issues and current events which are important to everyone, including members of the African American community.  Plaintiff Hepkins created the "DruStory News" channel in 2014.  "DruStory News" has generated 3.6 million views and 17,600 subscribers.

39.     Plaintiff Harvey Stubbs ("Plaintiff Stubbs") is an African American commentator residing in the State of Illinois who is the creator and owner of the YouTube channels "Your World Your View," "Harvey Superboy," "Harvey Superboy 1," "HARVEY SUPERBOY," and "J Jackson."  These channels all have uploaded videos consisting of commentary regarding events,

social issues, politics, news, and people who are of interest to or affect the African American community in general, and the Chicago Area African American community in particular.  Plaintiff Stubbs is a veteran and lifelong resident of the Chicago Area, who is active in his community and offers a unique perspective on current and historical events and people in the public eye.  Plaintiff Stubbs started his first YouTube channel in 2007 and has created a number of additional channels due to Defendants' repeated unwarranted flags and Community Guidelines strikes against his channels.  "Your World Your View," which was created in September of 2013, has generated 6.6 million views.

40.     Plaintiff Khalif Muhammad ("Plaintiff Muhammad") is an African American social commentator residing in the State of California who is the creator and owner of "Dr.Syn-Q," a YouTube channel dedicated to developing and posting videos that discuss and present information regarding historic and current issues and events regarding racial inequality and redressing barriers to equality for the African American community generally and African Americans living in the Bay Area specifically.  Plaintiff Muhammad originally launched "Dr.Syn-Q" under the name "Counter Racism Now" in 2006.  Over the years, Plaintiff Muhammad has uploaded 273 videos to the "Dr.Syn-Q" channel.  As of August 11, 2020, only 159 videos are listed for the "Dr.Syn-Q" channel, Defendants having removed or archived approximately 114 videos.  Of these 159 videos, only 19 videos are listed with "Restricted Mode" enabled, however only 11 of those listed can actually be viewed with "Restricted Mode" enabled.  8 videos listed for the channel when "Restricted Mode" is enabled show a black screen with the legend, "This video is unavailable with "Restricted Mode" enabled.  To view this video, you will need to disable Restricted Mode."  In excess of 2,150 people have subscribed to the "Dr.Syn-Q" channel.  It is currently unknown how many views this channel has actually generated in the past 14 years.  Prior to 2020, the channel reflected in excess of 980,000 views.  On June 26, 2020, the channel reflected 899,717 views.  On August 9, 2020, the channel reflected only 388,997 views.  On August 11, 2020, the channel reflected 643,790 views.

41.     Plaintiff Fermin Saldana, also known as Keu Reyes (hereafter "Plaintiff Reyes"), is an American man of Puerto Rican descent residing in the State of California.  He is the husband of

Osiris Ley.  He is a professional writer, producer, videographer and filmmaker who creates both original material for the internet, television and commercial theater outlets, as well as produces videos for other artists who require technical and artistic assistance to create material for the internet, television and commercial theater outlets.  Plaintiff Reyes is the creator and owner of Youtube.com/KeuReyes, Youtube.com/ClankTV, Youtube.com/randumbness, Youtube.com/LaOptima, Youtube.com/Multivision Network, Youtube.com/Soundication, and Youtube.com/Artistic Warfare.  These channels feature videos in English and Spanish.  Plaintiff Reyes, along with his wife Osiris Ley, are the co-creators and co-owners of Youtube.com/Osyley, https://Mundo.osyley.com, and https://www.osyley.com.  Keu Reyes was created in 2011.  In the past 9 years, the channel has acquired 47,200 subscribers and has generated in excess of 23 million views.  The channel features music and comedic content, consisting of 160 videos, which include both animated and live action videos.  ClankTV was created in 2015, has acquired 4,980 subscribers and has generated 1.7 million views.  ClankTV features 61 entertainment videos and content relating to music, fashion, politics and conspiracies.  Randumbness was created in 2015 and featured approximately 10 edgy comedic videos.  Randumbness disappeared from the YouTube platform without notice within the past 2 years, along with the videos that were posted and listed to the channel.  La Optima was created in 2014, has 21 subscribers, and has generated 2,220 views.  La Optima features 45 videos.  Multivision Network was created in 2013, has acquired 9,590 subscribers and generated in excess of 3.7 million views.  Multivision Network has 133 entertainment, cooking and bartending videos.  Soundication was created in 2012, has 231 subscribers and has generated 115,439 views.  Soundication is a music distribution channel for independent artists.  Soundication features 32 music and spoof videos.  Artistic Warfare was created on 2006, has acquired 590 subscribers, and has generated 1 million views.  Artistic Warfare has 50 videos listed, posted principally in the English language which discuss issues of the day, literature, and culture with a comedic intent.

42.     Plaintiff Osiris Ley is the wife of Fermin Saldana ("Plaintiff Ley").  She is a naturalized American woman of Mexican descent residing in the State of California.  She is a professional makeup artist who works with artists in films, videos, commercials and on the stage.

She also teaches makeup classes to students seeking certification as makeup artists. Plaintiff Ley and her husband Plaintiff Reyes, are the co-creators and co-owners of Youtube.com/Osyley, https://www.Mundo.osyley.com and https://www.osyley.com. The Osyley channel was created in 2012. It is dedicated to informing and educating both the public at large and professional makeup artists regarding how better to apply and use beauty products to achieve professional results. The channel has 158 Spanish language videos listed. In the past 8-½ years Osyley has acquired 387,000 subscribers, and has generated in excess of 34 million views.

43.     Defendant YouTube, LLC is a for profit limited liability corporation, wholly owned by Google LLC, and organized under the laws of the State of Delaware. YouTube's principal place of business is Mountain View, California and it regularly conducts business throughout California, including Santa Clara County, California. Defendant YouTube, LLC operates the largest and most popular internet video viewer site, platform, and service in California, the United States, and the world, and holds itself out as one of the most important and largest public forums for the expression of ideas and exchange of speech available to the public. Plaintiffs are informed and believe that at all relevant times Defendant YouTube, LLC acts as an agent of Defendant Google LLC and uses, relies on, and participates with Defendant Google LLC in restricting speech on the YouTube site, platform, or service.

44.     Defendant Google LLC is a for profit, limited liability company organized under the laws of the State of Delaware, with its principal place of business in Mountain View, California,  It regularly conducts business throughout California, including Santa Clara County. Plaintiffs are informed and believe, and thereon allege, that at all relevant times, Defendant Google LLC has acted as an agent of Defendant YouTube, LLC, and controls or participates in censoring and restricting speech on the YouTube service or platform.

45.     The true names and capacities, whether individual, corporate, associate, or otherwise, of Defendants Does 1 through 100, inclusive, are presently unknown to Plaintiffs, and for that reason these Defendants are sued by such fictitious names. Plaintiffs are informed and believe and thereon allege that each of the Doe Defendants is in some way legally responsible for the violations of law, injuries, and harm caused, as alleged herein. If, and when appropriate,

1    Plaintiffs will seek leave of the Court to amend this Complaint when the true names and capacities

2    of said defendants are known.

3    **III.    JURISDICTION AND VENUE**

4         46.    Plaintiffs re-allege and incorporate herein by reference, as though set forth in full,

5    each of the allegations set forth in paragraphs 1-41.

6         47.    This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C.

7    §§1331, 1332(d), 1367(a), and 2201.

8         **A.    Diversity Jurisdiction: The Class Action Fairness Act, 28 U.S.C. §1332(d)**
              **("CAFA")**
9
10        48.    The Court has jurisdiction over all the claims in this case under CAFA, 28 U.S.C.

11   §1332(d).

12        49.    Plaintiffs have filed a class or "mass action" that seeks relief on behalf of a putative

13   class composed of millions of persons whose contractual, legal and equitable rights have been

14   violated by Defendants' use of their race, ethnicity or other protected identities to filter, restrict, or

15   deny equal access to YouTube in violation of Defendants' TOS and other related promises, federal

16   and state anti-discrimination laws, federal false advertising laws, and state unlawful, unfair,

17   deceptive practices, and federal and state public speech laws (the Race Discrimination Class).

18        50.    The matter in controversy exceeds the sum or value of Five Million Dollars

19   ($5,000,000), exclusive of interest and costs.  Moreover, the claims for relief seek, among other

20   things, statutory damages, compensatory damages, restitution, and other equitable relief that

21   substantially exceed One Billion Dollars ($1,000,000,000) in value.

22        51.    More than half of the representative class of Plaintiffs are not citizens of California,

23   the State in which the action was originally filed.  Five of the nine representative Plaintiffs for the

24   Race Discrimination Class reside outside of California:  Andrew Hepkins (New York); Harvey

25   Stubbs (Illinois); D. Nicole Lewis (Texas); Lisa Cabrera (New Jersey); and Catherine Jones

26   (Tennessee).

27        52.    YouTube is the most used and "ubiquitous" social media platform in the U.S. and

28   has more users than other global social media sites like Facebook or Twitter.  It is estimated that

195 million Americans (195,000,000) used and continue to use YouTube during the relevant time period of this Lawsuit.

53.     Between 41% and 49% of those users identify or are identified by Defendants as non-white when it comes to race, ethnicity, or national origin.

54.     At least 50 million persons who reside in the United States are part of the Race Discrimination Class.

55.     Each member of the Race Discrimination Class is a party to YouTube's TOS, Community Guidelines, Google's Privacy Policy, the Safety Policy, Copyright Policies, and other related agreements, including the choice of law and venue provisions set forth in Defendants' TOS.

56.     Substantially more than two-thirds of the persons who are members of the Race Discrimination Class reside outside of California, in one of the other 50 states or territories of the United States.  Between 75% and 85% (or approximately 42.5 million) of those putative class members are not citizens of California, the State in which the action was originally filed and reside in states or territories other than California.

**B.     Federal Question Jurisdiction:  "Arising Under" Jurisdiction, 28 U.S.C. §1331**

57.     The Court also has jurisdiction under 28 U.S.C. §1331 ("§1331").

58.     Plaintiffs allege three independent claims for relief under federal law:  race discrimination under contract in violation of 42 U.S.C. §1981; false advertising in violation of the Lanham Act, 15 U.S.C. §§1125, *et seq*.; and civil rights violations under the First Amendment of the U.S. Constitution.

59.     In addition, Plaintiffs also assert a request for declaratory relief under 28 U.S.C. §2201, alleging that the application of §230(c), 47 U.S.C. §230(c) is unconstitutional under the First and Fourteenth Amendments, at least as applied in this case.

60.     While requests for declaratory relief under §2201 do not normally provide an independent basis for federal question jurisdiction under §1331, Plaintiffs' request for such relief is an independent federal claim for relief that arises under §1331 because it is based on and arises entirely as a request for interpretation, construction, and scope of application of a federal statute in

this case that Defendants assert bars and preempts the prosecution of all claims for relief asserted in this Lawsuit.

61.     Furthermore, to the extent that the Court interprets or construes this federal statute preventing Plaintiffs from obtaining relief under some or all of the claims for relief asserted herein, the federal statute is unconstitutional, at least as applied to these Plaintiffs, under the First and/or Fourteenth Amendments of the U.S. Constitution.

62.     The resolution of the federal questions regarding the interpretation, construction, application, and possibly the constitutionality of §230(c) is necessary and required to adjudicate all of the other claims alleged in the TAC.

63.     The resolution of those questions will have substantial and profound implications for the uniform application of federal law and the entire federal system as a whole, because whether Congress enacted §230(c) to immunize an internet service provider for knowing, intentional, and systematic discrimination against users based on their identity (e.g., their race, ethnicity or other protected identity) and other personal traits, is a threshold issue and element to every claim in this case, as well as the respective obligations and rights of every internet user and service provider who operates within the laws and jurisdiction of the United States.

64.     These purely federal issues of law are essential to the adjudication of each and every claim for relief, including federal constitutional issues, that are (1) necessarily raised, (2) actually disputed, (3) substantial, and (4) capable of resolution in federal court without disrupting the federal state balance approved by Congress.

65.     Furthermore, Congress expressly enacted §230(c) to preempt all claims and liability that are inconsistent with its scope and application, whether those claims arise under federal law or the particular law of one of the 50 states or territories of the U.S.  *See* 47 U.S.C. §230(e); *Domen v. Vimeo, Inc.*, 6 F.4th 245, 249-53 & n.4 (2d Cir. 2021) (§230(c) preempts all state laws).

66.     Thus, Plaintiffs' request for declaratory relief under 28 U.S.C. §2201 that a federal court interpret, construe, and determine the scope and application of §230(c) with respect to each and every claim in this case are "special and exceptional" circumstances that arise under federal law within the meaning of §1331.  *Grable & Sons Metal Prods. v. Darue Engineering. & Mfg.,* 545

1   U.S. 308, 314-316 (2005).  *see also Gunn v. Minton*, 568 U.S. 251, 258-259 (2013); *Sarauer v.*

2   *International Association of Machinists and Aerospace Workers, District No. 10*, 966 F.3d 661,

3   673-675 (7th Cir. 2020); *Noatex Corp. v. King Construction of Houston LLC*, 74 F.Supp.3d 764,

4   772-774 (N.D. Miss., 2014) (applying *Grable* and holding that federal constitutional due process

5   challenge to state "Stop Notice" law presents a federal question that creates federal jurisdiction

6   under declaratory judgment act) (citing *Martinez v. State of California*, 444 U.S. 277, 279 (1980)).

7         **C.**    **Supplemental Jurisdiction: 28 U.S.C. §1367**

8         67.    The Court also has supplemental jurisdiction over all of the state claims in this case

9   because they arise from the same nucleus of facts and are so related to the federal claims in the

10   action that form part of the same case or controversy under Article III of the United States

11   Constitution.

12         68.    The district court should not decline to exercise supplemental jurisdiction over the

13   state law claims, at least until the application and constitutionality of §230(c) is decided:  (a) the

14   scope and application of that federal law predominates the adjudication of those claims; (b) the

15   interests of comity, efficiency, and fairness are not furthered, but are impeded, by sending threshold

16   federal questions of national importance to state courts to interpret, apply, and scrutinize the federal

17   constitutionality of the law as applied to Plaintiffs who are protected persons based on their race,

18   ethnicity, and national origin under federal law; and (c) to the extent that some of the claims in this

19   case also present novel or complex issues of California law, including the application of the Liberty

20   of Speech Clause and/or the Unruh Act to unlawful sex, gender, or other identity based

21   discrimination by a global and ubiquitous internet service provider, the Court of Appeals can

22   decide any such discreet legal issues to the California Supreme Court for resolution if necessary,

23   once it has decided the threshold federal question as to which, if any, of these claims are barred by

24   federal law under §230(c).

25         69.    Thus, each and every claim for relief under California law is "inextricably tied" to

26   the interpretation, construction, application, and constitutionality of §230(c) and the "right to relief

27   necessarily depends on resolution of a substantial question of federal law." *City of Chicago v. Int'l*

28

*Coll. of Surgeons*, 522 U.S. 156, 173 (1997) ("*Surgeons*"); *see also*, *New Mexico v. General Elec. Co.*, 335 F.Supp.2d 1157, 1176-79 (D. N.M. 2004) (*aff'd* 467 F.3d 1223 (10th Cir. 2006)).

70.    A jurisdictional based dismissal will not conserve, but require the unnecessary expenditure of judicial resources.

71.    It requires the litigants in this and other §230(c) cases to seek rulings from different state courts on novel questions of federal law.

72.    Requiring state courts to rule on the threshold federal immunity issues under §230(c) creates a state by state, non-uniform body of law on purely federal statutory construction and constitutional issues that prevents the uniformity of federal law and upsets the balance between it and the laws of the other 50 states and local territories of the U.S.

73.    At some juncture, the federal courts will have to rule on the construction and application of §230(c) to the claims in this case, as well as the claims of other internet consumers who are being systematically discriminated against by Defendants because of their race, sex, or other personal identities.

74.    All of these factors weigh in favor of and expressly allow the Court to retain supplemental jurisdiction of the state law claims under 28 U.S.C. §1367.

**D.    Venue: 28 U.S.C. §1391**

75.    Venue is proper in the Northern District of California (San Jose Division) under 28 U.S.C. §1391.

76.    Defendants reside and/or transact business in the County of Santa Clara, and are within the jurisdiction of this Court for purposes of service of process.

77.    Defendants' TOS expressly provide that Plaintiffs' Lawsuit must be filed in a court of competent jurisdiction located within Santa Clara County.

## IV.    FACTS COMMON TO ALL CLAIMS

78.    Plaintiffs re-allege and incorporate herein by reference, as though set forth in full, each of the allegations set forth in paragraphs 1 through 68 above.

79.     On June 2, 2020, this Court held a hearing on Defendants' Motion to Dismiss in *Divino*.  At the hearing, the Court asked Defendants if they were claiming immunity from liability

for denying access to YouTube based on the user's race.  In response, Defendants' counsel

conceded that a case involving intentional race discrimination by an ISP may not be covered by

§230(c):

> I THINK THERE COULD BE SOME STARK CASES WHERE A COURT MIGHT FIND
> UNDER A PARTICULAR SET OF CIRCUMSTANCES THAT SOME ALLEGED
> DISCRIMINATION DIDN'T TAKE THE FORM OF A PUBLISHER OF ACTUALLY
> TARGETING PUBLISHER CONDUCT, AND, THEREFORE, DIDN'T COME WITHIN
> (C)(1).
>
> *  *  *  *
>
> I CAN IMAGINE SOME COURTS TAKING THE POSITION THAT A PROPERLY
> PLEADED CLAIM OF THE SORT THAT YOU DESCRIBE AS SORT OF FACIAL
> RACE DISCRIMINATION CLAIM MAY NOT BE GOOD FAITH UNDER (C)(2), I
> CAN IMAGINE A COURT TAKING THAT POSITION.

Attached as Exhibit B is a true and correct copy of the June 2, 2020-Transcript of Oral Argument

before the Hon. Virginia DeMarchi; Exhibit B, at 10:45 - 15-22.

80.     This Lawsuit is that "stark case."  Defendants are engaged in intentional digital

redlining and race discrimination against Plaintiffs and members of the Race Discrimination Class,

that violates Defendants' contractual promises not to discriminate, and also violates long

established laws that prohibit racism for profit.

81.     Defendants employ automated systems that use personal data to identify users based

on race, ethnicity, national origin and other protected identities to make decisions regarding access

to the YouTube platform and services; rather than using neutral content based filters, as Defendants

promise under the TOS and related agreements.

82.     Defendants digitally redline, profile, use, and consider Plaintiffs' race, personal

identity, or other protected identities, in order to interfere with, restrict, or block video uploading,

viewing, promotion, advertising, engagement, and/or monetization services because Plaintiffs are

African American, Hispanic or other protected identities and/or possess personal that Defendants

**THIRD AMENDED CLASS ACTION COMPLAINT**

dislike.  This is race and identity based discrimination.  This conduct is unlawful and cannot be immunized by Congress.

83.      Defendants' profiling, review, use, and consideration of Plaintiffs' race, ethnicity or other protected identities is prohibited not only under Defendants' TOS and other related agreements with Plaintiffs, but it also violates laws dating back to the Civil War which prohibit racial discrimination in contract and business relationships.

A.      **Defendants' Operation Of YouTube**

84.      Defendants Google/YouTube are members of the largest public or private business enterprise in the world.

85.      Through this enterprise, Defendants exercise complete, absolute, and "unfettered" control over access to approximately 95% of all video content that is available to the public world-wide.  This includes absolute control over any and all posting, viewing, engagement, advertising, personal data, and revenue monetization for the rights of the 2.3 billion consumers who access and use YouTube.

86.      Defendants are also the largest creators, promoters, and sponsors of video content on YouTube.  Thus, in addition to hosting and regulating video content and services on YouTube, Defendants compete directly with Plaintiffs and their video content for the same access, audiences, viewership, advertising, marketing, and revenue based services on the YouTube platform.

87.      In exercising these unprecedented powers, Defendants contract with Plaintiffs and members of the Race Discrimination Class to provide them equal access to YouTube and all of its related services, subject only to viewpoint neutral, content based rules and criteria that apply equally to all.

88.      In reality, Defendants' access restrictions and denials are not the result of an identity and viewpoint blind review or the application of the rules to actual video content.  Instead, Defendants have an irreconcilable commercial conflict of interest.  On the one hand, Defendants act as content creators or sponsors of video content, competing directly with Plaintiffs and members of the Race Discrimination Class for the same services, audiences, advertisers, and revenue streams on the YouTube platform.  On the other hand, Defendants act as absolute

regulators and monetizers of all YouTube content and services, and exercise unfettered authority to determine viewer and service access by enforcing their Community Guidelines and TOS against their competitors, based on the race, ethnicity or other protected identities of Plaintiffs and members of the Race Discrimination Class.

89.     Under the pretext of honest content and service regulation, Defendants rig the game for profit, by using their power to restrict and block Plaintiffs and members of the Race Discrimination Class , based on racial discrimination.  Defendants also abuse their power by not subjecting videos they create or which their preferred partners make, to the same Community Guidelines and TOS that they apply to all other YouTube users.  As a result, Defendants are not subject to filtering or blocking restrictions, even where Defendants' videos contain content that violates their own rules.

90.     Defendants employ A.I., algorithms, filters, and automated systems that utilize personal data about Plaintiffs' race, ethnicity, or other protected identity to make what are supposed to be purely "neutral" content based decisions regarding filtering, restrictions, and user access. These automated systems are embedded with racially biased source code that aggregates the unprecedented amount of personal digital data that Defendants collect through Google Search, Gmail, Google Adwords, Google Documents, AdServe, facial recognition software, and other services and applications to create a digital racial profile of the user that is then used to make decisions about viewer reach, monetization, advertising, and other services on YouTube that Defendants promise are available "equally to all."

91.     Defendants also allow racist hate speech and doxing to go unregulated on Plaintiffs' YouTube channels, resulting in lost subscribers and viewership, and the surreptitious "bugging" of Plaintiffs' videos by the insertion, attachment, appending, or embedding of metadata and other signals that allow Defendants' filtering tools to target Plaintiffs and members of the Race Discrimination Class, based on the video creator's race, ethnicity or other protected identity, as well as those of their channel subscribers, and viewers.

92.     This intentional and systematic racial discrimination violates Defendants' legal obligations under the contract(s), and is unlawful under federal and state antidiscrimination laws,

false advertising, unlawful business practices, and free speech laws.  It is unlawful regardless of whether it is done for profit or out of ideological animus.

93.     Interfering with the contractual and legal rights of Plaintiffs and members of the Race Discrimination Class with respect to YouTube access and use that is based in whole or in part on race, ethnicity or other protected identity, violates YouTube's TOS and is unlawful under the strict prohibitions against racial discrimination in contract and business practices enshrined in federal and California law.

94.     Under the pretext of finding that videos violate some vague, ambiguous, and nonspecific rule, Defendants use computer driven racial digital redlining, profiling and filtering tools to restrict, censor, and denigrate Plaintiffs and members of the Race Discrimination Class on YouTube, wholly or in part, because they are African American, Hispanic, or members of a protected identity under the law, or identify as such.

95.     Since 2017 at least, Defendants' filtering and review tools and procedures have been embedded with computer code or other automated system based "triggers" that digitally redline and profile the race, ethnicity or other protected identity of the YouTube users.  Defendants admit that their filtering tools use information about the identity of YouTube creators, subscribers and viewers to "target" members of protected racial classifications under the law and impose access restrictions on them that are not neutral with respect to race, ethnicity or other protected identity; nor are they based on or supported by actual material in the uploaded content.  Defendants treat such videos as if they in fact violate Defendants' Community Guidelines and TOS, by denying full YouTube platform access and related services.

96.     On March 19, 2017, Defendants publicly admitted that they improperly censored videos that were posted or produced by members of the LGBTQ+ Community, using "Restricted Mode" filtering based upon the identity and orientation of the speaker, rather than upon the content of the video.  Defendants also promised to remove all restricted filtering on videos posted or produced by LGBTQ+ members and groups and change their filtering algorithm and manual review policies and practices to address the risk that videos posted by LGBTQ+ vloggers were being censored because of the race, ethnicity or other protected identity of the speaker.

97.     On April 27, 2017, Johanna Wright, Vice President of Product Management for Google/YouTube, took to the airwaves and news media to promise the global "YouTube Community" that Defendants would ensure that "Restricted Mode" would not "filter out content belonging to individuals or groups based on certain attributes like gender, gender identity, political viewpoints, race, religion or sexual orientation."  While Ms. Wright conceded that "Restricted Mode will never be perfect, [Google/YouTube] hope to build on [their] progress so far to continue making [their] systems more accurate and the overall "Restricted Mode" experience better over time."

98.     On September 14, 2017, Defendants held an event that lasted two hours, by invitation only, for independent YouTubers and content creators to address concerns that the YouTube platform's video review algorithm and practices discriminated against certain groups, including African American and other users of color or vulnerable minorities.  Defendants provided lunch to a group of 12 to 20 creators.  After lunch, Defendants had each creator sign a non-disclosure agreement.  One of the participants was YouTube creator, Stephanie Frosch.  Ms. Frosch executed a declaration under penalty of perjury regarding what Defendants expressly told her at that event.  Attached as Exhibit C is a true and correct copy of the Declaration of Stephanie Frosch filed in the companion case to this Lawsuit.

99.     Around noon on September 14, 2017, YouTube's employees discussed the company's problems with the inherent racial bias and classification of video content filtering based on identity with respect to Defendants' decisions regarding monetization, payments for clicks per minute ("CPM") advertising, and applying "Restricted Mode":

       a.  The YouTube employees admitted that there are too many videos on the
       YouTube platform to be reviewed manually by human beings.

       b.  The YouTube employees admitted that their advertisers want demographic
       information, including race, so that they can identify and target specific audiences based on
       demographic information about the video creators and their viewers.

       c.  The YouTube employees admitted that YouTube was using an artificial
       intelligence and other algorithms and automated systems to get the information that

advertisers want.  These automated tools gather and analyze information about creators and viewers based on their identifying information, including race, sexual identity and other protected identities.  YouTube then uses that information to make decisions about viewing restrictions and monetization that are based on who the creators and viewers are; rather than based only on the video content.

       d.  The YouTube employees admitted that the YouTube algorithm discriminates when making decisions regarding which videos to monetize, pay CPM, and apply "Restricted Mode" to, based on the identities of the video creators and their viewers.

       e.  The YouTube employees specifically admitted in response to questions from the event participants that the algorithm was looking at and profiling the sexual identities, races, disabilities, religious and political affiliations of creators, intended audiences and viewers.

       f.  One YouTube employee discussed how the algorithm worked by discussing a YouTube creator with a chef's channel who posted cooking videos.   If the creator identified as gay or had many subscribers or viewers who accessed a lot of LGBTQ related videos, the videos would be tagged as gay for purposes of "Restricted Mode" and monetization – regardless of the content of the videos on the channel.

       g.     The same is true with respect to Defendants' targeting of African American, Hispanic and other protected identities.[3]

100.    When asked what YouTube was doing to fix the problems with the algorithm that the creators had identified, the YouTube employees said that they could not answer the question.

---

[3] "The math-powered applications powering the data economy were based on choices made by fallible human beings. Some of these choices were no doubt made with the best intentions. Nevertheless, many of these models encoded human prejudice, misunderstanding, and bias into the software systems that increasingly managed our lives. Like gods, these mathematical models were opaque, their "workings invisible to all but the highest priests in their domain: mathematicians and computer scientists. Their verdicts, even when wrong or harmful, were beyond dispute or appeal. And they tended to punish the poor and the oppressed in our society, while making the rich richer."

Excerpt From: Safiya Umoja Noble. "Algorithms of Oppression." Apple Books.
https://books.apple.com/us/book/algorithms-of-oppression/id1327926683.

1    When asked when YouTube would be done fixing the problem, the YouTube employees said that

2    they could not answer that question either.

3        101.    Defendants did not fix the problem with the algorithm and have continued to use the

4    algorithm to make automated decisions about video monetization, CPM and "Restricted Mode"

5    based at least in part on the identities of the creators and viewers of videos.

6        102.    In January 2018, Defendants got caught:  During a recorded call between a

7    YouTube user and a Google supervisor (someone who Defendants now identify as the "Floor

8    Manager" for their customer service advertising services center in Bangalore, India), Defendants

9    represented to the user that its "holiday special" video was not eligible for advertising services

10   because the filtering tools had identified the user as being involved with the "gay thing."  Under

11   what the manager expressly stated was "company policy," the filtering algorithm determined that

12   the video contained "shocking" or "sexually explicit" content, not because of any actual material in

13   the video but because the "company" considered video content created by a "gay" user, or content

14   that discussed the "gay thing," as ineligible for advertising or promotion.  Defendants considered

15   content created or viewed by "gay" persons to be "shocking" or "sexually explicit."

16       103.    The same is true for African Americans, Hispanics, and members of other protected

17   identities.  Empirical evidence show that "Google applications such as Gmail or Google Docs" and

18   Defendants' other social media sites and applications "track identity and previous searches in order

19   to surface targeted ads for users by analyzing users' web traces."  Thus, not only do the automated

20   systems, including search engines, "increasingly remember the digital traces of where [Plaintiffs]

21   have been and what links [they] have clicked" in order to aggregate personal data identifying the

22   race, ethnicity or other protected identity, and to use that information to make decisions about

23   whether videos contain content that is "mature" or otherwise inappropriate for younger or more

24   sensitive audiences.  Thus, Defendants use aggregated personal data about Plaintiffs' race, ethnicity

25   or other protected identity to apply age restrictions, "Restricted Mode," demonetization, or other

26   restrictions to Plaintiffs' content which Defendants promise are subject only to neutral "content

27   based" rules.  The evidence further shows that these practices began "after Google announced it

28   would use past search practices and link them to users in its privacy policy change in 2012."  Safiya

Umoja Noble, "Algorithms of Oppression," Apple Books;

https://books.apple.com/us/book/algorithms-of-oppression/id1327926683.

104.    This pattern, practice or "policy" of denying users equal access to YouTube based on their race, ethnicity or other protected identifies occurred on at least five other occasions to the same user after the January 2018 call with Defendants.

105.    The Plaintiffs in this Lawsuit face the same overt, intentional, and systemic discrimination, but with one important difference:  Defendants discriminate against Plaintiffs because they identify as African American, Hispanic or with other protected identities under the law.

106.    With respect to the Race Discrimination Class, this pattern and practice has become so pervasive that Plaintiffs, and many prominent and quality content creators who are members of the Race Discrimination Class, have lost more than 90% of their viewers, advertisers, revenue, and other access rights in the last 24 months, solely because they are identified as African American, Hispanic or members of other protected identities under the law.

107.    The evidence of Defendants' pattern and practice of digital redlining and discriminating against Plaintiffs based on their race is set forth in detail in the comparative chart demonstrating that Defendants' filtering, curation and restrictions are arbitrary, capricious and entirely unrelated to content, so that Plaintiffs are treated differently than Defendants' white and other preferred creators on the platforms.

| Video | Date Reviewed | Link | Channel |
|---|---|---|---|
| **CLIENT - Khalif Muhammad** | | | |
| Dr. SYNQ:  Is Someone at YouTube Subverting the Constitution? | 9/27/2021 | https://www.youtube.com/watch?v=47SZWsNMmwQ | Dr.SYN-Q |
| **Similar YouTube videos not restricted** | | | |
| YouTube Support - How To Contact YouTube | 9/27/2021 | https://www.youtube.com/watch?v=h8-6QItZQlk | David Walsh Online |
| Youtube Censorship Has Become Nightmarish, US Senators Rand Paul Has Floor Speech PURGED | 9/27/2021 | https://www.youtube.com/watch?v=hpG_PC05CD8 | Timcast |
| Dr.SYNQ: NCOBRA Responds to ADOS | 9/24/2021 | https://www.youtube.com/watch?v=cvI8DWGHFP0 | Dr.SYN-Q |
| **Similar YouTube videos not restricted** | | | |
| Comedy Crib: Bottled \| Reparations \| IFC | 9/24/2021 | https://www.youtube.com/watch?v=y_8St-LmXQQ | IFC |
| UN Human Rights Chief Calls for Reparations Over Racism | 9/24/2021 | https://www.youtube.com/watch?v=Ty_oZ5fEPBI | Bloomberg Quicktake: Now |
| Reparations \| Real Time with Bill Maher (HBO) | 9/29/2021 | https://www.youtube.com/watch?v=pKZENkKesGc&t=12s | Real Time with Bill Maher |
| Dr.SYN Q's Effective Numbers Theory | 9/27/2021 | https://www.youtube.com/watch?v=iUntPEz5o2g | Dr.SYN-Q |
| **Similar YouTube videos not restricted** | | | |
| How Many People Does It Take to Start a Revolution? | 9/27/2021 | https://www.youtube.com/watch?v=qhY2y_43z8 | Annenberg School for Communication |
| Dr.SYNQ: With Little Loca Tariq Nasheed Neely Fuller Jr Dr Francis Cress Welsing Gus T Renegade | 9/27/2021 | https://www.youtube.com/watch?v=j4gvsAGPLCo | Dr.SYN-Q |
| **Similar YouTube videos not restricted** | | | |
| Understanding White Supremacy (And How to Defeat It) | 9/27/2021 | https://www.youtube.com/watch?v=0gqQzbp5wk4 | act.tv |
| **CLIENT - Harvey Stubbs** | | | |
| Terry Terry Terry | 9/27/2021 | https://www.youtube.com/watch?v=Hd9cdG-JPI8 | Your World |
| **Similar YouTube videos not restricted** | | | |
| School asks white parents to become "white traitors", articulates "the 8 white identities" | 9/27/2021 | https://www.youtube.com/watch?v=HwJCOyJSl8o | Karlyn Borysenko |
| Megyn Kelly on Race in Education \| Real Time with Bill Maher (HBO) | 9/27/2021 | https://www.youtube.com/watch?v=0pabbzNjZZs | Real Time with Bill Maher |
| John Boyega And The Directors Who Would Work With Him | 9/24/2021 | https://www.youtube.com/watch?v=XuxymMY3G28 | Your World |
| **Similar YouTube videos not restricted** | | | |
| John Boyega Is Cancelled! Deletes Twitter History, Loses Verification What Is Happening? | 9/24/2021 | https://www.youtube.com/watch?v=O6jT-F6XPwA | TheQuartering |
| John Legend Silent | 9/24/2021 | https://www.youtube.com/watch?v=a-RxP5CBpMM | Your World |
| **Similar YouTube videos not restricted** | | | |
| Powerful celebrity quotes on Black Lives Matter and racism \| Cosmopolitan UK | 9/24/2021 | https://www.youtube.com/watch?v=Ev1ORA97pFc | Cosmopolitan UK |
| Democratic candidates debate: Addressing country's racism l ABC News | 9/24/2021 | https://www.youtube.com/watch?v=kAEhKh7eKzw | ABC News |
| Real Time with Bill Maher: Denying Racism is a Form of Racism (HBO) | 9/24/2021 | https://www.youtube.com/watch?v=JKHNKGYgF8U&t=36s | Real Time with Bill Maher |
| Conspiracy Theories | 9/27/2021 | https://www.youtube.com/watch?v=zrpZWHaRsps | Your World |
| **Similar YouTube videos not restricted** | | | |
| Jesse Jackson: FBI involved in MLK's murder | 9/27/2021 | https://www.youtube.com/watch?v=pXH_1OQeK9A | Graham Bensinger |
| Zoe Is Just Like Her Mother | 9/27/2021 | https://www.youtube.com/watch?v=gOXHuz1w2b0 | Your World |
| **Similar YouTube videos not restricted** | | | |
| Why YOU Should Dress Modestly \|\| Get the attention you deserve! | 9/27/2021 | https://www.youtube.com/watch?v=UklBGXO6sb0 | Classically Abby |

**THIRD AMENDED CLASS ACTION COMPLAINT**

| Video | Date Reviewed | Link | Channel |
|---|---|---|---|
| Look at the Support They Get | 9/27/2021 | https://www.youtube.com/watch?v=jnZtybgx9-I | Your World |
| Similar YouTube videos not restricted | | | |
| Candace Cameron Bure Says She 'Prays' For Lori Loughlin in Wake of Scandal | 9/27/2021 | https://www.youtube.com/watch?v=NhQ1-9oSDKY | Entertainment Tonight |
| They Picked Him for a Reason | 9/29/2021 | https://www.youtube.com/watch?v=Kqr8o3wgjec | Your World |
| Similar YouTube videos not restricted | | | |
| David Bowie Criticizes MTV for Not Playing Videos by Black Artists | MTV News | 9/29/2021 | https://www.youtube.com/watch?v=XZGiVzIr8Qg | MTV News |
| Racism at Buffalo Wild Wings | 9/27/2021 | https://www.youtube.com/watch?v=Eq59SUu68Cc | Your World |
| Similar YouTube videos not restricted | | | |
| The Discrimination You've Never Heard Of | Alan Raskin | TEDxAllendaleColumbiaSchool | 9/27/2021 | https://www.youtube.com/watch?v=MEsw3qvPS9g | TEDx Talks |
| It's Just a Chicken Sandwich | 9/27/2021 | https://www.youtube.com/watch?v=bc1e0TLchzU | Your World |
| Similar YouTube videos not restricted | | | |
| Throwback Thursday: Racist Or Funny? | Gabriel Iglesias | 9/27/2021 | https://www.youtube.com/watch?v=UDLpEQmdNZE | Gabriel Iglesias |
| Harvard Sailing Team - Boys Will Be Girls | 9/27/2021 | https://www.youtube.com/watch?v=gspaoaecNAg | Harvard Sailing Team |
| Boycott Oprah | 9/27/2021 | https://www.youtube.com/watch?v=abiSvC7Kn4k | Your World |
| Similar YouTube videos not restricted | | | |
| Chick-fil-A is being bullied | 9/27/2021 | https://www.youtube.com/watch?v=WoyJMPMjOAc | Tony Marano |
| Chick-Fil-A-Bigotry | 9/27/2021 | https://www.youtube.com/watch?v=EcTvcOT1Ynk | HonestDiscussioner |
| Karma for Wendy | 9/27/2021 | https://www.youtube.com/watch?v=DuJ1uhutDNU | Your World |
| Similar YouTube videos not restricted | | | |
| Beyonce and the Black Panthers | Final Thoughts with Tomi Lahren | 9/27/2021 | https://www.youtube.com/watch?v=p2O5MGpfKTc | BlazeTV |
| Walmart Getting Rid of Greeters | 9/27/2021 | https://www.youtube.com/watch?v=1YW0Pb0o374 | Your World |
| Similar YouTube videos not restricted | | | |
| Trump mocks reporter with disability | 9/27/2021 | https://www.youtube.com/watch?v=PX9reO3QnUA | CNN |
| Walmart's Anti-Union Message | 9/27/2021 | https://www.youtube.com/watch?v=CpInyHRVjic | Senator Bernie Sanders |
| Spike Lee and the Oscars | 9/27/2021 | https://www.youtube.com/watch?v=hXqHggfb2e4 | Your World |
| Similar YouTube videos not restricted | | | |
| Why BlackKklansman" Lost Oscar to "Green Book" | 9/27/2021 | https://www.youtube.com/watch?v=xKtOkczPM-4 | Raiders Of The Lost Podcast |
| CLIENT - Nicole's View | | | |
| In Memory of | 9/24/2021 | https://www.youtube.com/watch?v=HNbFQUHTSMw | Nicole's View |
| Similar YouTube videos not restricted | | | |
| The faces of N.J. victims of September 11 | 9/24/2021 | https://www.youtube.com/watch?v=OatDu-I0bWI&t=32s | NJ.com |
| In Memory Of Sandy Hook Victims TRIBUTE (W/Pictures) | 9/24/2021 | https://www.youtube.com/watch?v=1GMIAETrWpE | CaseyCoutureMUA |

| Video | Date Reviewed | Link | Channel |
|---|---|---|---|
| They Never Cared About Us | 9/24/2021 | https://www.youtube.com/watch?v=iYECpBVdz9w | Nicole's View |
| **Similar YouTube videos not restricted** | | | |
| Tribute to Prince Philip \|\| Heal | 9/24/2021 | https://www.youtube.com/watch?v=5JZOjMMzGtg | Maria R |
| Stan Lee " try not to cry " | 9/24/2021 | https://www.youtube.com/watch?v=OmtpHk3iJQ4 | skyler lee |
| Police Radio Chatter Sound Effect [Extended] | 9/24/2021 | https://www.youtube.com/watch?v=B47A4IVXsJk | SoundEffectsFactory |
| Say What!?: Billy Dee Williams Comes Out As "Gender Fluid" | 9/29/2021 | https://www.youtube.com/watch?v=Xs-cmV44Rco | Nicole's View |
| **Similar YouTube videos not restricted** | | | |
| "Gender Fluid" Person Confuses Everyone. | 9/29/2021 | https://www.youtube.com/watch?v=OwvhGfbeo1Y | A1Cvenom |
| Gender Identity: Can a 5'9, White Guy Be a 6'5, Chinese Woman? | 9/29/2021 | https://www.youtube.com/watch?v=xfO1veFs6Ho | Family Policy Institute of Washington |
| 7 Reasons Why I Love Men - Masculinity Is Not Toxic | 9/29/2021 | https://www.youtube.com/watch?v=3nivLP3yo-E | Céline Remy |
| 5 Stars!: Why Dave Chappelle's New Netflix Special Came Right On Time | 9/29/2021 | https://www.youtube.com/watch?v=oUXnC6CL20I | Nicole's View |
| **Similar YouTube videos not restricted** | | | |
| 10 Celebs Who Defended Johnny Depp Against Amber Heard! (Emilia Clarke, Elon Musk, Jason Momoa) | 9/29/2021 | https://www.youtube.com/watch?v=fiMHnccBJC0 | Trendy Vert |
| Alyssa Milano explains silence on Joe Biden allegation | 9/29/2021 | https://www.youtube.com/watch?v=tcNx_nD6Bi4 | Radio Andy |
| Halle Bailey & The New Little Mermaid Casting "Controversy" | 9/24/2021 | https://www.youtube.com/watch?v=iTsgfpOC7JM | Nicole's View |
| **Similar YouTube videos not restricted** | | | |
| Halle Bailey's casting as Ariel prompts conversation about race \| Nightline | 9/24/2021 | https://www.youtube.com/watch?v=nDXfNLXRGYw | ABC News |
| George Carlin on the "Seven Dirty Words" - EMMYTVLEGENDS.ORG | 9/24/2021 | https://www.youtube.com/watch?v=rMyDvqnwIm4&t=3s | FoundationINTERVIEWS |
| I'M TRAPPED IN A HOLIDAY NIGHTMARE!! \| Helliday Limbo (MicroHorrorArcade) | 9/24/2021 | https://www.youtube.com/watch?v=YcScpg9kDMk | TheGameSalmon |
| **CLIENT - Andrew  Hepkins** | | | |
| New Years Message to the Light Workers | 9/24/2021 | https://www.youtube.com/watch?v=1H5ujVGqT6I | Dru Story News |
| **Similar YouTube videos not restricted** | | | |
| Johnny Depp's Friends Reveal How Amber Heard Destroyed Johnny Depp | 9/24/2021 | https://www.youtube.com/watch?v=q1xhgd6F_j4 | Film Streak |
| Fake News. It's Your Fault. \| Christina Nicholson \| TEDxBocaRaton | 9/24/2021 | https://www.youtube.com/watch?v=tRPDwSSjdOM&t=181s | TEDx Talks |
| Real Time with Bill Maher: The Cosby Controversy (HBO) | 9/24/2021 | https://www.youtube.com/watch?v=5a9eEABUIvo | Real Time with Bill Maher |
| Sean Penn Talks His TV Debut, Criticizes #MeToo Movement \| TODAY | 9/24/2021 | https://www.youtube.com/watch?v=PjpO4hc6Hiw | TODAY |
| Michael Jackson Accusers' Stories Questioned | 9/24/2021 | https://www.youtube.com/watch?v=v12T99nhopI&t=13s | ET Canada |
| Anthony Joshua's Redemption \| The Responsibility of Success | 9/24/2021 | https://www.youtube.com/watch?v=68lsRzaRb4Y | Dru Story News |
| **Similar YouTube videos not restricted** | | | |
| American Delante 'Tiger' Johnson roars into welterweight quarters \| Tokyo Olympics \| NBC Sports | 9/24/2021 | https://www.youtube.com/watch?v=sbY98uA20NY | NBC Sports |
| 10-Year-Old Female Boxing PRODIGY | 9/24/2021 | https://www.youtube.com/watch?v=HtMdiNrsg00 | Whistle |

**THIRD AMENDED CLASS ACTION COMPLAINT**

| Video | Date Reviewed | Link | Channel |
|-------|---------------|------|---------|
| Dear Gillette & America: "Toxic Masculinity" Doesn't Exist | 9/29/2021 | https://www.youtube.com/watch?v=N0xz-h10A-I | Dru Story News |
| **Similar YouTube videos not restricted** | | | |
| Jordan Peterson- Masculinity is Not Toxic Stop Blaming Men for Everything | 9/29/2021 | https://www.youtube.com/watch?v=n6ZRu6Fbfcc | BEND REALITY |
| Jordan Peterson Debates A Woman On Toxic Masculinity | 9/29/2021 | https://www.youtube.com/watch?v=XOlMOxhIb7w | Crysta |
| Masculinity Is Not Toxic. It's Necessary. | 9/29/2021 | https://www.youtube.com/watch?v=vXeMsWHPZHA | Turning Point USA |
| Canelo Versus GGG \| Who Wins And Why | 9/24/2021 | https://www.youtube.com/watch?v=bb84LEIBrQU | Dru Story News |
| **Similar YouTube videos not restricted** | | | |
| Instant Karma in Boxing - Oleksandr Usyk | 9/24/2021 | https://www.youtube.com/watch?v=7l-TaLMZzZA | The World of Boxing! |
| Democratic Dilemma: Are Black Americans Ready to #WalkAway? | 9/29/2021 | https://www.youtube.com/watch?v=R1i08ILkzQk | Dru Story News |
| **Similar YouTube videos not restricted** | | | |
| Should the U.S. Get Rid of Political Parties? | 9/29/2021 | https://www.youtube.com/watch?v=AmTBhClgiW8 | The Atlantic |
| You're being manipulated and don't even know it \| Nate Pressner \| TEDxYouth@Basel | 9/29/2021 | https://www.youtube.com/watch?v=oKMTVRu5Guk | TEDx Talks |
| The Facts about Fact Checking: Crash Course Navigating Digital Information #2 | 9/29/2021 | https://www.youtube.com/watch?v=EZsaA0w_0z0 | CrashCourse |
| **CLIENT - T-K Reyes** | | | |
| Best Denzel Washington Impression Ever - The Keu Reyes Project | 10/1/2021 | https://www.youtube.com/watch?v=EZhXwt4JR8 | Keu Reyes |
| **Similar YouTube videos not restricted** | | | |
| Warning live tandem breastfeeding! Breastfeeding blooper how much caffeine can I safely drink? | 10/1/2021 | https://www.youtube.com/watch?v=QbZwHMi8Dj0 | The Famous Mommy |
| We Breastfeed Each Other's Kids | 10/1/2021 | https://www.youtube.com/watch?v=4Kopequ5pe4 | truly |
| Denzel Impression | 10/1/2021 | https://www.youtube.com/watch?v=IW9euORKiz0 | Mishka Thebaud |
| Fake News by Dino Archie | 10/1/2021 | https://www.youtube.com/watch?v=GWMxmADmhX0 | Keu Reyes |
| **Similar YouTube videos not restricted** | | | |
| Kanye West Donald Trump Cold Open - SNL | 10/1/2021 | https://www.youtube.com/watch?v=4sO5-t3JEYY | Saturday Night Live |
| Trump Tweets at Jimmy | 10/1/2021 | https://www.youtube.com/watch?v=Ud_-wBFe9bE | The Tonight Show Starring Jimmy Fallon |
| Free Lunch - "Lick My Balls" - Music Video - Hot New Hip Hop Rap Song 2018 | 10/1/2021 | https://www.youtube.com/watch?v=VBMQ7a7Opis | Keu Reyes |
| **Similar YouTube videos not restricted** | | | |
| Sucking On Chef's Chocolate Salty Balls - SOUTH PARK | 10/1/2021 | https://www.youtube.com/watch?v=zgqlMoFpOlg | South Park Studios |
| [South Park] 'Suck my balls!' - Sparta GYA CTE V2 Remix | 10/1/2021 | https://www.youtube.com/watch?v=59Qfwefd02U | AGK89 |
| Lick lick my balls - Rick and morty | 10/1/2021 | https://www.youtube.com/watch?v=fiKwHjRv1a4 | R1ck M0rty |
| **CLIENT - T-O Ley** | | | |
| Como hacer cortadas o heridas falsas con maquillaje paso a paso

(How to make fake cuts or wounds with makeup step by step) | 10/1/2021 | https://www.youtube.com/watch?v=6O-BXCg0p7I | Osyley |
| Halloween Torn out FAKE eye makeup tutorial | 10/1/2021 | https://www.youtube.com/watch?v=pRhQix-8VeA | ellimacs sfx makeup |
| Easy Realistic Wound Halloween makeup tutorial | 10/1/2021 | https://www.youtube.com/watch?v=44nhQ48au5Q | ellimacs sfx makeup |

**THIRD AMENDED CLASS ACTION COMPLAINT**

| Video | Date Reviewed | Link | Channel |
|---|---|---|---|
| Como Hacer Sangre Falsa con Ingredientes Caseros Para Halloween<br><br>(How to make fake blood with homemade ingredients for halloween) | 10/1/2021 | https://www.youtube.com/watch?v=GdlZ4LETKIU | Osyley |
| **Similar YouTube videos not restricted** | | | |
| ⊡ HOW TO MAKE FAKE BLOOD ⊡ | HALLOWEEN TUTORIAL | WE ANSWER THAT EP 42 | SMELLYBELLYTV | 10/1/2021 | https://www.youtube.com/watch?v=KG996dXcB6I | SmellyBellyTV |
| How to make fake blood for Halloween | 10/1/2021 | https://www.youtube.com/watch?v=VfSBvKedoRI | 9NEWS |
| DONALD TRUMP Makeup Tutorial ♡ Como Ser Donald Trump ♡ Tutorial - OSYLEY | 10/1/2021 | https://www.youtube.com/watch?v=b96JEAyqdPc | Osyley |
| **Similar YouTube videos not restricted** | | | |
| DONALD TRUMP MAKEUP TUTORIAL! | 10/1/2021 | https://www.youtube.com/watch?v=ucn7KWJcilA | Kat Sketch |
| Donald Trump Makeup Tutorial | 10/1/2021 | https://www.youtube.com/watch?v=X01mNubQJx8 | Trump The Internet |

108.    On January 17, 2018, Defendants testified to Congress under oath that access to all services offered by Defendants in connection with YouTube are available to Plaintiffs, and all users, subject only to viewpoint neutral, content based rules that apply equally to all users:

Senator Cruz: Thank you Mr. Chairman.  Welcome to each of the witnesses.  I'd like to start by asking each of the company representatives a simple question, which is: do you consider your companies to be neutral public fora?

* * * *

Senator Cruz: I'm just looking for a yes or no whether you consider yourself to be a neutral public forum.

Senator Cruz: Ms. Downs?

Ms. Downs: Yes, our goal is to design products for everyone, subject to our policies and the limitations they impose on the types of content that people may share on our products.

Senator Cruz: So, you're saying you do consider YouTube to be a neutral public forum?

Ms. Downs: Correct. We enforce our policies in a politically neutral way.  Certain things are prohibited by our Community Guidelines, which are spelled out and provided publicly to all of our users.

* * * *

Ms. Downs: As I mentioned, we enforce our policies in a politically neutral way.  In terms of the specifics of Prager University, it's a subject of ongoing litigation so I'm not free to comment on the specifics of that case.

109.     Beginning in 2019, YouTube's CEO, Susan Wojcicki, YouTube's CEO, has taken to the airwaves over the past three years to repeatedly and unequivocally deny that Defendants discriminate against anyone when it comes to content or access restrictions to YouTube, all the while insisting that all decisions, wrong or right, are the product of good faith, viewpoint neutral, and identity blind content reviews and decisions.

110.     On or about June 14, 2020, Ms. Wojcicki publicly announced that YouTube was starting a $100 million fund "dedicated to amplifying and developing the voices of Black creators and artists and their stories."  In a blog post Wojcicki said, "At YouTube, we believe Black lives matter and we all need to do more to dismantle systemic racism."  *See* https://www.marketwatch.com/story/youtube-is-starting-a-100-million-fund-for-black-creators-artists-2020-06-11.

111.     Ms. Wojcicki's self serving assurances notwithstanding, Defendants' conduct constitutes unlawful race discrimination.  Unlike any other form of prohibited discrimination, race discrimination has been outlawed in the United States since 1865, when Congress enacted §1981 and other civil rights statutes intended to wipe out, prohibit, and render unlawful any and all racial discrimination in contracts and business.

112.     Defendants know and admit that they discriminate.  They have admitted that since at least 2017, they use content based filtering and access review tools, systems, and practices that "target" African Americans and other members of protected racial classifications under the law.

113.     Nonetheless, Defendants repeatedly have failed to "fix" the discriminatory defects in their A.I., algorithm and other filtering tool systems or to stop the "targeting" as promised.  Defendants continue to knowingly, intentionally, and systematically block, demonetize, and deny Plaintiffs and members of the Race Discrimination Class their contractual and other legal rights to access the YouTube platform based on the color of their skin or other protected racial traits, rather than based on the material in videos.

114.     Plaintiffs are not the first to accuse Defendants of race or identity based discrimination.  In addition to independent researchers, Defendants' former chief A.I. Ethicist, Dr. Timnet Gebru, resigned after co-authoring research papers regarding the implicit racial and gender

biases in Defendants' A.I.  Dr. Gebru warned that Defendants collect all the data they can from the internet, so there's a risk that racist, sexist, and otherwise abusive language ends up in the training data and creates an inherent racial and gender bias in Defendants' A.I.  According to Dr. Gebru, an A.I. model trained on vast swaths of the internet won't be attuned to the nuances of vocabulary and won't produce or interpret language in line with new or developing cultural norms.  The A.I. will also fail to capture the language and the norms of countries and peoples with less internet access, and produce a smaller linguistic online footprint. The resulting A.I. generated language is homogenized and reflects a narrow slice of the world.

115.    In response to Dr. Gebru's findings, concerns, and subsequent resignation, Defendants called Dr. Gebru an "angry black woman."  But Dr. Gebru's concerns have been confirmed time and time again.

116.    Defendants also abuse their dual roles as content reviewers and content creators on YouTube.  Specifically, under the pretext of unfettered "discretion" to serve as sole "censors" of content, Defendants use racial profiling to restrict the reach and access of Plaintiffs and of other third party users who compete directly with Defendants and their sponsored video content for click per minute ("CPM"), advertising, and other revenue stream and services on the YouTube platform.

117.    Instead of "fixing" the digital redlining and racial discrimination that pervades on the YouTube platform, Defendants doubled down and continued their racist and identity based practices because they are profitable.  By utilizing unilateral control over 95% of the world's public video content, Defendants unlawfully misappropriate viewers, CPM, advertising, and other revenues that rightfully belong to, or would otherwise be available to, Plaintiffs and members of the Race Discrimination Class, by using discriminatory restrictions that unlawfully restrict and block Plaintiffs' content and access on the YouTube platform.

118.    Regardless of Defendants' subjective motivations, Defendants are not above the law.  Neither the scale, size, or "ubiquity" of Defendants' operations or their influence entitle Defendants to "self-regulate" by ignoring or refusing to comply with the law, including the long established prohibition on race discrimination in contract.

119.     Until such time as Defendants make good on their promises, representations, and obligations to "fix" this racism and compensate Plaintiffs and members of the Race Discrimination Class who are victims of Defendants' unlawful and repugnant discriminatory conduct, Defendants will continue to engage in intentional race discrimination that violates their agreements with Plaintiffs, as well as established federal and state laws that govern the relationship between the parties.

120.     Plaintiffs can wait no longer for Defendants to "fix" the problems as they promised years ago.  Nor should they have to.  The Defendants' knowing use of a consumer's, race, ethnicity or other protected identity or some other immutable personal trait to filter and deny access to YouTube, is illegal digital racial profiling, redlining, and discrimination.

121.     The time has come for Ms. Wojcicki, and Defendants' other senior officers, to put up or shut up.  If Defendants truly believe that they are engaged in good faith, viewpoint neutral content regulation on YouTube, then Defendants should produce the computer code and permit an expert review of that code to examine the "triggers" for review and restriction of content. Defendants can then, under oath in deposition and other sworn testimony, and through other discovery, explain to Plaintiffs, the Court, and the public why their prior admissions and other evidence of "targeting" African Americans and members of other protected racial classifications under the law, are not true.

122.     Defendants' unsupported denials, or assertions that demonstrably discriminatory conduct is "mistakes" or the result of a "he said, she said" misunderstanding between its employees and officers, are not lawful rationales to deny Plaintiffs their day in court.

123.     Despite a whole lot of "telling," Defendants have made no attempt to "show" that they do not discriminate based on the race, ethnicity or other protected identity of Plaintiffs or the hundreds of millions of Race Discrimination Class members who fall victim to discrimination by Defendants.

124.     Defendants' refusal to show they do not discriminate is mystifying, if not damning. The computer code and information about how Defendants' A.I., algorithms, filters and other automated systems operate, developed and have changed substantially since Defendants purchased

1  YouTube in 2007.  Evidence regarding those changes will determine the extent to which

2  Defendants use A.I, algorithms, or other filtering tools to profile and discriminate against YouTube

3  users based on their race, ethnicity or other protected identity.

4       125.    Each time that Plaintiffs (or any other member of the public) access the YouTube

5  user interface, Plaintiffs and Defendants execute binding contract(s) that govern the parties'

6  respective rights and obligations on YouTube, including the TOS.

7       **B.**     **The Governing Agreements**

8       126.    Defendants' acquisition of the licensing rights to 95% of the world's public video

9  content, along with the personal and financial information data of the 2.3 billion users who post or

10  view the content is not free or a gift to the largest and most powerful tech enterprise in the history

11  of the world.  Rather, the license rights are obtained through for tangible and valuable

12  consideration: the right of the licensor or user to equal access to the YouTube platform and all of its

13  services, subject to and limited only by the viewpoint neutral application of YouTube's content-

14  based rules.

15       127.    The contract between Plaintiffs and YouTube consists of a series of digital

16  webpages and include the TOS, which expressly incorporates by reference the YouTube

17  Community Guidelines and Google's Privacy Policy.  Defendants' TOS designates YouTube as a

18  "passive website," that is open to the public.  Each person who "uses or visits" the YouTube

19  website or any of YouTube's Services, agrees to be governed by the TOS, Community Guidelines

20  and Google's Privacy Policy.  Defendants' agreement is a "take it or leave it" standardized digital

21  consumer form contract that is not subject to negotiation.

22       128.    To access the YouTube TOS, the Community Guidelines, and Google's Privacy

23  Policy, each user must navigate a labyrinth of layers of digital webpages and websites starting with

24  the YouTube website.  By clicking on a hyperlink to the TOS, the user arrives at the YouTube TOS

25  webpage.  Once on the TOS webpage, the user must then click on the hyperlink to the Community

26  Guidelines and Google's Privacy Policy (or for the 2021 TOS, the Policy, Safety and Copyright

27  Policies").

28

a.      Each of those Community Guidelines includes hyperlinks which leads to other webpages consisting of a series of "policies," "FAQs," "Q&As," and "articles;" as well as, additional hyperlinks to other webpages.  Identifying all of the contract terms requires a deep dive into the nested layers of hyperlinked webpages.

b.      The "Policy, Safety and Copyright Policies" webpage also includes hyperlinks which leads to other webpages consisting of a series of "policies," "FAQs," "Q&As," and "articles;" as well as, additional hyperlinks to other webpages.

129.    Every time that a user accesses the YouTube user interface, the user and Defendants execute a binding contract (including the TOS) that governs the Parties' respective rights and obligations on YouTube, including the TOS.  To access all of YouTube's Services, users must create a YouTube account and expressly agree to the TOS, Community Guidelines and Google Privacy Policy (or for the 2021 TOS, the Policy, Safety and Copyright Policies").  Defendants do not provide a copy of the contract that the user executed electronically.  Nor do they provide a receipt or digital notice on the dates a new binding contract is entered by the user.

130.    Defendants do not provide users with access to individual downloadable versions of the contract documents, much less a printable version of the entire agreement.  To obtain a copy of the contract, users can (a) take screenshots by accessing and scrolling through each operative contract document; (b) scroll through each operative contract documents and use the Microsoft copy function, then paste the text of each operative document into a new document; or (c) save the webpages electronically, which results in the creation of multiple files for each webpage consisting of text, load files and image files.  This latter method, though faster at the front end, generates files that include multiple duplicates of some webpages.  The files then must have duplicates removed and be converted to .pdf, resulting in a current agreement of 2,528 pages.  Exhibit D.

131.    Defendants have the right to unilaterally change the TOS and documents incorporated by reference into the agreements without warning or advance notice and have exercised that right.  Since 2010, YouTube has changed its TOS alone four times.  By accessing the current TOS on the YouTube website, users can find a hyperlink to the 2020 archived version of the TOS (Exhibit E); the 2019 archived version of the TOS (Exhibit F); and the 2018 archived

1   version of the TOS (Exhibit G).  The 2010 archived version of the TOS is not available on the

2   YouTube website; however, it can be found on The Wayback Machine website (Exhibit H).

3       132.    Defendants also reserve the right to unilaterally change the Community Guidelines

4   and other policies without warning or advance notice; however, the archived TOS versions for

5   2020, 2019 and 2018 contain hyperlinks to the current 2021 versions of the Community Guidelines

6   webpages.  Prior versions of the Community Guidelines and other hyperlinked webpages that are

7   contemporaneous with the 2020, 2019, 2018 or 2010 archived TOS are not available on

8   Defendants' websites or on The Wayback Machine website.

9       133.    As a result of Defendants' use of labyrinthine online digital agreements, which

10  change frequently, and incorporate by reference layers of hyperlinked webpages to Community

11  Guidelines and Policies which also change frequently (but which are not available online), it is

12  virtually impossible for users to figure out what agreements and provisions govern their conduct

13  and content for any prior date, much less for the entire period from 2010 to present.  Only

14  Defendants have electronic records that reflect the dates each user executed the operative TOS,

15  which documents were incorporated by reference by that TOS and constitutes the whole integrated

16  agreement, and what Defendants' Community Guidelines, policies, and practices were at the time.

17  Users neither have access to a complete set of the operative agreement documents; nor could they

18  reasonably obtain a copy when they executed the agreement, or at any time thereafter.

19      134.    The agreement allows Defendants to not only collect, store, analyze, and organize

20  the personal, financial, political, and other digital data for each YouTube user, but allows

21  Defendants to use and sell that digital data to third parties on the Defendants' platforms and on the

22  open market.

23      135.    The Defendants' use of multiple contract documents consisting of layers of

24  webpages displaying "articles" containing "policies," videos, "FAQs," "Q&As," and examples,

25  many of which must be clicked on to expand so that the text is visible, results in a set of confusing,

26  ambiguous, vague, interconnected, overlapping and sometimes inconsistent or even contradictory

27  contract provisions which purportedly govern the Parties' respective rights and obligations.  Such

28  agreements are not functionally available to the users.  The users are left alone to figure out which

of Defendants' "policies," "FAQs," "Q&As" and "articles" govern specific conduct and content, and what are the operative terms of the agreements are for any given date.

**C.     The Relevant Provisions of the Agreement**

136.    The TOS, Community Guidelines and Google's Privacy Policy form a uniform consumer service contract that every one of YouTube's 2.3 billion users must execute and agree to upon accessing the website.  Each of the relevant agreements for the period 2010 to present contain:

    a.      YouTube's California choice of law clause.

    b.      YouTube's integration clause that identifies the operative agreement between the Parties.  Until 2021, the operative agreements included only the TOS, Community Guidelines and Google's Privacy Policy.  The 2021 TOS now defines the agreement between YouTube and the users as the TOS, Community Guidelines and "the Policy, Safety and Copyright Policies which may be updated from time to time."  In 2021, YouTube also added language to include "Advertising on YouTube Policies" for users which "provide advertising or sponsorships to the Service or incorporate paid promotions in [their] content."  For the first time in 2021, YouTube expressly stated that "other links or references provided in these terms are for informational use only and are not part of the Agreement."

    c.      YouTube's license provisions that grant Defendants "a worldwide, non-exclusive, royalty-free, sublicenseable and transferable license to use, reproduce, distribute, prepare derivative works of, display and perform" any Content the user uploads "in connection with the Service and YouTube's business," including YouTube's right to "retain, but not display, distribute, or perform, server copies of [users'] videos that have been removed or deleted."  The licenses are "perpetual and irrevocable."

        1.      The license includes a grant to other YouTube "users" a "non-exclusive, royalty-free license to access" content, to "reproduce, distribute, prepare derivative works, display, and perform it . . . as enabled by a feature of the Service."

2.    This license also includes the right to post and monetize Plaintiffs' "[c]ontent or other material" that makes Plaintiffs (i) "solely responsible for" the content and its "consequences," including (ii) all intellectual property rights and restrictions on the video content, and (iii) not posting content or seeking access to services in a manner that is "contrary to the YouTube Community Guidelines."

d.    YouTube's requirement that users comply with all applicable "local, national and international laws and regulations."

e.    YouTube's requirement that users agree to Google's Privacy Policy and give Defendants access to their personal digital data.

f.    YouTube's prohibition against the use of "third party copyrighted material, or material that is subject to other third party proprietary rights," unless users have permission or "are otherwise legally entitled to post the material."  Users' accounts can be terminated for copyright infringement.  Each of the relevant TOS also expressly refers to and relies upon United States copyright law and specifies a procedure for notifying Defendants of Content that constitutes a copyright violation and a procedure for appealing YouTube's removal of or limitations imposed on Content on grounds of copyright violation.

g.    YouTube's requirement that all Content uploaded to the platform conform with the TOS and Community Guidelines.

h.    YouTube's reservation of "the right to decide whether Content violates these TOS for reasons other than copyright infringement," including, "but not limited to, pornography, obscenity, or excessive lengthy," and that YouTube "may at any time, without prior notice and in its sole discretion, remove such Content and/or terminate a user's account for submitting such material in violation of these Terms of Service."

i.    YouTube's reservation of the "right to discontinue any aspect of the Service at any time;" including the right to "suspend or stop a Service altogether;" and the "right to refuse or limit [users'] access" to ads, ad accounts and to withhold ad revenue "at any time, without providing a warning or prior notice."

j.      YouTube's right to "modify or revise" the TOS and incorporated agreements "at any time" in its "sole discretion" without paying any additional consideration; including the right to "update" or "modify" the Community Guidelines.

k.      YouTube's express disclaimer pf any warranty, and a statement that use of the Services "shall be at your sole risk, to the fullest extent permitted by law;" and further states that YouTube "assumes no liability or responsibility" for "personal injury or property damage, of any nature whatsoever, resulting from your access to and use of our services."

l.      YouTube's "limitation of liability" clause exempting YouTube from "direct, indirect, incidental, special, punitive, or consequential damages" related to use of the Services.

137.    None of the operative TOS includes:

a.      A clause authorizing Defendants to employ A.I., algorithms, filters, or automated systems that use or take into consideration information regarding personal identity (e.g., race, ethnicity or other protected identity) to filter, restrict or curate users' accounts, channels or content based on the identity of the user, creator of the or subscriber to the channel, or the viewer of the content.

b.      A clause immunizing Defendants from Lawsuit for any conduct, violation of a statute of California or federal law, or identity based discrimination in providing services on Defendants' platforms.

c.      A clause that mentions immunity under the Communications Decency Act 47 U.S.C. §230(c),[4] much less one that authorizes Defendants to filter, restrict, or curate YouTube accounts, channels or Content based on the identity of the user, the channel subscriber, or the Content viewer.

d.      A clause that authorizes Defendants to assert on its own behalf a right to free speech, or to refrain from speech under the First Amendment to the United States Constitution or

---

[4] The current agreement contains two references to the Communications Decency Act, 47 U.S.C. §230(c) solely with respect to Content that a user views as defamatory.  In two places, the agreement advises users that YouTube will not make any determination regarding material that is defamatory or remove such Content.

the California State Constitution Liberty of Speech Clause in connection with granting or denying services on Defendants' platforms or removing content that complies with Defendants' Community Guidelines and policies.

### D.   Defendants' Interpretation of the Governing Agreements

138.   The TOS, including the 2021 TOS offers users access to the YouTube platform and services so long as the users "comply with this Agreement and applicable law."  According to the express TOS, users "may view or listen to Content for your personal, non-commercial use;" and "may also show YouTube videos through the embeddable YouTube player."  Nonetheless, after years of asserting that YouTube users could access Defendants' services subject only to viewpoint neutral, content based rules that apply equally to all, in the past two years, Defendants have begun to assert that they have authority under the agreement with users to deny services, remove content, channels and accounts of users which have fully complied with the TOS, Community Guidelines, policies and rules.  Faced with litigation over the denial of services, removal of content and channels of various members of protected groups, Defendants have asserted that regardless of whether content and channels comply with applicable Guidelines and policies, "the parties' agreements allow YouTube to exclude videos from "Restricted Mode," to decline to pair videos with advertising, and to remove content from its service at its discretion."  Case No. 5:20-cv-04011-LHK ECF 29 at 19:23-28.

a.   "YouTube is under no obligation to host or serve Content;" and "If we reasonably believe that any Content is in breach of this Agreement or may cause harm to YouTube, our users, or third parties, we may remove or take down that Content in our discretion."  ECF 29 at 1:26-18.  "The Terms of Service expressly state that YouTube reserves the right to remove content from its platform in its discretion."  ECF 29 at 33:5-12.

b.   The TOS "reserve[s] to YouTube the right to exclude videos from "Restricted Mode" and to deem videos ineligible for monetization," regardless of whether the videos fully comply with all applicable Guidelines and policies; and authorizes them to "delete[] custom thumbnails," "delete[] subscriptions," exclude videos "from appearing in search results,"

**THIRD AMENDED CLASS ACTION COMPLAINT**

1   and to "review, filter and restrict Plaintiffs' access to YouTube" based on Plaintiffs' race and other

2   personal identifying characteristics.  *See* ECF 29 at 33:5-12.

3            c.      "YouTube is not obligated to display any advertisements alongside your

4   videos and may determine the type and format of ads available on the YouTube Service;" and

5   "reserve[s] 'the right to refuse or limit your access to [Adsense] Services,' as well as 'the right, at

6   [YouTube's] discretion, to not show ads on videos and watch pages.'"   ECF 29 at 33:5-12.

7            d.      Defendants also suggest that the TOS authorize them to use "automated

8   software to identify content as inappropriate for advertising."  *See* ECF 29 at 35-12.

9       139.    The TOS expressly states that Defendants may "discontinue or make material

10  changes to [the] Service," but that when Defendants make such changes without notice, it is

11  because they "need to take action to improve the security and operability of [their] Service, prevent

12  abuse, or comply with legal requirements."  Any reasonable user reading the TOS, or the full

13  agreement's 2,500+ pages of rules regarding prohibited conduct and content, would conclude that

14  under the agreement the user was promising to follow those rules and giving Defendants a license

15  to the user's original content and permission to collect, aggregate and sell the user's personal

16  digital data, and in exchange, Defendants were giving the user access to Defendants' platforms and

17  services, subject only to Defendants' legitimate needs to improve security and operability, prevent

18  abuse and comply with the law.  No reasonable user who read the TOS, much less the full

19  agreement's hyperlinked webpages, would conclude that Defendants could take the user's license

20  and data, and then deny access to some or all of the Services unless the user violated Defendants'

21  express rules, much less deny access for reasons entirely unrelated to the users' conduct or content,

22  such as the user's race.

23      140.    In direct contravention to Defendants' testimony before congress, and repeated

24  public statements to the contrary, Defendants have asserted in this Lawsuit and others, that

25  regardless of whether users fully comply with the applicable rules, under the agreement Defendants

26  can unilaterally deny access to the platform, prevent them from uploading content, prevent viewers

27  from subscribing to their channels, exclude them from earning revenue from or advertising that

28  content.

141.    If Defendants are correct in their interpretation of the agreements which they alone wrote, modified, revised, and designed so as to discourage (if not render entirely impracticable) the user from reviewing and saving a full copy of the expanded agreement, then Defendants' agreement with billions of users is void under California law because in exchange for valuable license rights and data, Defendants promise nothing and are obligated to give users nothing at all.

**E.    Defendants' Material Misrepresentations**

142.    Defendants have represented generally to the public and specifically to YouTube users that all rules and restrictions apply equally to all users without consideration of the race, personal identity of the user, and that YouTube is a "forum" where the public can engage in "freedom of expression," to communicate and interact with other users, subject only to viewpoint neutral content based filtering guidelines and rules that apply equally to all.

143.    On January 17, 2018, Defendants testified to Congress under oath that access to all services offered by Defendants in connection with YouTube are available to Plaintiffs, and all users, subject only to viewpoint neutral, content based rules that apply equally to all users, affirming that Defendants are "neutral public fora" that "enforce [their] policies in a politically neutral way".

144.    Through 2019, YouTube's CEO and Defendants' senior officers continued to represent and insist to the public that YouTube's filtering, curation, regulation and restriction of services is achieved solely by "viewpoint neutral" application of specific content based rules applicable to actual video content and that Defendants does not use, consider, or take into account the user's race, sexual identity, political or religious association, or any other personal identity trait or viewpoint of the user.

145.    In the summer of 2019, YouTube's CEO Susan Wojcicki and other senior officers of Defendants repeatedly publicly reaffirmed and maintained that all of YouTube's decisions regarding access to services on the platform are based on viewpoint neutral application of YouTube's content based rules that apply equally to all.

146.    Thus, regardless of any ambiguity the operative agreements, Defendants admit that all of the agreements, Community Guidelines and Policies, and the application of those provisions,

are governed by a core and fundamental promise to users:  That access to the YouTube platform and services is open and available to any member of the public who uses YouTube, subject only to viewpoint neutral, content based rules that apply equally to all.

147.   Defendants' promise governs all of a user's content based rights and obligations associated with YouTube and all services.  It applies not only to Plaintiffs and to all public users, but also to Defendants, who sponsor video content that competes directly with Plaintiffs and other public users for CPMs, viewer reach and expansion, promotion and advertising, and monetization of revenue generated by each video that is posted on the YouTube platform and/or is available through viewer subscription services.

148.   In or about December 2019, Defendant Google LLC merged its Terms of Service for Google products and services with that of YouTube LLC for all purposes.  Consequently, any actions, restrictions, blocking or removals that occur on YouTube may also be used extended by Defendants to services provided by Google on other platforms, including without limitation, Android devices, personal Gmail, publisher advertising, confidential health record data storage and access, all applications sold in Google's Android App store, election monitoring services, public health and law enforcement services search, and any and all other communication or information services that Google, YouTube, or their affiliates provide to consumers or the public.

149.   Defendants' representations, that access to services on the platform are based on viewpoint neutral content based rules that apply equally to all are patently false given the admissions of Defendants' own employees, studies of Defendants' conduct on the YouTube platform, and experience to the contrary of YouTube users who are members of other protected racial classifications under the law.

150.   As set forth infra, since at least 2017, Defendants have grudgingly admitted that they "target" and deny access or services to Plaintiffs based, not on the video content posted by a Plaintiff, but "for any reason, or no reason," including the race, ethnicity or other protected identity of YouTube content creators, viewers, and users.

151.   The practice of using its "discretion" to deny access to any Plaintiffs, or any user, based on race, ethnicity or other protected identity, rather than materials in the content, violates and

breaches the express and implied promises set forth in YouTube's TOS and other service or access agreements, because those agreements are governed in their entirety by California law and expressly limit the exercise of Defendants' "discretion" to that "permitted" by law.

152.    Thus, Defendants' admissions that they are engaged in identity and viewpoint based access denials and targeting, breach the express and implied promises that discretionary access decisions must be viewpoint neutral in application and comply with all federal and state laws prohibiting discrimination in contract, including 42 U.S.C. § 1981, the Unruh Act, and §§17200, *et seq.* of the California Business & Professions Code.

153.    Defendants' past, present, and continuing violations of the TOS are a fundamental and material breach of the trillion dollar licensing provisions by which Defendants obtained perpetual" and "irrevocable" right to use, display, and monetize 95% of the public's video content that exists or has ever existed in the world, as well as the personal and proprietary data of the 2.3 billion people who use or access the site.

154.    In addition, Plaintiffs also seek a declaratory judgment either that: (a) the plain language of §230(c) does not apply to racial profiling and discriminatory access restrictions which are based on a person's race, ethnicity or other protected identity, rather than based on the "online material" that actually appears on YouTube; or (b) if §230(c) is construed to permit online racial, identity or viewpoint based discrimination restrictions against YouTube users, §230(c) is unconstitutional because it violates the First Amendment's limits on permissive private party speech regulation.

155.    Under the First Amendment, the United States Supreme Court in *Denver Area Educational Telecommuns. Consortium, Inc. v. Federal Communications Comm'n*, 518 U.S. 727, 766-67 (1996), confirmed the obvious:  a congressional law that permits a private party to regulate speech is unlawful and unconstitutional unless the law (a) is applied in a viewpoint neutral manner, (b) is narrowly tailored so as not to create a risk of an erroneous private veto over speech, and (c) does not interfere with or otherwise alter or obstruct the parties' existing legal relationship, obligations, and rights or the enforcement of those rights and obligations in a court of law.

156.     Defendants' assertion that §230(c) permits them to use a person's race, ethnicity or other protected identity to block access to YouTube is unconstitutional because, at least as applied to this Lawsuit, §230(c) is neither (a) viewpoint neutral, (b) narrowly tailored to prevent an erroneous veto of speech by Defendants under its rules, and/or (c) it interferes with and eviscerates Defendants' preexisting legal obligations to Plaintiffs under state and federal law, including antidiscrimination, false advertising, consumer protection, and the express and implied promises set forth in Defendants' operative contract(s) with Plaintiffs.

**F.     Defendants' Anti-Competitive, Unlawful, Deceptive And Unfair Business Practices**

157.     Defendants shuffle between three conflicting and irreconcilable roles in connection with YouTube:

a.      When Defendants put on their "ISP" hat, Defendants host, review, curate, and monetize the video content of third party users who license their content, and the personal data property rights of these users, in return for providing equal access to YouTube content and services, subject only to viewpoint neutral rules that apply equally to all.

b.      When Defendants put on their "creator" hat, Defendants create videos and partner with hand picked creators to sponsor their content, and both operate and act as the largest and most powerful of YouTube users to compete directly and aggressively with Plaintiffs and other third party users for views, reach, engagements, CPM revenue, advertisers, and a host of other user based revenue streams on YouTube.

c.      When Defendants put on their "advertiser" hat, Defendants review, categorize, and classify the video content of third party users for purposes of selling advertisements on the YouTube platform in connection with individual videos and/or YouTube channels, based on demographic information in the form of Defendants' metadata that they generate for individual videos which is gleaned from video titles and tags (posted by Plaintiffs when the individual videos are posted to the platform); Plaintiffs' channel profiles (which were input when the channels were first created); the profiles of Plaintiffs' subscribers (which individual subscribers input when they first registered with Defendants) and the subscribers' video viewing histories (which Defendants

gather, analyze and summarize in the form of metadata), as well as the profiles of other users who view Plaintiffs' videos (which were input when they first registered with Defendants) and the viewers' video viewing histories (which Defendants also gather, analyze and summarize in the form of metadata).  Using the enormous wealth of aggregated data Defendants have about the Plaintiffs, their subscribers and viewers, Defendants can identify, price and sell advertising space on the YouTube platform for specific targeted audiences in connection with individual videos.  In this way, Defendants can identify, market and sell advertising based on the race, ethnicity or other protected identity of the YouTube users and generate revenue for Defendants, their affiliated creators, and affluent white YouTube creators, without ever reviewing any of the millions of individual videos posted on the YouTube platform.  In short, Defendants divvy up the video content on the platform by race, ethnicity or other protected identity in order to sell advertisements to third parties without regard to the actual content of videos.  Moreover, Defendants fully monetize those creators whose subscribers and viewers fit the "right demographic," paying them collectively millions of dollars each month regardless of whether their individual videos comply with Defendants' own Community Guidelines and TOS.

158.    Defendants' multiple roles create platform wide conflicts of interest in which Defendants utilize their unfettered authority to curate third party content on YouTube as a pretext to impose access and content restrictions on Plaintiffs and members of the Race Discrimination Class , that are not imposed on content posted or sponsored directly or derivatively by Defendants or other parties with whom they contract for sponsorship.

159.    In the last four years, Defendants have invested in and expanded their business to become the largest production and media company in the world.  *See* https://www.feedough.com/youtube-business-model-how-does-youtube-make-money/.

160.    Among other things, Defendants announced that "[t]he company has partnered with its top content creators who wanted to charge a subscription rental or purchase fees for their content and made their uploaded content as paid content which requires users to pay for a subscription or purchase fees to access the content of the channel."  Furthermore, Defendants decided to partner with "affiliates" whose "related product" advertisements are placed with some videos on YouTube.

These products link to the affiliate partners, who pay a commission to Defendants if their products are purchased.

161.    Defendants understand that the YouTube platform has effectively surpassed its user saturation point, and that monetizing and profiting from YouTube by merely hosting content on the platform is no longer financially feasible to satisfy Defendants' insatiable lust for revenue and profits.

162.    Thus, in addition to hosting their own video channels on YouTube, Defendants have entered into lucrative preferred provider production deals with other global media companies, including PBS, MSNBC, HBO, Fox News, Breitbart, and other media and entertainment conglomerates.

163.    Defendants have also entered the digital TV market with the advent of YouTube TV.  Defendants use their control over third party user content on, and access to, the YouTube platform to induce consumers to purchase their TV and entertainment services by using the YouTube hosting platform, user interface to that platform, and content curation powers to induce consumers to use YouTube for all digital based TV or video content, including movies, music, sports, and entertainment.

164.    Defendants compete for that public audience or viewership unfairly and unlawfully, in a manner which gives their "preferred content" a competitive advantage by, among other things, using their filtering tools and criteria to restrict the access and reach of the smaller third party users it hosts on YouTube.  Thus, under the pretext of making the site safe for their users, Defendants arbitrarily, capriciously, and deceptively restrict access and audience reach to the videos of their competitors on the platform, like Plaintiffs, while at the same time allowing their own content to avoid those same restrictions and restraints -- even when that content violates their own guidelines. In so doing, Defendants effectively clear space on the platform for content which they, or their preferred users supply to better reach the platform's 2.3 billion users, by censoring the content of their competitors.

**G.     Defendants' Tool Kit For Unlawful Practices**

165.     Defendants utilize a series of discriminatory, anticompetitive and unlawful suppression practices and conduct to grow their profits, financial interests, and unprecedented consolidation and control over information, speech, advertising, expression, and internet viewership.

**1.     Artificial Intelligence Algorithm Restrictions**

166.     Defendants use and abuse aggregated personal data about users' race, ethnicity, national origin and other protected identifies that is collected by and incorporated into artificial intelligence ("A.I."), algorithms, filters and automated systems to make decisions regarding the users' access to Defendants; platforms and services.  Defendants apply their A.I., algorithms, filters and automated systems, to profile, filter, curate, regulate, restrict, flag, and block content and access to services on YouTube.  Defendants surreptitiously collect and aggregate personal information about the identities of Plaintiffs and members of the Race Discrimination Class, their subscribers, and the viewers of their videos, and then generate metadata that is either embedded into, appended to or associated with individual videos and channels to effectively digitally redline videos, channels, and users by race, ethnicity, national origin and other protected identities in order to generate demographic information for advertisers, provide a competitive advantage to Defendants' own original content and that of its favored or sponsored creators, and to provide a cheap automated filter for "younger or more sensitive viewers" that avoids the costs of examining the materials in individual videos uploaded to the platform.  Defendants' digital redlining allows them to classify videos and channels in a way that segregates the videos and channels of African American, Hispanic and other users with protected identities into isolated internet ghettoes where these creators, subscribers and viewers enjoy only limited access to the platform's audiences, and cannot enjoy Defendants' services such as monetization, advertising, searchability, custom thumbnail tiles, copyright protection, effective appeals, protection from hate speech and doxing, participation in "Trending," "Up Next" or "Featured" video applications, or accurate characterizations of the material in their video content.

167.    Defendants **claim** that their A.I., algorithms, filters and automated systems are viewpoint and identity neutral, and that they ensure that the "same standards apply equally to all" when it comes to the content regulation of speech on YouTube.  Defendants also claim that their employees conduct "manual reviews" to supplement the automated filtering, curation, restriction and regulation of video content.

168.    Even before October 2016, Defendants' engineers began making changes to the A.I., algorithms, filters and automated systems in order to ensure that Defendants could filter, curate and restrict videos and regulate access to video content based upon race, ethnicity, national origin or other protected identities for reasons of animus, as well as for financial gain and/or anticompetitive purposes.

169.    Similarly, bias, animus, and discrimination towards the user's race, ethnicity or other protected identity are institutionally and culturally rampant in Defendants' workplace and employment practices.  Among other things, Defendants operate and administer the automated systems that generate Copyright flags, "Restricted Mode," and monetization decisions using employees, including engineers, content reviewers, and independent contractors.  These people work in what has been widely reported and acknowledged as a dysfunctional work environment and often work outside of the United States in countries and cultural settings where discrimination against Plaintiffs and members of the Race Discrimination Class is not only condoned but is deeply embedded in their social mores.

170.    Internal emails by and between Defendants' employees show that many employees are routinely subjected to harassment, threats, blacklisting, discipline, and hazing based on their race, ethnicity or other protected identity.  The dysfunction and bias emanate from, and are enforced at, the highest ranks of Defendants' upper management, and drive the actions of employee supervisors, coworkers, third party affiliates, and advertisers.

171.    Consequently, when Plaintiffs and members of the Race Discrimination Class are afforded a manual employee review of content, Defendants' employees and contractors  use discretionary and vague criteria during the review, resulting in restrictions to Plaintiffs' videos based on vague and undefined terms such as "mature" or "sensitive" for certain audiences, solely

because the video discusses a topic involving abbreviations like "BLM," "KKK"; terms such as "Black," "White," "Racism," "Boogaloo," "White Supremacy," "Racial Profiling," "Police Shootings," "Police Brutality," "Black Lives Matter"; names of individuals such as those killed by law enforcement, "Bill Cosby," "Louis Farrakhan"; names of organizations such as "Ku Klux Klan," "Nazi," "Neo-Nazi," "Aryan Brotherhood," and/or other euphemisms that are known and particular to the African American community, or the video's title or tag words include these trigger words.  Defendants are restricting Plaintiffs' content about issues of importance to all Americans, purportedly to protect "younger" and "sensitive viewers," despite the fact that the videos involved contain no hate speech, nudity, excessive profanity, drugs, alcohol, graphic violence or depictions of dangerous activities, simply because the videos discuss issues important to African American and Hispanic communities.

172.   Defendants' digital redlining constitutes censorship, restraint of speech, and discrimination based on the race, ethnicity or other protected identity of Plaintiffs and members of the Race Discrimination Class, not based upon material in uploaded content which might violate a narrow, neutral, objective, and specifically verifiable criteria that furthers a compelling and legitimate public interest.

173.   Defendants' conduct also forces Plaintiffs and members of the Race Discrimination Class to self censor and to avoid not only using abbreviations like "BLM," "KKK"; terms such as "Black," "White," "Racism," "Boogaloo," "White Supremacy," "Racial Profiling," "Police Shootings," "Police Brutality," "Black Lives Matter"; names of individuals such as those killed by law enforcement, "Bill Cosby," "Louis Farrakhan"; names of organizations such as "Ku Klux Klan," "Nazi," "Neo-Nazi," "Aryan Brotherhood," and/or other euphemisms that are known and particular to the African American community in video titles and tag words, but to avoid any mention of these in the video, in order to avoid having Defendants remove videos or issue a "strike" against the channel, purportedly for posting "hate speech" or violating one or more of Defendants' TOS, or their innumerable Community Guidelines, policies, and rules.

174.   Defendants' A.I., algorithms, filters and automated systems that incorporate aggregated personal digital data reflecting users' race, ethnicity, national original or other protected

identifies effectively silence the voices of Plaintiffs and members of the Race Discrimination Class concerning some of the most important issues and current events affecting their communities by limiting access both to the available content, and by limiting subscriber and viewer participation and support of the African American and Hispanic channels and content.

175.    Because Defendants' A.I., algorithms, filters and automated systems single out the videos of Plaintiffs and members of the Race Discrimination Class for adverse treatment (e.g., removal, restricted access if any, and/or limited or no monetization), the Plaintiffs and members of the Race Discrimination Class cannot generate sufficient viewers or subscribers to grow their channels so as to qualify for all of the Defendants' special programs and perks, such as YouTube partnership, Channel Membership, mobile Livestreaming, or SuperChat applications, resulting in the creation of a ghetto tier of YouTube creators based on their race, ethnicity, national origin or other protected identity, who are doomed to create videos for very limited audiences for little to no money.

### 2.    Excluding Channels And Videos From Full Revenue Generation

176.    The aggregated personal data profiles reflecting race, ethnicity, national origin and other protected identities are also used and relied on by Defendants' A.I., algorithms, filters and automated systems to limit the revenue which can be generated from Plaintiffs' channels and individual videos.  Defendants use A.I., algorithms, filters and automated systems incorporating aggregated personal digital data of users in conjunction with the metadata which Defendants create and embed into, append to or associate with channels and videos, in order to prevent Plaintiffs and members of the Race Discrimination Class from earning money from videos merely because the channel/video metadata includes material like the abbreviations "BLM," "KKK"; terms such as "Black," "White," "Racism," "Boogaloo," "White Supremacy," "Racial Profiling," "Police Shootings," "Police Brutality," "Black Lives Matter"; names of individuals such as those killed by law enforcement, "Bill Cosby," "Louis Farrakhan"; names of organizations such as "Ku Klux Klan," "Nazi," "Neo-Nazi," "Aryan Brotherhood," and/or other euphemisms that are known and particular to the African American and Hispanic communities.  Defendants do not monetize Plaintiffs' channels and videos that feature content with such material.  Defendants also use the

same aggregated personal digital data or similar metadata to limit or prevent revenue generation for videos posted by Plaintiffs or  members of the Race Discrimination Class, simply because the videos were created by African Americans, Hispanics or members of other races, or by other similar communities, or because the videos were posted on channels that are popular with members of Plaintiffs' communities, or are widely viewed by those who share Plaintiffs' race, ethnicity or other protected identities.

177.   Because Defendants use aggregated personal digital data reflecting users' race, ethnicity, national origin and/or other protected identities to generate metadata based on that aggregated data, as well as the video titles and tags to flag videos, and limit or prevent monetization of videos and channels based on that aggregated data and metadata, Plaintiffs and members of the Race Discrimination Class self censor and either avoid posting videos regarding issues and current events that are important to their communities (e.g., videos regarding the deaths of unarmed African Americans at the hands of law enforcement, healthcare providers' refusals to test or treat African Americans for the Covid-19 virus, the disparate infection, death and unemployment rates experienced by African Americans and Hispanics as a result of the Covid-19 pandemic), or they misspell key words like "Black," "White," "Race," "Racist," and "Racism," or they rely on euphemisms known only to the African American and Hispanic communities.

178.   Defendants' conduct and digital redlining practices that are based on information about race, ethnicity, national origin or other protected identities cause Plaintiffs and members of the Race Discrimination Class to lose revenue which their fully compliant videos and channels would otherwise have generated, as well as to lose subscribers and viewers, and the opportunity to grow their channels and to qualify for full access to all of the perks that Defendants offer white creators and Defendants' preferred or sponsored creators.

### 3.   Interfering With Individual Video Viewing

179.   Defendants hire individuals as employees and independent contracts who "moonlight" and offer their personal services to YouTube creators as "technical consultants," "channel consultants," or "managers."

a.      The Defendants' moonlighting workers use their access to Defendants' platform, resources, and services to promote videos and channels belonging to the individual users who pay.  Defendants' moonlighting workers improperly work to enhance the reach, monetization, and revenues of their part time masters by promoting content over the platform; removing age gate and "Restricted Mode" restrictions on videos; removing Copyright flags or complaints for videos and channels; and removing Community Guideline and Policy violation strikes for channels.

b.      The Defendants' moonlighting workers also can be hired to target channels and videos of other YouTube users to either hobble channel competitors, or to prevent videos and channels from acquiring viewers by applying age gate and "Restricted Mode" restrictions to videos that do not qualify under Defendants' agreement; issuing strikes for Copyright, Community Guidelines or Policy violations against videos and channels that fully comply with Defendants' agreement; adding metadata to videos or channels so that Defendants' artificial algorithm determines that the content does not qualify for monetization or viewing by all audiences; rendering videos and channels unsearchable and/or invisible to viewers; removing viewer comments from videos; removing videos from channels; reducing the numbers of views and view times for individual videos and channels; and using bots to populate the comments section of videos with unfavorable, derogatory or incomprehensible language and hyperlinks to other content.

c.      Users have complained to the Defendants that their employees and contractors are using their position and access to the platform to enhance visibility and revenue for some channels and target other channels.  Defendants have received multiple complaints about videos and channels that fully comply with Defendants' agreements, but nevertheless were removed, restricted, or rendered unsearchable or not viewable, where Defendants themselves had no record that such actions had been taken, could not explain the restrictions on the videos and channels, and ultimately confirmed that the videos and channels should be fully viewable and available without restriction.

d.      The Defendants have also received complaints that bots are being used to enhance view numbers for specific channels, to interfere with other channels.

e.      Despite repeated multiple requests, Defendants have not stopped the practice of moonlighting by their employees, workers, and contractors; nor have they limited access to the Defendants' platform to prevent moonlighting workers from using their access to the platform and services for personal gain at the expense of vulnerable users.

180.    Defendants' employees and/or independent contractors who are not moonlighting as consultants or managers also interfere with Plaintiffs' posted videos.  They  (a) interrupt the video, forcing the viewer to restart the video, resulting in lost viewers, low watch times and irritated subscribers; (b) throttle the video as the viewer watches which distorts or interrupts the audio feed, and disrupts or interrupts the visual images that the viewer sees; (c) insert new audio content (e.g., noises, static, sounds such as honks, beeps, bumps, and barks) and/or visual images into the video which are entirely unrelated to the decisions and choices of the channel creator, give the impression that the video has low production values, and are annoying, irritating or confusing to the viewers; and/or (d) prevent viewers from "liking" the video.  Defendants' interference causes viewers to shorten their watch times, refrain from subscribing to Plaintiffs' channels, and watch fewer of Plaintiffs' videos; which in turn prevent Plaintiffs from qualifying for all of the benefits which Defendants offer on the YouTube platform, and reduce revenue generated by Plaintiffs' videos and channels.

181.    Defendants' employees and/or independent contractors who are not moonlighting as consultants or managers also interfere with Plaintiffs' Livestream broadcasts.  Livestreams are videos that are posted in a streaming live format which are controlled exclusively by creators or by the moderators designated and authorized by individual creators to review, edit, and remove viewer comments which appear as the video progresses over time.  Livestream broadcasts allow real time viewer participation in discussions on YouTube channels and often involve hundreds of people all making comments regarding important issues, current events, or topics.  YouTube's Livestream broadcast application allows the video creator and her designated moderators to control the content of the broadcast.  They control the viewer participation in the comments section of the screen while the Livestream is played.

a.      Defendants routinely restrict viewer access to and revenue generation from videos posted by Plaintiffs and members of the Race Discrimination Class, thereby depressing subscriber and viewer numbers.  Many African American channels do not generate significant income from advertising or channel membership.  They must rely on other applications to generate revenue, such as Defendants' SuperChat, and Livestream or Patreon donations.  As a result, Livestream broadcasts are a primary revenue generator for Plaintiffs.

b.      Defendants regularly interfere with the Livestream broadcasts by Plaintiffs and  members of the Race Discrimination Class, using either YouTube employees or independent contractors that Defendants hire.  Defendants' Livestream interference includes such tactics as:  (a) stopping Livestream broadcasts, and forcing the creator to restart the broadcast, resulting in lost viewers, low watch times and irritated subscribers; (b) throttling (intentionally slowing) broadcasting speeds during Livestream which distorts or interrupts the audio feed, and disrupts or interrupts viewer comments being input to the video on Plaintiffs' channel; (c) inserting new voice content and/or visual images into the video which are entirely unrelated to the decisions and choices of the channel creator and her chosen moderators, and are offensive, threatening, bullying, misogynistic, racist, and/or obscene; (d) removing positive comments from viewers; and (e) disconnecting individual viewers who are in the process of leaving positive comments, thereby silencing viewers who would otherwise support the video or make monetary donations on the Livestream broadcast.

c.      Until stay at home orders for nonessential businesses were imposed in the Bay Area in March of 2020, Defendants' Livestream broadcast interference was relentless, causing Plaintiffs either to suspend Livestream broadcasts, to self censor and refrain from discussing issues or current events of interest to the African American community, or to conduct them at odd hours without prior announcements.  Defendants' conduct in interfering with Livestream broadcasts has reduced subscriber and viewer numbers for the channels of Plaintiffs and  members of the Race Discrimination Class, has reduced revenue generated from Livestream broadcasts and from the channels overall, and has prevented the African American community from receiving information about and discussing issues and current events which are important to members of that community.

182.    Notably, while stay at home orders were in place for the Bay Area, Plaintiffs were able to conduct Livestream broadcasts unmolested.  However, Defendants' interference has recommenced with the lifting of stay at home orders.  Defendants' interference is now ongoing.

### 4.    Misapplying "Restricted Mode"

183.    Defendants also use the same or similar aggregated personal digital data and metadata reflecting race, ethnicity, national origin and other protected identities to restrict access to the full YouTube platform and related benefits by misapplying "Restricted Mode" to the Plaintiffs' videos that address or discuss issues of importance to the African American or Hispanic communities, merely because the videos have material associated with African Americans or Hispanics.  By incorporating aggregated personal digital data reflecting race along with the metadata for individual channels and videos, Defendants apply "Restricted Mode" to tamp down the voices of African Americans and Hispanics so that they do not YouTube's full audience.  As Defendants' automated systems filter channels and content, the tools encounter metadata regarding race, ethnicity, national origin and/or other protected identities which triggers the application of "Restricted Mode."  Regardless of whether the videos fully comply with all of Defendants' Community Guidelines and policies, "Restricted Mode" removes videos addressing issues of importance to the African American and Hispanic communities so that they never reach "younger" or "sensitive" viewers.  Thus, children with parents who desire to avoid exposure to drugs, alcohol, sexual content, excessive profanity, nudity or graphic violence pornography, are deprived of access to videos discussing police abuses, white supremacists and efforts to combat the Ku Klux Klan. "Restricted Mode" affects tens of millions of such YouTube users every single day.

184.    According to Alice Wu, a Senior Manager of Trust & Safety at YouTube, LLC, about 1.5 percent of YouTube's daily views (or approximately 75 million of the nearly 5 billion views every single day) come from people who have activated Defendants' "Restricted Mode." Defendants restrict and demonetize Plaintiffs' videos, despite the fact that the videos do not contain material that violates the TOS, Community Guidelines, the Policy, Copyright and Safety Policies, and related agreements.  Defendants admit that they use flawed automated systems to apply

1   "Restricted Mode" and other restrictions because of the enormous volume of new content being

2   uploaded to Defendants' platforms.  *See* Exhibit A, Wu Dec. ¶¶6-10.

3         185.    According to Defendants, "Restricted Mode" is supposed to function much like a

4   curtain that blocks access to the hardcore pornography section at the corner video rental shop,

5   limiting viewer access by younger, sensitive audiences to video content that contains certain

6   specifically enumerated "mature" aspects.

7         186.    Defendants assert that "Restricted Mode" is a tool "to help institutions like schools

8   as well as people who wanted to better control the content they see on YouTube with an option to

9   choose an intentionally limited YouTube experience."  "Restricted Mode" also can be activated by

10  system administrators to restrict all access on computer networks to all users and electronic devices

11  connected to the network, including viewers who seek to access video content in public libraries,

12  schools, and other public institutions or private workplaces.

13        187.    While Defendants claim that viewers control the use of "Restricted Mode," and can

14  choose to turn on "Restricted Mode" for their personal accounts, there is growing evidence that it

15  sweeps more broadly.  In certain instances, for viewers who do not have YouTube accounts and

16  seek to view videos posted on YouTube by Plaintiffs and  members of the Race Discrimination

17  Class, Defendants have applied "Restricted Mode" to prevent those viewers from accessing videos

18  through links posted on other social media platforms that are not owned or controlled by

19  Defendants, as well as to prevent YouTube users who have not activated "Restricted Mode" from

20  accessing those videos.

21        188.    According to Defendants, "Restricted Mode" can be applied to videos in three ways.

22              a.      First, Defendants examine certain "signals" like the video's metadata, title,

23  and tag words associated with the video.  When creators post videos, Defendants invite them to

24  include certain information in the title or to input "tag" words which are purportedly designed to

25  help viewers find videos in which they are interested, such as a title reflecting the subject of the

26  video, and tag words indicating the video's themes or content.  Plaintiffs and members of the Race

27  Discrimination Class unwittingly provide Defendants with such titles and tag words along with

28  their posted videos.  Defendants then generate metadata which is additional content that they insert

1   into, append to, or associate with the videos that are posted, which allows Defendants to apply A.I.

2   algorithms and other filtering tools to profile Plaintiffs, their subscribers and viewers, as well as

3   members of the Race Discrimination Class, and to sort them by race, ethnicity or other protected

4   identity.  Defendants ultimately apply "Restricted Mode" to the otherwise compliant videos posted

5   by Plaintiffs and  members of the Race Discrimination Class, because the videos have titles or tag

6   words that reflect issues of importance to African Americans or other racial communities, and to

7   those who simply watch videos popular in such communities – essentially relegating these videos

8   to a limited audience which excludes white, conservative and/or "more sensitive viewers," simply

9   because the videos were made by or for members of protected racial classifications under the law.

10           b.      Second, Defendants claim that such metadata "signals" identify videos

11   which violate Defendants' Community Guidelines or TOS.  However, these "signals" are used by

12   Defendants as a pretext to segregate disfavored content using "Restricted Mode," regardless of

13   whether the video contains material which is unsuitable for children, younger audiences or more

14   sensitive viewers.  Defendants themselves create all such metadata and insert, embed or associate

15   that metadata which reflects demographic information regarding the race, ethnicity and other

16   protected identities of video creators, channel subscribers and viewers, along with individual videos

17   to create more "signals" for A.I., algorithms, filters and automated systems to utilize.  Thus, in

18   certain cases, videos that would otherwise pass through the filtering process without incident, are

19   flagged for restrictions by Defendants, not because of anything in the video content, but because of

20   metadata or other "signal" information that Defendants themselves have inserted, embedded or

21   associated with the video.  These signals reflect aggregated personal digital data about the race,

22   ethnicity or other protected identity of the video creator, subscribers, and viewers.

23           c.      Third, Defendants also purportedly use "Restricted Mode" to passively

24   restrict a video if it is "flagged" as "inappropriate" by anyone in the "community" of YouTube

25   users.  According to Defendants, the so called "flagged" videos are subsequently reviewed by a

26   "team" of human reviewers for "violations" of Community Guidelines and/or TOS.  But flagged

27   videos are subject to Defendants' own internal review procedures that are race, ethnicity or other

28   protected identity based, so that many flagged videos posted by Plaintiffs and members of the Race

Discrimination Class may never receive an independent content review by a human being, much less a YouTube employee.

189.   As shown below, when a network administrator or an individual viewer activates "Restricted Mode," each video subject to "Restricted Mode" appears with Defendants' custom stamp of disapproval, including a red face including a red square bearing a foreboding facial expression, together with text showing "This video is unavailable with Restricted Mode enabled. To view this video, you will need to disable Restricted Mode."

190.   Defendants' stamp of disapproval thus makes a specific and falsifiable misrepresentation to viewers of videos posted by Plaintiffs and  members of the Race Discrimination Class, that the specific video that they have attempted to access contains content that is so inappropriate, shocking and outrageous, that the viewer must be protected from that content and that the creator who has posted that content is responsible for having created and uploaded such inappropriate, shocking, and outrageous content.

191.   These specific and falsifiable factual representations are by no means limited to Defendants' "Restricted Mode" stamp of disapproval.  Viewers who attempt to ascertain why a particular video has been subjected to "Restricted Mode" are told by Defendants that videos are eliminated by "Restricted Mode" when they include specific pieces of content, including content (1) talking about drug use or abuse, or drinking alcohol in videos; (2) overly detailed conversations about or depictions of sex or sexual activity; (3) graphic descriptions of violence, violent acts, natural disasters and tragedies, or even violence in the news; (4) videos that cover specific details about events related to terrorism, war, crime, and political conflicts that resulted in death or serious injury, even if no graphic imagery is shown; (5) inappropriate language, including profanity; and (6) video content that is gratuitously incendiary, inflammatory, or demeaning towards an individual or group.

192.   In reality Defendants' definition of "Restricted Mode" is applied in a significantly over inclusive and under inclusive manner, which has caused significant damage to Plaintiffs and members of the Race Discrimination Class.  Even the most simple examination of Plaintiffs' videos subject to "Restricted Mode" shows that Defendants are not only dead wrong in their

representations to the public concerning African American videos that Defendants subject to the "Restricted Mode" stamp of disapproval, but Defendants are hiding from the public valuable content and are doing so in bad faith.

193.    To the extent that videos which have titles or tags which include "abbreviations like "BLM," "KKK"; terms such as "Black," "White," "Racism," "Boogaloo," "White Supremacy," "Racial Profiling," "Police Shootings," "Police Brutality," "Black Lives Matter"; names of individuals such as those killed by law enforcement, "Bill Cosby," "Louis Farrakhan"; names of organizations such as "Ku Klux Klan," "Nazi," "Neo-Nazi," "Aryan Brotherhood," and/or other euphemisms that are known and particular to the African American community," Defendants apply the "Restricted Mode" filter to these videos and limit viewer access to many compliant videos posted by Plaintiffs and  members of the Race Discrimination Class, which contain content of interest to the African American community.  Defendants do so despite the fact that the videos do not contain materials which discuss drug use or abuse or drinking alcohol; overly detailed conversations about or depictions of sexual activity; graphic depictions of violence, violent acts; natural disasters or tragedies or violence in the news; specific details about events related to terrorism, war, crime and political conflicts that resulted in death or serious injury even if no graphic imagery is shown; inappropriate language, including profanity, or content that is gratuitously incendiary, inflammatory, or demeaning toward an individual or group.

194.    Defendants effectively use "Restricted Mode" as a damper to quiet the voices of Plaintiffs and  members of the Race Discrimination Class, from being heard by all YouTube users and to limit Plaintiffs' reach, thereby preventing them from growing their channels, increasing subscribers and viewers, generating revenue, and meeting minimum participation standards to qualify for Defendants' other benefits such as YouTube partnership, channel membership, mobile streaming and SuperChat.

195.    Once Defendants apply "Restricted Mode" to a video, Plaintiffs and members of the Race Discrimination Class are then forced to spend time and effort to appeal Defendants' decision and persuade a human being to actually look at the content of the video.  Even when the appeal is won, Plaintiffs and members of the Race Discrimination Class lose the opportunity to generate

interest in and revenue from the new video for a period of weeks to months, and to thereby grow their channel during the period that the video is restricted.  Defendants never compensate for the erroneous application of "Restricted Mode," regardless of the length of time it takes for Defendants to actually review the restricted video content.

196.    Defendants impose these restrictions to justify anticompetitive and unlawful actions intended to gain a competitive advantage for their own video content and/or to ensure that their sponsored creators, content partners, and advertisers have an unfair competitive advantage in the YouTube video market.  By placing no restrictions on the monetization of their own videos or those of Defendants' sponsored creators, content partners and preferred advertisers, Defendants gain a competitive advantage by restricting the financial reach of Plaintiffs and other disfavored users, while simultaneously ensuring that their own video content (and those of their sponsored creators, content partners and preferred advertisers) are not subjected to the same (or any) advertising restrictions.

197.    Defendants also impose these restrictions to facilitate their advertising practices, whereby they profile videos by the race, ethnicity or other protected identities of creators, subscribers and viewers so as to identify the videos with the most valuable demographics which command the highest prices from most advertisers, without regard to whether there are any advertisers that are willing to purchase spots associated with videos posted by Plaintiffs and members of the Race Discrimination Class.

198.    Whether Defendants are using identity based A.I., algorithms, filters and automated systems that reflect race, for profit in order to save money on curation and filtering costs, or to appease racist advertisers and preferred content creators, make no difference.  Defendants' use of race to determine access and service restrictions violates the TOS, as well as long standing rules and law that prohibit disparate treatment of Plaintiffs and members of the Race Discrimination Class, based on race, ethnicity or other protected identities.   *See* Wu Dec. para. 9-16.

199.    Defendants' actual practices unlawfully provide Defendants with monopoly power over the video posting and viewership market, the video advertising market, and the ability to manipulate, bully, and falsely denigrate legitimate YouTube users, like Plaintiffs and  members of

1  the Race Discrimination Class, by subjectively designating their speech as "inappropriate," because

2  Defendants do not like or agree with the speakers' race, identity or point of view, or because

3  Defendants are too cheap to actually review the videos posted to the platform, and desire to rely on

4  inexpensive A.I., algorithms, and other filtering tools for purposes of selling advertisements and

5  curating videos on YouTube.

6  **5.    Shadow Banning Channels And Videos**

7  200.    Defendants treat videos that present or discuss serious issues and current events that

8  are important to the communities of the Plaintiffs and members of the Race Discrimination Class as

9  "not family friendly," and as if they are inappropriate for all audiences simply because they were

10  uploaded by creators whose race, ethnicity or other protected identity is disfavored by Defendants.

11  Defendants are not merely removing, restricting access to or limiting monetization for videos

12  posted by Plaintiffs and a members of the Race Discrimination Class, Defendants are making those

13  videos, and some channels invisible on the YouTube platform, despite the fact that the videos

14  comply with all of Defendants' Community Guidelines and TOS.

15  201.    In shadow banning videos, Defendants effectively prevent Plaintiffs' subscribers

16  and potential viewers from locating new videos which discuss issues and current events that are

17  followed by the African American community.  By excluding such videos from the YouTube

18  search function on the platform, Defendants are preventing creators like Plaintiffs and members of

19  the Race Discrimination Class from growing their channels by securing the necessary subscriber

20  and viewer numbers required to qualify for Defendants' special programs and perks, such as

21  YouTube partnership, channel membership, mobile Livestreaming, or SuperChat applications, and

22  are preventing them from generating revenue from their videos.

23  202.    Defendants also shadow ban entire channels belonging to Plaintiffs and members of

24  the Race Discrimination Class by making the channels unsearchable on the platform.  Without a

25  link to Plaintiffs' channels, subscribers and viewers cannot access Plaintiffs' videos.  As a result of

26  shadow banning of channels, many Plaintiffs and members of the Race Discrimination Class can

27  only attract new subscribers or viewers by "word of mouth," and referrals from other members of

28

their community, or from other social media platforms where links to Plaintiffs' YouTube channels are posted.

203.    Defendants' shadow bans not only impair the growth of channels belonging to, and revenue generated from videos posted by, Plaintiffs and members of the Race Discrimination Class, Defendants' conduct both effectively reduces the audience for videos posted by Plaintiffs and muffles their voices across the platform, making it impossible for new YouTube viewers to locate video content that is important to their specific communities.  As a result, Plaintiffs, as African American creators, and members of the Race Discrimination Class, cannot expand subscriber and viewer numbers sufficient to grow their channels and fully enjoy full access to the YouTube platform and all of the benefits Defendants offer others.

### 6.    Delegating Content Review And Regulation To Racists And White Supremacists

204.    Defendants have configured the YouTube platform to allow any user to "report" or "flag" videos which they believe violate the Google/YouTube Community Guidelines or TOS, e.g., video content which contains hate speech, nudity, profanity, graphic depictions of sexuality or violence, disparaging remarks, content which violates existing copyrights or trademarks held by persons other than the creator posting the video, or descriptions of violent events and scenes which may disturb younger or more sensitive viewers.  Defendants not only allow users to "report" or "flag" videos posted by Plaintiffs and members of the Race Discrimination Class, Defendants take action based on those third party reports and flags and proceed to remove, restrict, and/or demonetize individual videos; issue community "strikes"; and to suspend, and/or remove whole channels of Plaintiffs and members of the Race Discrimination Class.  Defendants do so without first verifying that the flagged video violates a specific Community Guideline or Term of Service.  In effect, Defendants deputize YouTube users, including racists, sexists, white supremacists, Neo-Nazis, and other hate speech trolls.  These delegated and affiliated users exercise censorship powers on YouTube, including reporting, flagging, bullying and threatening creators whenever Plaintiffs and members of the Race Discrimination Class post content with which Defendants' racist agents disagree.

205.     In allowing third parties to wield the power to report or flag a video as violating the applicable Community Guidelines and TOS, Defendants have deprived Plaintiffs and members of the Race Discrimination Class of equal access to the YouTube platform and all of the services Defendants make available to others by creating the presumption that any flagged video does in fact contain content which violates the Community Guidelines and/or TOS.  After being flagged by a third party, Plaintiffs and members of the Race Discrimination Class are forced to spend substantial time and effort to appeal the flag in order to restore the channel/video, remove the restriction, or obtain full monetization for channel/video, which, but for the flag, would have reached a wide audience and would have generated substantial revenue.

206.     Because of Defendants' conduct and practices, trolls regularly appear on the channels of Plaintiffs and members of the Race Discrimination Class, threaten to shut down the channels – and within a few days, the trolls succeed in getting Defendants to suspend the channels. As a result, Plaintiffs and members of the Race Discrimination Class engage in self censorship and avoid posting videos that address issues of historical, political, cultural, and educational significance to their communities.  Recently, Plaintiffs and members of the Race Discrimination Class have avoided timely topics such as the denial of Covid-19 testing and treatment to African American healthcare workers, the inability of African American businesses to apply for CARE loans, and the disparate enforcement of stay at home orders against African American communities.  Defendants' conduct therefore encourages and enables the agendas of racists, white supremacists, and Neo-Nazis on YouTube, by silencing the voices of Plaintiffs and members of the Race Discrimination Class.

### 7.     Viewer Muzzling

207.     Defendants also use aggregated personal data and other identity based classification to target African American and Hispanic viewers in order to discourage viewer engagement, video reach and the likelihood of new content going viral on the platform.  Because Defendants' aggregate personal data across their platforms and use that personal data to identify users by race, as well as other personal identifying characteristics, Defendants can and do target viewers by race and interfere with their engagement with creators.

208.    Rather than allowing creators to moderate the viewer comments to videos on their channels, for viewers who are African American and Hispanic, Plaintiffs have observed Defendants removing individual comments to videos in real time while the viewers are inputting them in the comments section on the screen, before the comments are complete.  Defendants also prevent some African American and Hispanic viewers from making comments at all.  Plaintiffs have received emails and complaints from their subscribers stating that when they attempt to input comments to Plaintiffs' new videos, no comments appear, though Defendants have not notified these subscribers that their access to comments has been suspended or terminated,  for specific channels and videos on the platform.

209.    In addition to unsubscribing viewers who have subscribed to the channels of African American and Hispanic creators, Defendants unsubscribe African American and Hispanic viewers who subscribe to the channels of other creators, so that they no longer receive notification when new content is posted to their chosen channels.

210.    To the extent that individual viewers have requested email notifications when new content is posted to their chosen subscribed channels, when African American and Hispanic channel subscribers use Google's Gmail, subscribers do not receive email notifications at all:  The email notices from YouTube creators to African American and Hispanic subscribers are either automatically delivered to the delete folder or to the SPAM or junk email folder.  African American and Hispanic channel subscribers are unable to change their Gmail settings to authorize delivery of their YouTube channel email notifications regarding recently posted content.

211.    Because Defendants' artificial intelligence algorithm, filters and automated systems determine that Plaintiffs' channels and individual videos are not "advertiser-friendly," and do not generate revenue, Plaintiffs have turned to third party sources to generate funds on Defendants' platform, such as Patreon.  Plaintiffs have received communications from African American and Hispanic viewers confirming that payments were made and supplying screenshots demonstrating that viewers had made payments to Plaintiffs which either were delayed weeks before the funds were deposited into Plaintiffs' accounts or were never deposited.

212.     Defendants' efforts to silence African American and Hispanic viewers, and to keep them from making comments on YouTube channels, prevent them from supporting and watching new content on their favorite subscribed channels, and to prevent them from financially supporting their favorite channels effectively discourages viewers from generally participating on Defendants' platform, thereby dampening the strength, vigor and diversity of opinions from the African American and Hispanic communities on YouTube; but it also specifically discourages those viewers from supporting African American and Hispanic content and channels that reflect the viewers' own values, culture and beliefs.  Defendants' silencing tools isolate minority subscribers and creators, creating poor digital ghettoes on the platform where African Americans and Hispanics must struggle to communicate with and support one another.  .  *See* Safiya Umoja Noble, "Algorithms of Oppression," Apple Books; https://books.apple.com/us/book/algorithms-of-oppression/id1327926683.

### 8.     Ad Bombing

213.     Because Defendants demonetize or limit monetization for many, if not most, of the videos which are uploaded by Plaintiffs and all persons similarly situated, videos which Defendants fully monetize constitute a rare opportunity for generating revenue.  When Plaintiffs upload new videos of substantial interest to the African American community and/or other English or Spanish speakers throughout the world, there is a limited window of opportunity for the video to generate a large number of views and go "viral."  Defendants have a new tool to dampen and reduce views for new fully monetized videos:  Defendants repeatedly play multiple streaming and banner ads which run at intervals of every 2, 3, 4 or 5 minutes, without authorization from the YouTube creator.  For a video that is between 5 and 20 minutes, the constant interruption of the video flow makes it difficult to watch.  Defendants are inserting anywhere from 3 to 10 streaming ads, and corresponding banner ads which pop up on viewers' screens for videos under 20 minutes long.  Sometimes the ads are playing for a significant portion of the video's total watching time.  Ad bombing annoys, irritates and alienates viewers watching videos and gives a false impression that Plaintiffs are greedy and using their videos and channels to make money at the expense of their subscribers and viewers.  Ad bombing results in viewers exiting from videos without watching

them to the end, viewers who are dissatisfied with the video and do not "like" the video or subscribe to Plaintiffs' channels; which in turn prevents new videos from going viral and causes lower reported view numbers for the videos and Plaintiffs' channels, lower reported watch times, lower reported subscribers, lower revenue and fewer YouTube creators who qualify for all of the benefits that Defendants offer on the platform.

### 9.   Excluding Videos From "Trending" And "Up Next" Video Recommendations

214.   Defendants routinely exclude videos posted by Plaintiffs and all persons similarly situated from YouTube's "Trending" and "Up Next" Recommendations which appear on users' screens when they watch videos on YouTube.  While Defendants exclude the videos of Plaintiffs and members of the Race Discrimination Class, they include in the "Trending" and "Up Next" applications both reaction videos which copy, pirate, or parody the videos of Plaintiffs, and videos which violate Defendants' Community Guidelines and/or TOS insofar as the videos contain hate speech, obscene, misogynistic, violent, threatening, or disparaging content which is directed specifically at Plaintiffs and members of the Race Discrimination Class.  Defendants have continued to include these videos posted by third parties over the repeated flags, written objections, and complaints by Plaintiffs and their subscribers, and they have fully monetized many such videos despite having received flags, objections and complaints that the videos violate Defendants' Community Guidelines and TOS.

### 10.   "Up Next" Flooding

215.   Defendants publish on the YouTube channels of Plaintiffs and all persons similarly situated "Up Next" video recommendations that appear on viewers' screens as they watch videos on YouTube.  The recommendations appear in the form of a list of video thumbnails with the video titles and names of the channels where they are uploaded.  A viewer can watch the videos that Defendants recommend simply by clicking on the thumbnail or by setting YouTube to automatically play the recommended videos.

216.   Defendants claim that the "Up Next" video recommendations are (a) similar or related to the video which is being watched; (b) from channels to which the viewer has subscribed;

(c) from channels which post videos that are similar to videos posted by other channels to which the viewer has subscribed; or (d) similar to other videos which the viewer has historically watched on YouTube.

217.    For Plaintiffs and all persons similarly situated, Defendants regularly publish long "Up Next" lists featuring numerous individual videos that are entirely unrelated to the video being watched, are not from subscribed channels or similar ones, are dissimilar to anything watched previously by the viewer, and/or are annoying, irritating or offensive to the viewer.  Defendants regularly publish "Up Next" lists recommending videos that are (a) uploaded to channels which the viewer has previously indicated that she does not want to see; (b) associated with channels of creators who make racist, derogatory and/or abusive content directed at the African American community; and/or (c) racist, derogatory, bullying, threatening and/or abusive to the African American community.

218.    Defendants often publish "Up Next" video recommendations for the channels of Defendants' preferred partners such as Fox News and its affiliates, or Defendants' own channels such as YouTube Movies, in essence transforming "Up Next" into free advertising for Defendants and their preferred partners at the expense of irritating, offending, and alienating the subscribers and viewers of Plaintiffs and all persons similarly situated.

219.    Plaintiffs' subscribers and viewers have left numerous comments complaining about Defendants' "Up Next" practices.

220.    Defendants' "Up Next" flooding causes Plaintiffs' subscribers to stop watching videos, refrain from watching videos uploaded to Plaintiffs' channels, to refrain from subscribing to Plaintiffs' channels, and even to "unsubscribe" from Plaintiffs' channels.  "Up Next" flooding causes lower reported views for videos and channels, lower watch times, lower reported subscriber numbers and ultimately, lower revenue paid to Plaintiffs.

### 11.    Promoting And Profiting From Hate Speech

221.    Defendants regularly promote and monetize hate speech targeting Plaintiffs and all persons similarly situated on the YouTube platform in direct violation of Defendants' Community Guidelines and TOS, and ignore repeated flags, reports and complaints regarding those videos.

222.     Many hate speech videos targeting the African American community on YouTube include identifying information regarding Plaintiffs and members of the Race Discrimination Class, including without limitation their telephone numbers, residential addresses, registered trademarks, original copyrighted material, or personal likenesses, in direct violation of Defendants' Community Guidelines and TOS.  Plaintiffs and other persons similarly targeted on the YouTube platform have followed Defendants' published procedures to remove the hate speech, including flagging the videos, reporting the violations of Defendants' Community Guidelines and Terms of Use by email, and sending follow up emails complaining of both the videos and the channels on which the videos are posted.  The subscribers of Plaintiffs have reported that they too have flagged, reported and written follow up emails to Defendants complaining of the hate speech videos and their related channels.

223.     Despite having received repeated, multiple flags, reports and written complaints over a period of months concerning specific hate speech videos posted by Defendants' favored partners, Defendants have refused to do anything to enforce their own published Community Guidelines and TOS and have not removed the videos or suspended the channels posting such videos.  To this day, many hate speech videos remain posted without restriction, and remain fully monetized to generate revenue for their creators, despite having content that is patently false, racist, and/or sexist, violent, abusive or obscene.  Some of the hate speech videos include threats of bodily harm or death specifically directed at the Plaintiffs and members of the Race Discrimination Class. Some hate speech videos are posted in a way that falsely indicates that it was posted by Plaintiffs.

224.     Among the many YouTube channels which Defendants insulate from enforcement of Community Guidelines and TOS, the channels of Tommy Sotomayor and Candace Owens particularly stand out for their hateful, racist, and misogynist video content.  Tommy Sotomayor regularly posts videos which promote violence against members of the African American community.  Candace Owens regularly posts videos disparaging male members of the African American community.  Though Plaintiffs, their subscribers and members of the Race Discrimination Class repeatedly flagged, reported and complained about these two channels and their posted videos, as well as their trolls who engage in abusive, bullying conduct directed to

YouTube users who mention Sotomayor or Owens, Defendants nonetheless regularly include videos posted by Sotomayor and by Owens in the "Trending" and "Up Next" recommendation applications on the screens of African American viewers.  Defendants have rendered "flag proof" the channels of Sotomayor and Owens, and videos posted there.

225.    Defendants' refusal to enforce their own Community Guidelines and TOS equally to all YouTube users to eliminate hate speech videos; Defendants' continued promotion of hate speech videos by including them in the "Trending" and "Up Next" applications; and Defendants' continued monetization of hate speech videos and profiting from the sale of advertisements in connection with such videos have substantially reduced racial diversity on the YouTube platform and have endangered YouTube users like Plaintiffs and members of the Race Discrimination Class. Defendants' conduct has stifled the voices of Plaintiffs and members of the Race Discrimination Class, who are unable to reach their intended audiences or to post videos which address or discuss issues and current events of concern to the African American community because, while Plaintiffs' compliant videos are wrongly removed, restricted and demonetized as "hate speech," Defendants protect, promote and profit from vile, vicious, hate speech, and personal attacks on Plaintiffs and members of the Race Discrimination Class.  Plaintiffs have received harassing telephone calls and written communications, forcing them to change their telephone numbers and to move from their homes.  They have also lost subscribers, viewers and revenue as a result of Defendants' failure and refusal to enforce their own Community Guidelines and TOS equally on all YouTube users.

**12.    Interfering With, Obstructing, Ignoring And Delaying Appeals**

226.    Following Defendants' actions to limit monetization or demonetize a video, or to remove or restrict a video, or to issue a strike against or to suspend a channel, Plaintiffs and members of the Race Discrimination Class are forced to spend time and effort to appeal Defendants' decision and to persuade a human being to actually look at the otherwise compliant video(s) in question.  Often, appeals by Plaintiffs and members of the Race Discrimination Class drag on for months before Defendants respond to the appeal.  Defendants often do not even respond to Plaintiffs' appeals and either ignore them entirely or confirm the action out of hand, without

1   having a human being review the video content that was the basis for Defendants' actions.  In

2   reality, Plaintiffs and members of the Race Discrimination Class often have no real appeal at all.

3        227.    On those rare events when an appeal filed by Plaintiffs or members of the Race

4   Discrimination Class is successful, after a human being actually reviews the video content in

5   question and concludes that Defendants' action was wrongly imposed, Defendants do not

6   reimburse the creator for lost revenue from the video(s) or the channel during the appeal process.

7   Defendants therefore have a perverse incentive built in to their platform regulation, filtering and

8   curation process:  by automating the application of "Restricted Mode," the monetization limitation

9   process, and authorizing members of the YouTube community to flag videos and channels,

10   following which Defendants automatically rely and act on those flags without first verifying

11   videos/channels are in violation of Community Guidelines or TOS.  Defendants don't have to pay

12   the affected creators for the use of their video content, and can withhold payment unless and until a

13   successful appeal occurs.  At each step of the appeal process, Defendants continue to withhold

14   payment of revenue generated by the affected videos, profiting from their own improper decisions.

15   Defendants absolutely control the process:  they can ignore an appeal, delay the process by weeks,

16   months or even years, or simply confirm the adverse action without ever examining the offending

17   video content.  There is no oversight, no higher authority, no way to force Defendants to follow

18   their own Community Guidelines or TOS.

19        228.    Defendants routinely exclude videos posted by Plaintiffs and all persons similarly

20   situated from YouTube's "Trending" and "Up Next" recommendations which appear on users'

21   screens when they watch videos on YouTube.  While Defendants exclude the videos of Plaintiffs

22   and members of the Race Discrimination Class, they include in the "Trending" and "Up Next"

23   applications both reaction videos which copy, pirate, or parody the videos of Plaintiffs, and videos

24   which violate Defendants' Community Guidelines and/or TOS insofar as the videos contain hate

25   speech, obscene, misogynistic, violent, threatening, or disparaging content which is directed

26   specifically at Plaintiffs and members of the Race Discrimination Class.  Defendants have

27   continued to include these videos posted by third parties over the repeated flags, written objections,

28   and complaints by Plaintiffs and their subscribers, and they have fully monetized many such videos

despite having received flags, objections and complaints that the videos violate Defendants'

Community Guidelines and TOS.

**H.    Defendants Have Violated And Continue To Violate The Rights Of Plaintiffs And The Race Discrimination Class**

**1.    Kimberly Carleste Newman**

229.    Plaintiff Newman has been a registered YouTube user since 2015, creating and posting approximately 1,654 videos on her "The True Royal Family" YouTube channel; and, since 2016, creating and posting 209 videos on her "True Royal" YouTube channel.  Plaintiff Newman is an African American woman who identifies as such.

230.    Plaintiff Newman makes and posts videos that discuss and present information regarding issues and current events which are important to the African American community, from a Black perspective.  While her videos are pro Black, they are not intended solely to inform and entertain the African American community; they are suitable for members of other communities who are sympathetic to or curious about issues and current events as perceived from a Black perspective.  "The True Royal Family" channel has generated approximately 1 million views annually.  The "True Royal" channel has generated approximately 200,000 views annually. Notwithstanding the substantial annual viewer numbers generated by her channels, Plaintiff Newman has only generated total revenues of $2,672.68 for videos posted on "The True Royal Family," and $123.96 for videos posted on the "True Royal" channel.

231.    Plaintiff Newman is informed and believes that Defendants have gathered extensive information in order to generate metadata and then insert, embed, append, or associate such metadata with the videos posted to "The True Royal Family," and "True Royal."  Defendants gathered information regarding her race (Defendants know that Plaintiff Newman is an African American woman); that she makes and posts videos which have as a subject, relate to or discuss issues and current events that are important to members of the African American community; her subscribers either self-identify as members of the African American community or watch many videos posted by other creators who have self identified as members of the African American community; and many of those who view her videos either self identify as members of the African

1   American community or watch videos posted by other creators who have self-identified as

2   members of the African American community.

3        232.    Plaintiff Newman is informed and believes that Defendants have applied "Restricted

4   Mode" and have limited monetization for videos she posted to "The True Royal Family" and "True

5   Royal" because Defendants have a policy and practice of using A.I., algorithms, and other filtering

6   tools to classify, curate, censor, and sell advertisements for YouTube videos based on metadata

7   Defendants create from information regarding the race, ethnicity or other protected identity of

8   creators, subscribers and viewers, rather than the content of the videos posted to the YouTube

9   platform.

10        233.    Defendants have applied "Restricted Mode" and have limited monetization to nearly

11   all of the videos which remain visible to viewers on "The True Royal Family," and to nearly all of

12   the videos posted to "True Royal," despite the fact that each of the videos fully complies with all of

13   Defendants' Community Guidelines and TOS, and contain no nudity, sexualized scenes or

14   language, graphic depictions of sex or violence, drug abuse, or alcohol consumption.  Defendants

15   have applied "Restricted Mode" to most of the videos posted, and have allowed only very limited

16   monetization for some videos, without any explanation or rationale for doing so.  Plaintiff Newman

17   is informed and believes that the sole reason that Defendants have acted in this fashion is that

18   Defendants discriminate against Plaintiffs and members of the Race Discrimination Class based on

19   race, e.g., the videos were created by an African American; the videos relate to issues and events of

20   concern to the African American community, and the videos are viewed by large numbers of

21   members of the African American community.

22        234.    For various periods, off and on, throughout the past five years, Defendants have

23   shadow banned both individual videos posted by Plaintiff Newman, and her channels, "The True

24   Royal Family," and "True Royal."  Viewers have informed Plaintiff Newman that they were unable

25   to locate individual videos using YouTube search applications and terms such as "Kimberly

26   Santana," "The True Royal Family," "True Royal," or using as search terms the names of

27   individual videos posted by Plaintiff Newman.  Viewers have further informed Plaintiff Newman

28   that when they searched for "African American" video content, YouTube search applications

produced videos posted by Tommy Sotomayor consisting of hate speech and content which disparages members of the African American community.

235.    Defendants do not provide any receipt or record of any kind when YouTubers "flag," report, or complain about videos posted by other YouTube creators.  Because of Defendants' practices regarding such YouTube users' efforts to obtain redress for violations of their rights, individual creators like Plaintiffs and members of the Race Discrimination Class are not able to prove that they, in fact, flagged any individual video or channel.  For those users whom Defendants disfavor, the videos and channels are not automatically removed, restricted or demonetized, and the injured YouTube user cannot prove that she flagged the noncompliant or infringing video or channel.  Rather, disfavored users like Plaintiffs and members of the Race Discrimination Class are left to make repeated written reports and complaints regarding the noncompliant or infringing video or channel, often, to no effect whatsoever.  Defendants merely ignore those written reports and complaints too.

236.    Defendants flagged a video posted by Plaintiff Newman in which she personally sings acapella a song written by Stevie Wonder on grounds that she was infringing the copyright for the song.  Plaintiff's channel was suspended for two weeks for the purported infringement.

237.    In September 2019, a third party hacked "The True Royal Family" channel and removed over 600 of Plaintiff Newman's videos so that neither the public nor Plaintiff Newman could view, access, or download any of the videos or portions thereof.  Plaintiff Newman promptly applied to Defendants, asking that they restore the videos to "The True Royal Family" channel. Defendants agreed to return the videos, but have not done so.

238.    Months later, in 2020, rather than restoring the original 600+ videos, Defendants removed another group of videos from the channel totaling more than 100 individual videos. Plaintiff Newman again appealed to Defendants to restore or return all of the 700+ missing videos removed from "The True Royal Family," but Defendants have failed and refused to do so without any explanation as to why the original 600+ videos have not been restored, why the additional 100+ videos were removed, or why they have not been restored or returned.

239.  Plaintiff Newman has been deprived of subscribers, viewers and revenue from the 700+ missing videos for more than nine months.  Plaintiff Newman has followed Defendants' online appeals process seeking the return of the missing videos as a whole, and appealing the removal of numerous individual videos.  Plaintiff Newman has also filed repeat appeals for the same videos.  However Defendants have not responded to her requests that they return the missing videos to her channel and have done nothing to address her ongoing injury or lost revenue.

240.  Defendants have used A.I., algorithms, and filtering tools to restrict the reach of her videos and to prevent her from increasing subscriber and viewer numbers to grow her channels and generate revenue.  For the past several years, the analytics page reflecting subscriber and viewer numbers for "The True Royal Family" channel have remained steady, varying little from month to month regardless of the number of new videos posted or the Livestream broadcasts.  To avoid the impact of Defendant' A.I., algorithms and filtering tools on Defendants' metadata generated from video titles and tags, Plaintiff Newman intentionally self-censors:  (a) she avoids using controversial video titles; (b) she avoids using abbreviations like "BLM," "KKK"; terms such as "Black," "White," "Racism," "Boogaloo," "White Supremacy," "Racial Profiling," "Police Shootings," "Police Brutality," "Black Lives Matter;" names, such as those of individuals such as those killed by law enforcement, "Bill Cosby," "Louis Farrakhan"; names of organizations such as "Ku Klux Klan," "Nazi," "Neo-Nazi," "Aryan Brotherhood," and euphemisms that are known and particular to the African American community; and (c) she intentionally misspells terms such as "Black," "White," "Race," "Racism," and "Racial Profiling," because Defendants routinely flags such terms.

241.  Despite her efforts to self-censor and avoid the reach of Defendants' A.I., algorithms, and filtering tools, most of the videos posted on "The True Royal Family" and "True Royal" have only limited monetization, if any, and produce next to no revenue.

242.  Plaintiff Newman has increasingly turned to Livestream broadcasts to generate revenue from her video content.  Viewers can make monetary donations to YouTube creators like Plaintiffs using SuperChat during Livestream broadcasts.  However, for the past two years, Defendants have been interfering with Livestream broadcasts on "The True Royal Family."

Subscribers to "The True Royal Family" have informed Plaintiff Newman that their favorable comments have been interrupted or removed, they have been booted off of the Livestream or prevented from posting comments, and they have been prevented from making donations during Livestream broadcasts.  The subscribers' experiences, as related to Plaintiff Newman, involve conduct which is the exclusive province of the channel owner or their designated moderator(s). Plaintiff Newman had not designated any moderator for the Livestream broadcasts which were the subjects of subscriber complaints.  Defendants also have been throttling, interrupting and even cutting off Livestream video broadcasts in the middle of the event.  Additionally, Defendants have been inserting voice and visual content which blocks out that which Plaintiff Newman is posting live.

243.    Defendants' conduct during "The True Royal Family" Livestream broadcasts have reduced subscriber participation and interest in such events, have reduced new viewer participation, and have reduced the number and size of viewer donations to "The True Royal Family" channel depriving Plaintiff Newman of new subscribers and revenue.

244.    Plaintiff Newman has also experienced significant and extended bullying, harassment, disparaging remarks and threats of physical violence on YouTube, both in the form of trolls leaving comments on "The True Royal Family" channel, and in the form of abusive and threating videos posted by other YouTube creators.  Videos bearing Plaintiff Newman's name, and containing profanity and obscene content have been posted on the YouTube platform.  A video threating to kill her was also posted on the platform.  Such videos violate Defendants' Community Guidelines and TOS, and should be removed as such.  However, Defendants' A.I., algorithm, and other filtering tools not only failed to identify these violations of the applicable rules, but Defendants failed and refused to respond to efforts by Plaintiff and her subscribers to flag the videos, or to written reports and complaints regarding the disparaging and threatening videos, much less to enforce Defendants' own public standards and remove the videos or suspend the channels responsible for posting the videos.

245.    As a direct and proximate result of Defendants' racial discrimination and wrongful conduct, "The True Royal Family" and "True Royal" have not substantially increased their

respective subscriber and viewer numbers in recent years.  Plaintiff Newman has suffered, and continues to suffer from the loss of 700+ individual videos, improper application of Defendants' A.I., algorithms, and other filtering tools resulting in the shadow banning of her videos and her channels, the misapplication of "Restricted Mode," the improper limitations on monetization for most of her videos, violations of her intellectual property rights and personal disparagement and threats to her person.  Defendants' conduct is willful, intentional and unlawful in discriminating against Plaintiff based on race, ethnicity or other protected identity, and those of her subscribers and viewers in limiting access to the YouTube platform, related benefits, and opportunities to generate revenue.

246.    For the past three years, Plaintiff Newman has observed that the view numbers for individual videos and the channels, "The True Royal Family" and "True Royal," have varied by 100-200 per month.  The subscribers rise and fall by 100-200 per month.  Given the variations in the numbers of videos Plaintiff Newman posts from month to month, and the large number of events and issues which have arisen in certain months that generate enormous interest in the African American YouTube community, Plaintiff Newman is informed and believes that the information which Defendants have reported on numbers of views and subscribers are inaccurate and undercount the actual number of times viewers watch videos, and subscribe to "The True Royal Family," and "True Royal."

247.    As a result of the Defendants' inaccurate reports of views and subscribers, Plaintiff Newman is informed and believes that Defendants owe additional revenue to her under the TOS. Plaintiff Newman cannot determine the amount that Defendants in fact owe to her based on the extremely limited data reported by Defendants.

### 2.    Lisa Cabrera

248.    Plaintiff Cabrera has been a registered YouTube creator since 2015 when she created the "Lisa Cabrera" channel.  Plaintiff Cabrera registered "Lisa Cabrera" as a trademark in connection with her YouTube channel.  4,423 individual videos have been posted to the "Lisa Cabrera" channel, 68 of those videos were archived by Defendants.  In the past two years alone,

1   Plaintiff Cabrera has uploaded for public viewing in excess of 3,000 videos.  The "Lisa Cabrera"

2   videos have generated more than 20 million views, with 830,000 views in just the past 28 days.

3       249.    Plaintiff Cabrera is a YouTube partner.  She creates and posts videos about current

4   events and news on her channels, displaying pictures and news clips in her videos with original

5   voice over commentary and narration accompanying the visual images.  Despite the substantial

6   number of total and monthly views generated by the "Lisa Cabrera" channel, Plaintiff Cabrera has

7   received only $25,500 total revenue from YouTube.

8       250.    Plaintiff Cabrera has long suspected that Defendants' reported views for the "Lisa

9   Cabrera" channel, individual videos published on the channel, and revenue generated by the

10  channel are inaccurate and underreported.  For the past three years, Plaintiff Cabrera has observed

11  that the view numbers for individual videos and the channels, "Lisa Cabrera" and "Lisa C" have

12  varied by 100-200 per month.  The subscribers rise and fall by 100-200 per month.  Given the

13  variations in the numbers of videos Plaintiff Cabrera posts from month to month, and the number of

14  significant events and issues regarding civil rights violations, law enforcement abuses, and disputes

15  affecting the African American community, Plaintiff Cabrera is informed and believes that the

16  information which Defendants have reported on numbers of views and subscribers are inaccurate

17  and undercount the actual number of times viewers watch videos, and subscribe to "Lisa Cabrera,

18  and "Lisa C."

19      251.    Recently, Plaintiff Cabrera observed additional inaccuracies in Defendants' reported

20  views for a specific video.  On August 9, 2020, Plaintiff Cabrera uploaded and marked as

21  "unpublished"[5] a video entitled "White Americans Are More Comfortable with Getting A Covid -

22  19 Vaccine ."  She did not view the video after uploading or provide a link to the video for someone

23

24  _____

25  [5] "Unpublished" videos are uploaded but do not appear in the list of videos available to the public
    on the YouTube channel.  They will not appear in YouTube search results based on the title or tags

26  of the video.  The channel creator can leave "unpublished" videos uploaded or can change the
    video status to "public."  When the creator changes the video status to "public," Defendants add the

27  title of the video to the channel's list of videos and to the platform's videos which can be watched
    by anyone searching for the video on the YouTube platform.

28

else.  Shortly after uploading the video, Defendants reported that the video had been viewed four times.

As of 6:09 a.m. on August 10, 2020, Defendants had reported 9 views for this "unpublished" video.



The next day, Defendants reported 10 views.



Later that day, Defendants reported 9 views.

252.    The video remains uploaded but "unpublished," and not available to the public.  To the extent that the video is "unlisted," Defendants' report of more than "0 views" is inaccurate. Furthermore, if the Defendants' reported 10 views were accurate, and somehow people were watching the "unpublished" video, later reporting 9 views suggests that the earlier reported 10 views was wrong.  Based on these reports, Plaintiff Cabrera is informed and believes that Defendants' reports regarding numbers of views, subscribers and hours of viewing time are wrong.

253.    Recently, Plaintiff Cabrera has noticed that Defendants' reported subscriber and viewer numbers for "Lisa Cabrera" have markedly fallen.

1          a.      In June, Defendants reported that "Lisa Cabrera" added more than 5,000

2  subscribers and 1.7 million views.



11          b.      In July, Defendants reported that "Lisa Cabrera" added more than 8,000

12  subscribers and 1.7 million views.



22          c.      However, in August, for the first two weeks of the month, Defendants are

23  reporting that "Lisa Cabrera" added only 392 subscribers and 513,000 views.

254.    Based on the number of new videos added to "Lisa Cabrera" in August and the numbers of new subscribers and viewers which "Lisa Cabrera" has generated historically, Plaintiff Cabrera is informed and believes that Defendants' reported subscriber and viewer numbers for August are inaccurate at best and intentionally reduced or falsified at worst.  Given the channel's historical performance and recent trends, by mid August, the channel should have no fewer than 4,000 new subscribers and 800,000 new views.

255.    Plaintiff Cabrera is informed and believes that the revenue for the channel which Defendants have reported in August is inaccurate because it is based on inaccurate subscriber and view numbers.  Defendants solely control access to the data upon which they calculate subscriber numbers, view numbers and "watch time" for "Lisa Cabrera."  Without access to this data, Plaintiff Cabrera cannot calculate how much additional revenue Defendants owe to her.

256.    Defendants have deemed that most of the videos posted to "Lisa Cabrera" and "Lisa C" are inappropriate for most of the YouTube advertisers.  As a result, the vast majority of Plaintiff Cabrera's videos have no monetization or limited monetization; the videos produce little to no revenue, no matter how many views or CPM the individual videos generate.  Defendants further reduce Plaintiff Cabrera's revenue from her channels by discouraging viewers from watching even those few monetized videos using a tool called "ad bombing" (loading multiple ads that repeatedly

interrupt the flow of the video).  By way of example only, Defendants have "ad bombed" the

following "Lisa Cabrera" videos in the past month:

    a.    https://www.Youtube.com/watch?v=MNFjH67mW78, a video entitled "Ex-

Minneapolis Officer Tou Thao Released," which is under six minutes long:  Defendants played a

streaming ad and banner ad at the beginning of the video, **interrupted the video three times to**

**play four different streaming and banner ads**, and played two more streaming ads at the

conclusion of the video.  In all, Defendants played seven streaming ads in connection with this very

short video;

    b.    https://www.Youtube.com/watch?v=Y1l9U6PKuOk, a video entitled

"Congress Plans to Move HR 40 with No Direct Payments," which is 10 minutes long:  Defendants

interrupted the video at 2 minutes, 4 minutes, 6 minutes and 8 minutes by playing streaming and

banner ads, as well as playing another 2 streaming and banner ads at the conclusion of the video –

In all, Defendants played 6 ads in connection with this 10 minute video; and

    c.    https://www.Youtube.com/watch?v=UlU0O66RWvw, a video entitled

"50K+ New Covid-19 Cases 3 Days in a Row Trump Says," which is 16 minutes long:  Defendants

interrupted the video at three minutes, seven minutes, 10 minutes and 13 minutes by playing

streaming and banner ads every three minutes, as well as playing another two streaming and banner

ads at the end of the video – In all, Defendants played six separate streaming ads in connection with

this 16 minute video.

257.    Such repeated interruptions of new videos with streaming ads played at 2, 3 or 4

minute intervals throughout a relatively short video discourages viewers from watching videos to

the end and reduces Plaintiffs' reach and ability to generate buzz for their new videos, resulting in

shorter viewing hours, lower view numbers, reduced subscriptions for their channels, and prevents

new videos from going viral or earning full potential revenue from both ads and CPM.

258.    Another way that Defendants put a damper on Plaintiffs' new videos is to delay

access to new videos for hours after Subscribers receive notification that the new video has posted.

Subscribers to "Lisa Cabrera" often have difficulty viewing new videos published by Plaintiff

Cabrera and must wait upwards of 12 hours for new videos to become available for viewing.

Plaintiff Cabrera's subscribers have posted comments like:  "Why are your videos saying you uploaded 5+ hours ago or sometimes 11 and 12 hours ago. . .   But I get em as if you just uploaded like two hours ago or way later.  This happens often lately . . . ."

259.    Defendants also use the "Up Next" recommendations which appear to the right of Plaintiffs' videos when viewed to reduce interest in Plaintiffs' videos.  For African American Plaintiffs, often the Defendants recommend in the "Up Next" column content that is entirely unrelated to either the specific video being viewed on Plaintiffs' channels, unrelated or antithetical to the Plaintiffs' African American YouTube community, or is Defendants' own product or produced by one of Defendants' preferred content partners.  Plaintiff Cabrera's subscribers have posted comments on "Lisa Cabrera," such as:

260.    "I am one of your Youtube subscribers and recently I was watching the story about bubba [sic] Wallace finding a noose in his stall on Mainstream Media, anyways, then youtube started to line my feed with unknown content creators that I am NOT subscribed to [sic] these creators were basically making derogatory remarks about bubba and the noose incident . . . . .  So I was surprised that youtube did this type of practice in what appears to be intentional.  [sic]  I get many suggestions when I am looking for new videos to watch on yoga, etc [sic] Youtube often does not suggest any African Americans. . . .  I am an avid watcher of youtube [sic]  I can attest that they put out feed suggestions often that are not African Americans and even put out recommendations of creators that I requested not to watch, oftentimes these creators either have derogatory comments about African Americans or the creator is NOT African American. . . ."

261.    Defendants' practice of flooding "Up Next" with recommendations that undermine Plaintiff Cabrera's content, belittle the African American community, or irritate African American subscribers to "Lisa Cabrera" irritates and even alienates channel subscribers, reduces viewing time, prevents viewers from leaving favorable comments and/or subscribing and prevents new videos from becoming viral and maximizing viewership and revenue.

262.    Defendants' video playing services are also substandard for African American channels like "Lisa Cabrera."  Often subscribers to "Lisa Cabrera" play videos that appear defective with flickering images, pixelated photos, and/or slashes through text.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28







263.     Often, subscribers to "Lisa Cabrera" Livestream videos see videos that appear in

slow motion, are interrupted with pauses not programmed by Plaintiff Cabrera or are cut off

entirely.  Sometimes subscribers' comments disappear as they are being typed on the viewer's

screen; other times, entire strings of comments disappear from Livestream videos without Plaintiff

Cabrera removing them.  Such substandard video services give viewers the impression that Plaintiff Cabrera's videos are substandard and/or recorded with defective equipment; alternatively, viewers may believe that Plaintiff Cabrera is deleting their comments because of some personal animosity resulting in lower viewing times, less audience participation, fewer new subscriptions and even cancellation of existing subscriptions to the channel.

264.    Plaintiff Cabrera is informed and believes that Defendants have gathered extensive information in order to generate metadata and then insert, embed, append, or associate such metadata with the videos posted to "Lisa Cabrera," and "Lisa C."  Defendants gathered information regarding her race (Defendants know that Plaintiff Cabrera is an African American woman); that she makes and posts videos which have as a subject, relate to or discuss news and current events that are important to members of the African American community; her subscribers either self-identify as members of the African American community or watch many videos posted by other creators who have self identified as members of the African American community; and many of those who view her videos either self-identify as members of the African American community or watch videos posted by other creators who have self identified as members of the African American community.

265.    Plaintiff Cabrera is informed and believes that Defendants have applied "Restricted Mode" and have limited monetization for videos she posted to "Lisa Cabrera" and "Lisa C" because Defendants have a policy and practice of using A.I., algorithms, and other filtering tools to classify, curate, censor, and sell advertisements for YouTube videos based on metadata Defendants create from information regarding the race, ethnicity or other protected identity of creators, subscribers and viewers, rather than the content of the videos posted to the YouTube platform.

266.    Defendants have applied "Restricted Mode" and have limited monetization to most of the videos on "Lisa Cabrera," despite the fact that each of the videos fully complies with all of Defendants' Community Guidelines and TOS, and contains no nudity, sexualized scenes or language, graphic depictions of sex or violence, drug abuse, or alcohol consumption.  Defendants have applied "Restricted Mode" to most of the videos posted, and have allowed only very limited monetization for some videos, without any explanation or rationale for doing so.  By way of

example, as of August 12, 2020, the following videos uploaded to "Lisa Cabrera" are no longer

available for viewing with "Restricted Mode" enabled:

      a.     https://www.Youtube.com/watch?v=OG4rq7QYWBg, a video entitled

"Record Breaking Background Checks in the US," with 11,997 views;

      b.     https://www.Youtube.com/watch?v=nANzWSJxEn8, a video entitled

"Melinda Gates Vaccines for the Black Community Comment," with 1,059 views;

      c.     https://www.Youtube.com/watch?v=m0yEkU73wDk, a video entitled

"Black Voices are Growing on Social Media," with 1,597 views; and

      d.     https://www.Youtube.com/watch?v=RXOLwL41kNM, a video entitled

"Blacks and Hispanics now make up majority of people under age 16," with 705 views.

      267.    None of these videos violate any Community Guideline or TOS.  Each includes

properly cited news sources and original commentary regarding events and information of

significant interest to the African American community.  Until very recently, "Blacks and

Hispanics now make up majority of people under age 16" was both unrestricted and at least

partially monetized.

      268.    Defendants have applied "Restricted Mode" to all of the comments to each of

Plaintiff Cabrera's videos.  They did so without notice or explanation to Plaintiff Cabrera.  As a

result of this practice, viewers who rely on internet access supplied by public libraries, schools,

employers or commercial establishments which enable "Restricted Mode" for their networks, will

see Defendants' automatically generated message: "Restricted Mode has hidden comments for this

video."  Viewers accessing Plaintiff Cabrera's videos on a network which has enabled "Restricted

Mode," will not be able to comment on these videos or to view the comments of anyone else.  This

practice deprives viewers of the YouTube interactive community experience and discourages

viewers from actively participating in Plaintiff Cabrera's YouTube community, from subscribing to

Plaintiff Cabrera's videos, and from watching videos through to the end, resulting in reduced

viewing times, number of views and revenue for channels..

      269.    Defendants have not applied the same Community Guidelines, TOS and standards

for "Restricted Mode" to white creators during the past two years.  For example, Defendants

recently came under fire for their failure to apply their Community Guidelines, TOS and standards to YouTube channels "PewDiePie" or "Shane."

      a.    PewDiePie is a YouTube channel created in 2010, with 106 million subscribers, and nearly 26 billion views.  Many, but not all, of PewDiePie's videos relate to gaming.  https://www.Youtube.com/watch?v=KGO99JWnZBs, a video entitled "Streamers Who Have Said the N Word," features a series of video clips of different video gamers saying "nigger" and using profanity.  This YouTube video has generated 1.6 million views.  The video clips also include ads for products.  The creation and posting of such a video, which highlights the word "nigger" and profanity coming out of the mouths of PewDiePie and other gamers, is gratuitous and serves no purpose other than to be provocative.  While the video is not viewable with "Restricted Mode" enabled, it remains uploaded to the channel, generating views for PewDiePie and fueling the channel's growth.

      b.    Shane Dawson owns the YouTube channel "Shane."  "Shane" was created in 2005 and has in excess of 21 million subscribers, having generated in excess of 4.4 billion views by uploading vulgar, racist, sexually explicit and exploitative videos.   Had Defendants monitored the content of "Shane" videos, they would have known as of 2015 that "Shane" had offensive racist videos featuring black face on the channel because Shane Dawson published to the channel his https://www.Youtube.com/watch?v=3jZDt5zQWsE video, entitled "My Apology (Blackface & Offensive Videos)," which generated 1.8 million views.

      i.    Unsurprisingly, "Shane" was not removed from the platform or demonetized as a channel.  Rather, it was not until more than four years later, in the past two months, that Defendants took any action regarding the videos uploaded on "Shane" and demonetized the channel after Shane Dawson posted a second apology, his https://www.Youtube.com/watch?v=ardRp2x0D_E video, entitled "Taking Accountability," during which he apologizes for posting videos that are offensive, racist, inappropriate and featuring children.  This second so called apology posted on June 26, 2020, generated 16.7 million views.  Interestingly, the video is not available with "Restricted Mode" enabled, so many of those offended by "Shane" videos will not be able to view the detailed apology.

1           ii.      While many, but not all, such offensive, racist, inappropriate videos

2   were removed by Shane Dawson, most of the videos, or snippets from the videos, were reposted by

3   other YouTube creators and can be easily viewed.  By way of example only (Plaintiffs have not

4   undertaken to identify all or even most of such reposted videos), the following Shane Dawson

5   videos or snippets remain for viewing on Defendants' platform:

6                       (1)      https://youtu.be/gbU1uJnw0Oc, a video entitled "Shane

7   Dawson Black Face, N Word," which generated 618,328 views and can be viewed with "Restricted

8   Mode" enabled;

9                       (2)      https://youtu.be/_cPt-Hp2uyU, a video entitled "Shane

10  Dawson Jacking off to Willow Smith," featuring a video clip of Shane Dawson feigning

11  masturbation while looking at a poster of 11 year old Willow Smith, which can be viewed with

12  "Restricted Mode" enabled;

13                      (3)      https://youtu.be/0wd-_ZdQyQI, a video entitled "Shane

14  Dawson N word compilation," which can be viewed but not with Restricted Mode enabled; and

15                      (4)      https:///Youtube.com/watc?v+qGS8BTUGeYI#action=share,

16  a video entitled YouTube CEO Susan Wojcicki's Favorite Youtuber RACIST Shane Dawson

17  sexually harassing young girls," featuring video clips of Shane Dawson discussing "dick rings,"

18  with underage girls, and asking them to eat cocktail wieners more slowly for the "pedophiles"

19  watching the video, which cannot be viewed with "Restricted Mode" enabled.

20          270.    These videos not only remain on the platform, but like "Shane," Defendants have

21  not removed the videos or shut down the channels upon which they are uploaded.

22                      i.      Other videos which remained viewable on "Shane" as of August 12,

23  2020 so long as "Restricted Mode" was not enabled include:

24                      (1)      https://www.Youtube.com/watch?v=-A1HXBj7myU, a video

25  entitled "Blowjob Prank," which generated 1.3 million views and features Shane Dawson feigning

26  fellatio on a number of friends at a dark filling station;

27

28

(2)    https://www.Youtube.com/watch?v=eDZrGk2F6c0, a video entitled "Sex Position Challenge," which generated 3.1 million views and includes explicit profanity laced descriptions of a sexual position;

(3)    https://www.Youtube.com/watch?v=0QQ4Y19wJyE, a video entitled "Biggest WTF Moments of 2015," which generated 1.7 million views and features profanity and images of a nude Justin Bieber with very small black out boxes, a product called a "vajankle" which appears to be an anatomically correct model of female genitalia appended onto a severed ankle, and a Caucasian wearing a sombrero doing an impression of a Hispanic man;

(4)    https://www.Youtube.com/watch?v=uk5s3DXL2EY, a video entitled "Man with a Robot Penis," which generated 1.3 million views and includes a Caucasian doing a profanity laced impression of an Indian man;

(5)    https://www.Youtube.com/watch?v=6FLUNQB41wM, a video entitled "Reacting to Lemon Party," which generated 1.3 million views and features profanity laced voice over commentary accompanying video clips of young girls who appear to be pre-teens or early teens watching pornographic clips of elderly people.

271.    It remains to be seen whether Shane Dawson earned advertising revenue from these videos, or whether he earned CPM revenue.  Regardless, Shane Dawson grew his channel by generating millions of views over the years by creating and posting these videos; something African American creators are not allowed to do.

272.    Plaintiff Cabrera is informed and believes that the sole reason Defendants have chosen to specially enforce the Community Guidelines and TOS against African American creators is because Defendants discriminate against Plaintiffs and members of the Race Discrimination Class based on race.  Defendants do not restrict videos because of their content; they restrict the videos because of the identity of the creators:  Defendants remove videos, apply "Restricted Mode" to videos, and demonetize videos because they are created by an African Americans, relate to issues and events of concern to the African American community, or are viewed by large numbers of members of the African American community.

273.    In addition to the Defendants' efforts to reduce Plaintiff Cabrera's reach by misapplication of "Restricted Mode," for various periods, off and on, throughout the past five years, Defendants have shadow banned individual videos posted by Plaintiff Cabrera and her channels, "Lisa Cabrera" and "Lisa C," in their entirety.  Viewers have informed Plaintiff that they were unable to locate individual videos using YouTube search applications and terms such as "Lisa Cabrera," "Lisa C," or using as search terms the names of individual videos posted by Plaintiff Cabrera.

274.    Because Defendants single out Plaintiffs and members of the Race Discrimination Class for rigorous enforcement of Defendants' Community Guidelines and TOS, to avoid receiving a "strike" for copyright infringement and related channel suspension, Plaintiff Cabrera is careful about complying with "fair use" rules when using clips from someone else's videos:  she keeps news clips short, averaging 1-4 minutes in length; she does not alter the original material in any way; she always gives full credit in the video to the source of the original material of others.

275.    Sometimes, Plaintiff Cabrera posts identical videos both on the "Lisa Cabrera" channel and the "Lisa C" back up channel to see if they generate similar viewer numbers and are treated the same by Defendants' A.I., algorithms and other filtering tools.  Sometimes, the identical videos posted on the "Lisa C" channel generate more viewers and revenue than those posted on the "Lisa Cabrera" channel.  On six different occasions, Defendants flagged the "Lisa C" channel for posting "100% of the video of another YouTube creator, despite the fact that the video was created by Plaintiff Cabrera, registered owner of both channels, and despite Plaintiff Cabrera's written communications to Defendants notifying them that she had given permission to "Lisa C" to repost each of the videos.  Ultimately, Plaintiff was forced to archive each of the six videos that Defendants had flagged on the "Lisa C" channel simply because Defendants claimed that she was violating her own copyright on her own channel.

276.    Plaintiff Cabrera registered her "Lisa Cabrera" name and an associated image as trademarks.  As part of the channel creation process, Defendants ask YouTube creators if they are using marks which have been registered as a trademark.  When she created the "Lisa Cabrera" channel, Plaintiff Cabrera informed Defendants that she had registered her channel name and a

specific image used with thumbnail tiles as trademarks.  Nonetheless, Defendants refused to remove videos using Plaintiff Cabrera's registered trademark image from the channels of other YouTube creators in response to Plaintiff's repeatedly flagging such videos, reporting the trademark infringement for the mark by the channel, and repeated unauthorized uses of the "Lisa Cabrera" name.  For a period of years, Defendants have ignored Plaintiff Cabrera's complaints and allowed other YouTube users to infringe on her trademarks with impunity, in violation of Defendants' own Community Guidelines and TOS.

277.    While Defendants refuse to protect the intellectual property of Plaintiffs and members of the Race Discrimination Class, Defendants routinely flag or remove videos, and suspend channels for violating the intellectual property of others.

278.    Defendants removed 68 of Plaintiff Cabrera's videos without notice, explanation or justification other than suggesting the videos involved copyright infringements.  Though she promptly appealed each removal, she was unable to have Defendants resolve the removal of the videos.  Defendants permanently archived those 68 videos.  Now they cannot be viewed, accessed or copied by anyone.  They are simply "lost" to Plaintiff Cabrera.  Defendants never informed Plaintiff whether someone had flagged any of these videos; who, if anyone, asserted a copyright interest in any content of any individual video; what, if anything, in the video triggered the Defendants' conduct.  Without such information, Plaintiff Cabrera could neither understand the Defendants' strike against any one video nor attempt to resolve the strike for any video.

279.    Defendants wrongly suspended the "Lisa Cabrera" channel for "hate speech" in connection with a video Plaintiff posted commenting on a report by NBC regarding the purchase of illicit narcotics on the dark web.  Plaintiff Cabrera promptly appealed the suspension.  Defendants rejected the appeal and refused to actually watch the video.  It was only after Plaintiff Cabrera filed a case against Defendants in small claims court that Defendants finally contacted Plaintiff Cabrera and informed her that the suspension was erroneous.  In all, "Lisa Cabrera" was suspended and fully demonetized for six weeks due to Defendants' error.

280.    Following the lifting of the suspension for the "Lisa Cabrera" channel, the channel remained demonetized, without the SuperChat application, and with 0 subscribers listed for the

channel.  Defendants waited two additional weeks to restore monetization for individual videos, SuperChat and the prior existing subscribers for the channel.  In all, Plaintiff Cabrera lost 8 weeks of revenue due to Defendants' wrongful conduct and refusal to even look at the video content that they had improperly flagged as "hate speech."  Defendants never offered to compensate her for the lost revenue they caused.

281.  Defendants demonetized many videos on the "Lisa Cabrera" channel without notice or explanation, even when the videos fully comply with Community Guidelines and TOS.  For example, Defendants demonetized the following "Lisa Cabrera" fully compliant videos:

a.  https://youtu.be/LbT3ZAPj_AA, a video entitled "A Heatwave Hits Western Europe";

b.  https://youtu.be/TE_Z1Y0P7Rg, a video entitled "US Birth Rates Are At A 32 Year Low";

c.  https://youtu.be/9i41xbByk2g; a video entitled "Documentary:  China's One Child Policy and Propaganda";

d.  https://youtu.be/GFPbYHEgTqA, a video entitled "The Spanish Flu 1918 See The Similarities in Pictures"; and

e.  https://youtu.be/pcHDdad4CIw, a video entitled "Trump's Tariffs Are Contributing to More Farmer Tragedies."

282.  Defendants also deputize YouTube users (those who are not members of disfavored groups like those to which Plaintiffs and members of the Race Discrimination Class belong) to flag videos and channels that purportedly violate Defendants' Community Guidelines and TOS, and then automatically remove, restrict, or demonetize flagged videos, and suspend or remove flagged channels, without verifying that the videos or channels in question actually violate any published standard.  As a result of Defendants' abdication to anonymous YouTubers of responsibility for enforcing applicable standards, Plaintiffs and members of the Race Discrimination Class are subjected to racist, misogynistic, abusive trolls who target Plaintiffs' videos and channels for adverse action by Defendants.

283.     In January of this year, Defendants again suspended all monetization for videos posted to "Lisa Cabrera" following a threat made by YouTube user, Oxyman, during a Livestream broadcast on his channel where he vowed, "I'm gonna make sure [Lisa Cabrera's] channel gets demonetized."  Plaintiff Cabrera is informed and believes that Oxyman flagged her channel purportedly for violating Defendants' Community Guidelines or TOS.  Without taking any steps to verify the flag or reported violation, Defendants then demonetized the "Lisa Cabrera" channel in January of this year without any prior notification or explanation given to Plaintiff.

284.     Thereafter, Plaintiff Cabrera promptly appealed the Defendants' action.  Defendants informed her that she could reapply for access to monetization only after waiting 30 days.

285.     After 60 days, Defendants restored monetization for the "Lisa Cabrera" channel videos without any explanation as to why they had demonetized the channel to begin with.  Defendants never offered to compensate her for the lost revenue they caused by blindly assuming the validity of Oxyman's flag on the "Lisa Cabrera" channel.

286.     To compound the financial injury to Plaintiff Cabrera, during this same period, Defendants were running advertisements for the World Health Organization regarding Covid-19 prevention, and receiving advertising revenue at the same time that "Lisa Cabrera" was completely demonetized.

287.     Plaintiff Cabrera has also been the subject of improper posts by YouTube creator, Michael Anderson, a known white supremacist.  Michael Anderson posted a false video which had as a subject Plaintiff Cabrera and disparaged her personally.  Mr. Anderson also posted Plaintiff's name and residential address in the comments section of his video.  After recording an image of the video displaying Lisa Cabrera's name and address in the comments section; Mr. Anderson then removed the video and reposted it without Lisa Cabrera's address.

288.     Following Mr. Anderson's posting of the video and Plaintiff Cabrera's residential address, numerous additional copies of the video with the address in the comments section appeared on multiple additional YouTube channels.

289.     Plaintiff Cabrera used Defendants' reporting tool, which sent links to the video to Defendants.  Defendants never responded to Plaintiff.  Approximately fifty of the subscribers to the

1 "Lisa Cabrera" channel informed Plaintiff that they too had reported links to the video to

2 Defendants using the reporting tool.  Defendants took no apparent steps to remove the disparaging

3 video featuring Plaintiff Cabrera's name and false information regarding her, despite the fact that

4 the video clearly violated Defendants' Community Guidelines and TOS, while ignoring dozens of

5 reports with links flagging the Michael Anderson video.

6      290.    On another occasion, Michael Anderson made and posted another video which had

7 Plaintiff Cabrera as the subject, and "Lisa Cabrera" in the video's title.  This video featured an

8 image of Mr. Anderson in a car brandishing a revolver and talking about Plaintiff Cabrera.  Again,

9 Plaintiff Cabrera used Defendants' reporting tool and sent to Defendants a link to the video which

10 communicated a clear threat of violence by Mr. Anderson against Plaintiff Cabrera.  Again multiple

11 subscribers to "Lisa Cabrera" communicated to Plaintiff that they too had flagged the video using

12 Defendants' reporting tool.  And again, Defendants did absolutely nothing to remove the video, or

13 to suspend or remove Michael Anderson's channel for violating Defendants' Community

14 Guidelines or TOS.

15      291.    As a direct and proximate result of Defendants' blatant and overt racial

16 discrimination and wrongful conduct, "Lisa Cabrera" has not grown in subscriber numbers, viewer

17 numbers or view times as the channel would have otherwise grown absent Defendants' conduct.

18 Plaintiff Cabrera has been subjected to public disparagement, racist and misogynistic abuse, public

19 posting of her private contact information and overt threats of physical violence – all of which has

20 occurred with the tacit, if not overt, approval of Defendants who have repeatedly refused to enforce

21 their own Community Guidelines and TOS.  Plaintiff Cabrera has suffered lost revenue directly due

22 to Defendants' racist profiling, A.I., algorithms and other filtering tools, while her channel was

23 demonetized, while her channel was suspended, and while Defendants have held her 68 videos in

24 "archive," and Defendants continue to misapply "Restricted Mode" and limited monetization to

25 individual videos she has posted.

26      292.    As a result of the Defendants' inaccurate reports of views and subscribers, Plaintiff

27 Cabrera is further informed and believes that Defendants owe additional revenue to her under the

28

TOS.  Plaintiff Cabrera cannot determine the amount that Defendants in fact owe to her based on the extremely limited data reported by Defendants.

### 3.     Catherine Jones

293.     Plaintiff Catherine Jones ("Plaintiff Jones") is an African American woman residing in the State of Vermont who is the creator and owner of "Cooking with Carmen Caboom," a YouTube cooking channel for African Americans, and "Carmen Caboom," and "Carmen Caboom Reloaded," two YouTube channels dedicated to developing and posting both parodies and serious videos that discuss and present information regarding issues and current events which are important to the African American community.

294.     Plaintiff Jones created the "Carmen Caboom" channel in 2010, a backup "Carmen Caboom" channel in 2014, the "Cooking with Carmen Caboom" channel in 2015, and the "Carmen Caboom Reloaded," channel in 2018.  Defendants improperly removed the original "Carmen Caboom" channel for purported nudity when no video posted to the channel included any nudity.

295.     Plaintiff Jones has followed the online appeals process YouTube provides when it gives notice of channel suspensions and terminations in an attempt to recover the improperly removed channels and videos that were uploaded to the channels.  Plaintiff Jones has also written emails and attempted to leave messages for Defendants, requesting that the removed channels and videos be restored.  Defendants have not responded or returned the videos.

296.     Plaintiff Jones is also a YouTube partner.  Since creation, Plaintiff Jones' 2014 "Carmen Caboom" channel has posted many videos, several of which Defendants improperly removed as hate speech.  The remaining videos have garnered approximately 500-1,200 views per video overall and have generated approximately $500 per year.

### 4.     Denotra Nicole Lewis

297.     Plaintiff Lewis has been a registered YouTube user since 2006 and has posted her own videos on her YouTube channel, "Nicole's View" since 2016.  Plaintiff Lewis presently has 178 videos which are viewable on "Nicole's View," 169 of which are listed when "Restricted Mode" is enabled.

298.     When Plaintiff Lewis registered "Nicole's View," Plaintiff Lewis answered Defendants' online questionnaire and self identified as African American or Black.  Had Defendants not requested that she provide personal information about herself for her profile, Plaintiff Lewis would not have done so.  When she provided this information, she had no idea that Defendants would use information about her race to generate metadata about her, the videos she watches, and the videos she posts, or that Defendants would insert, embed or associate such metadata with videos she posts; or that Defendants would insert, embed or associate the metadata of her subscribers or her viewers based on race, ethnicity or other protected identity; or that Defendants would filter, censor or restrict her videos based on information regarding race, ethnicity or other protected identity.

299.     Plaintiff Lewis creates and posts videos to inform and entertain the African American community with respect to current events and issues of import to Black Americans.  To date, she has posted 748 videos to her channel, some of which Defendants have removed from the platform, leaving 731 which can be watched by the public when "Restricted Mode" is not engaged. While "Nicole's View" has generated in excess of 10.6 million views since 2016, she has only generated approximately $25,000 from those views.

300.     Plaintiff Lewis is informed and believes that Defendants have gathered extensive information in order to generate metadata based on that information, and then insert, embed, append, or associate such metadata with videos posted on "Nicole's View."  Defendants gathered information regarding her race (Defendants know that Plaintiff Lewis is an African American woman); that she makes and posts videos which have as a subject, relate to or discuss issues and current events that are important to members of the African American community; her subscribers either self-identify as members of the African American community or watch many videos posted by other creators who have self identified as members of the African American community; and many of those who view her videos either self-identify as members of the African American community or watch videos posted by other creators who have self identified as members of the African American community.

301.    Plaintiff Lewis is informed and believes that Defendants have applied "Restricted Mode" and have limited monetization for the videos she posted to "Nicole's View" because Defendants have a policy and practice of using A.I., algorithms, and other filtering tools to classify, curate, censor, and sell advertisements for YouTube videos based metadata Defendants create from information regarding the race, ethnicity or other protected identities of creators, subscribers and viewers, rather than the content of the videos.

302.    Defendants routinely limit viewer access by wrongly applying "Restricted Mode" and by limiting monetization to most of the videos posted on the "Nicole's View" channel, despite the fact that the videos fully comply with all of Defendants' Community Guidelines and TOS, and contain no nudity, sexualized scenes or language, graphic depictions of sex or violence, drug abuse, or alcohol consumption.

303.    Plaintiff Lewis has uploaded 748 videos to the "Nicole's View" channel, 17 of which Defendants wrongly removed or archived for unknown reasons.

304.    Of the remaining uploaded videos, only 178 are listed under "Nicole's View."  167 of those are listed with "Restricted Mode" enabled.  Only 84 of those videos listed can in fact be viewed with "Restricted Mode" enabled.  For example, Defendants have misapplied "Restricted Mode" to the following compliant videos:

      a.    https://www.Youtube.com/watch?v=qZIrfp1VDRw, "Bill Cosby Granted Appeal Hearing";

      b.    https://www.Youtube.com/watch?v=l-75B5Z7Uek, "Nicole's View Live: Special Guest Jenny Winings from the Hit Documentary Film 'Square One'";

      c.    https://www.Youtube.com/watch?v=Z6l6esoTOqM, "Joe Jackson's Granddaughter Yasmine Jackson & What People are NOT Talking About;"

      d.    https://www.Youtube.com/watch?v=iYECpBVdz9w, "They Never Cared About Us";

      e.    https://www.Youtube.com/watch?v=M1l9hdXXs2w, "Special Guests Dennae Wright & Marvelous";

f.     https://www.Youtube.com/watch?v=oUXnC6CL20I, "5 Stars:  Why Dave Chappelle's New Netflix . . . .";

g.     https://www.Youtube.com/watch?v=x7qNjfBN5AQ, "Disgustingly Racist:  Leaving Neverland";

h.     https://www.Youtube.com/watch?v=f6Mfpy2HYMQ, "Controlling the Narrative:  Michael Jackson Fans Sue";

i.     https://www.Youtube.com/watch?v=iTsgfpOC7JM, "Halle Bailey & The New Little Mermaid";

j.     https://www.Youtube.com/watch?v=bxL98GrCnRI, "The Truth Shall Set You Free:  Robert W. Lee IV";

k.     https://www.Youtube.com/watch?v=_dBWUTyTyPk, "News Story Update:  The Latest with Bill Cosby";

l.     https://www.Youtube.com/watch?v=FlySprQjLCA, "Livestream:  Chatting with Author Cavis Adams";

m.     https://www.Youtube.com/watch?v=7HcM8fWr4gU, "Typical Move:  Why Jussie Somollett's Court Documents"; and

n.     https://www.Youtube.com/watch?v=xIvOvLNaGFI&feature=youtu.be, "SHOCKING:  Here's Why You Got One Side of The Allegations against Bill Cosby."  Plaintiff Lewis paid an advertising company to promote this documentary style video.  The advertising expenses were wasted after Defendants applied "Restricted Mode," to this video.  Consequently, the video has generated only 8,139 views to date.

305.    When viewers attempt to watch these videos with "Restricted Mode" enabled, they usually see this notice from Defendants:



306.    However, occasionally they see a different notice from Defendants -- a black screen with a legend:  "This video is not available," with no explanation as to why the video cannot be viewed.  Defendants have neither explained why they post two different notices for the same videos, or why they would notify viewers that a video was not available when it could in fact be watched simply by disabling "Restricted Mode" or viewing it on a computer network which has not enabled "Restricted Mode."

307.    With respect to the balance of 84 videos which can be viewed with "Restricted Mode" enabled, neither subscribers nor viewers can comment on any of these videos or review the comments of others.  When the videos are watched in "Restricted Mode," each video is accompanied by a notice posted by Defendants where the comments usually appear, stating: "Restricted Mode enabled.  To view this video, you will need to disable Restricted Mode." Defendants' application of "Restricted Mode" to compliant videos, and prohibition on leaving or reading viewer comments effectively discourage new viewers from participating in the "Nicole's View" channel, and prevent them from actively participating in the African American YouTube community generally.  New viewers cannot actively engage with other members of the African American YouTube community by exchanging comments.  As a result, they spend less time

1  watching videos and are less likely to subscribe, resulting in lower numbers of views for the video

2  and the channel, and less revenue for Plaintiff Lewis.

3       308.    Defendants have allowed only limited monetization to a fraction of "Nicole's View"

4  videos, without any explanation or rationale other than to indicate that the "content identified is

5  unsuitable for most advertisers."  Plaintiff Lewis is informed and believes that the sole reason that

6  Defendants find the content is "unsuitable for most advertisers" is because Defendants discriminate

7  against Plaintiffs and members of the Race Discrimination Class based on race, e.g., the content

8  was created by an African American, relates to issues and events of concern to the African

9  American community, and/or is viewed by many members of the African American community.

10       309.    For certain periods over the past four years, Defendants have shadow banned certain

11  individual compliant videos posted by Plaintiff Lewis on "Nicole's View."  During various periods

12  of time, those videos did not appear in YouTube searches using the terms "Nicole Lewis" or

13  "Nicole's View," or in searches using individual video titles as search terms.

14       310.    "Nicole's View" video content consists roughly of 75% pre-recorded videos and

15  25% Livestream broadcasts.  For Livestream broadcasts, Plaintiff Lewis sometimes has as many as

16  1000 viewers participating.  Plaintiff Lewis employs designated moderators to monitor, control and

17  censor viewer comments to ensure compliance with Defendants' Community Guidelines and TOS,

18  promptly removing any non-compliant comments and blocking offending participants.

19       311.    For the past two years, Defendants have used A.I., algorithms, and filtering tools to

20  restrict the reach of videos posted on "Nicole's View," resulting in stagnant subscriber and viewer

21  numbers.  "Nicole's View" is no longer growing.  The channel's analytics page from month to

22  month reflects only minor changes to the numbers of subscribers, viewers, and view times.  To

23  avoid the impact of Defendants' A.I., algorithms and filtering tools on Defendants' metadata

24  generated from video titles and tags, Plaintiff Lewis intentionally self-censors:  (a) she avoids using

25  controversial video titles; (b) she avoids using abbreviations like "BLM," "KKK"; terms such as

26  "Black," "White," "Racism," "Boogaloo," "White Supremacy," "Racial Profiling," "Police

27  Shootings," "Police Brutality," "Black Lives Matter"; names, such as those of individuals such as

28  those killed by law enforcement, "Bill Cosby," "Louis Farrakhan"; names of organizations such as

"Ku Klux Klan," "Nazi," "Neo-Nazi," "Aryan Brotherhood," and euphemisms that are known and particular to the African American community; she intentionally misspells terms such as "Black," "White," "Race," "Racism," and "Racial Profiling" because Defendants routinely flag videos which have such terms as tags or which have titles that include such terms.

312.    Despite Plaintiff Lewis' efforts to self-censor and avoid the reach of Defendants' A.I., algorithms, and filtering tools, most of the videos posted on "Nicole's View" have only limited monetization, if any.

313.    On February 11, 2020, Plaintiff Lewis received an email from Defendants indicating that "SuperChat was disabled," purportedly because "Nicole's View" was using the original content of other YouTubers.  However, after a week, it became apparent that Defendants had not merely disabled SuperChat, but had completely demonetized the entire "Nicole's View" channel. Defendants did so without notice or explanation.  Plaintiff Lewis promptly filed an appeal of the decision to disable SuperChat and to demonetize the entire channel.

314.    Mindful of the stringent standards which Defendants have always applied to the channels of Plaintiffs and members of the Race Discrimination Class, Plaintiff Lewis has always followed Defendants' Community Guidelines, and TOS.  Whenever she uses a news clip, she limits the clip to several minutes and generates her own original commentary as video content to accompany the clip.  The originators of all news clips incorporated into videos posted by Plaintiff Lewis are always accorded full and proper credit in the video so that there is no possibility of viewers confusing the news clip with her original commentary or content.

315.    Defendants did not respond to Plaintiff Lewis' appeal.  On or about June 7, 2020, she suddenly noticed that Defendants had resumed placing advertisements on "Nicole's View" videos.  When she checked the channel's analytics pages, it reflected that her monetized videos were again generating revenue and her Livestream broadcasts were generating donations. Defendants have neither explained why the channel was fully demonetized for nearly two months, nor why it was remonetized; nor have they offered compensation for the revenue which the channel lost during that period.

316.     Recently Defendants have begun to interfere with Livestream broadcasts on "Nicole's View."  On the evening of August 14, 2020, Plaintiff Lewis conducted a Livestream broadcast of https://www.Youtube.com/watch?v=vtPeu6SCq0g, "The Destructive Agenda of Feminism with Elizabeth Mell."  Roughly halfway through the one hour thirty-five minute broadcast, the broadcast was interrupted by repeated audio interruptions which Plaintiff Lewis could hear, rendering her unable to hear Elizabeth Mell.  The noises and audio interruptions continued intermittently.  Plaintiff Lewis confirmed that the noises and disruptions were not caused by her equipment or by background noise at her location.  Elizabeth Mell informed Plaintiff Lewis that the noises and disruptions were not being generated from her microphone or from ambient noise at her location.  Following the substantially ruined Livestream broadcast, Defendants applied "Restricted Mode" to the video.



317.     Defendants also post inappropriate videos in the "Up Next" recommendations that appear to the right of videos which viewers watch on "Nicole's View."  For example, regardless of those channels to which the viewer has subscribed, Defendants regularly populate the "Up Next" recommendations with video recommendations from other creators, often recommending videos that are entirely unrelated to the video playing on "Nicole's View," with content that is critical of

or derogatory to individual African Americans or the African American community as a whole, or with content from white creators and/or commentators with racist views.

318.   Often, Defendants flood the "Up Next" recommendations on "Nicole's View" with videos of Defendants' commercial partners such as Fox News and its affiliates.  Set forth below are just a few of the "Nicole's View" videos for which Defendants have repeatedly recommended Fox News videos in "Up Next:"

a.   https://www.Youtube.com/watch?v=G9un5z6sPoE (a video thanking subscribers for their support of the channel) – four unrelated Fox News video recommendations;

b.   https://www.Youtube.com/watch?v=cjQ13mwjuIw (a video featuring Andrew Wyatt) – three unrelated Fox News video recommendations;

c.   https://www.Youtube.com/watch?v=TzCjFLD-ddo (a video about Billy Dee Williams) – two unrelated Fox News video recommendations;

d.   https://www.Youtube.com/watch?v=Xs-cmV44Rco (another video about Billy Dee Williams) – two unrelated Fox News video recommendations;

e.   https://www.Youtube.com/watch?v=4mLbAYhCv6Y (a video discussing White culture blaming the Black community for social ills) – two unrelated Fox News video recommendations;

f.   https://www.Youtube.com/watch?v=W6MjdZvlqXM (a video asking viewers to sign a petition to investigate the Prosecutor pursuing criminal charges against Bill Cosby) – five unrelated Fox Business video recommendation;

g.   https://www.Youtube.com/watch?v=jikt7ZrdEDY (a video discussing a promotion on the channel) – three unrelated Fox News video recommendations;

h.   https://www.Youtube.com/watch?v=W6MjdZvlqXM (a video thanking subscribers for their support) – four unrelated Fox News video recommendations;

i.   https://www.Youtube.com/watch?v=yO2ZEaaKRvQ (a video promoting another Black YouTube creator) – two unrelated Fox News video recommendations; and

j.   https://www.Youtube.com/watch?v=G9un5z6sPoE (a video thanking viewers for support) – four unrelated Fox News video recommendations.

319.    In all, Defendants have recommended 78 individual videos from Fox News or Fox Business in "Up Next" which have no relation to the video subject matter or the African American community, in connection with roughly half of "Nicole's View" videos watched with "Restricted Mode" enabled.

320.    Defendants have also shadow banned "Nicole's View."  When viewers go to YouTube and input "Nicole's View" as a search term, the channel does not appear as a search result; rather, a small list of individual videos uploaded to "Nicole's View" more than a year ago appear as search results.  This means that when viewers actively search for Plaintiff Lewis' channel, they cannot find it.  They find only old videos.  Seeing a small number of old videos, viewers might well conclude that "Nicole's View" is no longer uploading new videos.  When viewers are unable to find Plaintiff Lewis' channel, and new videos by searching on YouTube, Plaintiff Lewis loses views, ad revenue and CPM revenue.

321.    As a direct and proximate result of Defendants' racial discrimination and wrongful conduct, "Nicole's View" has not grown in subscriber numbers, viewer numbers or view times which it would have grown otherwise and Plaintiff Lewis has been deprived of significant revenue from Defendants' sale of advertising, SuperChat and Livestream donations over the life of her channel.  Plaintiff Lewis' videos were all fully demonetized between February 11, 2020 and June 7, 2020, during which period "Nicole's View" generated no income whatsoever.

### 5.    Andrew Hepkins

322.    Plaintiff Hepkins has been uploading videos to "DruStory News," and "DruHepkins," since 2014.  Plaintiff Hepkins is a serious journalist and conducts independent research in connection with most of his videos.  As a serious journalist, Plaintiff Hepkins closely follows Defendants' Community Guidelines and TOS by not using adult language, profanity, vulgarity, presenting explicit sexual or violent content, or making disparaging remarks.  The "DruStory News" videos present fact based content and encourage viewers to conduct their own research and to engage in critical thinking in connection with both current events reported by mainstream media and historical events.  Plaintiff Hepkins also enjoys the sport of boxing.  From

time to time, he uploads videos with critiques of specific boxers or boxing matches.  In all, 58 videos have been uploaded to "DruStory News," which have generated a total of 3,565,753 views.

323.    Defendants informed Plaintiff Hepkins that they removed one of these videos for "violating YouTube's policy on harassment and bullying."  However, since 2019, "DruStory News" has not generated any revenue at all.

324.    For the past two years, Plaintiff Hepkins has observed numerous inaccuracies in Defendants' reported view numbers for the "DruStory News" channel and individual videos.  One example of inaccurate reported views concerns https://www.Youtube.com/watch?v=dmmWoO2nd2Y, "The Michael Jackson Agenda EXPOSED" that discusses the movie "Leaving Never Land," and facts which purportedly support civil plaintiffs' allegations against Michael Jackson.  The video was posted March 22, 2019.  It was popular with viewers.

a.    Shortly after the video was uploaded to "DruStory News," viewers started posting comments, complaining that they could not "like"[6] the video when they watched it.  One viewer wrote:  "I tried to like this video but couldn't."

b.    Plaintiff Hepkins noticed that the number of views had slowed to under 35,000 despite the passing days.  Over time, he watched as Defendants' reported views for the video approached 32,000, and then fell to 31,000.  Days later, Defendants' reported views fell even lower to 29,000.  Over the days that followed, Defendants' reported number of views climbed beyond 32,000.  Again, several days thereafter, Plaintiff Hepkins saw that Defendants' reported view numbers were again under 30,000.

---

[6] By clicking on an icon which appears with individual videos, viewers can "like" a video.  The number of "likes" generated by a video increases the likelihood that the video will be recommended as "trending," and that Defendants will recommend it in the "Up Next," feature that appears on viewers' screens.  By generating a large number of "likes," the Michael Jackson video uploaded on "DruStory News" can go viral and generate millions of views.  Those views translate into revenue for the channel.

c.      Defendants did not notify Plaintiff Hepkins that they were reducing view numbers.  Nor have they given any explanation or rationale which would justify reducing view numbers under the TOS or the Adsense agreement.

325.    Frustrated by the Defendants' repeated downward adjustment of view numbers for the Michael Jackson video, Plaintiff Hepkins posted this comment on the video:

> "Yes they are shaving the views. I've been watching all week. Every time it goes to 32K the views get shaved back down to 29-30. This has happened to me before."

On another occasion, Plaintiff Hepkins left another comment on the video:

> "Here we go AGAIN with this. Every time the video hits past 31K, views disappear and it mysteriously goes back down to 29-30K. Smh. Still at it."

Ultimately, "The Michael Jackson Agenda EXPOSED" never went viral and generated only 70,000 views.

a.      On June 26, 2020, Plaintiff Hepkins uploaded https://www.Youtube.com/watch?v=KdVXcpBQOvs, "BIG NEWS Cosby Appeal is Granted," to "DruStory News."  The video was popular and started generating views.  For June, Defendants reported that the video had generated 6,943 views.



326.    In July, Defendants reported that the video had only generated 4,913 views – 1,500 fewer views than were reported for the prior month, despite the 4 additional weeks during which time viewers watched the video.

327.     Plaintiff Hepkins is informed and believes that the Defendants' practice of reducing or shaving view numbers over time has reduced the revenue which Defendants report for the "DruStory News" channel.  The number of views and number of subscribers are part of the calculation which Defendants make each month in determining how much they owe to Plaintiff Hepkins for the "DruStory News" videos.  Given Defendants' reduced view numbers over a period of months, Plaintiff Hepkins is informed and believes that the Defendants' revenue calculations based on those reported view numbers also are inaccurate and undercount revenues owed by Defendants to Plaintiff Hepkins.

328.     Defendants alone control access to the data upon which the subscriber numbers, viewer numbers and hours spent watching numbers are based.  Plaintiff Hepkins has no way to calculate the correct additional amounts which Defendants owe to him without access to the underlying data which reflects the number of subscribers, the number of viewers, and the hours spent viewing videos per day for each of the "DruStory News" videos.

329.     Defendants have deemed nearly all of the "DruStory News" videos to be unsuitable for most of the YouTube advertisers, resulting in limited monetization for the majority of Plaintiff Hepkins' videos.  Defendants have fully monetized only 2 of the 54 videos uploaded to "DruStory News."  Defendants have either limited the monetization for, or have completely demonetized the other 52 "DruStory News" videos.

330.   Defendants have never given Plaintiff Hepkins any explanation as to why "DruStory News" videos concerning water quality, veganism, internet scams or Jewish support for Palestinians are unsuitable for most advertisers, much less advertisers who have posted ads on channels belonging to Defendants' preferred YouTube partners such as PBS, CNN, or MSNBC. Nor have Defendants explained why Plaintiff Hepkins' boxing videos are unsuitable for advertisers who post ads on sports channels with boxing related videos.

331.   "DruStory News" uploaded "Fake News is REAL:  More Undeniable Proof!" on December 29, 2016.  The video discusses inaccurate reports which have appeared in mainstream media news outlets.  The video features a series of researched factual rebuttals to specific news reports, demonstrating that some things that have been published as news are false or fabricated.

    a.   Defendants initially determined that the video was ineligible for monetization and demonetized the video.

    b.   Defendants then notified Plaintiff Hepkins that the video violated unspecified "Community Guidelines" and issued a "Community Guidelines strike or temporary penalty" to the channel.  Defendants stated that the video constitutes a "personal attack," "predatory behavior, stalking, threats, harassment, bullying, or intimidation."  Defendants added, "We remove comments, videos, or posts where the main aim is to maliciously harass or attack another user."



-114-
**THIRD AMENDED CLASS ACTION COMPLAINT**

1    c.    Now, viewers who click on the thumbnail for the video see:



d.    This video has been removed from the platform.



e.    The video cannot be viewed by anyone.

332.   "Fake News is REAL:  More Undeniable Proof!" does not attack, threaten, harass,
intimidate, bully, insult, disparage or even discuss any individual in connection with "Fake News."
Rather, the video discusses specific news reports which were in fact false or erroneous, and
presents facts disputing the original reports.  Defendants were wrong to find that the video violated

Community Guidelines, and were entirely off base in assessing a Community Guidelines strike or penalty against "DruStory News" for the video, and in removing the video from the platform.

333.    Plaintiff Hepkins appealed the Defendants' actions.  Defendants ignored the appeal.

334.    Defendants also issued copyright violation flags for 7 different "DruStory News" videos, for nothing more than using short video or textual excerpts which included proper citations to the source materials.  In the face of legitimate fair use claims by "DruStory News," Defendants issued copyright flags for short video clips which appeared in "Anthony Joshua," "Why People Hate the Truth (Part 1)," "Eric Garner Death and Funeral – Full Unseen Coverage," "Chemtrails: Is This Real or Conspiracy?" "The Revival of Overt Racism (Part 1)," "The Truth About Wade Robson Exposed," and "BOMBSHELL Cosby News! (Finale) – What the Media Didn't Want You To See Part 3."  Defendants even issued a copyright flag for short video clips of Neo from the movie "The Matrix."

335.    While Defendants quickly pursue copyright claims advanced against African American creators on YouTube, like Plaintiff Hepkins, they are slow and often refuse to enforce copyright claims when made by African American creators.  On at least two occasions, Plaintiff Hepkins flagged videos that reposted all or most of his original videos that are uploaded to "DruStory News."  Defendants ignored those complaints.  As a result of Defendants' inaction, the infringers continue to use Plaintiff Hepkins' original video content without consequence.

336.    Defendants have shadow banned "Dru Story News."  When "Restricted Mode" is enabled, searches for "DruStory News" on YouTube will produce a smattering of search results including several individual videos uploaded to the channel, but "DruStory News" does not appear as a search result.  Defendants' "Restricted Mode" renders the entire "DruStory News" channel invisible on the YouTube platform.

337.    When "Restricted Mode" is enabled, Google searches for the YouTube channel "DruStory News" generate results which include:

    a.    Plaintiff Hepkins' websites https://www.drustorynews.com and https://www.druhepkins.com;

    b.    Plaintiff Hepkins' Twitter page https://twitter.com/drustorynews?lang=en;

1          c.       Plaintiff Hepkins' Facebook page

2 https://www.facebook.com/DruStoryNews;

3          d.       Plaintiff Hepkins' Instagram page

4 https://www.instagram.com/drustorynews/?hl=en; and

5          e.       Plaintiff Hepkins' Patreon page https://www.patreon.com/Drustorynews.

6 The channel, https://www.Youtube.com/user/DruhepkinsBlogs, does not appear on Google

7 searches with "Restricted Mode" enabled on YouTube.

8       338.     Plaintiff Hepkins is informed and believes that Defendants have used their artificial

9 intelligence programs, algorithms and other filtering tools in misapplying "Restricted Mode' to

10 nearly all of the "DruStory News" videos in accordance with their policy and practice of

11 discriminating against African Americans on the YouTube platform.

12          a.       Defendants routinely misapply "Restricted Mode" to "DruStory News"

13 compliant videos.  During the months of June and July, the Defendants applied "Restricted Mode"

14 to more than 90% of the videos uploaded to "DruStory News."

15          b.       As of July 30, 2020, of the 53 videos which Defendants have listed for

16 "DruStory News," only 5 were listed when "Restricted Mode" was enabled.



28 Only three of those videos could actually be watched.

1          c.      By August 13, 2020, 54 videos were listed on "DruStory News" when

2    "Restricted Mode" was enabled.



1

2

3

4

5

6

7

8

9

10

11

12

13

14



15       d.      When "Restricted Mode" is enabled, for 51 of those 54 videos listed, viewers

16   on "DruStory News" see a black screen generated by Defendants with the notice:

17

18

19

20

21

22

23

24

25

26

27

28



339.    Among the videos which Defendants prevent viewers from watching with "Restricted Mode" enabled are all of the boxing videos uploaded to "DruStory News" and a number of general interest videos such as:

a.    https://www.Youtube.com/watch?v=wPOV8OZybyI, "What's in the Water?";

b.    https://www.Youtube.com/watch?v=85z9CJXpyo0, "The Reason for Vegan: Real Food for Thought";

c.    https://www.Youtube.com/watch?v=xcTuhXdjjD8, "The Revival of Overt American Racism (Part 1)";

d.    https://www.Youtube.com/watch?v=8ULbXEKs0hg, "TRUTH:  Should Fluoride Be in Our Water?";

e.    https://www.Youtube.com/watch?v=FtBUOc2rt_4, "Sellers:  Beware of Paypal Charge Back Scammers!!!!!";

f.    https://www.Youtube.com/watch?v=ht67K-eqQok, "March for the Death of Eric Garner in Staten Island";

g.    https://www.Youtube.com/watch?v=P3mv65ZzLvY, "Are More Jews Showing Support for Palestine (Part 1)";

h.    https://www.Youtube.com/watch?v=PEHXa_5MYAc, "Eric Garner Death and Funeral – Full Unseen . . .."

None of these videos violate any of Defendants' Community Guidelines or TOS.

340.    The very same three videos that could be viewed when "Restricted Mode" was enabled on July 30, 2020, are still the only three videos that could actually be watched on August 13, 2020: (i) https://www.Youtube.com/watch?v=MiAXR7JdbNU, a video entitled "The Real TRUTH About the Cosby Deposition"; (ii) https://www.Youtube.com/watch?v=orzkRhnVJp4, a video entitled "The Truth About Cereal:  Cereal is Bad . . . "; and https://www.Youtube.com/watch?v=M4EWDVHZNIc, a video entitled "Are More Jews Showing Support for Palestine (Part 2)."

1          a.      However, even for these three videos, viewers cannot actively engage on the

2 "DruStory News" channel because they cannot leave comments or view comments while

3 "Restricted Mode" is enabled.

4          b.      Where viewer comments and Plaintiff Hepkins' responses would be, for

5 these three videos viewers see Defendants' legend:  "Restricted Mode has hidden comments for

6 this video."

7        341.    Plaintiff Hepkins is informed and believes that the "Up Next" feature should display

8 on the viewer's screen a list of quality videos that are by "DruStory News," relate to content similar

9 to the video being watched, be videos uploaded to channels to which the viewer subscribes and/or

10 be similar to other videos historically viewed previously by that viewer, so that the viewer sees

11 recommendations for more videos they want to watch.  However, Defendants rarely display "Up

12 Next" recommendations for "DruStory News" videos or for videos of other African American

13 YouTube creators.  Instead, Defendants have transformed "Up Next" into a billboard for the videos

14 of Defendants' preferred YouTube partners, forcing "DruStory Viewers" who are looking African

15 American creators' videos, or those regarding specific subjects to watch a stream of video

16 thumbnails with titles featuring Fox News videos and YouTube Movies.  Of course, "DruStory

17 News" does not receive any revenue for the "Up Next" advertising Defendants is supplying to Fox

18 News or YouTube Movies on the channel.

19        342.    Defendants have flooded "Up Next" video recommendations for the following

20 "DruStory News" videos:

21          a.      For https://www.Youtube.com/watch?v=KdVXcpBQOvs, "BIG NEWS

22 Cosby Appeal is Granted," Defendants posted video recommendations for nine Fox News videos

23 and 10 YouTube Movie videos;

24          b.      For https://www.Youtube.com/watch?v=BjgQVdsPTrU, "The Fear

25 Agenda," Defendants posted video recommendations for four Fox News videos and 14 YouTube

26 Movie videos;

27

28

c.      For https://www.Youtube.com/watch?v=1H5ujVGqT6I, "New Year's Message to the Light Workers," Defendants posted video recommendations for six Fox News videos and nine YouTube Movie videos;

d.      For https://www.Youtube.com/watch?v=68lsRzaRb4Y, "Anthony Joshua's Redemption," Defendants posted five YouTube Movie recommendations;

e.      For https://www.Youtube.com/watch?v=Z9pFztQ_WUY, "DRAMA Behind the Scenes of Cosby Appeal Hearing," Defendants posted video recommendations for five Fox News videos and 10 YouTube Movie videos; and

f.      For https://www.Youtube.com/watch?v=R1i08ILkzQk, "Democratic Dilemma:  Are People of Color Ready . . ," Defendants posted video recommendations for 12 Fox News videos and three YouTube Movie videos.

343.    Plaintiff Hepkins is also the creator and owner of the DruStory News Blog, www.drustorynews.com.  Plaintiff Hepkins published an article entitled "Was Michael Jackson Innocent or Guilty, the Final Verdict" on the Drustorynews.com blog.  The article was for a short time highly sought after and widely read on the internet.  However, after several weeks, the article was shadow banned and no longer appeared in Google searches for "Michael Jackson" or "Michael Jackson Innocent."  The article could only be found on Google by inputting a link to the article or by accessing the blog and searching for it there.

344.    Plaintiff Hepkins is informed and believes that Defendant Google's removal of the "Was Michael Jackson Innocent or Guilty, the Final Verdict" article has caused Plaintiff Hepkins to lose views on www.drustorynews.com, and to lose revenue for that website.

### 6.      Harvey Stubbs

345.    Plaintiff Stubbs is an African American YouTube commentator residing in the State of Illinois who is the creator and owner of the YouTube channels "Your World Your View," "Harvey Superboy," "Harvey Superboy 1," "HARVEY SUPERBOY," and "J Jackson."  Since 2007, Plaintiff Stubbs has been uploading videos principally consisting of commentary regarding events, social issues, politics, news, celebrities and people who are of interest to or affect the African American community in general, and the Chicago Area African American community in

particular.  Plaintiff Stubbs is a military veteran and lifelong resident of the Chicago Area, who is active in his community and offers a unique perspective.

346.  Plaintiff Stubbs was forced to create a number of additional YouTube channels as a result of Defendants' repeated unwarranted flags and Community Guidelines strikes against his channels.

347.  "Your World Your View," which was created in September of 2013, has generated 6.6 million views.

348.  Plaintiff Stubbs long has observed issues with Defendants' reporting of the number of views for individual new videos and for his YouTube channels over the years.  For popular new videos, where many viewers were leaving comments, the numbers of views did not appear to grow along with the number of new comments, the Defendants' reported view numbers grew only very slowly over time -- regardless of the popularity of the video or the number of other YouTube creators that recommended and posted links to the video.  Plaintiff Stubbs is informed and believes that the Defendants' reported number of views for the videos, and corresponding views for the channel on which those videos were posted were inaccurate, under reported, and caused Defendants to calculate incorrect revenue amounts generated by the videos, resulting in an underpayment of revenue based on views and CPM  for the videos and the channels.

349.  Plaintiff Stubbs does not have access to the data upon which Defendants calculate revenue for his "Limited" monetization videos or channels, such as daily subscriber numbers, view numbers or watch times.  Defendants alone control access to the underlying data.  Without this information, Plaintiff Stubbs cannot calculate the additional revenue Defendants owe to him under the circumstances.

350.  Plaintiff Stubbs also is informed and believes that Defendants have not paid him for additional advertising revenue associated with demonetized videos and/or channels.  Though Defendants have restricted many, if not the vast majority, of all of the videos posted on the YouTube platform by Plaintiff Stubbs, some of these videos have "Limited" monetization and produce an income stream.  Under the TOS and Adsense agreement, Defendants should be

reporting and paying Plaintiff Stubbs advertising based on the advertisements which Defendants actually play or post on his videos and channels.

351.    Plaintiff Stubbs is further informed and believes that for some of those videos which Defendants demonetized because they are "unsuitable" for its advertisers, for which Plaintiff Stubbs receives no reported revenue, Defendants nonetheless have played or posted ads before, during and/or after videos, and have been posting single ads in the "Up Next" column which appears on the screens of viewers who access Plaintiff Stubbs' channels.

352.    Defendants have not paid to Plaintiff Stubbs any of the revenue generated when Defendants stream or post ads on demonetized videos or on the channel.  Plaintiff Stubbs does not have access to the underlying data used to calculate either the total number of ads played/posted on or with his demonetized videos, the CPM, the watch times, or the money that Defendants owe to him.  Defendants alone control the access to the data required to calculate how much additional ad revenue Defendants owe to Plaintiff Stubbs.

353.    Since 2007, Defendants wrongly, repeatedly, and consistently flagged Plaintiff Stubbs' videos for purported violations of Community Guidelines and TOS.  Plaintiff Stubbs' videos contain no nudity, sexualized scenes or language, graphic depictions of sex or violence, drug abuse, or alcohol consumption.  Additionally, when he uploads videos with adult themes, Plaintiff Stubbs tags the video as suitable for age 18 or older, and often adds a specific verbal and written warning at the beginning of the video stating that adult themes will be discussed and the viewer should take steps to watch the video privately.

354.    Defendants have flagged and issued Community Guideline Strikes against Plaintiff Stubbs' compliant videos countless times over the past 13 years.  Defendants have even taken down Plaintiff Stubbs' channels "Harvey Superboy1," HARVEY SUPERBOY," "Harvey SuperBoy," "Mr Superboy 223," and "J Jackson."  These channels cannot be located on the YouTube platform using searches for those names.  Defendants also removed all of the videos that were uploaded to these channels.

355.    Though Plaintiff Stubbs appealed many of the wrongful flags and Community Guideline strikes, Defendants ignored his appeals.  Plaintiff Stubbs has been forced, time and time

again to start new YouTube channels and renew efforts to obtain sufficient subscribers, viewers and viewing hours to requalify for Defendants' benefits on the platform.

356.    Defendants routinely apply "Restricted Mode," to Plaintiff Stubbs' videos that fully comply with Defendants' Community Guidelines and TOS, regardless of the content of those videos.  As of July 29, 2020, "Your World Your View," had 1,121 videos uploaded and listed on the channel.  When "Restricted Mode" was enabled, viewers could see 51 of those videos listed but could watch only 16 of those 1,121 videos.  As of August 13, 2020, when "Restricted Mode" was enabled, only 40 of the 1,121 videos were listed.  4 videos could be watched.  In other words, Defendants have now restricted access to all but 4 of 1,121 "Your World Your View" videos.  Viewers cannot watch videos such as:

a.    https://www.Youtube.com/watch?v=1YW0Pb0o374, "Walmart Getting Rid of Greeters," discussing the significant positive effect of employing "greeters" for the aged, the disabled, and veterans; as well as, the costs which communities pay when Walmart opens its doors, in terms of tax breaks given, lost and failed local businesses and low wage jobs;

b.    https://www.Youtube.com/watch?v=Ulc5GmcH6qg, "Cosby Show Residuals," discussing the disparity between television companies' pulling episodes of the Cosby Show from circulation after Bill Cosby's conviction versus their handling of other shows where serious issues arose concerning actors;

c.    https://www.Youtube.com/watch?v=2sQfK2XVIR, "Carol Channing Gone at 97," discussing Carol Channing as a Black artist who spent most of her career passing as a White woman;

d.    https://www.Youtube.com/watch?v=sg-wt_M-F9I, "The Go Fund Me Liars," discussing a scam involving a White couple and a White homeless veteran who fabricated a story on social media to raise money for the veteran;

e.    https://www.Youtube.com/watch?v=egRC6uBwNd4, "New Vid Up," announcing a new video posted to a YouTube channel;

f.    https://www.Youtube.com/watch?v=zw7p4VHjBKY, "New Video at Blackjunction 6," announcing a new video posted to a website; and

g.      https://www.Youtube.com/watch?v=sGAYU00Z0QE, "Aretha Franklin Gone at 76," discussing the career and legacy of Black artist Aretha Franklin.

357.    Plaintiff Stubbs also experienced repeated, consistent and regular interruptions and service quality issues regarding audio and visual aspects of videos posted to his channel.  Over the years, he has received numerous comments from viewers reporting problems listening to videos such as audio interruptions and substandard audio quality.  In https://www.Youtube.com/watch?v=_DxcNH0BZ_E, "My Voice," Plaintiff Stubbs notes that he has "[r]eceived complaints about audio issues going on for years; this is games they play It happens every year; this crap is not me, every year around this time of year, get comments to change subjects, problems; range noises; as well as, reporting visual problems such as poor quality or distorted images."

358.    Plaintiff Stubbs documented the video quality issue in comments to videos, such as Plaintiff Stubbs uploaded two videos discussing the specific problems his viewers were experiencing:  https://www.Youtube.com/watch?v=GLWe4FJC--Y, "Sound of My Voice," and https://www.Youtube.com/watch?v=VJDuaSA-vtA, "Issues with Viewing."

359.    As of July 29, 2020, "Your World Your View" viewers experienced observable issues with each of the following videos:

a.      https://www.Youtube.com/watch?v=gOXHuz1w2b0, "Zoe is Just Like Her Mother," the audio cut out 5 minutes into the 11 minute video;

b.      https://www.Youtube.com/watch?v=jnZtybgx9-I, "Look at the Support They Get," several deep beeps played at 16 and 17 minutes into the video and were repeated later in the audio;

c.      https://www.Youtube.com/watch?v=Eq59sUu68Cc, "Racism at Buffalo Wild Wings," the audio was garbled at 2 minutes into the video;

d.      https://www.Youtube.com/watch?v=2b2pyNLuCps, "DL Talk Show Cancelled," the audio was garbled and disrupted at 3, 9 and 11 minutes into the 12 minute video; and

e.      https://www.Youtube.com/watch?v=_DxcNH0BZ_E, "My Voice," the audio was distorted intermittently throughout the video.

360.    For years, "Your World Your View" viewers have had audio issues with videos regardless of how Plaintiff Stubbs recorded and uploaded the video, and despite his using different or new recording technologies.  Plaintiff Stubs cannot replicate the problems when he plays the videos.  Plaintiff Stubs is informed and believes that the problems viewers have watching his videos discourage new viewers from watching videos on his YouTube channels, annoy viewers so that they do not watch full videos and damage his channel by giving a false impression that the videos have poor production values and/or that he does not value his viewers enough to upload good quality videos.  Plaintiff Stubbs is also informed and believes that the substandard audio and video experience about which his viewers complain originates with Defendants, their employees and/or their independent contractors.

361.    Defendants also ad bomb those few "Your World Your View" videos which have full or "Limited" monetization.  For example, on July 29, 2020, on https://www.Youtube.com/watch?v=jUdMKEP9E2c, "It was Just a Matter of Time," Defendants played 2 streaming ads and 2 banner ads at the beginning of the video, as well as 1 streaming ad and a banner ad at 2 minutes, 6 minutes and 10 minutes into the video, plus 2 streaming ads and 2 banner ads at the conclusion of the video, as well as showing an ad at the top of "Up Next."

362.    Defendants also flood the "Up Next" column for "Your World Your View" with extraneous video recommendations that bear no relation to the individual videos being viewed.  On July 29, 2020, Defendants flooded the "Up Next" recommendations for the following videos:

a.      https://www.Youtube.com/watch?v=jUdMKEP9E2c, "It was Just a Matter of Time," 14 Fox News videos, 2 YouTube Movies videos appeared in "Up Next";

b.      https://www.Youtube.com/watch?v=9WfH9WTk138, "Open Your Eyes," 12 Fox News videos appeared in "Up Next";

c.      https://www.Youtube.com/watch?v=FWahxaWfftE, "Don't Ridicule People with Mental Health Issues," 15 Fox news videos and 4 YouTube Movies videos appeared in "Up Next";

1          d.      https://www.Youtube.com/watch?v=oHAxDyW8uIg, "Jada Can't Pass

2 Judgement," 8 Fox News videos, 9 YouTube Movies videos appeared in "Up Next"; and

3          e.      https://www.Youtube.com/watch?v=obDvE2pOU6w, "Nothing to Connect,"

4 9 Fox News videos and 2 YouTube Movies videos appeared in "Up Next."

5      363.    Over the years, Plaintiff Stubbs has uploaded many videos addressing political

6 subjects.  Since 2016, Plaintiff Stubbs also has posted a number of videos critically appraising

7 President Trump, his public statements, and his actions taken prior to becoming president and as

8 president.  Recently, Defendants have been streaming ads and posting banner ads on "Your World

9 Your View" soliciting support for President Trump's reelection:

10          a.      https://www.Youtube.com/watch?v=2b2pyNLuCps, "DL Talk Show

11 Cancelled," Defendants posted a banner ad on the video "Are you a Trump voter in 2020?" and an

12 ad in "Up Next," for "action.donaldjtrump.com;"

13          b.      https://www.Youtube.com/watch?v=obDvE2pOU6w, "Nothing to Connect,"

14 Defendants streamed an ad soliciting support for Republican candidates paid for by

15 "action.donaldjtrump.com," and posted a banner ad entitled "'Text to Join' to 88022 and stand with

16 President Trump";

17          c.      https://www.Youtube.com/watch?v=jnZtybgx9-I, "Look at the Support They

18 Get," Defendants streamed an ad soliciting contributions and posted a banner ad for

19 "action.donaldjtrump.com;" and

20          d.      https://www.Youtube.com/watch?v=P5gUc1HLce4, "Your World Your

21 View," Defendants streamed an ad entitled ""Official Survey" and posted a banner ad for

22 "action.donaldjtrump.com;" as well as an ad in "Up Next" entitled "Text 'JOIN' to 88022 and

23 Stand with President Trump!"

24      364.    Plaintiff Stubbs is informed and believes that Defendants have intentionally placed

25 these ads soliciting support for President Trump, a person who has made numerous statements

26 about African Americans that are racist, disparaging, untrue, and/or grossly distorted, and about

27 African Americans living in the Chicago Area, in order to irritate, annoy, and/or discourage African

28

American subscribers and viewers of "Your World Your View," and to reduce view numbers and viewing hours for the individual videos affected, and the channel as a whole.

365.    Defendants' actions have damaged Plaintiff Stubbs and will continue to cause him damage in the form of reduced revenue and reduced reach for his videos.  Defendants have also injured the African American subscribers and viewers of "Your World Your View," by providing substandard video services to them, and to the extent that they rely on public internet services from libraries, public retailers, schools or places of employment, by applying "Restricted Mode" to the videos.  Poor African American YouTube viewers who rely on free publicly available internet services can only view less than 1% of the "Your World Your View" videos.

### 7.    Khalif Muhammad

366.    In 2006, Plaintiff Muhammad created his YouTube channel to publish his personal video commentaries as a vehicle to combat historical lo racism in the United States and to promote the United Independent Compensatory Code developed by Neely Fuller Jr.  Over the years, the channel has been renamed several times.  Plaintiff Muhammad's YouTube channel is now called "Dr.Syn-Q."  In all, Plaintiff Muhammad has uploaded 273 videos to his YouTube channel.

367.    At this point, Plaintiff Muhammad does not know how many views this channel in fact has generated over the past 14 years:  For several years, Defendants reported that "Dr.Syn-Q" had in excess of 900,000 views.  The channel view numbers invariably stayed just under 1 million views, regardless of the number of videos uploaded to the channel.  "Dr.Syn-Q" could never reach the 1 million view milestone.  In 2020 Defendants' reported views inexplicably started to decline.

a.    On June 26, 2020, Defendants reported 899,717 views for the channel. Plaintiff Muhammad received no notice from Defendants regarding the decreased reported view numbers.  Plaintiff Muhammad could not understand how the aggregate number of views for the lifetime of the channel had decreased, particularly after Defendants reported view numbers in excess of 900,000 for several years.

b.    On August 9, 2020, Defendants reported only 388,997 views for the channel. "Dr.Syn-Q" had lost in excess of 500,000 views.

c.    On August 11, 2020, Defendants reported 643,790 views for the channel.

1
2
3
4
5
6
7
8
9
10
11
12



13  Defendants' current reported view number is approximately 300,000 fewer than the number

14  Defendants reported in 2019.

15       368.    Plaintiff Muhammad is informed and believes that Defendants' 2020 reports of the

16  number of views for "Dr.Syn-Q" are inaccurate and unreliable, that the Defendants' reported

17  subscriber numbers and watch times are also likely inaccurate given the Defendants' fluctuating

18  reported view numbers.  Plaintiff Muhammad also is informed and believes that Defendants'

19  TOS's which he signed do not mention, much less authorize, Defendants to unilaterally reduce the

20  reported numbers of views (or numbers of subscribers or watch times) without notice or an

21  opportunity to object.  Plaintiff Muhammad is further informed and believes that Defendants'

22  reported lower view numbers for "Dr.Syn-Q" violate the TOS and the Adsense agreement.

23       369.    Despite "Dr.Syn-Q" having generated nearly 1 million views by 2019, Defendants

24  now report a total watch time of 2,083 hours.  Plaintiff Muhammad is informed and believes that

25  the Defendants' reported watch time for the channel is inaccurate and undercounts actual historical

26  and current hours of "Dr.Syn-Q" videos viewed.  Plaintiff Muhammad is also informed and

27  believes that Defendants' inaccurate reports of view numbers, subscriber numbers and watch times

28

have prevented him from demonstrating that "Dr.Syn-Q" has qualified previously for Defendants' benefits such as monetization of the channel.

370.    Plaintiff Muhammad does not have access to the underlying data regarding how many viewers subscribed to "Dr.Syn-Q," how many watched videos uploaded to "Dr.Syn-Q," or the total hours viewers watched those videos at any time between 2006 and 2020.  Accordingly, Plaintiff Muhammad cannot accurately determine whether "Dr.Syn-Q" has qualified for the benefits such as monetization and, if so, how much Defendants owe to him under the TOS and Adsense.

371.    Recently, Defendants removed https://youtube/D0&mM_OUEkg, "Neely Fuller Jr: MAXIMUM SOPHISTICATED CONFUSION," a 9 minute video posted in 2007 because of what Defendants assert is "inappropriate content."



**THIRD AMENDED CLASS ACTION COMPLAINT**

1              a.       As of August 10, 2020, the video could not be viewed.  The video frankly

2   discusses social practices which exist and describes them as part of an intentional program to

3   preserve regional power in the hands of a white minority.  The video is academic, even tempered in

4   tone, and contains no nudity, sexualized scenes or language, graphic depictions of sex or violence,

5   drug abuse, or alcohol consumption.  While the video discusses "white supremacists," it does not

6   identify any individual, entity, or specific group, much less disparage, harass, threaten, or bully any

7   individual or group.  The video does not constitute hate speech or incite wrongful conduct.

8              b.       Plaintiff Muhammad, filed an appeal with Defendants.  Defendants did not

9   respond to Plaintiff Muhammad.

10             c.       Days after removing the video from "Dr.Syn-Q," Defendants restored

11  "MAXIMUM SOPHISTICATED CONFUSION" to the channel, and removed the prior "Restricted

12  Mode" designation.



13

27             d.      As of August 14, 2020, the video was listed, available and watchable on

"Dr.Syn-Q."

28

**THIRD AMENDED CLASS ACTION COMPLAINT**

372.    It is outrageous that Defendants removed this video after 13 years on the channel, particularly given the resurgence of White Supremacist organizations, increasing hate crimes against people of color, and the recent subversive activities of White Supremacists under the cover of Black Lives Matter protests.

373.    Defendants have also demonetized "Dr.Syn-Q" without giving any specific explanation or rationale.  For 13 years, Defendants have refused to accord even "Limited" monetization for a single compliant "Dr.Syn-Q" video.  Plaintiff Muhammad cannot understand why Defendants demonetized videos such as:

      a.    https://www.Youtube.com/watch?v=4tiG9dtpnmg, "My Response to Racist Propaganda . . .";

      b.    https://www.Youtube.com/watch?v=P7wdO4GJojk, "My Existence:  Paying My Respects to Muhammad Ali!";

      c.    https://www.Youtube.com/watch?v=QIRowdf6x2k, "The Education of White Supremacy . . ."; and

      d.    https://www.Youtube.com/watch?v=clldd6sGpCI, "When We Were Slaves."

374.    For many years Defendants have employed their artificial intelligence, algorithm and other filtering tools to wrongfully apply "Restricted Mode" to many of Plaintiff Muhammad's videos.  Defendants' capricious application of artificial intelligence, algorithm and other filtering tools is arbitrary and entirely unrelated to the content of Plaintiff Muhammad's videos.  From week to week, Defendants change the designations for individual videos, so the number of videos that can be watched with "Restricted Mode" enabled likewise changes from week to week.  For example, of the 159 videos listed on "Dr.Syn-Q," as of August 8, 2020, only 19 videos were listed when "Restricted Mode" was enabled, and only 11 of those listed could be watched.

375.    Viewers who access "Dr.Syn-Q" from many public internet networks such as libraries, schools, commercial establishments offering free internet access, or places of employment where "Restricted Mode" is enabled,  cannot view most of the videos uploaded to the channel. Defendants prevent these viewers from commenting on the videos that can be viewed, and prevent viewers from reading comments left by others.  For videos which can be viewed with "Restricted

1   Mode" enabled, viewers of "Dr.Syn-Q" see "Restricted Mode has hidden comments for this video"

2   in the "comments" section of their screens.

3   376.   Defendants prevent poor African American YouTube subscribers and viewers

4   without internet connectivity at home from accessing "Dr.Syn-Q" videos.  Plaintiff Muhammad is

5   informed and believes that many poor African Americans obtain YouTube access through publicly

6   available free networks such as schools, libraries and retail businesses; and that such networks

7   often enable "Restricted Mode" to prevent students and patrons from accessing pornography or

8   otherwise inappropriate content.  Defendants' application of "Restricted Mode" to "Dr. Syn-Q"

9   videos limits both Plaintiff Muhammad's reach on the YouTube platform because most of his

10   videos cannot be watched by poor African Americans who rely on public free internet networks.

11   Plaintiff Muhammad also is informed and believes that Defendants' application of "Restricted

12   Mode" also silences African American YouTube subscribers and viewers because Defendants

13   disable the comments on "Dr.Syn-Q," and no one can read, leave or respond to comments posted

14   on "Dr.Syn-Q" videos when "Restricted Mode" is enabled.

15   377.   As of August 14, 2020, when "Restricted Mode" was enabled, all 159 "Dr.Syn-Q"

16   videos were listed.  129 of those listed videos, when watched, displayed only a black screen with

17   the legend, "This video is unavailable with Restricted Mode enabled.  To view this video, you will

18   need to disable Restricted Mode," and could not be viewed.  30 of the remaining videos listed could

19   be watched – 11 videos more than could be viewed on August 8, 2020.  The comments for these 30

20   videos were disabled and could not be read.

21   378.   Defendants' continued application of "Restricted Mode" to the following compliant

22   videos defies any rational content based explanation:

23   a.   https://www.Youtube.com/watch?v=4tiG9dtpnmg, "My Response to Racist

24   Propaganda . . .," a discussion of a news article describing Black Friday protest in Chicago where

25   protesters successfully blocked shoppers from stores;

26   b.   https://www.Youtube.com/watch?v=Rytybtnwv30, "YouTube Flagged My

27   Video! Black Folks Guide . . . ," a composite, including Plaintiff Muhammad's statement of

28   purpose and commitment to the United Independent Compensatory Code and ads for African

American businesses, a discussion of his appeal of Defendants' "hate speech" flag and age

restriction for "What Should You Do When You're Called The 'N-Word,'" and a lengthy

discussion of the electoral college;

        c.      https://www.Youtube.com/watch?v=P7wdO4GJojk, "My Existence:  Paying

My Respects to Muhammad Ali!," a series of video clips of historical public interviews of

Muhammad Ali by David Frost and William F. Buckley with Plaintiff Muhammad's personal

tribute to Muhammad Ali;

        d.      https://www.Youtube.com/watch?v=9rryenTnblg, "Black Consciousness

Movement:  'Black' People. . .," a statement in support of the United Independent Compensatory

Code, taking personal responsibility in the African American community, and a rejection of the cult

of personality;

        e.      https://www.Youtube.com/watch?v=QIRowdf6x2k, "The Education of

White Supremacy . . . ," a personal statement describing Plaintiff Muhammad's life journey,

rejection of a gang lifestyle, and commitment to fight white supremacy, illustrated with a collection

of photographs of him as a child and a young man;

        f.      https://www.Youtube.com/watch?v=P-OKdhEYeHs, "Is [King Noble] Black

Supremacy The Answer," a short reading from the United Independent Compensatory Code

notebook and commentary;

        g.      https://www.Youtube.com/watch?v=gqPkW-npyRc, "My Weapon of

Choice,"  a short video which starts with a view of a gun barrel that turns into a camera;

        h.      https://www.Youtube.com/watch?v=gB02GL_Ts5s, "The Religion of White

Supremacy," a short reading from "The United Independent Compensatory Code," by Neely Fuller

Jr., and a brief discussion of the text";

        i.      https://www.Youtube.com/watch?v=NSk5uPR562Y, "The Establishment of

Racism White Supremacy," a short reading from "The United Independent Compensatory Code,"

by Neely Fuller Jr., and brief commentary;

        j.      https://www.Youtube.com/watch?v=CBuTbCzB-M0, "These People Are

Victims of Racism," Plaintiff Muhammad's personal commentary regarding photographs of "non-

White" people throughout the world, the four principles of "The United Independent Compensatory Code" along with his explanation of the terms and the politics of race; and

        k.      https://www.Youtube.com/watch?v=clldd6sGpCI, "When We Were Slaves," a presentation of historic slave photographs with a short message exhorting people not to forget 400 years of slavery in the United States.

The content of these videos does not violate Defendants' Community Guidelines or TOS. Rather, the content includes accurate historical images, properly referenced readings of "The United Independent Compensatory Code" with commentary, or Plaintiff Muhammad's personal commentary regarding celebrities, historical figures or events and/or issues of the day.

379.    Plaintiff Muhammad is informed and believes that Defendants have a policy of identifying YouTube creators, subscribers and viewers by race; that Defendants are using artificial intelligence, algorithm and other filtering tools to demonetize and restrict videos that are created by or popular with people of color; and that Defendants have restricted most of the "Dr.Syn-Q" videos because he is an African American. Plaintiff Muhammad is further informed and believes that Defendants' race based discriminatory conduct has hurt him personally by reducing his reach on YouTube, has damaged "Dr.Syn-Q" by preventing revenue generation on the channel, and has injured the "Dr.Syn-Q" subscribers and the viewers who have been unable to access "Dr.Syn-Q" videos to which Defendants have applied "Restricted Mode."

### 8.    Keu Reyes

380.    Plaintiff Reyes is a professional writer, producer, videographer and filmmaker who works in television, film and online, creating original content and producing content for other music, comedic and dramatic artists. When he works in collaboration with others, he retains the copyright for his work, or secures a permanent license to use the work. Though Plaintiff Reyes works with many other artists, particularly with comics, producing online videos for multiple internet platforms, Defendants have shadow banned the name "Keu Reyes," on Google and YouTube for those who have "Restricted Mode" enabled. A search using the words "Keu Reyes" on Google or YouTube will produce results which include only several individual videos created

by Keu Reyes.  "Keu Reyes," the creator, does not appear in any search results when "Restricted Mode" is enabled.

381.    Plaintiff Reyes is the creator and owner of:

a.    Youtube.com/Artistic Warfare, which was created in 2006, has acquired 590 subscribers and has generated 1 million views.  Artistic Warfare has 50 videos posted, principally in the English language, which discuss issues of the day, literature, and culture with a comedic intention.  Only 17 of these videos can be viewed with "Restricted Mode" enabled.  This channel has generated only $173.37 over the life of the channel.  This channel cannot be found on YouTube using a search for "Artistic Warfare," when "Restricted Mode" is enabled.

b.    Youtube.com/Keu Reyes was created in 2011.  In the past 9 years, the channel has acquired 47,200 subscribers and has generated in excess of 23 million views.  Despite the number of views, this channel has generated only $29,725 over its lifetime.  The channel features music and comedic content, consisting of 160 videos, which include both animated and live action videos.  While 160 videos were uploaded and listed to this channel, only 53 can be viewed with "Restricted Mode" enabled.  This channel cannot be found on YouTube using a search for "Keu Reyes," when "Restricted Mode" is enabled.

c.    Youtube.com/Soundication, which was created in 2012, has 231 subscribers and has generated 115,439 views.  Soundication is a music distribution channel for independent artists.  Soundication features 32 music and spoof videos in English and Spanish; only 20 of these videos can be viewed with "Restricted Mode" enabled.  This channel has generated only $2.11 over the course of its lifetime.  This channel cannot be found on YouTube using a search for "Soundication" when "Restricted Mode" is enabled.

d.    Youtube.com/Multivision Network, which was created in 2013, has acquired 9,590 subscribers and generated in excess of 3.7 million views.  While Multivision Network has 133 Spanish language entertainment, cooking and bartending videos; only 69 of those can be viewed with "Restricted Mode" enabled.  This channel has generated only $1,174.13 over its lifetime.  This channel cannot be found on YouTube using a search for "Multivision Network" when "Restricted Mode" is enabled.

e.     Youtube.com/La Optima, which was created in 2014, has 21 subscribers, and has generated 2,220 views.  La Optima features 45 videos principally in the English language, only 27 of which can be viewed with "Restricted Mode" enabled.  This channel has generated only $0.17 over the course of its lifetime.  This channel cannot be found on YouTube using a search for "La Optima" when "Restricted Mode" is enabled.

f.     Youtube.com/ClankTV, which was created in 2015, has acquired 4,980 subscribers and has generated 1.7 million views.  While ClankTV has 61 entertainment videos uploaded and listed in the English language related to music, fashion, politics and conspiracies, only 18 of the videos can be viewed with "Restricted Mode" enabled.  This channel has generated only $1,491.35 over the course of its lifetime.  This channel cannot be found on YouTube using a search for "ClankTV," when "Restricted Mode" is enabled.

382.    Over the years, Defendants have removed from YouTube two of Plaintiff Reyes' monetized videos consisting of produced animated videos for purported copyright strikes.  As Plaintiff Reyes had created the videos, and owned the rights to them, they should not have been removed.  Defendants did not afford Plaintiff Reyes an opportunity to demonstrate that he owned the copyrights to the two videos, or to appeal the Defendants' decision to remove the videos.

383.    Plaintiff Reyes has observed a pattern of Defendants removing professionally prepared thumbnails from several of his channels.  Over time, as he noticed removed thumbnails he has replaced them, only to find other thumbnails are subsequently removed.

384.    Often, though Plaintiff Reyes' videos have limited monetization or are demonetized, identical videos he has created appear copied to the channels of other YouTube creators, where they are fully monetized and generate more revenue for others who are violating Plaintiff Reyes' copyright, than he, the creator and copyright holder, is generating.

385.    When it comes to YouTube studios, people of color are treated like second class citizens.  Plaintiff Reyes has personally observed the Defendants' racially discriminatory practices.  As a professional videographer and producer, both Defendants and his clients have invited him to use the YouTube production studios.  Defendants claim that they allow YouTube creators to reserve space and specific equipment on specified dates and times.  On more than one occasion,

after Plaintiff Reyes reserved the studio and equipment, he then appeared on the reserved date and time.  Defendants claimed to have double booked the studio and resources; they gave a white creator access to the studio and access to the equipment that Plaintiff Reyes had reserved.

386.    On one occasion, when Plaintiff Reyes appeared for a reservation at the studio, Defendants denied him access to the studio and the equipment that he had reserved.  Defendants then penalized Plaintiff Reyes because the person Defendants gave Plaintiff Reyes' reservation returned equipment late:  Defendants assessed a strike against Plaintiff Reyes' channel for late return of equipment – equipment which he was never even allowed to borrow.  After several additional broken reservations at Defendants' studios, Plaintiff Reyes stopped making reservations and using the studio or equipment.

387.    As a direct and proximate result of Defendants' racial discrimination and wrongful conduct, the channels of Plaintiff Reyes have been unable to grow views, subscribers, view times, or revenue for his channels.  Plaintiffs Reyes has lost significant revenue due to Defendants' discriminatory revenue practices over the life of his channels, and will continue to do so into the future.

### 9.    Osiris Ley

388.    Since 2012, Plaintiffs Reyes and Ley have uploaded 158 Spanish language beauty videos featuring Plaintiff Ley, a Mexican American makeup artist who operates a beauty school in Los Angeles and teaches aspiring makeup artists.  As a professional makeup artist and teacher, Plaintiff Ley closely follows Defendants' Community Guidelines and TOS by not using adult language, profanity, vulgarity, presenting explicit sexual or violent content, or by making bullying remarks.  Plaintiff Ley is also mindful of the enormous potential for using makeup to improve the lives of those who suffer from unsightly scars, birthmarks and recent injuries.  She has created a number of videos demonstrating how to cover and/or lessen the appearance of scars, birthmarks and injuries.  She has a series of "Malquillaje" videos which feature women of color on the street who are given makeovers on the fly to correct makeup application mistakes.  Especially popular are Plaintiff Ley's Halloween makeup videos in which she demonstrates how to use makeup to create the appearance of wounds or how to mimic the appearance of celebrities.

389.    The videos uploaded and listed to the channel "Osyley" are each professionally recorded, lighted and edited by Plaintiff Reyes.  The videos are professional quality videos, designed for a sophisticated Spanish speaking audience.  Using the YouTube closed caption function, the videos may be accessible to non-Spanish speakers.

390.    Despite all of her efforts to comply with applicable Community Guidelines and TOS, of the 158 videos posted to "Osyley," only 134 of them can be viewed with "Restricted Mode" enabled.   It is unfathomable that Defendants have applied "Restricted Mode" to any of the following videos:

a.    https://www.Youtube.com/watch?v=llxszfQpuig, "Friends with Benefit" New York Malquillaje 911 Episodio 026, a video which features the makeup artist on a subway in New York City remaking a rider's eyebrows between subway stops;

b.    https://www.Youtube.com/watch?v=nZKc7fjwzDo, "Envy Me, Beesh!" Malquillaje 911 Saint Valentine's Day Malquillaje Ep.023, a video which features the makeup artist going to the home of a bereaved woman who was nominated for a makeover and free dress for Valentine's Day by her best friend, and depicts the artist applying makeup and dressing the hair of a young woman whose father died;

c.    https://www.Youtube.com/watch?v=xDg7bM_NrOY, "The Dangers of Sleeping with Makeup," a video which features an elderly man who went to classes to learn to do his wife's makeup when she could no longer manage putting it on; photos of the inside of the eyelid of a woman who routinely slept without removing her makeup, leaving black encapsulated mascara bumps on the inside of her inflamed eyelids; making up a dog, ending with a "who wore it better" comparing a killer whale with Kim Kardashian in a black and white dress;

d.    https://www.Youtube.com/watch?v=YK-6iGigmQc, "Yucatan Peninsula (Cancun)" #Maquillaje911 Episodio 014 Osyley, which features the makeup artist approaching a woman on the street in Cancun, Mexico and offering to do her makeup and to correct her eyebrows, plus a professional critique of the artist's own makeup application on the fly with cartoon effects;

1       e.      https://www.Youtube.com/watch?v=YPBJaahc7E, "Enough!  Real Stories of

Sexual Harassment Book," which is a short promotion for a collection of stories about women's

experiences being sexually harassed;

       f.      https://www.Youtube.com/watch?v=iAXVuA9XeoY, "A Personal Sexual

Harassment Story" Makeup Diaries, which features the makeup artist telling her personal story of

being sexually harassed at age 17, and advising that employers be careful using ambiguous

language, and to avoid double entendres and advising women to focus on doing the best work they

can in the most professional manner to avoid misunderstandings;

       g.      https://www.Youtube.com/watch?v=QP2JrodUMg4, "How to Prevent and

Get Rid of Stretch Marks During Pregnancy," which features photographs of pregnant bellies with

stretchmarks and a discussion of products to apply to minimize itchiness and to heal the scars

caused from pregnancy, with a demonstration of how to apply the products to the pregnant belly;

       h.      https://www.Youtube.com/watch?v=biTcgjGeGuO, "What is a Babymoon?"

which features the pregnant makeup artist in a bikini explaining what a babymoon is, and how to

enjoy the last break before the arrival of a new baby;

       i.      https://www.Youtube.com/watch?v=K9AUYRyjtlA, "Como Llegue a los

100 mil suscriptores en YouTube!?" which features the makeup artist thanking her subscribers,

playing excerpts from her first several videos posted, and discussing her tongue-in-cheek approach

to makeup;

       j.      https://www.Youtube.com/watch?v=dyfBiw7W510; "Tips de Andrea

Rincon para Tener un Cuerpazo," which features a discussion between the makeup artist and

Andrea Rincon, a personal trainer, regarding diet and exercise for weight loss;

       k.      https://www.Youtube.com/watch?v=iOuhlls3Yrk; "Como Ponerse Una

Peluca de Cabello Sintetico," which features the makeup artist wearing a synthetic grey wig in the

style of a music video, and then demonstrates how to trim the wig, put on the special hairnet, put on

and adjust the wig for a natural look, and place two sided tape to secure the wig;

1    l.    https://www.Youtube.com/watch?v=J3ck1dyTUe8; "Trucos Para Tomar Las
2 Mejores Selfies y Verse Delgada, Joven y Bonita en Las Fotos," which features the makeup artist
3 showing the best angles for taking selfies to accentuate breasts, buttocks, faces, and waistlines;

4    m.    https://www.Youtube.com/watch?v=PMU043YZd1k; "Osyley El Mejor
5 Canal de Malquillaje y Tutoriales en Youtube," which is a promotional video for the channel and
6 features snippets from various previous videos; and

7    n.    https://www.Youtube.com/watch?v=60-BXg0p71; "Como Hacer Cortadas o
8 Heridas falsas con Malquillaje paso a paso," which features the makeup artist sculpting a fake
9 wound on her forearm using scar wax, latex, latex remover, fake blood, and a metal spatula.

10    391.    Not one of these videos violates any of Defendants' Community Guidelines or TOS;
11 rather, each of the videos presents images similar to those viewers can see on many fashion or
12 makeup tutorial channels; or on channels featuring information important to pregnant women.

13    392.    The last of these "Restricted Mode" videos, "Como Hacer Cortadas o Heridas falsas
14 con Malquillaje paso a paso," is the most popular video on "Osyley", having generated 3.3 million
15 views.  In subjecting this video to "Restricted Mode," Defendants stopped this viral video in its
16 tracks, and substantially reduced further views and revenues.



**THIRD AMENDED CLASS ACTION COMPLAINT**

393.    YouTube has many other such tutorial videos featuring fake injuries and wounds which (unlike "Osyley's" video) can be viewed with "Restricted Mode" enabled

        a.    https://www.Youtube.com/watch?v=0no7JKSegDE, "19 TV AND MOVIE MAKEUP FOR YOUR SFX LOOK" has 55 million views;

        b.    https://www.Youtube.com/watch?v=YgdpzgORzhU, "Fake Cuts Tutorial (Super easy makeup)," has 676,000 views;

        c.    https://www.Youtube.com/watch?v=FjXr5mVLEek, "3 Easy LATEX-FREE DIY Halloween wounds // Last minute ideas," has 2.8 million views;

        d.    https://www.Youtube.com/watch?v=ZVupsQ6aH0I, "26 MOVIE MAKEUP FOR YOUR SFX LOOK," has 54 million views;

        e.    https://www.Youtube.com/watch?v=1zvZq4KspQQ, "HOW TO MAKE SPECIAL EFFECTS WOUND TUTORIAL FOR BEGINNERS: DIY SCAR WAX," has 2,395 views;

        f.    https://www.Youtube.com/watch?v=usE-aYmvdtU, "Easy Special Effects Wound tutorial - CRC Makeup," has 1 million views; and

        g.    https://www.Youtube.com/watch?v=yWICp97qwl4, "DIY Fake Wounds with toilette paper," has 1.4 million views.

394.    Nor can bloody images be the basis to apply "Restricted Mode" because there are many similar such gory images in fake wound videos to which Defendants have not applied "Restricted Mode," such as:

        a.    https://www.Youtube.com/watch?v=mHicjx-JoJw, "Bullet Hole Halloween Tutorial!";



b.    How to make fake cut mark?" and,

c.    https://www.Youtube.com/watch?v=hZCcjLEtj4k, "Zombie Toilet Paper Wounds Halloween Tutorial."



395.    For reasons known only to Defendants, Defendants have limited the monetization for most of the videos posted to "Osyley".  For a number of videos which Defendants entirely demonetized, Defendants have continued to play ads before, during and after many of those demonetized videos, but pay no related revenue to Plaintiffs Ley and Reyes.

396.    While most of the videos uploaded and listed for "Osyley" are at least partially monetized, and most viewers watching "Osyley" see English language advertisements for products and services available in the United States, Plaintiffs Reyes and Ley are informed and believe that Defendants pay advertising and revenue for CPM, banner ads, streaming ads, and channel ads that are substantially lower than what Defendants pay for English language video content viewed in the United States.  Plaintiffs Ley and Reyes are also informed and believe that Defendants pay to creators more for advertisements based on the device the viewer uses to watch "Osyley" videos, e.g., Defendants pay more when an "Osyley" video is played on an expensive smart phone or tablet than when it is viewed on a desktop computer.  As a direct result of Defendants' practices, "Osyley" generates far less revenue than channels which feature English video content, which do not feature people of color throughout the video, or which are watched by viewers with expensive technology that is not accessible to most YouTube viewers of color.

397.     As a direct and proximate result of Defendants' racial discrimination and wrongful conduct, "Osyley" has earned only $20,406.70 after generating in excess of 34 million views. Defendants' abuse of the "Restricted Mode" has reduced the growth of the channel's subscriber numbers, viewer numbers and/or view times which otherwise would have substantially increased. Plaintiffs Reyes and Ley have been deprived of significant revenue due to Defendants' discriminatory revenue practices over the life of this channel.

## V.     CLASS ALLEGATIONS

398.     Plaintiffs bring this action on behalf of themselves and a putative class of similarly situated persons who use or have used YouTube or any of the services that Defendants offer in connection with YouTube and who come within the definition or classification of a protected class of persons under 42 U.S.C. §1981, i.e., (the "Race Discrimination Class").

399.     Each and every claim alleged in this case is also alleged on behalf of every member of the Race Discrimination Class.

400.     The Race Discrimination Class seeks both monetary damages and restitution, and/or other injunctive relief on behalf of any persons who fall within the Class Definition:

401.     All persons or entities in the United States who are or were:

(i) a person or entity defined or classified as a protected class or

person under 42 U.S.C. §1981; and

(ii) members, users and or consumers of YouTube who uploaded,

posted, or viewed video content on YouTube subject to

Google/YouTube's TOS, Mission Statement, Community Guidelines,

and/or any other content based filtering, monetization, distribution,

personal data use policies, advertising or regulation and practices and

any other regulations or practices that are related to the YouTube

platform on or after January 1, 2015 and continuing through to June

16, 2020 (the "Class Period").

1      Excluded from the Class are Defendants and their employees,

2      affiliates, parents, subsidiaries, and co-conspirators, whether or not

3      named in this Complaint, and the United States government.

4      402.   Class certification for the Race Discrimination Class is authorized under Federal

5 Rule of Civil Procedure 23 and applies to both claims for injunctive and equitable relief, including

6 restitution, under Rule 23(b) (2) and for monetary damages under Rule 23(b)(3).

7      403.   There are at least 42 million members of the Race Discrimination Class.

8      404.   The number of persons who fall within the definitions of the Race Discrimination

9 Class are so numerous and geographically dispersed so as to make joinder of all members of the

10 class or subclass in their individual capacities impracticable, inefficient, and unmanageable, and

11 without class wide relief, each member of the Race Discrimination Class would effectively be

12 denied his, her, its, or their rights to prosecute and obtain legal and equitable relief based on the

13 claims and allegations averred in this Complaint.

14      405.   There are questions of law and fact common to the Race Discrimination Class that

15 relate to and/or are dispositive of the nature and allegations of unlawful conduct alleged in the

16 Complaint, and the nature, type and common pattern of injury and harm caused by that unlawful

17 conduct and sustained by the putative members of the class and subclass including, but not limited

18 to:

19      a.   Whether Defendants must provide its users and consumers with an

20 accounting for debts owed under contract(s), including their TOS.

21      b.   Whether Defendants concealed, misrepresented or omitted to disclose

22 material policies and practices regarding the unlawful regulation of video content, advertising,

23 distribution, monetization, contractual obligations, and characteristics of the YouTube platform to

24 the members of the Race Discrimination Class;

25      c.   Whether Defendants use or have used unlawful, discriminatory,

26 anticompetitive and fraudulent, deceptive, unfair, and/or bad faith filtering tools and practices, in

27 the code and operation of their machine based, algorithmic, or A.I. filtering tools, and/or other

28

practices and procedures to review, regulate, and restrict content, and/or regulate and restrict the advertising, monetization, distribution, and property rights of the Race Discrimination Class;

  d. Whether Defendants are or have engaged in discriminatory practices against the members of the Race Discrimination Class based on protected characteristics under 42 U.S.C §1981 or the Unruh Civil Rights Act;

  e. Whether Defendants breached or are in breach of their standardized digital consumer form contracts and obligations to the Race Discrimination Class;

  f. Whether Defendants have or are engaged in unlawful, deceptive, unfair, or anticompetitive practices that violate federal or California law, and harmed and injured the Race Discrimination Class;

  g. Whether the conduct of Defendants, as alleged in this Complaint, caused injury to the business and property of Plaintiffs and the members of the Race Discrimination Class;

  h. Whether Defendants' alleged regulations, practices, and conduct have caused or threaten to cause irreparable harm to the speech of the Race Discrimination Class so as to warrant the issuing of temporary, preliminary and/or final injunctive relief and corresponding declaratory relief with respect to the legal rights of the Race Discrimination Class;

  i. The scope, nature, substance, and enforcement of injunctive and equitable relief sought by the Race Discrimination Class;

  j. Whether Defendants were unjustly enriched or obtained profits or ill gotten financial gains as a result of the unlawful, discriminatory, deceptive, unfair, or anticompetitive practices perpetrated against the Race Discrimination Class;

  k. Whether Defendants breached or are in breach of their contractual obligations, implied duty of good faith and fair dealing, and/or other promises under the standardized digital consumer form contracts entered into with members of the Race Discrimination Class during the Class Period;

  l. Whether Defendants' "content based" rules, regulations and filtering practices, on their face and/or as applied, violate the free speech rights of Plaintiffs and the Race Discrimination Class under California or federal law;

1       m.     Whether Defendants' "content based" rules, regulations and filtering practices, on their face and/or as applied, violate the free speech rights of Plaintiffs and the Race Discrimination Class under California or federal law;

n.     Whether Plaintiffs and the members of the Race Discrimination Class are entitled to an equitable accounting of debts owed under contracts entered into with Defendants;

o.     Whether Defendants have converted stolen, unlawfully possessed, and/or unlawfully used and profited from the property of Plaintiffs and the members of the Race Discrimination Class so as to entitle them to royalties, damages, replevin, and other legal or equitable relief; and

p.     Whether the Race Discrimination Class is entitled to declaratory and other relief based on Defendants' assertion of immunity from liability under the Communications Decency Act, 15 U.S.C. §230 (c) (the "CDA"), with respect to any of the claims or allegations asserted by Plaintiffs and the Race Discrimination Class in this Lawsuit.

406.    Each of individually named Plaintiffs is a person protected under 42 U.S.C. §1981, and a member of the Race Discrimination Class.

407.    The claims of Plaintiffs are typical of and identical to those of the Race Discrimination Class.

408.    Plaintiffs will fairly and adequately protect the interests of the members of the Race Discrimination Class.

409.    Plaintiffs are represented by counsel who are competent and experienced in the prosecution and defense of similar claims and litigation, including class actions filed, prosecuted, defended, or litigated under California and federal law, in California and federal courts, in connection with claims and certification of consumer and civil rights classes composed of members who reside in California and/or the United States.

410.    The prosecution of separate actions by individual members of the Race Discrimination Class would create a risk of inconsistent or varying adjudications.

411.    The questions of law and fact common to the members of the Race Discrimination Class predominate over any questions of law or fact affecting only individual members of the class

1  or subclass, including legal and factual issues relating to liability and the nature of the harm caused

2  by Defendants' unlawful actions.

3        412.    The questions of law and fact common to the members of the Race Discrimination

4  Class also predominate over any questions of law or fact affecting only individual members of the

5  class because all claims in this Lawsuit are governed under California or controlling federal law,

6  including legal and factual issues relating to liability and the nature of the harm caused by

7  Defendants' unlawful actions.

8        413.    A class action is superior to other available methods for the fair and efficient

9  adjudication of this controversy.  Treatment as a class action will permit a large number of

10 similarly situated persons to adjudicate their common claims in a single forum simultaneously,

11 efficiently and without the duplication of effort and expense that numerous individual actions

12 would engender.

13       414.    Certification of the Race Discrimination Class is also superior to other available

14 methods for the fair and efficient adjudication of this controversy because any and all claims in this

15 Lawsuit must be brought and venued in a court of competent jurisdiction located in Santa Clara

16 County.

17       415.    The Race Discrimination Class is readily definable and, as defined, constitute

18 categories for which records should and do exist in the files of Defendants.

19       416.    The prosecution as a class action will also eliminate the possibility of repetitious

20 litigation.

21       417.    Class treatment will also permit the adjudication of smaller claims by members of

22 the Race Discrimination Class who otherwise could not afford to litigate or assert the claims

23 asserted by Plaintiffs in this Lawsuit.

24

25

26

27

28

## VI.    INDIVIDUAL CAUSES OF ACTION

### FIRST CAUSE OF ACTION
**Request For A Declaratory Relief Judgment that §230(c)**
**Immunity Is Inapplicable to Discrimination Claims**
**(On Behalf Of Individual Plaintiffs And The Race Discrimination Class**

418.    Plaintiffs re-allege and incorporate herein by reference, as though set forth in full, each of the allegations set forth in paragraphs 1 through 411 above.

419.    Plaintiffs' request that this Court interpret, construe, and adjudicate whether §230(c) applies to any of Plaintiffs' other claims for relief alleged herein, and to the extent that the Court finds that the immunity applies to any of those claims, whether its application violates the First and/or Fourteenth Amendments of the U.S. Constitution.

420.    The adjudication of §230(c)'s application to each of the claims for relief alleged herein raises important federal questions of law that are a fundamental and threshold element regarding the legal sufficiency of each claim, whether they arise under state or federal law.

421.    The resolution of those questions will also ensure the uniform application of federal law regarding the extent to which Congress both intended and could immunize the largest ISP in the world for claims that arise from online, digital redlining whereby Defendants profile and use the race, ethnicity, national origin, sex, gender or other protected identity classification to make equal access decisions on the TOS and other promises and law that govern the parties' respective legal obligations and rights, including the licensing, access, and monetization rights of Plaintiffs and the other 50 million YouTubers in the U.S. who make up the Race Discrimination Class.

422.    The federal issues of law that arise from §230(c)'s application to Plaintiffs' claims herein are essential to the adjudication of each and every claim for relief that is (1) necessarily raised, (2) actually disputed, (3) substantial, and (4) capable of resolution in federal court without disrupting the federal-state balance approved by Congress.

423.    Plaintiffs request declaratory relief that this Court interpret, construe, and determine the scope and application of §230(c) with respect to each and every claim in this case arises under federal law within the meaning of §1331. *Grable & Sons Metal Prods. v. Darue Engineering. & Mfg.,* 545 U.S. 308, 314-316 (2005). *See also Gunn v. Minton*, 568 U.S. 251, 258-259 (2013);

*Sarauer v. International Association of Machinists and Aerospace Workers, District No. 10*, 966 F.3d 661, 673-675 (7th Cir. 2020); *Noatex Corp. v. King Construction of Houston LLC*, 74 F.Supp.3d 764, 772-774 (N.D. Miss., 2014) (applying *Grable* and holding that federal constitutional due process challenge to state "Stop Notice" law presents a federal question that creates federal jurisdiction under declaratory judgment act) (citing *Martinez v. State of California*, 444 U.S. 277, 279 (1980)).

### A.   Pertinent Provisions of 47 U.S.C. §230(c)

424.   The CDA provides "Protection for 'Good Samaritan' blocking and screening of offensive material":

(1) Treatment of publisher or speaker

No provider or user of an interactive computer service shall be treated as the publisher or speaker of any information provided by another information content provider.

(2) Civil liability

No provider or user of an interactive computer service shall be held liable on account of —

(A) any action voluntarily taken in good faith to restrict access to or availability of material that the provider or user considers to be obscene, lewd, lascivious, filthy, excessively violent, harassing, or otherwise objectionable, whether or not such material is constitutionally protected; or

(B) any action taken to enable or make available to information content providers or others the technical means to restrict access to material described in paragraph (1). 47 U.S.C. § 230(c).

425.   Civil claims for relief that implicate intellectual property rights, such as licensing agreements, are expressly exempted from immunity under 47 U.S.C. §230(e)(2).

426.   With respect to any other legal claims for civil relief that are found to trigger the federal statutory grant of immunity, §230(c) preempts "any State or local law that is inconsistent with this section."  47 U.S.C. §230(e)(3); *see also Domen v. Vimeo, Inc.*, 6 F.4th 245, 249-53 & n.4 (2d Cir. 2021) (§230(c) (preempts all state laws).

427. When it comes to immunity for civil liability, furthermore, §230(c) permits an ISP to contract out of some or all of §230(c)'s immunity provisions with users. *Barnes v. Yahoo!, Inc.*, 570 F.3d 1096, 1108-1109 (9th Cir. 2009) (§230(c)(1) merely "creates a baseline rule" of "no liability for publishing . . . the content of other information service providers," and "[i]nsofar as [Defendants] made a promise with the constructive intent that it be enforceable, it has implicitly agreed to an alteration in such baseline" rule).

### B. Procedural History Of This Case And Controversy

428. On November 19, 2019, the Honorable Brian C. Walsh, Judge of the Superior Court of the County of Santa Clara (the "State Court"), ruled in *Prager University v. Google LLC*, Santa Clara County Superior Court Case No. 19CV340667,that 47 U.S.C. §230(c) "immunizes service providers [such as Defendants] who endeavor to restrict access to material deemed objectionable," by employing filters to remove users' content from their platforms based on the race, ethnicity or other protected identity of the user rather than the actual online content posted by the user on the platform.  2019 WL 8640569, at *7 (Cal. Super. Ct. Nov. 19, 2019).

429. Furthermore, the State Court ruled that, notwithstanding the express good faith language in language in §230(c)(2)(A), the content filtering and restrictions that internet service providers like Defendants engage in are not subject to any good faith, objective judicial review of the underlying content, or the internet providers filtering or restriction practices, but reside within and are left to the sole, unfettered discretion of the internet provider who acts to filter and restrict content at its whim.  2019 WL 8640569, at *10-11.

430. In *Prager*, therefore, at least one state trial court has construed §230(c) as granting Defendants absolute immunity for any and all content curation decisions, including decisions based not on the actual online material, but on the race, sex, or other identity and dismissing plaintiffs' claims without leave to amend despite detailed factual allegations, evidence, and party admissions of identity based discrimination and animus in regulating and filtering speech on YouTube). 2019 WL 8640569, at *10-12.

431.    A true and correct copy of the November 19, 2019 Order issued by the Hon. Brian Walsh, granting Defendants' immunity and dismissing all of plaintiffs' claims for relief without leave to amend is attached as Exhibit I hereto.

432.    On December 19, 2019, Plaintiffs timely filed a notice of appeal.  The notice of appeal rendered the state court decision uncitable and of no substantive precedential or legal value in that case or any other until such time as the California appellate courts affirm the application of §230(c) to intentional discrimination and the federal courts, which are the final authority on federal questions of law, concur in that decision.

433.    California Superior Court's decision and the corresponding Notice of Appeal in *Prager II* are alleged herein only to plead the current procedural status of the case and controversy alleged herein and its implications for the uniform application of federal law.

434.    On August 13, 2019, 12 LGBTQ+ content creator and users filed a lawsuit against these same Defendants asserting similar claims for relief to those asserted herein entitled *Divino Group, LLC et al., v. Google LLC, et al*, Case No. 5:19-cv-004749 – VKD (N.D. Cal.) ("*Divino*"). In *Divino*, the LGBTQ+ Plaintiffs made a similar request for a declaratory judgment under 28 U.S.C. §§2201, *et seq*. clarifying that § 230(c) immunity did not and could not apply to these Defendants because they engage in identity based data profiling and then use that aggregated data to filter, restrict, and deny content or access to LGBTQ+ users on YouTube based on their gender, sex, sexual orientation, or other protected LGBTQ+ identity classifications, and, that if not so construed, requesting that the Court declare the law unconstitutional as applied to the claims and allegations under *Denver Area* and progeny.

435.    On May 18, 2020, the United States Department of Justice ("DOJ") intervened in the *Divino* case and filed a brief defending the application of §230(c) to ISPs who filter, review, restrict, block, or censor online speech based on a user's race, ethnicity or other protected identity without regard to whether the online speech of the user violated the content based rules of the internet site or the provisions of §230(c).

436.    The Court held a hearing on that issue on June 2, 2020.  At the hearing, these same Defendants conceded that immunity might not be available in limited but unspecified

"circumstances" involving race discrimination.  But Defendants maintained the contradictory position, as they do in this case, that intentional and systematic discrimination used to profile, review, and block the access and content of users based on protected identity classifications, including race, ethnicity, national origin, sex, or gender identity, was a traditional publishing function that Congress intended to encourage and permit by granting Defendants absolute and categorical immunity from civil liability based on violations of longstanding anti discrimination laws intended to protect Plaintiffs and the Race Discrimination Class from race based discrimination under contract.

437.    On January 6, 2020, the Court, invoking the doctrine of "constitutional avoidance" declined to adjudicate the interpretation, construction, and application of § 230(c) to any of the claims in *Divino*, and dismissed all of the state law claims without prejudice for lack of jurisdiction to obviate the need to decide any of the immunity issues raised in that case.

438.    On June 25, 2021, this Court followed suit.  It sought to "avoid" or obviate the need to decide the construction, application, and constitutionality of §230(c) at this juncture by dismissing the federal claims with leave to amend, and the state law claims for lack of federal jurisdiction.  The Court invited Plaintiffs to replead allegations that address the Court's merits and jurisdictional issues that rendered unripe for decision the request for declaratory relief related to Defendants' assertion that Congress granted them complete immunity for race discrimination and other unlawful and deceptive conduct under contract.

439.    Plaintiffs have amended those and other allegations herein, and the interpretation, scope, applicability, and/or constitutionality of §230(c) presents a justiciable case and controversy that is ripe for declaratory relief under §2201.

**C.    Justiciable Legal Controversies Currently Exist Regarding The Construction And Constitutionality Of 47 U.S.C. §230(c)**

440.    At least four actual controversies now exist between the parties regarding the proper construction, scope, application, and constitutionality of the CDA statutory immunity granted to internet service providers given the unique allegations and claims asserted against Defendants in this case.

441.    Each of the controversies arise from a dispute about the extent to which §230(c) immunizes an internet service provider that discriminates against users because of the user's race, ethnicity or other protected identity, including any profiling or consideration of Plaintiffs' race in making access decisions on YouTube.

442.    And each must be decided in order to resolve whether Plaintiffs have stated claims for relief, including each and every one of the state law claims under Rule 12(b)(6).

**1.    An Actual Controversy Exists As To Whether Defendants Have Contracted Out Of §230(c) Immunity Under The TOS And Other Agreements And Promises Made To Plaintiffs**

443.    As alleged *supra*, a justiciable controversy exists as to whether Defendants have contracted out of §230(c) immunity, and have contractually agreed that the grant of federal immunity under §230(c) does not apply to any of the claims, defenses, and disputes between Defendants and Plaintiffs alleged herein, other than certain claims for defamation arising from the posting of third party content on YouTube.

444.    If, as the Ninth Circuit held, §230(c)(1) merely "creates a baseline rule" of "no liability for publishing" and "[i]nsofar as [Defendants] made a promise with the constructive intent that it be enforceable, [they have] implicitly agreed to an alteration in such baseline" rule.  Here, Defendants expressly contracted with and promised Plaintiffs that in exchange for granting Defendants licensing and access to collect and monetize Plaintiffs' personal digital data, Defendants promise equal access to the YouTube platform and services, subject only to Guidelines, rules and policies that apply to all users and content.  In so doing, Defendants promise that §230(c) is applicable only to defamation claims arising from content.

445.    Plaintiffs seek a declaratory judgment that such a promise exists and is enforceable under the TOS and other promises made by Defendants to Plaintiffs.

**2.    An Actual Controversy Exist As To Whether The Provisions Of §230(c) Immunize Defendants From Race, Ethnicity Or Other Protected Identity Discrimination In Filtering And Blocking Online Content And Access**

446.    A second justiciable controversy exists as to whether §230(c)(1) or (2) grants immunity to an ISP that breaches an express or implied contractual promise not to discriminate

against users based on a person's race, ethnicity or other protected identity when reviewing, restricting, or denying access to YouTube under license and use agreements between the user and the ISP.

### 3. An Actual Controversy Exists As To Whether §230(c) Immunizes Defendants For Conduct That Violates Plaintiffs' Equal Protection Rights Under Longstanding Antidiscrimination Laws

447.   A third justiciable controversy exists as to whether the provisions of §230(c)(1) or (2) permit Defendants to engage in unlawful conduct that uses a person's race, ethnicity or other protected identity to restrict online material and access in contravention of established federal and state laws prohibiting such discrimination in contract, 42 U.S.C. §1981 and Unruh Civil Rights Act, Cal. Civ. Code §§51, *et seq.*, unlawful, deceptive or anticompetitive business practices, including conduct prohibited under §1124 of the Lanham Act and §17200 of the California Business and Professions Code, and discriminatory censorship in violation of the Liberty of Speech Clause enshrined in Article 1, Section 2 of the California Constitution.

### 4. The Provisions And/or Application Of Any Part Of §230(c) To Claims Arising Out Of Race, Ethnicity Or Other Protected Identity Discrimination Is Unconstitutional

448.   A fourth justiciable controversy exists as to whether §230(c) is unconstitutional because it violates the First Amendment and/or Equal Protection Clause of the U.S. Constitution on its face and/or as applied to this Lawsuit.

449.   Construing any provision of the "Good Samaritan Immunity For Blocking On line Material" under §230(c) as permitting an ISP to use a person's race, ethnicity or other protected identity to filter, review, or block online access or content is unconstitutional under the test governing the constitutionality of permissive private party speech laws.

450.   §230(c) (1) and (2) is congressional law that was enacted to permit a private party to regulate online speech.  Consequently, under *Denver Area*  and progeny, the law cannot be applied in a manner that is NOT identity or viewpoint neutral, must be narrowly tailored and applied to avoid the risk of erroneous private censorship, and may not be used to interfere or alter the preexisting legal relationships between the parties.

451.    Furthermore, the application of §230(c) to preclude Plaintiffs and the Race Discrimination Class from asserting claims for discrimination under contract, false advertising, deceptive trade practices, unlawful regulation of public speech, and breach of contract, all of which arise from the core allegation that Defendants profile and use Plaintiffs' protected racial identities to filter, restrict, block content, and deny equal access to YouTube also violates the Fourteenth Amendment.  Plaintiffs' racial identities are protected under federal and state law from discrimination and only they and the Race Discrimination Class have standing to bring claims for discrimination or disparate treatment based on their protected racial status.

452.    Consequently, the application of §230(c) to bar Plaintiffs from asserting claims that arise from and are based on their protected status from racially disparate treatment or racial identity based classifications by definition singles them out and denies them equal protection under the laws of the United States and California.  Congress cannot enact, and the courts cannot apply, law that permits Defendants to treat Plaintiffs differently or otherwise denies them the benefits of their contractual and statutory rights because of their race or other protected identity or status.

**D.    Plaintiffs Served Rule 5.1 Notice On The U.S. Attorney General**

453.    In challenging the Constitutionality of the CDA, Plaintiffs must comply with Federal Rule of Civil Procedure 5.1 which requires that "[A] party . . . promptly [] file a notice of constitutional question stating the question and identifying the paper that raises," where "a federal statute is questioned and the parties do not include the United States, one of its agencies, or one of its officers or employees in an official capacity."  Fed. R. Civ. P. 5.1. Under Rule 5.1 "statute" means any congressional enactment that would qualify as an "Act of Congress."

454.    Rule 5.1 requires more than the court certification provided by 28 U.S.C. §2403; Rule 5.1 requires notice and certification to the United States Attorney General of any constitutional challenge to a federal statute, not merely to challenges of laws "affecting the public interest."  28 U.S.C. §2403.

455.    The CDA constitutes a federal statute under Rule 5.1.

456.    Plaintiffs have served the Rule 5.1 Notice on the United States Attorney General stating that Plaintiffs are challenging the constitutionality of 47 U.S.C. §230(c), identifying the

CDA, and attaching a copy of this Complaint, and a copy of Judge Walsh's November 19, 2019 Order.

457.     Plaintiffs have served the Rule 5.1 Notice and attachments by certified mail and have sent a copy of the Notice and attachments to the United States Attorney General by overnight delivery service.

458.     28 U.S.C. §2403 also requires that the Court notify the United States Attorney General of Plaintiffs' First Cause of Action set forth in this Complaint:  "In any action, suit or proceeding in a court of the United States to which the United States or any agency, officer or employee thereof is not a party, wherein **the constitutionality of any Act of Congress affecting the public interest is drawn in question, the court shall certify such fact to the Attorney General**, and shall permit the United States to intervene for presentation of evidence, if evidence is otherwise admissible in the case, and for argument on the question of constitutionality.  The United States shall, subject to the applicable provisions of law, have all the rights of a party and be subject to all liabilities of a party as to court costs to the extent necessary for a proper presentation of the facts and law relating to the question of constitutionality."  28 U.S.C. §2403(a) (emphasis added).

459.     Accordingly, Plaintiffs respectfully request that the Court certify to the United States Attorney General of the United States that 48 U.S.C. §230(c), a federal statute, has been challenged by Plaintiffs on the grounds averred below.

460.     In complying with the notice requirements under Rule 5.1, Plaintiffs are not waiving but are expressly reserving their rights to assert that the United States has a conflict of interest that may preclude intervention under Rule 5.1, and/or to seek other appropriate relief, including disqualification, and oppose intervention, in this Lawsuit or any other proceeding that conflicts with the policy of the United States that §230(c) does not permit or immunize race, ethnicity or other protected identity discrimination.

**SECOND CAUSE OF ACTION**
**For Freedom Of Speech Under The First Amendment**
**United States Constitution, Amendment 1**
**(On Behalf Of Individual Plaintiffs And The Race Discrimination Class)**

461.     Plaintiffs re-allege and incorporate herein by reference, as though set forth in full, each of the allegations set forth in paragraphs 1 through 454 above.

**A.     Procedural Background**

462.     The First Amendment prohibits a party from engaging in "state action" that violates or harms a person's right to engage in speech, association, expression, or other activity protected by the Amendment.

463.     Since at least 1946, the U.S. Supreme Court has held that the First Amendment protects persons from private parties who engage in "state action" to restrict speech in ways that violate the First Amendment.

464.     Private parties can be state actors whose conduct is subject to judicial scrutiny and held to account under the U.S. Constitution in a number of different circumstances, including, but not limited to, a private party who (1) engages in a public function that has been traditionally reserved as the exclusive province of government, such as operating a company town or providing a service for the administration of a traditional government function like elections or law enforcement (the "Public Function Test"); and/or (2) is the beneficiary of a government law that endorses or permits the party to engage in conduct that interferes with a fundamental constitutional right in a manner that the government may not (the "Permissive Endorsement Test").

465.     The issue of when a private party is engaged in "state action" under either of these or other tests, is dependent on particular circumstances and has not been applied by the courts as a one size fits all.

466.     As a result, the extent to which circumstances may exist in which a private party engages in conduct that violates the First Amendment remains murky and unclear.

467.     In *Manhattan Cmty. Access Corp. v. Halleck*, --- U.S. --, 139 S. Ct. 1921 (2019), the Supreme Court held that and private owner-operator of a public access cable channel who regulates public speech on that channel does not become a state actor solely by the mere of making

a privately owned television channel available for as a forum for speech: "a private entity who provides a forum for speech is not transformed by that fact alone into a state actor." *Manhattan Cmty. Access Corp. v. Halleck*, 139 S. Ct. 1921, 1930 (2019).

468.    In so doing, however, the Court in *Halleck* limited its 5-4 decision to the circumstances of that case and declined to overrule prior cases in which a private party who regulates speech or engages in conduct that is otherwise prohibited under the Constitution was found to be a "state actor" who was subject to constitutional scrutiny.

469.    Instead, the Court "stressed" that "very few" functions fall into that category of "state action," including, "for example, running elections and operating a company town. *Id.* at 1929, 204 (citing *Terry v. Adams*, 345 U.S. 461, 468–470 (1953) (elections); *Marsh v. Alabama*, 326 U.S. 501, 505–509 (1946) (company town); *Smith v. Allwright*, 321 U.S. 649, 662–666 (1944) (elections); *Nixon v. Condon*, 286 U.S. 73, 84–89 (1932) (elections).

470.    The Court also stated that "a variety of functions do not fall into that category, including, for example: running sports associations and leagues, administering insurance payments, operating nursing homes, providing special education, representing indigent criminal defendants, resolving private disputes, and supplying electricity." *Id.* (citing *American Mfrs. Mut. Ins. Co. v. Sullivan*, 526 U.S. 40, 55–57 (1999) (insurance payments); *National Collegiate Athletic Assn. v. Tarkanian*, 488 U.S. 179, 197, n. 18 (1988) (college sports); *San Francisco Arts & Athletics, Inc. v. United States Olympic Comm.*, 483 U.S. 522, 544–545 (1987) (amateur sports); *Blum*, 457 U.S. at 1011–1012 (nursing home); *Rendell-Baker*, 457 U.S. at 842 (special education); *Polk County v. Dodson*, 454 U.S. 312, 318–319 (1981) (public defender); *Flagg Bros*., 436 U.S. at 157–163 (private dispute resolution); *Jackson*, 419 U.S. at 352–354 (electric service).

471.    Consequently, allegations that the relevant function in this case is only the operation of public access channels on a cable system, is not a "function [that is] traditionally and exclusively been performed by government to be establish "state action" under the Public Function Test. *Id.*

472.    Beyond those statements, however, the Court in *Halleck* did not specify what the pleading requirements are for establishing state action under one of the few "public functions" that would trigger constitutional scrutiny.  Nor was it presented with or had occasion to consider

whether the private parties conduct was undertaken under a government enacted law that permitted

unlawful conduct, including race discrimination, in contravention of fundamental constitutional

rights, so as to trigger a limited state action under the Permissive Endorsement Test set forth in

*Skinner v. Ry. Labor Executives' Ass'n*, 489 U.S. 602, 109 S. Ct. 1402, 1407 (1989).

473.    In *Prager University v. Google LLC*, the Ninth Circuit applied *Halleck* to hold that

YouTube does not "lose its private character merely because the public is generally invited to use it

for designated purposes" because "YouTube may be a paradigmatic public square on the Internet,

but it is 'not transformed' into a state actor solely by "provid[ing] a forum for speech." *Prager*

*Univ. v. Google LLC*, 951 F.3d 991, 997 (9th Cir. 2020) (citing *Halleck*, 139 S. Ct. at 1930, 1934).

474.    But like *Halleck*, *Prager* did not, nor could it, overrule or eliminate the Public

Function Test doctrine of state action nor did it specify what the pleading requirement were for

establishing one of "the few" functions that will trigger state action.  And it appears that the

decision may be in conflict with *Halleck* and earlier cases when it held that public forum

designations are "not a matter of election by a private entity" and "[we] decline to subscribe to

Prager U's novel opt in theory of the First Amendment. *Id.* at 999 (9th Cir. 2020) (citing *Cent.*

*Hardware*, 407 U.S. at 547 (holding only that "[b]efore an owner of private property can be

subjected to the commands of the First and Fourteenth Amendments the privately owned property

must assume to some significant degree the functional attributes of public property devoted to

public use").

475.    Furthermore, the Ninth Circuit did not mention, or consider in any manner, the more

limited theory of Permissive Endorsement "state action" based on Defendants' use of §230(c), a

congressional speech regulation law, to unlawfully restrict speech 95% of the world's video speech

based on race discrimination, and other protected identity classifications that conflict with

Plaintiffs' fundamental equal protection and speech rights under the Supreme Court's seminal case

in *Skinner*.

476.    Consequently, no Court has ruled, nor could it, that Defendants can never engage,

under any circumstances, in "state action" that is subject to judicial scrutiny under the First

Amendment.  Nor has the pleading standards and requirement for such a claim been established,

1   other than Defendants must be engaged in one of the few public functions identified in *Halleck* or

2   use a congressional statute to do what they could not otherwise do under established law:

3   discriminate against Plaintiffs' speech based on their race, ethnicity or other protected identity.

4         **B.**     **Permissive Endorsement Allegations Of State Action**

5        477.   In *Skinner*, private railroad companies were preparing to implement suspicion based

6   breath and urine testing of their employees pursuant to recently enacted federal regulations referred

7   to in the case as "Subpart D."  *Skinner*, 489 U.S. at 611.  Like §230(c)(2) of the CDA, Subpart D

8   was "permissive"; it did not compel the testing, but rather left the decision to the railroads.  *Id.*

9   Crucially, however, again like §230(c)(2), Subpart D conferred state-law immunity: it protected

10  railroads from being sued under state law if they chose to test.  *Skinner*, 489 U.S. at 611, 614-15

11  (Subpart D "pre-empt[ed] state laws, rules or regulations covering the same subject matter" and

12  thus "removed all legal barriers to the testing").  In so doing, a unanimous Supreme Court held:

13        "[t]he fact that the Government has not compelled a private party to perform a

14        search does not, by itself, establish that the search is a private one.  Here, specific

15        features of the regulations combine to convince us that the Government did more

16        than adopt a passive position toward the underlying private conduct.

17  *Id*. at 615.

18       478.   Under *Skinner*, the elements of a state action claim under the Permissive

19  Endorsement Test are: (1) reliance on a government law that removes all laws and legal barriers to

20  private conduct that would otherwise unlawful and does so in a way that impacts a fundamental

21  constitutional right; (2) a defendant uses the law to engage in that unlawful conduct; and (3) the

22  government shares in the fruits or benefits in some way from the unlawful conduct.

23       479.   Defendants rely on Congress' intent to protect children from offensive content to

24  justify discrimination against Plaintiffs and regulate their speech based, not on offensive materials

25  in content, but based on Plaintiffs' race, ethnicity, or other protected identity in violation of federal

26  or state law.

27

28

480.     Defendants use §230(c) to preempt state law and obtain complete immunity in a manner that removes all legal barriers to the regulating, blocking, or restricting of content based on Plaintiffs' race, ethnicity or other protected identity.

481.     The Communications Decency Act was, as the statute's name indicates, enacted by Congress to restrict access to "indecent" content on the Internet.  141 Cong. Rec. S8330 (daily ed. June 14, 1995) (statement of Sen. Exon).

482.     The express purpose of §230(c)(2) is to encourage Internet platforms like Google and YouTube to "restrict" "obscene, lewd, lascivious, filthy, excessively violent, harassing, or otherwise objectionable" material.  47 U.S.C. §230(c)(2).

483.     "The intent of Congress in enacting §230(c)(2) was to encourage efforts by Internet service providers to eliminate such material." *Goddard v. Google*, No. C 08-2738 JF (PVT), 2008 WL 5245490, at *6 (N.D. Cal. Dec. 17, 2008) (emphasis added).

484.     §230(c) makes clear Congress' "strong preference" for regulating online speech based on race, ethnicity or other protected identity and for allowing Defendants to discriminate against Plaintiffs in violation of established federal and state law.

485.     The federal government has also made clear its "desire to share the fruits" of the unlawful and discriminatory conduct undertaken by Defendants with respect to regulating online speech, law enforcement, information gathering, and other government services.

486.     By way of one example only, in the six-month period from January to June 2017, when Defendants first admitted that they were knowingly and intentionally profiling and targeting users based on race, ethnicity, and other protected identities, Google received almost 17,000 requests from U.S. law enforcement to turn over information regarding users' content and searches. See Cooperation or Resistance?: The Role of Tech Companies in Government Surveillance, 131 Harv. L. Rev. 1722, 1722 (2018).  Google provided information to the government in some 80% of those cases.

487.     While Congress does not "require" or mandate Defendants to discriminate or break the law under §230(c), according to Defendants, Congress has licensed Defendants to discriminate

under contract, or violate any other civil law, when they choose to do so, while every other non-internet business provider may not.

488.    If Defendants are right, then they are state actors whose conduct is subject to scrutiny under federal law.  Indeed, if that were not the law, the First Amendment is effectively meaningless because Congress need only license and immunize private parties to do what it cannot: restrict speech to protect minors by allowing the private censor to use race, ethnicity or other protected identities of the user, rather than the material in the content to restrict free speech.

489.    That is certainly a Congressional endorsement, if not a mandate, for otherwise unlawful race discrimination.  Indeed, if Congress can avoid constitutional scrutiny of unconstitutional race discrimination under contract and identity based regulation of protected speech simply by immunizing certain private parties from civil or criminal liability that the government could not directly engage in or otherwise sponsor, then Congress can eviscerate any provision of the Constitution simply by enacting immunity laws for the benefit of global ISPs.

490.    According to the Ninth Circuit, a private party that invokes or relies on a federal law to either target (1) speech that is vulnerable to private censorship "in a context where content based discrimination is not otherwise permitted" or (2) persons who are protected from discrimination under the Equal Protection Clause will trigger state action, especially where, as here, the law is being used to deny African Americans, Hispanics, or other protected identities equal benefits under contract and the law.  *See Roberts v. AT&T Mobility LLC*, 877 F.3d 833 (9th Cir. 2017), cert. denied, 138 S. Ct. 2653 (2018), *id*., at 841 (citing and discussing *Denver Area* and *Shelley v. Kraemer*, 334 U.S. 1 (1948)).

491.    Defendants' invocation of §230(c) to allow the global internet cartels to "target" and discriminate against African Americans, Hispanics and other users, based on their race, ethnicity, or other protected identity -- is precisely such a case.  As noted in *Roberts*, the use of a federal statute to permit selected private parties to engage in identity based race discrimination of speech in violation of contract is not analogous to the right of all private parties to have a federal court enforce a clearly established contractual right to arbitrate under the Federal Arbitration Act (the "FAA").

492.    Plaintiffs are not claiming that they have a right, let alone a constitutional one, to avoid a contractual promise to arbitrate disputes.  Nor do they dispute Defendants' right to have this Court enforce any valid contract provision against them under the FAA or any other jurisdictional law.

493.    Rather, Defendants invoke §230(c) to "single out the sort of speech for vulnerability to private censorship in a context where content-based discrimination is not otherwise permitted" and do so by unlawfully discriminating against persons because of their race, ethnicity, or other protected status. gender, sexual orientation or personal identities.   Defendants admit that their filtering tools "target" the Plaintiffs by using aggregated personal data about their race, ethnicity or other protected identity.  And that the digital targeting or redlining is confirmed by Defendants' own admissions, empirical research studies and the chart comparing Defendants' treatment of Plaintiffs and their videos to those of other white or "preferred" content creators.

494.    Instead of proving that these allegations of intentional racial targeting and the disparity in content curation, restriction, and platform access are the result of a racially neutral reason, Defendants invoke §230(c) to legalize intentional illegal systemic digital redlining and race discrimination under contract.   Defendants assert that Congress expressly authorized them to protect children on the internet by targeting Plaintiffs and their content based on their race, ethnicity, or other protected identity.

495.    According to Defendants, Congress licensed them, and only them, to violate Plaintiffs contractual rights to equal access to YouTube without civil liability.  Thus, if Defendants ae correct that they, and they alone, were permitted by Congress to discriminate under contract and violate the law with impunity when it comes to African American, Hispanic, or other protected persons based on the racial identity of the speaker or use not the content of the speech posted on the internet, then Congress has endorsed that illegal conduct.

496.    There is no rational or possible reason that Defendants need to discriminate based on Plaintiffs racial identity to protect minors from offensive internet content by regulating on-line speech.  Thus, notwithstanding the "permissive" nature of a law that uses an immunity grant to "encourage" Defendants to regulate on line content to protect children and younger audiences from

offensive conduct on the internet by regulating the racial identity of the speaker rather than actual speech, Defendants assertion that §230(c) allows them to discriminate against persons under contract because of race, if correct and constitutional, sufficient to make Defendants state actors, endorsed and licensed by congress to engage in race discrimination in direct violation of the First Amendment and Equal Protection rights of racially protected persons.

497.    Under Defendants' reading of §230(c), is Congress free to immunize private groups for liability related to intimidating voters, intimidating women of color seeking health care, or preventing people of color from enforcing hate crime laws all because the offender is a private party and Congress sought to mitigate against election fraud or some other general public concern?

498.    According to Defendants, the answer would be "yes," because the offenders are private parties that Congress merely permitted, but did not mandate, to threaten, interfere with, and attack rights of racially protected persons and other protected classifications of Americans.  And, according to Defendants, Congress granted them immunity for their actions no matter how arbitrary, racist, unlawful, or unconstitutional.

499.    Defendants' use of §230(c) to engage in discrimination and other unlawful conduct under state and federal law to regulate online "material" on the internet is government endorsed of the unlawful conduct and renders that conduct "state action" under *Skinner* and the Permissive Endorsement Test.

C.    **State Action Allegations Under The Public Function Test**

500.    Under *Halleck*  and *Prager*, the elements of state action under the Public Function Test Appear to be: (1) Defendants are engaged in functions and conduct that fall into the categories of "state action" that includes, but is not limited to, "running elections and operating a company town."

501.    On or about December 2019, Defendants merged their different TOS into a single contract whereby Defendants' discretion to find a violation YouTube's content based rules can be used by Defendants to bar the user from using any or all services offered by Defendants in any way including, the purchase and use of hand held smart phone, email, search engines, applications, and

1  information or other services that are essential for public health, safety, law enforcement, election

2  administration, taxation, and any other service performed by governments.

3      502.    Defendants also operate a "company town" in which they control essential

4  information and communication services without which local, state, or federal government agencies

5  cannot provide or otherwise administer essential services including elections.

6      503.    Until, if ever, the Supreme Court eliminates the Public Function Test for "state

7  action" in all cases as a matter of law, Defendants' use and regulation of speech and information

8  services on YouTube involves the "very few" functions that satisfy the Public Function Test for

9  "state action."

10     **D.    Defendants' Conduct Violates The First Amendment**

11     504.    Defendants continue to filter, restrict, block and/or interfere with Plaintiffs' rights to

12  access, use, and express themselves on YouTube.

13     505.    Defendants' filtering, restricting, and blocking on Plaintiffs' speech and expressive

14  conduct on YouTube violates Plaintiffs' First Amendment rights because the conduct is not based

15  on the platform's viewpoint neutral rules governing what content is and is not permissible, but on

16  Plaintiffs' race, ethnicity or other protected identity.

17     506.    Defendants' censorship and other speech regulation conduct harms and violates

18  Plaintiffs' speech rights on YouTube in direct contravention of the procedural and substantive

19  viewpoint neutral content based rules that Defendants created, published, and use to regulate

20  speech on YouTube.

21     507.    Furthermore, Defendants' rules, both as applied and on their face, are subjective,

22  vague, and overbroad criteria and proscription that Defendants use with unfettered and unbridled

23  discretion to censor speech for any reason, or no reason at all, no matter how arbitrary or capricious

24  in further violation of Plaintiffs' First Amendment Rights.

25     508.    Defendants also maliciously use and apply the Rules as a pretext to censor and

26  restrict Plaintiffs' speech for unlawful purposes including race and identity discrimination against

27  protected classes of users and to gain a competitive advantage over Plaintiffs and other users who

28  Defendants compete with in YouTube.

509.    Defendants' conduct, including the application of purportedly viewpoint neutral rules, are arbitrary and capricious, and unlawfully restrains and harms Plaintiffs and all members of the Race Discrimination Class, based upon profiling of the speaker, by race, ethnicity or other protected identity -- rather than the actual material in the posted content.  Defendants' actions, therefore, also violate Plaintiffs' right to free association and assembly under the First Amendment.

510.    Defendants' actions violate Plaintiffs' right to free association and assembly because , by blocking viewers' access to videos and comments based on the race, ethnicity or other protected identity of the speakers or other materials featured in their content that do not violate YouTube's viewpoint neutral "content based" rules.

511.    No compelling, significant, or legitimate reason justifies any or all of Defendants' actions, including the purported interest claimed by Defendants for the need to protect minors or sensitive audiences from offensive content because Plaintiffs' content is not "offensive" or otherwise violates Defendants' purported viewpoint neutral rules.

512.    And even if such interests did exist to justify Defendants' restriction and demonetization rules in theory, the conduct and restrictions imposed on Plaintiffs' speech are unconstitutional because they are not narrowly or reasonably tailored to further such interests, but sweep within their ambit speech and expression that complies with the rules that Defendants use to purportedly protect minors and sensitive audiences and are applied by Defendants with unfettered power to censor speech based on race, ethnicity or other protected identity, or for any other discriminatory or unlawful reason or no reason at all.

513.    Given Defendants' monopolistic control over search results, online advertising, public video content, and the myriad of other information services that Defendants unilaterally control, Plaintiffs have no alternative affording them a reasonable opportunity to reach their full intended audience.

514.    Defendants' discriminatory policies and application of those policies are not viewpoint neutral, are unreasonable in time, place, and manner, and are unreasonable in relation to the nature, purpose, and use of the forum, but are unreasonable prior restraints on Plaintiffs'

1   protected political speech, motivated by impermissible discrimination against Plaintiffs' race,

2   ethnicity or other protected identities.

3       515.    Defendants' intentional and wrongful actions were taken with oppression, fraud,

4   malice and/or are arbitrary and capricious, and as part of Defendants' normal course of business,

5   effectuated through both algorithms, as well as through human agents.  Defendants' actions were

6   done knowingly and intentionally to deprive Plaintiffs and their viewers of their rights under the

7   California Constitution.

8       516.    As a direct and proximate result of Defendants' violations of clearly established law

9   regarding constitutional speech regulation on YouTube, Plaintiffs have suffered, and continue to

10  suffer, immediate and irreparable injury in fact to their right to Liberty of Speech, including, but

11  not limited to financial harms of lost income, reduced viewership, and damage to brand, reputation,

12  and goodwill, for which there exists no adequately complete remedy at law.

13                          **THIRD CAUSE OF ACTION**
        **For Discrimination In Contract In Violation Of 42 U.S.C. § 1981**
14       <u>**(On Behalf Of Individual Plaintiffs And The Race Discrimination Class**</u>

15      517.    Plaintiffs re-allege and incorporate by reference in whole or in part the allegations

16  alleged in paragraphs 1 through 510.

17      518.    Title 42, §1981 of the U.S. Code codifies the right of each individual member of a

18  protected racial classification to "have the same right in every State and Territory to make and

19  enforce contracts, to sue, be parties, give evidence, and to the full and equal benefit of all laws and

20  proceedings for the security of persons and property as is enjoyed by white citizens."  42 U.S.C.

21  §1981(a).

22      519.    The statute defines "make and enforce contracts" as including "the making,

23  performance, modification, and termination of contracts, and the enjoyment of all benefits,

24  privileges, terms, and conditions of the contractual relationship."  *Id.* §1981(b).  The statutory

25  protections apply to both "nongovernmental discrimination" and "impairment under color of State

26  law."  *Id.* §1981(c).

27

28

520.    The elements of a claim for relief under 42 U.S.C. §1981 are: (1) Plaintiff is a member of a protected class; (2) impairment of a contractual relationship under which plaintiff has rights; (3) defendant impaired that relationship on account of racial discrimination (such that, but for race, plaintiff would not have suffered the loss of a legally protected right); and (4) plaintiff was deprived of such services while similarly situated persons outside the protected class were not. *See Comcast Corp. v. Nat'l Ass'n of African Am.-Owned Media*, 140 S. Ct. 1009, 1019 (2020); *Astre v. McQuaid*, 804 Fed. App'x 665, 666-67 (Mar. 25, 2020); *Lindsey v. SLT Los Angeles, LLC*, 447 F.3d 1138, 1145 (9th Cir. 2006).

521.    Plaintiffs are African Americans, Hispanics and/or members of the protected class under §1981.

522.    Plaintiffs entered into binding and legally enforceable contracts with Defendants including the TOS and related agreement(s) under California and controlling federal law. *See* Exhibits D-H.

523.    The contractual relationship between each Plaintiff and Defendants was impaired with respect to the TOS and each and every one of the related agreements in at least five ways::

a.    Defendants' TOS, and any other agreements, under which they claim the right to exercise "unfettered" discretion to impose content, use or services access restrictions based, in any way, on Plaintiffs' race, ethnicity or other protected identities, violates and impairs the TOS, license agreements, and other service agreement(s) on its face;

b.    Defendants continue to breach the TOS and other agreement(s), by exercising their contractual discretion to profile, filter, restrict, and block Plaintiffs' content and access to YouTube, based on Plaintiffs' race, ethnicity or other protected identities, in a manner that is not permitted, but is expressly prohibited under California and federal law;

c.    Defendants breached and continue to breach their express and implied promises under the TOS and other related agreement(s) that You Tube shall not profile, use, base, or impose any restrictions on Plaintiffs' content or access to YouTube based, in any way, on a user's race, ethnicity or other protected identity, and only review, filter, and restrict Plaintiffs'

1  videos based on online video material that runs afoul of YouTube's viewpoint neutral content

2  based rules;

3         d.     Defendants' use of content filtering, review, restricting, and blocking tools

4  and procedures to profile and use Plaintiffs' race, ethnicity, or other protected identities with

5  respect to any provision in the TOS or related agreements, impairs each and every one of Plaintiffs'

6  rights, express or implied, that exist in the TOS or other related agreement(s) that Defendants

7  entered into with Plaintiffs; and

8         e.     Defendants impaired their contractual relationship with each Plaintiff

9  because of Defendants' intentional use of Plaintiffs' race, ethnicity, or other protected identities to

10  review, filter, regulate, restrict, and block Plaintiffs' videos and access to YouTube under the false

11  pretext that the material in the video was properly reviewed and found to violate one of YouTube's

12  content based rules governing user content and access to the platform.

13      524.    Defendants impaired their contractual relationship with each Plaintiff on account of

14  intentional racial discrimination.  Despite their promises of neutrality and a diversity of voices on

15  the YouTube platform, Defendants engage in a pattern and practice of intentional willful and

16  malicious discrimination in the provision of their services, including discriminating against and

17  censoring of Plaintiffs' speech, based not upon the content of speech, but on their race.  Through

18  the acts complained of herein, Defendants intentionally denied, and aided or incited in denying,

19  Plaintiffs full and equal accommodations, advantages, privileges, and services, by discriminating

20  against them in demonetizing Plaintiffs' content and by placing their videos in "Restricted Mode."

21  But for their race, Plaintiffs would not have been subjected to Defendants' filtering or the denial of

22  their contractual benefits under the Agreements.

23      525.    The Defendants' digital redlining and racial profiling is not a "mistake."  Rather, the

24  evidence shows that Defendants are engaged in digital redlining and racial profiling involving the

25  knowing and intentional use of aggregated personal digital data about the Plaintiffs' race, ethnicity,

26  national origin, or other protected identities to make decisions regarding access to the YouTube

27  platform and Defendants' services.

28

a.        As stated in detail above, on September 14, 2017, Defendants told Stephanie Frosch that their A.I., algorithms, filters and automated systems were "targeting" the YouTube creators, subscribers and viewers  based on identity, including their race.

b.        As shown in detail in the video comparison chart above, Defendants not only treat the Plaintiffs' videos differently than the videos of white and/or preferred content creators (by applying "Restricted Mode," and limiting monetization), Defendants actually ignore their own Community Guidelines and policies by allowing videos with materials that violate Defendants' neutral "content based" rules to be viewed by all audiences, and to earn unlimited revenue. Defendants' A.I., algorithms, filters and automated systems not only incorrectly flag Plaintiffs' videos for nudity, hate speech, drug usage and sexual content; Defendants' automated tools simply don't apply to the Defendants' original content and that of their preferred or sponsored creators.

c.        Defendants' computer programming codes that govern their automated systems are driving the digital redlining and racial profiling on their platforms.  Only an examination of Defendants' code will reveal the extent to which Defendants have discriminated, and continue to discriminate on the basis of race, ethnicity, national origin and/or protected identities.  See Safiya Umoja Noble, "Algorithms of Oppression," Apple Books; https://books.apple.com/us/book/algorithms-of-oppression/id1327926683oble ("To be specific, knowledge of the technical aspects of search and retrieval, in terms of critiquing the computer programming code that underlies the systems, is absolutely necessary to have a profound impact on these systems.")

d.        As Timnit Gebru has pointed out to Defendants, their A.I. has grown on a diet of internet content, language and ideas chosen by Defendants' own engineers from Defendants' platforms accessed by a narrow slice of the world, a slice that is predominantly white, wealthy and homogenous.  That A.I., is biased both in favor of its sources, and against the multitudes have not contributed to A.I. growth because they lack access.

526.    Given this evidence summarized briefly above, absent discrete evidence of a racially neutral explanation for the disparities in Defendants' treatment of Plaintiffs' channels and content, Defendants' conduct constitutes intentional discrimination in contract based on race because

Defendants have known since at least September 14, 2017 that the A.I., algorithms, filters and automated systems that they designed and programmed have been targeting and continue to target Plaintiffs based on race for profit.  *See* Safiya Umoja Noble, "Algorithms of Oppression," Apple Books; https://books.apple.com/us/book/algorithms-of-oppression/id1327926683 (". . .  Google biases search to its own economic interests—for its profitability and to bolster its market dominance at any expense.")

527.     The only way that this Court can be sure that the algorithm "problem" which Defendants have acknowledge since 2017 has been "fixed," or is attributable to some other racially neutral reason, is to inspect the source code and metadata for the A.I., algorithms, filters and automated systems which Defendants use.  Defendants' targeting of Plaintiffs based on race can only be a "mistake" where the Defendants' source code is entirely devoid of data regarding users' race, ethnicity, national origin or other protected identities.  *See id*., ("To be specific, knowledge of the technical aspects of search and retrieval, in terms of critiquing the computer programming code that underlies the systems, is absolutely necessary to have a profound impact on these systems.") What Defendants are doing, is no different than what the Government has prohibited the banking, financial, real estate and other industries form doing for years – using race to make decisions about services.

528.     If, as the evidence shows, Defendants have used or considered Plaintiffs' race in any way, for any decision regarding Plaintiffs' access to the YouTube platform and Defendants' services, then Defendants have violated §1981 with respect to each such decision, and every creator, subscriber and viewer affected by that decision.

529.     Through the acts complained of herein, Defendants intentionally denied, and aided or incited in denying, Plaintiffs full and equal accommodations, advantages, privileges, and services, by discriminating against them in demonetizing Plaintiffs' content and by placing their videos in "Restricted Mode."  But for their race, Plaintiffs would not have been subjected to Defendants' filtering or the denial of their contractual benefits under the Agreements.

530.     While Defendants have impaired and denied, and continue to impair and deny, Plaintiffs' contractual benefits under the TOS and related agreement(s), similarly situated persons

who are not protected under the Race Discrimination Class were not similarly treated, including persons affiliated with or working for Defendants and/or their preferred users.  Such persons are not being racially profiled and are not subject to the same content or access filtering, restrictions, or blocking despite material in their videos that violates YouTube's content based rules.

531.    As a direct and proximate result of Defendants' unlawful discriminatory actions, Plaintiffs suffered, and continue to suffer, irreparable injury in fact, including, but not limited to: lower viewership, lost advertising opportunities otherwise available to other nonprofits, decreased ad revenue, and reputational damage, for which there exists no adequate remedy at law.

<div align="center">

**FOURTH CAUSE OF ACTION**
**For False Advertising In Violation Of**
**The Lanham Act, U.S.C. §1125, *et seq.***
**(On Behalf Of Individual Plaintiffs And The Race Discrimination Class)**

</div>

532.    Plaintiffs re-allege and incorporate by reference in whole or in part the allegations alleged in paragraphs 1 through 520.

533.    "Time and again, the research shows that racial bias is perpetuated in the commercial information portals that the public relies on day in and day out."  The prioritization and circulation of misrepresentative and even derogatory information about people "is an incredible site of profit for media platforms, including Google."  Safiya Umoja Noble, "Algorithms of Oppression," Apple Books; https://books.apple.com/us/book/algorithms-of-oppression/id1327926683.

534.    As alleged, Defendants use and embed personal data about the race or other identity of Plaintiffs and the Race Discrimination Class into their filtering tools and algorithms.  Those tools aggregate the personal data, including the search history and use Defendants other products such as Google Search, to profile and use race, ethnicity, national origin, sex, gender, or other protected identity classifications of third party users, including content creators, audiences, and advertisers, to advance their commercial interests, by falsely informing viewers and audiences, directly or by implication that a video is or is not "appropriate" for audiences and advertisers.

535.    Plaintiffs and the Race Discrimination Class have no control over the ways that Defendants aggregate and use that information to classify or index users based on personal data that

Defendants use to advance their own commercial interests.  Defendants use this absolute and unfettered power to further their own economic interests, profitability, and market dominance by using personal, racial, identity based data to determine what audiences and advertisers see and why. As a result, the pubic engages and must rely on Defendants "as the sole arbiter of truth" about whether video content on YouTube is "appropriate" or is "not appropriate" for advertisers as well as certain audiences or viewers.

536.    Google uses this information to bolster its market dominance, not merely through the collection and sale of Plaintiffs' data, but to tell or advertise to the public about what content is and is not "inappropriate" for sensitive viewers that promotes false information about content to the viewer and audience market on YouTube that stigmatizes and promotes racial bias in the market. (Recent research on Google by Siva Vaidhyanathan, professor of media studies at the University of Virginia, who has written one of the most important books on Google to date, demonstrates its dominance over the information landscape.  And Frank Pasquale, a professor of law at the University of Maryland, has warned of the increasing levels of control that algorithms have over the many decisions made about us, from credit to dating options, and how difficult it is to intervene in their discriminatory effects).  Safiya Umoja Noble, "Algorithms of Oppression," Apple Books; https://books.apple.com/us/book/algorithms-of-oppression/id1327926683.

537.    While Defendants use of race, ethnic, origin, sex, gender orientation and other protected identity information is unlawful in many ways, it is also used by Defendants as a pretext for a global commercial advertising campaign that saturates the multibillion dollar market and submarkets in which Plaintiffs and other third party content creators compete directly against Defendants' sponsored and preferred video content for viewers and advertisers on YouTube.

538.    In its capacity as "the sole and final arbiter of truth" about what content is and is not appropriate for viewers and advertisers, Defendants tell viewers and advertisers what channels and videos are "appropriate" for certain audiences and what channels and content are not.

539.    Since at least 2017, Defendants have sent hundreds of millions of "notices" to viewers and advertisers informing them that the video content and channels of third party users, including Plaintiffs and the Race Discrimination Class, contain material that is Restricted or

1    Unavailable because the videos contain material that is "inappropriate" for younger and sensitive

2    audiences, and the advertisers who target those demographics of YouTube users.

3         540.    At the same time, Defendants are the largest market participant competing for

4    viewers and advertiser with Plaintiffs and other third party YouTubers.  Defendants create or

5    preferred content that they retain a preferred financial interest.  Defendants promote their own

6    content to viewers and advertisers by using their authority as content reviewers and curators to

7    communicate and tell audiences that Plaintiffs' videos and channels contain material that is

8    inappropriate for younger and sensitive viewers when they do not and communicate that same false

9    information to advertisers who want to reach younger and sensitive audiences.

10        541.    Defendants exempt their own content from the "internal" reviews and other filtering

11   and restrictions on access to viewer audiences and advertising market participants.

12        542.    Because audiences and advertisers must rely on Defendants as the "sole arbiter of

13   truth" as to the appropriateness of material is actually in Plaintiffs' videos and whether Plaintiffs'

14   video content is or is not appropriate for the viewer and advertising markets, Defendants

15   statements directly imply and inform viewers and audiences who rely on Defendants to curate

16   content that  Plaintiffs videos contain "nudity, vulgarity, violence, hate, shocking or sexually

17   explicit material, or other "inappropriate" material, when they do not.

18        543.    Until sometime in the past year, Defendants routinely identified to viewers with

19   "Restricted Mode" enabled those videos on a channel which could not be viewed while "Restricted

20   Mode" was enabled.

21             a.    Until the Spring of 2020, Defendants displayed this image to viewers when

22   they enabled "Restricted Mode," accessed Plaintiffs' channels, and attempted to view any video

23   which Defendants' flagged as unsuitable for "younger" and "sensitive" viewers:

24

25

26

27

28



This video is unavailable with Restricted Mode enabled. To view this video, you will need to disable Restricted Mode.

b.    Commencing sometime late in 2020, Defendants stopped notifying viewers regarding Plaintiffs' videos which Defendants had flagged as unsuitable for "younger" and "sensitive" viewers.  Thereafter, the flagged videos simply no longer appeared on the Plaintiffs' channels when "Restricted Mode" was enabled, and viewers were unaware that additional videos had been posted but were not viewable with "Restricted Mode" enabled.



544.     Sometime after Plaintiffs filed their Second Amended Complaint in this Lawsuit, commencing sometime late in 2020 or early 2021, Defendants stopped giving viewers any information regarding Plaintiffs' videos which Defendants had flagged as unsuitable for "younger" and "sensitive" viewers.  Now videos flagged as inappropriate for "younger" and "sensitive" viewers are not visible in the queues of videos for Plaintiffs' channels when "Restricted Mode" is enabled.  Viewers attempting to view Plaintiffs' videos from public libraries and schools see only Plaintiffs' videos which Defendants have not flagged for "Restricted Mode."  Most, if not the vast majority of Plaintiffs videos are now invisible to viewers when "Restricted Mode" is enabled.

545.     When viewers and advertisers become aware of such a notice they understand that Defendants have determined that the video content contains material that is inappropriate for younger and sensitive audiences because it contains nudity, vulgarity, violence, hate, shocking or sexually explicit material.

546.     Viewers and advertisers know this because Defendants expressly inform and represent to each of these YouTube consumer markets that videos and channels have been reviewed by an "automated system" that "checks signals like the video's metadata, title, and the language used in the video."

547.     Based on that "automated" review, Defendants tell advertisers and viewers that video was restricted because it contains "potentially adult content"  or other "inappropriate material" involving "Drugs and alcohol, Sexual situations involving "depictions of sex or sexual activity,"  "Violence: Graphic descriptions of violence, violent acts, natural disasters and tragedies, or even violence in the news," "Mature subjects," "about events related to terrorism, war, crime, and political conflicts that resulted in death or serious injury," "Profane and mature language" including "[i]nappropriate language"  and "profanity," [i]ncendiary and demeaning content that "is gratitously incendiary, inflammatory, or demeaning toward an individual or group."

548.     As the comparative chart alleged in paragraph 102 shows, Defendants have sent millions of these notices directly to viewers and advertisers that Defendants compete with Plaintiffs for on YouTube that represent and state that Plaintiffs videos and channels contain potentially adult content, and contain material about drugs, graphic violence, sexually explicit material and

depictions of sexual acts, profanity and vulgar language, or other objectionable material that violates Community Guidelines that are "inappropriate" for younger and sensitive YouTubers.

549.    Those representations and statements are false.  They are made to the viewers and advertisers who compose a significant portion of the YouTube consumer market.

550.    As the comparative chart also shows, Defendants do not notify or make any representations to those same viewers and advertisers regarding video content that Defendants directly produce, sponsor, or have a direct financial production interest in.  Indeed, even a cursory review of the videos in the comparative chart shows that preferred content creators who have exclusive distribution deals with YouTube and YouTube TV, like Bill Maher, are saturated with profanity, explicit drug use, sexual acts, and depictions of violence or other "mature" content.

551.    Furthermore, Defendants admit that they have internal review guideline materials which they do not give to the public.  They have "content ratings Defendants' and use automated systems to generate content ratings.  Defendants' review guideline materials and ratings system, which is not disclosed to the public.  Defendants provide that and falsely represent to advertisers that Plaintiffs' videos contain "mature" or "adult" content, when they do not.  Conversely, Defendants exempt their own content from that review and tell advertisers.  Exhibit A at ¶8.

552.    Defendants notices and statements to YouTube consumers that Plaintiffs videos contain inappropriate material when they do not are not only false and misleading, but so are Defendants implied statement that Defendants' videos on the same subject are not.  And, when a viewer sees Bill Maher or some other preferred creator use graphic violence, drug use, sex or depictions of sexual activity, or profanity, the direct implication to viewers and advertisers is that there is something really bad, vulgar, or dangerous about Plaintiffs videos.

553.    Defendants global campaign to falsely notify millions of consumers on YouTube that (i) Plaintiffs video content is inappropriate for children and sensitive audiences when it is not, and (ii) Defendants preferred video content is appropriate, when it is not, at least under Defendants criteria, is false advertising.  Those statements deceive and steer market participants and consumers who want or are looking for appropriate material for children and sensitive audiences away from Plaintiffs content and channels and directs them content on the same subject that Defendants have a

1    commercial interest in promoting even where the content clearly violates YouTube's "Restricted

2    Mode" criteria.

3         554.    Children and sensitive audiences have become a key demographic for YouTube and

4    its efforts to compete and monetize viewers and advertisers on the video-sharing site.  In August,

5    2020, the digital-video analytics firm Tubular found that, "apart from music videos, content aimed

6    at children topped the month-end list for most viewed videos on YouTube."

7    https://www.lifewire.com/youtube-new-age-restriction-ai-worries-lgbtq-community-5079928.

8         555.    Defendants' notices to these market participants have caused Plaintiffs to lose

9    viewers, stifled their audience reach, and steered advertisers and advertising revenue away from

10    Plaintiffs and to Defendants' preferred content.

11         556.    The elements of a false advertising claim under the Lanham Act, 47 U.S.C. §§1125,

12    *et seq*., are: (1) false statement of fact by defendant in a commercial advertisement about its own or

13    another's product; (2) the false statement actually deceived or has the tendency to deceive a

14    substantial segment of the YouTube consumers or users; (3) the false statement is material, in that

15    it is likely to influence the purchasing decision by a YouTube user; (4) the false statement entered

16    interstate commerce; and (5) Plaintiffs have been, and are likely, to be injured as a result of the

17    false statement.  *Wells Fargo & Co. v. ABD Ins. & Fin. Servs., Inc.*, 758 F.3d 1069, 1071 (9th Cir.

18    2014).

19         557.    Defendants' statements that Plaintiffs or their videos are "Restricted" are false about

20    Plaintiffs' video products because only videos that are reviewed and found to contain material that

21    violates Plaintiffs' content based rules, including nudity, vulgarity, violence, hate, shocking or

22    sexually explicit material can be "Restricted" or subject to access restrictions when they do not.

23         558.    The statement that the video has been "Restricted" is not just an isolated statement

24    of fact that YouTube took action to restrict access to the video for no reason.  By definition, under

25    YouTube's express disclosures in its TOS to every user, a video that is "Restricted"  contains

26    inappropriate "adult content" that depicts sexual activity, drug use, graphic violence, hate speech,

27    and other inappropriate material for younger and sensitive audiences.  Plaintiffs' videos do nothing

28    of the sort, while YouTube's videos are not designated by Defendants as restricted even though

1    many of the videos do contain sexual activity, drug use, graphic violence, hate speech, and other

2    material that Defendants have determined are inappropriate for younger and sensitive audiences.

3         559.    Defendants' statements are also false because they imply that unlike Plaintiffs'

4    videos, Defendants' videos on the same topic are available and do not contain any such "Restricted

5    Material" when they do.

6         560.    Defendants' statements are also false statements because Defendants do not disclose

7    to viewers and advertisers that the content review and determinations regarding the suitability of

8    content for children and younger audiences are not based solely on content but are the result of an

9    "automated system" that "checks signals like the video's metadata, title, and the language used in

10   the video" that relate to a Plaintiffs' racial, national, ethnic or other protected identity rather than

11   exclusively on the actual material in the video.

12        561.    Defendants' false statements are likely to deceive users and advertisers on YouTube

13   because they expressly and implicitly insinuate that there is something inappropriate, offensive,

14   improper, or prohibited under YouTube's viewpoint neutral rules.

15        562.    Defendants' false statements are also material.  They likely influence and affect a

16   user's and/or advertiser's viewing/purchasing decisions.  Users and/or advertisers are likely

17   deceived that the video contains offensive material that violates YouTube's rules after Defendants

18   reviewed the video for content violations under YouTube's Community Guidelines, Age

19   Restrictions, and "Restricted Mode" prohibitions, when the basis for the restriction was Plaintiffs'

20   race, ethnicity, or other protected identities and was not undertaken in compliance with YouTube's

21   rules.

22        563.    Defendants' false statements not only influence but categorically control every user

23   or advertiser's purchasing decisions because the statement results in the blocking of a user's or

24   advertiser's access to the video on YouTube and precludes the user or advertiser from ever

25   accessing, viewing and purchasing the video or purchasing and placing and ad for the video, or

26   otherwise making any purchasing decision contrary to that of Defendants.

27        564.    Defendants' false statements entered internet commerce and reached millions of

28   viewers who reside in all 50 States, U.S. Territories, and other users across the world.

565.    Defendants' false statements are also "commercial advertising" because the statements were made to penetrate the market of YouTube users by limiting the reach to audience and advertiser market participants steering viewers away from Plaintiffs' channels and videos, to video content, channels, or creators who are sponsored by Defendants and for which or whom Defendants compete with Plaintiffs for viewers, advertising, monetization, and other revenue streams on YouTube.  At least 3 million viewers use "Restricted Mode" on a daily basis.

566.    Furthermore, that number does not account for all the advertisers who selectively use "Restricted Mode" to see what videos have been designated "inappropriate" when making advertising decisions in the fastest growing demographic markets on YouTube, all of which involve younger users, many of whom are under the age of 11.

567.    As of the third quarter of 2020, researchers, including the Pew Institute, found that 80 percent of parents say that their children under the age of 11 use YouTube and 53 percent of those parents say that their children 11 and under watch at least one YouTube video a day.  And the largest demographic group of users on YouTube are young people between the ages of 15-25, 77 percent of whom are regular YouTube users.

568.    Given the subject matter of Plaintiffs' videos and their efforts to reach viewers and advertisers in these robust and growing demographic markets, Plaintiffs are likely to be financially harmed.  Indeed, as the viewership and revenue numbers and comparisons show, Plaintiffs have, are, and continue to be financially harmed by the false statements, including losing substantial amounts revenues for viewer CPMs, advertising, monetization, and other user or advertiser revenue streams on YouTube in an amount to be determined at trial.

**FIFTH CAUSE OF ACTION**
**For Breach of Contract**
**(On Behalf Of Individual Plaintiffs And The Race Discrimination Class)**

569.    Plaintiffs re-allege and incorporate by reference in whole or in part the allegations alleged in paragraphs 1 through 555.

570.    The TOS and agreement(s) between Defendants and Plaintiffs governing filtering, review and access to content and services on YouTube provide that the rights and obligations under

those agreements are governed and subject to California law, including federal laws that California is obligated to enforce under the supremacy clause of the U.S. Constitution.

571.    The elements of a breach of contract under California law are:  (1) existence of a valid contract between Plaintiffs and Defendants; (2) Plaintiffs' performance (or excuse for non performance) under the contract; (3) Defendants' breach of the contract; and (4) proof of harm or financial injury as a result of the breach.

572.    Plaintiffs and Defendants have entered into agreements, including the TOS, Community Guidelines, Policy, Safety and Copyright Policies, Google's Privacy Policy, and related agreement(s) that are enforceable contract(s) governed by and under California law.

573.    Plaintiffs have performed their obligations under the TOS and/or other related contracts, including complying with YouTube's viewpoint neutral content based access rules as stated in the TOS, Community Guidelines, the Policy, Safety and Copyright Policies, and Google's Privacy Policy, and granting Defendants a perpetual and irrevocable license to their video content and all personal data and consumer information derived or used in connection with Plaintiffs' content on or use of YouTube.

574.    Defendants have breached their promises to provide Plaintiffs' equal access to YouTube and all related services that Defendants offer to other users, and which are subject only to content based rules that are viewpoint neutral and apply equally to all.  Specifically, Defendants have denied and interfered with Plaintiffs' right of equal access to YouTube and its related services by (a)  using A.I., algorithms, filtering and automated systems that aggregate data regarding the race, ethnicity, or other protected identities of individual Plaintiffs across Defendants' platforms; (b) making determinations regarding monetization, and full access to the YouTube audience, across the platform and access to all services that Defendants offer in connection with the platform, based at least in part on the race of individual Plaintiffs; (c) denying monetization and full unrestricted access to Plaintiffs' videos posted to the YouTube platform which fully comply with Defendants' numerous guidelines, rules and policies based at least in part on the race of the individual Plaintiffs, the race of the subscribers to Plaintiffs' channels and the race of viewers of Plaintiffs' videos; (d) knowingly allowing their employees and independent contractors who have access to Defendants'

platform to moonlight and use Defendants' resources to personally profit from discrimination on the platform by enhancing the reach and revenue of select individual YouTube creators who pay for consulting or management services, at the expense and to the detriment of Plaintiffs; (e) denying African American and Hispanic viewers the opportunity to comment on videos, subscribe to channels and obtain effective timely notices of new content when it is posted, and effectively support channels to which they subscribe financially by making monetary contributions through third parties on the platform.  Defendants have also breached their promises to Plaintiffs by asserting that they are immune from the discrimination as alleged under the Communications Decency Act, 47 U.S.C. §230(c), where the TOS and related agreements specify that California law applies and do not so much as mention immunity, much less expressly include an immunity clause based on federal law.

575.    As a direct and proximate result of Defendants' breach, Plaintiffs have suffered monetary damages and other financial harms and losses in excess of $500.00 per year plus other lost revenues, the total amount of which will be determined at trial.

576.    As a direct and proximate result of Defendants' breach, Plaintiffs have also suffered irreparable harm to their contractual based rights of free speech and expression provided for under the express and implied provisions of the TOS and other related contracts.

**SIXTH CAUSE OF ACTION**
**For Breach Of The Implied Covenant of Good Faith And Fair Dealing Or In The Alternative For Rescission And Restitution**
**(On Behalf Of Individual Plaintiffs And The Race Discrimination Class)**

577.    Plaintiffs re-allege and incorporate by reference in whole or in part the allegations alleged in paragraphs 1 through 563.

578.    Under California law, every contract "imposes upon each party a duty of good faith and fair dealing in its performance and its enforcement."  *McClain v. Octagon Plaza, LLC*, 159 Cal.App.4th 784, 798 (2008) (quoting *Carma Developers (Cal.), Inc. v. Marathon Dev. Cal., Inc.*, 2 Cal.4th 342, 371–72 (1992)).

579.    The covenant "is based on general contract law and the long-standing rule that neither party will do anything which will injure the right of the other to receive the benefits of the

agreement." *Waller v. Truck Ins. Exchange, Inc.*, 11 Cal.4th 1, 36 (1995).  The covenant of good faith finds particular application in situations where one party is invested with a discretionary power affecting the rights of another.  When a contract confers on one party a discretionary power affecting the rights of the other, a duty is imposed to exercise that discretion in good faith and in accordance with fair dealing," and such discretion "must be exercised in good faith." *Carma*, 2 Cal.4th at 372; *see also Perdue v. Crocker Nat'l Bank*, 38 Cal.3d 913, 923 (1985) ("where a contract confers on one party a discretionary power affecting the rights of the other, a duty is imposed to exercise that discretion in good faith and in accordance with fair dealing").

580.    Breach of the implied covenant occurs "[w]here the terms of a contract are literally complied with but one party to the contract deliberately countervenes the intention and spirit of the contract." *Hilton Hotels Corp. v. Butch Lewis Prod., Inc.,* 808 P.2d 919, 922–23 (Nev. 1991). "Establishing such a breach of the implied covenant depends upon the 'nature and purposes of the underlying contract and the legitimate expectations of the parties arising from the contract." *Integrated Storage Consulting Servs., Inc. v. NetApp, Inc.*, No. 5:12-CV-06209-EJD, 2013 WL 3974537, at *7 (N.D. Cal. July 31, 2013).

581.    Five factual elements are required to establish a breach of the covenant of good faith and fair dealing:  (1) the parties entered into a contract; (2) the plaintiff fulfilled his obligations under the contract; (3) any conditions precedent to the defendant's performance occurred; (4) the defendant unfairly interfered with the plaintiff's rights to receive the benefits of the contract; and (5) the plaintiff was harmed by the defendant's conduct.  Judicial Council of California Civil Jury Instruction 325.

582.    Plaintiffs and Defendants have entered into contracts, including the TOS, Community Guidelines, the Policy, Safety and Copyright Policies, Google's Privacy Policy, and other related agreements, in connection with Plaintiffs' use and access to YouTube and the related services which Defendants offer on the YouTube platform under those contracts.

583.    Plaintiffs have fulfilled their obligations under the TOS and related agreements, and fulfilled or performed the conditions precedent, if any, under those agreements, including complying with YouTube's Community Guidelines and policies which set forth viewpoint neutral

content based access rules, and granting Defendants an irrevocable and perpetual license to their video content and access to collect, aggregate and sell their personal digital information and data; as well as paying Defendants other consideration for services and access on Defendants' platform.

584.     Defendants have unfairly interfered with Plaintiffs' contractual rights by employing AI, algorithms, filters and automated systems that aggregate Plaintiffs' personal data to make determinations regarding Plaintiffs' access to the YouTube platform and services, including without limitation Plaintiffs' ability to reach the full YouTube audience, to generate revenue from their videos and channels, to purchase and display advertising, and to notify subscribers of new content, based at least in part on computerized data about the race, gender, sexual orientation, political affiliations and other personal identifying traits of the individual Plaintiffs resulting in digital redlining across the Defendants' platforms.  Defendants' conduct in denying Plaintiffs' equal access to YouTube and its related services based on the race of users is prohibited by and contrary to California and federal law.

585.     As a direct and proximate result of Defendants' breach, Plaintiffs have suffered monetary damages and other financial harms and losses in excess of $500.00 per year plus other lost revenues, including the monetary value of unlawfully acquired property and license rights to Plaintiffs' content and the personal data and information derived from Plaintiffs and their subscribers and viewers, the total amount of which will be determined at trial.

586.     As a direct and proximate result of Defendants' breach, Plaintiffs have also suffered irreparable harm to their contractual based speech rights and expression provided for subject only to viewpoint neutral content based rules as set forth in the express and implied provisions of the TOS and other related contracts.

587.     In the alternative, Plaintiffs seek to rescind the TOS, Google's Privacy Policy and related agreements on grounds that the agreements are illusory and contrary to public policy where Plaintiffs fully performed their promises to Defendants, but Defendants either retain full sole and absolute discretion under the agreements to deny Plaintiffs access to the YouTube platform and Defendants' services regardless of whether Plaintiffs have fully complied with the TOS,

Community Guidelines, Google's Privacy Policy and/or the Policy, Safety and Copyright Policies, and other agreements.

588.   California Civil Code §§1689, *et seq*. governs claims for rescission of contract.  It authorizes Plaintiffs to rescind a contract "[i]f the consideration for the obligation of the rescinding party fails, in whole or in part, through the fault of the party as to whom he rescinds." Cal. Civ. Code §1689(b)(2).  If the Court interprets the governing agreements as affording Defendants sole unilateral discretion to deny Plaintiffs access to the YouTube platform and/or Defendants' services as Defendants have asserted in this Lawsuit, then the Defendants' consideration will have substantially failed, resulting in Plaintiffs receiving nothing from Defendants but minimal of access to the platform and Defendants' services, in exchange for irrevocable licenses and 100% of Plaintiffs' personal digital data.

589.   California Civil Code §1689(b)(5)-(6) further authorize Plaintiffs to rescind a contract where the "contract is unlawful for causes which do not appear in its terms or conditions, and the parties are not equally at fault;" and "[i]f the public interest will be prejudiced by permitting the contract to stand."  Here, Plaintiffs allege that Defendants have employed AI, algorithms, filters and automated systems that collect, aggregate, and use data regarding individual Plaintiffs' race, gender, sexual orientation, political affiliation, and other personal identifying traits to make decisions regarding the Plaintiffs' access to the YouTube platform and to determine which of Defendants' services Plaintiffs can access, if any.  The operative agreements (TOS, Community Guidelines, Google's Privacy Policy and the Policy, Safety and Copyright Policies) do not include express language that authorizes Defendants to employ AI, algorithms, filters or automated systems at all, much less to employ these tools for purposes of collecting, aggregating and using Plaintiffs' personal data regarding race, for purposes of determining the Plaintiffs' access to the platform and/or which services, if any, Plaintiffs can use.  As alleged supra, Plaintiffs bear no fault regarding Defendants' vague, ambiguous, and inconsistent contract language; nor do Plaintiffs bear any fault regarding Defendants' use the AI, algorithms, filters and automated systems commencing in 2017, which use race and other personal identity information to discriminate against African American and Hispanic Plaintiffs.  Defendants' use of such tools contravenes California and federal legal

prohibitions against discrimination in contract on the basis of race and is therefore against public policy.

590.    Accordingly, should the Court in interpreting the agreements as a matter of law find that Defendants retain sole unilateral discretion to deny Plaintiffs access to the full YouTube platform and Defendants' services despite Plaintiffs' full compliance with all of the TOS, and applicable guidelines, and policies, Plaintiffs do hereby give notice of rescission to Defendants, and hereby offer to restore to Defendants the little revenue which Plaintiffs have earned, along with whatever value that the Court deems appropriate for the limited access to the YouTube platform which Plaintiffs have actually enjoyed since opening their accounts with Defendants.

591.    California Civil Code §1692 provides that Plaintiffs "shall be awarded complete relief, including restitution of benefits . . . conferred . . . as a result of the transaction and any consequential damages to which he is entitled."  Cal. Civ. Code §1692.  Plaintiffs therefore also request that the Court restore to them both their intellectual property, including the licenses granted to Defendants under the TOS, and also their personal digital data which Defendants have collected, aggregated, used, and sold; as well as the monetary value of that data which Defendants have received from advertisers on the platform and from third parties.

## SEVENTH CAUSE OF ACTION
### For Promissory Estoppel
### (On Behalf Of Individual Plaintiffs And The Race Discrimination Class)

592.    Plaintiffs re-allege and incorporate by reference in whole or in part the allegations alleged in paragraphs 1 through 578.

593.    "The elements of promissory estoppel are (1) a promise, (2) the promisor should reasonably expect the promise to induce action or forbearance on the part of the promisee or a third person, (3) the promise induces action or forbearance by the promise or a third person (which we refer to as detrimental reliance), and (4) injustice can be avoided only by enforcement of the promise." *West v. JPMorgan Chase Bank, N.A.*, 214 Cal.App.4th 780, 803 (2013).

594.    Defendants have made at least 5 promises to Plaintiffs and other similarly situated users:

a.      Defendants promise Plaintiffs equal access to YouTube subject only to viewpoint neutral content based rules that apply equally to all users;

b.      Defendants promise not to discriminate against Plaintiffs based on their race, ethnicity, other protected identities, or other personal identifying traits, except as permitted under California or controlling federal law;

c.      Defendants promise to allow Plaintiffs who follow the TOS, Community Guidelines, published policies and other related agreements access to the YouTube platform and all of Defendants' services, including the opportunity to view the content posted, to comment on content, to post original content that is searchable on the platform, that qualifies to earn revenue through advertising, the opportunity to have viewers subscribe to Plaintiffs' channels and receive notification when new content is posted, the opportunity to have videos featured in "Up Next" video recommendations, the use of custom thumbnail tiles, the opportunity to communicate and post content on a digital social media that is safe, free from doxing, threats and hate speech, the enforcement of Copyrights under federal law, subject to content based rules that are viewpoint neutral and apply to all content;

d.      Defendants promise to only use, appropriate, and/or derive revenue from Plaintiffs' content and data, and that of their viewers and subscribers, subject to Defendants' honoring and fulfilling their express and implied terms and obligations under the TOS, Community Guidelines, the Policy, Safety and Copyright Policies, Google's Privacy Policy, and other related agreements; and

e.      Defendants promise to operate YouTube as a public forum for freedom of expression that is subject only to narrowly tailored content based viewpoint neutral rules that apply equally to all users and all content.

595.    Defendants made these promises with the reasonable expectation and intent of inducing Plaintiffs to use the YouTube platform, upload videos, and to grant Defendants irrevocable license rights and other valuable consideration derived from Plaintiffs' use of YouTube.

596.    Defendants also made these promises with the intent of inducing Plaintiffs, as well as their viewers, subscribers, and followers, to access and use the YouTube platform and

1   Defendants' services so that Defendants can gather, aggregate, use and sell the users' personal

2   digital data; as well as sell advertisements and profit from users' access to and use of the YouTube

3   platform and Defendants' related services.

4   597.   By making these promises, Defendants induced Plaintiffs to grant Defendants

5   irrevocable licenses, rights and other valuable consideration derived from Plaintiffs' use of

6   YouTube.

7   598.   By making these promises, Defendants induced Plaintiffs, as well as their viewers

8   and subscribers, to give Defendants access to gather, aggregate, use and sell the users' personal

9   digital data, and to access and use the YouTube platform and services resulting in Defendants'

10  gathering enormous quantities of detailed personal digital data for each Plaintiff, which Defendants

11  used to determine the degree to which individual Plaintiffs could access the platform and

12  Defendants' services, the reach of their individual channels and content posted to their channels,

13  and the extent to which their subscribers and viewers could enjoy access to the platform and

14  Defendants' services; moreover, Defendants have sold Plaintiffs' aggregated personal digital data

15  to third parties who in turn have used that data to monetize, advertise, and profit from user access

16  and use of the platform and Defendants' services.

17  599.   Enforcing Defendants' promises will avoid injustice, including stopping overt,

18  intentional, discrimination based on race, gender, sexual orientation, political affiliation and other

19  personal identifying traits that has occurred against Plaintiffs, prohibiting Defendants from further

20  misappropriating Plaintiffs' content and data, and prohibiting Defendants from continued unjust

21  enrichment and from continued enjoyment of the unfair, inequitable, and illegal benefits of those

22  promises which Defendants have failed to honor, comply with, or enforce.

23  600.   As a proximate result of Defendants' failure to honor and fulfill each of their

24  promises to Plaintiffs, Plaintiffs have suffered financial and monetary losses, including the loss of

25  their intellectual and other property rights which Defendants have misappropriated for their own

26  financial and unjust gain, and Plaintiffs have suffered irreparable harm to speech and expression

27  which was promised by Defendants, in an amount to be determined at trial.

28

**EIGHTH CAUSE OF ACTION**
**For Unlawful, Deceptive, And Unfair Business Practices**
**Cal. Bus. & Profs. Code, §§17200, *et seq.***
**(On Behalf Of Individual Plaintiffs And The Race Discrimination Class)**

601.    Plaintiffs re-allege and incorporate by reference in whole or in part the allegations alleged in paragraphs 1 through 587.

602.    Defendants have committed acts of unfair competition, as defined by California Business and Professions Code §17200, by engaging in the practices described above.

603.    Defendants' profiling, filtering, restricting, and blocking Plaintiffs' content and access on YouTube based on Plaintiffs' race, ethnicity, or other protected identities is an unlawful business practice under §17200 because those practices, acts, and conduct violate 42 U.S.C. §1981 and the Unruh Civil Rights Act.

604.    Defendants' profiling, filtering, restricting, and blocking Plaintiffs' content and access on YouTube based on Plaintiffs' race, ethnicity, or other protected identities are also deceptive business acts or practices as defined under §17200 because they are based on intentionally false promises by Defendants to Plaintiffs, and other users, and advertisers that YouTube only restricts or blocks content or access based on violations of YouTube's content based rules that apply equally to all.  In fact, Defendants have knowingly and intentionally used Plaintiffs' race, ethnicity, or other protected identities to block content and access to YouTube under the false pretext that the video was reviewed like all videos on YouTube, including those sponsored by Defendants, and that the review found that Plaintiffs' videos actually contain material that violates YouTube's viewpoint neutral rules.

605.    Defendants' profiling, filtering, restricting, and blocking Plaintiffs' content and access on YouTube based on Plaintiffs' race, ethnicity, or other protected identities are also unfair business acts or practices as defined under §17200 because Defendants operate as both content review curators and content sponsors on YouTube.  This conflict is on full display when Defendants use their "unfettered" authority to restrict or block Plaintiffs' videos based on their race, ethnicity, or other protected identities but permit their own content or that of their preferred or

1   sponsored content creators or channels to go without review, restriction, or blocking, even where

2   the content violates YouTube's content based rules.

3   606.   This includes inserting metadata and other signals into Plaintiffs' videos that permit

4   Defendants to profile and restrict or block content without reviewing the video and results in

5   restrictions and blocking of Plaintiffs' content based on Defendants' embedding and creating the

6   metadata, signals, or other racial profiling content that results in the restriction or blocking.

7   607.   There is no utility to the public for Defendants' actions, and the unlawful, deceptive

8   and unfair practices and conduct do not further a legitimate interest in protecting users from

9   offensive content.

10   608.   As a direct and proximate result of Defendants' unlawful, deceptive, and unfair

11   practices, conduct, and acts, Plaintiffs have suffered, and continue to suffer, immediate and

12   irreparable injury in fact, including lost income, reduced viewership, and damage to brand,

13   reputation, and goodwill, for which there exists no adequate remedy at law.

14   609.   Furthermore, as a result of such practices, conduct, and acts, Defendants

15   misappropriate and are unjustly enriched by taking consideration in the form of property rights to

16   content and data, and revenue that belongs to Plaintiffs in an amount that exceeds $5 million.

17   610.   Plaintiffs are therefore entitled to restitution of that and other amounts, as well as

18   other equitable relief to be determined at trial.

19   611.   At all times Defendants' wrongful actions were taken with oppression, fraud and/or

20   malice.  Indeed, at least dating back to 2017, Defendants have admitted and known that they were

21   targeting users like Plaintiffs, based on their race, ethnicity, or other protected identities, in

22   violation of their promises and rules not to discriminate based on race, or any other identity.

23                    **NINTH CAUSE OF ACTION**
        **Equitable Claim For An Accounting Of Debts Owed Under Contract**
24      **(On Behalf Of Individual Plaintiffs And The Race Discrimination Class)**

25   612.   Plaintiffs re-allege and incorporate herein by reference, as though set forth in full,

26   each of the allegations set forth in paragraphs 1 through 581 above.

27

28

613.    A claim for accounting can be either a legal remedy or an equitable claim.  *Hafiz v. Greenpoint Mortgage Funding, Inc.*, 652 F. Supp. 2d 1039, 1043 (N.D. Cal. 2009).

614.    An equitable claim for an accounting "requires a showing that a relationship exists between the plaintiff and defendant that requires an accounting, and that some balance is due the plaintiff that can only be ascertained by an accounting."  *Teselle v. McLoughlin,* 173 Cal.App.4th 156, 179 (2009).  All that is required is "some relationship" between the parties.  *Id*.

615.    To state an equitable claim for an accounting, therefore, a plaintiff need only allege that:  (1) a contractual relationship exists between the Plaintiffs and Defendants under which monetary consideration is owed to the plaintiff; (2) the amount due and owing cannot be determined or ascertained without an examination of the debts and credits recorded and kept on the "books" of the defendant to determine what the precise amount is that is due and owing; (3) the defendant has engaged in misconduct; and (4) no adequate remedy at law exists. *Green Valley Landowners Assn. v. City of Vallejo*, 241 Cal.App.4th 425, 443 (2015)**;** *Prakashpalan v. Engstrom, Lipscomb & Lack*, 223 Cal.App.4th 1105, 1136–1137 (2014).

616.    A contractual relationship exists between Defendants and the putative  Race Discrimination Class.  Each Race Discrimination Class member has entered into license agreements with YouTube and contracts with Adworks or Adsense with Google for services on YouTube and Google, under which Defendants have obtained specified rights to Plaintiffs' videos, personal data, and other property in exchange for monetary compensation to Plaintiffs based on viewership, advertising, CPM, and other metrics related to their video content, channels, and personal information and data.

617.    Under those licensing agreements and advertising contracts, Defendants have both promised to give to Plaintiffs and the members of the putative § Race Discrimination Class specified benefits such as the ability to generate revenue from a YouTube channel and videos uploaded to the channel (i.e., monetization), mobile Livestreaming, Channel Membership, and SuperChat; and once qualified for monetization, monthly revenue based on the number of subscribers to the channel, the number of viewers for the channel and for individual videos, the

1   total monthly watch time spent by viewers watching videos uploaded to the channel, CPM, and the

2   number of advertisements appearing on or with individual videos and the channel.

3       618.    Over the past three years, at different periods, Defendants have frozen, altered,

4   unilaterally reduced and/or shaved total numbers from (a) the monthly reported view numbers for

5   individual videos, (b) the total reported historical aggregate view numbers for channels, (c) the total

6   reported subscriber numbers for channels, (d) the monthly reported watch times for individual

7   videos, (e) the monthly and total reported watch times for channels, and (f) monthly reported

8   revenue payable to Plaintiffs and the members of the putative  Race Discrimination Class.

9   Defendants have changed reported numbers from week to week, month to month, and year to year

10  without affording notice, any explanation, or an opportunity to object or appeal to the Plaintiffs and

11  the members of the putative  Race Discrimination Class.  Defendants have engaged in misconduct

12  in reporting inconsistent, inaccurate, varying, and incorrect information regarding numbers of

13  subscribers and views, and watch times that has resulted in and proximately caused discrepancies

14  and uncertainty about the precise amounts of compensation owed to Plaintiffs and the members of

15  the Race Discrimination Class.  Defendants' inaccurate and false reports have deprived Plaintiffs

16  and members of the putative Race Discrimination Class of the opportunity to qualify to receive

17  revenue from YouTube channels, and have deprived them of revenue for individual monetized

18  videos and monetized channels which Defendants are obligated to pay under the license

19  agreements, the TOS and the Adworks and Adsense contracts.

20      619.    Defendants control the data from which they have calculated and reported numbers

21  of subscribers, numbers of views, watch times and revenue to Plaintiffs and members of the

22  putative  Race Discrimination Class, who cannot review the Defendants' data or ascertain the

23  correct numbers which should have been reported.  Nor do Plaintiffs and members of the putative

24  Race Discrimination Class have access to other data which would allow them to calculate the true

25  amounts which Defendants owe and should have paid under the license agreement, the TOS and

26  the Adworks and/or Adsense contracts.

27      620.    There is no adequate remedy at law by which Plaintiffs and the members of the

28  putative Race Discrimination Class can ascertain the precise amounts of compensation that

Defendants owe to the Plaintiffs and the members of the Class under the terms of the license agreement, the TOS, and the Adworks and/or Adsense contracts.  Without an equitable accounting, Plaintiffs and the members of the Class will be deprived of revenue and compensation that Defendants owe each of them, and Plaintiffs and the members of the putative Race Discrimination Class cannot determine or ascertain the precise amounts which Defendants owe.

<div align="center">

**TENTH CAUSE OF ACTION**
**For Conversion Of Plaintiffs' Property**
**(On Behalf Of Individual Plaintiffs And The Race Discrimination Class)**

</div>

621.     Plaintiffs re-allege and incorporate herein by reference, as though set forth in full, each of the allegations set forth in paragraphs 1 through 590 above.

622.     Conversion is a strict liability tort.  The foundation of the action rests neither in the knowledge nor the intent of the defendant.  Instead, the tort consists in the breach of an absolute duty; the act of conversion itself is tortious.  Questions of the Defendants' good faith, lack of knowledge, and/or motive are immaterial.

623.     A claim for conversion therefore rests solely upon the Defendants' unwarranted interference with the Plaintiffs' "'dominion over the property" that causes an injury or harm to Plaintiffs.  Neither good nor bad faith, care nor negligence, knowledge nor ignorance are material to the action. *Los Angeles Fed. Credit Union v. Madatyan*, 209 Cal.App.4th 1383, 1387 (2012).

624.     The elements of a claim for conversion are:  (1) Plaintiffs' ownership or right to possession of specified property; (2) the Defendants' conversion by a wrongful act that results in harm or disposition of the property and/or Plaintiffs' rights to that property; and (3) harm or disposition that results in financial harm or damages to Plaintiffs.  *Hester v. Public Storage*, 49 Cal.App.5th 668, at *7 (May 28, 2020); *Hodges v. County of Placer*, 41 Cal.App.5th 537, 551 (2019).

625.     Since 2006, Plaintiffs and members of the putative Race Discrimination Class have created and uploaded thousands of original videos to channels established on the YouTube platform.  These videos were created and uploaded at the sole expense and by the efforts of Plaintiffs and members of the putative  Race Discrimination Class.  Defendants contributed nothing

to the creation of these original videos.  For many Plaintiffs and members of the putative  Race Discrimination Class, the uploaded video constitutes the only existing copy of the video.

626.     Under the license agreement and the TOS (among other things), Plaintiffs grant a nonexclusive license to Defendants to display, use, copy, repost, and promote those original videos which are uploaded to the YouTube platform.  Plaintiffs and members of the putative Race Discrimination Class have not granted Defendants an exclusive right to use uploaded videos, and they retain all of the intellectual property rights to the videos after the videos are uploaded.

627.     Though Defendants only have a nonexclusive license to the uploaded videos, over the past 14 years, Defendants have, without advanced notice, wrongfully unilaterally removed thousands of Plaintiffs' original individual videos from the YouTube platform, terminated access to the YouTube platform, and/or removed channels and all of the videos uploaded to the channels without affording an opportunity to create a copy of the videos which were uploaded by Plaintiffs and members of the putative  Race Discrimination Class.  Defendants have done so without affording Plaintiffs and members of the putative Race Discrimination Class an effective opportunity to appeal the decision to remove videos, terminate access to the platform, or remove channels; or to make a copy of the video and electronic data associated with the video.

628.     Defendants often removed the videos, terminated access, or removed channels without any explanation or rationale for having done so.  On occasion, when Defendants did give written notice, the notice indicated the adverse action had been taken because the video violated one of Defendants' numerous vague Community Guidelines or TOS but did not actually specify what about the video content was problematic or prohibited.  Appeals sent to Defendants from Plaintiffs and members of the putative Race Discrimination Class often are ignored by Defendants or summarily affirmed without explanation or specifying the video content that violated Defendants' rules.

629.     For many Plaintiffs and members of the putative  Race Discrimination Class, Defendants still retain videos in the form of electronic data, and could return to Plaintiffs and members of the putative Race Discrimination Class copies of the videos uploaded but now removed from the YouTube platform.  However, Defendants ignore the calls, messages, letters,

emails and even judgments issued by small claims courts from Plaintiffs and members of the putative Race Discrimination Class.  Defendants have not returned the videos of Plaintiffs and members of the putative Race Discrimination Class which have been wrongfully removed, or for which platform access has been terminated or denied.

630.    In removing videos, terminating access to the platform and/or removing channels wholesale, Defendants have interfered with the dominion by Plaintiffs and members of the putative Race Discrimination Class over their videos; Defendants have deprived them entirely of the use of the videos, as well as the money spent to create the videos.  Defendants have deprived Plaintiffs and members of the putative Race Discrimination Class of future revenue that could be earned from the videos, because Plaintiffs and members of the putative Race Discrimination Class cannot post their videos on the platform of one of Defendants' social media competitors where the videos could generate revenue, or upload the videos to a pay per view internet website where the videos could generate revenue.

<div align="center">

**ELEVENTH CAUSE OF ACTION**
**For Replevin**
**(On Behalf Of Individual Plaintiffs And The Race Discrimination Class)**

</div>

631.    Plaintiffs re-allege and incorporate herein by reference, as though set forth in full, each of the allegations set forth in paragraphs 1 through 617 above.

632.    Plaintiffs and members of the putative Race Discrimination Class acknowledge that courts often treat conversion and replevin interchangeably, or treat replevin as a remedy for conversion.  Plaintiffs plead conversion and replevin separately out of an abundance of caution so as to ensure that they preserve the right to recover money in the event that copies of the videos Defendants have removed cannot be obtained.

633.    Replevin is a common law remedy that permits the prevailing party to recover both personal property and incidental damages from a defendant who unlawfully possesses the property.

634.    When the claim is asserted in a federal court proceeding, replevin is a remedy specifically approved by rule, as governed by the appropriate state law.

635.     In California, a claim for replevin is the functional equivalent of the common law writ for recovery of specific personal property.  California courts, therefore, refer to replevin as a cause of action for "claim and delivery" that permits the plaintiff to recover both personal property and incidental damages from an unlawful possessor.  *Adler v. Taylor*, 2005 WL 4658511, at *3 (C.D. Cal. Feb. 2, 2005), aff'd sub nom., *Orkin v. Taylor*, 487 F.3d 734 (9th Cir. 2007).

636.     The gist of common law replevin is simple:  Defendants' unlawful possession of Plaintiffs' property.  With respect to an equitable claim or remedy for replevin in connection with a claim for conversion, the additional elements are:  (a) Defendants' actual possession of Plaintiffs' property; (b) Plaintiffs' demand for possession of the property; and (c) Defendants' refusal to deliver the property.  See *Stockton Morris Plan Co. v. Mariposa Cnty.*, 99 Cal.App.2d 210, 213 (1950); *Penske Truck Leasing Co. v. I-10 Towing and Recovery, Inc.*, No. EDCV 18-2547 JGB (SPx), 2019 WL 6736905, at *3 (C.D. Cal. Mar. 11, 2019).

637.     Plaintiffs and members of the putative Race Discrimination Class uploaded their videos to the YouTube platform.  Defendants maintain servers which electronically record the videos which are uploaded to the YouTube platform.

638.     Following Defendants' removal of individual videos, termination of access to the platform or removal of whole channels preventing Plaintiffs and members of the putative Race Discrimination Class from accessing the videos which they uploaded to the YouTube platform, Plaintiffs and members of the putative Race Discrimination Class undertook multiple and varied efforts to obtain the return of the videos.  When Defendants gave written notice after the fact of removal or termination of access, Plaintiffs and members of the putative Race Discrimination Class pursued appeals seeking to recover the videos by accessing Defendants' appeal sites on the YouTube platform.  Usually, Defendants did not give written notice of the removal or termination of access, and Plaintiffs and members of the putative Race Discrimination Class telephoned published help numbers for YouTube help and left voicemail messages demanding that the videos be returned.  They wrote emails and letters to YouTube seeking the return of the videos and inquiring how and when the videos would be returned.  Some even filed lawsuits in small claims courts and obtained judgments for the videos.  However, Defendants either ignored the demands

for videos made by Plaintiffs and members of the putative Race Discrimination Class or affirmed the removal or termination of access without further communication.

## TWELFTH CAUSE OF ACTION
### For Unlawful Discrimination
### In Violation Of The Unruh Civil Rights Act
### (On Behalf Of Individual Plaintiffs And The Race Discrimination Class)

639.    Plaintiffs re-allege and incorporate by reference in whole or in part the allegations alleged in paragraphs 1 through 625.

640.    The elements of a claim for discrimination under the Unruh Civil Rights Act, California Civil Code §51, *et seq*. are:  (1) Defendants denied, aided or incited a denial of full and equal accommodations or services to Plaintiffs; (2) that a motivating reason for Defendants' conduct was Plaintiffs' race or national origin; (3) that Plaintiffs were harmed and (4) that Defendants' conduct was a substantial factor in causing that harm.  *Nkwuo v. Metro PCS, Inc*., No. 5:14–cv–05027–PSG, 2015 WL 4999978, at *2 (N.D. Cal. Aug. 21, 2015).

641.    Defendants host business establishments that solicit, induce, provide, and grant members of the public like Plaintiffs the right to access and the use YouTube platform and Defendants' services, subject only to viewpoint neutral "content based" rules that apply equally to all and to all content.

642.    Defendants grant members of the public like Plaintiffs the right to use and access the YouTube platform and Defendants' services for commercial reasons and consideration, including securing a perpetual and irrevocable license to content and personal digital data of Plaintiffs and members of the Race Discrimination Class, including the right to appropriate and aggregate that content and personal digital data for sale and other forms of monetization, including advertising, data information sales and services, and other revenue and profit streams through contract and business transactions including the TOS and related agreements.

643.    One substantial motivating reason for Defendants' digital redlining and racial profiling based on Defendants' use of aggregated personal digital data reflecting the race, ethnicity, national origin or other protected identities Plaintiffs and members of the Race Discrimination Class is to allow Defendants to cheaply impose restrictions on content using A.I., algorithms, filters

and automated systems.  Defendants rely on manual (human being) review and automated tools to filter, curate, restrict and remove content uploaded to the YouTube platform.  *See* Exhibit A at ¶¶9-10.  Using automated tools to classify content allows Defendants to cheaply handle the enormous volumes of new data uploaded daily to Defendants' platforms.  *See* Exhibit A at ¶¶, 17-18, 24-25.

644.    Defendants' digital redlining and racial profiling is the result of arbitrary, capricious, invidious, and pretext based discrimination against Plaintiffs based on personal digital data reflecting race, ethnicity, national origin, or other protected identities.

645.    Defendants' use of Plaintiffs' race, ethnicity, national origin or other protected identities to made decisions about the scope of Plaintiffs' access to the YouTube platform and Defendants' services is unlawful and fails to further any lawful, legitimate business interest, including ensuring compliance with YouTube's "content based" Community Guidelines, policies and rules which Defendants put in place to protect "younger" and "sensitive" viewers.  See Exhibit A at ¶¶15-16.

646.    Defendants have censored and treated, and continue to censor and treat, Plaintiffs, their channels and videos differently from the content of Defendants and that of Defendants' sponsored or preferred creators, solely because of discriminatory animus towards Plaintiffs' race, ethnicity, national origin, and/or other protected identities..

647.    Specifically, Defendants use AI, algorithms, filters and automated systems which are based upon and/or incorporate aggregated personal digital information about YouTube's creators, subscribers and viewers to knowingly and intentionally engage in and effectuate a pattern and practice of digital redlining, racial profiling and racial discrimination for profit by making automated determinations regarding Plaintiffs' access to the YouTube platform and Defendants services based on race, ethnicity, national origin and/or other protected identities.  The use of information about users' race, ethnicity, national origin and other protected identifies to impose limitations on Plaintiffs' access to the platform and services constitutes discrimination based on classifications that are protected under the Unruh Act, namely race, color and/or national origin.  It is unlawful.

648.     Defendants' digital redlining, racial profiling and other wrongful actions were knowing and intentional.  Since September 14, 2017 at the latest, Defendants knew that the A.I., algorithms, filters and automated systems that they engineered, employed, and relied upon were targeting YouTube creators, subscribers and viewers based on identity, including their race, ethnicity, national origin and other protected identities.  Defendants have continued to use these tools, knowing that they harmed Plaintiffs individually by depriving Plaintiffs of the same rights enjoyed by white creators and Defendants' sponsored or preferred creators, and knowing that they harmed the African American and Hispanic communities by silencing the voices of creators, subscribers and viewers alike, particularly with respect to subjects that are important to these communities.  Defendants' wrongful actions were taken with oppression, fraud and/or malice, and effectuated through A.I., algorithms, filters, automated systems and human reviewers that use Plaintiffs' race, ethnicity, or other protected identities, as the basis to interfere with and block Plaintiffs' access to the platform and Defendants' services under the pretextual promise that everyone has equal access to YouTube subject only to neutral "content based" Community Guidelines, policies and rules that apply equally to all users and all content.

649.     The Defendants' digital redlining and racial profiling is not a "mistake."  Rather, Defendants have undertaken this course of action to enhance profits by classifying YouTube channels and videos so that it appeals to advertisers seeking demographic information about YouTube audiences.

a.     By classifying channels and videos according to race, ethnicity, national origin and other protected identities, Defendants are able to sell targeted and lucrative advertising spots based on the demographics of viewers.

b.     Defendants' digital redlining and racial profiling is a cheap substitute for manual reviewing of the more than 500,000 hours per day of content uploaded to YouTube daily. *See* Exhibit A at ¶¶9-10.

c.     Defendants' use of automated tools to filter, curate and restrict content also facilitates Defendants' efforts to increase the reach and revenue for Defendants' own original content and that of their sponsored or preferred creators, further increasing Defendants' revenues

while pushing Plaintiffs off of the platform freeing up audiences and space for even more content from sponsored and preferred creators.

650.   Since September 14, 2017, when Defendants first told Stephanie Frosch that their A.I., algorithms, filters and automated systems were "targeting" the YouTube creators, subscribers and viewers  based on identity, including their race, Defendants have failed to "fix" the "problem" and have increasingly relied on their automated tools.

651.   Defendants' reliance of automated tools for filtering, curating and restricting content clearly has an adverse disparate impact on Plaintiffs videos, as illustrated in the video comparison chart showing 100 of Plaintiffs' videos which Defendants have restricted and limited in monetization, and how they compare with videos of white or Defendants' sponsored or preferred creators.  Defendants clearly treat the Plaintiffs' videos differently.  Moreover, examination of the comparison videos reveals that Defendants do not apply the Community Guidelines and policies to videos of white or sponsored or preferred creators, and allow videos with materials that violate Defendants' neutral "content based" rules to be viewed by all audiences, and to earn unlimited revenue.

652.   The Defendants' disparate treatment goes beyond restrictions on individual videos. Defendants also remove entire channels with hundreds of videos belonging to Plaintiffs and other members of the Race Discrimination Class.  According to Defendants, in 2017, Defendants "expanded" "enforcement guidelines regarding child endangerment and implemented new age-restriction Policies to restrict access" resulting in "the termination of over 50 channels and the removal of thousands of videos."  Exhibit A at ¶16.  Unsurprisingly, Defendants also took down the channel of Catherine Jones and multiple channels of Harvey Stubbs, along with hundreds of videos.

653.   Before dismissing Plaintiffs' detailed factual allegations set forth in the Complaint, this Court should examine the Defendants' code underpinning the A.I., algorithms, filters and automated systems which Defendants use.  Defendants' targeting of Plaintiffs based on race can only be a "mistake" where the Defendants' source code is entirely devoid of data regarding users' race, ethnicity, national origin or other protected identities.

654.     If there is any linking or leakage of data from the aggregated individual personal digital data files of Plaintiffs with Defendants' A.I., algorithms, filters and automated systems used to classify channels and videos, then Defendants have violated the Unruh Act with respect to each such decision, and every creator, subscriber and viewer affected by that decision.

655.     As a direct and proximate result of Defendants' unlawful discriminatory actions, Plaintiffs suffered, and continue to suffer, irreparable injury in fact, for which there is no complete adequate remedy at law, including, but not limited to harm and injury to contract based speech rights, and lost financial and business opportunities including viewership, advertising, monetization, and other opportunities and rights to gain popularity and revenues that are otherwise available to other users who are not profiled and regulated on YouTube based on their race, ethnicity, or other protected identities.

656.     As a direct and proximate result of Defendants' discriminatory acts and practices, Plaintiffs have also suffered monetary damages in an amount to be determined at trial.

657.     Defendants' violations of the Unruh Act further entitle Plaintiffs to recover statutory damages of up to three times the amount of actual damages in an amount to be proven at trial, or a minimum of $4,000 per violation.

## THIRTEENTH CAUSE OF ACTION
### For Violation Of California Constitution Article I, Section 2
### (On Behalf Of Individual Plaintiffs And The Race Discrimination Class)

658.     Plaintiffs re-allege and incorporate herein by reference, as though set forth in full, each of the allegations set forth in paragraphs 1 through 638 above.

659.     Article I, section 2 of the California Constitution enshrines the right to liberty of speech:  "Every person may freely speak, write and publish his or her sentiments on all subjects, being responsible for the abuse of this right." Cal. Const., art. I, § 2, subd. (a).

660.     The Liberty of Speech Clause is broader and more protective than the federal First Amendment. *Los Angeles Alliance for Survival v. City of Los Angeles,* 22 Cal.4th 352, 366-367 (2000).

661.    The Liberty of Speech provision "grants broader rights to free expression than does the First Amendment to the United States Constitution" because it enshrines the fundamental "idea that private property can constitute a public forum for free speech if it is open to the public in a manner similar to that of public streets and sidewalks." *Fashion Valley Mall, LLC v. Nat'l Labor Relations Bd.,* 42 Cal.4th 850, 857-58 (2007).

662.    Under the California Constitution, a person's Liberty of Speech enjoys full constitutional protection when it occurs on any private property that is used or designated by the owner or operator as a place similar to areas that have already been determined to be public forums. That includes privately owned internet sites.

663.    Consequently, the California Constitution protects the right to free speech on private property even in cases when the federal Constitution may not.

664.    The threshold element of a claim under the Liberty of Speech Clause is that the defendant property owner has so opened up his or her property for public use as to make it the functional equivalent of a traditional public forum based on three factors: (1) the nature, purpose, and primary use of the property; (2) the extent and nature of the public invitation to use the property; and (3) the relationship between the ideas sought to be presented and the purpose of the property's occupants." *Albertson's, Inc. v. Young*, 107 Cal. App. 4th 106, 119 (2003); 73 Op. Cal. Atty. Gen. 213, 222– 223 (1990).

665.    Defendants operate YouTube for the express purpose of inviting the public to use the platform as a for profit "public forum" where the public is invited to engage in "freedom of expression," where everyone's voice may be heard, subject only to viewpoint neutral rules that apply equally to all and Defendants' right to monetize and profit from the expression, speech, or material that appears on YouTube through the property based license rights that the user must grant Defendants as the price of admission to the forum.

666.    According to Defendants, the purpose, use, nature, invitation to use the forum, and relationship between that purpose and invitation, on the one hand, and the ideas sought to be presented the public, on the other, is that Defendants offer public internet service "that enables

more than a billion users around the world to upload" videos, where users are urged to "Broadcast Yourself," "promote yourself" or "do the broadcasting yourself."

667.    Under the TOS, Defendants also represent that YouTube is open to everyone for free expression and communication, regardless of race, ethnicity, or other protected identities, as long as the video material complies with viewpoint neutral rules that apply equally to all.

668.    Based on these and other representations, Defendants have induced or attracted 2.3 billion people to use YouTube and Defendants currently use the YouTube "public forum" control and regulate 95% of the global public video content that has currently or has ever existed in the world.

669.    Under California law, Defendants' regulation of speech on the YouTube platform is state action because Defendants perform an exclusively and traditionally public function: the regulation of 95% of the world's public video based speech content by designating and operating YouTube as a viewpoint neutral public forum for freedom of expression under California law.

670.    Accordingly, Defendants are prohibited from arbitrarily, unreasonably, or discriminatorily excluding, regulating, or restricting videos or user access to services on YouTube on the basis of race, ethnicity, or other protected identities.  And any such exclusions, restrictions, or regulations must comply with protections afforded Plaintiffs' free speech and expression under the Liberty of Speech Clause, and the established jurisprudence that such protections apply to private parties who use their property for purposes similar to the use of a government owned and operated public forum.

671.    Plaintiffs' video content and access services constitute expressive speech and activity that is protected by Article I, section 2 of the California Constitution.

672.    Defendants have filtered, restricted, blocked or interfered with Plaintiffs' rights to access, use, and express themselves on YouTube.

673.    Defendants' filtering, restricting, and blocking on Plaintiffs' speech and expressive conduct on YouTube violates Plaintiffs' Liberty of Speech because they are not based on the platform's viewpoint neutral rules governing what content is and is not permissible, but on the race, ethnicity, or other protected identities of Plaintiffs.

674.    Defendants' censorship and other speech regulation conduct harms and violates Plaintiffs' Liberty of Speech rights on YouTube in direct contravention of the procedural and substantive rules that Defendants created, published, and use to regulate that speech on YouTube.

675.    Furthermore Defendants' rules, both as applied and on their face, are subjective, vague, and overbroad criteria and proscription that Defendants use with unfettered and unbridled discretion to censor speech for any reason, or no reason at all, no matter how arbitrary or capricious in further violation of Plaintiffs' Liberty of Speech rights.

676.    Defendants also maliciously use and apply the rules as a pretext to censor and restrict Plaintiffs' speech for unlawful purposes including race and identity discrimination against protected classes of users and to gain a competitive advantage over Plaintiffs and other users who Defendants compete with in YouTube.

677.    Defendants' conduct, including the application of purportedly viewpoint neutral rules, are arbitrary and capricious, and unlawfully restrains and harms Plaintiffs by digitally redlining and profiling the speaker based on race, ethnicity, or other protected identities, rather than based on the actual content of the speakers words or expression.  Defendants' actions, therefore, also violate Plaintiffs' right to free association and assembly under the Liberty of Speech Clause.

678.    Defendants' actions violate Plaintiffs' right to free association and assembly because by blocking viewers' access to videos and comments based on the race, ethnicity, or other protected identities of the creator, subscriber or viewer, Defendants prevent Plaintiffs from effectively communicating with and interacting with members of their respective communities about issues of shared importance.

679.    No compelling, significant, or legitimate reason justifies any or all of Defendants' actions, including the purported interest claimed by Defendants for the need to protect minors or sensitive audiences from offensive content because Plaintiffs' content is not "offensive" or otherwise violates Defendants' purported viewpoint neutral rules.

680.    And even if such interests did exist to justify Defendants' restriction and demonetization rules in theory, the conduct and restrictions imposed on Plaintiffs' speech are unconstitutional because they are not narrowly or reasonably tailored to further such interests, but

sweep within their ambit speech and expression that complies with the rules that Defendants use to purportedly protect minors and sensitive audiences and are applied by Defendants with unfettered power to censor speech based on race, ethnicity, or other protected identities or for any other discriminatory or unlawful reason or no reason at all.

681.    Given Defendants' monopolistic control over search results, online advertising, public video content, and the myriad of other information services that Defendants unilaterally control, Plaintiffs have no alternative affording it a reasonable opportunity to reach their full intended audience.

682.    Defendants' discriminatory policies and application of those policies are not viewpoint  neutral, are unreasonable in time, place, and manner, and are unreasonable in relation to the nature, purpose, and use of the forum, but are unreasonable prior restraints on Plaintiffs' protected political speech, motivated by impermissible discrimination against Plaintiffs' race, ethnicity, or other protected identities.

683.    Defendants' intentional and wrongful actions were taken with oppression, fraud, malice and/or are arbitrary and capricious, and as part of Defendants' normal course of business, effectuated through both algorithms, as well as through human agents.  Additionally, Defendants' actions were done knowingly and intentionally to deprive Plaintiffs and their viewers of their rights under the California Constitution.

684.    As a direct and proximate result of Defendants' violations of clearly established law regarding public fora, Plaintiffs and all members of the Race Discrimination Class have suffered, and continue to suffer, immediate and irreparable injury in fact to their right to Liberty of Speech, including, but not limited to financial harms of lost income, reduced viewership, and damage to brand, reputation, and goodwill, for which there exists no adequately complete remedy at law..

## VII.    PRAYER FOR RELIEF

WHEREFORE, Plaintiffs and all members of the Race Discrimination Class request that the Court grant the following relief:

1.    A declaratory judgment remedy under 28 U.S.C. §§2201, *et seq*., for Plaintiffs' First Cause of Action challenging the construction, application, and constitutionality of §230(c) of the

Communications Decency Act, 47 U.S.C. §230(c), that §230(c) does not grant immunity to Defendants, or otherwise apply to claims and allegations that arise from, relate to, or are based on, Defendants Google/YouTube's unlawful racial profiling and use of the users' race, ethnicity, or other protected identities to filter, restrict, or block content, or otherwise deny Plaintiffs' access to or use of Defendants' services on the grounds that:

a.   The plain language of §§230(c)(1) and/or (2) only immunizes an ISP for filtering and blocking "offensive material," and does not immunize the regulating, restricting or blocking of material based on the race, ethnicity, or other protected identities of the user posting or viewing the video;

b.   §§230(c)(1) or (c)(2) does not immunize an ISP who engages in race based discrimination under contracts and other business conduct that violates 42 U.S.C. §1981 or the Unruh Civil Rights Act;

c.   The application of §230(c) to in any way to permit and immunize digital redlining and profiling based on race, ethnicity, or other protected identities with respect to the regulation of content and access on YouTube is unconstitutional and violates the First Amendment under Denver Area 518 U.S. 727, 766-67; and/or,

2.   A declaratory judgment remedy under §2201that Defendants have violated and continue to violate the agreements with Plaintiffs and the members of the Race Discrimination Class, or in the alternative, that the agreements with Plaintiffs and the members of the Race Discrimination Class are void because either (a) they are illusory where Defendants retain sole and absolute discretion regarding whether they will provide access to internet platforms and services under the agreements, or (b) they are unenforceable standardized form consumer contracts of adhesion which defeat the reasonable expectations of Plaintiffs and the members of the Race Discrimination Class;

3.   A Court Order requiring Defendants to:

a.   Cease and desist from capriciously restricting, demonetizing, or otherwise censoring any content of videos uploaded to the YouTube based on Plaintiffs' race, ethnicity, or other protected identities in violation of federal and California law; and

b. Cease and desist from censoring, restricting, restraining, or regulating speech based on the discretionary use or application of discriminatory, animus-based, arbitrary, capricious, vague, unspecified, or subjective criteria, rules, guidelines, and/or practices;

c. Cease and desist from employing, using, or applying AI, algorithms, filters and automated systems that include the users' aggregated personal digital data reflecting race, ethnicity or other protected identities to make decisions regarding access to the Defendants' platforms and services;

4. A Court Order requiring Defendants to:

a. Cease and desist from capriciously restricting, demonetizing, or otherwise censoring any content of videos uploaded to the YouTube based on Plaintiffs' race, ethnicity, or other protected identities in violation of federal and California law; and

b. Cease and desist from censoring, restricting, restraining, or regulating speech based on the discretionary use or application of discriminatory, animus-based, arbitrary, capricious, vague, unspecified, or subjective criteria, rules, guidelines, and/or practices;

5. Compensatory, special, and statutory damages in an amount to be proven at trial, including statutory damages pursuant to, inter alia, 15 U.S.C. §1117, 42 U.S.C. §§1981, 1983, Civil Code §§51, 51.5, 52, Civil Procedure Code §1021.5.;

6. A civil penalty of $2,500 for each violation pursuant to Business and Professions Code §§17200, 17206, and 17536; ;

7. Restitution of Plaintiffs' licenses to original content, their aggregated personal digital data, the value of the sale of their personal digital data for the period since each Plaintiff first entered into a contract with Defendants; financial losses or harm caused by Defendants' conduct and ill gotten gains, and disgorgement of profits Defendants obtained from all unlawful conduct in an amount to be proven at trial;

8. Punitive damages and exemplary damages in an amount to be proven at trial;

a. The day to day number of views for each monetized video uploaded to each channel;

b. The day to day number of subscribers for each monetized channel;

c.   The day to day watch time for each video uploaded to each channel;

d.   The day to day number of ads played or posted on each video, along with the rates charged by Defendants for the ads, and the revenue actually collected for the ads; and

e.   The names of the creators of the videos which Defendants list in the "Up Next" column for each video on a day to day basis, a statement of all revenues which Defendants have obtained in connection with the "Up Next" video recommendations, along with the titles of the videos and an indication as to whether the creator is one of Defendants' preferred partners.

9.   A Court Order requiring Defendants:

a.   To the extent that Defendants still have the electronic digital version of the Plaintiffs' videos that were removed, to deliver to Plaintiffs and members of the putative Race Discrimination Class an electronic digital copy of (i) each video that was uploaded and subsequently removed by Defendants from the YouTube platform, and (ii) each video which Plaintiffs and members of the putative Race Discrimination Class were unable to copy of because Defendants either terminated access to the YouTube platform or removed the channel where the video was uploaded; and

b.   To the extent that Defendants do not have the electronic digital version of the video, to pay to Plaintiffs and members of the putative Race Discrimination Class the reasonable value of a copy of (i) each video that was uploaded and subsequently removed by Defendants from the YouTube platform, and (ii) each video which Plaintiffs and members of the putative Race Discrimination Class were unable to copy of because Defendants either terminated access to the YouTube platform or removed the channel where the video was uploaded;

10.   Attorneys' fees and costs of suit;

11.   Prejudgment and post-judgment interest; and

12.   Any and all other relief that the Court deems just and proper.

VIII.   **JURY TRIAL DEMAND**

Plaintiffs Kimberly Carleste Newman, Lisa Cabrera, Catherine Jones, Denotra Nicole Lewis, Andrew Hepkins, Harvey Stubbs, Khalif Muhammad, Keu Reyes and Osiris Ley demand trial by jury on all issues of law so triable.

DATED:  October 5, 2021

Respectfully submitted,

BROWNE GEORGE ROSS LLP
Peter Obstler
Eric M. George
Dennis S. Ellis
Debi A. Ramos
Keith R. Lorenze


By:    _/s/ Peter Obstler_____

Peter Obstler
Attorneys for Plaintiffs Kimberly Carleste Newman, Lisa Cabrera, Catherine Jones, Denotra Nicole Lewis, Andrew Hepkins, Harvey Stubbs, Khalif Muhammad, Keu Reyes and Osiris Ley

# Exhibit "A"

1   DAVID H. KRAMER, SBN 168452          BRIAN M. WILLEN, *admitted pro hac vice*
    MAURA L. REES, SBN 191698            WILSON SONSINI GOODRICH & ROSATI
2   LAUREN GALLO WHITE, SBN 309075       Professional Corporation
    PETER C. HOLM, SBN 299233            1301 Avenue of the Americas, 40th Floor
3   WILSON SONSINI GOODRICH & ROSATI     New York, NY 10019
    Professional Corporation             Telephone: (212) 999-5800
4   650 Page Mill Road                   Facsimile: (212) 999-5899
    Palo Alto, CA 94304-1050             bwillen@wsgr.com
5   Telephone: (650) 493-9300
    Facsimile: (650) 565-5100
6   dkramer@wsgr.com
    mrees@wsgr.com
7   lwhite@wsgr.com
    pholm@wsgr.com
8
    Attorneys for Defendants
9   GOOGLE LLC and YOUTUBE, LLC

10              UNITED STATES DISTRICT COURT

11      NORTHERN DISTRICT OF CALIFORNIA- SAN JOSE DIVISION

12

13  PRAGER UNIVERSITY,                )   CASE NO.: 5:17-cv-06064-LHK
                                      )
14              Plaintiff,            )   **DECLARATION OF ALICE WU**
                                      )   **IN SUPPORT OF DEFENDANTS'**
15        v.                          )   **OPPOSITION TO MOTION FOR**
                                      )   **PRELIMINARY INJUNCTION**
16  GOOGLE LLC, a Delaware corporation, )
    YOUTUBE, LLC, a Delaware limited  )
17  liability company, and DOES 1-25, )   Date:   March 15, 2018
                                      )   Time:   1:30 PM
18              Defendant.            )   Dept.:  8, 4th Floor
    _____ )   Before: Hon. Lucy H. Koh

19

20

21

22

23

24

25

26

27

28

1    I, Alice Wu, hereby declare as follows:

2    1.    I am a Senior Manager for Trust & Safety at YouTube LLC, where I am

3    responsible for managing a team of people that work on policy and enforcement issues related to

4    YouTube's Community Guidelines. I have worked on YouTube content policies since August

5    2009 in different capacities, ranging from YouTube's advertising policies to working with our

6    product and engineering teams on policies and rating guidelines. I make this Declaration in

7    support of YouTube's Opposition to Plaintiff's Motion for a Preliminary Injunction. I have

8    personal knowledge of the facts set forth herein and, if called as a witness, I could and would

9    testify competently thereto.

10   **The YouTube Service and Terms of Use**

11   2.    YouTube is a popular online service that enables more than a billion users around

12   the world to upload, view, and share videos and related content. Video creators, who range from

13   amateurs using cell phone cameras to professional filmmakers, can upload videos that they create

14   to the service, and anyone with an Internet connection can view them. YouTube has launched

15   local versions in more than 88 countries and can be navigated in 76 different languages.

16   3.    The general public may use YouTube's service, both to upload and to watch

17   videos, for free. YouTube also offers subscription-based services to users, including ad-free

18   access to YouTube.

19   4.    YouTube strives to create a space where people all over the world can create and

20   share unique, creative, and original content. As part of this mission, YouTube aims to support

21   "Four Freedoms"—freedom of expression, freedom of information, freedom of opportunity, and

22   freedom to belong—and to create a space where those freedoms can be enjoyed. But while

23   YouTube is committed to giving its users a voice, we also have rules that govern how people

24   may use the service and under what terms they may post videos and other content. YouTube's

25   interest in allowing users to express themselves has always existed alongside such rules and

26   policies, which allow YouTube to remove or restrict access to certain types of user-uploaded

27   content in order to help ensure that the service is safe and enjoyable for all users, including

28

1  minors, families, schools, and those with sensitivities about being exposed to more mature

2  material.

3       5.     YouTube allows users "permission to access and use the Service" subject to

4  YouTube's Terms of Service. These terms take the form of a written agreement between

5  YouTube and its users. Among other provisions of this agreement, the Terms of Service provide

6  that YouTube "reserves the right to decide whether Content violates [its] Terms of Service" and

7  "reserves the right to remove Content." A true and correct copy of YouTube's Terms of Service,

8  which are available at https://www.youtube.com/static?template=terms, is attached hereto as

9  Exhibit 1.

10       6.     YouTube's Terms of Service incorporate by reference YouTube's Community

11  Guidelines, which provide additional detail about the kinds of content and activities that are not

12  allowed to appear on YouTube. Together, the Terms of Service and Community Guidelines set

13  out rules for how the YouTube service can be used and give YouTube authority to enforce those

14  rules in various ways. In particular, the Community Guidelines set out twelve non-exclusive

15  "common-sense rules" about content that is prohibited from appearing on YouTube, including

16  prohibitions on sexual content, hateful content, spam, threats, and material that infringes the

17  copyrights of others. A true and correct copy of relevant portions of the YouTube Community

18  Guidelines, which are available at https://www.youtube.com/yt/about/policies/#community-

19  guidelines, is attached here as Exhibit 2.

20       7.     YouTube has also published a number of other policy documents that explain to

21  users the steps that it takes to limit the display of material that might not be appropriate for

22  younger or more sensitive users. Some of these materials are attached. A true and correct copy of

23  the YouTube page "Your Content & Restricted Mode," which is available at https://support.

24  google.com/youtube/answer/7354993?hl=en, is attached hereto as Exhibit 3. A true and correct

25  copy of the YouTube page "Disable or enable Restricted Mode," which is available at

26  https://support.google.com/youtube/answer/174084?co=GENIE.Platform%3DDesktop&hl=en, is

27  attached hereto as Exhibit 4. A true and correct copy of the YouTube page "Age-restricted

28  content," which is available at https://support.google.com/youtube/answer/2802167?hl=en, is

---

WU DECLARATION ISO DEFENDANTS' OPPOSITION       -3-       CASE NO. 5:17-cv-06064-LHK
TO MOTION FOR PRELIMINARY INJUNCTION

attached hereto as Exhibit 5. A true and correct copy of the YouTube page "Appeal the age restriction on your video," which is available at https://support.google.com/youtube/answer/1153367?hl=en, is attached hereto as Exhibit 6.

8.      In addition to these public policy documents, YouTube also maintains internal review guidelines and training materials that supply further detail about its content policies. YouTube does not disclose these materials to the public because doing so would make it easier for unscrupulous users to find loopholes in policy language or otherwise try to evade YouTube's rules. But these materials help inform YouTube's decisions about what content to remove and what content may be subject to classifications that make it easier for more sensitive users to avoid it.

**Overview of YouTube's Content Review Process**

9.      The amount of video content uploaded to YouTube is massive. Users upload on average more than 400 hours of content to YouTube every minute, or more than 500,000 hours per day on a nearly limitless range of topics.

10.      To ensure that all of this content complies with YouTube's policies and guidelines, YouTube uses a combination of automated filtering systems and manual (human) reviewers who review content 24 hours a day, 7 days a week, in multiple languages and countries around the world. These review processes determine whether content on YouTube complies with YouTube's Community Guidelines and, if so, whether it is appropriate for younger or more sensitive audiences. Given the sheer volume of content posted on the service, this is an enormous job. YouTube has employed thousands of people around the world to review content and apply its Community Guidelines and other content policies.

11.      To help inform these content-review processes, YouTube invites users to "flag" content that they think might be inappropriate or otherwise in violation of YouTube's policies. A true and correct copy of YouTube's instructions for flagging content on its platform, which is available at https://support.google.com/youtube/answer/2802027?hl=en, is attached hereto as Exhibit 7.

12.     This tool results in a large number of flags, reflecting the sheer volume of content on YouTube. On average, YouTube users flag hundreds of thousands of videos per day and we also use machine learning systems to flag more content for review by our teams. YouTube has also developed a Trusted Flagger program, comprised of NGOs, government agencies, and others with specific expertise who are provided a bulk-flagging tool to alert YouTube to content that may violate its policies. A true and correct copy of YouTube's announcement about the Trusted Flagger program, which is available at https://youtube.googleblog.com/2017/10/an-update-on-our-commitment-to-fight.html, is attached hereto as Exhibit 8.

13.     YouTube reviews flagged content 24 hours a day, 7 days a week, and removes any content that it finds to be in violation of the Community Guidelines. If YouTube determines that content does not violate the Community Guidelines, but may not be appropriate for younger audiences, YouTube may age-restrict the video in a manner that makes it unavailable to minors or change the content label (or "rating") for the video in a manner that makes it unavailable to users who have opted into its "Restricted Mode" feature, which is described in more detail below.

14.     YouTube receives significant pressure from governments and social interest groups around the world to remove or restrict access to content that those groups find harmful, dangerous, or offensive. For example, Germany's Netzwerkdurchsetzungsgesetz (network enforcement law or NetzDG) requires any internet platform with more than 2 million users to implement more efficient ways to report and delete potentially illegal content, such as slander and hate speech. Platforms that fail to remove such content within 24 hours (or within 7 days for more legally complex content), will be subject to fines of up to 50 million euros.

15.     In addition to these considerations, YouTube's efforts to enforce its content policies work to protect users from a wide range of potentially harmful or objectionable content. For example, YouTube continually works to remove videos that promote or glorify terrorism, as well as hate speech that vilifies individuals or groups based on race, ethnicity, or religion. Being able to make these kinds of decisions without fear of liability is essential to YouTube's self-regulatory efforts and to its goal of allowing for broad expression while keeping the platform safe and enjoyable for as many people as possible.

16. Protecting minors and their families is another important aspect of these efforts. In the past year, for example, YouTube has expanded its enforcement guidelines regarding child endangerment, and implemented new age-restriction policies to restrict access to content targeting families with family-friendly characters, but that include mature themes or adult humor. As of November 2017, these efforts already had resulted in the termination of over 50 channels and the removal of thousands of videos. A true and correct copy of YouTube's announcement of these efforts, which is available at https://youtube.googleblog.com/2017/11/5-ways-were-toughening-our-approach-to.html, is attached hereto as Exhibit 9.

**YouTube's Restricted Mode**

17. Some videos may not violate YouTube's Community Guidelines but nevertheless may not be appropriate for all users, including minors, students, or those with special sensitivities. With that in mind, YouTube takes various steps to allow those users to protect themselves from exposure to material that they might consider inappropriate.

18. One of those tools is "Restricted Mode." This is an optional setting that gives users the option to automatically filter out videos that YouTube has determined may contain mature content. Restricted Mode allows users to opt into a more limited YouTube experience, one that only includes videos that YouTube has deemed likely to be appropriate for sensitive viewers.

19. Many of YouTube's peer services have similar features. For example, Instagram offers an option to "hide offensive comments," which enables users to block certain comments that Instagram has determined may be offensive. Descriptions of this Instagram setting can be found at http://blog.instagram.com/post/162395020002/170629-comments and http://blog.instagram.com/post/165759350412/170926-news. Facebook recently announced a feature that will enable users to "select how much nudity, violence, graphic content and profanity" they are comfortable seeing, and filter out content for them accordingly. A news article describing Facebook's new feature can be found at https://techcrunch.com/2017/02/16/facebook-nudity-filter/.

---

20.     Likewise, parental control features such as the V-Chip have been standard among television and cable providers for decades. Like Restricted Mode, the V-Chip can be enabled to block programming based on parental guidelines ratings, which are assigned according to the industry-designed TV ratings system. The FCC's description of the operation of the V-Chip can be found at https://www.fcc.gov/consumers/guides/v-chip-putting-restrictions-what-your-children-watch.

21.     Restricted Mode is completely optional. By default, the feature is turned off, and YouTube users are free to decide whether to enable it. When Restricted Mode is turned on by a user, that user will see a more limited selection of YouTube videos, which YouTube has determined are likely to be appropriate for the more sensitive members of its audience.

22.     Only a tiny subset of YouTube's users chose to activate Restricted Mode. On an average day, approximately 1.5% percent of YouTube's users have Restricted Mode enabled. Those users include parents who may share their devices with their younger teenage children, institutions such as schools and libraries, or just members of the public who don't wish to be exposed to videos that address more mature topics. For example, Common Sense Media, a nonprofit devoted to educating the public about minors' use of media and technology, recommends that parents enable Restricted Mode to make YouTube safer for their families. Common Sense Media's recommendations regarding Restricted Mode can be found at https://www.commonsensemedia.org/youtube/is-there-a-way-to-filter-out-all-of-the-bad-language-and-age-inappropriate-videos-on-youtube.

23.     Far from being a tool for censorship, Restricted Mode actually allows YouTube to keep more videos on the service. Because users who are especially sensitive have the option to use Restricted Mode to limit what they see on YouTube, we are able to keep the general YouTube service more open and diverse, with the kind of more mature content available that we otherwise might be faced with pressure from users and others to remove from the platform altogether.

**YouTube's Processes For Classifying Videos In Connection With Restricted Mode**

24.     Restricted Mode works by excluding from display certain categories of videos YouTube has identified as containing potentially mature content that some more sensitive users may not wish to view. While those videos are not displayed to the small portion of users that have turned on Restricted Mode, they remain available to all other users on YouTube's general service.

25.     More specifically, Restricted Mode operates in conjunction with YouTube's content rating guidelines. Under these guidelines, YouTube rates all videos on the service according to a multi-level rating scale, using a combination of automated filtering technology and manual review. Videos that YouTube determines are safer and more family-friendly have ratings such as "G" or "PG." Videos rated in these categories are available in Restricted Mode. Videos that are deemed to contain content that falls into one of the six broad Restricted Mode categories described below are rated "Teen," "MA" ("Mature"), or higher, depending on the severity, graphicness, and/or focus of the mature content in the video. That is, more strongly mature content will be rated "MA" or higher, while potentially mature content will be rated "Teen." Videos rated as "Teen" or higher are excluded from Restricted Mode. Thus, users who have enabled Restricted Mode are able to view only videos that have lower content ratings, such as "PG" or "G."

26.     YouTube's content rating categories were named in reference to the parental guidelines ratings established by the television industry. Based on requests from our content creators and advertisers, as well as user feedback and public commentary, the "Teen" and "MA" categories were designed to correspond to users' general expectations about content that is appropriate only for teen or adult audiences.

27.     Content may be classified as "Teen" or higher—and thus excluded from Restricted Mode—if it falls within one or more of six general categories:

- ***Drugs and alcohol***: Talking about drug use or abuse, or drinking alcohol in videos.

- ***Sexual situations***: Overly detailed conversations about or depictions of sex or sexual activity. Some educational, straightforward content about sexual education, affection, or

identity may be included in Restricted Mode, as well as kissing or affection that's not overly sexualized or the focal point of the video.

- **_Violence_**: Graphic descriptions of violence, violent acts, natural disasters and tragedies, or even violence in the news.

- **_Mature subjects_**: Videos that cover specific details about events related to terrorism, war, crime, and political conflicts that resulted in death or serious injury, even if no graphic imagery is shown.

- **_Profane and mature language_**: Inappropriate language, including profanity.

- **_Incendiary and demeaning content_**: Video content that is gratuitously incendiary, inflammatory, or demeaning towards an individual or group.

*See* Exhibit 3. These public categories are fleshed out by more detailed internal guidelines that help YouTube's reviewers categorize content and help to make sure reviewers are not making decisions based on their own subjective opinions.

28.     The categories that can lead to "Teen" or higher labeling are based on established criteria used to rate video content (e.g., "violence" and "profane and mature language"). While YouTube's content review guidelines are detailed and thoroughly developed to guide our content reviewers, we also broadly define our content categories to allow room for the widely varying context we see in these videos and to allow YouTube's reviewers to consider that context in determining how to classify videos.

29.     The classification of videos in connection with YouTube's rating system is done using both an automated system and manual review. Most ratings are determined by the automated system, which constantly scans videos as they are uploaded or updated. This system examines various characteristics, including the video's title, metadata, a transcription of the language used in the video, among other factors, to determine whether the video should be classified as "Teen" or "Mature." Automated classifications are constantly checked against manual reviews for accuracy as part of the quality and improvement process of our classifiers.

30.     Manual review is used in different circumstances. Whenever a user appeals a Restricted Mode classification by using YouTube's Restricted Mode feedback form, a human

reviewer will review the video and, depending on his or her review, may change the video's classification if a reviewer determines the initial classification made by the automated system should be adjusted according to YouTube's guidelines. When YouTube's manual review team receives a formal feedback request, the team is presented with the video content at issue, but not the video channel or other information regarding the video's origin or uploader. In addition, videos that are flagged by users may in some circumstances undergo manual review that can result in the assignment of a "Teen" or "Mature" rating.

31.     Because YouTube's ratings decisions are context-dependent, nuanced, and based on criteria derived in part from our understanding of user expectations, Restricted Mode classifications often require case-by-case judgment calls and may evolve based on user feedback.

32.     YouTube invites users to submit instances where they think YouTube's systems have incorrectly classified a given video or where they wish to ask YouTube to review a video that is currently unavailable in Restricted Mode. To do so, users can use YouTube's official Restricted Mode feedback form, which is available at https://support.google.com/youtube/contact/yt_restricted_mode. YouTube reviews all videos submitted to its attention through this process to evaluate whether, in its judgment, the material was properly classified by the automated system. A true and correct copy of YouTube's Restricted Mode Feedback Form is attached here as Exhibit 10.

33.     In some cases, and where appropriate, YouTube changes the classification determinations made by its automated system following a user objection. The majority of these changes involve reclassifying a video as less objectionable—i.e., changing a rating from "Teen" to "PG."

34.     YouTube uses these instances of reclassification to improve and train its automated systems to more accurately rate videos. When a reviewer adds a "correct" manual classification to a video, that data is fed back into the automated system as "ground truth" training data for the classifier, which improves the system's accuracy moving forward.

**YouTube's Age-Restriction Policies**

35.     In addition to Restricted Mode, YouTube also operates a related feature that restricts access to certain videos based on viewers' age. When a video is age-restricted, a warning screen displays before the video plays, and the video will not be shown to users who are logged out, are under age 18, or have Restricted Mode enabled.

36.     Videos are only age-restricted following manual review or at the election of YouTube's content creators. When YouTube manually reviews a video that has been flagged by users who consider the video "inappropriate," it may determine that the video should be age-restricted under YouTube's policies. In addition, YouTube creators can independently decide to age-restrict their own videos.

37.     Although age-restriction and Restricted Mode both serve to help more sensitive users avoid mature content, they operate in different ways. Restricted Mode screens a broader range of content (both content that is age-restricted and content rated as potentially mature like "Teen" or "MA"), but age-restrictions apply to a wider group of users. Restricted Mode only applies to users who have chosen to enable the feature. Age-restrictions apply to all YouTube users under the age of 18.

**YouTube's Classification of PragerU Videos**

38.     PragerU's YouTube channel describes PragerU as "an online video resource promoting knowledge and clarity on life's biggest and most interesting topics." Currently, PragerU's channel has posted 345 videos and has over 1.2 million subscribers. A true and correct copy of the "About" page for PragerU's YouTube channel, which is available at https://www.youtube.com/user/PragerUniversity/about, is attached here as Exhibit 11.

39.     We have applied the ratings policies and classification processes described above to all of the videos publicly available on PragerU's channel. Based on those processes, 41 of PragerU's videos—only 11.9% of the 345 videos currently available on PragerU's channel—are currently classified as "Teen" or higher and thus are unavailable in Restricted Mode. The rest of

1    PragerU's videos (approximately 88%) are rated "PG" or "G" and are available in Restricted

2    Mode. None of PragerU's videos are age restricted.

3        40.    The classifications of PragerU's videos that are currently rated "Teen" or higher

4    are based entirely on the content of those videos. Attached hereto as Exhibit 12 is a list of

5    PragerU videos on YouTube that are rated "Teen," or higher. All of the videos listed in this chart

6    were manually reviewed by YouTube. In that review process, YouTube confirmed that the Teen

7    ratings for those videos were correct and consistent with YouTube's policies and guidelines.

8        41.    YouTube's classification of PragerU's videos as "Teen" is not based on political

9    or ideological disagreement with PragerU or with the messages communicated by its videos. Nor

10    were they based on the fact that the videos had been uploaded by PragerU. To the contrary,

11    YouTube trains its reviewers not to consider the identity of the uploader or whether they agree or

12    disagree with the ideological content of the video in determining the proper classification for

13    videos.

14        42.    The appropriateness of the Teen ratings assigned to the PragerU videos listed

15    above is clear from the videos themselves. To give a few specific examples: In a PragerU video

16    entitled "Born to Hate Jews" the narrator discusses how he used to think Jews in Israel were

17    engaged in genocide and violence against Muslims. https://www.youtube.com/watch?

18    v=xCQEmeGfFmY. Another video entitled "Why isn't Communism as hated as Nazism?"

19    describes mass murders and other atrocities in Communist countries. https://www.youtube.com/

20    watch?time_continue=1&v=nUGkKKAogDs. Another video, entitled "Are 1 in 5 Women Raped

21    at College?," https://www.youtube.com/watch?v=K0mzqL50I-w, includes an animated depiction

22    of a nearly naked man lunging at a group of women and discusses college rape culture and the

23    level of consent that should be required to engage in sexual activity. A video titled "Are the

24    Police Racist?" https://www.youtube.com/watch?v=UQCQFH5wOJo&t=213s, discusses

25    whether law enforcement engages in systemic racial discrimination and includes animations of

26    police officers and black men pointing guns at people. YouTube concluded that these and some

27    other similar PragerU videos, which deal with sexual situations, mature subject matter, and

28    violent imagery, do not meet the Restricted Mode guidelines, which are designed to meet the

1   needs of users that have chosen a more limited YouTube viewing experience free from

2   potentially mature content.  Based on that, YouTube assigned those videos a "Teen" or higher

3   rating, which keeps them available to anyone using YouTube's general service, but not available

4   to users who have chosen to activate Restricted Mode (unless and until those users turn off

5   Restricted Mode).

6   **Communications with PragerU About YouTube's Classifications**

7       43.    YouTube's records indicate that, before initiating this litigation, PragerU had

8   never submitted a formal feedback request via YouTube's Restricted Mode feedback form to

9   review the classification of its videos.[1] On a few occasions, however, PragerU contacted

10  YouTube's Partner Support and Policy teams to challenge the classifications of its videos and

11  asked that their videos be made available in Restricted Mode.

12      44.    My understanding is that YouTube received the first of these requests from

13  PragerU in the summer of 2016. YouTube responded to this request by explaining that Restricted

14  Mode is an optional setting, and that PragerU's videos all still appear on YouTube's general

15  service, even if they are not available to users who have enabled Restricted Mode. YouTube also

16  explained that it applies the same standards to everyone, and classifies videos according to its

17  policies and based on the intent, focus, and metadata of the video. Finally, we acknowledged that

18  YouTube would be happy to review (and, if appropriate, change) any automatic classifications

19  that a manual reviewer might disagree with.

20      45.    Over the next few months, PragerU repeatedly requested explanations about why

21  certain of its videos were not available in Restricted Mode and asked what it could do to make its

22  videos available. PragerU also claimed that YouTube was censoring its videos based on the

23  political viewpoint expressed in those videos. PragerU asserted that several videos it described as

24

25  _____

26      [1] I understand that since PragerU filed this lawsuit, it has submitted several feedback requests
    for YouTube to review the automated classifications of approximately seven of its videos.

27  YouTube has done so, manually reviewed those videos, changed the classification where that
    was found to be appropriate (for three of the videos) and determined that all the rest were

28  correctly classified.

"liberal" were available in Restricted Mode when PragerU's videos on the same or "similar topics" were not.

46.      YouTube repeatedly responded to these inquiries. We explained that our classification and review processes are nuanced and context-specific: "Often it's not the right approach to say that videos with the same topic should get the same rating. We'll need to take into consideration what the intent of the video is, what the focus of the video is, what the surrounding metadata of the video explains." We also explained that our manual reviewers would review any automated classifications that PragerU believed should be changed. That process was followed. YouTube reported the results of those manual reviews to PragerU, explaining in some cases that YouTube's review had led to changes in certain videos' classification (making them available to view in Restricted Mode), while in other cases the review confirmed that video in question was appropriately rated and would not be available in Restricted Mode.

47.      We also asked PragerU to provide examples of the third-party videos that PragerU referenced, so that we could determine whether those videos were correctly classified. I understand that PragerU provided some of those examples via email, and later submitted a longer list of third-party videos in the complaint filed in this case.

48.      As I explained above, YouTube has manually reviewed all of the PragerU videos that are currently classified as "Teen" and confirmed that they were properly classified.

49.      The same is true of the various third-party videos that PragerU identified in its complaint as "liberal" or "left wing." Attached hereto as Exhibit 13 is a chart listing third-party videos identified by PragerU in its complaint, along with the rating of each.

50.      As the examples in this chart show, it is the content of the video in question, not considerations of politics or ideology, that drive YouTube's rating decisions. Where YouTube finds that the content of a video warrants a "Teen" rating, it applies that rating regardless of the identity of the creator of the video or the political viewpoint being expressed. Consistent with that policy, YouTube has applied the "Teen" rating to videos from creators from across the political spectrum on similar types of topics as those addressed in PragerU's videos. For example,

as of February 8, 2018, the following videos have been rated "Teen" and are unavailable in Restricted Mode:

| Video Title | Channel Name | URL |
|---|---|---|
| US- North Korea War "At Any Moment" | The Young Turks | https://www.youtube.com/watch?v=G2OhavOE9Jw |
| Surprising Information about American Sexuality | The Young Turks | https://www.youtube.com/watch?v=vqy44BgkoKA |
| Trump Still Thinks Mexico Will Pay For The Wall | The Late Show with Stephen Colbert | https://www.youtube.com/watch?v=VIjGs_RIJcQ |
| The Trump Presidency | Last Week Tonight | https://www.youtube.com/watch?v=1ZAPwfrtAFY |
| Confederacy | Last Week Tonight | https://www.youtube.com/watch?v=J5b_-TZwQ0I |

51.    As noted above, fewer than 12% of the videos on PragerU's channel are rated "Teen" or higher and are unavailable to users who have enabled Restricted Mode. In comparison, at present, numerous YouTube channels that represent viewpoints across the political spectrum have higher, and sometimes significantly higher, percentages of their videos unavailable in Restricted Mode. The following chart provides some examples of third-party channels and, for each, the percentage of videos that are unavailable in Restricted Mode:

| Channel Name | % Unavailable in Restricted Mode |
|---|---|
| Real Time with Bill Maher | 1.12% |
| TEDx Talks | 1.52% |
| Crash Course | 5.66% |
| The Late Show With Stephen Colbert | 12.68% |
| Huffington Post | 13.90% |
| The History Channel | 24.43% |
| Midweek Politics | 24.46% |
| Vox.com | 28.27% |
| Sam Seder | 36.14% |
| BuzzFeedVideo | 40.12% |

| Al Jazeera English | 44.34% |
|---|---|
| Democracy Now | 46.00% |
| NowThis World | 47.46% |
| Last Week Tonight | 49.78% |
| The Daily Show | 54.50% |
| The Young Turks | 70.62% |

52.     These numbers reinforce the fact that YouTube's ratings decisions strive to be politically neutral. Those decisions, both generally and with respect to PragerU's videos, are based on the nature of the topics that the videos address and how the videos choose to engage with those topics. Where PragerU's videos do not include material that warrants a "Teen" or higher rating, they have not received a "Teen" or higher rating. That is the case for the vast majority of PragerU's videos, which are rated "PG" or lower—and thus available to users who have activated Restricted Mode.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 9th day of February 2018, at San Bruno, California.

By: _____

       Alice Wu

# Exhibit "B"

<pre>
 1                  UNITED STATES DISTRICT COURT
               FOR THE NORTHERN DISTRICT OF CALIFORNIA
 2                        SAN JOSE DIVISION

 3        DIVINO GROUP LLC, ET AL.,

 4             PLAINTIFFS,           CASE NO. CV-19-4749-VKD

 5        VS.                        SAN JOSE, CALIFORNIA

 6        GOOGLE LLC, ET AL.,        JUNE 2, 2020

 7             DEFENDANT.            PAGES 1 - 51

 8
                      TRANSCRIPT OF ZOOM PROCEEDINGS
 9           BEFORE THE HONORABLE VIRGINIA K. DEMARCHI
                    UNITED STATES DISTRICT JUDGE
10
               A-P-P-E-A-R-A-N-C-E-S BY ZOOM
11
          FOR THE PLAINTIFFS:   BROWNE GEORGE ROSS LLP
12                              BY:  PETER OBSTLER
                                44 MONTGOMERY STREET
13                              SUITE 1280
                                SAN FRANCISCO, CALIFORNIA 94104
14
                                BY:  DEBI ANN RAMOS
15                              801 S. FIGUEROA ST., SUITE 2000
                                LOS ANGELES, CALIFORNIA 90067
16

17        FOR THE DEFENDANTS:   WILSON SONSINI GOODRICH & ROSATI
                                BY:  BRIAN M. WILLEN
18                              1301 AVENUE OF THE AMERICA, 40TH
                                FLOOR
19                              NEW YORK, NEW YORK 10019-6022

20                              BY:  LAUREN G. WHITE
                                650 PAGE MILL ROAD
21                              PALO ALTO, CALIFORNIA 94304-1050

22           (APPEARANCES CONTINUED ON THE NEXT PAGE.)

23        OFFICIAL COURT REPORTER:   IRENE L. RODRIGUEZ, CSR, RMR, CRR
                                     CERTIFICATE NUMBER 8074
24
             PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY,
25        TRANSCRIPT PRODUCED WITH COMPUTER.
</pre>

1      A P P E A R A N C E S BY ZOOM: (CONT'D)

2      FOR INTERESTED PARTY:

                              US DEPARTMENT OF JUSTICE
3                             CIVIL DIVISION, FEDERAL PROGRAMS BRANCH
                              BY:   INDRANEEL SUR
4                             1100 L ST.
                              RM. 12010
5                             WASHINGTON, DC 20530

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1    SAN JOSE, CALIFORNIA                    JUNE 2, 2020

 2                   P R O C E E D I N G S

 3         (COURT CONVENED AT 10:24 A.M.)

 4             THE CLERK:  THE NEXT MATTER IS DIVINO GROUP VERSUS

 5    GOOGLE, CASE NUMBER 19-CV-4749.

 6             THE COURT:  GOOD MORNING.  I'M WAITING FOR THE PRIOR

 7    MATTER AND ALSO WITH OUR TECHNOLOGY.

 8         WHO WILL BE SPEAKING ON BEHALF OF DIVINO GROUP TODAY?

 9         MR. OBSTLER, YOU'RE ON MUTE.

10             MR. OBSTLER:  SORRY ABOUT THAT, YOUR HONOR.  THIS IS

11    THE MOST NERVE-RACKING PART OF THE WHOLE HEARING IS TRYING TO

12    GET THIS THING TO WORK.

13         (LAUGHTER.)

14             MR. OBSTLER:  PETER OBSTLER, MYSELF, WILL BE

15    SPEAKING ON BEHALF OF THE DIVINO PLAINTIFFS, YOUR HONOR.

16             THE COURT:  OKAY.  WHO WILL BE SPEAKING ON BEHALF OF

17    GOOGLE TODAY?

18             MR. WILLEN:  GOOD MORNING, YOUR HONOR.  THIS IS

19    BRIAN WILLEN.  ME AND MY COLLEAGUE, MS. WHITE, WILL BOTH BE

20    SPEAKING FOR GOOGLE.

21         I WILL BE ADDRESSING ANY ISSUES RELATED TO SECTION 230,

22    AND MS. WHITE WILL BE ADDRESSING ANY ISSUES RELATED TO THE

23    UNDERLYING CAUSES OF ACTION.

24             THE COURT:  ALL RIGHT.  THANK YOU VERY MUCH.

25         AND I DO HAVE MR. SUR ON BEHALF OF THE UNITED STATES.
```

The timestamp 10:24AM appears beside lines 3 through 25.

10:25AM  1    ALL RIGHT.  SO WE ARE HERE ON THE DEFENDANTS' MOTION TO

10:25AM  2    DISMISS THE SECOND AMENDED COMPLAINT.

10:25AM  3        I WILL HEAR FROM ALL PARTIES, BUT I WOULD LIKE TO START

10:25AM  4    JUST BY IDENTIFYING THE ISSUES THAT I AM MOST INTERESTED IN

10:25AM  5    HEARING ABOUT, AND THEN I'LL LET YOU MAKE YOUR ARGUMENTS, AND I

10:25AM  6    HAVE SOME VERY SPECIFIC QUESTIONS.

10:25AM  7        SO PLAINTIFFS HAVE EIGHT CLAIMS FOR RELIEF, REALLY SEVEN

10:25AM  8    CLAIMS FOR RELIEF SINCE THE EIGHTH ONE IS A REQUEST FOR

10:25AM  9    DECLARATORY RELIEF AND MORE OF A REQUEST FOR A REMEDY.

10:25AM  10       MY PRINCIPAL CONCERN IS THE PRAGER DECISION.  IT DOES SEEM

10:25AM  11   THAT THE NINTH CIRCUIT'S DECISION IN PRAGER IS DISPOSITIVE WITH

10:25AM  12   RESPECT TO THE FEDERAL CLAIMS AND PERHAPS THE CALIFORNIA

10:25AM  13   CONSTITUTION CLAIM BECAUSE OF THE FINDING THAT THE

10:25AM  14   NINTH CIRCUIT MADE THAT GOOGLE AND YOUTUBE ARE NOT STATE

10:25AM  15   ACTORS.  THAT CONCLUSION SEEMS TO ELIMINATE THOSE CLAIMS.

10:25AM  16       THE CALIFORNIA CONSTITUTION CLAIMS ARE ALSO PREMISED ON

10:26AM  17   THE IDEA THAT GOOGLE AND YOUTUBE ARE STATE ACTORS, SO THAT ONE

10:26AM  18   ALSO SEEMS TO BE ELIMINATED BY THIS DECISION.

10:26AM  19       AND THEN WITH RESPECT TO THE LANHAM ACT CLAIM, THE FINDING

10:26AM  20   THAT THE TERMS OF SERVICE AND COMMUNITY GUIDELINES ARE NOT

10:26AM  21   COMMERCIAL ADVERTISING OR PROMOTION AND THAT THE OTHER

10:26AM  22   STATEMENTS THAT ARE CONTAINED -- THAT ARE HIGHLIGHTED IN THE

10:26AM  23   SECOND AMENDED COMPLAINT ARE OPERATIONAL OR PUFFERY MEANS THAT

10:26AM  24   THE PLAINTIFFS COULD NOT PREVAIL ON THE LANHAM ACT CLAIM.

10:26AM  25       SO I WOULD LIKE TO UNDERSTAND THE PARTIES' VIEWS ON THE

10:26AM 1    SIGNIFICANCE OF <u>PRAGER</u>.  THAT'S THE FIRST THING.

10:26AM 2        AND THE SECOND ITEM THAT CAUGHT MY ATTENTION WAS THE

10:26AM 3    UNRAH ACT CLAIM WHICH DOESN'T HAVE -- DOESN'T GIVE MUCH

10:26AM 4    DISCUSSION IN THE PARTIES' PAPERS, BUT HERE'S MY QUESTION ABOUT

10:26AM 5    THE UNRAH ACT CLAIM, OR QUESTIONS.

10:26AM 6        DOES IT ACTUALLY APPLY TO THE GOOGLE YOUTUBE PLATFORM?

10:26AM 7    AND IF SO, UNDER WHAT SPECIFIC THEORY?

10:26AM 8        IF I CONSTRUE THE SECOND AMENDED COMPLAINT AS ALLEGING AN

10:27AM 9    UNWRITTEN POLICY TO DISCRIMINATE AGAINST THE LGBTQ CONTENT

10:27AM 10   CREATORS, IS THAT REALLY WITHIN THE SCOPE OF PUBLISHING

10:27AM 11   ACTIVITY UNDER SECTION 230(C)(1) OR (C)(2), WHICH HAS A GOOD

10:27AM 12   FAITH REQUIREMENT?

10:27AM 13       IS THAT KIND OF AN UNWRITTEN POLICY SUFFICIENT TO STATE A

10:27AM 14   CLAIM EVEN IF GOOGLE AND YOUTUBE'S OFFICIAL WRITTEN POLICY IS

10:27AM 15   VIEWPOINT NEUTRAL?

10:27AM 16       SO I HAVE SOME QUESTIONS AROUND THE UNRAH ACT CLAIM THAT I

10:27AM 17   WOULD LIKE THE PARTIES TO FOCUS ON.

10:27AM 18       AND THEN FINALLY I DID SEE THAT THE PLAINTIFFS DID FILE

10:27AM 19   YESTERDAY A REQUEST FOR JUDICIAL NOTICE ABOUT THE RECENT

10:27AM 20   EXECUTIVE ORDER, AND I'LL PERMIT THE PARTIES TO ADDRESS THAT,

10:27AM 21   ALTHOUGH I DO NOT SEE HOW THAT HAS ANY BEARING ON THE MOTION TO

10:27AM 22   DISMISS.

10:27AM 23       BUT THOSE ARE MY HIGH-LEVEL OBSERVATIONS AND FLAGGING

10:27AM 24   THOSE ISSUES FOR YOUR CONSIDERATION, BUT I WILL LET YOU ARGUE

10:28AM 25   HOWEVER YOU WOULD LIKE TO ARGUE.

10:28AM 1      AND SINCE IT'S THE DEFENDANTS' MOTION, I WILL GO AHEAD AND

10:28AM 2  LET GOOGLE START.

10:28AM 3      SO MR. WILLEN.

10:28AM 4          MR. WILLEN:  YES.  THANK YOU, YOUR HONOR.

10:28AM 5      I THINK I SHOULD PROBABLY TAKE YOUR FIRST SET OF QUESTIONS

10:28AM 6  FIRST WHICH HAS TO DO WITH THE IMPACT OF THE NINTH CIRCUIT'S

10:28AM 7  DECISION IN PRAGER, AND SINCE I THINK THAT RELATES TO THE

10:28AM 8  MERITS OF THE CAUSES OF ACTION RATHER THAN SECTION 230, I WILL

10:28AM 9  LET MY COLLEAGUE, MS. WHITE, ADDRESS THAT IN THE FIRST

10:28AM 10  INSTANCE.

10:28AM 11          THE COURT:  ALL RIGHT.  VERY WELL.

10:28AM 12          MS. WHITE:  THANK YOU, YOUR HONOR.

10:28AM 13      TAKING YOUR QUESTIONS IN ORDER, I'LL BEGIN WITH THE FIRST

10:28AM 14  AMENDMENT.  WE ABSOLUTELY AGREE WITH YOUR SUGGESTION THAT THE

10:28AM 15  NINTH CIRCUIT'S DECISION FORECLOSES PLAINTIFFS' FIRST AMENDMENT

10:28AM 16  CLAIM.

10:28AM 17      THEIR CLAIM IS PREDICATED ON AN INFRINGEMENT OF THEIR OWN

10:28AM 18  FIRST AMENDMENT RIGHTS, AND OF COURSE THE CASE LAW IS EXTREMELY

10:29AM 19  CLEAR FOLLOWING THE SUPREME COURT'S DECISION IN HALLECK AND NOW

10:29AM 20  THE NINTH CIRCUIT'S DECISION IN PRAGER, WHICH WAS BROUGHT BY

10:29AM 21  COUNSEL FOR PLAINTIFFS HERE AND ASSERTED CLAIMS BASED ON THE

10:29AM 22  SAME PRODUCTS AND SERVICES ON YOUTUBE'S PLATFORM THAT ARE AT

10:29AM 23  ISSUE IN THIS CASE.

10:29AM 24      THERE'S SIMPLY NO PATH FORWARD IN LIGHT OF THE COURT'S

10:29AM 25  HOLDING TO -- FOR THE COURT TO CONCLUDE THAT YOUTUBE IS A STATE

```
10:29AM   1       ACTOR.

10:29AM   2           AND PLAINTIFFS HAVE FILED A SURREPLY ADDRESSING THAT

10:29AM   3       DECISION, ALTHOUGH THEY DID NOT ADDRESS JUDGE KOH'S UNDERLYING

10:29AM   4       DECISION THAT THE NINTH CIRCUIT AFFIRMED IN THEIR OPPOSITION

10:29AM   5       BRIEF.

10:29AM   6           AND IN THEIR SURREPLY THEY CLAIM THAT THIS CASE IS

10:30AM   7       DIFFERENT BECAUSE THEY HAVE ARTICULATED A DIFFERENT STATE

10:30AM   8       ACTION THEORY UNDER THE SO-CALLED ENDORSEMENT TEST UNDER THE

10:30AM   9       SUPREME COURT SKINNER DECISION.

10:30AM  10           BUT WHETHER THE COURT CONSIDERS THE ENDORSEMENT TEST OR

10:30AM  11       THE PUBLIC FUNCTION TEST THAT WAS ARGUED IN PRAGER, THE

10:30AM  12       PARTY -- THE PLAINTIFFS MUST SHOW THAT IN ORDER TO SHOW STATE

10:30AM  13       ACTION, THAT THE CONDUCT THAT ALLEGEDLY DEPRIVED THEM OF THEIR

10:30AM  14       RIGHTS CAN FAIRLY BE ATTRIBUTED TO THE STATE OR THE GOVERNMENT.

10:30AM  15           AND THERE IS NO BASIS TO ARGUE THAT YOUTUBE, IN MONITORING

10:30AM  16       ITS SERVICE AND MODERATING CONTENT ON ITS SERVICE WAS SOMEHOW

10:30AM  17       ACTING WITH THE GOVERNMENT'S ENDORSEMENT.  AND SECTION 230 BY

10:30AM  18       ITS EXPRESS TERMS, AND THE LEGISLATIVE HISTORY CONFIRMS, THAT

10:31AM  19       THE GOVERNMENT WAS, IN FACT, SEEKING TO TAKE ITSELF OUT OF THE

10:31AM  20       PROCESS OF CONTENT MODERATION ONLINE.  SO THERE IS NO BASIS FOR

10:31AM  21       THE COURT TO CONCLUDE THAT SECTION 230 SOMEHOW PUTS A THUMB ON

10:31AM  22       THE SCALE IN FAVOR OF THE CONTENT MODERATION DECISIONS THAT

10:31AM  23       YOUTUBE MADE WITH RESPECT TO THE PLAINTIFFS' CONTENT HERE.

10:31AM  24               THE COURT:  IT SEEMS ALMOST LIKE AN ABSENCE OF

10:31AM  25       ENDORSEMENT, SORT OF AN EXPLICIT NON-ENDORSEMENT OF ANY
```

10:31AM   1    PARTICULAR MONITORING OR POLICING OR CENSORSHIP OR RESTRICTION.

10:31AM   2    IT'S LEAVING IT UP TO THE PLATFORM OR THE SERVICE PROVIDER IN

10:31AM   3    THIS CASE.

10:31AM   4         SO I TAKE YOUR POINT ABOUT THE ENDORSEMENT THEORY.  IT

10:31AM   5    DOESN'T SEEM TO FIT, BUT I WILL HEAR FROM THE PLAINTIFFS ON

10:31AM   6    THAT.

10:31AM   7         OKAY.  SO IN YOUR VIEW -- IN DEFENDANTS' VIEW DOES THE

10:32AM   8    PRAGER DECISION TAKE CARE OF THE FIRST AMENDMENT CLAIM AS WELL

10:32AM   9    AS THE CALIFORNIA CONSTITUTION CLAIM?

10:32AM  10         I MEAN, IT DOESN'T SPECIFICALLY ADDRESS THE CALIFORNIA

10:32AM  11    CONSTITUTION, THE NINTH CIRCUIT DOES NOT.  THAT WAS THE

10:32AM  12    PRAGER II DECISION.

10:32AM  13              MR. WILLEN:  THAT'S RIGHT, YOUR HONOR.  WE THINK IT

10:32AM  14    DOES.  CALIFORNIA STATE COURTS HAVE MADE CLEAR THAT THE

10:32AM  15    CALIFORNIA CONSTITUTION HAS A STATE ACTION REQUIREMENT JUST

10:32AM  16    LIKE THE FIRST AMENDMENT.

10:32AM  17         AND AS THE NINTH CIRCUIT IN PRAGER HELD, THAT TO FIND A

10:32AM  18    PRIVATE PLATFORM INVOLVED IN HOSTING EXPRESSIVE CONDUCT A STATE

10:32AM  19    ACTOR WOULD ESSENTIALLY BE A PARADIGM SHIFT AND THAT HOLDING

10:32AM  20    BEARS ON THE CALIFORNIA CONSTITUTION CLAIM AS WELL.

10:32AM  21         NOW, PLAINTIFFS HAVE INVOKED THIS NARROW AND 40-YEAR-OLD

10:33AM  22    EXCEPTION ARTICULATED BY THE CALIFORNIA SUPREME COURT IN

10:33AM  23    ROBINS VERSUS PRUNEYARD, BUT THAT DECISION WAS APPLIED TO REAL

10:33AM  24    PROPERTY GIVEN THE NATURE OF REAL PROPERTY AND HAS NEVER BEEN

10:33AM  25    EXTENDED BEYOND THE SCOPE OF REAL PROPERTY.

10:33AM  1          AND, IN FACT, EVERY CASE THAT HAS CONSIDERED SIMILAR

10:33AM  2     EFFORTS TO EXPAND ITS SCOPE TO ONLINE SERVICES HAS REJECTED

10:33AM  3     THOSE EFFORTS.  IN ADDITION TO PRAGER II THERE WAS THE DOMEN

10:33AM  4     CASE IN THE SOUTHERN DISTRICT OF NEW YORK AND JUDGE CHEN IN THE

10:33AM  5     HIQ DECISION.

10:33AM  6          THE COURT:  ALL RIGHT.  THANK YOU.

10:33AM  7      AND THE LANHAM ACT ISSUE?

10:33AM  8          MS. WHITE:  YES.  ON THAT, YOUR HONOR, I DON'T

10:33AM  9     ENTIRELY UNDERSTAND PLAINTIFFS' ARGUMENTS IN THEIR SURREPLY FOR

10:33AM 10     ATTEMPTING TO DISTINGUISH THE LANHAM ACT, BUT THERE'S

10:33AM 11     ESSENTIALLY FOUR CATEGORIES OF STATEMENTS AT ISSUE IN THEIR

10:34AM 12     CLAIM, AND THEY ALL RELATE TO STATEMENTS THAT THE NINTH CIRCUIT

10:34AM 13     CONSIDERED IN PRAGER, THOSE DEALING WITH THE TERMS OF SERVICE

10:34AM 14     DESCRIPTIONS OF RESTRICTED MODE AND SOME IMPLICIT STATEMENT BUT

10:34AM 15     NO ACTUAL STATEMENT REGARDING THE DECISION TO MAKE CERTAIN OF

10:34AM 16     PLAINTIFFS' VIDEOS UNAVAILABLE IN RESTRICTED MODE.

10:34AM 17      THE NINTH CIRCUIT ADDRESSED EACH OF THOSE CATEGORIES OF

10:34AM 18     STATEMENTS AND CLEARLY HELD THAT NO LANHAM ACT CLAIM COULD

10:34AM 19     PROCEED ON THE BASIS OF ANY OF THEM.  THEY ARE NOT MADE IN

10:34AM 20     COMMERCIAL OR PROMOTIONAL CONTEXTS AND THEY, WITH RESPECT TO

10:34AM 21     YOUTUBE'S PROMOTIONAL STATEMENTS AND MISSION STATEMENTS, ARE

10:34AM 22     NOT -- ARE ESSENTIALLY NONACTIONABLE PUFFERY.

10:34AM 23          THE COURT:  AND IF GOOGLE WERE TO ACT OR HAVE AN

10:34AM 24     INTERNAL UNWRITTEN POLICY THAT WAS INCONSISTENT WITH THOSE

10:34AM 25     PUBLIC STATEMENTS, WOULD THE ANSWER STILL BE THE SAME UNDER THE

10:35AM  1    LANHAM ACT?  DOES IT MATTER?  THOSE ARE -- THE STATEMENTS THAT

10:35AM  2    ARE PUBLIC FACING AND DESCRIBE THE PLATFORM AS BEING VIEWPOINT

10:35AM  3    NEUTRAL, THAT'S NOT ADVERTISING, THAT'S NOT PROMOTION, SO IT

10:35AM  4    DOESN'T MATTER IF, IN FACT, THAT'S NOT THE WAY IT WORKS AND

10:35AM  5    THERE'S SOME UNWRITTEN POLICY THAT DISCRIMINATES AGAINST THE

10:35AM  6    LGBT CONTENT CREATORS AND STILL NOT ACTIONABLE UNDER THE

10:35AM  7    LANHAM ACT WOULD BE YOUR VIEW?

10:35AM  8         MS. WHITE:  THAT'S RIGHT, YOUR HONOR.  TO STATE A

10:35AM  9    CLAIM UNDER THE LANHAM ACT FOR FALSE ADVERTISING, WHICH IS WHAT

10:35AM 10    I UNDERSTAND THE PLAINTIFFS CLAIM TO BE HERE, THEY HAVE TO TIE

10:35AM 11    THE CLAIM TO SOME ACTUAL STATEMENT.

10:35AM 12         SO IMPLICIT OR ABSTRACT MOTIVE IS NOT SUFFICIENT TO STATE

10:35AM 13    A CLAIM UNDER THE LANHAM ACT.

10:35AM 14         THE COURT:  ALL RIGHT.  SO I DID HAVE A QUESTION

10:35AM 15    ABOUT TRYING TO FOCUS IN ON THIS ISSUE OF PLAINTIFFS ALLEGE

10:36AM 16    DISCRIMINATION BASED ON THEIR IDENTITY AS OPPOSED TO CONTENT.

10:36AM 17         AND I DON'T KNOW IF THIS IS A QUESTION FOR YOU OR

10:36AM 18    MR. WILLEN BECAUSE IT REALLY DOES GET INTO THE QUESTION OF WHAT

10:36AM 19    IS IMMUNIZED AND WHAT IS NOT.

10:36AM 20         PLAINTIFFS SAY IN THEIR COMPLAINT THAT THEIR CONTENT IS

10:36AM 21    BLOCKED OR RESTRICTED IN SOME WAY NOT BECAUSE OF THE CONTENT

10:36AM 22    ITSELF BUT BECAUSE THE CREATORS OF THE CONTENT ARE GAY OR ARE

10:36AM 23    SEEKING TO HAVE THEIR CONTENT VIEWED BY THE LGBT COMMUNITY, SO

10:36AM 24    THEY'RE TARGETING CONTENT TO THE LGBT COMMUNITY.

10:36AM 25         SO THAT MAKES ME WONDER WHETHER THAT KIND OF CONDUCT IS,

10:36AM  1    AS I ASKED FROM THE BEGINNING, SO IF I CREDIT THAT AS AN

10:36AM  2    ALLEGATION THAT I MUST ACCEPT AS TRUE THAT IT'S A

10:36AM  3    DISCRIMINATION BASED ON IDENTITY, IS THAT WITHIN THE SCOPE OF

10:36AM  4    THE PUBLISHING ACTIVITIES UNDER SECTION (C)(1)?

10:37AM  5        AND THE SECOND PART IS IF YOU HAVE TO SHOW GOOD FAITH

10:37AM  6    UNDER (C)(2), IS THAT KIND OF DISCRIMINATION, IS THERE A

10:37AM  7    QUESTION WHETHER THAT KIND OF DISCRIMINATION IS NOT GOOD FAITH

10:37AM  8    UNDER (C)(2)?

10:37AM  9        SO THOSE ARE QUESTIONS FOR MR. WILLEN.

10:37AM  10           MR. WILLEN:  SURE.  I'D BE HAPPY TO ADDRESS THOSE,

10:37AM  11   YOUR HONOR.

10:37AM  12       SO WITH RESPECT TO (C)(1), THE COURT IS NOT WRITING ON A

10:37AM  13   BLANK SLATE HERE.  WE'VE HAD A SERIES OF DECISIONS, AT LEAST

10:37AM  14   SIX CASES IN THE LAST TWO OR THREE YEARS ALL OF WHICH HAVE

10:37AM  15   APPLIED SECTION 230(C)(1) TO CLAIMS UNDER VARIOUS

10:37AM  16   DISCRIMINATION LAWS, INCLUDING THE UNRAH ACT.

10:37AM  17       SO, FOR EXAMPLE, THE DOMEN CASE THAT MS. WHITE MENTIONED

10:37AM  18   IN THE SOUTHERN DISTRICT OF NEW YORK WAS A CLAIM OF THE

10:37AM  19   UNRAH ACT SPECIFICALLY HELD THAT THE STATE, YOU KNOW,

10:37AM  20   DISCRIMINATION LAWS AND CLAIMS ARISING UNDER THEM ARE WITHIN

10:37AM  21   THE SCOPE OF PUBLISHING ACTIVITY AT LEAST IN CERTAIN CONTEXTS

10:37AM  22   UNDER (C)(1).

10:38AM  23       WE HAVE THE SIKHS FOR JUSTICE CASE, JUDGE KOH'S DECISION,

10:38AM  24   WHICH HELD THE SAME THING AS DID TITLE II OF THE FEDERAL CIVIL

10:38AM  25   RIGHTS ACT, AND THAT DECISION WAS AFFIRMED IN AN UNPUBLISHED

10:38AM 1    DECISION BY THE NINTH CIRCUIT, WHICH SPECIFICALLY SAID THERE'S

10:38AM 2    NO, THERE'S NO REASON TO EXEMPT THIS CLAIM FROM SECTION 230.

10:38AM 3         PRAGER HELD THE SAME THING.  SIKHS VERSUS FACEBOOK, THE

10:38AM 4    FEDERAL NEWS AGENCY CASE, ALSO A JUDGE KOH DECISION.  SO

10:38AM 5    THERE'S A LONG SERIES OF CASES THAT HAVE HELD THIS.

10:38AM 6         AND WHAT THAT REFLECTS IS THAT I THINK YOU HAVE TO LOOK IN

10:38AM 7    A CASE LIKE THIS, AS THOSE COURTS DID, AT THE NATURE OF THE

10:38AM 8    ACTIVITY THAT IS GIVING RISE TO THE CLAIM.

10:38AM 9         HERE PRIMARILY WHAT THE PLAINTIFFS ARE ALLEGING IS A

10:38AM 10   CHALLENGE TO TWO THINGS:

10:38AM 11        ONE IS THE DECISIONS THAT YOUTUBE MADE WITH RESPECT TO

10:38AM 12   RESTRICTED MODE, AND THAT'S THE EXCLUSION OF CERTAIN VIDEOS

10:38AM 13   FROM BEING ELIGIBLE TO BEING SHOWN IN YOUTUBE'S RESTRICTED

10:38AM 14   MODE;

10:39AM 15        AND THE SECOND IS THE DECISION TO DEMONETIZE SOME VIDEOS,

10:39AM 16   ALTHOUGH NOT ALL OF THE VIDEOS.

10:39AM 17        SO MS. WHITE CAN CERTAINLY ADDRESS WHETHER THOSE

10:39AM 18   ALLEGATIONS EVEN STATE A CLAIM UNDER THE UNRAH ACT, BUT

10:39AM 19   ASSUMING THAT THEY DID, THAT CHALLENGE, THE SPECIFIC ISSUES AT

10:39AM 20   ISSUE HERE, PLAINLY QUALIFY AS PUBLISHING ACTIVITY AS IT'S BEEN

10:39AM 21   DEFINED BY THE NINTH CIRCUIT AND THE SERIES OF NORTHERN

10:39AM 22   DISTRICT OF CALIFORNIA AND OTHER CASES THAT I MENTIONED.

10:39AM 23        SO WITH RESPECT TO RESTRICTED MODE, THAT WAS THE EXPRESS

10:39AM 24   HOLDING OF THE PRAGER II STATE COURT DECISION CHALLENGED THE

10:39AM 25   RESTRICTED MODE CLEARLY COMES UNDER SECTION 230(C)(2) AS

10:39AM  1    PUBLISHING CONDUCT, EXCUSE ME, AND LIKEWISE THE SAME THING WITH

10:39AM  2    RESPECT TO DEMONETIZATION, AND THAT WAS CONFIRMED EVEN MORE

10:39AM  3    RECENTLY BY JUDGE KIM'S DECISION IN THE LEWIS CASE WHICH WE

10:39AM  4    SUBMITTED AS SUPPLEMENTAL AUTHORITY.  AND THAT WAS A CASE

10:40AM  5    INVOLVING DEMONETIZATION, AND THE COURT THERE EXPLAINED VERY

10:40AM  6    CLEARLY I THINK THAT DEMONETIZATION IS A FORM OF PUBLISHER

10:40AM  7    ACTIVITY.

10:40AM  8          THE COURT:  LET ME PAUSE YOU RIGHT THERE,

10:40AM  9    MR. WILLEN, BECAUSE I GET THE POINT THAT OTHER CASES HAVE HELD

10:40AM  10   THAT PUBLISHING ACTIVITY ENCOMPASSES QUITE A BROAD SWATH OF

10:40AM  11   ACTIVITY, I UNDERSTAND THAT POINT.

10:40AM  12         BUT TO PUT A REALLY FINE POINT ON IT HERE, WHAT I'M

10:40AM  13   CONCERNED ABOUT IS IF, IF THE ALLEGATION IS, AND I KNOW THAT

10:40AM  14   GOOGLE DISPUTES THAT THIS IS REALLY WHAT IS ALLEGED, BUT IF THE

10:40AM  15   ALLEGATION IS THAT, A, SOMEONE WHO DOES ALL OF THOSE PUBLISHING

10:40AM  16   ACTIVITIES IS NEVERTHELESS DISCRIMINATING ON THE BASIS OF THE

10:40AM  17   AUTHOR'S IDENTITY, THE CONTENT CREATOR'S IDENTITY, REGARDLESS

10:40AM  18   OF WHAT IT IS THAT THE CONTENT HAS IN IT, IF THAT'S THE

10:40AM  19   ALLEGATION, ARE YOU SAYING THAT THAT IS PUBLISHING ACTIVITY,

10:40AM  20   DISCRIMINATION ON THE BASIS OF, LET'S JUST SAY SEXUAL

10:41AM  21   ORIENTATION OF THE CONTENT CREATOR, THAT'S WITHIN PUBLISHING

10:41AM  22   ACTIVITY UNDER (C)(1)?

10:41AM  23         MR. WILLEN:  WELL, I WOULD SAY TWO THINGS.  SO,

10:41AM  24   FIRST OF ALL, I THINK IT'S ACTUALLY CLEAR FROM THE FACTS

10:41AM  25   ALLEGED IN THE COMPLAINT AS OPPOSED TO KIND OF RHETORIC IN THE

10:41AM   1      COMPLAINT THAT THAT'S NOT WHAT IS PLAUSIBLY ALLEGED HERE.

10:41AM   2           YOU KNOW, WE KNOW, FOR EXAMPLE, THAT ALL OF THE -- NONE OF

10:41AM   3      THE PLAINTIFFS HERE HAVE HAD ALL OF THEIR VIDEOS EXCLUDED FROM

10:41AM   4      RESTRICTED MODE, NONE OF THEM HAVE ALL OF THEIR VIDEOS NOT

10:41AM   5      ELIGIBLE FOR MONETIZATION.

10:41AM   6           SO CLEARLY IF YOU ACTUALLY LOOK AT WHAT IS GOING ON IN

10:41AM   7      THIS CASE, IT'S VERY HARD TO SAY THAT THERE IS ANY SORT OF

10:41AM   8      IDENTITY OR USER BASE DISCRIMINATION.  SO I THINK THAT'S AN

10:41AM   9      IMPORTANT POINT.

10:41AM  10           BUT AGAIN, WITH RESPECT TO SORT OF THE LEGAL QUESTION

10:41AM  11      UNDER SECTION 230, I MEAN I THINK IT DOES FOLLOW, AND THERE MAY

10:41AM  12      BE SOME CASES WHERE THIS COULD NOT BE THE CASE DEPENDING ON THE

10:41AM  13      PARTICULAR CIRCUMSTANCES.

10:41AM  14           BUT THE NINTH CIRCUIT HAS BEEN VERY CLEAR THAT SECTION

10:42AM  15      230(C)(1) APPLIES WITHOUT REGARD TO THE NATURE OF THE CAUSE OF

10:42AM  16      ACTION.

10:42AM  17           THE THING THAT YOU'RE LOOKING AT IS WHAT IS THE DUTY THAT

10:42AM  18      THE CAUSE OF ACTION IMPOSES AND WHERE THAT DUTY TAKES THE FORM

10:42AM  19      OF A COMMAND EITHER TO PUBLISH OR NOT TO PUBLISH.  THAT IS

10:42AM  20      PRECISELY WHAT SECTION 230(C)(1) PROTECTS AGAINST.  SO

10:42AM  21      WITHDRAWING CONTENT FROM PUBLICATION, CLEAR PUBLIC ACTIVITY.

10:42AM  22           SO WHERE A DISCRIMINATION CLAIM TAKES THE FORM OF SEEKING

10:42AM  23      TO IMPOSE A DUTY ON THE PLATFORM TO EITHER PUBLISH OR NOT TO

10:42AM  24      WITHDRAW FROM PUBLICATION A PARTICULAR PIECE OF CONTENT OR A

10:42AM  25      PARTICULAR USER'S CONTENT, THAT I THINK JUST UNDER THE

| | |
|---|---|
| 10:42AM | 1 |

ESTABLISHED LAW APPLIES AND KICKS THE IMMUNITY IN.

THE COURT:  THAT'S WHY I WAS ASKING THIS QUESTION IN THE CONTEXT OF THE UNRAH ACT BECAUSE THAT TO ME SEEMED LIKE THE ONLY -- IT'S NOT -- IT CAN'T BE A FIRST AMENDMENT ISSUE.  WE KNOW THAT FROM PRAGER.

MR. WILLEN:  YEAH.

THE COURT:  I DIDN'T REALLY SEE HOW . THERE'S A 14TH AMENDMENT ISSUE.  IT'S NOT REALLY PLED THAT WAY.

IT'S MORE OF AS A RESPONSE TO THE AFFIRMATIVE RESPONSE UNDER 230(C).  SO THAT'S WHY I WAS FOCUSSING ON THE UNRAH ACT BECAUSE IMAGINE THAT A PUBLISHER WAS DISCRIMINATING AGAINST A CONTENT CREATOR BASED ON RACE, AND JUST MAKE IT REAL STRAIGHTFORWARD, AND THAT WAS THE ALLEGATION.

SO LET'S JUST REMOVE IT FROM THE ACTUAL CASE HERE, BECAUSE I KNOW THAT GOOGLE HAS A DIFFERENT VIEW OF WHAT ACTUALLY IS PLED AND WHAT WAS PLAUSIBLY PLED, AND I JUST WANTED TO AVOID THAT ISSUE.

I'M ASKING YOU A HYPOTHETICAL QUESTION.  A PUBLISHER IS DISCRIMINATING AGAINST A CONTENT CREATOR ON THE BASIS OF RACE, NOT ON CONTENT, IS THAT PUBLISHING ACTIVITY UNDER (C)(1) AND IS IT IMMUNIZED -- WOULD IT ALSO BE IMMUNIZED UNDER (C)(2)?

MR. WILLEN:  YEAH.  SO I THINK THE (C)(2) QUESTION IS A DIFFICULT ONE BECAUSE OF THE GOOD FAITH LANGUAGE.

OBVIOUSLY WE HAVE NOT SPECIFICALLY RAISED (C)(2) IN CONNECTION WITH THIS MOTION.  I THINK THIS ISSUE HAS NOT

10:44AM 1   SPECIFICALLY COME UP IN THE (C)(2) CONTEXT.  I CAN IMAGINE SOME

10:44AM 2   COURTS TAKING THE POSITION THAT A PROPERLY PLEADED CLAIM OF THE

10:44AM 3   SORT THAT YOU DESCRIBE AS SORT OF FACIAL RACE DISCRIMINATION

10:44AM 4   CLAIM MAY NOT BE GOOD FAITH UNDER (C)(2), I CAN IMAGINE A COURT

10:44AM 5   TAKING THAT POSITION.

10:44AM 6       I THINK AGAIN, THOUGH, (C)(1) DOES NOT HAVE A GOOD FAITH

10:44AM 7   PROVISION, AND IT APPLIES WITH CIRCUMSTANCES AND APPLIES

10:44AM 8   DIFFERENTLY.

10:44AM 9       I THINK WE HAVE TO LOOK AT THE CARVE-OUTS THAT DO EXIST

10:44AM 10  UNDER (C)(1).  WE HAVE PARTICULAR STATUTES THAT CONGRESS CHOSE

10:44AM 11  TO EXEMPT, INTELLECTUAL PROPERTY, FEDERAL INTELLECTUAL PROPERTY

10:44AM 12  CLAIMS, CRIMINAL PROSECUTIONS, CLAIMS UNDER THE STORED

10:44AM 13  COMMUNICATIONS AND ELECTRONIC COMMUNICATIONS PRIVACY ACT.

10:45AM 14  DISCRIMINATION CLAIMS OBVIOUSLY ARE NOT, NOT THERE.

10:45AM 15      I THINK THERE COULD BE SOME STARK CASES WHERE A COURT

10:45AM 16  MIGHT FIND UNDER A PARTICULAR SET OF CIRCUMSTANCES THAT SOME

10:45AM 17  ALLEGED DISCRIMINATION DIDN'T TAKE THE FORM OF A PUBLISHER OF

10:45AM 18  ACTUALLY TARGETING PUBLISHER CONDUCT, AND, THEREFORE, DIDN'T

10:45AM 19  COME WITHIN (C)(1).

10:45AM 20      I THINK THIS CASE, WHICH IS THE CASE THAT WE HAVE TO LOOK

10:45AM 21  AT, IS I THINK CLEARLY ON THE OTHER SIDE OF THE LAW GIVEN THE

10:45AM 22  NATURE OF THE ALLEGATIONS FOCUSSED SPECIFICALLY ON RESTRICTED

10:45AM 23  MODE, FOCUSSED ON DEMONETIZATION.

10:45AM 24      WE KNOW FROM THE CASES THAT THOSE ARE CORE PUBLISHER

10:45AM 25  ACTIVITIES, AND WE KNOW FROM THE CASES THAT THE DISCRIMINATION

10:45AM 1    CLAIMS THAT ARE TARGETING THOSE KINDS OF ACTIVITIES HAVE BEEN

10:45AM 2    REPEATEDLY PRECLUDED BY SECTION 230(C)(1).

10:45AM 3        SO I DON'T THINK THERE'S ANY BASIS IN THIS CASE, GIVEN

10:45AM 4    THESE ALLEGATIONS, TO DEPART FROM THAT CONSENSUS.

10:45AM 5            THE COURT:  ALL RIGHT.  LET ME JUST ASK, DOES ANYONE

10:46AM 6    ON BEHALF OF GOOGLE WISH TO ADDRESS THE REQUEST FOR UNUSUAL

10:46AM 7    NOTICE?

10:46AM 8            MR. WILLEN:  SURE.  I'D BE HAPPY TO TALK ABOUT THAT

10:46AM 9    AS WELL.  YEAH, I THINK WE SHARE YOUR SENSE, YOUR HONOR, THAT

10:46AM 10   THE EXECUTIVE ORDER REALLY HAS NOTHING TO DO WITH THE ISSUES ON

10:46AM 11   THIS MOTION.

10:46AM 12       THE EXECUTIVE ORDER SEEMS TO US, AT LEAST THE ONLY

10:46AM 13   PROVISION OF IT THAT PURPORTS TO HAVE ANY ACTUAL PRESENT

10:46AM 14   EFFECT, WHICH IS PARAGRAPH 2, IS ADDRESSED TO AN INTERPRETATION

10:46AM 15   OF SECTION 230(C)(2)(A), WHICH SEEMS TO REDUCE TO IF YOU DON'T

10:46AM 16   QUALIFY FOR PROTECTION UNDER 230(C)(2)(A), YOU'RE NOT PROTECTED

10:46AM 17   BY SECTION 230(C)(2)(A).

10:46AM 18       SO I DON'T THINK THAT HAS ANY BEARING ON THIS MOTION WHICH

10:46AM 19   DOESN'T RELY ON SECTION 230(C)(2) AT ALL.

10:46AM 20       EVERYTHING ELSE IN THE ORDER IS SORT OF DIRECTED TO THINGS

10:46AM 21   THAT MIGHT HAPPEN IN THE FUTURE AND DIRECTIVES FOR RULE MAKING,

10:47AM 22   ET CETERA.

10:47AM 23       SO I DON'T THINK THERE'S ANYTHING TO DO WITH IT.  I DON'T

10:47AM 24   THINK IT HAS ANY BEARING ON THESE ISSUES, AND CERTAINLY IT

10:47AM 25   DOESN'T DISPLACE AND IT'S REALLY NOT CAPABLE OF DISPLACING

10:47AM 1    EITHER THE TEXT OF THE STATUTE OR THE LAW THAT HAS BEEN

10:47AM 2    ESTABLISHED WITH RESPECT TO (C)(1).

10:47AM 3         THE COURT:  ALL RIGHT.  THANK YOU FOR THAT.

10:47AM 4    IS THERE ANYTHING ELSE THAT YOU WOULD LIKE TO ARGUE IN

10:47AM 5    SUPPORT OF YOUR MOTION THAT I HAVEN'T FOCUSSED ON IN PARTICULAR

10:47AM 6    OR THAT YOU THINK NEEDS FURTHER ELABORATION AT THIS TIME?

10:47AM 7         MR. WILLEN:  I THINK THE ONLY THING, AND OBVIOUSLY I

10:47AM 8    WANT TO HEAR FROM THE PLAINTIFFS AND RESPOND TO WHAT THEY MIGHT

10:47AM 9    SAY, BUT I DO THINK THAT THE QUESTION OF THE CONSTITUTION, THE

10:47AM 10   CONSTITUTIONAL CHALLENGE TO SECTION 230 THAT THEY HAVE RAISED I

10:47AM 11   THINK, AS THE COURT RECOGNIZED, THE FINDING OF NO STATE ACTION

10:47AM 12   IN THE PRAGER CASE MAKING CLEAR THAT YOUTUBE IS A PRIVATE FORUM

10:48AM 13   AND NOT A GOVERNMENT ACTOR, I THINK THAT FINDING EQUALLY BARS

10:48AM 14   NOT JUST THE FIRST AMENDMENT CLAIM BUT ALSO ANY CHALLENGE TO

10:48AM 15   CONSTITUTIONALITY OF SECTION 230.

10:48AM 16   I THINK THE DECISION THAT IS PROBABLY MOST DIRECTLY ON

10:48AM 17   POINT IN EXPLAINING WHY THAT CHALLENGE FAILS IS THE

10:48AM 18   NINTH CIRCUIT'S DECISION IN ROBERTS VERSUS AT&T MOBILITY WHICH

10:48AM 19   WAS NOT A CASE THAT WE WERE ABLE TO CITE IN OUR PAPERS BECAUSE

10:48AM 20   IT RELATES TO AN ARGUMENT THAT THE PLAINTIFFS MADE IN THEIR

10:48AM 21   SURREPLY AND IN THEIR RESPONSE TO THE GOVERNMENT, BUT I THINK

10:48AM 22   THAT CASE WAS VERY HELPFUL.

10:48AM 23        THE COURT:  ALL RIGHT.  THANK YOU.  THANK YOU VERY

10:48AM 24   MUCH.

10:48AM 25        MR. OBSTLER, I WOULD LIKE FOR YOU TO HAVE IN MIND THE

| | | |
|---|---|---|
| 10:48AM | 1 | QUESTIONS THAT THE COURT ASKED AT THE BEGINNING, SO JUST TO |
| 10:48AM | 2 | REVIEW THE SIGNIFICANCE OF THE PRAGER DECISION ON YOUR FEDERAL |
| 10:48AM | 3 | CLAIMS AND POSSIBLY THE CALIFORNIA CONSTITUTION CLAIM AS WELL; |
| 10:48AM | 4 | THE QUESTIONS THAT THE COURT HAD ABOUT THE APPLICATION OF |
| 10:49AM | 5 | 230(C)(1) AND (2) AND THE CONTEXT OF THE INTENTIONAL |
| 10:49AM | 6 | DISCRIMINATION, AND I FRAMED IT AS A QUESTION UNDER THE |
| 10:49AM | 7 | UNRAH ACT, BUT YOU MAY THINK OF IT DIFFERENTLY, AND THEN I'LL |
| 10:49AM | 8 | ALSO GIVE YOU AN OPPORTUNITY TO -- I WOULD LIKE YOU TO ADDRESS |
| 10:49AM | 9 | YOUR REQUEST FOR JUDICIAL NOTICE AND LET ME KNOW WHY YOU THINK |
| 10:49AM | 10 | IT MATTERS TO THE MOTION TO DISMISS.  AND MAYBE IT'S JUST |
| 10:49AM | 11 | SPECIFICALLY TO THE GOVERNMENT'S POSITION ON THE MOTION TO |
| 10:49AM | 12 | INTERVENE, BUT I'D LIKE TO JUST UNDERSTAND THAT, AND ANYTHING |
| 10:49AM | 13 | ELSE THAT YOU WOULD LIKE TO ARGUE.  ALL RIGHT. |
| 10:49AM | 14 | MR. OBSTLER:  THANK YOU SO MUCH, YOUR HONOR. |
| 10:49AM | 15 | I REALLY APPRECIATE AN OPPORTUNITY TO GET A HEARING ON |
| 10:49AM | 16 | THIS CASE BECAUSE I THINK THERE ARE A LOT OF MISCONCEPTIONS |
| 10:49AM | 17 | ABOUT WHAT WE HAVE ALLEGED IN 126 PAGES AND 354 PARAGRAPHS. |
| 10:49AM | 18 | I'M GOING TO ANSWER ALL OF YOUR QUESTIONS, BUT I'M GOING |
| 10:49AM | 19 | TO REFER VERY CLOSELY TO THE COMPLAINT IN DOING THAT BECAUSE I |
| 10:49AM | 20 | THINK A LOT OF WHAT THEY'RE REALLY ARGUING WHEN YOU PEEL BACK |
| 10:50AM | 21 | THE ONION IS FACT BASED.  IF THEY'RE DISCRIMINATING, THESE |
| 10:50AM | 22 | ARGUMENTS FALL APART. |
| 10:50AM | 23 | I'LL START WITH THE PRAGER CASE.  I THINK WAY TOO MUCH |
| 10:50AM | 24 | TIME -- AND I BEAR A LOT OF RESPONSIBILITY FOR THIS BECAUSE I |
| 10:50AM | 25 | LITIGATED THE PRAGER CASE -- IS BEING SPENT ON STATE ACTION. |

| | |
|---|---|
| 10:50AM | 1 |

I'M GOING TO SUBMIT HERE ON STATE ACTION.  I DON'T WANT TO
WASTE ANY MORE TIME ON IT.  I THINK YOUR HONOR HAS HER VIEWS.

MY ONLY ISSUE WITH THE STATE ACTION DECISIONS THAT HAVE
COME DOWN SO FAR IS THAT THERE IS NOT A CLEAR PLEADING STANDARD
ON WHAT YOU WOULD HAVE TO PLEAD TO PLEAD PUBLIC FUNCTION OR TO
PLEAD ENDORSEMENT.

SO IF I COULD KNOW THAT, I COULD THEN MAKE A GOOD FAITH
DECISION AS TO WHETHER OR NOT I CAN ALLEGE THOSE TYPES OF
FACTS.  I WOULD LIKE TO HOLD, THOUGH, UNLESS THE COURT REALLY
WANTS TO HEAR FROM ME NOW ON THAT ISSUE, I WOULD REALLY LIKE TO
HOLD THAT TO THE END BECAUSE, FRANKLY, I'M PRETTY MUCH PREPARED
TO SUBMIT ON THAT.  WE'RE GOING TO HAVE TO GO UP ON THIS, AND
IT MAY BE THAT PRAGER AND HALLECK ENDS EVERYTHING.  I
UNDERSTAND THAT.  OKAY.  I DON'T THINK THAT'S THE KEY ISSUE IN
MY CASE AT THIS POINT.

THE COURT:  THE STATE ACTION ISSUE MAKES YOUR FIRST
AMENDMENT CLAIM YOUR WEAKEST CLAIM.

MR. OBSTLER:  I WOULD ABSOLUTELY AGREE WITH THAT,
YOUR HONOR.  I THINK SKINNER AND THE CONSTITUTIONALITY -- AND
SO SKINNER IS SORT OF UPSIDE-DOWN ON THE CONSTITUTIONALITY
ARGUMENT, BUT I WOULD AGREE THAT THAT, OF ALL OF THE CLAIMS IN
THIS CASE AT THIS POINT, DEPENDING ON WHAT THE STANDARD IS, IF
THAT'S THE WEAKEST CLAIM IN THIS CASE.

NOW, I WILL SAY THEY HAVE MERGED THEIR TERMS OF SERVICE
RECENTLY SO A VIOLATION ON YOUTUBE CAN ALSO LEAD TO THEM TAKING

| | | |
|---|---|---|
| 10:51AM | 1 | ANDROID DEVICES AWAY, CAN LEAD TO THEM SHUTTING DOWN ALL SORTS |
| 10:51AM | 2 | OF GOOGLE SERVICES.  THEY'RE VERY INVOLVED IN ELECTIONS.  WE |
| 10:51AM | 3 | KNOW THAT FOR WHAT WENT ON IN THE DISASTER THAT HAPPENED IN THE |
| 10:51AM | 4 | CAUCUSES. |
| 10:51AM | 5 | THE COURT:  I WOULD RATHER NOT GET INTO THINGS THAT |
| 10:51AM | 6 | ARE NOT ALLEGED IN YOUR COMPLAINT. |
| 10:51AM | 7 | MR. OBSTLER:  YOUR HONOR, WE HAVE ALLEGED THAT THEY |
| 10:51AM | 8 | ARE INVOLVED IN THESE FUNCTIONS.  WE HAVE ALLEGED THAT.  IF I |
| 10:51AM | 9 | NEED TO ALLEGE MORE SPECIFICITY BECAUSE I'VE GOT SOME VERY |
| 10:51AM | 10 | STRINGENT PLEADING REQUIREMENTS HERE, WE CAN TAKE A LOOK AT |
| 10:52AM | 11 | THAT. |
| 10:52AM | 12 | SO MY ONLY REQUEST ON THAT IS THAT THE COURT ARTICULATE |
| 10:52AM | 13 | THE STANDARD WHY WE FAIL AND GIVE US LEAVE TO CONSIDER WHETHER |
| 10:52AM | 14 | WE CAN AMEND, BUT OTHERWISE WE'RE PREPARED TO GO UP ON THAT |
| 10:52AM | 15 | ISSUE, YOUR HONOR. |
| 10:52AM | 16 | THE COURT:  ALL RIGHT.  LET'S HEAR ABOUT YOUR |
| 10:52AM | 17 | ARGUMENTS THAT DON'T RELY ON STATE ACTION. |
| 10:52AM | 18 | MR. OBSTLER:  OKAY.  LET'S START WITH LANHAM.  THEY |
| 10:52AM | 19 | SEEM TO BE FOCUSSED VERY MUCH ON THE STATEMENTS ABOUT FREEDOM |
| 10:52AM | 20 | OF EXPRESSION AND ALL THIS TYPE OF STUFF.  THAT'S NOT THE BASIS |
| 10:52AM | 21 | FOR A LANHAM CLAIM. |
| 10:52AM | 22 | THE BASIS FOR A LANHAM CLAIM IS THEY WEAR TWO HATS. |
| 10:52AM | 23 | THEY'RE ONE OF THE LARGEST CONTENT CREATORS ON THE YOUTUBE |
| 10:52AM | 24 | PLATFORM.  THEY HAVE PREFERRED CONTENT DEALS WITH MAJOR, MAJOR |
| 10:52AM | 25 | MAINSTREAM PUBLISHERS.  SO THEY'RE WEARING TWO HATS. |

| | |
|---|---|
| 10:52AM | 1 |

10:52AM   1       AND WHAT THEY'RE DOING, YOUR HONOR, AND I HOPE YOU CAN SEE

10:52AM   2   THIS, THIS IS WHAT APPEARS --

10:52AM   3       THE COURT:  THAT'S OKAY.  I HAVE THE COMPLAINT.  YOU

10:52AM   4   DON'T NEED TO PUT IT ON THE VIDEO.

10:52AM   5       MR. OBSTLER:  YEAH.  THEY ARE SAYING TO ALL SORTS OF

10:52AM   6   VIEWERS AND AUDIENCES AROUND THE COUNTRY THAT MY CLIENT'S

10:52AM   7   VIDEOS ARE INAPPROPRIATE BECAUSE THEY CONTAIN SHOCKING CONTENT,

10:53AM   8   SEXUAL OR NUDITY, DRUGS, VIOLENCE, ET CETERA.  THAT'S WHAT THEY

10:53AM   9   ARE TELLING THE AUDIENCES WHEN THEY RESTRICT THOSE VIDEOS.

10:53AM   10      THIS CASE, BY THE WAY, IS NOT JUST ABOUT RESTRICTED MODE.

10:53AM   11  IT'S ABOUT EVERY SINGLE SERVICE THAT GOOGLE AND YOUTUBE OFFER

10:53AM   12  WHERE THE TRIGGER TO OBTAIN THE SERVICE IS BASED ON A CONTENT

10:53AM   13  BASED REVIEW OR CONTENT BASED PROCEDURE.

10:53AM   14      SO MY ARGUMENT IN LANHAM IS THAT THEY'RE USING THEIR ROLE

10:53AM   15  AS CONTENT REGULATORS TO BRAND OUR CONTENT AS INAPPROPRIATE, SO

10:53AM   16  WHEN THE READER LOOKS TO SEE WHAT IS ON RESTRICTED MODE, THEY

10:53AM   17  HAVE A LIST AND THAT IS AN AFFIRMATIVE STATEMENT THAT THEY HAVE

10:53AM   18  REVIEWED THE CONTENT AND THAT THEY HAVE FOUND THE CONTENT TO

10:53AM   19  VIOLATE THAT RULE.

10:53AM   20      THE COURT:  SO LET ME PAUSE YOU THERE FOR A MOMENT

10:53AM   21  AND LET ME MAKE SURE THAT I UNDERSTAND WHAT YOU'RE SAYING THE

10:53AM   22  LANHAM ACT CLAIM IS.

10:53AM   23      IS IT A FALSE ADVERTISING CLAIM UNDER 1125(A)(1)(B)?

10:54AM   24      MR. OBSTLER:  YES, YES.

10:54AM   25      THE COURT:  OKAY.  SO THEN YOU HAVE TO GO THROUGH

10:54AM  1    THE ELEMENTS.

10:54AM  2         SO IF YOU HAD TO TELL ME AN ANSWER TO THIS QUESTION, WHAT

10:54AM  3    IS THE FALSE OR MISLEADING STATEMENT?

10:54AM  4         MR. OBSTLER:  THE FALSE OR MISLEADING STATEMENT THAT

10:54AM  5    THEY'RE MAKING IS THAT MY CLIENT'S VIDEOS ARE INAPPROPRIATE

10:54AM  6    SEXUALLY, CONTAIN SEXUAL NUDITY OR MATERIAL, CONTAIN VIOLENCE,

10:54AM  7    WHEN, IN FACT, THAT IS NOT TRUE BECAUSE THEY'RE NOT EVEN

10:54AM  8    LOOKING AT THE CONTENT.

10:54AM  9         THE COURT:  AND YOU'RE SAYING THAT THE STATEMENT IS

10:54AM 10    IMPLICIT BECAUSE A SCREEN DISPLAY THAT INDICATES TO THE VIEWER

10:54AM 11    THAT THAT IS BLOCKED, OR NOT AVAILABLE IN RESTRICTED MODE,

10:54AM 12    IMPLIES THAT IT MUST MEET ONE OF THOSE CATEGORIES OF CONTENT

10:54AM 13    THAT GOOGLE WILL NOT PERMIT TO BE SHOWN IN THAT MODE.

10:54AM 14         IS THAT THE THEORY?

10:54AM 15         MR. OBSTLER:  THAT IS CORRECT, YOUR HONOR.

10:54AM 16    BUT IT GOES A LITTLE DEEPER THAN THAT, OKAY?  BECAUSE IT

10:54AM 17    ALSO -- AND THIS OVERLAPS WITH THE (C)(1)(A) ISSUE, AND WE'VE

10:55AM 18    ALLEGED THIS AND THE FROSCH DECLARATION CONTAINS IT, TOO.

10:55AM 19         THEY'RE NOT ONLY USING DISCRIMINATORY ALGORITHMS TO DO

10:55AM 20    THIS.  THEY'RE ACTUALLY EMBEDDING METADATA INTO MY CLIENT'S

10:55AM 21    VIDEOS THAT ALLOW THE ALGORITHM TO DO THE PROFILE.

10:55AM 22         AGAIN, UNTIL WE DO DISCOVERY, THIS IS GOING TO BE A VERY

10:55AM 23    COMPLICATED CASE, AND WE'RE SAYING SHOW US THE CODE AND SHOW US

10:55AM 24    HOW THIS WORKS.

10:55AM 25         BUT WE DID A TEA VIDEO, AS YOUR HONOR KNOWS, WHERE WE

10:55AM 1    ALLEGED AND WHERE WE PUT IN BOTH TAG LINES AND THEN WE PUT IT

10:55AM 2    IN WITHOUT THE TAG LINES AND ALL IT SAYS IS WE LIKE TEA.  IT

10:55AM 3    GOT RESTRICTED.

10:55AM 4        AND AS MS. FROSCH WAS TOLD AT THE MEETINGS, HOW COULD THAT

10:55AM 5    HAVE HAPPENED UNLESS SOMEBODY PUT SOME METADATA IN THERE THAT

10:55AM 6    ALLOWED THAT ALGORITHM TO FIND YOU.

10:55AM 7        AND SO WHAT WE'RE SAYING IS THAT BECAUSE THEY'RE SUCH

10:56AM 8    LARGE CONTENT CREATORS, AND THEY'RE USING THEIR ROLE AS CONTENT

10:56AM 9    REGULATORS TO ALSO FALSELY BRAND CONTENT THAT IS ABSOLUTELY

10:56AM 10   APPROPRIATE AS INAPPROPRIATE, AND THAT BLOCKS OUR REACH, AND

10:56AM 11   THAT'S HOW THEY'RE COMPETING WITH US.

10:56AM 12       THE COURT:  RIGHT.  SO THAT DOESN'T SOUND SO MUCH

10:56AM 13   LIKE FALSE ADVERTISING, AND SO THAT'S WHY I WAS ASKING YOU, IS

10:56AM 14   IT A FALSE ADVERTISING CLAIM OR IS IT SOMETHING ELSE?

10:56AM 15       MR. OBSTLER:  WHEN YOU SAY THAT THAT DOESN'T SOUND

10:56AM 16   LIKE FALSE ADVERTISING --

10:56AM 17       THE COURT:  YOU'RE SAYING -- SO YOU'RE FALSELY

10:56AM 18   BRANDING -- YOUR THEORY IS THAT GOOGLE AND YOUTUBE ARE FALSELY

10:56AM 19   BRANDING YOUR CLIENT'S CONTENT?

10:56AM 20       MR. OBSTLER:  THAT'S CORRECT, BUT THEY'RE DOING IT

10:56AM 21   BY SHOWING EVERY VIEWER WHO GOES THERE (INDICATING).

10:56AM 22       MY WIFE THE OTHER DAY ACTUALLY GOT A RESTRICTED MODE

10:56AM 23   NOTICE ON HER FACEBOOK PAGE.  SO THE RESTRICTED MODE IS NOW

10:56AM 24   GOING ACROSS PLATFORM.  AND SHE LOOKED IT UP AND SHE SAID WHAT

10:56AM 25   IS GOING ON HERE?

10:56AM 1    THE POINT IS -- I'M SORRY, THE POINT IS --

10:57AM 2        THE COURT:  AGAIN, I'M JUST TRYING TO FIGURE OUT HOW

10:57AM 3    YOUR CLAIM FITS THE CLAIM THAT YOU'VE ALLEGED UNDER THE

10:57AM 4    LANHAM ACT, HOW YOUR FACTS FIT THAT CLAIM.  I'M STILL

10:57AM 5    STRUGGLING A LITTLE BIT WITH ALL OF THE ELEMENTS THAT YOU HAVE

10:57AM 6    TO SHOW FOR THE LANHAM ACT.

10:57AM 7        THE QUESTION THAT THE NINTH CIRCUIT FOCUSSED ON WAS THAT

10:57AM 8    THE STATEMENTS, AND THE SAME ARGUMENTS WERE MADE IN THAT CASE

10:57AM 9    AS FAR AS I CAN TELL, THE STATEMENTS WERE NOT MADE IN

10:57AM 10   COMMERCIAL ADVERTISING OR PROMOTION.

10:57AM 11       MR. OBSTLER:  YEP.

10:57AM 12       THE COURT:  THE FALSE STATEMENTS.

10:57AM 13   RATHER, THE STATEMENTS THAT WERE MADE WERE DESCRIBING

10:57AM 14   TRUTHFULLY WHAT HAD HAPPENED AS IN THIS GOT FLAGGED AS

10:57AM 15   SOMETHING THAT WOULD BE EXCLUDED FROM RESTRICTED MODE.

10:57AM 16   SO -- AND THE IMPLEMENTATION OF THAT, THE GUIDELINES THAT

10:57AM 17   RESULTED IN THAT DISPLAY BEING AS YOU DESCRIBE WERE NOT

10:58AM 18   ADVERTISING OR PROMOTION.

10:58AM 19   SO IN LIGHT OF PRAGER, HOW DO YOU AVOID THE CONCLUSIONS

10:58AM 20   THAT THAT COURT REACHED?  HOW DO YOU AVOID THOSE AND

10:58AM 21   EFFECTIVELY HAVE A CLAIM IN THIS CASE THAT DOESN'T HIT THOSE

10:58AM 22   SAME BARRIERS?

10:58AM 23       MR. OBSTLER:  BECAUSE THE COURT IN PRAGER MADE AN

10:58AM 24   INAPPROPRIATE FACTUAL FINDING.

10:58AM 25       THE COURT:  OKAY.  SO WHAT IS THE INAPPROPRIATE

10:58AM  1       FACTUAL FINDING?

10:58AM  2              MR. OBSTLER:  YEAH.  IT SAID THERE WAS NO

10:58AM  3       RELATIONSHIP BETWEEN THE STATEMENT THAT IS RESTRICTED IN ANY

10:58AM  4       ADVERTISING OR STATEMENT ABOUT THE QUALITY OF THE VIDEO.  THAT

10:58AM  5       WAS PLED IN THE COMPLAINT.

10:58AM  6          I ADMIT IT SHOULD HAVE BEEN MORE CLEARER.  WE EXPRESSLY

10:58AM  7       PLED THAT HERE, AND IT IS BY IMPLICATION AS YOU POINTED OUT

10:58AM  8       UNDER THE GRUBBS DECISION OR WHATEVER.

10:58AM  9          I MEAN, THIS IS THE INTERNET AND THEY'RE USING -- THEY'RE

10:58AM  10      RESTRICTING THE VIDEO.  THE PERSON LOOKED AT THAT RESTRICTION

10:58AM  11      AND WHAT IS IT -- WHY WOULD THEY RESTRICT THE VIDEO?  THERE HAS

10:58AM  12      TO BE SOMETHING WRONG WITH THAT VIDEO AND PEOPLE SEE THAT.

10:59AM  13          AND I THINK THAT IT IS A FACTUAL ISSUE AS TO WHETHER OR

10:59AM  14      NOT THERE IS A CONNECTION BETWEEN THIS STATEMENT OF FACT "MY

10:59AM  15      VIDEO IS RESTRICTED" AND A STATEMENT OF FACT ABOUT WHETHER OR

10:59AM  16      NOT THAT VIDEO CONTAINS INAPPROPRIATE MATERIAL, SHOCKING AND

10:59AM  17      SEXUALLY EXPLICIT, OR AS THE FLOOR MANAGER FOR GOOGLE SAID

10:59AM  18      "BECAUSE YOU'RE GAY" AND PUTTING THAT OUT ON THE NETWORK TO

10:59AM  19      EVERYBODY.

10:59AM  20          SECOND OF ALL, IF I WOULD GET LEAVE TO AMEND BECAUSE WE

10:59AM  21      JUST LEARNED THIS, RESTRICTED MODE SWEEPS BROADER THAN WHAT

10:59AM  22      THEY'VE TOLD US AND WHAT THEY'VE REPRESENTED TO THE COURT.  WE

10:59AM  23      NOW HAVE EVIDENCE THAT RESTRICTED MODE IS GOING TO PEOPLE WHO

10:59AM  24      DON'T EVEN HAVE IT ON, AND IT'S GOING ACROSS THE PLATFORM.

10:59AM  25          I'M SORRY, I LEARNED THAT RECENTLY.  THIS CASE HAS BEEN

10:59AM  1    EVOLVING.  WE HAVEN'T GOTTEN A SINGLE LICK OF DISCOVERY ON THIS

10:59AM  2    TO DATE, YOUR HONOR.

10:59AM  3             THE COURT:  RIGHT.  IT'S NOT UNUSUAL THAT AT THE

10:59AM  4    PLEADING STAGE YOU WOULDN'T HAVE HAD DISCOVERY.

10:59AM  5             MR. OBSTLER:  FAIR ENOUGH.

11:00AM  6             THE COURT:  THAT'S WHY WE'RE AT THE PLEADING STAGE.

11:00AM  7             MR. OBSTLER:  YEAH.

11:00AM  8             THE COURT:  SO THE ISSUE I STILL THINK IS

11:00AM  9    CHALLENGING FOR YOU IS CHARACTERIZING THESE STATEMENTS AS

11:00AM  10   ADVERTISING OR PROMOTION.  I THINK THAT'S STILL A CHALLENGING

11:00AM  11   POINT.

11:00AM  12       AND EVEN IF YOU HAD DISCOVERY ABOUT HOW RESTRICTED MODE IS

11:00AM  13   BEING APPLIED OR MISAPPLIED IN YOUR VIEW, OR OVERINCLUSIVE OR

11:00AM  14   UNDERINCLUSIVE, HOW IS THAT ADVERTISING OR PROMOTION IF WHAT

11:00AM  15   APPLE -- I'M SORRY, APPLE -- IF WHAT GOOGLE AND YOUTUBE ARE

11:00AM  16   DOING ARE SIMPLY SAYING THIS IS THE RESULT OF WHATEVER IT IS

11:00AM  17   BEHIND THE SCENES THAT RESULTED IN AN EXCLUSION FROM RESTRICTED

11:00AM  18   MODE, WHETHER IT'S A HUMAN DOING IT OR AN ALGORITHM DOING IT OR

11:00AM  19   A COMMUNITY FLAG, OR WHATEVER THE MECHANISM IS, THEY'RE

11:00AM  20   REPORTING ON THAT BLACK SCREEN THAT THAT PARTICULAR CONTENT IS

11:00AM  21   SUBJECT TO RESTRICTED MODE.

11:00AM  22       THAT'S A FACTUAL STATEMENT.

11:01AM  23             MR. OBSTLER:  CORRECT, YOUR HONOR.

11:01AM  24             THE COURT:  AND SO -- YOU KNOW, IT'S A LITTLE BIT --

11:01AM  25   WE CAN GET TO THE QUESTION OF WHETHER, YOU KNOW, WHAT THE

11:01AM  1      INTERSECT IS WITH SECTION 230, BUT JUST FOCUSSING ON JUST THE

11:01AM  2      LANHAM ACT CLAIM ITSELF AND WHETHER YOU MEET THE ELEMENTS, I'M

11:01AM  3      STILL HAVING TROUBLE WITH THE ALLEGATION THAT THAT IS REALLY

11:01AM  4      COMMERCIAL ADVERTISING OR PROMOTION.

11:01AM  5              MR. OBSTLER:  BUT THAT IS EXACTLY WHAT THE COURT

11:01AM  6      STRUGGLED WITH IN GRUBBS.  THAT IS EXACTLY WHAT THE COURT

11:01AM  7      STRUGGLED WITH IN THE DECISIONS THAT ARE CITED IN PRAGER AND

11:01AM  8      EVERY SINGLE ONE OF THEM WAS DONE ON A FACTUAL RECORD.  THERE

11:01AM  9      ISN'T A MOTION TO DISMISS IN ANY OF THOSE CASES.

11:01AM  10      NOW, I HAD TO MAKE A STRATEGIC DECISION OBVIOUSLY, AS TO

11:01AM  11      WHETHER WE WERE GOING TO MOVE FOR RECONSIDERATION WITH THE

11:01AM  12      NINTH CIRCUIT IN PRAGER.  WE CHOSE NOT TO DO SO.  THAT'S NOT

11:01AM  13      THIS CASE.  IT SHOULDN'T BE HERE, BUT YOU WERE ASKING ABOUT THE

11:01AM  14      CONSEQUENCES OF PRAGER.

11:01AM  15      FOR PRAGER PURPOSES WE CAN HAVE A LEGITIMATE DISPUTE, BUT

11:01AM  16      I THINK HERE WE ARE EXPRESSING ALLEGING THAT THESE ARE

11:02AM  17      STATEMENTS OF FACT THAT ARE BRANDING OUR VIDEOS AS

11:02AM  18      INAPPROPRIATE AT THE SAME TIME THAT THEY ARE NOT RESTRICTING

11:02AM  19      THEIR VIDEOS AND PUTTING THAT STUFF ON THEIR STUFF AND THAT TO

11:02AM  20      ME IS IMPLICIT FALSE ADVERTISING UNDER GRUBBS AND UNDER THE

11:02AM  21      OTHER CASES.

11:02AM  22      AND IF WE DEVELOP A RECORD, AND IT'S PRETTY CLEAR THAT

11:02AM  23      THIS IS NOT EVEN IN THE BALLPARK, YOUR HONOR, I'LL DISMISS THE

11:02AM  24      CLAIM.  BUT I THINK WE SHOULD GET AN OPPORTUNITY TO DO SOME

11:02AM  25      DISCOVERY ON THAT CLAIM.  I THINK THIS IS COMMERCIAL

11:02AM 1    ADVERTISING AS ALLEGED, AND I BELIEVE THAT BASED ON DISCOVERY

11:02AM 2    AND IF YOU LOOK AT THE CASES AND IF YOU LOOK AT WHAT THEY

11:02AM 3    CONSIDERED IN THOSE CASES, THIS IS NOT A ONE SIZE FITS ALL.

11:02AM 4    THIS CASE IS EXTREMELY DIFFERENT AND ESPECIALLY GIVEN THE

11:02AM 5    NATURE OF MY CLIENTS AND WHAT THAT STATEMENT MEANS ON THEIR

11:02AM 6    VIDEOS.

11:02AM 7        THE COURT:  ALL RIGHT.  LET ME JUST ASK BECAUSE

11:02AM 8    THERE SEEMS TO BE SOME AMBIGUITY ABOUT THIS IN THE BRIEFING.

11:02AM 9        DO THE PLAINTIFFS ALSO ALLEGE AN 1125(A)(1)(A) FALSE

11:02AM 10   ASSOCIATION CLAIM OR ARE YOU LIMITING YOUR CLAIM UNDER THE

11:02AM 11   LANHAM ACT TO FALSE ADVERTISING?

11:03AM 12       MR. OBSTLER:  AT THIS POINT WE'RE LIMITING UNDER

11:03AM 13   FALSE ADVERTISING.

11:03AM 14       THE COURT:  OKAY.

11:03AM 15       MR. OBSTLER:  I HAVEN'T THOUGHT ABOUT THE FALSE

11:03AM 16   ASSOCIATION CLAIM TO BE HONEST, YOUR HONOR.

11:03AM 17       THE COURT:  OKAY.

11:03AM 18       MR. OBSTLER:  THE CONCERN IS, AND IT GOES TO THE

11:03AM 19   THEORY IN THE WHOLE CASE, IS THAT WE THINK THAT THE WEARING OF

11:03AM 20   THE TWO HATS AND THE USE OF THE COMPUTERS, BECAUSE THEY CAN'T

11:03AM 21   HAVE HUMANS DO THIS STUFF, HAS GOTTEN TO THE POINT WHERE IT HAS

11:03AM 22   GOTTEN ANTICOMPETITIVE.

11:03AM 23       I UNDERSTAND THE LIMITS OF A LANHAM ACT CLAIM AS OPPOSED

11:03AM 24   TO AN ANTITRUST OR A UCL CLAIM, AND I RESPECT THAT.  I

11:03AM 25   UNDERSTAND THE ISSUE HERE IS COMMERCIAL ADVERTISING.  I

|          |    |                                                              |
|----------|----|--------------------------------------------------------------|
| 11:03AM  | 1  | UNDERSTAND THAT IT IS VERY LEGITIMATE FOR YOUR HONOR TO SAY,  |
| 11:03AM  | 2  | BOY, IT'S A FACT -- IT'S SAYING YOU'RE RESTRICTED.           |
| 11:03AM  | 3  | BUT THE QUESTION IS, YOUR HONOR, DON'T YOU ASK YOURSELF       |
| 11:03AM  | 4  | WHY WHEN YOU SEE THAT?  ISN'T IT REASONABLE TO SUGGEST THAT   |
| 11:03AM  | 5  | PEOPLE ARE SAYING WHY?                                        |
| 11:03AM  | 6  | AND FURTHERMORE, IF THE VIDEO ISN'T CONTAINING THAT           |
| 11:03AM  | 7  | MATERIAL, WHY IS IT BEING RESTRICTED?  THAT IN AND OF ITSELF IS |
| 11:04AM  | 8  | A FALSE STATEMENT.  IT MAY NOT BE FALSE ADVERTISING.          |
| 11:04AM  | 9  | THE COURT:  I UNDERSTAND YOUR THESIS FOR THE LANHAM           |
| 11:04AM  | 10 | ACT CLAIM.                                                   |
| 11:04AM  | 11 | SO LET ME ASK YOU TO ADDRESS THE QUESTION THAT I HAD         |
| 11:04AM  | 12 | RAISED AND THAT MR. WILLEN AND I SPENT SOME TIME DISCUSSING,  |
| 11:04AM  | 13 | WHICH IS THAT WHETHER THERE IS IMMUNITY UNDER 230(C)(1) AND (2) |
| 11:04AM  | 14 | IN THE CONTEXT OF A CLAIM FOR INTENTIONAL DISCRIMINATION BASED |
| 11:04AM  | 15 | ON IDENTITY.                                                 |
| 11:04AM  | 16 | MR. OBSTLER:  YES, YOUR HONOR.  THIS IS PROBABLY THE          |
| 11:04AM  | 17 | MOST IMPORTANT ISSUE IN THIS CASE, ABSOLUTELY THE MOST        |
| 11:04AM  | 18 | IMPORTANT ISSUE IN THIS CASE AND ONE OF THE MOST IMPORTANT    |
| 11:04AM  | 19 | ISSUES FOR THE INTERNET.                                     |
| 11:04AM  | 20 | IT'S DIFFICULT FOR ME TO BELIEVE, AND I START WITH THIS       |
| 11:04AM  | 21 | PREMISE THAT CONGRESS ENACTED THE LAW IN WHICH IT ALLOWED     |
| 11:04AM  | 22 | INTERNET COMPANIES, EVEN IF THEY WANTED, TO SELF-REGULATE TO DO |
| 11:04AM  | 23 | SO BY FILTERING PEOPLE AND NOT CONTENT.                      |
| 11:04AM  | 24 | THERE IS NOTHING IN THE LANGUAGE OF (C)(1) OR (C)(2) THAT     |
| 11:04AM  | 25 | PERMITS THIS TYPE OF BEHAVIOR.  NOTHING.  IT SAYS MATERIAL, IT |

11:05AM 1    DOESN'T SAY PEOPLE.

11:05AM 2         OUR ALLEGATION IN THIS CASE IS THEY'RE FILTERING PEOPLE.

11:05AM 3    THEY'RE NOT FILTERING -- SO GOING TO (C)(1), LET ME MAKE ONE

11:05AM 4    POINT BEFORE WE GET INTO THE STATUTORY CONSTRUCTION OF THE

11:05AM 5    WHOLE THING.

11:05AM 6         ON (C)(1), THE REASON THAT, THAT PRAGER II, JUDGE WALSH

11:05AM 7    DISMISSED THE CLAIM WAS THAT HE SAID THAT THERE WAS NO

11:05AM 8    ALLEGATION THAT GOOGLE ADDED ANYTHING TO THE CONTENT.

11:05AM 9         WE HAVE THAT ALLEGATION IN THIS CASE.

11:05AM 10        THE COURT:  I'M SORRY, NO ALLEGATION THAT GOOGLE

11:05AM 11   ADDED ANYTHING --

11:05AM 12        MR. OBSTLER:  ANYTHING TO MY CLIENT'S CONTENT.  HE'S

11:05AM 13   SAYING UNDER (C)(1), UNDER ROOMMATES, IF YOU'RE INVOLVED IN ANY

11:05AM 14   ASPECT OF WHAT THE CONTENT IS THAT IS BEING CENSORED, RIGHT,

11:05AM 15   THEN YOU DON'T GET IMMUNITY.  EVERYBODY AGREES IN ROOMMATES.

11:05AM 16   IN FACT, GOOGLE --

11:05AM 17        THE COURT:  ARE YOU REFERRING TO YOUR ALLEGATION

11:05AM 18   THAT GOOGLE OR YOUTUBE IS ADDING METADATA TO YOUR CLIENT'S

11:06AM 19   CONTENT.

11:06AM 20        MR. OBSTLER:  YES.  YES.

11:06AM 21        THE COURT:  AND THAT IS WHAT YOU'RE SAYING IS THE

11:06AM 22   ADDITION OF CONTENT AS WITH PUBLISHING OR MAKING DECISIONS

11:06AM 23   ABOUT PUBLISHING?

11:06AM 24        MR. OBSTLER:  YES, BECAUSE THE METADATA IS WHAT THE

11:06AM 25   ALGORITHM IS USING TO MAKE THE DECISION.

11:06AM 1          THE COURT:  DOES A PUBLISHER NOT GET TO EDIT?

11:06AM 2          MR. OBSTLER:  YES, BUT A PUBLISHER WHO HAS A

11:06AM 3   CONTRACT WITH ITS AUTHOR THAT IT'S GOING TO BE VIEWPOINT

11:06AM 4   NEUTRAL DOESN'T GET TO DISCRIMINATE.

11:06AM 5      IN OTHER WORDS, IN OTHER WORDS, CAN THE -- CAN

11:06AM 6   SIMON & SCHUSTER GET YOUR LICENSING RIGHTS BY YOU AGREEING TO A

11:06AM 7   TERM OF SERVICE AND SAYING WE'RE GOING TO GIVE YOU VIEWPOINT

11:06AM 8   NEUTRAL EDITING OF YOUR STUFF AND THEN TURN AROUND AND BREACH

11:06AM 9   THAT?

11:06AM 10         THE COURT:  SO THAT'S A DIFFERENT QUESTION.  IF

11:06AM 11  YOU'RE SAYING THAT THERE'S A BREACH OF CONTRACT HERE BETWEEN A

11:06AM 12  PUBLISHER AND AN AUTHOR, THAT WOULD BE ONE THING, BUT THAT'S

11:06AM 13  NOT WHAT WE'RE FOCUSSING ON RIGHT NOW.

11:06AM 14     WE'RE TALKING ABOUT WHAT IS ENCOMPASSED WITHIN (C)(1) IN

11:07AM 15  TERMS PUBLISHING, AND I RAISED THIS QUESTION VERY DIRECTLY WITH

11:07AM 16  GOOGLE'S LAWYERS, DOES PUBLISHING INCLUDE DISCRIMINATING BASED

11:07AM 17  ON THE AUTHOR'S IDENTITY?  WHAT DOES THAT LOOK LIKE?

11:07AM 18     AND IS THAT AMONG THE FUNCTIONS A PUBLISHER IS ALLOWED TO

11:07AM 19  CONDUCT IN ITS ROLE AS A PUBLISHER AND THAT IS IMMUNIZED UNDER

11:07AM 20  (C)(1)?

11:07AM 21     (C)(2) HAS A GOOD FAITH REQUIREMENT.  (C)(1) DOES NOT.

11:07AM 22  YOUR ARGUMENT MAY BE SUBSTANTIALLY STRONGER UNDER (C)(2), BUT

11:07AM 23  UNDER (C)(1), IF THE PUBLISHER CAN CHOOSE WHAT TO PUBLISH AND

11:07AM 24  HOW, IT'S A VERY DIFFICULT ARGUMENT TO MAKE, AND THAT'S WHY I

11:07AM 25  WAS VERY INTERESTED IN THE QUESTION OF -- AND MR. WILLEN MADE

| | | |
|---|---|---|
| 11:07AM | 1 | THE POINT THAT THERE ARE CERTAIN KINDS OF CAUSES OF ACTION THAT |
| 11:07AM | 2 | TAKE CONDUCT OUTSIDE OF THE SCOPE OF 230(C)(1), IS THAT -- IF I |
| 11:08AM | 3 | WERE TO CONSTRUE YOUR CLAIM THIS WAY, AND THERE'S A DEBATE |
| 11:08AM | 4 | ABOUT WHETHER IT'S APPROPRIATE TO CONSTRUE IT THIS WAY GIVEN |
| 11:08AM | 5 | THE FACTS THAT ARE ALLEGED IN YOUR COMPLAINT, THAT THERE WAS |
| 11:08AM | 6 | INTENTIONAL DISCRIMINATION BASED ON IDENTITY AS OPPOSED TO |
| 11:08AM | 7 | CONTENT, WHAT IS YOUR BEST CASE FOR SAYING THAT 230(C)(1) DOES |
| 11:08AM | 8 | NOT ENCOMPASS THAT? |
| 11:08AM | 9 | MR. OBSTLER:  THE QUESTION IS DOES 230(C)(1) |
| 11:08AM | 10 | IMMUNIZE THEM AS TO THE SPECIFIC CAUSES OF ACTION IN THE CASE; |
| 11:08AM | 11 | RIGHT? |
| 11:08AM | 12 | THE COURT:  YES.  YES.  SO THE UNRAH ACT IS THE ONLY |
| 11:08AM | 13 | ONE THAT I THINK GIVES YOU A LEG TO STAND ON. |
| 11:08AM | 14 | MR. OBSTLER:  WHAT ABOUT BREACH OF CONTRACT, |
| 11:08AM | 15 | YOUR HONOR? |
| 11:08AM | 16 | THE COURT:  I'M SORRY? |
| 11:08AM | 17 | MR. OBSTLER:  WHAT ABOUT BREACH OF CONTRACT? |
| 11:08AM | 18 | THE COURT:  SO YOU DON'T HAVE BREACH OF CONTRACT. |
| 11:08AM | 19 | YOU HAVE BREACH OF THE IMPLIED COVENANT OF GOOD FAITH AND FAIR |
| 11:08AM | 20 | DEALING, WHICH THAT'S A HARD ONE IN ANY CIRCUMSTANCE, |
| 11:08AM | 21 | ESPECIALLY GIVEN THE ALLEGED CONTRACT TERMS THAT YOU CITE |
| 11:08AM | 22 | SAYING THAT THERE WAS A BREACH OF THE IMPLIED COVENANT IS |
| 11:09AM | 23 | REALLY DIFFICULT JUST ON A 12(B)(6) BASIS. |
| 11:09AM | 24 | SO YOU DON'T HAVE A BREACH OF CONTRACT CLAIM. |
| 11:09AM | 25 | MR. OBSTLER:  WELL, YOUR HONOR, WOULD YOU GIVE ME |

11:09AM  1    LEAVE TO AMEND AND ADD IT?

11:09AM  2         THE COURT:  WELL, BEFORE WE GET TO THAT, I'M JUST

11:09AM  3    REALLY VERY INTERESTED IN THIS QUESTION.

11:09AM  4         MR. OBSTLER:  I AM, TOO, YOUR HONOR.  LET ME TAKE

11:09AM  5    ANOTHER SHOT AT IT, PLEASE, IF I COULD.

11:09AM  6         THE COURT:  SO WHAT IS THE BEST CASE THAT YOU HAVE?

11:09AM  7         MR. OBSTLER:  OKAY.  NUMBER ONE, THERE IS NO (C)(1)

11:09AM  8    COVERAGE HERE BECAUSE THEY'RE ADDING OUR CONTENT, SO JUST ON

11:09AM  9    THE FACE OF THE STATUTE.

11:09AM 10         NUMBER TWO, CAN CONGRESS ENACT A LAW THAT IMMUNIZES

11:09AM 11    PUBLISHERS FROM RACE DISCRIMINATION IN THE ACT OF PUBLISHING?

11:09AM 12    IS THAT LAW CONSTITUTIONAL?

11:09AM 13         I WOULD SAY THAT UNDER DENVER AREA IT IS NOT.  THAT'S MY

11:09AM 14    ARGUMENT.

11:09AM 15         THE COURT:  YOUR RESPONSE TO THE COURT'S QUESTION

11:09AM 16    WOULD BE IF (C)(1) DOES ALLOW IT, IT HAS TO BE

11:09AM 17    UNCONSTITUTIONAL?

11:09AM 18         MR. OBSTLER:  THAT'S CORRECT.

11:09AM 19         THE COURT:  IT DOES IMMUNIZE THAT KIND OF -- LET'S

11:09AM 20    CALL IT INTENTIONAL DISCRIMINATION BASED ON SOME PROTECTED

11:10AM 21    CHARACTERISTIC, THAT KIND OF STATUTE HAS TO BE

11:10AM 22    UNCONSTITUTIONAL?

11:10AM 23         MR. OBSTLER:  YES, YOUR HONOR.

11:10AM 24         THE COURT:  WHY?

11:10AM 25         MR. OBSTLER:  BECAUSE UNDER DENVER AREA THE COURT

11:10AM   1    SAID THAT A CONGRESSIONAL ACT THAT DOES PERMISSIVE SPEECH

11:10AM   2    REGULATION AND THE GRANTING OF IMMUNITY THAT THEY -- I MEAN, I

11:10AM   3    WOULD BE ABLE TO SUE THEM, RIGHT, BUT FOR THE CDA.

11:10AM   4        SO THEY ARE -- WHAT THE COURT SAID IN DENVER AREA, WHICH

11:10AM   5    HAS OFTEN BEEN CITED, AND IT'S WHY WE CAME TO THE GAME LATE IN

11:10AM   6    DENVER, AND I WANT TO APOLOGIZE ON THAT.  I HAVE TO ADMIT I

11:10AM   7    WITHDREW EARLY ON THAT ONE.

11:10AM   8        DENVER AREA WAS A FIGHT INITIALLY OVER WHETHER OR NOT,

11:10AM   9    EXACTLY WHAT THE GOVERNMENT AND MR. WILLEN ARE MAKING, WHETHER

11:10AM  10    OR NOT THEY'RE STATE ACTORS AND WHETHER STATE ACTORS -- AND THE

11:10AM  11    CABLE COMPANY SAID THEY'RE NOT STATE ACTORS.  HOW CAN THEIR

11:10AM  12    PERMISSION TO BLOCK THINGS THAT ARE INDECENT BE IN ANY WAY BE

11:10AM  13    SUBJECT TO THE FIRST AMENDMENT?

11:11AM  14        AND WHAT JUSTICE BREYER AND SIX JUDGES ON THE SUPREME

11:11AM  15    COURT SAID IS, YES, IT'S BEING DONE FOR A CONGRESSIONAL ACT,

11:11AM  16    BUT FOR THAT ACT YOU AND I ARE NOT HAVING THAT DISCUSSION.  WE

11:11AM  17    MAY BE HAVING A DISCUSSION ABOUT WHETHER I STATED A CLAIM, BUT

11:11AM  18    FOR CONGRESSIONAL LAW THAT ALLOWS THEM IMMUNITY ON THESE

11:11AM  19    CLAIMS, WE'RE NOT HAVING THIS DISCUSSION.

11:11AM  20        SO IF THEY'RE GETTING IMMUNITY UNDER THIS STATUTE, IT'S

11:11AM  21    NOT A STATE ACTION ISSUE, IT'S WHETHER THE STATUTE PASSES

11:11AM  22    MUSTER JUST LIKE SECTION 10(C) OF THE CABLE ACT UNDER

11:11AM  23    DENVER AREA.

11:11AM  24        WHAT DID THE COURT SAY?  THREE THINGS.

11:11AM  25        GOT TO BE VIEWPOINT NEUTRAL.  NOT VIEWPOINT NEUTRAL IN

11:11AM  1      THIS CASE.

11:11AM  2          GOT TO BE NARROWLY TAILORED SO THERE'S NO RISK OF AN

11:11AM  3      IMPROPER VETO.

11:11AM  4          AND MOST IMPORTANTLY, IT CANNOT INTERFERE WITH PREEXISTING

11:11AM  5      LEGAL RELATIONSHIPS.

11:11AM  6          THIS IS SPOT ON WITH DENVER, AND THIS STATUTE CANNOT

11:11AM  7      WITHSTAND SCRUTINY UNDER DENVER.  IT IS A PERMISSIVE SPEECH

11:12AM  8      STATUTE JUST LIKE SECTION 10(C) OF THE CABLE ACT.

11:12AM  9              THE COURT:  OKAY.  THAT SEEMS LIKE A STRETCH

11:12AM 10      HONESTLY, THAT THAT -- THAT THIS CASE FITS THE MOLD OF

11:12AM 11      PERMISSIVE REGULATION IN DENVER AREA.

11:12AM 12          I'LL LET THE GOOGLE FOLKS RESPOND ON THAT POINT, BUT LET

11:12AM 13      ME JUST MAKE SURE YOU DON'T HAVE ANYTHING FURTHER THAT YOU

11:12AM 14      WOULD LIKE TO MAKE SURE THAT THE COURT HEARS IN TERMS OF YOUR

11:12AM 15      ARGUMENT, ANYTHING YOU WOULD LIKE TO ADDRESS FURTHER IN SUPPORT

11:12AM 16      OF YOUR OPPOSITION.

11:12AM 17              MR. OBSTLER:  WELL, I WANTED TO TALK ABOUT THE

11:12AM 18      EXECUTIVE ORDER.

11:12AM 19              THE COURT:  OH, YES.

11:12AM 20              MR. OBSTLER:  BUT I WANT TO COME BACK TO THIS POINT,

11:12AM 21      YOUR HONOR, BECAUSE YOU SAY IT SOUNDS LIKE A STRETCH.  AND I'D

11:12AM 22      BE CURIOUS IN KNOWING WHY YOUR HONOR BELIEVES THAT BECAUSE I

11:12AM 23      DON'T UNDERSTAND THE DIFFERENCE BETWEEN A STATUTE THAT WAS

11:12AM 24      ENACTED TO REGULATE IN INDECENT MATERIAL ON CABLE TELEVISION

11:12AM 25      CHANNELS AND A STATUTE THAT WAS ENACTED OSTENSIBLY TO ALLOW

|          |    |                                                                   |
|----------|----|-------------------------------------------------------------------|
| 11:12AM  | 1  | PRIVATE PARTIES TO REGULATE OFFENSIVE MATERIAL ON THE INTERNET.    |
| 11:13AM  | 2  | THE COURT:  I THINK AT LEAST ONE OF THE KEY                        |
| 11:13AM  | 3  | DISTINCTIONS HERE IS THAT SECTION 230(C) PERMITS PRIVATE           |
| 11:13AM  | 4  | PARTIES TO DO THEIR OWN SELF-REGULATION.  THERE'S NO MANDATE.      |
| 11:13AM  | 5  | THERE'S NOTHING -- THERE'S NOTHING THAT IS REQUIRED.  THEY MAY     |
| 11:13AM  | 6  | OR MAY NOT.  AND IF THEY DO, THEY'RE IMMUNIZED.                    |
| 11:13AM  | 7  | IT PROVIDES PROTECTION FROM LIABILITY.  THAT'S WHAT IT IS.         |
| 11:13AM  | 8  | IT'S NOT A MANDATE TO REGULATE IN ANY WAY, SHAPE OR FORM.          |
| 11:13AM  | 9  | MR. OBSTLER:  I AGREE WITH YOU.                                    |
| 11:13AM  | 10 | THE COURT:  I THINK IT'S AN IMPORTANT DISTINCTION.                 |
| 11:13AM  | 11 | MR. OBSTLER:  THAT'S EXACTLY THE POINT THAT                        |
| 11:13AM  | 12 | JUSTICE BREYER MADE.  HE SAID THIS IS A PERMISSIVE PORTION.        |
| 11:13AM  | 13 | THERE WAS A MANDATORY PORTION AND A PERMISSIVE PORTION.  10(C)     |
| 11:13AM  | 14 | WAS THE PERMISSIVE PORTION.  IT DOESN'T REQUIRE THEM TO DO IT      |
| 11:13AM  | 15 | BUT THEY'RE PERMITTED TO DO IT, AND THE COURT SAID THAT IS         |
| 11:13AM  | 16 | UNCONSTITUTIONAL.                                                  |
| 11:13AM  | 17 | I COMPLETELY AGREE WITH THE DISTINCTION THAT YOUR HONOR IS         |
| 11:13AM  | 18 | MAKING, AND I THINK THAT'S SQUARE WITH DENVER ON THE SECTION       |
| 11:14AM  | 19 | 10(C) CLAIM.                                                       |
| 11:14AM  | 20 | THE COURT:  WELL, I'LL HEAR FROM GOOGLE ON THAT                    |
| 11:14AM  | 21 | POINT, BUT LET ME GIVE YOU AN OPPORTUNITY TO ADDRESS THE OTHER     |
| 11:14AM  | 22 | MATTERS THAT YOU SAID YOU WANTED TO ADDRESS, THE EXECUTIVE         |
| 11:14AM  | 23 | ORDER.                                                             |
| 11:14AM  | 24 | MR. OBSTLER:  THE REASON WE CAME IN WITH THE                       |
| 11:14AM  | 25 | EXECUTIVE ORDER IS THAT WE JUST WEREN'T CLEAR REALLY ON WHAT       |

11:14AM 1    THE GOVERNMENT'S POSITION REALLY IS.

11:14AM 2            THE COURT:  ALL RIGHT.

11:14AM 3            MR. OBSTLER:  THEY FILED THIS BRIEF, RIGHT, AND THEY

11:14AM 4    SAY IT CAN APPLY TO THE VIEWPOINT, IT'S CONSTITUTIONAL, IT CAN

11:14AM 5    APPLY TO A VIEWPOINT, IT CAN APPLY TO DISCRIMINATION.

11:14AM 6        AND THEN I READ SECTION 2 OF THE EXECUTIVE ORDER SAYING

11:14AM 7    IT'S THE POLICY OF THE UNITED STATES AND THE DEPARTMENT OF

11:14AM 8    JUSTICE IS DIRECTED TO DO EVERYTHING THAT THEY ARE ALLEGING IN

11:14AM 9    THEIR BRIEF.

11:14AM 10       SO I ONLY BRING IT UP TO SAY IF THE ORDER IS ENFORCEABLE

11:14AM 11   AT SOME POINT THEN I DON'T KNOW IF WE HAVE A NEW ISSUE HERE OR

11:14AM 12   WHAT.  AND IF THE ORDER IS NOT ENFORCEABLE, THEN THEY'RE

11:14AM 13   ARGUING THAT THE EXECUTIVE ORDER IS JUST SIMPLY NOT

11:14AM 14   ENFORCEABLE.  I'M NOT GOING TO TAKE A VIEW ON THAT, AND I DON'T

11:14AM 15   REALLY CARE.  AND I AGREE WITH YOUR HONOR, I DON'T THINK IT

11:15AM 16   REALLY MATTERS BECAUSE I THINK AT THE END OF THE DAY I THINK

11:15AM 17   THE STATUTE ON ITS FACE DOESN'T APPLY, AND I THINK THE STATUTE

11:15AM 18   IS UNCONSTITUTIONAL.

11:15AM 19       BUT THE ONLY REASON I BROUGHT IT UP WAS JUST I COULD NOT

11:15AM 20   SQUARE THAT EXECUTIVE ORDER AND HIM DIRECTING THE DEPARTMENT OF

11:15AM 21   JUSTICE AND SITTING THERE WITH BILL BARR WHEN THEY ANNOUNCED

11:15AM 22   THE ORDER WITH WHAT WAS IN THEIR BRIEF.  THAT WAS THE ONLY

11:15AM 23   REASON WE WANTED TO.

11:15AM 24           THE COURT:  WELL, LET ME GIVE MR. SUR AN OPPORTUNITY

11:15AM 25   TO ADDRESS THE EXECUTIVE ORDER BUT ALSO ANY OTHER MATTERS

11:15AM 1    RAISED IN THE GOVERNMENT'S MEMORANDUM ON THE CONSTITUTIONALITY

11:15AM 2    QUESTION.

11:15AM 3         MR. SUR.

11:15AM 4         MR. SUR:  THANK YOU VERY MUCH.

11:15AM 5         SINCE THE EXECUTIVE ORDER HAS COME UP, I GUESS I WILL

11:15AM 6    START THERE BUT MAYBE JUST TRY TO REITERATE IN OUR BRIEF IN

11:15AM 7    POINT ONE WE SIMPLY ARE RELYING ON ONE OF SEVERAL DOCTRINES OF

11:15AM 8    CONSTITUTIONAL AVOIDANCE, THE DOCTRINE THAT SAYS DECIDE THE

11:15AM 9    STATUTORY QUESTIONS FIRST.

11:15AM 10        MUCH OF THE DISCUSSION TODAY WAS ABOUT THE POTENTIAL

11:16AM 11   NUANCES OF THE STATUTE AND, RECENTLY OR NOT, TAKING A POSITION

11:16AM 12   ON THAT.

11:16AM 13        BUT OF COURSE THE PARTIES ARE WELL VERSED ON THAT AND SO

11:16AM 14   YOUR HONOR HAS BEEN WELL FURNISHED, I THINK, BY THE OPPOSING

11:16AM 15   VIEWS ON THE STATUTORY QUESTION, SIMILARLY WITH THE STATE LAW

11:16AM 16   CLAIMS AS WELL.

11:16AM 17        POINT TWO SIMPLY ARGUES THAT IF THE COURT DOES REACH THE

11:16AM 18   CONSTITUTIONAL QUESTION, THAT THERE REALLY IS NO PRECEDENT THAT

11:16AM 19   WOULD SUPPORT HOLDING THE STATUTE TO BE UNCONSTITUTIONAL,

11:16AM 20   PRINCIPALLY FOR THE REASONS THAT HAVE ALREADY BEEN DISCUSSED ON

11:16AM 21   THAT.

11:16AM 22        BUT JUST THE ONE NOTE I WOULD ADD IS DENVER AREA DID NOT

11:16AM 23   TRANSFORM THE NOTION OF STATE ACTION.  JUDGE KOH IN THE OPINION

11:16AM 24   THAT THE COURT OF APPEALS AFFIRMED IN PRAGER UNIVERSITY,

11:16AM 25   ALTHOUGH THE COURT OF APPEALS OPINION DIDN'T ADDRESS

11:16AM  1      DENVER AREA, JUDGE KOH DID REJECT RELIANCE ON IT IN THE

11:16AM  2      UNPUBLISHED OPINION THAT THEN WENT UP TO THE NINTH CIRCUIT AND

11:17AM  3      SO I DO NOTE THAT.

11:17AM  4          AND AS HAS ALREADY BEEN MENTIONED, BUT I WILL REITERATE,

11:17AM  5      THE NINTH CIRCUIT'S OPINION IN ROBERTS VERSUS AT&T MOBILITY,

11:17AM  6      WHICH IS AT 877 F.3D 833, WAS REALLY A DETAILED ANALYSIS OF

11:17AM  7      THE, QUOTE, "SPLINTERED DECISION" IN DENVER AREA, AND REALLY

11:17AM  8      INFORMS ANY ATTEMPT TO APPLY IT CERTAINLY FOR THE COURTS WITHIN

11:17AM  9      THE NINTH CIRCUIT.

11:17AM  10         SO WE THINK THAT VERY HELPFULLY CLARIFIES THAT THE

11:17AM  11     DENVER AREA DOESN'T TRANSFORM THE NOTION OF THE STATE ACTION IN

11:17AM  12     A WAY THAT WOULD REALLY, REALLY CHANGE ANYTHING THAT WE HAVE

11:17AM  13     SAID IN THE BRIEF.

11:17AM  14         HAVING MADE THOSE POINTS, LET ME THEN TURN VERY BRIEFLY TO

11:17AM  15     THE EXECUTIVE ORDER.

11:17AM  16         I THINK IT IS HELPFUL TO CONSIDER THE TEXT OF THE ORDER AS

11:17AM  17     A WHOLE AND IN THAT RESPECT I DO THINK THAT IT IS NOT

11:17AM  18     INSIGNIFICANT THAT THE ORDER HAS A SET OF GENERAL PROVISIONS AT

11:18AM  19     THE END THAT APPLY TO ANY ATTEMPT TO READ THE ORDER ANYWHERE.

11:18AM  20         SO ONE OF THOSE GENERAL PROVISIONS, AND I REALIZE IT

11:18AM  21     BECAUSE THEY APPEAR OFTEN IN GENERAL PROVISIONS, MAYBE THEY

11:18AM  22     DON'T GET THAT MUCH ATTENTION, BUT IT DOES WARRANT SPECIAL

11:18AM  23     ATTENTION IN THE ATTEMPT TO RELY ON HERE.

11:18AM  24         SECTION 8, LETTER C SAYS THAT THE ORDER IS NOT INTENDED TO

11:18AM  25     AND DOES NOT CREATE ANY RIGHT OR BENEFIT, SUBSTANTIVE OR

11:18AM  1    PROCEDURAL, ENFORCEABLE AT LAW OR IN EQUITY BY ANY PARTY

11:18AM  2    AGAINST THE UNITED STATES, ITS DEPARTMENTS, AGENCIES OR

11:18AM  3    ENTITIES, ITS OFFICERS, EMPLOYEES OR AGENTS OR ANY OTHER

11:18AM  4    PERSON.  SO I THINK WE HAVE TO START THERE.

11:18AM  5        THEN EVEN IF ONE WERE TO ASSUME IN THE ALTERNATIVE THAT

11:18AM  6    SECTION 8(C) SOMEHOW DIDN'T APPLY, I DO THINK TAKING EACH

11:19AM  7    SECTION IN TURN, THE COURT WILL SEE THAT THESE ARE ABOUT POLICY

11:19AM  8    AND THEY MAY BE EXPRESSED AT LENGTH, BUT THEY ARE ALL POINTS

11:19AM  9    ABOUT POLICY AND ESSENTIALLY DIRECTING VARIOUS EXECUTIVE BRANCH

11:19AM 10    ACTORS TO DO VARIOUS THINGS BUT DON'T GO INTO ANY QUESTION OF

11:19AM 11    CONSTITUTIONALITY.

11:19AM 12        REALLY THE ONLY POINT I WOULD MAKE ABOUT POLICY IS THAT

11:19AM 13    REALLY WHAT IT BRINGS OUR ATTENTION BACK TO IS PAGE 999 OF THE

11:19AM 14    OPINION OF THE COURT OF APPEALS IN PRAGER WHERE BEFORE THEY

11:19AM 15    CONCLUDED THEIR DISCUSSION OF A FIRST AMENDMENT THEY SAID THAT

11:19AM 16    THE PARTIES IN PRAGER UNIVERSITY HAD PROVIDED EXTENSIVE

11:19AM 17    ARGUMENTS ABOUT WHAT MIGHT HAPPEN IF THE COURT RULED ONE WAY OR

11:19AM 18    ANOTHER AND WHILE THOSE POLICY CONCEPTS WERE, QUOTE,

11:19AM 19    "IMPORTANT," THE COURT OF APPEALS IN THE NINTH CIRCUIT FOCUSSED

11:19AM 20    ON THE FIRST AMENDMENT DOCTRINE.

11:19AM 21        I THINK A SIMILAR CONCLUSION IS APPROPRIATE HERE THAT AT

11:19AM 22    MOST THE EXECUTIVE ORDER INDICATES THAT THERE MAY BE IMPORTANT

11:19AM 23    POLICY ISSUES SOMEWHERE IN THE GENERAL REALM OF SECTION 230,

11:20AM 24    BUT THAT THOSE ARE NOT BEFORE THE COURT IN ASSESSING THE

11:20AM 25    CONSTITUTIONALITY OF THE STATUTE.

11:20AM  1          REALLY WITH THAT I WILL CONCLUDE, UNLESS THE COURT HAS ANY

11:20AM  2     FURTHER QUESTION.

11:20AM  3          THE COURT:  THANK YOU VERY MUCH, MR. SUR.  THAT WAS

11:20AM  4     VERY HELPFUL.  I APPRECIATE IT.

11:20AM  5          MR. SUR:  THANK YOU.

11:20AM  6          THE COURT:  ALL RIGHT.  SO I WOULD LIKE TO HEAR FROM

11:20AM  7     GOOGLE, YOUTUBE BUT -- WELL, ANYTHING THAT YOU WOULD LIKE TO

11:20AM  8     RESPOND TO FROM MY CONVERSATION WITH MR. OBSTLER, BUT I AM

11:20AM  9     INTERESTED IN THE -- IF YOU HAVE ANYTHING FURTHER TO ADD ON THE

11:20AM  10    DENVER AREA POINT AND ITS SIGNIFICANCE.

11:20AM  11         MR. WILLEN:  SURE.  SO WHY DON'T I START WITH THAT

11:20AM  12    AND TALK ABOUT A COUPLE OF THINGS RELATED TO SECTION 230, AND I

11:20AM  13    CAN LET MS. WHITE TALK ABOUT THINGS RELATED TO THE UNRAH ACT

11:20AM  14    AND THE LANHAM ACT.

11:20AM  15         WITH RESPECT TO DENVER AREA, I THINK MR. OBSTLER HAS

11:20AM  16    RIGHTLY POINTED TO THE NINTH CIRCUIT'S DECISION IN ROBERTS

11:20AM  17    WHICH AT LENGTH EXPLAINS THE VERY, VERY LIMITED, IF ANY, IMPORT

11:21AM  18    OF DENVER AREA ON THE QUESTION OF STATE ACTION.

11:21AM  19         SO ROBERTS POINTS OUT, FIRST OF ALL, THAT THERE'S NO

11:21AM  20    MAJORITY OPINION IN THE DENVER AREA CASE.  THE OPINION THAT

11:21AM  21    MR. OBSTLER IS RELYING ON IS JUSTICE BREYER'S OPINION FOR FOUR

11:21AM  22    JUSTICES THAT DOES NOT SPEAK FOR THE COURT.  JUSTICE KENNEDY

11:21AM  23    AND JUSTICE GINSBERG SUPPLIED TWO ADDITIONAL VOTES BUT ON A

11:21AM  24    VERY, VERY DIFFERENT THEORY.

11:21AM  25         SO JUSTICE BREYER'S OPINION DOESN'T BY ITS OWN TERMS SAY

11:21AM 1    THAT PERMISSIVE SPEECH REGULATION IS SUBJECT TO SOME BRAND NEW

11:21AM 2    FIRST AMENDMENT SCRUTINY.  IT CONSTRUES A VERY, VERY SPECIFIC

11:21AM 3    PROVISION OF THE CABLE ACT, AND I THINK THE MOST IMPORTANT

11:21AM 4    POINT ABOUT THAT IS THAT IN ALLOWING THE CABLE COMPANIES TO

11:21AM 5    CENSOR, IT ALLOWED THEM TO CENSOR ONLY A PARTICULAR CONTENT

11:21AM 6    BASED SET OF MATERIALS, WHICH WAS SEXUALLY EXPLICIT CONTENT, SO

11:22AM 7    IT WAS VERY LIMITED IN THAT RESPECT, AND THE STATUTE WAS

11:22AM 8    ENACTED AGAINST A BACKDROP THAT THE CASE INVOLVED PUBLIC ACCESS

11:22AM 9    CHANNELS AND ACCESS CHANNELS ON CABLE NETWORK AND THE VERY

11:22AM 10   SPECIFIC CONTEXT.

11:22AM 11       ONE, THESE CHANNELS WERE HEAVILY REGULATED AND THE COURT

11:22AM 12   AND JUSTICE BREYER'S OPINION NOTED AND RELIED ON.

11:22AM 13       SECONDLY, AND I THINK EVEN MORE IMPORTANTLY, PRIOR TO THE

11:22AM 14   ENACTMENT OF THE STATUTE IN QUESTION, THE LAW FORBAD THE CABLE

11:22AM 15   COMPANIES FROM ENGAGING IN ANY CONTENT BASED OR ANY REAL

11:22AM 16   EDITORIAL DISCRETION WITH RESPECT TO THESE CHANNELS.

11:22AM 17       SO IT COMPLETELY CHANGED THE BACKGROUND LEGAL PRINCIPLES

11:22AM 18   WITH RESPECT TO THE RIGHT OF THE CABLE COMPANIES TO ENGAGE IN

11:22AM 19   CONTENT RESTRICTION.

11:22AM 20       THAT'S COMPLETELY DIFFERENT FROM WHAT WE HAVE HERE.  WE

11:22AM 21   HAVE A STATUTE THAT IS NOT CONTENT BASED.  SECTION 230(C)(1),

11:22AM 22   AS I THINK THE COURT POINTED OUT, SIMPLY SAYS THAT YOU CANNOT

11:22AM 23   BE TREATED AS A PUBLISHER FOR ANY SPEECH, SO WHETHER YOU ARE

11:23AM 24   RESTRICTING ACCESS TO CONTENT, WHETHER YOU ARE NOT RESTRICTING

11:23AM 25   ACCESS TO CONTENT, AND CERTAINLY NOT WITH RESPECT TO ANY GIVEN

11:23AM 1    CATEGORY OF CONTENT, SECTION 230(C) WILL PROTECT YOU.  SO IT'S

11:23AM 2    NOT EVEN CLOSE TO CONTENT BASED AND VIEWPOINT BASED.

11:23AM 3        AND THEN SECONDLY, AND JUST AS IMPORTANTLY, THE BACKGROUND

11:23AM 4    PRIOR TO SECTION 230 WAS THAT ONLINE PLATFORMS, PARTICULARLY

11:23AM 5    PLATFORMS, THE PROGENITORS OF WHAT WE HAVE NOW, GOOGLES AND

11:23AM 6    TWITTERS, HAD FULL DISCRETION, COMPLETE EDITORIAL DISCRETION

11:23AM 7    AND INDEED A FIRST AMENDMENT RIGHT TO MAKE EDITORIAL

11:23AM 8    DETERMINATIONS ABOUT WHAT SPEECH APPEARS ON THEIR PLATFORM.

11:23AM 9        SO SECTION 230 WASN'T CREATING SOME NEW EDITORIAL RIGHT

11:23AM 10   THAT DIDN'T EXIST BEFORE WHEREAS DENVER AREA VERY MUCH WAS.  SO

11:23AM 11   THAT'S THE FIRST GENERAL POINT.

11:23AM 12       THE SECOND POINT IS WITH RESPECT TO JUSTICE KENNEDY'S

11:23AM 13   OPINION WHICH SUPPLIED THE SORT OF DECISIVE VOTES FOR THE

11:23AM 14   PROPOSITION THAT AT LEAST THE ONE PROVISION WAS

11:24AM 15   UNCONSTITUTIONAL, THAT WHOLE DECISION WAS BASED ON THE

11:24AM 16   PROPOSITION THAT AT LEAST IN PUBLIC ACCESS CHANNELS WERE A

11:24AM 17   PUBLIC FORUM UNDER THE CONSTITUTION BECAUSE IT WAS SO HEAVILY

11:24AM 18   REGULATED AND WHAT I JUST MENTIONED.

11:24AM 19       JUSTICE BREYER'S OPINION DIDN'T GET INTO THAT, BUT THAT'S

11:24AM 20   REALLY IMPORTANT HERE BECAUSE WE KNOW -- THE THING WE KNOW FROM

11:24AM 21   PRAGER IS THAT YOUTUBE IS NOT A CONSTITUTIONAL PUBLIC FORUM.

11:24AM 22   SO GIVEN THAT, IT'S A COMPLETELY DIFFERENT CASE.

11:24AM 23       AND I THINK IT'S QUITE TELLING THAT IN THE HALLECK CASE,

11:24AM 24   OF COURSE THE SUPREME COURT'S MOST RECENT DISCUSSION OF STATE

11:24AM 25   ACTION, THE ONE REFERENCE TO DENVER AREA THAT IS MOST --

| | | |
|---|---|---|
| 11:24AM | 1 | THE OPERATOR:  THE RECORDING HAS STOPPED. |
| 11:24AM | 2 | MR. WILLEN:  EXCUSE ME.  CITING DENVER AREA, AND |
| 11:24AM | 3 | THIS IS A QUOTE FOR THE PROPOSITION THAT THE FREE SPEECH DOES |
| 11:24AM | 4 | NOT PROHIBIT PRIOR ABRIDGEMENT OF SPEECH. |
| 11:24AM | 5 | SO THE SUPREME COURT HAS SPOKEN TO THIS.  TO THE EXTENT |
| 11:25AM | 6 | THAT DENVER AREA HAS ANY SIGNIFICANCE, IT'S SIMPLY LIMITED TO |
| 11:25AM | 7 | ITS UNIQUE FACTS AND DOESN'T APPLY HERE.  SO THAT IS |
| 11:25AM | 8 | DENVER AREA. |
| 11:25AM | 9 | THE OTHER COUPLE THINGS I WOULD WANT TO SAY IN RESPONSE TO |
| 11:25AM | 10 | MR. OBSTLER, WE DIDN'T GET A CHANCE TO TALK ABOUT SECTION |
| 11:25AM | 11 | 230(C)(2)(D).  WE SPENT MOST OF OUR TIME TALKING ABOUT SECTION |
| 11:25AM | 12 | 230(C)(1). |
| 11:25AM | 13 | AS WE ARGUED, SECTION 230(C)(2)(B) IS SORT OF A SEPARATE |
| 11:25AM | 14 | IMMUNITY THAT CLEARLY APPLIES, AS WE KNOW FROM THE |
| 11:25AM | 15 | PRAGER DECISION, WITH RESPECT TO ANY CLAIM ARISING FROM |
| 11:25AM | 16 | RESTRICTED MODE.  AND I THINK FOR THE REASONS SET OUT IN |
| 11:25AM | 17 | JUDGE DAVILA'S RECENT OPINION IN ASURVIO VERSUS MALWAREBYTES |
| 11:25AM | 18 | CASE, THE ALLEGATIONS HERE THAT THERE IS SOME SORT OF |
| 11:25AM | 19 | COMPETITIVE RELATIONSHIP JUST AREN'T ENOUGH TO GET PLAINTIFFS |
| 11:25AM | 20 | OUTSIDE OF SECTION 230(C)(2)(B), SO THE COURT HAS ANOTHER PATH |
| 11:25AM | 21 | AT LEAST WITH RESPECT TO A LOT OF THE CLAIMS HERE. |
| 11:26AM | 22 | AND THEN I GUESS THE ONLY OTHER POINT I WOULD MAKE IS THAT |
| 11:26AM | 23 | MR. OBSTLER WAS, TELLINGLY, NOT ABLE TO CITE ANY CASE THAT |
| 11:26AM | 24 | HELPED HIM ON THE PROPOSITION THAT SECTION 230(C)(1) WOULDN'T |
| 11:26AM | 25 | APPLY TO A CLAIM UNDER THE UNRAH ACTS UNDER THE CIRCUMSTANCES |

| | | |
|---|---|---|
| 11:26AM | 1 | THAT WE HAVE HERE, AND THAT'S WHY HE RESORTED TO THE ARGUMENT |
| 11:26AM | 2 | THAT THE STATUTE WOULD BE UNCONSTITUTIONAL IF APPLIED THAT WAY, |
| 11:26AM | 3 | AND I DON'T THINK IT WOULD.  AND I DON'T THINK THERE'S ANY |
| 11:26AM | 4 | SERIOUS ARGUMENT THAT IT WOULD, BUT HIS INABILITY TO POINT TO |
| 11:26AM | 5 | ANY CASE LAW THAT HELPS HIM ON THE APPLICATION OF THE -- |
| 11:26AM | 6 | THE OPERATOR:  THIS MEETING IS BEING RECORDED. |
| 11:26AM | 7 | MR. WILLEN:  -- I THINK IS VERY TELLING. |
| 11:26AM | 8 | SO WITH THAT I WILL TURN IT OVER TO MS. WHITE AND LET HER |
| 11:26AM | 9 | TALK ABOUT THE LANHAM ACT AND ANYTHING ELSE THAT SHE WANTS TO |
| 11:26AM | 10 | SAY IN RESPONSE TO WHAT WE HAVE HEARD. |
| 11:26AM | 11 | THE COURT:  THANK YOU, MR. WILLEN. |
| 11:26AM | 12 | MS. WHITE. |
| 11:26AM | 13 | MS. WHITE:  THANK YOU. |
| 11:26AM | 14 | I'LL BEGIN JUST BRIEFLY ON THE LANHAM ACT QUESTION.  AS |
| 11:27AM | 15 | YOUR HONOR CORRECTLY RECOGNIZED, TO STATE A CLAIM UNDER THAT |
| 11:27AM | 16 | STATUTE PLAINTIFFS HAVE TO ALLEGE THAT YOUTUBE MADE A FALSE OR |
| 11:27AM | 17 | MISLEADING STATEMENT IN COMMERCIAL ADVERTISING, AND THEY |
| 11:27AM | 18 | HAVEN'T DONE THAT.  THEY REFER TO STATEMENTS ABOUT WHAT |
| 11:27AM | 19 | RESTRICTED MODE DOES AND WHAT RESTRICTED GUIDELINES ARE, BUT |
| 11:27AM | 20 | THOSE STATEMENTS ARE WHAT THE NINTH CIRCUIT HELD WERE NOT |
| 11:27AM | 21 | COMMERCIAL ADVERTISING IN PRAGER. |
| 11:27AM | 22 | THEY ALSO SUGGEST THAT THE DESIGNATION OF SOME OF |
| 11:27AM | 23 | PLAINTIFFS' VIDEOS, AND I'LL NOTE THAT I THINK ONLY FOUR OF THE |
| 11:27AM | 24 | NAMED PLAINTIFFS SPECIFICALLY ALLEGE THAT ANY OF THEIR VIDEOS |
| 11:27AM | 25 | HAVE BEEN MADE UNAVAILABLE IN UNRESTRICTED MODE, BUT WITH |

11:27AM 1    RESPECT TO THOSE, THEY ARGUE THAT THAT DESIGNATION SOMEHOW

11:27AM 2    BRANDS THEM IN A NEGATIVE LIGHT, BUT THE NINTH CIRCUIT

11:27AM 3    ADDRESSED THAT ARGUMENT DIRECTLY AS WELL AND HELD THAT THAT

11:27AM 4    DESIGNATION IS NOT MADE IN COMMERCIAL ADVERTISING PROMOTION AND

11:28AM 5    THAT'S ON PAGE 1,000 OF THE COURT'S OPINION.

11:28AM 6         FINALLY, ANY IMPLICIT STATEMENT ABOUT THE REASON FOR WHY

11:28AM 7    PLAINTIFFS' VIDEOS WERE MADE UNAVAILABLE IN RESTRICTED MODE,

11:28AM 8    ONE, THOSE REASONS WERE NOT MADE PUBLIC, AND, TWO, THOSE

11:28AM 9    REASONS WOULD BE A MATTER OF OPINION WHICH WOULD NOT BE

11:28AM 10   ACTIONABLE AS A FALSE STATEMENT, AND, AGAIN, NOT A STATEMENT

11:28AM 11   MADE IN FURTHERANCE OF COMMERCIAL ADVERTISING OR PROMOTION.

11:28AM 12        SO UNLESS YOUR HONOR HAS ANY FURTHER QUESTIONS ABOUT THE

11:28AM 13   LANHAM ACT, I'LL JUST CONCLUDE BY ADDRESSING THE QUESTIONS

11:28AM 14   ABOUT THE UNRAH ACT CLAIM.

11:28AM 15        AS MY COLLEAGUE EXPLAINED, WE DO THINK THERE'S NO REASON

11:28AM 16   WHY SECTION 230(C)(1) AND (C)(2)(B) SHOULD NOT APPLY WITH

11:28AM 17   RESPECT TO PLAINTIFFS' CLAIM UNDER THE UNRAH ACT BUT IN

11:29AM 18   ADDITION TO THAT THE PLAINTIFFS HAVE NOT COME CLOSE TO STATING

11:29AM 19   A CLAIM.

11:29AM 20        THE UNRAH ACT, WHEN PLED HERE AS SEPARATE FROM AN ADA

11:29AM 21   VIOLATION, IS AN INTENTIONAL DISCRIMINATION STATUTE.

11:29AM 22   CALIFORNIA COURTS HAVE CLEARLY HELD THAT FACIALLY NEUTRAL

11:29AM 23   POLICIES ARE NOT ACTIONABLE AND THAT ALLEGATIONS OF DISPARATE

11:29AM 24   IMPACT ARE NOT ENOUGH.

11:29AM 25             THE COURT:  OKAY.  SO LET'S PAUSE THERE.  THAT WAS

11:29AM 1    THE ARGUMENT YOU MADE IN YOUR BRIEF.  THEIR ARGUMENT IS NOT

11:29AM 2    THERE'S A DISPARATE IMPACT, BUT THAT THERE'S AN ACTUAL POLICY

11:29AM 3    OF DISCRIMINATION AGAINST LGBT CONTENT CREATORS.

11:29AM 4        SO I KNOW YOU DON'T THINK THAT THAT'S ACTUALLY WHAT THEY

11:29AM 5    HAVE ALLEGED.  BUT IF THAT'S THE ALLEGATION, DO YOU ALSO HAVE A

11:29AM 6    12(B)(6) ARGUMENT AGAINST -- FOR THE FAILURE TO STATE A CLAIM

11:29AM 7    UNDER THE UNRAH ACT ISSUE?

11:29AM 8            MS. WHITE:  IF THERE WERE AN ALLEGATION THAT THERE

11:29AM 9    WERE AN ACTUAL AFFIRMATIVE POLICY TO DISCRIMINATE THAT MAY

11:29AM 10   STATE A CLAIM FOR THE UNRAH ACT, BUT THERE'S NOTHING CLOSE TO

11:30AM 11   THAT HERE.  AND THERE'S A LOT OF RHETORIC.  THE COMPLAINT IS --

11:30AM 12           THE COURT:  RIGHT.  WELL, HERE'S THE QUESTION THAT

11:30AM 13   NOBODY WAS TALKING ABOUT IN THEIR PAPERS, BUT I JUST WONDERED,

11:30AM 14   THE UNRAH ACT, YOU KNOW, IN THE ADA CONTEXT YOU HAVE TO HAVE A

11:30AM 15   PUBLIC ACCOMMODATION AND YOU WOULD HAVE TO HAVE A BUSINESS.

11:30AM 16       DOES THIS PLATFORM QUALIFY FOR -- IN THAT CONTEXT UNDER

11:30AM 17   THE LANGUAGE OF THE STATUTE?

11:30AM 18           MS. WHITE:  SO THE UNRAH ACT APPLIES TO ALL BUSINESS

11:30AM 19   SERVICES AND THE CALIFORNIA COURTS HAVE HELD THAT THEY DIDN'T

11:30AM 20   APPLY TO WEBSITES.

11:30AM 21       I THINK THERE IS SOME AMBIGUITY IN PLAINTIFFS' CLAIMS

11:30AM 22   ABOUT EXACTLY WHAT -- WHO IS BEING DISCRIMINATED AGAINST AND ON

11:30AM 23   WHAT BASIS THAT THEY REFER TO MAINLY LGBTQ IDENTITIES.  THEY

11:30AM 24   ALSO REFER TO VIEWPOINTS.

11:30AM 25       I THINK WHILE THE UNRAH ACT IS INTENDED TO BE CONSTRUED

11:31AM   1   BROADLY, THERE MAY BE SOME CATEGORIES OF PERSONS TO WHOM IT

11:31AM   2   WOULDN'T APPLY, BUT GIVEN THEIR FAILURE TO ALLEGE THAT THERE IS

11:31AM   3   IN FACT A POLICY OF DISCRIMINATION OR THAT THESE PLAINTIFFS

11:31AM   4   DISCRIMINATED AGAINST BASED ON THEIR SEXUAL IDENTITIES, THE

11:31AM   5   COURT DOESN'T NEED TO REACH THOSE QUESTIONS IN THIS CASE.

11:31AM   6          THE COURT:  ALL RIGHT.  THANK YOU.

11:31AM   7      MR. OBSTLER, I'LL GIVE YOU A VERY BRIEF RESPONSE.  I DON'T

11:31AM   8   WANT TO HEAR ANYTHING YOU HAVE TOLD ME BEFORE, BUT IF THERE'S A

11:31AM   9   VERY BRIEF RESPONSE YOU WOULD LIKE TO MAKE, I'LL LET YOU HAVE

11:31AM  10   THE LAST WORD.

11:31AM  11          MR. OBSTLER:  THANK YOU SO MUCH, YOUR HONOR.  AGAIN,

11:31AM  12   I REALLY APPRECIATE IT.  AND YOUR QUESTIONS ARE DEAD ON ON

11:31AM  13   THIS.

11:31AM  14      FIRST OF ALL, ON DENVER AREA, IT WAS A SIX TO THREE

11:31AM  15   DECISION ON THE 10(C) PART OF THE OPINION AND PLEASE READ THE

11:31AM  16   OPINION.

11:31AM  17          THE COURT:  I WILL MAKE SURE THAT I AM WELL VERSED

11:31AM  18   ON THE EXACT HOLDINGS OF --

11:31AM  19          THE OPERATOR:  THE RECORDING HAS STOPPED.

11:32AM  20          MR. OBSTLER:  ON THE UNRAH ACT ISSUE --

11:32AM  21          THE OPERATOR:  THIS MEETING IS BEING RECORDED.

11:32AM  22          MR. OBSTLER:  ON THE UNRAH ACT ISSUE, THE THING THAT

11:32AM  23   REALLY BOTHERS ME HERE IS THAT I FEEL LIKE I'M ARGUING A

11:32AM  24   FACTUAL ISSUE ON A 12(B)(6) MOTION.

11:32AM  25      WE HAVE ALLEGED THAT WE HAD A CLIENT WHO, OR WE WILL

11:32AM  1    ALLEGE IF YOU TAKE THE DECLARATION, WHO WENT TO A MEETING ON

11:32AM  2    2017 AND WAS TOLD TO HER FACE FOUR TIMES THAT THE ALGORITHM

11:32AM  3    IS --

11:32AM  4         THE COURT:  YOU KNOW, I WILL READ -- I WILL MAKE

11:32AM  5    SURE THAT I LOOK AT ALL OF THE MANY, MANY ALLEGATIONS IN YOUR

11:32AM  6    COMPLAINT.  SO I DON'T NEED YOU TO ARGUE AGAIN ABOUT WHETHER

11:32AM  7    THERE IS A POLICY OF DISCRIMINATION ALLEGED OR NOT.

11:32AM  8         I THINK I AM -- I HAVE THE COMPLAINT, AND I'M GOING TO

11:32AM  9    RELY ON THE COMPLAINT.  THE PARTIES BRIEFED THAT ISSUE

11:32AM  10   EXTENSIVELY.

11:32AM  11        I'M REALLY TRYING TO SORT OUT THE LEGAL ISSUES HERE.

11:32AM  12        SO IS THERE SOMETHING FURTHER ON WHAT THE UNRAH ACT

11:33AM  13   REQUIRES OR NOT, THAT IS WHAT I'M LOOKING FOR.  IF THERE'S

11:33AM  14   NOTHING ELSE, YOU DON'T HAVE TO HAVE ANYTHING.

11:33AM  15        MR. OBSTLER:  THERE IS ONE OTHER THING.

11:33AM  16        THE COURT:  OKAY.

11:33AM  17        MR. OBSTLER:  YOU DON'T HAVE TO PLEAD THERE'S A

11:33AM  18   POLICY UNDER THE UNRAH ACT.  ALL I HAVE TO SHOW UNDER THE

11:33AM  19   UNRAH ACT IS THAT THERE WAS AN ACT OF DISCRIMINATION, AND I

11:33AM  20   THINK WE HAVE DONE THAT.  THAT WOULD BE MY LAST POINT.

11:33AM  21        THERE DOESN'T HAVE TO BE A WRITTEN POLICY UNDER THE

11:33AM  22   UNRAH ACT.  I DON'T THINK ANYBODY WOULD HAVE SUCH A POLICY.

11:33AM  23   OKAY.

11:33AM  24        THE COURT:  ALL RIGHT.  THANK YOU ALL VERY MUCH.  I

11:33AM  25   APPRECIATE ALL OF THE PRESENTATIONS AND THE EXTENSIVE BRIEFING.

11:33AM  1           AND I APPRECIATE YOU BEARING WITH OUR VERY FIRST ZOOM

11:33AM  2    WEBINAR.   I WILL TAKE THIS MATTER UNDER SUBMISSION, AND I'LL

11:33AM  3    ISSUE A WRITTEN ORDER.  ALL RIGHT.  THANK YOU VERY MUCH.

11:33AM  4           MR. WILLEN:  THANK YOU, YOUR HONOR.

11:33AM  5           MR. OBSTLER:  THANK YOU, YOUR HONOR.  WE APPRECIATE

11:33AM  6    YOUR TIME.

11:33AM  7           (ZOOM COURT CONCLUDED AT 11:33 A.M.

         8

         9

         10

         11

         12

         13

         14

         15

         16

         17

         18

         19

         20

         21

         22

         23

         24

         25

1

2

3                    <u>CERTIFICATE OF REPORTER</u>

4

5

6

7          I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE UNITED

8     STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA,

9     280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY

10    CERTIFY:

11         THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS

12    A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE

13    ABOVE-ENTITLED MATTER.

14

15

16         IRENE RODRIGUEZ, CSR, RMR, CRR
           CERTIFICATE NUMBER 8074
17

18         DATED:  JUNE 4, 2020
19

20

21

22

23

24

25

# Exhibit "C"

BROWNE GEORGE ROSS LLP
Peter Obstler (State Bar No. 171623)
  pobstler@bgrfirm.com
44 Montgomery Street, Suite 1280
San Francisco, California 94104
Telephone: (415) 391-7100; Facsimile: (415) 391-7198

BROWNE GEORGE ROSS LLP
Eric M. George (State Bar No. 166403)
  egeorge@bgrfirm.com
Debi A. Ramos (State Bar No. 135373)
  dramos@bgrfirm.com
2121 Avenue of the Stars, Suite 2800
Los Angeles, California  90067
Telephone: (310) 274-7100; Facsimile: (310) 275-5697

Attorneys for LGBTQ+ Plaintiffs Divino Group
LLC, Chris Knight, Celso Dulay, Cameron Stiehl,
BriaAndChrissy LLC, Bria Kam, Chrissy
Chambers, Chase Ross, Brett Somers, and
Lindsay Amer, Stephanie Frosch, Sal
Cinquemani, Tamara Johnson and Greg Scarnici

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| DIVINO GROUP LLC, a California limited liability company, CHRIS KNIGHT, an individual, CELSO DULAY, an individual, CAMERON STIEHL, an individual, BRIAANDCHRISSY LLC, a Georgia limited liability company, BRIA KAM, an individual, CHRISSY CHAMBERS, an individual, CHASE ROSS, an individual, BRETT SOMERS, an individual, and LINDSAY AMER, an individual, STEPHANIE FROSCH, an individual, SAL CINEQUEMANI, an individual, TAMARA JOHNSON, an individual, and GREG SCARNICI, an individual, | Case No. 5:19-cv-004749-VKD |
| | **DECLARATION OF STEPHANIE FROSCH IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO FILE SUR-REPLY BRIEF AND REQUEST FOR HEARING AND CASE MANAGEMENT CONFERENCE** |
| Plaintiffs, | (*Filed concurrently with Plaintiffs' Sur-Reply Brief; Declaration of Peter Obstler*) |
| vs. | |
| GOOGLE LLC, a Delaware limited liability company, YOUTUBE, LLC, a Delaware limited liability company, and DOES 1-25, | Date: <br> Time:   10:00 a.m. <br> Place:   Courtroom 2 <br> Before: Magistrate Judge Virginia DeMarchi |
| Defendants. | |

1       I, Stephanie Frosch, declare:

2       1.      I am a named Plaintiff in the above-captioned action.  I have firsthand, personal

3  knowledge of the facts set forth below and if called as a witness could competently testify thereto,

4  unless other specified.

5       2.      I am an LGBTQ internet content creator and YouTube user who is active in the

6  YouTube Community.

7       3.      In 2009, I became a YouTube content creator and now operate two YouTube

8  channels:  Youtube.com/ElloSteph and Youtube.com/StephFrosch.

9       4.      From 2009 through 2016, my YouTube channels were successful.  However, in

10  2017, I started having problems with YouTube:

11              a.      YouTube was classifying many of my videos as subject to Restricted Mode,

12  making them unavailable to a large number of viewers, even though the videos contained no

13  nudity, profanity, sexual conduct, or discussions of sexual activities. YouTube also allowed other

14  YouTube channels to copy my videos without permission, and the content in those videos was re-

15  posted by another user and was not subjected to Restricted Mode.  .

16              b.      Many of my videos were demonetized or subject to reduced monetization

17  despite the fact that they do not include graphic images of violence or sexuality, nudity, profanity,

18  sexual conduct, or discussions of sexual activities.

19              c.      YouTube was running ads on channels which were posting copies of my

20  videos without permission.

21              d.      At least one of the customized thumbnail images I crafted for each of my

22  videos uploaded to my channels was removed.

23              e.      Longtime subscribers to my channels were being dropped from my

24  channels, and YouTube was preventing them from re-subscribing.  As a result, my subscribers

25  were not receiving notices when I posted new content.

26       5.      YouTube no longer allows me to see the revenue I generated before October 2009.

27  My best recollection is that I earned approximately $23,000 from YouTube ad revenue in 2009.  In

28  addition to ad revenue, I earn money from the sale of merchandise, from separate brand

1  sponsorship agreements connected with videos posted on my channels, and from the sale of

2  merchandise from the website www.districtlines.com/ellosteph.  This is a separate website which

3  sells merchandise relating to my original videos posted to YouTube.

4        6.     In 2017, I joined with other LGBTQ+ YouTube creators to publicly raise

5  awareness about issues and concerns regarding Defendants' discriminatory treatment of LGBTQ+

6  channels.  Among other issues, I expressly raised the concern that changes to YouTube's

7  algorithms and other content curation machine based procedures were disproportionately

8  restricting and affecting access to and the reach of content, as well as affecting other YouTube

9  services for LGBTQ+ YouTube creators and viewers who are members of what Defendants call

10  the "YouTube Community."

11        7.     On September 8, 2017, an LGBTQ+ YouTube content creator forwarded to me an

12  email dated August 25, 2017, from Laura Chernikoff of the "Internet Creators Guild" inviting him

13  to an event co-sponsored by YouTube regarding changes to YouTube's algorithm which were

14  adversely affecting the LGBTQ+ community.

15      Ms. Chernikoff's invitation stated:

16      You're invited to an upcoming event put on by the Internet Creators Guild, in
    partnership with YouTube on Thursday, September 14th at 11:00 AM.
17

18      Following the advertising situation on YouTube this spring (dubbed the
    "Adpocalypse"), YouTube is interested in hearing about creators' experiences on
    the platform. In particular, it's important for creators to understand the advertising
19      guidelines and tools that brands interact with, in order to be aware how it may
    affect your monetization.
20

21      We've been discussing this issue with YouTube, who have been working to address
    creator concerns on this topic. They would like to share this presentation, which
    will be under NDA, in order to hear from ICG Members and creators we're in
22      touch with as part of a small focus group.

23      We thought you would be an engaged and thoughtful participant and hope you're
    able to attend.
24

25  Attached as Exhibit 1 is a true and correct copy of the email I received with the invitation to the

26  September 14-event.  Based on the email, I understood that *before* YouTube would even speak to

27  me or any other members of the group of LGBTQ+ creators about the problems with the new

28  YouTube algorithm implemented in May of 2017, *YouTube required each of us to sign a Non-*

***Disclosure Agreement*** (the "NDA").

8.      Ms. Chernikoff sent an email to me dated September 11, 2017 which confirms my participation in the September 14-event and states:  "Please note that a non-disclosure agreement (NDA) will be sent via email by a member of the YouTube team and is required to be signed prior to the event, so keep an eye out!"  Attached as Exhibit 2 is a true and correct copy of the email dated September 11, 2017 from Ms. Chernikoff.

9.      On September 13, 2017, Defendants sent to me by email a request for my signature on an electronic Non-Disclosure Agreement in connection with the September 14-event.  Upon signing the electronic document, I received a confirmation email which has a subject:  "You have accepted Google's Non-Disclosure Agreement."  The text of the email sets forth my personal information and a copy of the Non-Disclosure Agreement.  Attached as Exhibit 3 is a true and correct copy of the email from Google confirming receipt of my signed Non-Disclosure Agreement.

10.     The Non-Disclosure Agreement states:

> "In order to evaluate and possibly enter into a business transaction (the "Purpose"), Google Inc., for itself and its subsidiaries and affiliates, and the other party identified below hereby agree:"

At the time that I signed the agreement, I had no idea what "business transaction" the document was referring to.  As a YouTube user, I had previously entered into a YouTube Terms of Service Agreement and an AdSense Agreement.  As of September 13, 2017, I was not thinking about entering into any new "business transaction" with YouTube or Google, or changing the existing agreements I had with YouTube and AdSense.  Neither YouTube nor Google had mentioned any new business transaction, or changes to any existing agreements.  I was merely trying to meet with YouTube representatives to discuss with them the many problems that I had been having with my YouTube channel and the falling views and revenue I was experiencing as a result of changes YouTube made to their algorithm in May of 2017.  I did not expect for YouTube or Google to give me trade secrets, computer codes, or any other proprietary information at the meeting.  And they did not.  I simply talked  to YouTube and/or Google about my problems and how to resolve them.

11.     The Non-Disclosure Agreement does not define what "Confidential Information" is, except to say that it is whatever "the Discloser considers" to be "confidential."  I have no way of knowing what YouTube or Google consider to be confidential, or expect me to treat as confidential.  "Confidential Information" is not limited to trade secrets such as YouTube or Google's customer lists, computer codes, or processes.

12.     On September 14, 2017, I went to the event at the YouTube Playa Vista Office in Los Angeles, California.  Upon arrival at the September 14-event, I checked in at 11:00 a.m. YouTube provided lunch for the participants.  Around 11:30, a YouTube representative announced that the YouTube analytics guy had limited time and was running late.  The YouTube representative asked us to quickly sign a hard copy Non-Disclosure Agreement so that we could get started as fast as possible, and indicated that we had to move quickly so that there was time with the analytics representative.  The representative then came up to me, handed me a hard copy Non-Disclosure Agreement, and asked me to sign it while he stood there waiting.  I was not given time to read the document which had multiple pages and appeared to be longer and more detailed than the one I had signed online.  The representative then took my signed document, and quickly approached another creator requesting their signature.  YouTube did not offer  me a copy of this Non-Disclosure Agreement.  Immediately after signing the document, I was ushered into a large conference room.

13.     The September 14 event involved 12 to 20.  YouTube creators, each representing a different class of video.  While I was the only LGBTQ representative creator, there were other LGBTQ creators who were posting videos in other categories.  I recall there were individual representatives for cooking, comedy, and gaming videos, some of which happened to identify as LGBTQ although they were not specifically creating videos for the LGBTQ community.  We were seated at a large oval conference table, and offered notebooks and pens.  The presenters all identified as YouTube employees.

14.     During the September 14 event, we watched a PowerPoint presentation.  We heard from a man who identified himself as the YouTube employee responsible for analytics and a woman who addressed algorithm issues.  Also present were Ben Cramer and someone who was

1    handing out YouTube swag.  In all, I recall that there were five YouTube representatives present at

2    the event, in addition to the man who got me to sign the second Non-Disclosure Agreement before

3    I entered the conference room for the presentation.  YouTube specifically prohibited us from

4    taking photos or recording the event.

5         15.    The YouTube presenters stated that they wanted to work with us creators, and

6    explained that YouTube makes money off of the creators who make the video content from

7    advertisers, and that creators win by sharing in the advertising money.  They explained that

8    advertisers buy ads based on viewer demographics for the videos.  YouTube and creators monetize

9    off of each other and YouTube does not want to hurt creators.  The YouTube presenters discussed

10    problems with filtering video content for purposes of restricted mode, monetization and the

11    payments for cpm (clicks per minute).

12         16.    When asked why videos which use gay couples are getting blocked as mature

13    content or inappropriate for all audiences, or videos are getting blocked for mentioning the word

14    "queer," the YouTube representative made the following statements:

15         a.    Blocking LGBTQ videos was caused when YouTube started using an

16    artificial intelligence algorithm to filter content based on what advertisers want; it is the algorithm

17    that is "targeting" LGBTQ videos.  YouTube was not discriminating, the algorithm was

18    discriminating.  The YouTube representative was talking about the algorithm as if it were some

19    independent video censor that was entirely unrelated to YouTube and its employees, and beyond

20    their control; rather than a tool which YouTube specifically designed and put in place to regulate

21    videos on the platform, which YouTube could change or remove from the platform entirely.

22         b.    There are too many videos on YouTube to review all content manually.

23    YouTube must use artificial intelligence to conduct the content reviews on the YouTube platform.

24         c.    The artificial intelligence algorithm identifies people, including the racial or

25    sexual identities or viewpoints of the creator or viewers when filtering and curating content and

26    restricting access to YouTube services; it does not review and make restrictions based only on the

27    video content.  This is due in part to the fact that advertisers want to be able to target audiences

28    based on the demographics of the creators and their audiences.  The result is that the algorithm

1   discriminates based on the identity of the creator or its intended audience when making what are

2   supposed to be neutral content based regulations and restrictions for videos that run on YouTube.

3          d.      Despite the problems with the algorithm, YouTube and the creators are on

4   the "same side."  The rules should apply equally to all regardless of the identity or viewpoint of

5   the creator.

6          e.      When the creators told YouTube representatives that they understood why

7   an advertiser would not want a Pampers ad on video content featuring guns, they still did not

8   understand why content from homosexual creators was being demonetized when identical content

9   from heterosexual creators was not, the YouTube representatives said that they were "going to fix

10  it."  No details of what they were doing, or planned on doing to fix the algorithm were provided

11  and no one (at the meeting or since) indicated when, if ever, the fix for this "problem" would be

12  completed.

13         f.      In response to further questions from creators, the YouTube representatives

14  specifically acknowledged that the algorithm was looking at and profiling the sexual identities,

15  races, disabilities, religious and political affiliations of creators, intended audiences and viewers

16  alike.

17      17.    The YouTube representatives discussed the example of a YouTube creator who had

18  a chef's channel and posted cooking videos:  if the creator identified as gay, or had a lot of

19  subscribers or viewers who accessed a lot of LGBTQ related videos, the cooking video would be

20  tagged as a "gay" video for monetization and restricted mode purposes, regardless of the actual

21  content of the video.

22      18.    Towards the end of the September 14-event, which lasted about 2 hours, I

23  specifically asked the YouTube representative, "What are you doing to fix the problems we have

24  identified?" and "When will you be done fixing the problems?"  The YouTube representative

25  responded to each question saying, "I cannot answer that question."  To this date, no one at the

26  September 14 event has ever provided me any substantive response to my questions regarding the

27  problems or the fix.

28      19.    As far as I can recall, no one at the September 14-event -- (a)  said that what they

Stephanie Frosch Declaration in Support of Motion to
File Sur-Reply Brief                            -7-                    Case No. 5:19-cv-004749-VKD

were saying was "confidential" in connection with either the online or hard copy Non-Disclosure Agreements;  (b) said that what they were talking about was a "trade secret;"  (c) described actual YouTube's computer code or proprietary processes used in connection with YouTube, the analytics, the algorithm, or AdSense;  (d) asked me not to repeat anything that was said during the event by other creators.

20.     Until the time that Defendants finally released me from my NDAs in March of this year, I was prohibited by the NDAs from discussing, with anyone, including my attorneys in this case, the substance, nature, and details of the September 14-event, including the statements made by the YouTube representatives about identity and viewpoint discrimination in regulating monetization, access to content and services.  Consequently, the information and statements presented at the September 14-event  could not be included in the Second Amended Complaint. Even though I have no idea what, if anything Defendants claim is "confidential," I was afraid and at risk that if I ever talked about what was said at the meeting, YouTube could or would sue me for violating the NDA(s).  I have also been afraid that Defendants would suspend or terminate my channel, my gmail account, or even suspend my access to Google searches if I violated the NDA(s).

21.     On March 26, 2020, after my lawyers had notified YouTube that I had decided to file a motion to void or release me from the gag provisions of the NDAs, Defendants informed my lawyers in writing that they had  "no intention of enforcing the NDA." Attached as Exhibit 4 is a true and correct copy of the correspondence between my lawyers and Defendants' attorneys, including the email releasing me from the NDAs.

22.     Following the receipt of that email, I was finally able to inform my lawyers of  the substance of what was said by the YouTube representatives at the September 14-event.

23.     I have reviewed the Defendants' Motion to Dismiss the Second Amended Complaint.  In the Motion to Dismiss, Defendants make a number of factual assertions which are loosely based on allegations in the Complaint.  As stated below, I believe that Defendants' factual assertions are either wrong or misleading, as indicated below:

a.     Defendants state in their Motion:

Content creators upload videos to the service free of charge, enabling YouTube's billions of users to view them, comment on them, and subscribe to their favorite creators' channels. ¶ 52.  MTD at 3:2-4.

In truth, while there is no monetary charge for uploading videos, in exchange for the opportunity to use the YouTube website, Defendants required me to give them a license to use all of my original video content that is posted to the YouTube website, the right to collect data about me, and my use of the YouTube website, and also the right to collect data about people who view my videos on the YouTube website.

      b.     Defendants state in their Motion:

YouTube values the perspectives and experiences that LGBTQ+ content creators bring to the platform.  MTD at 3:17-18.

My experience with YouTube since 2017 is directly contrary to this statement.  After the September 14-event, no one at YouTube followed up with me – no one checked to see if my problems had been resolved; no one checked to see how much the algorithm had cost me in lost subscribers, advertising revenue, cpm, or reduced viewers.  In fact, no one from YouTube ever helped me solve the problems identified at the September 14-event.  Rather, following the event, my subscribers, advertising revenues, cpm, and viewers continued to decline.  Though my viewership was stable, AdSense revenues dropped substantially.

24.     Since filing the lawsuit, YouTube shut off the analytics for the cpm so that creators like me are no longer able to calculate the lost revenue from reduced cpm due to demonetization. My viewer numbers have been cut dramatically and subscribers complain that they cannot get new video notices.  Recently, I co-created a video with my girlfriend, who does not identify as LGBTQ.  We both posted the same identical video at the same time.  While my girlfriend earned $3,000 from the video, I earned only $300.

      a.     Defendants state in their Motion:

In 2017, when LGBTQ+ creators raised issues about Restricted Mode, YouTube acknowledged that the feature was not fully working as intended and agreed to make improvements. ¶¶ 28, 87. MTD at 3:21-4:1.

Defendants' description of YouTube's "acknowledgment" is misleading.  Contrary to the Motion's spin on the allegations in the Complaint, the concerns I and other LGBTQ+ creators

raised were not limited to Restricted Mode, but extended to demonetization and cpm.  In fact, at the September 14-event, YouTube's representatives acknowledged that the algorithm was discriminating against LGBTQ creators as well as other creators based on their identities and personal affiliations, as well as those of their subscribers and viewers.  YouTube's representatives also stated that the feature was working as YouTube intended:  it was profiling creators and viewers for YouTube's advertisers so that the advertisers could target audiences based on personal identity including whether viewers were gay, disabled, members of a racial group or affiliated with specific viewpoints or groups.  YouTube's representatives confirmed that decisions regarding a video's status vis a vis restricted mode, monetization and cpm were being made on grounds that were unrelated to the actual content of the video.  While the YouTube representatives agreed that they were working to fix the problems, they did not specify what they were doing to stop the discrimination in the  interim or to otherwise provide a timeframe for completing the fix.

> b.    Defendants state in their Motion:

As for the Plaintiffs here, YouTube has addressed their individual concerns in good faith, and often removed restrictions from their videos, when appropriate under YouTube's policies, in response to their appeals. ¶¶ 186, 223, 227, 230, 233, 236.a. MTD at 4:1-4.

Defendants' statement is grossly misleading to the extent that it suggests that YouTube actually resolved any of the complaints I (or any other LGBTQ+ creator) raised at the 2017 meeting with the  Defendants.  YouTube has not "addressed" my concerns, continues to profile my videos based on my identity as a member of the LGBTQ community and my affiliation with LGBTQ groups and has increased its discrimination against me by restricting the majority of my videos, and gutting my subscriber lists, viewers, ad revenue, and cpm.

> c.    Defendants state in their Motion:

The use of its service is governed by rules and an array of content policies. ¶¶ 10, 248, 288. Before creating channels and uploading their content to the service, Plaintiffs acknowledge they agreed to YouTube's Terms of Service and the incorporated Community Guidelines. ¶¶ 10, 14, 59, 248,

The Terms of Service provide that "YouTube reserves the right to remove Content without prior notice," including videos uploaded by content creators. Ex. 2-3.  The Community Guidelines are twelve "common-sense rules" prohibiting certain kinds of content, including "[n]udity or sexual content" and "[v]ulgar language." Exs. 3-4. Google and YouTube reserve the right to remove any content that they believe to

be contrary to the Terms of Service and the incorporated Community Guidelines. Ex. 2.  MTD at 4:6-15.

YouTube allows content creators whose channels meet certain minimum viewership requirements to earn revenue from (or "monetize") their videos by running advertisements with them as part of the YouTube Partner Program. To be eligible to monetize their videos, in addition to the Terms of Service and Community Guidelines discussed above, Plaintiffs agreed to certain additional "written contracts," including YouTube's Partner Program Terms and the AdSense Terms of Service. See ¶ 331; Exs. 5-6, 10. In addition, Plaintiffs agreed to comply with YouTube's monetization policies, including the Advertiser-friendly content guidelines, which are designed to ensure that ads do not appear alongside videos with content that certain audiences might find objectionable. See ¶¶ 152, 248, 331; Exs. 5-11. YouTube uses automated software to identify content as inappropriate for advertising, and creators may appeal demonetization decisions for manual review. ¶ 94; Ex. 9.  MTD at 5:9-19.

Defendants' description of the website rules is misleading and deceptive:  When I agreed to Defendants' Terms of Service, Community Guidelines, Partnership Program Terms, and AdSense Terms of Service, I understood that these terms were nonnegotiable and that each YouTube user was agreeing to these same terms.  YouTube stated in its Terms of Service and Community Guidelines that the rules to which I agreed would be applied equally to all YouTube users, in a neutral manner.  At the September 14-event, YouTube representatives reaffirmed their commitment to the universal set of rules which apply equally to all; however, they also confirmed that they were using an artificial intelligence algorithm which discriminates against users based on their identities.  As long as YouTube's algorithm profiles users, then YouTube cannot be applying the same rules equally to all users in a neutral manner.

25.     YouTube did not inform me that my videos would be distributed, made available for viewing, or monetized for profit based on who I am (a lesbian educator) or on my stated views regardless of the actual content of the video posted.  Nor did YouTube inform me that to the extent that it sponsored other creators, or their channels or individual videos, that those sponsored creators/channels/videos would not be subject to the same Terms of Service, Community Guidelines, Partnership Program Terms, or AdSense Terms of Service that I must follow.  Nor did YouTube inform me that it would be creating Defendants' own original video content which would not be subjected to the same Terms of Service, Community Guidelines, Partnership Program Terms, or AdSense Terms of Service that I and other third-party users must follow.

26.     YouTube did not inform me that in giving Defendants a license to use the videos I posted, that it would allow other YouTube users to copy my original videos, post them on the channels of other YouTube users, or receive revenue related to my original videos.

27.     Tamara Johnson, one of the named Plaintiffs, is an LGBTQ+ creator who operates the YouTube channel, SVTV Network.  Ms. Johnson also owns and operates an internet online on-demand monthly subscription network https://www.svtvnetwork.com/ dedicated to original content specifically designed for LGBTQ+ audiences.  Ms. Johnson is an African American.  Her original web series videos feature African American members of the LGBTQ community.

28.     In their Reply Brief, Defendants assert that:

> . . . Plaintiffs' opposition brief also purports to represent the interests of "African American content creators and users" (see, e.g., Opp. 1), but the Complaint does not include any actual allegations in support of any claim for racial discrimination. Reply fn.2 at p.3.

This is not true.  Plaintiffs' Second Amended Complaint includes allegations that Defendants unlawfully use "data regarding the video **creators,' subscribers,' or viewers' . . . race**, ethnicity, commercial, or political identities or viewpoints" (paragraph 7 emphasis added); and Defendants "rely upon and invoke federal law under Section 230(c) to preempt and immunize unlawful filtering, regulations, and practices on the YouTube Platform, including **practices which discriminate based upon race** . . . or individual viewpoints, and in doing so, engage in unlawful discriminatory, arbitrary, and capricious repression of public speech under color of federal law." [Paragraph 289 emphasis added.]  The Second Amended Complaint also alleges that Defendants are "using identity based censorship to determine who can and cannot continue to use the YouTube Platform" (paragraph 8); and that their representative "promised LGBTQ+ YouTubers that Defendants would ensure that **'Restricted Mode' should not filter out content belonging to individuals or groups based on certain attributes like** gender, gender identity, political viewpoints, **race**, religion or sexual orientation," (paragraph 29, 121, emphasis added).

29.     The allegations of the Second Amended Complaint identified above are consistent with and supported by what I was told by the YouTube representatives at the September 14-event regarding racial profiling and discrimination embedded in the algorithm.  When called to testify as

1  a witness, I will testify specifically that the YouTube representatives at the September 14 event

2  said that the algorithm was targeting African American creators, subscribers and viewers in the

3  same way that it was targeting LGBTQ creators, subscribers and viewers.

4       I declare under penalty of perjury under the laws of the United States of America that the

5  foregoing is true and Executed this 20th day of April, 2020, at New York, New York.

6

7  _____ _____

8  STEPHANIE FROSCH

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# Exhibit "1"

From: **Steph Frosch** <ellosteph@gmail.com>
Date: Tue, Aug 20, 2019 at 12:04 AM
Subject: Fwd: Focus Group event: YouTube's Advertising Guidelines
To: Stephanie Frosch <stephfrosch@gmail.com>


---------- Forwarded message ---------
From: **Laura Chernikoff** <laura@internetcreatorsguild.com>
Date: Thu, Sep 21, 2017 at 11:46 AM
Subject: Re: Focus Group event: YouTube's Advertising Guidelines
To: Steph Frosch <ellosteph@gmail.com>


Thanks for participating in this ICG event with YouTube. We know this session had some logistical challenges with the timing and apologize. We're still experimenting with this type of event, and thinking about ways to advocate for creators about the difficult monetization and advertising guidelines challenges. We'd love to hear about your experience – you can share your honest feedback by **filling out this brief survey**.

Laura

**Laura Chernikoff**
*Executive Director*
Internet Creators Guild
internetcreatorsguild.com

On Wed, Sep 13, 2017 at 2:57 PM, Steph Frosch <ellosteph@gmail.com> wrote:
Signed and sent! Looking forward to tomorrow.

All the best,
Stephanie Frosch
YouTube.com/ElloSteph

On Wed, Sep 13, 2017 at 11:21 AM, Laura Chernikoff <laura@internetcreatorsguild.com> wrote:
Hey, I wanted to send a quick reminder to sign the NDA YouTube sent for tomorrow's event. They need everyone attending the event to sign in order to participate, so I wanted to make sure you hadn't missed it. Let me know if you have any questions or concerns!

Laura

**Laura Chernikoff**
*Executive Director*
Internet Creators Guild
internetcreatorsguild.com

On Mon, Sep 11, 2017 at 11:07 AM, Laura Chernikoff <laura@internetcreatorsguild.com> wrote:
Thanks Davey! Moving you to bcc.

Steph, we're excited to have you at this event this week. Here's a confirmation with details about the location.

Please note that a non-disclosure agreement (NDA) will be sent via email by a member of the YouTube team and is underlined:required to be signed prior to the event, so keep an eye out!

**RSVP:** You are confirmed.
**Date:** Thursday, September 14th
**Check In Time:** 11am
**Presentation Starts:** 11:30am
*Lunch and an opportunity to mingle with your fellow creators will be included.
**Location:** YouTube Playa Vista Office –
12400 W. Bluff Creek Drive. Los Angeles, CA 90094
**Directions:** At the intersection of S Centinela Ave & Jefferson Blvd, turn onto S Campus Center Dr. Drive to the end of Campus Center Dr. Turn left on West Bluff Creek Drive and make a quick right into "Lot B". US-PLV-H10 will be the building just West of the parking lot.

If you have trouble finding the office, contact **Ben Kramer:** benkramer@google.com // 650-495-7545

If your plans have changed and you are unable to attend, please let us know ASAP.

Laura

**Laura Chernikoff**
*Executive Director*
Internet Creators Guild
internetcreatorsguild.com

On Fri, Sep 8, 2017 at 5:36 PM, Davey Wavey <davey@daveywavey.tv> wrote:
Hey Laura,

CC'ing Steph Frosch on this. She'd love to attend!

On Thu, Aug 31, 2017 at 6:06 PM, Laura Chernikoff <laura@internetcreatorsguild.com> wrote:
Unfortunately this event is in-person only. Sorry to hear you can't make it, but we'll keep you in mind for similar events in the future.

Do any other LA-based creators come to mind who were effected by this issue? I know the LGBT community especially deals with this and I want to make sure their voices are well represented in that room.

Laura

**Laura Chernikoff**
*Executive Director*

Internet Creators Guild
[internetcreatorsguild.com](internetcreatorsguild.com)

On Tue, Aug 29, 2017 at 9:52 AM, Davey Wavey <[davey@daveywavey.tv](davey@daveywavey.tv)> wrote:
Hey Laura,

I'll be traveling - is there a remote option for attending?

Best,
Davey

On Fri, Aug 25, 2017 at 1:28 PM, Laura Chernikoff <[laura@internetcreatorsguild.com](laura@internetcreatorsguild.com)> wrote:
Hey Davey,

You're invited to an upcoming event put on by the Internet Creators Guild, in partnership with YouTube on Thursday, September 14th at 11:00 AM.

Following the advertising situation on YouTube this spring (dubbed the "Adpocalypse"), YouTube is interested in hearing about creators' experiences on the platform. In particular, it's important for creators to understand the advertising guidelines and tools that brands interact with, in order to be aware how it may affect your monetization.

We've been discussing this issue with YouTube, who have been working to address creator concerns on this topic. They would like to share this presentation, which will be under NDA, in order to hear from ICG Members and creators we're in touch with as part of a small focus group.

We thought you would be an engaged and thoughtful participant and hope you're able to attend.

**Please RSVP with either yes, no, or maybe by <u>September 5th</u>.**

Thursday, September 14th
Check in 11:00 AM; presentation at 11:30 AM
YouTube Playa Vista Campus

***Understanding YouTube's Advertising-Friendly Content Guidelines***

*In this session, YouTube will cover the recent changes to the platform's Advertiser-Friendly Content Guidelines and what they mean to both advertisers and creators. They will review the updated guidelines, discuss how YouTube surfaces ads, and the targeting systems advertisers leverage to place their ads. This will be followed by a Q&A, where creators will be able to ask questions, as well as share their experiences and feedback on these changes.*

This event is invite-only and has limited space. If you know of other creators who would be interested in the topic and available to attend, please let me know their name, channel, and email address.

Thanks!


Laura

**Laura Chernikoff**
*Executive Director*
Internet Creators Guild
[internetcreatorsguild.com](internetcreatorsguild.com)

--
Davey Wavey
Digital Storyteller | daveywavey.tv

--
Davey Wavey
Digital Storyteller | daveywavey.tv

Stephanie Frosch



[YouTube](#) | [Instagram](#) | [Twitter](#)

--



**Stephanie Frosch**
she/her/hers
Storyteller || Activist || Educator ||

phone: +1 954.235.4604

    

# Exhibit "2"

From: **Laura Chernikoff** <laura@internetcreatorsguild.com>
Date: Mon, Sep 11, 2017 at 1:08 PM
Subject: Re: Focus Group event: YouTube's Advertising Guidelines
To:
Cc: Steph Frosch <ellosteph@gmail.com>

Thanks Davey! Moving you to bcc.

Steph, we're excited to have you at this event this week. Here's a confirmation with details about the location.

Please note that a non-disclosure agreement (NDA) will be sent via email by a member of the YouTube team and is required to be signed prior to the event, so keep an eye out!

**RSVP:** You are confirmed.
**Date:** Thursday, September 14th
**Check In Time:** 11am
**Presentation Starts:** 11:30am
*Lunch and an opportunity to mingle with your fellow creators will be included.
**Location:** YouTube Playa Vista Office –
12400 W. Bluff Creek Drive. Los Angeles, CA 90094
**Directions:** At the intersection of S Centinela Ave & Jefferson Blvd, turn onto S Campus Center Dr. Drive to the end of Campus Center Dr. Turn left on West Bluff Creek Drive and make a quick right into "Lot B". US-PLV-H10 will be the building just West of the parking lot.

If you have trouble finding the office, contact **Ben Kramer:** benkramer@google.com // 650-495-7545

If your plans have changed and you are unable to attend, please let us know ASAP.

Laura

**Laura Chernikoff**
*Executive Director*
Internet Creators Guild
internetcreatorsguild.com

On Fri, Sep 8, 2017 at 5:36 PM, Davey Wavey <davey@daveywavey.tv> wrote:
Hey Laura,

CC'ing Steph Frosch on this. She'd love to attend!

On Thu, Aug 31, 2017 at 6:06 PM, Laura Chernikoff <laura@internetcreatorsguild.com> wrote:
Unfortunately this event is in-person only. Sorry to hear you can't make it, but we'll keep you in mind for similar events in the future.

Do any other LA-based creators come to mind who were effected by this issue? I know the LGBT community especially deals with this and I want to make sure their voices are well represented in that room.

Laura

**Laura Chernikoff**
*Executive Director*
Internet Creators Guild
internetcreatorsguild.com

On Tue, Aug 29, 2017 at 9:52 AM, Davey Wavey <davey@daveywavey.tv> wrote:
Hey Laura,

I'll be traveling - is there a remote option for attending?

Best,
Davey

On Fri, Aug 25, 2017 at 1:28 PM, Laura Chernikoff <laura@internetcreatorsguild.com> wrote:
Hey Davey,

You're invited to an upcoming event put on by the Internet Creators Guild, in partnership with YouTube on Thursday, September 14th at 11:00 AM.

Following the advertising situation on YouTube this spring (dubbed the "Adpocalypse"), YouTube is interested in hearing about creators' experiences on the platform. In particular, it's important for creators to understand the advertising guidelines and tools that brands interact with, in order to be aware how it may affect your monetization.

We've been discussing this issue with YouTube, who have been working to address creator concerns on this topic. They would like to share this presentation, which will be under NDA, in order to hear from ICG Members and creators we're in touch with as part of a small focus group.

We thought you would be an engaged and thoughtful participant and hope you're able to attend.

**Please RSVP with either yes, no, or maybe by September 5th.**

Thursday, September 14th
Check in 11:00 AM; presentation at 11:30 AM
YouTube Playa Vista Campus

***Understanding YouTube's Advertising-Friendly Content Guidelines***

*In this session, YouTube will cover the recent changes to the platform's Advertiser-Friendly Content Guidelines and what they mean to both advertisers and creators. They will review the updated guidelines, discuss how YouTube surfaces ads, and the targeting systems advertisers leverage to place their ads. This will be followed by a Q&A, where creators will be able to ask questions, as well as share their experiences and feedback on these changes.*

This event is invite-only and has limited space. If you know of other creators who would be interested in the topic and available to attend, please let me know their name, channel, and email address.

Thanks!

Laura

**Laura Chernikoff**
*Executive Director*
Internet Creators Guild
internetcreatorsguild.com


Davey Wavey
Digital Storyteller | daveywavey.tv


Davey Wavey
Digital Storyteller | daveywavey.tv

**Stephanie Frosch**

YouTube | Instagram | Twitter

# Exhibit "3"

From: **Google Legal** <nda-noreply@google.com>
Date: Wed, Sep 13, 2017 at 4:56 PM
Subject: You have accepted Google's Non-Disclosure Agreement
To: <StephFrosch@gmail.com>

You have accepted the terms and conditions presented in Google's
Non-Disclosure Agreement on 2017-09-13 20:56:35.

Company Name: ElloSteph
Name: Stephanie Frosch
Title: Content Creator
Email: StephFrosch@gmail.com
Address:
1300 N Curson Ave Apt 4
West Hollywood, California, 90046
United States

Below is a copy of the Agreement for your reference:

NON-DISCLOSURE AGREEMENT

 In order to evaluate and possibly enter into a business transaction (the
"Purpose"), Google Inc., for itself and its    subsidiaries and affiliates,
and the other party identified below hereby agree:

1.  The Effective Date of this agreement is the date this agreement is
accepted by the party identified below.

2.  A party (the "Discloser") may disclose to the other party (the
"Recipient") information pertaining to the Purpose that the Discloser
considers confidential ("Confidential Information").

3.  Recipient may use Confidential Information only for the Purpose.
Recipient must use a reasonable degree of care to protect Confidential
Information and to prevent any unauthorized use or disclosure of
Confidential Information. Recipient may share Confidential Information with
its employees, directors, agents or third party contractors who need to
know it and if they have agreed with either party in writing to keep
information confidential.

4.  Confidential Information does not include information that: (a) was
known to Recipient without restriction before receipt from Discloser; (b)
is publicly available through no fault of Recipient; (c) is rightfully
received by Recipient from a third party without a duty of confidentiality;
or (d) is independently developed by Recipient. A party may disclose
Confidential Information when compelled to do so by law if it provides

reasonable prior notice to the other party, unless a court orders that the other party not be given notice.

5.  Either party may terminate this agreement with thirty days prior written notice, but this agreement's provisions will survive as to Confidential Information that is disclosed before termination.

6.  Unless the parties otherwise agree in writing, Recipient's duty to protect Confidential Information expires five years from disclosure.

7.  This agreement imposes no obligation to proceed with any business transaction.

8.  No party acquires any intellectual property rights under this agreement except the limited rights necessary to use the Confidential Information for the Purpose.

9.  This agreement does not create any agency or partnership relationship. This agreement is not assignable or transferable by either party without the prior written consent of the other party.

10.  This agreement is the parties' entire agreement on this topic, superseding any prior or contemporaneous agreements. Any amendments must be in writing.  The parties may execute this agreement in counterparts, which taken together will constitute one instrument.  Failure to enforce any of provisions of this agreement will not constitute a waiver.

11.  This agreement is governed by the laws of the State of California, excluding its conflict-of-laws principles. The exclusive venue for any dispute relating to this agreement shall be Santa Clara County, California.

CommMutual Rev 112707



**Stephanie Frosch**
she/her/hers
Storyteller || Activist || Educator ||

phone: +1 954.235.4604

   

# Exhibit "4"

**From:** White, Lauren Gallo <lwhite@wsgr.com>
**Sent:** Thursday, March 26, 2020 6:21 PM
**To:** Debi Ramos <dramos@bgrfirm.com>
**Cc:** Kramer, David <DKramer@wsgr.com>; Willen, Brian <bwillen@wsgr.com>; Knoll, Kelly <kknoll@wsgr.com>; Peter Obstler <pobstler@bgrfirm.com>; Grubbs, Deborah <DGrubbs@wsgr.com>; Kathleen McCormick <kmccormick@bgrfirm.com>
**Subject:** Re: Divino Group, LLC v Google LLC, et al. [IWOV-DOCSLA.FID349140]

Debi:

As I said in my letter, further discussion would be productive to identify whether the information Ms. Frosch wishes to disclose might be protected by her NDA with YouTube. That is because we share your position that "any protective order [cannot] be used to keep non-confidential information from being presented to the Court and the public." Your continued argument and apparent insistence on running to court despite defendants' desire to meet and confer—and despite the parties' obligation to do so—are unwarranted and improper. Nevertheless, because defendants are not aware of any confidential information that Ms. Frosch might have learned at the September 14, 2017 event that might be protected by her NDA with YouTube, defendants have no intention of enforcing the NDA against her. While it would of course be premature to introduce testimony or other evidence at the current stage of the case, in the event this case gets past the pleadings, defendants will not enforce the NDA to prevent Ms. Frosch from testifying about her September 14, 2017 meeting. But YouTube's willingness to release Ms. Frosch from her obligations is not license to you to misstate the record, make misrepresentations, or improperly offer evidence to the Court.

Best regards,
Lauren

1

**PROOF OF SERVICE**

2

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

3

At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of Los Angeles, State of California.  My business address is 801 S.
4
Figueroa Street, Suite 2000, Los Angeles, CA 90017.

5

On April 20, 2020, I served true copies of the following document(s) described as

6

**PLAINTIFFS' MOTION FOR LEAVE TO FILE SUR-REPLY BRIEF; DECLARATION OF PETER OBSTLER; DECLARATION OF STEPHANIE FROSCH;**
7
**(Proposed) ORDER TO FILE SUR-REPLY**

8

on the interested parties in this action as follows:

9

**SEE ATTACHED SERVICE LIST**

10

**BY MAIL ON 4/21/20:**  I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for
11
collection and mailing, following our ordinary business practices.  I am readily familiar with the practice of Browne George Ross LLP for collecting and processing correspondence for mailing.
12
On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with
13
postage fully prepaid.  I am a resident or employed in the county where the mailing occurred.  The envelope was placed in the mail at Los Angeles, California.

14

15

**BY EMAIL ON 4/20/20:**  I served the document via email transmission to the email address listed above and did not, within a reasonable period of time, receive notice of an
16
unsuccessful submission.

17

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

18

Executed on April 20, 2020, at Los Angeles, California.

19

20

21

_____
22
Kathleen McCormick

23

24

25

26

27

28

Case No. 5:19-cv-004749-VKD

**116**

1

**SERVICE LIST**
**Divino Group LLC v. Google LLC and YouTube, LLC**
**United States District Court - Case No. 5:19-cv-004749-VKD**

2

3

4

INDRANEEL SUR
Trial Attorney
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC   20530
202-616-8488
EMAIL:  indraneel.sur@usdoj.gov

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# Exhibit "D"



- Terms of Service

- Paid Service Terms of Service
- Paid Service Usage Rules
- Collecting Society Notices
- Copyright Notices
- Community Guidelines

# Terms of Service

## What's in these terms?

This index is designed to help you understand some of the key updates we've made to our Terms of Service (Terms). We hope this serves as a useful guide, but please ensure you read the Terms in full.

Welcome to YouTube!
This section outlines our relationship with you. It includes a description of the Service, defines our Agreement, and names your service provider.

Who May Use the Service?
This section sets out certain requirements for use of the Service, and defines categories of users.

Your Use of the Service
This section explains your rights to use the Service, and the conditions that apply to your

use of the Service. It also explains how we may make changes to the Service.

Your Content and Conduct
This section applies to users who provide Content to the Service. It defines the scope of the permissions that you grant by uploading your Content, and includes your agreement not to upload anything that infringes on anyone else's rights.

Account Suspension and Termination
This section explains how you and YouTube may terminate this relationship.

About Software in the Service
This section includes details about software on the Service.

Other Legal Terms
This section includes our service commitment to you. It also explains that there are some things we will not be responsible for.

About this Agreement
This section includes some further important details about our contract, including what to expect if we need to make changes to these Terms; or which law applies to them.

# Terms of Service

Dated: March 17, 2021

# Welcome to YouTube!

Introduction

Thank you for using the YouTube platform and the products, services and features we make available to you as part of the platform (collectively, the "Service").

Our Service

The Service allows you to discover, watch and share videos and other content, provides a forum for people to connect, inform, and inspire others across the globe, and acts as a distribution platform for original content creators and advertisers large and small. We provide lots of information about our products and how to use them in our Help Center. Among other things, you can find out about YouTube Kids, the YouTube Partner Program and YouTube Paid Memberships and Purchases (where available).You can also read all about enjoying content on other devices like your television, your games console, or Google Home.

Your Service Provider

The entity providing the Service is Google LLC, a company operating under the laws of Delaware, located at 1600 Amphitheatre Parkway, Mountain View, CA 94043 (referred to as "YouTube", "we", "us", or "our"). References to YouTube's "Affiliates" in these terms means the other companies within the

Alphabet Inc. corporate group (now or in the future).

Applicable Terms

Your use of the Service is subject to these terms, the YouTube Community Guidelines and the Policy, Safety and Copyright Policies which may be updated from time to time (together, this "Agreement"). Your Agreement with us will also include the Advertising on YouTube Policies if you provide advertising or sponsorships to the Service or incorporate paid promotions in your content. Any other links or references provided in these terms are for informational use only and are not part of the Agreement.

Please read this Agreement carefully and make sure you understand it. If you do not understand the Agreement, or do not accept any part of it, then you may not use the Service.

# Who may use the Service?

Age Requirements

You must be at least 13 years old to use the Service; however, children of all ages may use the Service and YouTube Kids (where available) if enabled by a parent or legal guardian.

Permission by Parent or Guardian

If you are under 18, you represent that you have your parent or guardian's permission to use the Service. Please have them read this Agreement with you.

If you are a parent or legal guardian of a user under the age of 18, by allowing your child to use the Service, you are subject to the terms of this Agreement and responsible for your child's activity on the Service. You can find tools and resources to help you manage your family's experience on YouTube (including how to enable a child under the age of 13 to use the Service and YouTube Kids) in our Help Center and through Google's Family Link.

Businesses

If you are using the Service on behalf of a company or organisation, you represent that you have authority to act on behalf of that entity, and that such entity accepts this Agreement.

# Your Use of the Service

Content on the Service

The content on the Service includes videos, audio (for example music and other sounds), graphics, photos, text (such as comments and scripts), branding (including trade names, trademarks, service marks, or logos), interactive features, software, metrics, and other materials whether provided by you, YouTube or a third-party (collectively, "Content").

Content is the responsibility of the person or entity that provides it to the Service. YouTube is under no obligation to host or serve Content. If you see any Content you believe does not comply with this Agreement, including by violating the Community Guidelines or the law, you can report it to us.

Google Accounts and YouTube Channels

You can use parts of the Service, such as browsing and searching for Content, without having a Google account. However, you do need a Google account to use some features. With a Google account, you may be able to like videos, subscribe to channels, create your own YouTube channel, and more. You can follow these instructions to create a Google account.

Creating a YouTube channel will give you access to additional features and functions, such as uploading videos, making comments or creating playlists (where available). Here are some details about how to create your own YouTube channel.

To protect your Google account, keep your password confidential. You should not reuse your Google account password on third-party applications. Learn more about keeping your Google account secure, including what to do if you learn of any unauthorized use of your password or Google account.

Your Information

Our Privacy Policy explains how we treat your personal data and protect your privacy when you use the Service. The YouTube Kids Privacy Notice provides additional

information about our privacy practices that are specific to YouTube Kids.

We will process any audio or audiovisual content uploaded by you to the Service in accordance with the YouTube Data Processing Terms, except in cases where you uploaded such content for personal purposes or household activities. Learn More.

Permissions and Restrictions

You may access and use the Service as made available to you, as long as you comply with this Agreement and applicable law. You may view or listen to Content for your personal, non-commercial use. You may also show YouTube videos through the embeddable YouTube player.

The following restrictions apply to your use of the Service. You are not allowed to:

1. access, reproduce, download, distribute, transmit, broadcast, display, sell, license, alter, modify or otherwise use any part of the Service or any Content except: (a) as expressly authorized by the Service; or (b) with prior written permission from YouTube and, if applicable, the respective rights holders;

2. circumvent, disable, fraudulently engage with, or otherwise interfere with any part of the Service (or attempt to do any of these things), including security-related features or features that (a) prevent or restrict the copying or other use of

Content or (b) limit the use of the Service or Content;

3. access the Service using any automated means (such as robots, botnets or scrapers) except (a) in the case of public search engines, in accordance with YouTube's robots.txt file; or (b) with YouTube's prior written permission;

4. collect or harvest any information that might identify a person (for example, usernames or faces), unless permitted by that person or allowed under section (3) above;

5. use the Service to distribute unsolicited promotional or commercial content or other unwanted or mass solicitations;

6. cause or encourage any inaccurate measurements of genuine user engagement with the Service, including by paying people or providing them with incentives to increase a video's views, likes, or dislikes, or to increase a channel's subscribers, or otherwise manipulate metrics in any manner;

7. misuse any reporting, flagging, complaint, dispute, or appeals process, including by making groundless, vexatious, or frivolous submissions;

8. run contests on or through the Service that do not comply with YouTube's contest policies and guidelines;

9. use the Service to view or listen to Content other than for personal, non-

**126**

commercial use (for example, you may not publicly screen videos or stream music from the Service); or

10. use the Service to (a) sell any advertising, sponsorships, or promotions placed on, around, or within the Service or Content, other than those allowed in the Advertising on YouTube policies (such as compliant product placements); or (b) sell advertising, sponsorships, or promotions on any page of any website or application that only contains Content from the Service or where Content from the Service is the primary basis for such sales (for example, selling ads on a webpage where YouTube videos are the main draw for users visiting the webpage).

Reservation

Using the Service does not give you ownership of or rights to any aspect of the Service, including user names or any other Content posted by others or YouTube.

Changes to the Service

YouTube is constantly changing and improving the Service. We may also need to alter or discontinue the Service, or any part of it, in order to make performance or security improvements, change functionality and features, make changes to comply with law, or prevent illegal activities on or abuse of our systems. These changes may affect all users,

some users or even an individual user. Whenever reasonably possible, we will provide notice when we discontinue or make material changes to our Service that will have an adverse impact on the use of our Service. However, you understand and agree that there will be times when we make such changes without notice, such as where we feel we need to take action to improve the security and operability of our Service, prevent abuse, or comply with legal requirements.

# Your Content and Conduct

Uploading Content

If you have a YouTube channel, you may be able to upload Content to the Service. You may use your Content to promote your business or artistic enterprise. If you choose to upload Content, you must not submit to the Service any Content that does not comply with this Agreement (including the YouTube Community Guidelines) or the law. For example, the Content you submit must not include third-party intellectual property (such as copyrighted material) unless you have permission from that party or are otherwise legally entitled to do so. You are legally responsible for the Content you submit to the Service. We may use automated systems that analyze your Content to help detect infringement and abuse, such as spam, malware, and illegal content.

Rights you Grant

You retain ownership rights in your Content. However, we do require you to grant certain rights to YouTube and other users of the Service, as described below.

License to YouTube

By providing Content to the Service, you grant to YouTube a worldwide, non-exclusive, royalty-free, sublicensable and transferable license to use that Content (including to reproduce, distribute, prepare derivative works, display and perform it) in connection with the Service and YouTube's (and its successors' and Affiliates') business, including for the purpose of promoting and redistributing part or all of the Service.

License to Other Users

You also grant each other user of the Service a worldwide, non-exclusive, royalty-free license to access your Content through the Service, and to use that Content, including to reproduce, distribute, prepare derivative works, display, and perform it, only as enabled by a feature of the Service (such as video playback or embeds). For clarity, this license does not grant any rights or permissions for a user to make use of your Content independent of the Service.

Duration of License

The licenses granted by you continue for a commercially reasonable period of time after you remove or delete your Content from the Service. You understand and agree, however, that YouTube may retain, but not display, distribute, or perform, server copies of your videos that have been removed or deleted.

Right to Monetize

You grant to YouTube the right to monetize your Content on the Service (and such monetization may include displaying ads on or within Content or charging users a fee for access). This Agreement does not entitle you to any payments. Starting November 18, 2020, any payments you may be entitled to receive from YouTube under any other agreement between you and YouTube (including for example payments under the YouTube Partner Program, Channel memberships or Super Chat) will be treated as royalties.  If required by law, Google will withhold taxes from such payments.

Removing Your Content

You may remove your Content from the Service at any time. You also have the option to make a copy of your Content before removing it. You must remove your Content if you no longer have the rights required by these terms.
Removal of Content By YouTube

If we reasonably believe that any Content is in breach of this Agreement or may cause harm to YouTube, our users, or third parties, we may remove or take down that Content in our discretion. We will notify you with the reason for our action unless we reasonably believe that to do so: (a) would breach the law or the direction of a legal enforcement authority or would otherwise risk legal liability for YouTube or our Affiliates; (b) would compromise an investigation or the integrity or operation of the Service; or (c) would cause harm to any user, other third party, YouTube or our Affiliates. You can learn more about reporting and enforcement, including how to appeal on the Troubleshooting page of our Help Center.

Copyright Protection

We provide information to help copyright holders manage their intellectual property online in our YouTube Copyright Center. If you believe your copyright has been infringed on the Service, please send us a notice. We respond to notices of alleged copyright infringement according to the process in our YouTube Copyright Center, where you can also find information about how to resolve a copyright strike. YouTube's policies provide for the termination, in appropriate circumstances, of repeat infringers' access to the Service.

# Account Suspension & Termination

Terminations by You

You may stop using the Service at any time.
Follow these instructions to delete the
Service from your Google Account, which
involves closing your YouTube channel and
removing your data. You also have the option
to download a copy of your data first.

Terminations and Suspensions by YouTube
for Cause

YouTube may suspend or terminate your
access, your Google account, or your Google
account's access to all or part of the
Service if (a) you materially or repeatedly
breach this Agreement; (b) we are required to
do so to comply with a legal requirement or a
court order; or (c) we believe there has been
conduct that creates (or could create) liability
or harm to any user, other third party,
YouTube or our Affiliates.

Terminations by YouTube for Service
Changes

YouTube may terminate your access, or your
Google account's access to all or part of the
Service if YouTube believes, in its sole
discretion, that provision of the Service to you
is no longer commercially viable.

Notice for Termination or Suspension

We will notify you with the reason for
termination or suspension by YouTube
unless we reasonably believe that to do so:
(a) would violate the law or the direction of a

legal enforcement authority, or would otherwise risk legal liability for YouTube or our Affiliates; (b) would compromise an investigation or the integrity or operation of the Service; or (c) would cause harm to any user, other third party, YouTube or our Affiliates. Where YouTube is terminating your access for Service changes, where reasonably possible, you will be provided with sufficient time to export your Content from the Service.

Effect of Account Suspension or Termination

If your Google account is terminated or your Google account's access to the Service is restricted, you may continue using certain aspects of the Service (such as viewing only) without an account, and this Agreement will continue to apply to such use. If you believe your Google account has been terminated in error, you can appeal using this form.

# About Software in the Service

Downloadable Software
When the Service requires or includes downloadable software (such as the YouTube Studio application), you give permission for that software to update automatically on your device once a new version or feature is available, subject to your device settings. Unless that software is governed by additional terms which provide a license, YouTube gives you a personal, worldwide, royalty-free, non-assignable and

non-exclusive license to use the software provided to you by YouTube as part of the Service. This license is for the sole purpose of enabling you to use and enjoy the benefit of the Service as provided by YouTube, in the manner permitted by this Agreement. You are not allowed to copy, modify, distribute, sell, or lease any part of the software, or to reverse-engineer or attempt to extract the source code of that software, unless laws prohibit these restrictions or you have YouTube's written permission.

### Open Source

Some software used in our Service may be offered under an open source license that we make available to you. There may be provisions in an open source license that expressly override some of these terms, so please be sure to read those licenses.

# Other Legal Terms

### Warranty Disclaimer

OTHER THAN AS EXPRESSLY STATED IN THIS AGREEMENT OR AS REQUIRED BY LAW, THE SERVICE IS PROVIDED "AS IS" AND YOUTUBE DOES NOT MAKE ANY SPECIFIC COMMITMENTS OR WARRANTIES ABOUT THE SERVICE. FOR EXAMPLE, WE DON'T MAKE ANY WARRANTIES ABOUT: (A) THE CONTENT PROVIDED THROUGH THE SERVICE; (B) THE SPECIFIC FEATURES OF THE SERVICE, OR ITS ACCURACY, RELIABILITY, AVAILABILITY, OR ABILITY TO

MEET YOUR NEEDS; OR (C) THAT ANY CONTENT YOU SUBMIT WILL BE ACCESSIBLE ON THE SERVICE.

Limitation of Liability

EXCEPT AS REQUIRED BY APPLICABLE LAW, YOUTUBE, ITS AFFILIATES, OFFICERS, DIRECTORS, EMPLOYEES AND AGENTS WILL NOT BE RESPONSIBLE FOR ANY LOSS OF PROFITS, REVENUES, BUSINESS OPPORTUNITIES, GOODWILL, OR ANTICIPATED SAVINGS; LOSS OR CORRUPTION OF DATA; INDIRECT OR CONSEQUENTIAL LOSS; PUNITIVE DAMAGES CAUSED BY:

1. ERRORS, MISTAKES, OR INACCURACIES ON THE SERVICE;

2. PERSONAL INJURY OR PROPERTY DAMAGE RESULTING FROM YOUR USE OF THE SERVICE;

3. ANY UNAUTHORIZED ACCESS TO OR USE OF THE SERVICE;

4. ANY INTERRUPTION OR CESSATION OF THE SERVICE;

5. ANY VIRUSES OR MALICIOUS CODE TRANSMITTED TO OR THROUGH THE SERVICE BY ANY THIRD PARTY;

6. ANY CONTENT WHETHER SUBMITTED BY A USER OR YOUTUBE, INCLUDING YOUR USE OF CONTENT; AND/OR

7.  THE REMOVAL OR UNAVAILABILITY OF ANY CONTENT.

THIS PROVISION APPLIES TO ANY CLAIM, REGARDLESS OF WHETHER THE CLAIM ASSERTED IS BASED ON WARRANTY, CONTRACT, TORT, OR ANY OTHER LEGAL THEORY.

YOUTUBE AND ITS AFFILIATES' TOTAL LIABILITY FOR ANY CLAIMS ARISING FROM OR RELATING TO THE SERVICE IS LIMITED TO THE GREATER OF: (A) THE AMOUNT OF REVENUE THAT YOUTUBE HAS PAID TO YOU FROM YOUR USE OF THE SERVICE IN THE 12 MONTHS BEFORE THE DATE OF YOUR NOTICE, IN WRITING TO YOUTUBE, OF THE CLAIM; AND (B) USD $500.

Indemnity

To the extent permitted by applicable law, you agree to defend, indemnify and hold harmless YouTube, its Affiliates, officers, directors, employees and agents, from and against any and all claims, damages, obligations, losses, liabilities, costs or debt, and expenses (including but not limited to attorney's fees) arising from: (i) your use of and access to the Service; (ii) your violation of any term of this Agreement; (iii) your violation of any third party right, including without limitation any copyright, property, or privacy right; or (iv) any claim that your Content caused damage to a third party. This defense and indemnification obligation will

**136**

survive this Agreement and your use of the Service.

Third-Party Links

The Service may contain links to third-party websites and online services that are not owned or controlled by YouTube. YouTube has no control over, and assumes no responsibility for, such websites and online services. Be aware when you leave the Service; we suggest you read the terms and privacy policy of each third-party website and online service that you visit.

# About this Agreement

Modifying this Agreement

We may modify this Agreement, for example, to reflect changes to our Service or for legal, regulatory, or security reasons. YouTube will provide reasonable advance notice of any material modifications to this Agreement and the opportunity to review them, except that modifications addressing newly available features of the Service or modifications made for legal reasons may be effective immediately without notice. Modifications to this Agreement will only apply going forward. If you do not agree to the modified terms, you should remove any Content you have uploaded and discontinue your use of the Service.

Continuation of this Agreement

If your use of the Service ends, the following

terms of this Agreement will continue to apply to you: "Other Legal Terms", "About This Agreement", and the licenses granted by you will continue as described under "Duration of License".

Severance
If it turns out that a particular term of this Agreement is not enforceable for any reason, this will not affect any other terms.

No Waiver
If you fail to comply with this Agreement and we do not take immediate action, this does not mean that we are giving up any rights that we may have (such as the right to take action in the future).

Interpretation

In these terms, "include" or "including" means "including but not limited to," and any examples we give are for illustrative purposes.

Governing Law
All claims arising out of or relating to these terms or the Service will be governed by California law, except California's conflict of laws rules, and will be litigated exclusively in the federal or state courts of Santa Clara County, California, USA. You and YouTube consent to personal jurisdiction in those courts.

Limitation on Legal Action

YOU AND YOUTUBE AGREE THAT ANY CAUSE OF ACTION ARISING OUT OF OR RELATED TO THE SERVICES MUST COMMENCE WITHIN ONE (1) YEAR AFTER THE CAUSE OF ACTION ACCRUES. OTHERWISE, SUCH CAUSE OF ACTION IS PERMANENTLY BARRED.

Effective as of March 17, 2021 (view previous version)



[Our mission](#)

Our commitments

[Managing harmful content How does YouTube manage harmful content? Standing up to hate How does YouTube protect the community from hate and harassment? Fighting misinformation How does YouTube combat misinformation? Curbing extremist content How does YouTube prevent radicalization? Supporting political integrity How does YouTube support civic engagement and election integrity? Preventing bias What does YouTube do to prevent bias? Fostering child safety How does YouTube help keep kids protected on the platform? Protecting user data How does YouTube maintain user privacy? Safeguarding copyright How does YouTube protect copyrighted content? Sharing revenue How does YouTube make money? Promoting digital wellbeing How does YouTube support users' digital wellbeing? Responding to COVID-19 How is YouTube supporting users during COVID-19?](#)

Product features

[YouTube Search How our search tool can help you find content you'll love Recommended videos How we recommend content we think you'll want to watch News and information How we provide context for your search results and videos Health information How we provide context for health queries Monetization for Creators How Creators earn money on YouTube YouTube Live How you can reach your community in real time with Live and Premieres](#)

User settings

[Privacy controls How we protect your information and what you can do to control your privacy Ad Settings How our advertising works and how to customize your ad experience Parental controls How you can create a family friendly experience Autoplay How Autoplay works and how to turn it off](#)

Rules and policies

[Policies overview How our rules and policies help keep our platform safe Community Guidelines How we define what we do and don't allow on YouTube Copyright How we help Creators responsibly manage their content Monetization policies How Creators can monetize their content as part of the YouTube Partner Program Legal removals How we approach content that violates local law](#)

Progress and impact

[Responsibility through the years How we've been building a more responsible platform over the years Progress on managing harmful content How we're enforcing our policies on harmful content by the numbers Our impact How creative entrepreneurs are transforming their lives and communities Culture and trends How to better understand the next generation of Creators and artists Advancing sustainability How we're investing in a carbon-free future](#)

Resources

[Downloadable summaries Download shareable summaries of essential content on this website about our responsibility efforts Advertiser resources Find resources and quick guides on Brand Safety for advertisers Brand resources Access brand resources such as our YouTube logo, color palettes, and permissions form](#)

[Our mission](#) Our commitments [Managing harmful content Standing up to hate Fighting misinformation Curbing extremist content Supporting political integrity Preventing bias Fostering child safety Protecting user data Safeguarding copyright Sharing revenue Promoting digital wellbeing Responding to COVID-19](#) Product features [YouTube Search Recommended videos News and information Health information Monetization for Creators YouTube Live](#) User

**140**

335

settings Privacy controls Ad Settings Parental controls Autoplay Rules and policies Policies overview Community Guidelines Copyright Monetization policies Legal removals Progress and impact Responsibility through the years Progress on managing harmful content Our impact Culture and trends Advancing sustainability Resources Downloadable summaries Advertiser resources Brand resources

Rules and policies 

# Community Guidelines

- Community Guidelines
- Developing Community Guidelines
- Enforcing Community Guidelines
    - Detecting violations
    - Allowing EDSA content
    - Taking action on violations

## Overview

YouTube has always had a set of Community Guidelines that outline what type of content isn't allowed on YouTube. These policies apply to all types of content on our platform, including videos, comments, links, and thumbnails. Our Community Guidelines are a key part of our broader suite of policies and are regularly updated in consultation with outside experts and YouTube creators to keep pace with emerging challenges.

We enforce these Community Guidelines using a combination of human reviewers and machine learning, and apply them to everyone equally—regardless of the subject or the creator's background, political viewpoint, position, or affiliation.

Our policies aim to make YouTube a safer community while still giving creators the freedom to share a broad range of experiences and perspectives.

## What areas do Community Guidelines cover?

You'll find a full list of our Community Guidelines below:

### Spam & deceptive practices

- Fake engagement
- Impersonation
- External links
- Spam, deceptive practices & scams

- [Playlists](#)
- [Additional policies](#)

## Sensitive content

- [Child safety](#)
- [Thumbnails](#)
- [Nudity and sexual content](#)
- [Suicide and self injury](#)
- [Vulgar language](#)

## Violent or dangerous content

- [Harassment and cyberbullying](#)
- [Harmful or dangerous content](#)
- [Hate speech](#)
- [Violent criminal organizations](#)
- [Violent or graphic content](#)

## Regulated goods

- [Firearms](#)
- [Sale of illegal or regulated goods or services](#)

## Misinformation

- [Misinformation](#)
- [Elections misinformation](#)
- [COVID-19 medical misinformation](#)

In addition to Community Guidelines, creators who want to monetize content on YouTube must comply with [Monetization Policies](#).

# How does YouTube develop new policies and update existing ones?

Each of our policies is carefully thought through so they are consistent, well-informed, and can be applied to content from around the world. They're developed in consultation with a wide range of external industry and policy experts, as well as YouTube Creators. New policies go through multiple rounds of testing before they go live to ensure our global team of content reviewers can apply them accurately and consistently.

This work is never finished, and we are always evaluating our policies to understand how we can better strike a balance between keeping the YouTube community protected and giving everyone a voice.

## How does YouTube enforce its Community Guidelines?

500 hours of video are uploaded to YouTube every minute. That's a lot of content, which is why our teams come together to make sure that what you see on our platform follows our Community Guidelines. To do that, we combine the power of advanced machine learning systems and our community itself to flag potentially problematic content. Our expert reviewers then remove flagged content that violates our Community Guidelines.

## How does YouTube identify content that violates Community Guidelines?

With hundreds of hours of new content uploaded to YouTube every minute, we use a combination of people and machine learning to detect problematic content at scale. Machine learning is well-suited to detect patterns, which helps us to find content similar to other content we've already removed, even before it's viewed.

We also recognize that the best way to quickly remove content is to anticipate problems before they emerge. Our Intelligence Desk monitors the news, social media, and user reports to detect new trends surrounding inappropriate content, and works to make sure our teams are prepared to address them before they can become a larger issue.

## Is there a way for the broader community to flag harmful content?

The YouTube community also plays an important role in flagging content they think is inappropriate.

- If you see content that you think violates Community Guidelines, you can use our flagging feature to submit content for review.
- We developed the YouTube Trusted Flagger program to provide robust content reporting processes to non-governmental organizations (NGOs) with expertise in a policy area, government agencies, and individuals with high flagging accuracy rates. Participants receive training on YouTube policies and have a direct path of communication with our Trust & Safety specialists. Videos flagged by Trusted Flaggers are not automatically removed. They are subject to the same human review as videos flagged by any other user, but we may expedite review by our teams. NGOs also receive occasional online training on YouTube policies.

## How does YouTube treat educational, documentary, scientific, or artistic content?

Sometimes videos that might otherwise violate our Community Guidelines may be allowed to stay on YouTube if the content offers a compelling reason with visible context for viewers. We

often refer to this exception as "EDSA," which stands for "Educational, Documentary, Scientific or Artistic". To help determine whether a video might qualify for an EDSA exception, we look at multiple factors, including the video title, descriptions, and the context provided.

EDSA exceptions are a critical way we make sure that important speech stays on YouTube, while protecting the wider YouTube ecosystem from harmful content.

**Resources**

- [Read more about how we treat EDSA content on YouTube](#)

# What action does YouTube take for content that violates Community Guidelines?

Machine learning systems help us identify and remove spam automatically, as well as remove re-uploads of content we've already reviewed and determined violates our policies. YouTube takes action on other flagged videos after review by trained human reviewers. They assess whether the content does indeed violate our policies, and protect content that has an educational, documentary, scientific, or artistic purpose. Our reviewer teams remove content that violates our policies and age-restrict content that may not be appropriate for all audiences. Reviewers' inputs are then used to train and improve the accuracy of our systems at a much larger scale.



# Community Guidelines Strikes

If our reviewers decide that content violates our Community Guidelines, we remove the content and send a notice to the Creator. The first time a Creator violates our Community Guidelines, they receive a warning with no penalty to the channel. After one warning, we'll issue a Community Guidelines strike to the channel and the account will have temporary restrictions including not being allowed to upload videos, live streams, or stories for a 1-week period. Channels that receive three strikes within a 90-day period will be terminated. Channels that are dedicated to violating our policies or that have a single case of severe abuse of the platform, will bypass our strikes system and be terminated. All strikes and terminations can be appealed if the Creator believes there was an error, and our teams will re-review the decision.

**Resources**

- [Learn more about Community Guidelines strikes](#)
- [Appeal a Community Guidelines strike](#)

# Age-Restricting Content

Sometimes content doesn't violate our Community Guidelines, but may not be appropriate for viewers under 18 years of age. In these cases, our review team will place an age restriction on the video so it will not be visible to viewers under 18 years of age, logged-out users, or to those who have Restricted Mode enabled. Creators can also choose to age restrict their own content at upload if they think it's not suitable for younger audiences.

**Resources**

- Learn more about age-restricted content

# Related articles

- Progress on managing harmful content

  Read more

- Managing harmful content

  Read more

- Legal removals

  Read more

**Connect**

- **About YouTube**

  About Blog How YouTube Works Jobs Press YouTube Culture & Trends

- **Products**

  YouTube Go YouTube Kids YouTube Music YouTube Originals YouTube Premium YouTube Select YouTube Studio YouTube TV

- **For Business**

  Developers YouTube Advertising

- **For Creators**

  Creating for YouTube Kids Creator Academy Creator Research Creator Services Directory YouTube Artists YouTube Creators YouTube NextUp YouTube Space YouTube VR

- **Our Commitments**

  [Creators for Change CSAI Match Social Impact](#)

## About YouTube

## Products

## For Business

## For Creators

## Our Commitments

[About Blog How YouTube Works Jobs Press YouTube Culture & Trends YouTube Go YouTube Kids YouTube Music YouTube Originals YouTube Premium YouTube Select YouTube Studio YouTube TV Developers YouTube Advertising Creating for YouTube Kids Creator Academy Creator Research Creator Services Directory YouTube Artists YouTube Creators YouTube NextUp YouTube Space YouTube VR Creators for Change CSAI Match Social Impact](#)

[Policies & Safety Copyright Brand Guidelines Privacy Terms](#)

[Help](#)



English



Our mission

Our commitments

Managing harmful content How does YouTube manage harmful content? Standing up to hate How does YouTube protect the community from hate and harassment? Fighting misinformation How does YouTube combat misinformation? Curbing extremist content How does YouTube prevent radicalization? Supporting political integrity How does YouTube support civic engagement and election integrity? Preventing bias What does YouTube do to prevent bias? Fostering child safety How does YouTube help keep kids protected on the platform? Protecting user data How does YouTube maintain user privacy? Safeguarding copyright How does YouTube protect copyrighted content? Sharing revenue How does YouTube make money? Promoting digital wellbeing How does YouTube support users' digital wellbeing? Responding to COVID-19 How is YouTube supporting users during COVID-19?

Product features

YouTube Search How our search tool can help you find content you'll love Recommended videos How we recommend content we think you'll want to watch News and information How we provide context for your search results and videos Health information How we provide context for health queries Monetization for Creators How Creators earn money on YouTube YouTube Live How you can reach your community in real time with Live and Premieres

User settings

Privacy controls How we protect your information and what you can do to control your privacy Ad Settings How our advertising works and how to customize your ad experience Parental controls How you can create a family friendly experience Autoplay How Autoplay works and how to turn it off

Rules and policies

Policies overview How our rules and policies help keep our platform safe Community Guidelines How we define what we do and don't allow on YouTube Copyright How we help Creators responsibly manage their content Monetization policies How Creators can monetize their content as part of the YouTube Partner Program Legal removals How we approach content that violates local law

Progress and impact

Responsibility through the years How we've been building a more responsible platform over the years Progress on managing harmful content How we're enforcing our policies on harmful content by the numbers Our impact How creative entrepreneurs are transforming their lives and communities Culture and trends How to better understand the next generation of Creators and artists Advancing sustainability How we're investing in a carbon-free future

Resources

Downloadable summaries Download shareable summaries of essential content on this website about our responsibility efforts Advertiser resources Find resources and quick guides on Brand Safety for advertisers Brand resources Access brand resources such as our YouTube logo, color palettes, and permissions form

Our mission Our commitments Managing harmful content Standing up to hate Fighting misinformation Curbing extremist content Supporting political integrity Preventing bias Fostering child safety Protecting user data Safeguarding copyright Sharing revenue Promoting digital wellbeing Responding to COVID-19 Product features YouTube Search Recommended videos News and information Health information Monetization for Creators YouTube Live User

settings Privacy controls Ad Settings Parental controls Autoplay Rules and policies Policies overview Community Guidelines Copyright Monetization policies Legal removals Progress and impact Responsibility through the years Progress on managing harmful content Our impact Culture and trends Advancing sustainability Resources Downloadable summaries Advertiser resources Brand resources

Rules and policies 

# Policies overview

Viewers and Creators around the world use YouTube to express their ideas and opinions freely, and we believe that a broad range of perspectives ultimately makes us a stronger and more informed society, even if we disagree with some of those views. That's why we have policies to help build a safer community.



# Community Guidelines

Our Community Guidelines define what we do and don't allow on YouTube. They exist so that we can protect the community from things such as harmful content, harassment, and spam. They apply to everyone, and to all types of content on YouTube - such as videos, comments, links, and thumbnails.

Learn more



# Copyright

We have developed a set of resources to help Creators understand copyright, protect their own copyrighted content, and avoid violating copyright laws.

Learn more

# Monetization policies

The YouTube Partner Program empowers Creators to make money through their channels. To become a YouTube Partner, Creators must follow our monetization policies. These policies are intended to reward Creators who contribute positively to the community with original content.

Eligible Creators who want to monetize their content by running advertisements need to follow our Advertiser-Friendly Content Guidelines in addition to our broader Monetization Policies.

[Learn more](#)

# Legal removals

Since YouTube is available across the world, we have processes in place to comply with local law.

[Learn more](#)

# Related articles

- Progress on managing harmful content

  [Read more](#)

- Safeguarding copyright

  [Read more](#)

- Fostering child safety

  [Read more](#)

**Connect**

- **About YouTube**

  [About Blog How YouTube Works Jobs Press YouTube Culture & Trends](#)

- **Products**

  [YouTube Go YouTube Kids YouTube Music YouTube Originals YouTube Premium YouTube Select YouTube Studio YouTube TV](#)

- **For Business**

  [Developers YouTube Advertising](#)

- **For Creators**

**149**

344

Creating for YouTube Kids Creator Academy Creator Research Creator Services Directory YouTube Artists YouTube Creators YouTube NextUp YouTube Space YouTube VR

- **Our Commitments**

  Creators for Change CSAI Match Social Impact

# About YouTube

# Products

# For Business

# For Creators

# Our Commitments

About Blog How YouTube Works Jobs Press YouTube Culture & Trends YouTube Go YouTube Kids YouTube Music YouTube Originals YouTube Premium YouTube Select YouTube Studio YouTube TV Developers YouTube Advertising Creating for YouTube Kids Creator Academy Creator Research Creator Services Directory YouTube Artists YouTube Creators YouTube NextUp YouTube Space YouTube VR Creators for Change CSAI Match Social Impact

Policies & Safety Copyright Brand Guidelines Privacy Terms

Help





YouTube Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunity

# Fake engagement policy

The safety of our creators, viewers, and partners is our highest priority. We look to each of you to help us protect this unique and vibrant community. It's important you understand our Community Guidelines, and the role they play in our shared responsibility to keep YouTube safe. Take the time to carefully read the policy below. You can also check out this page for a full list of our guidelines.

YouTube doesn't allow anything that artificially increases the number of views, likes, comments, or other metrics either by using automatic systems or serving up videos to unsuspecting viewers. Also, content that solely exists to incentivize viewers for engagement (views, likes, comments, etc) is prohibited.

Content and channels that don't follow this policy may be terminated and removed from YouTube.

Important:  If you hire someone to promote your channel, their decisions may impact your channel. Any method that violates our policies may result in content removal or a channel takedown, whether it's an action taken by you or someone you've hired.

We consider engagement to be legitimate when a human user's primary intent is to authentically interact with the content. We consider engagement illegitimate, for example, when it results from coercion or deception, or when the sole purpose of the engagement is financial gain.

If you find content that violates this policy, report it. Instructions for reporting violations of our Community Guidelines are available here. If you've found a few videos or comments that you would like to report, you can report the channel.

# What this policy means for you

**If you're posting content**

Don't post content on YouTube if it fits any of the descriptions noted below.

- Links to or promotes third-party services that artificially inflate metrics like views, likes, and subscribers
- Content linking to or promoting third-party view count or subscriber gaming websites or services
- Offering to subscribe to another creator's channel only if they subscribe to your channel ("sub4sub")
- Note: You're allowed to encourage viewers to subscribe, hit the like button, share, or leave a comment
- Content featuring a creator purchasing their views from a third party with the intent of promoting the service

This policy applies to videos, video descriptions, comments, live streams, and any other YouTube product or feature. Keep in mind that this isn't a complete list.

## How engagement is measured

# Examples

Here are some examples of content that's not allowed on YouTube.

- A video testimonial in which a creator shows themselves successfully purchasing artificial page traffic from a third party
- A video in which a creator links to a third party artificial page traffic provider in a promotional or supportive context. For example: "I got 1 million subscribers on this video in a day and you can too!"
- A video that tries to force or trick viewers into watching another video through deceptive means (for example: a misleadingly labeled info card)
- Channels dedicated to artificial channel engagement traffic or promoting businesses that exist for this sole purpose

Remember these are just some examples, and don't post content if you think it might violate this policy.

# What happens if content violates this policy

If your content violates this policy, we'll remove the content and send you an email to let you know. If this is your first time violating our Community Guidelines, you'll likely get a

warning with no penalty to your channel. If it's not, we may issue a strike against your channel. If you get 3 strikes within 90 days, your channel will be terminated. You can learn more about our strikes system here.

We may terminate your channel or account for repeated violations of the Community Guidelines or Terms of Service. We may also terminate your channel or account after a single case of severe abuse, or when the channel is dedicated to a policy violation. You can learn more about channel or account terminations here.

Give feedback about this article
Choose a section to give feedback on



Was this helpful?
YesNo

Submit

# YouTube policies

- Spam, deceptive practices, & scams policies
- Impersonation policy
- External links policy
- Fake engagement policy
- Additional policies
- Playlists policy

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service


English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski

10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- <span style="color:blue">**Help Center**</span>

- o [Fix a problem](#)

- o [Watch videos](#)

- o [Manage your account & settings](#)

- o [Supervised experience on YouTube](#)

- o [Join & manage YouTube Premium](#)

- o [Create & grow your channel](#)

- o [Monetize with the YouTube Partner Program](#)

- o [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](Privacy Policy)

- [YouTube Terms of Service](YouTube Terms of Service)

- [Submit feedback](Submit feedback)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program

Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows

Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues

Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube

YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers

YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

## What is the issue with this selection?

Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links



Other suggestions - ideas to improve the content

## Share additional info or suggestions



Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.

YouTube Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunity

# YouTube's Community Guidelines

When you use YouTube, you join a community of people from all over the world. The guidelines below help keep YouTube fun and enjoyable for everyone.

If you see content that you think violates these guidelines, use the flagging feature to submit it for review by our YouTube staff.

## Spam & deceptive practices



The YouTube Community is one that's built on trust. Content that intends to scam, mislead, spam, or defraud other users isn't allowed on YouTube.

Spam, deceptive practices, & scams policies
Impersonation policy
External links policy
Fake engagement policy
Additional policies

## Sensitive content

We hope to protect viewers, creators, and especially minors. That's why we've got rules around keeping children safe, sex & nudity, and self harm. Learn what's allowed on YouTube and what to do if you see content that doesn't follow these policies.

Nudity & sexual content policies
Thumbnails policy
Child safety policy

Suicide & self-injury policy

# Violent or dangerous content

Hate speech, predatory behavior, graphic violence, malicious attacks, and content that promotes harmful or dangerous behavior isn't allowed on YouTube.

Harmful or dangerous content policies
Violent or graphic content policies
Violent criminal organizations policy
Hate speech policy
Harassment & cyberbullying policies

# Regulated goods

Certain goods can't be sold on YouTube. Find out what's allowed—and what isn't.

Sale of illegal or regulated goods or services policies
Firearms policy

# Misinformation

Certain types of misleading or deceptive content with serious risk of egregious harm are not allowed on YouTube. This includes certain types of misinformation that can cause real-world harm, like promoting harmful remedies or treatments, certain types of technically manipulated content, or content interfering with democratic processes.

Misinformation policies
Elections misinformation policies
COVID-19 medical misinformation policies

*Please take these rules seriously. If a YouTube creator's on- and/or off-platform behavior harms our users, community, employees or ecosystem, we may respond based on a number of factors including, but not limited to, the egregiousness of their actions and whether a pattern of harmful behavior exists. Our response will range from suspending a creator's privileges to account termination.*

Visit Creator Academy for more

Would you rather learn about our Community Guidelines through videos and quizzes?
Check out our new Creator Academy course.
Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

# Help

- Coronavirus disease 2019 (COVID-19) updates
- Monetization update on COVID-19 content
- YouTube's Community Guidelines
- YouTube policies
- Reporting and enforcement
- Privacy and safety center
- Copyright and rights management

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands

16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- [Help Center](#)

  o [Fix a problem](#)

- o [Watch videos](#)

- o [Manage your account & settings](#)

- o [Supervised experience on YouTube](#)

- o [Join & manage YouTube Premium](#)

- o [Create & grow your channel](#)

- o [Monetize with the YouTube Partner Program](#)

- o [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program

Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows

Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues

Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube

YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers

YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

# What is the issue with this selection?

☐
Inaccurate - doesn't match what I see in the product

☐
Hard to understand - unclear or translation is wrong

☐
Missing info - relevant but not comprehensive

☐
Irrelevant - doesn't match the title and / or my expectations

☐
Minor errors - formatting issues, typos, and / or broken links

☐
Other suggestions - ideas to improve the content

# Share additional info or suggestions



Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.

YouTube Help

Sign in

Send feedback on...



This help content & information

General Help Center experience

Next

Help CenterCommunity

# Report inappropriate content

We rely on YouTube community members to report, or flag content that they find inappropriate. Reporting content is anonymous, so other users can't tell who made the report.

When something is reported, it's not automatically taken down. Reported content is reviewed along the following guidelines:

- Content that violates our Community Guidelines is removed from YouTube.
- Content that may not be appropriate for younger audiences may be age-restricted.

## How to flag content

Computer AndroidiPhone & iPad
Report a video

## Report a playlist

## Report a thumbnail

## Report a link

Report a comment
Report a live chat message
Report a channel
Report an ad

# Report content on YouTube on TV

You can report a video directly from the YouTube on TV app.

1. Select Report on the video player Menu.
2. A menu will appear to select the reason for reporting the video.
3. Once you select the reason, you'll see a confirmation message.

## Other reporting options

If the reporting process does not accurately capture your issue, we have other reporting mechanisms for you to use.

## Privacy reporting
Legal reporting

## Moment of death or critical injury footage
Give feedback about this article
Choose a section to give feedback on



Was this helpful?
YesNo

Submit

## Reporting

- Report inappropriate content
- Report a YouTube search prediction
- Other reporting options
- YouTube Trusted Flagger program
- Report policy-violative ads

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）

38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- [Help Center](#)

  o [Fix a problem](#)

  o [Watch videos](#)

  o [Manage your account & settings](#)

  o [Supervised experience on YouTube](#)

  o [Join & manage YouTube Premium](#)

  o [Create & grow your channel](#)

  o [Monetize with the YouTube Partner Program](#)

- ○ [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program

Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows

Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues

Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube

YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers

YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

# What is the issue with this selection?



Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

# Share additional info or suggestions

Do not share any personal info
Cancel
Submit
By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.

YouTube Help



Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunity

# Report inappropriate content

We rely on YouTube community members to report, or flag content that they find inappropriate. Reporting content is anonymous, so other users can't tell who made the report.

When something is reported, it's not automatically taken down. Reported content is reviewed along the following guidelines:

- Content that violates our Community Guidelines is removed from YouTube.
- Content that may not be appropriate for younger audiences may be age-restricted.

## How to flag content

Computer AndroidiPhone & iPad
Report a video

YouTube staff review reported videos 24 hours a day, seven days a week. A video can be reported at any time once uploaded to YouTube, and then it is reviewed by YouTube staff. If no violations are found by our review team, no amount of reporting will change that and the video will remain on our site.

1. Sign in to YouTube.
2. Below the player for the video you want to report, click ⊟ More.

3. In the drop-down menu, choose Report.
4. Select the reason that best fits the violation in the video.
5. Provide any additional details that may help the review team make their decision, including timestamps or descriptions of the violation.

## Report a playlist

You can report a playlist if its content, title, description or tags violate our Community Guidelines.

1. Sign in to YouTube.
2. Visit the playlist page.
1. If the playlist is currently playing, click on its title at the top-right of the player to visit the playlist page.
3. Click More 📃 below the playlist title.
4. Select Report Playlist.
5. Click Submit.

## Report a thumbnail

You can report a video thumbnail that you see in your feed.

1. Go to the thumbnail you'd like to report.
2. Below the thumbnail, click More 📃.
3. Click Report.
4. Select the reason for reporting.
5. Click Report.

## Report a link

If you see a link that violates our Community Guidelines, you can report it. From the video watchpage:

1. Select More 📃📃 Report.
2. Select the policy that the link violates.
3. Check the box next to "This applies to links within the video description".

Report a comment

The "Report spam or abuse" link allows the community to report spam comments left on videos they upload or watch. If enough users mark a comment as spam, it becomes hidden under a "Marked as Spam" link. By clicking the "Show link" you can see the comment again. The video's uploader has the ability to "unmark" a comment as spam.

1. Go to the comment you'd like to report.
2. Click More 📃.

**172**

3. Click Report spam or abuse.
4. Select the reason for reporting.

Use the "Report spam or abuse" feature with extreme caution. If you misuse it, you may be prohibited from using YouTube.

**My comment was marked as spam incorrectly**

If you believe a comment you made was marked as spam but you don't believe it to be, you can contact the video's uploader and ask them to reinstate your comment.

Report a live chat message

Community members can report inappropriate messages left on live streams.

1. Go to the message you'd like to report.
2. Click More ▢.
3. Click Report.
4. Select the reason for reporting.

## Report a channel

You can report users, inappropriate background images, or inappropriate profile avatars using the reporting flow located on the bottom of every channel.

1. Sign in to YouTube.
2. Go to the channel page you want to report.
3. Click About.
4. Click the Report ▢.
5. Select the option that best suits your issue.

## Report an ad

If you see an ad that is inappropriate or even violates Google's ad policies, you can report it.

To report the ad, select Info ▢ on the ad then Why this ad ▢ Report this ad, or choose to fill out and submit this form. Our team will then review your ad report and take action if appropriate.

Reporting ads is only available on YouTube mobile and desktop.

# Report content on YouTube on TV

You can report a video directly from the YouTube on TV app.

1. Select Report on the video player Menu.
2. A menu will appear to select the reason for reporting the video.
3. Once you select the reason, you'll see a confirmation message.

## Other reporting options

If the reporting process does not accurately capture your issue, we have other reporting mechanisms for you to use.

## Privacy reporting

To file a privacy complaint, start the privacy complaint process. Your privacy is always respected in this process.

Legal reporting

To report a legal issue on behalf of yourself or your client:

1. Go to the watch page of the video you'd like to report.
2. Under the video, click the three dot Menu.
3. Click Report.
4. Select "Infringes my rights".
5. Select the relevant issue. If your issue isn't captured, select "Other legal claim".
6. Fill out the form and submit.

To expedite our ability to investigate your claim, we encourage you to submit your claim using our webform, rather than by fax or post.

Note that abuse of our legal forms may result in the termination of your YouTube account.

## Moment of death or critical injury footage

We attempt to respect the wishes of families in regards to footage of their loved ones being critically injured. If you've identified content showing a family member during the moment of death/critical injury, and you wish to request content removal, use our webform.

Requests are carefully reviewed, but keep in mind that we take public interest and newsworthiness into account when figuring out whether content will be removed or not.

Give feedback about this article

Choose a section to give feedback on

Was this helpful?
YesNo



Submit

# Reporting

- Report inappropriate content
- Report a YouTube search prediction
- Other reporting options
- YouTube Trusted Flagger program
- Report policy-violative ads

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska

25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- Help Center

  o Fix a problem

  o Watch videos

  o Manage your account & settings

- o [Supervised experience on YouTube](#)

- o [Join & manage YouTube Premium](#)

- o [Create & grow your channel](#)

- o [Monetize with the YouTube Partner Program](#)

- o [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program

Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows

Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues

Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube

YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers

YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

## What is the issue with this selection?



Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

## Share additional info or suggestions

Do not share any personal info

Cancel
Submit
By continuing, you agree Google uses your answers, <u>account & system info</u> to improve services, per our <u>Privacy</u> & <u>Terms</u>.

# What is the issue with this selection?



Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

## Share additional info or suggestions



Do not share any personal info
Cancel
Submit
By continuing, you agree Google uses your answers, <u>account & system info</u> to improve services, per our <u>Privacy</u> & <u>Terms</u>.

# What is the issue with this selection?

Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive



Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

# Share additional info or suggestions

Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, [account & system info](#) to improve services, per our [Privacy](#) & [Terms](#).

# What is the issue with this selection?



Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

# Share additional info or suggestions



Do not share any personal info
Cancel
Submit
By continuing, you agree Google uses your answers, account & system info to improve
services, per our Privacy & Terms.



YouTube Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunity

# Age-restricted content

Sometimes content doesn't violate our policies, but it may not be appropriate for viewers under 18. In these cases, we may place an age-restriction on the video. This policy applies to videos, video descriptions, custom thumbnails, live streams, and any other YouTube product or feature.

## Learn more about age-restriction

Below is more detail about the types of content we consider for age-restriction. If your content contains one or more of these themes, we may age-restrict. We've given examples of content that may be age-restricted below. Click through the policy sections for examples illustrating these themes. Keep in mind this isn't a complete list.

Child safety

- A video containing adults participating in dangerous activities that minors could easily imitate, such as handling explosives or challenges that cause bodily injury
- A video meant for adult audiences but could easily be confused with family content

Harmful or dangerous activities, including regulated substances and drugs

- A video about fake harmful pranks that seems so real that viewers can't tell the difference
- A video promoting a cannabis dispensary

Nudity and sexually suggestive content

- A video that invites sexual activity, such as provocative dancing or fondling

- A video where the subject is in a pose that is intended to sexually arouse the viewer
- A video where the subject is in clothing that is considered unacceptable in public contexts, such as lingerie

Violent or graphic content

- A video with context showing survivor's injuries in a major road accident
- A video focused on violent or gory imagery, such as focusing solely on the most graphically violent part of a film or video game

Vulgar language

- A video with heavy profanity in the title, thumbnail or associated metadata
- A video focused on the use of profanities such as a compilation or clips taken out of context

## What happens if content is age-restricted?

Age-restricted videos are not viewable to users who are under 18 years of age or signed out. Also, age-restricted videos cannot be watched on most third-party websites. Viewers who click an age-restricted video on another website, such as an embedded player, will be redirected to YouTube or YouTube Music. Once there, they can only view the content when signed in and over 18. This process helps make sure that no matter where content is discovered, if a video is hosted by YouTube it will only be viewable by the appropriate audience.

If you believe we made a mistake, you can appeal the age-restriction.

# Monetization and age-restrictions

## Check if your content is age-restricted

You can check if your content is age-restricted by going to YouTube Studio and using the 'Age-Restriction' filter, or by looking for "Age-restriction" in the Restrictions column on your Videos page. Our systems are constantly being updated and if we find any discrepancies with your rating, there's a chance it could change.

Viewers who are over 18 and are signed in can tell whether a video is age restricted by looking below the description. Learn more about watching age-restricted videos.

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

# Community Guidelines enforcement

- Community Guidelines strike basics
- Appeal Community Guidelines actions
- Age-restricted content
- Channel or account terminations
- Limited features for certain videos
- Troubleshoot video takedowns
- Strikes FAQ
- Watching age-restricted videos

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)

20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- Help Center

  o Fix a problem

  o Watch videos

- o [Manage your account & settings](#)

- o [Supervised experience on YouTube](#)

- o [Join & manage YouTube Premium](#)

- o [Create & grow your channel](#)

- o [Monetize with the YouTube Partner Program](#)

- o [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program

Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows

Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues

Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube

YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers

YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

## What is the issue with this selection?



Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

## Share additional info or suggestions

Do not share any personal info
Cancel
Submit
By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.

YouTube Help

Sign in

Send feedback on...


This help content & information

General Help Center experience

Next

Help CenterCommunity

# Harmful or dangerous content policies

The safety of our creators, viewers, and partners is our highest priority. We look to each of you to help us protect this unique and vibrant community. It's important you understand our Community Guidelines, and the role they play in our shared responsibility to keep YouTube safe. Take the time to carefully read the policy below. You can also check out this page for a full list of our guidelines.

Note: We recently reorganized our Community Guidelines to provide further clarity our policies related to Misinformation on YouTube. To review these policies, check out our articles on Misinformation and Elections misinformation.

YouTube doesn't allow content that encourages dangerous or illegal activities that risk serious physical harm or death.

If you find content that violates this policy, report it. Instructions for reporting violations of our Community Guidelines are available here. If you've found a few videos or comments that you would like to report, you can report the channel.

## What this policy means for you

### If you're posting content

Don't post content on YouTube if it fits any of the descriptions noted below.

- Extremely dangerous challenges: Challenges that pose an imminent risk of physical injury.
- Dangerous or threatening pranks: Pranks that lead victims to fear imminent serious physical danger, or that create serious emotional distress in minors.

- Instructions to kill or harm: Showing viewers how to perform activities meant to kill or maim others. For example, giving instructions to build a bomb meant to injure or kill others.
- Hard drug use or creation: Content that depicts abuse of or giving instructions on how to create hard drugs such as cocaine or opioids. Hard drugs are defined as drugs that can (mostly) lead to physical addiction.
- Eating Disorders: Content that praises, glorifies, or encourages viewers to imitate anorexia or other eating disorders. Eating disorders are characterized by abnormal or disturbed eating habits which negatively affect a person's health (including eating non-food items).
- Violent Events: Promoting or glorifying violent tragedies, such as school shootings.
- Instructional theft or cheating: Showing viewers how to steal tangible goods or promoting dishonest behavior.
- Hacking: Demonstrating how to use computers or information technology with the intent to steal credentials, compromise personal data or cause serious harm to others such as (but not limited to) hacking into social media accounts.
- Bypassing payment for digital content or services: Showing viewers how to use apps, websites, or other information technology to gain unauthorized free access to audio content, audiovisual content, full video games, software, or streaming services that normally require payment.

Keep in mind that this isn't a complete list.

Don't post content showing a minor participating in dangerous activity, or encouraging minors to participate in dangerous activities. Never put minors in harmful situations that may lead to injury, including dangerous stunts, dares, or pranks. You can learn more about Child Safety here.

Age-restricted content

We may consider the following factors when deciding whether to age-restrict or remove content. Keep in mind that this isn't a complete list.

- Whether the act in question could lead to serious injury or death.
- Whether the individuals participating in the act are trained professionals taking precautions to prevent injury.
- Whether minors could easily imitate the act.
- Whether the content could be used to commit serious acts of violence.
- Whether the upload is educational, documentary, scientific or artistic in nature.
- Whether there's any commentary discouraging the act.
- Whether the viewer can tell if it's real or fake.
- Whether the content promotes a product that contains drugs, nicotine, or a controlled substance.

Examples of age-restricted content

- A video about fake harmful pranks that seems so real that viewers can't tell the difference.
- A reaction video to a dangerous challenge without any commentary discouraging the challenge.
- A video promoting a cannabis dispensary.
- A video reviewing brands of nicotine e-liquid.
- A video providing instructions for or facilitating cheating.

We might allow videos that depict dangerous acts iIf they're meant to be educational, documentary, scientific, or artistic (EDSA). For example, a news piece on the dangers of choking games would be appropriate, but posting clips out of context from the same documentary might not be.

This policy applies to videos, video descriptions, comments, live streams, and any other YouTube product or feature.

# Extremely dangerous challenges

# Dangerous or threatening pranks

# Violent events or instructions to harm

# Drug use

# Eating disorders

Remember these are just some examples, and don't post content if you think it might violate this policy.

## What happens if content violates this policy

If your content violates this policy, we'll remove the content and send you an email to let you know. If this is your first time violating our Community Guidelines, you'll likely get a warning with no penalty to your channel. If it's not, we may issue a strike against your channel. If you get 3 strikes within 90 days, your channel will be terminated. You can learn more about our strikes system here.

We may terminate your channel or account for repeated violations of the Community Guidelines or Terms of Service. We may also terminate your channel or account after a single case of severe abuse, or when the channel is dedicated to a policy violation. You can learn more about channel or account terminations here.

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

# YouTube policies

- Harmful or dangerous content policies
- Violent or graphic content policies
- Violent criminal organizations policy
- Hate speech policy
- Harassment & cyberbullying policies

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)

20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- **Help Center**

  o **Fix a problem**

  o **Watch videos**

- o [Manage your account & settings](#)

- o [Supervised experience on YouTube](#)

- o [Join & manage YouTube Premium](#)

- o [Create & grow your channel](#)

- o [Monetize with the YouTube Partner Program](#)

- o [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program

Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows

Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues

Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube

YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers

YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

# What is the issue with this selection?



Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

# Share additional info or suggestions

Do not share any personal info
Cancel
Submit
By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.



YouTube Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunity

# Nudity & sexual content policies

The safety of our creators, viewers, and partners is our highest priority. We look to each of you to help us protect this unique and vibrant community. It's important you understand our Community Guidelines, and the role they play in our shared responsibility to keep YouTube safe. Take the time to carefully read the policy below. You can also check out this page for a full list of our guidelines.

Explicit content meant to be sexually gratifying is not allowed on YouTube. Posting pornography may result in content removal or channel termination. Videos containing fetish content will be removed or age-restricted. In most cases, violent, graphic, or humiliating fetishes are not allowed on YouTube.

If you find content that violates this policy, report it. Instructions for reporting violations of our Community Guidelines are available here. If you've found a few videos or comments that you would like to report, you can report the channel.

Sexually explicit content featuring minors and content that sexually exploits minors is not allowed on YouTube. We report content containing child sexual abuse imagery to the National Center for Missing and Exploited Children, who work with global law enforcement agencies.

## What this policy means for you

If you're posting content

Don't post content on YouTube if it has any of the items below. Explicit content featuring the below policy violations could result in channel termination.

- Depiction of genitals, breasts, or buttocks (clothed or unclothed) for the purpose of sexual gratification
- Pornography or depicting sexual acts, genitals, or fetishes for the purpose of sexual gratification on any surface (such as video, text, audio, images)

## Other types of content that violate this policy
### Age-restricted content

We may age-restrict content if it includes nudity or other sexual content but doesn't depict anything described above. We consider the following when deciding whether to age-restrict or remove content.

- Whether breasts, buttocks or genitals (clothed or unclothed) are the focal point of the video
- Whether the subject is depicted in a pose that is intended to sexually arouse the viewer
- Whether the language used in the video is graphic or lewd
- Whether the subject's actions in the video invite sexual activity, such as by kissing, provocative dancing, or fondling
- Whether the clothing would be generally unacceptable in public contexts, such as lingerie
- Whether sexual imagery or audio has been blurred, masked, or obscured
- Whether sexual imagery or audio is fleeting or prolonged in the content
- Whether the content invites others to participate in a challenge involving sexual acts

Please note this is not a complete list.

This policy applies to videos, video descriptions, comments, live streams, and any other YouTube product or feature. Remember these are just some examples, and don't post content if you think it might violate this policy.

## Educational content

## Examples

Here are some examples of content that's not allowed on YouTube.

- Clips extracted from non-pornographic films, shows, or other content in order to isolate sexual content (real world or artistic)
- Groping, pantsing, public masturbation, upskirting, voyeurism, predatory exhibitionism, or any other content that depicts someone in a sexualized manner without their consent

Remember these are just some examples, and don't post content if you think it might violate this policy.

## More examples

## What happens if content violates this policy

If your content violates this policy, we'll remove the content and send you an email to let you know. If this is your first time violating our Community Guidelines, you'll likely get a warning with no penalty to your channel. If it's not, we may issue a strike against your channel. If you get 3 strikes within 90 days, your channel will be terminated. You can learn more about our strikes system here.

We may terminate your channel or account for repeated violations of the Community Guidelines or Terms of Service. We may also terminate your channel or account after a single case of severe abuse, or when the channel is dedicated to a policy violation. You can learn more about channel or account terminations here.

If your content contains pornography, we may terminate your channel.

 Visit Creator Academy for more

Would you rather learn about our Community Guidelines through videos and quizzes? Check out our new Creator Academy course.

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

## YouTube policies

- Nudity & sexual content policies
- Thumbnails policy
- Child safety policy
- Suicide & self-injury policy
- Vulgar language policy

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）

38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- [Help Center](#)

  o [Fix a problem](#)

  o [Watch videos](#)

  o [Manage your account & settings](#)

  o [Supervised experience on YouTube](#)

  o [Join & manage YouTube Premium](#)

  o [Create & grow your channel](#)

  o [Monetize with the YouTube Partner Program](#)

- o  [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program

Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows

Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues

Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube

YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers

YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

# What is the issue with this selection?



Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

# Share additional info or suggestions

Do not share any personal info
Cancel
Submit
By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.



YouTube Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunity

# Violent or graphic content policies

The safety of our creators, viewers, and partners is our highest priority. We look to each of you to help us protect this unique and vibrant community. It's important you understand our Community Guidelines, and the role they play in our shared responsibility to keep YouTube safe. Take the time to carefully read the policy below. You can also check out this page for a full list of our guidelines.

Violent or gory content intended to shock or disgust viewers is not allowed on YouTube. Also, content that encourages others to commit violent acts is not allowed.

If you believe anyone is in imminent danger, you should get in touch with your local law enforcement agency to report the situation immediately.

If you find content that violates this policy, report it. Instructions for reporting violations of our Community Guidelines are available here. If you've found a few videos or comments that you would like to report, you can report the channel.

## What this policy means for you

If you're posting content

Violent acts:

- Inciting others to commit violent acts against individuals or a defined group of people.
- Encouraging others to go to a particular place to commit violence, to perform violence at a particular time.

- Targeting specific individuals or groups with violence.
- Beatings or brawls outside the context of professional or professionally supervised sporting events.
- Fights involving minors. You can learn more about Child safety here.
- Actual school yard fights between minors. We may allow content if minors are pretend fighting and that is evident to viewers.

Graphic content:

- Footage, audio, or imagery involving any of the following:
- Road accidents
- Natural disasters
- War aftermath
- Terrorist attack aftermath
- Street fights
- Physical attacks
- Sexual assaults
- Immolation
- Torture
- Corpses
- Protests or riots
- Robberies
- Medical procedures
- Other such scenarios with the intent to shock or disgust viewers
- Footage or imagery of bodily fluids, such as blood or vomit, with the intent to shock or disgust viewers.
- Footage of corpses with massive injuries, such as severed limbs.

Animal abuse or violence:

- Content that includes a human maliciously causing an animal to experience suffering when not for traditional or standard purposes such as hunting or food preparation.
- Content featuring animal rescue that has been staged and places the animal in harmful scenarios.
- Content where animals are encouraged or coerced to fight by humans.

Dramatized or fictional footage:

- Content featuring anything listed above where the viewer is not given enough context to understand that the footage is dramatized or fictional.

Note that this is not a complete list.

Keep in mind that this policy also applies to videos, video descriptions, thumbnails, comments, live streams, and any other YouTube product or feature.

Age-restricted content

If your content includes any of the above, but gives enough context to understand it, we may apply an age-restriction rather than remove it. For example, content showing survivors' injuries in a road accident may be removed. But, we may age-restrict that same content if it's news coverage that explains the situation and context.

For educational content that includes violence, this context must appear in the images or audio of the video itself.You can learn more about the importance of context here.

We consider the following when deciding whether to age-restrict or remove content:

- Whether violent or gory imagery is the focus of the video, such as focusing solely on the most graphically violent part of a film or video game
- Whether the content portrays the killing of an animal for the purposes of hunting, religious slaughter, or food preparation.
- Whether the title, description, tags, or other data indicate an intent to shock or disgust viewers.
- Whether violent imagery or audio has been blurred, masked, or obscured.
- The amount of time the violent images or audio is in the content.
- If context lets viewers know that the imagery is dramatized or fictional. For example, by saying so in the video, title, or description.
- If the violence is part of a religious or cultural practice and the viewer is given that context.
- Whether content showing humans causing an animal to suffer is uploaded in a way to expose that abuse.

Note that this is not a complete list. You can learn more about age-restricted content here.

This policy applies to videos, video descriptions, comments, live streams, and any other YouTube product or feature.

## Examples

Here are some examples of content that's not allowed on YouTube.

- Encouraging others to go to a particular place to commit violence, to perform violence at a particular time, or to target individuals or groups with violence
- Actual schoolyard fights between minors. We may allow content if minors are only play fighting and that is evident to viewers.
- Beatings or brawls outside the context of professional or professionally supervised sporting events.

## More examples

Violent, graphic, or shocking content
Animal abuse content

Remember these are just some examples, and don't post content if you think it might violate this policy.

## What happens if content violates this policy

If your content violates this policy, we'll remove the content and send you an email to let you know. If this is your first time violating our Community Guidelines, you'll likely get a warning with no penalty to your channel. If it's not, we may issue a strike against your channel. If you get 3 strikes within 90 days, your channel will be terminated. You can learn more about our strikes system here.

We may terminate your channel or account for repeated violations of the Community Guidelines or Terms of Service. We may also terminate your channel or account after a single case of severe abuse, or when the channel is dedicated to a policy violation. You can learn more about channel or account terminations here.

 Visit Creator Academy for more

Would you rather learn about our Community Guidelines through videos and quizzes? Check out our Creator Academy course.
Give feedback about this article
Choose a section to give feedback on



Was this helpful?
YesNo

Submit

## YouTube policies

- Harmful or dangerous content policies
- Violent or graphic content policies
- Violent criminal organizations policy
- Hate speech policy
- Harassment & cyberbullying policies

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）

38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- [Help Center](#)

  - [Fix a problem](#)

  - [Watch videos](#)

  - [Manage your account & settings](#)

  - [Supervised experience on YouTube](#)

  - [Join & manage YouTube Premium](#)

  - [Create & grow your channel](#)

  - [Monetize with the YouTube Partner Program](#)

- ○ Policy, safety, & copyright

- Community

- YouTube

- Privacy Policy

- YouTube Terms of Service

- Submit feedback

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program
Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows
Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues
Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues
Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube
YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers

YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

# What is the issue with this selection?



Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

# Share additional info or suggestions

Do not share any personal info
Cancel
Submit
By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.



YouTube Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunity

# Vulgar language policy

Some language may not be appropriate for viewers under 18. We may consider the following factors when deciding whether to age-restrict or remove content. Keep in mind that this isn't a complete list.

- Use of sexually explicit language or narratives
- Use of excessive profanity in your video
- Use of heavy profanity in your video's title, thumbnail or associated metadata

## Examples

Here are some examples of content which may be age-restricted:

- A video focused on the use of profanities such as a compilation or clip taken out of context
- A video featuring road rage or sustained rant with heavy profanities
- A video with use of heavy profanities during a physical confrontation or to describe acts of violence

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

# YouTube policies

- Nudity & sexual content policies
- Thumbnails policy
- Child safety policy
- Suicide & self-injury policy
- Vulgar language policy

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska

25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- Help Center

    o Fix a problem

    o Watch videos

    o Manage your account & settings

- o [Supervised experience on YouTube](#)

- o [Join & manage YouTube Premium](#)

- o [Create & grow your channel](#)

- o [Monetize with the YouTube Partner Program](#)

- o [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program

Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows

Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues

Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube

YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers

YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

## What is the issue with this selection?

 Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

## Share additional info or suggestions

Do not share any personal info

Cancel
Submit
By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.

YouTube Help



Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunity

# Appeal the age restriction on your video

Our Community Guidelines describe what content is allowed and not allowed on YouTube. They're the rules of the road and every video must adhere to them. When videos violate these guidelines, we remove them. Some videos don't violate our policies, but may not be appropriate for viewers under 18. We age restrict these videos. When deciding whether to age-restrict content we consider issues such as:

- Violence
- Disturbing imagery
- Sexually suggestive content
- Nudity
- The portrayal of dangerous or illegal activities

When a video is age restricted, a warning screen displays before the video plays. Users 18 years of age or older can then proceed to view the material. To reduce the chances of viewers accidentally stumbling across these videos, they are not shown in certain sections of YouTube. Age restricted videos can't be watched on most third-party websites. These videos will redirect viewers back to YouTube when played.

Appealing the age restriction on your Video

Creators can appeal an age restriction. If your video was age restricted you can appeal this restriction on your account Videos page. Click the "Appeals Link" next to your age restricted video. The YouTube team will review your request and take further action if appropriate. Note that you may only appeal the age restriction on your video once.

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

©2021 Google

- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български

30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- Help Center

  o Fix a problem

  o Watch videos

  o Manage your account & settings

  o Supervised experience on YouTube

  o Join & manage YouTube Premium

- o [Create & grow your channel](#)

- o [Monetize with the YouTube Partner Program](#)

- o [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program
Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows
Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues
Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium

membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube

YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers

YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

# What is the issue with this selection?



Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

# Share additional info or suggestions

Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.

YouTube Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunity

To receive the latest updates on our Advertiser-friendly content guidelines, please check out our Advertiser-friendly content guidelines posts in the YouTube Help Center and subscribe here.

# Advertiser-friendly content guidelines

If you're in the YouTube Partner Program, you can share revenue from ads. This article aims to help you understand which individual videos on your channel are suitable for advertisers. Creators can use this article to understand both the platform's self-certification questionnaire as well as specific rules regarding what can run ads, what can run limited ads and what will not run ads, and should have monetization turned off. Our policies apply to all portions of your content (video or live stream, thumbnail, title, description, and tags). Learn more about our best practices.

Our systems don't always get it right, but you can request human review of decisions made by our automated systems.

Note: All content uploaded to YouTube must comply with both our Community Guidelines and our AdSense Google Publisher Policy. If your content violates our Community Guidelines, it may be removed from YouTube. If you see violative content, you can report it.

What you'll find in this article
You'll find examples of content not suitable for ads, and will result in a "limited or no ads" monetization state.

Here are all the main topics that are not advertiser-friendly:

Inappropriate language

Violence

Adult content

Firearms-related content

Controversial issues

Sensitive events

Shocking content

Harmful or dangerous acts

Hateful & derogatory content

Recreational drugs and drug-related content

Incendiary and demeaning

Tobacco-related content

Adult themes in family content

Please note that context is very important. Artistic content such as music videos may contain elements such as inappropriate language, references to soft drug usage, or non-explicit sexual themes, and still be suitable for advertising.

Inappropriate language

Content that contains frequent uses of strong profanity or vulgarity throughout the video may not be suitable for advertising. Occasional use of profanity (such as in music videos) won't necessarily result in your video being unsuitable for advertising.

# Guide to Self-Certification

| Ads guidance | Questionnaire options & details |
|---|---|
| You can turn on ads for this content | Abbreviated, censored, or light profanity (like "hell" or "damn") in the title, thumbnail, or video. Moderate profanity (like "shit" or "bitch") used in the video. Infrequent usage of strong profanity (like the "f-word") after the opening or up to twice in approx. the first 30 seconds of the video; or strong profanity in a music video.<br><br>Definitions:<br><br>"Censored profanity" refers to things like bleeping or muting the word as well as covering written words with black bars, symbols, or text added in post-production.<br>"Abbreviated profanity" refers to an acronym like WTF ("what the f*ck") where the original term is abbreviated by using its acronyms. |
| You can turn on ads but only brands who opt in will run ads | Moderate profanity in the title or thumbnail; strong profanity used frequently in the opening of a video (roughly the first 30 seconds); strong profanity in the title or thumbnail of a music video.<br><br>Titles & Thumbnails:<br><br>Moderate profanity even when misspelled, such as "This is bull sh1t!".<br><br>Some examples of content that also fall into this category:<br><br>Focal usage of strong profanity throughout a video (e.g. mentioned in every sentence). |

| Ads guidance | Questionnaire options & details |
|---|---|
| | Definitions: |
| | "Moderate profanity" refers to words like "bitch," "shit," or "asshole." |
| | "Strong profanity" refers to words like "d*ck" or the "f-word." |
| You should turn off ads for this content | Extreme profanity used in the title, thumbnail or at any point throughout the video, for example "c*nt," "n***er," "fa**ot," or other hateful slurs. |
| | Titles & Thumbnails: |
| | Strong or extreme profanity even when misspelled, such as "fuk!" |
| | Some examples of content that also fall into this category: |
| | Any usage of extreme profanity throughout a video. |

## Violence

Content where the focal point is on blood, violence, or injury, when presented without other context, is not suitable for advertising. If you're showing violent content in a news, educational, artistic, or documentary context, that additional context is important. For example, if a video provides authoritative news reporting on a violent event in a journalistic context, it may be eligible for monetization. Violence in the normal course of video gameplay is generally acceptable for advertising, but montages where gratuitous violence is the focal point is not. All games (whether realistic or non-realistic) are in scope of this policy.

## Guide to Self-Certification

| Ads guidance | Questionnaire options & details |
|---|---|
| You can turn on ads for this content | Graphic law enforcement in an educational context; violence that occurs as part of unedited video gameplay; mild violence with minimal blood; dead bodies that are fully censored, blurred, prepared for burial, or shown in historical events like wars, as part of an educational video. |
| | Some examples of content that also fall into this category: |
| | General violence |
| | Dramatized content containing unrealistic non-graphic violence or fleeting vivid violence. |
| | In the course of larger narrative, showing a quick fleeting scene involving physical harm (e.g. shot in the abs) as a part of a violent action scene. |

**225**

420

Fighting violence excerpts from an action movie where injuries are mostly indiscernible.

Depiction of non-graphic injury such as falling on knees where no or limited amount of blood is shown.

Tumbling down a hill or running into a wall accidentally or purposely as a part of script or sports.

Announcement of tragedies involving multiple casualties which doesn't include vivid gruesome details.

Reports of a recent homicide in the town without the description of physical state of the victims.

Gaming

Violence as part of standard video gameplay, where it's mildly graphic.

Showing graphic scenes (e.g. a gory attack where impact is clearly visible) in a normal course of gameplay.

Death & tragedy

Non-graphic depiction of dead bodies in educational context.

Public honoring of the deceased, broadcasted with a non-graphic dead body.

Display of fully censored or non-gruesome dead bodies in a historical context.

Hunting

Hunting content where there's no depiction of graphic animal injuries or prolonged suffering.

Hunting videos where the moment of kill or injury is indiscernible, and with no focal footage of how this dead animal is processed for trophy or food purposes.

Animal violence

Non-graphic depictions of animal violence in nature.

Predators running after their prey where the graphic details (e.g. focus on bloody body parts of the prey or graphic moments of catching the prey) are not included; some blood may be visible fleetingly, but is not the focal subject of the content.

Animal abuse

Animals in distress during species-appropriate animal training, medical intervention or relocation.

Raw footage of human-controlled animal violence (e.g., bullfighting) without promotion of the acts.

Coverage or discussion of animal abuse with no footage of the abuse.

A debate on animal abuse lacking details on the abusive act itself.

Violence in sports play

Violence in combat sports involving weapons (e.g. fencing) regardless of protective gear worn or safety precautions warranted.
Non-graphic injuries in sports or graphic injuries as part of sports play where blood is shown.
Sports conducted in a professional setting (e.g. in a fitness center) while players wear proper gloves and mouthguards.
A fleeting display of injuries that may be graphic (e.g. a broken arm), but are part of regular gameplay.
Minor non-graphic injuries (e.g. falling on knees) portrayed in the sports play.

Street fights

Depiction of fights in an educational context.
Self-defense moves that are shared as a tutorial.
People fighting without repeated tough physical interaction (e.g. fist fight) as a fleeting subject in a larger context.

Law enforcement & physical altercation

Non-combative or non-abrasive interactions with law enforcement.
Fleeting raw footage of police interaction with civilians for educational purposes without portrayal of explicit abusive physical altercation in descriptions, audio or visual formats.
Normal interaction with police (i.e asking for directions or receiving a parking ticket, etc.).
Violent, combative, or abrasive interactions with law enforcement in an educational context:
Commentary using clips from a news report on a recent violent protest by civilians (e.g. hitting or pushing civilians down against the floor).

Definitions:

"Mild violence" refers to scuffles in real-life content or fleeting violence like punching.
"Dramatized" refers to scripted content such as movies or fictional settings including animated content.

| | |
|---|---|
| You can turn on ads but only brands who opt in will run ads | Fleeting graphic law enforcement without educational context; showing dead bodies with obvious injury and/or mutilation in educational or documentary (e.g. history learning channel) setting or display of non-gruesome dead bodies without educational intent; edited video gameplay with some clips that focus |

**227**

on graphic violence; moderate violence that shows blood as part of a non-educational video; raw footage of armed conflict without injuries.

Some examples of content that also fall into this category:

General violence

Real-life or dramatized violence that results in serious injury where the aftermath or impact is visible and present such as blood or gore scenes, bones visibly broken.
A dramatized long-form video content with a short, ultra-graphic violent scene (e.g. a mass killing) or a video compilation of such graphic scenes.
Highly vivid descriptions of tragedies (in the form of audio or video).

Gaming

Edited video gameplay with some clips that focus on graphic violence.
Brutal killings or severe injuries (e.g. beheadings) with bodily fluids and parts shown focally in some parts of the video.

Death & tragedy

Dead bodies (outside of those prepared for burial) in the context of educational or documentary content such as war documentaries.
A dead body without visible injuries or bodily fluid shown in news reporting.
Graphic dead bodies (including depictions of mutilation or injuries) displayed for educational purposes.

Street fights

Street fights featured in the context of educational or documentary purposes.
Graphic street fights including scenes featuring severe injuries, physical attacks, and emotional distress (e.g. yelling).
When the focal subject is around human fights (e.g. footage of prisoners fighting).

Law enforcement & physical altercation

Fleeting violent, combative, or abrasive interactions with law enforcement in a non-educational or non-documentary context.
Shocking police altercations displaying rough physical interactions (e.g. hitting or pushing civilians down against the floor).

Violence in sports play

Graphic sports injuries as part of a larger video with context (e.g. compilations involving graphic injuries but not singularly focused on them).

Animal violence

Animal violence in nature with portrayals of graphic animal injuries.
When clearly visible injuries (e.g. blood or bones) are the central subject of a video.

Animal abuse

Educational or documentary coverage of animal abuse with abuse footage.

Hunting

Hunting content featuring fleeting graphic imagery such as dead or injured animals (e.g. bloody body parts) portrayed in the content.

War & conflict

Real, non-graphic raw footage of armed conflict (e.g. war) without educational context, with no bloody scenes or explicit injuries.
Raw footage of violent attacks shared without a clear intent.

Definition:

Fleeting references are not the focus of content (not focal) and include passing references to violence acts or descriptions. For example, briefly displaying a violent act (e.g. graphic adult fighting in a movie) wouldn't be considered focal, but rather fleeting.

| | |
|---|---|
| You should turn off ads for this content | Raw footage focused on violent law enforcement; graphic dead bodies in a non-educational video; edited video gameplay that primarily focuses on graphic violence; domestic violence.<br><br>Some examples of content that also fall into this category:<br><br>General violence<br><br>Focus on blood, guts, gore, bodily fluids (human or animal), crime scene or accident photos with little to no context.<br>Portrayals of gratuitous violence against children, even if dramatized.<br><br>Gaming<br><br>Edited video gameplay that primarily focuses on graphic violence. |

Focus on the display of graphic violence in dramatized settings such as "kill compilations" or compilations of graphic violence from video games or movies.

Death & tragedy

Dead bodies or ultra-graphic injury such as decapitations, amputee operations.

Animal violence

Animal violence in any context outside nature.

Animal abuse

Cruelty or gratuitous violence toward animals such as abuse (e.g. kicking) or human-controlled violence (e.g. forcing to go on a cockfighting).
Footage of animals in distress induced by human intervention, such as the purposeful placement of an animal in harm's way, in strained positions or other dangerous scenarios deemed stressful or unnatural.

Law enforcement & physical altercation

Graphic violence in the context of physical altercations, public demonstrations, or police brutality.

Violence in sports play

Sports videos where the central subject is the display of graphic injuries.

War & conflict

Accounts or images of shootings, explosions, executions, or bombings.
Raw footage of war casualties with graphic depictions of injury or death.

## Adult content

Content that features highly sexualized themes is not suitable for advertising, with limited exceptions for non-graphic sexual education videos and music videos. This includes both real and computer-generated visuals. Stating your comedic intent is not sufficient and that content may still not be suitable for advertising.

# Guide to Self-Certification

| Ads guidance | Questionnaire options & details |
|---|---|
| You can turn on ads for this content | Romance or kissing; discussions of romantic relationships or sexuality without reference to intercourse; fully-censored nudity that is indiscernible and without intent to arouse the audience; sensual dancing in a professional setting without full or partial nudity; non-graphic sex education, or a music video containing sexual content without nudity. |

Some examples of content that also fall into this category:

Sexually gratifying content

Romantic scenes that aren't sexually gratifying such as animated, real-life, or dramatized kiss or cuddling scenes.
Scenes involving sexual tension between characters without explicit depictions of sexual acts.
A kissing scene in a larger narrative where the focus is the romance itself and is not intended to be sexually gratifying.

Discussions of sex in non-sexually gratifying/comedic contexts:
Sex education.
Sexually transmitted diseases (STDs) and how they are transmitted.
Sexual experiences (e.g. dealing with pain after a sexual intercourse) which focus exclusively on how sex works, and do not recount how to improve performance.
Sperm donation.
Scientific representations of reproductive anatomy using diagrams or dummies.

Sexual orientation and/or how sexual identity evolves amid relationships.
Fleeting or incidental usage of sexual jokes and innuendos that does not use vulgar terms.
Content which refers to fetishes in a non-sexual way (e.g. "what is your favorite food or food fetish?").

Sensual dance moves in a professional setting that are a part of artistic expressions.
Dance moves that resemble sexual acts (e.g. chest heaving or hip thrusting) as a part of choreographic dance.
Dances typically associated with sensuality (e.g. pole dance) performed in professional settings such as dance studios or street performances.

Nudity

Censored nudity where nudity isn't the focus such as scenes where characters may be nude but no nipples, butt or genitalia are visible (e.g. they are pixelated/blurred).
Blurred nudity of historical figures wearing limited clothing in educational contexts.
Fully-censored genitalia that are indiscernible and shown for non-sexual purposes (e.g. medical procedure).
Depictions of breastfeeding (without nipples being visible).

Depictions of people wearing limited clothing where the presentation isn't intended to be sexually gratifying such as bikinis worn at the swimming pool.
Clothing reviews focused on the form and function of the clothing rather than a sustained focus on body parts underneath, such as breasts.
Artistic expressions such as sculptures, sketches, or computer-generated graphics involving illustrated nudity, such as characters in classic art or photography of indigenous people in loincloths.
Translucent or sheer coverings of female breasts/cleavage, buttocks or male torsos seen in appropriate settings such as fashion show runways, medical exams, or at a recreational beach.
Visible partial nudity as part of sports such as boxing where such attire may be required.

Definitions:

Sexually gratifying: Content likely to or intended to sexually arouse the viewer.
Sexual innuendo: Any use of a phrase to jokingly hint at something sexual.
Sexually suggestive: Visual, verbal or textual material with sexual undertones, implying sexual intent in order to provoke sexual arousal.

Graphicness: How explicitly the sexual act or nudity is portrayed in order to excite the audience.

| You can turn on ads but only brands who opt in will run ads | Discussions of intimate sexual experiences; focus on sexual body parts (even if covered); blurred or censored nudity with discernible body parts, even when used in an educational context or news reporting; implied sexual acts; sensual dancing in a professional setting with limited clothing; sex toys without human contact or nudity, or realistic representations of genitalia. |

Some examples of content that also fall into this category:

Sexually gratifying content

Titles or thumbnails with sexualized themes (including misleading signals).
Descriptions of or implicit references to sexual activities (e.g.implicit reference to sexual body parts using emojis or graphics).
Circling out or otherwise calling attention to something in a thumbnail which suggests implied sexual acts.
Misleading title where a video promises sexual content, but it doesn't have it (e.g. a cooking video with the title "watch porn").
Computer-generated nudity in a medical context without the intent to gratify viewers.
Depictions of non-arousing sexual activities in educational, documentary, or dramatized content.
Sexual activities and their histories explained for educational purposes such as with medical topics.

Implicit sexual act or behavior.
Certain signs in a video which suggest sexual activity is occurring such as with shaking objects, moaning sounds, etc.

Depictions of sex toys, sexual devices, or other products intended to enhance sexual activity even where they aren't in use.
Unintentional display of a sexual device in a video that is irrelevant to sexual topics (e.g. displayed in the background).
A medical object which resembles genitalia introduced during a discussion.

Scenes with sexual tension like gratifying sensual dancing, groping, or making out to sexually arouse audiences.
Short scenes on sexual activities (including implied sex acts) as a part of a larger narrative.
Scenes where the main focus is to showcase sexual tension.
Professional dance choreography which frequently features sexually gratifying poses or moves (e.g. grinding) in limited clothing (e.g. sheer breast coverings).

Discussions of intimate sexual experiences such as masturbation, orgasm, intercourse, tips, or other sexual acts. This may also include sexual innuendos or sexually explicit text or audio, such as detailed conversations about sex.
Audio or sound compilations of sexual acts without pictures or visual scenes of the act (e.g. ear licking and nibbling sounds).
Descriptions of sexual activities which intend to sexually arouse audiences.
Mentions of sexual fetishes even when it's not descriptive.
Titles referencing adult content such as 18+, 21+, 'adult only,' 'porn,' etc., unless it's educational or documentary in context.
Usage of emoticons or emojis in text representing sexual body parts or acts to gratify viewers.
Crude jokes that use vulgar terms (e.g. tits, cum).
Sex-related content, such as documentaries about the sex industry or paid subscription adult content platforms.
Sexual innuendos using non-sexually gratifying objects:
Objects resembling genitalia such as packing devices or human figurines with realistic genitalia.
The use of daily objects (e.g. eggplant) or emojis intended to resemble genitals and sexually arouse audiences.

Nudity

Educational or documentary content featuring full nudity.
History or industry overviews relating to sex or nudity, such as showcasing full body paintings.
Pixelated or censored nudity where the sexual body parts are still recognizable.
Scenes with naked bodies starred or blurred, but still identifiable from their silhouettes.
Non-fleeting depictions of nudity (animated, real-life, or dramatized).
Sexualized limited clothing (e.g. bikini, lingerie) worn and shown repeatedly as a central subject.
Depictions of sexual body parts such as recurring or focal shots of cleavage or bulges intended to sexually arouse audiences.
Compilations of visibly recognizable turgid genital outlines.
Minimally-covered (e.g. thong) sexual body parts (e.g. breasts, cleavages, buttocks, etc.,) frequently appearing.
How-to videos on breastfeeding with visible nipples.
Sensual dancing (e.g. twerking) with minimal clothing in a professional setting.

Definitions:

"Censored nudity" refers to things like blurring, covering nudity with black bars or pixelation.

Implied sexual act: Behavior that mimics sexual intercourse such as dry humping.

| | |
|---|---|
| You should turn off ads for this content | Exposed breasts or full nudity, sexual acts, discussion of fetishes, or a video thumbnail with sexual content. |

Some examples of content that also fall into this category:

Sexually gratifying content

Sexually explicit audio, text, or dialogue:
Sex-related entertainment such as porn or other sexual services.
Graphic sexual acts or simulations intended to gratify.
Depictions or discussions of fetishes (e.g. guides or walkthroughs).
Focus on sex scandals or the leaking of private intimate material.
Imitating or mimicking sexual activities (e.g. pornographic media).
Promotions of sexual acts in exchange for compensation.
Sensual dance in a non-professional setting such as at home.
Grinding or daggering moves calling for sexual tension.
Actual usage of sex toys (or other products intended to enhance sexual activity).

Nudity

Mature activity such as full exposure of sexual body parts, sex acts.

Shocking content

Content that may upset, disgust or shock viewers may not be suitable for advertising. Uncensored shocking elements won't necessarily result in your video being unsuitable for advertising, but context matters.

# Guide to Self-Certification

| | |
|---|---|
| You can turn on ads for this content | Light or moderately shocking content which is censored or shown in context for educational, documentary, or other purposes. |

Some examples of content that also fall into this category:

Body parts, liquids, waste

Body parts, liquids, or waste that is made for kids or presented in an educational, scientific, documentary, or artistic context, and where intent won't shock.
Dramatized body parts, liquids, or waste where intent is to shock, mostly for entertainment purposes (like a magic trick) but where legitimate context must be given.

Medical and Cosmetic Procedures

Medical or cosmetic procedures that are educational, focusing on the procedure itself rather than on bodily parts, liquids, or waste.
Body parts, liquids, or waste that are censored or fleeting in comparison to the procedure itself.
Human and animal birth videos educating viewers without extra focus on body parts, fluids, or waste.

Accidents and Injuries

Accidents where no exposed injury is visible (such as internal tissue, bleeding wounds).
Accidents that do not cause real upset due to only mild or moderate impact being visible.
Accidents where no real distress is visible as a result of the accident.
Accidents in which there's no evident injury or long-term medical care necessary.
Accidents and injuries that are presented in a news, documentary, or artistic context (such as a film or music video).

Animal Preparation and Eating

Portrayals of meat, fish in a raw or prepared-to-eat manner including cooking techniques and demonstrations for recipes (such as How to Filet a Fish or BBQ's).
Portrayals of animal preparation for eating by professionals focusing on the trade and act of cutting animals.
Educational, documentary, scientific, or artistic portrayal of religious rituals involving animal eating where there's no focus on gruesome or gory visuals.

EDSA portrayal focusing on cultural eating and traditions and not on sensationalizing the ingestion of eating animals/insects or mishandling thereof.
Animal parts with no presentations of discernible features of a living being (excluding fish and crustaceans).

Definitions

"Intent to shock" refers to the purpose of the video, which is determined by what context is given as well as the focus of elements.
"Dramatized" refers to scripted content (like movies or music videos) or fictional settings including animated content.
"Accidents" refers to unfortunate incidents typically resulting in damage or injury, including where injury itself may not be clearly visible (such as vehicle accidents).
"Exposed" refers to bodily parts, liquids, or waste (such as tissue or blood).
"Upset" refers to unsettling or surprised emotion arising as a result of a visible or reasonably assumed detrimental impact or injury.
"Distress" refers to the visible, audible, or perceived presentation of human suffering as a result of pain. In this case, it's related to individuals involved in accidents and individuals undertaking or experiencing medical or cosmetic procedures (including births).
"Cultural eating and traditions" refers to the customs and social behavior of societies in relation to food type consumption.
"Sensational" in relation to exposed animal parts or animal/insect eating: to present in a manner intended to arouse curiosity or broad interest, especially through the inclusion of exaggerated, or vivid details.
"Mishandling" in relation to how the animal is being prepared or eaten in a brutal or savage manner.
"Professional context" in relation to the profession of being a butcher or fishmonger and the contexts where they cut and handle dead animals.
"Discernible features of a living being" includes features that confirm that the animal was/is a living being, including features such as nose, ears, mouth.

| You can turn on ads but only brands who opt in will run ads | Shocking content, like graphic images of human, or animal body parts, which is uncensored or intended to shock. |
| --- | --- |

Some examples of content that also fall into this category:

Body parts, liquids, waste

Focus on real body parts, liquids, or waste where intent is to shock.
Dramatized presentations of bodily parts, liquids, and waste focusing on gruesome and gory details.

Medical and Cosmetic Procedures

EDSA medical or cosmetic procedures focusing on exhibiting uncensored bodily, parts, fluids or waste in detail, during or after the procedure.
Births that contain a focus on extra bodily parts, fluids, or waste or where there's strong apparent distress.

Accidents and Injuries

Accidents where there's a strong moment of impact such that it's likely to cause upset.
Accidents in which injury is visible or where long-term medical care can be reasonably assumed.
Accidents with strong apparent distress as a result of the accident's impact.
Accident compilations.

Animal Preparation and Eating

Animal preparation or eating that is intended to shock.
Focal EDSA mishandling of unskinned or whole animals.
Focal discernible features of a living being (such as cooking without context).
Sensational presentation or ingestion (such as Sensational Mukbang, ASMR animal eating).

| | |
|---|---|
| Turn off ads for this content | Highly shocking content that's clearly visible or audible, or where the whole purpose of the video is to shock viewers. |

Some examples of content that also fall into this category:

Body parts, liquids, waste

Disgusting, gruesome, or gory presentations of bodily parts, fluids, or waste with little to no context.
Dramatized shocking elements presented with little context, solely with the intent to shock.

Medical and Cosmetic Procedures

Raw footage of medical or cosmetic procedures with no context or focusing on exposed body parts, fluids, or waste.
Raw footage of birth videos exposing bodily parts, fluids, or waste or distress, with little to no context.

Accidents and Injuries

Upsetting presentations of accidents and extreme injuries where exposed body parts are visible or where extreme injury can be reasonably assumed.
Raw footage of extreme accidents with no context.
Footage of children involved in accidents.
Compilation accident videos where the sole intent is to repeatedly shock viewers.

Animal Preparation and Eating

Real animal preparation and eating where the sole intent is to shock viewers, where the presentation is gruesome and gory or has no context.
Graphic depictions of skinning or slaughtering animals.
Non-EDSA portrayals of a live animal in distress as a result of being prepared to be eaten.
Non-EDSA animal eating where there's a focus on discernible features of a living being.

Harmful or dangerous acts

Content that promotes harmful or dangerous acts that result in serious physical, emotional, or psychological injury is not suitable for advertising.

# Guide to Self-Certification

| Ads guidance | Questionnaire options & details |
| --- | --- |
| You can turn on ads for this content | Stunts or acts that are slightly dangerous, but performed in a professional and controlled environment where no one is seriously injured. |
| | Some examples of content that also fall into this category: |
| | General harmful or dangerous acts |
| | Activities where risk is involved with no visible injuries such as: Professional stunts or extreme sports such as wingsuit flying. Footage of a person doing wheelies or ground-level parkour. Motor vehicles speeding or drifting without doing dangerous tricks (e.g. stand up wheelie or free hands) or causing frequent disruptions to others (e.g. driving in between lanes). |
| | Fail compilations |
| | Fail compilation videos without a focus on graphic injuries (e.g. walking into a glass door). |
| | Pranks & challenges |

| Ads guidance | Questionnaire options & details |
|---|---|
| | Pranks or challenges where there is perplexity, confusion, or discomfort but no risk or long-term harm is involved such as the ice bucket challenge.<br>Discussions or reports about harmful pranks or challenges with no footage or audio of the moment of harm (e.g. reports on a fire challenge without the details of the incident).<br>Educational, documentary, or news report content showcasing pranks or challenges that cause extreme emotional distress (e.g. physical fights, abusive language and insults, such as "you're fired!" pranks). |

Medical misinformation

Neutral content about viruses, infectious diseases, and COVID-19 without the intent of inciting fear (e.g. a video for kids on the difference between viruses and bacteria).

Harmful misinformation

Educational or documentary content seeking to explain how groups promoting harmful misinformation gain traction, rise to prominence, and/or spread misinformation.
Educational or documentary content with a focus on debunking harmful misinformation such as Pizzagate, QAnon, StopTheSteal, etc.

Vaping & tobacco

Public service announcements for preventative actions.
Dramatized content with focal depiction of usage.

| Ads guidance | Questionnaire options & details |
|---|---|
| | Educational or documentary content showcasing industries involving vaping/tobacco.<br><br>Alcohol<br><br>Presence of alcohol or adults drinking alcohol in content without promoting or glorifying irresponsible drinking.<br><br>Definitions:<br><br>"Seriously injured" refers to injuries that cannot be treated without proper medical care or cannot be treated at home such as broken bones, visible dislocations, or significant amounts of blood.<br>Body modification may include things like tattoo, piercing, or medical surgery.<br>"Dramatized" refers to scripted content such as movies or fictional settings. |
| You can turn on ads but only brands who opt in will run ads | Content showing but not focusing on physical harm or distress, including acts done in a non-professional, non-controlled environment.<br><br>Some examples of content that also fall into this category:<br><br>General harmful or dangerous acts<br><br>Acts involving high risk activities such as skyscraper parkour or depicting serious injury like skate slam aftermath.<br>Educational, documentary, or news report on:<br>Harmful or dangerous acts with graphic injury. |

| Ads guidance | **Questionnaire options & details** |
| --- | --- |

Children involved in gambling or driving motor vehicles designed for use by adults.

Motor vehicles speeding or drifting and doing dangerous tricks (e.g. stand up wheelie or free hands) or causing frequent disruptions to others (e.g. driving in between lanes).

Fail compilations

Focal depictions of moments with graphic injuries that do not lead to death or terminal conditions (e.g. video compilation of road bike crashes).

Pranks & challenges

Educational, documentary, or news reports on prank or challenge content with:

Threats or advocacy for physical or psychological harm against oneself or others such as laying flat between train tracks.

Acts that should not be imitated such as a challenge to drink bleach and may result in immediate and critical harm to one's health.

Pranks or challenges that create extreme emotional distress such as physical altercations, abusive language and insults. These can also include threatening an individual's life status such as layoff pranks or by emotionally evoking or threatening someone in the context of a relationship (e.g. break up pranks where one person becomes emotionally volatile, or arrest pranks against relatives, etc.).

Pranks involving gratuitous amounts of body fluids or graphic violence.

Challenges that include eating non-toxic, non-edible substances such as ingesting a glue stick or pet food. Eating edible substances that are harmful in

| Ads guidance | Questionnaire options & details |
|---|---|
| | large volumes such as the Carolina Reaper pepper, or ones that depict a mild physical reaction. |
| | Vaping & tobacco |
| | Product reviews of or comparison between tobacco products (e.g. vaping juice comparison). |
| | Educational or documentary mention of addiction services. |
| | Alcohol |
| | Educational, documentary, or dramatized content featuring minors consuming alcohol or alcohol-focused products. |
| | Definitions: |
| | "Mild physical reaction" refers to things like dry heaving, vomit-inducing cough. |
| You should turn off ads for this content | Focus on accidents, pranks, or stunts that have health risks, like drinking or eating non-edibles; or discussions of trending videos that show this type of content. |
| | Some examples of content that also fall into this category: |
| | General harmful or dangerous acts |
| | Glorification of harmful or dangerous acts or acts perceived to be dangerous. |

| Ads guidance | **Questionnaire options & details** |
| --- | --- |
| | Motor vehicles with shocking scenes and injuries (e.g. of the moment of impact or showing someone in an unconscious state on a road after getting hit by a truck). |
| | Children involved in gambling or driving motor vehicles designed for use by adults. |

Fail compilations

Fail compilations that include activities resulting in death or grievous damage (irreversible or puts the person into coma, seizure, paralysis, etc.).

Pranks & challenges

Pranks or challenges that should not be imitated such as a challenge to drink chlorine and may result in immediate and critical harm to one's health.
Pranks or challenges relating to:
Suicide, death, terrorism such as fake bomb scare pranks, or threats with lethal weapons.
Sexually unwanted acts such as forced kissing, groping, sexual abuse, spy cams in dress room.
Physical harm or distress but where such distress is not the focus of the video.
Prolonged emotional distress of a minor such as a prank that lasts for an extended period of time leading to a child being scared or upset. This could include pranking children into believing their parents are dead.
Threats or advocating for physical or psychological harm against oneself or others such as laying flat between train tracks.

| Ads guidance | Questionnaire options & details |
| --- | --- |
| | COVID-19, that promote dangerous activities such as purposeful exposure to the virus or which incite panic (e.g. an anti-quarantine movement or pretending to have been tested positive while in a public space). |
| | Promoting the use of weapons to inflict harm on others. |
| | Showing the consumption of substances in such quantities that it results in a graphically shocking physical reaction such as vomiting after eating a ghost pepper. |
| | Challenges which, if replicated, could result in serious harm such as fire challenge or bird box challenge. |
| | Encouragement of fraudulent or illicit activities (e.g. breaking and entering). |
| | |
| | Medical misinformation |
| | |
| | Promoting or advocating for harmful health or medical claims or practices: |
| | Videos that advocate for or provide instructions on non-scientifically proven medical info such as how to heal cancer at home. |
| | Untrue statements about the cause, origin or spread of COVID-19. |
| | Spreading myths against what is accepted as normal and regular medical protocol such as anti-vaccination. |
| | Denying that certain medical conditions exist such as HIV, COVID-19. |
| | Content which discourages taking a COVID-19 vaccine that includes false or misleading claims about the effects or distribution of the vaccine |
| | Examples: content claiming the vaccine will cause infertility, contain a microchip, or be used to euthanize parts of a population. |
| | Content which promotes, condones, or otherwise advocates for gay conversion therapy programs or services. |

| Ads guidance | Questionnaire options & details |
|---|---|
| | Harmful misinformation |
| | |
| | Promoting harmful misinformation (e.g. Pizzagate, QAnon, StopTheSteal). Advocating for groups which promote harmful misinformation. |
| | |
| | Vaping & tobacco |
| | |
| | Promoting tobacco and tobacco-related products and their consumption. Footage of minors consuming vaping/tobacco products. Facilitating the sale of vaping/tobacco products. Usage of vaping/tobacco products in a manner not intended by the manufacturer (e.g. drinking vape juice). |
| | |
| | Alcohol |
| | |
| | Portrayal of minors consuming alcohol, even if it's not the central subject of the video. Promoting alcohol consumption to minors. |

## Hateful & derogatory content

Content that incites hatred against, promotes discrimination, disparages, or humiliates an individual or group of people is not suitable for advertising. Content that is satire or comedy may be exempt. Stating your comedic intent is not sufficient and that content may still not be suitable for advertising.

# Guide to Self-Certification

**Ads guidance**        **Questionnaire options & details**

You can turn on       Content referencing protected groups or criticizing an individual's opinions or
ads for this content  actions in a non-hurtful manner.

Some examples of content that also fall into this category:

News content which describes a protected group or reports in a non-hateful way on discrimination such a group may face such as a news report on homophobia.
Comedic content that condemns or alludes to ridicule, humiliation, or other disparaging comments towards protected groups.
Public debates on protected groups without inciting hatred and violent confrontation against them.
Artistic content that uses sensitive terminology in a non-hateful way such as popular music videos.
Educational or documentary content:
Censored racial slurs or derogatory terms with the intent to educate the audience (e.g. n***er).
Containing focal hate imagery.
Criticizing an individual's or group's opinion, views, actions without any incendiary or demeaning intent.

Definitions:

Protected group is defined based on the characteristics below. Inciting hatred against, promoting discrimination, disparaging, or humiliating an individual or group of people based on below characteristics are not advertiser friendly practices:

Race
Ethnicity or ethnic origin
Nationality
Religion
Disability
Age
Veteran status
Sexual orientation
Gender identity
Any other characteristic associated with systemic discrimination or marginalization.

You can turn on       Content that may be offensive to individuals or groups, but is used for
ads but only          education, news, or in a documentary.
brands who opt in
will run ads

| Ads guidance | Questionnaire options & details |
|---|---|
| | Some examples of content that also fall into this category: |
| | Political discourse or debate that may include offensive language but is intended to educate such as a political debate on trans rights. |
| | Educational content: |
| | Uncensored racial slurs or derogatory terms with the intent to educate the audience (e.g. uncensored or fully spelled out usage of the n-word). |
| | Containing raw footage of someone conducting the following acts without explicitly promoting or glorifying the acts: |
| | Focuses on shaming or insulting an individual or group. |
| | Singles out someone for abuse or harassment. |
| | Denies tragic events happened and are cover-ups. |
| | Malicious personal attacks and defamation. |
| You should turn off ads for this content | Hate or harassment towards individuals or groups. |
| | Some examples of content that also fall into this category: |
| | Statements intended to disparage a protected group or imply/state its inferiority such as "all people from this country are disgusting". |
| | Promoting, glorifying, or condoning violence against others. |
| | Promoting hate groups or hate group paraphernalia. |
| | Content that shames or insults an individual or group. |
| | Content that singles out an individual or group for abuse or harassment. |
| | Denies tragic events happened, frames victims/survivors as crisis actors. |
| | Malicious personal attacks, slander, and defamation. |

## Recreational drugs and drug-related content

Content that promotes or features the sale, use, or abuse of illegal drugs, regulated legal drugs or substances, or other dangerous products is not suitable for advertising.

## Guide to Self-Certification

| Ads guidance | Questionnaire options & details |
|---|---|
| You can turn on ads for this content | Education, music, statements, or humorous references about drugs or drug paraphernalia that do not glorify them; drugs in a music video. |
| | Some examples of content that also fall into this category: |
| | Discussing drugs or drug paraphernalia within the context of science, such as the scientific effects of drug use. |
| | Discussing drugs where the intent is not to promote or glorify drug usage, such as a personal story about the opioid crisis. |

| Ads guidance | Questionnaire options & details |
|---|---|
| | Focus on drug busts or the drug trade within the context of news content but with no visible consumption or distribution.<br>Music videos with fleeting depiction of drugs.<br>Focus on the purchase, fabrication, or distribution of drugs, such as the fabrication of home-made opioids, news reports about cannabis farms. |
| You can turn on ads but only brands who opt in will run ads | Content focusing on the display or effects of drug consumption; or the creation or distribution of drugs or drug paraphernalia in a comedic, non-educational, or non-documentary context.<br><br>Some examples of content that also fall into this category:<br><br>Dramatized content showing the consumption of recreational drugs.<br>Music videos with focal depiction of drugs.<br>Consumption of drugs in a news report without their glorification or promotion. |
| You should turn off ads for this content | Content showing or discussing abuse, buying, making, selling, or finding of drugs or drug paraphernalia in a graphic and detailed way.<br><br>Some examples of content that also fall into this category:<br><br>Promotion or glorification of recreational drugs.<br>Tips or recommendations on drug use.<br>Focus on the recreational drug industry such as cannabis coffee shops, head shops, or cannabis farming.<br>Providing how-to guides on usage (including consumption and effects), purchase, fabrication, and/or distribution of drugs such as how to find a dealer or best places to get high. |

Firearms-related content

Content focused on the sale, assembly, abuse, or misuse of real or fake firearms is not suitable for advertising.

# Guide to Self-Certification

| Ads guidance | Questionnaire options & details |
|---|---|
| You can turn on ads for this content | Hunting-related content or guns shown in a safe environment like a shooting range.<br><br>Some examples of content that also fall into this category:<br><br>Footage of shooting in the course of a hunting trip in an unpopulated location such as a forest. |

| Ads guidance | Questionnaire options & details |
|---|---|
| | Discussions on gun legislation or the issue of gun-control. |
| | Definitions: |
| | A "safe environment" refers to locations like shooting ranges or enclosed areas that are purpose built for target practice. |
| You can turn on ads but only brands who opt in will run ads | Use of guns outside a controlled environment; display of homemade, 3D-printed, or previously modified guns; use of airsoft or ball bullet (BB) guns against others without protective gear. |
| | Some examples of content that also fall into this category: |
| | Showing guns being used in unprepared or uncontrolled environments (e.g. on a public street outside a home, inside a building that's not a shooting range). |
| You should turn off ads for this content | Content that shows gun creation or modification (including assembly or disassembly), promotes gun makers or sellers, or facilitates the sale of a gun, minors using guns without adult supervision. |
| | Some examples of content that also fall into this category: |
| | Guides as to how to add bump stocks to a firearm. |
| | Recommendations of top gun manufacturers or firms from which to purchase firearms (e.g. "15 best gun shops"). |
| | Referring users directly to a site facilitating gun sales. |
| | Promotions of the sale of a firearm or component, including but not limited to: |
| | Sale of a firearm-related part or component that is essential to, or enhances the functionality of a firearm including: |
| | 80% finished gun-parts |
| | Ammunition |
| | Ammunition clips |
| | Silencers |
| | Ammunition belts |
| | Stocks |
| | Conversion kits |
| | Gun-grips |
| | Scopes |
| | Sights |
| | Videos which promote content for gun stores. |
| | Videos which promote manufacturers or discount codes for gun stores. |

**252**
447

| Ads guidance | Questionnaire options & details |
|---|---|
| | Videos containing firearm-making instructions (e.g. replicable gun assembly/disassembly or steps on gun modifications), guides, or software, or equipment for 3D printing of guns or gun parts. |

## Controversial issues

'Controversial issues' refers to topics that may be unsettling for our users and are often the result of human tragedy. This policy applies even if the content is purely commentary or contains no graphic imagery.

# Guide to Self-Certification

| Ads guidance | Questionnaire options & details |
|---|---|
| You can turn on ads for this content | Content discussing preventing controversial issues. Content where the controversial issues are mentioned fleetingly in a video and are neither graphic nor descriptive. |

Title & Thumbnail:

References to controversial issues that are non-graphic (e.g. text or image of a razor).

Some examples of content that also fall into this category:

Objective coverage from a news source (can be the main topic and descriptive, but cannot contain graphic depictions).
Content that covers historical or legislative facts related to abortion.
Content for minors that raises awareness on eating disorders.
Content that covers topics such as domestic abuse, self-harm, or sexual harassment as a main topic without detailed descriptions or graphic depictions (e.g. a research piece on sexual abuse survivors and their lives, but the details on the brutality are not included).

Definitions:

Fleeting references are not the focus of content (not focal) and include passing references to topics listed as controversial or sensitive. For example, briefly acknowledging a controversial or sensitive topic (e.g. "In next week's video we'll be discussing declining rates of suicide.") wouldn't be considered focal, but rather fleeting.

| **Ads guidance** | **Questionnaire options & details** |
|---|---|
| You can turn on ads but only brands who opt in will run ads | Content about controversial issues that are not visually disturbing yet may contain descriptive language. Content that is dramatized/artistic, educational, documentary, or containing scientific presentations of these issues. |

Title & thumbnail:

Graphic depictions of controversial issues in the thumbnail (including both real and dramatized/artistic depictions).

Some examples of content that also fall into this category:

Content that covers topics such as child or sexual abuse as a main topic without detailed descriptions or graphic depictions.
Personal accounts or opinion pieces related to abortion as a main topic without graphic depiction.
Dramatized or artistic depictions of controversial issues that are not highly graphic (e.g. someone jumping off of a bridge in a movie, but the dead graphic body isn't being shown).

You should turn off ads for this content

Content which focuses on graphic depictions or detailed descriptions of controversial issues. Content is either graphic or highly descriptive with controversial issues being the central topic of the content.

Some examples of content that also fall into this category:

First person account with shocking details on topics (e.g. a biography or detailed interview on survivors and their pasts), such as:
Child abuse
Pedophilia
Sexual abuse
Sexual harassment
Self-harm
Suicide
Eating disorder
Domestic abuse
Promotion or glorification of controversial issues in the content, title, or thumbnail (e.g. "how to kill yourself and die honorably").
Graphic depiction of self-harm where scars, blood, or injury are visible.
Explicit audio of the act taking place.

Definitions:

Focus or focal means that a segment or full video is about a given topic.
It also means that there is a sustained discussion. A passing reference to one of the topics listed as controversial or sensitive is not a reason for No Ads.

| Ads guidance | Questionnaire options & details |
|---|---|
| | For example, briefly acknowledging a controversial or sensitive topic (e.g. "In next week's video we'll be discussing declining rates of suicide.") wouldn't be considered focal, but a segment of a video specifically talking about such a topic would be considered focal. Focus need not be verbal. If there is an image or text that focuses on the sensitive issue, that would be considered focus too. |

## Sensitive events

A sensitive event is usually an unforeseen event in which there has been a loss of life, typically as a result of a pre-planned malicious attack by foreign terrorist organizations (FTO) or drug trade organizations (DTO). Sensitive events can cause a mournful response from the public or, at times, an extreme or visceral reaction. An event must be relatively recent if it's going to be considered a sensitive event. Context is important: for instance, authoritative news reporting or documentary videos about a historic event may be eligible for monetization.

This policy applies even if the content is purely commentary or contains no graphic imagery.

# Guide to Self-Certification

| Ads guidance | Questionnaire options & details |
|---|---|
| You can turn on ads for this content | Fleeting mention of sensitive events; academic/documentary content on historic acts of terror prior to 9/11; educational content on terrorism or terrorist groups absent of graphic imagery or footage of actual terrorist attacks.

Some examples of content that also fall into this category:

Fleeting references to terrorist acts, armed conflict, or tragic events that result in the loss of human lives.
Foreign terrorist organizations (FTO):
Educational, documentary or dramatized content on these groups as a general subject without footage of terrorist attacks.
Comedic videos with fleeting references to FTOs or terrorism.
Drug trade organizations (DTO), such as drug cartels:
Educational or documentary videos focusing on the international drug trade as a whole (and not a specific DTO).
Dramatized content (e.g. movies) portraying FTO/DTOs or their members.
Comedic content covering DTOs or the international drug trade as a subject.

Definitions: |

| Ads guidance | Questionnaire options & details |
|---|---|
| | Fleeting references are not the focus of content (not focal) and include are the opposite of focus. A passing reference to one of the topics listed as controversial or sensitive falls under this definition. For example, briefly acknowledging a controversial or sensitive topic (e.g. "In next week's video we'll be discussing declining cases of terrorist attacks.") wouldn't be considered focal, but rather fleeting. |
| You can turn on ads but only brands who opt in will run ads | Educational or documentary content or public service announcements on drug trade organizations (DTO).

Some examples of content that also fall into this category:

Drug trade organizations (DTO), such as drug cartels:
Education or documentary content focused primarily on specific DTOs or DTO leaders.
May include non-graphic situations of attacks or and their aftermath, hostage situations, etc.
Public service announcements on the related groups. |
| You should turn off ads for this content | Discussions of terrorist attacks; events resulting in the catastrophic loss of human life; non-educational discussions of foreign terrorist organizations or drug trade organizations; content on these groups featuring graphic imagery in any context, or including the names of these organizations in the title of the video.

Some examples of content that also fall into this category:

Focus on sensitive events such as:
Atrocious acts or tragic events that result in the loss of human lives, such as mass shootings conducted by foreign terrorist groups or drug trade organizations.
Armed conflict (raw footage)
Terrorist acts (e.g. 9/11)
Footage or images from the scene/aftermath of a sensitive event.
Foreign terrorist organizations (FTOs):
Non-educational or non-documentary videos focusing on FTOs or the subject of terrorism, such as:
Discussions of a recent terrorist attack.
Relevant imagery or names of the group/leader anywhere in the content (e.g. in the thumbnail).
Content featuring shocking, graphic, and/or violent imagery, or scenes of incitement to or glorification of violence.
Content made by or in support of terrorist groups.
Content that celebrates or denies terrorist attacks.
Drug trade organizations (DTO), such as drug cartels: |

| Ads guidance | Questionnaire options & details |
| --- | --- |
| | Non-educational or non-documentary videos primarily focused on DTOs or the international drug trade. |
| | Non-educational or non-documentary depictions of DTO-related imagery such as flags, slogans, banners, etc. |
| | Recruitment of group members. |
| | Glorification or promotion of the group (e.g. artistic expression, including music, implying justification for the violent acts). |
| | |
| | Definitions: |
| | |
| | An event must be relatively recent if it's going to be considered a sensitive event, such as the New Zealand Mosque Shooting. |
| | Focus or focal means that a segment or full video is about a given topic. It also means that there is a sustained discussion. A passing reference to one of the topics listed as controversial or sensitive is not a reason for No Ads. For example, briefly acknowledging a controversial or sensitive topic (e.g. "In next week's video we'll be discussing declining rates of suicide.") wouldn't be considered focal, but a segment of a video specifically talking about such a topic would be considered focal. Focus need not be verbal. If there is an image or text that focuses on the sensitive issue, that would be considered focus too. |

## Incendiary and demeaning

Content that is gratuitously incendiary, inflammatory, or demeaning may not be suitable for advertising. This policy falls under Hateful & derogatory in the self-certification questionnaire in YouTube Studio, so be sure to check that one as well for detailed guidance.

## Examples (non-exhaustive)

| Category | Limited or no ads |
| --- | --- |
| Content that is incendiary and demeaning | Content that focuses on shaming or insulting an individual or group |
| Content that harasses, intimidates, or bullies an individual or group of individuals | Content that singles out someone for abuse or harassment |
| | Content that suggests a tragic event did not happen, or that victims or their families are actors, or complicit in a cover-up of the event |
| | Malicious personal attacks, slander, and defamation |

## Tobacco-related content

Content that promotes tobacco and tobacco-related products is not suitable for advertising. This policy falls under Harmful or dangerous acts in the self-certification questionnaire in YouTube Studio, so be sure to check that one as well for detailed guidance.

## Examples (non-exhaustive)

| Category | Limited or no ads |
|---|---|
| Promoting tobacco | Cigarettes, cigars, chewing tobacco |
| Promoting tobacco-related products | Tobacco pipes, rolling papers, vape pens |
| Promoting products designed to simulate tobacco smoking | Herbal cigarettes, e-cigarettes, vaping |

Adult themes in family content

Content that appears to be appropriate for a general audience but contains adult themes is not suitable for advertising. This guideline applies even if content is done for comedic or satirical purposes. This policy falls under Adult content in the self-certification questionnaire in YouTube Studio, so be sure to check that one as well for detailed guidance.

## Examples (non-exhaustive)

| Category | Limited or no ads |
|---|---|
| Adult themes in family content | Content that is made to appear appropriate for a general audience, but contains adult themes, including:<br><br>Sex<br>Violence<br>Vulgarity<br>Other depictions of children or popular children's characters, that are unsuitable for a general audience. |

All videos uploaded to YouTube must comply with YouTube's Terms of Service and Community Guidelines. To be able to monetize with ads, you'll need to follow the YouTube monetization policies and Google AdSense Program policies.

We may reserve the right to disable ads on your entire channel in situations where the majority of your content is not suitable for any advertisers or where there are repeated, serious violations (e.g. uploading of content which is incendiary, demeaning or hateful).

Give feedback about this article
Choose a section to give feedback on



Was this helpful?
YesNo

Submit

# YouTube Partner Program Basics

- YouTube channel monetization policies
- Advertiser-friendly content guidelines
- Upcoming and recent ad guideline updates
- Learn more about how YouTube works for you
- Updated Terms of Service FAQs



Creator Academy

Learn what advertiser-friendly content looks like with the Creator Academy.

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių

14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- [Help Center](#)

  o [Fix a problem](#)

- o [Watch videos](#)

- o [Manage your account & settings](#)

- o [Supervised experience on YouTube](#)

- o [Join & manage YouTube Premium](#)

- o [Create & grow your channel](#)

- o [Monetize with the YouTube Partner Program](#)

- o [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program

Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows

Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues

Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube

YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers

YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

# What is the issue with this selection?

Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

# Share additional info or suggestions



Do not share any personal info
Cancel
Submit
By continuing, you agree Google uses your answers, account & system info to improve
services, per our Privacy & Terms.

YouTube Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunity

To receive the latest updates on our Advertiser-friendly content guidelines, please check out our Advertiser-friendly content guidelines posts in the YouTube Help Center and subscribe here.

# Advertiser-friendly content guidelines

If you're in the YouTube Partner Program, you can share revenue from ads. This article aims to help you understand which individual videos on your channel are suitable for advertisers. Creators can use this article to understand both the platform's self-certification questionnaire as well as specific rules regarding what can run ads, what can run limited ads and what will not run ads, and should have monetization turned off. Our policies apply to all portions of your content (video or live stream, thumbnail, title, description, and tags). Learn more about our best practices.

Our systems don't always get it right, but you can request human review of decisions made by our automated systems.

Note: All content uploaded to YouTube must comply with both our Community Guidelines and our AdSense Google Publisher Policy. If your content violates our Community Guidelines, it may be removed from YouTube. If you see violative content, you can report it.

What you'll find in this article
You'll find examples of content not suitable for ads, and will result in a "limited or no ads" monetization state.

Here are all the main topics that are not advertiser-friendly:

Inappropriate language

Firearms-related content

Violence

Controversial issues

Adult content

Sensitive events

Shocking content
Harmful or dangerous acts
Hateful & derogatory content
Recreational drugs and drug-related content

Incendiary and demeaning
Tobacco-related content
Adult themes in family content

Please note that context is very important. Artistic content such as music videos may contain elements such as inappropriate language, references to soft drug usage, or non-explicit sexual themes, and still be suitable for advertising.

Inappropriate language

Content that contains frequent uses of strong profanity or vulgarity throughout the video may not be suitable for advertising. Occasional use of profanity (such as in music videos) won't necessarily result in your video being unsuitable for advertising.

# Guide to Self-Certification

| Ads guidance | Questionnaire options & details |
| --- | --- |
| You can turn on ads for this content | Abbreviated, censored, or light profanity (like "hell" or "damn") in the title, thumbnail, or video. Moderate profanity (like "shit" or "bitch") used in the video. Infrequent usage of strong profanity (like the "f-word") after the opening or up to twice in approx. the first 30 seconds of the video; or strong profanity in a music video.<br><br>Definitions:<br><br>"Censored profanity" refers to things like bleeping or muting the word as well as covering written words with black bars, symbols, or text added in post-production.<br>"Abbreviated profanity" refers to an acronym like WTF ("what the f*ck") where the original term is abbreviated by using its acronyms. |
| You can turn on ads but only brands who opt in will run ads | Moderate profanity in the title or thumbnail; strong profanity used frequently in the opening of a video (roughly the first 30 seconds); strong profanity in the title or thumbnail of a music video.<br><br>Titles & Thumbnails:<br><br>Moderate profanity even when misspelled, such as "This is bull sh1t!".<br><br>Some examples of content that also fall into this category:<br><br>Focal usage of strong profanity throughout a video (e.g. mentioned in every sentence). |

| Ads guidance | Questionnaire options & details |
|---|---|
| | Definitions: |
| | "Moderate profanity" refers to words like "bitch," "shit," or "asshole." |
| | "Strong profanity" refers to words like "d*ck" or the "f-word." |
| You should turn off ads for this content | Extreme profanity used in the title, thumbnail or at any point throughout the video, for example "c*nt," "n***er," "fa**ot," or other hateful slurs. |
| | Titles & Thumbnails: |
| | Strong or extreme profanity even when misspelled, such as "fuk!" |
| | Some examples of content that also fall into this category: |
| | Any usage of extreme profanity throughout a video. |

## Violence

Content where the focal point is on blood, violence, or injury, when presented without other context, is not suitable for advertising. If you're showing violent content in a news, educational, artistic, or documentary context, that additional context is important. For example, if a video provides authoritative news reporting on a violent event in a journalistic context, it may be eligible for monetization. Violence in the normal course of video gameplay is generally acceptable for advertising, but montages where gratuitous violence is the focal point is not. All games (whether realistic or non-realistic) are in scope of this policy.

## Guide to Self-Certification

| Ads guidance | Questionnaire options & details |
|---|---|
| You can turn on ads for this content | Graphic law enforcement in an educational context; violence that occurs as part of unedited video gameplay; mild violence with minimal blood; dead bodies that are fully censored, blurred, prepared for burial, or shown in historical events like wars, as part of an educational video. |
| | Some examples of content that also fall into this category: |
| | General violence |
| | Dramatized content containing unrealistic non-graphic violence or fleeting vivid violence. |
| | In the course of larger narrative, showing a quick fleeting scene involving physical harm (e.g. shot in the abs) as a part of a violent action scene. |

Fighting violence excerpts from an action movie where injuries are mostly indiscernible.

Depiction of non-graphic injury such as falling on knees where no or limited amount of blood is shown.

Tumbling down a hill or running into a wall accidentally or purposely as a part of script or sports.

Announcement of tragedies involving multiple casualties which doesn't include vivid gruesome details.

Reports of a recent homicide in the town without the description of physical state of the victims.

Gaming

Violence as part of standard video gameplay, where it's mildly graphic.

Showing graphic scenes (e.g. a gory attack where impact is clearly visible) in a normal course of gameplay.

Death & tragedy

Non-graphic depiction of dead bodies in educational context.

Public honoring of the deceased, broadcasted with a non-graphic dead body.

Display of fully censored or non-gruesome dead bodies in a historical context.

Hunting

Hunting content where there's no depiction of graphic animal injuries or prolonged suffering.

Hunting videos where the moment of kill or injury is indiscernible, and with no focal footage of how this dead animal is processed for trophy or food purposes.

Animal violence

Non-graphic depictions of animal violence in nature.

Predators running after their prey where the graphic details (e.g. focus on bloody body parts of the prey or graphic moments of catching the prey) are not included; some blood may be visible fleetingly, but is not the focal subject of the content.

Animal abuse

Animals in distress during species-appropriate animal training, medical intervention or relocation.

Raw footage of human-controlled animal violence (e.g., bullfighting) without promotion of the acts.

Coverage or discussion of animal abuse with no footage of the abuse.

A debate on animal abuse lacking details on the abusive act itself.

Violence in sports play

Violence in combat sports involving weapons (e.g. fencing) regardless of protective gear worn or safety precautions warranted.
Non-graphic injuries in sports or graphic injuries as part of sports play where blood is shown.
Sports conducted in a professional setting (e.g. in a fitness center) while players wear proper gloves and mouthguards.
A fleeting display of injuries that may be graphic (e.g. a broken arm), but are part of regular gameplay.
Minor non-graphic injuries (e.g. falling on knees) portrayed in the sports play.

Street fights

Depiction of fights in an educational context.
Self-defense moves that are shared as a tutorial.
People fighting without repeated tough physical interaction (e.g. fist fight) as a fleeting subject in a larger context.

Law enforcement & physical altercation

Non-combative or non-abrasive interactions with law enforcement.
Fleeting raw footage of police interaction with civilians for educational purposes without portrayal of explicit abusive physical altercation in descriptions, audio or visual formats.
Normal interaction with police (i.e asking for directions or receiving a parking ticket, etc.).
Violent, combative, or abrasive interactions with law enforcement in an educational context:
Commentary using clips from a news report on a recent violent protest by civilians (e.g. hitting or pushing civilians down against the floor).

Definitions:

"Mild violence" refers to scuffles in real-life content or fleeting violence like punching.
"Dramatized" refers to scripted content such as movies or fictional settings including animated content.

| | |
|---|---|
| You can turn on ads but only brands who opt in will run ads | Fleeting graphic law enforcement without educational context; showing dead bodies with obvious injury and/or mutilation in educational or documentary (e.g. history learning channel) setting or display of non-gruesome dead bodies without educational intent; edited video gameplay with some clips that focus |

on graphic violence; moderate violence that shows blood as part of a non-educational video; raw footage of armed conflict without injuries.

Some examples of content that also fall into this category:

General violence

Real-life or dramatized violence that results in serious injury where the aftermath or impact is visible and present such as blood or gore scenes, bones visibly broken.
A dramatized long-form video content with a short, ultra-graphic violent scene (e.g. a mass killing) or a video compilation of such graphic scenes.
Highly vivid descriptions of tragedies (in the form of audio or video).

Gaming

Edited video gameplay with some clips that focus on graphic violence.
Brutal killings or severe injuries (e.g. beheadings) with bodily fluids and parts shown focally in some parts of the video.

Death & tragedy

Dead bodies (outside of those prepared for burial) in the context of educational or documentary content such as war documentaries.
A dead body without visible injuries or bodily fluid shown in news reporting.
Graphic dead bodies (including depictions of mutilation or injuries) displayed for educational purposes.

Street fights

Street fights featured in the context of educational or documentary purposes.
Graphic street fights including scenes featuring severe injuries, physical attacks, and emotional distress (e.g. yelling).
When the focal subject is around human fights (e.g. footage of prisoners fighting).

Law enforcement & physical altercation

Fleeting violent, combative, or abrasive interactions with law enforcement in a non-educational or non-documentary context.
Shocking police altercations displaying rough physical interactions (e.g. hitting or pushing civilians down against the floor).

Violence in sports play

Graphic sports injuries as part of a larger video with context (e.g. compilations involving graphic injuries but not singularly focused on them).

Animal violence

Animal violence in nature with portrayals of graphic animal injuries.
When clearly visible injuries (e.g. blood or bones) are the central subject of a video.

Animal abuse

Educational or documentary coverage of animal abuse with abuse footage.

Hunting

Hunting content featuring fleeting graphic imagery such as dead or injured animals (e.g. bloody body parts) portrayed in the content.

War & conflict

Real, non-graphic raw footage of armed conflict (e.g. war) without educational context, with no bloody scenes or explicit injuries.
Raw footage of violent attacks shared without a clear intent.

Definition:

Fleeting references are not the focus of content (not focal) and include passing references to violence acts or descriptions. For example, briefly displaying a violent act (e.g. graphic adult fighting in a movie) wouldn't be considered focal, but rather fleeting.

|  |  |
|---|---|
| You should turn off ads for this content | Raw footage focused on violent law enforcement; graphic dead bodies in a non-educational video; edited video gameplay that primarily focuses on graphic violence; domestic violence.

Some examples of content that also fall into this category:

General violence

Focus on blood, guts, gore, bodily fluids (human or animal), crime scene or accident photos with little to no context.
Portrayals of gratuitous violence against children, even if dramatized.

Gaming

Edited video gameplay that primarily focuses on graphic violence. |

Focus on the display of graphic violence in dramatized settings such as "kill compilations" or compilations of graphic violence from video games or movies.

Death & tragedy

Dead bodies or ultra-graphic injury such as decapitations, amputee operations.

Animal violence

Animal violence in any context outside nature.

Animal abuse

Cruelty or gratuitous violence toward animals such as abuse (e.g. kicking) or human-controlled violence (e.g. forcing to go on a cockfighting).
Footage of animals in distress induced by human intervention, such as the purposeful placement of an animal in harm's way, in strained positions or other dangerous scenarios deemed stressful or unnatural.

Law enforcement & physical altercation

Graphic violence in the context of physical altercations, public demonstrations, or police brutality.

Violence in sports play

Sports videos where the central subject is the display of graphic injuries.

War & conflict

Accounts or images of shootings, explosions, executions, or bombings.
Raw footage of war casualties with graphic depictions of injury or death.

## Adult content

Content that features highly sexualized themes is not suitable for advertising, with limited exceptions for non-graphic sexual education videos and music videos. This includes both real and computer-generated visuals. Stating your comedic intent is not sufficient and that content may still not be suitable for advertising.

# Guide to Self-Certification

**Ads guidance      Questionnaire options & details**

| You can turn on ads for this content | Romance or kissing; discussions of romantic relationships or sexuality without reference to intercourse; fully-censored nudity that is indiscernible and without intent to arouse the audience; sensual dancing in a professional setting without full or partial nudity; non-graphic sex education, or a music video containing sexual content without nudity. |
|---|---|

Some examples of content that also fall into this category:

Sexually gratifying content

Romantic scenes that aren't sexually gratifying such as animated, real-life, or dramatized kiss or cuddling scenes.
Scenes involving sexual tension between characters without explicit depictions of sexual acts.
A kissing scene in a larger narrative where the focus is the romance itself and is not intended to be sexually gratifying.

Discussions of sex in non-sexually gratifying/comedic contexts:
Sex education.
Sexually transmitted diseases (STDs) and how they are transmitted.
Sexual experiences (e.g. dealing with pain after a sexual intercourse) which focus exclusively on how sex works, and do not recount how to improve performance.
Sperm donation.
Scientific representations of reproductive anatomy using diagrams or dummies.
Sexual orientation and/or how sexual identity evolves amid relationships.
Fleeting or incidental usage of sexual jokes and innuendos that does not use vulgar terms.
Content which refers to fetishes in a non-sexual way (e.g. "what is your favorite food or food fetish?").

Sensual dance moves in a professional setting that are a part of artistic expressions.
Dance moves that resemble sexual acts (e.g. chest heaving or hip thrusting) as a part of choreographic dance.
Dances typically associated with sensuality (e.g. pole dance) performed in professional settings such as dance studios or street performances.

Nudity

Censored nudity where nudity isn't the focus such as scenes where characters may be nude but no nipples, butt or genitalia are visible (e.g. they are pixelated/blurred).
Blurred nudity of historical figures wearing limited clothing in educational contexts.

Fully-censored genitalia that are indiscernible and shown for non-sexual purposes (e.g. medical procedure).
Depictions of breastfeeding (without nipples being visible).

Depictions of people wearing limited clothing where the presentation isn't intended to be sexually gratifying such as bikinis worn at the swimming pool.
Clothing reviews focused on the form and function of the clothing rather than a sustained focus on body parts underneath, such as breasts.
Artistic expressions such as sculptures, sketches, or computer-generated graphics involving illustrated nudity, such as characters in classic art or photography of indigenous people in loincloths.
Translucent or sheer coverings of female breasts/cleavage, buttocks or male torsos seen in appropriate settings such as fashion show runways, medical exams, or at a recreational beach.
Visible partial nudity as part of sports such as boxing where such attire may be required.

Definitions:

Sexually gratifying: Content likely to or intended to sexually arouse the viewer.
Sexual innuendo: Any use of a phrase to jokingly hint at something sexual.
Sexually suggestive: Visual, verbal or textual material with sexual undertones, implying sexual intent in order to provoke sexual arousal.
Graphicness: How explicitly the sexual act or nudity is portrayed in order to excite the audience.

You can turn on ads but only brands who opt in will run ads

Discussions of intimate sexual experiences; focus on sexual body parts (even if covered); blurred or censored nudity with discernible body parts, even when used in an educational context or news reporting; implied sexual acts; sensual dancing in a professional setting with limited clothing; sex toys without human contact or nudity, or realistic representations of genitalia.

Some examples of content that also fall into this category:

Sexually gratifying content

Titles or thumbnails with sexualized themes (including misleading signals).
Descriptions of or implicit references to sexual activities (e.g.implicit reference to sexual body parts using emojis or graphics).
Circling out or otherwise calling attention to something in a thumbnail which suggests implied sexual acts.
Misleading title where a video promises sexual content, but it doesn't have it (e.g. a cooking video with the title "watch porn").
Computer-generated nudity in a medical context without the intent to gratify viewers.

Depictions of non-arousing sexual activities in educational, documentary, or dramatized content.
Sexual activities and their histories explained for educational purposes such as with medical topics.

Implicit sexual act or behavior.
Certain signs in a video which suggest sexual activity is occurring such as with shaking objects, moaning sounds, etc.

Depictions of sex toys, sexual devices, or other products intended to enhance sexual activity even where they aren't in use.
Unintentional display of a sexual device in a video that is irrelevant to sexual topics (e.g. displayed in the background).
A medical object which resembles genitalia introduced during a discussion.

Scenes with sexual tension like gratifying sensual dancing, groping, or making out to sexually arouse audiences.
Short scenes on sexual activities (including implied sex acts) as a part of a larger narrative.
Scenes where the main focus is to showcase sexual tension.
Professional dance choreography which frequently features sexually gratifying poses or moves (e.g. grinding) in limited clothing (e.g. sheer breast coverings).

Discussions of intimate sexual experiences such as masturbation, orgasm, intercourse, tips, or other sexual acts. This may also include sexual innuendos or sexually explicit text or audio, such as detailed conversations about sex.
Audio or sound compilations of sexual acts without pictures or visual scenes of the act (e.g. ear licking and nibbling sounds).
Descriptions of sexual activities which intend to sexually arouse audiences.
Mentions of sexual fetishes even when it's not descriptive.
Titles referencing adult content such as 18+, 21+, 'adult only,' 'porn,' etc., unless it's educational or documentary in context.
Usage of emoticons or emojis in text representing sexual body parts or acts to gratify viewers.
Crude jokes that use vulgar terms (e.g. tits, cum).
Sex-related content, such as documentaries about the sex industry or paid subscription adult content platforms.
Sexual innuendos using non-sexually gratifying objects:
Objects resembling genitalia such as packing devices or human figurines with realistic genitalia.
The use of daily objects (e.g. eggplant) or emojis intended to resemble genitals and sexually arouse audiences.

Nudity

Educational or documentary content featuring full nudity.
History or industry overviews relating to sex or nudity, such as showcasing full body paintings.
Pixelated or censored nudity where the sexual body parts are still recognizable.
Scenes with naked bodies starred or blurred, but still identifiable from their silhouettes.
Non-fleeting depictions of nudity (animated, real-life, or dramatized).
Sexualized limited clothing (e.g. bikini, lingerie) worn and shown repeatedly as a central subject.
Depictions of sexual body parts such as recurring or focal shots of cleavage or bulges intended to sexually arouse audiences.
Compilations of visibly recognizable turgid genital outlines.
Minimally-covered (e.g. thong) sexual body parts (e.g. breasts, cleavages, buttocks, etc.,) frequently appearing.
How-to videos on breastfeeding with visible nipples.
Sensual dancing (e.g. twerking) with minimal clothing in a professional setting.

Definitions:

"Censored nudity" refers to things like blurring, covering nudity with black bars or pixelation.
Implied sexual act: Behavior that mimics sexual intercourse such as dry humping.

| | |
|---|---|
| You should turn off ads for this content | Exposed breasts or full nudity, sexual acts, discussion of fetishes, or a video thumbnail with sexual content. |

Some examples of content that also fall into this category:

Sexually gratifying content

Sexually explicit audio, text, or dialogue:
Sex-related entertainment such as porn or other sexual services.
Graphic sexual acts or simulations intended to gratify.
Depictions or discussions of fetishes (e.g. guides or walkthroughs).
Focus on sex scandals or the leaking of private intimate material.
Imitating or mimicking sexual activities (e.g. pornographic media).
Promotions of sexual acts in exchange for compensation.
Sensual dance in a non-professional setting such as at home.
Grinding or daggering moves calling for sexual tension.
Actual usage of sex toys (or other products intended to enhance sexual activity).

Nudity

Mature activity such as full exposure of sexual body parts, sex acts.

## Shocking content

Content that may upset, disgust or shock viewers may not be suitable for advertising. Uncensored shocking elements won't necessarily result in your video being unsuitable for advertising, but context matters.

# Guide to Self-Certification

| Ads guidance | Questionnaire options & details |
|---|---|
| You can turn on ads for this content | Light or moderately shocking content which is censored or shown in context for educational, documentary, or other purposes. |

Some examples of content that also fall into this category:

Body parts, liquids, waste

Body parts, liquids, or waste that is made for kids or presented in an educational, scientific, documentary, or artistic context, and where intent won't shock.
Dramatized body parts, liquids, or waste where intent is to shock, mostly for entertainment purposes (like a magic trick) but where legitimate context must be given.

Medical and Cosmetic Procedures

Medical or cosmetic procedures that are educational, focusing on the procedure itself rather than on bodily parts, liquids, or waste.
Body parts, liquids, or waste that are censored or fleeting in comparison to the procedure itself.
Human and animal birth videos educating viewers without extra focus on body parts, fluids, or waste.

Accidents and Injuries

Accidents where no exposed injury is visible (such as internal tissue, bleeding wounds).
Accidents that do not cause real upset due to only mild or moderate impact being visible.
Accidents where no real distress is visible as a result of the accident.
Accidents in which there's no evident injury or long-term medical care necessary.

| Ads guidance | Questionnaire options & details |
| --- | --- |

Accidents and injuries that are presented in a news, documentary, or artistic context (such as a film or music video).

Animal Preparation and Eating

Portrayals of meat, fish in a raw or prepared-to-eat manner including cooking techniques and demonstrations for recipes (such as How to Filet a Fish or BBQ's).

Portrayals of animal preparation for eating by professionals focusing on the trade and act of cutting animals.

Educational, documentary, scientific, or artistic portrayal of religious rituals involving animal eating where there's no focus on gruesome or gory visuals.

EDSA portrayal focusing on cultural eating and traditions and not on sensationalizing the ingestion of eating animals/insects or mishandling thereof.

Animal parts with no presentations of discernible features of a living being (excluding fish and crustaceans).

Definitions

"Intent to shock" refers to the purpose of the video, which is determined by what context is given as well as the focus of elements.

"Dramatized" refers to scripted content (like movies or music videos) or fictional settings including animated content.

"Accidents" refers to unfortunate incidents typically resulting in damage or injury, including where injury itself may not be clearly visible (such as vehicle accidents).

"Exposed" refers to bodily parts, liquids, or waste (such as tissue or blood).

"Upset" refers to unsettling or surprised emotion arising as a result of a visible or reasonably assumed detrimental impact or injury.

"Distress" refers to the visible, audible, or perceived presentation of human suffering as a result of pain. In this case, it's related to individuals involved in accidents and individuals undertaking or experiencing medical or cosmetic procedures (including births).

"Cultural eating and traditions" refers to the customs and social behavior of societies in relation to food type consumption.

"Sensational" in relation to exposed animal parts or animal/insect eating: to present in a manner intended to arouse curiosity or broad interest, especially through the inclusion of exaggerated, or vivid details.

"Mishandling" in relation to how the animal is being prepared or eaten in a brutal or savage manner.

"Professional context" in relation to the profession of being a butcher or fishmonger and the contexts where they cut and handle dead animals.

| Ads guidance | Questionnaire options & details |
|---|---|
| | "Discernible features of a living being" includes features that confirm that the animal was/is a living being, including features such as nose, ears, mouth. |
| You can turn on ads but only brands who opt in will run ads | Shocking content, like graphic images of human, or animal body parts, which is uncensored or intended to shock. |

Some examples of content that also fall into this category:

Body parts, liquids, waste

Focus on real body parts, liquids, or waste where intent is to shock.
Dramatized presentations of bodily parts, liquids, and waste focusing on gruesome and gory details.

Medical and Cosmetic Procedures

EDSA medical or cosmetic procedures focusing on exhibiting uncensored bodily, parts, fluids or waste in detail, during or after the procedure.
Births that contain a focus on extra bodily parts, fluids, or waste or where there's strong apparent distress.

Accidents and Injuries

Accidents where there's a strong moment of impact such that it's likely to cause upset.
Accidents in which injury is visible or where long-term medical care can be reasonably assumed.
Accidents with strong apparent distress as a result of the accident's impact.
Accident compilations.

Animal Preparation and Eating

Animal preparation or eating that is intended to shock.
Focal EDSA mishandling of unskinned or whole animals.
Focal discernible features of a living being (such as cooking without context).
Sensational presentation or ingestion (such as Sensational Mukbang, ASMR animal eating).

| Turn off ads for this content | Highly shocking content that's clearly visible or audible, or where the whole purpose of the video is to shock viewers. |

Some examples of content that also fall into this category:

| Ads guidance | Questionnaire options & details |
|---|---|
| | Body parts, liquids, waste |

Disgusting, gruesome, or gory presentations of bodily parts, fluids, or waste with little to no context.
Dramatized shocking elements presented with little context, solely with the intent to shock.

Medical and Cosmetic Procedures

Raw footage of medical or cosmetic procedures with no context or focusing on exposed body parts, fluids, or waste.
Raw footage of birth videos exposing bodily parts, fluids, or waste or distress, with little to no context.

Accidents and Injuries

Upsetting presentations of accidents and extreme injuries where exposed body parts are visible or where extreme injury can be reasonably assumed.
Raw footage of extreme accidents with no context.
Footage of children involved in accidents.
Compilation accident videos where the sole intent is to repeatedly shock viewers.

Animal Preparation and Eating

Real animal preparation and eating where the sole intent is to shock viewers, where the presentation is gruesome and gory or has no context.
Graphic depictions of skinning or slaughtering animals.
Non-EDSA portrayals of a live animal in distress as a result of being prepared to be eaten.
Non-EDSA animal eating where there's a focus on discernible features of a living being.

## Harmful or dangerous acts

Content that promotes harmful or dangerous acts that result in serious physical, emotional, or psychological injury is not suitable for advertising.

# Guide to Self-Certification

| Ads guidance | Questionnaire options & details |
|---|---|
| You can turn on ads for this content | Stunts or acts that are slightly dangerous, but performed in a professional and controlled environment where no one is seriously injured. |

| Ads guidance | Questionnaire options & details |
|---|---|
| | Some examples of content that also fall into this category: |

**Ads guidance** — **Questionnaire options & details**
Some examples of content that also fall into this category:

General harmful or dangerous acts

Activities where risk is involved with no visible injuries such as:
Professional stunts or extreme sports such as wingsuit flying.
Footage of a person doing wheelies or ground-level parkour.
Motor vehicles speeding or drifting without doing dangerous tricks (e.g. stand up wheelie or free hands) or causing frequent disruptions to others (e.g. driving in between lanes).

Fail compilations

Fail compilation videos without a focus on graphic injuries (e.g. walking into a glass door).

Pranks & challenges

Pranks or challenges where there is perplexity, confusion, or discomfort but no risk or long-term harm is involved such as the ice bucket challenge.
Discussions or reports about harmful pranks or challenges with no footage or audio of the moment of harm (e.g. reports on a fire challenge without the details of the incident).
Educational, documentary, or news report content showcasing pranks or challenges that cause extreme emotional distress (e.g. physical fights, abusive language and insults, such as "you're fired!" pranks).

Medical misinformation

Neutral content about viruses, infectious diseases, and COVID-19 without the intent of inciting fear (e.g. a video for kids on the difference between viruses and bacteria).

Harmful misinformation

Educational or documentary content seeking to explain how groups promoting harmful misinformation gain traction, rise to prominence, and/or spread misinformation.
Educational or documentary content with a focus on debunking harmful misinformation such as Pizzagate, QAnon, StopTheSteal, etc.

Vaping & tobacco

Public service announcements for preventative actions.
Dramatized content with focal depiction of usage.

| Ads guidance | Questionnaire options & details |
|---|---|
| | Educational or documentary content showcasing industries involving vaping/tobacco. |
| | Alcohol |
| | Presence of alcohol or adults drinking alcohol in content without promoting or glorifying irresponsible drinking. |
| | Definitions: |
| | "Seriously injured" refers to injuries that cannot be treated without proper medical care or cannot be treated at home such as broken bones, visible dislocations, or significant amounts of blood.<br>Body modification may include things like tattoo, piercing, or medical surgery.<br>"Dramatized" refers to scripted content such as movies or fictional settings. |
| You can turn on ads but only brands who opt in will run ads | Content showing but not focusing on physical harm or distress, including acts done in a non-professional, non-controlled environment. |
| | Some examples of content that also fall into this category: |
| | General harmful or dangerous acts |
| | Acts involving high risk activities such as skyscraper parkour or depicting serious injury like skate slam aftermath.<br>Educational, documentary, or news report on:<br>Harmful or dangerous acts with graphic injury.<br>Children involved in gambling or driving motor vehicles designed for use by adults.<br>Motor vehicles speeding or drifting and doing dangerous tricks (e.g. stand up wheelie or free hands) or causing frequent disruptions to others (e.g. driving in between lanes). |
| | Fail compilations |
| | Focal depictions of moments with graphic injuries that do not lead to death or terminal conditions (e.g. video compilation of road bike crashes). |
| | Pranks & challenges |
| | Educational, documentary, or news reports on prank or challenge content with:<br>Threats or advocacy for physical or psychological harm against oneself or others such as laying flat between train tracks. |

| Ads guidance | Questionnaire options & details |
|---|---|
| | Acts that should not be imitated such as a challenge to drink bleach and may result in immediate and critical harm to one's health. |
| | Pranks or challenges that create extreme emotional distress such as physical altercations, abusive language and insults. These can also include threatening an individual's life status such as layoff pranks or by emotionally evoking or threatening someone in the context of a relationship (e.g. break up pranks where one person becomes emotionally volatile, or arrest pranks against relatives, etc.). |
| | Pranks involving gratuitous amounts of body fluids or graphic violence. |
| | Challenges that include eating non-toxic, non-edible substances such as ingesting a glue stick or pet food. Eating edible substances that are harmful in large volumes such as the Carolina Reaper pepper, or ones that depict a mild physical reaction. |
| | Vaping & tobacco |
| | Product reviews of or comparison between tobacco products (e.g. vaping juice comparison). |
| | Educational or documentary mention of addiction services. |
| | Alcohol |
| | Educational, documentary, or dramatized content featuring minors consuming alcohol or alcohol-focused products. |
| | Definitions: |
| | "Mild physical reaction" refers to things like dry heaving, vomit-inducing cough. |
| You should turn off ads for this content | Focus on accidents, pranks, or stunts that have health risks, like drinking or eating non-edibles; or discussions of trending videos that show this type of content. |
| | Some examples of content that also fall into this category: |
| | General harmful or dangerous acts |
| | Glorification of harmful or dangerous acts or acts perceived to be dangerous. |
| | Motor vehicles with shocking scenes and injuries (e.g. of the moment of impact or showing someone in an unconscious state on a road after getting hit by a truck). |
| | Children involved in gambling or driving motor vehicles designed for use by adults. |

**Ads guidance**          **Questionnaire options & details**
Fail compilations

Fail compilations that include activities resulting in death or grievous damage (irreversible or puts the person into coma, seizure, paralysis, etc.).

Pranks & challenges

Pranks or challenges that should not be imitated such as a challenge to drink chlorine and may result in immediate and critical harm to one's health.
Pranks or challenges relating to:
Suicide, death, terrorism such as fake bomb scare pranks, or threats with lethal weapons.
Sexually unwanted acts such as forced kissing, groping, sexual abuse, spy cams in dress room.
Physical harm or distress but where such distress is not the focus of the video.
Prolonged emotional distress of a minor such as a prank that lasts for an extended period of time leading to a child being scared or upset. This could include pranking children into believing their parents are dead.
Threats or advocating for physical or psychological harm against oneself or others such as laying flat between train tracks.
COVID-19, that promote dangerous activities such as purposeful exposure to the virus or which incite panic (e.g. an anti-quarantine movement or pretending to have been tested positive while in a public space).
Promoting the use of weapons to inflict harm on others.
Showing the consumption of substances in such quantities that it results in a graphically shocking physical reaction such as vomiting after eating a ghost pepper.
Challenges which, if replicated, could result in serious harm such as fire challenge or bird box challenge.
Encouragement of fraudulent or illicit activities (e.g. breaking and entering).

Medical misinformation

Promoting or advocating for harmful health or medical claims or practices:
Videos that advocate for or provide instructions on non-scientifically proven medical info such as how to heal cancer at home.
Untrue statements about the cause, origin or spread of COVID-19.
Spreading myths against what is accepted as normal and regular medical protocol such as anti-vaccination.
Denying that certain medical conditions exist such as HIV, COVID-19.
Content which discourages taking a COVID-19 vaccine that includes false or misleading claims about the effects or distribution of the vaccine
Examples: content claiming the vaccine will cause infertility, contain a microchip, or be used to euthanize parts of a population.

| Ads guidance | Questionnaire options & details |
|---|---|
| | Content which promotes, condones, or otherwise advocates for gay conversion therapy programs or services. |
| | Harmful misinformation |
| | Promoting harmful misinformation (e.g. Pizzagate, QAnon, StopTheSteal). Advocating for groups which promote harmful misinformation. |
| | Vaping & tobacco |
| | Promoting tobacco and tobacco-related products and their consumption. Footage of minors consuming vaping/tobacco products. Facilitating the sale of vaping/tobacco products. Usage of vaping/tobacco products in a manner not intended by the manufacturer (e.g. drinking vape juice). |
| | Alcohol |
| | Portrayal of minors consuming alcohol, even if it's not the central subject of the video. Promoting alcohol consumption to minors. |

Hateful & derogatory content

Content that incites hatred against, promotes discrimination, disparages, or humiliates an individual or group of people is not suitable for advertising. Content that is satire or comedy may be exempt. Stating your comedic intent is not sufficient and that content may still not be suitable for advertising.

# Guide to Self-Certification

| Ads guidance | Questionnaire options & details |
|---|---|
| You can turn on ads for this content | Content referencing protected groups or criticizing an individual's opinions or actions in a non-hurtful manner. |
| | Some examples of content that also fall into this category: |
| | News content which describes a protected group or reports in a non-hateful way on discrimination such a group may face such as a news report on homophobia. Comedic content that condemns or alludes to ridicule, humiliation, or other disparaging comments towards protected groups. Public debates on protected groups without inciting hatred and violent confrontation against them. |

| Ads guidance | Questionnaire options & details |
| --- | --- |
| | Artistic content that uses sensitive terminology in a non-hateful way such as popular music videos.<br>Educational or documentary content:<br>Censored racial slurs or derogatory terms with the intent to educate the audience (e.g. n***er).<br>Containing focal hate imagery.<br>Criticizing an individual's or group's opinion, views, actions without any incendiary or demeaning intent.<br><br>Definitions:<br><br>Protected group is defined based on the characteristics below. Inciting hatred against, promoting discrimination, disparaging, or humiliating an individual or group of people based on below characteristics are not advertiser friendly practices:<br><br>Race<br>Ethnicity or ethnic origin<br>Nationality<br>Religion<br>Disability<br>Age<br>Veteran status<br>Sexual orientation<br>Gender identity<br>Any other characteristic associated with systemic discrimination or marginalization. |
| You can turn on ads but only brands who opt in will run ads | Content that may be offensive to individuals or groups, but is used for education, news, or in a documentary.<br><br>Some examples of content that also fall into this category:<br><br>Political discourse or debate that may include offensive language but is intended to educate such as a political debate on trans rights.<br>Educational content:<br>Uncensored racial slurs or derogatory terms with the intent to educate the audience (e.g. uncensored or fully spelled out usage of the n-word).<br>Containing raw footage of someone conducting the following acts without explicitly promoting or glorifying the acts:<br>Focuses on shaming or insulting an individual or group.<br>Singles out someone for abuse or harassment.<br>Denies tragic events happened and are cover-ups.<br>Malicious personal attacks and defamation. |

| Ads guidance | Questionnaire options & details |
|---|---|
| You should turn off ads for this content | Hate or harassment towards individuals or groups.<br><br>Some examples of content that also fall into this category:<br><br>Statements intended to disparage a protected group or imply/state its inferiority such as "all people from this country are disgusting".<br>Promoting, glorifying, or condoning violence against others.<br>Promoting hate groups or hate group paraphernalia.<br>Content that shames or insults an individual or group.<br>Content that singles out an individual or group for abuse or harassment.<br>Denies tragic events happened, frames victims/survivors as crisis actors.<br>Malicious personal attacks, slander, and defamation. |

Recreational drugs and drug-related content

Content that promotes or features the sale, use, or abuse of illegal drugs, regulated legal drugs or substances, or other dangerous products is not suitable for advertising.

# Guide to Self-Certification

| Ads guidance | Questionnaire options & details |
|---|---|
| You can turn on ads for this content | Education, music, statements, or humorous references about drugs or drug paraphernalia that do not glorify them; drugs in a music video.<br><br>Some examples of content that also fall into this category:<br><br>Discussing drugs or drug paraphernalia within the context of science, such as the scientific effects of drug use.<br>Discussing drugs where the intent is not to promote or glorify drug usage, such as a personal story about the opioid crisis.<br>Focus on drug busts or the drug trade within the context of news content but with no visible consumption or distribution.<br>Music videos with fleeting depiction of drugs.<br>Focus on the purchase, fabrication, or distribution of drugs, such as the fabrication of home-made opioids, news reports about cannabis farms. |
| You can turn on ads but only brands who opt in will run ads | Content focusing on the display or effects of drug consumption; or the creation or distribution of drugs or drug paraphernalia in a comedic, non-educational, or non-documentary context.<br><br>Some examples of content that also fall into this category:<br><br>Dramatized content showing the consumption of recreational drugs.<br>Music videos with focal depiction of drugs. |

| Ads guidance | Questionnaire options & details |
| --- | --- |
| | Consumption of drugs in a news report without their glorification or promotion. |
| You should turn off ads for this content | Content showing or discussing abuse, buying, making, selling, or finding of drugs or drug paraphernalia in a graphic and detailed way. |
| | Some examples of content that also fall into this category: |
| | Promotion or glorification of recreational drugs. Tips or recommendations on drug use. Focus on the recreational drug industry such as cannabis coffee shops, head shops, or cannabis farming. Providing how-to guides on usage (including consumption and effects), purchase, fabrication, and/or distribution of drugs such as how to find a dealer or best places to get high. |

Firearms-related content

Content focused on the sale, assembly, abuse, or misuse of real or fake firearms is not suitable for advertising.

# Guide to Self-Certification

| Ads guidance | Questionnaire options & details |
| --- | --- |
| You can turn on ads for this content | Hunting-related content or guns shown in a safe environment like a shooting range. |
| | Some examples of content that also fall into this category: |
| | Footage of shooting in the course of a hunting trip in an unpopulated location such as a forest. Discussions on gun legislation or the issue of gun-control. |
| | Definitions: |
| | A "safe environment" refers to locations like shooting ranges or enclosed areas that are purpose built for target practice. |
| You can turn on ads but only brands who opt in will run ads | Use of guns outside a controlled environment; display of homemade, 3D-printed, or previously modified guns; use of airsoft or ball bullet (BB) guns against others without protective gear. |
| | Some examples of content that also fall into this category: |

| Ads guidance | Questionnaire options & details |
| --- | --- |
| | Showing guns being used in unprepared or uncontrolled environments (e.g. on a public street outside a home, inside a building that's not a shooting range). |
| You should turn off ads for this content | Content that shows gun creation or modification (including assembly or disassembly), promotes gun makers or sellers, or facilitates the sale of a gun, minors using guns without adult supervision. |

Some examples of content that also fall into this category:

Guides as to how to add bump stocks to a firearm.
Recommendations of top gun manufacturers or firms from which to purchase firearms (e.g. "15 best gun shops").
Referring users directly to a site facilitating gun sales.
Promotions of the sale of a firearm or component, including but not limited to:
Sale of a firearm-related part or component that is essential to, or enhances the functionality of a firearm including:
80% finished gun-parts
Ammunition
Ammunition clips
Silencers
Ammunition belts
Stocks
Conversion kits
Gun-grips
Scopes
Sights
Videos which promote content for gun stores.
Videos which promote manufacturers or discount codes for gun stores.
Videos containing firearm-making instructions (e.g. replicable gun assembly/disassembly or steps on gun modifications), guides, or software, or equipment for 3D printing of guns or gun parts.

## Controversial issues

'Controversial issues' refers to topics that may be unsettling for our users and are often the result of human tragedy. This policy applies even if the content is purely commentary or contains no graphic imagery.

# Guide to Self-Certification

| Ads guidance | Questionnaire options & details |
|---|---|
| You can turn on ads for this content | Content discussing preventing controversial issues. Content where the controversial issues are mentioned fleetingly in a video and are neither graphic nor descriptive. |

**Title & Thumbnail:**

References to controversial issues that are non-graphic (e.g. text or image of a razor).

Some examples of content that also fall into this category:

Objective coverage from a news source (can be the main topic and descriptive, but cannot contain graphic depictions).
Content that covers historical or legislative facts related to abortion.
Content for minors that raises awareness on eating disorders.
Content that covers topics such as domestic abuse, self-harm, or sexual harassment as a main topic without detailed descriptions or graphic depictions (e.g. a research piece on sexual abuse survivors and their lives, but the details on the brutality are not included).

Definitions:

Fleeting references are not the focus of content (not focal) and include passing references to topics listed as controversial or sensitive. For example, briefly acknowledging a controversial or sensitive topic (e.g. "In next week's video we'll be discussing declining rates of suicide.") wouldn't be considered focal, but rather fleeting.

| | |
|---|---|
| You can turn on ads but only brands who opt in will run ads | Content about controversial issues that are not visually disturbing yet may contain descriptive language. Content that is dramatized/artistic, educational, documentary, or containing scientific presentations of these issues. |

Title & thumbnail:

Graphic depictions of controversial issues in the thumbnail (including both real and dramatized/artistic depictions).

Some examples of content that also fall into this category:

Content that covers topics such as child or sexual abuse as a main topic without detailed descriptions or graphic depictions.
Personal accounts or opinion pieces related to abortion as a main topic without graphic depiction.

| Ads guidance | Questionnaire options & details |
|---|---|
| | Dramatized or artistic depictions of controversial issues that are not highly graphic (e.g. someone jumping off of a bridge in a movie, but the dead graphic body isn't being shown). |
| You should turn off ads for this content | Content which focuses on graphic depictions or detailed descriptions of controversial issues. Content is either graphic or highly descriptive with controversial issues being the central topic of the content. |

Some examples of content that also fall into this category:

First person account with shocking details on topics (e.g. a biography or detailed interview on survivors and their pasts), such as:
Child abuse
Pedophilia
Sexual abuse
Sexual harassment
Self-harm
Suicide
Eating disorder
Domestic abuse
Promotion or glorification of controversial issues in the content, title, or thumbnail (e.g. "how to kill yourself and die honorably").
Graphic depiction of self-harm where scars, blood, or injury are visible.
Explicit audio of the act taking place.

Definitions:

Focus or focal means that a segment or full video is about a given topic. It also means that there is a sustained discussion. A passing reference to one of the topics listed as controversial or sensitive is not a reason for No Ads. For example, briefly acknowledging a controversial or sensitive topic (e.g. "In next week's video we'll be discussing declining rates of suicide.") wouldn't be considered focal, but a segment of a video specifically talking about such a topic would be considered focal. Focus need not be verbal. If there is an image or text that focuses on the sensitive issue, that would be considered focus too.

## Sensitive events

A sensitive event is usually an unforeseen event in which there has been a loss of life, typically as a result of a pre-planned malicious attack by foreign terrorist organizations (FTO) or drug trade organizations (DTO). Sensitive events can cause a mournful response from the public or, at times, an extreme or visceral reaction. An event must be relatively recent if it's going to be considered a sensitive event. Context is important: for

instance, authoritative news reporting or documentary videos about a historic event may be eligible for monetization.

This policy applies even if the content is purely commentary or contains no graphic imagery.

# Guide to Self-Certification

| Ads guidance | Questionnaire options & details |
|---|---|
| You can turn on ads for this content | Fleeting mention of sensitive events; academic/documentary content on historic acts of terror prior to 9/11; educational content on terrorism or terrorist groups absent of graphic imagery or footage of actual terrorist attacks.<br><br>Some examples of content that also fall into this category:<br><br>Fleeting references to terrorist acts, armed conflict, or tragic events that result in the loss of human lives.<br>Foreign terrorist organizations (FTO):<br>Educational, documentary or dramatized content on these groups as a general subject without footage of terrorist attacks.<br>Comedic videos with fleeting references to FTOs or terrorism.<br>Drug trade organizations (DTO), such as drug cartels:<br>Educational or documentary videos focusing on the international drug trade as a whole (and not a specific DTO).<br>Dramatized content (e.g. movies) portraying FTO/DTOs or their members.<br>Comedic content covering DTOs or the international drug trade as a subject.<br><br>Definitions:<br><br>Fleeting references are not the focus of content (not focal) and include are the opposite of focus. A passing reference to one of the topics listed as controversial or sensitive falls under this definition. For example, briefly acknowledging a controversial or sensitive topic (e.g. "In next week's video we'll be discussing declining cases of terrorist attacks.") wouldn't be considered focal, but rather fleeting. |
| You can turn on ads but only brands who opt in will run ads | Educational or documentary content or public service announcements on drug trade organizations (DTO).<br><br>Some examples of content that also fall into this category:<br><br>Drug trade organizations (DTO), such as drug cartels:<br>Education or documentary content focused primarily on specific DTOs or DTO leaders.<br>May include non-graphic situations of attacks or and their aftermath, hostage situations, etc. |

| Ads guidance | Questionnaire options & details |
|---|---|
| | Public service announcements on the related groups. |
| You should turn off ads for this content | Discussions of terrorist attacks; events resulting in the catastrophic loss of human life; non-educational discussions of foreign terrorist organizations or drug trade organizations; content on these groups featuring graphic imagery in any context, or including the names of these organizations in the title of the video. |

Some examples of content that also fall into this category:

Focus on sensitive events such as:
Atrocious acts or tragic events that result in the loss of human lives, such as mass shootings conducted by foreign terrorist groups or drug trade organizations.
Armed conflict (raw footage)
Terrorist acts (e.g. 9/11)
Footage or images from the scene/aftermath of a sensitive event.
Foreign terrorist organizations (FTOs):
Non-educational or non-documentary videos focusing on FTOs or the subject of terrorism, such as:
Discussions of a recent terrorist attack.
Relevant imagery or names of the group/leader anywhere in the content (e.g. in the thumbnail).
Content featuring shocking, graphic, and/or violent imagery, or scenes of incitement to or glorification of violence.
Content made by or in support of terrorist groups.
Content that celebrates or denies terrorist attacks.
Drug trade organizations (DTO), such as drug cartels:
Non-educational or non-documentary videos primarily focused on DTOs or the international drug trade.
Non-educational or non-documentary depictions of DTO-related imagery such as flags, slogans, banners, etc.
Recruitment of group members.
Glorification or promotion of the group (e.g. artistic expression, including music, implying justification for the violent acts).

Definitions:

An event must be relatively recent if it's going to be considered a sensitive event, such as the New Zealand Mosque Shooting.
Focus or focal means that a segment or full video is about a given topic.
It also means that there is a sustained discussion. A passing reference to one of the topics listed as controversial or sensitive is not a reason for No Ads.
For example, briefly acknowledging a controversial or sensitive topic (e.g. "In next week's video we'll be discussing declining rates of suicide.")

| Ads guidance | Questionnaire options & details |
|---|---|
| | wouldn't be considered focal, but a segment of a video specifically talking about such a topic would be considered focal. Focus need not be verbal. If there is an image or text that focuses on the sensitive issue, that would be considered focus too. |

## Incendiary and demeaning

Content that is gratuitously incendiary, inflammatory, or demeaning may not be suitable for advertising. This policy falls under Hateful & derogatory in the self-certification questionnaire in YouTube Studio, so be sure to check that one as well for detailed guidance.

## Examples (non-exhaustive)

| Category | Limited or no ads |
|---|---|
| Content that is incendiary and demeaning | Content that focuses on shaming or insulting an individual or group |
| Content that harasses, intimidates, or bullies an individual or group of individuals | Content that singles out someone for abuse or harassment
Content that suggests a tragic event did not happen, or that victims or their families are actors, or complicit in a cover-up of the event
Malicious personal attacks, slander, and defamation |

## Tobacco-related content

Content that promotes tobacco and tobacco-related products is not suitable for advertising. This policy falls under Harmful or dangerous acts in the self-certification questionnaire in YouTube Studio, so be sure to check that one as well for detailed guidance.

## Examples (non-exhaustive)

| Category | Limited or no ads |
|---|---|
| Promoting tobacco | Cigarettes, cigars, chewing tobacco |
| Promoting tobacco-related products | Tobacco pipes, rolling papers, vape pens |
| Promoting products designed to simulate tobacco smoking | Herbal cigarettes, e-cigarettes, vaping |

## Adult themes in family content

Content that appears to be appropriate for a general audience but contains adult themes is not suitable for advertising. This guideline applies even if content is done for comedic or satirical purposes. This policy falls under Adult content in the self-certification questionnaire in YouTube Studio, so be sure to check that one as well for detailed guidance.

## Examples (non-exhaustive)

| Category | Limited or no ads |
| --- | --- |
| Adult themes in family content | Content that is made to appear appropriate for a general audience, but contains adult themes, including:<br><br>Sex<br>Violence<br>Vulgarity<br>Other depictions of children or popular children's characters, that are unsuitable for a general audience. |

All videos uploaded to YouTube must comply with YouTube's Terms of Service and Community Guidelines. To be able to monetize with ads, you'll need to follow the YouTube monetization policies and Google AdSense Program policies.

We may reserve the right to disable ads on your entire channel in situations where the majority of your content is not suitable for any advertisers or where there are repeated, serious violations (e.g. uploading of content which is incendiary, demeaning or hateful).

Give feedback about this article
Choose a section to give feedback on



Was this helpful?
YesNo

Submit

## YouTube Partner Program Basics

- YouTube channel monetization policies
- Advertiser-friendly content guidelines
- Upcoming and recent ad guideline updates

- Learn more about how YouTube works for you
- Updated Terms of Service FAQs



[Creator Academy](#)

Learn what advertiser-friendly content looks like with the Creator Academy.

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български

30. русский
31. српски
32. українська
33. ‏עברית‏
34. ‏العربية‏
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- Help Center


  ○ Fix a problem


  ○ Watch videos


  ○ Manage your account & settings


  ○ Supervised experience on YouTube


  ○ Join & manage YouTube Premium

- o  [Create & grow your channel](#)

- o  [Monetize with the YouTube Partner Program](#)

- o  [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program
Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows
Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues
Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium

**297**

membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube

YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers

YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

# What is the issue with this selection?



Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

# Share additional info or suggestions

Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.



YouTube Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunity

# Business Inquiry Emails

You can send and receive email messages using Business Inquiry Emails to keep in touch with your audience. To get email messages, you'll need to add your contact info to your channel.

To email someone using the Business Inquiry Email:

1. Go to the YouTube Channel you want to email.
2. Select the About tab of their channel.
3. If a Business Inquiry Email is given, select "View Email Address." If you don't see a Business Inquiry Email, then the channel owner didn't give one.
4. Use the email to send a message to the channel.

Give feedback about this article
Choose a section to give feedback on



Was this helpful?
YesNo

Submit

# Comment, subscribe, & connect with creators

- Like or dislike a video
- Business Inquiry Emails
- Interact with creators on Community posts

- Contribute translated content
- Watch YouTube Stories
- Buy Super Thanks

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית

34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- [Help Center](#)

  o [Fix a problem](#)

  o [Watch videos](#)

  o [Manage your account & settings](#)

  o [Supervised experience on YouTube](#)

  o [Join & manage YouTube Premium](#)

  o [Create & grow your channel](#)

- o [Monetize with the YouTube Partner Program](#)

- o [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program

Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows

Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues

Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube

YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers

YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

## What is the issue with this selection?



Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

## Share additional info or suggestions

Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.

Advertising Policies Help

Sign in



Send feedback on...

This help content & information

General Help Center experience

Next

# Google Ads policies

Google provides translated versions of our Help Center as a convenience, though they are not meant to change the content of our policies. The English version is the official language we use to enforce our policies. To view this article in a different language, use the language dropdown at the bottom of the page.

## Welcome to the Google Advertising Policies Center



# Overview of our policies

We want to support a healthy digital advertising ecosystem—one that is trustworthy and transparent, and works for users, advertisers, and publishers. The purpose of this help center is to help you build Google Ads campaigns that align with our advertising policies listed below. These policies are designed not only to abide by laws but to ensure a safe and positive experience for our users. This means that our policies prohibit some content that we believe to be harmful to users and the overall advertising ecosystem.

We use a combination of automated and human evaluation to ensure Google Ads comply with these policies.

Our advertising policies cover four broad areas:



Prohibited content: Content you can't advertise on the Google Network

Prohibited practices: Things you can't do if you want to advertise with us

Restricted content and features: Content you can advertise, but with limitations

Editorial and technical: Quality standards for your ads, websites, and apps

- 
- 
- 
- 

Click through the policies below for policy definitions, examples, and troubleshooting steps.

# Prohibited content

## Counterfeit goods

Google Ads prohibits the sale or promotion for sale of counterfeit goods. Counterfeit goods contain a trademark or logo that is identical to or substantially indistinguishable from the trademark of another. They mimic the brand features of the product in an attempt to pass themselves off as a genuine product of the brand owner. This policy applies to the content of your ad and your website or app.

## Dangerous products or services

We want to help keep people safe both online and offline, so we don't allow the promotion of some products or services that cause damage, harm, or injury.

*Examples of dangerous content:* Recreational drugs (chemical or herbal); psychoactive substances; equipment to facilitate drug use; weapons, ammunition, explosive materials and fireworks; instructions for making explosives or other harmful products; tobacco products

## Enabling dishonest behavior

We value honesty and fairness, so we don't allow the promotion of products or services that are designed to enable dishonest behavior.

*Examples of products or services that enable dishonest behavior:* Hacking software or instructions; services designed to artificially inflate ad or website traffic; fake documents; academic cheating services

## Inappropriate content

We value diversity and respect for others, and we strive to avoid offending users, so we don't allow ads or destinations that display shocking content or promote hatred, intolerance, discrimination, or violence.

*Examples of inappropriate or offensive content:* bullying or intimidation of an individual or group, racial discrimination, hate group paraphernalia, graphic crime scene or accident images, cruelty to animals, murder, self-harm, extortion or blackmail, sale or trade of endangered species, ads using profane language

# Prohibited practices

## Abusing the ad network

We want ads across the Google Network to be useful, varied, relevant, and safe for users. We don't allow advertisers to run ads, content, or destinations that attempt to trick or circumvent our ad review processes.

*Examples of abuse of the ad network:* promoting content that contains malware; "cloaking" or using other techniques to hide the true destination that users are directed to; "arbitrage" or promoting destinations for the sole or primary purpose of showing ads; promoting "bridge" or "gateway"

destinations that are solely designed to send users elsewhere; advertising with the sole or primary intent of gaining public social network endorsements from the user; "gaming" or manipulating settings in an attempt to circumvent our policy review systems

## Data collection and use

We want users to trust that information about them will be respected and handled with appropriate care. As such, our advertising partners should not misuse this information, nor collect it for unclear purposes or without appropriate disclosures or security measures.

Note that additional policies apply when using personalized advertising, which includes remarketing and custom audiences. If you use personalized advertising targeting features, be sure to review the personalized ads data collection and use policies.

*Examples of user information that should be handled with care:* full name; email address; mailing address; phone number; national identity, pension, social security, tax ID, health care, or driver's license number; birth date or mother's maiden name in addition to any of the above information; financial status; political affiliation; sexual orientation; race or ethnicity; religion

*Examples of irresponsible data collection & use:* obtaining credit card information over a non-secure server, promotions that claim to know a user's sexual orientation or financial status, violations of our policies that apply to interest-based advertising and remarketing

## Misrepresentation

We want users to trust the ads on our platform, so we strive to ensure ads are clear and honest, and provide the information that users need to make informed decisions. We don't allow ads or destinations that deceive users by excluding relevant product information or providing misleading information about products, services, or businesses.

*Examples of misrepresentation:* omitting or obscuring billing details such as how, what, and when users will be charged; omitting or obscuring charges associated with financial services such as interest rates, fees, and penalties; failing to display tax or licence numbers, contact information, or physical address where relevant; making offers that aren't actually available; making misleading or unrealistic claims regarding weight loss or financial gain; collecting donations under false pretenses;

"phishing" or falsely purporting to be a reputable company in order to get users to part with valuable personal or financial information

# Restricted content and features

The policies below cover content that is sometimes legally or culturally sensitive. Online advertising can be a powerful way to reach customers, but in sensitive areas, we also work hard to avoid showing these ads when and where they might be inappropriate.

For that reason, we allow the promotion of the content below, but on a limited basis. These promotions may not show to every user in every location, and advertisers may need to meet additional requirements before their ads are eligible to run. Note that not all ad products, features, or networks are able to support this restricted content. Further details can be found in the Policy Center.

## Sexual content

Ads should respect user preferences and comply with legal regulations, so we don't allow certain kinds of sexual content in ads and destinations.  Some kinds of sexual content in ads and destinations are allowed only if they comply with the policies below and don't target minors, but they will only show in limited scenarios based on user search queries, user age, and local laws where the ad is being served.

Learn about what happens if you violate our policies.

*Examples of restricted sexual content:* Visible genitalia and female breasts, hook-up dating, sex toys, strip clubs, sexually suggestive live chat, and models in sexualized poses.

## Alcohol

We abide by local alcohol laws and industry standards, so we don't allow certain kinds of alcohol-related advertising, both for alcohol and drinks that resemble alcohol. Some types of alcohol-related ads are allowed if they meet the policies below, don't target minors, and target only countries that are explicitly allowed to show alcohol ads.

*Examples of restricted alcoholic beverages:* beer, wine, sake, spirits or hard alcohol, Champagne, fortified wine, non-alcoholic beer, non-alcoholic wine, and non-alcoholic distilled spirits

## Copyrights

We abide by local copyright laws and protect the rights of copyright holders, so we don't allow ads that are unauthorized to use copyrighted content. If you are legally authorized to use copyrighted content, apply for certification to advertise. If you see unauthorized content, submit a copyright-related complaint.

## Gambling and games

We support responsible gambling advertising and abide by local gambling laws and industry standards, so we don't allow certain kinds of gambling-related advertising. Gambling-related ads are allowed if they comply with the policies below and the advertiser has received the proper AdWords certification. Gambling ads must target approved countries, have a landing page that displays information about responsible gambling, and never target minors. Check local regulations for the areas you want to target.

*Examples of restricted gambling-related content:* physical casinos; sites where users can bet on poker, bingo, roulette, or sports events; national or private lotteries; sports odds aggregator sites; sites offering bonus codes or promotional offers for gambling sites; online educational materials for casino-based games; sites offering "poker-for-fun" games; non-casino-based cash game sites

## Healthcare and medicines

We are dedicated to following advertising regulations for healthcare and medicine, so we expect that ads and destinations follow appropriate laws and industry standards. Some healthcare-related content can't be advertised at all, while others can only be advertised if the advertiser is certified with Google and targets only approved countries. Check local regulations for the areas you want to target.

## Political content

We support responsible political advertising and expect all political ads and destinations to comply with local campaign and election laws for any areas they target. This policy includes legally mandated election "silence periods."

*Examples of political content:* promotion of political parties or candidates, political issue advocacy

## Financial services

We want users to have adequate information to make informed financial decisions. Our policies are designed to give users information to weigh the costs associated with financial products and services, and to protect users from harmful or deceitful practices. For the purposes of this policy, we consider financial products and services to be those related to the management or investment of money and cryptocurrencies, including personalized advice.

When promoting financial products and services, you must comply with state and local regulations for any region or country that your ads target — for example, include specific disclosures required by local law. Refer to our non-exhaustive list of country-specific requirements for more information but note that advertisers are expected to do their own research on the local regulations for any location their ads target.

## Trademarks

There are multiple factors that determine when trademarks can be used in ads. Along with the factors described in our Policy Center, these policies apply only when a trademark owner has submitted a valid complaint to Google.

## Legal requirements

You're always responsible for ensuring that you comply with all applicable laws and regulations, in addition to Google's advertising policies, for all of the locations where your ads are showing.

## Other restricted businesses

We restrict certain kinds of businesses from advertising with us to prevent users from being exploited, even if individual businesses appear to comply with our other policies. Based on our own continuous reviews, and feedback from users, regulators, and consumer protection authorities, we occasionally identify products or services that are prone to abuse. If we feel that certain kinds of businesses pose an unreasonable risk to user safety or user experience, then we may limit or stop related ads from running.

## Restricted ad formats and features

There are multiple factors that determine access to advanced ad formats and features on Google Ads. Certain ad formats are not available for all advertisers until they meet our specific requirements or complete the certification process.

<u>Requirements for made for kids content</u>

Advertisers may not run personalized ads on content set as made for kids. See here for categories restricted for advertising on made for kids content.

# Editorial & technical requirements

We want to deliver ads that are engaging for users without being annoying or difficult to interact with, so we've developed editorial requirements to help keep your ads appealing to users. We've also specified technical requirements to help users and advertisers get the most out of the variety of ad formats we offer.

## Editorial

In order to provide a quality user experience, Google requires that all ads, extensions, and destinations meet high professional and editorial standards. We only allow ads that are clear, professional in appearance, and that lead users to content that is relevant, useful, and easy to interact with.

*Examples of promotions that don't meet these editorial and professional requirements:*

- overly generic ads that contain vague phrases such as "Buy products here"
- gimmicky use of words, numbers, letters, punctuation, or symbols such as FREE, f-r-e-e, and F₹€€!!

## Destination requirements

We want consumers to have a good experience when they click on an ad, so ad destinations must offer unique value to users and be functional, useful, and easy to navigate.

*Examples of promotions that don't meet destination requirements:*

- a display URL that does not accurately reflect the URL of the landing page, such as "google.com" taking users to "gmail.com"
- sites or apps that are under construction, parked domains, or are just not working
- sites that are not viewable in commonly used browsers
- sites that have disabled the browser's back button

## Technical requirements

To help us keep ads clear and functional, advertisers must meet our technical requirements.

## Ad format requirements

In order to help you provide a quality user experience and deliver attractive, professional-looking ads, we only allow ads that comply with specific requirements for each ad format. Review the requirements for all ad formats that you're using.

Note that we don't allow Non-family safe ads in image ads, video ads, and other non-text ad formats. Read more about our Adult content policy.

Advertisers participating in beta programs of new ad formats should reach out to their Google Ads representatives or Google Ads customer support to learn about format-specific policy requirements.

*Examples of ad format requirements:* character limits for the ad headline or body, image size requirements, file size limits, video length limits, aspect ratios

# About our policies

Google Ads enables businesses of all sizes, from around the world, to promote a wide variety of products, services, applications, and websites on Google and across our network. We want to help you reach existing and potential customers and audiences. However, to help create a safe and positive experience for users, we listen to their feedback and concerns about the types of ads they see. We also regularly review changes in online trends and practices, industry norms, and regulations. And finally, in crafting our policies, we also think about our values and culture as a company, as well

as operational, technical, and business considerations. As a result, we have created a set of policies that apply to all promotions on the Google Network.

Google requires that advertisers comply with all applicable laws and regulations and the Google policies described above. It's important that you familiarize yourself with and keep up to date on these requirements for the places where your business operates, as well as any other places your ads are showing. When we find content that violates these requirements, we may block it from appearing, and in cases of repeated or egregious violations, we may stop you from advertising with us.

## Need help?

If you have questions about our policies, let us know: Contact Google Ads Support

## Tell us what you think

Rate how helpful this page is and share your feedback with us below:
Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

## Advertising policies

- Ad format requirements
- Ad targeting
- Abusing the ad network
- Ads & made for kids content
- Alcohol
- Copyrights
- Counterfeit goods
- Dangerous products or services
- Data collection and use
- Destination requirements
- Editorial

- Enabling dishonest behavior
- Financial products and services
- Gambling and games
- Healthcare and medicines
- Inappropriate content
- Lead form requirements
- Legal requirements
- Misrepresentation
- Other restricted businesses
- Personalized advertising
- Political content
- Restricted ad formats and features
- Sexual content
- Technical requirements
- Trademarks

<br>

- ©2021 Google
- Privacy Policy
- Terms of Service



English

1. català
2. dansk
3. Deutsch
4. eesti
5. English (Australia)
6. English (United Kingdom)
7. español
8. español (Latinoamérica)
9. Filipino
10. français
11. hrvatski
12. Indonesia
13. italiano
14. latviešu
15. lietuvių
16. magyar
17. Melayu
18. Nederlands
19. norsk
20. polski
21. português

22. português (Brasil)
23. română
24. slovenčina
25. slovenščina
26. suomi
27. svenska
28. Tiếng Việt
29. Türkçe
30. čeština
31. Ελληνικά
32. български
33. русский
34. српски
35. українська
36. עברית
37. العربية
38. हिन्दी
39. ไทย
40. 中文（简体）
41. 中文（繁體）
42. 日本語
43. 한국어
44. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- Help Center

  o List of ad policies

  o Review process

- o [Verification](#)

- o [Change log](#)

- [Advertising Policies](#)

- [Privacy Policy](#)

- [Terms of Service](#)

- [Submit feedback](#)

Advertising policiesThird-party policiesRelated policies & terms
Approval processDisapprovals and suspensions
Verification programs
Upcoming and recent changesPast changes

## What is the issue with this selection?


Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations


Minor errors - formatting issues, typos, and / or broken links


Other suggestions - ideas to improve the content

## Share additional info or suggestions



Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.

Ads Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

# Report an ad/listing

* Required field

What type of ad/listing do you want to report? *

Search Ad, i.e. Ad found on a Google search result page

Shopping ad or listing

Youtube Ad, i.e. Ad found on a Youtube Page

Other Ads, i.e. Ads found on the Google Display Network, Gmail, Maps etc.

What's inappropriate about this ad/listing? *

Cyber Frauds

Hateful or abusive content

Legal issues

Misleading content or scam

Promotes dangerous products or services

Sexual content

Violation of trademark policy

Violation of counterfeit goods policy

Other

What's inappropriate about this ad/listing? *

Hateful or abusive content

Inaccurate information

Problematic promotion of healthcare-related product

Promotes dangerous products or services

Sexual content

Violation of trademark policy

Violation of counterfeit goods policy

Other

Trademark Specifications *

Cloaking, i.e. deceptive redirection upon clicking on the ad/listing

Content involving minors

Drugs

EU user consent

Fake news

False claims about identity, qualifications, product or service

Healthcare product or service

Inaccurate information, i.e. pricing, availability, shipping, etc

Malware, i.e. deceptive redirection without clicking on the ad/listing, unauthorized downloads, etc

Misleading use of my trade name, company name or registered business name

Nudity/pornography

Other

Phishing, i.e. stealing credentials, financial details, etc

Price information that doesn't match information on merchant's website

Product is not in stock on merchant's website

Products or services that aren't available

Shipping information that doesn't match information on merchant's website

Tobacco

Trademarks in Shopping ads and listings

Violation of printer cartridges requirements

Weapons

For counterfeit goods issues in Google search ads, please fill out our counterfeit goods complaint form.

For trademark issues in Google search ads, please fill out our trademark complaint form.

For trademark issues in Shopping ads and listings, please fill out our shopping complaint form.

For counterfeit issues in Shopping ads and listings, please fill out our shopping complaint form.

What does the ad/listing promote or include? *

Cloaking, i.e. deceptive redirection upon clicking on the ad/listing

Content involving minors

Drugs

EU user consent

Fake news

False claims about identity, qualifications, product or service

Healthcare product or service

Inaccurate information, i.e. pricing, availability, shipping, etc

Malware, i.e. deceptive redirection without clicking on the ad/listing, unauthorized downloads, etc

Misleading use of my trade name, company name or registered business name

Nudity/pornography

Other

Phishing, i.e. stealing credentials, financial details, etc

Price information that doesn't match information on merchant's website

Product is not in stock on merchant's website

Products or services that aren't available

Shipping information that doesn't match information on merchant's website

Tobacco

Trademarks in Shopping ads and listings

Violation of printer cartridges requirements

Weapons

Tell us more about the legal issue: *

Cloaking, i.e. deceptive redirection upon clicking on the ad/listing

Content involving minors

Drugs

EU user consent

Fake news

False claims about identity, qualifications, product or service

Healthcare product or service

Inaccurate information, i.e. pricing, availability, shipping, etc

Malware, i.e. deceptive redirection without clicking on the ad/listing, unauthorized downloads, etc

Misleading use of my trade name, company name or registered business name

Nudity/pornography

Other

Phishing, i.e. stealing credentials, financial details, etc

Price information that doesn't match information on merchant's website

Product is not in stock on merchant's website

Products or services that aren't available

Shipping information that doesn't match information on merchant's website

Tobacco

Trademarks in Shopping ads and listings

Violation of printer cartridges requirements

Weapons

Ad's / listing's destination website or app does not meet Google's EU User Consent Policy in obtaining consent from users for the collection of data for personalized ads and/or for the use of cookies where legally required.

Your email *

1. Right-click on the ad's/listing's title.

2.
3. Click:
- **Copy Link Address** (for Chrome)
- **Copy Link** (for Internet Explorer or Safari)
- **Copy Link Location** (for Firefox)
4. Paste the link address.(Do not change if pre-filled)

*



0/2500

1. Right-click on the ad's/listing's title or image.

2. Click:
- **Copy Link Address** (for Chrome)
- **Copy Link** (for Internet Explorer or Safari)
- **Copy Link Location** (for Firefox)
3. Paste the link address.(Do not change if pre-filled)

\*



0/2500

1. Right-click anywhere in the ad/listing.



2. Click:
- **Copy Link Address** (for Chrome)
- **Copy Link** (for Internet Explorer or Safari)
- **Copy Link Location** (for Firefox)
3. Paste the link address.(Do not change if pre-filled)

\*



0/2500

1. Right-click anywhere in the ad/listing.



2. Click:
- **Copy link address** (for chrome)
- **Copy link** (for internet explorer or safari)
- **Copy link location** (for Firefox)
3. Paste the link address.(Do not change if pre-filled)

*



0/2500

Provide additional details:

0/1000

Provide additional details: *

0/1000



Submit

Some account and system information will be sent to Google, and support calls and chats may be recorded. We will use this information to improve support quality and training, to help address technical issues, and to improve our products and services, subject to our Privacy Policy and Terms of Service.

Additional info

OK

Your email has been sent

Your email has been sent to our team! Due to the preventative measures being taken for our support specialists in light of COVID-19, it may take longer than usual to respond to your support request. We apologize for any inconvenience this may cause, and we'll send you a reply as soon as we can.

- ©2021 Google
- Privacy Policy
- Terms of Service



English

1. català
2. dansk
3. Deutsch
4. eesti
5. English (Australia)
6. English (United Kingdom)
7. español
8. español (Latinoamérica)
9. Filipino
10. français
11. hrvatski
12. Indonesia
13. italiano
14. latviešu
15. lietuvių
16. magyar
17. Nederlands
18. norsk
19. polski
20. português
21. português (Brasil)
22. română
23. slovenčina
24. slovenščina
25. suomi
26. svenska
27. Tiếng Việt
28. Türkçe
29. čeština
30. Ελληνικά
31. български

32. русский
33. српски
34. українська
35. עברית
36. العربية
37. हिन्दी
38. ไทย
39. 中文（简体）
40. 中文（繁體）
41. 中文（香港）
42. 日本語
43. 한국어
44. English

Send feedback about our Help Center



Google Help

- [Help Center](#)

- [Ads](#)

- [Privacy Policy](#)

- [Terms of Service](#)

- [Submit feedback](#)

Send feedback on...
This help content & information   General Help Center experience

YouTube Help

Sign in

Send feedback on...



This help content & information

General Help Center experience

Next

Help CenterCommunity

# Protecting your identity

We want you to feel safe when you're on YouTube, which is why we encourage you to let us know if videos or comments on the site violate your privacy or sense of safety.

If someone posted your personal information or uploaded a video of you without your knowledge (including in private or sensitive circumstances), ask the uploader to remove the content. If you can't reach an agreement with the uploader, or if you're uncomfortable contacting them, you can request to have the content removed based on our Privacy Guidelines.

## Criteria for removing content

Our Privacy Guidelines give a detailed explanation of our privacy complaint process. It also explains the factors we consider when evaluating privacy claims.

For content to be considered for removal, an individual must be uniquely identifiable and that individual, or their legal representative, must submit the complaint. If you want to use the privacy complaint process, make sure that you're uniquely identifiable within the content when using the privacy complaint process. When assessing if an individual is uniquely identifiable, we consider the following factors:

- Image or voice
- Full name
- Financial information
- Contact information
- Other personally identifiable information

When you report a privacy complaint, we consider public interest, newsworthiness, and consent as factors in our final decision.

## Tips on how to protect your privacy on YouTube:

- Think carefully before you post personal information. This includes examples such as the town you live in, where you go to school, and your home address.
- Protect your account data and don't share your password with others. YouTube employees will never ask you for your password. Don't be fooled if someone reaches out to you pretending to be from YouTube.
- Get permission first. Get permission before filming other people or posting their personal information.
- Visit our Privacy and Safety Settings page for a list of tools that you can use to manage your content and experience on the site.
- Check out best practices for keeping your Google Account secure.
- Stronger security for Google account: Keep your accounts secured through 2-Step Verification.

Give feedback about this article
Choose a section to give feedback on



Was this helpful?
YesNo

Submit

## Privacy resources

- Protecting your identity
- Turn Restricted Mode on or off
- Change video privacy settings
- Your Data in YouTube

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk

3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- [Help Center](#)

  - [Fix a problem](#)

  - [Watch videos](#)

  - [Manage your account & settings](#)

  - [Supervised experience on YouTube](#)

  - [Join & manage YouTube Premium](#)

  - [Create & grow your channel](#)

  - [Monetize with the YouTube Partner Program](#)

  - [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program
Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows
Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues
Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues
Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube
YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers
YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

# What is the issue with this selection?



**333**

Inaccurate - doesn't match what I see in the product



Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

# Share additional info or suggestions

Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.

YouTube Help

Sign in

Send feedback on...



This help content & information

General Help Center experience

Next

Help CenterCommunity

# Protecting your identity

We want you to feel safe when you're on YouTube, which is why we encourage you to let us know if videos or comments on the site violate your privacy or sense of safety.

If someone posted your personal information or uploaded a video of you without your knowledge (including in private or sensitive circumstances), ask the uploader to remove the content. If you can't reach an agreement with the uploader, or if you're uncomfortable contacting them, you can request to have the content removed based on our Privacy Guidelines.

## Criteria for removing content

Our Privacy Guidelines give a detailed explanation of our privacy complaint process. It also explains the factors we consider when evaluating privacy claims.

For content to be considered for removal, an individual must be uniquely identifiable and that individual, or their legal representative, must submit the complaint. If you want to use the privacy complaint process, make sure that you're uniquely identifiable within the content when using the privacy complaint process. When assessing if an individual is uniquely identifiable, we consider the following factors:

- Image or voice
- Full name
- Financial information
- Contact information
- Other personally identifiable information

When you report a privacy complaint, we consider public interest, newsworthiness, and consent as factors in our final decision.

## Tips on how to protect your privacy on YouTube:

- Think carefully before you post personal information. This includes examples such as the town you live in, where you go to school, and your home address.
- Protect your account data and don't share your password with others. YouTube employees will never ask you for your password. Don't be fooled if someone reaches out to you pretending to be from YouTube.
- Get permission first. Get permission before filming other people or posting their personal information.
- Visit our Privacy and Safety Settings page for a list of tools that you can use to manage your content and experience on the site.
- Check out best practices for keeping your Google Account secure.
- Stronger security for Google account: Keep your accounts secured through 2-Step Verification.

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

## Privacy resources

- Protecting your identity
- Turn Restricted Mode on or off
- Change video privacy settings
- Your Data in YouTube

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk

3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience

**337**



Google Help

- [Help Center](#)

  o [Fix a problem](#)

  o [Watch videos](#)

  o [Manage your account & settings](#)

  o [Supervised experience on YouTube](#)

  o [Join & manage YouTube Premium](#)

  o [Create & grow your channel](#)

  o [Monetize with the YouTube Partner Program](#)

  o [Policy, safety, & copyright](#)

- [Community](#)


- [YouTube](#)


- [Privacy Policy](#)


- [YouTube Terms of Service](#)


- [Submit feedback](#)


Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program

Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows

Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues

Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube

YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers

YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

# What is the issue with this selection?



**339**

Inaccurate - doesn't match what I see in the product



Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

## Share additional info or suggestions

Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.



YouTube Help

**Sign in**

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunity

# Moment of Death Content Removal

If you've identified content showing your family member during moment of death or critical injury, and you wish to request removal of this content, please fill in the information below. We carefully review each request, but please note that we take public interest and newsworthiness into account when determining if content will be removed.

Once you've submitted your report, we'll investigate and take action as appropriate.

* Required field

Your full legal name (Aliases, usernames or initials are not accepted) *

Email address *

Your relationship to the victim: *

The URL(s) of the video(s) in question *            Add additional

Agree to the following statement

*"I declare that the information in this form is true and correct."*

Country *      United States

United States

Submit

Some account and system information will be sent to Google, and support calls and chats may be recorded. We will use this information to improve support quality and training, to help address technical issues, and to improve our products and services, subject to our Privacy Policy and Terms of Service.

Additional info

OK

Your email has been sent

Thank you. Your claim has been received and is now awaiting review.

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית

34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback about our Help Center



Google Help

- [Help Center](#)

  - [Fix a problem](#)

  - [Watch videos](#)

  - [Manage your account & settings](#)

  - [Supervised experience on YouTube](#)

  - [Join & manage YouTube Premium](#)

  - [Create & grow your channel](#)

- o [Monetize with the YouTube Partner Program](#)

- o [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program

Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows

Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues

Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube

YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

Send feedback on...

This help content & information General Help Center experience

YouTube Help

Sign in

Send feedback on...



This help content & information

General Help Center experience

Next

Help CenterCommunity

# Report inappropriate content

We rely on YouTube community members to report, or flag content that they find inappropriate. Reporting content is anonymous, so other users can't tell who made the report.

When something is reported, it's not automatically taken down. Reported content is reviewed along the following guidelines:

- Content that violates our Community Guidelines is removed from YouTube.
- Content that may not be appropriate for younger audiences may be age-restricted.

## How to flag content

Computer AndroidiPhone & iPad
Report a video

## Report a playlist

## Report a thumbnail

## Report a link

**346**
541

Report a comment
Report a live chat message
Report a channel

You can report users, inappropriate background images, or inappropriate profile avatars using the reporting flow located on the bottom of every channel.

1. Sign in to YouTube.
2. Go to the channel page you want to report.
3. Click About.
4. Click the Report .
5. Select the option that best suits your issue.

Report an ad

# Report content on YouTube on TV

You can report a video directly from the YouTube on TV app.

1. Select Report on the video player Menu.
2. A menu will appear to select the reason for reporting the video.
3. Once you select the reason, you'll see a confirmation message.

# Other reporting options

If the reporting process does not accurately capture your issue, we have other reporting mechanisms for you to use.

# Privacy reporting
Legal reporting

# Moment of death or critical injury footage
Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo

Submit

# Reporting

- Report inappropriate content
- Report a YouTube search prediction
- Other reporting options
- YouTube Trusted Flagger program
- Report policy-violative ads

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά

29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- [Help Center](#)

  - [Fix a problem](#)

  - [Watch videos](#)

  - [Manage your account & settings](#)

  - [Supervised experience on YouTube](#)

- o  Join & manage YouTube Premium

- o  Create & grow your channel

- o  Monetize with the YouTube Partner Program

- o  Policy, safety, & copyright

- Community

- YouTube

- Privacy Policy

- YouTube Terms of Service

- Submit feedback

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program

Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows

Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues

Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube

YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers

YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

## What is the issue with this selection?

Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

## Share additional info or suggestions



Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.



- 

# YouTube

- Data API

Select an optionLanguage

- Language
- English
- Bahasa Indonesia
- Deutsch
- Español
- Français
- Português – Brasil
- Русский
- 中文 – 简体
- 日本語
- 한국어

Sign in

Add YouTube features to your application, including the ability to upload videos, create and manage playlists, and more.

Home Guides Reference Samples Support More



- 

# YouTube

- [Data API](#)

- [Home](#)
- [Guides](#)
- [Reference](#)
- [Samples](#)
- [Support](#)

- [Home](#)
- [Products](#)
- [YouTube](#)
- [Data API](#)

# Add YouTube functionality to your app



## [Add YouTube functionality to your site](#)

With the YouTube Data API, you can add a variety of YouTube features to your application. Use the API to upload videos, manage playlists and subscriptions, update channel settings, and more.

[Get started](#) [Implementation guide](#)



## [Search for content](#)

Use the API to search for videos matching specific search terms, topics, locations, publication dates, and much more. The APIs `search.list` method also supports searches for playlists and channels.

[Search for content](#)

# Other Resources

## [Tools](#)

The APIs Explorer lets you test unauthorized and authorized requests. The Quota Calculator shows how different requests impact your quota usage.
[APIs Explorer](#) [Quota calculator](#)

## [Code Samples](#)

Use our code samples to jump-start your project. Samples are available for Apps Script, Go, Java, JavaScript, .NET, PHP, Python, and Ruby.

Java Python More

[{ "type": "thumb-down", "id": "missingTheInformationINeed", "label":"Missing the information I need" },{ "type": "thumb-down", "id": "tooComplicatedTooManySteps", "label":"Too complicated / too many steps" },{ "type": "thumb-down", "id": "outOfDate", "label":"Out of date" },{ "type": "thumb-down", "id": "samplesCodeIssue", "label": "Samples / code issue" },{ "type": "thumb-down", "id": "otherDown", "label":"Other" }] [{ "type": "thumb-up", "id": "easyToUnderstand", "label":"Easy to understand" },{ "type": "thumb-up", "id": "solvedMyProblem", "label":"Solved my problem" },{ "type": "thumb-up", "id": "otherUp", "label":"Other" }]

-  Blog

  The latest news on the YouTube API blog

- GitHub

  Find API code samples and other YouTube open-source projects.

- Issue Tracker

  Something wrong? Send us a bug report!

- Stack Overflow

  Ask a question under the youtube-api tag

- Videos

  Check out the YouTube Developer Relations team's YouTube channel

- **Tools**
  - Google APIs Explorer
  - YouTube Player Demo
  - Configure a Subscribe Button
- **Issue Tracker**
  - File a bug
  - Request a feature
  - See open issues
- **Product Info**

- o [Terms of Service](#)
- o [Branding Guidelines](#)
- o [Monetization Guidelines](#)
- o [APIs subject to Deprecation Policy](#)



- [Android](#)
- [Chrome](#)
- [Firebase](#)
- [Google Cloud Platform](#)
- [All products](#)

- [Terms](#)
- [Privacy](#)
- Sign up for the Google Developers newsletter [Subscribe](#)



Select an optionLanguage

- Language
- English
- Bahasa Indonesia
- Deutsch
- Español
- Français
- Português – Brasil
- Русский
- 中文 – 简体
- 日本語
- 한국어

YouTube Help



Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunity

# YouTube View Abuse Appeal Form

If you've found this form, your YouTube video(s) have been removed under our Terms of Service prohibiting bot use. If you'd like to appeal this decision, please fill out this form.

The following set of questions is designed to provide us with enough information to effectively revisit your case.

Please treat this as a form of discovery and provide thorough responses. Err on the side of abundance when answering these questions, the more information the better. We cannot help you to restore your account unless we have all of your data related to this matter.

* Required field

Email address *

Video URL: *

Email linked to your YouTube Account *

Channel name *

Web Audience *

0/1000

From what parts of the world do Users view your Content *

0/1000

How do users get to your content? *

0/1000

How do you promote your content? *

0/1000

Have you ever purchased traffic to your content? *

Yes

No

From whom did you purchase traffic? *

0/1000

Describe the nature of traffic *

0/1000

Amount of traffic *

0/1000

Have you ever signed up for services that give users incentives to view your content? *

Yes

No

What service(s) did you use to incentivize traffic? *

0/1000

Do you use third party marketing organizations to promote your content? *

Yes

No

Names of the third party marketing organization(s) *

0/1000

Explain your marketing strategy *

0/1000

In what ways have you incentivized users to increase your traffic? (ie. prizes for clicking) *

0/1000

Are there other possible user incentives to increase your traffic? *

0/1000

Would any third party have a reason to increase your content's visibility and why? *

0/1000

What are you doing to deter potentially invalid activity in your marketing campaigns? *



0/1000

Have you or your account ever violated YouTube's Terms of Service? *

Yes

No

How did you or your account violate YouTube's TOS *

0/1000

Who has access to your account and in what capacity? *

0/1000

How often do you update your account? *

0/1000

Have you noticed any "invalid activity" on your account? *

Yes

No

What "invalid activity" have you noticed? *

0/1000

What have you done to stop the detected invalid activity in your account? *

0/1000

Any other relevant information that you believe may explain invalid activity we detected in connection with your account that you have not already covered *



0/1000

Submit

Some account and system information will be sent to Google, and support calls and chats may be recorded. We will use this information to improve support quality and training, to help address technical issues, and to improve our products and services, subject to our Privacy Policy and Terms of Service.

Additional info

OK

**Your email has been sent**

Your email has been sent to our team! Due to the preventative measures being taken for our support specialists in light of COVID-19, it may take longer than usual to respond to your support request. We apologize for any inconvenience this may cause, and we'll send you a reply as soon as we can.

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands

16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback about our Help Center



Google Help

- [Help Center](#)

  o [Fix a problem](#)

- o [Watch videos](#)

- o [Manage your account & settings](#)

- o [Supervised experience on YouTube](#)

- o [Join & manage YouTube Premium](#)

- o [Create & grow your channel](#)

- o [Monetize with the YouTube Partner Program](#)

- o [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program

Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows

Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues

Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube

YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers

YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

Send feedback on...

This help content & information General Help Center experience



YouTube Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunity

# Copyright strike basics

This content is about copyright strikes. If you're looking for info about Community Guidelines strikes, which are different than copyright strikes, go to our Community Guideline strikes basics.

If you get a copyright strike, it means that a copyright owner submitted a complete and valid legal takedown request for using their copyright-protected content. When we get this type of formal notification, we take down your video to comply with copyright law.

A video can only have one copyright strike at a time. Keep in mind that videos can be removed from the site for reasons other than copyright. Also, Content ID claims don't result in a strike.

Deleting a video with a strike won't resolve your strike. Learn how to resolve a copyright strike below.

What happens when you get a copyright strike

We all make mistakes. When you get a copyright strike, it acts as a warning. The first time you get a copyright strike, you'll need to go through Copyright School. Copyright School helps creators understand copyright and how it's enforced at YouTube.

Copyright strikes may affect your ability to monetize. In addition, if your active live stream is removed for copyright, your access to live streaming will be restricted for 7 days.

If you get 3 copyright strikes:

- Your account, along with any associated channels, is subject to termination.

- All the videos uploaded to your account will be removed.
- You can't create new channels.

<span style="color:blue">Courtesy Period</span>
If your channel is part of the YouTube Partner Program, you're eligible for a 7 day courtesy period. After 3 copyright strikes, you'll have 7 additional days to act before your channel is disabled. During this period, your copyright strikes won't expire and you can't upload new videos. Your channel will remain live and you can access it to seek a resolution for your strikes. If you submit a counter notification, your channel won't be disabled while the counter notification is unresolved. If the counter notification is resolved in your favor, or the claim is retracted, your channel won't be impacted.
<span style="color:blue">How to get info about your strike</span>

1. Sign in to <span style="color:blue">YouTube Studio</span>.
2. From the left menu, click Content.
3. Filter  for Copyright claims.
4. Hover over "Copyright claim" in the Restrictions column and click SEE DETAILS.

<span style="color:blue">Resolve a copyright strike</span>

There are three ways to resolve a copyright strike:

1. Wait for it to expire: Copyright strikes expire after 90 days. If it's your first strike, you'll need to complete <span style="color:blue">Copyright School</span>.
2. Get a retraction: You can get in touch with the person who claimed your video and ask them to <span style="color:blue">retract</span> their claim of copyright infringement.
3. Submit a counter notification: If you think your video was removed by mistake, or qualifies as fair use, you can submit a <span style="color:blue">counter notification</span>.

## Watch to learn more

Check out the following video from the YouTube Creators channel to learn the basics of copyright strikes.

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo

Submit

# Copyright claim basics

- What is a Content ID claim?
- Copyright strike basics
- Dispute a Content ID claim
- Submit a copyright counter notification
- Monetization during Content ID disputes
- What is a manual claim?
- Requirements for counter notifications
- The difference between copyright takedowns and Content ID claims

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe

27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- Help Center

  o Fix a problem

  o Watch videos

  o Manage your account & settings

  o Supervised experience on YouTube

- o [Join & manage YouTube Premium](#)

- o [Create & grow your channel](#)

- o [Monetize with the YouTube Partner Program](#)

- o [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program
Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows

Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues

Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube

YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers

YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

# What is the issue with this selection?



Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

# Share additional info or suggestions

Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.



YouTube Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help Center Community

# Requirements for copyright infringement notifications: Videos

Tip: The easiest way to request a removal of a video you believe infringes on your copyright is by using our webform.

To request the removal of non-video content, such as channel banner images, your request must include this required info.

To request a copyright infringement notification for a video, you must include the required info listed below. Without this info, we can't proceed with your request.

You can submit the info below in the body of an email (not in an attachment) to copyright@youtube.com or via fax or postal mail.

1. Your contact info

YouTube and the uploader of the content you're requesting to remove may need to get in touch with you about your request. In your request, include one or more of the following:

- Your email address
- Your physical address
- Your telephone number

2. Description of your copyrighted work

In your request, make sure you clearly and completely describe your copyrighted content that you're trying to protect.

If you believe more than one of your copyrighted works have been infringed, the law allows a representative list of such works to be included in your request.

## 3. Specific URLs of the videos in question

Your request must include specific links to the video or videos you believe infringes on your copyright.

Include the URL or URLs of the exact video or videos in the following format:

www.youtube.com/watch?v=xxxxxxxxxxx

General info such as a channel name or channel URL is not adequate.

## 4. Agree to and include the following two statements:

"I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law."

"The information in this notification is accurate, and under penalty of perjury, I am the owner, or an agent authorized to act on behalf of the owner, of an exclusive right that is allegedly infringed."

## 5. Your signature

Complete removal requests need the physical or electronic signature of the copyright owner or an agent authorized to act on their behalf.

To meet this requirement, the copyright owner or authorized agent may enter their full legal name as their signature at the bottom of the request. A full legal name should be a first and last name, not a company name.

Include the info above in the body of an email (not in an attachment) to copyright@youtube.com. You can also submit your request via fax or postal mail. Give feedback about this article Choose a section to give feedback on

Was this helpful?
YesNo



Submit

# Copyright and rights management

- Submit a copyright takedown request
- Prevent reuploads of removed videos
- Retract a claim of copyright infringement
- Contact information in copyright takedown requests
- Requirements for copyright infringement notifications: Videos
- Requirements for copyright infringement notifications: Non-video content

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά

29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- [Help Center](#)

  - [Fix a problem](#)

  - [Watch videos](#)

  - [Manage your account & settings](#)

  - [Supervised experience on YouTube](#)

- o  [Join & manage YouTube Premium](#)

- o  [Create & grow your channel](#)

- o  [Monetize with the YouTube Partner Program](#)

- o  [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program
Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows
Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues

**375**

Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube

YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers

YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

## What is the issue with this selection?

☐

Inaccurate - doesn't match what I see in the product

☐

Hard to understand - unclear or translation is wrong

☐

Missing info - relevant but not comprehensive

☐

Irrelevant - doesn't match the title and / or my expectations

☐

Minor errors - formatting issues, typos, and / or broken links

☐

Other suggestions - ideas to improve the content

## Share additional info or suggestions



Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.

# Sign in

to continue to YouTube

Email or phone

Forgot email?

Type the text you hear or see

Not your computer? Use a Private Window to sign in. Learn more

Next

Create account

Afrikaans
azərbaycan
bosanski
català
Čeština
Dansk
Deutsch
eesti
English (United Kingdom)
English (United States)
Español (España)
Español (Latinoamérica)
Filipino
Français (Canada)
Français (France)
galego
Hrvatski
Indonesia
isiZulu
íslenska
Italiano
Kiswahili
latviešu
lietuvių
magyar
Melayu
Nederlands
norsk
polski
Português (Brasil)
Português (Portugal)

română
Slovenčina
slovenščina
srpski (latinica)
Suomi
Svenska
Tiếng Việt
Türkçe
Ελληνικά
български
македонски
монгол
Русский
српски (ћирилица)
Українська
ქართული
հայերեն
עברית
اردو
العربية
فارسی
नेपाली
मराठी
हिन्दी
বাংলা
ਪੰਜਾਬੀ
ગુજરાતી
தமிழ்
తెలుగు
ಕನ್ನಡ
മലയാളം
සිංහල
ไทย
ລາວ
မြန်မာ
ខ្មែរ
한국어
中文（香港）
日本語
简体中文
繁體中文

- Help
- Privacy
- Terms

Sign in to continue to YouTube

# Sign in

to continue to YouTube

Email or phone

Forgot email?

Type the text you hear or see

Not your computer? Use a Private Window to sign in. Learn more

Next

Create account

Afrikaans
azərbaycan
bosanski
català
Čeština
Dansk
Deutsch
eesti
English (United Kingdom)
English (United States)
Español (España)
Español (Latinoamérica)
Filipino
Français (Canada)
Français (France)
galego
Hrvatski
Indonesia
isiZulu
íslenska
Italiano
Kiswahili
latviešu
lietuvių
magyar
Melayu
Nederlands
norsk
polski
Português (Brasil)
Português (Portugal)

română
Slovenčina
slovenščina
srpski (latinica)
Suomi
Svenska
Tiếng Việt
Türkçe
Ελληνικά
български
македонски
монгол
Русский
српски (ћирилица)
Українська
ქართული
հայերեն
עברית
اردو
العربية
فارسی
नेपाली
मराठी
हिन्दी
বাংলা
ਪੰਜਾਬੀ
ગુજરાતી
தமிழ்
తెలుగు
ಕನ್ನಡ
മലയാളം
සිංහල
ไทย
ລາວ
မြန်မာ
ខ្មែរ
한국어
中文（香港）
日本語
简体中文
繁體中文

- [Help](#)
- [Privacy](#)
- [Terms](#)

Sign in to continue to YouTube

YouTube Help

Sign in

Send feedback on...



This help content & information

General Help Center experience

Next

Help CenterCommunity

# What is a Content ID claim?

If you upload a video that contains copyright-protected content, your video could get a Content ID claim. These claims are automatically generated when an uploaded video matches another video (or part of another video) in our Content ID system.

Copyright owners can set Content ID to block uploads that match a copyrighted work they own the rights to. They can also allow the claimed content to remain on YouTube with ads. In these cases, the advertising revenue goes to the copyright owners of the claimed content.

## How do I know if my video has a Content ID claim?

When a Content ID claims your video, you'll get an email from YouTube. To find more details about the claims on your videos:

1. Sign in to YouTube Studio.
2. From the left menu, click Content.
3. In the Restrictions column, if a video has a claim on it, it will be labeled Copyright claim.
4. Hover over Copyright claim in the Restrictions column and click SEE DETAILS.
5. Click the Down arrow ⊞ to expand the claim details.
6. Under the Content found during section, click the timestamp to play the segment claimed by Content ID.

You can also filter to get a list of videos that have claims on them by clicking Filter ⊞ ⊞ Copyright claims.

## Am I in trouble if my video has a Content ID claim?

Probably not. Content ID claims usually mean we found content on your YouTube channel that someone else owns.

Copyright owners are the ones who decide whether other people can reuse their copyrighted content. They often allow their content to be used in YouTube videos in exchange for having ads run on those videos. Ads might play before the video or during it (if the video is longer than 8 minutes).

If copyright owners don't want their content reused, they can:

- Block a video: Copyright owners may choose to block your video, which means people can't watch it. Your video could be blocked worldwide or just in certain countries/regions.
- Restrict certain platforms: Copyright owners may choose to restrict the apps or websites where their content appears. These restrictions won't change the availability of your video on YouTube.

## What can I do if my video has a Content ID claim?

Depending on the situation, you have a few options to choose from if you get a Content ID claim:

- Do nothing: If you agree with the claim, you can leave it as is. You can also change your mind later.
- Share revenue: If you're in the YouTube Partner Program and claimed music is in your video, you may be able to share revenue with the music publisher. Learn more.
- Dispute the claim: If you believe the claim made on your video is incorrect, you can dispute it. Learn how to dispute a Content ID claim.

> If you dispute a claim without a valid reason, the content owner may request a take down of your video. If we get a valid takedown request for your video, your account will get a copyright strike. Learn more about copyright strikes.

You can also remove claimed content without having to upload a new video. If done successfully, any of the options below will automatically release the associated claim:

- Trim out a segment: You can remove just the claimed segment from your video in YouTube Studio. Learn how to trim out a segment.
- Replace the song (audio claims only): If the music in your video is claimed, you may be able to replace your audio track with free-to-use music from the YouTube Audio Library. Learn how to replace a song.
- Mute a song (audio claims only): This option lets you mute the claimed song in your video. You can choose whether to mute just the song or all audio in the video. Learn how to mute a song.

# More info

- How Content ID works
- Copyright strike basics
- Changes to account standing
- Who claimed my video?
- Dispute a Content ID claim
- Copyright issues with live streams

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

# Copyright claim basics

- What is a Content ID claim?
- Copyright strike basics
- Dispute a Content ID claim
- Submit a copyright counter notification
- Monetization during Content ID disputes
- What is a manual claim?
- Requirements for counter notifications
- The difference between copyright takedowns and Content ID claims

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino

8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- [Help Center](#)

  - [Fix a problem](#)

  - [Watch videos](#)

  - [Manage your account & settings](#)

  - [Supervised experience on YouTube](#)

  - [Join & manage YouTube Premium](#)

  - [Create & grow your channel](#)

  - [Monetize with the YouTube Partner Program](#)

  - [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

**385**

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program

Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows

Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues

Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube

YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers

YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

# What is the issue with this selection?

Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations



Minor errors - formatting issues, typos, and / or broken links



Other suggestions - ideas to improve the content

## Share additional info or suggestions



Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.

YouTube Help

Sign in

Send feedback on...



This help content & information

General Help Center experience

Next

Help CenterCommunity

# How Content ID works

Copyright owners can use a system called Content ID to easily identify and manage their content on YouTube. Videos uploaded to YouTube are scanned against a database of files that have been submitted to us by content owners.

Copyright owners get to decide what happens when content in a video on YouTube matches a work they own. When a match is found, the video gets a Content ID claim.

## Common questions about Content ID

What options are available to copyright owners?

Copyright owners can choose different actions to take on material that matches theirs:

- Block a whole video from being viewed
- Monetize the video by running ads against it; sometimes sharing revenue with the uploader
- Track the video's viewership statistics

Any of these actions can be geography-specific. A video may be monetized in one country and blocked or tracked in another.

Who can use Content ID?

YouTube only grants Content ID to copyright owners who meet specific criteria. To be approved, they must own exclusive rights to a substantial body of original material that is frequently uploaded by the YouTube creator community.

YouTube also sets explicit guidelines on how to use Content ID. We monitor Content ID use and disputes on an ongoing basis to make sure these guidelines are followed.

Content owners who repeatedly make erroneous claims can have their Content ID access disabled and their partnership with YouTube terminated.

If you're a content owner and believe your content meets the criteria, you can fill out this form.

Related topics

- What is a Content ID claim?
- Who claimed my video?
- Dispute a Content ID claim
- How does Content ID work on live streams and Hangouts On Air?

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

# Copyright management tools

- Overview of copyright management tools
- Use the Copyright Match Tool
- How Content ID works
- Qualify for Content ID
- Content Verification Program
- Use the Content Verification Tool

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk

3.  Deutsch
4.  English (United Kingdom)
5.  español
6.  español (Latinoamérica)
7.  Filipino
8.  français
9.  hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience

**390**



Google Help

- [Help Center](#)

  o [Fix a problem](#)

  o [Watch videos](#)

  o [Manage your account & settings](#)

  o [Supervised experience on YouTube](#)

  o [Join & manage YouTube Premium](#)

  o [Create & grow your channel](#)

  o [Monetize with the YouTube Partner Program](#)

  o [Policy, safety, & copyright](#)

- [Community](#)


- [YouTube](#)


- [Privacy Policy](#)


- [YouTube Terms of Service](#)


- [Submit feedback](#)


Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program
Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows
Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues
Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues
Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube
YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers
YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

# What is the issue with this selection?



Inaccurate - doesn't match what I see in the product



Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

## Share additional info or suggestions

Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.



YouTube Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunity

# Retract a claim of copyright infringement

After submitting a copyright takedown request, a copyright owner may change their mind or realize they've misidentified content. When this happens, the copyright owner can retract their claim of copyright infringement.

Retractions will resolve the copyright strike for the uploader of the content that was taken down. Unless the uploader already deleted the content, a retraction will restore the content to YouTube.

If you submitted a takedown request

If you submitted a takedown request in error, you can retract your copyright infringement claim by sending an email to copyright@youtube.com.

Your email should be sent from the same email address or corporate domain you used to submit your original takedown request. If the email address is different, it may not be possible to process your retraction.

Your email needs to include the following required info:

1. Statement of retraction, such as "I hereby retract my claim of copyright infringement."
- Note: We can only accept a retraction of the takedown request. We can't accept retractions of only the copyright strike such as "I retract my copyright strike."
2. Specific URL of the content in question
- For videos, the valid URL format is: www.youtube.com/watch?v=xxxxxxxxxxx
- For non-video content, such as channel banner images, valid URL formats are listed here.
- Note: Google hosts the profile pictures that appear on YouTube channels. To retract a copyright infringement claim on a profile picture, reply to the email confirmation you got

when you submitted your original removal request. Include a statement of retraction in your reply, such as the sentence listed above in Step 1.

3. Electronic signature
- The copyright owner or authorized agent should enter their full legal name as their signature to the bottom of the email. The full legal name should be a first and last name, not a company name.

If you're a partner with a CVP account or a CMS, you can retract claims on videos through these platforms.

To submit a retraction, make sure you're signed in to the same Google Account from which the original claim was made. Note that matching videos won't be claimed after a retraction is processed.
If your content was taken down

If you're a creator affected by a copyright claim, you can get in touch with the copyright owner directly to request a retraction.

Some creators list ways they can be contacted in their channel.
Give feedback about this article
Choose a section to give feedback on



Was this helpful?
YesNo

Submit

# Copyright and rights management

- Submit a copyright takedown request
- Prevent reuploads of removed videos
- Retract a claim of copyright infringement
- Contact information in copyright takedown requests
- Requirements for copyright infringement notifications: Videos
- Requirements for copyright infringement notifications: Non-video content

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1.  català
2.  dansk
3.  Deutsch
4.  English (United Kingdom)
5.  español
6.  español (Latinoamérica)
7.  Filipino
8.  français
9.  hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience

**396**



Google Help

- [Help Center](#)

  - [Fix a problem](#)

  - [Watch videos](#)

  - [Manage your account & settings](#)

  - [Supervised experience on YouTube](#)

  - [Join & manage YouTube Premium](#)

  - [Create & grow your channel](#)

  - [Monetize with the YouTube Partner Program](#)

  - [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program

Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows

Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues

Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube

YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers

YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

# What is the issue with this selection?



Inaccurate - doesn't match what I see in the product



Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

# Share additional info or suggestions

Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.



YouTube Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunity

# Submit a copyright counter notification

If you upload copyright-protected content to YouTube without the copyright owner's authorization, it may be taken down. If you believe your video was taken down in error, you can submit a copyright counter notification.

A counter notification is a legal request for YouTube to reinstate a video that was taken down for alleged copyright infringement.

Before you submit a counter notification, you should know:

- The video's original uploader, or an agent authorized to act on their behalf, such as an attorney, must submit the counter notification.
- Only submit a counter notification if your video was taken down due to a mistake or misidentification of content, including cases of fair use. Don't submit counter notifications for any other reasons.
- If your video doesn't fit the criteria above, you can wait 90 days for your copyright strike to expire. You can also reach out to the copyright owner directly to request they retract their claim of copyright infringement.
- Counter notifications for non-video content, such as comments or channel banner images, must be submitted through a free-form counter notification.
- Note: Because Google hosts channel profile pictures, you need to submit counter notifications for channel profile pictures through Google's webform.

## Prepare your counter notification

YouTube requires that your counter notification must:

1. Meet all legal requirements.

2. Clearly explain your right to use the copyrighted content in your own words. If you think the content was identified as a mistake, explain why in a clear and concise manner.

Evaluate the copyrighted content

Your counter notification should include details about the specific content claimed in your video. To find these details:

1. Sign in to YouTube Studio.
2. From the left menu, select Content.
3. Select Filter ☷ Copyright claims.
4. In the Restrictions column, hover over Copyright claim next to your video.
5. Click SEE DETAILS.

Before submitting a counter notification, consider the following:

- Who owns the content?
- If you've used someone else's copyrighted work, can you provide evidence of a license or permission to use that content?
- Is your use of the content protected by fair use, fair dealing, or a similar copyright exception?
- Is the content in the public domain?

## Submit a counter notification

To submit a copyright counter notification:

1. Sign in to YouTube Studio.
2. From the left menu, select Content.
3. Select Filter ☷ Copyright claims and find impacted video.
4. In the Restrictions column, hover over Copyright claim.
5. Click SEE DETAILS.
6. Under Actions, click SELECT ACTION ☷ Submit counter notification.
7. Enter your contact info and rationale.
- Make sure you include your complete physical address and full legal name.
- If necessary info is missing from your counter notification, it may be rejected.
8. Click SUBMIT.

By submitting a counter notification, you consent to sharing your info with the claimant.

If your account has been suspended for copyright violations, you can't send a counter notification following the steps above. You can try submitting a free-form counter notification.

What happens next?

Your counter notification will be forwarded to the claimant if it meets all legal requirements and clearly explains your right to use the content. Under most circumstances, we won't forward the counter notification to any party other than the original claimant. If the counter notification is forwarded, it will include the full text, including any personal info you've entered.

The claimant has 10 business days, as required by copyright law, to reply to your counter notification. They'll need to respond with evidence that they've taken legal action to keep the content from being restored to YouTube.

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

# Copyright claim basics

- What is a Content ID claim?
- Copyright strike basics
- Dispute a Content ID claim
- Submit a copyright counter notification
- Monetization during Content ID disputes
- What is a manual claim?
- Requirements for counter notifications
- The difference between copyright takedowns and Content ID claims

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service


English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)

5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- [Help Center](#)

  - [Fix a problem](#)

  - [Watch videos](#)

  - [Manage your account & settings](#)

  - [Supervised experience on YouTube](#)

  - [Join & manage YouTube Premium](#)

  - [Create & grow your channel](#)

  - [Monetize with the YouTube Partner Program](#)

  - [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)


- [Privacy Policy](#)


- [YouTube Terms of Service](#)


- [Submit feedback](#)


Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program

Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows

Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues

Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube

YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management


## What is the issue with this selection?



Inaccurate - doesn't match what I see in the product



Hard to understand - unclear or translation is wrong



Missing info - relevant but not comprehensive



Irrelevant - doesn't match the title and / or my expectations



Minor errors - formatting issues, typos, and / or broken links



Other suggestions - ideas to improve the content

## Share additional info or suggestions

Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.



[Our mission](#)

Our commitments

[Managing harmful content How does YouTube manage harmful content? Standing up to hate How does YouTube protect the community from hate and harassment? Fighting misinformation How does YouTube combat misinformation? Curbing extremist content How does YouTube prevent radicalization? Supporting political integrity How does YouTube support civic engagement and election integrity? Preventing bias What does YouTube do to prevent bias? Fostering child safety How does YouTube help keep kids protected on the platform? Protecting user data How does YouTube maintain user privacy? Safeguarding copyright How does YouTube protect copyrighted content? Sharing revenue How does YouTube make money? Promoting digital wellbeing How does YouTube support users' digital wellbeing? Responding to COVID-19 How is YouTube supporting users during COVID-19?](#)

Product features

[YouTube Search How our search tool can help you find content you'll love Recommended videos How we recommend content we think you'll want to watch News and information How we provide context for your search results and videos Health information How we provide context for health queries Monetization for Creators How Creators earn money on YouTube YouTube Live How you can reach your community in real time with Live and Premieres](#)

User settings

[Privacy controls How we protect your information and what you can do to control your privacy Ad Settings How our advertising works and how to customize your ad experience Parental controls How you can create a family friendly experience Autoplay How Autoplay works and how to turn it off](#)

Rules and policies

[Policies overview How our rules and policies help keep our platform safe Community Guidelines How we define what we do and don't allow on YouTube Copyright How we help Creators responsibly manage their content Monetization policies How Creators can monetize their content as part of the YouTube Partner Program Legal removals How we approach content that violates local law](#)

Progress and impact

[Responsibility through the years How we've been building a more responsible platform over the years Progress on managing harmful content How we're enforcing our policies on harmful content by the numbers Our impact How creative entrepreneurs are transforming their lives and communities Culture and trends How to better understand the next generation of Creators and artists Advancing sustainability How we're investing in a carbon-free future](#)

Resources

[Downloadable summaries Download shareable summaries of essential content on this website about our responsibility efforts Advertiser resources Find resources and quick guides on Brand Safety for advertisers Brand resources Access brand resources such as our YouTube logo, color palettes, and permissions form](#)

[Our mission](#) Our commitments [Managing harmful content Standing up to hate Fighting misinformation Curbing extremist content Supporting political integrity Preventing bias Fostering child safety Protecting user data Safeguarding copyright Sharing revenue Promoting digital wellbeing Responding to COVID-19](#) Product features [YouTube Search Recommended videos News and information Health information Monetization for Creators YouTube Live](#) User

settings Privacy controls Ad Settings Parental controls Autoplay Rules and policies Policies overview Community Guidelines Copyright Monetization policies Legal removals Progress and impact Responsibility through the years Progress on managing harmful content Our impact Culture and trends Advancing sustainability Resources Downloadable summaries Advertiser resources Brand resources

Rules and policies 

# Copyright

- Overview
- Fair Use
- Making claims
- Enforcing copyright

## The first rule of copyright

Creators should only upload videos that they have made or that they're authorized to use. That means they should not upload videos they didn't make, or use content in their videos that someone else owns the copyright to, such as music tracks, snippets of copyrighted programs, or videos made by other users, without necessary authorizations.

## What is Fair Use?

Fair Use is a U.S. law that allows the reuse of copyright-protected material under certain circumstances without getting permission from the copyright owner. However, Fair Use is determined on a case by case basis, and different countries have different rules about when it's okay to use material without the copyright owner's permission. In the U.S., works of commentary, criticism, research, teaching, or news reporting might be considered fair use, but it can depend on the situation.

We created the YouTube Audio Library to help Creators re-use content safely by providing free high-quality music and sound effects.

### Resources

- Learn more about Fair Use

## How can rights holders make copyright claims?

Everyone has access to YouTube's Copyright Management Tools, which gives rights holders control of their copyrighted material on YouTube. We work with rights holders to match them to appropriate features based on the scale of their copyrighted content on YouTube, and the resources they've dedicated to responsibly manage their content online. Our Copyright Management Suite provides a number of ways rights holders can make copyright claims.

# Webform

The simplest way to have unauthorized copies of copyrighted content removed is by manually submitting a copyright notification through our DMCA (Digital Millennium Copyright Act) webform. This tool is best for most users - it is open to everyone, and available in every language.

# Copyright Match Tool

The Copyright Match Tool uses the power of Content ID matching technology to find re-uploads of videos on YouTube. Available to over 1,500,000 channels, it identifies near-full reuploads of a Creator's original videos on other YouTube channels and allows the Creator to choose an action to take: they can request the removal of the video, message the uploader of the video, or simply archive the match if they do not want to take any action. Any user with a demonstrated history of successful DMCA takedowns via our webform can apply for access using our public form.

# Content ID

Content ID is our solution for those with the most complex rights management needs. It is our digital fingerprinting system that allows rightholders to upload content they have exclusive rights to as reference files, and then scans videos uploaded to YouTube for matches of that content. When a user uploads content, Content ID scans against the database for matching videos. If there is a match, then an action is taken based on the predefined rules or policies that a content owner sets themselves:

- Block a whole video from being viewed. Creators do not receive a copyright strike if the content owner blocks a video.
- Monetize the video by running ads against it; in some cases sharing revenue with the uploader.
- Track the video's viewership statistics.

In most cases, this means that rights holders don't need to submit copyright takedowns for these videos and instead have the opportunity to monetize and run ads in exchange for the videos being live.

## Resources

- Learn more about YouTube's Copyright Management Tools

- [Learn more about copyright strike](#)

# What action does YouTube take for copyright infringement?

If a copyright owner submits a valid DMCA complaint through our webform, we take down that video and apply a **copyright strike**. If a user gets three copyright strikes in 90 days, their account, along with any associated channels, will be terminated. We also have tools to help Creators resolve their copyright strikes - including waiting for it to expire after 90 days, requesting a retraction, or submitting a counter notification.

[Content ID](#) works differently. If a match between a reference file and a new upload is made, a "claim" is made. Based on the preference selected by the Content ID owner, we'll apply a policy to track, monetize, or block, but will not issue a copyright strike.

## Resources

- [Learn more about copyright strike](#)
- [Retract a claim of copyright infringement](#)
- [Submit a counter notification](#)

# Related articles

- Community Guidelines

  [Read more](#)

- Safeguarding copyright

  [Read more](#)

- Monetization policies

  [Read more](#)

## Connect

- **About YouTube**

  [About Blog How YouTube Works Jobs Press YouTube Culture & Trends](#)

- **Products**

  [YouTube Go YouTube Kids YouTube Music YouTube Originals YouTube Premium YouTube Select YouTube Studio YouTube TV](#)

- **For Business**

  Developers YouTube Advertising

- **For Creators**

  Creating for YouTube Kids Creator Academy Creator Research Creator Services Directory YouTube Artists YouTube Creators YouTube NextUp YouTube Space YouTube VR

- **Our Commitments**

  Creators for Change CSAI Match Social Impact

# About YouTube

# Products

# For Business

# For Creators

# Our Commitments

About Blog How YouTube Works Jobs Press YouTube Culture & Trends YouTube Go YouTube Kids YouTube Music YouTube Originals YouTube Premium YouTube Select YouTube Studio YouTube TV Developers YouTube Advertising Creating for YouTube Kids Creator Academy Creator Research Creator Services Directory YouTube Artists YouTube Creators YouTube NextUp YouTube Space YouTube VR Creators for Change CSAI Match Social Impact
Policies & Safety Copyright Brand Guidelines Privacy Terms
Help

English



YouTube Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunity

# Requirements for counter notifications

If you're submitting a free-form copyright counter notification, it must include the required info listed below. Include this info in the body of an email (not in an attachment) to copyright@youtube.com.

Notes:

- You can also submit your counter notification via fax or postal mail.
- If your counter notification doesn't include the required info listed below, we can't proceed with your request.

## 1. Your contact information

We need the following info to get in touch with you, or an agent authorized to act on your behalf, about your request:

- Full legal name (a first and last name, not a company name)
- If you're an uploader's authorized agent, such as an attorney, make sure you also include your relationship to the uploader.
- Email address
- Physical address
- Telephone number

## 2. Specific URLs of the content in question

Your counter notification must include specific links to the content that has been taken down. Links must be sent in a specific URL format. General information such as channel name or channel URL is not adequate.

- For videos, the valid URL format is: `www.youtube.com/watch?v=xxxxxxxxxxx`
- For non-video content, such as channel banner images, find the valid URL format in the table below.
- Note: Because Google hosts channel profile pictures, you need to submit counter notifications for channel profile pictures through Google's webform.

Only include the URLs you're submitting a counter notification for. Submit separate counter notifications for URLs on more than one YouTube channel.

| Type of content | Valid URL format | Where to find the URL |
|---|---|---|
| Channel banner images | www.youtube.com/channel/UCxxxxxxxxxxxxxxxxxxxx<br><br>or<br><br>www.youtube.com/user/xxxxxxxx | Go to the channel page of the channel in question.<br><br>Right-click the address bar and select Copy. |
| Channel descriptions | www.youtube.com/user/xxxxxxxx/about | Go to the About section of the channel in question.<br><br>Right-click the address bar and select Copy. |
| Playlist descriptions | www.youtube.com/playlist?list=xxxxxxxxxxxxxxx | Click the title of the playlist in question.<br><br>Right-click the address bar and select Copy. |
| Comments | www.youtube.com/watch?v=xxxxxxxxxx&lc=xxxxxxxxxxxxxxxxxxxx | Click the posted date above the comment in question.<br><br>After the page reloads, right-click the address bar |

**413**

608

| Type of content | Valid URL format | Where to find the URL |
|---|---|---|
| | | and select Copy. |
| Community posts | https://www.youtube.com/post/xxxxxxxxxxxxxxxxxxx | Click the posted date of the community post in question. |
| | | After the page reloads, right-click the address bar and select Copy. |
| Membership badges, emoji, or creator's perk descriptions | Beginning with yt3.ggpht.com/xxxxx | Right-click the image in question and select Copy Image Address. |
| | Include the channel URL: | Go to the channel page of the channel in question. |
| | www.youtube.com/channel/UCxxxxxxxxxxxxxxxxxxxxx | |
| | or | Right-click the address bar and select Copy. |
| | www.youtube.com/user/xxxxxxxxx | |
| Super Stickers | Beginning with lh3.googleusercontent.com/xxxxx | Click the dollar sign in a live chat and select Super Sticker. |
| | | Right-click the image in question and select Copy Image Address. |

| Type of content | Valid URL format | Where to find the URL |
|---|---|---|
| | Include the channel URL:<br><br>www.youtube.com/channel/UCxxxxxxxxxxxxxxxxxxx<br><br>or<br><br>www.youtube.com/user/xxxxxxxxx | Go to the channel page of the channel in question.<br><br>Right-click the address bar and select Copy. |
| Clips | www.youtube.com/clip/xxxxxxxxxxxxxxxxxxxxxxxxx | Click the title of the clip in question.<br><br>Right-click the address bar and select Copy. |

3. Agree to and include the following two statements:

"I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant."

"I swear, under penalty of perjury, that I have a good faith belief that the material was removed or disabled as a result of a mistake or misidentification of the material to be removed or disabled."

4. Your signature

Complete and valid counter notifications require the physical or electronic signature of the uploader or agent authorized to act on their behalf.

To meet this requirement, the uploader or authorized agent can enter their full legal name as their signature at the bottom of their notification. A full legal name should be a first and last name, not a company name.

5. Statement to the claimant

Include a statement to the claimant explaining why you believe the removal of your video was a mistake or misidentification.

Include the info above in the body of an email (not in an attachment) to copyright@youtube.com. You can also submit your counter notification via fax or postal mail.

Give feedback about this article

Choose a section to give feedback on



Was this helpful?
YesNo

Submit

# Copyright claim basics

- What is a Content ID claim?
- Copyright strike basics
- Dispute a Content ID claim
- Submit a copyright counter notification
- Monetization during Content ID disputes
- What is a manual claim?
- Requirements for counter notifications
- The difference between copyright takedowns and Content ID claims

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių

14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- [Help Center](#)

  o [Fix a problem](#)

- o [Watch videos](#)

- o [Manage your account & settings](#)

- o [Supervised experience on YouTube](#)

- o [Join & manage YouTube Premium](#)

- o [Create & grow your channel](#)

- o [Monetize with the YouTube Partner Program](#)

- o [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program
Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows
Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues
Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues
Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube
YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers
YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

# What is the issue with this selection?

Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

# Share additional info or suggestions



Do not share any personal info
Cancel
Submit
By continuing, you agree Google uses your answers, account & system info to improve
services, per our Privacy & Terms.

YouTube Help

Sign in

Send feedback on...



This help content & information

General Help Center experience

Next

Help CenterCommunity

# Channel or account terminations

If your channel or account is terminated, you may be unable to use, own, or create any other YouTube channels/accounts. When a channel is terminated, the channel owner gets an email explaining the reason for the termination.

## Community Guidelines terminations

Reasons channels or accounts can be terminated:

- Repeated violations of the Community Guidelines or Terms of Service across any form of content (like repeatedly posting abusive, hateful, and/or harassing videos or comments)
- A single case of severe abuse (such as predatory behavior, spam, or pornography)
- Channels or accounts dedicated to a policy violation (like hate speech, harassment, or impersonation)

If you believe that your channel/account was terminated by mistake, you can appeal using this form.

- Don't submit an appeal request more than once. Multiple requests increase the volume to review and cause delays in our response.
- Fill out the form as completely as possible including your Channel ID. The more information you give us, the easier it will be to process your request.

## Copyright terminations

If your channel was terminated due to copyright infringement claims and you think the claims are incorrect, you may file a counter notification. This process is still

available for creators with terminated channels, but the counter notification webform will be inaccessible. You may submit a free-form counter notification.

For more information on the counter-notification process, visit the Copyright Center.

Note: Filing a counter notification begins a legal process.

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

# Community Guidelines enforcement

- Community Guidelines strike basics
- Appeal Community Guidelines actions
- Age-restricted content
- Channel or account terminations
- Limited features for certain videos
- Troubleshoot video takedowns
- Strikes FAQ
- Watching age-restricted videos

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia

11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- [Help Center](Help Center)

- o [Fix a problem](#)

- o [Watch videos](#)

- o [Manage your account & settings](#)

- o [Supervised experience on YouTube](#)

- o [Join & manage YouTube Premium](#)

- o [Create & grow your channel](#)

- o [Monetize with the YouTube Partner Program](#)

- o [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)

**424**

619

- [YouTube Terms of Service](#)

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program

Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows

Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues

Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube

YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers

YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

# What is the issue with this selection?

Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

## Share additional info or suggestions



Do not share any personal info
Cancel
Submit
By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.

YouTube Help

Sign in

Send feedback on...



This help content & information

General Help Center experience

Next

Help CenterCommunity

# Child safety policy

The safety of our creators, viewers, and partners is our highest priority. We look to each of you to help us protect this unique and vibrant community. It's important you understand our Community Guidelines, and the role they play in our shared responsibility to keep YouTube safe. Take the time to carefully read the policy below. You can also check out this page for a full list of our guidelines.

Update: Content that targets young minors and families but contains sexual themes, violence, obscene, or other mature themes not suitable for young audiences, is not allowed on YouTube. In addition to your titles, descriptions, and tags, ensure your audience selection matches the audience your content is suitable for.

YouTube doesn't allow content that endangers the emotional and physical well-being of minors. A minor is defined as someone under the legal age of majority -- usually anyone younger than 18 years old in most countries/regions.

If you find content that violates this policy, report it. If you believe that a child is in danger, you should get in touch with your local law enforcement to report the situation immediately.

Instructions for reporting violations of our Community Guidelines are available here. If you've found multiple videos or comments that you would like to report, you can report the channel.

## What this policy means for you

### If you're posting content

Don't post content on YouTube if it fits any of the descriptions below.

- Sexualization of minors: Sexually explicit content featuring minors and content that sexually exploits minors. We report content containing child sexual abuse imagery to the National Center for Missing and Exploited Children, who work with global law enforcement agencies.
- Harmful or dangerous acts involving minors: Content showing a minor participating in dangerous activities or encouraging minors to do dangerous activities. Never put minors in harmful situations that may lead to injury, including dangerous stunts, dares, or pranks.
- Infliction of emotional distress on minors: Content that could cause minor participants or viewers emotional distress, including:
- Exposing minors to mature themes
- Simulating parental abuse
- Coercing minors
- Violence
- Misleading family content: Content that targets young minors and families, but contains:
- Sexual themes
- Violence
- Obscenity or other mature themes not suitable for young audiences
- Family friendly cartoons that target young minors and contain adult or age-inappropriate themes such as violence, sex, death, drugs and more. Make sure your titles, descriptions, and tags match the audience you're targeting. In addition, ensure your audience selection accurately represents the audience your content is suitable for. You can also age restrict your content upon upload if it's intended for mature audiences.
- Cyberbullying and harassment involving minors: Content that:
- Targets individuals for abuse or humiliation
- Reveals personal information like email addresses or bank account numbers
- Records someone without their consent
- Sexually harasses
- Encourages others to bully or harass

This policy applies to videos, video descriptions, comments, Stories, Community posts, live streams, playlists, and any other YouTube product or feature. Please note this is not a complete list.

Age-restricted content
Content featuring minors

# Examples

Here are some examples of content not allowed on YouTube.

- A video featuring minors involved in provocative, sexual, or sexually suggestive activities, challenges and dares, such as kissing or groping.

- Showing minors involved in dangerous activities. For example, physical stunts, using weapons or explosives, or using a controlled substance like alcohol or nicotine.
- A video with tags like "for children", or whose audience is set to "Yes, it's made for kids", featuring family friendly cartoons engaging in inappropriate acts like injecting needles.

Remember these are just some examples, and don't post content if you think it might violate this policy.

## More examples

## What happens if content violates this policy

If your content violates this policy, we'll remove the content and send you an email to let you know. If this is your first time violating our Community Guidelines, you'll likely get a warning with no penalty to your channel. If it's not, we may issue a strike against your channel. If you get 3 strikes within 90 days, your channel will be terminated. You can learn more about our strikes system here.

We may terminate your channel or account for repeated violations of the Community Guidelines or Terms of Service. We may also terminate your channel or account after a single case of severe abuse, or when the channel is dedicated to a policy violation. You can learn more about channel or account terminations here.

We have zero tolerance for predatory behavior on YouTube. If we think a child is in danger based on reported content, we'll help law enforcement investigate the content.

 Visit Creator Academy for more

Would you rather learn about our Community Guidelines through videos and quizzes? Check out our new Creator Academy course.

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

# YouTube policies

- Nudity & sexual content policies
- Thumbnails policy
- Child safety policy
- Suicide & self-injury policy
- Vulgar language policy

<br>

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български

30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- Help Center

  o Fix a problem

  o Watch videos

  o Manage your account & settings

  o Supervised experience on YouTube

  o Join & manage YouTube Premium

- ○ [Create & grow your channel](#)

- ○ [Monetize with the YouTube Partner Program](#)

- ○ [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program

Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows

Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues

Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium

**432**

membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube

YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers

YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

# What is the issue with this selection?


Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

# Share additional info or suggestions

Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, <u>account & system info</u> to improve services, per our <u>Privacy</u> & <u>Terms</u>.

YouTube Help



Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunity

# Impersonation policy

The safety of our creators, viewers, and partners is our highest priority. We look to each of you to help us protect this unique and vibrant community. It's important you understand our Community Guidelines, and the role they play in our shared responsibility to keep YouTube safe. Take the time to carefully read the policy below. You can also check out this page for a full list of our guidelines.

Content intended to impersonate a person or channel is not allowed on YouTube. YouTube also enforces trademark holder rights. When a channel, or content in the channel, causes confusion about the source of goods and services advertised, it may not be allowed.

If you see content that violates this policy, please report it.

- If you feel that yours or another creator's channel is being impersonated, you can report the channel by following the instructions here.

## What these policies mean for you

If you're posting content

Don't post content on YouTube if it fits any of the descriptions noted below.

- Channel impersonation: A channel that copies another channel's profile, background, or overall look and feel in such a way that makes it look like someone else's channel. The channel does not have to be 100% identical, as long as the intent is clear to copy the other channel.
- Personal impersonation: Content intended to look like someone else is posting it.

## Examples

Here are some examples of content that's not allowed on YouTube.

- Channels with the same name and image as another channel, with the only difference being a space inserted into the name or a zero replacing the letter O.
- Using someone else's real name, user name, image, brand, logo, or other personal information to trick people into believing you are that person.
- Exactly matching a channel description to another channel.
- Setting up a channel using the name and image of a person, and then pretending that person is posting content to the channel.
- Setting up a channel using the name and image of a person, and then posting comments on other channels as if they were posted by the person.
- Channels claiming to be a "fan account," but actually posing as another's channel and reuploading their content.
- Channels impersonating an existing news channel.

Please remember these are just some examples, and don't post content if you think it might violate this policy.

## What happens if content violates this policy

If your content violates this policy, we'll remove the content and send you an email to let you know. If this is your first time violating our Community Guidelines, you'll likely get a warning with no penalty to your channel. If it's not, we may issue a strike against your channel. If you get 3 strikes within 90 days, your channel will be terminated. You can learn more about our strikes system here.

We may terminate your channel or account for repeated violations of the Community Guidelines or Terms of Service. We may also terminate your channel or account after a single case of severe abuse, or when the channel is dedicated to a policy violation. You can learn more about channel or account terminations here.

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

# YouTube policies

- Spam, deceptive practices, & scams policies
- Impersonation policy
- External links policy
- Fake engagement policy
- Additional policies
- Playlists policy

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά

29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- [Help Center](#)

  o [Fix a problem](#)

  o [Watch videos](#)

  o [Manage your account & settings](#)

  o [Supervised experience on YouTube](#)

- o Join & manage YouTube Premium

- o Create & grow your channel

- o Monetize with the YouTube Partner Program

- o Policy, safety, & copyright

- Community

- YouTube

- Privacy Policy

- YouTube Terms of Service

- Submit feedback

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program
Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows
Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues

Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube

YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers

YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

## What is the issue with this selection?



Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

## Share additional info or suggestions

Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.



YouTube Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunity

# External links policy

The safety of our creators, viewers, and partners is our highest priority. We look to each of you to help us protect this unique and vibrant community. It's important you understand our Community Guidelines, and the role they play in our shared responsibility to keep YouTube safe. Take the time to carefully read the policy below. You can also check out this page for a full list of our guidelines.

Links that send users to websites featuring content that violates our Community Guidelines are not allowed on YouTube.

If you find content that violates this policy, report it. Instructions for reporting violations of our Community Guidelines are available here. If you've found a few videos or comments that you would like to report, you can report the channel.

## What this policy means for you

If you're posting content

Don't post links in your content on YouTube if they fit any of the descriptions noted below.

- Links to pornography
- Links to websites or apps that install malware
- Links to websites or apps phishing for a user's login credentials, financial information, etc.
- Links to websites, apps, or other information technology that give unauthorized free access to audio content, audiovisual content, full video games, software, or streaming services that normally require payment

- Links to websites that seek to raise funds or recruit for terrorist organizations
- Links to sites containing Child Sexual Abuse Imagery (CSAI)
- Links to sites selling items noted in our regulated goods guidelines

This policy applies to videos, video descriptions, comments, live streams, and any other YouTube product or feature. Please note this is not a complete list.

Note: Affiliate content doesn't violate YouTube's Terms of Use. However, massively posting affiliate content in dedicated accounts may violate our policies around spam. You can learn more about what's allowed in our Spam, deceptive practices & scams policies.

## Examples

Here are some examples of content that's not allowed on YouTube.

- A video featuring sexually themed content whose description says "click here to see what YouTube won't allow!" and contains a link to a pornographic site.
- A gameplay video whose description contains a link to a website promising free in-game currency or online store credit but really links to a site that infects the user's computer with malware.
- Posting a link to a phishing site that steals users' banking logins and passwords.
- Instructing viewers to copy and paste an unclickable link in the video that takes them to a pornographic or spammy site.
- Any link leading users to a website, file hosting service, etc. that allows them to access or download child sexual abuse imagery.

Please remember these are just some examples, and don't post content if you think it might violate this policy.

## What happens if content violates this policy

If your content violates this policy, we'll remove the content and send you an email to let you know. If this is your first time violating our Community Guidelines, you'll likely get a warning with no penalty to your channel. If it's not, we may issue a strike against your channel. If you get 3 strikes within 90 days, your channel will be terminated. You can learn more about our strikes system here.

We may terminate your channel or account for repeated violations of the Community Guidelines or Terms of Service. We may also terminate your channel or account after a single case of severe abuse, or when the channel is dedicated to a policy violation. You can learn more about channel or account terminations here.

Give feedback about this article

Choose a section to give feedback on

Was this helpful?
YesNo



Submit

# YouTube policies

- Spam, deceptive practices, & scams policies
- Impersonation policy
- External links policy
- Fake engagement policy
- Additional policies
- Playlists policy

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)

20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- Help Center

  o Fix a problem

  o Watch videos

- o [Manage your account & settings](#)

- o [Supervised experience on YouTube](#)

- o [Join & manage YouTube Premium](#)

- o [Create & grow your channel](#)

- o [Monetize with the YouTube Partner Program](#)

- o [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program

Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows

Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues

Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube

YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers

YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

## What is the issue with this selection?



Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

## Share additional info or suggestions

Do not share any personal info
Cancel
Submit
By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.



YouTube Help

**Sign in**

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunity

# Links to online gambling sites

We only allow links to online gambling sites that have gone through checks to make sure they meet local legal requirements. If you want to link to an online gambling site, you'll need to make sure the domain is certified by Google Ads or reviewed by YouTube.

If you find content that violates this policy, please report it. Instructions for reporting violations of our Community Guidelines are available here. If you find many videos, comments, or a creator's entire channel that you would like to report, visit our reporting tool.

Give feedback about this article

Choose a section to give feedback on

Was this helpful?

YesNo



Submit

## YouTube policies

- Firearms policy
- Sale of illegal or regulated goods or services policies

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어

41. English

Send feedback on...
This help content & information   General Help Center experience



Google Help

- [Help Center](#)

  - [Fix a problem](#)

  - [Watch videos](#)

  - [Manage your account & settings](#)

  - [Supervised experience on YouTube](#)

  - [Join & manage YouTube Premium](#)

  - [Create & grow your channel](#)

  - [Monetize with the YouTube Partner Program](#)

  - [Policy, safety, & copyright](#)

- [Community](Community)

- [YouTube](YouTube)

- [Privacy Policy](Privacy Policy)

- [YouTube Terms of Service](YouTube Terms of Service)

- [Submit feedback](Submit feedback)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program

Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows

Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues

Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube

YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers

YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

# What is the issue with this selection?


Inaccurate - doesn't match what I see in the product


Hard to understand - unclear or translation is wrong


Missing info - relevant but not comprehensive


Irrelevant - doesn't match the title and / or my expectations


Minor errors - formatting issues, typos, and / or broken links


Other suggestions - ideas to improve the content

# Share additional info or suggestions



Do not share any personal info
Cancel
Submit
By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.

# No content from this document

## Sale of Illegal or Regulated Goods and Services - You Tube



YouTube Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunity

# Misinformation policies

Certain types of misleading or deceptive content with serious risk of egregious harm are not allowed on YouTube. This includes certain types of misinformation that can cause real-world harm, like promoting harmful remedies or treatments, certain types of technically manipulated content, or content interfering with democratic processes.

If you find content that violates this policy, report it. Instructions for reporting violations of our Community Guidelines are available here. If you've found multiple videos or comments that you would like to report, you can report the channel.

## What these policies mean for you

### If you're posting content

Don't post content on YouTube if it fits any of the descriptions below.

- Promoting dangerous remedies or cures: Content that claims that harmful substances or treatments can have health benefits.
- Suppression of census participation: Content aiming to mislead census participants about the time, place, means, or eligibility requirements of the census, or false claims that could materially discourage census participation.
- Manipulated content: Content that has been technically manipulated or doctored in a way that misleads users (beyond clips taken out of context) and may pose a serious risk of egregious harm.
- Misattributed content: Content that may pose a serious risk of egregious harm by falsely claiming that old footage from a past event is from a current event.

## Examples

**453**

Here are some examples of content that's not allowed on YouTube.

<span style="color:blue">Harmful remedies and cures</span>

- Miracle Mineral Solution (MMS)
- Black Salve
- Turpentine
- B17/amygdalin
- High-grade hydrogen peroxide
- Chelation therapy to treat autism

<span style="color:blue">Suppression of census participation</span>

- Giving incorrect instructions on how to participate in the census.
- Discouraging participation in the census by falsely claiming that a respondent's immigration status will be reported to law enforcement.

<span style="color:blue">Manipulated content</span>

- Inaccurately translated video subtitles that inflame geopolitical tensions creating serious risk of egregious harm.
- Videos that have been technically manipulated (beyond clips taken out of context) to make it appear that a government official is dead.
- Video content that has been technically manipulated (beyond clips taken out of context) to fabricate events where there's a serious risk of egregious harm.

<span style="color:blue">Misattributed content</span>

- Content inaccurately presented as documenting human rights abuses in a specific location that is actually content from another location or event.
- Content showing a military crackdown on protesters with false claims that the content is from a current event, when the footage is actually several years old.

Remember these are just some examples, and don't post content if you think it might violate these policies.

# What happens if content violates this policy

If your content violates this policy, we'll remove the content and send you an email to let you know. If this is your first time violating our Community Guidelines, you'll get a warning with no penalty to your channel. If it's not, we'll issue a strike against your channel. If you get 3 strikes, your channel will be terminated. You can learn more about <span style="color:blue">our strikes system here.</span>

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

# Misinformation policies

- Misinformation policies
- Elections misinformation policies
- COVID-19 medical misinformation policy

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina

22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- [Help Center](#)

  - [Fix a problem](#)

  - [Watch videos](#)

  - [Manage your account & settings](#)

- o [Supervised experience on YouTube](#)

- o [Join & manage YouTube Premium](#)

- o [Create & grow your channel](#)

- o [Monetize with the YouTube Partner Program](#)

- o [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program

Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows

Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues

Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube

YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers

YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

## What is the issue with this selection?



Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

## Share additional info or suggestions

Do not share any personal info
Cancel
Submit
By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.



YouTube Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunity

# Elections misinformation policies

Certain types of misleading or deceptive content with serious risk of egregious harm are not allowed on Youtube. This includes certain types of misinformation that can cause real-world harm, like certain types of technically manipulated content, and content interfering with democratic processes.

If you find content that violates this policy, report it. Instructions for reporting violations of our Community Guidelines are available here. If you've found multiple videos or comments that you would like to report, you can report the channel.

## What these policies mean for you

### If you're posting content

Don't post elections-related content on YouTube if it fits any of the descriptions noted below.

- Voter suppression: Content aiming to mislead voters about the time, place, means, or eligibility requirements for voting, or false claims that could materially discourage voting.
- Candidate eligibility: Content that advances false claims related to the technical eligibility requirements for current political candidates and sitting elected government officials to serve in office. Eligibility requirements considered are based on applicable national law, and include age, citizenship, or vital status.
- Incitement to interfere with democratic processes: Content encouraging others to interfere with democratic processes. This includes obstructing or interrupting voting procedures.

- Distribution of hacked materials: Content that contains hacked info, the disclosure of which may interfere with democratic processes.
- U.S. presidential election integrity: Content that advances false claims that widespread fraud, errors, or glitches changed the outcome of any past U.S. presidential election (Note: This applies to elections in the United States only). For the U.S. 2020 presidential election, this applies to content uploaded on or after December 9, 2020.

Keep in mind that this isn't a complete list.

# Examples

The following types of content are not allowed on YouTube. This isn't a complete list.

### Voter suppression

- Telling viewers they can vote through inaccurate methods like texting their vote to a particular number.
- Giving made up voter eligibility requirements like saying that a particular election is only open to voters over 50 years old.
- Telling viewers an incorrect voting date.
- Claiming that a voter's  political party affiliation is visible on a vote-by-mail envelope.
- False claims that non-citizen voting has determined the outcome of past elections.

### Candidate eligibility

- Claims that a candidate or sitting government official is not eligible to hold office based on false info about the age required to hold office in that country/region.
- Claims that a candidate or sitting government official is not eligible to hold office based on false info about citizenship status requirements to hold office in that country/region.
- Claims that a candidate or sitting government official is ineligible for office based on false claims that they're deceased, not old enough or otherwise do not meet eligibility requirements.

### Incitement to interfere with democratic processes

- Telling viewers to create long voting lines with the purpose of making it harder for others to vote.
- Telling viewers to hack government websites to delay the release of elections results.

### Distribution of hacked materials

The following types of content are not allowed on YouTube. This isn't a complete list.

- Videos that contain hacked info about a political candidate shared with the intent to interfere in an election.

U.S. presidential election integrity

- Claims that a candidate only won a swing state in the U.S. 2020 presidential election due to voting machine glitches that changed votes.
- Claims that dead people voted in numbers that changed the outcome of the U.S. 2016 presidential election.
- Claims that fake ballots were dumped to give one candidate enough votes to win a state in a past U.S. presidential election.

We may allow content that violates the U.S. presidential election integrity policy noted on this page if the content includes additional context in the video, audio, title, or description. This is not a free pass to promote misinformation. Additional context may include countervailing views, or if the purpose of the content is to condemn, dispute, or satirize misinformation that violates our policies.

Remember these are just some examples, and don't post content if you think it might violate these policies.

## What happens if content violates this policy

If your content violates this policy, we'll remove the content and send you an email to let you know. If this is your first time violating our Community Guidelines, you'll get a warning with no penalty to your channel. If it's not, we'll issue a strike against your channel. If you get 3 strikes, your channel will be terminated. You can learn more about our strikes system here.

Give feedback about this article
Choose a section to give feedback on



Was this helpful?
YesNo

Submit

## Misinformation policies

- Misinformation policies
- Elections misinformation policies
- COVID-19 medical misinformation policy

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）

38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- Help Center

  - Fix a problem

  - Watch videos

  - Manage your account & settings

  - Supervised experience on YouTube

  - Join & manage YouTube Premium

  - Create & grow your channel

  - Monetize with the YouTube Partner Program

- o [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program

Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows

Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues

Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube

YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers

YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

## What is the issue with this selection?



Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

## Share additional info or suggestions

Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.



YouTube Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunity

# Playlists policy

Playlists are a great way to combine videos that your community may want to watch as a series. We know it's not often intentional, but there may be times when playlists contain content that's not allowed on the platform and can cause harm to our community. This means that playlists that violate our Community Guidelines are not allowed on YouTube.

Here's a simple way to think of it: if you were to combine all the playlists' videos into one single video, and that video were to violate our Community Guidelines, then the playlist may violate Community Guidelines as well.

If you find content that violates this policy, please report it. Instructions for reporting violations of our Community Guidelines are available here. If you find many videos, comments, or a creator's entire channel that you wish to report, visit our reporting tool.

## What this policy means for you

### If you're creating playlists

Don't post playlists on YouTube if they fit any of the descriptions noted below.

- Playlists with thumbnails, titles or descriptions that violate our community guidelines, such as those that are pornographic, or that consist of images that are intended to shock or disgust.
- Playlists with titles or descriptions that mislead viewers into thinking they're about to view videos different than what the playlist contains.
- Playlists with videos that don't individually violate our policies, but are collected in a way that violates the guidelines. This includes but is not limited to:

- Educational content featuring nudity or sexual themes for the purpose of sexual gratification
- Non-sexual content but focus on specific body parts or activities for sexual gratification
- Documentary videos of graphic violence for the purpose of glorifying or shocking
- Playlists that include multiple videos that have been removed for violating our guidelines. If you notice that multiple videos in your public playlists have been removed or deleted, please take some time to remove those videos from your playlists as well. If you notice that some videos in your public playlists violate our Community Guidelines, please flag them and remove them from your playlist.
- Playlists that depict physical, sexual, or emotional mistreatment of minors.

Please note this is not a complete list.

## Examples

Here are some examples of content that's not allowed on YouTube.

- A playlist of news footage of aerial bombings accompanied by a title such as "Best bombings".
- A playlist with a title that calls for the segregation of people with intellectual disabilities.
- A playlist that posts an individual's nonpublic personal identifying information like a phone number, home address, or email for the express purpose of directing abusive attention or traffic toward them.
- A playlist that collects videos of dangerous or threatening pranks, such as a playlist of fake home invasions or robberies.
- A playlist of videos featuring minors accompanied by a title such as "sexy".

## What happens if content violates this policy

If your content violates this policy, we'll remove the content and send you an email to let you know. If this is your first time violating our Community Guidelines, you'll likely get a warning with no penalty to your channel. If it's not, we may issue a strike against your channel. If you get 3 strikes within 90 days, your channel will be terminated. You can learn more about our strikes system here.

We may terminate your channel or account for repeated violations of the Community Guidelines or Terms of Service. We may also terminate your channel or account after a single case of severe abuse, or when the channel is dedicated to a policy violation. You can learn more about channel or account terminations here.

Give feedback about this article
Choose a section to give feedback on

Was this helpful?



YesNo

Submit

# YouTube policies

- Spam, deceptive practices, & scams policies
- Impersonation policy
- External links policy
- Fake engagement policy
- Additional policies
- Playlists policy

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina

**469**
664

23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- [Help Center](#)

  o [Fix a problem](#)

  o [Watch videos](#)

  o [Manage your account & settings](#)

- o [Supervised experience on YouTube](#)

- o [Join & manage YouTube Premium](#)

- o [Create & grow your channel](#)

- o [Monetize with the YouTube Partner Program](#)

- o [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program

Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows

Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues

Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube

YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

## What is the issue with this selection?



Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

## Share additional info or suggestions

Do not share any personal info
Cancel
Submit
By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.



YouTube Help

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunity

# Additional policies

## Inactive accounts policy

In general, users are expected to be active members within the YouTube community. If an account is found to be overly inactive, the account may be reclaimed by YouTube without notice. Inactivity may be considered as:

- Not logging into the site for at least six months
- Never having uploaded video content
- Not actively partaking in watching or commenting on videos or channels

## Encouraging Terms of Service violations

If you post content that encourages other users to violate our Terms of Service, the content may be removed, your account may be penalized, and in some cases your account may be terminated.

## Posting previously removed content

If you post content previously removed for violating our Terms of Service, or content from creators who have been terminated under our Terms, the content may be removed, your account may be penalized, and in some cases your account may be terminated.

## Age requirements on Google products

We may ask you to confirm your age if we think that you are not old enough to use YouTube. You can learn more about this process here.

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

# YouTube policies

- Spam, deceptive practices, & scams policies
- Impersonation policy
- External links policy
- Fake engagement policy
- Additional policies
- Playlists policy

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk

17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- [Help Center](#)

  o [Fix a problem](#)

- o [Watch videos](#)

- o [Manage your account & settings](#)

- o [Supervised experience on YouTube](#)

- o [Join & manage YouTube Premium](#)

- o [Create & grow your channel](#)

- o [Monetize with the YouTube Partner Program](#)

- o [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- Submit feedback

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program
Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows
Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues
Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues
Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube
YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers
YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

# What is the issue with this selection?

Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

# Share additional info or suggestions



Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, account & system info to improve
services, per our Privacy & Terms.

YouTube Help

Sign in

Send feedback on...



This help content & information

General Help Center experience

Next

Help CenterCommunity

# Child safety policy

The safety of our creators, viewers, and partners is our highest priority. We look to each of you to help us protect this unique and vibrant community. It's important you understand our Community Guidelines, and the role they play in our shared responsibility to keep YouTube safe. Take the time to carefully read the policy below. You can also check out this page for a full list of our guidelines.

Update: Content that targets young minors and families but contains sexual themes, violence, obscene, or other mature themes not suitable for young audiences, is not allowed on YouTube. In addition to your titles, descriptions, and tags, ensure your audience selection matches the audience your content is suitable for.

YouTube doesn't allow content that endangers the emotional and physical well-being of minors. A minor is defined as someone under the legal age of majority -- usually anyone younger than 18 years old in most countries/regions.

If you find content that violates this policy, report it. If you believe that a child is in danger, you should get in touch with your local law enforcement to report the situation immediately.

Instructions for reporting violations of our Community Guidelines are available here. If you've found multiple videos or comments that you would like to report, you can report the channel.

## What this policy means for you

If you're posting content

Don't post content on YouTube if it fits any of the descriptions below.

- Sexualization of minors: Sexually explicit content featuring minors and content that sexually exploits minors. We report content containing child sexual abuse imagery to the National Center for Missing and Exploited Children, who work with global law enforcement agencies.
- Harmful or dangerous acts involving minors: Content showing a minor participating in dangerous activities or encouraging minors to do dangerous activities. Never put minors in harmful situations that may lead to injury, including dangerous stunts, dares, or pranks.
- Infliction of emotional distress on minors: Content that could cause minor participants or viewers emotional distress, including:
- Exposing minors to mature themes
- Simulating parental abuse
- Coercing minors
- Violence
- Misleading family content: Content that targets young minors and families, but contains:
- Sexual themes
- Violence
- Obscenity or other mature themes not suitable for young audiences
- Family friendly cartoons that target young minors and contain adult or age-inappropriate themes such as violence, sex, death, drugs and more. Make sure your titles, descriptions, and tags match the audience you're targeting. In addition, ensure your audience selection accurately represents the audience your content is suitable for. You can also age restrict your content upon upload if it's intended for mature audiences.
- Cyberbullying and harassment involving minors: Content that:
- Targets individuals for abuse or humiliation
- Reveals personal information like email addresses or bank account numbers
- Records someone without their consent
- Sexually harasses
- Encourages others to bully or harass

This policy applies to videos, video descriptions, comments, Stories, Community posts, live streams, playlists, and any other YouTube product or feature. Please note this is not a complete list.

## Age-restricted content

We may add an age restriction to content that includes any of the following.

- Harmful or dangerous acts that minors could imitate: Content containing adults participating in dangerous activities that minors could easily imitate.
- Note: If the content itself warns minors not to perform the dangerous activities, we may allow this content without restriction. It will also need to explain the need for professional adult supervision.

- Adult themes in family content: Content meant for adult audiences but could easily be confused with family content. This includes cartoons that contain adult themes such as violence, sex, or death. Remember you can age restrict your content upon upload if it's intended for mature audiences.
- Vulgar language: Some language is not appropriate for younger audiences. Content using sexually explicit language or excessive profanity may lead to age restriction.

Content featuring minors

To protect minors on YouTube, content that doesn't violate our policies but features children may have some features disabled at both the channel and video level. These features may include:

- Comments
- Live chat
- Live streaming
- Video recommendations (how and when your video is recommended)
- Community posts

How to protect minors in your content

Our goal is to protect both uploaders and viewers. Before posting content of yourself, your family, or friends, think carefully about whether it may put anyone at risk of negative attention.

- Make sure the minor is supervised by an adult and is performing age-appropriate activities such as demonstrating hobbies, educational content or public performances.
- Make sure the attire worn is age-appropriate. Avoid attire that overexposes the minor or is form-fitting.
- Use YouTube's privacy settings to limit who can see the videos you post.

Don't post content on YouTube that features minors and meets one or more of the following:

- Filmed in private spaces at home such as bedrooms or bathrooms.
- Features minors soliciting contact from strangers, dares or challenges online, or discussing adult topics.
- Shows activities that could draw undesired attention to the minor, such as performing body contortions or ASMR.
- Reveals personal details about a minor.

These are just some examples, you can get more best practices for child safety here. If you are under 18 or the applicable age of majority in your country, Be internet awesome can help you be safe online.

## Examples

Here are some examples of content not allowed on YouTube.

- A video featuring minors involved in provocative, sexual, or sexually suggestive activities, challenges and dares, such as kissing or groping.
- Showing minors involved in dangerous activities. For example, physical stunts, using weapons or explosives, or using a controlled substance like alcohol or nicotine.
- A video with tags like "for children", or whose audience is set to "Yes, it's made for kids", featuring family friendly cartoons engaging in inappropriate acts like injecting needles.

Remember these are just some examples, and don't post content if you think it might violate this policy.

## More examples

- Offering money, praise, likes, or any other incentive to a minor to participate in physical contact with someone else.
- A video that advertises sexual content featuring minors or abusive content featuring minors.
- Predatory behavior involving communications with or about minors.
- Aggregating innocent content of minors for the purposes of sexual gratification.
- Fight or bullying videos featuring kids.
- Challenges, pranks, or stunts that pose the risk of physical injury or serious emotional distress. You can learn more about what's not allowed in our policies around challenges and pranks.
- Encouraging minors to participate in dangerous activities, even if there are no minors in the content.
- Content simulating parental abuse or abandonment, simulating exposure to death or violence, or causing minors intense shame or humiliation.
- Using cartoons, puppets, or family entertainment characters to appeal to children where content features adult themes like violence and sex.

## What happens if content violates this policy

If your content violates this policy, we'll remove the content and send you an email to let you know. If this is your first time violating our Community Guidelines, you'll likely get a warning with no penalty to your channel. If it's not, we may issue a strike against your channel. If you get 3 strikes within 90 days, your channel will be terminated. You can learn more about our strikes system here.

We may terminate your channel or account for repeated violations of the Community Guidelines or Terms of Service. We may also terminate your channel or account after a

single case of severe abuse, or when the channel is dedicated to a policy violation. You can learn more about channel or account terminations here.

We have zero tolerance for predatory behavior on YouTube. If we think a child is in danger based on reported content, we'll help law enforcement investigate the content.

 Visit Creator Academy for more

Would you rather learn about our Community Guidelines through videos and quizzes? Check out our new Creator Academy course.

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

# YouTube policies

- Nudity & sexual content policies
- Thumbnails policy
- Child safety policy
- Suicide & self-injury policy
- Vulgar language policy

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service


English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español

6.  español (Latinoamérica)
7.  Filipino
8.  français
9.  hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- Help Center

  - Fix a problem

  - Watch videos

  - Manage your account & settings

  - Supervised experience on YouTube

  - Join & manage YouTube Premium

  - Create & grow your channel

  - Monetize with the YouTube Partner Program

  - Policy, safety, & copyright

- Community

- YouTube

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program

Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows

Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues

Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube

YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers

YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

# What is the issue with this selection?



Inaccurate - doesn't match what I see in the product



Hard to understand - unclear or translation is wrong



Missing info - relevant but not comprehensive


Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

# Share additional info or suggestions

Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.



YouTube Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunity

# Determining if your content is "made for kids"

Regardless of your location, we require you to tell us whether or not your videos are made for kids according to an agreement with the US Federal Trade Commission (FTC) and to help you comply with the Children's Online Privacy Protection Act (COPPA) and/or other applicable laws. Failure to set your content appropriately may result in consequences on YouTube or have legal consequences under COPPA and other laws.

We provide some guidance on what is considered "made for kids" below, but we cannot provide legal advice. If you are unsure whether your videos meet this standard, we suggest you seek legal counsel.

Note: In November 2019, the FTC released more information to help YouTube creators decide if their content is "made for kids" or not. You can learn more on the FTC's blog.

| Made for kids | Not made for kids |
|---|---|
| Examples of what may be considered made for kids include: | Examples of what may be considered not made for kids include: |
| Children are the primary audience of the video. Children are not the primary audience, but the video is still directed at children because it features actors, characters, activities, games, songs, stories, or other subject matter that reflect an intent to target children. | Content that contains sexual themes, violence, obscene, or other mature themes not suitable for young audiences. Age-restricted videos that aren't appropriate for viewers under 18. |
| See more guidance below. | See more guidance below. |

## How do I know if I should set my content as made for kids?

If your video features actors, characters, activities, games, songs, stories, or other subject matter that reflect an intent to target children, it's likely made for kids. According to the FTC's guidance on COPPA, a video is child directed (which we call "made for kids") if:

- Children are the primary audience based on the factors described below.
- Children are not the primary audience, but the video is still directed to children based on the factors below. (This is known under COPPA as "mixed audience" content, which is a type of child directed content. General audience content is not the same as mixed audience.)

When deciding whether or not your channel or video is made for kids, you should consider various factors, including:

- Subject matter of the video (e.g. educational content for preschoolers).
- Whether children are your intended audience (e.g. as indicated in your video metadata) or the actual audience for the video.
- Whether the video includes child actors or models.
- Whether the video includes characters, celebrities, or toys that appeal to children, including animated characters or cartoon figures.
- Whether the language of the video is intended for children to understand.
- Whether the video includes activities that appeal to children, such as play-acting, simple songs or games, or early education.
- Whether the video includes songs, stories, or poems for children.
- Any other information you may have to help determine your video's audience, like empirical evidence of the video's audience.
- Whether the content is advertised to children.

Notes:

- Just because your content may include some of these factors does not automatically mean it's made for kids. You should carefully consider who you're trying to reach with your videos as you evaluate your content and the factors above.
- YouTube Analytics (YTA) is not designed to help determine if your content is child directed. You should use the factors outlined by the FTC above to set your audience.
- Videos that you set as "made for kids" are more likely to be recommended alongside other kids' videos. Check out our most frequently asked questions about content that is made for kids.

Important: As a creator, you know your videos and your audience best, and it is your legal responsibility to comply with COPPA and/or other applicable laws and designate your content accurately. Do not rely on our systems to set your audience for you because our systems may not identify content that the FTC or other authorities consider to be made for kids. If you fail to categorize your content correctly, there may be

consequences on YouTube, as well as legal consequences under the Children's Online Privacy Protection Act (COPPA) or other applicable local laws.

How do I know if I should set my content as NOT made for kids?

Carefully consider who you're trying to reach with your videos as you evaluate your content. For instance, a video is not necessarily made for kids just because:

- It's safe or appropriate for everyone to watch (aka it's "family friendly").
- It covers an activity that's traditionally associated with children.
- Children may incidentally see it.

General audience content

General audience content is content that could appeal to everyone, but isn't intended specifically for children, or content that is intended for a teen or older audience. General audience content should be set as "not made for kids."

Here are some examples of the types of videos that could be considered "general audience", in the absence of information suggesting an intent to target kids:

- A DIY video teaching hobbyists how to remake dolls or to make clay figurines
- A family vlog telling other parents about an amusement park visit
- A video featuring detailed instructions around creating mods or avatars
- Animated content that appeals to everyone
- A gaming video that features adult humor

What's the difference between general audience and mixed audience?

Mixed audience content, on the other hand, is considered a type of made for kids content. This is content that targets children as one of its audiences, even if it's not the main or primary audience, and that qualifies as child directed after balancing the factors described above.

Note: Content that contains sexual themes, violence, obscene, or other mature themes not suitable for young audiences is likely not made for kids.

# How old is a kid?

The age of a "kid" in the United States is defined as anyone under the age of 13. However, the age of a kid may be different in other countries, so consider any additional obligations you may have under applicable laws when evaluating whether content is "made for kids," and consult legal counsel if you have additional questions.

Give feedback about this article

Choose a section to give feedback on

Was this helpful?

YesNo



Submit

# Made for kids content

- Set your channel or video's audience
- Determining if your content is "made for kids"
- Best practices for kids and family content
- Frequently asked questions about "made for kids"

<br>

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska

25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information   General Help Center experience



Google Help

- Help Center

  o Fix a problem

  o Watch videos

  o Manage your account & settings

- o [Supervised experience on YouTube](#)

- o [Join & manage YouTube Premium](#)

- o [Create & grow your channel](#)

- o [Monetize with the YouTube Partner Program](#)

- o [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program

Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows

Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues

Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube

YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers

YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

## What is the issue with this selection?



Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

## Share additional info or suggestions

Do not share any personal info

Cancel
Submit
By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.



YouTube Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunity

# Age-restrict your own video

If any of your videos are not appropriate for viewers under 18, you can add an age-restriction. This type of age-restriction is self-imposed and is not a result of a review by YouTube.

When a video is age-restricted, viewers must be signed in and 18 years of age or older to view it. These videos are not shown in certain sections of YouTube. Age-restricted videos may also have limited or no ads.

When deciding whether to age restrict content, you should consider issues such as:

- Violence
- Disturbing imagery
- Nudity
- Sexually suggestive content
- Portrayal of dangerous activities

Go to our article on age restrictions for more information.

Videos that the uploader proactively age-restricts are still subject to YouTube's Community Guidelines. If YouTube decides a video should be age-restricted, a permanent age-restriction will be applied. This restriction happens even if the uploader restricted the video.

If the video uploaded is meant to be an ad, don't use this type of age restriction. It will result in ads being permanently disapproved.

## How to age-restrict a video

# Add age-restriction when you upload a video

1. Select Upload  to begin uploading the video to YouTube.
2. Enter your video's details and audience setting.
3. Click the drop down next to Age-restriction and select Yes, restrict my videos to viewers over 18.
4. Follow the steps to finish the upload process.

## Add age-restriction to uploaded videos

1. Go to your Videos page in YouTube Studio.
2. Click the box next to the video you want to edit.
3. Click the Down arrow next to Age-restriction and select Yes, restrict my videos to viewers over 18.

## Add age-restriction on a live stream

1. In the upper right-hand corner, click the Camera
2. Click Go live.
3. Enter your live stream's details info and audience setting.
4. Click the Down arrow next to Age-restriction and select Yes, restrict my videos to viewers over 18.

## Check which videos are age-restricted

1. Go to your Videos page in YouTube Studio.
2. Use the 'Age-Restriction' filter to view all age-restricted video.
Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo

Submit

## Manage content

- Your content & Restricted Mode
- Age-restrict your own video
- Videos locked as private
- View your Reporting History

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）

38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- [Help Center](#)

  o [Fix a problem](#)

  o [Watch videos](#)

  o [Manage your account & settings](#)

  o [Supervised experience on YouTube](#)

  o [Join & manage YouTube Premium](#)

  o [Create & grow your channel](#)

  o [Monetize with the YouTube Partner Program](#)

- ○ [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program

Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows

Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues

Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube

YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers

YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

## What is the issue with this selection?



Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

## Share additional info or suggestions

Do not share any personal info
Cancel
Submit
By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.



YouTube Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunity

# View, organize, or delete comments

If a video's owner has turned on comments, you can post comments and like, dislike, or reply to other comments on a video.

View comments on a video

To view comments on a video, scroll on the video's page. Replies are threaded to make it easy to follow conversations. All comments on YouTube are public and anyone can reply to a comment that you post.

If you can't find a comment after you get a notification, it's possible that the comment has already been removed. Comments can be removed by the original poster, the channel owner, or for policy violations.

If you see a comment that you think is inappropriate, you can report it as spam or abuse. If you're a creator, you can also use the comment moderation tools to manage comments on your videos.

View your comment history

You can view public comments you've left across YouTube.

1. Go to Comment History.
2. To go to the original place you posted your comment, click or tap the content.

If you commented on a deleted video, or if YouTube removed your comment for a policy violation, it won't appear in this history.

Get shareable link for a comment

You can click or tap a comment's timestamp to create a highlighted comment link. This action will give you a shareable link in the address bar for that specific comment and its thread.

Change what comments show first

On the web, you can change how comments show under a video. Use the Sort By option to choose Top comments or Newest first.

Click the timestamp to create a 'Highlighted Comment' link. This action will isolate your comment thread and give a shareable link in the address bar.

Delete comments

1. Go to Comment History.
2. Click or tap the video link.
3. Next to the comment in YouTube, select More .
4. Select Edit or Delete.

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo

Submit

# Comment, subscribe, & connect with creators

- View, organize, or delete comments
- Post & interact with comments
- Change comment notification settings
- Changes to comment counts
- Find profile cards

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1.  català
2.  dansk
3.  Deutsch
4.  English (United Kingdom)
5.  español
6.  español (Latinoamérica)
7.  Filipino
8.  français
9.  hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience

**505**



Google Help

- [Help Center](#)

  o [Fix a problem](#)

  o [Watch videos](#)

  o [Manage your account & settings](#)

  o [Supervised experience on YouTube](#)

  o [Join & manage YouTube Premium](#)

  o [Create & grow your channel](#)

  o [Monetize with the YouTube Partner Program](#)

  o [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program
Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows
Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues
Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues
Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube
YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers
YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

# What is the issue with this selection?



**507**

Inaccurate - doesn't match what I see in the product



Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

# Share additional info or suggestions

Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.

YouTube Help

Sign in



This help content & information

General Help Center experience

Send feedback on...

Next

Help CenterCommunity

# Embed videos & playlists

You can add a YouTube video or playlist to a website or blog by embedding it.

The YouTube API Terms of Service and Developer Policies apply to all access and use of the YouTube embedded player.

## Embed a video or playlist

1. On a computer, go to the YouTube video or playlist you want to embed.
2. Click SHARE ⌸.
3. From the list of Share options, click Embed.
4. From the box that appears, copy the HTML code.
5. Paste the code into your website HTML.
6. For network administrators: You will need to add youtube.com to the firewall allowlist.
7. Important: If your website or app is child directed and you embed YouTube content, you must self designate your site or app using these tools. This self designation will ensure Google does not serve personalized ads on these sites or apps and some features will be disabled in the embedded player.

Note: Age-restricted videos can't be watched on most 3rd party websites. These videos will redirect viewers back to YouTube when played.

# Manage video embedding options

Turn on privacy-enhanced mode

The Privacy Enhanced Mode of the YouTube embedded player prevents the use of views of embedded YouTube content from influencing the viewer's browsing experience on YouTube. This means that the view of a video shown in the Privacy Enhanced Mode of the embedded player will not be used to personalize the YouTube browsing experience, either within your Privacy Enhanced Mode embedded player or in the viewer's subsequent YouTube viewing experience.

If ads are served on a video shown in the Privacy Enhanced Mode of the embedded player, those ads will likewise be non-personalized. In addition, the view of a video shown in the Privacy Enhanced Mode of the embedded player will not be used to personalize advertising shown to the viewer outside of your site or app.

As a reminder, the YouTube API Terms of Service and Developer Policies apply to the access and use of the YouTube embedded player.

To use Privacy Enhanced Mode:

1. Change the domain for the embed URL in your HTML from https://www.youtube.com to https://www.youtube-nocookie.com.
2. For network administrators: You will need to add youtube-nocookie.com to the firewall allowlist.
3. For use in applications, use a WebView instance of the embedded player. Privacy Enhanced Mode is available only for embedded players on websites.
4. Important: If your website or app is child directed, you must self designate your site or app using these tools, as required by the YouTube API Terms of Service and Developer Policies, even if you embed YouTube videos with the Privacy Enhanced Mode player.

Example:

_Before_

<iframe width="1440" height="762"

src="https://www.youtube.com/embed/7cjVj1ZyzyE"

frameborder="0" allow="autoplay; encrypted-media" allowfullscreen></iframe>

_After_

<iframe width="1440" height="762" src="https://www.youtube-nocookie.com/embed/7cjVj1ZyzyE"

frameborder="0" allow="autoplay; encrypted-media" allowfullscreen></iframe>

Note: If the viewer clicks or taps out of the embed and is redirected to another website or app, that website or app may track the viewer's behavior as per that website's or app's policies and terms.

Make an embedded video play automatically

To make an embedded video autoplay, add "&autoplay=1" to the video's embed code right after the video ID (the series of letters that follows "embed/").

Embedded videos that are autoplayed don't increment video views.

Example:

```
<iframe width="560" height="315"
src="https://www.youtube.com/embed/D6Ac5JpCHmI?&autoplay=1"frameb
order="0"
allowfullscreen></iframe>
```

Start an embedded video at a certain time

To have a video start playing from a specific point, add "?start=" to a video's embed code, followed by the time in seconds at which you'd like the video to begin playing.

For example, if you want a video to start at 1 minute and 30 seconds into the video, your embed code would look something like this:

```
<iframe allowfullscreen="" frameborder="0" height="315"
src="http://www.youtube.com/embed/UkWd0azv3fQ?start=90"
width="420"></iframe>
```

Add captions to an embedded video

Make captions automatically appear for an embedded video by adding "&cc_load_policy=1" to the video's embed code.

You can also choose a caption language for the embedded video. To specify the caption language for the video that you'd like to embed, just add "&cc_lang_pref=fr&cc_load_policy=1" to the video's embed code.

- "cc_lang_pref" sets the language for the captions shown in the video.
- "cc_load_policy=1" turns captions on by default.

- "fr" represents the language code for French. You can look up 2-letter language codes in the ISO 639-1 standard.

Turn off embedding for your videos
If you've uploaded a video and don't want to allow others to embed your video on external sites, follow these steps:

1. Sign in to YouTube Studio.
2. From the left menu, select Content.
3. Next to the video you'd like to manage, select Details 📄.
4. From the top, select More options.
5. Under "Additional options", uncheck the box next to "Allow embedding" and Save.

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

## Save or share videos & playlists

- Share videos and channels
- Embed videos & playlists
- Share clips

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français

9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- **Help Center**

- o [Fix a problem](#)

- o [Watch videos](#)

- o [Manage your account & settings](#)

- o [Supervised experience on YouTube](#)

- o [Join & manage YouTube Premium](#)

- o [Create & grow your channel](#)

- o [Monetize with the YouTube Partner Program](#)

- o [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)


- [YouTube Terms of Service](#)


- [Submit feedback](#)


Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program

Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows

Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues

Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube

YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

## What is the issue with this selection?



Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links



Other suggestions - ideas to improve the content

# Share additional info or suggestions



Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.

.

**CHILD SAFETY - NO CONTENT (EMPTY)**



YouTube Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunity

# Nudity & sexual content policies

The safety of our creators, viewers, and partners is our highest priority. We look to each of you to help us protect this unique and vibrant community. It's important you understand our Community Guidelines, and the role they play in our shared responsibility to keep YouTube safe. Take the time to carefully read the policy below. You can also check out this page for a full list of our guidelines.

Explicit content meant to be sexually gratifying is not allowed on YouTube. Posting pornography may result in content removal or channel termination. Videos containing fetish content will be removed or age-restricted. In most cases, violent, graphic, or humiliating fetishes are not allowed on YouTube.

If you find content that violates this policy, report it. Instructions for reporting violations of our Community Guidelines are available here. If you've found a few videos or comments that you would like to report, you can report the channel.

Sexually explicit content featuring minors and content that sexually exploits minors is not allowed on YouTube. We report content containing child sexual abuse imagery to the National Center for Missing and Exploited Children, who work with global law enforcement agencies.

## What this policy means for you

If you're posting content

Don't post content on YouTube if it has any of the items below. Explicit content featuring the below policy violations could result in channel termination.

- Depiction of genitals, breasts, or buttocks (clothed or unclothed) for the purpose of sexual gratification
- Pornography or depicting sexual acts, genitals, or fetishes for the purpose of sexual gratification on any surface (such as video, text, audio, images)

# Other types of content that violate this policy

- Explicit or implied depictions of sex acts for the purpose of sexual gratification
- This applies to real-world or dramatized content such as sex scenes, video games, or music
- Masturbation, fondling, or groping
- Masturbation or fondling of genitals, breasts, or buttocks
- Using or displaying sex toys to provide viewers with sexual gratification
- Animated or illustrated pornography, sex acts, or fetish content
- Nudity or partial nudity for the purpose of sexual gratification
- Bestiality or promotion of bestiality
- Incest or promotion of incest
- Non-consensual sex acts or unwanted sexualization
- Celebrity wardrobe accidents or nude photo leaks
- Violent, graphic, or humiliating fetish content where the purpose is sexual gratification
- Aggregating content for the purpose of sexual gratification
- Any sexual content involving minors — see our Child Safety on YouTube page for more information

Please note this is not a complete list.

## Age-restricted content

We may age-restrict content if it includes nudity or other sexual content but doesn't depict anything described above. We consider the following when deciding whether to age-restrict or remove content.

- Whether breasts, buttocks or genitals (clothed or unclothed) are the focal point of the video
- Whether the subject is depicted in a pose that is intended to sexually arouse the viewer
- Whether the language used in the video is graphic or lewd
- Whether the subject's actions in the video invite sexual activity, such as by kissing, provocative dancing, or fondling
- Whether the clothing would be generally unacceptable in public contexts, such as lingerie
- Whether sexual imagery or audio has been blurred, masked, or obscured

- Whether sexual imagery or audio is fleeting or prolonged in the content
- Whether the content invites others to participate in a challenge involving sexual acts

Please note this is not a complete list.

This policy applies to videos, video descriptions, comments, live streams, and any other YouTube product or feature. Remember these are just some examples, and don't post content if you think it might violate this policy.

## Educational content

## Examples

Here are some examples of content that's not allowed on YouTube.

- Clips extracted from non-pornographic films, shows, or other content in order to isolate sexual content (real world or artistic)
- Groping, pantsing, public masturbation, upskirting, voyeurism, predatory exhibitionism, or any other content that depicts someone in a sexualized manner without their consent

Remember these are just some examples, and don't post content if you think it might violate this policy.

## More examples

- Playlists that aggregate content containing nudity or sexual themes for the purpose of sexual gratification
- Provocative dancing that is focused on the dancer's genitals, buttocks, or breasts, or that includes fondling or groping
- Content that sexualizes rape in any form, or content that aggregates clips of dramatized rape scenes
- Audio or textual depictions of sexual acts for the purpose of sexual gratification
- Content showing bodily fluids or excretion, such as urine, for the purpose of sexual gratification
- Content using otherwise everyday objects or scenarios, such as injections or eating, for the purpose of sexual gratification
- Video game content which has been developed or modified ("modded") for sexual gratification, or focuses on themes of unwanted sexualization

## What happens if content violates this policy

If your content violates this policy, we'll remove the content and send you an email to let you know. If this is your first time violating our Community Guidelines, you'll likely get a

warning with no penalty to your channel. If it's not, we may issue a strike against your channel. If you get 3 strikes within 90 days, your channel will be terminated. You can learn more about our strikes system here.

We may terminate your channel or account for repeated violations of the Community Guidelines or Terms of Service. We may also terminate your channel or account after a single case of severe abuse, or when the channel is dedicated to a policy violation. You can learn more about channel or account terminations here.

If your content contains pornography, we may terminate your channel.

 Visit Creator Academy for more

Would you rather learn about our Community Guidelines through videos and quizzes? Check out our new Creator Academy course.

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

# YouTube policies

- Nudity & sexual content policies
- Thumbnails policy
- Child safety policy
- Suicide & self-injury policy
- Vulgar language policy

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk

3.  Deutsch
4.  English (United Kingdom)
5.  español
6.  español (Latinoamérica)
7.  Filipino
8.  français
9.  hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- [Help Center](#)

  - [Fix a problem](#)

  - [Watch videos](#)

  - [Manage your account & settings](#)

  - [Supervised experience on YouTube](#)

  - [Join & manage YouTube Premium](#)

  - [Create & grow your channel](#)

  - [Monetize with the YouTube Partner Program](#)

  - [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program
Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows
Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues
Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues
Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube
YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers
YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

# What is the issue with this selection?



Inaccurate - doesn't match what I see in the product



Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

# Share additional info or suggestions

Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.



YouTube Help

**Sign in**

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunity

# Thumbnails policy

The safety of our creators, viewers, and partners is our highest priority. We look to each of you to help us protect this unique and vibrant community. It's important you understand our Community Guidelines, and the role they play in our shared responsibility to keep YouTube safe. Take the time to carefully read the policy below. You can also check out this page for a full list of our guidelines.

Thumbnails that violate our Community Guidelines are not allowed on YouTube.

If you see thumbnails that violate this policy, report them. Instructions for reporting violations of our Community Guidelines are available here. If you've found a few videos or comments that you would like to report, you can report the channel.

## What this means for you

Don't post a thumbnail on YouTube that fits any of the descriptions noted below.

- Thumbnails that include pornographic images depicting sexual acts, nudity, or other sexually gratifying imagery
- Violent imagery intended to shock or disgust
- Graphic or disturbing imagery with blood or gore
- Thumbnails with vulgar or lewd language
- Thumbnails misleading viewers into thinking they're about to view something that's not in the video

Note this is not a complete list.

# Thumbnails that don't violate our policies, but aren't appropriate for all audiences

Sometimes, a thumbnail may not be appropriate for all audiences, but doesn't violate our Community Guidelines. When that happens, we may place an age-restriction on the video or we may remove the thumbnail, but we won't issue a strike on your channel. We'll let you know we removed it and you'll be able to upload another thumbnail.

Here's what we consider when we remove or age-restrict these kinds of thumbnails:

- Whether breasts, buttocks or genitals (clothed or unclothed) are the focal point of the thumbnail
- Whether the subject is depicted in a pose or clothing that is intended to sexually arouse the viewer
- Whether violent or gory imagery is the focal point of the thumbnail
- Whether written text is intended to be vulgar or shock or disgust viewers
- Whether the title, description, tags, or other data indicate an intent to shock or disgust viewers

## What happens when thumbnails violate our policies

If your thumbnail contains pornography, we may terminate your channel. If your thumbnail violates other policies, we'll age-restrict your video or remove the thumbnail and may issue a strike against your account. If this is the first time you've posted content that violates our Community Guidelines, you'll get a warning with no penalty to your channel. If it's not, we'll issue a strike against your channel. Your channel will be terminated if you get 3 strikes. You can learn more about our strikes system here.

We may terminate your channel or account for repeated violations of the Community Guidelines or Terms of Service. We may also terminate your channel or account after a single case of severe abuse, or when the channel is dedicated to a policy violation. You can learn more about channel or account terminations here.

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

# YouTube policies

- Nudity & sexual content policies
- Thumbnails policy
- Child safety policy
- Suicide & self-injury policy
- Vulgar language policy

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български

30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- [Help Center](#)

  - [Fix a problem](#)

  - [Watch videos](#)

  - [Manage your account & settings](#)

  - [Supervised experience on YouTube](#)

  - [Join & manage YouTube Premium](#)

- o [Create & grow your channel](#)

- o [Monetize with the YouTube Partner Program](#)

- o [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program

Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows

Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues

Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium

membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube

YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers

YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

# What is the issue with this selection?



Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

# Share additional info or suggestions

Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.



Help CenterCommunity

# Suicide & self-injury policy

The safety of our creators, viewers, and partners is our highest priority. We look to each of you to help us protect this unique and vibrant community. It's important you understand our Community Guidelines, and the role they play in our shared responsibility to keep YouTube safe. Take the time to carefully read the policy below. You can also check out this page for a full list of our guidelines.

At YouTube, we take the health and well-being of all our creators and viewers seriously. Awareness and understanding of mental health is important and we support creators sharing their stories, such as posting content discussing their experiences with depression, self-harm, or other mental health issues.

We do not, however, allow content on YouTube that promotes suicide, self-harm, or is intended to shock or disgust users.

## What to do if you find this content

If you come across content in which someone expresses suicidal thoughts or is engaging in self-harm, please contact local emergency services immediately for help and flag the video to bring it to our immediate attention.

## What to do if you need support

If you are depressed, having thoughts of suicide, or self-harming, know there is help and you're not alone. Many people turn to suicidal thinking and self-harm as ways to cope with painful emotions. Talking to a specialist can help you identify healthy, effective coping strategies and develop skills to manage difficult feelings.

Below is a list of suicide prevention organizations dedicated to helping those in need in different countries and regions. The websites www.befrienders.org and suicide.org also have extensive lists of organizations.

| | | |
|---|---|---|
| Australia | Lifeline Australia | 13 11 14 |
| | Kids Helpline | 1800 55 1800 |
| Argentina | Centro de Asistencia al Suicida - Buenos Aires | 135 (desde Capital y Gran Buenos Aires) |
| | | (011) 5275-1135 (desde todo el país) |
| Brazil | Centro de Valorização da Vida | 188 |
| Belgium | Centre de Prévention du Suicide / Zelfmoordlijn 1813C | 0800 32 123 |
| | | 1813 |
| Bulgaria | Български Червен Кръст | 02 492 30 30 |
| Czech Republic | Psychiatrická léčebna Bohnice - Centrum krizové intervence | +420 284 016 666 |
| Denmark | Livslinien | 70201201 |
| France | S.O.S Amitié | 09 72 39 40 50 |
| Finland | Suomen Mielenterveysseura / Kansallinen kriisipuhelin | 09-2525-0111 |
| Germany | Telefonseelsorge | 0800-1110111 |
| Greece | ΚΛΙΜΑΚΑ | 1018 |
| | | 801 801 99 99 |
| Hong Kong | 香港撒瑪利亞防止自殺會 | 2389 2222 |
| Hungary | S.O.S. Telefonos Lelki Elsősegély Szolgálat | 06 1 116-123 |
| India | आसरा AASRA | 91-9820466726 |
| Ireland | Samaritans | 116 123 |
| Israel | ער"ן - עזרה ראשונה נפשית | 1201 |
| Italy | Samaritans Onlus | 800 86 00 22 |
| Japan | こころの健康相談統一ダイヤル | 0570-064-556 |
| New Zealand | Lifeline New Zealand | 0800 543 354 |
| Netherlands | Stichting 113Online | 0900-0113 |
| Singapore | Samaritans of Singapore | 1800-221-4444 |
| Spain | Telèfon de l'Esperança de Barcelona | 93 414 48 48 |
| | Teléfono de la Esperanza | 717 003 717 |
| South Korea | 한국자살예방협회 | 1393 |
| Taiwan | 生命線協談專線 | 1995 |
| Thailand | กรมสุขภาพจิต กระทรวงสาธารณสุข | 1323 |
| United Kingdom | Samaritans | 116 123 |

| United States of America | National Suicide Prevention Lifeline | 1-800-273-8255 |
| | Crisis Text Line | Text HOME to 741-741 |

If you are looking for educational resources about self-harm, visit the following websites:

- Visit www.selfinjury.com: S.A.F.E Alternatives is a network and educational resource base committed to helping end self-harming behavior.
- Visit www.sioutreach.org: SiOS is an outreach initiative providing information and resources about self-harm to those who self-harm, those who have recovered, and those who want to help.

## Guidelines for posting mental health-related content

YouTube users should not be afraid to speak openly about the topics of mental health or self-harm. However please don't post content on YouTube if it fits any of the descriptions noted below:

- Promoting or glorifying suicide
- Providing instructions on how to self-harm or die by suicide
- Graphic images of self-harm posted to shock or disgust viewers

This Community Guidelines policy applies to videos, video descriptions, comments, live streams, and any other YouTube product or feature. Please note this is not a complete list.

## What happens if content violates this policy

If your content violates this policy, we'll remove the content and send you an email to let you know. If this is your first time violating our Community Guidelines, you'll likely get a warning with no penalty to your channel. If it's not, we may issue a strike against your channel. If you get 3 strikes within 90 days, your channel will be terminated. You can learn more about our strikes system here.

We may terminate your channel or account for repeated violations of the Community Guidelines or Terms of Service. We may also terminate your channel or account after a single case of severe abuse, or when the channel is dedicated to a policy violation. You can learn more about channel or account terminations here.

Give feedback about this article
Choose a section to give feedback on

Was this helpful?

YesNo



Submit

# YouTube policies

- Nudity & sexual content policies
- Thumbnails policy
- Child safety policy
- Suicide & self-injury policy
- Vulgar language policy

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi

24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- Help Center

  o Fix a problem

  o Watch videos

  o Manage your account & settings

- o  [Supervised experience on YouTube](#)

- o  [Join & manage YouTube Premium](#)

- o  [Create & grow your channel](#)

- o  [Monetize with the YouTube Partner Program](#)

- o  [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program

**537**

Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows
Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues
Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues
Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube
YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers
YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

## What is the issue with this selection?



Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

## Share additional info or suggestions

Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, [account & system info](#) to improve services, per our [Privacy](#) & [Terms](#).



YouTube Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunity

# Vulgar language policy

Some language may not be appropriate for viewers under 18. We may consider the following factors when deciding whether to age-restrict or remove content. Keep in mind that this isn't a complete list.

- Use of sexually explicit language or narratives
- Use of excessive profanity in your video
- Use of heavy profanity in your video's title, thumbnail or associated metadata

## Examples

Here are some examples of content which may be age-restricted:

- A video focused on the use of profanities such as a compilation or clip taken out of context
- A video featuring road rage or sustained rant with heavy profanities
- A video with use of heavy profanities during a physical confrontation or to describe acts of violence

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

# YouTube policies

- Nudity & sexual content policies
- Thumbnails policy
- Child safety policy
- Suicide & self-injury policy
- Vulgar language policy

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska

25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- Help Center

  o Fix a problem

  o Watch videos

  o Manage your account & settings

- o [Supervised experience on YouTube](#)

- o [Join & manage YouTube Premium](#)

- o [Create & grow your channel](#)

- o [Monetize with the YouTube Partner Program](#)

- o [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program

Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows

Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues

Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube

YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers

YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

## What is the issue with this selection?

 Inaccurate - doesn't match what I see in the product

 Hard to understand - unclear or translation is wrong

 Missing info - relevant but not comprehensive

 Irrelevant - doesn't match the title and / or my expectations

 Minor errors - formatting issues, typos, and / or broken links

 Other suggestions - ideas to improve the content

## Share additional info or suggestions

Do not share any personal info

Cancel
Submit
By continuing, you agree Google uses your answers, <u>account & system info</u> to improve services, per our <u>Privacy</u> & <u>Terms</u>.

Google serves cookies to analyze traffic to this site. Information about your use of our site is shared with Google for that purpose. See details. OK

Skip to Main Content

- News & Events
- Creator & Artist Stories
- Culture & Trends
- Inside YouTube

Submit Search Search Input

Our ongoing work to tackle hate

- 
- 
- https://blog.youtu

    Copy link

Submit Search Search Input

News & Events

# Our ongoing work to tackle hate

By The YouTube Team

Jun.05.2019

- 
- 
- https://blog.youtu

    Copy link

Over the past few years, we've been investing in the policies, resources and products needed to live up to our responsibility and protect the YouTube community from harmful content. This work has focused on four pillars: removing violative content, raising up authoritative content, reducing the spread of borderline content and rewarding trusted creators. Thanks to these investments, videos that violate our policies are removed faster than ever and users are seeing less borderline content and harmful misinformation. As we do this, we're partnering closely with lawmakers and civil society around the globe to limit the spread of violent extremist content online.

We review our policies on an ongoing basis to make sure we are drawing the line in the right

place: In 2018 alone, we made more than 30 policy updates. One of the most complex and constantly evolving areas we deal with is hate speech. We've been taking a close look at our approach towards hateful content in consultation with dozens of experts in subjects like violent extremism, supremacism, civil rights, and free speech. Based on those learnings, we are making several updates:

## Removing more hateful and supremacist content from YouTube

YouTube has always had rules of the road, including a longstanding policy against hate speech. In 2017, we introduced a tougher stance towards videos with supremacist content, including limiting recommendations and features like comments and the ability to share the video. This step dramatically reduced views to these videos (on average 80%). Today, we're taking another step in our hate speech policy by specifically prohibiting videos alleging that a group is superior in order to justify discrimination, segregation or exclusion based on qualities like age, gender, race, caste, religion, sexual orientation or veteran status. This would include, for example, videos that promote or glorify Nazi ideology, which is inherently discriminatory. Finally, we will remove content denying that well-documented violent events, like the Holocaust or the shooting at Sandy Hook Elementary, took place.

We recognize some of this content has value to researchers and NGOs looking to understand hate in order to combat it, and we are exploring options to make it available to them in the future. And as always, context matters, so some videos could remain up because they discuss topics like pending legislation, aim to condemn or expose hate, or provide analysis of current events. We will begin enforcing this updated policy today; however, it will take time for our systems to fully ramp up and we'll be gradually expanding coverage over the next several months.

## Reducing borderline content and raising up authoritative voices

In addition to removing videos that violate our policies, we also want to reduce the spread of content that comes right up to the line. In January, we piloted an update of our systems in the U.S. to limit recommendations of borderline content and harmful misinformation, such as videos promoting a phony miracle cure for a serious illness, or claiming the earth is flat. We're looking to bring this updated system to more countries by the end of 2019. Thanks to this change, watch time that this type of content gets from recommendations has dropped by over 50% in the U.S. Our systems are also getting smarter about what types of videos should get this treatment, and we'll be able to apply it to even more borderline videos moving forward. As we do this, we'll also start raising up more authoritative content in recommendations, building on the changes we made to news last year. For example, if a user is watching a video that comes close to violating our policies, our systems may include more videos from authoritative sources (like top news channels) in the "watch next" panel.

## Continuing to reward trusted creators and enforce our monetization policies

Finally, it's critical that our monetization systems reward trusted creators who add value to YouTube. We have longstanding advertiser-friendly guidelines that prohibit ads from running on videos that include hateful content and we enforce these rigorously. And in order to protect our ecosystem of creators, advertisers and viewers, we tightened our advertising criteria in 2017. In the case of hate speech, we are strengthening enforcement of our existing YouTube Partner Program policies. Channels that repeatedly brush up against our hate speech policies will be suspended from the YouTube Partner program, meaning they can't run ads on their channel or use other monetization features like Super Chat.

The openness of YouTube's platform has helped creativity and access to information thrive. It's our responsibility to protect that, and prevent our platform from being used to incite hatred, harassment, discrimination and violence. We are committed to taking the steps needed to live up to this responsibility today, tomorrow and in the years to come.

## Related Topics

- Policy

Explore the latest company news, creator and artist profiles, culture and trends analyses, and behind-the-scenes insights on the YouTube Official Blog.

## Our Channels

Open Accordeon close Accordeon

- YouTube
- YouTube Creators
- Creator Insider
- TeamYouTube [Help]
- Susan Wojcicki

## Twitter

Open Accordeon close Accordeon

- YouTube
- YouTube Creators
- TeamYouTube
- YouTube Gaming
- YouTube TV
- YouTube Music
- YouTubeInsider

Connect

- 
- 

# About YouTube

Open Accordeon close Accordeon

- [About](#)
- [Press](#)
- [Jobs](#)
- [How YouTube Works](#)
- [YouTube Culture & Trends](#)
- [Community Forum](#)

# YouTube Products

Open Accordeon close Accordeon

- [YouTube Go](#)
- [YouTube Kids](#)
- [YouTube Music](#)
- [YouTube Originals](#)
- [YouTube Premium](#)
- [YouTube Studio](#)
- [YouTube TV](#)

# For Business

Open Accordeon close Accordeon

- [Advertising](#)
- [Developers](#)

# For Creators

Open Accordeon close Accordeon

- [Artists](#)
- [Creators](#)
- [Creator Academy](#)
- [Creating for Kids](#)
- [Creators Research](#)
- [Creators Services Directory](#)
- [YouTube NextUp](#)

- [YouTube Space](#)
- [YouTube VR](#)

# Our Commitments

Open Accordeon close Accordeon

- [Creators for Change](#)
- [CSAI Match](#)
- [Social Impact](#)

[YouTube Logo](#)

- [Policy & Safety](#)
- [Copyright](#)
- [Brand Guidelines](#)
- [Privacy](#)
- [Terms](#)

[Question Mark Icon Help](#)

English ▾ Picker



YouTube Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunity

# Harassment & cyberbullying policies

The safety of our creators, viewers, and partners is our highest priority. We look to each of you to help us protect this unique and vibrant community. It's important you understand our Community Guidelines, and the role they play in our shared responsibility to keep YouTube safe. Take the time to carefully read the policy below. You can also check out this page for a full list of our guidelines.

We recently announced some updates on our harassment policy to better protect creators and users. The policy below has been updated to reflect these changes.

Content that threatens individuals is not allowed on YouTube. We also don't allow content that targets an individual with prolonged or malicious insults based on intrinsic attributes. These attributes include their protected group status or physical traits.

If you find content that violates this policy, report it. Instructions for reporting violations of our Community Guidelines are available here. If you've found multiple videos or comments that you would like to report, you can report the channel. For tips and best practices to stay safe, keep your account secure, and protect your privacy, check out this Help Center article.

If specific threats are made against you and you feel unsafe, report it directly to your local law enforcement agency.

## What this policy means for you

If you're posting content

Don't post content on YouTube if it fits any of the descriptions noted below.

- Content that features prolonged name calling or malicious insults (such as racial slurs) based on someone's intrinsic attributes. These attributes include their protected group status, physical attributes, or their status as a survivor of sexual assault, domestic abuse, child abuse and more.
- Content uploaded with the intent to shame, deceive or insult a minor. A minor is defined as an individual under the legal age of majority. This usually means anyone younger than 18 years old, but the age of a minor might vary by geography.

## Other types of content that violate this policy

- Revealing someone's private information, such as their home address, email addresses, sign-in credentials, phone numbers, passport number, or bank account information.
- Note: This doesn't include posting widely available public information. Public information can include an official's office phone number or the phone number of a business.
- Content that incites others to harass or threaten individuals on or off YouTube.
- Content that encourages abusive fan behavior such as doxxing, dogpiling, brigading or off-platform targeting.
- Content that targets an identifiable individual as part of a harmful conspiracy theory where the conspiracy theory has been linked to direct threats or violent acts.
- Content making implicit or explicit threats of physical harm or destruction of property against identifiable individuals.
- Note: "Implicit threats" include threats that don't express a specific time, place or means, but may feature weapon brandishing, simulated violence and more.
- Content posted by vigilantes restraining or assaulting an identifiable individual.
- Content reveling in or mocking the death or serious injury of an identifiable individual.
- Content that depicts creators simulating acts of serious violence against others (executions, torture, maimings, beatings and more).
- Content featuring non-consensual sex acts, unwanted sexualization or anything that graphically sexualizes or degrades an individual.
- Content that displays or shows how to distribute non-consensual sexual imagery.

This policy applies to videos, video descriptions, comments, live streams, and any other YouTube product or feature. Note this is not a complete list.

## Exceptions

If the primary purpose is educational, documentary, scientific, or artistic in nature, we may allow content that includes harassment. These exceptions are not a free pass to harass someone. Some examples include:

- Debates related to high-profile officials or leaders: Content featuring debates or discussions of topical issues concerning individuals who have positions of power, like high-profile government officials or CEOs of major multinational corporations.

- Scripted performances: Insults made in the context of an artistic medium such as scripted satire, stand up comedy, or music (such as a diss track). Note: This exception is not a free pass to harass someone and claim "I was joking."
- Harassment education or awareness: Content that features actual or simulated harassment for documentary purposes or with willing participants (such as actors) to combat cyberbullying or raise awareness.

Note: We take a harder line on content that maliciously insults someone based on their protected group status, regardless of whether or not they are a high-profile person.

## Monetization and other penalties

In some rare cases, we may remove content or issue other penalties when a creator:

- Repeatedly encourages abusive audience behavior.
- Repeatedly targets, insults and abuses an identifiable individual based on their intrinsic attributes across several uploads.
- Exposes an individual to risks of physical harm based on the local social or political context.
- Creates content that harms the YouTube community by persistently inciting hostility between creators for personal financial gain.

## Examples

Here are some examples of content that's not allowed on YouTube:

- Repeatedly showing pictures of someone and then making statements like "Look at this creature's teeth, they're so disgusting!", with similar commentary targeting intrinsic attributes throughout the video.
- Targeting an individual based on their membership in a protected group, such as by saying: "Look at this filthy [slur targeting a protected group], I wish they'd just get hit by a truck."
- Targeting an individual and making claims they are involved in human trafficking in the context of a harmful conspiracy theory where the conspiracy is linked to direct threats or violent acts.
- Using an extreme insult to dehumanize an individual based on their intrinsic attributes. For example: "Look at this dog of a woman! She's not even a human being — she must be some sort of mutant or animal!"
- Depicting an identifiable individual being murdered, seriously injured, or engaged in a graphic sexual act without their consent.
- Accounts dedicated entirely to focusing on maliciously insulting an identifiable individual.

## More Examples

- Targeting an individual based on their intrinsic attributes to wish for their death or serious injury, for example "I wish someone would just bring a hammer down on that [Member of a Protected Group's] face."
- Threatening someone's physical safety. This includes implied threats like "when I see you next, things will end badly for you." It also includes explicit threats like "when I see you on Saturday I'm going to punch you in the face." Threatening or implying violence by saying things such as, "You better watch out" while brandishing a weapon is also an example.
- Posting an individual's nonpublic personal identifying information like a phone number, home address, or email to direct abusive attention or traffic toward them. For example: "I got a hold of their phone number, keep on calling and leaving messages until they pick up!"
- "Raiding" or directing malicious abuse to identifiable individuals through in-game voice chat or messages during a stream.
- Directing users toward a YouTuber's comment section for malicious abuse. For example: "everyone needs to go over to this individual's channel right now and just go crazy, let them know how much we want them to die."
- "Swatting" or other prank calls to emergency or crisis response services, or encouraging viewers to act in this or any other harassing behavior.
- Stalking or attempting to blackmail users.
- Zooming in or prolonged focused or emphasis on the breasts, buttocks or genital area of an identifiable individual for the purposes of degrading, objectifying, or sexualizing.
- Video game content which has been developed or modified ("modded") to promote violence or hatred against an individual with the attributes noted above.

Remember these are just some examples, and don't post content if you think it might violate this policy.

## What happens if content violates this policy

If your content violates this policy, we'll remove the content and send you an email to let you know. If this is your first time violating our Community Guidelines, you'll likely get a warning with no penalty to your channel. If it's not, we may issue a strike against your channel. If you get 3 strikes within 90 days, your channel will be terminated. You can learn more about our strikes system here.

We may terminate your channel or account for repeated violations of the Community Guidelines or Terms of Service. We may also terminate your channel or account after a single case of severe abuse, or when the channel is dedicated to a policy violation. You can learn more about channel or account terminations here.

 Visit Creator Academy for more

Would you rather learn about our Community Guidelines through videos and quizzes? Check out our Creator Academy course.

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

# YouTube policies

- Harmful or dangerous content policies
- Violent or graphic content policies
- Violent criminal organizations policy
- Hate speech policy
- Harassment & cyberbullying policies



How to build a safe community

Get pro tips on how to counter negativity online and foster a positive community.

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service

English?

English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français

9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...

This help content & information  General Help Center experience



Google Help

- **Help Center**

- o [Fix a problem](#)

- o [Watch videos](#)

- o [Manage your account & settings](#)

- o [Supervised experience on YouTube](#)

- o [Join & manage YouTube Premium](#)

- o [Create & grow your channel](#)

- o [Monetize with the YouTube Partner Program](#)

- o [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program

Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows

Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues

Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube

YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers

YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

## What is the issue with this selection?

Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links



Other suggestions - ideas to improve the content

## Share additional info or suggestions



Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.



YouTube Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help Center Community

# Staying safe on YouTube

YouTube is a place where people come to share their story, express an opinion, and engage with one another. We want to ensure creators and viewers feel safe doing so. While the majority of YouTube's creators and viewers want to share, learn, and connect, we know there are instances of abuse, or even harassment. Learn more about the policies and tools in place to protect you on YouTube below.

Creators and users also have a responsibility to keep YouTube a safe and healthy platform. Learn more here about how we hold creators and users accountable for maintaining these standards.

## Policies on hate & harassment

YouTube has specific policies to help protect against hate and harassment.

- Hate speech: This policy protects specific groups and members of those groups. We consider content hate speech when it incites hatred or violence against groups based on protected attributes such as age, gender, race, caste, religion, sexual orientation, or veteran status. Learn more on our hate speech policy.
- Harassment: This policy protects specific individuals. We consider content harassment when it targets an individual with prolonged or malicious insults based on intrinsic attributes, including their protected group status or physical traits. This also includes harmful behavior such as threats, bullying, doxxing, or encouraging abusive fan behavior. Learn more on our harassment policy.

To learn more about YouTube's policies, check out our full list of Community Guidelines.

## Tools to keep you safe

We want you to feel safe when you're on YouTube. That's why we encourage you to use the various tools available to help protect you against hate & harassment.

Important: If you believe you're in danger, get in touch your local law enforcement.

## Report inappropriate or abusive content or users

- Report abuse and inappropriate content
- Report a privacy violation
- Report impersonations of you or your channel

## Block inappropriate or abusive comments, content or users

- Block commenters
- Block specific words in comments
- Hold comments for review
- Block other viewers on live chat

## Trusted partner resources for online safety (US Only)

- Stop Think Connect
- Connect Safely
- Stay Safe Online

If you're concerned that your account has been hacked, hijacked, or compromised, refer to our Secure your YouTube account article and follow the steps to protect your account.

## Visit Creator Academy for more

Learn more through videos and quizzes by checking out our courses on hate, harassment, and creator well-being.

Give feedback about this article
Choose a section to give feedback on



Was this helpful?
YesNo

Submit

# YouTube policies

- The importance of context
- Creator responsibility
- Best Practices for Content with Children
- Staying safe on YouTube
- Content policies for YouTube Kids

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски

32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- [Help Center](#)

  o [Fix a problem](#)

  o [Watch videos](#)

  o [Manage your account & settings](#)

  o [Supervised experience on YouTube](#)

  o [Join & manage YouTube Premium](#)

- o  Create & grow your channel

- o  Monetize with the YouTube Partner Program

- o  Policy, safety, & copyright

- Community

- YouTube

- Privacy Policy

- YouTube Terms of Service

- Submit feedback

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program
Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows
Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues
Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube

YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers

YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

# What is the issue with this selection?



Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

# Share additional info or suggestions

Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.



YouTube Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunity

# Violent or graphic content policies

The safety of our creators, viewers, and partners is our highest priority. We look to each of you to help us protect this unique and vibrant community. It's important you understand our Community Guidelines, and the role they play in our shared responsibility to keep YouTube safe. Take the time to carefully read the policy below. You can also check out this page for a full list of our guidelines.

Violent or gory content intended to shock or disgust viewers is not allowed on YouTube. Also, content that encourages others to commit violent acts is not allowed.

If you believe anyone is in imminent danger, you should get in touch with your local law enforcement agency to report the situation immediately.

If you find content that violates this policy, report it. Instructions for reporting violations of our Community Guidelines are available here. If you've found a few videos or comments that you would like to report, you can report the channel.

## What this policy means for you

If you're posting content

Violent acts:

- Inciting others to commit violent acts against individuals or a defined group of people.
- Encouraging others to go to a particular place to commit violence, to perform violence at a particular time.

- Targeting specific individuals or groups with violence.
- Beatings or brawls outside the context of professional or professionally supervised sporting events.
- Fights involving minors. You can learn more about Child safety here.
- Actual school yard fights between minors. We may allow content if minors are pretend fighting and that is evident to viewers.

Graphic content:

- Footage, audio, or imagery involving any of the following:
- Road accidents
- Natural disasters
- War aftermath
- Terrorist attack aftermath
- Street fights
- Physical attacks
- Sexual assaults
- Immolation
- Torture
- Corpses
- Protests or riots
- Robberies
- Medical procedures
- Other such scenarios with the intent to shock or disgust viewers
- Footage or imagery of bodily fluids, such as blood or vomit, with the intent to shock or disgust viewers.
- Footage of corpses with massive injuries, such as severed limbs.

Animal abuse or violence:

- Content that includes a human maliciously causing an animal to experience suffering when not for traditional or standard purposes such as hunting or food preparation.
- Content featuring animal rescue that has been staged and places the animal in harmful scenarios.
- Content where animals are encouraged or coerced to fight by humans.

Dramatized or fictional footage:

- Content featuring anything listed above where the viewer is not given enough context to understand that the footage is dramatized or fictional.

Note that this is not a complete list.

Keep in mind that this policy also applies to videos, video descriptions, thumbnails, comments, live streams, and any other YouTube product or feature.

Age-restricted content

This policy applies to videos, video descriptions, comments, live streams, and any other YouTube product or feature.

# Examples

Here are some examples of content that's not allowed on YouTube.

- Encouraging others to go to a particular place to commit violence, to perform violence at a particular time, or to target individuals or groups with violence
- Actual schoolyard fights between minors. We may allow content if minors are only play fighting and that is evident to viewers.
- Beatings or brawls outside the context of professional or professionally supervised sporting events.

# More examples

Violent, graphic, or shocking content
The following types of content are not allowed on YouTube. This is not a complete list. Note: there are no exceptions for this example, even if there's educational, documentary, scientific, or artistic context in your content.

- Medical procedure footage where the content focuses on open wounds and offers no education or explanation to viewers.
- Footage of violent crimes such as robberies or rape being committed that offer no education or explanation to viewers.
- Phone, dash cam, or closed circuit TV footage showing the injured or killed in a road accident accompanied by titles such as "Crazy accident" or "Warning: Lots of blood."
- Videos of beheadings.
- One-sided assaults with titles like "Watch this guy get beat-up!"
- Footage filmed by the perpetrator during a deadly or major violent event, in which any of the following are visible or audible: weapons, violence, or injured survivors.

Animal abuse content
Animal abuse refers to content depicting the malicious infliction of physical harm causing an animal or group of animals to experience suffering. This means that there's no purpose to the depiction of animal suffering other than to shock or disgust. We may make exceptions for content depicting generally accepted practices like: hunting, trapping, pest abatement, food preparation, medical treatment, or animal slaughter that depict harm on an animal or group of animals.
The following types of content are not allowed on YouTube:

- Dog fighting, cockfighting, or other videos in which human onlookers are forcing animals to attack each other. We do allow content featuring animals fighting in the wild, such as in a nature documentary.
- Non-educational, documentary, scientific, or artistic content that shows animal suffering for the purposes of shock.
- Bullfighting with bulls being harmed (such as swords in the bull).
- Hunting using illegal practices like bombing or poison.
- Content depicting animal rescue that has been staged and places the animal in harmful scenarios.

This is not a complete list.

Remember these are just some examples, and don't post content if you think it might violate this policy.

## What happens if content violates this policy

If your content violates this policy, we'll remove the content and send you an email to let you know. If this is your first time violating our Community Guidelines, you'll likely get a warning with no penalty to your channel. If it's not, we may issue a strike against your channel. If you get 3 strikes within 90 days, your channel will be terminated. You can learn more about our strikes system here.

We may terminate your channel or account for repeated violations of the Community Guidelines or Terms of Service. We may also terminate your channel or account after a single case of severe abuse, or when the channel is dedicated to a policy violation. You can learn more about channel or account terminations here.

 Visit Creator Academy for more

Would you rather learn about our Community Guidelines through videos and quizzes? Check out our Creator Academy course.
Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

## YouTube policies

- Harmful or dangerous content policies
- Violent or graphic content policies
- Violent criminal organizations policy
- Hate speech policy
- Harassment & cyberbullying policies

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски

32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- [Help Center](#)

  o [Fix a problem](#)

  o [Watch videos](#)

  o [Manage your account & settings](#)

  o [Supervised experience on YouTube](#)

  o [Join & manage YouTube Premium](#)

o   Create & grow your channel

o   Monetize with the YouTube Partner Program

o   Policy, safety, & copyright

- Community

- YouTube

- Privacy Policy

- YouTube Terms of Service

- Submit feedback

Troubleshoot problems playing videosTroubleshoot account issuesFix upload
problemsFix YouTube Premium membership issuesGet help with the YouTube Partner
Program
Find videos to watchChange video settingsWatch videos on different devicesComment,
subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot
problems playing videosPurchase and watch movies and TV shows
Sign up and manage your accountManage account settingsManage privacy
settingsManage accessibility settingsTroubleshoot account issues
Learn about YouTube Premium benefitsManage Premium membershipManage
Premium billingGet a YouTube Premium family planSign up for a student Premium
membershipFix YouTube Premium membership issuesTroubleshoot billing & charge
issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube
YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers
YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

# What is the issue with this selection?



Inaccurate - doesn't match what I see in the product



Hard to understand - unclear or translation is wrong



Missing info - relevant but not comprehensive



Irrelevant - doesn't match the title and / or my expectations



Minor errors - formatting issues, typos, and / or broken links



Other suggestions - ideas to improve the content

# Share additional info or suggestions



Do not share any personal info
Cancel
Submit
By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.

YouTube Help



Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunity

# Firearms policy

The safety of our creators, viewers, and partners is our highest priority. We look to each of you to help us protect this unique and vibrant community. It's important you understand our Community Guidelines, and the role they play in our shared responsibility to keep YouTube safe. Take the time to carefully read the policy below. You can also check out this page for a full list of our guidelines.

Content intended to sell firearms, instruct viewers on how to make firearms, ammunition, and certain accessories, or instruct viewers on how to install those accessories is not allowed on YouTube. YouTube shouldn't be used as a platform to sell firearms or accessories noted below. YouTube also doesn't allow live streams that show someone holding, handling, or transporting a firearm.

## What this means for you

If you're posting content

Don't post content on YouTube if the purpose is to do one or more of the following:

- Sell firearms or certain firearms accessories through direct sales (e.g. private sales by individuals) or links to sites that sell these items. These accessories may include:
- Accessories that enable a firearm to simulate automatic fire,
- Accessories that convert a firearm to automatic fire, such as: bump stocks, gatling triggers, drop-in auto sears, or conversion kits,
- High capacity magazines or belts carrying more than 30 rounds.
- Provide instructions on manufacturing any of the following:
- Firearms,
- Ammunition,
- High capacity magazines,

- Homemade silencers/suppressors,
- Accessories that enable a firearm to simulate automatic fire,
- Accessories that convert a firearm to automatic fire, such as: bump stocks, gatling triggers, drop-in auto sears, or conversion kits
- Provide instructions on how to convert a firearm to automatic or simulated automatic firing capabilities.
- Provides instructions on how to install the above-mentioned accessories or modifications.

Please note this is not a complete list.

## Examples

Here are some examples of content that isn't allowed on YouTube.

- Links in the title or description of your video to sites where firearms or the accessories noted above are sold. You can link to sites that discuss or review these items as long as those sites don't sell those items directly.
- Displaying a firearm with the intention to sell that firearm via private sale. This includes giving the seller's phone number, email address, or other contact information.
- Showing users step-by-step instructions on how to finish a lower receiver in order to complete fabrication of a firearm.
- Showing users how to make a silencer out of flashlight, oil can, solvent catcher or other parts.
- Showing users how to install a bump stock, or install a comparable accessory built to enable simulated automatic fire.

- Live streams that feature someone holding or handling a firearm, regardless of whether or not they are firing it. Note: this does not include firearms in video games.
- Live streams that feature someone transporting firearms from place to place, such as by carrying them or traveling with them by car, truck, or other vehicle. Note: this does not include firearms in video games.

Please remember these are just some examples, and don't post content if you think it might violate this policy.

## What happens if content violates this policy

If your content violates this policy, we'll remove the content and send you an email to let you know. If this is your first time violating our Community Guidelines, you'll likely get a warning with no penalty to your channel. If it's not, we may issue a strike against your channel. If you get 3 strikes within 90 days, your channel will be terminated. You can learn more about our strikes system here.

We may terminate your channel or account for repeated violations of the Community Guidelines or Terms of Service. We may also terminate your channel or account after a single case of severe abuse, or when the channel is dedicated to a policy violation. You can learn more about channel or account terminations here.

If you find content that violates this policy, report it. Instructions for reporting violations of our Community Guidelines are available here. If you've found a few videos or comments that you would like to report, you can report the channel.

 Visit Creator Academy for more

Would you rather learn about our Community Guidelines through videos and quizzes? Check out our Creator Academy course.

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

# YouTube policies

- Firearms policy
- Sale of illegal or regulated goods or services policies

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino

8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- [Help Center](#)

  - [Fix a problem](#)

  - [Watch videos](#)

  - [Manage your account & settings](#)

  - [Supervised experience on YouTube](#)

  - [Join & manage YouTube Premium](#)

  - [Create & grow your channel](#)

  - [Monetize with the YouTube Partner Program](#)

  - [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program

Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows

Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues

Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube

YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers

YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

# What is the issue with this selection?

☐
Inaccurate - doesn't match what I see in the product
☐
Hard to understand - unclear or translation is wrong
☐
Missing info - relevant but not comprehensive
☐

Irrelevant - doesn't match the title and / or my expectations



Minor errors - formatting issues, typos, and / or broken links



Other suggestions - ideas to improve the content

## Share additional info or suggestions



Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, <u>account & system info</u> to improve services, per our <u>Privacy</u> & <u>Terms</u>.

Google Help



Send feedback on...



This help content & information



General Help Center experience

Next

As a precautionary health measure for our support specialists in light of COVID-19, we're operating with a limited team. If you need help with a product whose support you had trouble reaching over the phone, consult its product-specific Help Center.



# How can we help you?

Read about Google's response to COVID-19



Google Chrome



Google Account



YouTube



- Gmail

- Google Play

- Google Search

- Google AdSense

- Pixel Phone

- Google Maps

- Google Cloud



Google Ads



Google Photos



Google For Families



Google Fi



Google Nest



Google Pay



Google Store



Google Drive



Google Shopping



Google Accessibility

Consumer

- Blogger

- Finance

- Google Earth

- Google Maps

- Gmail

- Picasa

- Toolbar

- Google Search

- Calendar

- Docs Editors

-

Books

- 

Google Groups

- 

YouTube

- 

Trends

- 

Android

- 

Sites

- 

Google Chrome

- 

Google Drive

- 

  Google Voice

- 

  Google Translate

- 

  Chromebook

- 

  Google TV

- 

  Google Play

- 

  My Maps

- 

  Chrome Web Store

-

Travel

- 

Google Fiber

- 

Nexus

- 

Ads

- 

Hangouts

- 

Nik Collection

- 

Chromecast

- 

Snapseed

- 

  Google Keep

- 

  Starbucks WiFi

- 

  Google Fi

- 

  Waze

- 

  Wear OS by Google

- 

  Google Fit

- 

  YouTube Kids Parental Guide

-

Google Store

- Chromecast built-in

- Google Photos

- Android Auto

- Android TV

- Google For Families

- Google Camera

- Google Wifi

- Local Guides

- YouTube Music

- YouTube Studio App Help Center

- Google Cardboard

- Google Duo

- Datally

- YouTube Go

-

Google Nest

- 

YouTube TV

- 

Google Clips

- 

Pixel Phone

- 

Opinion Rewards

- 

Daydream

- 

Google Assistant

- 

Files by Google

- CS First

- Google Chat

- Pixelbook

- Messages

- Reserve with Google

- Phone app

- Gboard

-

Contacts

- 

Google One

- 

Google Pay

- 

Tasks

- 

Google News

- 

Google Accessibility

- 

Science Journal

- 

Google Shopping

- Stadia

- Google Pay

- Google Food Ordering

- Google Kids Space

- User Security

- Google Workspace Individual

Business

- Google Ads Editor

- Google Workspace Admin

- Books

- Search Console

- Programmable Search Engine

- Publisher Center

- Ad Grants

- Google Workspace

-

Google Ads

- 

Google Cloud

- 

Studio

- 

Google AdSense

- 

Authorized Buyers

- 

Map Content Partners

- 

Google Merchant Center

- 

Google Ad Manager

- Analytics

- Currents

- Transit Partners

- Global Market Finder

- Google for Nonprofits

- Search Ads 360

- Google Chrome Enterprise

-

Google AdMob

- Google Vault

- Google My Business

- Hotel Center

- Display & Video 360

- Campaign Manager 360

- Google Domains

- Google Pay Merchant

- Google Cloud Platform Console

- Cultural Institute Platform

- Display Specs

- Android Enterprise

- Cloud Search

- Google Marketing Platform

- Cardboard Manufacturer

-

Card Issuer

- Google Meet

- Jamboard

- Google Pay for Online Business

- Work Insights

- Comparison Shopping Services Center

- POps VMO Scaled Services Knowledge

- Elastifile

- CEWA

- POps VMO Candidate Support Knowledge Hub

Developer

- Play Console

- GDG

- Google Web Designer

- Cast Developer

- reCAPTCHA

- Payments center

- Payment Processors

- Justice League

  - Your account
    - Can't access your account?
    - Recent transactions with Google
    - Useful stuff you can do with Google
  - Help Communities

  Learn more about
  Google's Product Experts Program

  - Status dashboard

  If you're having trouble accessing a Google product, there's a chance we're currently experiencing a temporary problem. You can check for outages and downtime on the G Suite Status Dashboard.

©2021 Google
- Privacy Policy
- Terms of Service



English

1. català
2. dansk

3. Deutsch
4. eesti
5. English (United Kingdom)
6. español
7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português (Brasil)
19. română
20. slovenčina
21. slovenščina
22. suomi
23. svenska
24. Tiếng Việt
25. Türkçe
26. íslenska
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. اردو
35. العربية
36. فارسی
37. हिन्दी
38. ไทย
39. 中文（简体）
40. 中文（繁體）
41. 日本語
42. 한국어
43. English

Send feedback about our Help Center



Google Help

- [Help Center](#)

- [Google](#)

- [Privacy Policy](#)

- [Terms of Service](#)

- [Submit feedback](#)

Send feedback on...
This help content & information General Help Center experience



YouTube Help

**Sign in**

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunity

# COVID-19 medical misinformation policy

The safety of our creators, viewers, and partners is our highest priority. We look to each of you to help us protect this unique and vibrant community. It's important you understand our Community Guidelines, and the role they play in our shared responsibility to keep YouTube safe. Take the time to carefully read the policy below. You can also check out this page for a full list of our guidelines.

YouTube doesn't allow content about COVID-19 that poses a serious risk of egregious harm.

YouTube doesn't allow content that spreads medical misinformation that contradicts local health authorities' or the World Health Organization's (WHO) medical information about COVID-19. This is limited to content that contradicts WHO or local health authorities' guidance on:

- Treatment
- Prevention
- Diagnosis
- Transmission
- Social distancing and self isolation guidelines
- The existence of COVID-19

Note: YouTube's policies on COVID-19 are subject to change in response to changes to global or local health authorities' guidance on the virus. This policy was published on May 20, 2020.

# What this policy means for you

**606**

**If you're posting content**

Don't post content on YouTube if it includes any of the following:

Treatment misinformation:

- Content that encourages the use of home remedies, prayer, or rituals in place of medical treatment such as  consulting a doctor or going to the hospital
- Content that claims that there's a guaranteed cure for COVID-19
- Content that recommends use of Ivermectin or Hydroxychloroquine for the treatment of COVID-19
- Claims that Hydroxychloroquine is an effective treatment for COVID-19
- Categorical claims that Ivermectin is an effective treatment for COVID-19
- Other content that discourages people from consulting a medical professional or seeking medical advice

Prevention misinformation: Content that promotes prevention methods that contradict local health authorities or WHO.

- Claims that there is a guaranteed prevention method for COVID-19
- Claims that any medication or vaccination is a guaranteed prevention method for COVID-19
- Content that recommends use of Ivermectin or Hydroxychloroquine for the prevention of COVID-19
- Claims that wearing a mask is dangerous or causes negative physical health effects
- Claims that masks do not play a role in preventing the contraction or transmission of COVID-19
- Claims about COVID-19 vaccinations that contradict expert consensus from local health authorities or WHO
- Claims that an approved COVID-19 vaccine will cause death, infertility, miscarriage, autism, or contraction of other infectious diseases
- Claims that an approved COVID-19 vaccine will contain substances that are not on the vaccine ingredient list, such as biological matter from fetuses (e.g. fetal tissue, fetal cell lines) or animal products
- Claims that an approved COVID-19 vaccine will contain substances or devices meant to track or identify those who've received it
- Claims that COVID-19 vaccines will make people who receive them magnetic
- Claims that an approved COVID-19 vaccine will alter a person's genetic makeup
- Claims that COVID-19 vaccines do not reduce risk of contracting COVID-19
- Claims that any vaccine causes contraction of COVID-19
- Claims that a specific population will be required (by any entity except for a government) to take part in vaccine trials or receive the vaccine first
- Content that promotes the use of unapproved or homemade COVID-19 vaccines
- Instructions to counterfeit vaccine certificates, or offers of sale for such documents

Diagnostic misinformation: Content that promotes diagnostic methods that contradict local health authorities or WHO.

- Claims that approved COVID-19 tests are dangerous or causes negative physical health effects
- Claims that approved COVID-19 tests cannot diagnose COVID-19

Transmission misinformation: Content that promotes transmission information that contradicts local health authorities or WHO.

- Content that claims that COVID-19 is not caused by a viral infection
- Content that claims COVID-19 is not contagious
- Content that claims that COVID-19 cannot spread in certain climates or geographies
- Content that claims that any group or individual has immunity to the virus or cannot transmit the virus

Social distancing and self isolation misinformation: Content that disputes the efficacy of local health authorities' or WHO's guidance on physical distancing or self-isolation measures to reduce transmission of COVID-19.

Content that denies the existence of COVID-19:

- Denial that COVID-19 exists
- Claims that people have not died or gotten sick from COVID-19
- Claims that the virus no longer exists or that the pandemic is over
- Claims that the symptoms, death rates, or contagiousness of COVID-19 are less severe or equally as severe as the common cold or seasonal flu
- Claims that the symptoms of COVID-19 are never severe

## Examples

Here are some examples of content that's not allowed on YouTube:

- Denial that COVID-19 exists
- Claims that people have not died from COVID-19
- Claims that any vaccine is a guaranteed prevention method for COVID-19
- Claims that a specific treatment or medicine is a guaranteed cure for COVID-19
- Claims that hydroxychloroquine saves people from COVID-19
- Promotion of MMS (Miracle Mineral Solution) for the treatment of COVID-19
- Claims that certain people have immunity to COVID-19 due to their race or nationality
- Encouraging taking home remedies instead of getting medical treatment when sick
- Discouraging people from consulting a medical professional if they're sick
- Content that claims that holding your breath can be used as a diagnostic test for COVID-19

- Videos alleging that if you avoid Asian food, you won't get the coronavirus
- Videos alleging that setting off fireworks can clean the air of the virus and will prevent the spread of the virus
- Claims that COVID-19 is caused by radiation from 5G networks
- Videos alleging that the COVID-19 test is the cause of the virus
- Claims that countries with hot climates will not experience the spread of the virus
- Videos alleging that social distancing and self-isolation are not effective in reducing the spread of the virus
- Claims that wearing a mask causes oxygen levels to drop to dangerous levels
- Claims that masks cause lung cancer or brain damage
- Claims that wearing a mask gives you COVID-19
- Claims that the COVID-19 vaccine will kill people who receive it
- Claims that the COVID-19 vaccine will be used as a means of population reduction
- Videos claiming that the COVID-19 vaccine will contain fetal tissue
- Claims that the flu vaccine causes contraction of COVID-19
- Claims that COVID-19 vaccines are not effective in preventing the spread of COVID-19
- Claims that the COVID-19 vaccine causes contraction of other infectious diseases or makes people more vulnerable to contraction of other infectious diseases
- Claims that the COVID-19 vaccines contain a microchip or tracking device
- Claims that achieving herd immunity through natural infection is safer than vaccinating the population
- Claims that COVID-19 never causes serious symptoms or hospitalization
- Claims that the death rate from the seasonal flu is higher than the death rate of COVID-19
- Claims that people are immune to the virus based on their race
- Claims that children cannot or do not contract COVID-19
- Claims that there have not been cases or deaths in countries where cases or deaths have been confirmed by local health authorities or the WHO

## Educational, documentary, scientific or artistic content

We may allow content that violates the misinformation policies noted on this page if that content includes additional context in the video, audio, title, or description. This is not a free pass to promote misinformation. Additional context may include countervailing views from local health authorities or medical experts. We may also make exceptions if the purpose of the content is to condemn, dispute, or satirize misinformation that violates our policies. We may also make exceptions for content showing an open public forum, like a protest or public hearing, provided the content does not aim to promote misinformation that violates our policies.

## What happens if content violates this policy

If your content violates this policy, we'll remove the content and send you an email to let you know. If this is your first time violating our Community Guidelines, you'll likely get a

warning with no penalty to your channel. If it's not, we may issue a strike against your channel. If you get 3 strikes within 90 days, your channel will be terminated. You can learn more about our strikes system here.

We may terminate your channel or account for repeated violations of the Community Guidelines or Terms of Service. We may also terminate your channel or account after a single case of severe abuse, or when the channel is dedicated to a policy violation. You can learn more about channel or account terminations here.

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

# Misinformation policies

- Misinformation policies
- Elections misinformation policies
- COVID-19 medical misinformation policy

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service


English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu

13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- [Help Center](#)

- o [Fix a problem](#)

- o [Watch videos](#)

- o [Manage your account & settings](#)

- o [Supervised experience on YouTube](#)

- o [Join & manage YouTube Premium](#)

- o [Create & grow your channel](#)

- o [Monetize with the YouTube Partner Program](#)

- o [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program

Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows

Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues

Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube

YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

# What is the issue with this selection?

☐

Inaccurate - doesn't match what I see in the product

☐

Hard to understand - unclear or translation is wrong

☐

Missing info - relevant but not comprehensive

☐

Irrelevant - doesn't match the title and / or my expectations

☐

Minor errors - formatting issues, typos, and / or broken links

☐

Other suggestions - ideas to improve the content

# Share additional info or suggestions



Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.



[Our mission](#)

Our commitments

[Managing harmful content How does YouTube manage harmful content? Standing up to hate How does YouTube protect the community from hate and harassment? Fighting misinformation How does YouTube combat misinformation? Curbing extremist content How does YouTube prevent radicalization? Supporting political integrity How does YouTube support civic engagement and election integrity? Preventing bias What does YouTube do to prevent bias? Fostering child safety How does YouTube help keep kids protected on the platform? Protecting user data How does YouTube maintain user privacy? Safeguarding copyright How does YouTube protect copyrighted content? Sharing revenue How does YouTube make money? Promoting digital wellbeing How does YouTube support users' digital wellbeing? Responding to COVID-19 How is YouTube supporting users during COVID-19?](#)

Product features

[YouTube Search How our search tool can help you find content you'll love Recommended videos How we recommend content we think you'll want to watch News and information How we provide context for your search results and videos Health information How we provide context for health queries Monetization for Creators How Creators earn money on YouTube YouTube Live How you can reach your community in real time with Live and Premieres](#)

User settings

[Privacy controls How we protect your information and what you can do to control your privacy Ad Settings How our advertising works and how to customize your ad experience Parental controls How you can create a family friendly experience Autoplay How Autoplay works and how to turn it off](#)

Rules and policies

[Policies overview How our rules and policies help keep our platform safe Community Guidelines How we define what we do and don't allow on YouTube Copyright How we help Creators responsibly manage their content Monetization policies How Creators can monetize their content as part of the YouTube Partner Program Legal removals How we approach content that violates local law](#)

Progress and impact

[Responsibility through the years How we've been building a more responsible platform over the years Progress on managing harmful content How we're enforcing our policies on harmful content by the numbers Our impact How creative entrepreneurs are transforming their lives and communities Culture and trends How to better understand the next generation of Creators and artists Advancing sustainability How we're investing in a carbon-free future](#)

Resources

[Downloadable summaries Download shareable summaries of essential content on this website about our responsibility efforts Advertiser resources Find resources and quick guides on Brand Safety for advertisers Brand resources Access brand resources such as our YouTube logo, color palettes, and permissions form](#)

[Our mission](#) Our commitments [Managing harmful content Standing up to hate Fighting misinformation Curbing extremist content Supporting political integrity Preventing bias Fostering child safety Protecting user data Safeguarding copyright Sharing revenue Promoting digital wellbeing Responding to COVID-19](#) Product features [YouTube Search Recommended videos News and information Health information Monetization for Creators YouTube Live](#) User

settings Privacy controls Ad Settings Parental controls Autoplay Rules and policies Policies overview Community Guidelines Copyright Monetization policies Legal removals Progress and impact Responsibility through the years Progress on managing harmful content Our impact Culture and trends Advancing sustainability Resources Downloadable summaries Advertiser resources Brand resources

Rules and policies 

# Monetization Policies

- Overview
- Advertising policies
- Enforcing policies

Being accepted into the YouTube Partner Program (YPP) is a major milestone in any Creator's journey. As part of YPP, Creators can start monetizing their content, receive email and chat support, and get access to the Copyright Match Tool to help protect their content.

A key eligibility requirement for YPP is to follow YouTube monetization policies, which include YouTube's Community Guidelines, Terms of Service, and Google AdSense program policies. These policies apply to a Creator's channel as a whole, and not just individual videos.

## Setting a higher bar for monetization

Over the last few years, YouTube has taken steps to strengthen the requirements for monetization so that spammers, impersonators, and other bad actors can't hurt the ecosystem or take advantage of good Creators producing high quality content.

To apply for membership in YPP, channels must meet eligibility thresholds related to watch time and subscribers. Following application, YouTube's review team ensures the channel has not run afoul of YouTube's monetization, content, and copyright policies. Only channels that meet eligibility thresholds and follow all of our guidelines will be admitted to the program, which makes them eligible to receive access to ads and other monetization products.

### Resources

- Learn more about YouTube Partner Program Eligibility
- Learn more about YouTube channel monetization policies
- Learn more about how data helps creators track their performance on YouTube

## Advertiser-Friendly Content Guidelines

Just because a Creator is in YPP, it doesn't mean all videos on their channel will be eligible to have ads. Each video must also comply with our Advertiser-Friendly Content Guidelines. This is by design, as we understand that there are important conversations that have a place on YouTube, such as discussion of mental health or sensitive world events, that might not be deemed brand suitable by advertisers. Other examples of content not suitable for ads include some form of inappropriate language, violence, adult content, and harmful acts.

To help Creators understand which videos on their channel are suitable for ads, we have worked closely with advertisers to create clear and comprehensive Advertiser-Friendly Content Guidelines. Eligible Creators also have the ability to self-rate their content per these guidelines and turn on ads monetization for individual videos in their channel.

**Resources**

- Review Advertiser-Friendly Content Guidelines

# What action does YouTube take for videos that do not comply with Advertiser-Friendly Content Guidelines?

If a Creator has turned on ads monetization for a video but our reviewers and automated systems identify that the video does not comply with our Advertiser-Friendly Content Guidelines, the video will have limited or no ads appear against it. However, if Creators believe that their video is still suitable for all brands, they can request human review of that video.

# Related articles

- Copyright

  Read more

- Sharing revenue

  Read more

- Monetization for Creators

  Read more

**Connect**

- **About YouTube**

  About Blog How YouTube Works Jobs Press YouTube Culture & Trends

**617**

- **Products**

  YouTube Go YouTube Kids YouTube Music YouTube Originals YouTube Premium YouTube Select YouTube Studio YouTube TV

- **For Business**

  Developers YouTube Advertising

- **For Creators**

  Creating for YouTube Kids Creator Academy Creator Research Creator Services Directory YouTube Artists YouTube Creators YouTube NextUp YouTube Space YouTube VR

- **Our Commitments**

  Creators for Change CSAI Match Social Impact

## About YouTube

## Products

## For Business

## For Creators

## Our Commitments

About Blog How YouTube Works Jobs Press YouTube Culture & Trends YouTube Go YouTube Kids YouTube Music YouTube Originals YouTube Premium YouTube Select YouTube Studio YouTube TV Developers YouTube Advertising Creating for YouTube Kids Creator Academy Creator Research Creator Services Directory YouTube Artists YouTube Creators YouTube NextUp YouTube Space YouTube VR Creators for Change CSAI Match Social Impact
Policies & Safety Copyright Brand Guidelines Privacy Terms
Help

English



YouTube Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunity

To receive the latest updates on our Advertiser-friendly content guidelines, please check out our Advertiser-friendly content guidelines posts in the YouTube Help Center and subscribe here.

# YouTube channel monetization policies

*Updated August 2021:* There are no changes to our processes with this article update. We have updated this page to include info about the YouTube Shorts Fund.

If you're monetizing on YouTube, it's important that your channel follows YouTube monetization policies. These include YouTube's Community Guidelines, Terms of Service, Copyright, and Google AdSense program policies. They apply to anyone in, or looking to apply to, the YouTube Partner Program or anyone receiving Shorts bonuses from the YouTube Shorts Fund.

If you want to monetize videos with ads, they must also meet our Advertiser-friendly content guidelines.

Here's a quick overview of each major policy. Make sure you read each policy thoroughly, as these policies are used to check if a channel is suitable to monetize. Our reviewers regularly check to see whether monetizing channels follow these policies. Learn more about how we enforce our policies.

## What we check when we review your channel

Our reviewers check content that best represents your channel against our policies. Since our reviewers can't check every video, they may focus on your channel's:

- Main theme
- Most viewed videos

- Newest videos
- Biggest proportion of watch time
- Video metadata (including titles, thumbnails, and descriptions)

The above are just examples of content our reviewers may assess. Note that our reviewers can, and may check other parts of your channel to see whether it fully meets our policies.

## Follow the YouTube Community Guidelines

These guidelines help keep YouTube a great community for viewers, creators, and advertisers. Content that violates YouTube's Community Guidelines is not eligible for monetization and will be removed from YouTube.

Anyone on YouTube needs to follow our Community Guidelines. Monetizing creators should know that our guidelines don't only apply to individual videos, but to your channel overall. Below are the Community Guidelines that are most relevant to channels that can already, or want to monetize:

- Spam, deceptive practices, and scams
- Nudity and sexual content
- Child safety
- Harmful or dangerous content
- Hate speech
- Harassment and cyberbullying

Keep in mind that any content you post must follow all our Community Guidelines.

Follow AdSense program policies
AdSense allows YouTube partners to get paid for monetizing their videos. Make sure to follow the AdSense program policies and YouTube's Terms of Service. AdSense content policies are extensive and include quality guidelines from the Webmaster/Search Console policies. We've highlighted some of the most relevant policies for YouTube creators below.

Repetitious content

Repetitious content refers to channels where the content is so similar, viewers may have trouble spotting the difference between videos on the same channel. This policy is based on the Search Console portion of AdSense program policies. We've put it in a context that's more relevant for YouTube creators.

This policy applies to your channel as a whole. In other words, if you have many videos that violate our guidelines, monetization may be removed from your entire channel.

What is allowed to monetize

This policy makes sure monetized content offers viewers something appealing and interesting to watch. In other words, if the average viewer can clearly tell that content on your channel differs from video to video, it's fine to monetize. We know many channels create content that follows a similar pattern. What's important is that the substance of each video should be relatively varied.

Examples of what is allowed to monetize (including but not limited to):

- Same intro and outro for your videos, but the bulk of your content is different
- Similar content, where each video talks specifically about the qualities of the subject you're featuring
- Short clips of similar objects edited together where you explain how they're connected

Content that violates this guideline

When a channel's content consists of similar content, it can frustrate viewers who come to YouTube for appealing and interesting videos. That means channels where content is only slightly different from video to video are not allowed to monetize. In other words, your channel shouldn't consist of content that's automatically created or produced using a basic template.

Examples of what's not allowed to monetize (this list is not exhaustive):

- Content that exclusively features readings of other materials you did not originally create, like text from websites or news feeds
- Songs modified to change the pitch or speed, but are otherwise identical to the original
- Similar repetitive content, or mindless content with low educational value, commentary, or narrative
- Templated, mass-produced, or programmatically generated content
- Image slideshows or scrolling text with minimal or no narrative, commentary, or educational value

Reused content

Reused content refers to channels that repurpose someone else's content without adding significant original commentary or educational value. This policy is taken from the AdSense Search Console portion of AdSense program policies. We've put it in a context that's more relevant for YouTube creators.

This policy applies to your channel as a whole. In other words, if you have many videos that violate our guidelines, monetization may be removed from your entire channel.

What is allowed to monetize

The spirit of this policy is to make sure we're monetizing original content that adds value to viewers. If you put a funny or thoughtful spin on content you didn't originally create, you've transformed the content in some way. It's fine to have this type of content on your channel, but individual videos may be subject to other policies like copyright. In other words, we allow reused content if viewers can tell that there's a meaningful difference between the original video and your video.

Note: While these examples do not violate the reused content monetization policy, other policies, such as copyright, still apply.

Examples of what's allowed to monetize (including but not limited to):

- Using clips for a critical review
- A scene from a movie where you've rewritten the dialog and changed the voiceover
- Replays of a sports tournament where you explain the moves a competitor did to succeed
- Reaction videos where you comment on the original video
- Edited footage from other creators where you add a storyline or commentary

Content that violates this guideline

Taking someone else's content, making minimal changes, and calling it your own original work would be a violation of this guideline. This policy applies even if you have permission from the original creator. Reused content is separate from YouTube's Copyright enforcement, which means it's not based on copyright, permission, or fair use. This guideline means sometimes, you may not get claims against your content, but your channel may still violate our reused content guidelines.

More examples of what's not allowed to monetize (this list is not exhaustive):

- Clips of moments from your favorite show edited together with little or no narrative
- Short videos you compiled from other social media websites
- Collections of songs from different artists (even if you have their permission)
- Content uploaded many times by other creators
- Promotion of other people's content (even if you have permission)

## Creator responsibility

The success of your channel and the YouTube Partner Program is dependent upon the willingness of advertisers to associate their brands with YouTube content. The earnings of all YouTube creators are negatively impacted when advertisers lose trust.
We don't allow egregious behavior that has a large negative impact on the community. This policy means you should be respectful of your viewers, your fellow creators, and our advertisers -- both on and off YouTube.

If you violate this policy, we may temporarily turn off your monetization or terminate your accounts.
Learn more about Creator responsibility.

## How we'll inform you of policy changes

YouTube is constantly changing and improving the Service, and adapting to the world around us. We may need to make changes to the terms and conditions or policies that apply to your use of the Service - including the Terms of Service, and the YouTube Partner Program Terms, our policies, and other contractual documents - to reflect changes to our Service or for legal, regulatory, or security reasons.

We'll let you know in writing when we make changes that might impact you. If you do not agree to the modified terms, you may stop using the relevant feature, or terminate your agreement with us.

To help you stay up to date with our policies, we also maintain a permanent log of updates. View our changelog here.

## How we enforce YouTube monetization policies

Anyone who earns money on YouTube must follow YouTube's channel monetization policies. If you violate any of our policies, YouTube may take the actions outlined below.

## Turn off ads from your content

As a member of the YouTube Partner Program, you have the ability to turn on ads for your videos if they meet our advertiser-friendly content guidelines. However, if your videos are found to not meet our advertiser-friendly content guidelines, or if they violate other policies, such as our age restriction or copyright guidelines, we may turn off ads from your content.

For more information about reasons why content may not be eligible for monetization, see: Monetization icon guide for YouTube Studio

## Suspend your participation in the YouTube Partner Program

Violation of our YouTube channel monetization policies may result in monetization being suspended or permanently disabled on all or any of your accounts. If it's determined that your channel is no longer eligible for monetization, your channel may

lose access to all monetization tools and features associated with the YouTube Partner Program.

For more information about suspensions, including troubleshooting tips and details about how to re-apply to join the program, see: Monetization is disabled for my channel

## Suspend or even terminate your YouTube channel

In exceptional circumstances we may need to terminate a channel, account, or disable a user's access to the Service in order to protect the integrity of the platform or protect our users from harm. Learn more about channel terminations and disabled Google accounts including what you can do if you believe your channel or account was terminated by mistake.

## How we'll inform you of actions that affect your monetization

We'll inform you in writing by email or in product when we have to enforce our policies. We will also let you know what options are available to you.

## How to get help with issues that affect you

If you're in the YouTube Partner Program, you can get access to our Creator Support team.

Whether you're facing a specific problem or you want to find out how to get the most out of YouTube as a creator, we're here to help you:

- Optimize how you use YouTube
- Get tips on technical or service aspects of YouTube
- Find out how to navigate policy and copyright guidelines
- Get answers on account and channel management questions
- Resolve content ID and rights management issues
- Troubleshoot and fix bugs or issues with your account

You can find more detailed instructions to contact Creator Support and how to get help as a YouTube Creator.

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

# YouTube Partner Program Basics

- YouTube channel monetization policies
- Advertiser-friendly content guidelines
- Upcoming and recent ad guideline updates
- Learn more about how YouTube works for you
- Updated Terms of Service FAQs

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska

25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- Help Center

  o Fix a problem

  o Watch videos

  o Manage your account & settings

- o  [Supervised experience on YouTube](#)

- o  [Join & manage YouTube Premium](#)

- o  [Create & grow your channel](#)

- o  [Monetize with the YouTube Partner Program](#)

- o  [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program

**627**

Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows

Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues

Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube

YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content ManagersYouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

## What is the issue with this selection?



Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

## Share additional info or suggestions

Do not share any personal info

Cancel
Submit
By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.

YouTube Help

Sign in

Send feedback on...



This help content & information

General Help Center experience

Next

Help CenterCommunity

# YouTube Shorts Fund

The YouTube Shorts Fund is a $100M fund to reward creators for their dedication to making creative, original Shorts that delight the YouTube community. We'll reach out to thousands of creators each month to tell them that they qualify for a Shorts bonus from the fund.

To be eligible for a bonus from the YouTube Shorts Fund:

- Channels need to have uploaded at least one eligible Short in the last 180 days.
- Channels need to abide by YouTube's Community Guidelines, copyright rules, and monetization policies.
- Channels uploading videos with watermarks or logos from third-party social media platforms, non-original videos (for example, unedited clips from movies or TV shows), or videos reuploaded from other creator's channels will not be eligible.
- Creators must be in one of these countries/regions:

| | | | |
|---|---|---|---|
| Brazil | Japan | Russia | United Kingdom |
| India | Mexico | South Africa | United States |
| Indonesia | Nigeria | | |

*Note: We plan to expand eligibility to more countries/regions.*

- Creators must be 13 or older in the United States, or the age of majority in their country/region.
- Creators 13–18 years old must have a parent or guardian accept terms and set up an AdSense account for payment when one isn't already linked to their channel.

**630**
825

Channels do not need to be currently monetizing on YouTube to be eligible. Creators in the YouTube Partner Program and channels that are affiliates under a Multi-Channel Network (MCN) are also eligible.

## Learn more about the Shorts Fund

### How do I qualify for the Shorts Fund?

Each month, we'll notify thousands of Shorts creators to claim a bonus from the Shorts Fund based on their channel's Shorts' performance in the previous month. A channel's Shorts will count toward their monthly performance each month viewers watch them, not just the month they were uploaded.

There's no specific performance threshold to qualify for a bonus. The level of performance needed to qualify for a bonus payment may change from month to month based on various factors, including the location of your viewers and the overall growth of Shorts.

Your channel's Shorts performance is reviewed every month, so even if you don't qualify one month, you may qualify the next.

### How will I know I qualify for the Shorts Fund?

Important: Google will never send unsolicited messages asking for your password or other personal information. Before clicking a link, always check the email is sent from a @youtube.com or @google.com email address.

Creators will be told that they qualify via email and notification in the YouTube app after the first week of each month. Both the email and notification will include the amount of the bonus and instructions on how to claim it.

Qualifying creators should get these notifications shortly after the first week of the month. They'll have until the 25th of each month to claim their bonus, or it may expire.

Missing a Shorts bonus email?

Sometimes our messages can get caught by email filters. If you can't find our bonus notification email, please check your spam folders.

### How much can I get from the Shorts Fund?

Qualifying channels can receive between $100–$10,000 each month. Bonuses are adjusted based on the location of a creator's audience. As a result, the viewership and engagement needed to qualify may differ between creators.

Bonus payments will be made to your channel's linked AdSense account. Tax withholding and adherence to other AdSense policies are required to receive payment.

### How do I claim my bonus payment from the Shorts Fund?

Qualifying creators can select CLAIM BONUS in the email or in-app notification to go to the Shorts Fund page in YouTube Studio. From this page, creators need to complete two steps to claim their bonus:

1. Accept the bonus terms.

2. Set up or link an AdSense account.

For channels with an active and linked AdSense account, or those that receive payment from an MCN or network, your bonus will be claimed after completing these two steps. If you set up an AdSense account, it may take a few days for YouTube to create and link the AdSense account to your channel. We'll email you once the account is linked, and confirm whether your bonus has been claimed.
How do I get my bonus payment from AdSense?
To claim a bonus and get paid, qualifying creators need to make sure an approved and active AdSense account is linked to their channel. If you already have an AdSense account, you'll get your bonus payment with any other monthly YouTube earnings.

## Setting up AdSense for the first time

If you qualify for a Shorts bonus, but don't yet have an AdSense account, we'll help you get started. From the bonus notification email or in-app notification select CLAIM BONUS to go to the Shorts Fund page in YouTube Studio:

1. Under "Step 1," select START to accept the bonus terms.
2. Under "Step 2," select START to set up your AdSense account.
3. When asked if you have an existing AdSense account, choose No, I need to create one.
4. Select CONTINUE to go to AdSense.
5. Choose the Google Account to use for AdSense.
   *Note: If you already use AdSense for other reasons outside of YouTube, sign in to the Google Account used with your existing AdSense account.*
6. Accept terms ⊡ select Create Account.
7. Enter your address ⊡ select Submit.

Once you've created your AdSense account, more instructions on how to complete your AdSense profile will be sent to you. These include submitting necessary tax info, confirming your personal details are correct, and indicating a method of payment.

Learn more about getting paid through AdSense.

When will I get paid from the Shorts Fund?
Qualifying creators with a linked AdSense account can expect to receive payment 4–6 weeks from the time they claim the bonus. If you don't have an AdSense account linked to your channel, you'll be asked to sign up for AdSense or link an existing account. Here's an example of how it could work:

| | |
|---|---|
| **January** | A creator's new and existing Shorts count toward channel performance for a payment from the Shorts Fund in February. |
| **Early February** | YouTube reviews Shorts channel performance for January, and tells qualifying creators that they qualify for a bonus payment. |
| **February 25** | Qualifying creators claim their bonus or it may expire. |

AdSense issues February bonus payments to creators whose AdSense **March – early April** accounts are set up to receive payment.

Channels that need to create an AdSense account may take longer to receive payment. The amount of time depends on how quickly the AdSense account is approved and payment details are set up. This process may take several months and includes:

- Submitting tax info
- Confirming your personal details
- Indicating a form of payment

Once set-up is complete, payment is made from AdSense between the 21st and 26th of the month.

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
Yes No



Submit

# Create Shorts

- Get started with YouTube Shorts
- Create YouTube Shorts
- Use audio to create YouTube Shorts
- YouTube Shorts Fund

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service


English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español

6.  español (Latinoamérica)
7.  Filipino
8.  français
9.  hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- [Help Center](#)

  - [Fix a problem](#)

  - [Watch videos](#)

  - [Manage your account & settings](#)

  - [Supervised experience on YouTube](#)

  - [Join & manage YouTube Premium](#)

  - [Create & grow your channel](#)

  - [Monetize with the YouTube Partner Program](#)

  - [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program

Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows

Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues

Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube

YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers

YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

# What is the issue with this selection?



Inaccurate - doesn't match what I see in the product



Hard to understand - unclear or translation is wrong



Missing info - relevant but not comprehensive



Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

## Share additional info or suggestions

Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.



YouTube Help

[ ]

**Sign in**

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunity

# Harmful or dangerous content policies

The safety of our creators, viewers, and partners is our highest priority. We look to each of you to help us protect this unique and vibrant community. It's important you understand our Community Guidelines, and the role they play in our shared responsibility to keep YouTube safe. Take the time to carefully read the policy below. You can also check out this page for a full list of our guidelines.

Note: We recently reorganized our Community Guidelines to provide further clarity our policies related to Misinformation on YouTube. To review these policies, check out our articles on Misinformation and Elections misinformation.

YouTube doesn't allow content that encourages dangerous or illegal activities that risk serious physical harm or death.

If you find content that violates this policy, report it. Instructions for reporting violations of our Community Guidelines are available here. If you've found a few videos or comments that you would like to report, you can report the channel.

## What this policy means for you

If you're posting content

Don't post content on YouTube if it fits any of the descriptions noted below.

- Extremely dangerous challenges: Challenges that pose an imminent risk of physical injury.
- Dangerous or threatening pranks: Pranks that lead victims to fear imminent serious physical danger, or that create serious emotional distress in minors.

- Instructions to kill or harm: Showing viewers how to perform activities meant to kill or maim others. For example, giving instructions to build a bomb meant to injure or kill others.
- Hard drug use or creation: Content that depicts abuse of or giving instructions on how to create hard drugs such as cocaine or opioids. Hard drugs are defined as drugs that can (mostly) lead to physical addiction.
- Eating Disorders: Content that praises, glorifies, or encourages viewers to imitate anorexia or other eating disorders. Eating disorders are characterized by abnormal or disturbed eating habits which negatively affect a person's health (including eating non-food items).
- Violent Events: Promoting or glorifying violent tragedies, such as school shootings.
- Instructional theft or cheating: Showing viewers how to steal tangible goods or promoting dishonest behavior.
- Hacking: Demonstrating how to use computers or information technology with the intent to steal credentials, compromise personal data or cause serious harm to others such as (but not limited to) hacking into social media accounts.
- Bypassing payment for digital content or services: Showing viewers how to use apps, websites, or other information technology to gain unauthorized free access to audio content, audiovisual content, full video games, software, or streaming services that normally require payment.

Keep in mind that this isn't a complete list.

Don't post content showing a minor participating in dangerous activity, or encouraging minors to participate in dangerous activities. Never put minors in harmful situations that may lead to injury, including dangerous stunts, dares, or pranks. You can learn more about Child Safety here.

Age-restricted content

We may consider the following factors when deciding whether to age-restrict or remove content. Keep in mind that this isn't a complete list.

- Whether the act in question could lead to serious injury or death.
- Whether the individuals participating in the act are trained professionals taking precautions to prevent injury.
- Whether minors could easily imitate the act.
- Whether the content could be used to commit serious acts of violence.
- Whether the upload is educational, documentary, scientific or artistic in nature.
- Whether there's any commentary discouraging the act.
- Whether the viewer can tell if it's real or fake.
- Whether the content promotes a product that contains drugs, nicotine, or a controlled substance.

Examples of age-restricted content

- A video about fake harmful pranks that seems so real that viewers can't tell the difference.
- A reaction video to a dangerous challenge without any commentary discouraging the challenge.
- A video promoting a cannabis dispensary.
- A video reviewing brands of nicotine e-liquid.
- A video providing instructions for or facilitating cheating.

We might allow videos that depict dangerous acts iIf they're meant to be educational, documentary, scientific, or artistic (EDSA). For example, a news piece on the dangers of choking games would be appropriate, but posting clips out of context from the same documentary might not be.

This policy applies to videos, video descriptions, comments, live streams, and any other YouTube product or feature.

## Extremely dangerous challenges

The following types of content are not allowed on YouTube. This isn't a complete list.

- Asphyxiation: Any activity that prevents breathing or can lead to suffocation like:
- Choking, drowning, or hanging games
- Eating non-food items
- Misuse of weapons: Using weapons, like guns or knives, without proper safety precautions or in a way that could cause physical harm. Includes the "No Lackin'" challenge.
- Ingesting Harmful Substances: Eating, consuming, or inserting non-food objects or chemicals that may cause illness or poisoning. Includes detergent-eating challenges.
- Burning, Freezing & Electrocution: Activities with inherent risk of severe burns, freezing, frostbite, or electrocution. Includes the fire challenge and hot water challenge.
- Mutilation & Blunt Force Trauma: Activities like:
- Self-mutilation
- Abstaining from normal health practices
- Falling, impalement, collision, blunt force trauma, or crushing
- Challenges featuring children: Showing minors drinking alcohol, using vaporizers, e-cigarettes, tobacco or marijuana, or misusing fireworks.

Note: We may age-restrict content that explains this type of content in an educational or documentary way. For example, a documentary about self-mutilation may be allowed but it won't be available to all audiences.

## Dangerous or threatening pranks

The following types of content are not allowed on YouTube. This isn't a complete list.

- Intentional physical harm: Inflicting physical harm on unsuspecting prank victims through actions like punching attacks, drugging food or drinks with laxatives, or shock pranks.
- Making someone feel in immediate danger: Tricking others into believing they're in real danger, even if no physical harm comes to them. This includes:
- Threats with weapons
- Bomb scares
- Swatting or fake 911 calls
- Fake home invasions or robberies
- Fake kidnapping
- Emotional distress to minors: Any prank that causes emotional distress to children or others who are vulnerable. This includes:
- Fake death or suicide
- Fake violence
- Pretending that a parent or caregiver will abandon a child
- Showing a parent or caregiver verbally abuse or shame a child

Note: We may age-restrict pranks involving adults that don't violate our policies. For example, a prank with a realistic looking injury may be allowed. But, it won't be available to all audiences.

## Violent events or instructions to harm

The following types of content are not allowed on YouTube. This isn't a complete list.

- Bomb-making: Showing viewers how to build a bomb meant to injure or kill others, such as:
- Pipe bombs
- Package bombs
- Explosive vests
- Molotov cocktails
- Violence involving children: Any real fights or violence between children.

Note: We may age-restrict this type of content if it's documentary or educational. For example, content that gives medical, academic, historical, philosophical, or news perspective on a violent act may be allowed. But, it won't be available to all audiences.

## Drug use

The following types of content are not allowed on YouTube. This isn't a complete list.

- Displays of hard drug uses: Non-educational content that shows the injection of intravenous drugs like heroin or huffing/sniffing glue.
- Making hard drugs: Non-educational content that explains how to make drugs.

- Minors using alcohol or drugs: Showing minors drinking alcohol, using vaporizers, e-cigarettes, tobacco or marijuana, or misusing fireworks.
- Selling hard or soft drugs: Featuring drugs with the goal of selling them. If you're using links in your description to sell hard drugs, your channel will be terminated.
- Steroid use: Non-educational content that shows how to use steroids for recreational purposes (like body building).

Note: If this type of content is educational, documentary, scientific, or artistic, we may still age-restrict it. For example, a documentary about intravenous drug use that shows the injection of drugs may be allowed, but it won't be available to all audiences. If your content shows items used for taking drugs, it may also be age-restricted.

## Eating disorders

The following types of content are not allowed on YouTube. This is not a complete list.

- Using terms or phrases in metadata that promote or glorify eating disorders.
- Videos that promote or glorify eating non food items.

Remember these are just some examples, and don't post content if you think it might violate this policy.

## What happens if content violates this policy

If your content violates this policy, we'll remove the content and send you an email to let you know. If this is your first time violating our Community Guidelines, you'll likely get a warning with no penalty to your channel. If it's not, we may issue a strike against your channel. If you get 3 strikes within 90 days, your channel will be terminated. You can learn more about our strikes system here.

We may terminate your channel or account for repeated violations of the Community Guidelines or Terms of Service. We may also terminate your channel or account after a single case of severe abuse, or when the channel is dedicated to a policy violation. You can learn more about channel or account terminations here.

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

# YouTube policies

- Harmful or dangerous content policies
- Violent or graphic content policies
- Violent criminal organizations policy
- Hate speech policy
- Harassment & cyberbullying policies

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska

25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- Help Center


- Fix a problem


- Watch videos


- Manage your account & settings

- o  [Supervised experience on YouTube](#)

- o  [Join & manage YouTube Premium](#)

- o  [Create & grow your channel](#)

- o  [Monetize with the YouTube Partner Program](#)

- o  [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program

**645**
840

Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows

Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues

Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube

YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers

YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

## What is the issue with this selection?


Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

## Share additional info or suggestions

Do not share any personal info

Cancel
Submit
By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.

YouTube Help



Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunity

# Sale of illegal or regulated goods or services policies

The safety of our creators, viewers, and partners is our highest priority. We look to each of you to help us protect this unique and vibrant community. It's important you understand our Community Guidelines, and the role they play in our shared responsibility to keep YouTube safe. Take the time to carefully read the policy below. You can also check out this page for a full list of our guidelines.

Content intended to sell certain regulated goods and services is not allowed on YouTube.

If you find content that violates this policy, report it. Instructions for reporting violations of our Community Guidelines are available here. If you've found a few videos or comments that you would like to report, you can report the channel.

## What this policy means for you

### If you're posting content

Don't post content on YouTube if it aims to directly sell,  link to, or facilitate access to any of the regulated goods and services listed below. Making the sale of these items or facilitating the use of these services possible by posting links, email, phone number or other means to contact a seller directly is not allowed.

- Alcohol
- Bank account passwords, stolen credit cards, or other financial information

- Counterfeit documents or currency
- Controlled narcotics and other drugs
- Explosives
- Organs
- Endangered species or parts of endangered species
- Firearms and certain firearms accessories
- Nicotine, including vaping products
- Online gambling sites not yet reviewed by Google or YouTube
- Pharmaceuticals without a prescription
- Sex or escort services
- Unlicensed medical services
- Human smuggling

This policy applies to videos, video descriptions, comments, live streams, and any other YouTube product or feature. Please note this is not a complete list.

# Examples

Here are some examples of content that's not allowed on YouTube.

- Linking to an online gambling or sports betting site that is not approved.
- Selling counterfeit passports or providing instructions on creating forged official documents.
- Advertising escort, prostitution, or erotic massage services.
- Content instructing how to purchase drugs on the dark web.
- A video of a user making a purchase with software that generates fake credit card numbers.
- Including a link to an online pharmacy that does not require prescriptions.

Please remember these are just some examples, and don't post content if you think it might violate this policy.

# What happens if content violates this policy

If your content violates this policy, we'll remove the content and send you an email to let you know. If this is your first time violating our Community Guidelines, you'll likely get a warning with no penalty to your channel. If it's not, we may issue a strike against your channel. If you get 3 strikes within 90 days, your channel will be terminated. You can learn more about our strikes system here.

We may terminate your channel or account for repeated violations of the Community Guidelines or Terms of Service. We may also terminate your channel or account after a single case of severe abuse, or when the channel is dedicated to a policy violation. You can learn more about channel or account terminations here.

 Visit Creator Academy for more

Would you rather learn about our Community Guidelines through videos and quizzes? Check out our Creator Academy course.

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

# YouTube policies

- Firearms policy
- Sale of illegal or regulated goods or services policies

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service


English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk

17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- [Help Center](#)

  - [Fix a problem](#)

- o [Watch videos](#)

- o [Manage your account & settings](#)

- o [Supervised experience on YouTube](#)

- o [Join & manage YouTube Premium](#)

- o [Create & grow your channel](#)

- o [Monetize with the YouTube Partner Program](#)

- o [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program

Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows

Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues

Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube

YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers

YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

# What is the issue with this selection?

☐
Inaccurate - doesn't match what I see in the product

☐
Hard to understand - unclear or translation is wrong

☐
Missing info - relevant but not comprehensive

☐
Irrelevant - doesn't match the title and / or my expectations

☐
Minor errors - formatting issues, typos, and / or broken links

☐
Other suggestions - ideas to improve the content

# Share additional info or suggestions



Do not share any personal info
Cancel
Submit
By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.



YouTube Help

**Sign in**

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunity

# Hate speech policy

The safety of our creators, viewers, and partners is our highest priority. We look to each of you to help us protect this unique and vibrant community. It's important you understand our Community Guidelines, and the role they play in our shared responsibility to keep YouTube safe. Take the time to carefully read the policy below. You can also check out this page for a full list of our guidelines.

Note: On June 5, 2019, we announced some changes to our hate speech policies. You can learn more about those changes here. The below policy has been updated with those changes.

Hate speech is not allowed on YouTube. We remove content promoting violence or hatred against individuals or groups based on any of the following attributes:

- Age
- Caste
- Disability
- Ethnicity
- Gender Identity and Expression
- Nationality
- Race
- Immigration Status
- Religion
- Sex/Gender
- Sexual Orientation
- Victims of a major violent event and their kin
- Veteran Status

If you find content that violates this policy, report it. Instructions for reporting violations of our Community Guidelines are available here. If you've found a few videos or comments that you would like to report, you can report the channel.

# What this policy means for you

### If you're posting content

Don't post content on YouTube if the purpose of that content is to do one or more of the following.

- Encourage violence against individuals or groups based on any of the attributes noted above. We don't allow threats on YouTube, and we treat implied calls for violence as real threats. You can learn more about our policies on threats and harassment.
- Incite hatred against individuals or groups based on any of the attributes noted above.

## Other types of content that violates this policy

- Dehumanizing individuals or groups by calling them subhuman, comparing them to animals, insects, pests, disease, or any other non-human entity.
- Praise or glorify violence against individuals or groups based on the attributes noted above.
- Use of racial, religious or other slurs and stereotypes that incite or promote hatred based on any of the attributes noted above. This can take the form of speech, text, or imagery promoting these stereotypes or treating them as factual.
- Claim that individuals or groups are physically or mentally inferior, deficient, or diseased based on any of the attributes noted above. This includes statements that one group is less than another, calling them less intelligent, less capable, or damaged.
- Allege the superiority of a group over those with any of the attributes noted above to justify violence, discrimination, segregation, or exclusion.
- Conspiracy theories saying individuals or groups are evil, corrupt, or malicious based on any of the attributes noted above.
- Call for the subjugation or domination over individuals or groups based on any of the attributes noted above.
- Deny that a well-documented, violent event took place.
- Attacks on a person's emotional, romantic and/or sexual attraction to another person.
- Content containing hateful supremacist propaganda including the recruitment of new members or requests for financial support for their ideology.
- Music videos promoting hateful supremacism in the lyrics, metadata, or imagery.

## Educational content

We may allow content that includes hate speech if the primary purpose is educational, documentary, scientific, or artistic in nature. This is not a free pass to promote hate speech. Examples include:

- A documentary about a hate group: Educational content that isn't supporting the group or promoting ideas would be allowed. A documentary promoting violence or hatred wouldn't be allowed.
- A documentary about the scientific study of humans: A documentary about how theories have changed over time, even if it includes theories about the inferiority or superiority of specific groups, would be allowed because it's educational. We won't allow a documentary claiming there's scientific evidence today that an individual or group is inferior or subhuman.
- Historical footage of an event, like WWII, which doesn't promote violence or hatred.

This policy applies to videos, video descriptions, comments, live streams, and any other YouTube product or feature. For educational content that includes hate speech, this context must appear in the images or audio of the video itself. Providing it in the title or description is insufficient.

## Monetization and other penalties

In some rare cases, we may remove content or issue other penalties when a creator:

- Repeatedly encourages abusive audience behavior.
- Repeatedly targets, insults and abuses a group based on the attributes noted above across multiple uploads.
- Exposes a group with attributes noted above to risks of physical harm based on the local social or political context.
- Creates content that harms the YouTube ecosystem by persistently inciting hostility against  a group with attributes noted above for personal financial gain.

## Examples

Here are examples of hate speech not allowed on YouTube.

- "I'm glad this [violent event] happened. They got what they deserved [referring to persons with the attributes noted above]."
- "[Person with attributes noted above] are dogs" or "[person with attributes noted above] are like animals."

## More examples

- "Get out there and punch a [person with attributes noted above]."

- "Everyone in [groups with attributes noted above] is criminals and thugs."
- "[Person with attributes noted above] is scum of the earth."
- "[People with attributes noted above] are a disease."
- "[People with attributes noted above] are less intelligent than us because their brains are smaller."
- "[Group with any of the attributes noted above] threaten our existence, so we should drive them out at every chance we get."
- "[Group with any of the attributes noted above] has an agenda to run the world and get rid of us."
- "[Attribute noted above] is just a form of mental illness that needs to be cured."
- "[Person with any of the  attributes noted above] shouldn't be educated in schools because they shouldn't be educated at all."
- "All of the so-called victims of this violent event are actors. No one was hurt, and this is just a false flag."
- "All of the 'so-called victims' of this are actors. No one was hurt."
- Shouting "[people with attributes noted above] are pests!" at someone regardless of whether the person does or does not have the alleged attributes
- Video game content which has been developed or modified ("modded") to promote violence or hatred against a group with any of the attributes noted above.

Please remember these are just some examples, and don't post content if you think it might violate this policy.

## What happens if content violates this policy

If your content violates this policy, we'll remove the content and send you an email to let you know. If this is your first time violating our Community Guidelines, you'll likely get a warning with no penalty to your channel. If it's not, we may issue a strike against your channel. If you get 3 strikes within 90 days, your channel will be terminated. You can learn more about our strikes system here.

We may terminate your channel or account for repeated violations of the Community Guidelines or Terms of Service. We may also terminate your channel or account after a single case of severe abuse, or when the channel is dedicated to a policy violation. You can learn more about channel or account terminations here.

If we think your content comes close to hate speech, we may limit YouTube features available for that content. You can learn more about limited features here.

- The importance of context
- Recent transparency report
- Limited features for certain videos

 Visit Creator Academy for more

Would you rather learn about our Community Guidelines through videos and quizzes? Check out our Creator Academy course.

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

# YouTube policies

- Harmful or dangerous content policies
- Violent or graphic content policies
- Violent criminal organizations policy
- Hate speech policy
- Harassment & cyberbullying policies

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių

14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- [Help Center](#)

  o [Fix a problem](#)

**660**

- o [Watch videos](#)

- o [Manage your account & settings](#)

- o [Supervised experience on YouTube](#)

- o [Join & manage YouTube Premium](#)

- o [Create & grow your channel](#)

- o [Monetize with the YouTube Partner Program](#)

- o [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program

Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows

Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues

Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube

YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers

YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

# What is the issue with this selection?

Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

# Share additional info or suggestions



Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.



YouTube Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunity

# Violent criminal organizations policy

The safety of our creators, viewers, and partners is our highest priority. We look to each of you to help us protect this unique and vibrant community. It's important you understand our Community Guidelines, and the role they play in our shared responsibility to keep YouTube safe. Take the time to carefully read the policy below. You can also check out this page for a full list of our guidelines.

Content intended to praise, promote, or aid violent criminal organizations is not allowed on YouTube. These organizations are not allowed to use YouTube for any purpose, including recruitment.

If you find content that violates this policy, report it. Instructions for reporting violations of our Community Guidelines are available here. If you've found a few videos or comments that you would like to report, you can report the channel.

If you believe anyone is in immediate danger, you should reach out to your local law enforcement agency to report the situation immediately.

## What this means for you

### If you're posting content

Don't post content on YouTube if it fits any of the descriptions noted below.

- Content produced by violent criminal or terrorist organizations
- Content praising or memorializing prominent terrorist or criminal figures in order to encourage others to carry out acts of violence

- Content praising or justifying violent acts carried out by violent criminal or terrorist organizations
- Content aimed at recruiting new members to violent criminal or terrorist organizations
- Content depicting hostages or posted with the intent to solicit, threaten, or intimidate on behalf of a violent criminal or terrorist organization
- Content that depicts the insignia, logos, or symbols of violent criminal or terrorist organizations in order to praise or promote them

If posting content related to terrorism or crime for an educational, documentary, scientific, or artistic purpose, be mindful to provide enough information in the video or audio itself so viewers understand the context. Graphic or controversial footage with sufficient context may be subject to age-restrictions or a warning screen.

This policy applies to videos, video descriptions, comments, live streams, and any other YouTube product or feature.  Please note this is not a complete list.

## Examples

Here are some examples of content that's not allowed on YouTube.

- Raw and unmodified reuploads of content created by terrorist or criminal organizations
- Celebrating terrorist leaders or their crimes in songs or memorials
- Celebrating terrorist or criminal organizations in songs or memorials
- Content directing users to sites that espouse terrorist ideology, are used to disseminate prohibited content, or are used for recruitment
- Video game content which has been developed or modified ("modded") to glorify a violent event, its perpetrators, or support violent criminal or terrorist organizations

Please remember these are just some examples, and don't post content if you think it might violate this policy.

## What happens if content violates this policy

If your content violates this policy, we'll remove the content and send you an email to let you know. If this is your first time violating our Community Guidelines, you'll likely get a warning with no penalty to your channel. If it's not, we may issue a strike against your channel. If you get 3 strikes within 90 days, your channel will be terminated. You can learn more about our strikes system here.

We may terminate your channel or account for repeated violations of the Community Guidelines or Terms of Service. We may also terminate your channel or account after a single case of severe abuse, or when the channel is dedicated to a policy violation. You can learn more about channel or account terminations here.

 Visit Creator Academy for more

Would you rather learn about our Community Guidelines through videos and quizzes? Check out our Creator Academy course.

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

# YouTube policies

- Harmful or dangerous content policies
- Violent or graphic content policies
- Violent criminal organizations policy
- Hate speech policy
- Harassment & cyberbullying policies

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių

14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- [Help Center](Help Center)


  o [Fix a problem](Fix a problem)

**667**
862

- ○ [Watch videos](#)

- ○ [Manage your account & settings](#)

- ○ [Supervised experience on YouTube](#)

- ○ [Join & manage YouTube Premium](#)

- ○ [Create & grow your channel](#)

- ○ [Monetize with the YouTube Partner Program](#)

- ○ [Policy, safety, & copyright](#)

- • [Community](#)

- • [YouTube](#)

- • [Privacy Policy](#)

- • [YouTube Terms of Service](#)

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program
Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows
Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues
Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues
Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube
YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers
YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

# What is the issue with this selection?

Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

# Share additional info or suggestions



Do not share any personal info
Cancel
Submit
By continuing, you agree Google uses your answers, account & system info to improve
services, per our Privacy & Terms.

YouTube Help



Help CenterCommunity

# The importance of context

Context is very important for all videos, but it's particularly important when posting graphic content. Content that is educational, scientific, newsworthy, or a documentary may often contain graphic content. This type of content is allowed on YouTube if it includes context. Adding details explaining your video helps users find and understand your content. It also helps the YouTube team review your video if it gets flagged.

For example, a video posted by a citizen journalist capturing footage of protesters being beaten would likely be allowed if it includes relevant context. In this example, relevant information could be a list of tips at the beginning of the video on how to stay safe when at a protest. Or, a voice-over narration about the protest's history. The video should also have a clear title or description indicating that it is reporting on or documenting  the content.

## Guidelines for adding context

YouTube is not a home for glorifying violence or promoting hate. Graphic or controversial footage may be allowed if it's educational but it may also have age-restrictions or a warning screen.

## Do's and don'ts

What you should do

- Consider the intention of your video — is it to inform and educate or to shock and incite?
- Provide voiceover or text narration to your video. You can do this while recording or add it later while editing.

- Make sure the context can be seen or heard easily by someone watching the video. It's important to add information to the description and title as well as in the video content itself.

  You can learn more about context in our Creator Academy.

  What you <u>shouldn't</u> do

- Make violence the focus of your video.
- Emphasize violent content by zooming, looping, or using other editing techniques that take away from your message.
- Try to shock or disgust your viewers.
- Use your video to glorify or celebrate violent acts.
- Rely on metadata alone to provide context. Metadata can be supportive but a viewer should be able to understand the context from watching and listening to the video alone.

# Tips for adding context before and after uploading

How to add context before you upload

Adding context within your video helps us understand background and intent. With violence content or content related to terrorism, add an introduction, voiceover commentary, or text overlays to provide additional context. It is essential that you add informative or clarifying information within your video before uploading to help our teams understand the context, and don't rely solely on the video title or description to make your intent clear.

You should also avoid zooming in or sustained focus on the most graphic sections of the video, as we don't allow gratuitous violence.

There are many third-party apps for both your computer and mobile device that allow you to edit your video: adding text overlays, title screens, and audio tracks. Once edited, you can then save it or export it directly to YouTube.

How to add context after you upload

If you were unable to add sufficient context to your initial video upload, you can also add additional context after uploading. This additional context is important but if your video contains highly sensitive content, you will still need to provide context in the video itself.

- Provide an informative and relevant title. You can pack in a lot of information here, even if you're on the move on a mobile device.

- Avoid using descriptions, titles, tags and thumbnails that highlight the most provocative or shocking aspects of your video.
- Use YouTube tools to include descriptive information in your video, i.e. who, what, when, where and why did it occur?
- Use cards to link to relevant websites, such as a related news story or artist statement.
- If your footage is sensitive and requires visual anonymity, check out YouTube's blurring tool.
- Check out organizations like Witness that provide free resources for video activists, trainers, and their allies.

Give feedback about this article
Choose a section to give feedback on



Was this helpful?
YesNo

Submit

# YouTube policies

- The importance of context
- Creator responsibility
- Best Practices for Content with Children
- Staying safe on YouTube
- Content policies for YouTube Kids

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service


English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski

10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- [Help Center](#)

- o [Fix a problem](#)

- o [Watch videos](#)

- o [Manage your account & settings](#)

- o [Supervised experience on YouTube](#)

- o [Join & manage YouTube Premium](#)

- o [Create & grow your channel](#)

- o [Monetize with the YouTube Partner Program](#)

- o [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program

Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows

Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues

Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube

YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

# What is the issue with this selection?

Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links



Other suggestions - ideas to improve the content

## Share additional info or suggestions



Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.



YouTube Help

**Sign in**

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunity

# Policy, safety, and copyright

## YouTube policies

- Best practices for creators
- Spam & deceptive practices
- Sensitive content
- Violent or dangerous content
- Regulated goods
- Misinformation policies
- Legal policies

## Privacy and safety center

- Privacy resources
- Safety resources
- Made for kids content

## Reporting and enforcement

- Reporting
- Manage content
- Community Guidelines enforcement

## Legal policies

- Trademark
- Counterfeit

- Defamation
- Other legal issues
- Stored music policy
- Other legal complaints
- 
- 

# Copyright and rights management

- Learn about copyright on YouTube
- Copyright claim basics
- Detailed claim issues
- Submit and retract claims
- Copyright management tools

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina

23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback about our Help Center



Google Help

- [Help Center](#)

  - [Fix a problem](#)

  - [Watch videos](#)

  - [Manage your account & settings](#)

- o [Supervised experience on YouTube](#)

- o [Join & manage YouTube Premium](#)

- o [Create & grow your channel](#)

- o [Monetize with the YouTube Partner Program](#)

- o [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program

Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows

Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues

Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube

YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers

YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

Send feedback on...

This help content & information General Help Center experience

YouTube Help



Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunity

# Best practices for creators

- The importance of context
- Creator responsibility
- Best Practices for Content with Children
- Staying safe on YouTube
- Content policies for YouTube Kids

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands

16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback about our Help Center



Google Help

- [Help Center](#)

- o [Fix a problem](#)

- o [Watch videos](#)

- o [Manage your account & settings](#)

- o [Supervised experience on YouTube](#)

- o [Join & manage YouTube Premium](#)

- o [Create & grow your channel](#)

- o [Monetize with the YouTube Partner Program](#)

- o [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program

Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows

Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues

Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube

YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers

YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

Send feedback on...

This help content & information General Help Center experience

YouTube Help



Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunity

# Creator responsibility

Creators are the heart of YouTube. Part of being a creator means that you're a member of a large and influential global community. We look to you to help us preserve and protect this unique and vibrant group.

As a creator on YouTube, you agree to follow our:

- Community Guidelines
- Terms of Service

It's important that you understand these guidelines and their role in our shared responsibility to keep the YouTube ecosystem healthy. Violating these guidelines may result in your videos being deleted, your channel receiving strikes, or for serious or repeated violations, your channel being restricted or even terminated.

## Earning money on your content

Creators who want to monetize content will need to follow additional guidelines:

- AdSense Program Policies
- YouTube monetization policies
- Advertiser-friendly content guidelines

By respecting these guidelines, you'll help us to prevent potentially inappropriate videos from monetizing, which can hurt revenue for everyone.

If you don't follow these guidelines, it may lead you to incur penalties, such as disabling ads on your content, or suspending your channel from the YouTube Partner Program.

Learn more about our monetization policies.

## Protecting the YouTube community

Remember that as YouTube creators, you should remain responsible both on and off the platform. If we see that a creator's on- and/or off-platform behavior harms our users, community, employees or ecosystem, we may take action to protect the community.

Beyond the content you upload to YouTube, here are some examples of on- and/or off-platform behavior that we may consider to be inappropriate and result in penalties:

- Intending to cause malicious harm to others.
- Participating in abuse or violence, demonstrating cruelty, or participating in fraudulent/deceptive behavior leading to real world harm.

While these behaviors are rare, they can cause widespread harm to the YouTube community, and potentially damage the trust among creators, users, and advertisers.

Severe violations that cause widespread harm to the community may have repercussions beyond standard enforcement actions. These restrictions may include:

- YouTube Originals and YouTube Spaces experiences: YouTube Originals may be suspended, cancelled, or removed, and you may lose access to YouTube Pop-up Spaces and virtual gatherings.
- Monetization, partner management, and promotional opportunities: Your channel may lose the ability to serve ads, earn revenue, and potentially be removed from the YouTube Partner Program, including losing access to partner management and creator support. You may also be removed from YouTube Select Lineups.
- Video recommendations: Your videos may no longer be eligible to be recommended on YouTube, and could lose benefits such as appearing on our Home page, Trending tab, or in Watch Next recommendations.

## Additional resources

Use these resources to learn more about YouTube policies:

- Terms of Service: All content uploaded to YouTube must comply with these terms.
- Community Guidelines: All content uploaded to YouTube must comply with these guidelines.
- AdSense Program Policies: To be eligible for monetization, videos must comply with these policies.
- YouTube monetization policies: To be eligible for monetization on YouTube, videos must comply with these policies.

- **Advertiser-friendly content guidelines:** To be eligible for advertising, videos must comply with these guidelines. If you want to upload content that does not comply with these guidelines, turn off ads on those videos.
- Creator Academy: Get tips on making advertiser-friendly content, learn best practices for family-friendly videos, and, understand how to foster a positive community with your channel.
- **The importance of context:** Adding context within your video helps us understand background and intent. We do allow controversial videos that have educational, documentary, scientific or artistic intent.
- Learn how to report inappropriate content here.

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

# YouTube policies

- The importance of context
- Creator responsibility
- Best Practices for Content with Children
- Staying safe on YouTube
- Content policies for YouTube Kids

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français

9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- [Help Center](#)

- o [Fix a problem](#)

- o [Watch videos](#)

- o [Manage your account & settings](#)

- o [Supervised experience on YouTube](#)

- o [Join & manage YouTube Premium](#)

- o [Create & grow your channel](#)

- o [Monetize with the YouTube Partner Program](#)

- o [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program

Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows

Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues

Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube

YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers

YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

## What is the issue with this selection?

Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links



Other suggestions - ideas to improve the content

## Share additional info or suggestions



Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.



YouTube Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunity

# Best Practices for Content with Children

We want creators to continue to have fun and be creative, but we ask that you follow our Community Guidelines. You should always be smart about the content you post online and ask for permission before you upload a video featuring someone to YouTube.

Anyone posting content with minors must do the following:

- Respect privacy. Secure consent from the minor's parent or legal guardian before featuring them in your video. Make sure their participation in your video is voluntary.
- Moderate user comments on your videos. There are tools at your disposal to filter and review comments, and you can always flag comments to us for spam or abuse.
- Manage your video's privacy and embed settings. You have several options to control who can view your video and how it's shared on external sites.

Please make sure you understand and follow the law. You must comply with all the laws, rules, and regulations related to working with minors. Some areas you should know about are:

- Permits: Review local laws and regulations to find out if minors in your videos need a permit, registration, or license to work. You should also know if you need a permit or authorization to employ minors.
- Wages/Revenue Sharing: You must follow applicable laws around paying minors for their work. In some cases, you may be required to pay a wage to minors. In others, you may be required to provide a share of the revenue you are making from the videos to the minors directly, or set aside a portion that is protected for the minor.
- School & Education: Participation of minors in your content must follow all applicable laws to protect from interference with adequate schooling and education.
- Working Environment, Hours & Breaks: The working environment must be safe for the minor. They must have time for rest, education, and recreation each day. Minors should

not work into the night. You should also follow all local laws for times of work and limits on hours worked every day/week.

For more information, check out the Creator Academy course about Child Safety on YouTube.

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

# YouTube policies

- The importance of context
- Creator responsibility
- Best Practices for Content with Children
- Staying safe on YouTube
- Content policies for YouTube Kids

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių

14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- Help Center

  o Fix a problem

- o [Watch videos](#)

- o [Manage your account & settings](#)

- o [Supervised experience on YouTube](#)

- o [Join & manage YouTube Premium](#)

- o [Create & grow your channel](#)

- o [Monetize with the YouTube Partner Program](#)

- o [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

**697**

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program

Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows

Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues

Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube

YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers

YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

# What is the issue with this selection?

Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

# Share additional info or suggestions



Do not share any personal info
Cancel
Submit
By continuing, you agree Google uses your answers, account & system info to improve
services, per our Privacy & Terms.



YouTube Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunity

# YouTube Privacy Guidelines

## YouTube Privacy Guidelines

We're serious about protecting our users by addressing potential privacy concerns. Our privacy guidelines apply to all users across the world. In other words, while the video in question may not violate your country's privacy laws, it may still violate YouTube's privacy guidelines.

YouTube privacy guidelines aim at protecting users' privacy while balancing public interest and newsworthiness. If you believe the content violates other YouTube Community Guidelines, we encourage you to learn how to report inappropriate content.

### How does YouTube determine if content should be removed for a privacy violation?

For content to be considered for removal, an individual must be uniquely identifiable and the complaint we received from that individual, or their legal representative, must uniquely identify the individual by a combination of image, voice, full name, government identification number, bank account number, contact information (e.g. home address, email address), or other uniquely identifiable information. We also take into account public interest, newsworthiness, consent, and whether the information is otherwise publicly available when determining if content should be removed for a privacy violation. YouTube reserves the right to make the final determination of whether a violation of its privacy guidelines has occurred.

### What does uniquely identifiable mean?

To be considered uniquely identifiable, there must be enough information in the video that allows others to recognize you. Note that just because you can identify yourself

within the video, it does not mean you're uniquely identifiable to others. A first name without additional context or a fleeting image, for example, would not likely qualify as uniquely identifiable.

## How YouTube's privacy process works

If a privacy complaint is filed, YouTube may give the uploader an opportunity to remove or edit the private information within their video. We issue notification of the potential violation and give the uploader 48 hours to act on the complaint. If the uploader removes the video during these 48 hours, the complaint filed will be closed. If the potential privacy violation remains on the site after 48 hours, the YouTube Team will then review the complaint.

Our Privacy Complaint Process also accounts for cases that warrant urgent removal of personal or financial data.

## Reporting a privacy violation

To file a privacy complaint, start the Privacy Complaint Process. As the complainant, your privacy is respected in this process. At no point will your identity or contact information be released to the uploader without your consent. Our communications to you about this process will be sent to the email address you give to us. Add support@youtube.com to your spam filter to make sure you get these messages.

First-party claims are required.

We do not accept claims made on behalf of third parties except in the following situations:

- The individual whose privacy is being violated does not have access to a computer
- The individual whose privacy is being violated is a vulnerable individual
- The claim is being made by the parent or legal guardian of the individual whose privacy is being violated
- The claim is being made by a legal representative for the individual whose privacy is being violated

We will not accept privacy complaints filed on behalf of:

- Other family members (such as husband, wife, cousin, brother, sister)
- Coworkers or employees (individuals must submit a report themselves)
- A company

Tips on filing a complete privacy complaint

- Be clear and concise so that the YouTube Team can identify you within the video.

- Use timestamps to indicate all places where you appear in the video.
- In the description area, specify what you are wearing or doing that differentiates you from others within the video.
- Make sure you've included the video URL in your report. If you're reporting an entire channel, you're not required to submit a URL.
- If you are reporting a comment made in the comments section of a video, note it in the description area. Include the commenter's username in the username field.

## Receiving notice of a privacy violation

YouTube may give you, the uploader, an opportunity to remove or edit the private information within your video. In this case, we would email you about the potential violation and allow you 48 hours to act on the complaint. If you remove the alleged violation from the site within the 48 hours, the complaint filed will then be closed. If the potential privacy violation remains on the site after 48 hours, the complaint will be reviewed by the YouTube Team.

If we remove your video for a privacy violation, do not upload another version featuring the same people. These people will likely file another privacy complaint or report you for harassment. We're serious about protecting our users and suspend accounts that violate people's privacy.

### How can I act on the complaint?

- You can remove the reported content completely from the site.
- If someone's full name or other personal information is listed within the title, description, or tags of your video, you can edit these details by going to Videos and clicking the Edit button on the reported video.
- You can blur the faces of individuals who appear in the videos.

Incomplete methods of removal are not acceptable, and include:

- Making a video private as the uploader can change the status from private to public at any time.

Give feedback about this article
Choose a section to give feedback on



Was this helpful?
YesNo

Submit

# Privacy resources

- Protecting your identity
- Turn Restricted Mode on or off
- Change video privacy settings
- Your Data in YouTube

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский

31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- [Help Center](#)

  o [Fix a problem](#)

  o [Watch videos](#)

  o [Manage your account & settings](#)

  o [Supervised experience on YouTube](#)

  o [Join & manage YouTube Premium](#)

- o [Create & grow your channel](#)

- o [Monetize with the YouTube Partner Program](#)

- o [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program

Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows

Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues

Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium

membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues
Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube
YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers
YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

# What is the issue with this selection?



Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

# Share additional info or suggestions

Do not share any personal info
Cancel
Submit
By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.



YouTube Help

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunity

# Block a commenter

You can hide comments from specific viewers from showing on your channel. Additionally, their comments won't show on your Comments page in YouTube Studio.

To report abuse, harassment, inappropriate content, or privacy complaints, visit the Safety Center.

## Block a commenter

To hide comments from a specific viewer:

1. Find a comment they've left on your channel or video.
2. Next to the comment, select More ▤▤ Hide user from channel.

## Block a commenter in YouTube Studio

You can also block a channel in YouTube Studio:

1. Find the commenter's channel URL from their channel homepage.
2. Open YouTube Studio.
3. From the left menu, select Settings ▤ Community.
4. In the "Hidden users" box, paste the channel URL.
5. Select Save.

## Check who you've blocked from commenting

A list of channels whose comments you've hidden is available in YouTube Studio.

1. Sign in to YouTube Studio.
2. From the left menu, select Settings Community.
3. Review channels you've blocked from commenting in the "Hidden users" box.

## Unblock a commenter

You can remove individuals from your "Hidden users" list in YouTube Studio.

1. Sign in to YouTube Studio.
2. From the left menu, select Settings Community.
3. Select Remove next to the commenter that you'd like to allow to comment.

## FAQ

### What's the difference between blocking and hiding someone?

There's no difference. Though creators use both terms, they have the same meaning.

### What happens when you block someone?

All previous comments on your videos from that channel should be hidden within 48 hours.

### If you block someone, do they get a notification?

No. YouTube does not send a notification if you block someone.

### What happens when you unblock someone?

Any future comments from the channel will show on your videos and in YouTube Studio. Previous comments from that channel on your videos will still be hidden.
Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo

Submit

# Manage your community & comments

- Learn about comment settings
- Choose comment settings
- Review and reply to comments
- Block a commenter
- Manage spam in comments
- Use Smart Replies in YouTube Studio

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά

29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- [Help Center](#)

  o [Fix a problem](#)

  o [Watch videos](#)

  o [Manage your account & settings](#)

  o [Supervised experience on YouTube](#)

- o [Join & manage YouTube Premium](#)

- o [Create & grow your channel](#)

- o [Monetize with the YouTube Partner Program](#)

- o [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program

Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows

Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues

Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube

YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers

YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

## What is the issue with this selection?



Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

## Share additional info or suggestions

Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.



YouTube Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunity

# Learn about comment settings

We've simplified the comment moderation experience and merged the two moderation tabs, "Held for review" and "Likely spam," in YouTube Studio. Now, comments automatically held by YouTube will appear in the combined "Held for review" tab for up to 60 days.

You can choose to hold some comments for review before they're shown on your video or channel. Learn how to change your comment settings.

## Comment settings for videos

The following comment settings can be used for individual videos.

Hold potentially inappropriate comments for review
Potentially inappropriate comments are held for review on your Comments page, under the "Held for review" tab for up to 60 days. You can view these comments from YouTube Studio, not the watch page.

At the bottom of the tab, you may see a link to "Show hidden comments." Click it to view potentially hurtful comments that are automatically held for review.

YouTube can hold potentially inappropriate comments for review in over 100 languages. YouTube's system works to find potentially inappropriate comments, but it's not always correct. As you review comments, the system gets better at finding comments to hold for review.
If there are more words or phrases you want to hold for review, add them to your blocked words list.

# Hold all comments for review

All comments must be manually approved before they can show. Comments can be reviewed on your Comments page, under the "Held for review" tab for up to 60 days. Learn how to review held comments.

# Allow all comments

All comments left on your video are immediately visible. You can view these comments on your Comments page, under the "Published" tab.

Viewers can still report inappropriate comments and spam. Comments that violate our Community Guidelines may be removed. Comments that are likely spam may be automatically held for review in YouTube Studio for up to 60 days.

# Turn off comments

If you turn off comments for your video, viewers can't comment. "Comments are disabled for this video. Learn more." will show beneath your video.

# Channel level comment settings

# Hidden users

You can choose to hide comments from specific commenters across all videos on your channel.

Learn how to hide comments from a specific channel.

Blocked words

You can add a list of words and phrases that you don't want to show in comments to your blocked words lists.

Comments closely matching these terms may be held for review for up to 60 days, unless they're from someone on your approved user list. Live chat messages containing these terms will also be blocked.

Comments with blocked words can be reviewed and approved on your Comments page, under the "Held for review" tab.

To add to your blocked words lists:

1. Open YouTube Studio.
2. From the left, click Settings ▤ Community.
3. Under the "Automated Filters" tab, scroll to "Blocked words."
4. Add words and phrases separated by commas.
5. Select SAVE.

# Block comments with links

You can hold comments that contain hashtags and URLs for review. Here's how:

1. Open YouTube Studio.

2. From the left, click Settings ▤ Community.
3. Under the "Automated Filters" tab, select Block links.

Comments with links won't be blocked if they're posted by you, moderators, or approved users.
Live chat messages with URLs are also blocked.
Comments with hashtags and links can be reviewed and approved on your Comments page, under the "Held for review" tab for up to 60 days.

## Default comment settings

You can apply the same comment setting to all new video uploads. Changing your default settings for new video uploads will not impact existing videos.
You can choose different comment settings for individual videos after upload. Learn how to change your default comment settings for new videos.

## Channel homepage comment settings

You can change your setting for new comments on the Discussion or Community tab of your channel. Learn how to change your channel's comment settings.

## FAQ about comment settings

## Can I block certain words, links, or users from one specific video?

No. Hidden users, blocked words, and link blocking automatically apply to all videos and to your channel homepage.
Note: Changes to your comment settings only apply to new videos.

## Can I review comments from hidden users?

No. Comments from hidden users don't show in YouTube Studio.

## Can I review comments that are blocked for specific words or links?

Yes. Comments with blocked words or links can be reviewed and approved on your Comments page, under the "Held for review" tab for up to 60 days.

## If I turn comments off and back on again, do my old comments come back?

Yes. If you turn comments off and back on again, existing comments will reappear.
If you turn off comments, existing comments can't be seen on the watch page or in YouTube Studio.

# If I change my settings, are existing comments impacted?

Impacted

Comments on new video uploads.

New comments on your channel homepage. (For example Community or Discussion tab).

Not impacted

Existing comments on previously uploaded videos.

New comments on previously uploaded videos. Learn how to change the comment setting of a previously uploaded video.

Existing comments on your channel homepage.

Exception: If you turn off comments on your channel homepage, all previous comments are hidden.

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

## Manage your community & comments

- Learn about comment settings
- Choose comment settings
- Review and reply to comments
- Block a commenter
- Manage spam in comments
- Use Smart Replies in YouTube Studio

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)

7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- [Help Center](#)

  - [Fix a problem](#)

  - [Watch videos](#)

  - [Manage your account & settings](#)

  - [Supervised experience on YouTube](#)

  - [Join & manage YouTube Premium](#)

  - [Create & grow your channel](#)

  - [Monetize with the YouTube Partner Program](#)

  - [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program

Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows

Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues

Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube

YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers

YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

What is the issue with this selection?

Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations



Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

## Share additional info or suggestions



Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.



YouTube Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunity

# Choose comment settings

Note: This feature may not be available with supervised experiences on YouTube. Learn more here.

You can change your comment settings in YouTube Studio. Learn about different comment settings.

Comments aren't available when:

- A channel or video's audience is set as made for kids.

  Or

- A video is private.

  If you want to allow comments on a video that's not publicly available, post an unlisted video instead.

  Note: Comments will be permanently deleted 30 days from when a channel or video is set as made for kids.

## Change your default comment settings

Choose your default comment setting. This change applies to comments on new videos and new comments on your channel homepage.

1. Sign in to YouTube Studio.
2. From the left menu, select Settings.

3. Select Community Defaults.
4. Select your default settings:
- If you have the Community tab: Choose your default settings under "Comments on your channel."
- If you don't have the Community tab: Choose your default setting for new video uploads under "Comments on your new videos." Choose your default setting for new comments on the Discussion tab under "Comments on your Discussion tab."
5. Select Save.

## Change comment settings on a video

You can change comment settings for an individual video from your Content page. You can also change comment settings for multiple videos at once with bulk edits.

1. Sign in to YouTube Studio.
2. From the left menu, select Content.
3. Click a video's thumbnail.
4. Select the More options tab.
5. Under "Comments and ratings," choose your comment settings.
6. Select Save.

## Change default comment view

You can change how comments are ordered on your video's watch page. You can order comments by top comments or by date added.

1. Sign in to YouTube Studio.
2. From the left menu, select Content.
3. Click a video's thumbnail.
4. Select the More options tab.
5. Under "Comments and ratings," select Sort by.
6. Choose between "Top" and "Newest," then select Save.

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo

Submit

# Manage your community & comments

- Learn about comment settings
- Choose comment settings
- Review and reply to comments
- Block a commenter
- Manage spam in comments
- Use Smart Replies in YouTube Studio

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά

29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- [Help Center](Help Center)

  - [Fix a problem](Fix a problem)

  - [Watch videos](Watch videos)

  - [Manage your account & settings](Manage your account & settings)

  - [Supervised experience on YouTube](Supervised experience on YouTube)

- o [Join & manage YouTube Premium](#)

- o [Create & grow your channel](#)

- o [Monetize with the YouTube Partner Program](#)

- o [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program
Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows
Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues

Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube

YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers

YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

## What is the issue with this selection?



Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

## Share additional info or suggestions

Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.



YouTube Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunity

# Set your channel or video's audience

Regardless of your location, you're legally required to comply with the Children's Online Privacy Protection Act and/or other laws. You're required to tell us that your videos are made for kids if you make kids content.

As a YouTube creator, you are required to set future and existing videos as made for kids or not. Even creators who don't make content for kids need to set their audience. This will help ensure that we offer the appropriate features on your content.

To help you comply, there are made for kids audience settings on YouTube Studio. You can set your audience:

- At the channel level, which will set all of your future and existing content as made for kids or not.
- Or, at the video level. If you choose this option, you'll need to set each existing and future video as made for kids or not.

Note:

- To set your audience as made for kids, you'll need to do so in YouTube Studio. You won't be able to do so in Creator Studio Classic.
- We'll make the audience selection tool available to third-party applications and the YouTube API Services in the near future. For now, please use YouTube Studio to upload made for kids content.

Important: Why every creator must set their audience

These changes are required as part of a settlement with the US Federal Trade Commission (FTC) and NY Attorney General, and will help you comply with the

Children's Online Privacy Protection Act (COPPA) and/or other applicable laws. Regardless of your location, we require you to tell us whether or not your videos are made for kids. If you fail to set your audience accurately, you may face compliance issues with the FTC or other authorities, and we may take action on your YouTube account. Learn more about the FTC's enforcement of COPPA.

A few notes:

- We use machine learning to help us identify videos that are clearly directed to young audiences. We trust you to set your audience accurately, but we may override your audience setting choice in cases of error or abuse.
- Do not rely on our systems to set your audience for you because our systems may not identify content that the FTC or other authorities consider to be made for kids.
- If you need help determining whether or not your content is made for kids, check out this Help Center article or consult legal counsel.
- Videos that you set as "made for kids" are more likely to be recommended alongside other kids' videos.
- If you've already set your audience for your video and YouTube detects error or abuse, you may see your video set as "Set to Made for Kids". You won't be able to change your audience setting. If you think we made a mistake, you can appeal.

Computer AndroidiPhone & iPad

## Set your channel's audience

Simplify your workflow by selecting a channel setting. This setting will affect existing and future videos. If you choose not to select a channel setting, you'll be required to identify each video on your channel that's made for kids. Settings for individual videos will override the channel setting.

This will also restrict certain features on your channel. If you aren't sure whether or not your videos are made for kids, check out this Help Center article.

1. Sign in to studio.youtube.com (Web studio only).
2. On the left menu, click Settings.
3. Click Channel.
4. Click the Advanced Settings tab.
5. Under Audience, select:
1. "Yes, set this channel as made for kids. I always upload content that's made for kids."
2. "No, set this channel as not made for kids. I never upload content that's made for kids."
3. "I want to review this setting for every video."
6. Click Save.

Set your video's audience

You can set individual videos as made for kids. This is a good option if only some of your videos are made for kids. If you aren't sure whether or not your content is made for kids, check out this Help Center article.

## Set your audience during upload

1. Go to studio.youtube.com. Note: to set your audience as made for kids, you'll need to use YouTube Studio. You won't be able to do so in Creator Studio Classic.
2. In the upper right hand corner, click the upload icon.
3. Click Upload video (beta). If you don't see this, click Upload video.
4. On the Basic info tab, scroll to Audience.
5. Select:
- "Yes, it's made for kids".
- "No, it's not made for kids".
6. Click Next to continue uploading your content.

Once you've uploaded your video, it'll be labeled as "Made for kids - set by you" in your Uploads list.

## Update the audience setting on existing videos

You may notice that YouTube has already set some videos as "made for kids". Since you haven't had a chance yet to set your videos or channel as made for kids or not, you'll be able to do this now:

1. Sign in to studio.youtube.com.
2. From the left menu, select Content.
3. Check the boxes next to the videos you'd like to edit. Note: You can select all of your videos by checking the box next to "Video" at the top of your upload list.
4. Select Edit ▤ Audience ▤ "Yes, it's made for kids."
5. Select UPDATE VIDEOS.

A few notes:

- We use machine learning to help us identify videos that are clearly directed to young audiences. We trust you to set your audience accurately, but we may override your audience setting choice in cases of error or abuse.
- Do not rely on our systems to set your audience for you because our systems may not identify content that the FTC or other authorities consider to be made for kids.
- If you need help determining whether or not your content is made for kids, check out this Help Center article or consult legal counsel.
- Videos that you set as "made for kids" are more likely to be recommended alongside other kids' videos.

- If you've already set your audience for your video and YouTube detects error or abuse, you may see your video set as "Set to Made for Kids". You won't be able to change your audience setting. If you think we made a mistake, you can appeal.

## Set your live stream's audience

### Set your audience when creating a live stream

If you aren't sure whether or not your content is made for kids, check out this Help Center article.

1. Go to studio.youtube.com.
2. In the upper right hand corner, click the upload icon.
3. Click Go live. Note: Clicking this will send you to the Live Control Room. You won't be able to set your live stream's audience using our Classic live streaming tools, so you'll need to do so using the Live Control Room.
4. After you've filled out the basic information and selected a privacy setting, scroll to Audience.
5. Select:
- "Yes, it's made for kids".
- "No, it's not made for kids".
6. Click Next to continue setting up your live stream.

### Update the audience setting on archived live streams

You may notice that YouTube has already set some archived live streams as "made for kids". Since you haven't had a chance yet to set your archived live streams as made for kids or not, you'll be able to do this now:

1. Sign in to studio.youtube.com.
2. From the left menu, select Content.
3. Click the Live tab.
4. Check the boxes next to the videos you'd like to edit. Note: You can select all of your videos by checking the box next to "Live stream" at the top of the list.
5. Select Edit ▤ Audience ▤ "Yes, it's made for kids" if it's kids content. Or, select "No, it's not made for kids" if it isn't kids content.
6. Select UPDATE VIDEOS.

A few notes:

- We use machine learning to help us identify videos that are clearly directed to young audiences. We trust you to set your audience accurately, but we may override your audience setting choice in cases of error or abuse.

- Do not rely on our systems to set your audience for you because our systems may not identify content that the FTC or other authorities consider to be made for kids.
- If you need help determining whether or not your content is made for kids, check out this Help Center article or consult legal counsel.
- Videos that you set as "made for kids" are more likely to be recommended alongside other kids' videos.
- If you've already set your audience for your video and YouTube detects error or abuse, you may see your video set as "Set to Made for Kids". You won't be able to change your audience setting. If you think we made a mistake, you can appeal.

## What happens when your content is set as made for kids

We limit data collection and use on made for kids content to comply with the law. This means we need to restrict or disable certain features like comments, notifications, and others.

Most importantly, we don't serve personalized ads on kids content, as required by the Children's Online Privacy Protection Act (COPPA) and/or other applicable laws. Not serving personalized ads on kids content may result in a decrease in revenue for some creators who mark their content as made for kids. We recognize that this won't be easy for some creators, but these are important steps to take to ensure compliance with COPPA and other applicable laws.

Read below for a list of affected features:

If you set a video or live stream as made for kids
Starting in January, when you set your audience as "made for kids", we'll restrict certain features to comply with the Children's Online Privacy Protection Act (COPPA) and other applicable laws. When this happens, the following features won't be available on individual videos or live streams:

- Autoplay on home
- Cards or end screens
- Video watermarks
- Channel Memberships
- Comments
- Donate button
- Likes and dislikes on YouTube Music
- Live chat or live chat donations
- Merchandise and ticketing
- Notification bell
- Personalized advertising
- Playback in the Miniplayer
- Super Chat or Super Stickers

- Save to playlist and Save to watch later

If you set your channel as made for kids

Starting in January, if your channel is made for kids, your videos or live streams won't have any of the features above. Your channel also won't have the following:

- Channel Memberships
- Notification bell
- Posts
- Stories

# Frequently Asked Questions

Why are notifications, comments, and other features turned off on content set as made for kids?

To comply with the Children's Online Privacy Protection Act (COPPA) and other applicable laws, we limit data collection on content designated as made for kids. As a result, certain features may be restricted or turned off on this content, including notifications and comments.

What happens if I set my video's audience incorrectly?

These changes are required as part of a settlement with the US Federal Trade Commission (FTC) and NY Attorney General, and will help you comply with the Children's Online Privacy Protection Act (COPPA) and/or other applicable laws. Regardless of your location, we require you to tell us whether or not your videos are made for kids. If you fail to set your audience accurately, you may face compliance issues with the FTC or other authorities, and we may take action on your YouTube account. Learn more about the FTC's enforcement of COPPA.

Note: We'll also use machine learning to help us identify videos that are clearly directed to young audiences. We trust you to set your audience accurately, but we may override your audience setting choice in cases of error or abuse. However, do not rely on our systems to set your audience for you because our systems may not identify content that the FTC or other authorities consider to be made for kids. If you don't set your audience as made for kids accurately, you might face legal consequences or consequences on YouTube. If you need help determining whether or not your content is made for kids, check out this Help Center article or consult legal counsel.

How do I know if I've set my video's audience correctly?

Unfortunately, we're unable to provide guidance on whether you accurately set your audience as made for kids, but the FTC has provided some guidance on what it means to be child-directed (or, "made for kids"). The FTC is currently considering various updates to COPPA, which may include providing more guidance on this issue.

We'll also use machine learning systems to help us find content that is clearly made for kids. But please do not rely on our systems to set content for you -- like all automated systems, it's not perfect. We may need to override your audience setting choice in cases

where we detect error or abuse. But in most cases, we'll rely on your audience setting to determine whether a video is made for kids.

If you don't set your audience as made for kids, and the FTC or other authorities think it should have been, you may face legal consequences. So check out this Help Center article or seek legal counsel if you're still unsure whether or not your content should be set as made for kids.

What do I do if YouTube says my video is made for kids, but I disagree?

If you haven't set your video's audience yet: YouTube may have set your audience for you. This is to help you comply with COPPA and/or other applicable laws. However, if you disagree with how YouTube has set your content, you can still change the video's audience setting in most cases. Here's how:

1. On a computer, go to studio.youtube.com.
2. From the left menu, select Content.
3. Go to the video you'd like to edit and under Restrictions, select Made for kids. Note: If you have more than one restriction, you may need to hover to see Made for kids.
4. Click Review audience setting.
5. Under Audience, select "No, it's not made for kids".

If you've already set your audience for your video: and YouTube detects error or abuse, you may see your video set as "Set to made for Kids." When this happens, you won't be able to change your audience setting.

However, we understand that we sometimes make mistakes. If you think this is the case, you can appeal this decision.

To start an appeal:

1. On a computer, go to studio.youtube.com.
2. From the left menu, select Content.
3. Go to the video that you want to appeal.
4. Hover over "Set to made for kids" and click Appeal.
5. Enter your reason for appealing and click Submit.

After you submit an appeal

You'll get an email from YouTube letting you know the result of your appeal request. One of the following will happen:

- If your appeal is successful, we'll remove the made for kids audience setting.
- If your appeal is unsuccessful, the made for kids audience setting will remain on your content. Going forward, please review your channel and/or individual video's audience settings. Failure to set your audience appropriately may result in legal consequences under COPPA and/or other laws, or consequences on the YouTube platform.

You may appeal each video only once.

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

# Made for kids content

- Set your channel or video's audience
- Determining if your content is "made for kids"
- Best practices for kids and family content
- Frequently asked questions about "made for kids"

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski

18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- Help Center

  o Fix a problem

  o Watch videos

- o [Manage your account & settings](#)

- o [Supervised experience on YouTube](#)

- o [Join & manage YouTube Premium](#)

- o [Create & grow your channel](#)

- o [Monetize with the YouTube Partner Program](#)

- o [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program

Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows

Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues

Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube

YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers

YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

## What is the issue with this selection?



Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

## Share additional info or suggestions

Do not share any personal info
Cancel
Submit
By continuing, you agree Google uses your answers, account & system info to improve
services, per our Privacy & Terms.

YouTube Help

Sign in

Send feedback on...



This help content & information

General Help Center experience

Next

Help CenterCommunity

# Make bulk changes to videos

## Edit multiple videos

To edit several videos at the same time:

1. Sign in to YouTube Studio.
2. From the left menu, select Content.
3. Check the boxes next to the videos you'd like to edit.
4. Select Edit, then choose the type of change you'd like to make.
- Title
- Description
- Tags
- Visibility
- Monetization
- Ad settings
- Audience
- Automatic chapters
- Caption certificate
- Category
- Comments
- Embedding
- License
- Recording date
- Short sampling
- User ratings
- Video language
5. Enter the details of the change and select Update videos.

# Delete multiple videos

If you delete a video, it's permanently deleted — you can't recover it through YouTube. If you'd like to watch the video in the future, make sure you have a backup saved.

To delete multiple videos or video drafts at the same time:

1. Sign in to YouTube Studio.
2. From the left menu, select Content.
3. Check the boxes next to the videos you'd like to delete.
4. Select More actions  Delete forever.
5. Check the box to acknowledge that your video will be permanently deleted.
6. Select DELETE FOREVER.

Give feedback about this article
Choose a section to give feedback on

### Was this helpful?
YesNo

Submit

# Edit videos & video settings

- Download videos that you've uploaded
- Replace or delete your video
- Make bulk changes to videos
- How engagement metrics are counted
- Restrictions on claimed music
- Manage restrictions on your videos
- Manage playlists in YouTube Studio

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service

 English?

English

1. català
2. dansk

3.  Deutsch
4.  English (United Kingdom)
5.  español
6.  español (Latinoamérica)
7.  Filipino
8.  français
9.  hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience

**741**
936



Google Help

- [Help Center](#)

    - [Fix a problem](#)

    - [Watch videos](#)

    - [Manage your account & settings](#)

    - [Supervised experience on YouTube](#)

    - [Join & manage YouTube Premium](#)

    - [Create & grow your channel](#)

    - [Monetize with the YouTube Partner Program](#)

    - [Policy, safety, & copyright](#)

- [Community](#)


- [YouTube](#)


- [Privacy Policy](#)


- [YouTube Terms of Service](#)


- [Submit feedback](#)


Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program
Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows
Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues
Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues
Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube
YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers
YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

# What is the issue with this selection?



Inaccurate - doesn't match what I see in the product



Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

# Share additional info or suggestions

Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.



YouTube Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunity

# Block other viewers on live chat

If you no longer want to see another viewer's messages on live chat, you can block that viewer. The other viewer won't see your messages either, unless you post to their channel or a channel on which they're a moderator.

Android ComputeriPhone & iPad

1. Hover your mouse over the message of the viewer you want to block.
2. Click More .
3. Click Block .

Only viewers can block other viewers. Blocking a viewer may block them across other Google products and services.

To unblock a viewer, go to myaccount.google.com/blocklist.

Creators and moderators may hide viewers from their channel by moderating live chat.

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

# Live stream on YouTube

- Live chat basics
- Manage Super Chat & Super Stickers
- Live caption requirements
- Use IFTTT when you monetize
- Block other viewers on live chat
- View automatic captions on live streams
- Use automatic captioning
- Moderate live chat
- How to use moderation tools

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt

26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- Help Center

  o Fix a problem

  o Watch videos

  o Manage your account & settings

  o Supervised experience on YouTube

- o [Join & manage YouTube Premium](#)

- o [Create & grow your channel](#)

- o [Monetize with the YouTube Partner Program](#)

- o [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program
Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows

Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues

Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube

YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers

YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

# What is the issue with this selection?



Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

## Share additional info or suggestions

Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, <u>account & system info</u> to improve services, per our <u>Privacy</u> & <u>Terms</u>.

# What is the issue with this selection?



Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

## Share additional info or suggestions

Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, <u>account & system info</u> to improve services, per our <u>Privacy</u> & <u>Terms</u>.



YouTube Help

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunity

# Secure your YouTube account

Starting November 1, monetizing creators must turn on 2-Step Verification on the Google Account used for their YouTube channel to access YouTube Studio or YouTube Studio Content Manager. Learn more

Securing your YouTube account helps prevent your account from being hacked, hijacked, or compromised.

Note: If you think your account has been hacked, follow these steps to secure it.

## Create a strong password & keep it safe

### Create a strong password

A strong password helps you keep your personal information safe and prevents someone else from getting into your account.

Create a strong and complex password: Use 8 characters or more. It can be any combination of letters, numbers, and symbols.

Make your password unique: Do not use your YouTube account password on other sites. If another site gets hacked, the password could be used to enter your YouTube account.

Avoid personal information and common words: Do not use personal information like your birthdays, common words like "password," or common patterns like "1234."

# Protect your password from hackers

Get notified when you enter your password on a non-Google site by turning on Password Alert for Chrome. For example, you'll be notified if you enter your password on a site that impersonates Google, and then you can change your YouTube account password.

# Manage your passwords

A password manager can help you create and manage strong, unique passwords. Try using Chrome's or another trusted password manager.

Tip: To find out if any passwords saved in your Google Account may be exposed, are weak, or are reused for multiple accounts, use Password Checkup.

# Never share your login info

Never give out your passwords. YouTube will never ask for your password in an email, message, or phone call. YouTube will never send a form asking for personal information such as identity number, financial data, or passwords.

# Do a regular security checkup

Go to the Security Checkup page to get personalized security recommendations for your account and follow these tips to make your account more secure.

# Add or update account recovery options

Your recovery phone number and email address can be used to:

- Block someone from using your account without your permission
- Alert you if there's suspicious activity on your account
- Recover your account if you're ever locked out

Learn how to add or change your recovery phone number or email address.

# Turn on 2-Step Verification

2-Step Verification helps prevent a hacker from getting into your account, even if they steal your password. Here are your options:

- Security keys (Most secure verification step)
- Google Prompts (More secure than text message codes)
- Google Authenticator Application (Receive codes without internet or mobile data)

Security keys are a stronger verification option because they help prevent phishing techniques that use text message codes.

Turn on 2-Step Verification for your account.

## Remove suspicious people from your account

If you don't recognize the people managing your account, your account may have been hacked, and someone is verifying ownership of your account to gain something. You can change or remove people depending on your account type.

- Change or remove access from your YouTube Account
- Change or remove access from your Brand Account

## Remove sites and apps you don't need

To protect your YouTube account, avoid installing unknown apps or apps from unknown sources. Manage and remove any apps you don't need from your connected accounts.

## Update your software and backup your account

If your browser, operating system, or apps are out-of-date, the software might not be safe from hackers. Keep your software updated and backup your account regularly.

## Protect against suspicious messages & content

Phishing is when a hacker disguises themself as someone trustworthy to take personal information, like financial data, a national ID/social security number, or credit card numbers.

Hackers may pretend to be institutions, family members, or colleagues by using emails, text messages, web pages, and more.

YouTube will never ask you for your password, email address, or other account information. Don't be fooled if someone contacts you pretending to be from YouTube.

## Avoid suspicious requests

- Don't reply to suspicious emails, texts, instant messages, webpages, or phone calls that ask for your personal or financial info.
- Don't click links in emails, messages, webpages, or pop-ups from untrustworthy websites or senders.
- YouTube emails only come from @youtube.com or @google.com addresses.



An example of a suspicious phishing email

# Avoid suspicious web pages

Google Chrome and Search are designed to warn you about suspicious content and unwanted software.
Learn how to manage these warnings in Chrome and Search.

# Report spam or phishing

To protect yourself against phishing, never enter your password on any page except myaccounts.google.com. If you find videos on YouTube that you think might be spam or phishing, please flag them for review by the YouTube team. For more information on spam and phishing please visit the National Cyber Security Alliance.
Tip: Learn more about phishing with our phishing quiz.

## Set & check permissions on your channel

If you're a creator, you can invite someone else to manage your YouTube channel without giving access to your Google Account. Invite someone to access their channel as a:

- Manager: Can add or remove others and edit channel details.
- Editor: Can edit all channel details.
- Viewer: Can view (but not edit) all channel details.
- Viewer (limited): Can view (but not edit) all channel details except revenue information.

Learn how to set and check your channel permissions.

Note: If you have a Brand account, you can invite someone to manage your Google account and your YouTube channel. Learn to see if you have a Brand account and learn how to manage Brand account permissions.

Give feedback about this article
Choose a section to give feedback on



Was this helpful?
YesNo

Submit

# Troubleshoot account issues

- Delete or hide your YouTube channel
- Fix a hacked YouTube account
- Secure your YouTube account

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių

14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- Help Center

  - Fix a problem

- o [Watch videos](#)

- o [Manage your account & settings](#)

- o [Supervised experience on YouTube](#)

- o [Join & manage YouTube Premium](#)

- o [Create & grow your channel](#)

- o [Monetize with the YouTube Partner Program](#)

- o [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program

Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows

Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues

Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube

YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers

YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

# What is the issue with this selection?

Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

# Share additional info or suggestions



Do not share any personal info
Cancel
Submit
By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.

YouTube Help

Sign in

Send feedback on...



This help content & information

General Help Center experience

Next

Help CenterCommunity

# Content policies for YouTube Kids

The YouTube Kids app is designed to be a safer and simpler place for kids to explore their interests through online video. This separate app is a filtered version of YouTube and has a much smaller set of channels and videos available than the YouTube app and website. This is because we work to identify content that is age-appropriate, adheres to our quality principles, and is diverse enough to meet the varied interests of kids globally.

Below are our YouTube Kids policies, which outline what kind of content is eligible to be part of YouTube Kids. Content must comply with these policies for it to appear in YouTube Kids. These policies are designed to exclude content that is:

- More suitable for viewers 13+
- Age-restricted to viewers 18+
- Violative of our Community Guidelines

These policies were designed using feedback from parents and external specialists in child development, children's media, digital learning, and citizenship. Based on these policies, videos or channels may be excluded from YouTube Kids to help ensure a great experience for our youngest audience.

## Content settings

There are 3 content settings available in the app: Preschool, Younger, and Older. The content your child will see is based on the setting you choose when you set up YouTube Kids for your child.

Preschool   Designed with kids 4 and under in mind
Younger     Designed with kids ages 5-8 in mind
Older       Designed with kids ages 9-12 in mind

# Content Policies

Our policies determine what kind of content is eligible for each content setting. When you choose a content setting for your child, they will see content eligible for that setting. This includes what they find in searches or in recommended videos. Our automated systems and human reviewers work to identify suitable content based on the setting you have selected. Our systems work hard to exclude content not suitable for kids, but not all videos have been manually reviewed. If you find something inappropriate that we missed, you can block it or report it for fast review.

## Preschool Content Setting

The Preschool setting was designed with kids ages 4 and under in mind. This content setting includes videos that promote creativity, playfulness, learning, and exploration. Popular video categories include arts and crafts, nursery rhymes, cartoons, read-alongs, circle time, toys and play and yoga.
Some videos may include:

Sexual content: Non-romantic expressions of love, such as a holding hands or a kiss on the cheek. Age-appropriate educational videos on sexual and gender identity.

Violence: Non-violent and non-scary scripted and animated videos.

Weapons: Age-appropriate videos featuring unrealistic weapons (e.g., water gun) in the context of toy play, gaming, animation.

Dangerous Content: Videos featuring stunts performed by skilled individuals with no instructional component (e.g., basketball players doing tricks). Arts and crafts videos that involve age-appropriate products or tools such as paint, glue, or scissors.

Language: Videos with no use of offensive language or profanity.

Music Videos: Age-appropriate music videos with no sexual themes.

## Younger Content Setting

The Younger content setting was designed with kids ages 5-8 in mind. This content setting includes a wider variety of topics to meet the widening interests of younger kids. Popular categories include gaming, covers of top 40 songs, family vloggers, cartoons, DIY, learning, how-tos and other content that generally appeals to kids in early elementary school. It also includes all content from the Preschool content setting.

Some videos may include:

Sexual content: Videos with romantic themes, including brief displays of affection and attraction, such as a quick kiss on the mouth.

Violence: Age-appropriate videos related to historical events that are educational but may contain mild violence within the context of the event. Non-graphic, slapstick cartoon violence.

Weapons: Videos featuring historical and classical art with displays of realistic weapons (e.g., painting of a samurai sword).

Dangerous Content: Videos featuring challenges and pranks that are innocent in nature or stunts that are unlikely to result in harm. Videos with non-focal display of alcohol or tobacco. DIY videos that involve easily accessible products and tools with safety disclaimers.

Language: Videos with infrequent use of mildly offensive language for this target age group, such as "oh my God" or "dumb".

Diet, Fitness, & Beauty: Makeup tutorials focused on creative and artistic expression. Age-appropriate educational videos on healthy eating and exercise.

Sensitive Topics: Age-appropriate videos that discuss common childhood mental health disorders such as anxiety and ADHD. Videos in this setting focus on positive coping and recovery strategies, and the importance of seeking help.

Music Videos: Music videos with display of alcohol or tobacco in the background. Music lyrics with non-sexual romantic themes or mildly offensive language such as "fool" or "stupid".

## Older Content Setting

The Older content setting was designed with kids 9-12 in mind. This setting is for older kids who may be ready for more grown-up content filtered from the broader universe of videos on YouTube. For example, the app will show music, gaming, vlogs, comedy, and sports that are excluded from the Younger and Preschool content settings of YouTube Kids. It also includes all content from the Younger and Preschool content setting. This setting tries to exclude mature content, but since we can't manually review all content and no automated system is perfect, we may miss some videos.

Some videos may include:

Adult content: Videos that display or discuss non-sexual experiences related to romance and attraction, such as dating or a first kiss. Age-appropriate videos on Sex Education topics like puberty and reproduction.

Violence: Age-appropriate videos related to current events that are educational but may contain mild violence within the context of the event. Non-graphic violence in scripted and animated videos common in gaming, television shows, and movies.

Weapons: Videos featuring unrealistic toy guns in the context of toy play. Realistic looking weapons in gaming and animated content.

Dangerous Content: Dangerous acts performed in a professional setting (e.g., TV/movie studio) that might result in harm. Videos with infrequent mention or use of alcohol or tobacco. DIY videos that involve easily accessible products and tools or brief use of a sharp object such as an X-acto knife or saw.

Inappropriate Language: Videos with infrequent use of mild profanity, such as "damnit" or "hell" in a non-harassing context.

Diet, Fitness, & Beauty: Videos featuring beauty product reviews, age-appropriate make-up tutorials, and educational content on health and wellness.

Sensitive Topics: Age-appropriate videos that discuss sensitive issues such as mental health, addiction, eating disorders, and loss and grief. Videos in this setting do not feature graphic imagery and focus on positive coping and recovery strategies, and the importance of seeking help.

Music Videos: Music videos with sexualized dancing that is not gratuitous and infrequent use of alcohol or tobacco. Music lyrics with mild profanity or infrequent mentions of alcohol or tobacco.

# Content with commercial elements

Content with paid product placements or endorsements. We do not allow videos in YouTube Kids that include paid product placements or endorsements. When a creator discloses paid product placement or endorsement in their video through YouTube Studio, we will remove the videos from the YouTube Kids app.

Overly commercial content. Content that is overly commercial or promotional is not allowed in YouTube Kids. This includes:

- Traditional advertisements for products and services uploaded by creators or brands.
- Content that directly encourages the viewer to buy a product.
- Videos focused on product packaging.
- Videos focused on the excessive accumulation or consumption of products.

Give feedback about this article
Choose a section to give feedback on

Was this helpful?

YesNo



Submit

# YouTube policies

- The importance of context
- Creator responsibility
- Best Practices for Content with Children
- Staying safe on YouTube
- Content policies for YouTube Kids

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina

23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- [Help Center](#)

  - [Fix a problem](#)

  - [Watch videos](#)

  - [Manage your account & settings](#)

- o [Supervised experience on YouTube](#)

- o [Join & manage YouTube Premium](#)

- o [Create & grow your channel](#)

- o [Monetize with the YouTube Partner Program](#)

- o [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program

Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows

Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues

Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube

YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers

YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

## What is the issue with this selection?



Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

## Share additional info or suggestions

Do not share any personal info
Cancel
Submit
By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.



YouTube Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunity

# Content settings for families using supervised experiences

We give parents choices to guide their kid's YouTube journey, because we believe that kids can discover new interests, learn from diverse perspectives, and feel a sense of belonging when they explore the world of online videos across YouTube. If you believe your child is ready to explore the vast universe of content on YouTube, you can choose between using our separate YouTube Kids app for a safer and simpler experience, or creating and managing a supervised experience on YouTube.

At YouTube, we believe diverse content and hearing from a range of voices can help us learn about one another. This also means being exposed to viewpoints you might not agree with. We have Community Guidelines to help build a safe viewing experience for everyone. We also have more content policies described below that apply specifically for young viewers in a supervised experience. If you're considering a supervised experience on YouTube for your child, we encourage you to review this guide with your family before getting started.

## Our approach

YouTube has developed a set of policies on content appropriateness that generally align with TV and movie content ratings. These policies help guide which videos are eligible in the different content settings available for families. These policies were further informed by consulting with various external specialists in child development, children's media, digital learning, and citizenship. Our automated systems, which take these content policies into account, then identify videos suitable to include in each content setting. We know that our systems aren't perfect and will make mistakes. We have a team of engineers and human reviewers partnering together to continuously

improve our systems. We also regularly reevaluate our policies, therefore the policies listed below may not be exhaustive.

If you find something that you believe is inappropriate for YouTube, please report it.

# Content settings

| | |
|---|---|
| **Explore** | Generally aligns with content ratings for viewers 9+ |
| **Explore more** | Generally aligns with content ratings for viewers 13+ |
| **Most of YouTube** | Almost all videos on YouTube except for content marked as 18+ |

# Content policies

Our content policies differ between the different content settings available to you when you set up a supervised account for your child. Our automated systems, which take these content policies into account, then identify content suitable to include in each content setting. We know that our systems aren't perfect and will make mistakes.

## Explore

"Explore" is for families ready to move on from YouTube Kids and begin to explore the much larger universe of content on YouTube. This setting features a broad range of videos that generally aligns with content ratings for viewers 9+. Videos include vlogs, tutorials, gaming videos, music videos, news, educational content, DIY, arts and crafts, dance, and more. Some videos may include:

Adult content: Videos with romantic themes, including mild displays of affection and attraction. Age-appropriate educational videos on sexual and gender identity and Sex Education topics like puberty and reproduction.

Violence: Age-appropriate videos related to current or historical events that are educational but may contain mild violence within the context of the event. Non-graphic violence in scripted and animated videos common in cartoons, gaming, television shows, and movies.

Weapons: Videos featuring unrealistic weapons in the context of toy play, gaming, animation, and artistic weapons in a historical context.

Dangerous Content: Videos featuring dangerous acts such as stunts, pranks, and challenges that are not easily imitable by minors or include a prominent disclaimer with appropriate safety disclosures. Videos that briefly display alcohol or tobacco.

Inappropriate Language: Videos with infrequent use of mildly offensive language, such as "damnit" or "hell" in a non-harassing context.

Diet, Fitness, & Beauty: Videos featuring beauty product reviews, age-appropriate make-up tutorials, and educational content on wellness, including healthy eating and exercise.

Sensitive Topics: Age-appropriate videos that discuss sensitive issues such as mental health, addiction, eating disorders, and loss and grief. Videos in this setting do not feature graphic imagery and focus on positive coping and recovery strategies, and the importance of seeking help.

Music Videos: Music videos may include lyrics with mildly offensive language, or mentions of alcohol or tobacco. Videos may also feature sexualized dancing that is not gratuitous, and infrequent displays of alcohol or tobacco.

Explore more

"Explore more" is for children ready to explore more of the vast universe of YouTube. This setting includes everything in Explore, and an even broader range of videos that generally align with content ratings for viewers 13+. Videos include live streams, vlogs, tutorials, gaming videos, news, educational videos, DIY, arts and crafts, dance and more. Some videos may include:

Adult Content: Videos with sexual themes, such as non-explicit accounts of sexual experiences and displays of physical contact. Educational videos on sexual and gender identity and Sex Education topics like sexual development, reproductive health, abstinence, and disease prevention.

Violence: Non-graphic educational videos related to current or historical events. Fleeting graphic violence in scripted and animated videos common in gaming, television shows, and movies.

Weapons: Videos featuring real or realistic weapons in scripted videos common in television shows and movies. Videos featuring real guns when used in a sport or educational context on gun safety.

Dangerous Content: Videos featuring dangerous acts such as stunts, pranks, and challenges that could result in serious physical harm but are not easily imitable by minors. Videos that display or show frequent use of alcohol or tobacco.

Inappropriate Language: Videos with frequent use of offensive language or profanity such as "bitch" or "ass" in a non-harassing or non-sexual context. If infrequent and used in a non-harassing context, derogatory slurs may appear in a strictly educational or music video context.

Diet, Fitness, & Beauty: Videos featuring make-up tutorials, beauty tips and life hacks, and videos related to healthy eating and exercise.

Sensitive Topics: Non-graphic videos related to sensitive issues such as mental health, suicide ideation, self-harm, addiction, eating disorders, and loss and grief that focus on positive coping and recovery strategies, and the importance of seeking help.

Music Videos: Music videos may include lyrics with sexual references, infrequent explicit profanity, or derogatory slurs in a non-harassing or hateful context. Videos may also feature sexualized dancing and use of alcohol, tobacco, or marijuana.

Most of YouTube

This setting contains almost everything on YouTube except for videos that may not be appropriate for viewers under 18. Learn more here.

Give feedback about this article

Choose a section to give feedback on

Was this helpful?

YesNo



Submit

# Help

- Understand your choices as a family
- What is a supervised experience on YouTube?
- Get started with supervised accounts
- Content settings for families using supervised experiences
- FAQs for parents about supervised accounts
- Info for creators about a supervised experience on YouTube

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino

8.  français
9.  hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- [Help Center](#)

  - [Fix a problem](#)

  - [Watch videos](#)

  - [Manage your account & settings](#)

  - [Supervised experience on YouTube](#)

  - [Join & manage YouTube Premium](#)

  - [Create & grow your channel](#)

  - [Monetize with the YouTube Partner Program](#)

  - [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program
Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows
Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues
Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues
Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube
YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers
YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

# What is the issue with this selection?

Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations



Minor errors - formatting issues, typos, and / or broken links



Other suggestions - ideas to improve the content

## Share additional info or suggestions



Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.



[Safer Experience](#)
[Parent Resources](#)
[Family-Friendly Videos](#)
[Fun on Every Screen](#)
[Parent Partners](#)
[Download Download](#)
Watch Now



- 
- 

- 
- 
  [Watch on Web](#)

[Safer Experience](#) [Parent Resources](#) [Family-Friendly Videos](#) [Fun on Every Screen](#) [Parent Partners](#)
[Download Download](#)

1. 
2. 
3. 
4. 
5. 



# An app made just for kids.

YouTube Kids was created to give kids a more contained environment that makes it simpler and more fun for them to explore on their own, and easier for parents and caregivers to guide their journey as they discover new and exciting interests along the way.

# A safer online experience for kids.

We work hard to keep the videos on YouTube Kids family-friendly and use a mix of automated filters built by our engineering teams, human review, and feedback from parents to protect our youngest users online.

Continue exploring

# Tips and tools for your family.

No two families are the same. Learn about tools to customize your kids' experience in the app, from choosing what content they can watch, to limiting screen time, to blocking videos. There are also resources to help you work with your kids to develop healthy digital habits.

Continue exploring

- 01 Parent Approved + Collections
- 02 Content Level by Age
- 03 Timer
- 04 Blocking

-
-
-
-

- 01 Parent Approved + Collections
- 02 Content Level by Age
- 03 Timer
- 04 Blocking

- 
-
-
-



**778**
973

- 01 Arts & Crafts
- 02 Toys & Play
- 03 Learning & Hobbies
- 04 Shows & Cartoons

# All kinds of videos for all kinds of kids.

Our library is filled with family-friendly videos on all different topics, igniting your kids' inner creativity and playfulness. It's everything from their favorite shows and music to learning how to build a model volcano (or make slime ;-), and everything in between.

Continue exploring

- 01 Arts & Crafts
- 02 Toys & Play
- 03 Learning & Hobbies
- 04 Shows & Cartoons

# Download the free YouTube Kids app.



Or experience YouTube Kids on the web at www.youtubekids.com.

**Connect**

- **About YouTube**

  About Blog How YouTube Works Jobs Press YouTube Culture & Trends

- **Products**

  YouTube Go YouTube Kids YouTube Music YouTube Originals YouTube Premium YouTube Select YouTube Studio YouTube TV

- **For Business**

  Developers YouTube Advertising

- **For Creators**

Creating for YouTube Kids Creator Academy Creator Research Creator Services Directory YouTube Artists YouTube Creators YouTube NextUp YouTube Space YouTube VR

- **Our Commitments**

  Creators for Change CSAI Match Social Impact

# About YouTube

# Products

# For Business

# For Creators

# Our Commitments

About Blog How YouTube Works Jobs Press YouTube Culture & Trends YouTube Go YouTube Kids YouTube Music YouTube Originals YouTube Premium YouTube Select YouTube Studio YouTube TV Developers YouTube Advertising Creating for YouTube Kids Creator Academy Creator Research Creator Services Directory YouTube Artists YouTube Creators YouTube NextUp YouTube Space YouTube VR Creators for Change CSAI Match Social Impact
Policies & Safety Copyright Brand Guidelines Privacy Terms
Help

English (United States)

# Exploration starts here

We give you choices to guide your kids' YouTube journey, because we believe that kids can discover new interests, learn from diverse perspectives, and foster a sense of belonging when they explore the world of online video. And with videos from creators around the world, you can choose the best YouTube experience for your family.

[Know your choices](#)

# Choices for every family

Every family has a different approach to how they use technology, explore online, and set digital ground rules. That's why we offer options for you to decide which YouTube experience is best for your unique family.

## Discover two ways for kids to explore



New parent supervised experience



### New supervised experience on YouTube *beta*

The YouTube experience — managed by you — for parents who decide their kids are ready to explore the vast universe of YouTube videos. Comes with content settings for pre-teens and older, limited features, and digital wellbeing protections.

- 

  Create a supervised Google Account for your child to use YouTube

  Link your child's account to your own account to manage the experience

- 

  Choose from three content settings

  Generally aligns with content ratings by age, starting at 9+

- 

Before they explore, help them become safe, prepared users of YouTube

[Download](#) and review our guide to start the family conversation

- 

Limited features available in our beta experience

We continue to work with parents and industry experts to introduce more features like comments

- 

Works with Google's Family Link parental controls app

Access more parental controls for YouTube such as screen timers

YouTube (parent supervised experience) contains a vast number of videos and is significantly larger than our separate YouTube Kids app. Our systems work hard to prevent inappropriate content, but are not perfect and will make mistakes. Some videos may be unsuitable for kids. If you prefer a more limited experience for your child, YouTube Kids may be a better option.

[Learn More](#)

Separate app made just for kids

## An app made just for kids

A separate app built from the ground up to be a safer and simpler experience for kids to explore, with tools for parents and caregivers to guide their journey.

- 

Create individual profiles as unique as your kids

With personalized content selections and settings

-

Choose a content level based on your kid's age

Select a preferred experience for ages 4 and under, 5-8, or 9-12

- 

Or approve what your kids can watch

Handpick and approve videos, channels, or collections

- 

Set screen time limits, block videos, and more

Parental controls to manage your family's experience

- 

Fun on every screen

Enjoy YouTube Kids on mobile, desktop, and Smart TVs

YouTube Kids has a much smaller set of content available than YouTube's main app and website. We work hard to keep videos on YouTube Kids family-friendly and use a mix of automated filters built by our engineering teams, human review, and feedback from parents to protect our community. But not all videos have been manually reviewed. If you find something inappropriate that we missed, you can flag it for fast review. This makes the app better for everyone.

Learn More

# Frequently asked questions

## Understanding your choices

- **What's the difference between a supervised experience on YouTube and regular YouTube?**

  Your child's experience will look much like YouTube's flagship app and website, but with adjustments to the content they can find and watch, features they can use, default account settings, and ads protections.

The videos they can watch will depend on a content setting that you select for their supervised account when granting them permission to use YouTube. We'll disable a number of standard features normally available in YouTube, like comments and live chat, as well as the abilities to create a channel, upload content, and make purchases. Automatic reminders will appear for breaks and bedtime, which they can adjust to reinforce healthy screen time habits, and YouTube's autoplay feature will be off by default as well.

Since self-expression and community are integral parts of the YouTube experience we'll work with parents and experts as we consider adding some of these features in the future.

- **What's a beta? Why are you launching this experience in beta?**

Beta means we're still improving the experience, and we welcome you to join if you'd like to be a part of the journey. To help us get here, we've spoken with parents and child development and children's media experts from all over the world. But YouTube serves billions of users globally and every family has a different approach to how they use technology, access the internet, and set digital ground rules. We expect this experience to evolve over time as we continue shaping the product, gathering feedback, and thoughtfully adding more tools for parents.

- **What is YouTube Kids? How is it different from a supervised account on YouTube?**

YouTube Kids is our dedicated app built from the ground up with kids in mind, while a supervised account gives you the choice to allow your kids access to a managed version of regular YouTube.

We launched YouTube Kids in 2015 to give kids a safer, more contained environment, with three content settings (Pre-school, Younger, and Older) and parental controls to help guide their viewing experience. Content in YouTube Kids is a diverse but smaller selection of content than regular YouTube - selected through a combination of human review, curated playlists from experts, and algorithmic filtering.

Learn more at youtube.com/kids.

# Supervised accounts on YouTube

- **How do I get started?**

Supervised accounts on YouTube are available for children under 13 (or applicable age in your country) with a Google Account managed by Family Link. By setting up a supervised account linked to your own, and using your child's account to sign in to YouTube, we can adjust their experience as described in the first FAQ above.

Learn more to get started.

- **What are my choices for content settings?**

  As a parent, you've watched your child grow and have seen their interests change. Wherever these new interests lead them, YouTube's diverse platform of content creators offer entertainment, ideas, perspectives, and communities for them to explore. You know your child best and that's why we offer three content setting options for you to choose:

  - **Explore**: Generally aligns with content ratings for viewers ages 9+. This will feature a range of vlogs, tutorials, gaming videos, music videos, news, educational content, DIY, arts and crafts, dance, and more. No live streams, except for Premieres.
  - **Explore more**: Generally aligns with content ratings for viewers ages 13+. This setting will include a larger set of videos – including live streams – in the same categories as **Explore**.
  - **Most of YouTube**: Includes almost everything on YouTube, excluding content marked 18+ by channels, our systems, or our reviewers.

  These content settings contain a vast number of videos and are significantly larger than our separate YouTube Kids app. Our systems work hard to prevent inappropriate content, but are not perfect and will make mistakes. Some videos may be unsuitable for kids. If you prefer a more limited experience for your child, YouTube Kids may be a better option.

  Learn more about the content policies for each of these content settings.

- **How does YouTube protect my child from inappropriate videos?**

  People around the world use YouTube to express their ideas and opinions freely, and we believe that a broad range of perspectives ultimately makes us a stronger and more informed society, even if we disagree with some of those views. Our Community Guidelines set out what's allowed and not allowed on YouTube, and also apply in a supervised experience.

  By setting up a supervised account for your child, and choosing a content setting for them, this will provide additional limits on the content they can find or get recommended.

  We care deeply about our users and work hard to exclude unsuitable videos, but no automated system of filters is perfect. You can change app permissions and content settings for your child at any time. If you find something you believe violates our Community Guidelines, report it for review. This makes YouTube better for everyone.

- **How does YouTube protect my child's privacy?**

  YouTube is a part of Google and adheres to Google's privacy policies and principles. We know it's important for you to understand what personal information we collect in association with your child's Google Account, why we collect it, and how you can

update, manage, export, and delete that information. The [Google Privacy Policy](#) and our [Privacy Notice](#) for Google Accounts for children under 13 (or applicable age in your country) explain our privacy practices for your child's account.

Your child can manage and learn more about their privacy settings and controls under "[Your Data in YouTube](#)" in their account. This page includes a summary of their content and activity data, settings to manage this data, and information on how their data is used to improve their YouTube experience, like reminding them what they've watched, and giving them more relevant recommendations and search results. As the parent manager of your child's Google Account, you can pause or clear their search and watch history from Family Link, or from your parent settings page in YouTube.

- **What about ads? Will my child see them?**

Yes. Limited paid advertisements make it possible for YouTube to provide an experience free of charge for families everywhere, and help support content creators to bring their creative ideas to life. To better protect children, [ads in certain categories](#) are prohibited and personalized ads are disabled. If you have a [YouTube Premium family plan](#) your child is eligible for ad-free viewing and other shared benefits of membership.

## Connect

- **About YouTube**

    [About Blog How YouTube Works Jobs Press YouTube Culture & Trends](#)

- **Products**

    [YouTube Go YouTube Kids YouTube Music YouTube Originals YouTube Premium YouTube Select YouTube Studio YouTube TV](#)

- **For Business**

    [Developers YouTube Advertising](#)

- **For Creators**

    [Creating for YouTube Kids Creator Academy Creator Research Creator Services Directory YouTube Artists YouTube Creators YouTube NextUp YouTube Space YouTube VR](#)

- **Our Commitments**

    [Creators for Change CSAI Match Social Impact](#)

**About YouTube**

**Products**

**For Business**

**For Creators**

**Our Commitments**

About Blog How YouTube Works Jobs Press YouTube Culture & Trends YouTube Go YouTube Kids YouTube Music YouTube Originals YouTube Premium YouTube Select YouTube Studio YouTube TV Developers YouTube Advertising Creating for YouTube Kids Creator Academy Creator Research Creator Services Directory YouTube Artists YouTube Creators YouTube NextUp YouTube Space YouTube VR Creators for Change CSAI Match Social Impact
Policies & Safety Copyright Brand Guidelines Privacy Terms
Help



YouTube Help

Sign in

Send feedback on...



This help content & information

General Help Center experience

Next

Help CenterCommunity

# Add paid product placements, sponsorships & endorsements

Note: This article was updated in January 2021 to include a list of products and services where you should not include paid promotions.

You may include paid product placements, endorsements, sponsorships, or other content that requires disclosure to viewers in your videos.

If you choose to include any of the above, you have to let us know by selecting the paid promotion box in your video details. See instructions below.

All paid promotions need to follow our Ad Policies and Community Guidelines. You and the brands you work with are responsible for understanding and complying with their local and legal obligations to disclose Paid Promotion in their content. Some of these obligations include when and how to disclose, and to whom to disclose.

Where not to include paid product placements, sponsorships & endorsements

Following our Ad Policies means you cannot include paid promotions of the following products and services in your content:

- Illegal products or services
- Sex or escort services
- Pornography
- Mail-order brides
- Recreational drugs
- Pharmaceuticals without a prescription
- Online gambling sites not yet reviewed by Google or YouTube

- Services to cheat on exams or tests
- Hacking, phishing, or spyware
- Explosives
- Fraudulent or misleading businesses

This policy applies to videos, video descriptions, comments, live streams, and any other YouTube product or feature. This list is non-exhaustive. Don't post content if you think it might violate this policy.

Examples

Here are some examples of content that's not allowed on YouTube.

- Paid promotion of an academic essay-writing service
- Paid promotion of a website selling counterfeit passports or providing instructions on creating forged official documents
- Paid promotion of software that generates fake credit card numbers
- Paid promotion of an online pharmacy that sells regulated pharmaceuticals without prescriptions

What happens if your content violates this policy

If your content violates this policy, we'll remove the content and send you an email to let you know. If this is your first time violating our Community Guidelines, you'll get a warning with no penalty to your channel. If it's not, we'll issue a strike against your channel. If you get 3 strikes, your channel will be terminated. You can learn more about our strikes system here

In addition, we may age-restrict content if the product or service being promoted is not suitable for all ages.

What do we mean when we talk about paid product placements, sponsorships & endorsements?

Paid product placements are pieces of content that are created for a third party in exchange for compensation, or where that third party's brand, message, or product is integrated directly into the content.

Endorsements are pieces of content created for an advertiser or marketer that contain a message that people are likely to believe reflects the opinions, beliefs, or experiences of the content creator or endorser.

Sponsorships are  pieces of content that have been financed in whole or in part by a third party. Sponsorships generally promote the brand, message or product of the third party without integrating the brand, message, or product directly into the content.

Note that laws that apply to you may define paid promotions differently. Creators and brands are responsible for understanding and fully following legal obligations to disclose paid promotion in their content according to their jurisdiction. Legal obligations might include when and how to disclose and to whom to disclose.

Creators and brands should also understand whether or not specific types of paid promotions are permitted under their local laws. For instance, in the UK and EU, certain videos classified as "children's programmes" pursuant to the Audiovisual Media Services Directive may be prohibited from including sponsorships and/or paid product placements.

Do I need to tell YouTube if a video has a paid product placement, endorsement, or other commercial relationship?

If your content has a paid product placement, endorsement, or other commercial relationship, you need to tell YouTube so that we can facilitate disclosures to users. Note that you may have more obligations depending on the laws in your jurisdiction. If you don't follow those obligations, we may take action against your content or account. To tell YouTube:

1. On a computer, sign in to YouTube Studio.
2. From the left menu, select Content.
3. Click the video you'd like to edit.
4. Select More options.
5. Check the box next to "My video contains paid promotion like a product placement, sponsorship, or endorsement."
6. Select SAVE.

For info on why you need to tell YouTube, go to the "What happens when I check the 'My video contains paid promotion like a product placement, sponsorship, or endorsement' section.

What happens when I check the "My video contains paid promotion like a product placement, sponsorship, or endorsement" box?

When you check the "video contains paid promotion" box under the "Content declaration" section in your Advanced Settings, you're helping us maintain a great viewer experience.

We will still run ads against these videos. When you notify us that a video includes paid promotion, we may replace an ad that conflicts with your brand partner with an alternative ad. Additionally, when you notify us, we will remove your video from the YouTube Kids app in line with our existing policies.

Will YouTube still run ads against these videos?

Yes, YouTube will still run ads against these videos.

Sometimes, to protect the value we offer advertisers, we may replace an ad that conflicts with your brand partner's ad with a different ad on videos with paid promotions.

For example, if you upload a video with brand mentions and product placements for Company A, then it wouldn't make sense to sell ad space around that video to Company B.

Do I need to tell anyone else about any commercial relationship connected to my video?
You may need to. Different jurisdictions have various requirements for creators and brands involved in paid promotion.

When your content does include paid promotion, some jurisdictions and brand partners require that you tell viewers about any commercial relationship that might have influenced or added to your content. It's your responsibility to check and comply with laws and regulations around paid promotion content that apply to you. See more resources below.

Is there a feature that can help me inform viewers about Paid Promotion in my videos?

Yes. Whenever you mark your video as containing paid promotions, we automatically show viewers a disclosure message for 10 seconds at the beginning of the video. This disclosure message will tell the viewer that it contains paid promotions.



Note that different jurisdictions have various requirements for creators and brands involved in paid promotion that may require you to do more, so be sure to check and follow applicable laws.

Does this mean I can burn video ads (pre-rolls, mid rolls, and post rolls) into my videos?
No. YouTube's Ads Policy doesn't let you to burn or embed advertiser-created and supplied video ads or other commercial breaks into your content where YouTube offers similar ad formats.

If you have an advertiser interested in serving ads specifically against your content, work with your partner manager to make this happen. See more info on our policies around third party embedded sponsorships.

This policy doesn't apply to videos created by or for brands and uploaded to the brand's YouTube channel.
Can I use a title card before/after the video with the marketer's or sponsor's brand name & product info?
Yes. We allow static title cards and end cards where there's a paid promotion. These title cards and end cards can include graphics and the sponsor or marketer's logo and product branding.

- Title cards: 5 seconds or less and static. If they're placed at the beginning of the video (0:01s), the card must be co-branded with the creator's name/logo.
- End cards: Placed within the last 30 seconds of the video and must be static.

More resources
For further info, we recommend that you regularly refer to your local legal resources, such as the Federal Trade Commission (FTC) in the United States, Committee of Advertising Practice (CAP) in the United Kingdom, the Directorate General for Competition, Consumer Affairs and Fraud Prevention (DGCCRF) in France, the media authorities Medienanstalten in Germany, or the Korea Fair Trade Commission (KFTC) in Korea.
The information presented in this Help Center article is not legal advice. We provide it for informational purposes so you may wish to check with your own legal representatives.
Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

©2021 Google
- Privacy Policy
- YouTube Terms of Service

English?

English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

**Send feedback on...**
This help content & information General Help Center experience

**793**



Google Help

- [Help Center](#)

  - [Fix a problem](#)

  - [Watch videos](#)

  - [Manage your account & settings](#)

  - [Supervised experience on YouTube](#)

  - [Join & manage YouTube Premium](#)

  - [Create & grow your channel](#)

  - [Monetize with the YouTube Partner Program](#)

  - [Policy, safety, & copyright](#)

- [Community](#)


- [YouTube](#)


- [Privacy Policy](#)


- [YouTube Terms of Service](#)


- [Submit feedback](#)


Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program

Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows

Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues

Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube

YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers

YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

# What is the issue with this selection?



Inaccurate - doesn't match what I see in the product



Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

## Share additional info or suggestions

Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.

YouTube Kids Parental Guide

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunity

# Ads in YouTube Kids

To provide an experience free of charge, YouTube Kids is ad-supported with limited advertising. When your child selects a video in the app, your child may see an ad intro followed by a video ad—marked with "Ad"—before the video you selected. These are paid advertisements ("Paid Ads"). We only show Paid Ads that are approved as family-friendly and all Paid Ads undergo a rigorous review process for compliance with our policies. Paid Ads won't include any click-throughs to websites or product purchase flows. Learn more about our advertising policies. Ad intros are short animated messages that appear before a Paid Ad to help a child understand that a Paid Ad will be played before their chosen video.

Videos uploaded by users to YouTube are not Paid Ads and therefore they are not marked as an Ad nor are they subject to our advertising policies. This may also include content about or from companies who may have also purchased Ads in the app. For example, a search for trains could result in train cartoons, songs and videos of real trains uploaded by a user or a toy train company, none of which we consider as Paid Ads, as they are not part of the YouTube Kids advertising program. Likewise, a search for chocolate can show a user-uploaded video on making chocolate fudge even though we do not allow paid Ads for chocolatiers. Learn more about Videos on YouTube Kids.

We will remove videos from the YouTube Kids app where the creator has notified us of a paid product placement or endorsement in their video through YouTube's paid product placement and endorsement notification tools. Content that is overly commercial or promotional is also not allowed in YouTube Kids. For more details, review our content policies for YouTube Kids.

If you would like to watch videos free of paid ads with your child, try the YouTube Kids App with YouTube Premium. Learn more.

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

# Help

- Homescreen video categories
- Videos in YouTube Kids
- Recommended videos
- Ads in YouTube Kids
- Search in YouTube Kids
- Watch it again
- Save videos offline in certain countries on YouTube Kids
- Customize your child's experience: Block content in YouTube Kids
- Accessibility on YouTube Kids
- Send feedback
- Report inappropriate videos
- Subscribe to channels on YouTube Kids
- YouTube Kids with Google Nest or Home Speaker or Display Devices
- Watch YouTube Kids on the web

- ©2021 Google
- Privacy Policy
- Terms of Service



English

1. azərbaycan
2. bosanski
3. dansk
4. Deutsch
5. eesti
6. English (United Kingdom)
7. español
8. español (Latinoamérica)
9. français
10. hrvatski
11. Indonesia
12. italiano
13. latviešu
14. lietuvių
15. magyar
16. Nederlands
17. norsk
18. polski
19. português
20. português (Brasil)
21. română
22. shqip
23. slovenčina
24. slovenščina
25. suomi
26. svenska
27. Tiếng Việt
28. Türkçe
29. íslenska
30. čeština
31. Ελληνικά
32. български
33. македонски
34. русский
35. српски
36. українська
37. עברית

38. العربية
39. हिन्दी
40. বাংলা
41. ไทย
42. ქართული
43. 中文（繁體）
44. 中文（香港）
45. 日本語
46. 한국어
47. English

Send feedback on...
This help content & information  General Help Center experience



Google Help

- [Help Center](#)

- [Community](#)

- [YouTube Kids Parental Guide](#)

- [Privacy Policy](#)

- [Terms of Service](#)

- [Submit feedback](#)

## What is the issue with this selection?



Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

## Share additional info or suggestions

Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.

YouTube Help

Sign in



Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunity

# Privacy resources

- Protecting your identity
- Turn Restricted Mode on or off
- Change video privacy settings
- Your Data in YouTube

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk

17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback about our Help Center



Google Help

- [Help Center](#)

  o [Fix a problem](#)

  o [Watch videos](#)

- o [Manage your account & settings](#)

- o [Supervised experience on YouTube](#)

- o [Join & manage YouTube Premium](#)

- o [Create & grow your channel](#)

- o [Monetize with the YouTube Partner Program](#)

- o [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program

Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows

Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues

Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube

YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers

YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

Send feedback on...

This help content & information General Help Center experience

YouTube Help

Sign in

Send feedback on...



This help content & information

General Help Center experience

Next

Help CenterCommunity

# Turn Restricted Mode on or off

Restricted Mode is an optional setting you can use on YouTube. This feature can help screen out potentially mature content you or others using your devices may prefer not to view.

Computer AndroidiPhone & iPad

## Turn Restricted Mode on or off

1. Click your profile picture .
2. Click Restricted Mode.
3. In the top-right box that appears, click Activate Restricted Mode to on or off.

## Problems turning off Restricted Mode

Computers in libraries, universities, and other public institutions may have Restricted Mode turned on by the system administrator. If you've entered your username and password, and Restricted Mode remains on, try contacting your system administrator for more help.

## Control Restricted Mode for your family

If you're a parent using the Family Link app, you can turn on Restricted Mode for your child's account. This can be done in the app's settings. Once Restricted Mode has been turned on via Family Link, your child can't change the Restricted Mode settings on any of the signed-in devices.

# More info on Restricted Mode

We use many signals—such as video title, description, metadata, Community Guidelines reviews, and age-restrictions—to identify and filter out potentially mature content. Restricted Mode is available in every language, but due to differences in cultural norms and sensitivities, the quality may vary. When Restricted Mode is turned on, you will not be able to view comments on the videos you watch.

Restricted Mode works on the browser or device level, so you must turn it on for each browser you use. If your browser supports multiple profiles, you must turn on this mode for each profile.

Give feedback about this article
Choose a section to give feedback on

### Was this helpful?
YesNo



Submit

# Privacy resources

- Protecting your identity
- Turn Restricted Mode on or off
- Change video privacy settings
- Your Data in YouTube

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch

4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- [Help Center](#)

  - [Fix a problem](#)

  - [Watch videos](#)

  - [Manage your account & settings](#)

  - [Supervised experience on YouTube](#)

  - [Join & manage YouTube Premium](#)

  - [Create & grow your channel](#)

  - [Monetize with the YouTube Partner Program](#)

  - [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program
Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows
Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues
Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues
Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube
YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers
YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

# What is the issue with this selection?



Inaccurate - doesn't match what I see in the product



Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

## Share additional info or suggestions

Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.



YouTube Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunity

# Change video privacy settings

Update the privacy settings of your video to control where your video can appear and who can watch it.

Computer AndroidiPhone & iPad

## Change video privacy settings

1. Sign in to YouTube Studio.
2. From the left menu, select Content.
3. Point to the video you'd like to update. To see your live uploads, select the Live tab.
4. Click the down arrow under "Visibility" and choose Public, Private, or Unlisted.
5. Save.

## Watch how to change video privacy settings

Check out the following video from the YouTube Creators channel on how to change video privacy settings.

## About privacy settings

Public videos

Anyone at YouTube can see public videos. They can also be shared with anyone using YouTube. They're posted on your channel when you upload them and show up in search results and related video lists.

Private videos

Private videos and playlists can only be seen by you and whomever you choose. Your private videos won't appear in the Videos tab of your channel homepage. They also won't show up in YouTube's search results. YouTube systems and human reviewers may review private videos for ad suitability, copyright, and other abuse prevention mechanisms.

To share a private video:

1. Sign in to YouTube Studio.
2. From the left menu, select Content.
3. Click the video you'd like to edit.
4. Click the Visibility box and select Share privately.
5. Enter the emails you'd like to share your video with, then select SAVE.

Comments are not available on private videos. If you want to allow comments on a video that's not publicly available, change the privacy setting to unlisted.

Unlisted videos

Unlisted videos and playlists can be seen and shared by anyone with the link. Your unlisted videos won't appear in the Videos tab of your channel homepage. They won't show up in YouTube's search results unless someone adds your unlisted video to a public playlist.

You can share an unlisted video's URL. Those you share the video with don't need a Google Account to see the video. Anyone with the link can also reshare it.

| Feature | Private | Unlisted | Public |
|---|---|---|---|
| Can share URL | No | Yes | Yes |
| Can be added to a channel section | No | Yes | Yes |
| Shows up in search, related videos, and recommendations | No | No | Yes |
| Posted on your channel | No | No | Yes |
| Shows in Subscriber feed | No | No | Yes |
| Can be commented on | No | Yes | Yes |

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
Yes No



Submit

# Privacy resources

- Protecting your identity
- Turn Restricted Mode on or off
- Change video privacy settings
- Your Data in YouTube

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български

30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- [Help Center](#)

  o [Fix a problem](#)

  o [Watch videos](#)

  o [Manage your account & settings](#)

  o [Supervised experience on YouTube](#)

  o [Join & manage YouTube Premium](#)

- Create & grow your channel

- Monetize with the YouTube Partner Program

- Policy, safety, & copyright

- Community

- YouTube

- Privacy Policy

- YouTube Terms of Service

- Submit feedback

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program
Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows
Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues
Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium

membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube

YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers

YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

# What is the issue with this selection?


Inaccurate - doesn't match what I see in the product


Hard to understand - unclear or translation is wrong


Missing info - relevant but not comprehensive


Irrelevant - doesn't match the title and / or my expectations


Minor errors - formatting issues, typos, and / or broken links


Other suggestions - ideas to improve the content

# Share additional info or suggestions

Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.



YouTube Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunity

# Your Data in YouTube

You can manage and learn more about your privacy settings and controls under "Your Data in YouTube." This page includes a summary of your content and activity data, settings to manage this data, and information on how your data is used to improve your YouTube experience.

Note: This feature is currently only available on desktop and mobile web.

To access "Your Data in YouTube":

1. Sign into YouTube.
2. Select your profile picture 📄 .
3. Select "Your Data in YouTube."

In "Your Data in Youtube", you can learn more about how to manage:

- Video privacy setting
- Playlist privacy setting
- Subscriptions privacy setting
- Purchased videos
- Comments

Learn more about how your data helps improve your experience on YouTube.

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo

**818**
1013



Submit

# Privacy resources

- Protecting your identity
- Turn Restricted Mode on or off
- Change video privacy settings
- Your Data in YouTube

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt

26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- Help Center

  o Fix a problem

  o Watch videos

  o Manage your account & settings

  o Supervised experience on YouTube

- o [Join & manage YouTube Premium](#)

- o [Create & grow your channel](#)

- o [Monetize with the YouTube Partner Program](#)

- o [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program
Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows

Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues

Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube

YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

# What is the issue with this selection?



Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

# Share additional info or suggestions

Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.



YouTube Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunity

# Change playlist privacy setting

If you're the owner of a playlist, you can make your playlist public, private, or unlisted — just like you can for individual videos.

Note: This feature may not be available with supervised experiences on YouTube. Learn more here.

## Set playlist privacy through YouTube Studio

1. Sign in to YouTube Studio.
2. From the left menu, select Playlists ▦.
3. Next to the playlist you want to update, click Edit in YouTube ▦.
4. Below the playlist's title, click the Playlist privacy drop-down menu.
5. Select the new privacy setting.
6. Click Save.

## Set playlist privacy through YouTube

1. Go to the Library tab ▦ to view all of your playlists.
2. Select the playlist you'd like to edit.
3. Below the playlist's title, click the Playlist privacy drop-down menu.

## Privacy settings

- Anyone can watch and share Public videos and playlists.
- Anyone with the video link can watch and share Unlisted videos and playlists.

- YouTube systems and human reviewers may review private videos and playlists for ad suitability, copyright, and other abuse prevention mechanisms.

| Feature | Unlisted | Private | Public |
|---------|----------|---------|--------|
| Can share URL | Yes | No | Yes |
| Can be added to a channel section | Yes | No | Yes |
| Shows up in search, related videos, and recs | No | No | Yes |
| Posted on your channel | No | No | Yes |
| Shows in Subscriber feed | No | No | Yes |

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

# Manage privacy settings

- Change playlist privacy setting
- Change video privacy settings

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių

14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- [Help Center](#)

  ○ [Fix a problem](#)

- o [Watch videos](#)

- o [Manage your account & settings](#)

- o [Supervised experience on YouTube](#)

- o [Join & manage YouTube Premium](#)

- o [Create & grow your channel](#)

- o [Monetize with the YouTube Partner Program](#)

- o [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program
Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows
Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues
Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues
Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube
YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers
YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

# What is the issue with this selection?

Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

# Share additional info or suggestions



Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.



YouTube Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunity

# Change your subscription privacy settings

You can choose to make which channels you're subscribed to private or public. By default, all settings are set to private.

- Private: When your subscriptions are set to private, no other users can see what channels you subscribe to. Your account does not show in a channel's Subscribers List, even if you're subscribed.
  Note: If you participate in a subscriber-only live chat, other viewers will publicly see you're subscribed to the channel.
- Public: When your subscriptions are set to public, other users can see what channels you subscribe to. Your subscriptions are listed on your channel homepage. Your account is listed in the Subscribers List for any channel you subscribe to.

## Make your channel subscriptions public or private

1. Sign in to YouTube.
2. In the top right, click your profile picture.
3. Click Settings.
4. In the left Menu, select Privacy.
5. Turn on or off Keep all my subscriptions private.

## Hide your subscriber count

By hiding your subscriber count, it won't be publicly visible to others on YouTube. You can still see your subscriber count from YouTube Studio.

1. Sign in to your Google Account.
2. Go to YouTube Studio.
3. Click Settings  Channel  Advanced settings.
4. Under "Subscriber count," uncheck "Display the number of people subscribed to my channel."
5. Click Save.

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo

Submit

## Manage privacy settings

- Ads on videos you watch
- Change your subscription privacy settings
- Hide or show likes & saved playlists
- Understanding the basics of privacy on YouTube apps

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių

14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- [Help Center](#)

  o [Fix a problem](#)

- o [Watch videos](#)

- o [Manage your account & settings](#)

- o [Supervised experience on YouTube](#)

- o [Join & manage YouTube Premium](#)

- o [Create & grow your channel](#)

- o [Monetize with the YouTube Partner Program](#)

- o [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program

Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows

Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues

Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube

YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

# What is the issue with this selection?

Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

# Share additional info or suggestions



Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.



YouTube Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunity

# View or modify your purchase history

### View and modify purchases

Your YouTube purchase activity, like videos you've bought and services you've subscribed to, helps Google give you a more personalized experience across Google services. For example, discovering new videos and channels you'll enjoy.

You can delete some or all of this data. Deleting may limit or disable the use of this data for more personalized experiences but it will still be in your Google Account. You can always see your YouTube purchases in your library.

### Hide purchases

It's not currently possible to hide purchases from your purchase history.

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어

41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- [Help Center](#)

    o [Fix a problem](#)

    o [Watch videos](#)

    o [Manage your account & settings](#)

    o [Supervised experience on YouTube](#)

    o [Join & manage YouTube Premium](#)

    o [Create & grow your channel](#)

    o [Monetize with the YouTube Partner Program](#)

    o [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program

Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows

Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues

Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube

YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers

YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

# What is the issue with this selection?


Inaccurate - doesn't match what I see in the product


Hard to understand - unclear or translation is wrong


Missing info - relevant but not comprehensive


Irrelevant - doesn't match the title and / or my expectations


Minor errors - formatting issues, typos, and / or broken links


Other suggestions - ideas to improve the content

# Share additional info or suggestions

Do not share any personal info
Cancel
Submit
By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.

YouTube Help



Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunity

# Reporting

- Report inappropriate content
- Report a YouTube search prediction
- Other reporting options
- YouTube Trusted Flagger program
- Report policy-violative ads

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands

16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback about our Help Center



Google Help

- [Help Center](#)

  o [Fix a problem](#)

- o [Watch videos](#)

- o [Manage your account & settings](#)

- o [Supervised experience on YouTube](#)

- o [Join & manage YouTube Premium](#)

- o [Create & grow your channel](#)

- o [Monetize with the YouTube Partner Program](#)

- o [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program

Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows

Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues

Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube

YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers

YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

Send feedback on...

This help content & information General Help Center experience

YouTube Help

Sign in

Send feedback on...



This help content & information

General Help Center experience

Next

Help CenterCommunity

# Report a YouTube search prediction

While we do our best to prevent inappropriate predictions, we don't always get it right. If you think a prediction violates one of the Autocomplete policies, here's how to report it:

1. In the search bar, at the bottom of the prediction box, click Report inappropriate predictions.
2. Provide your feedback, then click Send.

We'll analyze your feedback but we don't automatically remove reported predictions.

I have a legal issue with the prediction

To request removal of content you think is unlawful, fill out this form.

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

## Reporting

- Report inappropriate content
- Report a YouTube search prediction

**845**
1040

- Other reporting options
- YouTube Trusted Flagger program
- Report policy-violative ads

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית

34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- [Help Center](#)

  o [Fix a problem](#)

  o [Watch videos](#)

  o [Manage your account & settings](#)

  o [Supervised experience on YouTube](#)

  o [Join & manage YouTube Premium](#)

  o [Create & grow your channel](#)

- o [Monetize with the YouTube Partner Program](#)

- o [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program

Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows

Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues

Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube

YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

# What is the issue with this selection?



Inaccurate - doesn't match what I see in the product



Hard to understand - unclear or translation is wrong



Missing info - relevant but not comprehensive



Irrelevant - doesn't match the title and / or my expectations



Minor errors - formatting issues, typos, and / or broken links



Other suggestions - ideas to improve the content

# Share additional info or suggestions

Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.

Google Search Help



Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunityAnnouncements

For users struggling to make calls on their LG device, please update your Google App (https://goo.gle/3olJnQ0). Apologies for the inconvenience.

# How Google autocomplete predictions work

Autocomplete is a feature within Google Search that makes it faster to complete searches that you start to type. Our automated systems generate predictions that help people save time by allowing them to quickly complete the search they already intended to do.

Where autocomplete predictions come from

Autocomplete predictions reflect real searches that have been done on Google. To determine what predictions to show, our systems look for common queries that match what someone starts to enter into the search box but also consider:

- The language of the query
- The location a query is coming from
- Trending interest in a query
- Your past searches

These factors allow autocomplete to show the most helpful predictions that are unique to a particular location or time, such as for breaking news events.

In addition to full search predictions, Autocomplete may also predict individual words and phrases that are based on both real searches as well as word patterns found across the web.

Learn how to manage trending and past searches.

How we handle issues with predictions

Autocomplete predictions aren't perfect. There's the potential for unexpected or shocking predictions to appear. Predictions aren't assertions of facts or opinions, but in some cases, they might be perceived as such. Occasionally, some predictions might be less likely to lead to reliable content. Here's how we deal with issues like these.

First, autocomplete has systems designed to prevent potentially unhelpful and policy-violating predictions from appearing. These systems try to identify predictions that are violent, sexually explicit, hateful, disparaging, or dangerous, or which lead to such content. This includes predictions that are unlikely to return much reliable content, such as unconfirmed rumors after a news event.

Second, if the automated systems don't catch problematic predictions, our enforcement teams remove those that violate our policies. In these cases, we remove the specific prediction in question and closely-related variations.

These systems help ensure that autocomplete doesn't unintentionally shock or surprise people with predictions they might not expect. While they might prevent some predictions from appearing, autocomplete doesn't prevent anyone from completely typing out a search query to get results, if they wish.

Autocomplete policies

To help ensure autocomplete is a helpful experience for everyone, we have systems in place to prevent predictions that are in violation of Google Search's overall policies or these policies for Search features:

- Dangerous content
- Harassing content
- Hateful content
- Sexually explicit content
- Terrorist content
- Violence and gore
- Vulgar language and profanity

Learn more about these Content policies for Google Search.

Autocomplete also has these feature-specific policies:

- Elections-related predictions: We don't allow predictions that can be interpreted as:
- A position for or against any political figure or party, or
- A claim about the participation in or integrity of the electoral process.
- Health-related predictions: We don't allow predictions about potentially medically hazardous health claims.

- Sensitive and disparaging terms associated with named individuals: We don't allow predictions that associate potentially disparaging or sensitive terms with named individuals. This include predictions that:
- May be related to harassment, bullying, threats, inappropriate sexualization, or
- Expose private or sensitive information in a way that may cause harassment, identity theft or financial fraud.

We may make exceptions to these policies when the prediction has context related to artistic, educational, historical, documentary, or scientific content, or content that helps to further understanding and participation in current events and issues related to our society, politics, culture, and economy.

## Difference between autocomplete & Google Trends

Autocomplete is a time-saving but complex feature. It doesn't simply display the most common queries on a given topic. That's why it differs from and shouldn't be compared against Google Trends.

Google Trends is a tool for journalists and anyone else who wants to research the popularity of searches and search topics over time.

## Turn off, remove, or report some predictions

Learn how to turn off, remove, and report some predictions.

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

©2021 Google
- Privacy Policy
- Terms of Service


English

1. català

2. dansk
3. Deutsch
4. español
5. español (Latinoamérica)
6. Filipino
7. français
8. hrvatski
9. Indonesia
10. italiano
11. magyar
12. Melayu
13. Nederlands
14. norsk
15. polski
16. português (Brasil)
17. română
18. slovenčina
19. slovenščina
20. suomi
21. svenska
22. Tiếng Việt
23. Türkçe
24. čeština
25. Ελληνικά
26. български
27. русский
28. српски
29. українська
30. עברית
31. العربية
32. فارسی
33. मराठी
34. हिन्दी
35. தமிழ்
36. తెలుగు
37. ไทย
38. 中文（简体）
39. 中文（繁體）
40. 日本語
41. 한국어
42. English

Send feedback on...

**853**
1048

This help content & information General Help Center experience

| 1 |
|---|

Google Help

- [Help Center](#)

- [Community](#)

- [Google Search](#)

- [Privacy Policy](#)

- [Terms of Service](#)

- [Submit feedback](#)

# What is the issue with this selection?

Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

 Minor errors - formatting issues, typos, and / or broken links

 Other suggestions - ideas to improve the content

## Share additional info or suggestions



Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.

Google Search Help



Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunityAnnouncements

For users struggling to make calls on their LG device, please update your Google App (https://goo.gle/3olJnQ0). Apologies for the inconvenience.

# Manage Google autocomplete predictions

With autocomplete, you can enter a Google search more quickly. You can turn off or remove certain autocomplete predictions or report issues with your predictions.

Learn more about autocomplete.

## Turn off Personal results

If you're signed in to your Google Account and have Personal results turned on, you might also get personalized predictions and recommendations in Google Search. If you don't want to get these predictions and recommendations, turn off Personal results.

Important: When Personal results are off, you won't get personalized predictions or recommendations in Google Search based on your past searches. If you have Web & App Activity on, your Search history is saved in your Google Account and used to give you more personalized experiences in other Google services. Learn how to see & control your Web & App Activity.

Computer AndroidiPhone & iPad

## Turn off trending searches

If you don't want to get trending searches, you can change your settings.

1. On your computer, go to google.com.
2. At the bottom, tap Settings ▤ Search settings.

3. Under "Autocomplete with trending searches," select Do not show popular searches.

## Turn off related searches

If you're signed out from your Google Account when you search on Google, you may find recommendations related to your recent search. If you don't want to get these, turn off Search customization.

1. On your computer, go to google.com.
2. At the bottom, tap Settings 🗋 Search settings 🗋 Search Customization.
3. Turn off Signed-out search activity is on.

## Report a prediction

While we do our best to prevent inappropriate predictions, we don't always get it right. If you think a prediction violates one of the autocomplete policies, you can report it:

1. On your computer, go to google.com.
2. In the search bar, start typing a search.
3. Predictions will appear below the search bar. Below the prediction, click Report inappropriate predictions.
4. Provide your feedback, then click Send.

We'll analyze your feedback, but we don't automatically remove reported predictions.

### I have a legal issue with the prediction

To request removal of content you think is unlawful, fill out this form.

### Related resources

- How Search works with your activity
- Manage & delete your Search history

Give feedback about this article
Choose a section to give feedback on



Was this helpful?
YesNo

Submit

# Help

- Manage & delete your Search history
- Understand & manage your location when you search on Google
- Manage Google autocomplete predictions
- Find & control your Web & App Activity
- Customize what you find in Discover
- Get info about your photos & surroundings
- Use "Hey Google" voice searches & actions

- ©2021 Google
- Privacy Policy
- Terms of Service



English

1. català
2. dansk
3. Deutsch
4. español
5. español (Latinoamérica)
6. Filipino
7. français
8. hrvatski
9. Indonesia
10. italiano
11. magyar
12. Melayu
13. Nederlands
14. norsk
15. polski
16. português (Brasil)
17. română
18. slovenčina
19. slovenščina
20. suomi
21. svenska
22. Tiếng Việt
23. Türkçe
24. čeština
25. Ελληνικά
26. български
27. русский

28. српски
29. українська
30. עברית
31. العربية
32. فارسی
33. मराठी
34. हिन्दी
35. தமிழ்
36. తెలుగు
37. ไทย
38. 中文（简体）
39. 中文（繁體）
40. 日本語
41. 한국어
42. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- [Help Center](#)

- [Community](#)

- [Google Search](#)

- [Privacy Policy](#)

- [Terms of Service](#)

- [Submit feedback](#)

## What is the issue with this selection?



Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

## Share additional info or suggestions

Do not share any personal info
Cancel
Submit
By continuing, you agree Google uses your answers, [account & system info](#) to improve services, per our [Privacy](#) & [Terms](#).

Google Search Help



Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunityAnnouncements

For users struggling to make calls on their LG device, please update your Google App (https://goo.gle/3olJnQ0). Apologies for the inconvenience.

# Find & control your Web & App Activity

If Web & App Activity is turned on, your searches and activity from other Google services are saved in your Google Account, so you may get more personalized experiences, like faster searches and more helpful app and content recommendations.

You can turn Web & App Activity off or delete past activity at any time.

Note: If you got your Google Account through work or school, you might need to contact your administrator to turn on the Web & App Activity additional service for your organization.

Computer AndroidiPhone & iPad

## Turn Web & App Activity on or off

1. On your computer, visit the Activity controls page. You may be asked to sign in to your Google Account.
2. Turn Web & App Activity on or off.
3. When Web & App Activity is on:
- You can check the box next to "Include Chrome history and activity from websites and apps that use Google services."
- You can check the box next to "Include audio recordings."

Note: Some browsers and devices may have more settings that affect how this activity is saved.

# Find or delete your activity

You can find and delete your Web & App Activity by visiting My Activity. Learn more about how to delete activity manually or set up automatic deletion.

Tip: To add more security, you can require an extra verification step to view your full history on My Activity.

## What's saved as Web & App Activity

Info about your searches and other activity on Google sites, apps, and services

When Web & App Activity is on, Google saves information like:

- Searches and other things you do on Google products and services, like Maps and Play
- Your location, language, IP address, referrer, and whether you use a browser or an app
- Ads you click, or things you buy on an advertiser's site
- Information on your device like recent apps or contact names you searched for

Note: Activity could be saved even when you're offline.

Info about your browsing and other activity on sites, apps, and devices that use Google services

When Web & App Activity is on, you can include additional activity like:

- Sites and apps that partner with Google to show ads
- Sites and apps that use Google services, including data that apps share with Google
- Your Chrome browsing history
- Android usage & diagnostics, like battery level and system errors

To let Google save this information:

- Web & App Activity must be on.
- The box next to "Include Chrome history and activity from sites, apps, and devices that use Google services" must be checked.

Your Chrome history is saved only if you're signed in to your Google Account and have Chrome Sync turned on. Learn about Chrome Sync.

Note: If you use a shared device or sign in with more than one account, activity might be saved to the default account on the browser or device you use.

Audio recordings

When Web & App Activity is on, you can include audio recordings from your interactions with Google Search, Assistant, and Maps as part of your activity. Learn about audio recordings.

To let Google save this information:

- Web & App Activity must be on.
- The box next to "Include audio recordings" must be checked.

## How your saved activity is used

Learn more about how Google uses your saved activity and helps keep it private.

For more information about how Google treats search queries generally, review the Privacy Policy FAQ.

## How Web & App Activity works when you're signed out

Your search and ad results may be customized using search-related activity even if you're signed out. To turn off this kind of search customization, you can search and browse privately. Learn how.

## Browser history

In the Activity controls page, you can also check the box to "Include Chrome history and activity from sites, apps, and devices that use Google services." When this box is checked, you can control whether activity from your device is saved.

Your searches and the sites you visit may also be stored in your browser or the Google Toolbar. Learn how to delete your history on Chrome, Toolbar, Safari, Internet Explorer, or Firefox.

Give feedback about this article
Choose a section to give feedback on



Was this helpful?
YesNo

Submit

## Help

- Find & control your Web & App Activity
- Understand & manage your location when you search on Google

- ©2021 Google
- Privacy Policy
- Terms of Service



English

1. català
2. dansk
3. Deutsch
4. español
5. español (Latinoamérica)
6. Filipino
7. français
8. hrvatski
9. Indonesia
10. italiano
11. magyar
12. Melayu
13. Nederlands
14. norsk
15. polski
16. português (Brasil)
17. română
18. slovenčina
19. slovenščina
20. suomi
21. svenska
22. Tiếng Việt
23. Türkçe
24. čeština
25. Ελληνικά
26. български
27. русский
28. српски
29. українська
30. עברית
31. العربية
32. فارسی
33. मराठी
34. हिन्दी

35. தமிழ்
36. తెలుగు
37. ไทย
38. 中文（简体）
39. 中文（繁體）
40. 日本語
41. 한국어
42. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- [Help Center](#)

- [Community](#)

- [Google Search](#)

- [Privacy Policy](#)

- [Terms of Service](#)

- [Submit feedback](#)

# What is the issue with this selection?


Inaccurate - doesn't match what I see in the product


Hard to understand - unclear or translation is wrong


Missing info - relevant but not comprehensive


Irrelevant - doesn't match the title and / or my expectations


Minor errors - formatting issues, typos, and / or broken links


Other suggestions - ideas to improve the content

# Share additional info or suggestions

Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.

# **Trends**

*search*
United States
United States
Afghanistan
Åland Islands
Albania
Algeria
American Samoa
Andorra
Angola
Anguilla
Antarctica
Antigua & Barbuda
Argentina
Armenia
Aruba
Australia
Austria
Azerbaijan
Bahamas
Bahrain
Bangladesh
Barbados
Belarus
Belgium
Belize
Benin
Bermuda
Bhutan
Bolivia
Bosnia & Herzegovina
Botswana
Bouvet Island
Brazil
British Indian Ocean Territory
British Virgin Islands
Brunei
Bulgaria
Burkina Faso

Burundi
Cambodia
Cameroon
Canada
Cape Verde
Caribbean Netherlands
Cayman Islands
Central African Republic
Chad
Chile
China
Christmas Island
Cocos (Keeling) Islands
Colombia
Comoros
Congo - Brazzaville
Congo - Kinshasa
Cook Islands
Costa Rica
Côte d'Ivoire
Croatia
Cuba
Curaçao
Cyprus
Czechia
Denmark
Djibouti
Dominica
Dominican Republic
Ecuador
Egypt
El Salvador
Equatorial Guinea
Eritrea
Estonia
Eswatini
Ethiopia
Falkland Islands (Islas Malvinas)
Faroe Islands
Fiji
Finland
France
French Guiana
French Polynesia
French Southern Territories
Gabon

Gambia
Georgia
Germany
Ghana
Gibraltar
Greece
Greenland
Grenada
Guadeloupe
Guam
Guatemala
Guernsey
Guinea
Guinea-Bissau
Guyana
Haiti
Heard & McDonald Islands
Honduras
Hong Kong
Hungary
Iceland
India
Indonesia
Iran
Iraq
Ireland
Isle of Man
Israel
Italy
Jamaica
Japan
Jersey
Jordan
Kazakhstan
Kenya
Kiribati
Kosovo
Kuwait
Kyrgyzstan
Laos
Latvia
Lebanon
Lesotho
Liberia
Libya
Liechtenstein

Lithuania
Luxembourg
Macao
Madagascar
Malawi
Malaysia
Maldives
Mali
Malta
Marshall Islands
Martinique
Mauritania
Mauritius
Mayotte
Mexico
Micronesia
Moldova
Monaco
Mongolia
Montenegro
Montserrat
Morocco
Mozambique
Myanmar (Burma)
Namibia
Nauru
Nepal
Netherlands
New Caledonia
New Zealand
Nicaragua
Niger
Nigeria
Niue
Norfolk Island
North Korea
North Macedonia
Northern Mariana Islands
Norway
Oman
Pakistan
Palau
Palestine
Panama
Papua New Guinea
Paraguay

Peru
Philippines
Pitcairn Islands
Poland
Portugal
Puerto Rico
Qatar
Réunion
Romania
Russia
Rwanda
Samoa
San Marino
São Tomé & Príncipe
Saudi Arabia
Senegal
Serbia
Seychelles
Sierra Leone
Singapore
Sint Maarten
Slovakia
Slovenia
Solomon Islands
Somalia
South Africa
South Georgia & South Sandwich Islands
South Korea
South Sudan
Spain
Sri Lanka
St. Barthélemy
St. Helena
St. Kitts & Nevis
St. Lucia
St. Martin
St. Pierre & Miquelon
St. Vincent & Grenadines
Sudan
Suriname
Svalbard & Jan Mayen
Sweden
Switzerland
Syria
Taiwan
Tajikistan

Tanzania
Thailand
Timor-Leste
Togo
Tokelau
Tonga
Trinidad & Tobago
Tunisia
Turkey
Turkmenistan
Turks & Caicos Islands
Tuvalu
U.S. Outlying Islands
U.S. Virgin Islands
Uganda
Ukraine
United Arab Emirates
United Kingdom
Uruguay
Uzbekistan
Vanuatu
Vatican City
Venezuela
Vietnam
Wallis & Futuna
Western Sahara
Yemen
Zambia
Zimbabwe
**Sign in**

*home*
Home
*search*
Explore
*trending_up*
Trending Searches
*public*
Year in Search
*email*
Subscriptions

*help_outline*
Help
*feedback*
Send Feedback
Privacy Terms

Explore what the world is searching
*search*
Or start with an example
*keyboard_arrow_down*
Or start with an example
HIDE

Taylor Swift
Kim Kardashian
Interest by subregion, Past 7 days, United States

World Cup
Interest by region, Past 7 days, Worldwide

Football
American football
Interest by subregion, 2004 - present, United States

Showing 1-3 of 6 examples
Latest Stories and Insights
Explore how Google data can be used to tell stories.

Afghanistan
US and Nato troops are withdrawing from Afghanistan. This is what the world is searching for.
Search interest (1-100)
NoteNote

| x | y1 |
|---|---|
| Jul 1, 2004 | 6 |
| Aug 1, 2004 | 7 |
| Sep 1, 2004 | 8 |
| Oct 1, 2004 | 10 |
| Nov 1, 2004 | 9 |
| Dec 1, 2004 | 7 |
| Jan 1, 2005 | 6 |
| Feb 1, 2005 | 6 |
| Mar 1, 2005 | 7 |
| Apr 1, 2005 | 7 |
| May 1, 2005 | 8 |
| Jun 1, 2005 | 6 |
| Jul 1, 2005 | 7 |
| Aug 1, 2005 | 5 |
| Sep 1, 2005 | 6 |

| x | y1 |
|---|---|
| Oct 1, 2005 | 6 |
| Nov 1, 2005 | 7 |
| Dec 1, 2005 | 6 |
| Jan 1, 2006 | 5 |
| Feb 1, 2006 | 7 |
| Mar 1, 2006 | 7 |
| Apr 1, 2006 | 6 |
| May 1, 2006 | 7 |
| Jun 1, 2006 | 5 |
| Jul 1, 2006 | 5 |
| Aug 1, 2006 | 5 |
| Sep 1, 2006 | 7 |
| Oct 1, 2006 | 6 |
| Nov 1, 2006 | 6 |
| Dec 1, 2006 | 5 |
| Jan 1, 2007 | 5 |
| Feb 1, 2007 | 5 |
| Mar 1, 2007 | 5 |
| Apr 1, 2007 | 5 |
| May 1, 2007 | 6 |
| Jun 1, 2007 | 5 |
| Jul 1, 2007 | 5 |
| Aug 1, 2007 | 5 |
| Sep 1, 2007 | 5 |
| Oct 1, 2007 | 5 |
| Nov 1, 2007 | 6 |
| Dec 1, 2007 | 5 |
| Jan 1, 2008 | 6 |
| Feb 1, 2008 | 6 |
| Mar 1, 2008 | 6 |
| Apr 1, 2008 | 7 |
| May 1, 2008 | 6 |
| Jun 1, 2008 | 6 |
| Jul 1, 2008 | 7 |
| Aug 1, 2008 | 5 |
| Sep 1, 2008 | 6 |
| Oct 1, 2008 | 7 |

| x | y1 |
|---|---|
| Nov 1, 2008 | 6 |
| Dec 1, 2008 | 7 |
| Jan 1, 2009 | 7 |
| Feb 1, 2009 | 8 |
| Mar 1, 2009 | 7 |
| Apr 1, 2009 | 8 |
| May 1, 2009 | 9 |
| Jun 1, 2009 | 6 |
| Jul 1, 2009 | 9 |
| Aug 1, 2009 | 9 |
| Sep 1, 2009 | 11 |
| Oct 1, 2009 | 14 |
| Nov 1, 2009 | 13 |
| Dec 1, 2009 | 16 |
| Jan 1, 2010 | 10 |
| Feb 1, 2010 | 11 |
| Mar 1, 2010 | 10 |
| Apr 1, 2010 | 10 |
| May 1, 2010 | 11 |
| Jun 1, 2010 | 11 |
| Jul 1, 2010 | 10 |
| Aug 1, 2010 | 10 |
| Sep 1, 2010 | 10 |
| Oct 1, 2010 | 10 |
| Nov 1, 2010 | 10 |
| Dec 1, 2010 | 10 |
| Jan 1, 2011 | 9 |
| Feb 1, 2011 | 9 |
| Mar 1, 2011 | 10 |
| Apr 1, 2011 | 10 |
| May 1, 2011 | 11 |
| Jun 1, 2011 | 9 |
| Jul 1, 2011 | 8 |
| Aug 1, 2011 | 10 |
| Sep 1, 2011 | 9 |
| Oct 1, 2011 | 9 |
| Nov 1, 2011 | 9 |

| x | y1 |
|---|---|
| Dec 1, 2011 | 9 |
| Jan 1, 2012 | 8 |
| Feb 1, 2012 | 10 |
| Mar 1, 2012 | 11 |
| Apr 1, 2012 | 9 |
| May 1, 2012 | 10 |
| Jun 1, 2012 | 7 |
| Jul 1, 2012 | 7 |
| Aug 1, 2012 | 8 |
| Sep 1, 2012 | 9 |
| Oct 1, 2012 | 8 |
| Nov 1, 2012 | 8 |
| Dec 1, 2012 | 7 |
| Jan 1, 2013 | 7 |
| Feb 1, 2013 | 7 |
| Mar 1, 2013 | 7 |
| Apr 1, 2013 | 8 |
| May 1, 2013 | 10 |
| Jun 1, 2013 | 6 |
| Jul 1, 2013 | 6 |
| Aug 1, 2013 | 5 |
| Sep 1, 2013 | 7 |
| Oct 1, 2013 | 6 |
| Nov 1, 2013 | 6 |
| Dec 1, 2013 | 6 |
| Jan 1, 2014 | 6 |
| Feb 1, 2014 | 6 |
| Mar 1, 2014 | 6 |
| Apr 1, 2014 | 7 |
| May 1, 2014 | 7 |
| Jun 1, 2014 | 7 |
| Jul 1, 2014 | 5 |
| Aug 1, 2014 | 6 |
| Sep 1, 2014 | 6 |
| Oct 1, 2014 | 5 |
| Nov 1, 2014 | 5 |
| Dec 1, 2014 | 6 |

| x | y1 |
|---|---|
| Jan 1, 2015 | 5 |
| Feb 1, 2015 | 5 |
| Mar 1, 2015 | 6 |
| Apr 1, 2015 | 5 |
| May 1, 2015 | 6 |
| Jun 1, 2015 | 4 |
| Jul 1, 2015 | 4 |
| Aug 1, 2015 | 4 |
| Sep 1, 2015 | 5 |
| Oct 1, 2015 | 6 |
| Nov 1, 2015 | 5 |
| Dec 1, 2015 | 5 |
| Jan 1, 2016 | 5 |
| Feb 1, 2016 | 5 |
| Mar 1, 2016 | 5 |
| Apr 1, 2016 | 5 |
| May 1, 2016 | 5 |
| Jun 1, 2016 | 4 |
| Jul 1, 2016 | 4 |
| Aug 1, 2016 | 4 |
| Sep 1, 2016 | 5 |
| Oct 1, 2016 | 4 |
| Nov 1, 2016 | 5 |
| Dec 1, 2016 | 4 |
| Jan 1, 2017 | 4 |
| Feb 1, 2017 | 5 |
| Mar 1, 2017 | 4 |
| Apr 1, 2017 | 14 |
| May 1, 2017 | 6 |
| Jun 1, 2017 | 5 |
| Jul 1, 2017 | 4 |
| Aug 1, 2017 | 6 |
| Sep 1, 2017 | 5 |
| Oct 1, 2017 | 5 |
| Nov 1, 2017 | 4 |
| Dec 1, 2017 | 4 |
| Jan 1, 2018 | 5 |

| x | y1 |
|---|---|
| Feb 1, 2018 | 5 |
| Mar 1, 2018 | 4 |
| Apr 1, 2018 | 5 |
| May 1, 2018 | 5 |
| Jun 1, 2018 | 4 |
| Jul 1, 2018 | 4 |
| Aug 1, 2018 | 4 |
| Sep 1, 2018 | 5 |
| Oct 1, 2018 | 4 |
| Nov 1, 2018 | 5 |
| Dec 1, 2018 | 4 |
| Jan 1, 2019 | 5 |
| Feb 1, 2019 | 4 |
| Mar 1, 2019 | 5 |
| Apr 1, 2019 | 5 |
| May 1, 2019 | 5 |
| Jun 1, 2019 | 4 |
| Jul 1, 2019 | 4 |
| Aug 1, 2019 | 4 |
| Sep 1, 2019 | 5 |
| Oct 1, 2019 | 4 |
| Nov 1, 2019 | 5 |
| Dec 1, 2019 | 5 |
| Jan 1, 2020 | 6 |
| Feb 1, 2020 | 5 |
| Mar 1, 2020 | 5 |
| Apr 1, 2020 | 4 |
| May 1, 2020 | 4 |
| Jun 1, 2020 | 4 |
| Jul 1, 2020 | 4 |
| Aug 1, 2020 | 4 |
| Sep 1, 2020 | 4 |
| Oct 1, 2020 | 4 |
| Nov 1, 2020 | 4 |
| Dec 1, 2020 | 4 |
| Jan 1, 2021 | 4 |
| Feb 1, 2021 | 4 |

| x | y1 |
|---|---|
| Mar 1, 2021 | 4 |
| Apr 1, 2021 | 5 |
| May 1, 2021 | 5 |
| Jun 1, 2021 | 4 |
| Jul 1, 2021 | 7 |
| Aug 1, 2021 | 100 |

Afghanistan search interest since 2004
Read more
*arrow_forward*

Tokyo 2020 Paralympics
The 2020 Tokyo Paralympics begin on August 24, 2021.
Global: Interest in 2020 Summer Paralympics by country, past week
Read more
*arrow_forward*

Show more
*keyboard_arrow_down*
Recently trending
Keep up with the latest trending searches

Only Murders in the Building
50K+ searches

Service dogs left in Afghanistan
20K+ searches

US Open 2021
20K+ searches

Madison Cawthorn
20K+ searches

Carson Wentz
20K+ searches

Caldor Fire
1M+ searches

Flash flood watch
500K+ searches

U.S. Open
500K+ searches

[Bishop Sycamore](#)
[200K+ searches](#)

[Dallas Cowboys](#)
[200K+ searches](#)

[More trending searches](#)
*[arrow_forward](#)*
Year in Search
See what was trending on Google by year

[Year in Search 2020](#)
*[arrow_forward](#)*

[Year in Search 2019](#)
*[arrow_forward](#)*

[Year in Search 2018](#)
*[arrow_forward](#)*

[Year in Search 2017](#)
*[arrow_forward](#)*

[Year in Search 2016](#)
*[arrow_forward](#)*

Showing 1-5 of 20 items
Google News Initiative
The Google News Initiative is our effort to work with the news industry to help journalism thrive in the digital age. If you're interested in learning how to use Google's tools, explore our training center for over 40 lessons on Google products, including Google Trends.
[LEARN MORE *open_in_new*](#) [TAKE GOOGLE TRENDS LESSONS *open_in_new*](#)
[Privacy](#) [Terms](#) [Help Center](#) Send Feedback [About](#)



Google Search Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunityAnnouncements

For users struggling to make calls on their LG device, please update your Google App (https://goo.gle/3olJnQ0). Apologies for the inconvenience.

# Content policies for Google Search

Google uses automated systems to discover content from the web and other sources. These systems generate search results that provide useful and reliable responses to billions of searches we process each day.

Given how Search encompasses trillions of web pages, images, videos and other content, the results might occasionally contain material that some find objectionable, offensive, or problematic.

We've carefully developed the content policies for Google Search listed below to balance the real concerns about such issues, alongside the need for a search engine to provide access to information. Our article, Maximize access to information, explains more about this approach.

## Overall content policies for Google Search

These policies apply to content surfaced anywhere within Google Search, which includes web results. Web results are web pages, images, videos, news content or other material that Google finds from across the web.

Expand all Collapse all

Child sexual abuse imagery or exploitation material

We block search results that lead to child sexual abuse imagery or material that appears to victimize, endanger, or otherwise exploit children. Learn how to report child sexual abuse imagery.

## Highly personal information

Google might remove certain personal information that creates significant risks of identity theft, financial fraud, or other specific harms, which include, but aren't limited to, doxxing content, explicit personal images, and involuntary fake pornography. Learn how to remove your personal information from Google.

## Spam

We take action against spam, which is content that exhibits deceptive or manipulative behavior designed to deceive users or game our search systems. Learn more about Google Search Webmaster Guidelines.

## Webmaster & site owner requests

Upon request, we remove content that webmasters or site owners wish to block from our web results. Learn how to block access to your content and how to remove information from Google.

## Valid legal requests

We remove content or features from our Search results for legal reasons. For example, we remove content if we receive valid notification under the US Digital Millennium Copyright Act (DMCA). We also remove content from local versions of Google, consistent with local law, when we're notified that content is an issue. For example, we remove content that illegally glorifies the Nazi party from our German service, or that unlawfully insults religion from our Indian service. We delist pages on name queries, based on data-protection requests, under what's commonly known as the "Right to be Forgotten" in the EU. We scrutinize these requests to ensure that they're well-founded, and we frequently refuse to remove content when there's no clear basis in law.

When possible, we display a notification that results have been removed and report these removals to Lumen Database, a project run by the Berkman Center for Internet and Society, which tracks online restrictions on speech. We also disclose certain details about legal removals from our Search results through our Transparency Report. Learn how to make a Legal Removals Request.

# Search features policies

These policies apply to many of our search features. Even though these features and the content within them is automatically generated as with web results, how they're presented might be interpreted as having greater quality or credibility than web results. We also don't want predictive or refinement features to unexpectedly shock or offend people. Search features covered by these policies include panels, carousels, enhancements to web listings (such as through structured data), predictive and refinement features, and results and features spoken aloud. These policies don't apply to web results.

Expand all Collapse all

## Advertisements

We don't allow content that primarily advertises products or services, which includes direct calls to purchase, links to other websites, company contact information, and other promotional tactics. We don't allow sponsored content that's concealed or misrepresented as independent content.

## Dangerous content

We don't allow content that could directly facilitate serious and immediate harm to people or animals. This includes, but isn't limited to, dangerous goods, services or activities, and self-harm, such as mutilation, eating disorders, or drug abuse.

## Deceptive practices

We don't allow content that impersonates any person or organization, misrepresentation or concealment of ownership or primary purpose, and engagement in inauthentic or coordinated behavior to deceive, defraud, or mislead. This includes, but isn't limited to, the misrepresentation or concealment of country of origin or directing content at users in another country under false premises, and working together in ways that conceal or misrepresent information about relationships or editorial independence. This policy doesn't cover content with certain artistic, educational, historical, documentary, or scientific considerations, or other substantial benefits to the public.

## Harassing content

We don't allow harassment, bullying, or threatening content. This includes, but isn't limited to, content which might:

- Single someone out for malicious abuse.
- Threaten someone with serious harm.
- Sexualize someone in an unwanted way.
- Expose private information of someone that could be used to carry out threats.
- Disparage or belittle victims of violence or tragedy.

- Deny an atrocity.
- Cause harassment in other ways.

### Hateful content

We don't allow content that promotes or condones violence, or has the primary purpose of inciting hatred against an individual or group. This includes, but isn't limited to, targeting on the basis of race, ethnic origin, religion, disability, age, nationality, veteran status, sexual orientation, gender, gender identity, or any other characteristic that's associated with systemic discrimination or marginalization.

### Manipulated media

We don't allow audio, video, or image content that's been manipulated to deceive, defraud, or mislead by means of creating a representation of actions or events that verifiably didn't take place. This includes if such content would cause a reasonable person to have a fundamentally different understanding or impression, such that it might cause significant harm to groups or individuals, or significantly undermine participation or trust in electoral or civic processes.

### Medical content

We don't allow content that contradicts or runs contrary to scientific or medical consensus and evidence-based best practices.

### Regulated goods

We don't allow content that primarily facilitates the promotion or sale of regulated goods and services such as alcohol, gambling, pharmaceuticals, unapproved supplements, tobacco, fireworks, weapons, or health and medical devices.

### Sexually explicit content

We don't allow content that contains nudity, graphic sex acts, or sexually explicit material. Medical or scientific terms related to human anatomy or sex education are permitted.

### Terrorist content

We don't allow content that promotes terrorist or extremist acts, which includes recruitment, inciting violence, or the celebration of terrorist attacks.

### Violence & gore

We don't allow violent or gory content that's primarily intended to be shocking, sensational, or gratuitous.

Vulgar language & profanity

We don't allow obscenities or profanities that are primarily intended to be shocking, sensational, or gratuitous.

# Feature-specific policies

Some search features have specific policies that are necessary due to the particular ways they work. To learn more, go to the following pages:

- Autocomplete
- Dictionary boxes
- Featured snippets
- Google Discover
- Google News
- Google Podcasts
- Image & video boxes
- Knowledge Graph & Knowledge Panels
- Structured data
- Structured data for job postings
- User content on Search

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

©2021 Google
- Privacy Policy
- Terms of Service


English

1. català

2. dansk
3. Deutsch
4. español
5. español (Latinoamérica)
6. Filipino
7. français
8. hrvatski
9. Indonesia
10. italiano
11. magyar
12. Melayu
13. Nederlands
14. norsk
15. polski
16. português (Brasil)
17. română
18. slovenčina
19. slovenščina
20. suomi
21. svenska
22. Tiếng Việt
23. Türkçe
24. čeština
25. Ελληνικά
26. български
27. русский
28. српски
29. українська
30. עברית
31. العربية
32. فارسی
33. मराठी
34. हिन्दी
35. தமிழ்
36. తెలుగు
37. ไทย
38. 中文（简体）
39. 中文（繁體）
40. 日本語
41. 한국어
42. English

Send feedback on...

This help content & information General Help Center experience

```
1
```

Google Help

- [Help Center](#)

- [Community](#)

- [Google Search](#)

- [Privacy Policy](#)

- [Terms of Service](#)

- [Submit feedback](#)

## What is the issue with this selection?

Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations


Minor errors - formatting issues, typos, and / or broken links


Other suggestions - ideas to improve the content

## Share additional info or suggestions



Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.



YouTube Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunity

# Other reporting options

If flagging a video does not accurately capture your issue, we have several other reporting mechanisms for you to explore.

## Reporting a channel

Flagging is a great way to report a video that you think violates our Community Guidelines, but sometimes you may need to report more than one piece of content or may wish to submit a more detailed report for review. By reporting a user's channel, you can highlight a user's comments or videos and give us more information about your concern. If you feel that you've been targeted for abuse, this tool is your best option to report content.

## Privacy reporting

To file a privacy complaint, start the Privacy Complaint Process. Your privacy is always respected in this process.

## Legal reporting

If you need to report a legal issue on behalf of yourself or your client, you may contact us via our Legal Webforms. To expedite our ability to investigate your claim, we encourage you to submit your claim using our webform, rather than by fax or post.

Keep in mind that abuse of our legal forms may result in the termination of your YouTube account.

# Moment of death or critical injury footage

We try to respect the wishes of families regarding footage of their loved ones being critically injured. If you've identified content showing a family member during the moment of death or critical injury, and you wish to request removal of this content, please contact us using our webform. We carefully review each request, but keep in mind that we take public interest and newsworthiness into account when deciding if content will be removed.

Give feedback about this article
Choose a section to give feedback on



Was this helpful?
YesNo

Submit

# Reporting

- Report inappropriate content
- Report a YouTube search prediction
- Other reporting options
- YouTube Trusted Flagger program
- Report policy-violative ads

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia

11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- [Help Center](#)

- o [Fix a problem](#)

- o [Watch videos](#)

- o [Manage your account & settings](#)

- o [Supervised experience on YouTube](#)

- o [Join & manage YouTube Premium](#)

- o [Create & grow your channel](#)

- o [Monetize with the YouTube Partner Program](#)

- o [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program

Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows

Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues

Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube

YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers

YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

# What is the issue with this selection?



Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

## Share additional info or suggestions



Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.



YouTube Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunity

# Privacy Complaint Process

Every day, people come to YouTube to share videos and engage with each other. We want you to feel safe when you're on YouTube, which is why we encourage you to let us know if videos or comments on the site violate your privacy or sense of safety, including if you have been recorded without your knowledge in private or sensitive circumstances.

We understand that you may not feel comfortable with all content that features you on YouTube, so we've created this process to help you submit a privacy complaint. Please ensure that you are uniquely identifiable within the content you seek to report before proceeding with the Privacy Complaint Process.

If someone copies a video that you created or content that you own, you may wish to file a copyright complaint. If you believe the content violates YouTube Community Guidelines, we encourage you to learn how to report inappropriate content.

Contact your local authorities for further assistance if you feel you are in physical danger.

Continue

Give feedback about this article

Choose a section to give feedback on

Was this helpful?

YesNo



Submit

©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）

38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- [Help Center](#)

  - [Fix a problem](#)

  - [Watch videos](#)

  - [Manage your account & settings](#)

  - [Supervised experience on YouTube](#)

  - [Join & manage YouTube Premium](#)

  - [Create & grow your channel](#)

  - [Monetize with the YouTube Partner Program](#)

- o Policy, safety, & copyright

- Community

- YouTube

- Privacy Policy

- YouTube Terms of Service

- Submit feedback

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program

Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows

Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues

Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube

YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers

YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

# What is the issue with this selection?


Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

# Share additional info or suggestions

Do not share any personal info
Cancel
Submit
By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.



YouTube Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunity

# Legal policies

The YouTube Legal Support Team addresses requests to block videos on legal grounds. You can find general information here about what these legal issues are, and how to file a complaint.

- Trademark
- Counterfeit
- Defamation
- Other legal issues
- Stored music policy
- Other legal complaints
-
-

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français

9.  hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback about our Help Center



Google Help

- [Help Center](#)

- o [Fix a problem](#)

- o [Watch videos](#)

- o [Manage your account & settings](#)

- o [Supervised experience on YouTube](#)

- o [Join & manage YouTube Premium](#)

- o [Create & grow your channel](#)

- o [Monetize with the YouTube Partner Program](#)

- o [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program

Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows

Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues

Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube

YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers

YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

Send feedback on...

This help content & information General Help Center experience



YouTube Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunity

# YouTube Trusted Flagger program

The YouTube Trusted Flagger program was developed by YouTube to help provide robust tools for individuals, government agencies, and non-governmental organizations (NGOs) that are particularly effective at notifying YouTube of content that violates our Community Guidelines.

The YouTube Trusted Flagger program includes:

- A bulk-flagging tool that allows for reporting multiple videos at one time
- Visibility into decisions on flagged content
- Prioritized flag reviews for increased actionability
- Ongoing discussion and feedback on various YouTube content areas
- For NGOs only: Occasional online trainings

## Program eligibility

Who can participate in the Trusted Flagger program?

Individual users, government agencies, and NGOs are eligible for participation in the YouTube Trusted Flagger program. Ideal candidates have identified expertise in at least one policy vertical (listed here), flag content frequently with a high rate of accuracy, and are open to ongoing discussion and feedback with YouTube about various content areas.

What are the steps to becoming a Trusted Flagger?

If you're passionate about YouTube and becoming a Trusted Flagger, the first step to joining the program is to begin flagging potentially violative content for review. In order

to flag content, including as part of the Trusted Flagger program, you must be signed into YouTube.

## Individual Users

We invite users that flag a large volume of videos with a high rate of accuracy to join the Trusted Flagger program.

## NGOs and Government Agencies

If you represent an NGO or Government agency and you wish to join the program, please reach out to your local point of contact at YouTube or Google. Please note that certain organizations, including those from countries where there is a history of human rights abuses or a suppression of speech, may be subject to further review.

Before becoming a Trusted Flagger, participants from governments and NGOs must attend a YouTube training to learn about our Community Guidelines and enforcement processes.

What are the requirements after joining the Trusted Flagger program?

The Trusted Flagger program exists to assist with the enforcement of our Community Guidelines. Participants must be committed to frequently flagging content that may violate them and open to ongoing discussion and feedback on various YouTube content areas. We also reserve the right to remove any participant who has not engaged significantly in the program.

Participants must provide their contact email or the contact email for at least one person in their organization who will be the ongoing Trusted Flagger point of contact. We will send periodic emails about the Trusted Flagger program to this email address. All participants in the Trusted Flagger program are subject to an NDA.

Please note that YouTube reserves the right to refuse participation in the program, modify program requirements, or suspend the program at our sole discretion.

## Flag review process

Videos flagged by Trusted Flaggers are reviewed by YouTube content moderators according to YouTube's Community Guidelines. Content flagged by Trusted Flaggers is not automatically removed or subject to any differential policy treatment — the same standards apply for flags received from other users. However, because of their high degree of accuracy, flags from Trusted Flaggers are prioritized for review by our teams.

The Trusted Flagger program exists exclusively for the reporting of possible Community Guideline violations. It is not a flow for reporting content that may violate local law. Requests based on local law can be filed following the instructions here.

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

# Reporting

- Report inappropriate content
- Report a YouTube search prediction
- Other reporting options
- YouTube Trusted Flagger program
- Report policy-violative ads

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)

20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- **Help Center**

  o  **Fix a problem**

  o  **Watch videos**

- o [Manage your account & settings](#)

- o [Supervised experience on YouTube](#)

- o [Join & manage YouTube Premium](#)

- o [Create & grow your channel](#)

- o [Monetize with the YouTube Partner Program](#)

- o [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program

Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows

Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues

Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube

YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers

YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

## What is the issue with this selection?


Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

## Share additional info or suggestions

Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.

YouTube Help



Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunity

# Ad policy overview

In this article, you'll learn about the policies all advertisers must follow and how we review ads.

## Our policies

To place ads on YouTube, you'll have to comply with:

- Google Ad Policies
- YouTube-specific ad policies
- Ad formats & features
- Targeting & serving
- If you place ads on YouTube Kids, check out our YouTube Kids advertising policies for more specific guidance.
- YouTube Community Guidelines
- Technical Guidelines

## Policy guidelines

Below you'll find more detailed info about our policy guidelines:

| Prohibited content | Prohibited practices |
|---|---|
| Content you can't advertise on the Google Network | What you can't do when advertising with us |
| | Abusing the ad network |
| | Data collection and use |
| Counterfeit goods | |
| Dangerous products or services | |

Enabling dishonest behavior
Inappropriate content

Misrepresentation

Restricted content

Editorial and technical

Content you can advertise, but with limitations

Quality standards for your ads, websites, and apps

Adult content
Alcohol
Copyrights
Gambling and games
Healthcare and medicines
Political content
Financial services
Trademarks
Legal requirements
Other restricted businesses

Editorial
Destination requirements
Technical requirements
Ad format requirements

Other important policies

Ads are particularly visible when they appear on YouTube. The links below include other policies that are applied to any ad running on our platform:

Paid product placements and endorsements
Mimicking YouTube site elements
Unbranded ads or brand channels
User-generated content in ads
YouTube's contest policies and guidelines

# Where policies apply

Our policies apply to all portions of your content, including:

- Text in ad
- Creative elements in ad
- Content of your site or the content of your channel or video

Once your ad is created, it will automatically be reviewed. Learn more about our ad review process below.

# How we review ads

After you create or edit an ad or extension, the review process begins automatically.

Ad review details

# About our policies

YouTube is committed to providing an advertising service with fair and consistent policies that benefit our users, advertisers, and partners. To achieve this goal, we maintain high standards for ads accepted on our site. These ads also include ones embodied by our technical, community, and advertising guidelines and policies.

Ads policies details
Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

©2021 Google
- Privacy Policy
- YouTube Terms of Service


English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk

17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- Help Center

  o Fix a problem

- o [Watch videos](#)

- o [Manage your account & settings](#)

- o [Supervised experience on YouTube](#)

- o [Join & manage YouTube Premium](#)

- o [Create & grow your channel](#)

- o [Monetize with the YouTube Partner Program](#)

- o [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program

Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows

Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues

Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube

YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

# What is the issue with this selection?

Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

# Share additional info or suggestions



Do not share any personal info
Cancel
Submit
By continuing, you agree Google uses your answers, account & system info to improve
services, per our Privacy & Terms.



YouTube Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help Center Community

# Ads on videos you watch

The ads that play on YouTube videos you watch are tailored to your interests. They're based on your Google Ad Settings, the videos you've watched, and whether you're signed in or not.

When you're signed in, these anonymous signals may decide which ads you see:

- Types of videos you've viewed
- The apps on your device and your use of apps
- Websites you visit
- Anonymous identifiers associated with your mobile device
- Previous interactions with Google's ads or advertising services
- Your geographic location
- Age range
- Gender
- YouTube video interactions

These ads are based on the content of the videos you've watched whether you're signed in or not.

## Manage privacy settings for ads

You can control the ads that you see based on your Google Account Ad Settings. You can also view, delete, or pause your YouTube watch history.

## Turn off ads

If you want to turn off ads on YouTube, check out our paid memberships for an ad-free experience.

To stop seeing a specific ad, select Info ⊞ Stop seeing this ad on the ad. This option is only available if you have ad personalization turned on in your Google Account Ad Settings.

# Report an ad

If you see an ad that you dislike, use the info above to manage your ad settings. If you see an ad that is inappropriate or even violates Google's ad policies, you can report it.

To report the ad, select Info ⊡ on the ad then Report this ad, or choose to fill out and submit this form. Our team will then review your ad report and act on the report if appropriate.

Reporting ads is only available on YouTube mobile and on a computer.

# Fill in lead forms

When you open a lead form in a video campaign on YouTube, some fields are pre-filled when you're signed in to your Google Account.

Give feedback about this article
Choose a section to give feedback on



Was this helpful?
YesNo

Submit

# Manage privacy settings

- Ads on videos you watch
- Change your subscription privacy settings
- Hide or show likes & saved playlists
- Understanding the basics of privacy on YouTube apps

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1.  català
2.  dansk
3.  Deutsch
4.  English (United Kingdom)
5.  español
6.  español (Latinoamérica)
7.  Filipino
8.  français
9.  hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어

41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- [Help Center](#)

  o [Fix a problem](#)

  o [Watch videos](#)

  o [Manage your account & settings](#)

  o [Supervised experience on YouTube](#)

  o [Join & manage YouTube Premium](#)

  o [Create & grow your channel](#)

  o [Monetize with the YouTube Partner Program](#)

  o [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program

Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows

Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues

Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube

YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers

YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

# What is the issue with this selection?


Inaccurate - doesn't match what I see in the product


Hard to understand - unclear or translation is wrong


Missing info - relevant but not comprehensive


Irrelevant - doesn't match the title and / or my expectations


Minor errors - formatting issues, typos, and / or broken links


Other suggestions - ideas to improve the content

# Share additional info or suggestions



Do not share any personal info
Cancel
Submit
By continuing, you agree Google uses your answers, [account & system info](#) to improve services, per our [Privacy](#) & [Terms](#).



YouTube Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunity

# Manage what types of ads you see on YouTube videos

## Why am I seeing ads on YouTube videos?

You may see different types of ads on YouTube. The ads you see may be based on the content of the video you're viewing, among other factors. Other factors that decide the ads you see include:

- Info in your Google Account, like your age range and gender
- Other activity on Google services, like Google Ads
- Types of websites you visit and mobile app activity on your device
- Websites and apps you've visited that belong to businesses that advertise with Google
- Info we get about you from partners

We strive to improve your ads experience by implementing policies to make the ads more relevant. If you see ads that you think are inappropriate, you can let us know by submitting feedback.

## How can I control the ads that I see on videos?

You can control the ads that you see on YouTube in your Ad Settings. Note that you can also view, delete, or pause your YouTube watch history.

## How can I improve my ad experience?

While watching videos, you may be asked to rate ads with a thumbs up or thumbs down. Based on your feedback, we'll try to show you ads that you're interested in.

# How can I report an ad?

If you see an ad that is inappropriate or even violates Google's ad policies, you can report it.

To report the ad, select Info on the ad then Why this ad Report this ad, or choose to fill out and submit this form. Our team will then review your ad report and take action if appropriate.

Reporting ads is only available on YouTube mobile and desktop.

# YouTube Premium

YouTube Premium is a paid membership, available in certain countries/regions, which gives you an increased video and music experience across YouTube, YouTube Music, and YouTube Kids.

You can watch millions of videos without ads, with YouTube Premium. These ads include ones before and during a video, as well as banner ads, search ads, and video overlay ads. You may still see branding or promotions embedded in content, when such messaging is added by the creator. You may also see links in and around content that is added by the creator. These links could be for their website, merchandise, event tickets, or other related destinations they're promoting. Ad-free videos are supported across all devices and platforms where you can sign in with your YouTube account.

Learn more about the benefits of a YouTube Premium membership.

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo

Submit

# Change video settings

- Manage what types of ads you see on YouTube videos
- Watch YouTube in Dark theme

- Use picture-in-picture on certain devices
- Miniplayer
- Use Muted Playback in Feeds on certain devices

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית

34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- Help Center

  - Fix a problem

  - Watch videos

  - Manage your account & settings

  - Supervised experience on YouTube

  - Join & manage YouTube Premium

  - Create & grow your channel

- o [Monetize with the YouTube Partner Program](#)

- o [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program

Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows

Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues

Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube

YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers

YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

# What is the issue with this selection?



Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

# Share additional info or suggestions

Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.

YouTube Help

Sign in

Send feedback on...



This help content & information

General Help Center experience

Next

Help CenterCommunity

# Trademark

A trademark is a word, symbol, or combination that identifies the source of a product and distinguishes it from other products. A trademark is acquired by a company or other entity through a legal process. Once it's acquired, it gives the owner exclusive rights to the trademark use concerning those goods.

Trademark infringement is improper or unauthorized use of a trademark in a way that is likely to cause confusion as to the source of that product. YouTube policies prohibit videos and channels that infringe trademarks. If your content uses someone else's trademarks in a way that might cause confusion, your videos can be blocked. Your channel may also be suspended.

If you think your trademark is being infringed, keep in mind that YouTube doesn't mediate trademark disputes between creators and trademark owners. As a result, we strongly encourage trademark owners to speak directly with the creator who posted the content in question. Contacting the uploader may fix the problem faster in a way that benefits everyone. Some creators list ways they can be contacted in their channel. Learn more about how to get in touch with others here.

If you can't reach a resolution with the account holder in question, submit a trademark complaint through our Trademark complaint form.

Submit a trademark complaint

YouTube is willing to perform a limited review of reasonable complaints and will remove content in clear cases of infringement. To help solve disputes, YouTube forwards each trademark complaint to the uploader before taking any action. This lets the uploader address any potential Trademark issues.

We'll also accept free-form trademark complaints submitted by email, fax, and mail.

If your complaint relates to the sale or promotion of counterfeit goods, please file a Counterfeit complaint.

If your complaint relates to a protected work, such as a song, movie, or book, please file a Copyright complaint.

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

# Legal policies

- Trademark
- Counterfeit
- Defamation
- Other legal issues
- Stored music policy
- Other legal complaints

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)

7.  Filipino
8.  français
9.  hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- [Help Center](#)

  - [Fix a problem](#)

  - [Watch videos](#)

  - [Manage your account & settings](#)

  - [Supervised experience on YouTube](#)

  - [Join & manage YouTube Premium](#)

  - [Create & grow your channel](#)

  - [Monetize with the YouTube Partner Program](#)

  - [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program

Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows

Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues

Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube

YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers

YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

## What is the issue with this selection?

Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations



Minor errors - formatting issues, typos, and / or broken links



Other suggestions - ideas to improve the content

## Share additional info or suggestions



Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.

YouTube Help

Sign in

Send feedback on...



This help content & information

General Help Center experience

Next

Help CenterCommunity

# Counterfeit

Google prohibits the sale or promotion for sale of counterfeit goods in its products, including YouTube. Counterfeit goods contain a trademark or logo that is identical to or substantially indistinguishable from the trademark of another. They mimic the brand features of the product in an attempt to pass themselves off as a genuine product of the brand owner.

Channels that promote or sell counterfeit goods may be terminated.

If you believe a video or channel is selling or promoting counterfeit goods, you may file a Counterfeit complaint through our online form.

Submit a counterfeit complaint

We must receive your complaint in this format to investigate. Our team will investigate your complaint and remove the content if it violates Google counterfeit policy.

We'll also accept free-form counterfeit complaints, submitted by email, fax, and mail.

Keep in mind that abuse of our legal forms may result in termination of your YouTube account.

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

# Legal policies

- Trademark
- Counterfeit
- Defamation
- Other legal issues
- Stored music policy
- Other legal complaints

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi

24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- [Help Center](Help Center)

  o [Fix a problem](Fix a problem)

  o [Watch videos](Watch videos)

  o [Manage your account & settings](Manage your account & settings)

- o [Supervised experience on YouTube](#)

- o [Join & manage YouTube Premium](#)

- o [Create & grow your channel](#)

- o [Monetize with the YouTube Partner Program](#)

- o [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program

Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows

Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues

Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube

YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers

YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

## What is the issue with this selection?



Inaccurate - doesn't match what I see in the product

☐

Hard to understand - unclear or translation is wrong

☐

Missing info - relevant but not comprehensive

☐

Irrelevant - doesn't match the title and / or my expectations

☐

Minor errors - formatting issues, typos, and / or broken links

☐

Other suggestions - ideas to improve the content

## Share additional info or suggestions

Do not share any personal info

Cancel
Submit
By continuing, you agree Google uses your answers, account & system info to improve
services, per our Privacy & Terms.



YouTube Help

**Sign in**

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunity

# Defamation

Defamation laws vary by country but usually concern content that damages the reputation of another person or business. Although the definition of defamation varies around the world, in general, defamation is any untrue statement that is harmful to someone's reputation or causes someone to be shunned or avoided.

We take into account local legal considerations in our defamation blocking process, and in some cases, we require a court order. For us to be able to process a defamation blocking request, the claim needs to be specific and strongly supported. For example, it needs to explain why you believe the statements are untrue and how it damages your reputation.

In some cases, uploaders willingly remove harmful content. Because obtaining a court order can be costly and time-consuming, we encourage users to contact the uploaders of the content in question directly.

If you are unable to reach the uploader, consider whether the video meets the standards for removal under our privacy or harassment policy.

If you've attempted to contact the uploader, and you believe a defamation claim is more appropriate than a privacy or harassment complaint, please select your country of dispute from the drop down below and follow the directions.



United States

1. Algeria
2. American Samoa
3. Argentina

4. Aruba
5. Australia
6. Austria
7. Azerbaijan
8. Bahrain
9. Bangladesh
10. Belarus
11. Belgium
12. Bermuda
13. Bolivia
14. Bosnia & Herzegovina
15. Brazil
16. Bulgaria
17. Canada
18. Cayman Islands
19. Chile
20. Colombia
21. Costa Rica
22. Croatia
23. Cyprus
24. Czech Republic
25. Denmark
26. Dominican Republic
27. Ecuador
28. Egypt
29. El Salvador
30. Estonia
31. Finland
32. France
33. French Polynesia
34. Georgia
35. Germany
36. Ghana
37. Greece
38. Guam
39. Guatemala
40. Honduras
41. Hong Kong
42. Hungary
43. Iceland
44. India
45. Indonesia
46. Iraq
47. Ireland

48. Israel
49. Italy
50. Jamaica
51. Japan
52. Jordan
53. Kazakhstan
54. Kenya
55. Kuwait
56. Latvia
57. Lebanon
58. Libya
59. Liechtenstein
60. Lithuania
61. Luxembourg
62. Macedonia (FYROM)
63. Malaysia
64. Malta
65. Mexico
66. Montenegro
67. Morocco
68. Nepal
69. Netherlands
70. New Zealand
71. Nicaragua
72. Nigeria
73. Northern Mariana Islands
74. Norway
75. Oman
76. Pakistan
77. Panama
78. Papua New Guinea
79. Paraguay
80. Peru
81. Philippines
82. Poland
83. Portugal
84. Puerto Rico
85. Qatar
86. Romania
87. Russia
88. Saudi Arabia
89. Senegal
90. Serbia
91. Singapore

92. Slovakia
93. Slovenia
94. South Africa
95. South Korea
96. Spain
97. Sri Lanka
98. Sweden
99. Switzerland
100.	Taiwan
101.	Tanzania
102.	Thailand
103.	Tunisia
104.	Turkey
105.	Turks & Caicos Islands
106.	U.S. Virgin Islands
107.	Uganda
108.	Ukraine
109.	United Arab Emirates
110.	United Kingdom
111.	United States
112.	Uruguay
113.	Venezuela
114.	Vietnam
115.	Yemen
116.	Zimbabwe

Because we are not in a position to adjudicate the truthfulness of postings, we do not remove video postings due to allegations of defamation. Consistent with Section 230(c) of the Communications Decency Act, we recommend that you pursue any claims you may have directly against the person who posted the content. If you choose to pursue legal action against the content creator, note that we may be prepared to comply with any order requiring the content creator to remove the posting in question.

If there is a court order that involves content posted to www.youtube.com you may forward this via mail to the following address: YouTube, Inc., Attn Legal Support, 901 Cherry Ave., Second Floor, San Bruno, CA 94066.

Alternatively, you may wish to contact the uploader.

If you have a concern relating to copyright, please visit our Copyright Center. If you have an additional concern relating to YouTube Policy violations please visit our Reporting Center.

# If you can't find your country in the drop down above

YouTube.com is governed by U.S. law.

Because we are not in a position to adjudicate the truthfulness of postings, we do not remove video postings due to allegations of defamation. Consistent with Section 230(c) of the Communications Decency Act, we recommend that you pursue any claims you may have directly against the person who posted the content. If you choose to pursue legal action against the content creator, note that we may be prepared to comply with any order requiring the content creator to remove the posting in question.

If there is a court order that involves content posted to www.youtube.com you may forward this via mail to the following address: YouTube, Inc., Attn Legal Support, 901 Cherry Ave., Second Floor, San Bruno, CA 94066.

Alternatively, you may wish to contact the uploader.

If you have a concern relating to copyright, please visit our Copyright Center. If you have an additional concern relating to YouTube Policy violations please visit our Reporting Center.

Give feedback about this article
Choose a section to give feedback on



Was this helpful?
YesNo

Submit

## Legal policies

- Trademark
- Counterfeit
- Defamation
- Other legal issues
- Stored music policy
- Other legal complaints

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어

41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- [Help Center](#)

  o [Fix a problem](#)

  o [Watch videos](#)

  o [Manage your account & settings](#)

  o [Supervised experience on YouTube](#)

  o [Join & manage YouTube Premium](#)

  o [Create & grow your channel](#)

  o [Monetize with the YouTube Partner Program](#)

  o [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program

Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows

Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues

Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube

YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

# What is the issue with this selection?


Inaccurate - doesn't match what I see in the product


Hard to understand - unclear or translation is wrong


Missing info - relevant but not comprehensive


Irrelevant - doesn't match the title and / or my expectations


Minor errors - formatting issues, typos, and / or broken links


Other suggestions - ideas to improve the content

# Share additional info or suggestions



Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.



YouTube Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunity

# Caption certification

Federal Communications Commission regulations require closed captions for certain content that appeared on television in the United States on or after September 30, 2012. If your content does not require captions, you can inform us by selecting a certification.

Note: If we receive a complaint regarding the availability of captions, we may ask you to update this certification info.

## New videos

1. Sign in to YouTube Studio.
2. In the top-right corner, click CREATE  Upload video.
3. In the upload flow, click MORE OPTIONS.
4. Under "Language, subtitles, and closed captions (CC)", select a certification.

## Uploaded videos

1. Sign in to YouTube Studio.
2. From the left menu, select Content and select your video.
3. At the bottom, click SHOW MORE.
4. Under "Language, subtitles, and closed captions (CC)", select a certification.

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo

**951**
1146



Submit

# Translate videos & captions

- YouTube tools to translate your content
- Change the language of your uploaded video
- Check translated videos
- Translation & transcription glossary
- Pick a strategy for reaching global audiences

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska

25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- [Help Center](#)

  o [Fix a problem](#)

  o [Watch videos](#)

  o [Manage your account & settings](#)

- o [Supervised experience on YouTube](#)

- o [Join & manage YouTube Premium](#)

- o [Create & grow your channel](#)

- o [Monetize with the YouTube Partner Program](#)

- o [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program

Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows

Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues

Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube

YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers

YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

## What is the issue with this selection?


Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

## Share additional info or suggestions

Do not share any personal info

Cancel
Submit
By continuing, you agree Google uses your answers, account & system info to improve
services, per our Privacy & Terms.

YouTube Help

Sign in

Send feedback on...



This help content & information

General Help Center experience

Next

Help CenterCommunity

# Submit a copyright takedown request

If your copyright-protected work was posted on YouTube without authorization, you can submit a copyright takedown request. Submitting a takedown request will start a legal process.

Before you submit a takedown request, you should know:

- Copyright exceptions: You need to consider whether fair use, fair dealing, or a similar exception to copyright law applies. If an exception applies, then the takedown request you submit would be invalid.
- Personal info:
- If a video is removed for copyright infringement, the name of the copyright owner will be visible on YouTube in place of the video.
- If you give us a valid legal alternative, such as the name of a company or authorized representative, we'll review and apply it if appropriate.
- The copyright owner name you enter will become part of the public record of your request. Learn more about the public record of your takedown request.
- Your full legal name is required to complete a takedown request. It may be shared with the uploader of the video removed for copyright infringement.
- The primary email address from your takedown request may be shared with the uploader of the video removed for copyright infringement. The uploader might get in touch with you to resolve their copyright strike.
- Your physical address and phone number will remain confidential unless requested as part of a lawsuit. If YouTube is required to share any information, we'll notify you before doing so.
- Prevent copies: You can select the option to prevent copies of the videos you're reporting from being reuploaded to YouTube. If you select this option, your email address and copyright owner name may be shared with the user whose video is prevented from upload. Learn more.

- Scheduled requests: You can schedule takedown requests to take effect after 7 days. Scheduled requests will notify the uploader and give them 7 days before the content gets removed.
- Non-video content: If you want to submit a takedown request for non-video content, such as channel icon images, follow the steps outlined here. Our webform doesn't support non-video takedown requests.

## How to submit a takedown request

The fastest and simplest way to submit a copyright takedown request is to fill out our webform on a computer. The copyright owner or agent authorized to act on the owner's behalf should submit the request.

Do not make false claims. Misuse of the takedown webform, such as submitting false information, may result in the suspension of your account or other legal consequences.

Click this button to go to the webform:

Submit a copyright takedown request

You can also access the webform directly from YouTube Studio:

1. Sign in to YouTube Studio.
2. From the left menu, click Copyright.
3. Click NEW REMOVAL REQUEST.

We also accept copyright takedown requests by email, fax, and mail. Learn more.

## Track your takedown requests

To view the copyright takedown requests you've previously submitted to YouTube:

1. Sign in to YouTube Studio.
2. From the left menu, click Copyright.
3. Click Removal Requests.

## Manage all your copyright-protected content

If you manage many copyrighted-protected works and often need to submit copyright takedown requests, you may be eligible for our more advanced copyright management tools. Learn more about YouTube's copyright management tools.

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

# Copyright and rights management

- Submit a copyright takedown request
- Prevent reuploads of removed videos
- Retract a claim of copyright infringement
- Contact information in copyright takedown requests
- Requirements for copyright infringement notifications: Videos
- Requirements for copyright infringement notifications: Non-video content

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina

22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- [Help Center](Help Center)

  o [Fix a problem](Fix a problem)

  o [Watch videos](Watch videos)

  o [Manage your account & settings](Manage your account & settings)

- o [Supervised experience on YouTube](#)

- o [Join & manage YouTube Premium](#)

- o [Create & grow your channel](#)

- o [Monetize with the YouTube Partner Program](#)

- o [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program

Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows

Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues

Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube

YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers

YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

# What is the issue with this selection?


Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

# Share additional info or suggestions

Do not share any personal info
Cancel
Submit
By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.



YouTube Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunity

# Other legal issues

## Legal Complaints and Court Orders

If you feel that certain content on the site violates your rights or applicable laws, you may submit a legal complaint under our trademark, defamation, counterfeit, or other legal complaint flows. If you have a court order against an uploader, you may attach a copy of the court order in response to the autoreply you get after you file the appropriate legal complaint. Each court order is examined and evaluated on a set of regional and global criteria.

Keep in mind that you also have other resources to bring content to our attention. For example, if you feel the content does not comply with our community guidelines, please flag it. Also, consider whether the video meets the standards for removal under our privacy or harassment policy before filing a legal complaint.

## Circumvention of Technological Measures

When we say circumvention of technological measures, we're referring to tools that allow users to evade a software's licensing protocol. This can mean serial numbers, keygens, passwords, and other methods to hack software or games.

What is the difference between CTM and copyright?

CTM is a tool that will give users the means to access software. Copyright is concerned with the depiction of the software or the means to acquire it. If the software's interface is in the video, or there's a download link to the software in the video or video description, you may wish to file a copyright takedown notice.

A CTM claim is appropriate when the infringed material isn't present in the video (or directly linked to), but the video offers a way for users to access it illegitimately.

If you believe you have a valid CTM claim, please fill out our webform.

Submit a Circumvention of Technological Measures complaint

# Captioning

If you've gotten a notice informing you that your video is in violation of the Communications and Video Accessibility Act, you may have uploaded content that was originally shown on TV with captions. The Communications and Video Accessibility Act (CVAA) requires that all pre-recorded video programming that is captioned on TV is also captioned on the internet. If you believe you're exempt from the CVAA requirement, you may select a certification for your content.

If you believe a video is required by the CVAA to contain captions, but the uploader has not made captions available, please submit a request via webform.

Give feedback about this article
Choose a section to give feedback on



Was this helpful?
YesNo

Submit

# Legal policies

- Trademark
- Counterfeit
- Defamation
- Other legal issues
- Stored music policy
- Other legal complaints

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service

English?

English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience

**966**



Google Help

- [Help Center](#)

  - [Fix a problem](#)

  - [Watch videos](#)

  - [Manage your account & settings](#)

  - [Supervised experience on YouTube](#)

  - [Join & manage YouTube Premium](#)

  - [Create & grow your channel](#)

  - [Monetize with the YouTube Partner Program](#)

  - [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program
Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows
Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues
Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues
Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube
YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers
YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

# What is the issue with this selection?



Inaccurate - doesn't match what I see in the product



Hard to understand - unclear or translation is wrong



Missing info - relevant but not comprehensive



Irrelevant - doesn't match the title and / or my expectations



Minor errors - formatting issues, typos, and / or broken links



Other suggestions - ideas to improve the content

# Share additional info or suggestions

Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.



YouTube Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunity

# Stored music policy

If you have a YouTube Music account, you may be provided with server space where you will be able to upload and store certain content from your computer (for example music files that may contain metadata and album art) ("Stored Music Content"). If you choose to upload Stored Music Content, you will retain all of your existing rights to the Stored Music Content and a copy will be stored on your behalf. YouTube will make your Stored Music Content accessible to you through your YouTube Music account. Your Stored Music Content will only be accessible by you through your YouTube Music account and may not be shared by you with anyone else, including YouTube users who may be a part of your Google or YouTube Family Plan account. You are legally responsible for the Stored Music Content you upload to YouTube Music and you must not include any third-party intellectual property (such as copyrighted material) unless you have permission from that party or are otherwise legally entitled to do so.

We may need to make limited necessary changes to your Stored Music Content as may be needed for playback functionality on YouTube Music or through the YouTube Music app. YouTube will not share your Stored Music Content with third-parties.

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

# Legal policies

- Trademark
- Counterfeit
- Defamation
- Other legal issues
- Stored music policy
- Other legal complaints

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά

29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- [Help Center](#)

  o [Fix a problem](#)

  o [Watch videos](#)

  o [Manage your account & settings](#)

  o [Supervised experience on YouTube](#)

- o [Join & manage YouTube Premium](#)

- o [Create & grow your channel](#)

- o [Monetize with the YouTube Partner Program](#)

- o [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program

Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows

Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues

Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube

YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers

YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

## What is the issue with this selection?

Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

## Share additional info or suggestions



Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.



Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunity

# Other legal complaints

YouTube will only consider legal complaints when notified by the party in question or their authorized legal representative.

If a video contains your personal information without consent, including your image, name, or national identification number, please contact us through our Privacy Complaint Process. Please select your country of dispute from the drop down below and follow the directions.



United States

1. Algeria
2. American Samoa
3. Argentina
4. Aruba
5. Australia
6. Austria
7. Azerbaijan
8. Bahrain
9. Belarus
10. Belgium
11. Bermuda
12. Bolivia
13. Bosnia & Herzegovina
14. Brazil
15. Bulgaria
16. Canada

17. Cayman Islands
18. Chile
19. Colombia
20. Costa Rica
21. Croatia
22. Cyprus
23. Czech Republic
24. Denmark
25. Dominican Republic
26. Ecuador
27. Egypt
28. El Salvador
29. Estonia
30. Finland
31. France
32. French Polynesia
33. Georgia
34. Germany
35. Ghana
36. Greece
37. Guam
38. Guatemala
39. Honduras
40. Hong Kong
41. Hungary
42. Iceland
43. India
44. Indonesia
45. Iraq
46. Ireland
47. Israel
48. Italy
49. Jamaica
50. Japan
51. Jordan
52. Kazakhstan
53. Kenya
54. Kuwait
55. Latvia
56. Lebanon
57. Libya
58. Liechtenstein
59. Lithuania
60. Luxembourg

61. Macedonia (FYROM)
62. Malaysia
63. Malta
64. Mexico
65. Montenegro
66. Morocco
67. Nepal
68. Netherlands
69. New Zealand
70. Nicaragua
71. Nigeria
72. Northern Mariana Islands
73. Norway
74. Oman
75. Pakistan
76. Panama
77. Papua New Guinea
78. Paraguay
79. Peru
80. Philippines
81. Poland
82. Portugal
83. Puerto Rico
84. Qatar
85. Romania
86. Russia
87. Saudi Arabia
88. Senegal
89. Serbia
90. Singapore
91. Slovakia
92. Slovenia
93. South Africa
94. South Korea
95. Spain
96. Sri Lanka
97. Sweden
98. Switzerland
99. Taiwan
100.     Tanzania
101.     Thailand
102.     Tunisia
103.     Turkey
104.     Turks & Caicos Islands

105.	U.S. Virgin Islands
106.	Uganda
107.	Ukraine
108.	United Arab Emirates
109.	United Kingdom
110.	United States
111.	Uruguay
112.	Venezuela
113.	Vietnam
114.	Yemen
115.	Zimbabwe

Please fill out this form.

## If you can't find your country in the drop down above

YouTube.com is governed by U.S. law. As such, please be aware that we do not accept legal complaints from the country of your claimed rights. We recommend that you pursue any claims you may have directly against the person who posted the content. If your lawsuit results in a decision against the person who posted the content and if that court order requires us to remove the content from our service, we will respond accordingly.

Alternatively, you may wish to contact the uploader.

If a video contains your personal information without consent, including your image, name or national identification number, please contact us through out privacy complaints process.

If you are concerned that an interaction with a community member has risen to the level of harassment, please report this via our reporting center. Click here to submit a harassment complaint.

If you have a concern relating to copyright, please visit our copyright center.

If you have an additional concern relating to YouTube policy violations please visit our reporting center.

If there is a US court order that involves content posted to www.youtube.com you may forward this via mail to the following address: YouTube, Inc., Attn Legal Support, 901 Cherry Ave., Second Floor, San Bruno, CA 94066.

If you wish to learn more about YouTube policy, safety and reporting please visit our Help Center.

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

# Legal policies

- Trademark
- Counterfeit
- Defamation
- Other legal issues
- Stored music policy
- Other legal complaints

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski

10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- [Help Center](Help Center)

- o [Fix a problem](#)

- o [Watch videos](#)

- o [Manage your account & settings](#)

- o [Supervised experience on YouTube](#)

- o [Join & manage YouTube Premium](#)

- o [Create & grow your channel](#)

- o [Monetize with the YouTube Partner Program](#)

- o [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program
Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows
Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues
Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues
Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube
YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers
YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

## What is the issue with this selection?



Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links



Other suggestions - ideas to improve the content

## Share additional info or suggestions



Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.

YouTube Help



Send feedback on...



This help content & information



General Help Center experience

Next

Help CenterCommunity



# How can we help you?

## Fix a problem

Troubleshoot problems playing videos
Troubleshoot account issues
Fix upload problems
Fix YouTube Premium membership issues
Get help with the YouTube Partner Program

## Watch videos

## Manage your account & settings

## Supervised experience on YouTube

## Join & manage YouTube Premium

## Create & grow your channel

## Monetize with the YouTube Partner Program

## Policy, safety, & copyright

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）

38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback about our Help Center



Google Help

- [Help Center](Help Center)

  o [Fix a problem](Fix a problem)

  o [Watch videos](Watch videos)

  o [Manage your account & settings](Manage your account & settings)

  o [Supervised experience on YouTube](Supervised experience on YouTube)

  o [Join & manage YouTube Premium](Join & manage YouTube Premium)

  o [Create & grow your channel](Create & grow your channel)

  o [Monetize with the YouTube Partner Program](Monetize with the YouTube Partner Program)

- o [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program

Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows

Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues

Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube

YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers

YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

Send feedback on...

This help content & information General Help Center experience

YouTube Help



**Sign in**

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunity

# Learn about copyright on YouTube

The rules of copyright are an important part of what makes YouTube work for creators. You can find general information about what copyright law is here, along with more advanced topics like fair use and Creative Commons.

- What is copyright?
- Frequently asked copyright questions
- Creative Commons
- Fair use on YouTube
- Frequently asked questions about fair use
- Music in this video

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia

11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback about our Help Center



Google Help

- [Help Center](Help Center)

- o [Fix a problem](#)

- o [Watch videos](#)

- o [Manage your account & settings](#)

- o [Supervised experience on YouTube](#)

- o [Join & manage YouTube Premium](#)

- o [Create & grow your channel](#)

- o [Monetize with the YouTube Partner Program](#)

- o [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program

Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows

Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues

Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube

YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers

YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

Send feedback on...

This help content & information General Help Center experience



YouTube Help

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunity

# What is copyright?

In many countries, when a person creates an original work that is fixed in a physical medium, they automatically own copyright to the work. As the copyright owner, they have the exclusive right to use the work. Most of the time, only the copyright owner can say whether someone else has permissions to use the work.

Which types of work are subject to copyright?

- Audiovisual works, such as TV shows, movies, and online videos
- Sound recordings and musical compositions
- Written works, such as lectures, articles, books, and musical compositions
- Visual works, such as paintings, posters, and advertisements
- Video games and computer software
- Dramatic works, such as plays and musicals

Ideas, facts, and processes are not subject to copyright. According to copyright law, in order to be eligible for copyright protection, a work must be *creative* and it must be *fixed* in a tangible medium. Names and titles are not, by themselves, subject to copyright.

Can I use a copyright-protected work without infringing?

It's possible to use a copyright-protected work without infringing the owner's copyright. Either through fair use or getting permission to use someone else's content in your video.

If you're thinking of using someone else's music in your video, learn more about your options for using music:

Some content creators choose to make their work available for reuse with certain requirements called a Creative Commons license.

Can YouTube determine copyright ownership?

No. YouTube isn't able to mediate rights ownership disputes. When we receive a complete and valid takedown notice, we remove the content as the law requires. When we receive a valid counter notification, we forward it to the person who requested the removal. After this, it's up to the parties involved to resolve the issue in court.

Is copyright the same as trademark?

Copyright is just one form of intellectual property. It's not the same as trademark, which protects brand names, mottos, logos, and other source identifiers from being used by others for certain purposes. It is also different from patent law, which protects inventions.

YouTube offers a separate removal process for videos which violate trademark or other laws.

What is the difference between copyright and privacy?

Just because you appear in a video, image, or audio recording does not mean you own the copyright to it. For example, if your friend filmed a conversation between the two of you, she would own the copyright to that video recording. The words the two of you are speaking are not subject to copyright separately from the video itself, unless they were fixed in advance.

If your friend, or someone else, uploaded a video, image, or recording of you without your permission and you feel it violates your privacy or safety, you may wish to file a privacy complaint.

# Common copyright myths

Below are some common misconceptions about copyright and how it works on YouTube. Keep in mind, doing the following won't prevent a copyright claim against your content.

Myth 1: Giving credit to the copyright owner means you can use their content

Giving credit to the copyright owner doesn't automatically give you the rights to use their copyrighted work. Be sure to secure the rights to all unlicensed elements in your video before you upload it to YouTube. If you're relying on fair use, even if you add

original material to someone's copyrighted work, your video may not qualify, so be sure to carefully consider all four factors and get legal advice if needed.

Myth 2: Claiming "non-profit" means you can use any content

Not trying to make money off copyright-protected work doesn't stop copyright claims. Declaring your upload to be "for entertainment purposes only" or "non-profit," for example, is not enough by itself. When it comes to fair use, Courts will look carefully at the purpose of your use in evaluating whether it is fair. "Non-profit" uses are favored in the fair use analysis, but it's not an automatic defense by itself.

Myth 3: Other creators do it, so you can too

Even if there remain videos on the site that appear similar to the one(s) you've uploaded, that doesn't necessarily mean you have the rights to post the content as well. Sometimes a copyright owner authorizes some, but not all, of its works to appear on our site. Other times, very similar videos are owned by different copyright owners, and one may grant permission while another does not.

Myth 4: You can use content you purchased on iTunes, a CD, or DVD

Just because you purchased content doesn't mean that you own the rights to upload it to YouTube. Even if you give the copyright owner credit, posting videos that include content you purchased may still violate copyright law.

Myth 5: Content you recorded yourself from TV, a movie theater, or the radio is ok

Just because you recorded something yourself does not always mean you own all rights to upload it to YouTube. If what you recorded includes someone else's copyrighted content, such as copyrighted music playing in the background, then you would still need to get permission from the appropriate rights owners.

Myth 6: Saying "no copyright infringement was intended"

Phrases and disclaimers such as "all rights go to the author," "no infringement intended" or "I do not own" don't mean you have the copyright owner's permission to post the content -- nor do they automatically mean you are making fair use of that material.

Myth 7: It's fine to have just a few seconds of copyrighted content

Any amount of unlicensed copyrighted content used—even if it's just for a few seconds, may result in your video getting claimed by Content ID or taken down by the copyright owner. You can argue fair use, but you should understand that the only place where a fair use determination can be made is in a courtroom.

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

# Copyright and rights management

- What is copyright?
- Frequently asked copyright questions
- Creative Commons
- Fair use on YouTube
- Frequently asked questions about fair use
- Music in this video

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português

19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information  General Help Center experience



Google Help

- Help Center

  o Fix a problem

  o Watch videos

- o [Manage your account & settings](#)

- o [Supervised experience on YouTube](#)

- o [Join & manage YouTube Premium](#)

- o [Create & grow your channel](#)

- o [Monetize with the YouTube Partner Program](#)

- o [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program

Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows

Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues

Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube

YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers

YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

## What is the issue with this selection?



Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

## Share additional info or suggestions

Do not share any personal info
Cancel
Submit
By continuing, you agree Google uses your answers, account & system info to improve
services, per our Privacy & Terms.



YouTube Help

**Sign in**

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunity

# Frequently asked copyright questions

Get answers to top questions about copyright issues.

## General copyright questions

### What is fair use?

Fair use is a legal doctrine that says you can reuse copyright-protected material under certain circumstances without the copyright owner's permission.

In the United States, only a court can decide what qualifies as fair use.

Courts rely on four factors to decide fair use on a case-by-case basis, including:

- The purpose and character of the use
- The nature of the copyrighted work
- The amount and substantiality of the copyrighted work used
- The effect on the potential market for or value of the copyrighted work

Learn more in our Fair use FAQ.

### What is the public domain?

Works eventually lose their copyright protection and are said to fall into the "public domain," making them free for everyone to use. It typically takes many years for works to fall into the public domain.

The length of a term of copyright protection varies depending on factors like:

- Where and when the work was published
- Whether the work was commissioned as a work for hire

Certain works created by U.S. federal government agencies fall into the public domain immediately upon publication. Keep in mind that the rules for public domain differ between countries.

It's your responsibility to verify that a work is in the public domain before you upload it to YouTube. There's no official list of works in the public domain. However, there are some useful resources online that might help you. Columbia University Libraries and the Copyright Information Center at Cornell University both offer helpful guides to works that may fall in the public domain. None of these entities, including YouTube, can guarantee that all the works linked to are free from copyright protection.

What is a derivative work?

You need a copyright owner's permission to create works based on their original content. Derivative works may include fanfiction, sequels, translations, spin-offs, adaptations, and so on. Try to get legal advice from an expert before uploading videos that are based on the characters, storylines, and other elements of copyright-protected material.

Where can I find more information on copyright outside the U.S.?

The European Commission's website has some helpful information and links about copyright in European Union countries.

The World Intellectual Property Organization (WIPO) has a list of international intellectual property and copyright offices where you can learn about your area's copyright laws.

*The above sites are referred to for educational purposes only and YouTube doesn't endorse them.*

## Questions about uploading to YouTube

How do I get permission to use someone else's content in my video?

If you plan to include copyright-protected material in your video, you'll generally need to seek permission to do so first. YouTube can't grant you these rights and we can't help you find the parties who can grant them to you. You'll have to research and handle this process on your own or with a lawyer's help.

For example, YouTube cannot grant you the rights to use content that has already been uploaded to the site. If you wish to use someone else's YouTube video, you may want to reach out to them directly. Some creators list ways they can be contacted in their channel. Learn more about how to get in touch with others here.

An easy way to find background music or sound effects for your YouTube videos is in YouTube's Audio Library. You can search for music that's free for you to use.

If you're thinking of using someone else's music in your video, learn more about your options for using music:

How do I license third party content?

Before you upload a video to YouTube, you must get the rights to all elements in your video. These elements include any music (even if it's just playing in the background), video clips, photos, and so on.

First, reach out to the copyright owners or rightsholders directly and negotiate the appropriate licenses for your use.

Then, check the license. Licenses have explicit permission for using the content and often include limitations for how the content is used. Seek legal advice for any licensing agreement to be certain which rights are granted and which rights the owner reserves.

You can also use YouTube's library of free music and sound effects, which can be used in videos according to the terms specified.

Note: If you perform a cover song, make sure you have permission from the copyright owners (i.e., songwriter or music publisher). You may need extra licenses to reproduce the original sound recording, include the song in a video, or display the lyrics.

Why was content I have permission to use removed or blocked?

If you have the rights to use copyright-protected material in your video, give your video's title and URL to the original copyright owner. This action can help you avoid a mistaken removal or block.

If your video was removed by a copyright takedown in error, you can:

- Request a retraction from the claimant
- Submit a counter notification

If a Content ID claim that you feel is mistaken blocked your video:

- You can dispute it

However, before you submit a dispute or send a counter notification, ask yourself a few questions:

1. Are you the copyright owner of the material in your video?
2. Do you have permission to all third-party material in your video from the appropriate copyright owner?
3. Is your video covered by fair use, fair dealing, or a similar exception under the appropriate copyright law?

If one of the conditions above applies to your video, you may want to research the most appropriate dispute process or consult an attorney. If not, you may be in violation of copyright laws.

### Why was content I recorded or purchased myself removed?

Just because you purchased content doesn't mean that you own the rights to upload it to YouTube. Even if you give the copyright owner credit, posting videos that include content you purchased may still violate copyright law.

Also, just because you recorded something yourself does not always mean you own all rights to upload it to YouTube. If your recording includes someone else's copyrighted content, like copyrighted music playing in the background, you'll still need permission from the appropriate rights owners.

Why did YouTube let an abusive claimant remove my video?
YouTube takes action to address cases of abuse and misuse in our copyright takedown processes. While we can't comment on specific cases or our processes, we do investigate abuse of our copyright tools and processes. We also have a zero-tolerance policy for claimants we've deemed abusive. Misuse of the copyright process (for both takedowns and counter notifications) can result in termination of an account.

# Questions about copyright takedown requests

### Can I request the removal of an entire channel or playlist?

No, you can't. You're required to identify any allegedly infringing content by its video URL.

Here's how to get a video's URL:

1. Find the video in question on YouTube.
2. In the address bar at the top, there should be a video URL like this one: www.youtube.com/watch?v=xxxxxxxxxxx

**1004**
1199

You can submit a takedown request by signing in to YouTube and using our copyright removal webform.

Why did YouTube ask for more information about my copyright request?

Copyright takedowns are formal, legal requests that require specific elements to be complete and actionable.

When we get an incomplete or otherwise invalid copyright request, we ask the sender for more information that will help complete it. This includes both takedown notifications and counter notifications.

If you got a response like this following your submission of a copyright request, it's important to review it carefully and respond accordingly. Usually, we can't review your request until you do so.

Why do I have to give you all my information each time I submit a new copyright complaint?

In accordance with copyright law, we require complete and valid copyright notifications for each removal request.

The easiest way to submit another complaint is to sign in to YouTube and use our copyright complaint webform.

For content owners with ongoing rights management needs, we accept applications to YouTube's Content Verification Program and Content ID.

I told YouTube about a video that infringed my copyright and it was removed. Why did I get an email saying it may be reinstated to the site?

We've likely gotten a counter notification about your removal request. The video will be reinstated unless you prove that you've filed a court action against the creator to restrain the allegedly infringing activity. If we don't get that notice from you within 10 days, we may reinstate the material to YouTube.

How can I report videos that give passwords or key generators that allow unauthorized use of my copyrighted works?

If a video explains how to bypass restrictions to your software with passwords, key generators, or cracks, let us know with our Other Legal Issues form.

How do I remove a copy of my video from another website?

If you find your YouTube video on another website without your permission, you'll have to follow their process for requesting the removal of the video. YouTube can't request the removal for you.

Most sites that permit creators to upload videos rely on the Digital Millennium Copyright Act's (DMCA) Safe Harbor. When they get a complete and valid copyright takedown notice from a content owner, they should remove the content. There are some exceptions, but if you're sure the copy of your work isn't fair use, you can request its removal.

To understand what you'll need to include in your copyright takedown notice, review the requirements of a DMCA takedown notice.

Most sites require a link to a specific video URL. If you don't find the URL, you can try right-clicking the video or clicking the video's timestamp to get it.

Sites that rely on the DMCA must have contact information for a designated DMCA agent listed with the Copyright Office and on their website. If you find your video on one of these sites without your permission, you can send your copyright takedown notice to the appropriate email address below. If the site you're looking for isn't listed below, you can also check the Copyright Office's database.

Dailymotion : notifications@dailymotion.com

Facebook : ip@fb.com

Instagram : ip@instagram.com

Periscope: copyright@periscope.tv

Twitter : copyright@twitter.com

Vimeo : dmca@vimeo.com

*Disclaimer: The information presented here is not legal advice. We give it for informational purposes. If you need legal advice, you should get in touch with an attorney.*

Give feedback about this article
Choose a section to give feedback on

Was this helpful?

YesNo



Submit

# Copyright and rights management

- What is copyright?
- Frequently asked copyright questions
- Creative Commons
- Fair use on YouTube
- Frequently asked questions about fair use
- Music in this video

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina

23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- Help Center

    o Fix a problem

    o Watch videos

    o Manage your account & settings

- Supervised experience on YouTube

- Join & manage YouTube Premium

- Create & grow your channel

- Monetize with the YouTube Partner Program

- Policy, safety, & copyright

- Community

- YouTube

- Privacy Policy

- YouTube Terms of Service

- Submit feedback

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program

Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows

Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues

Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube

YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers

YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

# What is the issue with this selection?



Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

# Share additional info or suggestions

Do not share any personal info
Cancel
Submit
By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.



YouTube Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunity

# Dispute a Content ID claim

If you get a Content ID claim on your video that you believe is wrong, you can dispute the claim. For instance, if you have all the rights to the content in your video, or think the system misidentified your video, you can file a dispute. When you dispute a Content ID claim, the copyright owner will be notified and they'll have 30 days to respond.

If you got a copyright strike, use the process described in our article about copyright strikes, instead of the process described below in this article.

## Filing a dispute

Before you dispute a claim: Learn about the public domain, exceptions to copyright (such as fair use or fair dealing), and common questions about fair use before you file a dispute. YouTube can't help you decide whether you should dispute a claim. If you're not sure what to do, you may want to seek your own legal advice.

Disputes are only intended for cases where you have all the necessary rights to the content in your video. Repeated or malicious abuse of the dispute process can result in penalties against your video or channel.

If you and the claimant both choose to monetize the video, the video can still earn revenue during the dispute process. Learn how revenue is handled in Content ID disputes.

Dispute a claim

1. Sign in to YouTube Studio.
2. From the left menu, select Content ⬚.

3. Find the video with the claim you want to dispute. To refine the list, click the filter bar 🖹 and select the filter Copyright claims.
4. In the "Restrictions" column, hover over "Copyright claim" and click SEE DETAILS.
5. Click SELECT ACTIONS 🖹 Dispute.

What happens after you dispute

After you submit your dispute, the copyright owner has 30 days to respond. There are a few actions the copyright owner can take:

- Release the claim: If they agree with your dispute, they can release their claim. If you were previously monetizing the video, your monetization settings will be restored automatically when all claims on your video are released.
- Reinstate the claim: If they believe their claim is still valid, they can reinstate it. If you feel it was mistakenly reinstated, you can appeal their decision.
- Take down your video: They can submit a copyright takedown request to remove your video from YouTube, which means you'll get a copyright strike on your account.
- Note: A video can get more than one Content ID claim or takedown request, but can only get one copyright strike at a time.
- Do nothing and let the claim expire: If the copyright owner doesn't respond within 30 days, their claim on your video will expire, and you don't need to do anything.

If you had ads running on the claimed video, you may want to learn more about monetization during Content ID disputes. If the copyright owner selected a policy to block or track your video, the policy may not apply while the dispute is resolved.

## Filing an appeal

If the copyright owner reinstates their claim and rejects your Content ID dispute, you can file an appeal.

Appeal rejected disputes

1. Sign in to YouTube Studio.
2. From the left menu, select Content 🖹.
3. Find the video with the reinstated claim you want to appeal.  To refine the list, click the filter bar 🖹 and select the filter Copyright claims.
4. In the "Restrictions" column, hover over "Copyright claim" and click SEE DETAILS.
5. Click SELECT ACTIONS 🖹 Appeal.

There might be restrictions that affect your ability to appeal, such as the age of your account. If you haven't already done so, you'll also need to verify your account. Check your channel's ability to appeal rejected disputes on your account features page.

What happens after you appeal

After you appeal a rejected dispute, the copyright owner has 30 days to respond. After you appeal, there are a few actions the copyright owner can take:

- Do nothing and let the claim expire: If the copyright owner doesn't respond within 30 days, then their claim on your video will expire and you don't need to do anything.
- Release the claim: If the copyright owner agrees with your appeal, then they can release their claim and you don't need to do anything.
- Request immediate removal of your video: If they believe their claim is still valid, they may issue a copyright takedown request against your video. If this happens, you'll get a copyright strike on your account. If you still believe that you have the rights to the content, you can submit a counter notification.
- Note: A video can get more than one Content ID claim or takedown request, but can only get one copyright strike at a time.
- Schedule a takedown request for your video: If the copyright owner issues a scheduled copyright takedown request, you can cancel your appeal within 7 days. By canceling, you'll prevent the takedown and you won't get a copyright strike. The Content ID claim will remain active on your video. Learn more about the difference between copyright takedowns and Content ID claims.

Cancel an appeal

If you change your mind, you can cancel your appeal after you've submitted it. To cancel an appeal:

1. Sign in to YouTube Studio.
2. From the left menu, select Content 🗎.
3. Find the video with the claim you appealed. To refine the list, click the filter bar 🗎 and select the filter Copyright claims.
4. In the "Restrictions" column, hover over "Copyright claim" and click SEE DETAILS.
5. Click SELECT ACTIONS 🗎 Cancel appeal.

Keep in mind that once you cancel an appeal, the claim can't be appealed again.

---

# Get more help with Content ID

- What is a Content ID claim?
- Who claimed my video?
- How Content ID works
- Monetization during Content ID disputes

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

# Copyright claim basics

- What is a Content ID claim?
- Copyright strike basics
- Dispute a Content ID claim
- Submit a copyright counter notification
- Monetization during Content ID disputes
- What is a manual claim?
- Requirements for counter notifications
- The difference between copyright takedowns and Content ID claims

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk

17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- [Help Center](#)

  o [Fix a problem](#)

- o [Watch videos](#)

- o [Manage your account & settings](#)

- o [Supervised experience on YouTube](#)

- o [Join & manage YouTube Premium](#)

- o [Create & grow your channel](#)

- o [Monetize with the YouTube Partner Program](#)

- o [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program

Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows

Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues

Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube

YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers

YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

# What is the issue with this selection?

Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

# Share additional info or suggestions



Do not share any personal info
Cancel
Submit
By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.

YouTube Help

Sign in

Send feedback on...



This help content & information

General Help Center experience

Next

Help CenterCommunity

# Content Verification Program

YouTube is committed to helping copyright holders find and remove allegedly infringing content from our platform. With the Content Verification Program, copyright owners can find material they think is infringing and give YouTube sufficient info to find and remove it.

The Content Verification Program is designed especially for copyright-holding companies to issue more than one removal request. Individual notifications may be submitted by following these instructions.

You can fill out this form to check which tool is a good match for you based on your copyright management needs.

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

# Copyright management tools

- Overview of copyright management tools
- Use the Copyright Match Tool
- How Content ID works

- Qualify for Content ID
- Content Verification Program
- Use the Content Verification Tool

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית

34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- Help Center

  o Fix a problem

  o Watch videos

  o Manage your account & settings

  o Supervised experience on YouTube

  o Join & manage YouTube Premium

  o Create & grow your channel

- o [Monetize with the YouTube Partner Program](#)

- o [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program

Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows

Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues

Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube
YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers
YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

# What is the issue with this selection?



Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

# Share additional info or suggestions

Do not share any personal info
Cancel
Submit
By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.

YouTube Help

Sign in

Send feedback on...



This help content & information

General Help Center experience

Next

Help CenterCommunity

# Creative Commons

> Changes to video attributions: The view attributions page will be discontinued after September 2021 due to limited usage. You can still add attribution to your videos by updating your video description.

Creative Commons licenses give a standard way for content creators to grant someone else permission to use their work. YouTube allows creators to mark their videos with a Creative Commons CC BY license.

If you've marked your video with a CC BY license, you retain your copyright. Other creators get to reuse your work subject to the terms of the license.

## Creative Commons on YouTube

The ability to mark uploaded videos with a Creative Commons license is available to all creators.

The standard YouTube license remains the default setting for all uploads. To review the terms of the standard YouTube license, refer to our Terms of Service.

Creative Commons licenses can only be used on 100% original content. If there's a Content ID claim on your video, you cannot mark your video with the Creative Commons license.

By marking your original video with a Creative Commons license, you're granting the entire YouTube community the right to reuse and edit that video.

## What's eligible for a Creative Commons license

You can only mark your uploaded video with a Creative Commons license if it's all content that you can license under the CC BY license. Some examples of such licensable content are:

- Your originally created content
- Other videos marked with a CC BY license
- Videos in the public domain

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

# Copyright and rights management

- What is copyright?
- Frequently asked copyright questions
- Creative Commons
- Fair use on YouTube
- Frequently asked questions about fair use
- Music in this video

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia

11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- [Help Center](Help Center)

- o [Fix a problem](#)

- o [Watch videos](#)

- o [Manage your account & settings](#)

- o [Supervised experience on YouTube](#)

- o [Join & manage YouTube Premium](#)

- o [Create & grow your channel](#)

- o [Monetize with the YouTube Partner Program](#)

- o [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program

Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows

Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues

Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube

YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers

YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

## What is the issue with this selection?

Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

## Share additional info or suggestions



Do not share any personal info
Cancel
Submit
By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.

**1030**
1225

Skip to content

Menu

- Share your work
- Use & remix
- What We Do
- Blog
- Creative Commons Global Network
- Search the Commons

- Share your work
- Use & remix
- What We Do
- Blog

- Search for CC images
- Global Network
- Newsletter
- Store
- Contact

- Facebook
- Twitter
- Mail

Menu

- Share your work
- Use & remix
- What We Do
- Blog
- Creative Commons Global Network
- Search the Commons

- Share your work
- Use & remix
- What We Do
- Blog

- [Search for CC images](#)
- [Global Network](#)
- [Newsletter](#)
- [Store](#)
- [Contact](#)

- [Facebook](#)
- [Twitter](#)
- [Mail](#)

Help us build a vibrant, collaborative global commons

[Donate Now](#)

# When we share, everyone wins



# Creative Commons is turning 20!

We're celebrating with a special **Better Sharing** campaign, honoring 20 years of commitment to open access and better sharing. We invite you to join us. Our **goal is to raise $15 million** in support.

**20 Years: Better Sharing, Brighter Future**

# What's Happening

**Registration for the Virtual 2021 CC Global Summit Is Now Open**

Exciting news! Registration for the virtual 2021 CC Global Summit is now open!  It's a special year because Creative Commons is turning 20! The 2021 CC Global Summit is shaping up to be one of our biggest, boldest events yet, so join us 20-24 September for a week of discussion, collaboration, creativity and community building. … Read More "Registration for the Virtual 2021 CC Global Summit Is Now Open"

Events



## Open Minds Podcast: Matt Mullenweg of Automattic

About CC

## Reflections from my first year as Creative Commons' CEO

About CC



**Open Minds Podcast: Albert Wenger of Union Square Ventures**

About CC

**CC Search to Join WordPress**

Technology
More News

- **Donate to help keep the internet free and open!**
  -

-  $25
- $50
- $75
- $100
- Other
- 
- 
- 
- Email

This field is for validation purposes and should be left unchanged.

Next

# The growing commons

**2 billion works and counting**. Explore these featured Creative Commons Licensed resources below — from literary works, to videos, photos, audio, open education, scientific research and more! Or you can share your work, and help light up the global commons!

Music

Rough Patches by Solstar is licensed under CC BY SA 4.0



Photo

Hummingbird by PD Photo.org is licensed under Public Domain



John Wood Community College: SLF 120 Introduction to Small Farm Viability

Education Material

[John Wood Community College: SLF 120 Introduction to Small Farm Viability](#) by [Jeff Bash](#) is licensed under [CC BY 4.0](#)

Education Material

[Biology](#) by [OpenStax College](#) is licensed under [CC BY 4.0](#)

Photo

[The first step towards getting somewhere is to decide that you're not staying where you are](#) by [Oscar Nilsson](#) is licensed under [CC BY ND 3.0](#)

Education Material

[Open Building Institute](#) is licensed under [CC BY-SA](#)

Music

[Cylinders](#) by [Chris Zabriskie](#) is licensed under [CC BY 3.0](#)

Arts / Culture

[Colourful bird](#) by [Bairei, Kôno,](#) [Aoki Kôsaburô](#) via [Rijks museum](#) in [Public Domain](#)

Scientific Research

**The Encultured Brain** Edited by **Daniel Lende** and **Greg Downey**, and published by **MIT Press**

PLOS Publications

Scientific Research

Works published by **PLOS** are licensed under **CC BY**

3D Model

**Granite head of Amenemhat III** from **The British Museum** is licensed under **CC BY 4.0**

Zero Sum Game – SL Huang

Book

**Zero Sum Game** by **SL Huang** is licensed under **CC BY-NC-SA**

Education Material

Parable of the Polygons by **Vi Hart** and **Nicky Case** is licensed under **CC0**

Tool

[Open Attribute](#) is licensed under a [CC BY 3.0](#)

Video

[potus 3012](#) from [beeple](#) on [Vimeo](#) is licensed under [CC BY 3.0](#)

Education Material

[Chemical structure of Ribose and Deoxyribose](#) by [Genetics Education](#) is licensed under [CC BY 2.0](#)

- [Contact](#)
- [Privacy](#)
- [Policies](#)
- [Terms](#)

Search for: Search

**We'd love to hear from you!**

*Creative Commons*
*PO Box 1866, Mountain View, CA 94042*

- info@creativecommons.org
- 1-415-429-6753
-

Except where otherwise noted, content on this site is licensed under a Creative Commons Attribution 4.0 International license. Icons by The Noun Project.

Website by Affinity Bridge.

Search for: Search

- Contact
- Privacy
- Policies
- Terms

Search for: Search

We'd love to hear from you!

*Creative Commons*
*PO Box 1866, Mountain View, CA 94042*

- info@creativecommons.org
- 1-415-429-6753
-

Except where otherwise noted, content on this site is licensed under a Creative Commons Attribution 4.0 International license. Icons by The Noun Project.

Website by Affinity Bridge.

Search for: Search

[Creative Commons](Creative Commons)



# Creative Commons Legal Code

## Attribution 3.0 Unported



CREATIVE COMMONS CORPORATION IS NOT A LAW FIRM AND DOES NOT PROVIDE LEGAL SERVICES. DISTRIBUTION OF THIS LICENSE DOES NOT CREATE AN ATTORNEY-CLIENT RELATIONSHIP. CREATIVE COMMONS PROVIDES THIS INFORMATION ON AN "AS-IS" BASIS. CREATIVE COMMONS MAKES NO WARRANTIES REGARDING THE INFORMATION PROVIDED, AND DISCLAIMS LIABILITY FOR DAMAGES RESULTING FROM ITS USE.

### *License*

THE WORK (AS DEFINED BELOW) IS PROVIDED UNDER THE TERMS OF THIS CREATIVE COMMONS PUBLIC LICENSE ("CCPL" OR "LICENSE"). THE WORK IS PROTECTED BY COPYRIGHT AND/OR OTHER APPLICABLE LAW. ANY USE OF THE WORK OTHER THAN AS AUTHORIZED UNDER THIS LICENSE OR COPYRIGHT LAW IS PROHIBITED.

BY EXERCISING ANY RIGHTS TO THE WORK PROVIDED HERE, YOU ACCEPT AND AGREE TO BE BOUND BY THE TERMS OF THIS LICENSE. TO THE EXTENT THIS LICENSE MAY BE CONSIDERED TO BE A CONTRACT, THE LICENSOR GRANTS YOU THE RIGHTS CONTAINED HERE IN CONSIDERATION OF YOUR ACCEPTANCE OF SUCH TERMS AND CONDITIONS.

### 1. Definitions

a. **"Adaptation"** means a work based upon the Work, or upon the Work and other pre-existing works, such as a translation, adaptation, derivative work, arrangement of music or other alterations of a literary or artistic work, or phonogram or performance and includes cinematographic adaptations or any other form in which the Work may be recast, transformed, or adapted including in any form recognizably derived from the original, except that a work that constitutes a Collection will not be considered an Adaptation for the purpose of this License. For the avoidance of doubt, where the Work is a musical work, performance or phonogram, the synchronization of the Work in timed-relation with a moving image ("synching") will be considered an Adaptation for the purpose of this License.

**1044**
1239

b. **"Collection"** means a collection of literary or artistic works, such as encyclopedias and anthologies, or performances, phonograms or broadcasts, or other works or subject matter other than works listed in Section 1(f) below, which, by reason of the selection and arrangement of their contents, constitute intellectual creations, in which the Work is included in its entirety in unmodified form along with one or more other contributions, each constituting separate and independent works in themselves, which together are assembled into a collective whole. A work that constitutes a Collection will not be considered an Adaptation (as defined above) for the purposes of this License.

c. **"Distribute"** means to make available to the public the original and copies of the Work or Adaptation, as appropriate, through sale or other transfer of ownership.

d. **"Licensor"** means the individual, individuals, entity or entities that offer(s) the Work under the terms of this License.

e. **"Original Author"** means, in the case of a literary or artistic work, the individual, individuals, entity or entities who created the Work or if no individual or entity can be identified, the publisher; and in addition (i) in the case of a performance the actors, singers, musicians, dancers, and other persons who act, sing, deliver, declaim, play in, interpret or otherwise perform literary or artistic works or expressions of folklore; (ii) in the case of a phonogram the producer being the person or legal entity who first fixes the sounds of a performance or other sounds; and, (iii) in the case of broadcasts, the organization that transmits the broadcast.

f. **"Work"** means the literary and/or artistic work offered under the terms of this License including without limitation any production in the literary, scientific and artistic domain, whatever may be the mode or form of its expression including digital form, such as a book, pamphlet and other writing; a lecture, address, sermon or other work of the same nature; a dramatic or dramatico-musical work; a choreographic work or entertainment in dumb show; a musical composition with or without words; a cinematographic work to which are assimilated works expressed by a process analogous to cinematography; a work of drawing, painting, architecture, sculpture, engraving or lithography; a photographic work to which are assimilated works expressed by a process analogous to photography; a work of applied art; an illustration, map, plan, sketch or three-dimensional work relative to geography, topography, architecture or science; a performance; a broadcast; a phonogram; a compilation of data to the extent it is protected as a copyrightable work; or a work performed by a variety or circus performer to the extent it is not otherwise considered a literary or artistic work.

g. **"You"** means an individual or entity exercising rights under this License who has not previously violated the terms of this License with respect to the Work, or who has received express permission from the Licensor to exercise rights under this License despite a previous violation.

h. **"Publicly Perform"** means to perform public recitations of the Work and to communicate to the public those public recitations, by any means or process, including by wire or wireless means or public digital performances; to make available to the public Works in such a way that members of the public may access these Works from a place and at a place individually chosen by them; to perform the Work to the public by any means or process and the communication to the public of the performances of the Work, including by public digital performance; to broadcast and rebroadcast the Work by any means including signs, sounds or images.

     i.  **"Reproduce"** means to make copies of the Work by any means including without limitation by sound or visual recordings and the right of fixation and reproducing fixations of the Work, including storage of a protected performance or phonogram in digital form or other electronic medium.

**2. Fair Dealing Rights.** Nothing in this License is intended to reduce, limit, or restrict any uses free from copyright or rights arising from limitations or exceptions that are provided for in connection with the copyright protection under copyright law or other applicable laws.

**3. License Grant.** Subject to the terms and conditions of this License, Licensor hereby grants You a worldwide, royalty-free, non-exclusive, perpetual (for the duration of the applicable copyright) license to exercise the rights in the Work as stated below:

a. to Reproduce the Work, to incorporate the Work into one or more Collections, and to Reproduce the Work as incorporated in the Collections;

b. to create and Reproduce Adaptations provided that any such Adaptation, including any translation in any medium, takes reasonable steps to clearly label, demarcate or otherwise identify that changes were made to the original Work. For example, a translation could be marked "The original work was translated from English to Spanish," or a modification could indicate "The original work has been modified.";

c. to Distribute and Publicly Perform the Work including as incorporated in Collections; and,

d. to Distribute and Publicly Perform Adaptations.

e. For the avoidance of doubt:

    i.  **Non-waivable Compulsory License Schemes.** In those jurisdictions in which the right to collect royalties through any statutory or compulsory licensing scheme cannot be waived, the Licensor reserves the exclusive right to collect such royalties for any exercise by You of the rights granted under this License;

    ii.  **Waivable Compulsory License Schemes.** In those jurisdictions in which the right to collect royalties through any statutory or compulsory licensing scheme can be waived, the Licensor waives the exclusive right to collect such royalties for any exercise by You of the rights granted under this License; and,

    iii.  **Voluntary License Schemes.** The Licensor waives the right to collect royalties, whether individually or, in the event that the Licensor is a member of a collecting society that administers voluntary licensing schemes, via that society, from any exercise by You of the rights granted under this License.

The above rights may be exercised in all media and formats whether now known or hereafter devised. The above rights include the right to make such modifications as are technically necessary to exercise the rights in other media and formats. Subject to Section 8(f), all rights not expressly granted by Licensor are hereby reserved.

**4. Restrictions.** The license granted in Section 3 above is expressly made subject to and limited by the following restrictions:

a.  You may Distribute or Publicly Perform the Work only under the terms of this License. You must include a copy of, or the Uniform Resource Identifier (URI) for, this License with every copy of the Work You Distribute or Publicly Perform. You may not offer or impose any terms on the Work that restrict the terms of this License or the ability of the recipient of the Work to exercise the rights granted to that recipient under the terms of the License. You may not sublicense the Work. You must keep intact all notices that refer to this License and to the disclaimer of warranties with every copy of the Work You Distribute or Publicly Perform. When You Distribute or Publicly Perform the Work, You may not impose any effective technological measures on the Work that restrict the ability of a recipient of the Work from You to exercise the rights granted to that recipient under the terms of the License. This Section 4(a) applies to the Work as incorporated in a Collection, but this does not require the Collection apart from the Work itself to be made subject to the terms of this License. If You create a Collection, upon notice from any Licensor You must, to the extent practicable, remove from the Collection any credit as required by Section 4(b), as requested. If You create an Adaptation, upon notice from any Licensor You must, to the extent practicable, remove from the Adaptation any credit as required by Section 4(b), as requested.

b.  If You Distribute, or Publicly Perform the Work or any Adaptations or Collections, You must, unless a request has been made pursuant to Section 4(a), keep intact all copyright notices for the Work and provide, reasonable to the medium or means You are utilizing: (i) the name of the Original Author (or pseudonym, if applicable) if supplied, and/or if the Original Author and/or Licensor designate another party or parties (e.g., a sponsor institute, publishing entity, journal) for attribution ("Attribution Parties") in Licensor's copyright notice, terms of service or by other reasonable means, the name of such party or parties; (ii) the title of the Work if supplied; (iii) to the extent reasonably practicable, the URI, if any, that Licensor specifies to be associated with the Work, unless such URI does not refer to the copyright notice or licensing information for the Work; and (iv) , consistent with Section 3(b), in the case of an Adaptation, a credit identifying the use of the Work in the Adaptation (e.g., "French translation of the Work by Original Author," or "Screenplay based on original Work by Original Author"). The credit required by this Section 4 (b) may be implemented in any reasonable manner; provided, however, that in the case of a Adaptation or Collection, at a minimum such credit will appear, if a credit for all contributing authors of the Adaptation or Collection appears, then as part of these credits and in a manner at least as prominent as the credits for the other contributing authors. For the avoidance of doubt, You may only use the credit required by this Section for the purpose of attribution in the manner set out above and, by exercising Your rights under this License, You may not implicitly or explicitly assert or imply any connection with, sponsorship or endorsement by the Original Author, Licensor and/or Attribution Parties, as appropriate, of You or Your use of the Work, without the separate, express prior written permission of the Original Author, Licensor and/or Attribution Parties.

c.  Except as otherwise agreed in writing by the Licensor or as may be otherwise permitted by applicable law, if You Reproduce, Distribute or Publicly Perform the Work either by itself or as part of any Adaptations or Collections, You must not distort, mutilate, modify or take other derogatory action in relation to the Work which would be prejudicial to the Original Author's honor or reputation. Licensor agrees that in those jurisdictions (e.g. Japan), in which any exercise of the right granted in Section 3(b) of this License (the

**1047**

1242

right to make Adaptations) would be deemed to be a distortion, mutilation, modification or other derogatory action prejudicial to the Original Author's honor and reputation, the Licensor will waive or not assert, as appropriate, this Section, to the fullest extent permitted by the applicable national law, to enable You to reasonably exercise Your right under Section 3(b) of this License (right to make Adaptations) but not otherwise.

## 5. Representations, Warranties and Disclaimer

UNLESS OTHERWISE MUTUALLY AGREED TO BY THE PARTIES IN WRITING, LICENSOR OFFERS THE WORK AS-IS AND MAKES NO REPRESENTATIONS OR WARRANTIES OF ANY KIND CONCERNING THE WORK, EXPRESS, IMPLIED, STATUTORY OR OTHERWISE, INCLUDING, WITHOUT LIMITATION, WARRANTIES OF TITLE, MERCHANTIBILITY, FITNESS FOR A PARTICULAR PURPOSE, NONINFRINGEMENT, OR THE ABSENCE OF LATENT OR OTHER DEFECTS, ACCURACY, OR THE PRESENCE OF ABSENCE OF ERRORS, WHETHER OR NOT DISCOVERABLE. SOME JURISDICTIONS DO NOT ALLOW THE EXCLUSION OF IMPLIED WARRANTIES, SO SUCH EXCLUSION MAY NOT APPLY TO YOU.

**6. Limitation on Liability.** EXCEPT TO THE EXTENT REQUIRED BY APPLICABLE LAW, IN NO EVENT WILL LICENSOR BE LIABLE TO YOU ON ANY LEGAL THEORY FOR ANY SPECIAL, INCIDENTAL, CONSEQUENTIAL, PUNITIVE OR EXEMPLARY DAMAGES ARISING OUT OF THIS LICENSE OR THE USE OF THE WORK, EVEN IF LICENSOR HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES.

## 7. Termination

a. This License and the rights granted hereunder will terminate automatically upon any breach by You of the terms of this License. Individuals or entities who have received Adaptations or Collections from You under this License, however, will not have their licenses terminated provided such individuals or entities remain in full compliance with those licenses. Sections 1, 2, 5, 6, 7, and 8 will survive any termination of this License.
b. Subject to the above terms and conditions, the license granted here is perpetual (for the duration of the applicable copyright in the Work). Notwithstanding the above, Licensor reserves the right to release the Work under different license terms or to stop distributing the Work at any time; provided, however that any such election will not serve to withdraw this License (or any other license that has been, or is required to be, granted under the terms of this License), and this License will continue in full force and effect unless terminated as stated above.

## 8. Miscellaneous

a. Each time You Distribute or Publicly Perform the Work or a Collection, the Licensor offers to the recipient a license to the Work on the same terms and conditions as the license granted to You under this License.

b.  Each time You Distribute or Publicly Perform an Adaptation, Licensor offers to the recipient a license to the original Work on the same terms and conditions as the license granted to You under this License.

c.  If any provision of this License is invalid or unenforceable under applicable law, it shall not affect the validity or enforceability of the remainder of the terms of this License, and without further action by the parties to this agreement, such provision shall be reformed to the minimum extent necessary to make such provision valid and enforceable.

d.  No term or provision of this License shall be deemed waived and no breach consented to unless such waiver or consent shall be in writing and signed by the party to be charged with such waiver or consent.

e.  This License constitutes the entire agreement between the parties with respect to the Work licensed here. There are no understandings, agreements or representations with respect to the Work not specified here. Licensor shall not be bound by any additional provisions that may appear in any communication from You. This License may not be modified without the mutual written agreement of the Licensor and You.

f.  The rights granted under, and the subject matter referenced, in this License were drafted utilizing the terminology of the Berne Convention for the Protection of Literary and Artistic Works (as amended on September 28, 1979), the Rome Convention of 1961, the WIPO Copyright Treaty of 1996, the WIPO Performances and Phonograms Treaty of 1996 and the Universal Copyright Convention (as revised on July 24, 1971). These rights and subject matter take effect in the relevant jurisdiction in which the License terms are sought to be enforced according to the corresponding provisions of the implementation of those treaty provisions in the applicable national law. If the standard suite of rights granted under applicable copyright law includes additional rights not granted under this License, such additional rights are deemed to be included in the License; this License is not intended to restrict the license of any rights under applicable law.

## Creative Commons Notice

Creative Commons is not a party to this License, and makes no warranty whatsoever in connection with the Work. Creative Commons will not be liable to You or any party on any legal theory for any damages whatsoever, including without limitation any general, special, incidental or consequential damages arising in connection to this license. Notwithstanding the foregoing two (2) sentences, if Creative Commons has expressly identified itself as the Licensor hereunder, it shall have all rights and obligations of Licensor.

Except for the limited purpose of indicating to the public that the Work is licensed under the CCPL, Creative Commons does not authorize the use by either party of the trademark "Creative Commons" or any related trademark or logo of Creative Commons without the prior written consent of Creative Commons. Any permitted use will be in compliance with Creative Commons' then-current trademark usage guidelines, as may be published on its website or otherwise made available upon request from time to time. For the avoidance of doubt, this trademark restriction does not form part of this License.

Creative Commons may be contacted at https://creativecommons.org/.

« Back to Commons Deed



YouTube Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunity

# Fair use on YouTube

Fair use is a legal doctrine that says you can reuse copyright-protected material under certain circumstances without getting permission from the copyright owner.

## Fair use guidelines

Different countries have different rules about when it's OK to use material without the copyright owner's permission. For example, in the United States, works of commentary, criticism, research, teaching, or news reporting may be considered fair use. Some other countries have a similar concept called fair dealing that may work differently.

Courts look over potential fair use cases according to the facts of each specific case. You'll probably want to get legal advice from an expert before uploading videos that contain copyright-protected material.

## The four factors of fair use

In the United States, judges decide what's considered fair use. A judge will consider how the four factors of fair use apply to each specific case. The four factors of fair use are:

## 1. The purpose and character of the use, including whether such use is of commercial nature or is for nonprofit educational purposes

Courts typically focus on whether the use of copyright-protected material is "transformative." This means whether the use adds new expression or meaning to the original material, or whether it merely copies from the original.

Commercial uses are less likely to be considered fair use, but it's still possible to monetize a video that contains fair use material.

## 2. The nature of the copyrighted work

Using material from primarily factual works is more likely to be fair use than using purely fictional works.

## 3. The amount and substantiality of the portion used in relation to the copyrighted work as a whole

Borrowing small bits of material from an original work is more likely to be considered fair use than borrowing large portions. But, if what's borrowed is considered the "heart" of the work, sometimes even a small sampling may weigh against fair use.

## 4. The effect of the use upon the potential market for, or value of, the copyrighted work

Uses that harm the copyright owner's ability to profit from their original work are less likely to be fair uses. Courts have sometimes made an exception under this factor in cases involving parodies.

# Example of fair use

"Donald Duck Meets Glenn Beck in Right Wing Radio Duck"

by rebelliouspixels

This remix combines short excerpts from different source materials. The remixes create a new message about the effect of provocative rhetoric in times of economic crisis. Works that create new meaning for the source material may be considered fair use.

# YouTube's fair use protection

YouTube gets many takedown requests to remove videos that copyright owners claim are infringing under copyright law. Sometimes these requests target videos that seem like clear examples of fair use. Courts have decided that copyright owners must

consider fair use before they send a copyright takedown notice. Because of this, we often ask copyright owners to confirm they've done this analysis.

In rare cases, we've asked creators to join an initiative that protects some examples of "fair use" on YouTube from copyright takedown requests. Through this initiative, YouTube indemnifies creators whose fair use videos have been subject to takedown notices for up to $1 million of legal costs in the event the takedown results in a copyright infringement lawsuit. The goal of this initiative is to make sure these creators have a chance to protect their work. It also aims to improve the creative world by educating on both the importance and limits of fair use.

## Examples of YouTube's fair use protection

For more examples, check out our fair use protection playlist.
Note: If you're in the US, you can watch the videos we've protected in this playlist. Unfortunately, if you're outside the US, you can't view the videos in this playlist.

These example videos represent a small sampling of the large amount of copyright takedown requests we get. They also represent only a few of the large number of potential fair use videos that are subject to takedowns.

Each year, YouTube can offer fair use protection to only a few videos, which are chosen based on many factors. In general, we select videos that best demonstrate fair use based on the four factors of fair use listed above.

If your video is chosen for this initiative, we'll let you know. It's not necessary to reach out to us asking to protect your video. If we can offer you this protection, we'll get in touch with you.

## Reinstated videos

While YouTube can't offer a legal defense to everyone, we remain vigilant about takedown notices impacting all creators. You may be aware of some notable cases where we've asked copyright owners to reconsider takedowns and reinstate fair use videos. For example:

- This video by the Young Turks, which shows short clips from a heavily criticized commercial as part of a conversation on why it offended viewers.
- This video by Secular Talk, which criticizes a political figure for endorsing an unproven treatment for diabetes.
- Buffy vs Edward: Twilight Remixed -- [original version], a remix video that compares the ways women are portrayed in two vampire-related works targeted at teens.
- "No Offense", a video uploaded by the National Organization for Marriage, which uses a clip of a celebrity as an example of rude behavior.

More info

If you'd like to learn more about fair use, there are many resources available online. The following sites are for educational purposes only and are not endorsed by YouTube:

- The Center for Media and Social Impact's "Code of Best Practices in Fair Use for Online Video"
- The Digital Media Law Project's detailed explanation of the Four Factors
- The US Copyright Office's fair use index

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

# Copyright and rights management

- What is copyright?
- Frequently asked copyright questions
- Creative Commons
- Fair use on YouTube
- Frequently asked questions about fair use
- Music in this video

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français

9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- [Help Center](Help Center)

- o [Fix a problem](#)

- o [Watch videos](#)

- o [Manage your account & settings](#)

- o [Supervised experience on YouTube](#)

- o [Join & manage YouTube Premium](#)

- o [Create & grow your channel](#)

- o [Monetize with the YouTube Partner Program](#)

- o [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)


- [YouTube Terms of Service](#)


- [Submit feedback](#)


Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program

Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows

Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues

Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube

YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

## What is the issue with this selection?



Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links



Other suggestions - ideas to improve the content

## Share additional info or suggestions



Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.

Back

Skip navigation

Search

Sign in

Home

Explore

Subscriptions

Library

History

Sign in to like videos, comment, and subscribe. Sign in

# Best of YouTube

Music

Sports

Gaming

Movies & Shows

News

Live

Fashion & Beauty

Learning

Spotlight

360° Video

Browse channels

## More from YouTube

[YouTube Premium](#)

[Live](#)

[Settings](#)

[Report history](#)

Help
Send feedback

© 2021 Google LLC

[PLAY ALL](#)

# Fair Use Protection

8 videos21,881 viewsLast updated on Aug 21, 2017
Unlisted

Show more



[YouTube](#)
Subscribe
1



0:31 Now playing

## Fracking Next Door

Halt the Harm
•
2



5:06 Now playing

## RAGING CITIZENS/THE SIMPLEST GAME - Everything Is Not Perfect

Jim Sterling
•
3



1:24 Now playing

## Speedebunking: Mister UFO

UFO Theater
•
4



3:17 Now playing

## Questionable questions

ProChoiceOh
·
5



5:37 Now playing

## Rachel Dolezal White NAACP President Passing As Black

KevOnStage
·
6



3:02 Now playing

## BugPAC: The Campaign to Reclaim State College

Vote BugPAC
·
7



4:46 Now playing

## Lift Busters: Do Elevation Training Masks Work? High Altitude Mask / Oxygen Mask

Brian Schmitt
·
8



9:09 Now playing

## Uwe Boll: The Rise And Fall Of The Worst Director Ever

captainmidnight
·
Info
Shopping
Tap to unmute



NaN / NaN
NaN / NaN



YouTube Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunity

# Frequently asked questions about fair use

Fair use is a legal doctrine that says you can reuse copyright-protected material under certain circumstances without getting the copyright owner's permission.

There aren't any magic words to automatically apply fair use. When you use someone else's copyrighted work, there's no guarantee that you're protected under fair use.

## Common fair use questions

How does fair use work?
In the United States, a judge reviews a specific case based on a set of principles to decide if fair use applies. Different countries/regions have different rules about when it's OK to use material without the copyright owner's permission. For example, in the United States, works of commentary, criticism, research, teaching, or news reporting might be considered fair use. Some other countries have a similar idea called fair dealing that may work differently.
What constitutes fair use?

1. The purpose and character of the use, including whether such use is of commercial nature or is for nonprofit educational purposes

Courts typically focus on whether the use is "transformative." That is, whether it adds new expression or meaning to the original, or whether it merely copies from the original. Commercial uses are less likely to be considered fair, though it's possible to monetize a video and still be fair use.

2. The nature of the copyright work

Using material from primarily factual works is more likely to be fair than using purely fictional works.

3. The amount and substantiality of the portion used in relation to the copyrighted work as a whole

Borrowing small bits of material from an original work is more likely to be considered fair use than borrowing large portions. However, if it's the "heart" of the work, even a small amount may weigh against fair use in some situations.

4. The effect of the use upon the potential market for, or value of, the copyrighted work

Uses that harm the copyright owner's ability to profit from their original work are less likely to be fair uses. Courts have sometimes made an exception under this factor in cases involving parodies.

When does fair use apply?
Crediting the copyright owner, posting a disclaimer like "no infringement intended," or adding original content to someone else's content doesn't automatically make something fair use. Uses that try to substitute the original work instead of commenting on or criticizing it are unlikely to be considered fair uses.
How does Content ID work with fair use?

If you upload a video containing copyrighted content without the copyright owner's permission, you could end up with a Content ID claim. The claim will keep you from monetizing the video, even if you only use a few seconds, such as short uses of popular songs.

Automated systems like Content ID can't decide fair use because it's a subjective, case-by-case decision that only courts can make. While we can't decide on fair use or mediate copyright disputes, fair use can still exist on YouTube. If you believe that your video falls under fair use, you can defend your position through the Content ID dispute process. This decision shouldn't be taken lightly. Sometimes, you may need to carry that dispute through the appeal and DMCA counter notification process.

If both you and the claimant try to monetize a video under dispute, the video will still monetize until the dispute is resolved. Then, we'll pay out the accrued earnings to the appropriate party.

Options you can take to resolve claims outside the dispute process

The easiest way to deal with Content ID claims is to avoid them in the first place. Don't use  copyrighted material unless it's essential to your video. Check out the YouTube Audio Library for music that's free to use in your videos. If you choose to get music from other royalty-free or licensing sites, be sure to read the terms and conditions

carefully. Some of these services may not give rights to use or monetize the music on YouTube, so you could still end up with a Content ID claim.

If you get a Content ID claim for music that isn't essential to your video, try removing it or swapping it out with copyright-safe tracks from the Audio Library. You can also always upload an entirely new edit of the video without the claimed content at a new URL.

## Am I protected by fair use if...

I gave credit to the copyright owner?

Transformativeness is usually key in the fair use analysis. Giving credit to the owner of a copyrighted work won't by itself turn a non-transformative copy of their material into fair use. Phrases like "all rights go to the author" and "I do not own" don't automatically mean you're making fair use of that material. They also don't mean you have the copyright owner's permission.

I posted a disclaimer on my video?
There aren't any magic words to automatically apply fair use when you use someone else's copyrighted work. Including the phrase "no infringement intended" won't automatically protect you from a claim of copyright infringement.
I'm using the content for "entertainment" or "non-profit" uses?

Courts will carefully review the purpose of your use in evaluating whether it's fair. Declaring your upload to be "for entertainment purposes only," for example, is unlikely to tip the scales in the fair use balancing test. Similarly, "non-profit" uses are favored in the fair use analysis, but it's not an automatic defense by itself.

I added original material I created to someone else's copyright work?
Even if you've added something to someone else's content, your use might still not be considered a fair one. If your creation doesn't add new expression, meaning, or message to the original, it probably isn't fair use. As with all the other cases discussed here, courts will consider all four factors of the fair use test, including the quantity of the original used.

Resources

If you'd like to learn more about fair use, there are lots of resources available online. The following sites are for educational purposes only and are not endorsed by YouTube:

- The Center for Media and Social Impact's "Code of Best Practices in Fair Use for Online Video"
- The Digital Media Law Project's detailed explanation of the Four Factors

- The US Copyright Office's Fair Use Index

  Give feedback about this article
  Choose a section to give feedback on



  Was this helpful?
  YesNo

  Submit

# Copyright and rights management

- What is copyright?
- Frequently asked copyright questions
- Creative Commons
- Fair use on YouTube
- Frequently asked questions about fair use
- Music in this video

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk

17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- [Help Center](#)

  - [Fix a problem](#)

- o [Watch videos](#)

- o [Manage your account & settings](#)

- o [Supervised experience on YouTube](#)

- o [Join & manage YouTube Premium](#)

- o [Create & grow your channel](#)

- o [Monetize with the YouTube Partner Program](#)

- o [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program

Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows

Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues

Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube

YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content ManagersYouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

# What is the issue with this selection?

Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

# Share additional info or suggestions



Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.

YouTube Help



Next

Help CenterCommunity

# What kind of content can I monetize?

For your videos to be eligible for monetization, you must own all the rights to commercially use all visuals and audio elements.

Guidelines for content you created:

- Follow YouTube Community Guidelines.
- Create all elements of the video yourself. Examples include:
- Daily vlogs
- Home videos
- Do-it-yourself videos
- Tutorials
- Original music videos
- Original short films
- Make sure you own all the necessary rights to commercially use all visuals created by you.
- Keep in mind that advertisers are more likely to place ads on advertiser-friendly content.

Guidelines for content you didn't create:

- Clear the rights to use and monetize this content on YouTube.
- Make sure you understand how copyright works.
- Make sure you understand YouTube spam policies.

YouTuber Partner: Learn about copyright basics
Learn the basics on copyright policies

# Can I monetize my video if...

Click below to see if your type of content is monetizable and if you need to prove commercial use rights to use it.

I created all the audio and visual content
I use audio or visual editing software to create my own content
I use royalty-free or Creative Commons content
I have permission to use audio or visuals created by someone else
I'm playing or doing a walkthrough of a video game
I'm doing a tutorial demonstrating use of software
I use content that's in the public domain
It contains my original recording of a cover song
I use my personal recording of public concerts, events, shows, and so on
I made a recording from TV, DVD, or CD
I upload content that I purchased
I upload content that I found online
It contains music from the YouTube Audio Library
I used third-party content under Fair Use

## Still need help?

If you're still not sure what kind of content you can or can't monetize, review the video monetization criteria. For more info about copyright, copyright infringement, and fair use, go to the Copyright Center.

The material on this page is given solely for educational purposes and is not legal advice. You should only seek legal advice from a lawyer or legal representative.
Give feedback about this article
Choose a section to give feedback on



Was this helpful?
YesNo

Submit

# Help

- What kind of content can I monetize?
- Request human review of videos marked "Not suitable for most advertisers"
- How to read licenses to understand your rights
- YouTube advertising formats

- Add paid product placements, sponsorships & endorsements
- Monetizing eligible cover videos
- Claiming Individual Videos: Policies and Best Practices
- How ads show on videos you monetize

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська

33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- [Help Center](#)

  - [Fix a problem](#)

  - [Watch videos](#)

  - [Manage your account & settings](#)

  - [Supervised experience on YouTube](#)

  - [Join & manage YouTube Premium](#)

- o [Create & grow your channel](#)

- o [Monetize with the YouTube Partner Program](#)

- o [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program
Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows
Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues
Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube
YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers
YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

# What is the issue with this selection?


Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

# Share additional info or suggestions

Do not share any personal info
Cancel
Submit
By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.



YouTube Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunity

# How to read licenses to understand your rights

Royalty free software products and content owners, as well as video game publishers, often spell out your commercial use rights to their content, or content you created using their software, in their license agreements.

YouTube is not in a position to offer legal advice or to counsel you in any way. However, below are some tips to locate and read terms set by copyright holders.

- License agreements can be located on the publisher/content owner's website.
- The licenses may be found in a number of places, so try searching for terms of use, grant of rights, terms and conditions, sharing, FAQs.
- License agreements may explain the rights granted to licensees or end users and it is incumbent on you to appropriately read and interpret the license.
- Some publishers have different types of licenses that grant different sets of rights to authorized content, so please ensure that the license you buy best suits your needs.
- In addition to the license terms, you may also need to check the artists individual terms before using their content commercially.

For clear interpretation, please reach out to the license owner and clarify that you have all the commercial use rights to their content.

The above material is being provided solely for educational purposes and is not legal advice. You should only seek legal advice from a lawyer or legal representative.

Give feedback about this article

Choose a section to give feedback on



Was this helpful?
YesNo

Submit

©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština

28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information  General Help Center experience



Google Help

- [Help Center](#)

  - [Fix a problem](#)

  - [Watch videos](#)

  - [Manage your account & settings](#)

  - [Supervised experience on YouTube](#)

- o [Join & manage YouTube Premium](#)

- o [Create & grow your channel](#)

- o [Monetize with the YouTube Partner Program](#)

- o [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program
Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows
Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues

Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube

YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers

YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

# What is the issue with this selection?



Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

# Share additional info or suggestions

Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.



YouTube Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunity

# Video game and software content

What can I monetize?

Video game content may be monetized depending on the commercial use rights granted to you by licenses of video game publishers. Some video game publishers allow you to use all video game content for commercial use and state that in their license agreements. Likewise, videos showing software user interface may be monetized only if you have a contract with the publisher or you have paid a licensing fee.

To learn more about obtaining commercial use rights to third party content, please review how to read licenses to understand your rights and what YouTube looks for in your documentation.

What can't I monetize?

Without the appropriate license from the publisher, use of video game or software user interface must be minimal. Video game content may be monetized if the associated step-by-step commentary is strictly tied to the live action being shown and provides instructional or educational value.

Videos simply showing a user playing a video game or the use of software for extended periods of time may not be accepted for monetization.

You can find more information on copyright law and fair use here:

United States
U.S. Copyright Office Fair Use Index
Stanford University Libraries
Lumen database of legal complaints

European Union
European Commission website on Copyright and Neighboring Rights
World Intellectual Property Organization
Directory of Intellectual Property and Copyright Offices
This material is provided for informational purposes only. It is not, nor is it intended to be, legal advice, or a substitute for legal advice.

YouTube Copyright Basics
Learn more about how copyright and policies work on your video https://goo.gl/h6vZPs. 0:00 Introduction 0:58 Copyright Takedown process 1:30 Content ID claims 2:27 File a dispute 3:15 Fair Use

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar

15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- Help Center

  o Fix a problem

- o [Watch videos](#)

- o [Manage your account & settings](#)

- o [Supervised experience on YouTube](#)

- o [Join & manage YouTube Premium](#)

- o [Create & grow your channel](#)

- o [Monetize with the YouTube Partner Program](#)

- o [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program

Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows

Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues

Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube

YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers

YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

# What is the issue with this selection?

Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

# Share additional info or suggestions



Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.

YouTube Help

Sign in

Send feedback on...



This help content & information

General Help Center experience

Next

Help CenterCommunity

# Monetizing eligible cover videos

Creators participating in the YouTube Partner Program can share revenue from eligible cover song videos on YouTube, once music publisher owners claim those videos. You'll be paid revenue for these videos on a pro rata basis.

## How to figure out if your cover song video is eligible for monetization

A video of your cover song will be eligible for monetization when the Content page in your YouTube Studio shows that your video has the following:

- Copyright claim in the Restrictions Column
- Video's monetization status is set to  Off
- Hover text that says the video is eligible to share the ad revenue

Note: You should also see this info in the Video Copyright Info page and the claim notification email sent to you.

This message will appear for videos claimed/monetized through the Content ID system by the music publisher or publishers who own the copyright in the musical composition performed. Note that both new uploads and prior uploads may be eligible.

## How to turn on revenue sharing for your cover song video

1. Turn on monetization for your account, if you have not already done so. Go to the Monetization tab in your account settings.
2. Find the eligible cover song video in your Content page.

3. Switch the monetization status to On.
4. You can also go to the monetization details of the video and switch monetization from Off to On.

Give feedback about this article
Choose a section to give feedback on



Was this helpful?
YesNo

Submit

©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina

22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- [Help Center](#)

  o [Fix a problem](#)

  o [Watch videos](#)

  o [Manage your account & settings](#)

- o [Supervised experience on YouTube](#)

- o [Join & manage YouTube Premium](#)

- o [Create & grow your channel](#)

- o [Monetize with the YouTube Partner Program](#)

- o [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program

Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows

Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues

Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube

YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

## What is the issue with this selection?


Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

## Share additional info or suggestions

Do not share any personal info
Cancel
Submit
By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.



YouTube Help

**Sign in**

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunity

To receive the latest updates on our Advertiser-friendly content guidelines, please check out our Advertiser-friendly content guidelines posts in the YouTube Help Center and subscribe here.

# Advertiser-friendly content guidelines

If you're in the YouTube Partner Program, you can share revenue from ads. This article aims to help you understand which individual videos on your channel are suitable for advertisers. Creators can use this article to understand both the platform's self-certification questionnaire as well as specific rules regarding what can run ads, what can run limited ads and what will not run ads, and should have monetization turned off. Our policies apply to all portions of your content (video or live stream, thumbnail, title, description, and tags). Learn more about our best practices.

Our systems don't always get it right, but you can request human review of decisions made by our automated systems.

Note: All content uploaded to YouTube must comply with both our Community Guidelines and our AdSense Google Publisher Policy. If your content violates our Community Guidelines, it may be removed from YouTube. If you see violative content, you can report it.

What you'll find in this article
You'll find examples of content not suitable for ads, and will result in a "limited or no ads" monetization state.

Here are all the main topics that are not advertiser-friendly:

Inappropriate language

Violence

Adult content

Firearms-related content

Controversial issues

Sensitive events

Shocking content

Harmful or dangerous acts

Hateful & derogatory content

Recreational drugs and drug-related content

Incendiary and demeaning

Tobacco-related content

Adult themes in family content

Please note that context is very important. Artistic content such as music videos may contain elements such as inappropriate language, references to soft drug usage, or non-explicit sexual themes, and still be suitable for advertising.

Inappropriate language

Content that contains frequent uses of strong profanity or vulgarity throughout the video may not be suitable for advertising. Occasional use of profanity (such as in music videos) won't necessarily result in your video being unsuitable for advertising.

# Guide to Self-Certification

| Ads guidance | Questionnaire options & details |
| --- | --- |
| You can turn on ads for this content | Abbreviated, censored, or light profanity (like "hell" or "damn") in the title, thumbnail, or video. Moderate profanity (like "shit" or "bitch") used in the video. Infrequent usage of strong profanity (like the "f-word") after the opening or up to twice in approx. the first 30 seconds of the video; or strong profanity in a music video. |
| | Definitions: |
| | "Censored profanity" refers to things like bleeping or muting the word as well as covering written words with black bars, symbols, or text added in post-production. |
| | "Abbreviated profanity" refers to an acronym like WTF ("what the f*ck") where the original term is abbreviated by using its acronyms. |
| You can turn on ads but only brands who opt in will run ads | Moderate profanity in the title or thumbnail; strong profanity used frequently in the opening of a video (roughly the first 30 seconds); strong profanity in the title or thumbnail of a music video. |
| | Titles & Thumbnails: |
| | Moderate profanity even when misspelled, such as "This is bull sh1t!". |
| | Some examples of content that also fall into this category: |
| | Focal usage of strong profanity throughout a video (e.g. mentioned in every sentence). |

| Ads guidance | Questionnaire options & details |
|---|---|
| | Definitions: |
| | "Moderate profanity" refers to words like "bitch," "shit," or "asshole." |
| | "Strong profanity" refers to words like "d*ck" or the "f-word." |
| You should turn off ads for this content | Extreme profanity used in the title, thumbnail or at any point throughout the video, for example "c*nt," "n***er," "fa**ot," or other hateful slurs. |
| | Titles & Thumbnails: |
| | Strong or extreme profanity even when misspelled, such as "fuk!" |
| | Some examples of content that also fall into this category: |
| | Any usage of extreme profanity throughout a video. |

## Violence

Content where the focal point is on blood, violence, or injury, when presented without other context, is not suitable for advertising. If you're showing violent content in a news, educational, artistic, or documentary context, that additional context is important. For example, if a video provides authoritative news reporting on a violent event in a journalistic context, it may be eligible for monetization. Violence in the normal course of video gameplay is generally acceptable for advertising, but montages where gratuitous violence is the focal point is not. All games (whether realistic or non-realistic) are in scope of this policy.

## Guide to Self-Certification

| Ads guidance | Questionnaire options & details |
|---|---|
| You can turn on ads for this content | Graphic law enforcement in an educational context; violence that occurs as part of unedited video gameplay; mild violence with minimal blood; dead bodies that are fully censored, blurred, prepared for burial, or shown in historical events like wars, as part of an educational video. |
| | Some examples of content that also fall into this category: |
| | General violence |
| | Dramatized content containing unrealistic non-graphic violence or fleeting vivid violence. |
| | In the course of larger narrative, showing a quick fleeting scene involving physical harm (e.g. shot in the abs) as a part of a violent action scene. |

Fighting violence excerpts from an action movie where injuries are mostly indiscernible.

Depiction of non-graphic injury such as falling on knees where no or limited amount of blood is shown.

Tumbling down a hill or running into a wall accidentally or purposely as a part of script or sports.

Announcement of tragedies involving multiple casualties which doesn't include vivid gruesome details.

Reports of a recent homicide in the town without the description of physical state of the victims.

Gaming

Violence as part of standard video gameplay, where it's mildly graphic.

Showing graphic scenes (e.g. a gory attack where impact is clearly visible) in a normal course of gameplay.

Death & tragedy

Non-graphic depiction of dead bodies in educational context.

Public honoring of the deceased, broadcasted with a non-graphic dead body.

Display of fully censored or non-gruesome dead bodies in a historical context.

Hunting

Hunting content where there's no depiction of graphic animal injuries or prolonged suffering.

Hunting videos where the moment of kill or injury is indiscernible, and with no focal footage of how this dead animal is processed for trophy or food purposes.

Animal violence

Non-graphic depictions of animal violence in nature.

Predators running after their prey where the graphic details (e.g. focus on bloody body parts of the prey or graphic moments of catching the prey) are not included; some blood may be visible fleetingly, but is not the focal subject of the content.

Animal abuse

Animals in distress during species-appropriate animal training, medical intervention or relocation.

Raw footage of human-controlled animal violence (e.g., bullfighting) without promotion of the acts.

Coverage or discussion of animal abuse with no footage of the abuse.

A debate on animal abuse lacking details on the abusive act itself.

Violence in sports play

Violence in combat sports involving weapons (e.g. fencing) regardless of protective gear worn or safety precautions warranted.
Non-graphic injuries in sports or graphic injuries as part of sports play where blood is shown.
Sports conducted in a professional setting (e.g. in a fitness center) while players wear proper gloves and mouthguards.
A fleeting display of injuries that may be graphic (e.g. a broken arm), but are part of regular gameplay.
Minor non-graphic injuries (e.g. falling on knees) portrayed in the sports play.

Street fights

Depiction of fights in an educational context.
Self-defense moves that are shared as a tutorial.
People fighting without repeated tough physical interaction (e.g. fist fight) as a fleeting subject in a larger context.

Law enforcement & physical altercation

Non-combative or non-abrasive interactions with law enforcement.
Fleeting raw footage of police interaction with civilians for educational purposes without portrayal of explicit abusive physical altercation in descriptions, audio or visual formats.
Normal interaction with police (i.e asking for directions or receiving a parking ticket, etc.).
Violent, combative, or abrasive interactions with law enforcement in an educational context:
Commentary using clips from a news report on a recent violent protest by civilians (e.g. hitting or pushing civilians down against the floor).

Definitions:

"Mild violence" refers to scuffles in real-life content or fleeting violence like punching.
"Dramatized" refers to scripted content such as movies or fictional settings including animated content.

| | |
|---|---|
| You can turn on ads but only brands who opt in will run ads | Fleeting graphic law enforcement without educational context; showing dead bodies with obvious injury and/or mutilation in educational or documentary (e.g. history learning channel) setting or display of non-gruesome dead bodies without educational intent; edited video gameplay with some clips that focus |

on graphic violence; moderate violence that shows blood as part of a non-educational video; raw footage of armed conflict without injuries.

Some examples of content that also fall into this category:

General violence

Real-life or dramatized violence that results in serious injury where the aftermath or impact is visible and present such as blood or gore scenes, bones visibly broken.
A dramatized long-form video content with a short, ultra-graphic violent scene (e.g. a mass killing) or a video compilation of such graphic scenes.
Highly vivid descriptions of tragedies (in the form of audio or video).

Gaming

Edited video gameplay with some clips that focus on graphic violence.
Brutal killings or severe injuries (e.g. beheadings) with bodily fluids and parts shown focally in some parts of the video.

Death & tragedy

Dead bodies (outside of those prepared for burial) in the context of educational or documentary content such as war documentaries.
A dead body without visible injuries or bodily fluid shown in news reporting.
Graphic dead bodies (including depictions of mutilation or injuries) displayed for educational purposes.

Street fights

Street fights featured in the context of educational or documentary purposes.
Graphic street fights including scenes featuring severe injuries, physical attacks, and emotional distress (e.g. yelling).
When the focal subject is around human fights (e.g. footage of prisoners fighting).

Law enforcement & physical altercation

Fleeting violent, combative, or abrasive interactions with law enforcement in a non-educational or non-documentary context.
Shocking police altercations displaying rough physical interactions (e.g. hitting or pushing civilians down against the floor).

Violence in sports play

Graphic sports injuries as part of a larger video with context (e.g. compilations involving graphic injuries but not singularly focused on them).

Animal violence

Animal violence in nature with portrayals of graphic animal injuries.
When clearly visible injuries (e.g. blood or bones) are the central subject of a video.

Animal abuse

Educational or documentary coverage of animal abuse with abuse footage.

Hunting

Hunting content featuring fleeting graphic imagery such as dead or injured animals (e.g. bloody body parts) portrayed in the content.

War & conflict

Real, non-graphic raw footage of armed conflict (e.g. war) without educational context, with no bloody scenes or explicit injuries.
Raw footage of violent attacks shared without a clear intent.

Definition:

Fleeting references are not the focus of content (not focal) and include passing references to violence acts or descriptions. For example, briefly displaying a violent act (e.g. graphic adult fighting in a movie) wouldn't be considered focal, but rather fleeting.

You should turn off ads for this content

Raw footage focused on violent law enforcement; graphic dead bodies in a non-educational video; edited video gameplay that primarily focuses on graphic violence; domestic violence.

Some examples of content that also fall into this category:

General violence

Focus on blood, guts, gore, bodily fluids (human or animal), crime scene or accident photos with little to no context.
Portrayals of gratuitous violence against children, even if dramatized.

Gaming

Edited video gameplay that primarily focuses on graphic violence.

1101
1296

Focus on the display of graphic violence in dramatized settings such as "kill compilations" or compilations of graphic violence from video games or movies.

Death & tragedy

Dead bodies or ultra-graphic injury such as decapitations, amputee operations.

Animal violence

Animal violence in any context outside nature.

Animal abuse

Cruelty or gratuitous violence toward animals such as abuse (e.g. kicking) or human-controlled violence (e.g. forcing to go on a cockfighting).
Footage of animals in distress induced by human intervention, such as the purposeful placement of an animal in harm's way, in strained positions or other dangerous scenarios deemed stressful or unnatural.

Law enforcement & physical altercation

Graphic violence in the context of physical altercations, public demonstrations, or police brutality.

Violence in sports play

Sports videos where the central subject is the display of graphic injuries.

War & conflict

Accounts or images of shootings, explosions, executions, or bombings.
Raw footage of war casualties with graphic depictions of injury or death.

## Adult content

Content that features highly sexualized themes is not suitable for advertising, with limited exceptions for non-graphic sexual education videos and music videos. This includes both real and computer-generated visuals. Stating your comedic intent is not sufficient and that content may still not be suitable for advertising.

# Guide to Self-Certification

**Ads guidance        Questionnaire options & details**

| You can turn on ads for this content | Romance or kissing; discussions of romantic relationships or sexuality without reference to intercourse; fully-censored nudity that is indiscernible and without intent to arouse the audience; sensual dancing in a professional setting without full or partial nudity; non-graphic sex education, or a music video containing sexual content without nudity. |
|---|---|

Some examples of content that also fall into this category:

Sexually gratifying content

Romantic scenes that aren't sexually gratifying such as animated, real-life, or dramatized kiss or cuddling scenes.
Scenes involving sexual tension between characters without explicit depictions of sexual acts.
A kissing scene in a larger narrative where the focus is the romance itself and is not intended to be sexually gratifying.

Discussions of sex in non-sexually gratifying/comedic contexts:
Sex education.
Sexually transmitted diseases (STDs) and how they are transmitted.
Sexual experiences (e.g. dealing with pain after a sexual intercourse) which focus exclusively on how sex works, and do not recount how to improve performance.
Sperm donation.
Scientific representations of reproductive anatomy using diagrams or dummies.
Sexual orientation and/or how sexual identity evolves amid relationships.
Fleeting or incidental usage of sexual jokes and innuendos that does not use vulgar terms.
Content which refers to fetishes in a non-sexual way (e.g. "what is your favorite food or food fetish?").

Sensual dance moves in a professional setting that are a part of artistic expressions.
Dance moves that resemble sexual acts (e.g. chest heaving or hip thrusting) as a part of choreographic dance.
Dances typically associated with sensuality (e.g. pole dance) performed in professional settings such as dance studios or street performances.

Nudity

Censored nudity where nudity isn't the focus such as scenes where characters may be nude but no nipples, butt or genitalia are visible (e.g. they are pixelated/blurred).
Blurred nudity of historical figures wearing limited clothing in educational contexts.

Fully-censored genitalia that are indiscernible and shown for non-sexual purposes (e.g. medical procedure).
Depictions of breastfeeding (without nipples being visible).

Depictions of people wearing limited clothing where the presentation isn't intended to be sexually gratifying such as bikinis worn at the swimming pool.
Clothing reviews focused on the form and function of the clothing rather than a sustained focus on body parts underneath, such as breasts.
Artistic expressions such as sculptures, sketches, or computer-generated graphics involving illustrated nudity, such as characters in classic art or photography of indigenous people in loincloths.
Translucent or sheer coverings of female breasts/cleavage, buttocks or male torsos seen in appropriate settings such as fashion show runways, medical exams, or at a recreational beach.
Visible partial nudity as part of sports such as boxing where such attire may be required.

Definitions:

Sexually gratifying: Content likely to or intended to sexually arouse the viewer.
Sexual innuendo: Any use of a phrase to jokingly hint at something sexual.
Sexually suggestive: Visual, verbal or textual material with sexual undertones, implying sexual intent in order to provoke sexual arousal.
Graphicness: How explicitly the sexual act or nudity is portrayed in order to excite the audience.

You can turn on ads but only brands who opt in will run ads

Discussions of intimate sexual experiences; focus on sexual body parts (even if covered); blurred or censored nudity with discernible body parts, even when used in an educational context or news reporting; implied sexual acts; sensual dancing in a professional setting with limited clothing; sex toys without human contact or nudity, or realistic representations of genitalia.

Some examples of content that also fall into this category:

Sexually gratifying content

Titles or thumbnails with sexualized themes (including misleading signals).
Descriptions of or implicit references to sexual activities (e.g.implicit reference to sexual body parts using emojis or graphics).
Circling out or otherwise calling attention to something in a thumbnail which suggests implied sexual acts.
Misleading title where a video promises sexual content, but it doesn't have it (e.g. a cooking video with the title "watch porn").
Computer-generated nudity in a medical context without the intent to gratify viewers.

Depictions of non-arousing sexual activities in educational, documentary, or dramatized content.
Sexual activities and their histories explained for educational purposes such as with medical topics.

Implicit sexual act or behavior.
Certain signs in a video which suggest sexual activity is occurring such as with shaking objects, moaning sounds, etc.

Depictions of sex toys, sexual devices, or other products intended to enhance sexual activity even where they aren't in use.
Unintentional display of a sexual device in a video that is irrelevant to sexual topics (e.g. displayed in the background).
A medical object which resembles genitalia introduced during a discussion.

Scenes with sexual tension like gratifying sensual dancing, groping, or making out to sexually arouse audiences.
Short scenes on sexual activities (including implied sex acts) as a part of a larger narrative.
Scenes where the main focus is to showcase sexual tension.
Professional dance choreography which frequently features sexually gratifying poses or moves (e.g. grinding) in limited clothing (e.g. sheer breast coverings).

Discussions of intimate sexual experiences such as masturbation, orgasm, intercourse, tips, or other sexual acts. This may also include sexual innuendos or sexually explicit text or audio, such as detailed conversations about sex.
Audio or sound compilations of sexual acts without pictures or visual scenes of the act (e.g. ear licking and nibbling sounds).
Descriptions of sexual activities which intend to sexually arouse audiences.
Mentions of sexual fetishes even when it's not descriptive.
Titles referencing adult content such as 18+, 21+, 'adult only,' 'porn,' etc., unless it's educational or documentary in context.
Usage of emoticons or emojis in text representing sexual body parts or acts to gratify viewers.
Crude jokes that use vulgar terms (e.g. tits, cum).
Sex-related content, such as documentaries about the sex industry or paid subscription adult content platforms.
Sexual innuendos using non-sexually gratifying objects:
Objects resembling genitalia such as packing devices or human figurines with realistic genitalia.
The use of daily objects (e.g. eggplant) or emojis intended to resemble genitals and sexually arouse audiences.

Nudity

Educational or documentary content featuring full nudity.
History or industry overviews relating to sex or nudity, such as showcasing full body paintings.
Pixelated or censored nudity where the sexual body parts are still recognizable.
Scenes with naked bodies starred or blurred, but still identifiable from their silhouettes.
Non-fleeting depictions of nudity (animated, real-life, or dramatized).
Sexualized limited clothing (e.g. bikini, lingerie) worn and shown repeatedly as a central subject.
Depictions of sexual body parts such as recurring or focal shots of cleavage or bulges intended to sexually arouse audiences.
Compilations of visibly recognizable turgid genital outlines.
Minimally-covered (e.g. thong) sexual body parts (e.g. breasts, cleavages, buttocks, etc.,) frequently appearing.
How-to videos on breastfeeding with visible nipples.
Sensual dancing (e.g. twerking) with minimal clothing in a professional setting.

Definitions:

"Censored nudity" refers to things like blurring, covering nudity with black bars or pixelation.
Implied sexual act: Behavior that mimics sexual intercourse such as dry humping.

| | |
|---|---|
| You should turn off ads for this content | Exposed breasts or full nudity, sexual acts, discussion of fetishes, or a video thumbnail with sexual content.

Some examples of content that also fall into this category:

Sexually gratifying content

Sexually explicit audio, text, or dialogue:
Sex-related entertainment such as porn or other sexual services.
Graphic sexual acts or simulations intended to gratify.
Depictions or discussions of fetishes (e.g. guides or walkthroughs).
Focus on sex scandals or the leaking of private intimate material.
Imitating or mimicking sexual activities (e.g. pornographic media).
Promotions of sexual acts in exchange for compensation.
Sensual dance in a non-professional setting such as at home.
Grinding or daggering moves calling for sexual tension.
Actual usage of sex toys (or other products intended to enhance sexual activity). |

Nudity

Mature activity such as full exposure of sexual body parts, sex acts.

## Shocking content

Content that may upset, disgust or shock viewers may not be suitable for advertising. Uncensored shocking elements won't necessarily result in your video being unsuitable for advertising, but context matters.

# Guide to Self-Certification

| Ads guidance | Questionnaire options & details |
| --- | --- |
| You can turn on ads for this content | Light or moderately shocking content which is censored or shown in context for educational, documentary, or other purposes. |

Some examples of content that also fall into this category:

Body parts, liquids, waste

Body parts, liquids, or waste that is made for kids or presented in an educational, scientific, documentary, or artistic context, and where intent won't shock.
Dramatized body parts, liquids, or waste where intent is to shock, mostly for entertainment purposes (like a magic trick) but where legitimate context must be given.

Medical and Cosmetic Procedures

Medical or cosmetic procedures that are educational, focusing on the procedure itself rather than on bodily parts, liquids, or waste.
Body parts, liquids, or waste that are censored or fleeting in comparison to the procedure itself.
Human and animal birth videos educating viewers without extra focus on body parts, fluids, or waste.

Accidents and Injuries

Accidents where no exposed injury is visible (such as internal tissue, bleeding wounds).
Accidents that do not cause real upset due to only mild or moderate impact being visible.
Accidents where no real distress is visible as a result of the accident.
Accidents in which there's no evident injury or long-term medical care necessary.

| Ads guidance | Questionnaire options & details |
|---|---|
| | Accidents and injuries that are presented in a news, documentary, or artistic context (such as a film or music video). |

Animal Preparation and Eating

Portrayals of meat, fish in a raw or prepared-to-eat manner including cooking techniques and demonstrations for recipes (such as How to Filet a Fish or BBQ's).

Portrayals of animal preparation for eating by professionals focusing on the trade and act of cutting animals.

Educational, documentary, scientific, or artistic portrayal of religious rituals involving animal eating where there's no focus on gruesome or gory visuals.

EDSA portrayal focusing on cultural eating and traditions and not on sensationalizing the ingestion of eating animals/insects or mishandling thereof.

Animal parts with no presentations of discernible features of a living being (excluding fish and crustaceans).

Definitions

"Intent to shock" refers to the purpose of the video, which is determined by what context is given as well as the focus of elements.

"Dramatized" refers to scripted content (like movies or music videos) or fictional settings including animated content.

"Accidents" refers to unfortunate incidents typically resulting in damage or injury, including where injury itself may not be clearly visible (such as vehicle accidents).

"Exposed" refers to bodily parts, liquids, or waste (such as tissue or blood).

"Upset" refers to unsettling or surprised emotion arising as a result of a visible or reasonably assumed detrimental impact or injury.

"Distress" refers to the visible, audible, or perceived presentation of human suffering as a result of pain. In this case, it's related to individuals involved in accidents and individuals undertaking or experiencing medical or cosmetic procedures (including births).

"Cultural eating and traditions" refers to the customs and social behavior of societies in relation to food type consumption.

"Sensational" in relation to exposed animal parts or animal/insect eating: to present in a manner intended to arouse curiosity or broad interest, especially through the inclusion of exaggerated, or vivid details.

"Mishandling" in relation to how the animal is being prepared or eaten in a brutal or savage manner.

"Professional context" in relation to the profession of being a butcher or fishmonger and the contexts where they cut and handle dead animals.

| Ads guidance | Questionnaire options & details |
| --- | --- |
| | "Discernible features of a living being" includes features that confirm that the animal was/is a living being, including features such as nose, ears, mouth. |
| You can turn on ads but only brands who opt in will run ads | Shocking content, like graphic images of human, or animal body parts, which is uncensored or intended to shock. |

Some examples of content that also fall into this category:

Body parts, liquids, waste

Focus on real body parts, liquids, or waste where intent is to shock.
Dramatized presentations of bodily parts, liquids, and waste focusing on gruesome and gory details.

Medical and Cosmetic Procedures

EDSA medical or cosmetic procedures focusing on exhibiting uncensored bodily, parts, fluids or waste in detail, during or after the procedure.
Births that contain a focus on extra bodily parts, fluids, or waste or where there's strong apparent distress.

Accidents and Injuries

Accidents where there's a strong moment of impact such that it's likely to cause upset.
Accidents in which injury is visible or where long-term medical care can be reasonably assumed.
Accidents with strong apparent distress as a result of the accident's impact.
Accident compilations.

Animal Preparation and Eating

Animal preparation or eating that is intended to shock.
Focal EDSA mishandling of unskinned or whole animals.
Focal discernible features of a living being (such as cooking without context).
Sensational presentation or ingestion (such as Sensational Mukbang, ASMR animal eating).

| Turn off ads for this content | Highly shocking content that's clearly visible or audible, or where the whole purpose of the video is to shock viewers. |
| --- | --- |

Some examples of content that also fall into this category:

| Ads guidance | Questionnaire options & details |
|---|---|
| | Body parts, liquids, waste |

Disgusting, gruesome, or gory presentations of bodily parts, fluids, or waste with little to no context.
Dramatized shocking elements presented with little context, solely with the intent to shock.

Medical and Cosmetic Procedures

Raw footage of medical or cosmetic procedures with no context or focusing on exposed body parts, fluids, or waste.
Raw footage of birth videos exposing bodily parts, fluids, or waste or distress, with little to no context.

Accidents and Injuries

Upsetting presentations of accidents and extreme injuries where exposed body parts are visible or where extreme injury can be reasonably assumed.
Raw footage of extreme accidents with no context.
Footage of children involved in accidents.
Compilation accident videos where the sole intent is to repeatedly shock viewers.

Animal Preparation and Eating

Real animal preparation and eating where the sole intent is to shock viewers, where the presentation is gruesome and gory or has no context.
Graphic depictions of skinning or slaughtering animals.
Non-EDSA portrayals of a live animal in distress as a result of being prepared to be eaten.
Non-EDSA animal eating where there's a focus on discernible features of a living being.

## Harmful or dangerous acts

Content that promotes harmful or dangerous acts that result in serious physical, emotional, or psychological injury is not suitable for advertising.

# Guide to Self-Certification

**Ads guidance      Questionnaire options & details**
You can turn on    Stunts or acts that are slightly dangerous, but performed in a professional and
ads for this content controlled environment where no one is seriously injured.

| Ads guidance | Questionnaire options & details |
|---|---|

**Questionnaire options & details**

Some examples of content that also fall into this category:

General harmful or dangerous acts

Activities where risk is involved with no visible injuries such as:
Professional stunts or extreme sports such as wingsuit flying.
Footage of a person doing wheelies or ground-level parkour.
Motor vehicles speeding or drifting without doing dangerous tricks (e.g. stand up wheelie or free hands) or causing frequent disruptions to others (e.g. driving in between lanes).

Fail compilations

Fail compilation videos without a focus on graphic injuries (e.g. walking into a glass door).

Pranks & challenges

Pranks or challenges where there is perplexity, confusion, or discomfort but no risk or long-term harm is involved such as the ice bucket challenge.
Discussions or reports about harmful pranks or challenges with no footage or audio of the moment of harm (e.g. reports on a fire challenge without the details of the incident).
Educational, documentary, or news report content showcasing pranks or challenges that cause extreme emotional distress (e.g. physical fights, abusive language and insults, such as "you're fired!" pranks).

Medical misinformation

Neutral content about viruses, infectious diseases, and COVID-19 without the intent of inciting fear (e.g. a video for kids on the difference between viruses and bacteria).

Harmful misinformation

Educational or documentary content seeking to explain how groups promoting harmful misinformation gain traction, rise to prominence, and/or spread misinformation.
Educational or documentary content with a focus on debunking harmful misinformation such as Pizzagate, QAnon, StopTheSteal, etc.

Vaping & tobacco

Public service announcements for preventative actions.
Dramatized content with focal depiction of usage.

| Ads guidance | Questionnaire options & details |
|---|---|
| | Educational or documentary content showcasing industries involving vaping/tobacco. |
| | Alcohol |
| | Presence of alcohol or adults drinking alcohol in content without promoting or glorifying irresponsible drinking. |
| | Definitions: |
| | "Seriously injured" refers to injuries that cannot be treated without proper medical care or cannot be treated at home such as broken bones, visible dislocations, or significant amounts of blood.<br>Body modification may include things like tattoo, piercing, or medical surgery.<br>"Dramatized" refers to scripted content such as movies or fictional settings. |
| You can turn on ads but only brands who opt in will run ads | Content showing but not focusing on physical harm or distress, including acts done in a non-professional, non-controlled environment.<br><br>Some examples of content that also fall into this category:<br><br>General harmful or dangerous acts<br><br>Acts involving high risk activities such as skyscraper parkour or depicting serious injury like skate slam aftermath.<br>Educational, documentary, or news report on:<br>Harmful or dangerous acts with graphic injury.<br>Children involved in gambling or driving motor vehicles designed for use by adults.<br>Motor vehicles speeding or drifting and doing dangerous tricks (e.g. stand up wheelie or free hands) or causing frequent disruptions to others (e.g. driving in between lanes).<br><br>Fail compilations<br><br>Focal depictions of moments with graphic injuries that do not lead to death or terminal conditions (e.g. video compilation of road bike crashes).<br><br>Pranks & challenges<br><br>Educational, documentary, or news reports on prank or challenge content with:<br>Threats or advocacy for physical or psychological harm against oneself or others such as laying flat between train tracks. |

| Ads guidance | Questionnaire options & details |
|---|---|
| | Acts that should not be imitated such as a challenge to drink bleach and may result in immediate and critical harm to one's health. |
| | Pranks or challenges that create extreme emotional distress such as physical altercations, abusive language and insults. These can also include threatening an individual's life status such as layoff pranks or by emotionally evoking or threatening someone in the context of a relationship (e.g. break up pranks where one person becomes emotionally volatile, or arrest pranks against relatives, etc.). |
| | Pranks involving gratuitous amounts of body fluids or graphic violence. |
| | Challenges that include eating non-toxic, non-edible substances such as ingesting a glue stick or pet food. Eating edible substances that are harmful in large volumes such as the Carolina Reaper pepper, or ones that depict a mild physical reaction. |
| | Vaping & tobacco |
| | Product reviews of or comparison between tobacco products (e.g. vaping juice comparison). |
| | Educational or documentary mention of addiction services. |
| | Alcohol |
| | Educational, documentary, or dramatized content featuring minors consuming alcohol or alcohol-focused products. |
| | Definitions: |
| | "Mild physical reaction" refers to things like dry heaving, vomit-inducing cough. |
| You should turn off ads for this content | Focus on accidents, pranks, or stunts that have health risks, like drinking or eating non-edibles; or discussions of trending videos that show this type of content. |
| | Some examples of content that also fall into this category: |
| | General harmful or dangerous acts |
| | Glorification of harmful or dangerous acts or acts perceived to be dangerous. |
| | Motor vehicles with shocking scenes and injuries (e.g. of the moment of impact or showing someone in an unconscious state on a road after getting hit by a truck). |
| | Children involved in gambling or driving motor vehicles designed for use by adults. |

| Ads guidance | **Questionnaire options & details** |
|---|---|

**Questionnaire options & details**
Fail compilations

Fail compilations that include activities resulting in death or grievous damage (irreversible or puts the person into coma, seizure, paralysis, etc.).

Pranks & challenges

Pranks or challenges that should not be imitated such as a challenge to drink chlorine and may result in immediate and critical harm to one's health.
Pranks or challenges relating to:
Suicide, death, terrorism such as fake bomb scare pranks, or threats with lethal weapons.
Sexually unwanted acts such as forced kissing, groping, sexual abuse, spy cams in dress room.
Physical harm or distress but where such distress is not the focus of the video.
Prolonged emotional distress of a minor such as a prank that lasts for an extended period of time leading to a child being scared or upset. This could include pranking children into believing their parents are dead.
Threats or advocating for physical or psychological harm against oneself or others such as laying flat between train tracks.
COVID-19, that promote dangerous activities such as purposeful exposure to the virus or which incite panic (e.g. an anti-quarantine movement or pretending to have been tested positive while in a public space).
Promoting the use of weapons to inflict harm on others.
Showing the consumption of substances in such quantities that it results in a graphically shocking physical reaction such as vomiting after eating a ghost pepper.
Challenges which, if replicated, could result in serious harm such as fire challenge or bird box challenge.
Encouragement of fraudulent or illicit activities (e.g. breaking and entering).

Medical misinformation

Promoting or advocating for harmful health or medical claims or practices:
Videos that advocate for or provide instructions on non-scientifically proven medical info such as how to heal cancer at home.
Untrue statements about the cause, origin or spread of COVID-19.
Spreading myths against what is accepted as normal and regular medical protocol such as anti-vaccination.
Denying that certain medical conditions exist such as HIV, COVID-19.
Content which discourages taking a COVID-19 vaccine that includes false or misleading claims about the effects or distribution of the vaccine
Examples: content claiming the vaccine will cause infertility, contain a microchip, or be used to euthanize parts of a population.

| Ads guidance | Questionnaire options & details |
|---|---|
| | Content which promotes, condones, or otherwise advocates for gay conversion therapy programs or services. |
| | **Harmful misinformation** |
| | Promoting harmful misinformation (e.g. Pizzagate, QAnon, StopTheSteal). Advocating for groups which promote harmful misinformation. |
| | **Vaping & tobacco** |
| | Promoting tobacco and tobacco-related products and their consumption. Footage of minors consuming vaping/tobacco products. Facilitating the sale of vaping/tobacco products. Usage of vaping/tobacco products in a manner not intended by the manufacturer (e.g. drinking vape juice). |
| | **Alcohol** |
| | Portrayal of minors consuming alcohol, even if it's not the central subject of the video. Promoting alcohol consumption to minors. |

Hateful & derogatory content

Content that incites hatred against, promotes discrimination, disparages, or humiliates an individual or group of people is not suitable for advertising. Content that is satire or comedy may be exempt. Stating your comedic intent is not sufficient and that content may still not be suitable for advertising.

# Guide to Self-Certification

| Ads guidance | Questionnaire options & details |
|---|---|
| You can turn on ads for this content | Content referencing protected groups or criticizing an individual's opinions or actions in a non-hurtful manner. |
| | Some examples of content that also fall into this category: |
| | News content which describes a protected group or reports in a non-hateful way on discrimination such a group may face such as a news report on homophobia. Comedic content that condemns or alludes to ridicule, humiliation, or other disparaging comments towards protected groups. Public debates on protected groups without inciting hatred and violent confrontation against them. |

| Ads guidance | Questionnaire options & details |
|---|---|
| | Artistic content that uses sensitive terminology in a non-hateful way such as popular music videos. |
| | Educational or documentary content: |
| | Censored racial slurs or derogatory terms with the intent to educate the audience (e.g. n***er). |
| | Containing focal hate imagery. |
| | Criticizing an individual's or group's opinion, views, actions without any incendiary or demeaning intent. |
| | |
| | Definitions: |
| | |
| | Protected group is defined based on the characteristics below. Inciting hatred against, promoting discrimination, disparaging, or humiliating an individual or group of people based on below characteristics are not advertiser friendly practices: |
| | |
| | Race |
| | Ethnicity or ethnic origin |
| | Nationality |
| | Religion |
| | Disability |
| | Age |
| | Veteran status |
| | Sexual orientation |
| | Gender identity |
| | Any other characteristic associated with systemic discrimination or marginalization. |
| You can turn on ads but only brands who opt in will run ads | Content that may be offensive to individuals or groups, but is used for education, news, or in a documentary. |
| | |
| | Some examples of content that also fall into this category: |
| | |
| | Political discourse or debate that may include offensive language but is intended to educate such as a political debate on trans rights. |
| | Educational content: |
| | Uncensored racial slurs or derogatory terms with the intent to educate the audience (e.g. uncensored or fully spelled out usage of the n-word). |
| | Containing raw footage of someone conducting the following acts without explicitly promoting or glorifying the acts: |
| | Focuses on shaming or insulting an individual or group. |
| | Singles out someone for abuse or harassment. |
| | Denies tragic events happened and are cover-ups. |
| | Malicious personal attacks and defamation. |

| Ads guidance | Questionnaire options & details |
|---|---|
| You should turn off ads for this content | Hate or harassment towards individuals or groups.<br><br>Some examples of content that also fall into this category:<br><br>Statements intended to disparage a protected group or imply/state its inferiority such as "all people from this country are disgusting".<br>Promoting, glorifying, or condoning violence against others.<br>Promoting hate groups or hate group paraphernalia.<br>Content that shames or insults an individual or group.<br>Content that singles out an individual or group for abuse or harassment.<br>Denies tragic events happened, frames victims/survivors as crisis actors.<br>Malicious personal attacks, slander, and defamation. |

Recreational drugs and drug-related content

Content that promotes or features the sale, use, or abuse of illegal drugs, regulated legal drugs or substances, or other dangerous products is not suitable for advertising.

# Guide to Self-Certification

| Ads guidance | Questionnaire options & details |
|---|---|
| You can turn on ads for this content | Education, music, statements, or humorous references about drugs or drug paraphernalia that do not glorify them; drugs in a music video.<br><br>Some examples of content that also fall into this category:<br><br>Discussing drugs or drug paraphernalia within the context of science, such as the scientific effects of drug use.<br>Discussing drugs where the intent is not to promote or glorify drug usage, such as a personal story about the opioid crisis.<br>Focus on drug busts or the drug trade within the context of news content but with no visible consumption or distribution.<br>Music videos with fleeting depiction of drugs.<br>Focus on the purchase, fabrication, or distribution of drugs, such as the fabrication of home-made opioids, news reports about cannabis farms. |
| You can turn on ads but only brands who opt in will run ads | Content focusing on the display or effects of drug consumption; or the creation or distribution of drugs or drug paraphernalia in a comedic, non-educational, or non-documentary context.<br><br>Some examples of content that also fall into this category:<br><br>Dramatized content showing the consumption of recreational drugs.<br>Music videos with focal depiction of drugs. |

| Ads guidance | Questionnaire options & details |
|---|---|
| | Consumption of drugs in a news report without their glorification or promotion. |
| You should turn off ads for this content | Content showing or discussing abuse, buying, making, selling, or finding of drugs or drug paraphernalia in a graphic and detailed way. |
| | Some examples of content that also fall into this category: |
| | Promotion or glorification of recreational drugs. Tips or recommendations on drug use. Focus on the recreational drug industry such as cannabis coffee shops, head shops, or cannabis farming. Providing how-to guides on usage (including consumption and effects), purchase, fabrication, and/or distribution of drugs such as how to find a dealer or best places to get high. |

## Firearms-related content

Content focused on the sale, assembly, abuse, or misuse of real or fake firearms is not suitable for advertising.

# Guide to Self-Certification

| Ads guidance | Questionnaire options & details |
|---|---|
| You can turn on ads for this content | Hunting-related content or guns shown in a safe environment like a shooting range. |
| | Some examples of content that also fall into this category: |
| | Footage of shooting in the course of a hunting trip in an unpopulated location such as a forest. Discussions on gun legislation or the issue of gun-control. |
| | Definitions: |
| | A "safe environment" refers to locations like shooting ranges or enclosed areas that are purpose built for target practice. |
| You can turn on ads but only brands who opt in will run ads | Use of guns outside a controlled environment; display of homemade, 3D-printed, or previously modified guns; use of airsoft or ball bullet (BB) guns against others without protective gear. |
| | Some examples of content that also fall into this category: |

| Ads guidance | **Questionnaire options & details** |
|---|---|
| | Showing guns being used in unprepared or uncontrolled environments (e.g. on a public street outside a home, inside a building that's not a shooting range). |
| You should turn off ads for this content | Content that shows gun creation or modification (including assembly or disassembly), promotes gun makers or sellers, or facilitates the sale of a gun, minors using guns without adult supervision. |

Some examples of content that also fall into this category:

Guides as to how to add bump stocks to a firearm.
Recommendations of top gun manufacturers or firms from which to purchase firearms (e.g. "15 best gun shops").
Referring users directly to a site facilitating gun sales.
Promotions of the sale of a firearm or component, including but not limited to:
Sale of a firearm-related part or component that is essential to, or enhances the functionality of a firearm including:
80% finished gun-parts
Ammunition
Ammunition clips
Silencers
Ammunition belts
Stocks
Conversion kits
Gun-grips
Scopes
Sights
Videos which promote content for gun stores.
Videos which promote manufacturers or discount codes for gun stores.
Videos containing firearm-making instructions (e.g. replicable gun assembly/disassembly or steps on gun modifications), guides, or software, or equipment for 3D printing of guns or gun parts.

Controversial issues

'Controversial issues' refers to topics that may be unsettling for our users and are often the result of human tragedy. This policy applies even if the content is purely commentary or contains no graphic imagery.

# Guide to Self-Certification

| Ads guidance | Questionnaire options & details |
|---|---|
| You can turn on ads for this content | Content discussing preventing controversial issues. Content where the controversial issues are mentioned fleetingly in a video and are neither graphic nor descriptive. |

**Title & Thumbnail:**

References to controversial issues that are non-graphic (e.g. text or image of a razor).

Some examples of content that also fall into this category:

Objective coverage from a news source (can be the main topic and descriptive, but cannot contain graphic depictions).
Content that covers historical or legislative facts related to abortion.
Content for minors that raises awareness on eating disorders.
Content that covers topics such as domestic abuse, self-harm, or sexual harassment as a main topic without detailed descriptions or graphic depictions (e.g. a research piece on sexual abuse survivors and their lives, but the details on the brutality are not included).

Definitions:

Fleeting references are not the focus of content (not focal) and include passing references to topics listed as controversial or sensitive. For example, briefly acknowledging a controversial or sensitive topic (e.g. "In next week's video we'll be discussing declining rates of suicide.") wouldn't be considered focal, but rather fleeting.

| You can turn on ads but only brands who opt in will run ads | Content about controversial issues that are not visually disturbing yet may contain descriptive language. Content that is dramatized/artistic, educational, documentary, or containing scientific presentations of these issues. |
|---|---|

Title & thumbnail:

Graphic depictions of controversial issues in the thumbnail (including both real and dramatized/artistic depictions).

Some examples of content that also fall into this category:

Content that covers topics such as child or sexual abuse as a main topic without detailed descriptions or graphic depictions.
Personal accounts or opinion pieces related to abortion as a main topic without graphic depiction.

| Ads guidance | Questionnaire options & details |
|---|---|
| | Dramatized or artistic depictions of controversial issues that are not highly graphic (e.g. someone jumping off of a bridge in a movie, but the dead graphic body isn't being shown). |
| You should turn off ads for this content | Content which focuses on graphic depictions or detailed descriptions of controversial issues. Content is either graphic or highly descriptive with controversial issues being the central topic of the content. |

Some examples of content that also fall into this category:

First person account with shocking details on topics (e.g. a biography or detailed interview on survivors and their pasts), such as:
Child abuse
Pedophilia
Sexual abuse
Sexual harassment
Self-harm
Suicide
Eating disorder
Domestic abuse
Promotion or glorification of controversial issues in the content, title, or thumbnail (e.g. "how to kill yourself and die honorably").
Graphic depiction of self-harm where scars, blood, or injury are visible.
Explicit audio of the act taking place.

Definitions:

Focus or focal means that a segment or full video is about a given topic. It also means that there is a sustained discussion. A passing reference to one of the topics listed as controversial or sensitive is not a reason for No Ads. For example, briefly acknowledging a controversial or sensitive topic (e.g. "In next week's video we'll be discussing declining rates of suicide.") wouldn't be considered focal, but a segment of a video specifically talking about such a topic would be considered focal. Focus need not be verbal. If there is an image or text that focuses on the sensitive issue, that would be considered focus too.

## Sensitive events

A sensitive event is usually an unforeseen event in which there has been a loss of life, typically as a result of a pre-planned malicious attack by foreign terrorist organizations (FTO) or drug trade organizations (DTO). Sensitive events can cause a mournful response from the public or, at times, an extreme or visceral reaction. An event must be relatively recent if it's going to be considered a sensitive event. Context is important: for

instance, authoritative news reporting or documentary videos about a historic event may be eligible for monetization.

This policy applies even if the content is purely commentary or contains no graphic imagery.

## Guide to Self-Certification

**Ads guidance**       **Questionnaire options & details**

You can turn on ads for this content       Fleeting mention of sensitive events; academic/documentary content on historic acts of terror prior to 9/11; educational content on terrorism or terrorist groups absent of graphic imagery or footage of actual terrorist attacks.

Some examples of content that also fall into this category:

Fleeting references to terrorist acts, armed conflict, or tragic events that result in the loss of human lives.
Foreign terrorist organizations (FTO):
Educational, documentary or dramatized content on these groups as a general subject without footage of terrorist attacks.
Comedic videos with fleeting references to FTOs or terrorism.
Drug trade organizations (DTO), such as drug cartels:
Educational or documentary videos focusing on the international drug trade as a whole (and not a specific DTO).
Dramatized content (e.g. movies) portraying FTO/DTOs or their members.
Comedic content covering DTOs or the international drug trade as a subject.

Definitions:

Fleeting references are not the focus of content (not focal) and include are the opposite of focus. A passing reference to one of the topics listed as controversial or sensitive falls under this definition. For example, briefly acknowledging a controversial or sensitive topic (e.g. "In next week's video we'll be discussing declining cases of terrorist attacks.") wouldn't be considered focal, but rather fleeting.

You can turn on ads but only brands who opt in will run ads       Educational or documentary content or public service announcements on drug trade organizations (DTO).

Some examples of content that also fall into this category:

Drug trade organizations (DTO), such as drug cartels:
Education or documentary content focused primarily on specific DTOs or DTO leaders.
May include non-graphic situations of attacks or and their aftermath, hostage situations, etc.

| Ads guidance | Questionnaire options & details |
|---|---|
| | Public service announcements on the related groups. |

**You should turn off ads for this content**

Discussions of terrorist attacks; events resulting in the catastrophic loss of human life; non-educational discussions of foreign terrorist organizations or drug trade organizations; content on these groups featuring graphic imagery in any context, or including the names of these organizations in the title of the video.

Some examples of content that also fall into this category:

Focus on sensitive events such as:
Atrocious acts or tragic events that result in the loss of human lives, such as mass shootings conducted by foreign terrorist groups or drug trade organizations.
Armed conflict (raw footage)
Terrorist acts (e.g. 9/11)
Footage or images from the scene/aftermath of a sensitive event.
Foreign terrorist organizations (FTOs):
Non-educational or non-documentary videos focusing on FTOs or the subject of terrorism, such as:
Discussions of a recent terrorist attack.
Relevant imagery or names of the group/leader anywhere in the content (e.g. in the thumbnail).
Content featuring shocking, graphic, and/or violent imagery, or scenes of incitement to or glorification of violence.
Content made by or in support of terrorist groups.
Content that celebrates or denies terrorist attacks.
Drug trade organizations (DTO), such as drug cartels:
Non-educational or non-documentary videos primarily focused on DTOs or the international drug trade.
Non-educational or non-documentary depictions of DTO-related imagery such as flags, slogans, banners, etc.
Recruitment of group members.
Glorification or promotion of the group (e.g. artistic expression, including music, implying justification for the violent acts).

Definitions:

An event must be relatively recent if it's going to be considered a sensitive event, such as the New Zealand Mosque Shooting.
Focus or focal means that a segment or full video is about a given topic.
It also means that there is a sustained discussion. A passing reference to one of the topics listed as controversial or sensitive is not a reason for No Ads.
For example, briefly acknowledging a controversial or sensitive topic (e.g. "In next week's video we'll be discussing declining rates of suicide.")

**Ads guidance**          **Questionnaire options & details**

wouldn't be considered focal, but a segment of a video specifically talking about such a topic would be considered focal. Focus need not be verbal. If there is an image or text that focuses on the sensitive issue, that would be considered focus too.

## Incendiary and demeaning

Content that is gratuitously incendiary, inflammatory, or demeaning may not be suitable for advertising. This policy falls under Hateful & derogatory in the self-certification questionnaire in YouTube Studio, so be sure to check that one as well for detailed guidance.

## Examples (non-exhaustive)

**Category**                          **Limited or no ads**

Content that is incendiary and demeaning

Content that focuses on shaming or insulting an individual or group

Content that harasses, intimidates, or bullies an individual or group of individuals

Content that singles out someone for abuse or harassment
Content that suggests a tragic event did not happen, or that victims or their families are actors, or complicit in a cover-up of the event
Malicious personal attacks, slander, and defamation

## Tobacco-related content

Content that promotes tobacco and tobacco-related products is not suitable for advertising. This policy falls under Harmful or dangerous acts in the self-certification questionnaire in YouTube Studio, so be sure to check that one as well for detailed guidance.

## Examples (non-exhaustive)

**Category**                          **Limited or no ads**

Promoting tobacco                     Cigarettes, cigars, chewing tobacco

Promoting tobacco-related products    Tobacco pipes, rolling papers, vape pens

Promoting products designed to simulate tobacco smoking

Herbal cigarettes, e-cigarettes, vaping

## Adult themes in family content

Content that appears to be appropriate for a general audience but contains adult themes is not suitable for advertising. This guideline applies even if content is done for comedic or satirical purposes. This policy falls under Adult content in the self-certification questionnaire in YouTube Studio, so be sure to check that one as well for detailed guidance.

## Examples (non-exhaustive)

| Category | Limited or no ads  |
|---|---|
| Adult themes in family content | Content that is made to appear appropriate for a general audience, but contains adult themes, including:<br><br>Sex<br>Violence<br>Vulgarity<br>Other depictions of children or popular children's characters, that are unsuitable for a general audience. |

All videos uploaded to YouTube must comply with YouTube's Terms of Service and Community Guidelines. To be able to monetize with ads, you'll need to follow the YouTube monetization policies and Google AdSense Program policies.

We may reserve the right to disable ads on your entire channel in situations where the majority of your content is not suitable for any advertisers or where there are repeated, serious violations (e.g. uploading of content which is incendiary, demeaning or hateful).

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo

Submit

# YouTube Partner Program Basics

- YouTube channel monetization policies
- Advertiser-friendly content guidelines
- Upcoming and recent ad guideline updates

**1125**
1320

- Learn more about how YouTube works for you
- Updated Terms of Service FAQs



Creator Academy

Learn what advertiser-friendly content looks like with the Creator Academy.

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български

30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- [Help Center](#)

  - [Fix a problem](#)

  - [Watch videos](#)

  - [Manage your account & settings](#)

  - [Supervised experience on YouTube](#)

  - [Join & manage YouTube Premium](#)

- o [Create & grow your channel](#)

- o [Monetize with the YouTube Partner Program](#)

- o [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program

Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows

Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues

Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium

membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube

YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers

YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

# What is the issue with this selection?


Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

# Share additional info or suggestions

Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.



YouTube Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunity

# Monetization during Content ID disputes

Videos can earn money during a Content ID dispute if both the video creator and the Content ID claimant want to monetize the video. You can dispute a Content ID claim at any time. If you dispute a claim within 5 days, we'll hold any revenue from the video, starting with the first day the claim was placed. If you dispute a Content ID claim after 5 days from the original claim date, we'll start holding revenue the date the dispute is made.

Throughout the dispute process, we'll hold the revenue separately and, once the dispute is resolved, we'll pay it out to the appropriate party.

At each stage of the Content ID dispute process, there are several actions that can be done by you or the claimant. Click each stage below to learn more about what happens to the revenue with each possible action.

Filing a Content ID dispute

After a Content ID claim is made on your video, you have two options to respond.

- Do nothing, allow the claim to exist on your video: After 5 days any held revenue will be released to the claimant.
- File a dispute within the first 5 days of the claim: Ads will continue to run. We'll also hold all revenue the video earns while the claimant reviews your dispute.
- File a dispute after the first 5 days after a claim is made: We'll hold revenue from the date the dispute is made.

More info about the Content ID dispute process

When you dispute a Content ID claim, the claimant will be notified and they'll have 30 days to respond. During this process, we'll continue to run ads and hold all revenue that the video earns.

There are a few things that the claimant can do in response to your dispute:

- Release the claim: If they agree with your dispute, they can choose to release their claim. As long as there are no other claims on your video, we'll release the revenue earned during the dispute to you.
- Uphold the claim: If they believe their claim is still valid, they can choose to uphold it. If you feel it was mistakenly upheld, you may be able to appeal their decision.
- Submit a copyright takedown request: They can submit a copyright takedown request to remove your video from YouTube, which means you'll get a copyright strike on your account.

Filing a Content ID appeal

You have a couple options if the claimant chooses to uphold their claim after you dispute. You can either:

- Do nothing, allow the claim to exist on your video: After 5 days any held revenue will be released to the claimant.
- File an appeal within the first 5 days of the claim being upheld: Ads will continue to run. We'll also hold all revenue the video earns while the claimant reviews your appeal.
- File an appeal after the first 5 days after the claim is upheld: We'll hold revenue from the date the appeal is made.

# More info about the Content ID appeal process

When you appeal a Content ID claim, the claimant will be notified and they'll have 30 days to respond. During this process, we'll continue to run ads and hold all revenue that the video earns.
There are a few things that the claimant can do in response to your appeal:

- Release the claim: If they agree with your appeal, they can choose to release their claim. As long as there are no other claims on your video, we'll release the revenue earned during the dispute to you.
- Schedule a takedown request for your video: If the claimant issues a delayed copyright takedown request, you can cancel your appeal within 7 days. This will prevent the takedown and keep the claim active on your video. During these 7 days, we'll continue to run ads and hold all revenue that the video earns.
- Submit a copyright takedown request: If they believe their claim is still valid, they can submit a copyright takedown request to remove your video from YouTube. This action will result in a copyright strike on your account.

If the claimant rejects your appeal and submits a copyright takedown of your video, you can file a counter notification. Counter notifications can also be filed at any time.

If you file a counter notification within 5 days of getting a takedown, revenue will continue to be held until the full claim process is resolved. Learn more about the counter notification process.

## Revenue from disputes in YouTube Analytics

If there is an active Content ID claim on your video, and you dispute or appeal it, revenue data for the video won't show in YouTube Analytics. If the claim is released, revenue data for the dispute time period will be later added to YouTube Analytics. This data should appear between the 10th and 20th of the following month.

For instance, let's say you disputed a Content ID claim on July 12 and the dispute was resolved in your favor on August 6. You would see revenue data for July 12 to August 6 appear in Analytics between September 10 and September 20.

If you have access to Downloadable Reports in Content Manager, you'll find this info in your Adjustment Report.

You can choose not to monetize your video while it is in dispute, by turning off monetization from the Videos page of YouTube Studio.

## Get more help with Content ID

- What is a Content ID claim?
- Who claimed my video?
- How Content ID works

Give feedback about this article
Choose a section to give feedback on



Was this helpful?
YesNo

Submit

## Copyright claim basics

- What is a Content ID claim?

- Copyright strike basics
- Dispute a Content ID claim
- Submit a copyright counter notification
- Monetization during Content ID disputes
- What is a manual claim?
- Requirements for counter notifications
- The difference between copyright takedowns and Content ID claims

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български

30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- [Help Center](#)

  - [Fix a problem](#)

  - [Watch videos](#)

  - [Manage your account & settings](#)

  - [Supervised experience on YouTube](#)

  - [Join & manage YouTube Premium](#)

- o [Create & grow your channel](#)

- o [Monetize with the YouTube Partner Program](#)

- o [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program

Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows

Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues

Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium

**1135**

membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube

YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers

YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

# What is the issue with this selection?


Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

# Share additional info or suggestions

Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.

YouTube Help

Sign in

Send feedback on...



This help content & information

General Help Center experience

Next

Help CenterCommunity

YouTube Operations Guide

# View your downloadable reports

## Performance reports

Videos report

The Videos report shows data on the videos in a partner's Content Manager.

- Available 3 times per week
- Data includes, but is not limited to: video status, ad enablement, number of views, asset ID, policies, etc.
- Doesn't show revenue-related performance data
- If a video is claimed by multiple assets, there will be multiple asset IDs in the Asset ID column, but only one set of asset metadata.

Assets full report

The full Assets report shows data on the assets in a partner's Content Manager.

- Available on a weekly basis
- Data includes, but is not limited to: ownership territories, asset type, constituent Asset ID, active/inactive references, match policy, etc.
- This document is useful for partners who want to:
- Check a set of assets to confirm the ownership info is correct
- Map out constituent asset IDs to synthesized asset IDs
- View all assets with a particular match policy

Asset conflicts report

The Asset conflicts report is available to partners with assets in conflict.

- Available on a daily basis
- Compared to other asset reports, the Asset conflicts report shows any ownership territories that are in conflict and the last ownership change info.

Assets (shares) report

The Assets (shares) report shows data on a partner's Sound Recording Shares and associated metadata.

- Available on a daily basis for partners with shares, such as music label and publishing partners
- Shows data on individual shares, including share metadata, and the share's parent asset

Claims report

The Claims report shows data on active, inactive, and pending claims on assets in a partner's Content Manager. It includes claims on private, unlisted, and blocked videos.

- Available on a daily basis
- Shows data on all claims belonging to an asset and the relevant policy info
- Data includes, but is not limited to: applied policy, claim type, origin, etc.

Learn more about the Claims report.

References report

The References report shows data on all references created by a partner.

- Available on a weekly basis
- Shows a mapping of reference video IDs to asset and reference IDs
- Also contains info about reference provider, exclusions, type, creation date, number of active claims, and the associated asset.
- Note: Not every reference will have a reference video ID. The reference video ID is only available if the reference is associated to a video uploaded to a channel.

Campaigns report
The Campaigns report shows data on the custom manual campaigns a partner has created, including which assets or asset labels are applied to each campaign.

- Available on a weekly basis.

- Shows relevant campaign performance data, such as how much user-generated content (UGC) was claimed and how many clicks there were on campaign cards.
- Only includes data on custom manual campaigns. It doesn't show data on default campaigns or transactional campaigns.

Learn more about the Campaigns report.

# Financial reports

## Payment summary report

The Payment Summary report includes your total revenue, broken down by revenue type (such as ads, subscription, transactional). It also includes adjustments. Total revenue is reported in both USD and your payment currency.

## Ads revenue report

The Ads Revenue report contains revenue and views related to advertising-supported videos.

For TV and Movie partners, the full description of the Ads Revenue report can be found here.

## Subscription revenue report

The Subscription Revenue report includes revenue from YouTube Music, Google Play Music, and YouTube Premium.

## Transactions revenue report

The Transactions Revenue report contains revenue from movie rentals (EST) and video rentals (VOD).

The Transactions Revenue report is available only to Movie and TV partners.

## Audio tier revenue report

The Audio Tier Revenue report contains YouTube Music revenue from users who are:

- Not YouTube Music members
- Using a radio-like experience that isn't on-demand
- On screenless devices using the Google Assistant (for instance, Google Home)

## Paid features report

The Paid Features report includes revenue from:

- Super Chat purchases (SCT)
- Memberships (SPT)
- Super Stickers (SST)
- FameBit (FMT)

## Ads adjustments revenue report

The Ad Adjustments Revenue report summarizes ads revenue adjustments. This can include revenue from monetization in dispute and revenue from asset conflict resolution.

This report is only published when adjustments are made for a given month.

## Subscriptions adjustments revenue report

The Subscriptions adjustments revenue report summarizes subscriptions revenue adjustments.

This report is only published when adjustments are made for a given month.

Microsoft Excel for Macintosh does not support UTF-8 encoding. If your metadata includes any non-Latin characters, use a different spreadsheet application such as Google Sheets.
Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

# YouTube Operations Guide

- Welcome
- Using Content ID
- Set up your Content Manager
- Find your way around Studio Content Manager
- Rights Management
- Overview of YouTube rights management

- o Create an asset
- o Best practices for assets
- o View your claims
- o Find and manage claimed videos
- o What are policies?
- o How policies are applied
- o Resolve Content ID Issues
- o Exempt channels from Content ID claims
- o Best practices for references
- o Create a campaign
- Choose an upload method
- Reporting
- o Check your YouTube Analytics data
- o View your downloadable reports

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina

23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- Help Center

  o Fix a problem

  o Watch videos

  o Manage your account & settings

- o [Supervised experience on YouTube](#)

- o [Join & manage YouTube Premium](#)

- o [Create & grow your channel](#)

- o [Monetize with the YouTube Partner Program](#)

- o [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program

Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows

Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues

Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube

YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers

YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

# What is the issue with this selection?



Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

# Share additional info or suggestions

Do not share any personal info
Cancel
Submit
By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.



YouTube Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunity

# Who claimed my video?

Want to learn more about the copyright owner who claimed material in your video through Content ID? You can find info about them in YouTube Studio.

### Where to look

1. Sign in to YouTube Studio.
2. From the left menu, select Content.
3. In the Restrictions column, if a video has a claim on it, it will be labeled Copyright claim.
- To view only videos with claims, click Filter Copyright claims.
4. Find the video you want and hover over Copyright claim SEE DETAILS.
5. Look under the Copyright owners section to find out who claimed the video.
- Under the Content found during section, you can click the timestamp to play the segment claimed by Content ID.
- If more than one copyrighted work was found in your video, there may be multiple timestamps.

### Who is the copyright owner?

The copyright owner who claimed content in your video may be a television network, movie studio, website, recording artist, record label, or other third party who owns or is authorized to manage the rights to the content.

While you might not recognize the owner, it doesn't necessarily mean their claim is invalid.

Sometimes, you'll get claims from several different copyright owners for different pieces of content you used in your video. You could also get several claims for the same piece of content from companies that own rights in different countries/regions.

If "one or more music publishing rights collecting societies" has claimed your video, you may want to learn more about collective rights management.

YouTube didn't claim your video and can't mediate your copyright dispute with the company that did. If you believe that a Content ID claim on your video was made in error, you can dispute it.

Related topics

- How Content ID works
- What is a Content ID claim?
- Dispute a Content ID claim

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

# Copyright claim basics

- What is a Content ID claim?
- Copyright strike basics
- Dispute a Content ID claim
- Submit a copyright counter notification
- Monetization during Content ID disputes
- What is a manual claim?
- Requirements for counter notifications
- The difference between copyright takedowns and Content ID claims

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- [Help Center](#)

  - [Fix a problem](#)

  - [Watch videos](#)

  - [Manage your account & settings](#)

  - [Supervised experience on YouTube](#)

  - [Join & manage YouTube Premium](#)

  - [Create & grow your channel](#)

  - [Monetize with the YouTube Partner Program](#)

  - [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program

Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows

Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues

Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube

YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers

YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

# What is the issue with this selection?



Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

## Share additional info or suggestions



Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, [account & system info](account & system info) to improve services, per our [Privacy](Privacy) & [Terms](Terms).



YouTube Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunity

# Music in this video

When you're watching a video that contains music, there may be a section in the video's description called "Music in this video." This section shows info about the music heard in the video, like song and artist names.

YouTube automatically adds this info to some videos when they're claimed by one of YouTube's copyright management tools, like Content ID.

"Music in this video" may show links to music videos or other official content so you can discover songs and artists you haven't heard before.

## FAQs

### What does "Licensed to YouTube by" mean?

The names next to "Licensed to YouTube by" are the copyright owners who have agreed with YouTube to allow identified music to be used in videos. With this license agreement, they also share the revenue those videos earn on YouTube.

For example, if there's an ad on a video with music, the copyright owners listed next to"Licensed to YouTube by" get a share of the revenue generated by that ad, in accordance with YouTube's Terms of Service.

Sometimes there can be many copyright owners sharing the revenue for a single song. You might notice music labels and publishers you recognize or some "music rights societies" and "collecting societies." These organizations collect royalties on behalf of copyright owners, who are members of the organizations. YouTube has license

agreements with these organizations and shares revenue with them for videos they claim. Learn more.

# Why is some info missing from "Music in this video?"

Info in the "Music in this video" section only appears when there's accurate, high quality data available. We're continually working with our music industry partners to add more data and improve the quality and accuracy of the info we have.

For videos that contain many songs, info about the first ten songs will appear under "Music in this video."

# What if I hear my song in a video, but don't see "Music in this video" info?

"Music in this video" may not appear for a few reasons:

- YouTube doesn't have sufficient data from the copyright owner.
- Your music hasn't been identified yet.
- The video was recently claimed and the info hasn't populated yet.

Working with a record label, music publisher, or collection society who manages copyright on your behalf? You may wish to get in touch with them to confirm what info was sent to YouTube. This info should include identifiers like ISRCs, ISWCs, UPCs, and ISNIs.

# What if my song is listed, but the data is wrong?

If you're a recording artist or songwriter and your song has been identified with incorrect or incomplete info, you can:

- Send us feedback using our feedback form to help us improve our data quality.
- Make sure you and your songs are registered with the ISNI Authority. Registering can help us confirm we have the best data to represent you and your music.

Working with a record label, music publisher, or collection society who manages copyright on your behalf? You may wish to get in touch with them to confirm what info was sent to YouTube. This info should include identifiers like ISRCs, ISWCs, UPCs, and ISNIs.

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

# Copyright and rights management

- What is copyright?
- Frequently asked copyright questions
- Creative Commons
- Fair use on YouTube
- Frequently asked questions about fair use
- Music in this video

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi

24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- Help Center

  - Fix a problem

  - Watch videos

  - Manage your account & settings

- o [Supervised experience on YouTube](#)

- o [Join & manage YouTube Premium](#)

- o [Create & grow your channel](#)

- o [Monetize with the YouTube Partner Program](#)

- o [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program

**1156**

Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows
Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues
Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues
Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube
YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers
YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

## What is the issue with this selection?


Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

## Share additional info or suggestions

Do not share any personal info

Cancel
Submit
By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.



YouTube Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunity

# About Collecting Societies

## What is a collecting society?

A collecting society is an organization that licenses and manages copyrighted works on behalf of copyright owners.

Songwriters and composers become members of collecting societies to collect royalties from use of their works. Collecting societies monitor performances and distribution of the works on radio, television, in public venues, and online.

## How do collecting societies work?

Collecting societies typically operate in a particular country/region. The society enters into various agreements with collecting societies in other countries/regions. These agreements decide how royalties that are earned in one country/region are paid to the songwriters and composers in another.

Example: A songwriter from Brazil might collect royalties when a cover band plays their song in a pub in London. The songwriter might also earn royalties when a fan shares an online video of themselves covering the song.

## How do collecting societies affect YouTube creators?

You might get a notice that one of your videos may include copyrighted content administered by "Music Publishing Rights Collecting Society" or "one or more music publishing rights collecting societies." It means YouTube's Content ID system found one or more musical compositions in your video and collecting societies may claim a portion of the rights.

Collecting society notices will appear in the Content tab in YouTube Studio, next to the uploaded video. Learn more about Content ID and how it works.

## As a YouTube creator, what actions can I take?

If you get a collecting society notice and believe your video was claimed in error, listen to your video again and ask yourself:

- Is there music in the background?
- Was someone singing or playing a cover version of a song?

If the answer is yes to either question, then these uses of a copyrighted work often require royalties be paid to the songwriter or composer.

If you're certain no copyrighted work is included in your video, intentionally or unintentionally, you can dispute the claim.

If you dispute a claim without a valid reason, the content owner may request a take down of your video. If we get a valid takedown request for your video, your account will get a copyright strike. Learn more about copyright strikes.

Give feedback about this article

Choose a section to give feedback on

Was this helpful?
YesNo



Submit

# Copyright and rights management

- What is copyright?
- Frequently asked copyright questions
- Creative Commons
- Fair use on YouTube
- Frequently asked questions about fair use
- Music in this video

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service

English?

English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- [Help Center](#)

  o [Fix a problem](#)

  o [Watch videos](#)

  o [Manage your account & settings](#)

  o [Supervised experience on YouTube](#)

  o [Join & manage YouTube Premium](#)

  o [Create & grow your channel](#)

  o [Monetize with the YouTube Partner Program](#)

  o [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program
Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows
Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues
Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues
Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube
YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers
YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

# What is the issue with this selection?


Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

## Share additional info or suggestions

Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.

Liner Notes Feedback Form

Thanks for taking the time to let us know about a potential issue with the data. We will review your feedback. Please note that the way to update this information is by reaching out to your music publishing representative.

* Required

What is the issue? *

Incorrect Data (For example: incorrect video titles, artist name, song title, album title, incorrect artist, etc.)

Missing Content (Missing Album, Track, Artist, Channel, etc.)

Other:

Required

Briefly describe the issue. Include: the artist, song, album, writer, licensor information related to the issue if possible. *

Your answer

If possible, provide the URL(s) where you encountered the problem?

Your answer

What country did you encounter this problem in?

Your answer

Submit

Never submit passwords through Google Forms.

This form was created inside of Google.com. Privacy & Terms

 Forms

1165
1360

Toggle navigation



- ABOUT
  - What is ISNI?
  - Governance
  - Our History
  - Objectives & Policies
- ISNI COMMUNITY
  - The ISNI Community
  - ISNI Registration Agencies
  - ISNI Members
  - Direct Data Contributors
  - Joining ISNI
- RESOURCES
  - How ISNI Works
  - Data Quality Procedures
  - Data Inputs & Outputs
  - Technical Documentation
  - Training
  - Linked Data
- NEWS
  - News & Archive
  - ISNI Newsletter
  - Events
- HELP
  - FAQs
  - Get an ISNI
  - Contact ISNI

- SEARCH SITE
- MAILING LIST
- GET AN ISNI
- SEARCH DATABASE

SEARCH WEBSITE:



-
-
-
-



# ABOUT ISNI

ISNI is the ISO certified global standard number for identifying the millions of contributors to creative works and those active in their distribution, including researchers, inventors, writers, artists, visual creators, performers, producers, publishers, aggregators, and more. As ISO 27729, it is part of a family of international standard identifiers that includes identifiers of works, recordings, products and right holders in all repertoires, e.g. DOI, ISAN, ISBN, ISRC, ISSN, and ISWC.

The mission of the ISNI International Agency (ISNI-IA) is to assign to the public name(s) of a researcher, inventor, writer, artist, performer, publisher, etc. a persistent unique identifying number in order to resolve the problem of name ambiguity in search and discovery; and diffuse each assigned ISNI across all repertoires in the global supply chain so that every published work can be unambiguously attributed to its creator wherever that work is described.

By achieving these goals, the ISNI will act as a bridge identifier across multiple domains and become a critical component in Linked Data and Semantic Web applications.

# KEY STATISTICS



## 14.34 million

ISNI holds public records of more than 14 million identities



## 12.76 million

ISNI holds public records of over 12.70 million individuals (of which 2.93 million are researchers)



## 1.59 million

ISNI holds public records of 1,569,265 organizations



## 73 sources

The ISNI database is a cross-domain resource with direct contributions from 73 sources

# NEWS

## ISNI Press Release, August 2021: Representation of gender identities in ISNI records and the ISNI database

The ISNI International Agency (ISNI-IA) announces it is formally reviewing the handling of gender identities associated with the ISO 27729 International...

READ MORE

## The International ISNI Information Day 2021

This year marks the tenth anniversary of the International Standard Name Identifier (ISNI) – a standard embraced by multiple professional communities over the...

READ MORE

## The British Library launches its ISNI Portal: A Brand New, Online Service for ISNI Users

**We are delighted and privileged to announce that the British Library has now launched its online, all-in-one service for the International Standard Name...**

READ MORE
GET AN ISNI  SEARCH DATABASE

ISNI International Agency (ISNI-IA) LIMITED

Registered address: c/o EDItEUR, United House, North Road, London, N7 9DP, UK
Company registration number: 07476425

Follow us

- Privacy
- Terms of Use
- FAQs

YouTube Help

Sign in

Send feedback on...



This help content & information

General Help Center experience

Next

Help CenterCommunity

# Understand ad policies for advertisers

## Policy guidelines

- Ad policy overview
- Advertising on YouTube Kids
- Mimicking YouTube site elements
- How ads work on YouTube for supervised accounts and content set as "made for kids"

## Policy guidelines continued

- Unbranded ads or brand channels
- User-generated content in ads
- Violent and shocking content in ads
- YouTube's contest policies and guidelines

## Ad formats & features

- Advertiser live streaming
- Brand Lift surveys
- Add paid product placements, sponsorships & endorsements
- Remarketing
- Send-to-phone ads
- Tell-a-friend
- About advertiser verification

## Targeting & serving

- Age targeting and ads
- Flash cookies
- Using social media and third-party apps
- SSL capability
- Third-party ad serving
- YouTube monetized markets

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский

31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback about our Help Center



Google Help

- [Help Center](#)

  - [Fix a problem](#)

  - [Watch videos](#)

  - [Manage your account & settings](#)

  - [Supervised experience on YouTube](#)

  - [Join & manage YouTube Premium](#)

- o [Create & grow your channel](#)

- o [Monetize with the YouTube Partner Program](#)

- o [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program
Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows
Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues
Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube

YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

Send feedback on...

This help content & information General Help Center experience

YouTube Help



Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunity

# Ad formats & features

- Advertiser live streaming
- Brand Lift surveys
- Add paid product placements, sponsorships & endorsements
- Remarketing
- Send-to-phone ads
- Tell-a-friend
- About advertiser verification

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių

14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback about our Help Center



Google Help

- [Help Center](#)

  - [Fix a problem](#)

- o [Watch videos](#)

- o [Manage your account & settings](#)

- o [Supervised experience on YouTube](#)

- o [Join & manage YouTube Premium](#)

- o [Create & grow your channel](#)

- o [Monetize with the YouTube Partner Program](#)

- o [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program

Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows

Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues

Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube

YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers

YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

Send feedback on...

This help content & information General Help Center experience



YouTube Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunity

# Advertiser live streaming

YouTube is excited to stream live content with some of our most valued partners, but our partners must be held accountable. Below you'll find our best practices surrounding live stream content on our site. We expect that you'll make a good faith effort to comply with these guidelines:

- The advertiser, promoter, or production company is responsible for securing and making sure they have all necessary rights to legally broadcast the live stream on YouTube. These rights include but are not limited to:
- Public performance
- Music licensing
- Other publicity rights
- There's a 30-second animation limit for live streams running in a homepage masthead. The viewer can click the ad to view the whole live stream with an expanded masthead, or click through to a brand channel or external site. The YouTube Policy Team must approve any exceptions to the 30-second rule.
- The audio in a live stream happening in a masthead needs to be user-initiated.
- Content in the live stream must adhere to our Community Guidelines.
- The promoter or producer must make a good faith effort to monitor the live stream under our Community Guidelines.

If any of the above might happen on your stream, we may need to conduct a policy review on your stream before approving it.

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

# Understand ad policies for advertisers

- Advertiser live streaming
- Brand Lift surveys
- Add paid product placements, sponsorships & endorsements
- Remarketing
- Send-to-phone ads
- Tell-a-friend
- About advertiser verification

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina

23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- [Help Center](#)

    o [Fix a problem](#)

    o [Watch videos](#)

    o [Manage your account & settings](#)

- o [Supervised experience on YouTube](#)

- o [Join & manage YouTube Premium](#)

- o [Create & grow your channel](#)

- o [Monetize with the YouTube Partner Program](#)

- o [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program
Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows
Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues
Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues
Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube
YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers
YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

# What is the issue with this selection?


Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

# Share additional info or suggestions

Do not share any personal info
Cancel
Submit
By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.



YouTube Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunity

# Brand Lift surveys

These policies play an important role in maintaining a positive experience for everyone using Brand Lift surveys. Be sure to check back from time to time as these policies may change.

All Brand Lift surveys must comply with our Ads Policies and Program Policies. You cannot use Brand Lift surveys to collect personally identifiable information.

In addition, any questions related to sensitive topics described below will not be allowed in our sole discretion:

- Demographic info
- Sexual orientation
- Age
- Race
- Disturbing, distasteful, or adult content
- Hateful or intolerant speech
- Vulgar language
- Other inappropriate content

### Restrictions that apply to sensitive categories in Brand Lift surveys

When using Brand Lift surveys, you can't collect viewer feedback on sensitive topics. For the purposes of these policies, sensitive info includes, among others:

- interest or participation in adult activities (including adult dating, pornography, and so on)
- sexual behavior or orientation
- racial or ethnic info

- political affiliation
- trade union membership or affiliation
- religion or religious belief
- financial status or situation
- health or medical info
- status as a child under 13

Also, any ads that our YouTube ads content policies already prohibit are prohibited from creating Brand Lift surveys.

## What happens if I violate these policies?

- Survey disabling: Brand Lift surveys that don't comply with these policies may be suspended. This means that these surveys can no longer be used with ad campaigns and new surveys cannot be created.
- Account suspension: If you have several violations or a serious violation, your Google Ads account may be suspended. If this happens, all ads in the suspended account will stop running, and we may no longer accept advertising from you. Any related accounts may also get permanently suspended and your new accounts may get automatically suspended at setup.

Give feedback about this article
Choose a section to give feedback on



Was this helpful?
YesNo

Submit

## Understand ad policies for advertisers

- Advertiser live streaming
- Brand Lift surveys
- Add paid product placements, sponsorships & endorsements
- Remarketing
- Send-to-phone ads
- Tell-a-friend
- About advertiser verification

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1.  català
2.  dansk
3.  Deutsch
4.  English (United Kingdom)
5.  español
6.  español (Latinoamérica)
7.  Filipino
8.  français
9.  hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어

41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- [Help Center](#)

  o [Fix a problem](#)

  o [Watch videos](#)

  o [Manage your account & settings](#)

  o [Supervised experience on YouTube](#)

  o [Join & manage YouTube Premium](#)

  o [Create & grow your channel](#)

  o [Monetize with the YouTube Partner Program](#)

  o [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program

Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows

Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues

Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube

YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers

YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

# What is the issue with this selection?



Inaccurate - doesn't match what I see in the product



Hard to understand - unclear or translation is wrong



Missing info - relevant but not comprehensive



Irrelevant - doesn't match the title and / or my expectations



Minor errors - formatting issues, typos, and / or broken links



Other suggestions - ideas to improve the content

# Share additional info or suggestions

Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.

YouTube Help

Sign in

Send feedback on...



This help content & information

General Help Center experience

Next

Help CenterCommunity

# Embedded third-party sponsorships and ads in YouTube content

YouTube creators can not include promotions, sponsorships or other advertisements for third party sponsors or advertisers in their videos where YouTube offers a comparable ad format, including but not limited to video ads (pre, mid and post rolls), image overlays and video bumpers. This is a violation of our Terms of Service and when we become aware of it, YouTube reserves the right to disable monetization and/or remove videos with such unauthorized third party promotions.

YouTube creators may include paid product placements or endorsements as part of their content only if they comply with our advertising policies and any applicable legal and regulatory obligations. Click here to learn more about our paid product placements and endorsements policy.

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어

41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- [Help Center](#)

  o [Fix a problem](#)

  o [Watch videos](#)

  o [Manage your account & settings](#)

  o [Supervised experience on YouTube](#)

  o [Join & manage YouTube Premium](#)

  o [Create & grow your channel](#)

  o [Monetize with the YouTube Partner Program](#)

  o [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program

Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows

Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues

Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube

YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers

YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

# What is the issue with this selection?


Inaccurate - doesn't match what I see in the product


Hard to understand - unclear or translation is wrong


Missing info - relevant but not comprehensive


Irrelevant - doesn't match the title and / or my expectations


Minor errors - formatting issues, typos, and / or broken links


Other suggestions - ideas to improve the content

# Share additional info or suggestions

Do not share any personal info
Cancel
Submit
By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.



YouTube Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunity

# Remarketing

Advertisers may utilize pixels for interest-based advertising (IBA) on YouTube. Any use of pixels for collection of data for remarketing lists is subject to the Google Ads Policies.

There are more restrictions around where and how remarketing can be used. Learn more about remarketing restrictions.

Give feedback about this article
Choose a section to give feedback on



Was this helpful?
YesNo

Submit

## Understand ad policies for advertisers

- Advertiser live streaming
- Brand Lift surveys
- Add paid product placements, sponsorships & endorsements
- Remarketing
- Send-to-phone ads
- Tell-a-friend
- About advertiser verification

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）

38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- Help Center

  o Fix a problem

  o Watch videos

  o Manage your account & settings

  o Supervised experience on YouTube

  o Join & manage YouTube Premium

  o Create & grow your channel

  o Monetize with the YouTube Partner Program

- o [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program

Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows

Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues

Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube

YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers

YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

## What is the issue with this selection?



Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

## Share additional info or suggestions

Do not share any personal info
Cancel
Submit
By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.

Advertising Policies Help

[                    ]

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

# Personalized advertising

Google provides translated versions of our Help Center as a convenience, though they are not meant to change the content of our policies. The English version is the official language we use to enforce our policies. To view this article in a different language, use the language dropdown at the bottom of the page.

Personalized advertising is a powerful tool that improves advertising relevance for users and increases ROI for advertisers. Because it works by employing online user data to target users with more relevant advertising content, it can provide an improved experience for users and advertisers alike.

When employing user behavior or interest data to provide more relevant ad content it's important to handle that information appropriately. We recognize that certain interests are sensitive and that targeting based on them could negatively impact user experience.

With this in mind and based on the sensitivities associated with user ad targeting, we've identified policy standards for all personalized advertising targeting features. These standards do not replace our other advertising policies (for example, for Google Ads or Shopping) and advertisers are still responsible for complying with all applicable advertising policies, in addition to Personalized advertising policies. Advertisers are also required to comply with our policies for European Union user consent, where applicable.

Google's privacy policy applies to all Google features and dictates how Google collects, uses, and protects user data. Learn about what happens if you violate our policies.

Personalized advertising policies

Personalized advertising content policy principles
Restrictions based on personalized advertising
targeting feature

Personalized advertising data collection and
use policies

Policy principles: Sensitive interest categories

Legal restrictions
Personal hardships
Identity and belief
Sexual interests
Access to opportunities

## Personalized advertising content policy principles

Sensitive interest categories are restricted in personalized ads. We define sensitive interest categories in terms of the following content policy principles:

Legal restrictions: Ads must comply with the law.

Personal hardships: Ads shouldn't target users in ways that exploit their difficulties or struggles.

Identity and belief: Ads shouldn't target users based on categories prone to systemic discrimination or unfair stigmas.

Sexual interests: Ads shouldn't target users based on inherently private sexual interests or experiences.

Access to opportunities: Ads shouldn't limit access to opportunities by leveraging unfair societal biases when targeting users with specific content categories.

### Restrictions based on personalized advertising targeting feature

Personalized ads policies apply differently depending on the targeting feature used. For all targeting features, there are two components:

- targeting users, which refers to the groups of users you've chosen to see your ads and includes all aspects of creating or selecting those groups.
- promoting products and services, which refers to the specific content in your ad or on your landing page.

Depending on whether the targeting feature is an advertiser-curated audience or a predefined Google audience, personalized ads sensitive

interest categories may or may not apply to promoting products and services.

- For all personalized ads targeting features, we don't allow targeting users based on sensitive interest categories.
- For advertiser-curated audiences, where advertisers can customize, curate, or upload their own audiences, advertisers are also not allowed to promote products and services from sensitive interest categories.
- For pre-defined Google audiences, where Google manages the development and curation of policy-compliant audiences based on information across Google properties, advertisers are allowed to promote products and services from sensitive interest categories.

## Effect of the policy

Advertisers promoting products and services that fall within sensitive interest categories are unable to use advertiser-curated audiences. This helps ensure that sensitive interest categories aren't inadvertently used for targeting audiences. Because predefined Google audiences are expressly configured without sensitive user signals, all advertisers are allowed to use them, even if they promote sensitive interest categories.

See the following non-exhaustive list of targeting features and how personalized ads policies apply.

| Advertiser-curated audiences | Predefined Google audiences |
|---|---|
| If you're an advertiser that promotes products and services in sensitive interest categories you'll be unable to use the following targeting features. | All advertisers are able to use the following targeting features, including advertisers that promote products and services in sensitive interest categories. |
| Customer Match | In-market |
| Remarketing | Affinity |
| Similar Audiences | Demographics |
| Custom Audiences | Detailed Demographics |
| Gmail Ads: See additional Gmail ad-specific policies. | Life Events |
| | Location Targeting |

# Sensitive interest categories

## Legal restrictions

Ads must comply with all applicable laws and regulations for all of the locations where your ads are showing.

We don't allow targeting users based on legally restricted content, as defined in the following sensitive interest categories. Depending on the targeting feature used, you also may not be allowed to promote products and services in the following sensitive interest categories.

You are responsible for ensuring your ads comply with policy where required. See below for specific examples of what we don't allow.

Troubleshooter: How to comply with policy

1. Read the policy below to learn what we don't allow. Ensure that your ads, site, or app comply with Personalized advertising policies. Note that even if ads are not targeted using sensitive categories, some types of ad content are still prohibited.
2. Remove that content from your site or app. If your site or app has content that we don't allow, remove all content that doesn't comply with this policy. You'll then need to request a review <u>before</u> moving on to the next step of checking your audience lists.
3. Remove that content from your ad.
   If your ad violates this policy, edit it to make it comply.
   - On your Ads page, hover over the ad you want to edit.
   - Click the pencil icon next to your ad to edit it.
   - Click Save when you're done.
4. Once you edit and save your ad, it's sent for review. Most ads are reviewed within 1 business day, though some can take longer if they need a more complex review. If you've removed the unacceptable content from your ad and its destination, you can request a review of your ad.
5. Disassociate or remove ad groups targeting audience or remarketing lists. After we review the site or app, the associated lists will be enabled. Ensure that the ads using these lists comply with Personalized advertising policies. If the ads do not comply with Personalized advertising policies, please remove the ad groups or targeting that uses the audience or remarketing lists.

If you aren't able to fix these violations, or you choose not to, please remove your ad to help prevent your account from becoming suspended in the future for having too many disapproved ads.

## Users under 13 in personalized advertising

Collecting personal information from children under 13 or the applicable age in their country, or targeting interest content to children under the age of 13 the applicable age in their country.

## Restricted drug terms in personalized advertising

Prescription medications and information about prescription medications, unless the medication and any listed ingredients are only intended for animal use and are not prone to human abuse or other misuse. Learn more

## Clinical trial recruitment in personalized advertising

Promotion of clinical trial recruitment

## Alcohol in personalized advertising

Alcoholic beverages and drinks that resemble alcoholic beverages

## Gambling in personalized advertising

Gambling, including online and offline gambling; online gambling-related information; online non-casino games played for money or prizes; and online casino-based games, regardless of whether money is exchanged

## Location-based gambling in personalized advertising

Physical casinos that explicitly promote gambling

# Personal hardships

We understand that users don't want to see ads that exploit their personal struggles, difficulties, and hardships, so we don't allow personalized advertising based on these hardships. Such personal hardships include health conditions, treatments, procedures, personal failings, struggles, or traumatic personal experiences. You also can't impose negativity on the user.

We don't allow targeting users based on personal hardships, as defined in the following sensitive interest categories. Depending on the targeting feature used, you also may not be allowed to promote products and services in the following sensitive interest categories.

You are responsible for ensuring your ads comply with policy where required. See below for specific examples of what we don't allow.

Troubleshooter: How to comply with policy

1. Read the policy below to learn what we don't allow. Ensure that your ads, site, or app comply with Personalized advertising policies. Note that even if ads are not targeted using sensitive categories, some types of ad content are still prohibited.
2. Remove that content from your site or app. If your site or app has content that we don't allow, remove all content that doesn't comply with this policy. You'll then need to request a review <u>before</u> moving on to the next step of checking your audience lists.
3. Remove that content from your ad.

   If your ad violates this policy, edit it to make it comply.

   - On your Ads page, hover over the ad you want to edit.
   - Click the pencil icon next to your ad to edit it.
   - Click Save when you're done.

   Once you edit and save your ad, it's sent for review. Most ads are reviewed within 1 business day, though some can take longer if they need a more complex review. If you've removed the unacceptable content from your ad and its destination, you can request a review of your ad.

4. Disassociate or remove ad groups targeting audience or remarketing lists. After we review the site or app, the associated lists will be enabled. Ensure

that the ads using these lists comply with Personalized advertising policies. If the ads do not comply with Personalized advertising policies, please remove the ad groups or targeting that uses the audience or remarketing lists.

If you aren't able to fix these violations, or you choose not to, please remove your ad to help prevent your account from becoming suspended in the future for having too many disapproved ads.

## Health in personalized advertising

Personal health content, which includes:

- Physical or mental health conditions, including diseases, sexual health, and chronic health conditions, which are health conditions that require long-term care or management.
- Products, services, or procedures to treat or manage chronic health conditions, which includes over-the-counter medications and medical devices.
- Any health issues associated with intimate body parts or functions, which includes genital, bowel, or urinary health.
- Invasive medical procedures, which includes cosmetic surgery.
- Disabilities, even when content is oriented toward the user's primary caretaker.
- Examples: Treatments for chronic health conditions like diabetes or arthritis, treatments for sexually transmitted diseases, counseling services for mental health issues like depression or anxiety, medical devices for sleep apnea like CPAP machines, over-the-counter medications for yeast infections, information about how to support your autistic child

## Negative financial status in personalized advertising

Personal financial distress, difficulties, or deprivation

- Examples: bankruptcy services, welfare services, homeless shelters, unemployment resources, predatory lending products and services

Relationship hardships in personalized advertising

Personal hardships with family, friends, or other interpersonal relationships

- Examples: divorce services, books about coping with divorce, bereavement products or services, family counseling services

Commission of a crime in personalized advertising

Personal criminal record, crimes committed, criminal allegations, or criminal charges

- Examples: bail bonds services, criminal defense lawyers

Abuse and trauma in personalized advertising

Personal status as a victim of abuse, crime, or other traumatic event

- Examples: domestic abuse shelters, victim advocate services

Imposing negativity in personalized advertising

Imposing negativity on the user or using a negative perspective or bias to promote any content category

- Examples: body shaming, negativity related to physical attributes or social interactions, suggesting negative outcomes for users if they don't take specific actions

# Identity and belief

We consider identity and belief systems to be deeply personal and complex. They're highly dependent on diversity of cultural norms, geography, history, and personal life experiences. We also understand that how one identifies or what one believes can be used to segment users based on judgments or stigmas.

We want ads to provide a positive experience and to be informed by users' interests rather than by who they're perceived to be as a person, so we don't allow personalized advertising based on a user's fundamental or intrinsic self-identity or their belief systems. Such identities and beliefs can include inherently private classifications of one's self; classifications susceptible to stigmas, discrimination, or harassment; membership within groups that are susceptible to stigmas, discrimination, or prejudices; and personally held belief systems.

We don't allow targeting users based on identity and belief, as outlined in the following sensitive interest categories. Depending on the targeting feature used, you also may not be allowed to promote products and services in the following sensitive interest categories.

You are responsible for ensuring your ads comply with policy where required. See below for specific examples of what we don't allow.

Troubleshooter: How to comply with policy

1. Read the policy below to learn what we don't allow. Ensure that your ads, site, or app comply with Personalized advertising policies. Note that even if ads are not targeted using sensitive categories, some types of ad content are still prohibited.
2. Remove that content from your site or app. If your site or app has content that we don't allow, remove all content that doesn't comply with this policy. You'll then need to request a review <u>before</u> moving on to the next step of checking your audience lists.
3. Remove that content from your ad.
   If your ad violates this policy, edit it to make it comply.
   - On your Ads page, hover over the ad you want to edit.
   - Click the pencil icon next to your ad to edit it.
   - Click Save when you're done.
4. Once you edit and save your ad, it's sent for review. Most ads are reviewed within 1 business day, though some can take longer if they need a more complex review. If you've removed the unacceptable content from your ad and its destination, you can request a review of your ad.
5. Disassociate or remove ad groups targeting audience or remarketing lists. After we review the site or app, the associated lists will be enabled. Ensure that the ads using these lists comply with Personalized advertising policies. If the ads do not comply with Personalized advertising policies,

please remove the ad groups or targeting that uses the audience or remarketing lists.

If you aren't able to fix these violations, or you choose not to, please remove your ad to help prevent your account from becoming suspended in the future for having too many disapproved ads.

### Sexual orientation in personalized advertising

Sexual orientation, including lesbian, gay, bisexual, questioning, or heterosexual orientation

- Examples: information about revealing your homosexuality, gay dating, gay travel, information about bisexuality

### Political affiliation in personalized advertising

This Personalized advertising policy does not apply to Gmail ads, but it applies to all other targeting features. See the policy below for political content in Gmail ads.

Political affiliation

- Examples: political ideologies, political opinions, political parties, political organizations, political campaigns, engagement in political discourse

### Political content in personalized advertising

This Personalized advertising policy applies only to Gmail ads, but it applies to all other targeting features.

Political affiliation

- Examples: Examples: political ideologies, political opinions, political parties, political organizations, political campaigns, engagement in political discourse

### Trade union membership in personalized advertising

Trade unions and ads that imply knowledge of a user's trade union membership

- Examples: trade union sites, information oriented toward members of trade unions, trade union blogs, and trade union support for work disputes

## Race and ethnicity in personalized advertising

Personal race or ethnicity

- Examples: racially or ethnically oriented publications, racially or ethnically oriented universities, racial or ethnic dating

## Religious belief in personalized advertising

Personal religious beliefs

- Examples: places of worship, religious guidance, religious education or universities, religious products

## Marginalized groups in personalized advertising

Membership in a marginalized or vulnerable social group, such as social castes, immigrants or refugees

- Examples: products oriented toward users based on social caste, services for immigrants, legal services for refugees

## Transgender identification in personalized advertising

Personal identification with a gender different from the gender assigned at birth, or a gender which does not conform to singular male or female identification

- Examples: information about gender
  transitioning, transgender discrimination
  lawyers

---

## Sexual interests

We understand that sexual interests are inherently private and, depending on cultural norms, not often candidly discussed. We believe in maintaining the privacy of a user's sexual interests, so we don't allow personalized advertising that targets users based on their personal sexual interests, experiences, activities, or preferences. Such interests include sexual behaviors, activities, or products used when having sex. Additionally, we don't allow categories that are sexually suggestive or intended to sexually arouse.

We don't allow targeting users based on sexual interests, as outlined in the following sensitive interest categories. Depending on the targeting feature used, you also may not be allowed to promote products and services in the following sensitive interest categories.

You are responsible for ensuring your ads comply with policy where required. See below for specific examples of what we don't allow.

Troubleshooter: How to comply with policy

1. Read the policy below to learn what we don't allow. Ensure that your ads, site, or app comply with Personalized advertising policies. Note that even if ads are not targeted using sensitive categories, some types of ad content are still prohibited.
2. Remove that content from your site or app. If your site or app has content that we don't allow, remove all content that doesn't comply with this policy. You'll then need to request a review before moving on to the next step of checking your audience lists.
3. Remove that content from your ad.
   If your ad violates this policy, edit it to make it comply.
- On your Ads page, hover over the ad you want to edit.
- Click the pencil icon next to your ad to edit it.
- Click Save when you're done.
4. Once you edit and save your ad, it's sent for review. Most ads are reviewed within 1 business day, though some can take longer if they need a more complex review. If you've removed the unacceptable content from your ad and its destination, you can request a review of your ad.

5. Disassociate or remove ad groups targeting audience or remarketing lists. After we review the site or app, the associated lists will be enabled. Ensure that the ads using these lists comply with Personalized advertising policies. If the ads do not comply with Personalized advertising policies, please remove the ad groups or targeting that uses the audience or remarketing lists.

If you aren't able to fix these violations, or you choose not to, please remove your ad to help prevent your account from becoming suspended in the future for having too many disapproved ads.

**Birth control in personalized advertising**

Devices intended to prevent pregnancy or sexually transmitted diseases

- Examples: condoms, oral contraceptive pill, contraceptive sponge

**Sexual content**

All sexual content as defined in the Google Ads Sexual content policy.

If the Sexual content policy and the Personalized advertising sexual interests policy differ on how each treats a category, the Personalized advertising sexual interests policy takes precedence over the Sexual content policy with respect to how the category can be used for targeting and personalized ads.

## Access to opportunities

We believe access to social and economic opportunities is fundamental for individual well-being, social status and quality of life. We also recognize that historic discrimination and societal biases have resulted in some segments of society having unequal access to these opportunities.

Therefore, in an effort to improve inclusivity for users disproportionately affected by society's biases, we don't allow some categories of products or services to be targeted to specific audiences. This is in addition to existing ads policies that prohibit

discrimination and personalized ads policies that prohibit use of Identity and Belief categories. See below for specific examples of what we don't allow.

Countries: United States, Canada

In the United States and Canada, the following sensitive interest categories cannot be targeted to audiences based on gender, age, parental status, marital status, or ZIP code.

### Housing in personalized ads

Homes for sale or rental, where a home is defined as a place a person would reside. This includes products or services enabling the sale or rental of homes.

- Examples: housing listing sites, individual houses for sale or rental, real estate services

### Employment in personalized ads

Employment opportunities or hiring a person for a job.*

- Examples: ads for jobs, job recruitment sites, job listing sites

*A subset of predetermined U.S. government advertisers promoting employment in personalized ads are permitted to target restricted audiences under specific conditions. If the targeting is based on a bona fide occupational qualification for a government job, which is defined under U.S. law as a qualification that is reasonably necessary for normal function of the job, these identified U.S. government advertisers may target restricted audiences.

### Credit in personalized ads

Offers of credit or products or services related to credit lending.

- Examples: credit cards, loans including home loans, car loans, appliance loans, short-term loans

# Personalized advertising data collection and use policies

These policies define requirements for data collection and use in personalized ads. They apply in addition to the Google ads policies for data collection and use.

You aren't allowed to do the following:

Run ads that collect or contain personally identifiable information (PII), unless using an ad format provided by Google and designed for that purpose

- Examples: Collecting email addresses, telephone numbers, or credit card numbers within the ad itself

Use or associate PII with remarketing lists, cookies, data feeds, or other anonymous identifiers

Share PII with Google through remarketing tags or any product data feeds that might be associated with ads

Send Google precise location information without first obtaining users' consent

Use a remarketing list that targets an overly narrow or specific audience. This includes the case where combining a remarketing list with other targeting criteria (such as geographic limitations or other user segmentation) results in an ad targeted to a relatively small number of users. Learn more about remarketing list size requirements.

## For Remarketing

- You can choose to disable the collection of remarketing data for users who do not wish to view personalized ads by using the parameter: allow_ad_personalization_signals. Learn how to modify the global site tag in order to disable the collection of remarketing data for specific users.
- When using remarketing, re-engagement, or similar audiences features, you're required to include specific information in your privacy policy.
- Google may include in-ad notice labels to disclose personalized advertising to our users, and we may display to users which remarketing lists they're on, along with the corresponding domain name. You must not modify or obscure these notices. If you want to implement your own in-ad

notice, it must only be done in compliance with relevant industry standards.

- Google won't allow another advertiser to use your remarketing lists or similar audiences lists without your consent.

Troubleshooter: Personalized advertising policies for data collection and use

1. Read the policy below to learn what we don't allow. Ensure that your ads, site, or app comply with Personalized advertising policies. Note that even if ads are not targeted using sensitive categories, some types of ad content are still prohibited.
2. Remove that content from your site or app. If your site or app has content that we don't allow, remove all content that doesn't comply with this policy. You'll then need to request a review <u>before</u> moving on to the next step of checking your audience lists.
3. Remove that content from your ad.

   If your ad violates this policy, edit it to make it comply.

   - On your Ads page, hover over the ad you want to edit.
   - Click the pencil icon next to your ad to edit it.
   - Click Save when you're done.

   Once you edit and save your ad, it's sent for review. Most ads are reviewed within 1 business day, though some can take longer if they need a more complex review. If you've removed the unacceptable content from your ad and its destination, you can request a review of your ad.

4. Disassociate or remove ad groups targeting audience or remarketing lists. After we review the site or app, the associated lists will be enabled. Ensure that the ads using these lists comply with Personalized advertising policies. If the ads do not comply with Personalized advertising policies, please remove the ad groups or targeting that uses the audience or remarketing lists.

   If you aren't able to fix these violations, or you choose not to, please remove your ad to help prevent your account from becoming suspended in the future for having too many disapproved ads.

# Need help?

If you have questions about our policies, let us know: Contact Google Ads Support
Give feedback about this article

Choose a section to give feedback on

Was this helpful?
YesNo



Submit

# Advertising policies

- Ad format requirements
- Ad targeting
- Abusing the ad network
- Ads & made for kids content
- Alcohol
- Copyrights
- Counterfeit goods
- Dangerous products or services
- Data collection and use
- Destination requirements
- Editorial
- Enabling dishonest behavior
- Financial products and services
- Gambling and games
- Healthcare and medicines
- Inappropriate content
- Lead form requirements
- Legal requirements
- Misrepresentation
- Other restricted businesses
- Personalized advertising
- Political content
- Restricted ad formats and features
- Sexual content
- Technical requirements
- Trademarks

- ©2021 Google
- Privacy Policy
- Terms of Service

| English? ▼ |

English

1. català
2. dansk
3. Deutsch
4. eesti
5. English (Australia)
6. English (United Kingdom)
7. español
8. español (Latinoamérica)
9. Filipino
10. français
11. hrvatski
12. Indonesia
13. italiano
14. latviešu
15. lietuvių
16. magyar
17. Melayu
18. Nederlands
19. norsk
20. polski
21. português
22. português (Brasil)
23. română
24. slovenčina
25. slovenščina
26. suomi
27. svenska
28. Tiếng Việt
29. Türkçe
30. čeština
31. Ελληνικά
32. български
33. русский
34. српски
35. українська
36. עברית
37. العربية
38. हिन्दी
39. ไทย
40. 中文（简体）
41. 中文（繁體）
42. 日本語
43. 한국어
44. English

Send feedback on...

This help content & information General Help Center experience



Google Help

- [Help Center](#)

  - [List of ad policies](#)

  - [Review process](#)

  - [Verification](#)

  - [Change log](#)

- [Advertising Policies](#)

- [Privacy Policy](#)

- [Terms of Service](#)

- [Submit feedback](#)

Advertising policiesThird-party policiesRelated policies & terms
Approval processDisapprovals and suspensions
Verification programs
Upcoming and recent changesPast changes

## What is the issue with this selection?



Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

## Share additional info or suggestions

Do not share any personal info
Cancel
Submit
By continuing, you agree Google uses your answers, account & system info to improve
services, per our Privacy & Terms.



Google Merchant Center Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterAnnouncements

# Shopping ads policies

## Welcome to the Shopping ads Policy Center

Here you'll find the requirements for advertising on the Google Network.



# Overview of our shopping ads policies

Our policies cover four broad areas:

- **Prohibited content**: Content you're not allowed to promote on the Google Network

- **Prohibited practices**: Things you can't do if you want to advertise with us

- **Restricted content**: Content you can advertise, but with limitations

- **Editorial and technical**: Quality standards for your ads and website

Click through the policies below for policy definitions, examples, and troubleshooting steps.

---

## Prohibited content

### Counterfeit goods

Google prohibits the sale or promotion for sale of counterfeit products. Counterfeit goods contain a trademark or logo that is identical to or substantially indistinguishable from the trademark or logo of another. They mimic the brand features of the product in an attempt to pass themselves off as a genuine product of the brand owner.

This policy applies to the content of your Shopping ads and your website.

### Dangerous products

Google wants to help keep people safe both online and offline, so we don't allow the promotion of some products that cause damage, harm, or injury.

*Examples of dangerous content:* Recreational drugs (chemical or herbal); psychoactive substances; equipment to facilitate drug use; weapons, ammunition, explosive materials and fireworks; instructions for making explosives or other harmful products; tobacco products.

## Products that enable dishonest behavior

Google values honesty and fairness, so we don't allow the promotion of products that are designed to enable dishonest behavior.

*Examples of products that enable dishonest behavior:* Hacking software or instructions; fake documents; academic cheating products.

## Inappropriate content

Google values diversity and respect for others, and we strive to avoid offending users, so we don't allow ads or destinations that display shocking content or promote hatred, intolerance, discrimination, or violence.

*Examples of inappropriate or offensive content:* Bullying or intimidation of an individual or group; racial discrimination; hate group paraphernalia; graphic crime scene or accident images; cruelty to animals; murder; self-harm; extortion or blackmail; sale or trade of endangered species.

## Unsupported Shopping ads content

Google aims to enable businesses to promote a wide variety of products, but some Google products and platforms may not be optimized to appropriately support all content types.

For this reason, Shopping ads don't allow the promotion of certain content where we don't offer an optimal user experience.

Note that because these limitations are specific to Shopping ads, they do not impact policies on other Google products or platforms, where functionality differs or additional support mechanisms are in place.

# Prohibited practices

## Abuse of the ad network

Google wants Shopping ads to be useful, varied, relevant and safe for users, and so we've made some decisions about how we serve content on our network. As a result we don't allow any of the following:

- malicious content
- sites that offer little unique value to users and are focused primarily on traffic generation
- retailers who attempt to gain an unfair advantage in Shopping campaigns
- retailers who attempt to bypass our review processes

## Irresponsible data collection & use

Google wants users to trust that information about them will be respected and handled with appropriate care. As such, our advertising partners should not misuse this information, nor collect it for unclear purposes or without appropriate security measures.

*Examples of user information that must be handled with care:* full name; email address; mailing address; phone number; national identity, pension, social security, tax ID, health care, or driver's license number; birth date or mother's maiden name in addition to any of the above information; financial status; political affiliation; sexual orientation; race or ethnicity; religion.

*Examples of irresponsible data collection and use*: Obtaining the following data over non-secure SSL (https://) server connections:

- Username or email in combination with passwords
- Credit and debit card numbers
- Bank and investment account numbers
- Checking account numbers
- Wire transfer numbers
- National identity, pension, social security, tax ID, health care, or driver's license number

## Misrepresentation

Google doesn't want users to feel misled by the content promoted in Shopping ads, and that means being upfront, honest, and providing them with the information that they need to make informed decisions. For this reason we don't allow the following:

- Promotions that prompt users to initiate a purchase, download, or other commitment without first providing all relevant information and obtaining the user's explicit consent

- Promotions that represent you or your products in a way that is not accurate, realistic, and truthful

## Restricted content

The policies below cover content that is sometimes legally or culturally sensitive. Online promotion can be a powerful way to reach customers, but in sensitive areas, we also work hard to avoid showing these ads when and where they might be inappropriate.

For that reason, we allow promotion of the content below, but on a limited basis. These promotions may not show to every user in every location, and merchants may need to meet additional requirements before their ads are eligible to run. Note that not all products, features, or networks are able to support this restricted content.

### Adult-oriented content

Google restricts promotion of the following types of adult-oriented content:

- adult merchandise
- sexually suggestive content
- images containing exposed skin and nudity

When promoting adult content you may not do any of the following:

- violate applicable laws or regulations for any location that you target
- target minors
- promote sexually explicit content
- promote content with underage or non-consensual sexual themes, including child sexual abuse content
- promote services that may be interpreted as providing sexual acts in exchange for compensation

*Examples of restricted adult content:* sex toys; adult magazines; sexual enhancement products; sexually suggestive lingerie promotions.

### Alcoholic beverages

Google restricts the promotion of alcoholic beverages and drinks that resemble alcoholic beverages.

When promoting alcoholic beverages, you may not do any of the following:

- violate applicable laws and industry standards for any location that you target
- target individuals below the legal drinking age
- imply that drinking alcohol can improve social, sexual, professional, intellectual, or athletic standing
- imply that drinking alcohol provides health or therapeutic benefits
- portray excessive drinking in a positive light or feature binge or competition drinking
- show alcohol being consumed in conjunction with the operation of a vehicle of any kind, the operation of machinery, or the performance of any task requiring alertness or dexterity

*Examples of restricted alcoholic beverages:* beer; wine; sake; spirits or hard alcohol; Champagne; fortified wine; non-alcoholic beer; non-alcoholic wine; and non-alcoholic distilled spirits.

### Copyrighted content

Google restricts the promotion of copyrighted content. If you would like to promote copyrighted content and believe you are legally authorized to do so, you can contact us. To learn more about how we handle copyright-related issues or to submit a copyright-related complaint, use this form.

### Gambling-related content

Google restricts the promotion of gambling-related content.

*Examples of restricted gambling-related content:* national or private lotteries; sites offering bonus codes or promotional offers for gambling sites

### Healthcare-related content

Google restricts the promotion of healthcare-related content such as the following:

- over-the-counter medication
- prescription drugs
- unapproved pharmaceuticals and supplements
- pregnancy and fertility-related products
- sexual enhancement treatments

The restrictions that apply to this content may vary depending on the product you're promoting and the countries that you're targeting. Some

content, such as unapproved pharmaceutical supplements, may not be promoted anywhere.

Depending on the content you're promoting and the countries where your ads appear, you may need to apply for preauthorization with Google before advertising healthcare-related content.

## Political content

When promoting political content, you need to comply with the following requirements:

- applicable laws and industry standards for any location that you target
- any applicable election "silence periods"

*Examples of political content:* promotion of political parties/candidates, political issue advocacy.

## Trademarks

Shopping ads don't restrict use of trademarks by merchants in the title or description of an ad when it's for a trademarked product or a product compatible with the trademarked product. Merchants need to reference trademarks to be able communicate to users what they're offering, and users need that information as it's relevant to their searches. We'll review claims by trademark owners that use of their trademark is likely to cause consumer confusion about the origin of a product. To submit a trademark-related complaint if you're an owner of the trademark, use this form.

# Editorial & technical requirements

We want to deliver ads that are engaging for users without being annoying or difficult to interact with, so we've developed editorial requirements to help keep your ads appealing to users. We've also specified technical requirements to help users and advertisers get the most out of the variety of ad formats we offer.

## Editorial & professional requirements

In order to provide a quality user experience, Google requires that all Shopping ads meet high professional and editorial standards. We only allow promotions that are clear and professional in appearance. These ads should lead users to products and landing pages that are relevant, useful, and easy to interact with.

*Examples of promotions that don't meet these editorial and professional requirements:*

- a display URL that does not accurately reflect the URL of the landing page, such as "google.com" taking users to "gmail.com"
- gimmicky use of words, numbers, letters, punctuation, or symbols such as FREE, f-r-e-e, and F₹€€!!
- sites that are under construction, parked domains, or are just not working
- sites that have disabled the browser's back button
- sites that are not viewable in commonly used browsers

## About our policies

Shopping ads enable businesses of all sizes, from around the world, to promote a wide variety of products and websites on Google and across our network. We want to help you reach existing and potential customers and audiences. However, to help create a safe and positive experience for users, we listen to their feedback and concerns about the types of ads they see. We also regularly review changes in online trends and practices, industry norms, and regulations. And finally, in crafting our policies, we also think about our values and culture as a company, as well as operational, technical, and business considerations. As a result, we have created a set of policies that apply to all promotions on the Google Network.

Google requires that advertisers comply with all applicable laws and regulations and the Google policies described above. It's important that you familiarize yourself with and keep up to date on these requirements for the places where your business operates, as well as any other places your ads are showing. When we find content that violates these requirements, we may block it from appearing, and in cases of repeated or egregious violations, we may stop you from advertising with us.

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

# Need more help?

Sign in for additional support options to quickly solve your issue

## Shopping policies and requirements

- Shopping ads policies
- Buy on Google policies
- Promotions policies
- Local inventory ads policies
- Policies for listing your products for free on Google
- Personalized advertising

- ©2021 Google
- Privacy Policy
- Terms of Service



English

1. dansk
2. Deutsch
3. English (United Kingdom)
4. español
5. español (Latinoamérica)
6. français
7. Indonesia
8. italiano
9. magyar
10. Nederlands
11. norsk
12. polski
13. português (Brasil)
14. română
15. slovenčina
16. suomi
17. svenska
18. Tiếng Việt
19. Türkçe

20. čeština
21. Ελληνικά
22. русский
23. українська
24. עברית
25. العربية
26. हिन्दी
27. ไทย
28. 中文（简体）
29. 中文（繁體）
30. 日本語
31. 한국어
32. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- [Help Center](#)

  - [About](#)

  - [Set up](#)

  - [Troubleshoot](#)

  - [Best practices](#)

- ○ [Product data spec](#)

- ○ [More programs](#)

- [Google Merchant Center](#)

- [Privacy Policy](#)

- [Terms of Service](#)

- [Submit feedback](#)

Buy on GoogleLocal ads & free local listingsFree product listingsGoogle Customer ReviewsPromotionsDynamic remarketingSeller ratingsProduct Ratings

# What is the issue with this selection?

Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

# Share additional info or suggestions



Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.

[Visit the Google Account](#)



Protecting your privacy
starts with the world's
most advanced security.
[Learn more](#)

**Safe Browsing protects
4 billion devices,
including yours.**

**Google Play Protect
scans 100 billion apps,
every day.**

**Gmail blocks over 100
million phishing attempts,
every day.**

- **Safe Browsing protects
  4 billion devices,
  including yours.**
- **Google Play Protect
  scans 100 billion apps,
  every day.**
- **Gmail blocks over 100
  million phishing attempts,
  every day.**

- 1
- 2
- 3

We build privacy tools
that put you in control.



Easy-to-use privacy and security settings, all in one place.

[Go to your Google Account](#)



Turn it on. Turn it off. You control what data gets saved to your account.

[Go to Activity Controls](#)

If you can search it, browse it, or watch it, you can delete it from your account.

[Go to My Activity](#)

- 0
- 1
- 2

Need a little help?
Take a checkup.

## Security Checkup

## Strengthen your security

Get personalized recommendations to increase the security of your Google Account.

[Complete checkup](#)

## Privacy Checkup

## Control your privacy

We'll walk you through key privacy settings step-by-step, so you can choose what's right for you.

[Complete checkup](#)
Recent news

- 

  **Why we're committing $10 billion to advance cybersecurity**

  Aug 25, 2021

- 

  **Giving kids and teens a safer experience online**

  Aug 10, 2021

- 

  **Nest's commitments to privacy and security**

  Jun 29, 2021

- 

  **Safer learning with Google for Education**

  Jun 29, 2021

-

**6 new features on Android this summer**

Jun 15, 2021

**Our commitments for the Privacy Sandbox**

Jun 10, 2021

**Facebook talked privacy, Google actually built it**

May 7, 2019

Explore how Google helps keep everyone safe online.

In our products
Learn how your safety is protected in all of Google's products.

Security and privacy
Learn how Google protects your private information and puts you in control.

Family safety
Learn how Google helps you manage what's right for your family online.

Leadership
Explore how Google innovates new safety technologies and collaborates with the industry.

- In our products

  Learn how your safety is protected in all of Google's products.


- Security and privacy

  Learn how Google protects your private information and puts you in control.


- Family safety

  Learn how Google helps you manage what's right for your family online.


- Leadership

  Explore how Google innovates new safety technologies and collaborates with the industry.


- 0
- 1
- 2
- 3

- About Google
- Google products
- Privacy Policy
- Terms
- Partners
- Security news

- [Families](#)
- [Principles](#)

- [Help](#)
- [Español](#)



Advertising Policies Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

# What happens if you violate our policies

Google provides translated versions of our Help Center as a convenience, though they are not meant to change the content of our policies. The English version is the official language we use to enforce our policies. To view this article in a different language, use the language dropdown at the bottom of the page.

To ensure a safe and positive experience for users, Google requires that advertisers comply with all applicable laws and regulations in addition to the Google Ads policies. Ads, extensions, destinations, and other content that violate these policies can be blocked on the Google Ads platform and associated networks. Below is a list of various ways we enforce policies and laws.

## Ad or extension disapproval

Ads and extensions that don't follow Google Ads policies will be disapproved. A disapproved ad won't be able to run until the policy violation is fixed and the ad is approved. In Google Ads, this will be noted in the Status column. Learn how to fix a disapproved ad

## Account suspension

Accounts may be suspended if we find violations of our policies or the Terms and Conditions.

If we detect an egregious violation your account will be suspended immediately and without prior warning. An egregious violation of the Google Ads policies is a violation so serious that it is unlawful or poses significant harm to our users or our digital advertising ecosystem. Egregious violations often reflect that the advertiser's overall business does not adhere to Google Ads policies or that one violation is so severe that

we cannot risk future exposure to our users. Given that egregious violations will result in immediate account suspension, upon detection and without prior warning, we limit these to cases when such action is the only effective method to adequately prevent illegal activity and/or significant user harm.

For other violations that lead to account suspension, we will send you a warning to outline the nature of the policy violation and any remedial action that can be taken, in order to comply. This notification will be sent at least 7 days prior to suspension action.

If we suspend your account, all ads in the suspended account will stop running, and we will no longer accept advertising from you. Any related accounts (for example, accounts using the same payment method) will also be suspended, and any new accounts you create will be automatically suspended. Learn more about suspended accounts

## Remarketing list disabling

Remarketing lists that don't follow the Personalized advertising policy may be disabled, meaning that these lists can no longer be used with ad campaigns, and new users won't be added to the lists. List creation restrictions may apply to both individual web pages and entire websites or apps.

## Compliance review

We may review your business for compliance with the Customer Match policy at any time. If we contact you to request information related to compliance, you're required to respond in a timely manner and swiftly take any corrective action needed to comply with our policies. If you have a manager account, we may also contact your managed accounts to verify compliance.
Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

## Disapprovals and suspensions

- Fix ads with policy violations
- Submit a campaign for policy review
- What happens if you violate our policies

- About Google Ads policy account suspensions
- About Google Ads account pausing
- Age requirements on Google Accounts

- ©2021 Google
- Privacy Policy
- Terms of Service



English

1. català
2. dansk
3. Deutsch
4. eesti
5. English (Australia)
6. English (United Kingdom)
7. español
8. español (Latinoamérica)
9. Filipino
10. français
11. hrvatski
12. Indonesia
13. italiano
14. latviešu
15. lietuvių
16. magyar
17. Melayu
18. Nederlands
19. norsk
20. polski
21. português
22. português (Brasil)
23. română
24. slovenčina
25. slovenščina
26. suomi
27. svenska
28. Tiếng Việt
29. Türkçe
30. čeština
31. Ελληνικά
32. български
33. русский

34. српски
35. українська
36. עברית
37. العربية
38. हिन्दी
39. ไทย
40. 中文（简体）
41. 中文（繁體）
42. 日本語
43. 한국어
44. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- [Help Center](#)

  - [List of ad policies](#)

  - [Review process](#)

  - [Verification](#)

  - [Change log](#)

- [Advertising Policies](#)

- [Privacy Policy](#)

- [Terms of Service](#)

- [Submit feedback](#)

Advertising policiesThird-party policiesRelated policies & terms
Approval processDisapprovals and suspensions
Verification programs
Upcoming and recent changesPast changes

# What is the issue with this selection?



Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

# Share additional info or suggestions

Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, [account & system info](#) to improve services, per our [Privacy](#) & [Terms](#).



Advertising Policies Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

# Legal requirements

Google provides translated versions of our Help Center as a convenience, though they are not meant to change the content of our policies. The English version is the official language we use to enforce our policies. To view this article in a different language, use the language dropdown at the bottom of the page.

Display & Video 360 users must comply with this Google Ads policy. Visit the Display & Video 360 help center for additional restrictions.

We expect all advertisers to comply with the local laws for any area their ads target, in addition to the standard Google Ads policies. We generally err on the side of caution in applying this policy because we don't want to allow content of questionable legality.

Below you will find country-specific legal requirements, but note that this is not an exhaustive list. Advertisers are expected to do their own research on the local regulations for any location their ads target. Learn about what happens if you violate our policies.

## Trade sanctions violation

The following is not allowed:

> Advertisers must comply with applicable sanctions and export regulations, which includes sanctions administered by the Office of Foreign Assets Control ("OFAC"), and agree to not cause Google to violate these regulations. You cannot use Ads for or on behalf of restricted entities or individuals. You cannot use Ads for or on behalf of entities or individuals located in sanctioned countries or regions.

In addition, Ads is not available to any entities or individuals that are restricted under applicable trade sanctions and export compliance laws. It is also not available to entities or individuals owned or controlled by or acting for or on behalf of such restricted entities or individuals.

Ad campaigns that geographically target embargoed countries or territories

Ad campaigns that are run on behalf of businesses that are located in embargoed countries or regions, even if the account owner is not located in an embargoed country or region

Ad campaigns that are run by or on behalf of entities or individuals that are restricted under applicable trade sanctions and regulations

> Note: Google must comply with sanctions imposed by OFAC. Entities and individuals who are restricted cannot create or use a Google Ads account or have Google Ads used on their behalf. People who are located in or ordinarily reside in embargoed countries or territories cannot create or use a Google Ads account. Currently, there are embargoes on Crimea, Cuba, Iran, North Korea, and Syria.

Learn how to fix a suspended account.

# Audiovisual Media Services Directive

For advertisers targeting their ads in the European Union and the UK, this may mean that you need to comply with the requirements of the Audiovisual Media Services Directive (AVMSD) in the form implemented in the targeted country. We have set out Article 9 of the Directive below for reference.

This is not an exhaustive list of local legal requirements in each country, and advertisers are still responsible for researching and complying with local laws where your business operates, and in any region your ads target.

*Article 9*

*1. Member States shall ensure that audiovisual commercial communications provided by media service providers under their jurisdiction comply with the following requirements: (a) audiovisual commercial communications shall be readily recognisable as such; surreptitious audiovisual commercial communication shall be prohibited;*

*(b) audiovisual commercial communications shall not use subliminal techniques;*
*(c) audiovisual commercial communications shall not:*

> *(i) prejudice respect for human dignity;*
> *(ii) include or promote any discrimination based on sex, racial or ethnic origin, nationality, religion or belief, disability, age or sexual orientation;*
> *(iii) encourage behaviour prejudicial to health or safety;*
> *(iv) encourage behaviour grossly prejudicial to the protection of the environment;*

*(d) all forms of audiovisual commercial communications for cigarettes and other tobacco products, as well as for electronic cigarettes and refill containers shall be prohibited;*
*(e) audiovisual commercial communications for alcoholic beverages shall not be aimed specifically at minors and shall not encourage immoderate consumption of such beverages;*
*(f) audiovisual commercial communications for medicinal products and medical treatment available only on prescription in the Member State within whose jurisdiction the media service provider falls shall be prohibited;*
*(g) audiovisual commercial communications shall not cause physical, mental or moral detriment to minors; therefore, they shall not directly exhort minors to buy or hire a product or service by exploiting their inexperience or credulity, directly encourage them to persuade their parents or others to purchase the goods or services being advertised, exploit the special trust minors place in parents, teachers or other persons, or unreasonably show minors in dangerous situations.*

## Local legal requirements

To see the type of local legal requirements that Google monitors in advertising, select a country from the menu below. Note that this is not an exhaustive list of local legal requirements or countries, and you are still responsible to research and comply with local laws where your business operates and in any region your ads target.

The restrictions below are for ads targeting this country: United States ▼

United States

## United States

An example of what's allowed with limitations

- Vehicle service contracts: Vehicle service contracts are purchased by consumers to cover the costs associated with vehicle repair after a manufacturer's warranty has expired. Google allows ads for vehicle service contracts if manufacturers or auto brands are mentioned in the ad

or on the landing page, and the landing page must clarify affiliation/non-affiliation with those manufacturers or auto brands.

Some examples of what's not allowed

- Canadian online pharmacy ads: Google doesn't allow Canadian online pharmacy ads to target customers in the United States.
- Government grant and stimulus-related promotions
- Sale of contact lenses without prescription

Troubleshooter: Local legal requirements

# Need help?

If you have questions about our policies, let us know: Contact Google Ads Support
Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo

Submit

# Advertising policies

- Ad format requirements
- Ad targeting
- Abusing the ad network
- Ads & made for kids content
- Alcohol
- Copyrights
- Counterfeit goods
- Dangerous products or services
- Data collection and use
- Destination requirements
- Editorial
- Enabling dishonest behavior
- Financial products and services
- Gambling and games

- Healthcare and medicines
- Inappropriate content
- Lead form requirements
- Legal requirements
- Misrepresentation
- Other restricted businesses
- Personalized advertising
- Political content
- Restricted ad formats and features
- Sexual content
- Technical requirements
- Trademarks

- ©2021 Google
- Privacy Policy
- Terms of Service



English

1. català
2. dansk
3. Deutsch
4. eesti
5. English (Australia)
6. English (United Kingdom)
7. español
8. español (Latinoamérica)
9. Filipino
10. français
11. hrvatski
12. Indonesia
13. italiano
14. latviešu
15. lietuvių
16. magyar
17. Melayu
18. Nederlands
19. norsk
20. polski
21. português
22. português (Brasil)
23. română
24. slovenčina

25. slovenščina
26. suomi
27. svenska
28. Tiếng Việt
29. Türkçe
30. čeština
31. Ελληνικά
32. български
33. русский
34. српски
35. українська
36. עברית
37. العربية
38. हिन्दी
39. ไทย
40. 中文（简体）
41. 中文（繁體）
42. 日本語
43. 한국어
44. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- [Help Center](#)

  o [List of ad policies](#)

  o [Review process](#)

  o [Verification](#)

- o [Change log](#)

- [Advertising Policies](#)

- [Privacy Policy](#)

- [Terms of Service](#)

- [Submit feedback](#)

Advertising policiesThird-party policiesRelated policies & terms
Approval processDisapprovals and suspensions
Verification programs
Upcoming and recent changesPast changes

# What is the issue with this selection?

Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

# Share additional info or suggestions



Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.



Advertising Policies Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

# Fix a disapproved ad

Google provides translated versions of our Help Center as a convenience, though they are not meant to change the content of our policies. The English version is the official language we use to enforce our policies. To view this article in a different language, use the language dropdown at the bottom of the page.

This article explains how to find out if your ad is disapproved or limited by policy, why your ad is disapproved or Eligible (limited), and how to edit your ads and resubmit your ad for review. Additionally you will learn how to appeal a policy decision.

If any of your ads are disapproved or limited, in the "Status" column you'll see "Disapproved" or "Eligible (limited)," and the ad may not be able to run. Hover the cursor over the status of your ad to receive information, including the policy violation impacting your ad.

To see subtitles in your language, turn on YouTube captions. Click the Settings icon at the bottom of the video player, select "Subtitles," and then specify your language.

---

## Edit and resubmit your ad

If your ad is affected by policies not related to the destination, below are steps to fix the ad:

1. Find the ad or extension you want to fix on the "Ads and extensions" page.
2. In the status column you'll see "Disapproved" or "Eligible (limited)."
3. Hover over the status to see the policy violation.
4. Click Read the policy under the disapproval reason to learn how to fix your ad.
5. Click the pencil icon [ ] to edit your ad.
6. Edit the ad or extension so that it complies with the policy.
7. Click Save. Your ad will be automatically reviewed again. Check the ad's status in the "Ads and extensions" page for updates.

   Note: The edits to fix your ad vary depending on the type of policy violation and the type of ad.

- For video or image ads, please review the video and image ad requirements.
- For destination requirements, please review the policy page, work with your webmaster to fix the problem, and then appeal.

Due to adjusted work schedules at this time, we are currently experiencing longer than usual times to process new ads in non-text formats (such as Video, RDA, App, etc.)

## Appeal policy decision

The option to appeal a policy decision is now available for most formats and policies. If you have a disapproved ad, please review the sections below or use the Policy Manager.

For any unsupported formats and policies, you can dispute policy decisions using the Disapproved ads and policy questions form.

If you believe we've made an error or have fixed your destination, you can appeal the policy decision directly from your Google Ads account. Start by clicking Ads and extensions in the left page menu. From here, there are two ways to appeal.

## How to appeal policy decisions from the "Ads and extensions" table

## How to appeal policy decisions from an ad's "Status" column

## Check appeal status

After appealing, you can always check on the review status in the Policy Manager.

1. Click the tool icon  in the upper right corner of your account.
2. Under "Setup," click Policy Manager.
3. On the "Appeal history" tab, you'll find details for all ads you've appealed.
- The "Status" column shows whether the appeal is still in progress or complete.
- The "Results" column shows the results of the appeal, including how many ads had their policy review status updated after the review. If you submit the same appeal too many times, you may see the status 'Exceeded appeal retry-limit' in the Appeals History tab within Policy Manager. Please contact customer support for assistance with filing a new appeal.

Related link

- About Google Ads policies.

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo

Submit

# Disapprovals and suspensions

- Fix ads with policy violations
- Submit a campaign for policy review
- What happens if you violate our policies
- About Google Ads policy account suspensions
- About Google Ads account pausing
- Age requirements on Google Accounts

- ©2021 Google
- Privacy Policy
- Terms of Service


English

1. català
2. dansk
3. Deutsch

4. eesti
5. English (Australia)
6. English (United Kingdom)
7. español
8. español (Latinoamérica)
9. Filipino
10. français
11. hrvatski
12. Indonesia
13. italiano
14. latviešu
15. lietuvių
16. magyar
17. Melayu
18. Nederlands
19. norsk
20. polski
21. português
22. português (Brasil)
23. română
24. slovenčina
25. slovenščina
26. suomi
27. svenska
28. Tiếng Việt
29. Türkçe
30. čeština
31. Ελληνικά
32. български
33. русский
34. српски
35. українська
36. עברית
37. العربية
38. हिन्दी
39. ไทย
40. 中文（简体）
41. 中文（繁體）
42. 日本語
43. 한국어
44. English

**Send feedback on...**
This help content & information General Help Center experience

**1257**



Google Help

- [Help Center](#)

  o [List of ad policies](#)

  o [Review process](#)

  o [Verification](#)

  o [Change log](#)

- **[Advertising Policies](#)**

- [Privacy Policy](#)

- [Terms of Service](#)

- [Submit feedback](#)

Advertising policiesThird-party policiesRelated policies & terms
Approval processDisapprovals and suspensions
Verification programs
Upcoming and recent changesPast changes

# What is the issue with this selection?



Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

# Share additional info or suggestions

Do not share any personal info
Cancel
Submit
By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.



YouTube Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunity

# Manage subtitle settings

Captions (subtitles) are available on videos where the owner has added them, and on some videos where YouTube automatically adds them. You can change the default settings for captions on your computer or mobile device.

Computer AndroidiPhone & iPad

You can customize captions by changing their appearance and language.

## Turn captions on or off

1. Go to the video you'd like to watch.
2. If captions are available, will be visible on the bottom right of the video player.
3. To turn on Captions, click .
4. To turn off captions, click again.

## Turn default setting to on or off

1. Click your profile picture .
2. Click Settings .
3. From the left-hand Menu, click Playback and performance.
4. Check or uncheck Always show captions.
5. Check or uncheck Include auto-generated captions (when available). This option turns on or off automatic captions for videos that don't have captions added.

## Change default size & style of captions

Change caption size & style

1. At the bottom right of the video player, click Settings ▤ .
2. Click Subtitles/CC.
3. Click Options.

You can customize:

- Font, color, opacity, and size.
- Background color and opacity.
- Window color and opacity.
- Character edge style.

Note: These settings will be your default captions format settings until you change them again or click Reset to go back to the default captions format.

## Select caption language

To choose a different caption language:

1. At the bottom right, click Settings ▤ .
2. Click Subtitles/CC.
3. Select a language.

If the language isn't listed when you click Subtitles/CC:

1. Click Auto-translate.
2. Select a language.

## View captions transcript

For videos with captions added by the owner, you can view the full captions transcript, and jump to specific parts of the video.

1. Below the bottom-right corner of the video player, click More ▤ .
2. Click Open Transcript. As you watch the video, the transcript will scroll to show you the current caption text.
3. Click any line of caption text to jump to that part of the video.

# Caption settings on TV & game consoles

You can select or change your caption settings on any TV, game console, or media device that supports YouTube.

1. Pause the video you're playing.

2. Tap Captions  .
3. Select the language you want Captions in.
4. Select Caption style.
5. Select the settings you want to customize. You can change the font and its appearance. You can also change the background and window that the captions are displayed in.

Note: If the video doesn't offer captions,  might show but won't be selectable. If  doesn't show, captions aren't available for that video.

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo

Submit

# Change video settings

- Search for videos with captions
- Manage subtitle settings
- Contribute translated content

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu

13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- [Help Center](Help Center)

- o [Fix a problem](#)

- o [Watch videos](#)

- o [Manage your account & settings](#)

- o [Supervised experience on YouTube](#)

- o [Join & manage YouTube Premium](#)

- o [Create & grow your channel](#)

- o [Monetize with the YouTube Partner Program](#)

- o [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program

Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows

Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues

Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube

YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers

YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

# What is the issue with this selection?

Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

## Share additional info or suggestions



Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.

Advertising Policies Help

[ ]

Sign in

Send feedback on...



This help content & information

General Help Center experience

Next

# Video ad requirements

Google provides translated versions of our Help Center as a convenience, though they are not meant to change the content of our policies. The English version is the official language we use to enforce our policies. To view this article in a different language, use the language dropdown at the bottom of the page.

Video ads use videos for better engagement with users. Video ads are subject to the standard Google Ads policies and the requirements below. Note that these requirements apply to in-stream ads, video discovery ads, non-skippable in-stream ads, and bumper ads.
To find specs and related details for creating video ads, see the Display Specs Help Center.

## Length of video ads

The following is not allowed:

Non-skippable in-stream ads that are longer than 15 seconds

There is no limit on skippable in-stream ads, but we recommend using videos that are less than 3 minutes long.

Learn how to fix a disapproved ad or extension. If you can't edit the video to meet these requirements, upload a different video that complies with the policy.

## Data collection in video ads

The following are not allowed:

Tracking pixels that are not SSL-compliant, including all subsequent calls

Tracking pixels on the midpoint and complete events

Note: Tracking pixels are allowed on the impression, view, and skip events.

More than three tracking pixels per event

Note: To include tracking pixels for more than one vendor per event, the client or agency is responsible for piggybacking or daisy-chaining the pixels.

Using Javascript for data collection

Note: A third-party click redirect or click command is acceptable.

Learn how to fix a disapproved ad or extension. If you can't edit the video to meet these requirements, upload a different video that complies with the policy.

## Related policies and common disapprovals

The following Google Ads policies are especially relevant to video ads and are often associated with disapprovals. Learn about what happens if you violate our policies.

### Unacceptable video format

All videos must be uploaded in an approved format. See the Unacceptable video format policy for more information.

### Unavailable video

All videos must be publicly available. See the Unavailable video policy for more information.

### Unclear relevance

All information should be relevant to what you're advertising. For example, all submitted ad fields must represent the same advertiser and be relevant to the promoted product. See the policy on Unclear relevance for more information.

## Unclear content

All information and media in ads and extensions should be easily understandable and clearly identify the product, service, or entity you are advertising. See the Unclear content policy for more information. Videos must include a name or logo that clearly represents the advertiser, product, or service in the video.

## Video quality

All videos used in advertising must meet certain quality standards. See the Video quality policy for more information.

## Sexual content

To keep ads relevant and safe for users, Google restricts sexual content in certain circumstances. See the Sexual content policy for more information.

## Copyrights

To advertise copyrighted content, you must either own the copyright or be legally authorized to advertise with it. See the Copyrights policy for more information.

## Shocking content

Content that could be shocking for users is not allowed in any ads. Some examples include obscene language, gruesome imagery, and gore. See the Shocking content policy for more information.

## Third-party ad serving

All third-party tracking pixels must meet our third-party ad serving requirements.

Give feedback about this article
Choose a section to give feedback on

Was this helpful?

YesNo



Submit

# Help

- Call extension requirements
- Callout extension requirements
- Location extension requirements
- Shopping ads (Google Shopping)
- Sitelink extension requirements
- Video ad requirements

- ©2021 Google
- Privacy Policy
- Terms of Service



English

1. català
2. dansk
3. Deutsch
4. eesti
5. English (Australia)
6. English (United Kingdom)
7. español
8. español (Latinoamérica)
9. Filipino
10. français
11. hrvatski
12. Indonesia
13. italiano
14. latviešu
15. lietuvių
16. magyar
17. Melayu
18. Nederlands
19. norsk
20. polski
21. português
22. português (Brasil)

23. română
24. slovenčina
25. slovenščina
26. suomi
27. svenska
28. Tiếng Việt
29. Türkçe
30. čeština
31. Ελληνικά
32. български
33. русский
34. српски
35. українська
36. עברית
37. العربية
38. हिन्दी
39. ไทย
40. 中文（简体）
41. 中文（繁體）
42. 日本語
43. 한국어
44. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- **Help Center**

  - List of ad policies

  - Review process

- o [Verification](#)

- o [Change log](#)

- [Advertising Policies](#)

- [Privacy Policy](#)

- [Terms of Service](#)

- [Submit feedback](#)

Advertising policiesThird-party policiesRelated policies & terms
Approval processDisapprovals and suspensions
Verification programs
Upcoming and recent changesPast changes

# What is the issue with this selection?



Inaccurate - doesn't match what I see in the product



Hard to understand - unclear or translation is wrong



Missing info - relevant but not comprehensive



Irrelevant - doesn't match the title and / or my expectations



Minor errors - formatting issues, typos, and / or broken links


Other suggestions - ideas to improve the content

## Share additional info or suggestions



Do not share any personal info
Cancel
Submit
By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.

Advertising Policies Help

[     ]

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

# Image ad requirements

Google provides translated versions of our Help Center as a convenience, though they are not meant to change the content of our policies. The English version is the official language we use to enforce our policies. To view this article in a different language, use the language dropdown at the bottom of the page.

Image ads include an image with your ad and are available in a range of dimensions. Image ads are subject to the standard Google Ads policies and the requirements below. Note that these requirements also apply to Image overlay ads and HTML5 ads.

## Animation in image ads

The following is not allowed:

Animations that last longer than 30 seconds

Note: Shorter animations can loop or repeat, but must stop after 30 seconds.

HD animated gifs are no longer supported in Google Ads

Learn how to fix a disapproved ad or extension. If you can't edit the image to meet this requirement, upload a different image that complies with the policy.

## Related policies and common disapprovals

The following Google Ads policies are especially relevant to image ads and are often associated with disapprovals. Learn about what happens if you violate our policies.

## Image quality

All images used in advertising must meet certain quality standards. The image layout must conform to Google Ads standards and the image itself can't be blurry. See the Image quality policy for more information.

## Unclear relevance

All information should be relevant to what you're advertising. For example, all submitted ad fields must represent the same advertiser and be relevant to the promoted product. See the policy on Unclear relevance for more information.

## Misleading content

All information should be accurate and descriptive of what you're advertising. See the Misleading content policy for more information. Image ads can't contain images that resemble site warnings or error messages, and images can't appear to be more than one ad.

## Sexual content

To keep ads relevant and safe for users, Google restricts sexual content in certain circumstances. See the Sexual content policy for more information.

Give feedback about this article
Choose a section to give feedback on



Was this helpful?
YesNo

Submit

# Ad format requirements

- Ad requirements for YouTube
- App ad requirements
- Call ad requirements
- Call extension requirements
- Callout extension requirements
- Custom Lightbox ad requirements
- Discovery ads format requirements

- Dynamic ad requirements
- Dynamic search ad requirements
- Form ads requirements
- Gmail ad requirements
- Image ad requirements
- Image extensions format requirements
- Image quality requirements
- Lead form requirements
- Lightbox ad requirements
- Local Services platform policies
- Location extension requirements
- Price extension requirements
- Promotion extension requirements
- Responsive ad requirements
- Shopping ads (Google Shopping)
- Sitelink extension requirements
- Smart display campaign requirements
- Structured snippet requirements
- Text ad requirements
- Video ad requirements

- ©2021 Google
- Privacy Policy
- Terms of Service



English

1. català
2. dansk
3. Deutsch
4. eesti
5. English (Australia)
6. English (United Kingdom)
7. español
8. español (Latinoamérica)
9. Filipino
10. français
11. hrvatski
12. Indonesia
13. italiano
14. latviešu
15. lietuvių
16. magyar

17. Melayu
18. Nederlands
19. norsk
20. polski
21. português
22. português (Brasil)
23. română
24. slovenčina
25. slovenščina
26. suomi
27. svenska
28. Tiếng Việt
29. Türkçe
30. čeština
31. Ελληνικά
32. български
33. русский
34. српски
35. українська
36. עברית
37. العربية
38. हिन्दी
39. ไทย
40. 中文（简体）
41. 中文（繁體）
42. 日本語
43. 한국어
44. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- Help Center

  - List of ad policies

- o [Review process](#)

- o [Verification](#)

- o [Change log](#)

- **[Advertising Policies](#)**

- [Privacy Policy](#)

- [Terms of Service](#)

- [Submit feedback](#)

Advertising policiesThird-party policiesRelated policies & terms
Approval processDisapprovals and suspensions
Verification programs
Upcoming and recent changesPast changes

## What is the issue with this selection?

Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive



Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

## Share additional info or suggestions

Do not share any personal info
Cancel
Submit
By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.



Advertising Policies Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

# Destination requirements

Google provides translated versions of our Help Center as a convenience, though they are not meant to change the content of our policies. The English version is the official language we use to enforce our policies. To view this article in a different language, use the language dropdown at the bottom of the page.

Display & Video 360 users must comply with this Google Ads policy. Visit the Display & Video 360 help center for additional restrictions.

We want consumers to have a good experience when they click on an ad, so ad destinations must offer unique value to users and be functional, useful, and easy to navigate.

Below are some examples of what to avoid in your ads. Learn about what happens if you violate our policies.

## Destination experience

The following is not allowed:

Destinations or content that are unnecessarily difficult or frustrating to navigate

Examples: Websites with pop-ups or interstitials that interfere with the user's ability to see the content requested; sites that disable or interfere with the browser's back button; websites that don't load quickly on most popular browsers and devices, or require download of an additional application

to view the landing page (aside from common browser plug-ins)

Links that initiate a direct download from the ad or that lead to an email address or a file

Examples: Images, video, audio, documents

Note: Pharma advertisers are allowed to use PDF landing pages. There needs to be a caveat that PDF landing pages are approved for pharmaceutical certified ads/accounts.

Destinations that contain abusive experiences.

Examples: Websites that auto-redirect the page without user action; websites that contain ads that resemble system or site warnings or error messages.

Troubleshooter: Destination experience

1. Find the problem. Use the policy above and additional explanations below to identify the problem.

    Pop-ups: We consider a pop-up to be any window, regardless of content, that opens in addition to the original landing page. Here are some examples:

    - Timed pop-ups
    - Self-closing pop-ups
    - Intermittent pop-ups
    - Pop-ups generated from the ad itself
    - Download pop-ups
    - Pop-unders

    We allow interstitials as long as they don't hinder a user from exiting a site. Though similar to a pop-up, an acceptable interstitial is a type of graphic that appears within the landing page instead of opening a new browser window, and it does not hinder a user exiting a site or app.

    If you don't control the functionality of your landing page, please contact your hosting provider or the owner of the

website or app and ask them to remove any pop-ups from
the landing page.

2. Fix the ad's destination. If you can't fix the ad's destination, update the ad
   with a new destination that complies with this policy.
3. Edit the ad. This will resubmit the ad and its destination for review.

Most ads are reviewed within 1 business day, though some can take
longer if they need a more complex review.

If your website contained abusive experiences, follow the instructions
below to resolve the violation:

1. Check the status of your site in Google Search Console.
2. Remove any abusive experiences from your website.
3. Follow these re-consideration guidelines.
4. If the review shows that the website no longer contains abusive
   experiences, your ads will be approved to run.

If you aren't able to fix these violations, or you choose not to, please
remove your ad to help prevent your account from becoming suspended in
the future for having too many disapproved ads.

## Insufficient original content

The following is not allowed:

Destination content that is designed for the primary purpose of
showing ads

> Examples: Driving traffic (through "arbitrage" or other
> methods) to destinations with more ads than original
> content, little or no original content, or excessive advertising

Destination content that is replicated from another source without
adding value in the form of original content or additional functionality

> Examples: Mirroring; framing; scraping content from another
> source; templates or pre-generated websites that provide
> duplicate content

Destinations that are solely designed to send users elsewhere

Examples: Bridge page, doorway, gateway, other intermediate pages that are only used to link to other sites

Using a parked domain as an ad destination

Examples: A site that is only intended to reserve a web address

Destinations that are incomprehensible or don't make sense

Examples: Blank pages, gibberish landing page content

Troubleshooter: Insufficient original content

There are two options for resolving this violation:

1. Fix the ad's destination. Focus on providing the user with useful, unique, and original content immediately, and don't overload the destination with ads, regardless of how relevant the ads are to your ad text. Remove all HTML framesets that copy content from domains other than the ad landing page domain. If your site or app has search functionality, make sure that the search results aren't just copied from other sites or apps. Check to see if your site's registration has expired.

   Once you've updated the destination to comply with our policies, make an edit in the ad and save it. This will resubmit the ad and its destination for review.

2. Choose a different destination. If you can't or don't want to make changes to the destination, edit the ad's final URL to point to a different part of your website or app that does comply with the policy.

   If you aren't able to fix these violations, or you choose not to, please remove your ad to help prevent your account from becoming suspended in the future for having too many disapproved ads.

## Destination mismatch

The following is not allowed:

Ads that don't accurately reflect where the user is being directed

Examples: Using the display URL "www.google.com" but leading to a landing page with the URL "www.youtube.com"; using the keyword insertion feature in the top-level or second-level domain of your display URL, such as "www.{keyword}.com"

A domain or domain extension in the display URL that doesn't match the final and mobile URLs

Examples: Display URL: google.com and Final URL: example.com; Display URL: example.com and Final URL: example.org

Failing to use a subdomain to clearly identify a site from all other sites hosted on that domain or from the parent domain

Example: Display URL: blogspot.com and Final URL: mycompany.blogspot.com

Note: A subdomain is not required if the domain is used exclusively by one company.

Redirects from the final URL that take the user to a different domain

Example: The final URL http://example.com redirects to http://example2.com

Tracking templates that don't lead to the same content as the final URL

Example: The final URL leads to a product category page, but the tracking template directs the user to a specific product page

Troubleshooter: Destination mismatch

# Destination not working

The following is not allowed:

Destinations that don't function properly or have been incorrectly set up

> Examples: A site that returns an HTTP error code, such as 403 Forbidden or 404 Not Found; a site that doesn't work in all locations or on common browsers and devices; DNS lookup errors; internal server errors; site under construction

Troubleshooter: Destination not working

1. Check the URL that you entered. Check landing page URLs, keyword URLs, dynamic tracking URLs, and deep link URLs to make sure they are correct and don't contain typos.
2. Fix the ad's destination. If the URL that you entered is correct, then it's possible that your site or app isn't working properly. Here are some things to check:

> Sites and apps: Your ad can't lead to an app currently under development or a website that returns an invalid HTTP status code. Even if your site loads successfully for you, it might not be loading properly in other circumstances, such as other web browsers and devices, or by the Google Ads system. Your site or app must work properly for all locations, regardless of where you're targeting your ad. Check the ad's destination on various browsers and devices to make sure that it always links to a working website or app. Apps can't be promoted in places where the application is not available for download.

> HTTP response codes: Find out which error is happening on your destination and where it occurs. Note that a specific component on your page (like Javascript) can cause an error. Here are examples of HTTP header tools that can help:

> - http://www.fiddler2.com/fiddler2
> - https://addons.mozilla.org/en-US/firefox/addon/3829/ (for Firefox)
> - https://www.google.com/webmasters/tools

> Once you know which code your landing page produces, see a definition and tips to fix each of these HTTP status codes. If you still can't identify the problem with your landing page, contact your webmaster or web hosting provider for help.

For sites that have recently migrated from HTTP to HTTPS, you should either set up a redirect to the new HTTPS URL or update the URLs in your ads and extensions. If you don't, the URL may be inaccessible, which would result in ad or extension disapproval.

App engagement ads: Check that you have set up your deep link URL correctly and that you are not using a third-party tracker. This is currently not supported for app engagement ads.

App promotion ads: Ensure that any third-party trackers correctly redirect the user to the right app on the right app store.

3. Submit the campaign for review. Once we confirm that the destination is working, we can approve your ads.
4. If you can't fix your site or app, consider using a different destination for your ad that works. Edit your ad's final URL to point to another part of your website or app that doesn't violate our policies, then save your ad so we can review it again.

If you aren't able to fix these violations, or you choose not to, please remove your ad to help prevent your account from becoming suspended in the future for having too many disapproved ads.

## Destination not crawlable

The following is not allowed:

Destinations that are not crawlable by Google Ads

Examples: Using exclusion files (such as "robots.txt") to restrict access to an entire site or to the majority of a site; restricting crawl capacity disproportionately to the number of ads being submitted

Troubleshooter: Destination not crawlable

Check your website or app settings to make sure that you aren't blocking Google Ads from crawling your content. You can also use Google Search Console to see how to make your pages accessible and to check for crawl errors. Then, see how to fix your exclusion files.

If you're not blocking Google Ads from crawling your content, you might be inadvertently limiting efficient crawls. This is particularly likely if you have recently submitted a large volume of ads to Google. To make sure that you are not excessively restricting crawls, please check if you have set a low crawl rate in Google Search Console. If you use a click tracker for your ads, please check if that might be affecting the crawl capacity. If your website doesn't have sufficient crawl capacity, consider breaking up your ad submissions into smaller batches spread across several days.

Once you've made the necessary changes, submit the campaign for review. Once we confirm the problem has been resolved, we can approve your ads.

## App or web store policy violation

The following is not allowed:

Destinations that violate their app or web store policies

Examples: Extensions that violate Chrome Developer Program Policies or apps that violate Google Play Policies

## Troubleshooter: Destination experience

For details on the violation(s), please review the notification that the app or web store (i.e., Chrome Web Store or Google Play Store) sent you. Once there is resolution with your app or web store, ad serving can resume.

## Unacceptable URL

The following is not allowed:

URLs that do not follow standard syntax

Using an IP address as the display URL

Example: 123.45.678.90

Display URLs that use unacceptable characters

Examples: Characters such as !, *, #, _, @

Learn how to fix a disapproved ad or extension.

## Unrecognized app

The following is not allowed:

Apps that cannot be recognized by Google

Examples: Malformed App ID or App store, app deleted or suspended in app store

Learn how to fix a disapproved ad or extension.

## Unverified phone number

The following is not allowed in call-only ads, call extensions, and location extensions:

Phone numbers that haven't been verified by Google
Troubleshooter: Unverified phone number

1. Verify your phone number. There are two ways to verify a phone number:

   Display the number on your site. The phone number in your ad must be present on the website featured in your ad. This means that if the phone number appears in ads for different websites, then that phone number must appear on at least one page for each of those websites. Remember that the verification URL must have the same domain as your ad's display URL. The number must appear in text and will not meet the policy if it appears as an image. Your phone number will be more easily detected and verified if it is featured on a landing page that is visited frequently.

   Verify domain ownership. You can also verify your phone number by proving ownership of your ad's display URL domain. Do this by linking your Google Search Console and Google Ads accounts or by adding your unique Google Ads conversion tracking tag or remarketing tag to your website.

2. Edit your location extension. If you're using a location extension, the associated phone number must follow the requirements above. There are two ways to edit your extension based on the address you want to use.

Google My Business address: If the disapproved location is an address from Google My Business, you'll need to sign in to your Google My Business account and update your location information there, which will automatically transfer over to Google Ads. Learn how to edit a Google My Business listing.

Manually entered address: If you manually entered the address, hover over that address and click the pencil icon to edit your location information. Review the company name and ensure you're not using an unauthorized trademark.

3.  Edit your call-only ad or call extension. Change the phone number in your ad or extension so that your ad can be approved.

Once you edit and save your ad or extension, it's sent to us for review. Most ads are reviewed within 1 business day, though some can take longer if they need a more complex review. If we find that you've removed the unacceptable content from your ad and landing page, we can approve your ad to start running.

If you aren't able to fix these violations, or you choose not to, please remove your ad to help prevent your account from becoming suspended in the future for having too many disapproved ads.

## Unacceptable phone number

The following is not allowed in call-only ads, call extensions, and location extensions:

Phone numbers that are inaccurate, inactive, irrelevant, or that don't connect to the advertised company.

Note: Google may occasionally place short test calls to the phone number provided in order to confirm its validity, accuracy, and relevancy, and may also record these test calls.

Fax numbers, premium numbers, or vanity numbers

Example of premium numbers: Any number that requires additional fees or charges to complete the call, such as 1-900 numbers in the United States or 871 numbers in the United Kingdom

Example of vanity numbers: Phone numbers where numbers have been replaced by letters, such as "1-800-GOOG-411" instead of "1-800-466-4411"

Note: You can use shared cost phone numbers, but they'll show with a disclaimer stating that additional charges may apply.

Phone numbers that are not local or domestic for the country you are targeting

Example: Using a local German number in an ad that targets Canada

Virtual phone number services or personal numbering

Note: This service is only available in certain countries, such as the United Kingdom and Spain.

Phone numbers that do not have an active voicemail service

Country-specific restrictions: Brazil

For phone numbers in Brazil, make sure you include a carrier code for the carrier of your choice. For example, instead of "11 5555-1234" use "0XX11 5555 1234" (where "XX" stands for the carrier code). For toll-free or shared cost numbers such as 4004 or 0800, no carrier codes are necessary.

Troubleshooter: Unacceptable phone number

1. Fix your phone number. Provide a functional, relevant phone number that connects to the advertised company and is domestic to the country you want to target.
2. Edit your location extension. There are two ways to edit your extension based on the address you want to use.

Google My Business address: If the disapproved location is an address from Google My Business, you'll need to sign in to your Google My Business account and update your location information there, which will automatically transfer over to Google Ads. Learn how to edit a Google My Business listing.

**1290**
1485

Manually entered address: If you manually entered the address, hover over that address and click the pencil icon to edit your location information. Review the company name and ensure you're not using an unauthorized trademark.

3. Edit your call-only ad or call extension. Enter a phone number that complies with the policy.

   Once you edit and save your ad or extension, it's sent to us for review. Most ads are reviewed within 1 business day, though some can take longer if they need a more complex review. If we find that you've removed the unacceptable content from your ad and landing page, we can approve your ad to start running.

   If you aren't able to fix these violations, or you choose not to, please remove your ad to help prevent your account from becoming suspended in the future for having too many disapproved ads.

## Need help?

If you have questions about our policies, let us know: Contact Google Ads Support
Give feedback about this article
Choose a section to give feedback on



Was this helpful?
YesNo

Submit

## Advertising policies

- Ad format requirements
- Ad targeting
- Abusing the ad network
- Ads & made for kids content
- Alcohol
- Copyrights
- Counterfeit goods
- Dangerous products or services
- Data collection and use
- Destination requirements
- Editorial

- Enabling dishonest behavior
- Financial products and services
- Gambling and games
- Healthcare and medicines
- Inappropriate content
- Lead form requirements
- Legal requirements
- Misrepresentation
- Other restricted businesses
- Personalized advertising
- Political content
- Restricted ad formats and features
- Sexual content
- Technical requirements
- Trademarks

- ©2021 Google
- Privacy Policy
- Terms of Service



English

1. català
2. dansk
3. Deutsch
4. eesti
5. English (Australia)
6. English (United Kingdom)
7. español
8. español (Latinoamérica)
9. Filipino
10. français
11. hrvatski
12. Indonesia
13. italiano
14. latviešu
15. lietuvių
16. magyar
17. Melayu
18. Nederlands
19. norsk
20. polski
21. português

22. português (Brasil)
23. română
24. slovenčina
25. slovenščina
26. suomi
27. svenska
28. Tiếng Việt
29. Türkçe
30. čeština
31. Ελληνικά
32. български
33. русский
34. српски
35. українська
36. עברית
37. العربية
38. हिन्दी
39. ไทย
40. 中文（简体）
41. 中文（繁體）
42. 日本語
43. 한국어
44. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- Help Center

  o List of ad policies

  o Review process

- o [Verification](#)

- o [Change log](#)

- [Advertising Policies](#)

- [Privacy Policy](#)

- [Terms of Service](#)

- [Submit feedback](#)

Advertising policiesThird-party policiesRelated policies & terms
Approval processDisapprovals and suspensions
Verification programs
Upcoming and recent changesPast changes

# What is the issue with this selection?


Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations


Minor errors - formatting issues, typos, and / or broken links


Other suggestions - ideas to improve the content

## Share additional info or suggestions



Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, [account & system info](#) to improve services, per our [Privacy](#) & [Terms](#).



Google Ads Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunityAnnouncements

# Our commitment to help you with policy compliance

March 14, 2019

Protecting our users and advertisers from bad actors is very important to us, and that's why we have strict policies that govern the kinds of ads we allow on our platform. We also work hard to help good advertisers avoid making honest mistakes that lead to policy violations. That's why we're rolling out new features to help you achieve your full campaign potential by allowing you to easily navigate the policy restrictions that may affect your ads.

Introducing the Policy manager

In April, we're introducing a new Policy manager, to provide a centralized and customized experience in Google Ads where you can monitor policy restrictions of ads, keywords, and extensions across your entire account. Over time, we'll continue to add new features here, including recommendations for fixing your ads, a history of your appeals, an overview of your account's certifications and more.



*To access Policy manager in Google Ads, click "Setup" in the Tools Table, then select the "Policy manager" tab*

Get additional insight behind policy decisions

Beginning last year, advertisers were able to see additional information about what caused their ad to be disapproved by simply hovering over the ad. We will continue to expand this capability in 2019.



*Find detailed information on ads disapprovals by hovering over your ads*

**Enable policy appeals in just a few clicks**

If you disagree with an action we've taken on your ads, soon you will be able to appeal the decision for another review with just a few clicks, directly within Google Ads. This feature will start rolling out to accounts this spring and will be available for text ads for most policy violations. Hover over a disapproved or limited ad and look for the "resubmit" link to see if you're eligible. You'll also be able to track the status of your appeal in the Policy manager.



*We're making it easier to resubmit ads in Google Ads*

**Detect violations in real-time**

In some cases, we're able to detect policy violations during ad creation. In those cases, we'll provide real-time feedback to help you understand potential policy violations before they actually occur. You can then make changes to your ad right away to bring them into compliance.



*Make sure to check our real-time feedback during ad creation*

We're excited to introduce new tools to further help you navigate policy requirements and create high-quality, compliant ads.

*Posted by Hristo Stefanov, Product Manager, Search Ads*

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo

**1297**
1492



Submit

# Need more help?

Sign in for additional support options to quickly solve your issue



Subscribe to our Best Practices newsletter

Approved by the team who built Google Ads, the Google Ads Best Practices newsletter provides actionable tips and tactics to help you get the most out of your campaigns.

Subscribe

- ©2021 Google
- Privacy Policy
- Terms of Service
- Google Ads Advertising Policies
- About the Help Center



English

1. català
2. dansk
3. Deutsch
4. eesti
5. English (Australia)
6. English (United Kingdom)
7. español
8. español (Latinoamérica)
9. Filipino
10. français
11. hrvatski
12. Indonesia
13. italiano
14. latviešu
15. lietuvių
16. magyar
17. Melayu
18. Nederlands

19. norsk
20. polski
21. português
22. português (Brasil)
23. română
24. slovenčina
25. slovenščina
26. suomi
27. svenska
28. Tiếng Việt
29. Türkçe
30. čeština
31. Ελληνικά
32. български
33. русский
34. српски
35. українська
36. עברית
37. العربية
38. हिन्दी
39. ไทย
40. 中文（简体）
41. 中文（繁體）
42. 中文（香港）
43. 日本語
44. 한국어
45. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- **Help Center**

  o **Coronavirus (COVID-19) Resources and Updates**

- o [Setup and basics](#)

- o [Manage ads](#)

- o [Measure results](#)

- o [Smart campaigns](#)

- o [Billing](#)

- o [Learn](#)

- o [Google Partners](#)

- [Community](#)

- [Google Ads](#)

- [Privacy Policy](#)

- [Terms of Service](#)

- [Submit feedback](#)

Your guide to Google AdsGoogle Ads basicsCreate ads and campaignsChoose where and when ads appearFind out if your ad is runningAccount administration and security
Ads and approvalsCampaign settingsBudgets and bidsKeywordsReach your audienceTarget placements and topicsMultiple or large accountsLocal Services adsThe Google Ads mobile appRecommendations and optimization score
Connect your goals to dataFind and run reportsUnderstanding your dataTrack sales and other conversionsGoogle Analytics and Google AdsCommon reporting issues
Get startedSetup and managementCalls in Smart campaigns
Payment methods and settingsBasic billing tasksPromotions and couponsRefunds and adjustmentsTaxesIssues with payments and charges
Your guide to Google AdsGoogle Ads training on SkillshopAccount walk-throughsGlossary
Google Partners Program

# What is the issue with this selection?

☐
Inaccurate - doesn't match what I see in the product

☐
Hard to understand - unclear or translation is wrong

☐
Missing info - relevant but not comprehensive

☐
Irrelevant - doesn't match the title and / or my expectations

☐
Minor errors - formatting issues, typos, and / or broken links

☐
Other suggestions - ideas to improve the content

# Share additional info or suggestions



Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, [account & system info](#) to improve services, per our [Privacy](#) & [Terms](#).



Advertising Policies Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

# About Google Ads policy account suspensions

Google provides translated versions of our Help Center as a convenience, though they are not meant to change the content of our policies. The English version is the official language we use to enforce our policies. To view this article in a different language, use the language dropdown at the bottom of the page.

We take legal requirements and the safety of users very seriously, so advertiser actions that put our users, Google, or our partners at risk can lead to an account suspension, which is a ban from using Google Ads. This is essential for us to maintain a healthy and sustainable digital advertising ecosystem with user protection at its core.

## Why we suspend accounts

Google Ads policies and Terms & Conditions help create a safe and positive experience for users and advertisers. Accounts may be suspended if we find violations of our policies or the Terms & Conditions.

If we detect an egregious policy violation (defined below) your account will be suspended immediately and without prior warning.

For other policy violations that lead to account suspension, we will send you a warning to outline the nature of the policy violation and any remedial action that can be taken, in order to comply. This notification will be sent at least 7 days prior to suspension action.

## What is an egregious violation?

An egregious violation of the Google Ads policies is a violation so serious that it is unlawful or poses significant harm to our users or our digital advertising ecosystem. Egregious violations often reflect that the advertiser's overall business does not adhere

to Google Ads policies or that one violation is so severe that we cannot risk future exposure to our users. Given that egregious violations will result in immediate account suspension, upon detection and without prior warning, we limit these to cases when such action is the only effective method to adequately prevent illegal activity and/or significant user harm.

## How does Google Ads detect policy violations?

We use both automated and human evaluation to detect violations of Google Ads policies. We review information from a variety of sources, including your ads, accounts and content, user complaints, consumer reviews, regulatory warnings and rulings.

## What happens if an egregious violation is detected?

If we detect an egregious violation, we will suspend your Google Ads accounts immediately and without prior warning.You will not be allowed to advertise with us again.

## Which policies are considered to be egregious?

Circumventing systems

Coordinated deceptive practices

Counterfeit

Promotion of unauthorized pharmacies

Unacceptable business practices

Trade Sanctions violation

## Are there any other policy violations that can lead to an account suspension?

Yes. Violations of any Google Ads policy can lead to an account suspension. If an advertiser violates a Google Ads advertising policy we will send a warning to outline the nature of the policy violation and any remedial action that can be taken, in order to comply. At that time, the advertiser will be given an opportunity to remedy the violation or, if they do not believe they have violated the policy, explain why they do not believe they are in violation of the policy. This notification will be sent at least 7 days prior to suspension action.

# Can repeated violations of a policy lead to account suspension?

Yes. Repeated violations of any Google Ads policy can lead to an account suspension. If an advertiser repeatedly violates a Google Ads advertising policy we will send a warning to outline the nature of the policy violations and any remedial action that can be taken, in order to comply. At that time, the advertiser will be given an opportunity to remedy the violations or, if they do not believe they have violated the policy, explain why they do not believe they are in violation of the policy. This notification will be sent at least 7 days prior to suspension action.

# Are there any other non policy reasons that can lead to an account suspension?

Yes. You can learn more of other reasons for account suspensions here.

# How will an advertiser be notified of a suspension?

Advertisers whose accounts are suspended will receive an in-account notification, as well as an email notification. The email notification will identify all policies the advertiser has been suspended for violating and a link to submit an appeal.

# Can an account suspension be appealed?

Yes. If you believe there's been an error, and that you haven't violated our policies, please submit an appeal. You can do this by navigating to the "Contact Us" link, which will direct you to the appeal form on the right side of your screen within your Google Ads account. While you complete the form, relevant policy information will appear to help you understand the reason for the suspension and the appeal process. If you select "Contact Us" again while your appeal is still being processed, your Ads account will have an "Appeal pending" status. Once your appeal is reviewed, you will receive an email with the outcome. If your appeal is rejected, you can re-appeal following the same process that is outlined above.

We only reinstate accounts in compelling circumstances,such as in the case of a mistake,so it's important that you take the time to be thorough, accurate, and honest.

# Can a suspended advertiser set up or use other accounts?

No. Accounts related to the suspended account (for example, accounts using the same email or payment method, or accounts linked to the same manager account) will be suspended. We take the safety of users very seriously, so advertiser actions that put our

users, Google, or our partners at risk result in a ban from using Google Ads. In addition any new accounts that the advertiser tries to create will be suspended.

## Can an advertiser access their suspended accounts?

Suspended accounts cannot run any ads. Advertisers can, however, still access their suspended accounts and any associated reports.

## How to request a refund

If your account was suspended, and you qualify for a refund, you can always cancel your account and receive your refund.

To download a copy of this information, use your browser's Print to PDF feature to save this to your computer.

Remember that this page may be updated over time, so be sure to visit the page on this website for the most up-to-date information on account suspensions.

Give feedback about this article
Choose a section to give feedback on



Was this helpful?
YesNo

Submit

## Disapprovals and suspensions

- Fix ads with policy violations
- Submit a campaign for policy review
- What happens if you violate our policies
- About Google Ads policy account suspensions
- About Google Ads account pausing
- Age requirements on Google Accounts

- ©2021 Google
- Privacy Policy
- Terms of Service

English?

English

1. català
2. dansk
3. Deutsch
4. eesti
5. English (Australia)
6. English (United Kingdom)
7. español
8. español (Latinoamérica)
9. Filipino
10. français
11. hrvatski
12. Indonesia
13. italiano
14. latviešu
15. lietuvių
16. magyar
17. Melayu
18. Nederlands
19. norsk
20. polski
21. português
22. português (Brasil)
23. română
24. slovenčina
25. slovenščina
26. suomi
27. svenska
28. Tiếng Việt
29. Türkçe
30. čeština
31. Ελληνικά
32. български
33. русский
34. српски
35. українська
36. עברית
37. العربية
38. हिन्दी
39. ไทย
40. 中文（简体）
41. 中文（繁體）
42. 日本語

43. 한국어
44. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- Help Center

  o List of ad policies

  o Review process

  o Verification

  o Change log

- **Advertising Policies**

- Privacy Policy

- Terms of Service

- [Submit feedback](#)

Advertising policiesThird-party policiesRelated policies & terms
Approval processDisapprovals and suspensions
Verification programs
Upcoming and recent changesPast changes

## What is the issue with this selection?



Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

## Share additional info or suggestions

Do not share any personal info
Cancel
Submit
By continuing, you agree Google uses your answers, [account & system info](#) to improve services, per our [Privacy](#) & [Terms](#).

Advertising Policies Help

Sign in

Send feedback on...



This help content & information

General Help Center experience

Next

# Google Ads Terms & Conditions

Google provides translated versions of our Help Center as a convenience, though they are not meant to change the content of our policies. The English version is the official language we use to enforce our policies. To view this article in a different language, use the language dropdown at the bottom of the page.

Terms and Conditions can vary based on location. Google advertisers can find the Terms and Conditions for their country with our Google Ads Terms and Conditions finder.

For advertisers in Australia:

On November 1, 2016, the Google Advertising Program Terms applicable to Australia-based customers were changed and assigned to Google Australia Pty Ltd. A copy of the updated terms is available below:

### Advertising Program Terms

These Advertising Program Terms ("Terms") are entered into by Google Australia Pty Ltd ("Google") and the entity executing these Terms or that accepts these Terms electronically ("Customer"). These Terms govern Customer's participation in Google's advertising programs and services (i) that are accessible through the account(s) given to Customer in connection with these Terms or (ii) that incorporate by reference these Terms (collectively, "Programs"). Please read these Terms carefully. They require the use of binding arbitration to resolve disputes.

1 Programs. Customer authorizes Google and its affiliates to place Customer's advertising

materials, feed data,  and technology (collectively, "Ads" or "Creative") on any content or property (each a "Property") provided by Google or its affiliates on behalf of Google or, as applicable, a third party ("Partner").  Customer is solely responsible for all:  (i) Ads, (ii) Ads trafficking or targeting decisions (e.g., keywords) ("Targets"), (iii) destinations to which Ads direct viewers (e.g., landing pages, mobile applications) along with the related URLs, waypoints, and redirects ("Destinations"), and (iv) services and products advertised on Destinations (collectively, "Services"). The Program is an advertising platform on which Customer authorizes Google and its affiliates to use automated tools to format Ads. Google and its affiliates may also make available to Customer certain optional Program features to assist Customer with the selection or generation of Targets, Ads, or Destinations.  Customer is not required to authorize use of these optional features and, as applicable, may opt-in to or opt-out of usage of these features.  However, if Customer uses these features, then Customer will be solely responsible for the Targets, Ads, and Destinations.  Google and its affiliates or Partners may reject or remove a specific Target, Ad, or Destination at any time for any reason. For example an Ad or Target may be rejected or removed by Google if it violates the Policies or if Google believes the Ad or Target would expose Google or a Partner to liability. Google and its affiliates may modify or cancel Programs at any time.  Customer acknowledges that Google or its affiliates may participate in Program auctions in support of its own services and products.  Some Program features are identified as "Beta" or as otherwise unsupported or confidential (collectively, "Beta Features"). Customer may not disclose any information from Beta Features or the terms or existence of any non-public Beta Features.

2 Policies.  Customer is solely responsible for its use of the Programs (e.g., access to and use of Program accounts and safeguarding usernames and passwords) ("Use").  Program Use is subject to applicable Google policies available at google.com/ads/policies, and all other policies made available by Google to Customer, including Partner policies, and to the extent applicable, the Google EU User Consent Policy at privacy.google.com/businesses/userconsentpolicy (in each case, as modified from time to time, "Policies").  Customer also authorizes Google to modify Ads as described in Policies.  In connection with the Program, Google will comply with the Google Privacy Policy available at google.com/policies/privacy (as modified from time to time).   To the extent Program Use is within scope, Google and Customer agree, as applicable, to the (i) Google Ads Controller-Controller Data Protection Terms at privacy.google.com/businesses/controllerterms; or (ii) Google

Ads Data Processing Terms
at privacy.google.com/businesses/processorterms (collectively the "EU
Data Terms").  Google will not modify the EU Data Terms, except as
expressly permitted under the EU Data Terms.  Customer will not, and will
not authorize any third party to, (i) generate automated, fraudulent or
otherwise invalid impressions, inquiries, clicks or conversions, (ii) conceal
conversions for Programs where they are required to be disclosed, (iii) use
any automated means or form of scraping or data extraction to access,
query or otherwise collect Google advertising-related information from any
Property except as expressly permitted by Google., or (iv) attempt
to interfere with the functioning of the Programs.  Customer will direct
communications regarding Ads on Partner Properties under these Terms
only to Google.

3 Ad Serving.  (a) Customer will not provide Ads that contain or connect
to malware, spyware, unwanted software or any other malicious code or
knowingly breach or circumvent any Program security measure.  (b)
Customer may utilize an Ad server solely for serving or tracking Ads under
Programs that permit third-party Ad serving and only if the Ad server has
been authorized by Google to participate in the Program.  Google will
implement Customer's Ad server tags so that they are functional.  (c) For
online display Ad impressions billed on a CPM or vCPM basis ("Display
Ads"), if Google's applicable  impression count ("IC") for a Program is
higher than Customer's third-party Ad server ("3PAS") IC by more than 10%
over the invoice period, Customer will facilitate reconciliation efforts
between Google and 3PAS.  If this discrepancy is not resolved, Customer's
must make a claim within 60 days after the invoice date ("Claim
Period").  If Google determines that the claim is valid, then subject to
Section 9(b), Google will issue to Customer advertising credits equal
to (90% of Google's IC minus 3PAS's IC), multiplied by Google's reported
campaign average CPM or vCPM, as applicable, over the invoice
period.  Any advertising credits issued must be used by Customer within
60 days of issuance ("Use-By Date") and Google may suspend Customer's
permission to utilize that 3PAS provider and may suspend the
effectiveness of the discrepancy-resolution provisions of this Section for
that 3PAS provider.  Metrics from 3PAS whose Ad server tags are
provided to Google will be used in the above discrepancy-resolution
calculations.  Google may require that discrepancy records be provided
directly by 3PAS to Google.  Customer will not be credited for
discrepancies caused by 3PAS's inability to serve Ads.

4 Testing.  Customer authorizes Google and its affiliates to periodically conduct tests that may affect Customer's Use of Programs, including Ad formatting, Targets, Destinations, quality, ranking, performance, pricing, and auction-time bid adjustments.  To ensure the timeliness and validity of test results and subject to Section 9(b), Customer authorizes Google to conduct such tests without notice or compensation to Customer.

5 Ad Cancellation.  Unless a Policy, the Program user interface, or an agreement referencing these Terms (an "IO") provides otherwise, either party may cancel any Ad at any time before the earlier of Ad auction or placement, but if Customer cancels an Ad after a commitment date provided by Google (e.g., a reservation-based campaign), then Customer is responsible for any cancellation fees communicated by Google to Customer, and the Ad may still be published.  Cancelled Ads will generally cease serving within 8 business hours or as described in a Policy or IO, and Customer remains obligated to pay all charges resulting from served Ads (e.g., fees based on conversion).  Customer must effect cancellation of Ads (i) online through Customer's account, if the functionality is available, (ii) if this functionality is not available, with notice to Google via email to Customer's account representative or (iii) if this functionality is not available and Customer does not have an account representative, with notice to Google via email to ads-support@google.com (collectively, the "Ad Cancellation Process"). Customer will not be relieved of any payment obligations for Ads not submitted or submitted by Customer after the due date provided by Google. Google will not be bound by a Customer-provided IO.

6 Warranty, Rights, and Obligations. Customer warrants that
(a) Customer holds, and hereby grants Google, its affiliates and Partners, the rights in Ads, Destinations, and Targets for Google, its affiliates and Partners to operate the Google Programs (including, in the case of feed data, after Customer ceases to use the Programs), and (b) all information and authorizations provided by Customer are complete, correct and current. Customer authorizes Google and its affiliates to automate retrieval and analysis of, and create test credentials to
access, Destinations for the purposes of the Programs.  By providing any mobile or other telephone number to Google in connection with the Programs, Customer authorizes Google, its affiliates and their agents to call and send text messages (for which standard message and data rates may apply) to the provided telephone numbers, including by an automatic telephone dialing system, for purposes of the

Programs.  However,  Google will not rely on this permission to initiate autodialed calls or text messages for marketing purposes.  Customer further authorizes Google, its affiliates and their agents to send electronic mail to Customer for purposes of the Programs.  Customer warrants that it is authorized to act on behalf of, and has bound to these Terms, each third party, if any, for which Customer advertises in connection with these Terms ("Advertiser") and any references to Customer in these Terms will also apply to Advertiser, as applicable.  If for any reason Customer has not bound an Advertiser to these Terms, Customer will be liable for performing any obligation Advertiser would have had under these Terms had Advertiser been bound.   If Customer is using a Program on its own behalf to advertise, for that use Customer will be deemed to be both Customer and Advertiser.  Customer will provide Advertiser with reporting data no less than on a monthly basis, that discloses absolute dollars spent on Google and performance (at a minimum cost, clicks and impressions of users on the account of that Advertiser) in a reasonably prominent location.  Google may, upon request of an Advertiser, share Advertiser-specific information with Advertiser.

7 Make-Goods.  For reservation-based Display Ads, Google will deliver any agreed-on aggregate number of Display Ads by the end of the campaign. If Google fails to do so, then subject to Section 9(b), any Customer disputing payment made to Google for such Display Ads must make a claim during the Claim Period.  If Google confirms the accuracy of the claim, then Google will not charge Customer for the undelivered Display Ads or, if Customer has already paid, at Google's reasonable discretion and subject to Section 9(b), Google will provide for (i) advertising credits, which must be used by the Use-By Date, (ii) placement of the Display Ads in a comparable position within 60 days of Google's confirmation of the accuracy of the claim or (iii) an extension of the term of the campaign.  Google cannot assure that any auction-based Ads will be delivered and therefore make-goods do not apply to auction-based Ads.

8 Payment.  Customer will pay all charges incurred in connection with a Program, using a payment method approved by Google for that Customer (as modified from time to time), within a commercially reasonable time period specified by Google (e.g., in the Program user interface or IO).  Late payments bear interest at the rate of 1.5% per month (or the highest rate permitted by law, if less).  Charges are exclusive of taxes.  Customer will pay (i) all taxes and other government charges and (ii) reasonable expenses and legal fees Google incurs in collecting late

payments that are not disputed in good faith.  Charges are based on the billing criteria under the applicable Program (e.g., based on clicks, impressions, or conversions). Any portion of a charge not disputed in good faith must be paid in full.  No party may offset any payment due under these Terms against any other payment to be made under these Terms.  Google may, in its sole discretion, extend, revise or revoke credit at any time. Google is not obligated to deliver any Ads in excess of any credit limit.  If Google does not deliver Ads to the selected Targets or Destinations, then subject to Section 9(b), Customer must make a claim for advertising credits within the Claim Period, after which Google will issue the credits following claim validation which must be used by the Use-By Date.  Customer understands that third parties may generate impressions or clicks on Customer's Ads for prohibited or improper purposes and if that happens, subject to Section 9(b), Customer must make a claim for advertising credits within the Claim Period, after which Google will issue the credits following claim validation, which must be used by the Use By Date. TO THE FULLEST EXTENT PERMITTED BY LAW, CUSTOMER WAIVES ALL CLAIMS RELATING TO ANY PROGRAM CHARGES UNLESS A CLAIM IS MADE WITHIN THE CLAIM PERIOD.


9 Disclaimers.  (a) TO THE FULLEST EXTENT PERMITTED BY LAW AND SUBJECT TO 9(b) BELOW, EACH PARTY ON BEHALF OF ITSELF AND ITS AFFILIATES EXCLUDES ALL IMPLIED WARRANTIES, INCLUDING WITHOUT LIMITATION FOR NON-INFRINGEMENT, SATISFACTORY QUALITY, MERCHANTABILITY AND FITNESS FOR ANY PURPOSE.  TO THE FULLEST EXTENT PERMITTED BY LAW AND SUBJECT TO 9(b) BELOW, THE PROGRAMS AND GOOGLE, ITS AFFILIATES, AND PARTNER PROPERTIES ARE PROVIDED "AS IS" AND AT CUSTOMER'S AND ADVERTISER'S OPTION AND RISK AND NONE OF GOOGLE, ITS AFFILIATES OR GOOGLE'S PARTNERS MAKE ANY GUARANTEE OR REPRESENTATION IN CONNECTION WITH THE PROGRAMS OR PROGRAM RESULTS. (b) CERTAIN LAWS OF THE JURISDICTION IN WHICH CUSTOMER RESIDE, SUCH AS THE AUSTRALIAN CONSUMER LAW, MAY CONFER RIGHTS AND REMEDIES AND IMPLY TERMS INTO THESE TERMS THAT CANNOT BE EXCLUDED. THOSE RIGHTS, REMEDIES, AND IMPLIED TERMS ARE NOT EXCLUDED BY THESE TERMS. TO THE EXTENT THAT THE RELEVANT LAWS PERMIT GOOGLE TO LIMIT THEIR OPERATION, GOOGLE'S LIABILITY UNDER THOSE LAWS WILL BE LIMITED AT ITS OPTION, TO THE SUPPLY OF THE SERVICES AGAIN, OR PAYMENT OF THE COST OF HAVING THE SERVICES SUPPLIED AGAIN.

10  Limitation of Liability.  EXCEPT FOR SECTION 11 AND CUSTOMER'S BREACHES OF SECTIONS 3(A), 14(D) OR THE LAST SENTENCE OF SECTION 1, TO THE FULLEST EXTENT PERMITTED BY LAW BUT ALWAYS SUBJECT TO SECTION 8(b):  (a) NO PARTY OR ITS AFFILIATES MAY BE HELD LIABLE UNDER OR IN CONNECTION WITH THESE TERMS (WHETHER IN CONTRACT, TORT, INCLUDING, WITHOUT LIMITATION, NEGLIGENCE OR OTHERWISE) FOR ANY: (I) LOSS OF PROFIT; (II) LOSS OF ANTICIPATED SAVINGS: (III) LOSS OF BUSINESS OPPORTUNITY; (IV) LOSS OF OR CORRUPTION OF DATA; (V) LOSS OR DAMAGE RESULTING FROM THIRD PARTY CLAIMS; OR (VI) INDIRECT, SPECIAL OR CONSEQUENTIAL LOSSES; SUFFERED OR INCURRED BY THE OTHER PARTY (WHETHER OR NOT SUCH LOSSES WERE IN CONTEMPLATION OF THE PARTIES AT THE DATE THESE TERMS WERE ACCEPTED BY CUSTOMER);  AND (b) SUBJECT TO SECTION 9(a) OTHER THAN CUSTOMER'S PAYMENT OBLIGATIONS UNDER THESE TERMS, EACH PARTY'S AGGREGATE LIABILITY TO THE OTHER FROM ANY GIVEN EVENT OR SERIES OF CONNECTED EVENTS UNDER OR IN CONNECTION WITH THESE TERMS, IS LIMITED TO THE GREATER OF: (I) THE AMOUNT PAYABLE TO GOOGLE BY CUSTOMER UNDER THE TERMS IN THE TWO MONTHS IMMEDIATELY PRECEDING THE MONTH IN WHICH THE EVENT (OR FIRST IN A SERIES OF CONNECTED EVENTS) OCCURRED; AND (II) AUD $10,000.

11 Indemnification. Customer will defend, and indemnify Google, its Partners, agents, affiliates, and licensors (each an "Indemnified Person") against all liabilities, damages, losses, costs, fees (including legal fees), and expenses relating to any third-party allegation or legal proceeding to the extent arising out of or related to Ads, Targets, Destinations, Services, Use or any breach of these Terms by Customer, except in relation to each Indemnified Person, to the extent that the third party claim or liability arises as a direct result of: (a) that Indemnified Person's negligence or misconduct; or (b) that Indemnified Person's breach of the Terms.  Partners are intended third-party beneficiaries of this Section.

12 Changes to Terms. Google may make non-material changes to these Terms at any time without notice, but Google will
provide advance notice of any material changes to these Terms. The Terms will be posted at google.com/ads/terms. The changes to the Terms will not apply retroactively and will become effective no less than 7 days after notice.  However, changes made for legal reasons will be

**1316**

effective immediately upon notice.  Either party may terminate these Terms at any time with notice to the other party, but (i) campaigns not cancelled under Section 5 and new campaigns may be run and reserved and (ii) continued Program Use is, in each case, subject to Google's terms and conditions then in effect for the Programs (available at google.com/ads/terms).  Google may suspend Customer's ability to participate in the Programs at any time,  for example, in the event of payment issues, suspected or actual violations of the Policies or these Terms or for legal reasons.  In all cases, the running of any Customer campaigns after termination is in Google's sole discretion.

13 DISPUTE RESOLUTION AGREEMENT.

A.      Negotiation.  In the event any dispute arises out of or in connection with these Terms  (each, a "Dispute"), the parties will make good faith efforts to resolve the Dispute within 60 days of written notice of the Dispute from the other party. If the parties are unable or unwilling to resolve the Dispute in that time, the Dispute will be finally determined by arbitration administered by the International Centre for Dispute Resolution ("ICDR") under its International Arbitration Rules ("Rules").  This agreement to arbitrate is intended to be broadly interpreted and, among other claims, applies to any claims brought by or against (i) Google, Google affiliates that provide the Programs to Customer or Advertiser, Google parent companies, and the respective officers, directors, employees, agents, predecessors, successors, and assigns of these entities and (ii) Customer or Advertiser, the respective affiliates and parent companies of Customer or Advertiser, and the respective officers, directors, employees, agents, predecessors, successors, and assigns of these entities.

B.      Arbitration Procedures.  The place of arbitration will be Santa Clara County, California. The arbitration will be before a tribunal of three arbitrators. The claimant(s) will select one arbitrator of the tribunal in accordance with the Rules, and the respondent(s) will jointly select the second arbitrator in accordance with the Rules.  If the parties fail to agree on the third arbitrator (the "Chairman") within 20 days of the confirmation of the second, the ICDR will appoint the Chairman in accordance with the Rules. The arbitration will be conducted in English. Except as may be otherwise required by law, the existence, contents or results of any arbitration, including any documents or evidence produced, will be strictly confidential. The decision of the arbitrators will be final and binding and judgment upon any awards rendered by the arbitrators may be entered in any court of competent jurisdiction thereof.  The arbitrators will not be bound by rulings in other arbitrations in which Customer or Advertiser is

not a party. The arbitrators will have the power to grant declaratory or injunctive relief, whether interim or final, only in favor of the individual party seeking relief and only to the extent necessary to provide relief warranted by that party's individual claim without affecting other Google users or other Customers or Advertisers, and any provisional measures ordered by the arbitrators may be enforced by any court of competent jurisdiction. Nothing in these Terms will prevent either party from seeking individualized provisional or preliminary relief from any court of competent jurisdiction, and any such application to a court for individualized provisional or preliminary relief will not be deemed incompatible with the agreement to arbitrate or a waiver of the right to arbitrate.

14 Miscellaneous.  (a) ALL CLAIMS ARISING OUT OF OR RELATING TO THESE TERMS OR THE PROGRAMS WILL BE GOVERNED BY CALIFORNIA LAW, EXCLUDING CALIFORNIA'S CONFLICT OF LAWS RULES, EXCEPT TO THE EXTENT THAT CALIFORNIA LAW IS CONTRARY TO OR PREEMPTED BY FEDERAL UNITED STATES LAW. (b) EXCEPT AS PROVIDED IN SECTION 13, SOLELY IN THE EVENT THAT SECTION 13 IS NOT ENFORCED AS TO A PARTICULAR CLAIM OR DISPUTE, ALL CLAIMS ARISING OUT OF OR RELATING TO THESE TERMS OR THE PROGRAMS WILL BE LITIGATED EXCLUSIVELY IN THE FEDERAL OR STATE COURTS OF SANTA CLARA COUNTY, CALIFORNIA; THE PARTIES CONSENT TO PERSONAL JURISDICTION IN THESE COURTS.  (c) These Terms are the parties' entire agreement relating to their subject matter and supersede any prior or contemporaneous agreements on those subjects. (d) Customer may not make any public statement regarding the relationship contemplated by these Terms (except when required by law).   (e) All notices of termination or breach, or under Section 13, must be in writing and addressed to the other party's Legal Department (or if it is not known if the other party has a Legal Department then to the other party's primary contact or other address on file). The email address for notices being sent to Google's Legal Department is legal-notices@google.com.  All other notices to Customer will be in writing and sent to an email address associated with Customer's account.  All other notices to Google will be in writing and addressed to Customer's primary contact at Google or other method made available by Google.   Notice will be treated as given on receipt, as confirmed by written or electronic means.  These notice requirements do not apply to legal service of process, which is instead governed by applicable law. (f) Except for modifications to these Terms by Google under Section 12, any amendment must be agreed to by both parties and must expressly state that it is amending these Terms.  Neither party will be treated as having waived any rights by not exercising (or by delaying the exercise of) any

rights under these Terms. If any provision of these Terms is found unenforceable, that provision will be severed and the balance of the Terms will remain in full force and effect.  (g) Neither party may assign any part of these Terms without the written consent of the other party save that (A) Google may assign all or part of its rights and/or obligations under these Terms to an affiliate if Google has notified Customer of the assignment, and (B) Customer may assign all of its rights and obligations under these Terms to an affiliate but only where (I) the assignee agrees in writing to be bound by these Terms, (II) Customer remains liable for obligations under these Terms if the assignee defaults on them, and (III) Customer has notified Google of the assignment.  Any other attempt to transfer or assign is void.   (h) Except as expressly listed in Sections 11 and 13, there are no third-party beneficiaries to these Terms.  (i) These Terms do not create any agency, partnership or joint venture among the parties.  (j) Sections 1 (last sentence only) and 8 through 14 will survive termination of these Terms.  (k) Except for payment obligations, no party or its affiliates are liable for failure or delay in performance to the extent caused by circumstances beyond its reasonable control.

September 1, 2017

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

©2021 Google
- Privacy Policy
- Terms of Service



English

1. català
2. dansk
3. Deutsch

4.  eesti
5.  English (Australia)
6.  English (United Kingdom)
7.  español
8.  español (Latinoamérica)
9.  Filipino
10. français
11. hrvatski
12. Indonesia
13. italiano
14. latviešu
15. lietuvių
16. magyar
17. Melayu
18. Nederlands
19. norsk
20. polski
21. português
22. português (Brasil)
23. română
24. slovenčina
25. slovenščina
26. suomi
27. svenska
28. Tiếng Việt
29. Türkçe
30. čeština
31. Ελληνικά
32. български
33. русский
34. српски
35. українська
36. עברית
37. العربية
38. हिन्दी
39. ไทย
40. 中文（简体）
41. 中文（繁體）
42. 日本語
43. 한국어
44. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- [Help Center](#)

  - o [List of ad policies](#)

  - o [Review process](#)

  - o [Verification](#)

  - o [Change log](#)

- **[Advertising Policies](#)**

- [Privacy Policy](#)

- [Terms of Service](#)

- [Submit feedback](#)

Advertising policiesThird-party policiesRelated policies & terms
Approval processDisapprovals and suspensions
Verification programs
Upcoming and recent changesPast changes

# What is the issue with this selection?



Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

# Share additional info or suggestions

Do not share any personal info
Cancel
Submit
By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.

Advertising Policies Help



Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

# Abusing the ad network

Google provides translated versions of our Help Center as a convenience, though they are not meant to change the content of our policies. The English version is the official language we use to enforce our policies. To view this article in a different language, use the language dropdown at the bottom of the page.

Display & Video 360 users must comply with this Google Ads policy. Visit the Display & Video 360 help center for additional restrictions.

We want ads across the Google Network to be useful, varied, relevant, and safe for users. We don't allow advertisers to run ads, content, or destinations that attempt to trick or circumvent our ad review processes.

Below are some examples of what to avoid in your ads. Learn about what happens if you violate our policies.

## Malicious or unwanted software

These requirements apply to your ads and any software that your site or app either hosts or links to, regardless of whether the software is promoted through the Google advertising network. The following is not allowed:

Malicious software or "malware" that may harm or gain unauthorized access to a computer, device, or network

Examples (non-exhaustive): Computer viruses, ransomware, worms, trojan horses, rootkits, keyloggers, dialers, spyware, rogue security software, and other malicious programs or apps

Troubleshooter: Malicious software

1. Check the status of your site in the Google Search Console. If you haven't used Search Console before, enter the URL of your website and click "Add a property" to see its status. You may need to verify that you own the site.

   If the Search Console doesn't report any problems, your site could still have security issues that were detected by Google Ads. Consult with your webmaster or web-hosting provider to investigate further. Learn more about how we identify malicious or unwanted software.

2. Remove any malicious or unwanted software.

   Google provides resources and instructions to help you fix your site through Help for Hacked Websites. If you can't fix the ad's destination, update the ad with a new destination that complies with this policy.

3. Edit the ad.

   Editing the ad will resubmit the ad and its destination for review. Most ads are reviewed within one business day, but some can take longer if they need a more complex review.

Ads or destinations that violate Google's Unwanted Software policy

Examples (non-exhaustive): Failure to be transparent about the functionality that the software provides or the full implications of installing the software; failing to include Terms of Service or an End User License Agreement; bundling software or applications without the user's knowledge; making system changes without the user's consent; making it difficult for users to disable or uninstall the software; failing to properly use publicly available Google APIs when interacting with Google services or products

Troubleshooter: Unwanted software

1. Check your ad and destination to make sure it complies with the Google Unwanted Software Policy.
2. Edit the ad and / or destination.

Editing the ad will resubmit the ad and its destination for review. Most ads are reviewed within one business day, but some can take longer if they need a more complex review.

Violations of this policy will not lead to immediate account suspension without prior warning. A warning will be issued, at least 7 days, prior to any suspension of your account. Learn more about suspended accounts.

## Unfair advantage

The following is not allowed:

Using the Google Network to gain an unfair traffic advantage over other participants in the auction

Examples (non-exhaustive): Affiliates that advertise on Google Ads against the applicable affiliate program rules; promoting the same or similar content from multiple accounts on the same or similar queries, trying to show more than one ad at a time for your business, app, or site

Note: Keywords should fit the target audience's likely intent when searching. Each website or app that you promote should offer distinct value to users. For example: avoid promoting similar products and prices across related destinations.

Violations of this policy will not lead to immediate account suspension without prior warning. A warning will be issued, at least 7 days, prior to any suspension of your account. Learn more about suspended accounts.
Learn how to fix a disapproved ad or extension.

## Evasive ad content

Manipulation of ad components (text, image, videos, domain, or subdomains) in an attempt to bypass detection and / or enforcement action

Examples (non-exhaustive): Misspelling prohibited words or phrases to avoid ad disapproval; manipulating trademark terms in the ad text, domain, subdomain, or logo to avoid restrictions on the use of that trademark; using invisible UNICODE characters in ads that add no value to

the ad content for users, manipulating images or videos to hide policy violating content.

Violations of this policy will not lead to immediate account suspension without prior warning. A warning will be issued, at least 7 days, prior to any suspension of your account. Learn more about suspended accounts.

# Circumventing systems

The following is not allowed:

Engaging in practices that circumvent or interfere with Google's advertising systems and processes, or attempts to do so.

Examples (non-exhaustive):

- Cloaking (showing different content to certain users, including Google, than to other users) that aims at or results in interference with Google's review systems, or hides or attempts to hide non-compliance with Google Ads policies, such as:

  - Redirection to non-compliant content
  - Using dynamic DNS to switch page or ad content
  - Manipulating site content or restricting access to so many of your landing pages that it makes it difficult to meaningfully review your ad, site, or account

    Note: Cloaking does not include providing content personalization that adds genuine value for certain users, such as different language versions of the same content or different versions of the same content depending on the user's internet service provider, as long as the offering is still substantially the same, the variation in content is still compliant with Google Ads policies, and Google is able to review a version of the content

- Repeated policy violations across any of your accounts, including creating new domains or accounts to post ads that

**1326**

are similar to ads that have been disapproved (for this or any other Google Ads policy)
- Bypassing enforcement mechanisms and detection by creating variations of ads, domains or content that have been disapproved (for this or any Google Ads policy) or using techniques in text, images, or videos to obfuscate sexually explicit content
- After a previous suspension decision, attempting to use the Google Ads system again by creating new accounts in order to re enter the system
- Abusing Google Ads product features in order to show policy non-compliant content to users and/or gain additional traffic
- Submitting false information as part of our verification programs

We take violations of this policy very seriously and consider them egregious. An egregious violation of the Google Ads policies is a violation so serious that it is unlawful or poses significant harm to our users. In determining whether an advertiser or destination is violating this policy, we may review information from multiple sources including your ad, website, accounts, and third-party sources.  If we find violations of this policy, we will suspend your Google Ads accounts upon detection and without prior warning, and you will not be allowed to advertise with us again. If you believe there's been an error, and that you haven't violated our policy, submit an appeal and explain why. We only reinstate accounts in compelling circumstances, and when there is good reason so it's important that you take the time to be thorough, accurate, and honest. Learn more about suspended accounts.

Note: We may take action on an advertiser's account based on, for example, adverse regulatory warnings, settlements, or rulings about an advertiser's advertising practices, or direct complaints from users or businesses.

Troubleshooter: Circumventing systems

It's possible to have an ad disapproved for violating this policy without having your entire account suspended. This is most common when a word or phrase in the ad appears to be too similar to a prohibited word or a trademarked term that you aren't authorized to advertise. In this case, simply remove that word or phrase from your ad. Once you edit and save the ad, it will automatically be reviewed and can be approved to run if we find that it no longer violates this policy.

## Webmaster Guidelines

The following is not allowed:

Engaging in practices that violate the Google Webmaster Guidelines

Examples (non-exhaustive): Keyword stuffing, cloaking, sneaky redirects, doorway pages, spamming social network sites

Violations of this policy will not lead to immediate account suspension without prior warning. A warning will be issued, at least 7 days, prior to any suspension of your account. Learn more about suspended accounts.
Learn how to fix a disapproved ad or extension.

## Need help?

If you have questions about our policies, let us know: Contact Google Ads Support
Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo

Submit

## Advertising policies

- Ad format requirements
- Ad targeting
- Abusing the ad network
- Ads & made for kids content
- Alcohol
- Copyrights
- Counterfeit goods
- Dangerous products or services
- Data collection and use
- Destination requirements
- Editorial
- Enabling dishonest behavior

- Financial products and services
- Gambling and games
- Healthcare and medicines
- Inappropriate content
- Lead form requirements
- Legal requirements
- Misrepresentation
- Other restricted businesses
- Personalized advertising
- Political content
- Restricted ad formats and features
- Sexual content
- Technical requirements
- Trademarks

- ©2021 Google
- Privacy Policy
- Terms of Service



English

1. català
2. dansk
3. Deutsch
4. eesti
5. English (Australia)
6. English (United Kingdom)
7. español
8. español (Latinoamérica)
9. Filipino
10. français
11. hrvatski
12. Indonesia
13. italiano
14. latviešu
15. lietuvių
16. magyar
17. Melayu
18. Nederlands
19. norsk
20. polski
21. português
22. português (Brasil)

23. română
24. slovenčina
25. slovenščina
26. suomi
27. svenska
28. Tiếng Việt
29. Türkçe
30. čeština
31. Ελληνικά
32. български
33. русский
34. српски
35. українська
36. עברית
37. العربية
38. हिन्दी
39. ไทย
40. 中文（简体）
41. 中文（繁體）
42. 日本語
43. 한국어
44. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- [Help Center](#)

  - [List of ad policies](#)

  - [Review process](#)

- - Verification

- - Change log

- **Advertising Policies**

- Privacy Policy

- Terms of Service

- Submit feedback

Advertising policiesThird-party policiesRelated policies & terms
Approval processDisapprovals and suspensions
Verification programs
Upcoming and recent changesPast changes

# What is the issue with this selection?



Inaccurate - doesn't match what I see in the product



Hard to understand - unclear or translation is wrong



Missing info - relevant but not comprehensive



Irrelevant - doesn't match the title and / or my expectations



Minor errors - formatting issues, typos, and / or broken links



Other suggestions - ideas to improve the content

## Share additional info or suggestions



Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.

Display & Video 360 Help

Sign in

Send feedback on...



This help content & information

General Help Center experience

Next

Help CenterAnnouncements

# Restricted products and services

We want to support a healthy digital advertising ecosystem — one that is trustworthy, transparent, and works for users, advertisers and publishers.

Products that are designated as non-family safe by Google Ads will not be able to serve on Display & Video 360. In addition, certain categories listed below may not be eligible to serve through Display & Video 360, or may serve only under very specific conditions.

You may be required to complete a verification program or apply for a certificate to serve ads.

Creative Approval

- Creatives must follow Google Ads policies to serve on Display & Video 360.
- Ads that include sensitive content may be manually reviewed before they can serve. Manual review typically takes 24 hours.

## Policy center

Navigate to Advertiser settings ⊞ Policy center to view the status of your certificates to run ads for restricted products and services.

## Advertiser Identity

To increase transparency for users, we may require you to verify your legal name through advertiser identity verification. You will be notified by email and given 30 days

to complete verification. Check the Google Ads Advertiser Identity policy for information on criteria and requirements.

Any ads run by those verified will contain a disclosure using the information provided during the verification program. Learn more about Advertiser transparency and disclosures.

## Alcohol

All creatives must comply with Google Ads Alcohol policy and only advertise alcoholic beverages in countries where it is allowed. Ensure your creatives meet the requirements outlined in our Irresponsible alcohol advertising policy.

## Election advertising

All creatives must comply with Political Content policy, including country restrictions, and all local regulations.

To serve political content in certain countries on Display & Video 360 you must complete verification.

Apply for verification

## Gambling

All creatives must comply with Google Ads Gambling and games policy and all local regulations and industry standards.
Gambling-related content can only serve in certain countries on Display & Video 360. Check Gambling country restrictions for all restrictions that apply to the country your ad campaign is targeting.

To run gambling-related content on open exchanges, YouTube, and deals on Display & Video 360, you must certify the domain of the advertiser for each country you target before your ads can serve. Ensure your ads only target approved countries, have a landing page that displays information about responsible gambling, and never target minors.

## Apply for certification

You can apply for certification by filling out the forms below (available in English only):

- If you are a licensed operator and/or aggregator, select the online application form for the country where you're applying.
- If you operate in a country where we allow state-run entities, use this form to apply.

- If you are a social casino games operator, use this form to apply.

  For all applications:

- Please be sure to include the Display & Video 360 advertiser and partner ID for the account that will serve gambling content.
- Submit a separate application for every country you target.
- To cut down on any unnecessary delays, be sure to fill out all of the requested information.
- If you are an agency applying on behalf of an advertiser, please send documentation detailing your relationship with the advertiser or license holder.
- If you're serving YouTube ads, please request certification for both your website and the YouTube URL for your linked YouTube channel (youtube.com/channel). You can request both domains in the same certification application.
- If you're advertising apps, please request certification for both your website and the app store URL for any app you're linking to (itunes.apple.com/appname or play.google.com/appname or facebook.com/appname). You can request all of the domains in the same certification application.

## Restricted financial products and services

All creatives must comply with Google Ads Financial products and services policy and all local regulations and industry standards.

Content related to complex speculative products, cryptocurrency exchanges and debt services can only serve in certain countries. Check the approved countries list for each topic for all restrictions that apply to the country your ad campaign is targeting.

Certification is required if you intend to serve the following content on open exchanges, YouTube and deals:

- Complex speculative products
- Content related to cryptocurrency exchanges
- Content related to debt services

Ensure that you only target the country your ads are certified for and never target minors.

## Apply for certification

Apply for certification for restricted financial products here and debt services here (available in English only).

- Please be sure to include the Display & Video 360 advertiser and partner ID for the account that will serve complex speculative financial products content.

- To cut down on any unnecessary delays, be sure to fill out all of the requested information.
- If you're serving YouTube ads, please request certification for both your website and the YouTube URL for your linked YouTube channel (youtube.com/channel). You can request both domains in the same certification application.
- If you're advertising apps, please request certification for both your website and the app store URL for any app you're linking to (itunes.apple.com/appname or play.google.com/appname or facebook.com/appname). You can request all of the domains in the same certification application.

## Restricted Healthcare and medicines

All creatives must comply with Google Ads Healthcare and medicine policy.

Some healthcare-related content can only be advertised if the advertiser is certified with Google and targets only approved countries on Display & Video 360. Review How does this policy differ from country to country?, for all restrictions that apply to the country your ad campaign is targeting.
Certification is required if you intend to serve the following content on open exchanges, YouTube and deals:

- Pharmaceutical related content, such as online pharmacies, pharmaceutical manufacturers, and others looking to use prescription drug terms within the creative or landing page.
- Drug and alcohol addiction services in the United States. Note: not all drug and alcohol addiction services are eligible for certification. Those not eligible cannot serve on Display & Video 360.

## Apply for certification

To apply for certification out our online application form (available in English only).

- If you are applying as an addiction services provider, Legitscript will certify you (Learn more and apply for LegitScript Certification) Once complete, you must certify the domain of your advertiser with Display & Video before your ads can serve.
- Please be sure to include the Display & Video 360 advertiser and partner ID for the account that will serve pharmaceutical content.
- To cut down on any unnecessary delays, be sure to fill out all of the requested information.
- If you are an agency applying on behalf of an advertiser, please send documentation detailing your relationship with the advertiser or license holder. You can use the template included in the application form.

- If you're serving YouTube ads, please request certification for both your website and the YouTube URL for your linked YouTube channel (youtube.com/channel). You can request both domains in the same certification application.
- If you're advertising apps, please request certification for both your website and the app store URL for any app you're linking to (itunes.apple.com/appname or play.google.com/appname or facebook.com/appname). You can request all of the domains in the same certification application.

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

## Need more help?

Sign in for additional support options to quickly solve your issue

## Policies and privacy

- How data is used
- Helping you comply with regulations worldwide
- Restricted products and services
- Political content
- Information on reselling
- Brand Lift surveys policies
- Mute ads on websites that partner with Google



Review Google Ads content policies

Creatives must follow Google Ads content policies to serve on Display & Video 360.

- ©2021 Google
- Privacy Policy
- Terms of Service
- Google Marketing Platform



English

1. Deutsch
2. español
3. français
4. italiano
5. polski
6. português (Brasil)
7. Türkçe
8. čeština
9. русский
10. 中文（简体）
11. 中文（繁體）
12. 日本語
13. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- [Help Center](#)

- [Display & Video 360](#)

- [Privacy Policy](#)

- [Terms of Service](#)

- [Submit feedback](#)

# What is the issue with this selection?



Inaccurate - doesn't match what I see in the product



Hard to understand - unclear or translation is wrong



Missing info - relevant but not comprehensive



Irrelevant - doesn't match the title and / or my expectations



Minor errors - formatting issues, typos, and / or broken links



Other suggestions - ideas to improve the content

# Share additional info or suggestions



Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.

Advertising Policies Help



Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

# Verification programs

- About verification
- Advertiser identity verification and ad disclosures FAQ
- Complete advertiser identity verification
- Advertiser identity verification guidance
- Document requirements for advertiser identity verification
- Election advertising verification
- Verification for election advertising in the European Union
- About restricted financial products certification
- Gambling and games
- Healthcare and medicines
- About abortion certification and disclosures
- About event ticket seller certification
- Other restricted businesses
- Trademark help for advertisers
- Copyrights
- Advanced Verification policies
- Restricted ad formats and features
- Advertiser Identity Verification
- About UK Financial Services Verification

- ©2021 Google
- Privacy Policy
- Terms of Service



English

1. català

2. dansk
3. Deutsch
4. eesti
5. English (Australia)
6. English (United Kingdom)
7. español
8. español (Latinoamérica)
9. Filipino
10. français
11. hrvatski
12. Indonesia
13. italiano
14. latviešu
15. lietuvių
16. magyar
17. Melayu
18. Nederlands
19. norsk
20. polski
21. português
22. português (Brasil)
23. română
24. slovenčina
25. slovenščina
26. suomi
27. svenska
28. Tiếng Việt
29. Türkçe
30. čeština
31. Ελληνικά
32. български
33. русский
34. српски
35. українська
36. עברית
37. العربية
38. हिन्दी
39. ไทย
40. 中文（简体）
41. 中文（繁體）
42. 日本語
43. 한국어
44. English

Send feedback about our Help Center

> 1

Google Help

- [Help Center](#)

  - [List of ad policies](#)

  - [Review process](#)

  - [Verification](#)

  - [Change log](#)

- [Advertising Policies](#)

- [Privacy Policy](#)

- [Terms of Service](#)

- [Submit feedback](#)

Advertising policiesThird-party policiesRelated policies & terms
Approval processDisapprovals and suspensions
Verification programs
Upcoming and recent changesPast changes
Send feedback on...
This help content & information General Help Center experience

- Search Central

Documentation

- Not much time?
-

  Quickstart

-

  Get your website on Google

-

  Do you need an SEO?

-

  Optimize your site for search engines

-

  Measuring your performance on Google

- Beginner SEO
-

  Get started

- [How Google Search Works](#)

- [SEO starter guide](#)

- [Establish your business details with Google](#)

- [Beginner's guide to Search Console](#)

- Advanced SEO
- [Get started](#)

- [Guidelines](#)

- [Control crawling and indexing](#)

- [Change your Search appearance](#)

- [Optimize page experience](#)

[Support Blog What's new](#)

- [Documentation updates](#)

- [New YouTube videos](#)

- [Recent podcast episodes](#)

[Events Case studies More](#)

| English ▾ |

Select an optionEnglish

- English
- Bahasa Indonesia
- Deutsch
- Español
- Español – América Latina
- Français
- Italiano
- Polski
- Português – Brasil
- Tiếng Việt
- Türkçe
- Русский
- العربيّة

- हिंदी
- ภาษาไทย
- 中文 – 简体
- 中文 – 繁體
- 日本語
- 한국어

[Sign in](#)

- [Documentation](#)

[Go to Search Console](#)
[Introduction Just the basics Beginner SEO Advanced SEO More](#)



- [Search Central](#)

- [Documentation](#)
  - More
  - [Introduction](#)
  - [Just the basics](#)
  - [Beginner SEO](#)
  - [Advanced SEO](#)
- [Support](#)
- [Blog](#)
- [What's new](#)
  - More
- [Events](#)
- [Case studies](#)

- [Get started](#)
- [How Google Search works](#)
- [Developer's guide to Search](#)
- [Advanced guide to Search Console](#)
- Guidelines
  - [Overview of guidelines](#)
  - [Webmaster guidelines](#)
  - General guidelines
    - [Keep a simple URL structure](#)
    - [Qualify your outbound links to Google](#)
    - [Tag site for child-directed treatment](#)
    - [Browser compatibility](#)

**1347**

- ▪ Avoid creating duplicate content
  - ▪ Make your links crawlable
  - ▪ Make sure Googlebot is not blocked
  - ▪ Best practices for website testing with Google Search
- o Content-specific guidelines
  - ▪ Images and video
    - ▪ Google Images best practices
    - ▪ Video best practices
    - ▪ Rich media file best practices
  - ▪ Best practices for bloggers
  - ▪ Free web hosters
  - ▪ Keep redacted information out of Search
  - ▪ AMP on Google Search guidelines
  - ▪ COVID-19 resources and tips
    - ▪ For all sites
    - ▪ For education sites
    - ▪ For health and government sites
- o Quality guidelines
  - ▪ Automatically generated content
  - ▪ Sneaky redirects
  - ▪ Link schemes
  - ▪ Thin content
  - ▪ Paid links
  - ▪ Cloaking
  - ▪ Hidden text and links
  - ▪ Doorway pages
  - ▪ Scraped content
  - ▪ Affiliate programs
  - ▪ Irrelevant keywords
  - ▪ Creating pages with malicious behavior
  - ▪ Automated queries
  - ▪ User-generated spam
  - ▪ Ways to prevent comment spam
  - ▪ Report spam, paid links, or malware
- • Control crawling and indexing
  - o Overview
  - o Sitemaps
    - ▪ Learn about sitemaps
    - ▪ Build and submit a sitemap
    - ▪ Split up your large sitemaps
    - ▪ Sitemap extensions
      - ▪ Video sitemaps and alternatives
      - ▪ Image sitemaps
      - ▪ Google News sitemaps
  - o robots.txt
    - ▪ Introduction to robots.txt

- Create and submit a robots.txt file
- Update your robots.txt file
- How Google interprets the robots.txt specification
- Robots FAQs
  - Meta tags
    - All meta tags that Google understands
    - Block search indexing with noindex
    - Robots meta tag, data-nosnippet, and X-Robots-Tag specifications
  - Crawler management
    - Ask Google to recrawl your URLs
    - Reduce the Googlebot crawl rate
    - Verifying Googlebot
    - Large site owner's guide to managing your crawl budget
    - How HTTP status codes, and network and DNS errors affect Google Search
    - Google crawlers
      - Overview
      - Googlebot
      - Google Read Aloud user agent
      - APIs-Google user agent
      - Feedfetcher
      - Duplex on the web user agent
  - Removals
    - Control what you share with Google
    - Remove a page hosted on your site from Google
    - Remove images hosted on your site from search results
  - Duplicate URLs
  - Site moves and changes
    - Redirects and Google Search
    - Site moves
      - What is a site move?
      - Move a site without URL changes
      - Move a site with URL changes
    - Temporarily pause or disable a website
    - Soft 404 errors
  - International and multilingual sites
    - Overview
    - Managing multi-regional and multilingual sites
    - Tell Google about localized versions of your page
    - How Google crawls locale-adaptive pages
  - JavaScript content
    - Understand the JavaScript SEO basics
    - Fix search-related JavaScript problems
    - Fix lazy-loaded content
    - Implement dynamic rendering
- Change your Search appearance

- o [Overview of Search appearance topics](#)
- o [Create good titles and snippets in Search Results](#)
- o [Enable Search result features for your site](#)
- o [Featured snippets and your website](#)
- o [Sitelinks](#)
- o [Provide a publication date to Google Search](#)
- o [Define a favicon to show in search results](#)
- o Using structured data
  - ▪ [Understand how structured data works](#)
  - ▪ [Try the structured data codelab](#)
  - ▪ [Explore the search gallery](#)
  - ▪ [Structured data general guidelines](#)
  - ▪ [Generate structured data with JavaScript](#)
  - ▪ Feature guides
    - ▪ [Article](#)
    - ▪ [Book](#)
    - ▪ [Breadcrumb](#)
    - ▪ [Carousel](#)
    - ▪ [Course](#)
    - ▪ [COVID-19 announcements](#)
    - ▪ [Critic review](#)
    - ▪ [Dataset](#)
    - ▪ [Employer Aggregate Rating](#)
    - ▪ [Estimated salary](#)
    - ▪ [Event](#)
    - ▪ [Fact Check](#)
    - ▪ [FAQ](#)
    - ▪ [Home Activities](#)
    - ▪ [How-to](#)
    - ▪ [Image License](#)
    - ▪ [Job Posting](#)
    - ▪ [Job Training](#)
    - ▪ [Local Business](#)
    - ▪ [Logo](#)
    - ▪ [Math solvers](#)
    - ▪ [Movie](#)
    - ▪ [Practice problems](#)
    - ▪ [Product](#)
    - ▪ [Q&A](#)
    - ▪ [Recipe](#)
    - ▪ [Review snippet](#)
    - ▪ [Sitelinks search box](#)
    - ▪ [Software App](#)
    - ▪ [Speakable](#)
    - ▪ [Subscription and paywalled content](#)
    - ▪ [Video](#)

- o Enriched search results
- o Flexible Sampling general guidance
- o Enable Top Places List
- o Opt out of display in local search results and other Google properties
- o Use Image Rights Metadata in Google Images
- o Debug with search operators
    - Overview
    - site: search operator
    - cache: search operator
    - Google Images search operators
- o Web Stories
    - Enable Web Stories on Google
    - Best practices for creating Web Stories
    - Web Story content policy
- o Early Adopters Program
    - Package tracking
    - Mobile recharge
- Optimize your page experience
    - o Understanding page experience
    - o Get started with signed exchanges on Google Search
    - o Mobile
        - Overview of mobile topics
        - Mobile-friendliness
            - Get started
            - Mobile-first indexing best practices
            - Choose a configuration
                - Overview
                - Responsive Web Design
                - Dynamic Serving
                - Separate URLs
                - Tablets and Feature phones
            - Avoid common mistakes when designing for mobile
            - Customize your website software to be mobile-friendly
            - Resources for developing mobile-friendly pages
            - Mobile FAQs
        - Announce mobile billing charges clearly
        - Mobile viewing on feature phones
        - Web Light: Faster and lighter pages from Search
        - Ad network support for Web Light pages in Google Search
        - Google Discover and your website
    - o Security
        - Overview of security topics
        - Secure your site with HTTPS
        - What is hacking or hacked content?
        - Malware and unwanted software
        - Preventing malware infection

- ▪ [Social engineering (phishing and deceptive sites)](#)
        - ▪ [Google Safe Browsing Repeat Offenders Policy](#)
    - o AMP
        - ▪ [Understand how AMP looks in search results](#)
        - ▪ [Enhance AMP content](#)
        - ▪ [Validate AMP content](#)
        - ▪ [Remove AMP content](#)
- Search APIs
    - o [Site Verification API](#)
    - o [Search Console API](#)
    - o [URL Testing Tools API](#)
    - o [Indexing API](#)

- Not much time?
- [Quickstart](#)
- [Get your website on Google](#)
- [Do you need an SEO?](#)
- [Optimize your site for search engines](#)
- [Measuring your performance on Google](#)
- Beginner SEO
- [Get started](#)
- [How Google Search Works](#)
- [SEO starter guide](#)
- [Establish your business details with Google](#)
- [Beginner's guide to Search Console](#)
- Advanced SEO
- [Get started](#)
- [Guidelines](#)
- [Control crawling and indexing](#)
- [Change your Search appearance](#)
- [Optimize page experience](#)

- [Documentation updates](#)
- [New YouTube videos](#)
- [Recent podcast episodes](#)

- Table of contents
- [General guidelines](#)
    - o [Help Google find your pages](#)
    - o [Help Google understand your pages](#)
    - o [Help visitors use your pages](#)
- [Quality guidelines](#)
    - o [Basic principles](#)
    - o [Specific guidelines](#)

- [Home](#)

- Search Central
- Documentation
- Advanced SEO

Was this helpful?
Send feedback

- Table of contents
- General guidelines
  - Help Google find your pages
  - Help Google understand your pages
  - Help visitors use your pages
- Quality guidelines
  - Basic principles
  - Specific guidelines
-

# Webmaster guidelines



Following the General guidelines will help Google find, index, and rank your site.

We strongly encourage you to pay very close attention to the Quality guidelines, which outline some of the illicit practices that may lead to a site being removed entirely from the Google index or otherwise affected by an algorithmic or manual spam action. If a site has been affected by a spam action, it may no longer show up in results on Google.com or on any of Google's partner sites.

# General guidelines

## Help Google find your pages

- Ensure that all pages on the site can be reached by a link from another findable page. Make sure the referring link includes either text or, for images, an `alt` attribute, that is relevant to the target page. Crawlable links are `<a>` tags with an `href` attribute.
- Provide a sitemap file with links that point to the important pages on your site. Also provide a page with a human-readable list of links to these pages (sometimes called a site index or site map page).
- Limit the number of links on a page to a reasonable number (a few thousand at most).
- Make sure that your web server correctly supports the `If-Modified-Since` HTTP header. This feature directs your web server to tell Google if your content has changed since we last crawled your site. Supporting this feature saves you bandwidth and overhead.

- Use the robots.txt file on your web server to manage your crawling budget by preventing crawling of infinite spaces such as search result pages. Keep your robots.txt file up to date. Learn how to manage crawling with the robots.txt file. Test the coverage and syntax of your robots.txt file using the robots.txt Tester.

**Ways to help Google find your site:**

- Ask Google to crawl your pages.
- Make sure that any sites that should know about your pages are aware your site is online.

## Help Google understand your pages

- Create a useful, information-rich site, and write pages that clearly and accurately describe your content.
- Think about the words users would type to find your pages, and make sure that your site actually includes those words within it.
- Ensure that your `<title>` elements and `alt` attributes are descriptive, specific, and accurate.
- Design your site to have a clear conceptual page hierarchy.
- Follow our recommended best practices for images, video, and structured data.
- When using a content management system (for example, Wix or WordPress), make sure that it creates pages and links that search engines can crawl.
- To help Google fully understand your site's contents, allow all site assets that would significantly affect page rendering to be crawled: for example, CSS and JavaScript files that affect the understanding of the pages. The Google indexing system renders a web page as the user would see it, including images, CSS, and JavaScript files. To see which page assets that Googlebot cannot crawl, use the URL Inspection tool. To debug directives in your robots.txt file, use the robots.txt Tester tool.
- Allow search bots to crawl your site without session IDs or URL parameters that track their path through the site. These techniques are useful for tracking individual user behavior, but the access pattern of bots is entirely different. Using these techniques may result in incomplete indexing of your site, as bots may not be able to eliminate URLs that look different but actually point to the same page.
- Make your site's important content visible by default. Google is able to crawl HTML content hidden inside navigational elements such as tabs or expanding sections. However, we consider this content less accessible to users, and recommend that you make your most important information visible in the default page view.
- Make a reasonable effort to ensure that advertisement links on your pages do not affect search engine rankings. For example, use robots.txt, `rel="nofollow"`, or `rel="sponsored"` to prevent advertisement links from being followed by a crawler.

## Help visitors use your pages

- Try to use text instead of images to display important names, content, or links. If you must use images for textual content, use the `alt` attribute to include a few words of descriptive text.

- Ensure that all links go to live web pages. Use valid HTML.
- Optimize your page loading times. Fast sites make users happy and improve the overall quality of the web (especially for those users with slow Internet connections). Google recommends that you use tools like PageSpeed Insights and Webpagetest.org to test the performance of your page.
- Design your site for all device types and sizes, including desktops, tablets, and smartphones. Use the Mobile-Friendly Test to test how well your pages work on mobile devices, and get feedback on what needs to be fixed.
- Ensure that your site appears correctly in different browsers.
- If possible, secure your site's connections with HTTPS. Encrypting interactions between the user and your website is a good practice for communication on the web.
- Ensure that your pages are useful for readers with visual impairments, for example, by testing usability with a screen-reader.

# Quality guidelines

These quality guidelines cover the most common forms of deceptive or manipulative behavior, but Google may respond negatively to other misleading practices not listed here. It's not safe to assume that just because a specific deceptive technique isn't included on this page, Google approves of it. Website owners who spend their energies upholding the spirit of the basic principles will provide a much better user experience and subsequently enjoy better ranking than those who spend their time looking for loopholes they can exploit.

If you believe that another site is abusing Google's quality guidelines, please let us know by filing a spam report. Google prefers developing scalable and automated solutions to problems, and will use the report for further improving our spam detection systems.

## Basic principles

- Make pages primarily for users, not for search engines.
- Don't deceive your users.
- Avoid tricks intended to improve search engine rankings. A good rule of thumb is whether you'd feel comfortable explaining what you've done to a website that competes with you, or to a Google employee. Another useful test is to ask, "Does this help my users? Would I do this if search engines didn't exist?"
- Think about what makes your website unique, valuable, or engaging. Make your website stand out from others in your field.

## Specific guidelines

**Avoid** the following techniques:

- Automatically generated content
- Participating in link schemes
- Creating pages with little or no original content
- Cloaking

- Sneaky redirects
- Hidden text or links
- Doorway pages
- Scraped content
- Participating in affiliate programs without adding sufficient value
- Loading pages with irrelevant keywords
- Creating pages with malicious behavior, such as phishing or installing viruses, trojans, or other badware
- Abusing structured data markup
- Sending automated queries to Google

**Follow** good practices:

- Monitoring your site for hacking and removing hacked content as soon as it appears
- Preventing and removing user-generated spam on your site

If your site violates one or more of these guidelines, then Google may take manual action against it. Once you have remedied the problem, you can submit your site for reconsideration.

Was this helpful?
Send feedback

Except as otherwise noted, the content of this page is licensed under the Creative Commons Attribution 4.0 License, and code samples are licensed under the Apache 2.0 License. For details, see the Google Developers Site Policies. Java is a registered trademark of Oracle and/or its affiliates.

Last updated 2021-07-27 UTC.

[{ "type": "thumb-down", "id": "missingTheInformationINeed", "label":"Missing the information I need" },{ "type": "thumb-down", "id": "tooComplicatedTooManySteps", "label":"Too complicated / too many steps" },{ "type": "thumb-down", "id": "outOfDate", "label":"Out of date" },{ "type": "thumb-down", "id": "samplesCodeIssue", "label":"Samples / code issue" },{ "type": "thumb-down", "id": "otherDown", "label":"Other" }] [{ "type": "thumb-up", "id": "easyToUnderstand", "label":"Easy to understand" },{ "type": "thumb-up", "id": "solvedMyProblem", "label":"Solved my problem" },{ "type": "thumb-up", "id": "otherUp", "label":"Other" }] Need to tell us more?

- **Ask questions**
  - Post in our help community
  - Join SEO office hours
  - Help documentation
- **Get updates**
  - Blog
  - Twitter
  - YouTube

- **Resources**
  - [Do you need an SEO?](#)
  - [SEO Starter Guide](#)
  - [Search Console documentation](#)
  - [Case Studies](#)
- **Tools**
  - [Search Console](#)
  - [Mobile-Friendly Test](#)
  - [Rich Results Test](#)
  - [PageSpeed Insights](#)
  - [AMP Test](#)



- [Android](#)
- [Chrome](#)
- [Firebase](#)
- [Google Cloud Platform](#)
- [All products](#)

- [Terms](#)
- [Privacy](#)
- Sign up for the Google Developers newsletter [Subscribe](#)



Select an optionEnglish

- English
- Bahasa Indonesia
- Deutsch
- Español
- Español – América Latina
- Français
- Italiano
- Polski
- Português – Brasil
- Tiếng Việt
- Türkçe
- Русский
- العربيّة
- हिंदी
- ภาษาไทย
- 中文 – 简体
- 中文 – 繁體

- 日本語
- 한국어

Advertising Policies Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

# Misrepresentation

Google provides translated versions of our Help Center as a convenience, though they are not meant to change the content of our policies. The English version is the official language we use to enforce our policies. To view this article in a different language, use the language dropdown at the bottom of the page.

Display & Video 360 users must comply with this Google Ads policy. Visit the Display & Video 360 help center for additional restrictions.

We want users to trust the ads on our platform, so we strive to ensure ads are clear and honest, and provide the information that users need to make informed decisions. We don't allow ads or destinations that deceive users by excluding relevant product information or providing misleading information about products, services, or businesses.

Below are some examples of what to avoid in your ads. Learn about what happens if you violate our policies.

## Unacceptable business practices

The following is not allowed:



Scamming users by concealing or misstating information about the advertiser's business, product, or service

Examples (non-exhaustive):

- Impersonating brands or businesses by referencing or modifying the brand content in the ads, URL, destinations or

misrepresenting yourself as the brand or business in user interactions
- Enticing users to part with money or information through a fictitious business that lacks the qualifications or capacity to provide the advertised products or services
- False advertising of services that could endanger a user's health, life, or safety.  Pretending to provide critical services that result in a delay to the user receiving treatment or medical help

Ad destinations that use "phishing" techniques to gather user information

Examples (non-exhaustive): Sites that trick users into revealing their personal information by mimicking a trusted entity such as a browser or bank

Note: We may take action on advertiser's account based on, for example, adverse regulatory warnings, settlements, or rulings about an advertiser's business practices, or direct complaints from businesses and other entities about impersonation.

We take violations of this policy very seriously and consider them egregious. An egregious violation of the Google Ads policies is a violation so serious that it is unlawful or poses significant harm to our users. In determining whether an advertiser or destination is violating this policy, we may review information from multiple sources including your ad, website, accounts, and third-party sources.  If we find violations of this policy, we will suspend your Google Ads accounts upon detection and without prior warning, and you will not be allowed to advertise with us again. If you believe there's been an error, and that you haven't violated our policy, submit an appeal and explain why. We only reinstate accounts in compelling circumstances, and when there is good reason so it's important that you take the time to be thorough, accurate, and honest. Learn more about suspended accounts.

## Coordinated deceptive practices

The following is not allowed:

Coordinating with other sites or accounts and concealing or misrepresenting your identity or other material details about yourself, where your content relates to politics, social issues, or matters of public concern

Directing content about politics, social issues, or matters of public concern to users in a country other than your own, if you misrepresent or conceal your country of origin, or other material details about yourself

We take violations of this policy very seriously and consider them egregious. An egregious violation of the Google Ads policies is a violation so serious that it is unlawful or poses significant harm to our users. In determining whether an advertiser or destination is violating this policy, we may review information from multiple sources including your ad, website, accounts, and third-party sources.  If we find violations of this policy, we will suspend your Google Ads accounts upon detection and without prior warning, and you will not be allowed to advertise with us again. If you believe there's been an error, and that you haven't violated our policy, submit an appeal and explain why. We only reinstate accounts in compelling circumstances, and when there is good reason so it's important that you take the time to be thorough, accurate, and honest. Learn more about suspended accounts.

Learn how to fix a disapproved ad or extension.

## Misleading representation

The following is not allowed:

Making misleading statements, obscuring, or omitting material information about your identity, affiliations, or qualifications

Examples (non-exhaustive):  implying affiliation with or endorsement by, another individual, organization, product, or service without their knowledge or consent; an affiliate marketer advertising legal services without disclosing that they do not provide legal services; an unlicensed home contractor claiming to be a licensed provider; non fulfillment of product or service claimed in the ad due to a lack of qualifications

Providing an inaccurate business name or business name that does not clearly represent the advertised business or disambiguates from similar businesses in the ad or user interactions

Example (non-exhaustive): misrepresenting your business name in calls with users

Violations of this policy will not lead to immediate account suspension without prior warning. A warning will be issued, at least 7 days, prior to any suspension of your account. Learn more about suspended accounts.

## Dishonest pricing practices

The following is not allowed:



Failure to clearly and conspicuously disclose the payment model or full expense that a user will bear

Examples (non-exhaustive): not exposing price, shipping costs, and other billing related information, interest rates, late payment fines or recurring subscription cost; using premium rate phone numbers in call extensions; inflating prices from the quoted amount to exploit users in vulnerable situations or who are under duress

Advertising products or services as free when they are chargeable

Examples (non-exhaustive): Promoting apps as free when a user must pay to install the app

Troubleshooter: Dishonest pricing practices

Violations of this policy will not lead to immediate account suspension without prior warning. A warning will be issued, at least 7 days, prior to any suspension of your account. Learn more about suspended accounts.

## Clickbait Ads

The following is not allowed:

Ads that use clickbait tactics or sensationalist text or imagery to drive traffic

Examples (non-exhaustive): Ads that claim to reveal secrets, scandals or other sensationalist information about the product or service being advertised; ads which use clickbait messaging such as "Click here to find out", "You won't believe what happened" or phrases synonymous or similar to encourage the user to click on the Ad in order to understand

the full context of the ad;  ads which use clearly altered zoomed in body parts, mugshots, or real life accident or disaster photos to promote a product or a service; or ads which use "before and after" images to promote significant alterations to the human body

Ads that use negative life events such as death, accidents, illness, arrests or bankruptcy to induce fear, guilt or other strong negative emotions to pressure the viewer to take immediate action.

Examples (non-exhaustive): Ads that pressure the user to purchase, subscribe to or stop consuming a product or service in order to avoid harm; ads which use depictions of severe distress, pain, fear or shock to promote a product or service

Violations of this policy will not lead to immediate account suspension without prior warning. A warning will be issued, at least 7 days, prior to any suspension of your account. Learn more about suspended accounts.

Learn how to fix a disapproved ad or extension.

## Misleading ad design

The following is not allowed:

Ads that make it difficult for the user to understand they are interacting with an ad

Examples (non-exhaustive):  Ads that resemble system or site warnings/error messages; ads that simulate messages, dialog boxes, menus, or request notifications; hosted ads that are indistinguishable from other content; ads depicting features that do not work, such as close buttons, text input boxes, multiple choice options; download/install buttons or icons in image ads; ads with a transparent background; images that are segmented; an image that contains multiple copies of itself within the ad; images that appear to be more than one ad; moving and clicking arrows; ads that use surreptitious techniques to disguise their nature

Note: Animated ads and Ad gallery ads can have mock animated features or icons as long as the functionality

works or the purpose of these features can be found on the landing page.

Violations of this policy will not lead to immediate account suspension without prior warning. A warning will be issued, at least 7 days, prior to any suspension of your account. Learn more about suspended accounts.

Learn how to fix a disapproved ad or extension.

# Manipulated media

The following is not allowed:

Manipulating media to deceive, defraud, or mislead others

Examples (non-exhaustive):  Deceptively doctoring media related to politics, social issues, or matters of public concern

Violations of this policy will not lead to immediate account suspension without prior warning. A warning will be issued, at least 7 days, prior to any suspension of your account. Learn more about suspended accounts.

Learn how to fix a disapproved ad or extension.

## Unreliable claims

The following is not allowed:

Making inaccurate claims or claims that entice the user with an improbable result (even if this result is possible) as the likely outcome a user can expect

Claims related to health and weight loss

- Making unproven claims of cures for incurable medical ailments

Examples (non-exhaustive): "Miracle cures" for medical ailments such as arthritis, diabetes, Alzheimer's disease, or cancer; Products that claim to be "cure-all" for several diseases;

Note: For health-related claims, including testimonial content, we may defer to local regulatory guidelines when enforcing this policy.

- Making claims of unrealistic weight loss within a specific time frame or requiring little effort

    Example (non-exhaustive): Extreme weight loss products or programs

    Specific example: A weight loss ad that says you can eat whatever you want and lose 10 pounds in a month

- Content promoting harmful health claims, or content that relates to a current, major health crisis and contradicts authoritative scientific consensus

    Examples (non-exhaustive): Anti-vaccine advocacy; denial of the existence of medical conditions such as AIDS or Covid-19; gay conversion therapy

Note: If you guarantee certain results, have a clear and easily accessible refund (money-back) policy. Testimonials that claim specific results must include a visible disclaimer stating that there is no guarantee of specific results and that the results can vary. Include links to third-party verification or include relevant and noticeable disclaimers when testimonials and endorsements imply that results are typical.

Claims related to financial products or money making schemes

- Making unrealistic promises of large financial return with minimal risk, effort or investment

    Examples (non-exhaustive): "Get rich quick" schemes; guaranteeing returns, or promising returns that are unrealistic or exaggerated for the advertised investment product; presenting investment products as risk-free or downplaying the risk of investment opportunities

Claims related to politics, social issues, or matters of public concern

- Making claims that are demonstrably false and could significantly undermine participation or trust in an electoral or democratic process

Example (non-exhaustive): Information about public voting procedures, political candidate eligibility based on age or birthplace, election results, or census participation that contradicts official government records; incorrect claims that a public figure has died, or been involved in an accident

Violations of this policy will not lead to immediate account suspension without prior warning. A warning will be issued, at least 7 days, prior to any suspension of your account. Learn more about suspended accounts.

Learn how to fix a disapproved ad or extension.

## Unclear relevance

The following is not allowed:

 Promotions that are not relevant to the destination

Examples (non-exhaustive): An ad that uses the keyword insertion feature without a relevant "default" keyword in place; ad title not relevant to ad content; ad doesn't clearly indicate that the resulting destination is a search results page; ad doesn't accurately describe what the user will see on the destination; using overly general keywords or engaging in keyword spam

Note: When using keyword insertion, include default ad text that is clear and easy to understand.

Violations of this policy will not lead to immediate account suspension without prior warning. A warning will be issued, at least 7 days, prior to any suspension of your account. Learn more about suspended accounts.

Learn how to fix a disapproved ad or extension.

## Unavailable offers

The following is not allowed:

Promising products, services, or promotional offers in the ad that are unavailable or aren't easily found from the destination

Examples (non-exhaustive): Promoting products that are not stocked; promoting a deal that is no longer active; promoting a price that is inaccurate; call-to-action in the ad that isn't easily available from the destination

Specific example: Ad reads "Buy tablets from $40," but upon clicking on the ad, the user finds no tablets available for purchase at $40

Note: Avoid creating ads for specific offers unless you can update your ads as your inventory or offers change. For example, if you create an ad for a one-day promotional discount, remember to update or remove the ad the next day when the offer is no longer available. If the inventory or prices on your site change often, consider setting up Dynamic Search Ads, which automatically show your ad based on the content of your website.

Violations of this policy will not lead to immediate account suspension without prior warning. A warning will be issued, at least 7 days, prior to any suspension of your account. Learn more about suspended accounts.
Learn how to fix a disapproved ad or extension.

# Need help?

If you have questions about our policies, let us know: Contact Google Ads Support
Give feedback about this article
Choose a section to give feedback on



Was this helpful?
YesNo

Submit

# Advertising policies

- Ad format requirements
- Ad targeting
- Abusing the ad network
- Ads & made for kids content
- Alcohol

- Copyrights
- Counterfeit goods
- Dangerous products or services
- Data collection and use
- Destination requirements
- Editorial
- Enabling dishonest behavior
- Financial products and services
- Gambling and games
- Healthcare and medicines
- Inappropriate content
- Lead form requirements
- Legal requirements
- Misrepresentation
- Other restricted businesses
- Personalized advertising
- Political content
- Restricted ad formats and features
- Sexual content
- Technical requirements
- Trademarks

- ©2021 Google
- Privacy Policy
- Terms of Service



English

1. català
2. dansk
3. Deutsch
4. eesti
5. English (Australia)
6. English (United Kingdom)
7. español
8. español (Latinoamérica)
9. Filipino
10. français
11. hrvatski
12. Indonesia
13. italiano
14. latviešu
15. lietuvių

16. magyar
17. Melayu
18. Nederlands
19. norsk
20. polski
21. português
22. português (Brasil)
23. română
24. slovenčina
25. slovenščina
26. suomi
27. svenska
28. Tiếng Việt
29. Türkçe
30. čeština
31. Ελληνικά
32. български
33. русский
34. српски
35. українська
36. עברית
37. العربية
38. हिन्दी
39. ไทย
40. 中文（简体）
41. 中文（繁體）
42. 日本語
43. 한국어
44. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- [Help Center](#)

- o List of ad policies

- o Review process

- o Verification

- o Change log

- Advertising Policies

- Privacy Policy

- Terms of Service

- Submit feedback

Advertising policiesThird-party policiesRelated policies & terms
Approval processDisapprovals and suspensions
Verification programs
Upcoming and recent changesPast changes

# What is the issue with this selection?

Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong



Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

## Share additional info or suggestions

Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.



Google Ads Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunityAnnouncements

# About keyword insertion for your ad text

Keyword insertion lets you automatically update your ads with the keywords in your ad group that caused your ads to show. This can help make your ads more relevant to users searching for what you offer.

This article explains how keyword insertion works in Google Ads.

## How it works

Let's say you're advertising a chocolate shop. You could use a keyword insertion code in your ad headline:

Headline: Buy `{KeyWord:Chocolate}`

Google Ads will try to replace this code with one of your keywords in your ad group ("dark chocolate," "sugar free chocolate," "gourmet chocolate truffles"), but when it can't, it'll use the word "Chocolate."

Note that the person's search term isn't always the same as the keyword.

| Person searches for: | Your ad could look like: |
|---|---|
| dark chocolate bar | Buy Dark Chocolate<br>www.example.com<br>Artisan candy from San Francisco<br>Free shipping orders $50 more |
| sugar free chocolate | Buy Sugar Free Chocolate<br>www.example.com |

Artisan candy from San Francisco
Free shipping orders $50 more
gourmet chocolate truffles[Buy Chocolate](#)
www.example.com
Artisan candy from San Francisco
Free shipping orders $50 more

In the last example, "Chocolate" goes in the headline because the keyword "gourmet chocolate truffles" is too long to fit.

Related links

- [Set up keyword insertion](#)
- [About location insertion for responsive search ads](#)

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

# Need more help?

Sign in for additional support options to quickly solve your issue

## Ad formats

- Create a new text ad
- Write successful text ads
- About keyword insertion for your ad text
- About text ads
- About text ads on the Display Network
- About text ads on mobile devices
- Set up keyword insertion for your ad text
- About expanded text ads
- About responsive search ads
- About Ad strength for responsive search ads
- About location insertion for responsive search ads
- About cross-campaign asset reporting for responsive search ads
- Make a Search ad always open to a lead form



Reach your marketing goals with Google Ads

Google Ads can help you make the most of your online marketing efforts with tools to help you succeed. Learn more from success stories to see what others have achieved with the help of the right campaigns for their goals.

Get Started

or Call 1-855-500-2754 to get started

- ©2021 Google
- Privacy Policy
- Terms of Service
- Google Ads Advertising Policies
- About the Help Center



English

1. català
2. dansk
3. Deutsch
4. eesti
5. English (Australia)
6. English (United Kingdom)
7. español
8. español (Latinoamérica)
9. Filipino
10. français
11. hrvatski
12. Indonesia
13. italiano
14. latviešu
15. lietuvių
16. magyar
17. Melayu
18. Nederlands
19. norsk
20. polski
21. português
22. português (Brasil)
23. română
24. slovenčina

25. slovenščina
26. suomi
27. svenska
28. Tiếng Việt
29. Türkçe
30. čeština
31. Ελληνικά
32. български
33. русский
34. српски
35. українська
36. עברית
37. العربية
38. हिन्दी
39. ไทย
40. 中文（简体）
41. 中文（繁體）
42. 中文（香港）
43. 日本語
44. 한국어
45. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- **Help Center**

    o **Coronavirus (COVID-19) Resources and Updates**

    o **Setup and basics**

- o [Manage ads](#)

- o [Measure results](#)

- o [Smart campaigns](#)

- o [Billing](#)

- o [Learn](#)

- o [Google Partners](#)

- **[Community](#)**

- **[Google Ads](#)**

- [Privacy Policy](#)

- [Terms of Service](#)

- [Submit feedback](#)

Your guide to Google AdsGoogle Ads basicsCreate ads and campaignsChoose where and when ads appearFind out if your ad is runningAccount administration and security Ads and approvalsCampaign settingsBudgets and bidsKeywordsReach your audienceTarget placements and topicsMultiple or large accountsLocal Services adsThe Google Ads mobile appRecommendations and optimization score

Connect your goals to dataFind and run reportsUnderstanding your dataTrack sales and other conversionsGoogle Analytics and Google AdsCommon reporting issues

Get startedSetup and managementCalls in Smart campaigns

Payment methods and settingsBasic billing tasksPromotions and couponsRefunds and adjustmentsTaxesIssues with payments and charges

Your guide to Google AdsGoogle Ads training on SkillshopAccount walk-throughsGlossary

Google Partners Program

# What is the issue with this selection?



Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

# Share additional info or suggestions

Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.

Advertising Policies Help

Sign in

Send feedback on...



This help content & information

General Help Center experience

Next

# Counterfeit goods

Google provides translated versions of our Help Center as a convenience, though they are not meant to change the content of our policies. The English version is the official language we use to enforce our policies. To view this article in a different language, use the language dropdown at the bottom of the page.

Display & Video 360 users must comply with this Google Ads policy. Visit the Display & Video 360 help center for additional restrictions.

Google Ads prohibits the sale or promotion for sale of counterfeit goods. Counterfeit goods contain a trademark or logo that is identical to or substantially indistinguishable from the trademark of another. They mimic the brand features of the product in an attempt to pass themselves off as a genuine product of the brand owner. This policy applies to the content of your ad and your website or app.

Learn about what happens if you violate our policies.

If you're concerned about ads facilitating the sale of counterfeit products, please file a complaint.

## Counterfeit goods

The following is not allowed:

Products described as knock off, replica, imitation, clone, faux, fake, mirror image, or similar terms when referring to a brand name in an attempt to pass themselves off as genuine products of the brand owner

Non-genuine products that mimic brand features in an attempt to pass themselves off as the genuine product

Examples (non-exhaustive): non-authentic products that have brand name labels or logos

We take violations of this policy very seriously and consider them egregious. An egregious violation of the Google Ads policies is a violation so serious that it is unlawful or poses significant harm to our users. In determining whether an advertiser or destination is violating this policy, we may review information from multiple sources including your ad, website, accounts, and third-party sources.  If we find violations of this policy, we will suspend your Google Ads accounts upon detection and without prior warning, and you will not be allowed to advertise with us again. If you believe there's been an error, and that you haven't violated our policy, submit an appeal and explain why. We only reinstate accounts in compelling circumstances, and when there is good reason so it's important that you take the time to be thorough, accurate, and honest. Learn more about suspended accounts.

## Additional information

Google Ads counterfeit vs. trademark policy

Our counterfeit policy concerns the actual products promoted on the site or app featured in the ad; whereas, our trademark policy concerns use of the trademark in the ad text or keywords (in certain circumstances) in the ad itself.

Google Ads counterfeit vs. DMCA/Copyright/Pirated products

Counterfeiters mimic the trademark brand features, rather than copying the product itself (software, books, artwork, movies, etc.).

## Need help?

If you have questions about our policies, let us know: Contact Google Ads Support
Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

# Help

- Counterfeit goods

- ©2021 Google
- Privacy Policy
- Terms of Service



English

1. català
2. dansk
3. Deutsch
4. eesti
5. English (Australia)
6. English (United Kingdom)
7. español
8. español (Latinoamérica)
9. Filipino
10. français
11. hrvatski
12. Indonesia
13. italiano
14. latviešu
15. lietuvių
16. magyar
17. Melayu
18. Nederlands
19. norsk
20. polski
21. português
22. português (Brasil)
23. română
24. slovenčina
25. slovenščina
26. suomi
27. svenska
28. Tiếng Việt
29. Türkçe
30. čeština
31. Ελληνικά
32. български

33. русский
34. српски
35. українська
36. עברית
37. العربية
38. हिन्दी
39. ไทย
40. 中文（简体）
41. 中文（繁體）
42. 日本語
43. 한국어
44. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- Help Center


- List of ad policies


- Review process


- Verification


- Change log

- [Advertising Policies](#)



- [Privacy Policy](#)



- [Terms of Service](#)



- [Submit feedback](#)


Advertising policiesThird-party policiesRelated policies & terms
Approval processDisapprovals and suspensions
Verification programs
Upcoming and recent changesPast changes

## What is the issue with this selection?



Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

## Share additional info or suggestions

Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.

**Google Ads**

**Counterfeit Goods Complaint**

1
Information

# Your information

This Google product prohibits the sale or promotion for sale of counterfeit goods. Counterfeit goods contain a trademark or logo that is identical to or substantially indistinguishable from the trademark of another. They mimic the brand features of the product in an attempt to pass themselves off as a genuine product of the brand owner.

Our response to a valid counterfeit complaint will include removing the content at issue or terminating the user's account for this Google product, as appropriate. If we take action in response to your complaint, we may notify the user. We may also document complaints that we take action on by sending copies to third parties or making them available to the public.

Google Ads Counterfeit vs. Trademark Policy Our counterfeit policy concerns the actual products promoted on the site or app featured in the ad; whereas, our trademark policy concerns use of the trademark in the ad text or keywords (in certain circumstances) in the ad itself.

Counterfeit vs. DMCA/Copyright/Pirated Goods Counterfeiters mimic the trademark brand features, rather than copying the product itself (software, books, artwork, movies, etc.). If you are looking to report cases of potential copyright infringement, do not use this form. Click here to report content that may violate your copyright.

We will ask for additional information if the complaint isn't properly filled out or is incomplete. If your complaint pertains to multiple Google products, please submit a separate counterfeit complaint for each product, using the relevant product's form.

## Relationship to trademark owner

Trademark owner, trademark owner's legal counsel, or agent authorized to act on behalf of the trademark owner
Other/No relationship to trademark owner
Please select your relationship to the trademark owner

## Contact information

Name

Please enter your name

Company

Street address and city

Country Country
Benelux
European Union
OAPI
WIPO
Afghanistan
Algeria
American Samoa
Andorra
Angola
Anguilla
Antigua & Barbuda
Argentina
Armenia
Australia
Austria
Azerbaijan
Bahamas
Bahrain
Bangladesh
Belarus
Belgium
Belize
Benin
Bolivia
Bosnia & Herzegovina
Botswana
Brazil
British Virgin Islands
Brunei
Bulgaria
Burkina Faso
Burundi
Cambodia
Cameroon
Canada
Cape Verde
Central African Republic
Chad
Chile
China
Colombia

Congo - Brazzaville
Congo - Kinshasa
Cook Islands
Costa Rica
Côte d'Ivoire
Croatia
Cuba
Cyprus
Czechia
Denmark
Djibouti
Dominica
Dominican Republic
Ecuador
Egypt
El Salvador
Estonia
Ethiopia
Fiji
Finland
France
Gabon
Gambia
Georgia
Germany
Ghana
Gibraltar
Greece
Greenland
Guadeloupe
Guatemala
Guernsey
Guyana
Haiti
Honduras
Hong Kong
Hungary
Iceland
India
Indonesia
Iraq
Ireland
Isle of Man
Israel
Italy
Jamaica

Japan
Jersey
Jordan
Kazakhstan
Kenya
Kiribati
Kuwait
Kyrgyzstan
Laos
Latvia
Lebanon
Lesotho
Libya
Liechtenstein
Lithuania
Luxembourg
Macao
Madagascar
Malawi
Malaysia
Maldives
Mali
Malta
Mauritius
Mexico
Micronesia
Moldova
Mongolia
Montenegro
Montserrat
Morocco
Mozambique
Namibia
Nauru
Nepal
Netherlands
New Zealand
Nicaragua
Niger
Nigeria
Niue
Norfolk Island
North Macedonia
Norway
Oman
Pakistan

Palestine
Panama
Paraguay
Peru
Philippines
Pitcairn Islands
Poland
Portugal
Puerto Rico
Qatar
Romania
Russia
Rwanda
Samoa
San Marino
São Tomé & Príncipe
Saudi Arabia
Senegal
Serbia
Seychelles
Sierra Leone
Singapore
Slovakia
Slovenia
Solomon Islands
Somalia
South Africa
South Korea
Spain
Sri Lanka
St. Helena
St. Vincent & Grenadines
Suriname
Sweden
Switzerland
Taiwan
Tajikistan
Tanzania
Thailand
Timor-Leste
Togo
Tokelau
Tonga
Trinidad & Tobago
Tunisia
Turkey

Turkmenistan
U.S. Virgin Islands
Uganda
Ukraine
United Arab Emirates
United Kingdom
United States
Uruguay
Uzbekistan
Vanuatu
Venezuela
Vietnam
Zambia
Zimbabwe
Please enter a country.

Email
Invalid email address. Please provide a valid email address.

Google will use the information you give us to help improve our services, subject to our Privacy Policy.

Next
2
Details

# Specify infringement details

Next
2
Details

# Specify infringement details

Please provide us with the details of the sites allegedly facilitating the sale of counterfeit goods through Google Ads advertisements (all fields are required for each site).

### Details for each ad

cancel

Search term
Please enter the search term
Google domain

Please enter the Google domain

Tracking URL

The tracking URL can be found by right clicking (or clicking while holding command depending on your operating system) the ad title and copying link address/location from the drop-down menu.

Please enter the tracking URL

Visible URL of the ad

Please enter the ad's visible URL

+ Add entry

## Details for each trademark

cancel

Trademark

This field is required

Country Country

Benelux

European Union

OAPI

WIPO

Afghanistan

Algeria

American Samoa

Andorra

Angola

Anguilla

Antigua & Barbuda

Argentina

Armenia

Australia

Austria

Azerbaijan

Bahamas

Bahrain

Bangladesh

Belarus

Belgium

Belize

Benin

Bolivia

Bosnia & Herzegovina

Botswana

Brazil

British Virgin Islands

Brunei

Bulgaria
Burkina Faso
Burundi
Cambodia
Cameroon
Canada
Cape Verde
Central African Republic
Chad
Chile
China
Colombia
Congo - Brazzaville
Congo - Kinshasa
Cook Islands
Costa Rica
Côte d'Ivoire
Croatia
Cuba
Cyprus
Czechia
Denmark
Djibouti
Dominica
Dominican Republic
Ecuador
Egypt
El Salvador
Estonia
Ethiopia
Fiji
Finland
France
Gabon
Gambia
Georgia
Germany
Ghana
Gibraltar
Greece
Greenland
Guadeloupe
Guatemala
Guernsey
Guyana
Haiti

Honduras
Hong Kong
Hungary
Iceland
India
Indonesia
Iraq
Ireland
Isle of Man
Israel
Italy
Jamaica
Japan
Jersey
Jordan
Kazakhstan
Kenya
Kiribati
Kuwait
Kyrgyzstan
Laos
Latvia
Lebanon
Lesotho
Libya
Liechtenstein
Lithuania
Luxembourg
Macao
Madagascar
Malawi
Malaysia
Maldives
Mali
Malta
Mauritius
Mexico
Micronesia
Moldova
Mongolia
Montenegro
Montserrat
Morocco
Mozambique
Namibia
Nauru

Nepal
Netherlands
New Zealand
Nicaragua
Niger
Nigeria
Niue
Norfolk Island
North Macedonia
Norway
Oman
Pakistan
Palestine
Panama
Paraguay
Peru
Philippines
Pitcairn Islands
Poland
Portugal
Puerto Rico
Qatar
Romania
Russia
Rwanda
Samoa
San Marino
São Tomé & Príncipe
Saudi Arabia
Senegal
Serbia
Seychelles
Sierra Leone
Singapore
Slovakia
Slovenia
Solomon Islands
Somalia
South Africa
South Korea
Spain
Sri Lanka
St. Helena
St. Vincent & Grenadines
Suriname
Sweden

Switzerland
Taiwan
Tajikistan
Tanzania
Thailand
Timor-Leste
Togo
Tokelau
Tonga
Trinidad & Tobago
Tunisia
Turkey
Turkmenistan
U.S. Virgin Islands
Uganda
Ukraine
United Arab Emirates
United Kingdom
United States
Uruguay
Uzbekistan
Vanuatu
Venezuela
Vietnam
Zambia
Zimbabwe
This field is required

Registered?
Yes
No, I claim use rights.
+ Add entry
It appears your request includes more than 50 trademarks. In order to better meet your needs and provide a significantly faster turnaround time, we ask that you consider narrowing the scope of your complaint to include only the trademarks that are currently being used by Google Ads advertisements, and/or consider prioritizing certain regions for which you would like us to investigate particular marks. If you see ads appearing in the future using additional trademarks that belong to you, we'll still be glad to investigate them at that time. Alternatively, you may exercise the option to provide an attachment with your complete list of trademarks at the end of this form.
Next
3
Clarifications

# Clarifications and legal affirmations

## Clarifications

If you would like to clarify any of the information you have provided, or attach a file, please do so here.



0/4000
Attach file

## Legal affirmations

Please check if you agree with the following statement(s).
IMPORTANT: Please note that we cannot investigate your complaint if you do not check the required box(es) below.

I have a good faith belief that the websites described above, which appear as sponsored links, are selling counterfeit products.
I represent that the information in this notification is true and correct.

## Signature

Signature date
| 8/31/2021 |

Signature
Your digital signature is as legally binding as a physical signature.
Next
4
Review

# Your information

This Google product prohibits the sale or promotion for sale of counterfeit goods. Counterfeit goods contain a trademark or logo that is identical to or substantially indistinguishable from the trademark of another. They mimic the brand features of the product in an attempt to pass themselves off as a genuine product of the brand owner.

Our response to a valid counterfeit complaint will include removing the content at issue or terminating the user's account for this Google product, as appropriate. If we take action in response to your complaint, we may notify the user. We may also document complaints that we take action on by sending copies to third parties or making them available to the public.

Google Ads Counterfeit vs. Trademark Policy Our counterfeit policy concerns the actual products promoted on the site or app featured in the ad; whereas, our trademark policy concerns use of the trademark in the ad text or keywords (in certain circumstances) in the ad itself.

Counterfeit vs. DMCA/Copyright/Pirated Goods Counterfeiters mimic the trademark brand features, rather than copying the product itself (software, books, artwork, movies, etc.). If you are looking to report cases of potential copyright infringement, do not use this form. Click here to report content that may violate your copyright.

We will ask for additional information if the complaint isn't properly filled out or is incomplete. If your complaint pertains to multiple Google products, please submit a separate counterfeit complaint for each product, using the relevant product's form.

## Relationship to trademark owner

Trademark owner, trademark owner's legal counsel, or agent authorized to act on behalf of the trademark owner
Other/No relationship to trademark owner
Please select your relationship to the trademark owner

## Contact information

Name
Please enter your name
Company
Street address and city
Country Country
Benelux
European Union
OAPI
WIPO
Afghanistan
Algeria
American Samoa
Andorra
Angola
Anguilla
Antigua & Barbuda
Argentina
Armenia
Australia
Austria
Azerbaijan
Bahamas
Bahrain

**1397**

Bangladesh
Belarus
Belgium
Belize
Benin
Bolivia
Bosnia & Herzegovina
Botswana
Brazil
British Virgin Islands
Brunei
Bulgaria
Burkina Faso
Burundi
Cambodia
Cameroon
Canada
Cape Verde
Central African Republic
Chad
Chile
China
Colombia
Congo - Brazzaville
Congo - Kinshasa
Cook Islands
Costa Rica
Côte d'Ivoire
Croatia
Cuba
Cyprus
Czechia
Denmark
Djibouti
Dominica
Dominican Republic
Ecuador
Egypt
El Salvador
Estonia
Ethiopia
Fiji
Finland
France
Gabon
Gambia

Georgia
Germany
Ghana
Gibraltar
Greece
Greenland
Guadeloupe
Guatemala
Guernsey
Guyana
Haiti
Honduras
Hong Kong
Hungary
Iceland
India
Indonesia
Iraq
Ireland
Isle of Man
Israel
Italy
Jamaica
Japan
Jersey
Jordan
Kazakhstan
Kenya
Kiribati
Kuwait
Kyrgyzstan
Laos
Latvia
Lebanon
Lesotho
Libya
Liechtenstein
Lithuania
Luxembourg
Macao
Madagascar
Malawi
Malaysia
Maldives
Mali
Malta

Mauritius
Mexico
Micronesia
Moldova
Mongolia
Montenegro
Montserrat
Morocco
Mozambique
Namibia
Nauru
Nepal
Netherlands
New Zealand
Nicaragua
Niger
Nigeria
Niue
Norfolk Island
North Macedonia
Norway
Oman
Pakistan
Palestine
Panama
Paraguay
Peru
Philippines
Pitcairn Islands
Poland
Portugal
Puerto Rico
Qatar
Romania
Russia
Rwanda
Samoa
San Marino
São Tomé & Príncipe
Saudi Arabia
Senegal
Serbia
Seychelles
Sierra Leone
Singapore
Slovakia

Slovenia
Solomon Islands
Somalia
South Africa
South Korea
Spain
Sri Lanka
St. Helena
St. Vincent & Grenadines
Suriname
Sweden
Switzerland
Taiwan
Tajikistan
Tanzania
Thailand
Timor-Leste
Togo
Tokelau
Tonga
Trinidad & Tobago
Tunisia
Turkey
Turkmenistan
U.S. Virgin Islands
Uganda
Ukraine
United Arab Emirates
United Kingdom
United States
Uruguay
Uzbekistan
Vanuatu
Venezuela
Vietnam
Zambia
Zimbabwe
Please enter a country.



Email
Invalid email address. Please provide a valid email address.

Google will use the information you give us to help improve our services, subject to our Privacy Policy.

# Specify infringement details

# Specify infringement details

Please provide us with the details of the sites allegedly facilitating the sale of counterfeit goods through Google Ads advertisements (all fields are required for each site).

## Details for each ad

cancel

Search term
Please enter the search term

Google domain
Please enter the Google domain

Tracking URL
The tracking URL can be found by right clicking (or clicking while holding command depending on your operating system) the ad title and copying link address/location from the drop-down menu.
Please enter the tracking URL

Visible URL of the ad
Please enter the ad's visible URL
+ Add entry

## Details for each trademark

cancel

Trademark
This field is required
Country Country
Benelux
European Union
OAPI
WIPO
Afghanistan
Algeria
American Samoa
Andorra
Angola
Anguilla
Antigua & Barbuda
Argentina
Armenia

Australia
Austria
Azerbaijan
Bahamas
Bahrain
Bangladesh
Belarus
Belgium
Belize
Benin
Bolivia
Bosnia & Herzegovina
Botswana
Brazil
British Virgin Islands
Brunei
Bulgaria
Burkina Faso
Burundi
Cambodia
Cameroon
Canada
Cape Verde
Central African Republic
Chad
Chile
China
Colombia
Congo - Brazzaville
Congo - Kinshasa
Cook Islands
Costa Rica
Côte d'Ivoire
Croatia
Cuba
Cyprus
Czechia
Denmark
Djibouti
Dominica
Dominican Republic
Ecuador
Egypt
El Salvador
Estonia
Ethiopia

Fiji
Finland
France
Gabon
Gambia
Georgia
Germany
Ghana
Gibraltar
Greece
Greenland
Guadeloupe
Guatemala
Guernsey
Guyana
Haiti
Honduras
Hong Kong
Hungary
Iceland
India
Indonesia
Iraq
Ireland
Isle of Man
Israel
Italy
Jamaica
Japan
Jersey
Jordan
Kazakhstan
Kenya
Kiribati
Kuwait
Kyrgyzstan
Laos
Latvia
Lebanon
Lesotho
Libya
Liechtenstein
Lithuania
Luxembourg
Macao
Madagascar

Malawi
Malaysia
Maldives
Mali
Malta
Mauritius
Mexico
Micronesia
Moldova
Mongolia
Montenegro
Montserrat
Morocco
Mozambique
Namibia
Nauru
Nepal
Netherlands
New Zealand
Nicaragua
Niger
Nigeria
Niue
Norfolk Island
North Macedonia
Norway
Oman
Pakistan
Palestine
Panama
Paraguay
Peru
Philippines
Pitcairn Islands
Poland
Portugal
Puerto Rico
Qatar
Romania
Russia
Rwanda
Samoa
San Marino
São Tomé & Príncipe
Saudi Arabia
Senegal

Serbia
Seychelles
Sierra Leone
Singapore
Slovakia
Slovenia
Solomon Islands
Somalia
South Africa
South Korea
Spain
Sri Lanka
St. Helena
St. Vincent & Grenadines
Suriname
Sweden
Switzerland
Taiwan
Tajikistan
Tanzania
Thailand
Timor-Leste
Togo
Tokelau
Tonga
Trinidad & Tobago
Tunisia
Turkey
Turkmenistan
U.S. Virgin Islands
Uganda
Ukraine
United Arab Emirates
United Kingdom
United States
Uruguay
Uzbekistan
Vanuatu
Venezuela
Vietnam
Zambia
Zimbabwe
This field is required



Registered?
Yes

No, I claim use rights.
+ Add entry
It appears your request includes more than 50 trademarks. In order to better meet your needs and provide a significantly faster turnaround time, we ask that you consider narrowing the scope of your complaint to include only the trademarks that are currently being used by Google Ads advertisements, and/or consider prioritizing certain regions for which you would like us to investigate particular marks. If you see ads appearing in the future using additional trademarks that belong to you, we'll still be glad to investigate them at that time. Alternatively, you may exercise the option to provide an attachment with your complete list of trademarks at the end of this form.

# Clarifications and legal affirmations

## Clarifications

If you would like to clarify any of the information you have provided, or attach a file, please do so here.



0/4000
Attach file

## Legal affirmations

Please check if you agree with the following statement(s).
IMPORTANT: Please note that we cannot investigate your complaint if you do not check the required box(es) below.

I have a good faith belief that the websites described above, which appear as sponsored links, are selling counterfeit products.
I represent that the information in this notification is true and correct.

## Signature

Signature date
8/31/2021

Signature
Your digital signature is as legally binding as a physical signature.

Please ensure all the required fields are filled out and the recaptcha is solved.

Submit

If you would like to submit your Google Ads trademark complaint by mail, please provide all of the requested information, press submit, print the email confirmation, and send it to one of the following addresses:

ads-counterfeits@google.com

OR

Google Inc.
Attn: Advertising Legal Support Team
1600 Amphitheatre Parkway
Mountain View, CA 94043

OR

Our facsimile number: 1-650-649-1774
Attn: Google Trademark Complaints

Contact error



Advertising Policies Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

# Trademarks

Google provides translated versions of our Help Center as a convenience, though they are not meant to change the content of our policies. The English version is the official language we use to enforce our policies. To view this article in a different language, use the language dropdown at the bottom of the page.

Display & Video 360 users must comply with this Google Ads policy. Visit the Display & Video 360 help center for additional restrictions.

Google abides by local trademark laws and requires that Google Ads ads don't infringe third party trademarks. We recognize that third parties may properly use trademarks in certain situations, such as by resellers to describe products.

If a trademark owner submits a complaint to Google about the use of their trademark in Google Ads ads, we will review it and may enforce certain restrictions on use of the trademark.

If you are a trademark owner concerned with the use of your trademark, please review the policy outlined on this page and see the Help for trademark owners page for more information about how to submit a complaint.

If you are an advertiser and have questions about how this policy may affect your ads, please visit the Trademark help for advertisers page.

## Trademarks in search ads

The following policies apply to text ads appearing on the Google Search Network, or in response to a search query on the Display Network, and they are enforced when a trademark owner submits a valid complaint to Google.

## Trademarks in ad text

In response to trademark owner complaints, we may restrict the use of trademarks in ad text.

There are specific requirements for resellers, informational sites, and authorized advertisers who want to use trademarks that would otherwise be restricted.

### Reseller and informational site policy

Ads may use the trademark in ad text if they meet the following requirements:

> Resellers: The ad's landing page is primarily dedicated to selling (or clearly facilitating the sale of) products or services, components, replacement parts, or compatible products or services corresponding to the trademark. The landing page must clearly provide a way to purchase the products or services and display commercial information about them, such as rates or prices.

> Informational sites: The primary purpose of the ad's landing page is to provide informative details about products or services corresponding to the trademark.

The following is not allowed under the Reseller and informational site policy:

- Ads referring to the trademark for competitive purposes.
- Ads with landing pages that require users to provide extensive information before displaying commercial information.
- Ads that are unclear as to whether the advertiser is a reseller or informational site.

### Authorized advertisers

Advertisers may use the trademark in ad text if the trademark owner has authorized them. If you are a trademark owner and would like to authorize an advertiser,

please see the Help for trademark owners page. If you are an advertiser seeking authorization, please follow the instructions on the Trademark help for advertisers page.

**Term not used in reference to a trademark**

The following types of ads may use the term in ad text:

- Ads using the term descriptively in its ordinary meaning rather than in reference to the trademark.
- Ads referring to goods or services that do not correspond to the trademark.

**Ad extensions and other ad formats**

For certain ad extensions and formats only, ads may use a trademark in ad text when referring to the trademark to provide additional information about the advertised products or services.

## Trademarks as keywords

We don't investigate or restrict trademarks as keywords.

## Trademarks in EU and EFTA policy

For ad campaigns targeting the European Union and European Free Trade Association regions, the policy for trademarks in ad text and keywords applies. However, in response to a valid complaint in these regions, we will conduct a limited investigation as to whether a combination of keyword and ad featuring a trademark is confusing as to the origin of the advertised goods and services. If we find that the combination of keyword and ad is confusing, we will disapprove it.

The following types of ads targeting the EU and EFTA regions may use the trademark as a keyword, provided that the combination of the keyword and ad is not confusing. These are examples, and not an exhaustive list:

- Ads using a term descriptively or generically rather than in reference to the trademark.
- Ads for competing products or services.
- Ads for the sale of products or services, replacement parts, or compatible products or services corresponding to the trademark.

- Ads for sites that provide informative details about products or services corresponding to the trademark.
- For certain ad extensions and formats only: Ads referring to the trademark to provide additional information about the advertised products or services.

### Trademarks in display URLs

In response to trademark owner complaints, we may restrict trademarks from appearing in the subdomains of display URLs. We don't investigate or restrict trademarks in the second-level domains or post-domain paths of display URLs.

## Trademarks in other types of ads

Google may remove specific ads on the Google Network in response to trademark owner complaints.

## Trademarks in ad disclosures

In response to a complaint, we may restrict a trademark from appearing within the 'Advertiser Name' in ad disclosures, and show an advertiser's payments profile name instead. This includes 'About the Advertiser' disclosures.

Give feedback about this article

Choose a section to give feedback on

Was this helpful?

YesNo



Submit

©2021 Google
- Privacy Policy
- Terms of Service



English

1. català
2. dansk
3. Deutsch

4.  eesti
5.  English (Australia)
6.  English (United Kingdom)
7.  español
8.  español (Latinoamérica)
9.  Filipino
10. français
11. hrvatski
12. Indonesia
13. italiano
14. latviešu
15. lietuvių
16. magyar
17. Melayu
18. Nederlands
19. norsk
20. polski
21. português
22. português (Brasil)
23. română
24. slovenčina
25. slovenščina
26. suomi
27. svenska
28. Tiếng Việt
29. Türkçe
30. čeština
31. Ελληνικά
32. български
33. русский
34. српски
35. українська
36. עברית
37. العربية
38. हिन्दी
39. ไทย
40. 中文（简体）
41. 中文（繁體）
42. 日本語
43. 한국어
44. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- [Help Center](#)

  o [List of ad policies](#)

  o [Review process](#)

  o [Verification](#)

  o [Change log](#)

- **[Advertising Policies](#)**

- [Privacy Policy](#)

- [Terms of Service](#)

- [Submit feedback](#)

Advertising policiesThird-party policiesRelated policies & terms
Approval processDisapprovals and suspensions
Verification programs
Upcoming and recent changesPast changes

# What is the issue with this selection?



Inaccurate - doesn't match what I see in the product



Hard to understand - unclear or translation is wrong



Missing info - relevant but not comprehensive



Irrelevant - doesn't match the title and / or my expectations



Minor errors - formatting issues, typos, and / or broken links



Other suggestions - ideas to improve the content

# Share additional info or suggestions

Do not share any personal info
Cancel
Submit
By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.



Advertising Policies Help

Send feedback on...

This help content & information

General Help Center experience

Next

# Help for trademark owners

Trademarks policy | Trademark help for advertisers

Google provides translated versions of our Help Center as a convenience, though they are not meant to change the content of our policies. The English version is the official language we use to enforce our policies. To view this article in a different language, use the language dropdown at the bottom of the page.

Due to the United Kingdom's exit from the European Union, investigations of trademark complaints regarding the EU will no longer include the UK. If you would like us to investigate a trademark complaint in the UK, you will need to separately claim UK trademark rights in any complaint submissions.

Google recognizes the importance of trademarks. The Google Ads Terms and Conditions prohibit intellectual property infringement. Advertisers are solely responsible for the keywords and ad content they use.

We take allegations of trademark infringement very seriously and, as a courtesy, we investigate valid trademark complaints submitted by trademark owners or their authorized agents. However, Google is not in a position to mediate third party disputes, and we encourage trademark owners to resolve their disputes directly with advertisers.

In addition to directly contacting advertisers, trademark owners who are concerned about trademark use in ads can follow the steps below to submit a complaint.

## Submit a trademark complaint

We won't restrict the use of your trademark unless you submit a valid complaint. Trademark owners don't need to be Google Ads advertisers to submit a complaint. Here are the steps to do so:

1. Verify that you are eligible to submit a complaint.

   We generally accept complaints from:

   Trademark owners. Your email address domain must match your company's website, and your business address must match either the address on the trademark registration or corporate headquarters' address on your company's website. If you do not have a corporate email address, you will need to provide a PDF of a signed statement on company letterhead confirming that you are an employee of the trademark owner and are authorized to act on their behalf with regard to Google Ads trademark matters.

   Attorneys of Record as listed on trademark registrations. Your email address domain must match your or your law firm's website, and your business address must match either the address on the trademark registration or corporate headquarters' address on your or your law firm's website.

   Representatives from trademark parent company's headquarters. Your email address domain must match your company's website, and your business address must match corporate headquarters' address on your company's website.

   For us to accept complaints from any other contacts (such as subsidiaries, regional branches, attorneys not listed on trademark registrations, media agencies, dealerships, or franchises), trademark owners must provide explicit authorization. To do so, the trademark owner may either submit the Google Ads Trademark Consult Form, or, when submitting the complaint form, you may attach a letter from the trademark owner that confirms that you are authorized to act on their behalf with respect to Google Ads trademark matters.

2. Review the Trademarks policy and make sure that you understand what we will and won't investigate.
3. Submit the Trademark complaint form.

Additional information

After submitting the complaint form, you'll receive an auto-generated confirmation email. After we review your complaint, we'll send a response to the email address you provided letting you know the outcome of our review.

We receive a high volume of complaints and review them in the order that they are received. Please be assured that we will contact you after we have reviewed your complaint. If you have questions related to your complaint, reply to the auto-generated confirmation email you received upon submission. Do not resubmit your complaint or follow up in separate emails.

## Authorize advertisers to use your trademark

If you have a trademark complaint on file, you can authorize advertisers to use your trademark by submitting the authorization form. However, authorization isn't necessary in most scenarios. Ads may use trademarks in ad text if they meet the Reseller and informational site policy requirements. Please carefully review this policy before submitting the authorization form.

Additional information

## Update trademark owner contact information

If you have a complaint on file and would like to update the point of contact for your trademark, submit the Google Ads Trademark Consult Form.

## Ads from resellers and informational sites

Please keep in mind that after we complete a trademark investigation, ads using the trademark in ad text may still be allowed to run if they meet the Reseller and informational site policy requirements.

We believe the right approach is to give users more choices and access to as much information as is relevant to their search or interest. This policy balances the needs of our users while ensuring that noncompliant uses of the trademark in ad text continue to be investigated and restricted according to our Trademarks policy.

## Counterfeit goods and Copyrights policies

We have separate complaint procedures for issues related to counterfeit goods and copyrights.

If your complaint relates to counterfeit goods, please review the Counterfeit goods policy and complaint procedure.

If your complaint relates to copyrights, please review the Copyrights policy and complaint procedure.

## Additional concerns

If you still have questions about the Trademarks policy, see the Google Ads Trademark Consult Form.
Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

©2021 Google
- Privacy Policy
- Terms of Service



English

1. català
2. dansk
3. Deutsch
4. eesti
5. English (Australia)
6. English (United Kingdom)
7. español
8. español (Latinoamérica)
9. Filipino
10. français
11. hrvatski
12. Indonesia
13. italiano
14. latviešu
15. lietuvių
16. magyar

17. Melayu
18. Nederlands
19. norsk
20. polski
21. português
22. português (Brasil)
23. română
24. slovenčina
25. slovenščina
26. suomi
27. svenska
28. Tiếng Việt
29. Türkçe
30. čeština
31. Ελληνικά
32. български
33. русский
34. српски
35. українська
36. עברית
37. العربية
38. हिन्दी
39. ไทย
40. 中文（简体）
41. 中文（繁體）
42. 日本語
43. 한국어
44. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- Help Center

  o List of ad policies

- o [Review process](#)

- o [Verification](#)

- o [Change log](#)

- [Advertising Policies](#)

- [Privacy Policy](#)

- [Terms of Service](#)

- [Submit feedback](#)

Advertising policiesThird-party policiesRelated policies & terms
Approval processDisapprovals and suspensions
Verification programs
Upcoming and recent changesPast changes

## What is the issue with this selection?

Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive



Irrelevant - doesn't match the title and / or my expectations



Minor errors - formatting issues, typos, and / or broken links



Other suggestions - ideas to improve the content

## Share additional info or suggestions

Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.



Advertising Policies Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

# Trademark help for advertisers

Google provides translated versions of our Help Center as a convenience, though they are not meant to change the content of our policies. The English version is the official language we use to enforce our policies. To view this article in a different language, use the language dropdown at the bottom of the page.

Trademarks policy | Help for trademark owners

Google recognizes the importance of trademarks. The Google Ads Terms and Conditions prohibit intellectual property infringement. Advertisers are solely responsible for the keywords and ad content they use.

If a trademark owner submits a complaint to Google about the use of their trademark in ads, we will review it and may enforce certain restrictions on the use of the trademark.

To learn which ads can be affected and how, review the Trademarks policy.

## Resellers and informational sites

Ads using trademarks that would otherwise be restricted in ad text may run if they meet the Reseller and informational site policy requirements.

If your ad is restricted for use of a trademark and doesn't meet these requirements, but you'd still like your ad to be eligible to run, you'll need to remove the trademark from your ad text, or request authorization.

If your ad is restricted for use of a trademark but you believe that it complies with this policy, submit the Google Ads Trademark Consult Form.

Additional information

# Request authorization to use a trademark

Authorization isn't necessary in most scenarios. Ads may use trademarks in ad text if they meet the Reseller and informational site policy requirements. Please carefully review this policy before pursuing authorization.

If your ad doesn't meet the policy requirements but you believe the trademark owner will authorize you to use their trademark, contact them directly and ask that they follow the authorization instructions. To find trademark owner contact information, you may research ownership on publicly available sources, or reach out to your existing business contacts.

If the trademark owner submits an authorization, we'll confirm with them directly after it is processed. At that point, any restricted or disapproved ads will need to be resubmitted for approval. Learn how to resubmit your entire campaign for review.

If you'd like to check on the status of your authorization request, you may contact the trademark owner.

# Term not used in reference to a trademark

If your ad is restricted for use of a trademark but uses a term in a way that isn't in reference to a trademark, submit the Google Ads Trademark Consult Form.

# Ads restricted for trademarks in subdomains

If your ads are restricted for use of a trademark in the subdomain of your display URL, any ads using that same subdomain and second-level domain combination as their final URL will also be restricted. For those ads to be eligible to run, you will need to select a new final URL that does not include the trademark in the subdomain.

# Additional concerns

If you still have questions about the Trademarks policy, see the Google Ads Trademark Consult Form.
Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

©2021 Google
- Privacy Policy
- Terms of Service



English

1. català
2. dansk
3. Deutsch
4. eesti
5. English (Australia)
6. English (United Kingdom)
7. español
8. español (Latinoamérica)
9. Filipino
10. français
11. hrvatski
12. Indonesia
13. italiano
14. latviešu
15. lietuvių
16. magyar
17. Melayu
18. Nederlands
19. norsk
20. polski
21. português
22. português (Brasil)
23. română
24. slovenčina
25. slovenščina
26. suomi
27. svenska
28. Tiếng Việt
29. Türkçe
30. čeština
31. Ελληνικά

32. български
33. русский
34. српски
35. українська
36. עברית
37. العربية
38. हिन्दी
39. ไทย
40. 中文（简体）
41. 中文（繁體）
42. 日本語
43. 한국어
44. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- [Help Center](#)

  - [List of ad policies](#)

  - [Review process](#)

  - [Verification](#)

  - [Change log](#)

- [Advertising Policies](#)

- [Privacy Policy](#)

- [Terms of Service](#)

- [Submit feedback](#)

Advertising policiesThird-party policiesRelated policies & terms
Approval processDisapprovals and suspensions
Verification programs
Upcoming and recent changesPast changes

## What is the issue with this selection?

Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

## Share additional info or suggestions



Do not share any personal info
Cancel
Submit
By continuing, you agree Google uses your answers, [account & system info](#) to improve services, per our [Privacy](#) & [Terms](#).

Payment methods & terms of service finder

To see your available payment options and relevant terms of service, choose your Google product, billing country, currency, account type, and payment method. Account type and payment method selection may not be required in some cases.

Product

Legal Help



Send feedback on...


This help content & information


General Help Center experience

Next

# Google Ads Trademark Consult Form

Due to the preventive measures we're taking to protect the health of our support specialists in light of COVID-19, we're experiencing longer-than-average turnaround times on incoming complaints and consults. We appreciate your patience and sincerely apologize for any inconvenience this may cause you. We will update this message as the situation changes.

* Required field

Who are you? *


Trademark owner or authorized representative of the trademark owner


 Advertiser with an issue related to Google Ads Trademarks policy

Which of these options best describes the action you would like to take? *


Check the status of a trademark complaint or authorization request I recently submitted


Get help with ads that are incorrectly restricted for use of my trademark(s)


Submit a complaint regarding my trademark


Authorize an advertiser to use my trademark(s) in ad text


Update trademark owner point-of-contact details, or authorize an entity to act on my behalf with regard to trademark matters


Other issue related to Google Ads Trademarks policy

Which of these actions would you like to take? *

☐ Obtain authorization to use another entity's trademark(s) in my ad text

☐ Get help with ads that are incorrectly restricted for use of a trademark

☐ Other issue related to Google Ads Trademarks policy

We receive a high volume of requests and review them in the order they are received. We will send you an email confirmation after we review your request. We appreciate your patience.

If you would like to provide any additional information regarding a request that you submitted, please follow up on that case thread directly.

# Please provide us with the following information:

Trademark at issue, including specific term(s) or variation(s) used in restricted ads (Please enter only one trademark per line)

\* [                    ] Add additional

Which of these options best describes your issue?

\*

[ Select one                                                              ]
Select one

10-Digit Google Ads account customer ID(s) where issue is occurring

\* [                    ] Add additional

Please provide a copy of the prior authorization request, and/or the reference number of the case in which authorization was provided. You can find the case number in the subject line of the confirmation you received when submitting the complaint. It will appear in the format [Case: 0-000000]. \*

[                                        ]

0/1000
Screenshots of the issue in your Google Ads account
No files chosen
Choose files

(Optional) Any additional screenshots, URLs, or trademark registration information relevant to your issue

0/1000

This is not the form to submit a trademark complaint. If you would like to submit a complaint regarding the use of your trademark(s), please follow the steps on our Help for trademark owners page.

This is not the form to submit a trademark authorization. If you have a complaint on file and would like to authorize an advertiser to use your trademark, please follow the steps on our Help for trademark owners page.

## Please provide us with the following information:

Trademark(s) at issue  (Please enter only one trademark per line)

\*                     Add additional

Trademark Owner listed on registration:

\*

Name of new point-of-contact

\*

Email address of new point-of-contact

\*

If the contact is an employee of the trademark owner company, please make sure to provide us with their corporate domain email address. Please note that Google may share this updated email address with advertisers inquiring about these trademark(s) and/or seeking authorization.

Feel free to provide any additional context on this request

\*



0/1000

If your request does not relate to Google Ads Trademarks policy, do not submit this form as our team will not respond. Please visit Google Help for further assistance.

## Please provide us with the following information:

Trademark(s) at issue, including any variations or other terms used in the ads in question  (Please enter only one trademark per line)

* [          ]   Add additional

10-Digit Google Ads account customer ID(s) where issue is occurring (if applicable)

[          ]

Tracking URL(s) of the ad(s) at issue (if applicable)

[          ]

You can find an ad's tracking URL by right clicking on the ad headline and selecting "copy link location", "copy link address", or "copy link"

Brief summary of the issue, including any other relevant information that may help us with our review of your request.*



0/1000

This is not the form to request authorization to use a trademark. If you would like more information about obtaining authorization, please see our Trademark help for advertisers page.

## Please provide the following:

Trademark(s) at issue, including any other terms, variations or misspellings of the trademark(s) used in the ads in question (Please enter only one trademark per line)  *

[          ]   Add additional

10-Digit Google Ads account customer ID(s) where restriction is occurring:

\* [                    ]

Which of these options best describes your issue? \*

[ Select one                                                    ]

Select one

Please add any other relevant links or information that could help our team review this request:

[                                        ]

0/1000

To learn more about Trademarks policy approval statuses and how to check an ad's approval status, please see here.

## Please provide us with the following:

Trademark(s) at issue, including any other terms, variations or misspellings of the trademark(s) used in the ads in question (Please enter only one trademark per line) \*

[              ] Add additional

10-Digit Google Ads account customer ID(s) where issue is occurring (if applicable)

[              ]

Tracking URL(s) of the ad(s) at issue (if applicable) [            ]
You can find an ad's tracking URL by right clicking on the ad headline and selecting "copy link location", "copy link address", or "copy link"

Case number (if applicable):

[              ]

You can find the case number in the subject line of the confirmation you received when submitting a complaint or authorization form. It will appear in the format [Case: 0-000000].
Brief summary of the issue, including any other relevant information that may help us with our review of your request.



0/1000

# Please provide your contact information:

Full Name: *

Email address: *



Submit

Some account and system information will be sent to Google, and support calls and chats may be recorded. We will use this information to improve support quality and training, to help address technical issues, and to improve our products and services, subject to our Privacy Policy and Terms of Service.

Additional info

OK

Your email has been sent

Your email has been sent to our team! Due to the preventative measures being taken for our support specialists in light of COVID-19, it may take longer than usual to respond to your support request. We apologize for any inconvenience this may cause, and we'll send you a reply as soon as we can.

- ©2021 Google
- Privacy Policy
- Terms of Service



English

1. català
2. dansk
3. Deutsch
4. eesti
5. English (United Kingdom)
6. español

7.  Filipino
8.  français
9.  hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. فارسی
36. हिन्दी
37. ไทย
38. 中文（简体）
39. 中文（繁體）
40. 日本語
41. 한국어
42. English

Send feedback about our Help Center



Google Help

- [Help Center](#)

- [Legal](#)

- [Privacy Policy](#)

- [Terms of Service](#)

- [Submit feedback](#)

Send feedback on...
This help content & information General Help Center experience



## Google Ads

## Trademark Complaint

English
English
English (United Kingdom)
Deutsch
español
français
italiano
日本語
한국어
Nederlands
polski
português (Brasil)
português
русский
Türkçe
中文（简体）
中文（繁體）
1
Information
If you intend to authorize 3rd parties, please use this form instead: Authorization form.

# Your information

Please have this information ready before you start filling out this complaint form:
- Country or countries of registration and registration numbers (if applicable)
- Authorized entities (if any): Google Ads customer IDs/login emails for all Google Ads accounts, or any visible URLs for all websites that are permitted to use your trademark(s) in ad text

Please complete the fields below. Note that all fields are required.

## Relationship to trademark owner

I am the trademark owner, the trademark owner's attorney of record (as listed on one or more of its trademark registrations), or a representative of the trademark owner based at its parent company's headquarters
The trademark owner has contacted Google to authorize me to act on their behalf

Other
Please select your relationship to the trademark owner

## Contact information

Name
Please enter your name
Company
Please enter a company name
Street address and city
Please enter an address
Country Country
Benelux
European Union
OAPI
WIPO
Afghanistan
Algeria
American Samoa
Andorra
Angola
Anguilla
Antigua & Barbuda
Argentina
Armenia
Australia
Austria
Azerbaijan
Bahamas
Bahrain
Bangladesh
Belarus
Belgium
Belize
Benin
Bolivia
Bosnia & Herzegovina
Botswana
Brazil
British Virgin Islands
Brunei
Bulgaria
Burkina Faso
Burundi
Cambodia

Cameroon
Canada
Cape Verde
Central African Republic
Chad
Chile
China
Colombia
Congo - Brazzaville
Congo - Kinshasa
Cook Islands
Costa Rica
Côte d'Ivoire
Croatia
Cuba
Cyprus
Czechia
Denmark
Djibouti
Dominica
Dominican Republic
Ecuador
Egypt
El Salvador
Estonia
Ethiopia
Fiji
Finland
France
Gabon
Gambia
Georgia
Germany
Ghana
Gibraltar
Greece
Greenland
Guadeloupe
Guatemala
Guernsey
Guyana
Haiti
Honduras
Hong Kong
Hungary
Iceland

India
Indonesia
Iraq
Ireland
Isle of Man
Israel
Italy
Jamaica
Japan
Jersey
Jordan
Kazakhstan
Kenya
Kiribati
Kuwait
Kyrgyzstan
Laos
Latvia
Lebanon
Lesotho
Libya
Liechtenstein
Lithuania
Luxembourg
Macao
Madagascar
Malawi
Malaysia
Maldives
Mali
Malta
Mauritius
Mexico
Micronesia
Moldova
Mongolia
Montenegro
Montserrat
Morocco
Mozambique
Namibia
Nauru
Nepal
Netherlands
New Zealand
Nicaragua

Niger
Nigeria
Niue
Norfolk Island
North Macedonia
Norway
Oman
Pakistan
Palestine
Panama
Paraguay
Peru
Philippines
Pitcairn Islands
Poland
Portugal
Puerto Rico
Qatar
Romania
Russia
Rwanda
Samoa
San Marino
São Tomé & Príncipe
Saudi Arabia
Senegal
Serbia
Seychelles
Sierra Leone
Singapore
Slovakia
Slovenia
Solomon Islands
Somalia
South Africa
South Korea
Spain
Sri Lanka
St. Helena
St. Vincent & Grenadines
Suriname
Sweden
Switzerland
Taiwan
Tajikistan
Tanzania

Thailand
Timor-Leste
Togo
Tokelau
Tonga
Trinidad & Tobago
Tunisia
Turkey
Turkmenistan
U.S. Virgin Islands
Uganda
Ukraine
United Arab Emirates
United Kingdom
United States
Uruguay
Uzbekistan
Vanuatu
Venezuela
Vietnam
Zambia
Zimbabwe
Please enter a country.



Email
Invalid email address. Please provide a valid email address.

Google will use the information you give us to help improve our services, subject to our Privacy Policy.

I agree to permit Google to provide this email address to advertisers who request this contact information in order to inquire about this trademark complaint (eg. in order to obtain a permission to use the trademark).
Please tick the required checkbox above
Next
2
Details

# Specify infringement details

For each trademark at issue, all fields are required. If you wish to attach any supporting documentation, please do so in the "Clarifications" section.

Please create a trademark entry for each region where you claim rights and make sure that the trademarks you submit are being used by advertisers.

## Details for each trademark

cancel

Trademark

This field is required

Country Country

Benelux

European Union

OAPI

WIPO

Afghanistan

Algeria

American Samoa

Andorra

Angola

Anguilla

Antigua & Barbuda

Argentina

Armenia

Australia

Austria

Azerbaijan

Bahamas

Bahrain

Bangladesh

Belarus

Belgium

Belize

Benin

Bolivia

Bosnia & Herzegovina

Botswana

Brazil

British Virgin Islands

Brunei

Bulgaria

Burkina Faso

Burundi

Cambodia

Cameroon

Canada

Cape Verde

Central African Republic

Chad

Chile

China

Colombia
Congo - Brazzaville
Congo - Kinshasa
Cook Islands
Costa Rica
Côte d'Ivoire
Croatia
Cuba
Cyprus
Czechia
Denmark
Djibouti
Dominica
Dominican Republic
Ecuador
Egypt
El Salvador
Estonia
Ethiopia
Fiji
Finland
France
Gabon
Gambia
Georgia
Germany
Ghana
Gibraltar
Greece
Greenland
Guadeloupe
Guatemala
Guernsey
Guyana
Haiti
Honduras
Hong Kong
Hungary
Iceland
India
Indonesia
Iraq
Ireland
Isle of Man
Israel
Italy

Jamaica
Japan
Jersey
Jordan
Kazakhstan
Kenya
Kiribati
Kuwait
Kyrgyzstan
Laos
Latvia
Lebanon
Lesotho
Libya
Liechtenstein
Lithuania
Luxembourg
Macao
Madagascar
Malawi
Malaysia
Maldives
Mali
Malta
Mauritius
Mexico
Micronesia
Moldova
Mongolia
Montenegro
Montserrat
Morocco
Mozambique
Namibia
Nauru
Nepal
Netherlands
New Zealand
Nicaragua
Niger
Nigeria
Niue
Norfolk Island
North Macedonia
Norway
Oman

Pakistan
Palestine
Panama
Paraguay
Peru
Philippines
Pitcairn Islands
Poland
Portugal
Puerto Rico
Qatar
Romania
Russia
Rwanda
Samoa
San Marino
São Tomé & Príncipe
Saudi Arabia
Senegal
Serbia
Seychelles
Sierra Leone
Singapore
Slovakia
Slovenia
Solomon Islands
Somalia
South Africa
South Korea
Spain
Sri Lanka
St. Helena
St. Vincent & Grenadines
Suriname
Sweden
Switzerland
Taiwan
Tajikistan
Tanzania
Thailand
Timor-Leste
Togo
Tokelau
Tonga
Trinidad & Tobago
Tunisia

Turkey
Turkmenistan
U.S. Virgin Islands
Uganda
Ukraine
United Arab Emirates
United Kingdom
United States
Uruguay
Uzbekistan
Vanuatu
Venezuela
Vietnam
Zambia
Zimbabwe
This field is required



Registered?
Yes
No, I claim use rights.
+ Add entry
It appears your request includes more than 50 trademarks. In order to better meet your needs and provide a significantly faster turnaround time, we ask that you consider narrowing the scope of your complaint to include only the trademarks that are currently being used by Google Ads advertisements, and/or consider prioritizing certain regions for which you would like us to investigate particular marks. If you see ads appearing in the future using additional trademarks that belong to you, we'll still be glad to investigate them at that time. Alternatively, you may exercise the option to provide an attachment with your complete list of trademarks at the end of this form.
Next
3
Scope

# Scope of the advertisers involved

Google will not investigate or restrict the use of trademark terms in keywords, even if a trademark complaint is received. For more information, please review our [Google Ads Trademark Policy.](#)

\* required

### Scope of complaint - Advertisers involved

Please choose either of the following options:
My complaint only applies to specific advertisers

My complaint applies to all advertisers
Please select a radio button indicating the advertisers involved

Please list the specific advertisements at issue by providing the visible URL of the ad(s) in question. Please note, the visible URL of the ad(s) is located in the last line of the ad.



0/4000

## Authorized entities

Please provide the requested information for any entities authorized to use the trademarks identified in this complaint. help_outline

Accounts or URLs that are not submitted for authorization (including the trademark owner's own accounts) can have their ads disapproved, which may disqualify them from serving and take additional time to re-approve.

I have more than ten authorized entities and am attaching a schedule in lieu of filling out this section.
cancel
Google Ads customer ID or visible URL
0/255
+ Add authorized entity

## Examples of the ads at issue

cancel
Google domain
Ad text
Tracking URL
The tracking URL can be found by right clicking (or clicking while holding command depending on your operating system) the ad title and copying link address/location from the drop-down menu.
+ Add example

## Scope of complaint EU/EFTA

In EU/EFTA countries we will do a limited investigation as to whether a keyword in combination with particular ad text is confusing as to the origin of the advertised goods and services. If we find that it is, we will remove the specific ad that is the subject of the complaint. Please review our policy for more information.

Does your complaint assert that a particular ad is confusing as to the origin of the advertised goods or services when displayed against your trademark in an EU or EFTA country?
Yes
No

If yes, please provide the following information for each ad at issue. We cannot process a complaint unless you provide complete and accurate information. The tracking URL can be found by right clicking (or clicking while holding command depending on your operating system) the ad title and copying link address/location.

cancel

Search term

Google domain

Ad text

Tracking URL

The tracking URL can be found by right clicking (or clicking while holding command depending on your operating system) the ad title and copying link address/location.
+ Add example
Next
4
Clarifications

# Clarifications and legal affirmations

required *

## Clarifications

If you would like to clarify any of the information you have provided, or attach a file, please do so here.



0/4000
Attach file

## Legal affirmations

Please check if you agree with the following statement(s).
IMPORTANT: Please note that we cannot investigate your complaint if you do not check the required box(es) below.

I have a good faith belief that use of the trademarks described above with the advertisements described are not authorized by the trademark owner or its agent, nor is such use otherwise permissible under law.
I represent that the information in this notification is true and that I am authorized to act on behalf of the trademark owner.
Next
5
Review
If you intend to authorize 3rd parties, please use this form instead: Authorization form.

# Your information

Please have this information ready before you start filling out this complaint form:
- Country or countries of registration and registration numbers (if applicable)
- Authorized entities (if any): Google Ads customer IDs/login emails for all Google Ads accounts, or any visible URLs for all websites that are permitted to use your trademark(s) in ad text

Please complete the fields below. Note that all fields are required.

## Relationship to trademark owner

I am the trademark owner, the trademark owner's attorney of record (as listed on one or more of its trademark registrations), or a representative of the trademark owner based at its parent company's headquarters
The trademark owner has contacted Google to authorize me to act on their behalf
Other
Please select your relationship to the trademark owner

## Contact information

Name
Please enter your name
Company
Please enter a company name
Street address and city
Please enter an address
Country Country
Benelux
European Union
OAPI
WIPO
Afghanistan
Algeria

American Samoa
Andorra
Angola
Anguilla
Antigua & Barbuda
Argentina
Armenia
Australia
Austria
Azerbaijan
Bahamas
Bahrain
Bangladesh
Belarus
Belgium
Belize
Benin
Bolivia
Bosnia & Herzegovina
Botswana
Brazil
British Virgin Islands
Brunei
Bulgaria
Burkina Faso
Burundi
Cambodia
Cameroon
Canada
Cape Verde
Central African Republic
Chad
Chile
China
Colombia
Congo - Brazzaville
Congo - Kinshasa
Cook Islands
Costa Rica
Côte d'Ivoire
Croatia
Cuba
Cyprus
Czechia
Denmark
Djibouti

Dominica
Dominican Republic
Ecuador
Egypt
El Salvador
Estonia
Ethiopia
Fiji
Finland
France
Gabon
Gambia
Georgia
Germany
Ghana
Gibraltar
Greece
Greenland
Guadeloupe
Guatemala
Guernsey
Guyana
Haiti
Honduras
Hong Kong
Hungary
Iceland
India
Indonesia
Iraq
Ireland
Isle of Man
Israel
Italy
Jamaica
Japan
Jersey
Jordan
Kazakhstan
Kenya
Kiribati
Kuwait
Kyrgyzstan
Laos
Latvia
Lebanon

Lesotho
Libya
Liechtenstein
Lithuania
Luxembourg
Macao
Madagascar
Malawi
Malaysia
Maldives
Mali
Malta
Mauritius
Mexico
Micronesia
Moldova
Mongolia
Montenegro
Montserrat
Morocco
Mozambique
Namibia
Nauru
Nepal
Netherlands
New Zealand
Nicaragua
Niger
Nigeria
Niue
Norfolk Island
North Macedonia
Norway
Oman
Pakistan
Palestine
Panama
Paraguay
Peru
Philippines
Pitcairn Islands
Poland
Portugal
Puerto Rico
Qatar
Romania

Russia
Rwanda
Samoa
San Marino
São Tomé & Príncipe
Saudi Arabia
Senegal
Serbia
Seychelles
Sierra Leone
Singapore
Slovakia
Slovenia
Solomon Islands
Somalia
South Africa
South Korea
Spain
Sri Lanka
St. Helena
St. Vincent & Grenadines
Suriname
Sweden
Switzerland
Taiwan
Tajikistan
Tanzania
Thailand
Timor-Leste
Togo
Tokelau
Tonga
Trinidad & Tobago
Tunisia
Turkey
Turkmenistan
U.S. Virgin Islands
Uganda
Ukraine
United Arab Emirates
United Kingdom
United States
Uruguay
Uzbekistan
Vanuatu
Venezuela

Vietnam
Zambia
Zimbabwe
Please enter a country.

Email
Invalid email address. Please provide a valid email address.

Google will use the information you give us to help improve our services, subject to our Privacy Policy.

I agree to permit Google to provide this email address to advertisers who request this contact information in order to inquire about this trademark complaint (eg. in order to obtain a permission to use the trademark).
Please tick the required checkbox above

# Specify infringement details

For each trademark at issue, all fields are required. If you wish to attach any supporting documentation, please do so in the "Clarifications" section.

Please create a trademark entry for each region where you claim rights and make sure that the trademarks you submit are being used by advertisers.

## Details for each trademark

cancel

Trademark
This field is required
Country Country
Benelux
European Union
OAPI
WIPO
Afghanistan
Algeria
American Samoa
Andorra
Angola
Anguilla
Antigua & Barbuda
Argentina
Armenia
Australia

Austria
Azerbaijan
Bahamas
Bahrain
Bangladesh
Belarus
Belgium
Belize
Benin
Bolivia
Bosnia & Herzegovina
Botswana
Brazil
British Virgin Islands
Brunei
Bulgaria
Burkina Faso
Burundi
Cambodia
Cameroon
Canada
Cape Verde
Central African Republic
Chad
Chile
China
Colombia
Congo - Brazzaville
Congo - Kinshasa
Cook Islands
Costa Rica
Côte d'Ivoire
Croatia
Cuba
Cyprus
Czechia
Denmark
Djibouti
Dominica
Dominican Republic
Ecuador
Egypt
El Salvador
Estonia
Ethiopia
Fiji

Finland
France
Gabon
Gambia
Georgia
Germany
Ghana
Gibraltar
Greece
Greenland
Guadeloupe
Guatemala
Guernsey
Guyana
Haiti
Honduras
Hong Kong
Hungary
Iceland
India
Indonesia
Iraq
Ireland
Isle of Man
Israel
Italy
Jamaica
Japan
Jersey
Jordan
Kazakhstan
Kenya
Kiribati
Kuwait
Kyrgyzstan
Laos
Latvia
Lebanon
Lesotho
Libya
Liechtenstein
Lithuania
Luxembourg
Macao
Madagascar
Malawi

Malaysia
Maldives
Mali
Malta
Mauritius
Mexico
Micronesia
Moldova
Mongolia
Montenegro
Montserrat
Morocco
Mozambique
Namibia
Nauru
Nepal
Netherlands
New Zealand
Nicaragua
Niger
Nigeria
Niue
Norfolk Island
North Macedonia
Norway
Oman
Pakistan
Palestine
Panama
Paraguay
Peru
Philippines
Pitcairn Islands
Poland
Portugal
Puerto Rico
Qatar
Romania
Russia
Rwanda
Samoa
San Marino
São Tomé & Príncipe
Saudi Arabia
Senegal
Serbia

Seychelles
Sierra Leone
Singapore
Slovakia
Slovenia
Solomon Islands
Somalia
South Africa
South Korea
Spain
Sri Lanka
St. Helena
St. Vincent & Grenadines
Suriname
Sweden
Switzerland
Taiwan
Tajikistan
Tanzania
Thailand
Timor-Leste
Togo
Tokelau
Tonga
Trinidad & Tobago
Tunisia
Turkey
Turkmenistan
U.S. Virgin Islands
Uganda
Ukraine
United Arab Emirates
United Kingdom
United States
Uruguay
Uzbekistan
Vanuatu
Venezuela
Vietnam
Zambia
Zimbabwe
This field is required

Registered?
Yes
No, I claim use rights.

+ Add entry

It appears your request includes more than 50 trademarks. In order to better meet your needs and provide a significantly faster turnaround time, we ask that you consider narrowing the scope of your complaint to include only the trademarks that are currently being used by Google Ads advertisements, and/or consider prioritizing certain regions for which you would like us to investigate particular marks. If you see ads appearing in the future using additional trademarks that belong to you, we'll still be glad to investigate them at that time. Alternatively, you may exercise the option to provide an attachment with your complete list of trademarks at the end of this form.

# Scope of the advertisers involved

Google will not investigate or restrict the use of trademark terms in keywords, even if a trademark complaint is received. For more information, please review our [Google Ads Trademark Policy.](#)

* required

## Scope of complaint - Advertisers involved

Please choose either of the following options:
My complaint only applies to specific advertisers
My complaint applies to all advertisers
Please select a radio button indicating the advertisers involved

Please list the specific advertisements at issue by providing the visible URL of the ad(s) in question. Please note, the visible URL of the ad(s) is located in the last line of the ad.



0/4000

## Authorized entities

Please provide the requested information for any entities authorized to use the trademarks identified in this complaint. help_outline

Accounts or URLs that are not submitted for authorization (including the trademark owner's own accounts) can have their ads disapproved, which may disqualify them from serving and take additional time to re-approve.

I have more than ten authorized entities and am attaching a schedule in lieu of filling out this section.
cancel

Google Ads customer ID or visible URL

0/255

+ Add authorized entity

## Examples of the
## ads at issue

cancel

Google domain

Ad text

Tracking URL

The tracking URL can be found by right clicking (or clicking while holding command depending on your operating system) the ad title and copying link address/location from the drop-down menu.

+ Add example

## Scope of complaint EU/EFTA

In EU/EFTA countries we will do a limited investigation as to whether a keyword in combination with particular ad text is confusing as to the origin of the advertised goods and services. If we find that it is, we will remove the specific ad that is the subject of the complaint. Please review our policy for more information.

Does your complaint assert that a particular ad is confusing as to the origin of the advertised goods or services when displayed against your trademark in an EU or EFTA country?

Yes

No

If yes, please provide the following information for each ad at issue. We cannot process a complaint unless you provide complete and accurate information. The tracking URL can be found by right clicking (or clicking while holding command depending on your operating system) the ad title and copying link address/location.

cancel

Search term

Google domain

Ad text

Tracking URL

The tracking URL can be found by right clicking (or clicking while holding command depending on your operating system) the ad title and copying link address/location.

+ Add example

**1462**

1657

# Clarifications and legal affirmations

required *

## Clarifications

If you would like to clarify any of the information you have provided, or attach a file, please do so here.



0/4000
Attach file

## Legal affirmations

Please check if you agree with the following statement(s).
IMPORTANT: Please note that we cannot investigate your complaint if you do not check the required box(es) below.

I have a good faith belief that use of the trademarks described above with the advertisements described are not authorized by the trademark owner or its agent, nor is such use otherwise permissible under law.
I represent that the information in this notification is true and that I am authorized to act on behalf of the trademark owner.

Please ensure all the required fields are filled out and the recaptcha is solved.

Submit

If you would like to submit your Google Ads trademark complaint by mail, please provide all of the requested information, press submit, print the email confirmation, and send it to one of the following addresses:

ads-trademarks@google.com

OR

Google Inc.
Attn: Advertising Legal Support Team
1600 Amphitheatre Parkway
Mountain View, CA 94043

OR

Our facsimile number: 1-650-649-1774
Attn: Google Trademark Complaints

Contact error



# Google Ads

## 3rd Party Authorization Request

English
English
English (United Kingdom)
Deutsch
español
français
italiano
日本語
한국어
Nederlands
polski
português (Brasil)
português
русский
Türkçe
中文（简体）
中文（繁體）

**Are you the owner of the trademark or the contact person listed in the Google Ads trademark complaint?**

Yes
No

Google Ads Help

Sign in

Send feedback on...



This help content & information

General Help Center experience

Next

Help CenterCommunityAnnouncements

# About text ads

**Important**

- Starting June 30, 2022, you'll no longer be able to create or edit expanded text ads.
- Expanded text ads will continue to serve, and you'll still see reports on their performance going forward.
- You'll still be able to pause and resume your expanded text ads, or remove them if needed.
- We strongly encourage you to transition to responsive search ads.
- Learn more about this change to expanded text ads

We recently made changes to text ads so that you have more room to convey your message to customers. Now, you can:

- Add a third headline
- Add a second description
- Use up to 90 characters for each description

Text ads on the Search Network show above and below Google search results. It has three parts: headline text, a display URL, and description text.

Comprehensive Insurance | Protect Yourself on a Budget | Get Your Free Quote Today
Ad www.example.com/insurance
Get affordable & trustworthy insurance. 10% discount on all online quotes. Easily compare insurance plans side-by-side in just a few seconds.

**Why you might not see your search ads**
There might not be ads on all search results, even for queries that advertisers are bidding on. You might often find that there are no ads on a page, even when an advertiser is bidding on the search terms that generated those results.

To ensure high-quality ad content on search results, Google requires that all ads meet a certain level of quality. In some cases, low-quality ads may hardly show at all (even if they have high bids). Learn more about ad quality.

## Headline

People are most likely to notice your headline text, so consider including words that people may have entered in their Google search. Your text ad consists of three headlines where you can enter up to 30 characters each to promote your product or service. The headlines are separated by a vertical pipe ("|") and may show differently based on the device someone is using when they view your ad.

## Display URL

The display URL, usually in green, shows your website address. This display URL is made up of the domain from your final URL and the text in the optional "Path" fields. These fields are designed to help people who see your ad get a better sense of where they'll be taken when they click it. Your path text doesn't have to match the exact language of your display URL.

## Description

Use the description fields to highlight details about your product or service. It's a good idea to include a "call to action"—the action you want your customer to take. If you're an online shoe store, your description might include "Shop now" or "Buy shoes now." If you offer a service, you might want to add something like "Get an instant quote online" or "See pricing."

## Length limits

| Field | Max length |
|---|---|
| Headline 1 | 30 characters |
| Headline 2 | 30 characters |
| Headline 3 | 30 characters |
| Description | 190 characters |
| Description | 290 characters |
| Path (2) | 15 characters each |

In expanded text ads, the length limits are the same across all languages. Each character in double-width languages like Korean, Japanese, or Chinese counts as two towards the limit instead of one.

To see what your ads look like on the Google search results page without affecting your ad statistics, use the Ad Preview and Diagnosis tool.

Tip

You can provide more information about your business, like its location, phone number, or additional deep links into your website, by adding extensions to your text ads. Learn more about ad extensions

You can also use dynamic text to customize your ad to each person. Learn more about how to create text ads with customized text

## Using special characters with your ads

Most non-English characters, including tildes, umlauts, and cedillas, will appear correctly in your ads, including within the display URL.

Related links

- Tips for creating successful ads
- Editorial & professional requirements
- Choose an ad format

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

## Need more help?

Sign in for additional support options to quickly solve your issue

## Ad formats

- Create a new text ad
- Write successful text ads
- About keyword insertion for your ad text
- About text ads
- About text ads on the Display Network

- About text ads on mobile devices
- Set up keyword insertion for your ad text
- About expanded text ads
- About responsive search ads
- About Ad strength for responsive search ads
- About location insertion for responsive search ads
- About cross-campaign asset reporting for responsive search ads
- Make a Search ad always open to a lead form



Reach your marketing goals with Google Ads

Google Ads can help you make the most of your online marketing efforts with tools to help you succeed. Learn more from success stories to see what others have achieved with the help of the right campaigns for their goals.

Get Started

or Call 1-855-500-2754 to get started

- ©2021 Google
- Privacy Policy
- Terms of Service
- Google Ads Advertising Policies
- About the Help Center



English

1. català
2. dansk
3. Deutsch
4. eesti
5. English (Australia)
6. English (United Kingdom)
7. español
8. español (Latinoamérica)
9. Filipino
10. français
11. hrvatski
12. Indonesia
13. italiano
14. latviešu
15. lietuvių

16. magyar
17. Melayu
18. Nederlands
19. norsk
20. polski
21. português
22. português (Brasil)
23. română
24. slovenčina
25. slovenščina
26. suomi
27. svenska
28. Tiếng Việt
29. Türkçe
30. čeština
31. Ελληνικά
32. български
33. русский
34. српски
35. українська
36. עברית
37. العربية
38. हिन्दी
39. ไทย
40. 中文（简体）
41. 中文（繁體）
42. 中文（香港）
43. 日本語
44. 한국어
45. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- Help Center

- o [Coronavirus (COVID-19) Resources and Updates](#)

- o [Setup and basics](#)

- o [Manage ads](#)

- o [Measure results](#)

- o [Smart campaigns](#)

- o [Billing](#)

- o [Learn](#)

- o [Google Partners](#)

- [Community](#)

- [Google Ads](#)

- [Privacy Policy](#)

- [Terms of Service](#)

- [Submit feedback](#)

Your guide to Google AdsGoogle Ads basicsCreate ads and campaignsChoose where and when ads appearFind out if your ad is runningAccount administration and security
Ads and approvalsCampaign settingsBudgets and bidsKeywordsReach your audienceTarget placements and topicsMultiple or large accountsLocal Services adsThe Google Ads mobile appRecommendations and optimization score
Connect your goals to dataFind and run reportsUnderstanding your dataTrack sales and other conversionsGoogle Analytics and Google AdsCommon reporting issues
Get startedSetup and managementCalls in Smart campaigns
Payment methods and settingsBasic billing tasksPromotions and couponsRefunds and adjustmentsTaxesIssues with payments and charges
Your guide to Google AdsGoogle Ads training on SkillshopAccount walk-throughsGlossary
Google Partners Program

## What is the issue with this selection?



Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

## Share additional info or suggestions

Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, [account & system info](account & system info) to improve services, per our [Privacy](Privacy) & [Terms](Terms).

Google Ads Help

Sign in

Send feedback on...



This help content & information

General Help Center experience

Next

Help CenterCommunityAnnouncements

# About the Google Search Network

The Google Search Network is a group of search-related websites and apps where your ads can appear. When you advertise on the Google Search Network, your ad can show near search results when someone searches with terms related to one of your **keywords**. In this article, you'll learn about:

A Search campaign is one campaign type available to you in Google Ads.

- Where Search ads can appear
- Types of ads on the Search Network
- How to include or remove search partners

CREATE SEARCH CAMPAIGN

## Where Search ads can appear

Your ads can appear with Google search results and on other search sites when your keywords are relevant to a user's search.

- Google search sites: Ads can appear above or below search results on Google Search. They can appear beside, above, or below search results on Google Play, the Shopping tab, Google Images, Google Maps, and the Maps app.



- Google search partners: Ads might appear with search results on websites of Google **search partners** or as part of a related search or link unit. For text ads, search partners include hundreds of non-Google websites as well as Google Video and other Google sites. **Shopping ads** can appear on search partner sites that display and link to products for sale. The **clickthrough rate (CTR)** for ads on search partner sites doesn't impact your Quality Score on Google.

Find out how bidding works on search partners sites.

## Types of ads on the Search Network

- Text ads, Dynamic Search Ads, responsive search ads, and call-only ads: These are the most common kinds of ads on the Search Network. These ads appear with an "Ad" or "Ads" label on the search results page and might have an "Ads by Google" label on partner sites. They often show with ad extensions which allow advertisers to include business details like location or phone number in their ads.
- Shopping ads: Shopping ads display and link to products for sale. They're labeled as "Sponsored" or appear with an "Ad" or "Ads" label on the search results page and might have an "Ads by Google" label on partner sites.
- Image and video ads: Search partners can host image ads and video ads.

> Example
>
> You have a business that offers face painting services at parties for kids. If you add the keyword "children face painting" to your ad group and choose to include search partners, then your ads are eligible to appear on those partners' search results page when someone types "face painting".

## How to include or remove search partners

When you create a campaign for the Search Network, search partners are included by default. A Search campaign may show in response to a user query coming from thousands of different sites. Google Ads doesn't provide information detailing the website where your ad was shown on the Search Network. To opt out of all search partner sites, follow these steps to include or remove search partners from an existing Search campaign.

All Search Network partner sites are obligated to comply with our Google policies. By creating a campaign for the Search Network, you acknowledge that our policies meet any image and reputation standards you may have for your company. In case of violation of these Google policies by one of our Search Network partner sites, it will be removed from the Search Network.

## Instructions

1. Sign into your Google Ads account.
2. In the left-side panel, click Settings and then select Campaign settings.
3. Click the campaign in which you want to include or remove search partners.
4. Click Networks.
5. Under "Search Network," check the box for Include Google search partners to enable ads from this campaign to appear on search partner websites, or uncheck it to disable this campaign's ads from showing on partner websites.
6. Click Save.

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

## Need more help?

Sign in for additional support options to quickly solve your issue

## Choose where and when ads appear

- About the Google Search Network
- How Google search results differ from ads
- About ad position and Ad Rank
- Get your ads above Google search results
- About local search ads
- Manage your local business presence on Google
- Show local search ads on Google Maps
- About ad quality

- ©2021 Google
- Privacy Policy
- Terms of Service
- Google Ads Advertising Policies
- About the Help Center



English

1. català
2. dansk
3. Deutsch
4. eesti
5. English (Australia)
6. English (United Kingdom)
7. español
8. español (Latinoamérica)
9. Filipino
10. français
11. hrvatski
12. Indonesia
13. italiano
14. latviešu
15. lietuvių
16. magyar
17. Melayu
18. Nederlands
19. norsk
20. polski
21. português
22. português (Brasil)
23. română
24. slovenčina
25. slovenščina
26. suomi
27. svenska
28. Tiếng Việt
29. Türkçe
30. čeština
31. Ελληνικά
32. български
33. русский
34. српски
35. українська
36. עברית
37. العربية
38. हिन्दी
39. ไทย
40. 中文（简体）
41. 中文（繁體）
42. 中文（香港）
43. 日本語
44. 한국어

45. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- [Help Center](#)

  - [Coronavirus (COVID-19) Resources and Updates](#)

  - [Setup and basics](#)

  - [Manage ads](#)

  - [Measure results](#)

  - [Smart campaigns](#)

  - [Billing](#)

  - [Learn](#)

  - [Google Partners](#)

- [Community](#)

- [Google Ads](#)

- [Privacy Policy](#)

- [Terms of Service](#)

- [Submit feedback](#)

Your guide to Google AdsGoogle Ads basicsCreate ads and campaignsChoose where and when ads appearFind out if your ad is runningAccount administration and security Ads and approvalsCampaign settingsBudgets and bidsKeywordsReach your audienceTarget placements and topicsMultiple or large accountsLocal Services adsThe Google Ads mobile appRecommendations and optimization score
Connect your goals to dataFind and run reportsUnderstanding your dataTrack sales and other conversionsGoogle Analytics and Google AdsCommon reporting issues
Get startedSetup and managementCalls in Smart campaigns
Payment methods and settingsBasic billing tasksPromotions and couponsRefunds and adjustmentsTaxesIssues with payments and charges
Your guide to Google AdsGoogle Ads training on SkillshopAccount walk-throughsGlossary
Google Partners Program

# What is the issue with this selection?


Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong


Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

## Share additional info or suggestions

Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.

Google Ads Help

Sign in

Send feedback on...



This help content & information

General Help Center experience

Next

Help CenterCommunityAnnouncements

# About Display ads and the Google Display Network

The Google Display Network can help you reach people with targeted Display ads while they're browsing their favorite websites, showing a friend a YouTube video, checking their Gmail account, or using mobile devices and apps.

## How the Google Display Network works

The Google Display Network is designed to help you find the right audience. Its targeting options let you strategically show your message to potential customers at the right place and the right time. Here are some examples of how you can approach targeting with Display ads:

- Find new customers or engage your existing customers using audiences. Similar audiences and in-market audiences allow you to target people who are most likely to be interested in your products, helping you find new prospective customers. You can also use data, like remarketing lists, to help you re-engage people who previously visited your site.
- Drive more conversions using automation. Automated targeting helps you get more conversions by finding high-performing audiences based on your existing audiences and landing page. By automatically optimizing over time, Google Ads can learn which audiences work for you. Automated bidding automatically adjusts your bid to help you meet your return on investment. Smart display campaigns combine the best of automated targeting, bidding, and creatives to maximize your conversions on Google Ads.

## Move people with Display ad images

Display ads provide opportunities to engage users with appealing ad formats. Here are some of the ad types you can run on the Display Network:

- Responsive Display ads. Creating ads on the Google Display Network is partially automated with responsive ads. To create them, simply enter your ad text, then add your images and logo, and Google will optimize your ads to improve performance. (You can also use our library of images at no cost.) Both new and advanced users benefit from responsive ads because they show as "native" ads, and blend into the font and feel of the publisher's site.
- Note: Responsive Display ads will be replacing responsive ads as the new default ad type for the Display Network. If you have responsive ads running, you will be prompted to save them as Responsive Display ads.
- Uploaded image ads. For more control, you can create and upload ads. You can upload ads as images in different sizes or HTML5.
- Engagement ads. Run engaging image and video ads on YouTube and across the Display Network.
- Gmail ads. Show expandable ads on the top tabs of people's inboxes.

## When Display ads show

While the Search Network can reach people when they're already searching for specific good or services, the Display Network can help you capture someone's attention earlier in the buying cycle. You can put your ads in front of people *before* they start searching for what you offer, which can be key for your overall advertising strategy. You can also remind people of what they're interested in, as in the case of remarketing to people who've previously visited your site or app.

## Measure your results using the Google Display Network

Google Ads lets you measure how well you're meeting your goals. See which webpages run your ads, which ads deliver the most clicks, and which sites give you the most value for the lowest cost.

## Plan ahead

Changes in the Display Network can take 12-24 hours to apply and may not show right away. Keep this in mind while creating a new campaign or making changes to an existing campaign. You may want to set up your campaign a few days before the launch and set the start date in the future.

When there are multiple changes made within a 24 hour period, they may be applied outside of the chronological order of change history.

Deep linking

With app deep linking enabled, your app's users will be directed to your in-app content from your Search, Display, and Shopping ads. If you want to enable deep linking for these campaigns, create App Links for Android and Universal Links for iOS, and enable Google Analytics for Firebase to track app conversions. Learn more about deep linking and best practices for implementing deep links.

Related links

- About targeting for Display Network campaigns
- Choose an ad format

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

# Need more help?

Sign in for additional support options to quickly solve your issue

# Choose where and when ads appear

- About Display ads and the Google Display Network
- About targeting for Display campaigns
- About contextual targeting
- Reach your audience on apps and websites
- Targeting settings on the Display Network
- How Google Ad Manager works with Google Ads
- Create Gmail ads
- About Gmail ads
- Create Gmail ads with custom HTML

- ©2021 Google
- Privacy Policy
- Terms of Service
- Google Ads Advertising Policies
- About the Help Center



English

1.  català
2.  dansk
3.  Deutsch
4.  eesti
5.  English (Australia)
6.  English (United Kingdom)
7.  español
8.  español (Latinoamérica)
9.  Filipino
10. français
11. hrvatski
12. Indonesia
13. italiano
14. latviešu
15. lietuvių
16. magyar
17. Melayu
18. Nederlands
19. norsk
20. polski
21. português
22. português (Brasil)
23. română
24. slovenčina
25. slovenščina
26. suomi
27. svenska
28. Tiếng Việt
29. Türkçe
30. čeština
31. Ελληνικά
32. български
33. русский
34. српски
35. українська
36. עברית
37. العربية
38. हिन्दी
39. ไทย
40. 中文（简体）
41. 中文（繁體）

42. 中文（香港）
43. 日本語
44. 한국어
45. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- Help Center

  o Coronavirus (COVID-19) Resources and Updates

  o Setup and basics

  o Manage ads

  o Measure results

  o Smart campaigns

  o Billing

  o Learn

- o [Google Partners](#)

- [Community](#)

- [Google Ads](#)

- [Privacy Policy](#)

- [Terms of Service](#)

- [Submit feedback](#)

Your guide to Google AdsGoogle Ads basicsCreate ads and campaignsChoose where and when ads appearFind out if your ad is runningAccount administration and security Ads and approvalsCampaign settingsBudgets and bidsKeywordsReach your audienceTarget placements and topicsMultiple or large accountsLocal Services adsThe Google Ads mobile appRecommendations and optimization score
Connect your goals to dataFind and run reportsUnderstanding your dataTrack sales and other conversionsGoogle Analytics and Google AdsCommon reporting issues
Get startedSetup and managementCalls in Smart campaigns
Payment methods and settingsBasic billing tasksPromotions and couponsRefunds and adjustmentsTaxesIssues with payments and charges
Your guide to Google AdsGoogle Ads training on SkillshopAccount walk-throughsGlossary
Google Partners Program

# What is the issue with this selection?


Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

# Share additional info or suggestions

Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.



Google Ads Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunityAnnouncements

# Keywords: Definition

Words or phrases describing your product or service that you choose to help determine when and where your ad can appear.

- The keywords you choose are used to show your ads to people. Select high-quality, relevant keywords for your ad campaign to help you reach only the most interested people, who are more likely to become your customers.
- When someone searches on Google, your ad could be eligible to appear based on the similarity of your keywords to the person's search terms, as well as your keyword match types. Keywords are also used to match your ad to sites in the Google Network that are related to your keywords and ads.
- A great keyword list can help improve the performance of your ads and help you to avoid higher prices. Poor keywords can ultimately cause you to have higher prices and lower ad position.
- You can add match types to your keywords to help control which searches your ad can be matched with.

How keywords work
How to create a great keyword list
Learn about using keyword match types
See more articles about keywords

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

# Need more help?

Sign in for additional support options to quickly solve your issue

## Glossary

- Ad group: Definition
- Average daily budget: Definition
- Campaign: Definition
- Click: Definition
- Dashboard: Definition
- Default values: Definition
- Destination URL: Definition
- Display URL: Definition
- Final URL: Definition
- Google Account: Definition
- Google Ads: Definition
- Impressions: Definition
- Keyword close variants: Definition
- Keywords: Definition
- Landing page: Definition
- Maximum CPC bid: Definition
- Optimization score: Definition
- Paying manager: Definition

- ©2021 Google
- Privacy Policy
- Terms of Service
- Google Ads Advertising Policies
- About the Help Center



English

1. català
2. dansk
3. Deutsch
4. eesti
5. English (Australia)

6. English (United Kingdom)
7. español
8. español (Latinoamérica)
9. Filipino
10. français
11. hrvatski
12. Indonesia
13. italiano
14. latviešu
15. lietuvių
16. magyar
17. Melayu
18. Nederlands
19. norsk
20. polski
21. português
22. português (Brasil)
23. română
24. slovenčina
25. slovenščina
26. suomi
27. svenska
28. Tiếng Việt
29. Türkçe
30. čeština
31. Ελληνικά
32. български
33. русский
34. српски
35. українська
36. עברית
37. العربية
38. हिन्दी
39. ไทย
40. 中文（简体）
41. 中文（繁體）
42. 中文（香港）
43. 日本語
44. 한국어
45. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- [Help Center](#)

  o [Coronavirus (COVID-19) Resources and Updates](#)

  o [Setup and basics](#)

  o [Manage ads](#)

  o [Measure results](#)

  o [Smart campaigns](#)

  o [Billing](#)

  o [Learn](#)

  o [Google Partners](#)

- [Community](#)

- [Google Ads](#)

- [Privacy Policy](#)

- [Terms of Service](#)

- [Submit feedback](#)

Your guide to Google AdsGoogle Ads basicsCreate ads and campaignsChoose where and when ads appearFind out if your ad is runningAccount administration and security
Ads and approvalsCampaign settingsBudgets and bidsKeywordsReach your audienceTarget placements and topicsMultiple or large accountsLocal Services adsThe Google Ads mobile appRecommendations and optimization score
Connect your goals to dataFind and run reportsUnderstanding your dataTrack sales and other conversionsGoogle Analytics and Google AdsCommon reporting issues
Get startedSetup and managementCalls in Smart campaigns
Payment methods and settingsBasic billing tasksPromotions and couponsRefunds and adjustmentsTaxesIssues with payments and charges
Your guide to Google AdsGoogle Ads training on SkillshopAccount walk-throughsGlossary
Google Partners Program

# What is the issue with this selection?


Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

**1493**

Irrelevant - doesn't match the title and / or my expectations



Minor errors - formatting issues, typos, and / or broken links



Other suggestions - ideas to improve the content

## Share additional info or suggestions



Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.

Google Ads Help

Sign in

Send feedback on...



This help content & information

General Help Center experience

Next

Help CenterCommunityAnnouncements

# Display URL: Definition

The webpage address that appears with your ad.



**1496**

- Display URLs give people an idea of where they'll arrive after they click an ad. The landing page that you define with a final URL tends to be more specific. For example, if your display URL is www.example.com, your final URL might be example.com/sweaters.
- For expanded text ads, your display URL consists of the domain of your final URL (and the subdomain, if you have one) and your two optional "Path" fields of up to 15 characters each.
- Google constantly makes changes to Google Ads. As a result, Google may update the domain component of your display URL.
- Your display URL may appear in your ad with a "www." prefix in lowercase letters (even if you enter it with capitalized letters). If your URL begins with a subdomain, your display URL may include it (for example, the support in support.google.com).
- Your display URL may appear in your ad with an "http://" or "https://" prefix on Google.com, depending on the protocol scheme of the final URL.

Related links

- Display URL policy
- Edit display URLs and landing page URLs

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

# Need more help?

Sign in for additional support options to quickly solve your issue

## Glossary

- Ad group: Definition
- Average daily budget: Definition
- Campaign: Definition
- Click: Definition
- Dashboard: Definition
- Default values: Definition
- Destination URL: Definition
- Display URL: Definition
- Final URL: Definition
- Google Account: Definition

- Google Ads: Definition
- Impressions: Definition
- Keyword close variants: Definition
- Keywords: Definition
- Landing page: Definition
- Maximum CPC bid: Definition
- Optimization score: Definition
- Paying manager: Definition

- ©2021 Google
- Privacy Policy
- Terms of Service
- Google Ads Advertising Policies
- About the Help Center



English

1. català
2. dansk
3. Deutsch
4. eesti
5. English (Australia)
6. English (United Kingdom)
7. español
8. español (Latinoamérica)
9. Filipino
10. français
11. hrvatski
12. Indonesia
13. italiano
14. latviešu
15. lietuvių
16. magyar
17. Melayu
18. Nederlands
19. norsk
20. polski
21. português
22. português (Brasil)
23. română
24. slovenčina
25. slovenščina
26. suomi

27. svenska
28. Tiếng Việt
29. Türkçe
30. čeština
31. Ελληνικά
32. български
33. русский
34. српски
35. українська
36. עברית
37. العربية
38. हिन्दी
39. ไทย
40. 中文（简体）
41. 中文（繁體）
42. 中文（香港）
43. 日本語
44. 한국어
45. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- Help Center

  o Coronavirus (COVID-19) Resources and Updates

  o Setup and basics

  o Manage ads

- o [Measure results](#)

- o [Smart campaigns](#)

- o [Billing](#)

- o [Learn](#)

- o [Google Partners](#)

- [Community](#)

- [Google Ads](#)

- [Privacy Policy](#)

- [Terms of Service](#)

- [Submit feedback](#)

Your guide to Google AdsGoogle Ads basicsCreate ads and campaignsChoose where and when ads appearFind out if your ad is runningAccount administration and security

**1500**
1695

Ads and approvalsCampaign settingsBudgets and bidsKeywordsReach your audienceTarget placements and topicsMultiple or large accountsLocal Services adsThe Google Ads mobile appRecommendations and optimization score

Connect your goals to dataFind and run reportsUnderstanding your dataTrack sales and other conversionsGoogle Analytics and Google AdsCommon reporting issues

Get startedSetup and managementCalls in Smart campaigns

Payment methods and settingsBasic billing tasksPromotions and couponsRefunds and adjustmentsTaxesIssues with payments and charges

Your guide to Google AdsGoogle Ads training on SkillshopAccount walk-throughsGlossary

Google Partners Program

## What is the issue with this selection?



Inaccurate - doesn't match what I see in the product



Hard to understand - unclear or translation is wrong



Missing info - relevant but not comprehensive



Irrelevant - doesn't match the title and / or my expectations



Minor errors - formatting issues, typos, and / or broken links



Other suggestions - ideas to improve the content

## Share additional info or suggestions

Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.

Google Ads Help



Next

Send feedback on...

This help content & information

General Help Center experience

Help CenterCommunityAnnouncements

# Google Network

All of the places where your ads can appear, including Google sites, websites that partner with us, and other placements like mobile phone apps.

- The Google Network is divided into groups to give you more control over where you'd like your ad to appear:
- The Search Network: Google search results pages, other Google sites like Maps and Shopping, and search sites that partner with Google to show ads.
- The Display Network: Google sites like YouTube, Blogger, and Gmail, plus thousands of partnering websites across the Internet.
- By default, new ad campaigns are set up to show ads across the entire network to give your ads the most visibility.
- If you see that you're not getting a good return on investment from an area of the network, you can exclude individual sites on the Display Network or change your ad campaign's network settings to opt in or out of each network.

More about the Google Network
More about the Display Network
More about the Search Network

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

# Need more help?

Sign in for additional support options to quickly solve your issue

## Glossary

- About ad rotation settings
- About top and absolute top metrics
- About URL parameters
- Account budget
- Active View
- Actual cost-per-click (CPC): Definition
- Ad delivery options
- Ad extensions
- Ad formats
- Ad group default bids
- Ad group: Definition
- Ad position
- Ad Preview and Diagnosis tool
- Ad Rank
- Ad Rank thresholds: Definition
- Ad status: Definition
- Ad strength: Definition
- AdSense
- Advertising policies
- Algorithm: Definition
- All conversions: Definition
- Alternate email address
- Analytics
- Associations view
- Auction
- Auto-tagging: Definition
- Automated bid strategy: Definition
- Automatic payments
- Automatic placements: Definition
- Average cost-per-click (Avg. CPC): Definition
- Average CPA: Definition
- Average daily budget: Definition
- Average product price (beta): Definition
- Benchmark product price (beta): Definition
- Benchmark product price difference (beta): Definition
- Bid adjustment: Definition
- Billed cost: Definition
- Broad match: Definition

- Bulk edits: Definition
- Cache
- Campaign draft: Definition
- Campaign experiment: Definition
- Campaign group: Definition
- Campaign status: Definition
- Campaign: Definition
- Card verification number (CVN)
- Change history
- Click: Definition
- Clickthrough rate (CTR): Definition
- Combined audiences: Definition
- Consolidated billing
- Contextual targeting
- Conversion action: Definition
- Conversion page
- Conversion rate: Definition
- Conversion tracking: Definition
- Conversion window: Definition
- Conversion: Definition
- Cookie: Definition
- Cost-per-click (CPC): Definition
- Cost-per-thousand impressions (CPM): Definition
- Cost-per-view (CPV): Definition
- CSV file: Definition
- Customer data file: Definition
- Customer data: Definition
- Customer ID: Definition
- Customer list: Definition
- D-U-N-S number
- Daily spending limit: Definition
- Deep link
- Destination URL: Definition
- Disapproved: Definition
- Display Network: Definition
- Display partners
- Display URL: Definition
- Domain
- Eligible (limited all locations): Definition
- Eligible (limited): Definition
- Eligible (moderately restricted): Definition
- Eligible (Strongly restricted): Definition
- Eligible: Definition
- End Date: Definition

- Ended campaign: Definition
- Enhanced CPC (ECPC): Definition
- Error sites
- Exact match: Definition
- Extensions view
- Filter: Definition
- First page bid estimate: Definition
- First position bid estimate: Definition
- Frequency capping: Definition
- Frequency: Definition
- Google Account: Definition
- Google Ads API (AdWords API)
- Google Ads promotional code (coupon)
- Google Ads: Definition
- Google Click Identifier (GCLID): Definition
- Google forwarding number
- Google My Business
- Google Network
- Hashed data: Definition
- Hashing: Definition
- Hotel eligible impressions: Definition
- Image ad: Definition
- Impressions: Definition
- In-line editing: Definition
- Interactions: Definition
- Invalid clicks: Definition
- Inventory filters: Definition
- IP address
- Keyword insertion
- Keyword matching options: Definition
- Keyword Planner: Definition
- Keyword status: Definition
- Keywords: Definition
- Landing page: Definition
- Limited by budget
- Location targeting
- Low data
- Low search volume
- Manual CPC bidding
- Manual payments
- Maximize clicks: Definition
- Maximum CPC bid: Definition
- Mobile ad
- Mobile Device ID: Definition

- Monthly invoicing
- Monthly spending limit: Definition
- Multiple sign-in: Definition
- Native ads: Definition
- Negative broad match: Definition
- Negative exact match: Definition
- Negative keyword: Definition
- Negative phrase match: Definition
- Not eligible: Definition
- On-target reach: Definition
- Organic search result
- Outstream video ad format: Definition
- Pacific Time (PST or PDT)
- Parked domain site
- Path
- Payment method
- Payments profile
- Pending campaign: Definition
- Performance target: Definition
- Placement targeting: Definition
- Placements: Definition
- Play rate
- Population: Definition
- Portfolio bid strategy: Definition
- Product data
- Product group
- Product Shopping ad: Definition
- Prominence
- Recommended average daily budget: Definition
- Referrer URL
- Remarketing
- Responsive ads: Definition
- Return on investment (ROI)
- Search Network: Definition
- Search partners: Definition
- Search terms report: Definition
- Segment: Definition
- Served cost: Definition
- Serving status (previously family status): Definition
- SHA-256 Algorithm: Definition
- Shopping ad: Definition
- Shortform and longform videos
- Smart Bidding: Definition
- Statistics table: Definition

- Subdomain: Definition
- Target cost-per-thousand impressions (tCPM): Definition
- Target CPA bidding: Definition
- Targeting method
- Text ad
- Text overlay ad
- Top of page bid estimate: Definition
- Tracking template: Definition
- Under review: Definition
- Unique Reach: Definition
- URL
- User id: Definition
- Video publisher
- View rate: Definition
- View-through conversion window: Definition

- ©2021 Google
- Privacy Policy
- Terms of Service
- Google Ads Advertising Policies
- About the Help Center



English

1. català
2. dansk
3. Deutsch
4. eesti
5. English (Australia)
6. English (United Kingdom)
7. español
8. español (Latinoamérica)
9. Filipino
10. français
11. hrvatski
12. Indonesia
13. italiano
14. latviešu
15. lietuvių
16. magyar
17. Melayu
18. Nederlands
19. norsk

20. polski
21. português
22. português (Brasil)
23. română
24. slovenčina
25. slovenščina
26. suomi
27. svenska
28. Tiếng Việt
29. Türkçe
30. čeština
31. Ελληνικά
32. български
33. русский
34. српски
35. українська
36. עברית
37. العربية
38. हिन्दी
39. ไทย
40. 中文（简体）
41. 中文（繁體）
42. 中文（香港）
43. 日本語
44. 한국어
45. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- Help Center

o Coronavirus (COVID-19) Resources and Updates

- o [Setup and basics](#)

- o [Manage ads](#)

- o [Measure results](#)

- o [Smart campaigns](#)

- o [Billing](#)

- o [Learn](#)

- o [Google Partners](#)

- [Community](#)

- [Google Ads](#)

- [Privacy Policy](#)

- [Terms of Service](#)

- [Submit feedback](#)

Your guide to Google AdsGoogle Ads basicsCreate ads and campaignsChoose where and when ads appearFind out if your ad is runningAccount administration and security Ads and approvalsCampaign settingsBudgets and bidsKeywordsReach your audienceTarget placements and topicsMultiple or large accountsLocal Services adsThe Google Ads mobile appRecommendations and optimization score

Connect your goals to dataFind and run reportsUnderstanding your dataTrack sales and other conversionsGoogle Analytics and Google AdsCommon reporting issues

Get startedSetup and managementCalls in Smart campaigns

Payment methods and settingsBasic billing tasksPromotions and couponsRefunds and adjustmentsTaxesIssues with payments and charges

Your guide to Google AdsGoogle Ads training on SkillshopAccount walk-throughsGlossary

Google Partners Program

## What is the issue with this selection?



Inaccurate - doesn't match what I see in the product



Hard to understand - unclear or translation is wrong



Missing info - relevant but not comprehensive



Irrelevant - doesn't match the title and / or my expectations



Minor errors - formatting issues, typos, and / or broken links



Other suggestions - ideas to improve the content

## Share additional info or suggestions

Do not share any personal info

Cancel
Submit
By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.



Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunityAnnouncements

# Transparency and ad disclosures

User confidence in Google's products and services is essential. We want users to be empowered to make informed decisions about the ads they see online.

Trust in advertisers on our platforms helps us deliver a smart and useful web experience for everyone. This means providing transparency about who our advertisers are and where they are located.

We are verifying the identity of advertisers on our platform and including a disclosure with the name of the advertiser and where they are located on ads served through Google Ads.

## How it works for advertisers

### What users see

Through "Why This Ad" users are already able to see information on why particular ads are being shown on Search, YouTube, and other Google services.

In the disclosure, users may see the name and location of registration for the advertiser behind a selected ad, which is information that was provided by the advertiser during Google's verification program.

**Where we're getting our information on advertiser identity**

Advertisers on Google are verified through our advertiser identity verification program. This includes both new and existing Google Ads accounts. Completion of the verification program requires an advertiser to submit official documentation that shows their legal name and address.

**How we use advertiser's information**

With the information advertisers provide during the verification process, Google will display the advertiser name and location. As part of our ongoing transparency efforts we may make information about your Google Ads accounts and DV360 accounts and ad campaigns publicly available as outlined in our advertiser identity policy.

## How disclosures look on different ad formats

### Search ads

On search ads, users are able to access advertiser verification information through the 'Why this ad' icon on desktop, or the info icon on mobile. By clicking 'Why This Ad,' or 'About the Advertiser' on Search, users can see an advertiser's name and location. This may appear differently depending on whether a user is on mobile or desktop.

### Display ads

Display ads reach the vast majority of Internet users. In most cases, users are able to view additional information about an ad they see by clicking on "Why This Ad," accessed through the Ad Choices icon. You can also find it by clicking the  X or the icon+ X.

YouTube

On YouTube, the "Why This Ad" disclosure can be viewed by clicking on the info icon or the 3-dot icon. Ads on YouTube have the same disclosures as those served on other platforms, including a Google-verified advertiser name and location.

## More information

Advertisers can learn more about account verification by:

- Reviewing our Verification Policy;
- Read how to get verified;
- Visit our verification frequently asked questions.

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

## Need more help?

Sign in for additional support options to quickly solve your issue

## Help Center Topics

- Ads and approvals
- Campaign settings
- Budgets and bids
- Keywords
- Reach your audience
- Target placements and topics
- Multiple or large accounts
- About automatic updates to Gmail campaigns
- Target websites about relevant topics
- Transparency and ad disclosures

- Local Services ads
- The Google Ads mobile app
- Recommendations and optimization score
- CCPA data deletion and retention controls

- ©2021 Google
- Privacy Policy
- Terms of Service
- Google Ads Advertising Policies
- About the Help Center



English

1. català
2. dansk
3. Deutsch
4. eesti
5. English (Australia)
6. English (United Kingdom)
7. español
8. español (Latinoamérica)
9. Filipino
10. français
11. hrvatski
12. Indonesia
13. italiano
14. latviešu
15. lietuvių
16. magyar
17. Melayu
18. Nederlands
19. norsk
20. polski
21. português
22. português (Brasil)
23. română
24. slovenčina
25. slovenščina
26. suomi
27. svenska
28. Tiếng Việt
29. Türkçe
30. čeština

31. Ελληνικά
32. български
33. русский
34. српски
35. українська
36. עברית
37. العربية
38. हिन्दी
39. ไทย
40. 中文（简体）
41. 中文（繁體）
42. 中文（香港）
43. 日本語
44. 한국어
45. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- **Help Center**

  o **Coronavirus (COVID-19) Resources and Updates**

  o **Setup and basics**

  o **Manage ads**

  o **Measure results**

- o [Smart campaigns](#)

- o [Billing](#)

- o [Learn](#)

- o [Google Partners](#)

- [Community](#)

- [Google Ads](#)

- [Privacy Policy](#)

- [Terms of Service](#)

- [Submit feedback](#)

Your guide to Google AdsGoogle Ads basicsCreate ads and campaignsChoose where and when ads appearFind out if your ad is runningAccount administration and security Ads and approvalsCampaign settingsBudgets and bidsKeywordsReach your audienceTarget placements and topicsMultiple or large accountsLocal Services adsThe Google Ads mobile appRecommendations and optimization score

Connect your goals to dataFind and run reportsUnderstanding your dataTrack sales and other conversionsGoogle Analytics and Google AdsCommon reporting issues
Get startedSetup and managementCalls in Smart campaigns
Payment methods and settingsBasic billing tasksPromotions and couponsRefunds and adjustmentsTaxesIssues with payments and charges
Your guide to Google AdsGoogle Ads training on SkillshopAccount walk-throughsGlossary
Google Partners Program

# What is the issue with this selection?



Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

# Share additional info or suggestions

Do not share any personal info
Cancel
Submit
By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.

Advertising Policies Help

Sign in

Send feedback on...



This help content & information

General Help Center experience

Next

# About verification

Google provides translated versions of our Help Center as a convenience, though they are not meant to change the content of our policies. The English version is the official language we use to enforce our policies. To view this article in a different language, use the language dropdown at the bottom of the page.

To ensure a safe and trustworthy ad experience for users, we may require advertisers to complete a verification program. Advertisers must also comply with Google Ads policies.

Below are some examples of the verification programs we may require you to complete. A more detailed list can be found here. Learn about what happens if you violate our policies.

## Advertiser identity

To increase transparency for users, advertisers will be required to verify their legal name through advertiser identity verification. Google will verify your identity and generate a disclosure on any ads you run, displaying your name and location. Find out more about transparency and ad disclosures here.

As part of a phased rollout, certain advertisers may be selected to complete this verification program first. Those who meet one of the below example criteria may be prioritized as Google expands this requirement across our Ad network:

Promotion of products, goods, and services.

Examples: Retail, media and entertainment, travel, B2B, technology, etc.

Promotion of informational, advisory, or educational content.

> Examples: Content promoting educational resources, research and statistics, free health or financial advice, charitable or social causes, etc.

Promotion of content related to regulated industries.

> Examples: Gambling and games, financial products or services, healthcare products or services etc.

Advertisers who are required to complete advertiser identity verification will be notified and given 30 days to submit documentation. Verification must be completed by an authorized representative. Once you submit your documentation, you will then have an additional 30 days to complete any additional verification steps or your account will be paused. Multiple failed attempts to complete the verification program will result in account pausing. Currently, Google supports identity verification for advertisers registered in these regions.

Further instructions on how to complete verification can be found here.

Keep in mind

- If you intend to run election ads you must complete election ads verification instead. Accounts that have completed advertiser identity verification only will not be able to run election ads.
- If we find that you violate our Google Ads policy, or you've provided false information during the verification program, your verification will be revoked, and your account may be suspended.
- Google reserves the right to verify your identity again. You'll receive a notification when this verification is required. You may also be asked to re-verify your identity if there are significant changes in your Google Ads account.
- Google may update these verification requirements at any time.

How Google uses your information

Google will use the information you provide to:

1. Verify your identity
2. Show a disclosure including your name, or the name of the business you represent, and location, linked from any ads you run.

Find out more about Advertiser transparency and disclosures.

As Google expands its transparency efforts, we may make information about your Google Ads accounts and ad campaigns publicly available including:

- Advertiser name change history
- Ad creatives
- Dates and locations ads served
- Ads removed or accounts suspended for legal or policy reasons
- Business contact information

Personal contact information, phone numbers, or email addresses will not be published.

How disclosures appear in different ad formats
Account pausing for verification
Requirements for advertiser name
Requirements for Authorized Representatives
Troubleshooter

## Business operations

To learn more about your business, we may ask you to verify information regarding your business operations. This may include details about your business, such as your business model, business registration information, types of services you offer, business practices, and relationships with advertised brands or third parties, if applicable.

Advertiser selection criteria for Business operations verification
Account pausing for Business operations verification
Failure reasons for Business operations verification
Troubleshooter

## Restricted content

To protect our users, we allow only legitimate advertisers to promote content associated with certain regulated industries, such as Gambling and games, Healthcare and medicines, and Financial products or services. If you would like to advertise this content on our platform, you may be required to complete the verification program to prove you meet local licensing requirements. You may also have to complete additional identity checks.

We continually review our ad policies in light of industry changes and abuse trends, and may introduce new verification requirements for certain content.

## Ad formats and features

To ensure quality ads, we may require advertisers to complete additional verification to access advanced ad formats and features of Google Ads, such as HTML5 ads and Local Services ads. We review all our ad formats for policy violations and abuse, and may introduce new verification requirements to access certain ad formats.

Advertiser responsibility

As stated in the Google Ads Terms & Conditions, advertisers are solely responsible for their use of Google Ads. Advertisers found submitting false information as part of our verification programs will be considered in violation of our Circumventing Systems policy. Google uses its best efforts to review and validate the information provided by advertisers as part of these verification programs, but in doing so does not guarantee or assume responsibility for advertiser content or activity.

# Need help?

If you have questions about our policies, let us know: Contact Google Ads Support
Give feedback about this article
Choose a section to give feedback on



Was this helpful?
YesNo

Submit

# Verification programs

- About verification
- Advertiser identity verification and ad disclosures FAQ
- Complete advertiser identity verification
- Advertiser identity verification guidance
- Document requirements for advertiser identity verification
- Election advertising verification
- Verification for election advertising in the European Union
- About restricted financial products certification
- Gambling and games
- Healthcare and medicines
- About abortion certification and disclosures
- About event ticket seller certification
- Other restricted businesses
- Trademark help for advertisers
- Copyrights

- Advanced Verification policies
- Restricted ad formats and features
- Advertiser Identity Verification
- About UK Financial Services Verification

- ©2021 Google
- Privacy Policy
- Terms of Service



English

1. català
2. dansk
3. Deutsch
4. eesti
5. English (Australia)
6. English (United Kingdom)
7. español
8. español (Latinoamérica)
9. Filipino
10. français
11. hrvatski
12. Indonesia
13. italiano
14. latviešu
15. lietuvių
16. magyar
17. Melayu
18. Nederlands
19. norsk
20. polski
21. português
22. português (Brasil)
23. română
24. slovenčina
25. slovenščina
26. suomi
27. svenska
28. Tiếng Việt
29. Türkçe
30. čeština
31. Ελληνικά
32. български

33. русский
34. српски
35. українська
36. עברית
37. العربية
38. हिन्दी
39. ไทย
40. 中文（简体）
41. 中文（繁體）
42. 日本語
43. 한국어
44. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- [Help Center](#)

  - [List of ad policies](#)

  - [Review process](#)

  - [Verification](#)

  - [Change log](#)

- [**Advertising Policies**](#)


- [Privacy Policy](#)


- [Terms of Service](#)


- [Submit feedback](#)


Advertising policiesThird-party policiesRelated policies & terms
Approval processDisapprovals and suspensions
Verification programs
Upcoming and recent changesPast changes


## What is the issue with this selection?


Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

## Share additional info or suggestions

Do not share any personal info
Cancel
Submit
By continuing, you agree Google uses your answers, account & system info to improve
services, per our Privacy & Terms.



Advertising Policies Help

**Sign in**

Send feedback on...

This help content & information

General Help Center experience

Next

# Advertiser identity verification and ad disclosures FAQ

Google provides translated versions of our Help Center as a convenience, though they are not meant to change the content of our policies. The English version is the official language we use to enforce our policies. To view this article in a different language, use the language dropdown at the bottom of the page.

## About advertiser identity verification

### Why is Google implementing this program?

Our goal is to improve trust in the ads ecosystem by providing users with more information about advertisers. Through advertiser identity verification we will verify the name and location of our advertisers through a phased rollout. This is part of our larger effort to increase transparency, choice and control to users.

### Who has to complete advertiser identity verification?

Advertisers that are required to complete the advertiser identity verification will receive an email and an in-account notification. Advertisers promoting products or services; information, advisory, or educational content; or content related to regulated industries will be prioritized for verification.

You can find out more information here.

### How long does advertiser identity verification take?

This depends on your account setup and whether you run ads for someone else. For advertisers completing the verification for themselves the program will normally take 3-

5 business days to complete. For agencies completing the verification on behalf of advertisers, the verification program is a two-step process, with each step taking about 3-5 business days, including review and approval.

More detail on the steps required can be found here.

How do I complete advertiser identity verification?

You are only required to complete identity verification if Google sends you a notification email. The steps required to complete identity verification for certain Google Ads accounts may differ, depending on your account and structure, your billing setup, and if you are advertising on behalf of an organization or individual.

Follow the instructions in the email and in-account notification. More detail on the steps required can be found here.

Can I choose not to complete advertiser identity verification?

If you have received an email asking you to get verified, you must complete the advertiser identity verification program. If you do not start the program within 30 days your account will be paused.

Are there requirements for the 'advertiser name' field?

The advertiser name must be your legal name, and match the name on the registration documentation you submit, or your government-issue ID if you are an individual. 'Doing business as', brand or product names that are not legal names are not allowed. We are currently running a beta for advertisers who are set up on monthly invoicing to use their trademark name. You can find additional requirements here.

What do I have to submit for advertiser identity verification?

If you are an organization, you will be required to submit official documentation that includes your legal name and address. The payments profile admin will also be required to submit a government-issued ID. If you are an individual, you will be required to submit a government-issued ID. Acceptable documents by location are listed here.

Advertisers setup on monthly invoicing have different requirements outlined here.

Who is an 'authorized representative'?

An authorized representative is an admin of:

- The Google Ads account and/or
- The payments profile paying for the ads

If required, you'll be asked to provide documentation to complete verification.

I'm an agency - how do I get verified?

You must complete the verification on behalf of the advertisers you represent. This means that the 'Advertiser Name' must be your client's name, and any official documentation must include your client's name and address. If you represent multiple advertisers, you will need to complete the verification process for each unique advertiser.

Instructions on how to complete verification as an agency can be found here.

I already completed identity verification, why have I been asked to complete it again?

Every Google Ads account must be verified separately. You will be asked to verify each of your accounts progressively, as Google expands the program. Additionally, you may be asked to complete verification periodically.

Can I voluntarly complete advertiser identity verification?

The opt-in functionality to request verification is currently not available. We will notify advertisers if and when this feature becomes available. Please only apply for verification for the Google Ads account listed in the notification email.

Can I verify all my Google Ads accounts at once?

This functionality is currently not available. Please complete identity verification for each Google Ads account separately, as requested in the notification email.

My ads are not serving - what do I do?

If you did not submit documentation for identity verification within the 30 day period, your account will be paused. If you fail to complete the program within 30 days once you submit documentation, your account will be paused. Once you complete identity verification your account will resume serving.  Follow the instructions in the notifications you receive to complete the identity verification.

## About Ad Disclosures

What are ad disclosures?

Ad disclosures provide more information for the user about the advertiser, including name and location.

Why is Google adding new ad disclosures?

As part of Google's broader efforts to increase transparency for users, and maintain trust in the ads we serve, we will make more information about our advertisers available to users. You can find  more information here.

Where is Google getting information for ad disclosures?

An advertiser's legal name and location will be sourced from the verification documents submitted by the individual, organization, or representative of the organization, and reviewed by Google through the advertiser verification program. If an advertiser fails to complete the verification process, Google will stop showing your ads.

What information will Google be sharing in the disclosures?

For advertisers that have completed advertiser identity verification, your advertiser name and location will appear in the ad disclosures. For advertisers based in a location where we currently don't support verification, your location will appear in the disclosures.

Will Google disclosure any other information?

As part of Google's ongoing transparency efforts, we may make information about your Google Ads or DV360 accounts and ad campaigns publicly available as outlined in our advertiser identity policy.

Who sees the ad disclosures and where can I find them?

Users can view the information when they click on "Why This Ad".  More information on how they will appear on different ad formats can be found here.

Do the disclosures appear on all ads I run?

If you have completed the advertiser identity verification process or submitted additional information regarding your identity (see above), all ads in your account will be eligible for disclosures. More information can be found here.

Do ad disclosures change the look of my ads?

No, your ads will appear the same. A disclosure will be added behind the 'Why This Ad' button.

Do ad disclosures impact how my ads serve?

No, disclosures will not impact ad serving.

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

# Verification programs

- About verification
- Advertiser identity verification and ad disclosures FAQ
- Complete advertiser identity verification
- Advertiser identity verification guidance
- Document requirements for advertiser identity verification
- Election advertising verification
- Verification for election advertising in the European Union
- About restricted financial products certification
- Gambling and games
- Healthcare and medicines
- About abortion certification and disclosures
- About event ticket seller certification
- Other restricted businesses
- Trademark help for advertisers
- Copyrights
- Advanced Verification policies
- Restricted ad formats and features
- Advertiser Identity Verification
- About UK Financial Services Verification

- ©2021 Google
- Privacy Policy
- Terms of Service



English

1. català
2. dansk

3.  Deutsch
4.  eesti
5.  English (Australia)
6.  English (United Kingdom)
7.  español
8.  español (Latinoamérica)
9.  Filipino
10. français
11. hrvatski
12. Indonesia
13. italiano
14. latviešu
15. lietuvių
16. magyar
17. Melayu
18. Nederlands
19. norsk
20. polski
21. português
22. português (Brasil)
23. română
24. slovenčina
25. slovenščina
26. suomi
27. svenska
28. Tiếng Việt
29. Türkçe
30. čeština
31. Ελληνικά
32. български
33. русский
34. српски
35. українська
36. עברית
37. العربية
38. हिन्दी
39. ไทย
40. 中文（简体）
41. 中文（繁體）
42. 日本語
43. 한국어
44. English

Send feedback on...

This help content & information General Help Center experience

```
1
```

Google Help

- [Help Center](#)

  - [List of ad policies](#)

  - [Review process](#)

  - [Verification](#)

  - [Change log](#)

- [**Advertising Policies**](#)

- [Privacy Policy](#)

- [Terms of Service](#)

- [Submit feedback](#)

Advertising policiesThird-party policiesRelated policies & terms
Approval processDisapprovals and suspensions
Verification programs
Upcoming and recent changesPast changes

# What is the issue with this selection?



Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

## Share additional info or suggestions

Do not share any personal info
Cancel
Submit
By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.

Ads

Jump to Content

- Overview
- How it works
- Cost
- FAQ
- Advanced campaigns
- Contact

1-844-245-2553* Call for sign up help Mon-Fri, 9am-9pm ET
Sign in

Ads

Jump to Content

Google Ads Manager Accounts

# Manage all your Google Ads accounts from one place

Previously known as My Client Center (MCC), manager accounts can help you manage multiple accounts. With a single login and dashboard, this online advertising manager can save you time with reporting, access control, and consolidated billing.

Create a manager account

**Linked accounts**

| Account 1 | Dee's Furniture |
| Account 2 | Jorge's Lighting |

**Linked accounts**

Account 3          Oliver's Futons
Create rule

# How Google Ads manager accounts works

Link multiple Google Ads accounts, so you can access and manage them online with a single login.

**Manage campaigns across accounts**

Easily make updates across accounts, including changing daily budgets and pausing campaigns. Use labels to organize accounts, create automated rules, set alerts, and get email notifications.

Change budgets

Pause ads

Enable ads

Edit

**Grant access and control**

Share access with other managers, grant new access, and control the level of access in case someone's role changes.

Invite users to this account:

example-email@mail.c

Administrative access
Standard access

**Monitor performance**

Easily compare performance and track conversions across accounts. Plus, generate and share automated reports for anything from keyword performance to dimensions reporting.

Keyword impressions

Modern

Lighting

Furniture

**Consolidate your billing**

Combine invoices for several accounts into one monthly invoice. Get budget updates and easily track which account is being billed via your manager account dashboard.

Accounts
Payment
Dee's Furniture
Manual
Jorge's Lighting
Automatic
Oliver's Futons
Automatic

## "Thanks to the new campaigns view in our manager account, we can now manage and optimize all our campaigns from a single view."

- Jeremy Legrand, Head of SEM, Kaymu

# Manage all your Google Ads accounts from one place

[Create a Google Ads manager account](#)

Have additional questions?

[Find answers in our Help Center](#)

Discover other tools

[Choose the best keywords for your ads](#)
[Keyword Planner](#)

[Make changes across your campaigns with ease](#)
[Google Ads Editor](#)

[Reach the YouTube audiences that matter most](#)
[Reach Planner](#)

[Stay connected to your campaigns](#)
[Google Ads Mobile App](#)

[Manage large accounts more efficiently](#)
[Google Ads API](#)

[Create a plan for your advertising budget](#)
[Performance Planner](#)

## Request a follow up

If you need support for your Google Ads account, please fill in this form and we will do our best to get back to you within 2 working days.

First name
Please fill in the required fields

Last name

Please fill in the required fields
Phone number
Please fill in the required fields

Email address
Please fill in the required fields

Your URL
Please fill in the required fields
What is your question regarding?

- 

- To sign up to Google Ads

- To find out more about Google Ads

- To enquire about other Google products (GPay, Gmail, Google Workspace etc)

- To get help with my existing account

Please fill in the required fields
When is the best time to call you?

Morning

Afternoon

Evening
Please fill in the required fields
Are you already using Google Ads?

Yes

No
Please fill in the required fields



I accept [Google's Terms and Conditions](#) and acknowledge that my information will be used in accordance with [Google's Privacy Policy](#).*

I agree to be contacted and to receive information about Google ads by email or phone from Google.*

Submit

*are required fields

Thank you. Your information has been submitted.

A Google Ads specialist will be in touch soon.

Follow us

-
-
-
-

## About Google Ads

- [Overview](#)
- [How it works](#)
- [Cost](#)
- [Mobile app for Android](#)
- [Mobile app for iOS](#)

## Learning & support

- [Your Guide to Google Ads](#)
- [Google Ads Help Center](#)
- [Google Ads Announcements](#)
- [Google Advertiser Community](#)
- [Primer](#)
- [Skillshop](#)

## Developers & partners

- [Google Developers Site](#)
- [Google Ads API](#)
- [Google Ads Scripts](#)

**1540**

- [Google Ads Remarketing Tags](#)

**Related products**

- [Google Analytics](#)
- [Shopping Campaigns](#)
- [Local Services](#)
- [Google My Business](#)
- [Chrome](#)
- [Waze Local ads](#)

**More solutions**

- [Business Solutions](#)
- [Google Workspace](#)
- [Think with Google](#)
- [AdSense](#)
- [AdMob](#)

- [Privacy](#)
- [Terms](#)
- [About Google](#)
- [Google products](#)

- [Help](#)
-  United States – English

---



New to Google Ads? Chat with a specialist today.

Advertising Policies Help

[        ]

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

# Copyrights

Google provides translated versions of our Help Center as a convenience, though they are not meant to change the content of our policies. The English version is the official language we use to enforce our policies. To view this article in a different language, use the language dropdown at the bottom of the page.

Display & Video 360 users must comply with this Google Ads policy. Visit the Display & Video 360 help center for additional restrictions.

We abide by local copyright laws and protect the rights of copyright holders, so we don't allow ads that are unauthorized to use copyrighted content. If you are legally authorized to use copyrighted content, apply for certification to advertise. If you see unauthorized content, submit a copyright-related complaint.

Below are some examples of what to avoid in your ads. Learn about what happens if you violate our policies.

## Copyrighted content

Unauthorized sites or software that capture, copy, or provide access to copyrighted content

Examples: Sites, software, or toolbars that enable unauthorized streaming, sharing, copying, or downloading of audio guides, e-books, anime, games, movies, mp3 ringtones, music, software, TV shows, works by independent artists, record labels, or other content creators

Sites or apps that facilitate unauthorized offline distribution of copyrighted content

Examples: Sites that distribute unauthorized physical copies of copyrighted CDs, DVDs, or software

Software, sites, or tools that remove digital rights management (DRM) technology from copyrighted material or otherwise circumvent copyright (irrespective of whether the intended use is legitimate or not)

Examples: Products or services (such as Blu-ray or DVD rippers, burners, and converters) that provide access to copyrighted content by stripping or bypassing DRM technology on audio, video, e-books, or software

Troubleshooter: Copyrighted content

## DMCA complaint

If Google receives a DMCA complaint on the content of an ad or an ad's destination, the ad may be disapproved.

How a DMCA complaint works

## Need help?

If you have questions about our policies, let us know: Contact Google Ads Support
Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

## Advertising policies

- Ad format requirements
- Ad targeting
- Abusing the ad network

- Ads & made for kids content
- Alcohol
- Copyrights
- Counterfeit goods
- Dangerous products or services
- Data collection and use
- Destination requirements
- Editorial
- Enabling dishonest behavior
- Financial products and services
- Gambling and games
- Healthcare and medicines
- Inappropriate content
- Lead form requirements
- Legal requirements
- Misrepresentation
- Other restricted businesses
- Personalized advertising
- Political content
- Restricted ad formats and features
- Sexual content
- Technical requirements
- Trademarks

- ©2021 Google
- Privacy Policy
- Terms of Service



English

1. català
2. dansk
3. Deutsch
4. eesti
5. English (Australia)
6. English (United Kingdom)
7. español
8. español (Latinoamérica)
9. Filipino
10. français
11. hrvatski
12. Indonesia
13. italiano

14. latviešu
15. lietuvių
16. magyar
17. Melayu
18. Nederlands
19. norsk
20. polski
21. português
22. português (Brasil)
23. română
24. slovenčina
25. slovenščina
26. suomi
27. svenska
28. Tiếng Việt
29. Türkçe
30. čeština
31. Ελληνικά
32. български
33. русский
34. српски
35. українська
36. עברית
37. العربية
38. हिन्दी
39. ไทย
40. 中文（简体）
41. 中文（繁體）
42. 日本語
43. 한국어
44. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- [Help Center](#)

- o [List of ad policies](#)

- o [Review process](#)

- o [Verification](#)

- o [Change log](#)

- **[Advertising Policies](#)**

- [Privacy Policy](#)

- [Terms of Service](#)

- [Submit feedback](#)

Advertising policiesThird-party policiesRelated policies & terms
Approval processDisapprovals and suspensions
Verification programs
Upcoming and recent changesPast changes

## What is the issue with this selection?

Inaccurate - doesn't match what I see in the product



Hard to understand - unclear or translation is wrong



Missing info - relevant but not comprehensive



Irrelevant - doesn't match the title and / or my expectations



Minor errors - formatting issues, typos, and / or broken links



Other suggestions - ideas to improve the content

## Share additional info or suggestions

Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.

Legal Help

Sign in

Send feedback on...



This help content & information

General Help Center experience

Next

# Removing Content From Google

This page will help you get to the right place to report content that you would like removed from Google's services under applicable laws. Providing us with complete information will help us investigate your inquiry.

If you have non-legal issues that concern Google's Terms of Service or Product Policies, please visit http://support.google.com

We ask that you submit a separate notice for each Google service where the content appears.

What Google product does your request relate to?  Google Search Blogger/Blogspot  Google Maps and related products  Google Play: Apps YouTube  Google Images  A Google Ad  Drive and Docs Google Photos and Picasa Web Albums  Google Shopping  See more products Which product does your request relate to?  Google Search  Google Images Other Search Features

What can we help you with?  I would like to report malware, phishing or similar issues  A piece of content I am concerned about has already been removed by the webmaster but still appears among the search results  Remove personal information from Google under product policies (personally identifiable information, doxxing, non consensual explicit imagery, etc)  **Personal information:** request removal of my personal information from Google's search results  **Intellectual property issue:** report copyright infringement, circumvention, etc.  **Other legal issue:** report content for a legal reason not already listed

Choose from the following options ☐ Remove personal information from Google under product policies (personally identifiable information, doxxing, non consensual explicit imagery, etc) ☐ **Right to be Forgotten:** request to delist information per European data protection laws

What can we help you with? ☐ **Copyright infringement:** my copyrighted work is being used illegally without authorization ☐ **Counter notice:** appeal to reinstate content that was removed due to a copyright complaint ☐ **Circumvention:** a tool bypasses copyright technological protection measures ☐ **Counterfeit:** sale of counterfeit goods ☐ **Trademark:** my trademark is being used in a way that is likely to cause confusion

Are you the copyright owner or authorized to act on his/her behalf? ☐ Yes, I am the copyright owner or am authorized to act on the copyright owner's behalf ☐ No, I am not or I am not sure if I am authorized to act on the copyright owner's behalf

What is the allegedly infringing work in question? ☐ Image/Video ☐ Other

The image/video is of yourself ☐ Yes ☐ No

I have read the above and wish to proceed ☐ Yes ☐ No
Are you the owner of the technological protection measure, the copyright owner of the work protected by this technology, or a representative authorized to act on behalf of either owner? ☐ Yes ☐ No

What can we help you with? ☐ Request removal of a specific web page selling counterfeit goods ☐ Request reinstatement of a web page that was removed due to a counterfeit complaint

Are you the trademark owner or authorized to act on their behalf? ☐ Yes ☐ No
Do you have trademark rights information establishing that you are the trademark owner, or (for authorized agents) have a letter from the trademark owner establishing that you are authorized to act on their behalf? ☐ Yes ☐ No

Have you contacted the trademark owner directly regarding the web page at issue? ☐ Yes ☐ No

Do you assert that the web page at issue is not selling counterfeit goods and have information supporting why it should be reinstated? ☐ Yes ☐ No

Choose from the following options ☐ **Court order:** a court decision has determined that specific content is unlawful ☐ **FOSTA-SESTA** or the **CA Opt Out / CA Safe at Home** Program ☐ **Child sexual abuse material:** visual depiction of sexually explicit conduct involving a minor

What can we help you with? ☐ I would like to report malware, phishing or similar issues ☐ A piece of content I am concerned about has already been removed by the webmaster but still appears among the search results ☐ **Right to be Forgotten:** request to delist information per European data protection laws ☐ **Intellectual property issue:** report copyright infringement, circumvention, etc. ☐ **Other legal issue:** report content for a legal reason not already listed

What can we help you with? ☐ **Copyright infringement:** my copyrighted work is being used illegally without authorization ☐ **Counter notice:** appeal to reinstate content that was removed due to a copyright complaint

Are you the copyright owner or authorized to act on his/her behalf? ☐ Yes, I am the copyright owner or am authorized to act on the copyright owner's behalf ☐ No, I am not or I am not sure if I am authorized to act on the copyright owner's behalf

What is the allegedly infringing work in question? ☐ Image/Video ☐ Other

The image/video is of yourself ☐ Yes ☐ No

I have read the above and wish to proceed ☐ Yes ☐ No

What can we help you with? ☐ **Court order:** a court decision has determined that specific content is unlawful ☐ **FOSTA-SESTA** or the **CA Opt Out / CA Safe at Home** Program ☐ **Child sexual abuse material:** visual depiction of sexually explicit conduct involving a minor

What can we help you with? ☐ Local listings (including business listings), reviews, posts or photos ☐ Knowledge Graph or Knowledge Panel card ☐ Autocomplete or Related Search

What can we help you with? ☐ I would like to change incorrect information on my local listing ☐ I would like to understand why information on my local listing has changed ☐ **Personal information:** content contains my personal information ☐ **Intellectual property issue:** report copyright infringement, circumvention, etc. ☐ **Court order:** a court decision has determined that specific content is unlawful ☐ **FOSTA-SESTA** or the **CA Opt Out / CA Safe at Home** Program ☐ **Child sexual abuse material:** visual depiction of sexually explicit conduct involving a minor

What can we help you with? ☐ **Copyright infringement:** my copyrighted work is being used illegally without authorization ☐ **Counter notice:** appeal to reinstate content that was removed due to a copyright complaint ☐ **Circumvention:** a tool bypasses

copyright technological protection measures ▢ **Trademark:** my trademark is being used in a way that is likely to cause confusion

Are you the copyright owner or authorized to act on his/her behalf? ▢ Yes, I am the copyright owner or am authorized to act on the copyright owner's behalf ▢ No, I am not or I am not sure if I am authorized to act on the copyright owner's behalf

What is the allegedly infringing work in question? ▢ Image/Video ▢ Other

The image/video is of yourself ▢ Yes ▢ No

I have read the above and wish to proceed ▢ Yes ▢ No

Are you the owner of the technological protection measure, the copyright owner of the work protected by this technology, or a representative authorized to act on behalf of either owner? ▢ Yes ▢ No

Do you officially represent the topic on the Knowledge Graph card? ▢ Yes ▢ No

What can we help you with? ▢ **Court order:** a court decision has determined that specific content is unlawful ▢ **FOSTA-SESTA** or the **CA Opt Out / CA Safe at Home** Program ▢ **Child sexual abuse material:** visual depiction of sexually explicit conduct involving a minor

Have you tried reporting your issue via the "Feedback" link at the bottom right of the card? ▢ No ▢ Yes

What can we help you with? ▢ **Inappropriate content:** predictions that are violent or gory; sexually explicit, vulgar or profane; hateful against groups; sensitive or disparaging against individuals; dangerous or harmful ▢ **Court order:** a court decision has determined that specific content is unlawful ▢ **FOSTA-SESTA** or the **CA Opt Out / CA Safe at Home** Program ▢ **Child sexual abuse material:** visual depiction of sexually explicit conduct involving a minor

What can we help you with? ▢ I would like to report spam, malware, or phishing ▢ I would like to report a blog that impersonates me ▢ I would like to report the disclosure of private information or private nude images ▢ I would like to report harassment and bullying content ▢ **Intellectual property issue:** report copyright infringement, circumvention, etc. ▢ **Other legal issue:** report content for a legal reason not already listed

What can we help you with? ▢ **Copyright infringement:** my copyrighted work is being used illegally without authorization ▢ **Counter notice:** appeal to reinstate content that was removed due to a copyright complaint ▢ **Circumvention:** a tool bypasses

copyright technological protection measures ☐ **Counterfeit:** sale or promotion for sale of counterfeit goods

Are you the copyright owner or authorized to act on his/her behalf? ☐ Yes, I am the copyright owner or am authorized to act on the copyright owner's behalf ☐ No, I am not or I am not sure if I am authorized to act on the copyright owner's behalf

What is the allegedly infringing work in question? ☐ Image/Video ☐ Other

The image/video is of yourself ☐ Yes ☐ No

I have read the above and wish to proceed ☐ Yes ☐ No

Are you the owner of the technological protection measure, the copyright owner of the work protected by this technology, or a representative authorized to act on behalf of either owner? ☐ Yes ☐ No

What can we help you with? ☐ **Personal information:** content contains my personal information ☐ **Court order:** a court decision has determined that specific content is unlawful ☐ **FOSTA-SESTA** or the **CA Opt Out / CA Safe at Home** Program ☐ **Child sexual abuse material:** visual depiction of sexually explicit conduct involving a minor

Which product does your request relate to? ☐ ☐ Local listings (including business listings), reviews, posts or photos ☐ Maps ☐ Street View ☐ My Business Website

What can we help you with? ☐ I would like to change incorrect information on my local listing ☐ I would like to understand why information on my local listing has changed ☐ **Personal information:** content contains my personal information ☐ **Intellectual property issue:** report copyright infringement, circumvention, etc. ☐ **Court order:** a court decision has determined that specific content is unlawful ☐ **FOSTA-SESTA** or the **CA Opt Out / CA Safe at Home** Program ☐ **Child sexual abuse material:** visual depiction of sexually explicit conduct involving a minor

What can we help you with? ☐ **Copyright infringement:** my copyrighted work is being used illegally without authorization ☐ **Counter notice:** appeal to reinstate content that was removed due to a copyright complaint ☐ **Circumvention:** a tool bypasses copyright technological protection measures ☐ **Trademark:** my trademark is being used in a way that is likely to cause confusion

Are you the copyright owner or authorized to act on his/her behalf? ☐ Yes, I am the copyright owner or am authorized to act on the copyright owner's behalf ☐ No, I am not or I am not sure if I am authorized to act on the copyright owner's behalf

What is the allegedly infringing work in question? ☐ Image/Video ☐ Other

The image/video is of yourself? ☐ Yes ☐ No

I have read the above and wish to proceed ☐ Yes ☐ No

Are you the owner of the technological protection measure, the copyright owner of the work protected by this technology, or a representative authorized to act on behalf of either owner? ☐ Yes ☐ No

What can we help you with? ☐ I would like to report inaccurate information in Google Maps ☐ **Intellectual property issue:** report copyright infringement, circumvention, etc. ☐ **Court order:** a court decision has determined that specific content is unlawful ☐ **FOSTA-SESTA** or the **CA Opt Out / CA Safe at Home** Program ☐ **Child sexual abuse material:** visual depiction of sexually explicit conduct involving a minor

What can we help you with? ☐ **Copyright infringement:** my copyrighted work is being used illegally without authorization ☐ **Counter notice:** appeal to reinstate content that was removed due to a copyright complaint ☐ **Circumvention:** a tool bypasses copyright technological protection measures ☐ **Trademark:** my trademark is being used in a way that is likely to cause confusion

Are you the copyright owner or authorized to act on his/her behalf? ☐ Yes, I am the copyright owner or am authorized to act on the copyright owner's behalf ☐ No, I am not or I am not sure if I am authorized to act on the copyright owner's behalf

What is the allegedly infringing work in question? ☐ Image/Video ☐ Other

The image/video is of yourself? ☐ Yes ☐ No

I have read the above and wish to proceed ☐ Yes ☐ No

Are you the owner of the technological protection measure, the copyright owner of the work protected by this technology, or a representative authorized to act on behalf of either owner? ☐ Yes ☐ No

What can we help you with? ☐ I would like to request that an image appearing in Street View be blurred ☐ **Copyright infringement:** my copyrighted work is being used illegally without authorization ☐ **Court order:** a court decision has determined that specific content is unlawful ☐ **FOSTA-SESTA** or the **CA Opt Out / CA Safe at Home** Program ☐ **Child sexual abuse material:** visual depiction of sexually explicit conduct involving a minor

Are you the copyright owner or authorized to act on his/her behalf? ☐ Yes, I am the copyright owner or am authorized to act on the copyright owner's behalf ☐ No, I am not or I am not sure if I am authorized to act on the copyright owner's behalf

What is the allegedly infringing work in question? ☐ Image/Video ☐ Other

The image/video is of yourself ☐ Yes ☐ No

What can we help you with? ☐ I would like to edit or unpublish my own My Business Website ☐ **Intellectual property issue:** report copyright infringement, circumvention, etc. ☐ **Court order:** a court decision has determined that specific content is unlawful ☐ **FOSTA-SESTA** or the **CA Opt Out / CA Safe at Home** Program ☐ **Child sexual abuse material:** visual depiction of sexually explicit conduct involving a minor

What can we help you with? ☐ **Copyright infringement:** my copyrighted work is being used illegally without authorization ☐ **Counter notice:** appeal to reinstate content that was removed due to a copyright complaint ☐ **Circumvention:** a tool bypasses copyright technological protection measures ☐ **Counterfeit:** sale or promotion for sale of counterfeit goods ☐ **Trademark:** my trademark is being used in a way that is likely to cause confusion

Are you the copyright owner or authorized to act on his/her behalf? ☐ Yes, I am the copyright owner or am authorized to act on the copyright owner's behalf ☐ No, I am not or I am not sure if I am authorized to act on the copyright owner's behalf

What is the allegedly infringing work in question? ☐ Image/Video ☐ Other

The image/video is of yourself ☐ Yes ☐ No

I have read the above and wish to proceed ☐ Yes ☐ No

Are you the owner of the technological protection measure, the copyright owner of the work protected by this technology, or a representative authorized to act on behalf of either owner? ☐ Yes ☐ No

What can we help you with? ☐ I want to report a TOS (Terms of Service) or DDA (Developer Distribution Agreement) violation ☐ I want to report a review or comment that doesn't follow the comment posting policy ☐ I have a payment issue (need a refund, problem with in-app purchases, etc.) ☐ **Intellectual property issue:** report copyright infringement, circumvention, etc. ☐ **Other legal issue:** report content for a legal reason not already listed

What can we help you with? ☐ **Copyright infringement:** my copyrighted work is being used illegally without authorization ☐ **Counter notice:** appeal to reinstate content that was removed due to a copyright complaint ☐ **Counterfeit:** sale or promotion for sale of counterfeit goods ☐ **Trademark:** my trademark is being used in a way that is likely to cause confusion ☐ **Circumvention:** a tool bypasses copyright technological protection measures

Are you the copyright owner or authorized to act on his/her behalf? ☐ Yes, I am the copyright owner or am authorized to act on the copyright owner's behalf ☐ No, I am not or I am not sure if I am authorized to act on the copyright owner's behalf

What is the allegedly infringing work in question? ☐ Image/Video ☐ Other

The image/video is of yourself ☐ Yes ☐ No

I have read the above and wish to proceed ☐ Yes ☐ No

Are you the owner of the technological protection measure, the copyright owner of the work protected by this technology, or a representative authorized to act on behalf of either owner? ☐ Yes ☐ No

What can we help you with? ☐ **Personal information:** content contains my personal information ☐ **Court order:** a court decision has determined that specific content is unlawful ☐ **FOSTA-SESTA** or the **CA Opt Out / CA Safe at Home** Program ☐ **Child sexual abuse material:** visual depiction of sexually explicit conduct involving a minor

What can we help you with? ☐ I would like to report malware, phishing or similar issues ☐ A piece of content I am concerned about has already been removed by the webmaster but still appears among the search results ☐ **Right to be Forgotten:** request to delist information per European data protection laws ☐ **Intellectual property issue:** report copyright infringement, circumvention, etc. ☐ **Other legal issue:** report content for a legal reason not already listed

What can we help you with? ☐ **Copyright infringement:** my copyrighted work is being used illegally without authorization ☐ **Counter notice:** appeal to reinstate content that was removed due to a copyright complaint

Are you the copyright owner or authorized to act on his/her behalf? ☐ Yes, I am the copyright owner or am authorized to act on the copyright owner's behalf ☐ No, I am not or I am not sure if I am authorized to act on the copyright owner's behalf

What is the allegedly infringing work in question? ☐ Image/Video ☐ Other

The image/video is of yourself ☐ Yes ☐ No

I have read the above and wish to proceed ☐ Yes ☐ No

What can we help you with? ☐ **Court order:** a court decision has determined that specific content is unlawful ☐ **FOSTA-SESTA** or the **CA Opt Out / CA Safe at Home** Program ☐ **Child sexual abuse material:** visual depiction of sexually explicit conduct involving a minor

What type of ad do you want to report? ⬚ Search Ad, i.e. Ad found on a Google search result page ⬚ Shopping Ad ⬚ Other Ads, i.e. Ads found on the Google Display Network, Gmail, maps, etc.

What can we help you with? ⬚ **Policy Violation:** report a violation of Google Ads policies ⬚ **Trademark:** my trademark is being used in a competitor's ad text ⬚ **Copyright infringement:** my copyrighted work is being used illegally without authorization ⬚ **Counter notice:** appeal to reinstate content that was removed due to a copyright complaint ⬚ **Circumvention:** a tool bypasses copyright technological protection measures ⬚ **Counterfeit:** sale or promotion for sale of counterfeit goods ⬚ **Other legal issue:** report content for a legal reason not already listed

Are you the copyright owner or authorized to act on his/her behalf? ⬚ Yes, I am the copyright owner or am authorized to act on the copyright owner's behalf ⬚ No, I am not or I am not sure if I am authorized to act on the copyright owner's behalf

What is the allegedly infringing work in question? ⬚ Image/Video ⬚ Other

The image/video is of yourself ⬚ Yes ⬚ No

I have read the above and wish to proceed ⬚ Yes ⬚ No

Are you the owner of the technological protection measure, the copyright owner of the work protected by this technology, or a representative authorized to act on behalf of either owner? ⬚ Yes ⬚ No

What can we help you with? ⬚ **Court order:** a court decision has determined that specific content is unlawful ⬚ **FOSTA-SESTA** or the **CA Opt Out / CA Safe at Home** Program ⬚ **Child sexual abuse material:** visual depiction of sexually explicit conduct involving a minor

What can we help you with? ⬚ **Copyright infringement:** my copyrighted work is being used illegally without authorization ⬚ **Counter notice:** appeal to reinstate content that was removed due to a copyright complaint ⬚ **Trademark:** my trademark is being used in a way that is likely to cause confusion ⬚ **Counterfeit:** sale or promotion for sale of counterfeit goods ⬚ **Court order:** a court decision has determined that specific content is unlawful ⬚ **FOSTA-SESTA** or the **CA Opt Out / CA Safe at Home** Program ⬚ **Child sexual abuse material:** visual depiction of sexually explicit conduct involving a minor

Are you the copyright owner or authorized to act on his/her behalf? ⬚ Yes, I am the copyright owner or am authorized to act on the copyright owner's behalf ⬚ No, I am not or I am not sure if I am authorized to act on the copyright owner's behalf

What is the allegedly infringing work in question? ⬚ Image/Video ⬚ Other

The image/video is of yourself ☐ Yes ☐ No

I have read the above and wish to proceed ☐ Yes ☐ No

What can we help you with? ☐ My issue relates adult or pornographic content, hate against a protected group, hacking/cracking content, gambling or casino-related content, or the sale of drugs, weapons, alcohol, or tobacco. ☐ **Trademark:** my trademark is being used in a way that is likely to cause confusion ☐ **Copyright infringement:** my copyrighted work is being used illegally without authorization ☐ **Counter notice:** appeal to reinstate content that was removed due to a copyright complaint ☐ **Circumvention:** a tool bypasses copyright technological protection measures ☐ **Counterfeit:** sale or promotion for sale of counterfeit goods ☐ **Other legal issue:** report content for a legal reason not already listed

Are you the copyright owner or authorized to act on his/her behalf? ☐ Yes, I am the copyright owner or am authorized to act on the copyright owner's behalf ☐ No, I am not or I am not sure if I am authorized to act on the copyright owner's behalf

What is the allegedly infringing work in question? ☐ Image/Video ☐ Other

The image/video is of yourself ☐ Yes ☐ No

I have read the above and wish to proceed ☐ Yes ☐ No

Are you the owner of the technological protection measure, the copyright owner of the work protected by this technology, or a representative authorized to act on behalf of either owner? ☐ Yes ☐ No

What can we help you with? ☐ **Court order:** a court decision has determined that specific content is unlawful ☐ **Child sexual abuse material:** visual depiction of sexually explicit conduct involving a minor

What can we help you with? ☐ I would like to report phishing, spam, malware or other abuse on a Google Docs or Drive file ☐ **Copyright infringement:** my copyrighted work is being used illegally without authorization ☐ **Counter notice:** appeal to reinstate content that was removed due to a copyright complaint ☐ **Circumvention:** a tool bypasses copyright technological protection measures ☐ **Personal information:** content contains my personal information ☐ **Other legal issue:** report content for a legal reason not already listed

Are you the copyright owner or authorized to act on his/her behalf? ☐ Yes, I am the copyright owner or am authorized to act on the copyright owner's behalf ☐ No, I am not or I am not sure if I am authorized to act on the copyright owner's behalf

What is the allegedly infringing work in question? ☐ Image/Video ☐ Other

The image/video is of yourself ☐ Yes ☐ No

I have read the above and wish to proceed ☐ Yes ☐ No

Are you the owner of the technological protection measure, the copyright owner of the work protected by this technology, or a representative authorized to act on behalf of either owner? ☐ Yes ☐ No

What can we help you with? ☐ **FOSTA-SESTA** or the **CA Opt Out / CA Safe at Home** Program ☐ **Court order:** a court decision has determined that specific content is unlawful ☐ **Child sexual abuse material:** visual depiction of sexually explicit conduct involving a minor

What can we help you with? ☐ **Copyright infringement:** my copyrighted work is being used illegally without authorization ☐ **Counter notice:** appeal to reinstate content that was removed due to a copyright complaint ☐ **Personal information:** content contains my personal information ☐ **Court order:** a court decision has determined that specific content is unlawful ☐ **FOSTA-SESTA** or the **CA Opt Out / CA Safe at Home** Program ☐ **Child sexual abuse material:** visual depiction of sexually explicit conduct involving a minor

Are you the copyright owner or authorized to act on his/her behalf? ☐ Yes, I am the copyright owner or am authorized to act on the copyright owner's behalf ☐ No, I am not or I am not sure if I am authorized to act on the copyright owner's behalf

What is the allegedly infringing work in question? ☐ Image/Video ☐ Other

The image/video is of yourself ☐ Yes ☐ No

I have read the above and wish to proceed ☐ Yes ☐ No

Which product does your request relate to? ☐ Google Shopping and Shopping Images ☐ Google Customer Reviews

What can we help you with? ☐ **Copyright infringement:** my copyrighted work is being used illegally without authorization ☐ **Counter notice:** appeal to reinstate content that was removed due to a copyright complaint ☐ **Trademark:** my trademark is being used in a way that is likely to cause confusion ☐ **Counterfeit:** sale or promotion for sale of counterfeit goods ☐ **Court order:** a court decision has determined that specific content is unlawful ☐ **FOSTA-SESTA** or the **CA Opt Out / CA Safe at Home** Program ☐ **Child sexual abuse material:** visual depiction of sexually explicit conduct involving a minor

Are you the copyright owner or authorized to act on his/her behalf? ☐ Yes, I am the copyright owner or am authorized to act on the copyright owner's behalf ☐ No, I am not or I am not sure if I am authorized to act on the copyright owner's behalf

What is the allegedly infringing work in question? ☐ Image/Video ☐ Other

The image/video is of yourself ☐ Yes ☐ No

I have read the above and wish to proceed ☐ Yes ☐ No

What can we help you with? ☐ I disagree with comments left by a reviewer ☐ The same reviewer is leaving many of the same reviews ☐ I would like to contact a reviewer to respond to their claims ☐ **Court order:** a court decision has determined that specific content is unlawful ☐ **FOSTA-SESTA** or the **CA Opt Out / CA Safe at Home** Program ☐ **Child sexual abuse material:** visual depiction of sexually explicit conduct involving a minor

Select from the following list ☐ Google+ ☐ Google AMP Cache and Web Stories ☐ Google Arts & Culture ☐ Google Assistant ☐ Chrome Web Store/Extensions Gallery ☐ Google Classroom ☐ Cloud Firestore ☐ Google Cloud Platform ☐ Data Studio ☐ Google Domains ☐ Feedburner ☐ Firebase ☐ Gmail ☐ Google URL Shortener (goo.gl) ☐ Google Groups ☐ Google Help Communities ☐ Google Lens ☐ Google News ☐ Google Play Books and Google Books ☐ Poly ☐ Google Sites (Google's wiki- and web page-creation tool) ☐ Stadia

Please specify which section of Google+ you would like to report ☐ Google+ (Pages, Profiles, Communities) ☐ Google+ Photos and Albums

What can we help you with? ☐ I want my profile removed from the search results ☐ I want to file an impersonation claim ☐ **Other legal issue:** report content for a legal reason not already listed

What can we help you with? ☐ **Copyright infringement:** my copyrighted work is being used illegally without authorization ☐ **Counter notice:** appeal to reinstate content that was removed due to a copyright complaint ☐ **Circumvention:** a tool bypasses copyright technological protection measures ☐ **Counterfeit:** sale or promotion for sale of counterfeit goods ☐ **Personal information:** content contains my personal information ☐ **Court order:** a court decision has determined that specific content is

unlawful ☐ **FOSTA-SESTA** or the **CA Opt Out / CA Safe at Home** Program ☐ **Child sexual abuse material:** visual depiction of sexually explicit conduct involving a minor

Are you the copyright owner or authorized to act on his/her behalf? ☐ Yes, I am the copyright owner or am authorized to act on the copyright owner's behalf ☐ No, I am not or I am not sure if I am authorized to act on the copyright owner's behalf

What is the allegedly infringing work in question? ☐ Image/Video ☐ Other

The image/video is of yourself ☐ Yes ☐ No

I have read the above and wish to proceed ☐ Yes ☐ No

Are you the owner of the technological protection measure, the copyright owner of the work protected by this technology, or a representative authorized to act on behalf of either owner? ☐ Yes ☐ No

What can we help you with? ☐ **Copyright infringement:** my copyrighted work is being used illegally without authorization ☐ **Counter notice:** appeal to reinstate content that was removed due to a copyright complaint ☐ **Personal information:** content contains my personal information ☐ **Court order:** a court decision has determined that specific content is unlawful ☐ **FOSTA-SESTA** or the **CA Opt Out / CA Safe at Home** Program ☐ **Child sexual abuse material:** visual depiction of sexually explicit conduct involving a minor

Are you the copyright owner or authorized to act on his/her behalf? ☐ Yes, I am the copyright owner or am authorized to act on the copyright owner's behalf ☐ No, I am not or I am not sure if I am authorized to act on the copyright owner's behalf

What is the allegedly infringing work in question? ☐ Image/Video ☐ Other

The image/video is of yourself ☐ Yes ☐ No

I have read the above and wish to proceed ☐ Yes ☐ No

What can we help you with? ☐ A piece of content I am concerned about has already been removed by the webmaster but still appears among the search results ☐ I would like to report malware, phishing or similar issues ☐ **Personal information:** request removal of my personal information from Google's search results ☐ **Intellectual property issue:** report copyright infringement, circumvention, etc. ☐ **Other legal issue:** report content for a legal reason not already listed

Choose from the following options ☐ Remove personal information from Google under product policies (personally identifiable information, doxxing, non consensual explicit imagery, etc)

**1560**

What can we help you with? ☐ **Copyright infringement:** my copyrighted work is being used illegally without authorization ☐ **Counter notice:** appeal to reinstate content that was removed due to a copyright complaint ☐ **Circumvention:** a tool bypasses copyright technological protection measures ☐ **Counterfeit:** sale of counterfeit goods ☐ **Trademark:** my trademark is being used in a way that is likely to cause confusion

Are you the copyright owner or authorized to act on his/her behalf? ☐ Yes, I am the copyright owner or am authorized to act on the copyright owner's behalf ☐ No, I am not or I am not sure if I am authorized to act on the copyright owner's behalf

What is the allegedly infringing work in question? ☐ Image/Video ☐ Other

The image/video is of yourself ☐ Yes ☐ No

I have read the above and wish to proceed ☐ Yes ☐ No

Are you the owner of the technological protection measure, the copyright owner of the work protected by this technology, or a representative authorized to act on behalf of either owner? ☐ Yes ☐ No

What can we help you with? ☐ Request removal of a specific web page selling counterfeit goods ☐ Request reinstatement of a web page that was removed due to a counterfeit complaint

Are you the trademark owner or authorized to act on their behalf? ☐ Yes ☐ No

Do you have trademark rights information establishing that you are the trademark owner, or (for authorized agents) have a letter from the trademark owner establishing that you are authorized to act on their behalf? ☐ Yes ☐ No

Have you contacted the trademark owner directly regarding the web page at issue? ☐ Yes ☐ No

Do you assert that the web page at issue is not selling counterfeit goods and have information supporting why it should be reinstated? ☐ Yes ☐ No

Choose from the following options ☐ **Court order:** a court decision has determined that specific content is unlawful ☐ **FOSTA-SESTA** or the **CA Opt Out /** **CA Safe at Home** Program ☐ **Child sexual abuse material:** visual depiction of sexually explicit conduct involving a minor

What can we help you with? ☐ **Copyright infringement:** my copyrighted work is being used illegally without authorization ☐ **Counter notice:** appeal to reinstate content that was removed due to a copyright complaint ☐ **Court order:** a court decision has determined that specific content is unlawful ☐ **Child sexual abuse material:** visual depiction of sexually explicit conduct involving a minor

Are you the copyright owner or authorized to act on his/her behalf? ☐ Yes, I am the copyright owner or am authorized to act on the copyright owner's behalf ☐ No, I am not or I am not sure if I am authorized to act on the copyright owner's behalf

What is the allegedly infringing work in question? ☐ Image/Video ☐ Other

The image/video is of yourself ☐ Yes ☐ No

I have read the above and wish to proceed ☐ Yes ☐ No

What can we help you with? ☐ **Copyright infringement:** my copyrighted work is being used illegally without authorization ☐ **Counter notice:** appeal to reinstate content that was removed due to a copyright complaint ☐ **Court order:** a court decision has determined that specific content is unlawful ☐ **Trademark:** my trademark is being used in a way that is likely to cause confusion ☐ **Child sexual abuse material:** visual depiction of sexually explicit conduct involving a minor

Are you the copyright owner or authorized to act on his/her behalf? ☐ Yes, I am the copyright owner or am authorized to act on the copyright owner's behalf ☐ No, I am not or I am not sure if I am authorized to act on the copyright owner's behalf

What is the allegedly infringing work in question? ☐ Image/Video ☐ Other

The image/video is of yourself ☐ Yes ☐ No

I have read the above and wish to proceed ☐ Yes ☐ No

What can we help you with? ☐ **Copyright infringement:** my copyrighted work is being used illegally without authorization ☐ **Counter notice:** appeal to reinstate content that was removed due to a copyright complaint ☐ **Trademark:** my trademark is being used in a way that is likely to cause confusion ☐ **Court order:** a court decision has determined that specific content is unlawful ☐ **Circumvention:** a tool bypasses copyright technological protection measures ☐ **Child sexual abuse material:** visual depiction of sexually explicit conduct involving a minor

Are you the copyright owner or authorized to act on his/her behalf? ☐ Yes, I am the copyright owner or am authorized to act on the copyright owner's behalf ☐ No, I am not or I am not sure if I am authorized to act on the copyright owner's behalf

What is the allegedly infringing work in question? ☐ Image/Video ☐ Other

The image/video is of yourself ☐ Yes ☐ No

I have read the above and wish to proceed ☐ Yes ☐ No

Are you the owner of the technological protection measure, the copyright owner of the work protected by this technology, or a representative authorized to act on behalf of either owner? ☐ Yes ☐ No

What can we help you with? ☐ I have a question about Classroom program policies ☐ **Copyright infringement:** my copyrighted work is being used illegally without authorization ☐ **Counter notice:** appeal to reinstate content that was removed due to a copyright complaint ☐ **Circumvention:** a tool bypasses copyright technological protection measures ☐ **Court order:** a court decision has determined that specific content is unlawful ☐ **FOSTA-SESTA** or the **CA Opt Out / CA Safe at Home** Program ☐ **Child sexual abuse material:** visual depiction of sexually explicit conduct involving a minor

Are you the copyright owner or authorized to act on his/her behalf? ☐ Yes, I am the copyright owner or am authorized to act on the copyright owner's behalf ☐ No, I am not or I am not sure if I am authorized to act on the copyright owner's behalf

What is the allegedly infringing work in question? ☐ Image/Video ☐ Other

The image/video is of yourself ☐ Yes ☐ No

I have read the above and wish to proceed ☐ Yes ☐ No

Are you the owner of the technological protection measure, the copyright owner of the work protected by this technology, or a representative authorized to act on behalf of either owner? ☐ Yes ☐ No

What can we help you with? ☐ **Copyright infringement:** my copyrighted work is being used illegally without authorization ☐ **Counter notice:** appeal to reinstate content that was removed due to a copyright complaint ☐ **Court order:** a court decision has determined that specific content is unlawful ☐ **Child sexual abuse material:** visual depiction of sexually explicit conduct involving a minor

Are you the copyright owner or authorized to act on his/her behalf? ☐ Yes, I am the copyright owner or am authorized to act on the copyright owner's behalf ☐ No, I am not or I am not sure if I am authorized to act on the copyright owner's behalf

What is the allegedly infringing work in question? ☐ Image/Video ☐ Other

The image/video is of yourself ☐ Yes ☐ No

I have read the above and wish to proceed ☐ Yes ☐ No

Which product does your request relate to? ☐ ▤ App Engine & Compute Engine ☐ ▤ Google Cloud Storage & Cloud Bigtable

**1563**
1758

What can we help you with? ☐ I would like to report spam, malware, or phishing ☐ **Copyright infringement:** my copyrighted work is being used illegally without authorization ☐ **Counter notice:** appeal to reinstate content that was removed due to a copyright complaint ☐ **Counterfeit:** sale or promotion for sale of counterfeit goods ☐ **Trademark:** my trademark is being used in a way that is likely to cause confusion ☐ **Court order:** a court decision has determined that specific content is unlawful ☐ **FOSTA-SESTA** or the **CA Opt Out / CA Safe at Home** Program ☐ **Child sexual abuse material:** visual depiction of sexually explicit conduct involving a minor

Are you the copyright owner or authorized to act on his/her behalf? ☐ Yes, I am the copyright owner or am authorized to act on the copyright owner's behalf ☐ No, I am not or I am not sure if I am authorized to act on the copyright owner's behalf

What is the allegedly infringing work in question? ☐ Image/Video ☐ Other

The image/video is of yourself ☐ Yes ☐ No

I have read the above and wish to proceed ☐ Yes ☐ No

What can we help you with? ☐ I would like to report spam, malware, or phishing ☐ **Copyright infringement:** my copyrighted work is being used illegally without authorization ☐ **Counter notice:** appeal to reinstate content that was removed due to a copyright complaint ☐ **Counterfeit:** sale or promotion for sale of counterfeit goods ☐ **Trademark:** my trademark is being used in a way that is likely to cause confusion ☐ **Court order:** a court decision has determined that specific content is unlawful ☐ **FOSTA-SESTA** or the **CA Opt Out / CA Safe at Home** Program ☐ **Child sexual abuse material:** visual depiction of sexually explicit conduct involving a minor

Are you the copyright owner or authorized to act on his/her behalf? ☐ Yes, I am the copyright owner or am authorized to act on the copyright owner's behalf ☐ No, I am not or I am not sure if I am authorized to act on the copyright owner's behalf

What is the allegedly infringing work in question? ☐ Image/Video ☐ Other

The image/video is of yourself ☐ Yes ☐ No

I have read the above and wish to proceed ☐ Yes ☐ No

What can we help you with? ☐ **Copyright infringement:** my copyrighted work is being used illegally without authorization ☐ **Counter notice:** appeal to reinstate content that was removed due to a copyright complaint ☐ **Court order:** a court decision has determined that specific content is unlawful ☐ **Circumvention:** a tool bypasses

copyright technological protection measures ☐ **Child sexual abuse material:** visual depiction of sexually explicit conduct involving a minor

Are you the copyright owner or authorized to act on his/her behalf? ☐ Yes, I am the copyright owner or am authorized to act on the copyright owner's behalf ☐ No, I am not or I am not sure if I am authorized to act on the copyright owner's behalf

What is the allegedly infringing work in question? ☐ Image/Video ☐ Other

The image/video is of yourself ☐ Yes ☐ No

I have read the above and wish to proceed ☐ Yes ☐ No

Are you the owner of the technological protection measure, the copyright owner of the work protected by this technology, or a representative authorized to act on behalf of either owner? ☐ Yes ☐ No

What can we help you with? ☐ **Court order:** a court decision has determined that specific content is unlawful ☐ **Child sexual abuse material:** visual depiction of sexually explicit conduct involving a minor

What can we help you with? ☐ **Copyright infringement:** my copyrighted work is being used illegally without authorization ☐ **Counter notice:** appeal to reinstate content that was removed due to a copyright complaint ☐ **Court order:** a court decision has determined that specific content is unlawful ☐ **Circumvention:** a tool bypasses copyright technological protection measures ☐ **FOSTA-SESTA** or the **CA Opt Out / CA Safe at Home** Program ☐ **Child sexual abuse material:** visual depiction of sexually explicit conduct involving a minor

Are you the copyright owner or authorized to act on his/her behalf? ☐ Yes, I am the copyright owner or am authorized to act on the copyright owner's behalf ☐ No, I am not or I am not sure if I am authorized to act on the copyright owner's behalf

What is the allegedly infringing work in question? ☐ Image/Video ☐ Other

The image/video is of yourself ☐ Yes ☐ No

I have read the above and wish to proceed ☐ Yes ☐ No

Are you the owner of the technological protection measure, the copyright owner of the work protected by this technology, or a representative authorized to act on behalf of either owner? ☐ Yes ☐ No

What can we help you with? ☐ **Copyright infringement:** my copyrighted work is being used illegally without authorization ☐ **Counter notice:** appeal to reinstate content that was removed due to a copyright complaint ☐ **Circumvention:** a tool bypasses copyright technological protection measures ☐ **Court order:** a court decision has

determined that specific content is unlawful ☐ **FOSTA-SESTA** or the **CA Opt Out / CA Safe at Home** Program ☐ **Child sexual abuse material:** visual depiction of sexually explicit conduct involving a minor

Are you the copyright owner or authorized to act on his/her behalf? ☐ Yes, I am the copyright owner or am authorized to act on the copyright owner's behalf ☐ No, I am not or I am not sure if I am authorized to act on the copyright owner's behalf

What is the allegedly infringing work in question? ☐ Image/Video ☐ Other

The image/video is of yourself ☐ Yes ☐ No

I have read the above and wish to proceed ☐ Yes ☐ No

Are you the owner of the technological protection measure, the copyright owner of the work protected by this technology, or a representative authorized to act on behalf of either owner? ☐ Yes ☐ No

What can we help you with? ☐ Report an abusive Gmail account ☐ I have been receiving suspicious messages from a Gmail address ☐ Someone is impersonating me using a Gmail account ☐ Someone else is sending messages from my Gmail account ☐ I'm having trouble accessing my account ☐ I would like to report child endangerment ☐ **Other legal issue:** report content for a legal reason not already listed

What can we help you with? ☐ **Copyright infringement:** my copyrighted work is being used illegally without authorization ☐ **Counter notice:** appeal to reinstate content that was removed due to a copyright complaint ☐ **Court order:** a court decision has determined that specific content is unlawful ☐ **Child sexual abuse material:** visual depiction of sexually explicit conduct involving a minor

Are you the copyright owner or authorized to act on his/her behalf? ☐ Yes, I am the copyright owner or am authorized to act on the copyright owner's behalf ☐ No, I am not or I am not sure if I am authorized to act on the copyright owner's behalf

What is the allegedly infringing work in question? ☐ Image/Video ☐ Other

The image/video is of yourself ☐ Yes ☐ No

I have read the above and wish to proceed ☐ Yes ☐ No

What can we help you with? ☐ Report hateful or violent content, shared personal info, or the promotion of regulated goods & services ☐ **Copyright infringement:** my copyrighted work is being used illegally without authorization ☐ **Counter notice:** appeal to reinstate content that was removed due to a copyright complaint ☐ **Personal information:** content contains my personal information ☐ **Court order:** a court decision

has determined that specific content is unlawful ☐ **FOSTA-SESTA** or the **CA Opt Out / CA Safe at Home** Program ☐ **Child sexual abuse material:** visual depiction of sexually explicit conduct involving a minor

Are you the copyright owner or authorized to act on his/her behalf? ☐ Yes, I am the copyright owner or am authorized to act on the copyright owner's behalf ☐ No, I am not or I am not sure if I am authorized to act on the copyright owner's behalf

What is the allegedly infringing work in question? ☐ Image/Video ☐ Other

The image/video is of yourself ☐ Yes ☐ No

I have read the above and wish to proceed ☐ Yes ☐ No

What can we help you with? ☐ **Copyright infringement:** my copyrighted work is being used illegally without authorization ☐ **Circumvention:** a tool bypasses copyright technological protection measures ☐ **Counter notice:** appeal to reinstate content that was removed due to a copyright complaint ☐ **Court order:** a court decision has determined that specific content is unlawful ☐ **FOSTA-SESTA** or the **CA Opt Out / CA Safe at Home** Program ☐ **Child sexual abuse material:** visual depiction of sexually explicit conduct involving a minor

Are you the copyright owner or authorized to act on his/her behalf? ☐ Yes, I am the copyright owner or am authorized to act on the copyright owner's behalf ☐ No, I am not or I am not sure if I am authorized to act on the copyright owner's behalf

What is the allegedly infringing work in question? ☐ Image/Video ☐ Other

The image/video is of yourself ☐ Yes ☐ No

Are you the owner of the technological protection measure, the copyright owner of the work protected by this technology, or a representative authorized to act on behalf of either owner? ☐ Yes ☐ No

I have read the above and wish to proceed ☐ Yes ☐ No

What can we help you with? ☐ I would like to report malware, phishing or similar issues ☐ A piece of content I am concerned about has already been removed by the webmaster but still appears among the search results ☐ **Personal information:** request removal of my personal information from Google's search results ☐ **Other legal issue:** report content for a legal reason not already listed ☐ I have another issue that is not mentioned above

Choose from the following options ☐ Remove personal information from Google under product policies (personally identifiable information, doxxing, non consensual explicit

imagery, etc) ☐ **Right to be Forgotten:** request to delist information per European data protection laws

Choose from the following options: ☐ **Copyright infringement:** my copyrighted work is being used illegally without authorization ☐ **Counter notice:** appeal to reinstate content that was removed due to a copyright complaint ☐ **Circumvention:** a tool bypasses copyright technological protection measures ☐ **Court order:** a court decision has determined that specific content is unlawful ☐ **FOSTA-SESTA** or the **CA Opt Out / CA Safe at Home** Program ☐ **Child sexual abuse material:** visual depiction of sexually explicit conduct involving a minor

Are you the copyright owner or authorized to act on his/her behalf? ☐ Yes, I am the copyright owner or am authorized to act on the copyright owner's behalf ☐ No, I am not or I am not sure if I am authorized to act on the copyright owner's behalf

What is the allegedly infringing work in question? ☐ Image/Video ☐ Other

The image/video is of yourself ☐ Yes ☐ No

I have read the above and wish to proceed ☐ Yes ☐ No

Are you the owner of the technological protection measure, the copyright owner of the work protected by this technology, or a representative authorized to act on behalf of either owner? ☐ Yes ☐ No

What can we help you with? ☐ **Copyright infringement:** my copyrighted work is being used illegally without authorization ☐ **Counter notice:** appeal to reinstate content that was removed due to a copyright complaint ☐ **Circumvention:** a tool bypasses copyright technological protection measures ☐ **Personal information:** content contains my personal information ☐ **Court order:** a court decision has determined that specific content is unlawful ☐ **FOSTA-SESTA** or the **CA Opt Out / CA Safe at Home** Program ☐ **Child sexual abuse material:** visual depiction of sexually explicit conduct involving a minor

Are you the copyright owner or authorized to act on his/her behalf? ☐ Yes, I am the copyright owner or am authorized to act on the copyright owner's behalf ☐ No, I am not or I am not sure if I am authorized to act on the copyright owner's behalf

What is the allegedly infringing work in question? ☐ Image/Video ☐ Other

The image/video is of yourself ☐ Yes ☐ No

I have read the above and wish to proceed ☐ Yes ☐ No

Are you the owner of the technological protection measure, the copyright owner of the work protected by this technology, or a representative authorized to act on behalf of either owner? ▢ Yes ▢ No

What can we help you with? ▢ **Copyright infringement:** my copyrighted work is being used illegally without authorization ▢ **Counter notice:** appeal to reinstate content that was removed due to a copyright complaint ▢ **Personal information:** content contains my personal information ▢ **Court order:** a court decision has determined that specific content is unlawful ▢ **FOSTA-SESTA** or the **CA Opt Out / CA Safe at Home** Program ▢ **Child sexual abuse material:** visual depiction of sexually explicit conduct involving a minor

Are you the copyright owner or authorized to act on his/her behalf? ▢ Yes, I am the copyright owner or am authorized to act on the copyright owner's behalf ▢ No, I am not or I am not sure if I am authorized to act on the copyright owner's behalf

What is the allegedly infringing work in question? ▢ Image/Video ▢ Other

The image/video is of yourself ▢ Yes ▢ No

I have read the above and wish to proceed ▢ Yes ▢ No

What can we help you with? ▢ **Copyright infringement:** my copyrighted work is being used illegally without authorization ▢ **Circumvention:** a tool bypasses copyright technological protection measures ▢ **Counter notice:** appeal to reinstate content that was removed due to a copyright complaint ▢ **Court order:** a court decision has determined that specific content is unlawful ▢ **FOSTA-SESTA** or the **CA Opt Out / CA Safe at Home** Program ▢ **Child sexual abuse material:** visual depiction of sexually explicit conduct involving a minor

Are you the copyright owner or authorized to act on his/her behalf? ▢ Yes, I am the copyright owner or am authorized to act on the copyright owner's behalf ▢ No, I am not or I am not sure if I am authorized to act on the copyright owner's behalf

What is the allegedly infringing work in question? ▢ Image/Video ▢ Other

The image/video is of yourself ▢ Yes ▢ No

Are you the owner of the technological protection measure, the copyright owner of the work protected by this technology, or a representative authorized to act on behalf of either owner? ▢ Yes ▢ No

I have read the above and wish to proceed ▢ Yes ▢ No

Would you like to continue reporting a Google Sites page? ▢ Yes ▢ No

What can we help you with? ☐ **Copyright infringement:** my copyrighted work is being used illegally without authorization ☐ **Counter notice:** appeal to reinstate content that was removed due to a copyright complaint ☐ **Circumvention:** a tool bypasses copyright technological protection measures ☐ **Counterfeit:** sale or promotion for sale of counterfeit goods ☐ **Personal information:** content contains my personal information ☐ **Court order:** a court decision has determined that specific content is unlawful ☐ **FOSTA-SESTA** or the **CA Opt Out / CA Safe at Home** Program ☐ **Child sexual abuse material:** visual depiction of sexually explicit conduct involving a minor

Are you the copyright owner or authorized to act on his/her behalf? ☐ Yes, I am the copyright owner or am authorized to act on the copyright owner's behalf ☐ No, I am not or I am not sure if I am authorized to act on the copyright owner's behalf

What is the allegedly infringing work in question? ☐ Image/Video ☐ Other

The image/video is of yourself ☐ Yes ☐ No

I have read the above and wish to proceed ☐ Yes ☐ No

Are you the owner of the technological protection measure, the copyright owner of the work protected by this technology, or a representative authorized to act on behalf of either owner? ☐ Yes ☐ No

Does your request pertain to a Stadia User or Stadia Game? ☐ Stadia User ☐ Stadia Game or Developer

What can we help you with? ☐ **Court order:** a court decision has determined that specific content is unlawful ☐ **FOSTA-SESTA** or the **CA Opt Out / CA Safe at Home** Program ☐ **Child sexual abuse material:** visual depiction of sexually explicit conduct involving a minor

What can we help you with? ☐ **Copyright infringement:** my copyrighted work is being used illegally without authorization ☐ **Court order:** a court decision has determined that specific content is unlawful ☐ **FOSTA-SESTA** or the **CA Opt Out / CA Safe at Home** Program ☐ **Child sexual abuse material:** visual depiction of sexually explicit conduct involving a minor

Are you the copyright owner or authorized to act on his/her behalf? ☐ Yes, I am the copyright owner or am authorized to act on the copyright owner's behalf ☐ No, I am not or I am not sure if I am authorized to act on the copyright owner's behalf

What is the allegedly infringing work in question? ☐ Image/Video ☐ Other

The image/video is of yourself ☐ Yes ☐ No

©2021 Google
- Privacy Policy
- Terms of Service

English?

English

1. català
2. dansk
3. Deutsch
4. eesti
5. English (United Kingdom)
6. español
7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. فارسی
36. हिन्दी
37. ไทย

38. 中文（简体）
39. 中文（繁體）
40. 日本語
41. 한국어
42. English

Send feedback about our Help Center



Google Help

- [Help Center](#)

- [Legal](#)

- [Privacy Policy](#)

- [Terms of Service](#)

- [Submit feedback](#)

Send feedback on...
This help content & information General Help Center experience



Google Ads Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunityAnnouncements

# Remove your ad

If you ever want to stop running one or more of your ads, you can remove them. Once you remove an ad, it will no longer appear in your campaign and it can't be recovered. However, you can still review past performance of a removed ad. This article explains how to remove ads one at a time or in bulk.

## How to remove an ad

1. Sign in to your Google Ads account.
2. On the page menu on the left, click Ads & extensions.
3. Select the checkbox next to the ad that you want to remove.
4. At the top of the ad statistics table, click the Edit drop-down menu.
5. Select Remove.

Try it out

**Keep in mind**

Once your ad is removed, you won't be able to re-enable it. However, you can still review the performance of your removed ad by clicking the three dot menu at the top right of the table and selecting 'Show removed'. Removed ads will now appear in your statistics table.

## How to remove multiple ads

If you want to make changes to multiple campaigns, ads, ad groups, and more in bulk, you might want to use bulk uploads or Google Ads Editor. With either product, you can

download a spreadsheet, make changes offline, then upload the changes to your account.

## Tips

- Are you considering removing poorly performing ads? Follow our recommendations to make high-quality, relevant ads that will perform better and get you results.
- Try pausing your ads rather than removing them. You can pause an ad and create a new one to experiment with different ad text, and compare how well your paused ads perform with your new ads.

## Related link

- Monitor your ads and keywords.

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

# Need more help?

Sign in for additional support options to quickly solve your issue

## Ads and approvals

- Edit your text ads
- Find your ad status
- Pause or resume your ads
- Pause or enable your ad groups
- Remove your ad
- About tracking in Google Ads
- About the different types of URLs
- Set up your tracking template
- Customize landing page URLs for keywords
- How to upgrade URLs with cross-domain redirects
- About version history
- About parallel tracking
- Use parallel tracking

- Measure ad interactions on Google-hosted pages
- Approved click measurement providers for interaction events

- ©2021 Google
- Privacy Policy
- Terms of Service
- Google Ads Advertising Policies
- About the Help Center



English

1. català
2. dansk
3. Deutsch
4. eesti
5. English (Australia)
6. English (United Kingdom)
7. español
8. español (Latinoamérica)
9. Filipino
10. français
11. hrvatski
12. Indonesia
13. italiano
14. latviešu
15. lietuvių
16. magyar
17. Melayu
18. Nederlands
19. norsk
20. polski
21. português
22. português (Brasil)
23. română
24. slovenčina
25. slovenščina
26. suomi
27. svenska
28. Tiếng Việt
29. Türkçe
30. čeština
31. Ελληνικά
32. български

33. русский
34. српски
35. українська
36. עברית
37. العربية
38. हिन्दी
39. ไทย
40. 中文（简体）
41. 中文（繁體）
42. 中文（香港）
43. 日本語
44. 한국어
45. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- Help Center

  o Coronavirus (COVID-19) Resources and Updates

  o Setup and basics

  o Manage ads

  o Measure results

- o [Smart campaigns](#)

- o [Billing](#)

- o [Learn](#)

- o [Google Partners](#)

- [Community](#)

- [Google Ads](#)

- [Privacy Policy](#)

- [Terms of Service](#)

- [Submit feedback](#)

Your guide to Google AdsGoogle Ads basicsCreate ads and campaignsChoose where and when ads appearFind out if your ad is runningAccount administration and security Ads and approvalsCampaign settingsBudgets and bidsKeywordsReach your audienceTarget placements and topicsMultiple or large accountsLocal Services adsThe Google Ads mobile appRecommendations and optimization score
Connect your goals to dataFind and run reportsUnderstanding your dataTrack sales and other conversionsGoogle Analytics and Google AdsCommon reporting issues
Get startedSetup and managementCalls in Smart campaigns

Payment methods and settingsBasic billing tasksPromotions and couponsRefunds and adjustmentsTaxesIssues with payments and charges

Your guide to Google AdsGoogle Ads training on SkillshopAccount walk-throughsGlossary

Google Partners Program

# What is the issue with this selection?



Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

# Share additional info or suggestions

Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.



Legal Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

# DMCA counter notification form

The DMCA is a United States copyright law that provides guidelines for online service provider safe harbor in case of copyright infringement. The administrator of an affected site or the provider of affected content may make a counter notification pursuant to subsections 512(g)(2) and (3) of the Digital Millennium Copyright Act or other applicable law. When we receive a counter notification, we may reinstate the material in question.

To file a counter notification with us, you must provide the information specified in the web form below. Please note that you can be liable for damages (including costs and attorneys' fees) if you materially misrepresent that the content was removed or disabled by mistake or misidentification. Accordingly, if you are not sure whether certain material infringes the copyrights of others, we suggest that you first contact an attorney

Please also be advised that pursuant to subsections 512(g)(2) and (3) of the Digital Millennium Copyright Act, if you submit a counter notification (whether through our web form or by other means), your contact information will be forwarded to the original complainant. We encourage you to review https://library.educause.edu/topics/policy-and-law/digital-millennium-copyright-act-dmca for more information about the DMCA.

* Required field

## Your information

Country of residence *  [ Select one ▼ ]
Select one

Full legal name * [          ]
Your own name, even if you are making the request on behalf of someone else who you are authorized to represent. If you are representing someone else, you must have the legal authority to act on their behalf.

Your Title

Company name

If applicable.

Contact email address *

Address *

Example: 123 My Street The City, CA, United States 00000 (or acceptable PO Box)

0/1000

Phone number *

# Identify the specific content that Google removed or disabled access to

Please note: If the content on the page was infringing at the time the original removal request arrived, your counter notice is not legally valid. Do not submit a counter notice if there was illegal content, even if it's now been removed.

URL(s) of the content in question *        Add additional

If you have many URLs to report, we recommend submitting between 10 to 100 per notice for the fastest possible processing time. You can submit multiple URLs by clicking the "Add additional" link.

Why are you requesting reinstatement?

Select one of the options below. *

I am the owner of the content

I am not the owner, but I am authorized to use the content

The complainant does not have the right to submit this request

The way I used the content is fair use (What is fair use?)

I never used the content

Other

Please provide more details to justify your request *



0/1000

## Sworn statements

I consent to the jurisdiction of Federal District Court for the judicial district in which I reside (or the Northern District of California if my address is outside of the United States), and I will accept service of process from the person who provided notification under subsection (c)(1)(C) or an agent of such person. *

☐ Check to confirm

I swear, under penalty of perjury, that I have a good faith belief that the content identified above was removed or disabled as a result of a mistake or misidentification of the material to be removed or disabled. *

☐ Check to confirm

## Signature

Signature *

By typing your full name below, you are providing us with your digital signature, which is as legally binding as your physical signature. Your signature must exactly match the first and last names that you entered at the top of this form in order for your submission to be successful.

Signed on this date of Tue, 31 Aug 2021



Submit

Some account and system information will be sent to Google, and support calls and chats may be recorded. We will use this information to improve support quality and training, to help address technical issues, and to improve our products and services, subject to our Privacy Policy and Terms of Service.

Additional info

OK

Your email has been sent

**Thanks!**

Thank you for submitting your request. You should receive a confirmation email shortly.

- ©2021 Google
- Privacy Policy
- Terms of Service



English

1. català
2. dansk
3. Deutsch
4. eesti
5. English (United Kingdom)
6. español
7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά

29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. فارسی
36. हिन्दी
37. ไทย
38. 中文（简体）
39. 中文（繁體）
40. 日本語
41. 한국어
42. English

Send feedback about our Help Center



Google Help

- [Help Center](#)

- [Legal](#)

- [Privacy Policy](#)

- [Terms of Service](#)

- [Submit feedback](#)

Send feedback on...

This help content & information General Help Center experience



Advertising Policies Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

# Healthcare and medicines

Google provides translated versions of our Help Center as a convenience, though they are not meant to change the content of our policies. The English version is the official language we use to enforce our policies. To view this article in a different language, use the language dropdown at the bottom of the page.

Display & Video 360 users must comply with this Google Ads policy. Visit the Display & Video 360 help center for additional restrictions.

We are dedicated to following advertising regulations for healthcare and medicine, so we expect that ads and destinations follow appropriate laws and industry standards. Some healthcare-related content can't be advertised at all, while others can only be advertised if the advertiser is certified with Google and targets only approved countries. Check local regulations for the areas you want to target.

Below are some examples of healthcare content that we allow in certain circumstances. Some content is only available in specific regions, so be sure to check the list of country-specific restrictions for every country where you plan to advertise. Learn about what happens if you violate our policies.

## Pharmaceutical manufacturers

Google allows pharmaceutical manufacturers to advertise in select countries only.

### Prescription drugs

Pharmaceutical manufacturers may promote prescription drugs in the following countries only: Canada, New Zealand, United States.

Pharmaceutical manufacturers may not promote prescription opioid painkillers.

Over-the-counter medicines

Pharmaceutical manufacturers may promote over-the-counter medicines in the following countries only: Australia, Austria, Brazil, Canada, China, Czech Republic, France, Germany, Hungary, Hong Kong, India, Italy, Japan, Kenya, Mexico, Netherlands, New Zealand, Norway, The Philippines, Poland, Portugal, Russia, Slovakia, South Korea, Spain, Sweden, United Kingdom, United States

Other manufacturers and suppliers

Bulk drug manufacturers, medical professional suppliers, and antibody/peptide/compound suppliers for commercial labs may advertise in the following countries only: Canada, United States

Certification

Pharmaceutical manufacturers must be certified by Google in order to serve ads. See how to apply below.

# Unauthorized pharmacies

The following is not allowed:

Offering prescription drugs without a prescription

Targeting locations where you are not licensed

We take violations of this policy very seriously and consider them egregious. An egregious violation of the Google Ads policies is a violation so serious that it is unlawful or poses significant harm to our users. In determining whether an advertiser or destination is violating this policy, we may review information from multiple sources including your ad, website, accounts, and third-party sources.  If we find violations of this policy, we will suspend your Google Ads accounts upon detection and without prior warning, and you will not be allowed to advertise with us again. If you believe there's been an error, and that you haven't violated our policy, submit an appeal and explain why. We only reinstate accounts in compelling circumstances, and when there is good reason so it's

important that you take the time to be thorough, accurate, and honest.
Learn more about suspended accounts.

# Prescription drug sale

Google restricts the promotion of online pharmacies. To determine whether an advertiser is promoting an online pharmacy, we consider a number of factors such as the content of your ads and site or app, as well as the products or services that you offer. For user safety and other reasons, we err on the side of caution in applying this policy, especially for landing pages that link or refer to content that in any way appears to be the online sale of medicines, whether prescription or over-the-counter medicine.

### Countries

Google allows the promotion of online pharmacies in only these countries: Australia, Austria, Brazil, Canada, China, Czech Republic, Denmark, Germany, Hong Kong, Israel, Japan, Kenya, Mexico, Netherlands, New Zealand, Norway, Portugal, Russia, Slovakia, Sweden, Taiwan, United Kingdom, and the United States.

Google does not allow the promotion of online pharmacies in other countries.

### Keywords

Google allows online pharmacy advertisers to bid on keywords containing prescription drug terms in only the following countries: Australia, Austria, Canada, Czechia, Denmark, Germany, Israel, Japan, Kenya, New Zealand, Netherlands, Norway, Portugal, Slovakia, United Kingdom, and United States.

### Certification

Online pharmacies must be certified by Google in order to serve ads — see how to apply below. To be certified with Google, online pharmacies must be registered with the relevant pharmaceutical authorities in the countries that their ad campaign targets.

# Restricted drug terms

In most parts of the world, Google doesn't allow the use of prescription drug terms in ad text, landing pages, keywords, or source code of a webpage.

- For campaigns targeting Canada, New Zealand, or the United States, certain businesses such as online pharmacies and pharmaceutical manufacturers may use prescription drug terms in ad text and landing pages. These businesses must be certified by Google in order to serve ads — see how to apply below.
- If your campaigns do not target Canada, New Zealand, or the United States, you may not use prescription drug terms in ad text or landing pages.
- In limited cases, and where permitted by local law, Google allows exceptions to this policy for public health and safety awareness campaigns from governmental or well-established non-profit health advocacy organizations. If you would like to apply for such an exception to use prescription drug terms in ad text, landing pages, keywords, or source code of a webpage, please contact us.

See a non-exhaustive list of prescription drugs or active ingredients that are monitored under this policy.

Troubleshooter: Restricted drug term

Your ad, website, or app is promoting prescription drugs, and that isn't allowed for at least one country that your campaign targets.

Remove all references to prescription drugs and steroids from your ad and website or app. Alternatively, you can change your location targeting for your campaigns to target only countries where this service is allowed. See the section above for more detail around country-specific restrictions for the countries that you're targeting.

## Unapproved substances

Google doesn't allow the promotion of the following content, irrespective of any claims of legality:

- All items on this non-exhaustive list of prohibited pharmaceuticals and supplements
- Products that contain ephedra

- Products containing human chorionic gonadotropin (hCG) in relation to weight loss or weight control, or when promoted in conjunction with anabolic steroids
- Herbal and dietary supplements with active pharmaceutical or dangerous ingredients
- Products that imply they are as effective as prescription drugs or controlled substances
- Non-government approved products that are marketed in a way that implies that they're safe or effective for use in preventing, curing, or treating a particular disease or ailment
- Products that have been subject to any government or regulatory action or warning
- Products with names that are confusingly similar to an unapproved pharmaceutical or supplement or controlled substance

Google does not allow the promotion of DHEA products anywhere except the United States, and Google does not allow the promotion of Melatonin products anywhere except Canada and the United States.

For additional information on the unapproved or misleading pharmaceuticals and supplements that we monitor, please visit www.legitscript.com.

Troubleshooter: Unapproved substances

1. Fix the ad's destination. Remove any references to the substances prohibited by this policy. If you can't fix the ad's destination, update the ad with a new destination that complies with this policy.
2. Edit the ad. Remove any content that we don't allow. If your ad already complies with the policy but you made changes to the ad's destination, edit the ad and save it. This will resubmit the ad and its destination for review.

Most ads are reviewed within 1 business day, though some can take longer if they need a more complex review.

Troubleshooter: DHEA or Melatonin
Target a different location. If your ad meets the basic policy requirements but not those for the countries that your campaign targets, you can choose to edit your location targeting to run your ads somewhere else where they do meet our requirements. Once you target your campaign only to acceptable locations, please request a review of your disapproved ads, and we'll check if they can start running:
Request a review

Or, if it's important to keep targeting your existing locations, follow the steps below to make your ad and destination comply.

1. Fix the ad's destination. Remove any references to the substances prohibited by this policy. If you can't fix the ad's destination, update the ad with a new destination that complies with this policy.
2. Edit the ad. Remove any content that we don't allow. If your ad already complies with the policy but you made changes to the ad's destination, edit the ad and save it. This will resubmit the ad and its destination for review.

Most ads are reviewed within 1 business day, though some can take longer if they need a more complex review.

## Prescription opioid painkillers

Google does not allow ads for prescription opioid painkillers except for those that are intended for use as medication-assisted treatment (MAT) for opioid use disorder and meet all other requirements pertaining to prescription drugs listed on this page.

In limited cases, and where permitted by local law, Google allows exceptions to this policy for (a) public health and safety awareness campaigns from governmental or well-established non-profit health advocacy organizations, (b) ads for non-opioid pharmaceuticals that only refer to prescription opioids in their safety information, and (c) certified addiction treatment providers in the United States.

If you would like to apply for such an exception, please contact us.

Violations of this policy will not lead to immediate account suspension without prior warning. A warning will be issued, at least 7 days, prior to any suspension of your account. Learn more about suspended accounts.

## Speculative and experimental medical treatment, cell therapies, and gene therapies

The following is not allowed:

Promotion of speculative and/or experimental medical treatments.

Examples (non-exhaustive): Biohacking, do-it-yourself (DIY) genetic engineering products, gene therapy kits

Promotion of cell or gene therapies, regardless of regulatory approval status.

> Examples (non-exhaustive): Stem cell therapy, cellular (non-stem) therapy, gene therapy and similar forms of regenerative medicine, platelet rich plasma

Learn how to fix a disapproved ad or extension.

Violations of this policy will not lead to immediate account suspension without prior warning. A warning will be issued, at least 7 days, prior to any suspension of your account. Learn more about suspended accounts.

# Clinical trial recruitment

Google doesn't allow the promotion of clinical trial recruitment except in Australia, Belgium, Canada, China, France, Germany, Indonesia, Ireland, Israel, Italy, Japan, Korea, Malaysia, Netherlands, New Zealand, Philippines, Singapore, Taiwan, Thailand, United Kingdom, United States, and Vietnam.

Promotions for clinical trial recruitment may not promote prescription drugs or create misleading expectations or effects of a product being tested, or imply that the product being tested is safe.

Troubleshooter: Clinical trial recruitment
Target a different location. If your ad meets the basic policy requirements but not those for the countries that your campaign targets, you can choose to edit your location targeting to run your ads somewhere else where they do meet our requirements. Once you target your campaign only to acceptable locations, please request a review of your disapproved ads, and we'll check if they can start running:
Request a review

Or, if it's important to keep targeting your existing locations, follow the steps below to make your ad and site or app comply.

1. Fix the ad's destination. Remove any references to the substances prohibited by this policy. If you can't fix the ad's destination, update the ad with a new destination that complies with this policy.
2. Edit the ad. Remove any content that we don't allow. If your ad already complies with the policy but you made changes to the ad's destination,

edit the ad and save it. This will resubmit the ad and its destination for review.

Most ads are reviewed within 1 business day, though some can take longer if they need a more complex review.

# HIV home tests

Google prohibits the promotion of HIV home tests everywhere in the world except in the United States, France, the Netherlands, and the United Kingdom. In the United States, advertisers may promote home HIV tests that are FDA approved. In France, the Netherlands, and the United Kingdom advertisers may promote home HIV tests that meet local regulatory requirements.

Troubleshooter: HIV home tests
Target a different location. If your ad meets the basic policy requirements but not those for the countries that your campaign targets, you can choose to edit your location targeting to run your ads somewhere else where they do meet our requirements. Once you target your campaign only to acceptable locations, please request a review of your disapproved ads, and we'll check if they can start running:
Request a review

Or, if it's important to keep targeting your existing locations, follow the steps below to make your ad and site or app comply.

1. Fix the ad's destination. Remove any references to the substances prohibited by this policy. If you can't fix the ad's destination, update the ad with a new destination that complies with this policy.
2. Edit the ad. Remove any content that we don't allow. If your ad already complies with the policy but you made changes to the ad's destination, edit the ad and save it. This will resubmit the ad and its destination for review.

Most ads are reviewed within 1 business day, though some can take longer if they need a more complex review.

# Abortion

Countries

The following is not allowed:

Abortion ads in the following countries:

Antigua and Barbuda, Argentina, Aruba, Bahamas, Bahrain, Belgium, Belize, Bolivia, Brazil, Cayman Islands, Chile, Colombia, Costa Rica, Djibouti, Dominica, Dominican Republic, Ecuador, Egypt, El Salvador, France, Germany, Grenada, Guadeloupe, Guatemala, Haiti, Honduras, Hong Kong, Hungary, India, Indonesia, Iran, Iraq, Italy, Jamaica, Jordan, Korea (South), Kuwait, Lebanon, Libya, Malaysia, Martinique, Mexico, Morocco, Nicaragua, Oman, Pakistan, Palestinian Territory, Panama, Paraguay, Peru, Philippines, Poland, Qatar, Russia, Saint Barthelemy, Saudi Arabia, Singapore, Spain, Sri Lanka, St. Kitts and Nevis, St. Lucia, Suriname, Switzerland, Syria, Taiwan, Thailand, Tunisia, Ukraine, United Arab Emirates, Uruguay, Venezuela, Yemen

**Google Ads Network restrictions**

If your ads target one or more locations where abortion ads are not allowed, they will be classified as Eligible (limited), meaning they will only show in approved areas, and there may be additional restrictions for your country. See the country-specific sections below for more information about how policies differ by country.

Abortion-related ads won't appear on the Google Display Network, even if they are Eligible (limited).

**Abortion advertiser certification and disclosure requirements**

In the United States, United Kingdom, and Ireland, if you want to run ads using keywords related to getting an abortion, you will first need to be certified as an advertiser that either provides abortions or does not provide abortions.

Depending on how you're certified, Google will automatically generate one of the following in-ad disclosures for your abortion product or service ads: "Provides abortions" or "Does not provide abortions." This applies to all Search ad formats.

Learn more about the policy and how to apply for certification.

Troubleshooter: Abortion countries
Target a different location. If your ad meets the basic policy requirements but not those for the countries that your campaign targets, you can choose to edit your location targeting to run your ads somewhere else where they do meet our requirements. Once you target your campaign

only to acceptable locations, please request a review of your disapproved ads, and we'll check if they can start running:
<span style="background-color:blue;color:white">Request a review</span>

Or, if it's important to keep targeting your existing locations, follow the steps below to make your ad and site or app comply.

1. Fix the ad's destination. Remove any references to the substances prohibited by this policy. If you can't fix the ad's destination, update the ad with a new destination that complies with this policy.
2. Edit the ad. Remove any content that we don't allow. If your ad already complies with the policy but you made changes to the ad's destination, edit the ad and save it. This will resubmit the ad and its destination for review.

Most ads are reviewed within 1 business day, though some can take longer if they need a more complex review.

## Troubleshooter: Abortion advertiser certification and disclosures

1. In the United States, United Kingdom, and Ireland, if you want to run ads using keywords related to getting an abortion, you will first need to be certified as an advertiser that either provides abortions or does not provide abortions.
2. Contact us to have your ad reviewed again, or edit the ad. This will resubmit the ad and its destination for review. Most ads are reviewed within 1 business day, though some can take longer if they need a more complex review.
3. If you're unable to complete the verification process, remove any keywords related to getting an abortion.

Violations of this policy will not lead to immediate account suspension without prior warning. A warning will be issued, at least 7 days, prior to any suspension of your account. Learn more about suspended accounts.

# Birth control

Google doesn't allow ads related to birth control or fertility products in the following countries: Bahrain, China, Djibouti, Egypt, Hong Kong, Iran, Iraq, Jordan, Kuwait, Malaysia, Lebanon, Libya, Morocco, Oman, Palestinian Territory, Qatar, Saudi Arabia, Syria, Thailand, Tunisia, Ukraine, United Arab Emirates, Yemen

Troubleshooter: Birth control
Target a different location. If your ad meets the basic policy requirements but not those for the countries that your campaign targets, you can choose to edit your location targeting to run your ads somewhere else where they do meet our requirements. Once you target your campaign only to acceptable locations, please request a review of your disapproved ads, and we'll check if they can start running:
Request a review

Or, if it's important to keep targeting your existing locations, follow the steps below to make your ad and site or app comply.

1. Fix the ad's destination. Remove any references to the substances prohibited by this policy. If you can't fix the ad's destination, update the ad with a new destination that complies with this policy.
2. Edit the ad. Remove any content that we don't allow. If your ad already complies with the policy but you made changes to the ad's destination, edit the ad and save it. This will resubmit the ad and its destination for review.

   Most ads are reviewed within 1 business day, though some can take longer if they need a more complex review.

# Addiction services

Google restricts advertising for recovery-oriented drug and alcohol addiction services.

Examples of recovery-oriented addiction services: Clinical addiction treatment providers, recovery support services like sober living environments and mutual help organizations, lead generators or referral agencies for addiction services, crisis hotlines for drug and alcohol addiction

Countries

Google only allows ads for addiction services in Australia, Ireland, New Zealand, and the United States. Google does not allow ads for addiction services in other countries.

Keywords

Google allows only addiction services advertisers to bid on keywords relating to drug and alcohol addiction.

Certification

Addiction services advertisers must be certified by Google in order to serve ads. Check the country-specific requirements under How does this policy differ from country to country? See how to apply below.

# Health Insurance

In the United States, you must be certified by Google in order to advertise health and medical insurance coverage, with the exception of government advertisers, who will be pre-approved. Advertisements exclusively for dental, vision, and/or travel health insurance coverage are not restricted.

Examples of health and medical insurance coverage:  individual health insurance, short-term insurance, limited-duration insurance, fixed indemnity health insurance, Medicare Advantage, Medigap, Medicaid.

Health and medical insurance advertisers, other than government advertisers, must be certified by Google in order to serve ads in the United States. This certification is required for all ad formats and extensions. Check the requirements for the United States under How does this policy differ from country to country? See how to apply below.

# Apply for healthcare products and services certification

Certain advertisers — such as online pharmacies, pharmaceutical manufacturers, and others looking to use prescription drug terms in ad text or landing pages or health insurance advertisers in the United States — need to be certified with Google in order to advertise. If you are such an advertiser, here's how to apply to be certified:

1. Adhere to all country-specific requirements below. If your campaign targets a country that isn't listed, then we don't allow the promotion of prescription drugs or over-the-counter medicines by pharmaceutical manufacturers in that country.

2. Fill out our online application form.

- Please be sure to include your Google Ads customer ID, located at the top of your account pages.
- To cut down on any unnecessary delays, be sure to fill out all of the requested information.

**1596**

1791

- If you are an agency applying on behalf of an advertiser, please send documentation detailing your relationship with the advertiser or license holder.

# How does this policy differ from country to country?

In addition to the content-based restrictions above, there may be further requirements based on the countries that your campaign targets. Choose a country below to see additional requirements that you must meet in order for your ad campaign to target that country.

The restrictions below are for ads targeting this country: [ United States ▼ ]

### United States

| Product | Allowed? |
|---|---|
| Online pharmacies | Allowed with limitations |

Google allows the promotion of online pharmacies if they're registered with the Pharmacy Guild of Australia, Medicare Australia, Australian Digital Health Agency, or one of the following state-level pharmacy boards in Australia:

- Pharmaceutical Services, ACT
- The Pharmacy Council of New South Wales
- Pharmacy Premises Committee, NT
- Pharmacy Ownership, QLD
- Pharmacy Regulation Authority South Australia
- Tasmanian Pharmacy Authority
- Victorian Pharmacy Authority
- Pharmacy Registration Board of Western Australia

Ads targeting Australia can't use prescription drug terms in the ad or its destination. Advertisers must also be certified with Google. See **how to apply** above.

| Addiction Services | Allowed with limitations |
|---|---|

Google allows the promotion of recovery-oriented drug and alcohol addiction services by government entities only.

Advertisers must also be certified with Google. See **how to apply** above.

| Product | Allowed? |
|---|---|
| Online pharmacies | Allowed with limitations |

Google allows the promotion of online pharmacies if they're registered with the **Bundesamt für Sicherheit im Gesundheitswesen** and don't use prescription drug

terms in their ads and landing pages. Advertisers must also be certified with Google. See how to apply above.

| Product | Allowed? |
|---|---|
| Online pharmacies | ▢ Not allowed |

Google doesn't allow the promotion of pharmacies if they offer prescription collection and delivery services in Belgium.

| Product | Allowed? |
|---|---|
| Online pharmacies | ▢ Allowed with limitations |

Google allows the promotion of online pharmacies if they're registered with the National Health Inspection Agency (Agência Nacional de Vigilância Sanitária -- ANVISA) and don't prescription drugs in their ads, landing pages, and keywords. Advertisers must also be certified with Google. See how to apply above.

| Product | Allowed? |
|---|---|
| Online pharmacies | ▢ Allowed with limitations |

Google allows online pharmacies if they're accredited by one of the organizations listed below:

LegitScript Healthcare Merchant Certification and Monitoring Program

- Internet pharmacy certification — Available to websites that accept refills, transfers, or new prescriptions; or pharmacies that fill via mail-order or some other form of remote ordering service.
- Telemedicine certification — Available to websites that offer virtual healthcare services and facilitate prescribing.

National Association of Boards of Pharmacy (NABP)

- VIPPS — Available to pharmacies with full online functionality, including the sale (or facilitation of sale) of prescription drugs or the acceptance of new prescription drug orders through their website.
- .Pharmacy Verified Websites Program — Websites with a ".Pharmacy" top-level domain are available to pharmacies with full or limited online functionality, including sale (or facilitation of sale) of prescription drugs or services, acceptance of new prescription drug orders through their website, and prescription refills or transfers.

Learn more or apply for LegitScript certification or NABP accreditation. Advertisers must also be certified with Google. See how to apply above.

| Product | Allowed? |
|---|---|

Online
pharmacies

Allowed with limitations

Google allows the promotion of online pharmacies if they're registered with the State Food and Drug Administration (SFDA) of China and don't promote prescription drugs in their ads, landing pages, and keywords. Advertising prescription collection and delivery services is not allowed. Advertisers must also be certified with Google. See how to apply above.

Medical
services

Allowed with limitations

Google allows the promotion of medical services in China as long as you submit the required documentation and have been certified by Google.

Product
Online
pharmacies

Allowed?

Allowed with limitations

Google allows the promotion of online pharmacies  (including pharmacies, medicine retailers, and pharmacy associations) that don't promote prescription drugs in their ads and landing pages under the following circumstances.

Registered online medicine retailers (mail order pharmacies and other online medicine retailers registered by DIMDI)

Licensed pharmacies with a valid operating authorization

Pharmacy associations representing licensed pharmacies and/or mail order pharmacies and advertising on their behalf

Advertisers must also be certified with Google. See how to apply above.

Product
Online
pharmacies

Allowed?

Allowed with limitations

Google allows the promotion of online pharmacies if they're registered with the Drug Office, Department of Health of the Hong Kong Government, and don't promote prescription drugs in their ads, landing pages or keywords. Advertising prescription collection and delivery services is not permitted. Advertisers must also be certified with Google. See how to apply above.

Product
Pharmaceutical
manufacturers

Allowed?

Allowed with limitations

Google allows pharmaceutical manufacturers to promote over-the-counter medicines in accordance with the local law in Hungary. Advertisers must also be certified with Google. See how to apply above.

Product

Allowed?

**1599**

1794

Pharmaceutical manufacturers ☐ Allowed with limitations

Google allows pharmaceutical manufacturers to promote over-the-counter medicines in accordance with the local law in India.

Product Online pharmacies

Allowed?

☐ Not allowed

In Ireland, Google doesn't allow the promotion of online pharmacies that offer prescription collection, delivery services, sale of non-medicinal products, or online consultation (not including consultation with a doctor).

Addiction Services ☐ Allowed with limitations

Google allows the promotion of recovery-oriented drug and alcohol addiction services by government entities only.

Advertisers must also be certified with Google. See how to apply above.

Product Online pharmacies

Allowed?

☐ Allowed with limitations

Google allows the promotion of online pharmacies if they're registered with the Ministry of Health. Advertisers can't promote prescription drugs in their ads and landing pages. Advertisers must also be certified with Google. See how to apply above.

Product Online pharmacies

Allowed?

☐ Allowed with limitations

Google allows the promotion of online pharmacies in Japan, as long as they provide a valid license number for their "License for marketing authorization holder." Advertising prescription collection and delivery services is not permitted. Advertisers must also be certified with Google. See how to apply above.

Prescription drugs ☐ Allowed with limitations

Google doesn't allow the use of prescription drug terms in ad text, landing pages, or keywords, with the following exceptions:

- Websites accessible only to healthcare professionals, brick-and-mortar pharmacies, and pharmaceutical manufacturers may use prescription drug terms in keywords.

If you're an organization qualified for these exceptions, please contact us via our online form.

| Over-the-counter drugs | Allowed with limitations |

Google allows ads promoting over-the-counter drugs to show in Japan, as long as the advertiser has a valid license number and the license number is displayed on the website.

| Product | Allowed? |
| Online pharmacies | Allowed with limitations |

Google allows the promotion of online pharmacies if they're registered with the Pharmacy and Poisons Board. Advertisers can't promote prescription drugs in their ads and landing pages.Advertisers must also be certified with Google. See how to apply above.

| Pharmaceutical manufacturers | Allowed with limitations |

Google allows pharmaceutical manufacturers to promote over-the-counter medicines in accordance with the local law in Kenya. Advertisers must also be certified with Google. See how to apply above.

| Product | Allowed? |
| Online pharmacies | Allowed with limitations |

Google allows the promotion of over-the-counter medicines in accordance with local law in South Korea.

| Product | Allowed? |
| Online pharmacies | Allowed with limitations |

Google allows the promotion of online pharmacies if they're registered with the COFEPRIS and don't promote prescription drugs in their ads, landing pages, and keywords. Advertisers must also be certified with Google. See how to apply above. Advertisers must also be certified with Google. See how to apply above.

| Product | Allowed? |
| Online pharmacies | Allowed with limitations |

Google allows the promotion of online pharmacies if they're registered with the Ministerie van Volksgezondheid, Welzijn en Sport and appear on the dedicated online repository. Online pharmacies can't promote prescription drugs in their ads and landing pages. Advertisers must also be certified with Google. See how to apply above.

| Product | Allowed? |
| Online pharmacies | Allowed with limitations |

| | |
|---|---|
| Addiction Services | Google allows the promotion of online pharmacies if they're accredited by the Ministry of Health. Advertisers must also be certified with Google. See how to apply above.<br><br>☐ Allowed with limitations<br><br>Google allows the promotion of recovery-oriented drug and alcohol addiction services by government entities only. |
| Product Online pharmacies | Advertisers must also be certified with Google. See how to apply above.<br>Allowed?<br>☐ Allowed with limitations<br><br>Google allows the promotion of online pharmacies if they're registered with the Norwegian Medicine Agency and don't use prescription drug terms in their ads and landing pages. Advertisers must also be certified with Google. See how to apply above. |
| Product Pharmaceutical manufacturers | Allowed?<br>☐ Allowed with limitations<br><br>Google allows pharmaceutical manufacturers to promote over-the-counter medicines in accordance with the local law in the Philippines. See how to apply above. |
| Product Online pharmacies | Allowed?<br>☐ Not allowed<br><br>Google doesn't allow the promotion of any online pharmacies regardless of whether they offer prescription collection and delivery services. |
| Product Pharmaceutical manufacturers | Allowed?<br>☐ Allowed with limitations<br><br>Google allows pharmaceutical manufacturers to promote over-the-counter medicines in accordance with the local law in Portugal. See how to apply above. |
| Product Online pharmacies | Allowed?<br>☐ Allowed with limitations<br><br>Google allows the promotion of online pharmacies if they're licensed by the Federal Service for Surveillance in Healthcare (Roszdravnadzor) and have a permit for distant trade . All pharmacies must be licensed, regardless of whether they offer only non-prescription products. Advertisers must also be certified with Google. See how to apply above. |

Pharmaceutical
manufacturers

☐ Allowed with limitations

Google allows pharmaceutical manufacturers to promote over-the-counter medicines in accordance with the local law in this location. All such promotions that target Russia must include one of the following four Russian disclaimers in the ad: "Есть противопоказания. Посоветуйтесь с врачом." or "Есть противопоказания. Узнайте у врача." or "Есть противопоказания. Перед применением необходимо ознакомиться с инструкцией." or "Имеются противопоказания, необходимо проконсультироваться со специалистом." Pharmaceutical manufacturers must also be certified with Google.

Product
Online
pharmacies

Allowed?

☐ Allowed with limitations

Google allows the promotion of online pharmacies if they're registered with the Swedish Medical Product Agency and don't promote prescription drugs in their ads, landing pages, and keywords. Advertisers must also be certified with Google. See how to apply above.

Product
Online
pharmacies

Allowed?

☐ Allowed with limitations

Google allows the promotion of online pharmacies if they're registered with the Ministry of Health and Welfare and don't promote prescription drugs in their ads, landing pages, and keywords. Advertisers must also be certified with Google. See how to apply above.

Product
Online
pharmacies

Allowed?

☐ Allowed with limitations

Google allows the promotion of online pharmacies if they're registered with the General Pharmaceutical Council (GPhC). Advertisers can't promote prescription drugs in their ads and landing pages. Advertisers must also be certified with Google. See how to apply above.

## United States

Product
Online
pharmacies

Allowed?

☐ Allowed with limitations

Google allows online pharmacies if they're accredited by one of the organizations listed below:

LegitScript Healthcare Merchant Certification and Monitoring Program

- Internet pharmacy certification — Available to websites that accept refills, transfers, or new prescriptions; or pharmacies that fill via mail-order or some other form of remote ordering service.
- Telemedicine certification — Available to websites that offer virtual healthcare services and facilitate prescribing.

National Association of Boards of Pharmacy (NABP)

- VIPPS — Available to pharmacies with full online functionality, including the sale (or facilitation of sale) of prescription drugs or the acceptance of new prescription drug orders through their website.
- .Pharmacy Verified Websites Program — Websites with a ".Pharmacy" top-level domain are available to pharmacies with full or limited online functionality, including sale (or facilitation of sale) of prescription drugs or services, acceptance of new prescription drug orders through their website, and prescription refills or transfers.

Learn more or apply for LegitScript certification or NABP accreditation. Advertisers must also be certified with Google. See how to apply above.

| Addiction services | Allowed with limitations |

In order to advertise for recovery-oriented drug and alcohol addiction services, you must be certified as an addiction services provider by the LegitScript Certification program.

About LegitScript Certification: Not all drug and alcohol addiction services are eligible for LegitScript Certification. Those that are not eligible for certification are not allowed to advertise for drug and alcohol addiction services on Google. LegitScript charges a fee for processing and monitoring applicants, but fee waivers may be available in certain circumstances. Learn more or apply for LegitScript Certification.

| Health insurance | Advertisers must also be certified with Google. See how to apply above.<br><br>Allowed with limitations |

Government advertisers are permitted to advertise for health and medical insurance. (e.g., State exchanges, healthcare.gov)

All other advertisers must be certified with G2 in order to advertise for health and medical insurance.

About G2 Certification: Not all health insurance advertisers are eligible for G2 Certification. Those that are not eligible for certification are not allowed to advertise

for healthcare services on Google. G2 charges a fee for processing and monitoring applicants. Learn more or apply for G2 Certification.

Advertisers must also be certified with Google. See how to apply above.

# Troubleshooting a disapproval

If your ad is disapproved for violating this policy, try reviewing the following tips to help resolve your issue:

| Disapproval reason | What does it mean? | What do I do now? |
|---|---|---|
| Online pharmacy certification required | Your ad, website, or app is promoting prescription drugs or related products but your account isn't certified by Google. | Remove all references to promoting prescription drugs from your ad and website or app. Alternately, if you're a licensed online pharmacy, you can be certified with Google — see how to apply above. |
| Targeting does not match policy | Your ad, website, or app is promoting prescription drugs or related products, and even though your account is certified by Google, your ad is targeting a country outside the country that you were certified for. | Remove all references to promoting prescription drugs online from your ad and website or app. Alternatively, you can change your location targeting for your campaigns to match the country where you're certified to advertise your pharmacy. See the section above for more detail around country-specific restrictions for the countries that you're targeting. |
| URL does not match online pharmacy certification | Your ad, website, or app is promoting prescription drugs or related products, and even though your account is certified by Google, the website or app that the ad promotes doesn't match the one that's certified by Google. | Remove all references to promoting prescription drugs online from your ad and website. Alternatively, you can change your ad to promote the website or app that was submitted in your certification request. If you'd like to use a new website or app as an online pharmacy, it must also be certified with Google — see how to apply above. |
| OTC drugs license number required | Your ad, website, or app is promoting over-the-counter drugs without a license number, and that's not allowed for at least one country that your campaign targets. | Remove all references to over-the-counter drugs without a license number from your ad and website or app. Alternatively, you can change your location targeting for your campaigns to target only countries where this service is allowed. See the section above for more detail around country-specific restrictions for the countries that you're targeting. |
| Prescription drug targeting | Your ad, website, or app is promoting prescription drugs, and that isn't allowed for at least | Remove all references to prescription drugs and steroids from your ad and website or app. Alternatively, you can change your location |

one country that your campaign targets.

targeting for your campaigns to target only countries where this service is allowed. See the section above for more detail around country-specific restrictions for the countries that you're targeting.

# Need help?

If you have questions about our policies, let us know: Contact Google Ads Support
Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

# Advertising policies

- Ad format requirements
- Ad targeting
- Abusing the ad network
- Ads & made for kids content
- Alcohol
- Copyrights
- Counterfeit goods
- Dangerous products or services
- Data collection and use
- Destination requirements
- Editorial
- Enabling dishonest behavior
- Financial products and services
- Gambling and games
- Healthcare and medicines
- Inappropriate content
- Lead form requirements
- Legal requirements
- Misrepresentation
- Other restricted businesses
- Personalized advertising
- Political content
- Restricted ad formats and features

- Sexual content
- Technical requirements
- Trademarks

- ©2021 Google
- Privacy Policy
- Terms of Service



English

1. català
2. dansk
3. Deutsch
4. eesti
5. English (Australia)
6. English (United Kingdom)
7. español
8. español (Latinoamérica)
9. Filipino
10. français
11. hrvatski
12. Indonesia
13. italiano
14. latviešu
15. lietuvių
16. magyar
17. Melayu
18. Nederlands
19. norsk
20. polski
21. português
22. português (Brasil)
23. română
24. slovenčina
25. slovenščina
26. suomi
27. svenska
28. Tiếng Việt
29. Türkçe
30. čeština
31. Ελληνικά
32. български
33. русский

34. српски
35. українська
36. עברית
37. العربية
38. हिन्दी
39. ไทย
40. 中文（简体）
41. 中文（繁體）
42. 日本語
43. 한국어
44. English

Send feedback on...
This help content & information General Help Center experience



1

Google Help

- [Help Center](#)

  o [List of ad policies](#)

  o [Review process](#)

  o [Verification](#)

  o [Change log](#)

- [Advertising Policies](#)

- [Privacy Policy](#)

- [Terms of Service](#)

- [Submit feedback](#)

Advertising policiesThird-party policiesRelated policies & terms
Approval processDisapprovals and suspensions
Verification programs
Upcoming and recent changesPast changes

# What is the issue with this selection?



Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

# Share additional info or suggestions

Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.

Google Ads Help

[                    ]

<span style="background-color:blue;color:white">Sign in</span>

Send feedback on...



This help content & information

General Help Center experience

Next

Help CenterCommunityAnnouncements

# Apply for healthcare-related advertising

Please select what your organization is ☐ Online Pharmacy ☐ Pharmaceutical Manufacturer ☐ Governmental or well-established non-profit health advocacy organizations ☐ Addiction Services Provider ☐ Health Insurance Advertiser (Only for United States)

Select the country where you hold the license ☐ Australia ☐ Austria ☐ Brazil ☐ Canada ☐ China ☐ Czech Republic ☐ Denmark ☐ Germany ☐ Hong Kong ☐ Israel ☐ Japan ☐ Kenya ☐ Korea ☐ Mexico ☐ Netherlands ☐ New Zealand ☐ Norway ☐ Portugal ☐ Russia ☐ Slovakia ☐ Sweden ☐ Taiwan ☐ United Kingdom ☐ United States

Select the permissions you would like to request ☐ Use prescription drug terms, including prescription opioid painkiller terms, in ad text, landing pages, or keywords ☐ Target restricted keywords related to drug and alcohol addiction

Was this helpful?
YesNo

Submit

## Need more help?

Sign in for additional support options to quickly solve your issue

©2021 Google
- Privacy Policy
- Terms of Service
- Google Ads Advertising Policies
- About the Help Center



English

1. català
2. dansk
3. Deutsch
4. eesti
5. English (Australia)
6. English (United Kingdom)
7. español
8. español (Latinoamérica)
9. Filipino
10. français
11. hrvatski
12. Indonesia
13. italiano
14. latviešu
15. lietuvių
16. magyar
17. Melayu
18. Nederlands
19. norsk
20. polski
21. português
22. português (Brasil)
23. română
24. slovenčina
25. slovenščina
26. suomi
27. svenska
28. Tiếng Việt
29. Türkçe
30. čeština
31. Ελληνικά
32. български
33. русский
34. српски
35. українська

36. עברית
37. العربية
38. हिन्दी
39. ไทย
40. 中文（简体）
41. 中文（繁體）
42. 中文（香港）
43. 日本語
44. 한국어
45. English

Send feedback about our Help Center



Google Help

- [Help Center](#)

  o [Coronavirus (COVID-19) Resources and Updates](#)

  o [Setup and basics](#)

  o [Manage ads](#)

  o [Measure results](#)

  o [Smart campaigns](#)

- o [Billing](#)

- o [Learn](#)

- o [Google Partners](#)

- [Community](#)

- [Google Ads](#)

- [Privacy Policy](#)

- [Terms of Service](#)

- [Submit feedback](#)

Your guide to Google AdsGoogle Ads basicsCreate ads and campaignsChoose where and when ads appearFind out if your ad is runningAccount administration and security Ads and approvalsCampaign settingsBudgets and bidsKeywordsReach your audienceTarget placements and topicsMultiple or large accountsLocal Services adsThe Google Ads mobile appRecommendations and optimization score
Connect your goals to dataFind and run reportsUnderstanding your dataTrack sales and other conversionsGoogle Analytics and Google AdsCommon reporting issues
Get startedSetup and managementCalls in Smart campaigns
Payment methods and settingsBasic billing tasksPromotions and couponsRefunds and adjustmentsTaxesIssues with payments and charges
Your guide to Google AdsGoogle Ads training on SkillshopAccount walk-throughsGlossary

Google Partners Program

Send feedback on...

This help content & information General Help Center experience

Advertising Policies Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

# Prescription drugs

Google provides translated versions of our Help Center as a convenience, though they are not meant to change the content of our policies. The English version is the official language we use to enforce our policies. To view this article in a different language, use the language dropdown at the bottom of the page.

This page lists examples of prescription drugs that we monitor in Google Ads. For more information about this policy, please see our policy page on healthcare and medicines.

8-mop
a-hydrocort
a-methapred
abacavir
abarelix
abatacept
abciximab
abelcet
abilify
abitrexate
ablavar
abobotulinumtoxina
abraxane
abstral
acamprosate
acanya
acarbose
accolate
accomplia
accretropin
accuneb

accupril
accurbron
accuretic
accutane
acebutolol
aceon
acetadote
acetaminophen butalbital
acetaminophen hydrocodone
acetaminophen oxycodone
acetaminophen tramadol
acetasol
acetazolamide
acetohexamide
acetohydroxamic
acetoxyl
achromycin
acifex
acilac
aciphex
acitretin
aclovate
acomplia
acrivastine
actahist
actemra
acthar
acthib
acthrel
actifed w/ codeine
actigall
actimmune
actin-n
actinex
actiq
actisite
activase
activella
actonel
actoplus met
actos
actron
acular
acupril

acutan
acutect
acuvail
acylanid
aczone
adacel
adagen
adalat
adalimumab
adapalene
adapin
adcetris
adcirca
adderall
adefovir
adenocard
adenoscan
aderal
adipex
adipex-p
adphen
adrenaclick
adreview
adrucil
advair
advairdiskus
advate
advicor
aerobid
aerolate
aerolone
aerospan
aerospan hfa
afeditab cr
afinitor
agalsidase
agenerase
aggrastat
aggrenox
agrylin
ahydrocort
ak-fluor
ak-pentolate
akbeta

akineton
akne-mycin
akpentolate
akpro
akrinol
akten
aktob
ala-cort
ala-scalp
alamast
albalon
albamycin
albendazole
albenza
albuterol
alcaine
alclometasone
alclometasone dipropionate
aldactazide
aldactone
aldara
aldomet
aldurazyme
alefacept
alemtuzumab
alendronate
alesse
alfenta
alfentanil
alferon n injection
alfuzosin
alglucerase
alglucosidase
alimta
alinia
aliskiren
alitretinoin
alkeran
alkergot
allay
allernaze
allopurinol
almotriptan
almotriptan malate

alocril
alomide
aloprim
alora
alosetron
aloxi
alpha chymar
alphacaine
alphaderm
alphadrol
alphagan
alpharedisol
alphatrex
alphazine
alprazolam
alprolix
alprostadil
alrex
alsuma
altabax
altace
altavera
alteplase
altoprev
altretamine
alupent
alvesco
alvimopan
amantadine
amaryl
amatine
ambein
ambenonium
ambenyl
ambien
ambisome
ambrisentan
amcill
amcinonide
amerge
amethapred
amevive
amicar
amidate

amifostine
amikacin
amikin
amiloride
aminocaproic
aminohippurate
aminophyllin
aminophylline
aminosyn
amiodarone
amipaque
amitid
amitiza
amitraz
amitril
amitriptyline
amlexanox
amlodipine
ammonul
amnesteem
amnestrogen
amosene
amox clav
amoxapine
amoxicillin
amoxil
amphadase
amphicol
amphotec
amphotericin
ampicillin
amprenavir
ampyra
amrinone
amrinone lactate
amrix
amturnide
amvaz
an-dtpa
an-sulfur colloid
anadrol
anadrol-50
anafranil
anagrelide

anakinra
anapolon
anaprox
anastrozole
anavar
ancef
ancobon
androderm
androgel
AndroGel
androlic
anectine
anestacon
anexsia
angeliq
angio-conray
angiomax
anhydron
anidulafungin
ansaid
ansolysen
anspor
antabuse
antara
antara (micronized)
anticholinergic
antipyrine
antivert
antizol
antrenyl
anturane
anzemet
apcalis
aphthasol
apidra
apixaban
aplenzin
apogen
apokyn
apomorphine
apovent
apraclonidine
aprepitant
apresazide

apresoline
apriso
aprotinin
aptivus
aquamephyton
aquaphyllin
aquasol
aquatag
aquatensen
aquazide h
aralen
aramine
aranelle
aranesp
arava
arcalyst
arcapta neohaler
arcitumomab
arduan
aredia
arestin
arestocaine hydrochloride
arfonad
arformoterol
argatroban
aricept
aridol
arimidex
aripiprazole
aristocort
aristogel
aristospan
arixtra
armodafinil
aromasin
arranon
artane
artemether
arthrotec
articaine
arzerra
asacol
asacolhd
asclera

asellacrin 10
asellacrin 2
asenapine
asendin
asmanex
asmanex twisthaler
asparaginase
aspirin butalbital
aspirin carisoprodol
aspirin hydrocodone bitartrate
aspirin oxycodone hydrochloride
astelin
astepro
astramorph
astramorph pf
atacand
atarax
atazanavir
atazanavir sulfate
atelvia
atenolol
athrombin
ativan
atnaa
atomoxetine
atorvastatin
atovaquone
atracurium
atralin
atridox
atripla
atromid-s
atropen
atropine
atropine sulfate
atrovent
augmentin
auranofin
aureomix
aureomycin
avage
avalide
avandamet
avandaryl

avandia
avapro
avastin
avelox
aventyl
aventyl hydrochloride
aviane
aviane-28
avinza
avita
avodart
avonex
axert
axid
axiron
axotal
aygestin
azacitidine
azactam
azasan
azasite
azatadine
azathioprine
azdone
azelastine
azelastine hydrochloride
azelex
azilect
azithromycin
azlin
azmacort
azo gantanol
azo gantrisin
azolid
azopt
azor
aztreonam
azulfidine
baci-rx
baciim
baclofen
bactocill
bactrim
bactroban

balsalazide
balziva
balziva-28
bamate
bancap
banthine
banzel
baraclude
barstatin 100
basiliximab
baycol
becaplermin
beclomethasone
beclovent
beconase
beepen-vk
benazepril
bendamustine
bendectin
bendopa
bendroflumethiazide
benemid
benicar
benlysta
benoquin
benoquin monobenzone
bensulfoid
bentyl
benuryl
benzaclin
benzamycin
benzedrine
benzonatate
benzphetamine
benztropine
bepadin
bepotastine
bepreve
beractant
besifloxacin
besivance
beta-val
betaderm
betagan

betahistine
betamethasone
betapace
betapar
betapen-vk
betaprone
betaseron
betatrex
betaxolol
betaxon
bethanechol
betimol
betoptic
betoptic s
bevacizumab
bexarotene
bexsero
bextra
beyaz
biaxin
bicalutamide
bicillin
bidil
bilivist
bilopaque
biltricide
bimatoprost
bio-tropin
biperiden
biquin durules
bisoprolol
bivalirudin
blenoxane
bleomycin
bleph-10
blephamide
blephamide s.o.p.
blocadren
bonefos
boniva
bontril
boostrix
borofair
bortezomib

bosentan
botox
botulinum toxin
bravelle
breathtek
brethaire
brethine
bretylium
bretylol
brevibloc
brevicon
brevital
brevital sodium
bricanyl
briellyn
brilinta
brimonidine
brinzolamide
bristacycline
bristagen
bristamycin
bromday
bromfed
bromfenac
bromocriptine
brovana
bryrel
bucet
budesonide
bumetanide
bumex
buphenyl
bupivacaine
buprenex
buprenorphine
bupropion
buscapina
buspar
busparr
buspirone
busulfan
busulfex
butabarbital
butalan

butalbital
butalbital and acetaminophen
butapap
buticaps
butisol
butisol sodium
butorphanol
butrans
byetta
bystolic
c-phen
cabergoline
caduet
cafcit
cafergot
cialis
calan
calcifediol
calcijex
calcimar
calciparine
calcipotriene
calcitriol
calderol
caldolor
calfactant
calis
calomist
cam-metrazine
cambia
camila
camoquin hydrochloride
campath
campral
camptosar
canakinumab
canasa
cancidas
candesartan
cantharone
cantil
capastat
capecitabine
capex

capitrol
capoten
capozide
capreomycin
capromab
captopril
carac
carafate
carbachol
carbaglu
carbamazepine
carbastat
carbatrol
carbidopa
carbilev
carbocaine
carboplatin
carboprost
cardene
cardiogen
cardiogen-82
cardiografin
cardiolite
cardioplegic
cardioquin
cardiotec
cardizem
cardrase
cardura
carisoprodol
carmustine
carnitor
carprofen
carteolol
cartia xt
cartrol
carvedilol
casodex
caspofungin
cataflam
catapres
catarase
cathflo
cathflo activase

caverject
caverta
cayston
cea-scan
ceclor
cedax
cedilanid-d
ceealis
ceenu
cefaclor
cefadroxil
cefadyl
cefazolin
cefdinir
cefditoren
cefepime
cefixime
cefizox
cefmax
cefobid
cefotan
cefotaxime
cefotetan
cefoxitin
cefpodoxime
cefprozil
ceftazidime
ceftin
ceftriaxone
cefuroxime
cefzil
celbrex
celebrex
celecoxib
celestoderm
celestone
celexa
cellcept
celontin
cenestin
centany
centrax
cephalexin
cephalothin

ceptaz
ceradon
cerebyx
ceredase
ceretec
cerezyme
certolizumab
cerubidine
cerumenex
cervidil
cesamet
cetamide
cetapred
cetraxal
cetrorelix
cetrotide
cetuximab
cevimeline
champix
chantix
chemet
chenix
chenodiol
chibroxin
chirhostim
chirocaine
chloral hydrate
chlorambucil
chlordiazachel
chlordiazepoxide
chlorofair
chloromycetin
chloroprocaine
chloroptic
chlorothiazide
chlorpromazine
chlorpropamide
chlorthalidone
chlorzoxazone
cholac
cholebrine
choledyl
cholestyramine
choletec

cholografin
cholovue
choloxin
cholybar
choriogonadotropin
choriogonadotropin alfa
chorionic gonadotropin
chromalbin
chromitope sodium
chymex
chymodiactin
chymopapain
cibacalcin
ciclesonide
cidofovir
cilastatin
cilostazol
ciloxan
cimbalta
cimzia
cin-quin
cinacalcet
cinnasil
cinobac
cipro
ciprodex
ciprofloxacin
circanol
cis-mdp
cis-pyro
cisatracurium
cisplatin
citalopram
citanest
citanest plain
cladribine
claforan
claravis
clarinex
clarithromycin
clenbuterol
cleocin
clevidipine
cleviprex

climara
clinda-derm
clindagel
clindamycin
clindesse
clindets
clinimix
clinisol
clinoril
clistin
clobazam
clobetasol
clobex
clocortolone
cloderm
clodronate
clofarabine
clofazimine
clolar
clomid
clonazepam
clonidine
clopidogrel
clopra
clorazepate
clorpres
clostilbegyt
cloxapen
clozapine
clozaril
co-gesic
coactin
coartem
codamine
codeprex
codoxy
codrix
cogentin
col-probenecid
colazal
colbenemid
colchicine
colcrys
colesevelam

colestid
colestipol
collagenase
colocort
coly-mycin
colyte
combievent
combigan
combipatch
combipres
combivent
combivir
combunox
compazine
complera
comtan
concentraid
concerta
condylox
conray
constilac
constulose
conzip
copaxone
copegus
cor-oticin
cordarone
cordran
coreg
corgard
corlopam
cormax
cort-dome
cortan
cortef
cortenema
corticorelin
corticotropin
cortifoam
cortisporin
cortone
cortril
cortrophin-zinc
cortrosyn

corvert
corzide
cosmegen
cosopt
cosyntropin
cotazym
cotrim
coumadin
covera-hs
cozaar
creon
crescormon
crestor
crinone
crixivan
crolom
cromoptic
crotamiton
crotan
cryselle
crystalmeth
crystodigin
cubicin
cuprimine
curosurf
curretab
cutivate
cuvposa
cyanokit
cyclaine
cyclapen-w
cyclessa
cyclobenzaprine
cyclocort
cyclogyl
cyclomen
cyclomydril
cyclopar
cyclopentolate
cyclophosphamide
cycloserine
cycloset
cyclosporine
cycrin

cyklokapron
cylert
cymbalta
cyproheptadine
cystadane
cystagon
cysteamine
cysto-conray
cystografin
cystografin dilute
cysview kit
cytadren
cytarabine
cytomel
cytosar
cytosar-u
cytotec
cytovene
cytoxan
dacarbazine
daclizumab
dacogen
dactinomycin
dalfampridine
dalfopristin
dalgan
daliresp
dalmane
dalteparin
danazol
danocrine
dantrium
dantrolene
dapoxetine
dapsone
daptomycin
daranide
daraprim
darbepoetin
darbid
daricon
darifenacin
darunavir
darvocet

darvon
darvon-n
dasatinib
datscan
daunorubicin
daunoxome
daypro
daytrana
ddavp
deapril-st
deca-durabolin
decabid
decaderm
decadron
decapryn
decaspray
decitabine
declomycin
deferasirox
deferoxamine
definity
degarelix
delalutin
delatestryl
delavirdine
delaxin
delcobese
delestrogen
delfen
delflex
delta-cortef
delta-dome
deltalin
deltasone
demadex
demeclocycline
demerol
demi-regroton
demser
demulen
denavir
dendrid
denileukin
denol

denosumab
dentipatch
depacon
depakene
depakote
depen
depinar
depo provera
depo-estradiol
depo-medrol
depo-provera
depo-subq provera 104
depo-testadiol
depo-testosterone
depocyt
depodur
derma-smoothe
dermabet
dermatop
dermotic
desferal
desflurane
desipramine
desirudin
desloratadine
desmopressin
desogen
desogestrel
desonate
desonide
desowen
desoximetasone
desoxyn
desquam
desvenlafaxine
desyrel
detrol
dexacen-4
dexacidin
dexacort
dexair
dexamethasone
dexampex
dexasporin

dexchlorpheniramine
dexedrine
dexferrum
dexilant
dexmedetomidine
dexmethylphenidate
dexrazoxane
dextroamp
dextroamphetamine
dextrostat
dhc plus
di-atro
di-metrex
diabinese
dialyte
diamox
diane 35 (dianette, diana 35)
dianeal
diapid
diasone sodium
diastat
diatrizoate
diazepam
diazoxide
dibenil
dibenzyline
dichlorvos
diclazuril
dicloxacillin
dicopac kit
dicurin procaine
dicyclomine
didanosine
didrex
didronel
diethylpropion
differin
dificid
diflorasone
diflucan
diflunisal
difluprednate
digoxin
dihydroergotamine

dilacor
dilacor xr
dilantin
dilatrate-sr
dilaudid
dilor
dilt-cd
diltiazem
diltzac
dimercaprol
dimethylsulfoxide
dinoprostone
diovan
dipentum
diphenylan sodium
dipivefrin
diprivan
diprolene
diprosone
dipyridamole
disalcid
discase
disipal
disobrom
disodium edetate
disomer
disopyramide
dispermox
disulfiram
ditate-ds
ditropan
diucardin
diulo
diuril
diutensen-r
divalproex
divigel
dizac
dobutamine
dobutrex
doca
docefrez
docetaxel
dofetilide

dolasetron
dolene
dolobid
dolophine
dolophine hydrochloride
domperidone
donepezil
dopamine
dopar
dopram
doral
doramectin
doribax
doriden
doripenem
dormate
dornase
doryx
dorzolamide
dostinex
dovonex
dow-isoniazid
doxapram
doxazosin
doxepin
doxercalciferol
doxil
doxorubicin
doxy 100
doxychel
doxycycline
dralserp
dralzine
draximage
drisdol
drize
drolban
dromostanolone propionate
dronabinol
dronedarone
droperidol
drosperinone
drospirenone
drotrecogin

droxia
dtic-dome
duac
duetact
duexis
dulera
duloxetine
duo-medihaler
duocaine
duodote
duoneb
duovir n
durabolin
duracillin a.s.
duraclon
duradyne dhc
duragesic
duralith
duramorph
duramorph pf
duranest
duraphyl
duraquin
durezol
duricef
durolane
dutasteride
dutoprol
duvoid
dyazide
dycill
dyclone
dymelor
dynabac
dynacin
dynacirc
dynapen
dyphylline
dyrenium
dysport
e-mycin
e-solve 2
ec-naprosyn
ecallantide

echothiophate
econochlor
econopred
ecostatin
eculizumab
edarbi
edcialis
edecrin
edetate
edex
edluar
edrophonium
edurant
efalizumab
efavirenz
effexor
effient
eflornithine
efudex
egrifta
elaprase
elase-chloromycetin
elavil
eldecort
eldepryl
eldopaque
eldoquin
elestat
elestrin
eletriptan
elidel
eligard
elimite
eliphos
eliquis
elitek
elixicon
elixomin
elixophyllin
ellence
elliotts b solution
elmiron
elocon
eloxatin

elspar
eltrombopag
eltroxin
emadine
embeda
embeline
embolex
emcyt
emedastine
emend
emete-con
emgel
emla
emoquette
emsam
emtricitabine
emtriva
enablex
enalapril
enalaprilat
enbrel
endep
endometrin
endosol
endosol extra
enduron
enduronyl
enflurane
enfuvirtide
enjuvia
enlon
enovid
enoxacin
enoxaparin
enpresse
enpresse-21
enrofloxacin
entacapone
entecavir
entereg
entocort
entocort ec
enulose
eovist

epi e z pen jr
epicort
epiduo
epifoam
epinastine
epipen
epiquin
epirubicin
epitol
epivir
epivir-hbv
eplerenone
epoetin
epoetin alfa
epogen
epoprostenol
eprex
eprinomectin
eprosartan
eprosartan mesylate
eptifibatide
epzicom
equagesic
equanil
equetro
equipin
equipoise
eraxis
erbitux
erectalis
ergamisol
ergocalciferol
ergomar
ergostat
ergotamine
erlotinib
errin
ertaczo
ertapenem
erwinaze
ery-tab
eryc
erycette
eryderm

erygel
erymax
erypar
eryped
erythra-derm
erythro-statin
erythrocin
erythrocin stearate
erythromycin
eryzole
escitalopram
esclim
esgic
esgic-plus
esidrix
esimil
eskalith
esmolol
estazolam
esterified estrogens
estinyl
estrace
estraderm
estradiol
estradurin
estraguard
estramustine
estrasorb
estratab
estring
estrogel
estrogenic substance
estrone
estropipate
estrovis
eszopiclone
etanercept
ethacrynate
ethambutol
ethamide
ethamolin
ethchlorvynol
ethinyl estradiol
ethiodol

ethionamide
ethmozine
ethopropazine
ethosuximide
ethotoin
ethrane
ethynodiol diacetate
ethyol
etibi
etidronate
etodolac
etomidate
etonogestrel
etonogestrel implant
etopophos
etopophos preservative free
etoposide
etravirine
euflexxa
eulexin
eurax
euthroid
euthyrox
eutonyl
eutron
evalose
evamist
everolimus
evex
evista
evoclin
evolence
evoxac
evragra
exalgo
exelderm
exelon
exemestane
exenatide
exforge
exjade
exna
exorex
exosurf neonatal

exparel
exsel
extavia
extended phenytoin sodium
extina
extraneal
exubera
eylea
ezetimibe
fabrazyme
factive
famciclovir
famvir
fanapt
fansidar
fareston
farxiga
faslodex
fastin
fazaclo odt
febantel
feboxustat
febuxostat
felbamate
felbatol
feldene
felodipine
femara
femcet
femcon fe
femera
femhrt
feminone
femogen
fempatch
femring
femtrace
fenofibrate
fenoglide
fenoldopam
fenoprofen
fentanyl
fenthion
fentora

feraheme
feridex i.v.
ferndex
fernisolone-p
fernisone
ferriprox
ferriseltz
ferrlecit
ferrous citrate fe 59
fertinex
ferumoxides
ferumoxsil
ferumoxytol
fesoterodine
fibricor
filgrastim
finacea
finaplix
finasterid
finasteride
fincar
fingolimod
finpecia
fintropin
fioricet
fiorinal
firazyr
firmagon
firocoxib
flagyl
flarex
flavored colestid
flavoxate
flaxedil
flecainide
flexeril
flo-pred
flolan
flomax
florinef
florone
floropryl
flovent
floxin

floxuridine
fluarix
fluconazole
flucytosine
fludara
fludarabine
fludeoxyglucose
fludrocortisone
fluidil
flumadine
flumazenil
flumist
flunarizine
flunisolide
flunitrazepam
flunixin
fluocet
fluocinolone
fluocinonide
fluonid
fluor-op
fluorescite
fluorine f-18
fluorometholone
fluoroplex
fluorouracil
fluothane
fluotrex
fluoxetine
fluoxymesterone
fluphenazine
flurandrenolide
flurazepam
flurbiprofen
flutamide
flutex
fluticasone
fluvastatin
fluvirin
fluvoxamine
fluzone
fml forte
foamicon
focalin

folex
folicet
follistim
follitropin
follutein
folotyn
foltx
folvite
folvron
fomepizole
fondaparinux
foradil
forane
forbaxin
forfivo xl
formoterol
fortamet
fortaz
forteo
fortesta
fortical
fortovase
fosamax
fosamprenavir
fosaprepitant
foscarnet
foscavir
fosfomycin
fosinopril
fosphenytoin
fospropofol
fosrenol
fovane
fragmin
frova
frovatriptan
fulvestrant
funduscein-25
fungizone
furacin
furadantin
furalan
furosemide
furoxone

fusilev
fuzeon
gabapentin
gabitril
gablofen
gadavist
gadobenate
gadodiamide
gadofosveset
gadopentetate
gadoteridol
gadoversetamide
gadoxetate
galantamine
gallium
galsulfase
galzin
gamagra
gamene
gamophen
ganciclovir
ganirelix
ganite
gantanol
gantrisin
gardasil
gardisil
gastrocrom
gastrografin
gastromark
gastrovist
gatifloxacin
gefitinib
gelnique
gemcitabine
gemfibrozil
gemifloxacin
gemonil
gemtuzumab
gemzar
gen-xene
genapax
generlac
genesa

gengraf
genoptic
genotropin
gentacidin
gentafair
gentak
gentamicin
geocillin
geodon
geopen
geref
gerimal
gilenya
glatiramer
gleevec
gliadel
glimepiride
glipizide
glofil-125
glucagen
glucamide
glucophage
glucoscan
glucotrol
glucovance
glumetza
glutethimide
glyburide
glycopyrrolate
glynase
glyquin
glyset
golimumab
golytely
gonadotropin
gonal
gonal-f
goserelin
gralise
gramicidin
granisetron
granisteron hydrochloride
grifulvin
grifulvin v

gris-peg
grisactin
griseofulvin
growth hormone
guanabenz
guanfacine
guanidine
gynazole
gynazole-1
gyne-sulf
gynodiol
gynorest
h.p. acthar gel
halaven
halcinonide
halcion
haldol
haldrone
halfan
halflytely
halobetasol
halog
haloperidol
halotestex
halotestin
halotex
harifin
harmonyl
hectorol
hedulin
helicosol
helidac
hemabate
hemsol-hc
heparin
heparin lock flush
hepatamine
hepatasol
hepatolite
hepsera
heptalac
heptovir
herceptin
herplex

hetrazan
hexa-betalin
hexa-germ
hexabrix
hexachlorophene
hexadrol
hexalen
hgh
hiberix
hippuran i 131
hipputope
hiprex
hiserpia
hispril
histafed
histalog
histrelin
hivid
hiwolfia
horizant
humalog
humangrowth
humatin
humatrope
humegon
humira
humorsol
hy-phen
hyalgan
hyaluronidase
hycamtin
hycodan
hycomine
hycomine pediatric
hydase
hydeltra-tba
hydeltrasol
hydergine
hydra-zide
hydralazine
hydrap-es
hydrea
hydro-d
hydro-reserp

hydrochlorot
hydrochlorothiazide
hydrocodone
hydrocodone bitartrate
hydrocortisone valerate
hydrodiuril
hydroflumethiazide
hydromorphone
hydromox
hydropane
hydroquinone topical
hydroxocobalamin
hydroxomin
hydroxychloroquine
hydroxypropyl
hydroxyurea
hydroxyzine
hygroton
hylenex
hylorel
hyoscyamine
hypaque
hyperstat
hyserpin
hytrin
hyzaar
ibandronate
ibritumomab
ibutilide
icodextrin
idamycin
idarubicin
idoxuridine
idursulfase
ifex
ifosfamide
ilaris
iloperidone
iloprost
ilosone
ilotycin
imatinib
imdur
imiglucerase

imipenem
imipram
imipramine
imiquimod
imitrex
imovane
imovax
implanon
imuran
inamrinone
inapsine
incivek
increlex
indacaterol
indapamide
inderal
inderide
indiclor
indinavir
indocin
indocyanine
indomethacin
infasurf
infed
infergen
inflamase forte
inflamase mild
infliximab
infumorph
infuvite
innohep
innopran
innopran xl
innovar
inocor
inomax
inpersol
inspra
insulin
intagra
intal
integrilin
intelence
interferon

**1658**

intralipid
intron a
introna
introvale
intuniv
invagesic
invanz
invega
inversine
invirase
iodipamide
iodixanol
iohexol
ionamin
ionosol
iopamidol
iopidine
iopromide
iothalamate
ioversol
ioxaglate
ioxilan
iplex
ipratropium
iprivask
iquix
irbesartan
iressa
irinotecan
isentress
ismelin
ismo
ismotic
isocaine
isocarboxazid
isoflurane
isolyte
isoniazid
isoproterenol
isoptin
isopto
isopto carpine
isopto cetamide
isopto cetapred

isordil
isosorbide
isosulfan
isotretinoin
isovue
isradipine
istalol
istodax
isuprel
itraconazole
ivermectin
ixabepilone
ixempra
izotek
jakafi
jalyn
jantoven
janumet
januvia
jeanatope
jenloga
jevtana
jintropin
jolessa
junel
juvisync
juxtapid
k dur
k lyte
k-lease
k-tab
kadian
kalbitor
kaletra
kalexate
kamagra
kanamycin
kantrex
kaon cl
kapidex
kapvay
kariva
kayexalate
keflex

keftab
kefurox
kefzol
kelnor
kemadrin
kenalog
kepivance
keppra
kerlone
kesso-gesic
ketalar
ketaset
ketek
ketoprofen
ketorolac
ketozole
kineret
kinevac
kinlytic
kinrix
kionex
klaron
klebcil
klonopin
klor-con
klotrix
kogenate
krystexxa
kuvan
kwell
kwikpen
kytril
labetalol
lac-hydrin
lacosamide
lacrisert
lamictal
lamivudine
lamotrigine
lamprene
laniazid
lanorinal
lanoxicaps
lanoxin

lantus
lapatinib
lariam
larodopa
laronidase
larotid
laryngotracheal anesthesia kit
lasix
lastacaft
latanoprost
latisse
latuda
lazanda
leflunomide
lenalidomide
lente insulin
lepirudin
lescol
lessina
lessina-28
letairis
letrozole
leucovorin
leukeran
leukine
leuprolide
leustatin
levalbuterol
levaquin
levatol
levemir
levetiracetam
levitra
levlen
levlite
levo-dromoran
levo-t
levobunolol
levocabastine
levocarnitine
levocetirizine
levocetirizine dihydrochloride
levodopa
levofloxacin

levoleucovorin
levonordefrin
levonorgestrel
levophed
levora
levorphanol
levothroid
levothyroxine
levoxyl
Levoxyl
levsin
levsinex
levulan
lexapro
lexipro
lexiscan
lexiva
lexxel
lialda
libritabs
librium
lidex
lidoderm
lidopen
lignospan
limbitrol
lincocin
lindane
linezolid
lioresal
liothyronine
liotrix
lipidil
lipitor
lipo gantrisin
lipo-hepin
lipofen
liposyn
liquaemin lock flush
liquid pred
liraglutide
lisdexamfetamine
lisinop
lisinopril

lispro
lithane
lithiumcarbonate
lithobid
lithonate
lithostat
lithotabs
livalo
livitra
lo loestrin fe
lo/ovral-28
locholest
locoid
lodine
lodosyn
lodoxamide
lodoxamide tromethamine
loestrin
loestrin 24 fe
lofibra
logen
lomanate
lomotil
lomustine
loniten
lonox
lopid
lopinavir
lopresor
lopressor
loprox
lopurin
lorabid
loraz
lorazepam
lorcet-hd
lorelco
lortab
loryna
losartan
loseasonique
lotemax
lotensin
loteprednol

lotrel
lotriderm
lotrisone
lotronex
lovastatin
lovaza
lovegra
lovenox
low-quel
loxitane
lozol
lta ii kit
lubiprostone
lucentis
ludiomil
lufenuron
lufyllin
lumigan
lumizyme
lunelle
lunesta
lungaggregate reagent
lupron
lusedra
lutrepulse kit
lutropin
luveris
luvox
luxiq
lybrel
lymphazurin
lynoral
lyophilized cytoxan
lyrica
lysodren
lysteda
m.v.i. adult
m.v.i. pediatric
m.v.i.-12
macrobid
macrodantin
macrotec
macugen
mafenide

magnevist
makena
malarone
malathion
mandelamine
mandol
manerix
mannitol
maolate
maprotiline
maraviroc
marbofloxacin
marcaine
marezine
marinol
maropitant
marplan
matulane
mavik
maxair
maxalt
maxaquin
maxidex
maxipime
maxitrol
maxzide
mazanor
mazindol
md-76r
md-gastroview
mdp-bracco
mebendazole
mecasermin
mechlorethamine
meclan
meclodium
meclofenamate
meclomen
medigesic plus
medrol
mefloquine
mefoxin
megace
megestrol

melfiat-105
mellaril
meloxicam
melphalan
memantine
memantine hydrochloride
membraneblue
menactra
menest
menostar
menotropins
mentax
mepenzolate
mepergan
mephyton
mepivacaine
mepro-aspirin
meprobamate
mepron
mequinol
mercaptopurine
meridia
meropenem
merrem
mesalamine
mesalazine
mesantoin
mesna
mesnex
mestinon
mestranol
metadate
metaglip
metanx
metaproterenol
metaraminol
metastron
metaxalone
metformin
meth
methacholine
methadone
methadose
methamphetamine

methapred
methazolamide
methenamine
methergine
methimazole
methocarbamol
methohexital
methotrexate
methoxsalen
methsuximide
methyclothiazide
methyldopa
methylergonovine
methylin
methylnaltrexone
methylphenidate
methylpred
methylprednisolone
methyltestosterone
methyprylon
meti-derm
metimyd
metipranolol
metoclopramide
metolazone
metopirone
metoprolol
metozolv odt
metrocream
metrodin
metrogel
metrolotion
metronidazole
metubine iodide
metvixia
metyrapone
mevacor
mexate-aq preserved
mexiletine
mexitil
mezlin
miacalcin
micardis
micort-hc

micrainin
micro-k
microderm
microgestin
microlite
micronase
micronor
microzide
midamor
midazolam
midodrine
midozalam hydrochloride
mifeprex
mifepristone
migergot
miglitol
miglustat
migranal
milnacipran
milrinone
miltown
minipress
minirin
minitran
minocin
minocycline
minodyl
mintezol
miochol-e
miostat
miradon
miraluma
mirapex
mircera
mircette
mirena
mirtazapine
misoprostol
mithracin
mitomycin
mitotane
mitoxantrone
mivacron
mivacurium

moban
mobic
moclobemide
modafinil
modicon 21
modicon 28
moduret
moduretic 5-50
moexipril
molindone
mometasone
monocid
monodox
monoket
monopril
montelukast
monurol
morphine
morphine sulfate
motilium
motofen
movatec
moviprep
moxatag
moxeza
moxifloxacin
mozobil
mpi dmsa kidney reagent
mpi krypton 81m generator
mpi stannous diphosphonate
ms contin
mscontin
multaq
multifuge
multihance
mupirocin
muromonab-cd3
mustargen
mutamycin
myambutol
mycamine
mycitracin
myco-triacet ii
mycobutin

mycolog-ii
mycophenolate
mycostatin
mydriacyl
myfortic
mykacet
mykinac
mykrox
mylaxen
myleran
mylotarg
mymethazine fortis
myobloc
myotonachol
myoview
myozyme
mysoline
mytelase
mytrex a
nabilone
nabumetone
nadolol
nafarelin
nafazair
naftifine
naftin
naglazyme
nalbuphine
nalfon
nallpen
naltrexone
namenda
nandrolone decanoate
naphazoline
naphcon forte
naprelan
naprosyn
naqua
naratriptan
narcan
nardil
naropin
nasacortaq
nasalide

nasarel
nascobal
nasonex
natacyn
natalizumab
natamycin
natazia
nateglinide
natrecor
natroba
navane
navelbine
navstel
nebcin
nebivolol
nebupent
nedocromil
nefazodone
neggram
nelarabine
nelfinavir
nembutal
neo-cort-dome
neo-cortef
neo-delta-cortef
neo-fradin
neo-hydeltrasol
neo-medrol
neo-polycin
neo-synalar
neodecadron
neoprofen
neoral
neosar
neostigmine
neothylline
neovisc
nepafenac
nephramine
nephroflow
neptazane
nesacaine
nesiritide
netromycin

neulasta
neumega
neupogen
neupro
neurolite
neurontin
neutrexin
nevanac
nevirapine
newcialis
nexavar
nexplanon
nexterone
nexuim
niacor
niaspan
nicardipine
niclocide
nicolar
nicotrol
nifediac
nifedipine
nifurpirinol
nilandron
nilotinib
nilstat
nilutamide
nimbex
nimodipine
nimotop
nipent
niravam
nisoldipine
nitazoxanide
nithiodote
nitoman
nitro dur
nitro iv
nitro-bid
nitro-dur
nitrofurantoin
nitroglycerin
nitrol
nitrolingual

nitromist
nitronal
nitropress
nitrostat
nofetumomab
nogenic hc
nolvadex
nor-qd
norcuron
nordette-28
norditropin
norethidrone
norethin
norethindrone
norflex
norfloxacin
norgesic
norgestimate
norinyl
noritate
normiflo
normocarb
normodyne
normosol
noroxin
norpace
norplant
norpramin
norquest fe
nortrel
nortriptylin
nortriptyline
norvas
norvasc
norvask
norvir
novamine
novantrone
novarel
novobiocin
novocain
novolog
noxafil
nplate

nubain
nucynta
nuedexta
nulojix
nulytely
numorphan
nuromax
nutracort
nutrestore
nutrilipid
nutropin
nuvaring
nuvigil
nydrazid
nystatin
nystex
nystop
oby-trim
ocella
octocaine
octreoscan
octreotide
ocufen
ocuflox
ocumycin
ocupress
ocusulf-10
ofatumumab
ofirmev
ofloxacin
oforta
ogen
ogestrel
olanzapine
oleptro
olmesartan
olopatadine
olsalazine
olux
omacor
omalizumab
omnaris
omnicef
omnipaque

omnipen-n
omnipred
omniscan
omnitrope
oncaspar
oncovin
ondansetron
onfi
onglyza
onmel
onsolis
ontak
opana
ophthaine
ophthetic
oprelvekin
opticrom
optimark
optimine
optipranolol
optiray
optison
optivar
orabase hca
oracea
oracort
oragrafin calcium
oragrafin sodium
oralone
oramorph
oramorph sr
orap
orapred
oraqix
orasone
oraverse
oravig
orencia
oretic
orfadin
orgaran
orgotein
orinase
orlaam

orlex
ornade
orphenadrine
orphengesic
orsythia
ortho cept
ortho cyclen
ortho evra
ortho novum
ortho tri cyclen
ortho tri-cyclen
ortho tricyclen
ortho-cept
ortho-est
ortho-novum
orthoclone
orthoclone okt3
orthovisc
orudis
oruvail
orvaten
oseltamivir
osmitrol
osmoprep
osmovist 190
oticair
otobiotic
otocort
ovcon
ovide
ovidrel
ovinum
ovral
ovral-28
ovrette
oxacillin
oxaliplatin
oxandrin
oxandrolone
oxaprozin
oxazepam
oxcarbazepine
oxecta
oxiconazole

oxilan
oxistat
oxsoralen
oxtriphylline
oxy-kesso-tetra
oxybutynin
oxycet
oxycodone
oxycontin
oxydrol
oxymetholone
oxymorphone
oxytocin
oxytrol
ozurdex
pacerone
paclitaxel
palifermin
paliperidone
palivizumab
palladone
palonosetron
pamelor
pamidronate
pamine
pancreaze
pancrelipase
pancuronium
pandel
panitumumab
panixine
panixine disperdose
panmycin
panretin
pantoprazole
paracaine
paracort
paradione
paraflex
parafon
parafon forte dsc
paragard
paragard t 380a
paraplatin

parasal
parathar
parcopa
paremyd
paricalcitol
parlodel
parnate
paromomycin
paroxetine
parsitan
paser
pataday
patanase
patanol
pavulon
paxil
paxill
paxipam
pazopanib
pbz-sr
pediamycin
pediapred
pediatric lta kit
pediazole
pediotic
peg-lyte
pegademase
peganone
pegaspargase
pegasys
pegfilgrastim
peginterferon
pegintron
pegvisomant
pemetrexed
pemirolast
pemoline
pen-vee k
penbutolol
penecort
penegra
penetrex
penicillamine
penicillin

penlac
pennsaid
penntuss
pentacarinat
pentacel
pentagastrin
pentam
pentamidine
pentasa
pentazocine
pentetate
penthrane
pentobarbital
pentolair
pentosan
pentostatin
pentothal
pentoxifylline
pentoxil
perchloracap
percocet
percodan
perflutren
perforomist
pergolide
pergonal
periactin
peridex
perindopril
periochip
periogard
periostat
perlane
permapen
permax
permitil
perphenazine
persantine
pexeva
pfizerpen
phenazopyridine
phendimetrazine
phenelzine
phenergan

phenoxybenzamine
phentermine
phentolamine
phenytek
phenytex
phenytoin
phiso-scrub
phisohex
phoslo
phoslyra
phosphocol p32
phospholine
phospholine iodide
photofrin
phrenilin
physiolyte
physiosol
phytonadione
pilocarpine
pilopine
pilopine hs
pimecrolimus
pimozide
pindolol
pioglitazone
piperacillin
pipracil
pirbuterol
piroxicam
pitavastatin
pitocin
pitressin tannate
placidyl
plaquenil
plasmalyte
platinol
plavix
plegine
plegisol
plenaxis
plendil
plerixafor
pletal
podofilm

podofilox
polaramine
polocaine
poly-pred
poly-rx
polycillin
polymox
polytrim
ponstel
poractant
porfimer
portalac
portia pill
portia-28
potaba
potassium phosphate
potiga
pradaxa
pralatrexate
pralidoxime
pramipexole
pramlintide
pramosone
prandimet
prandin
prasugrel
pravachol
pravacol
pravastatin
pravchol
prazepam
praziquantel
prazosin
precedex
precose
pred forte
pred mild
pred-g
predair
prednicarbate
prednisolone
prednisone
prefest
pregabalin

pregnyl
prelay
prelone
preludin
premarin
premasol
premphase
prempro
prepidil
prevacare r
prevalite
prevenar 13
previfem
prevnar 13
prevpac
prezista
prialt
priftin
priligy
primacor
primaquine
primaxin
primidone
primsol
principen
prinivil
prinzide
priscoline
prismasol
pristiq
pro banthine
pro-banthine
proair
proair hfa
proamatine
probalan
proben-c
probenecid
probucol
procainamide hcl
procalamine
procan
procanbid
procarbazine

procardia
prochlorperazine
procomp
procrit
proctocort
proctofoam hc
proctosol
profenal
proferdex
progestasert
proglycem
prograf
proguanil
prohance
proleukin
prolia
prolixin
proloprim
promacta
prometa
promethazine
promethegan
prometrium
pronestyl
propacet 100
propafenone
propantheline
proparacaine
propecia
prophene 65
propine
propofol
propoxyphene
propranolol
propulsid
propylthiouracil
proquin
proquin xr
prosac
proscar
prosol
prosom
prostascint
prostigmin

prostin
prostin vr pediatric
protamine
protamine zinc insulin
protirelin
protonix
protopic
protostat
protriptyline
protropin
proventil
provera
proviagra
provigil
provocholine
prozac
prozak
psorcon
pulmicort
pulmolite
pulmozyme
purinethol
pylera
pylori-chek breath test
pyocidin
pyrazinamide
pyridostigmine
pyrimethamine
pyrolite
pytest
q-gesic
qsymia
quadramet
qualaquin
quarzan
quasense
quazepam
quelicin
questran
quetiapine
quetiapine fumarate
quibron-t
quinaglute
quinalan

quinapril
quinaretic
quinidex
quinidine
quinine
quinora
quinupristin
quixin
qutenza
qvar
r-gene 10
rabeprazole sodium
radiogardase
raloxifene
raltegravir
ramelteon
ramipril
ranexa
ranibizumab
raniclor
ranolazine
rapaflo
rapamune
raplon
raptiva
rasagiline
rasburicase
rauwiloid
rauwolfia serpentina
raxar
razadyne
rebetol
rebif
reclast
rectiv
refludan
regadenoson
regitine
reglan
regonol
regranex
regular insulin
relafen
relenza

relistor
relpax
remeron
remicade
remifentanil
remodulin
remsed
renacidin
renagel
renamin
renese
reno-30
renocal-76
renografin
renografin-60
renoquid
renova
renovue-65
renvela
reopro
repaglinide
reprexain
repronex
requip
rescriptor
rescula
resectisol
reserpine
restasis
restoril
restylane
retapamulin
retavase
reteplase
retin a
retin-a
retin-a micro
retisert
retrovir
revatio
reversol
revex
revia
revlimid

reyataz
rezipas
rezira
rezulin
rheumatrex
rhogam
ribasphere
ribavarin
ribavirin
ridaura
rifabutin
rifadin
rifamate
rifampin
rifapentine
rifater
rifaximin
rilonacept
rilutek
riluzole
rimactane
rimadyl
rimantadine
rimexolone
rimonabant
rimso-50
riomet
risedronate
risperdal
risperidone
ritalin
ritodrine hcl
ritonavir
rituxan
rituximab
rivaroxaban
rivastigmine
rivotril
rixubus
rizatriptan
robaxin
robaxisal
robimycin
robinul

rocaltrol
rocephin
rocuronium
rofecoxib
roferon
roferon a
roflumilast
romazicon
romidepsin
romiplostim
ropinirole
ropivacaine
rosaderm
rosiglitazone
rosuvastatin
rotarix
rotateq
rowasa
roxicet
roxicodone
roxilox
roxiprin
rozerem
rubex
rubidium
rufinamide
rythmol
ryzolt
sabril
sacrosidase
safyral
saizen
salagen
saleviagraaonline
salmeterol
salofalk
salsalate
saluron
salutensin
samsca
sanctura
sancuso
sandimmune
sandostatin

sandril
sangcya
sanorex
sansac
sansert
santyl
saphris
sapropterin
saquinavir
sarafem
sarenin
sargramostim
sarisol no. 2
satric
savella
saxagliptin
scandonest
scanlux-300
sclerosol
scopolamine
sculptra
sealis
seasonale
seasonique
secobarbital
seconal
seconal sodium
secreflo
secretin
sectral
sedapap
seealis
selamectin
selegiline
selfemra
selzentry
semilente
sensipar
sensorcaine
septi-soft
septisol
septocaine
septra
serax

serentil
serevent
serivent
seromycin
serophene
seroquel
serostim
seroxat
serpalan
serpasil
sertaconazole
sertraline
serzone
sethotope
sevelamer
sevoflurane
sfrowasa
sibelium
sibutramine
sibutramine hydrochloride
silagra
sildaflo
sildenafil
sildenafilcitrate
sildenifil
silenor
silodosin
silvadene
silversulfadiazine
simcor
simponi
simulect
simvastatin
sincalide
sinecatechins
sinemet
sinequan
singulair
sinografin
sirolimus
sitagliptin
skelaxin
skelid
slo-bid

slo-phyllin
sodium hyaluronate
solaquin
solaraze
solifenacin
soliris
solodyn
soltamox
solu-cortef
solu-medrol
solucortef
solumedrol
soma
somatotropin
somatrop
somatropin
somatropinne
somatuline
somatuline depot
somavert
somophyllin
sonata
sonorx
sorafenib
sorbitrate
soriatane
sorilux
sorine
sotalol
sotradecol
sotret
soxazole
sparfloxacin
sparine
spectazole
spectinomycin
spectracef
spectrobid
spiriva
spironolactone
sporanox
sprintec
sprix
sprycel

stadol
stalevo
stanabol
stanol
stanozolol
staphcillin
starlix
staticin
statobex
stavudine
stavzor
staxyn
stelara
stelazine
stie-cort
stieprox
stilphostrol
stimate
stocrin
strattera
streptase
streptokinase
streptomycin
streptozocin
striant
strifon forte dsc
stromectol
sublimaze
suboxone
subsys
subutex
succimer
succinylcholine
sucraid
sucralfate
sufenta
sufentanil
sular
sulconazole
sulfacel-15
sulfacetamide
sulfadiazine
sulfair forte
sulfamethoprim

sulfamethoxazole
sulfamylon
sulfanilamide
sulfasalazine
sulfatrim
sulfatrim pediatric
sulfinpyrazone
sulfisoxazole
sulindac
sulmeprim pediatric
sulsoxin
sulster
sultrin
sumatriptan
sumavel
sumavel dosepro
sumycin
sunitinib
supartz
supprelin
suprane
suprax
surital
surmontil
survanta
sustiva
sutent
syeda
sylatron
symbicort
symbyax
symlin
symmetrel
synacort
synagis
synalar
synalar-hp
synalgos-dc
synarel
synera
synercid
synthroid
Synthroid
syntocinon

synvisc
syprine
sytropin
taclonex
tacrine
tacrolimus
tadacip
tadalafil
tadalis
talacen
talwin
tambocor
tamiflu
tamoxifen
tamoxifen citrate
tamsulosin
tapazole
tapentadol
tarceva
targretin
tarka
tasigna
tasmar
tatum-t
taxol
taxotere
tazarotene
tazicef
tazidime
tazorac
taztia
taztia xt
tecfidera
technelite
technescan
technetium
teczem
teebacin
teflaro
tegaserod
tegison
tegretol
tekamlo
tekturna

telavancin
telbivudine
telepaque
telithromycin
telmisartan
temaril
temazepam
temodar
temovate
temozolomide
temsirolimus
tencon
tenecteplase
tenex
teniposide
tenofovir
tenoretic
tenormin
tensilon
tenuate
tequin
terazol
terazosin
terbutaline
terconazole
terfonyl
teril
terra-cortril
terramycin
teslac
teslascan
tessalon
testim
testoderm
testoject
testolactone
testopel
testosterone
testosterone transdermal system
testoviron
testred
tetrabenazine
tetracycline
tetrahydrozoline

tetrex
tev-tropin
teveten
texacort
thalidomide
thalitone
thalomid
theelin
theobid
theochron
theolair
theolixir
theophyl
theophylline
thermazene
thioguanine
thioplex
thioridazine
thiosulfil
thiotepa
thiothixene
thorazine
thyrel trh
thyro-block
thyrogen
thyrolar
thytropar
tiagabine
tiamate
tiazac
ticar
ticlid
ticlopidine
tigan
tigecycline
tikosyn
tilade
tiludronate
timentin
timolol
timoptic
tindamax
tinidazole
tiopronin

tiotropium
tipranavir
tirofiban
tirosint
tizanidine
tnkase
tobradex
tobramycin
tobrex
tocilizumab
tofranil
tolazamide
tolbutamide
tolcapone
tolectin
tolinase
tolterodine
toluene
tolvaptan
tonocard
topamax
topicort
topiramate
toposar
topotecan
toprol
toprol-xl
toradol
torbugesic
torbutrol
torecan
toremifene
torisel
tornalate
torsemide
tositumomab
totacillin
totect
tovalt odt
toviaz
tracleer
tracrium
tradjenta
traimiadoi

tramaden
tramadol
tramadol hydrochloride
tramadolcheap
tramiadioi
trandate
trandolapril
tranxene
tranxene sd
trastuzumab
trasylol
travase
travasol
travatan
travoprost
trazodone
trazodone hydrochloride
treanda
trecator
trelstar
trenbolone acetate
trental
trental sr
treprostinil
tretinoin
trexall
treximet
tri levlen
tri lo sprintec
tri sprintec
tri trenabol
tri-legest fe
tri-luma
tri-previfem
tri-sprintec
triacet
triamcin cream
triamcinolone
triamcinoloneacetonide
triamdioi
triamterene
triaprin
triazolam
tribenzor

triclos
tricor
triderm
tridesilon
tridil
tridione
trientine
triesence
trifluoperazine
trifluoperazine hcl
trifluridine
triglide
trihexyphenidyl
trilafon
trilegest
trileptal
trilipix
trilitron
triluma
trilyte
trimethadione
trimethobenzamide
trimethoprim
trimipramine
trimpex
trinalin
triostat
triphasil
triphed
triprevifem
triptorelin
trisenox
trisoralen
trisprintec
tritec
trivaris
trivora
trizivir
trobicin
tromethamine
trophamine
tropicacyl
tropicamide
trospium

trovan
truphylline
trusopt
truvada
trysul
tussicaps
tussigon
tussionex
tussionex pennkinetic
twinject
twinrix
twynsta
tygacil
tykerb
tylox
tysabri
tyvaso
tyzeka
tyzine
u-cort
ucephan
ucort
ulesfia
uloric
ultane
ultiva
ultracef
ultracet
ultralente
ultralente insulin
ultram
ultrase mt
ultravate
ultravist
unasyn
unipen
uniphyl
uniretic
unithroid
univasc
ureaphil
urecholine
urese
urex

urispas
urokinase
uroplus ds
uroxatral
urso
urso forte
ursodiol
ustekinumab
uvadex
v-cillin
vagifem
valacyclovir
valcyte
valdecoxib
valganciclovir
valisone
valium
valnac
valrubicin
valsartan
valstar
valtrex
valtropin
valturna
vancenase
vanceril
vancocin
vancocin hydrochloride
vancoled
vancomycin
vancomycin hcl
vandazole
vaniqa
vanobid
vanos
vansil
vantas
vantin
vapo-iso
vaprisol
vardenafil
varenicline
vascor
vascoray

vaseretic
vasocidin
vasocon
vasotec
vasoxyl
vectibix
vectical
vecuronium
veetids
velaglucerase
velban
velcade
veletri
velivet
velosef
veltin
venlafaxine
venofer
ventaire
ventavis
ventipulmin
ventolin
vepesid
veramyst
verapamil
verdeso
veregen
verelan
veriloid
verluma
vermox
versed
vertavis
verteporfin
vesanoid
vesicare
vesprin
vexol
vfend
viadur
viaggra
viagra
vibativ
vibisone

vibra-tabs
vibramycin
vibratabs
vicodin
vicodine
vicoprofen
victoza
victrelis
vidaza
videx
vigabatrin
vigamox
vigora
viibryd
vikodin
vimovo
vimpat
vinblastine
vincristine
vinorelbine
viokase
viomycin
vioxx
vira-a
viracept
viramune
viranet
virazole
viread
virilon
vironate
viroptic
visicol
visionblue
visipaque
visken
vistaril
vistide
visudyne
vitaped
vitrase
vitrasert
vitravene
vivactil

vivelle
vivitrol
volmax
voriconazole
vorinostat
vosol
vospire
vospire er
votrient
vpriv
vumon
vusion
vytorin
vyvanse
warfarin
welchol
wellbutrin
westcort
wigraine
wigrettes
wilpo
winstrol
wyamine sulfate
wydase
wygesic
wymox
wytensin
x-trozine
xalatan
xalkori
xanax
xarelto
xeloda
xenax
xenazine
xeneisol
xenical
xeomin
xerese
xgeva
xiaflex
xibrom
xifaxan
xigris

xolair
xolegel
xopenex
xtandi
xylo-pfan
xylocaine
xyntha
xyrem
yasmin
yaz
yazmin
yervoy
yutopar
zafirlukast
zagam
zaleplon
zanaflex
zanamivir
zanosar
zarontin
zaroxolyn
zavesca
zebeta
zelapar
zelboraf
zelnorm
zemplar
zemuron
zenapax
zenpep
zerit
zestoretic
zestril
zetia
zevalin
ziac
ziagen
ziana
ziconotide
zidovudine
zileuton
zinacef
zinecard
ziprasidone

zipsor
zirgan
zithromax
zocor
zofran
zoladex
zoledronic
zolinza
zolmitriptan
zoloft
zolpidem
zolpidem tartrate
zolpidemtartrate
zolpimist
zometa
zomig
zonalon
zonegran
zonisamide
zopiclone
zorbtive
zortress
zosyn
zovia
zuplenz
zutripro
zyban
zyclara
zydone
zyflo
zylet
zyloprim
zymar
zymaxid
zyprexa
zytiga
zyvox
αλέγκρα
βιάγκρα
κοδεϊνη
λέξαπρο
λίπιτορ
λισινοπρίλη
μπότοξ

ξαναξ
ξενικάλ
οξυκοτίνη
ριταλίνη
ταδαφίλη
ταμιφλού
τοπαμάξ
аддералл
аккутан
аллегра
амбиен
арипипразол
ботокс
валиум
виагра
виагре
виагрой
виагру
виагры
викодин
виокс
виторин
вольтарен
декседрин
диован
зетия
зиртек
золофт
касодекс
кодеин
консерта
крестор
ксанакс
ксеникал
ламизил
левитра
лексапро
лизиноприл
липитор
меридиа
напроксен
нексиум
оксикотин
паксил

плавикс
превасид
провигил
прозак
риспердал
риталин
сероквель
сиалис
силденафил
сингуляр
синтроид
тадалафил
тамифлю
топамакс
тразодон
трамадол
уелбутрин
фентермин
целебрекс
целекса
אדראל
אלגרה
בוטוקס
בוטקס
דיובאן
דקסדרין
ואליום
ויאגרה
ויוקס
ויטורין
וליום
זולופט
טופמקס
טמיפלו
לויטרה
ליפיטור
נפרוקסן
סיאליס
סינגולייר
פקסט
פרוזאק
פרוזק
קודאין
קונצרטה
קסנקס
רטלין

ריטלין
רייספרדל
רסיטל
רספרדל
أليجرا
أمبيين
اديرال
اكوتاني
البوتوكس
السينجولير
الفاليوم
الفياجرا
الكودين
باكسيل
بروزاك
بلافيكس
تاميفلو
ترازودون
ترامادول
توباماكس
ديكسيدرين
ريتالين
زاناكس
زولوفت
زينيكال
سياليس
سيليبريكس
فولتارين
فياغرا
فيتورين
فيكودين
فينترمين
فيوكس
كريستور
كو
كونسيرتا
ليبيتور
مارسيل
مون منتديات
ميريديا
نابروكسين
ياسمين
يسينوبريل
يفيترا
يكسابرو
ఱ৹ౡ౼৹౦ౖ

คอนเซอต้า
คอนเซอร์ต้า
เครสเตอร์
เครสเทอร์
โคดีอีน
ซาแน็กซ์
ซาแน็กซ์
ซิงกูแลร์
ซินทรอยด์
ซินิคาล
ซิลเดนาฟิล
ซิอาลิส
ซีเทีย
ซีโรเควล
ซีลีเบรีกซ์
ซีนิคาล
เซนิคาล
เซียลิส
โซลอฟ
โซลอฟต์
ไซเทค
ไซร์เท็ก
ไซลอฟต์
ดีโอแวน
ทราโซโดน
ทรามาดอล
ทาดาลาฟิล
ทามิฟลู
แทมิฟลู
โทพาแม็ก
นาโปรเซน
นาพรอกเซน
เน็กเซียม
โบทอกซ์
โบท็อกซ์
โปรแซค
พรีวาซิด
พลาวิกซ์
เพซิล
แพ็กซิล

เฟเตอร์มีน

เฟนเตอร์มีน

เมอริเดีย

ยัสมิน

ยาสมิน

แยสมิน

ริตาลิน

ริสเพอดาล

ไรทาลิน

ลามิซิล

ลิซิโนพริล

ลิปิเตอร์

ลิปิทอร์

เล็กซาโปร

เลวิตร้า

แวเลี่ยม

โวลทาเรน

โวลทาเรล

ไวโคดิน

ไวโตริน

ไวโทริน

ไวออกซ์

ไวอะกร้า

ไวอากร้า

ไวอาก้า

ออกซิโคติน

ออกซิโคทิน

อัลเลกรา

อัลเลกร้า

แอคคิวเทน

แอคคูเทน

แอดแวร์

แอมเบียน

แอมเบี้ยน

나프록센

넥시움

덱세드린

디오반

라미실

레비트라

렉사프로

리스페달

리시노프릴

리탈린

리피토

메리디아

바륨

바이옥스

바이코딘

바이토린

보톡스

볼타렌

비아그라

세로퀼

셀렉사

시부트라민

시알리스

신트로이드

실데나필

싱귤레어

쎄레브렉스

아빌리파이

알레그라

애더럴

애드베어

야스민

어큐테인

엠비언

웰부트린

자낙스

제니칼

제티아

졸로프트

지르텍

카소덱스

코데인

콘서타

크레스토

타다라필

타미플루

토파맥스

트라마돌

트라조돈

팍실

펜터민

프레바시드

프로비질

프로작

플라빅스

アキュテイン
アデロール
アビリファイ
アレグラ
アンビエン
ウェルブトリン
ウルトラム
オキシコンチン
カソデックス
クレストール
コデイン
コンサータ
ザナックス
シアリス
ジルテック
シルデナフィル

シングレア
シンスロイド
ゼチーア
ゼニカル
セレクサ
セレタイド
セレブレックス
セロクエル
ゾロフト
タダラフィル
タミフル
ディオバン
デキセドリン
トパマックス
トラゾドン
トラマドール
ナプロキセン
ネキシウム
バイアグラ
バイオックス
バイコディン
バイトリン
パキシル
バリウム
フェンテルミン
プラビックス
プレバシド
プロザック
プロビジル
ボトックス
ボルタレン
メリディア
ヤスミン
ラミシール
リシノプリル
リスパダール
リタリン
リピトール
レクサプロ
レビトラ
万络

专思达
他达拉非
他達拉非
仙特明
代文
优思明
伟哥
依折麥布
依折麦布
依替米貝
依替米贝
偉哥
優思明
兰索拉
兰美抒
利他林
可待因
右旋安非他命
右旋安非它命
奥施康定
妥泰
威克倦
安定
安律凡
安必恩
安立复
安立復
專思達
尔宁
左洛复
帕罗西汀
帕羅西汀
康士得
思特罗德
思特羅德
思瑞康
扶他林
曲唑酮
曲馬多
曲马多
来士普

氯吡格雷
沙美特罗
沙美特羅
爾寧
犀利士
百忧解
百憂解
立普妥
維妥力錠
維思通
維柯丁
維甲酸
维妥力锭
维思通
维柯丁
维甲酸
罗苏伐他汀
羅蘇伐他汀
耐信
肉毒素
艾來錠
艾力达
艾力達
艾来锭
艾泽庭
艾澤庭
芬特明
莫达非尼
莫達非尼
萘普生
萬絡
蘭索拉
蘭美抒
西乐葆
西地那非
西樂葆
西酞普兰
西酞普蘭
諾美婷
诺美婷
賴諾普利

**赛尼可**

**赞安诺**

赖诺普利

赛尼可

赞安诺

**达菲**

**迪西卷**

**達菲**

**阿得拉**

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

©2021 Google
- Privacy Policy
- Terms of Service



English

1. català
2. dansk
3. Deutsch
4. eesti
5. English (Australia)
6. English (United Kingdom)
7. español
8. español (Latinoamérica)
9. Filipino
10. français
11. hrvatski
12. Indonesia
13. italiano
14. latviešu
15. lietuvių
16. magyar

17. Melayu
18. Nederlands
19. norsk
20. polski
21. português
22. português (Brasil)
23. română
24. slovenčina
25. slovenščina
26. suomi
27. svenska
28. Tiếng Việt
29. Türkçe
30. čeština
31. Ελληνικά
32. български
33. русский
34. српски
35. українська
36. עברית
37. العربية
38. हिन्दी
39. ไทย
40. 中文（简体）
41. 中文（繁體）
42. 日本語
43. 한국어
44. English

Send feedback on...

This help content & information General Help Center experience



Google Help

- [Help Center](Help Center)

  o [List of ad policies](List of ad policies)

- o [Review process](#)

- o [Verification](#)

- o [Change log](#)

- [Advertising Policies](#)

- [Privacy Policy](#)

- [Terms of Service](#)

- [Submit feedback](#)

Advertising policiesThird-party policiesRelated policies & terms
Approval processDisapprovals and suspensions
Verification programs
Upcoming and recent changesPast changes

## What is the issue with this selection?

Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive



Irrelevant - doesn't match the title and / or my expectations



Minor errors - formatting issues, typos, and / or broken links



Other suggestions - ideas to improve the content

## Share additional info or suggestions

Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.



Advertising Policies Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

# Unapproved pharmaceuticals and supplements

Google provides translated versions of our Help Center as a convenience, though they are not meant to change the content of our policies. The English version is the official language we use to enforce our policies. To view this article in a different language, use the language dropdown at the bottom of the page.

This page lists examples of pharmaceuticals and supplements that Google Ads doesn't allow. For more information about this policy, please see our policy page on healthcare and medicines.

Unapproved pharmaceuticals and supplements

- 360Dreams
- 4-AD
- 72 Hours
- Afterburn
- Alteril Fast Acting Softgels
- Amour Again
- Amour for him
- APL
- APL
- Apple Slim by Apple Slim
- ArimaDex
- Arom-X
- Arom-X UTT
- Arom-XL
- Arousin
- Body Burn 1000

- Brain Booster
- C20 Epilepsy Formula
- C55 Neuro Calming Formula
- Cannibal Ferox Amped
- Cannabidiol (CBD)
- Celprotect I
- Charge Extreme Energy Booster
- Chlamydia Venereal Mix Formula
- Clyamax
- Cognition
- Comatose
- Core Burn
- DaiDaiHuaJiaoNang
- Deliverance From Chlamydia Kit
- Deliverance From Gonorrhea
- Deliverance From Herpes Kit
- Depth Charge
- Destroy the Enemy
- Diabetes Brittle Essentials-Kit
- Diabetes Insipidus Essentials-Kit
- DMAAented Anabolic Infusion
- DNPX
- DNP XII
- Dream Body Slimming Capsule
- Dr. Jekyll
- D-Termination 1200
- Elite
- Energy Sparx
- ENGN
- Ephedrex
- Epilepsy Essentials-Kit
- Erexa
- Erexxx
- Erousa
- Finally On Demand
- Fire Bombs
- Freedom from Diabetes Kit
- Freedom from Epilepsy Formula (Epilepsy 1M)
- Freedom from Herpes Kit
- Fruit Plant Lossing Fat Capsule
- fruta planta
- Fully Loaded
- Get Smart
- Gonorrhea Formula

- Growth
- Hawthorn
- Health Slimming Coffee
- Herbal Ambien
- Herbal Viagra
- Herbal Xanax
- Herpes Essentials-Kit
- Herpes Optimal-Kit
- HG4 Up
- Hyde V2
- Inferno
- I-Focus
- Ja Dera 100% Natural Weight Loss Supplement
- Jack3d
- KH3
- Kratom
- Lean Body For Her
- Lean Body Hi-Energy Fat Burner
- Leisure 18 Slimming Coffee
- Libiplus
- Lishou
- Lose Weight Coffee
- Love Fuel
- Lumonol
- Magic Slim Tea
- Magic Slim Weight Reduction Capsule
- Mangodrin
- MegaWatt HD
- Mr. Hyde
- Mr. Hyde RTD
- Muscle Mass
- Neuroflexyn
- NeuroPhen
- Neuropump
- Neuro Edge
- Neuro Lean
- Nirvana
- Nitramine
- Noopep
- Noxipro Chrome
- Nox-Pump
- N-nicotinoyl-GABA
- OxyElite Pro
- P57 Hoodia

- Pai You Guo Slim Tea
- Pelargonium
- Phentabz
- PhentraBurn Slimming Capsules
- PhenUltra
- Picamilon
- Picamilon X.Treme
- Picamilon-150
- Picamilon-50
- Pikamilon
- Pikatropin
- Pre-Diabetes Essentials Kit
- Profiderall
- Pump Igniter
- Pycamilon
- Pyroxamine
- Que She
- Rainbow Rocket
- Red Hot Sex
- Riptek V2
- Rockhard
- Sheng Yuan Fang
- Shock'd
- Sleep/GH
- SleepWell (Herbal Xanax)
- Slender Slim 11
- Slim Forte Double Power Slimming Capsules
- Slim Forte Slimming Capsules
- Slim Forte Slimming Coffee
- Slim Xtreme Herbal Slimming Capsule
- Slimming Beauty Bitter Orange Slimming Capsules
- Slimming Factor Capsule
- Spartan Shredding
- Stamin It
- Stamina-Rx
- Staminil
- Stimuloid II
- Straight Up
- strongid
- Super Charge! Xtreme
- Super Charge! Xtreme 4.0
- Super Charge! Xtreme N.O.
- Super Lean 450
- Tacktol

- Tengda
- Testek
- Topviril
- Turbo Shred
- Turbo 2.0
- Ultimate Punch-ed Out
- Vanish
- Vaxitrol
- Vierect
- Vitamin B 17
- Whatzup
- Xtremexcite
- Zenerect
- Zicam Cold Remedy Swabs, Kids Size

Related to weight-loss

- 2 day diet
- 2x powerful slimming
- 3 day diet
- 3x slimming power
- 7 day herbal slim
- 7 days diet
- 7 diet
- 72 hours
- actra sx
- Alcohol Free hCG Weight Loss Formula
- body shaping
- body slimming
- botanical slimming
- cefurax
- celerite slimming capsules
- dream body slimming capsule
- fasting diet
- hCG Diet Drops Weight Loss Formula
- HCG Diet Homeopathic Drops
- hCG Diet Pellets Weight Loss Formula
- HCG Extra Weight Loss Homeopathic Drops
- HCG Fusion 30
- HCG Fusion 43
- HCG Platinum
- HCG Platinum X-14
- HCG Platinum X-30
- Healthily Slim
- herbal viagra

- herbal xanax
- herbal xenicol
- Homeopathic HCG
- Homeopathic Original HCG
- imelda perfect slim
- libidus
- lida daidaihua
- lipostabil
- lose weight coffee
- meizitang
- nasutra
- p57 hoodia
- palmitin
- pau d arco bark
- perfect slim
- pilex
- reduce weight
- slim 30
- slim up
- slimming beauty bitter orange slimming capsules
- slimming formula
- solo slim extra strength
- stamina rx
- staminil
- starcaps
- super fat burner
- venom hyperdrive 3.0
- viapro
- vitalex
- zhen de shou
- zicam cold remedy nasal gel

Related to ephedra

- acceleration
- adrenalean
- allerclear
- animal cuts
- anorex
- asia black
- biolean
- black beauty
- black ice
- black knight
- black widow

- blue slim
- breathe easy
- burn max
- china white
- diet burn
- Dyma-Burn
- Dyma-Burn Xtreme
- Dymetadrine Xtreme
- ECA Fatburner
- eca xtreme
- electricity
- energel
- eph 100
- eph 25
- ephedra
- ephedra sinica
- exn
- extreme power plus
- fastin
- fire starter
- green e
- green stinger
- Herbalife Original Green
- high octane
- hot body
- Hydroxa-7
- Hydroxadrine
- hydroxy ripped
- Hydroxy Stac
- hydroxycut with ephedra
- Hydroylean
- Hydroymax
- isxperia select
- jacked up
- jetfire
- kaizen ephedrine hcl
- kwik burn
- lipotherm
- lipozol
- ma huang ephedra
- Mahuang Herbal Ephedra
- man power
- MataboGold
- Maxadrine

- md6
- mdd
- meta burn
- Metab-O-Lite
- Metabadrine
- metabolife
- Metabolife EZ Tabs
- metabolite
- Metabosafe
- Metabothin
- mini trim
- Original Metabolife
- over drive
- pe min kan wan
- rage
- real deal
- red devils
- Refresh Green
- ripped force
- stimerex es
- Super Caps
- Super Ephedra Extreme
- Superdrine
- Superdrine RX-10
- thermo speed
- thermo trim
- thermoburn
- Thermogen II
- Thermojetics Original Green
- thermolean
- trim fast
- trim s
- turbo charge
- udep
- ultimate orange
- ultracuts
- venom hyperdrive
- whacked out
- x lean
- xenadrine rfa 1
- yellow bullet
- yellow cross
- yellow haze
- yellow jacket

- yellow power
- yellow scorpion
- yellow subs
- yellow swarm

Related to anabolic steroids

- 3 ad
- 4Ever Fit D-Drol
- 6 oxo
- Advanced Muscle Science Dienedrone
- Advanced Muscle Science Liquidrone
- Anabolic Formulation M1, 4AD
- Anabolic Formulations 1, 4 AD
- Anabolic Xtreme 3-AD
- Anabolic Xtreme Hyperdrol X2
- androstenedione
- BCS Labs Testra-Flex
- Competitive Edge Labs M-Drol
- Competitive Edge Labs P-Plex
- Competitive Edge Labs X-Tren
- d drol
- dymethazine
- epi tren
- ergopharm 6 oxo
- finaflex 550 xd
- finaflex ripped
- forged extreme mass
- Gaspari Halodrol Liquigels
- gaspari novedex xt
- Gaspari Novedex XT
- h drol
- Halodrol Liquidgels
- hmg xtreme
- Hyperdrol X2
- iForce 1,4 AD BOLD 200
- iForce Dymethazine
- iForce MethaDROL
- Kilo Sports Massdrol
- Kilo Sports Phera-Mass
- Kilo Sports Trenadrol
- Liquidrone UTT
- m drol
- M-Drol
- m1

- M1, 4AD
- madol
- Magna Drol
- mass tabs
- mass xtreme
- massdrol
- Massdrol
- Mastavol
- mdit
- MDIT
- methadrol
- MethAnstance
- methastadrol
- Methastadrol
- Methyldrostanolone
- monster caps
- Monster Caps
- Monster Caps
- myogenix spawn
- Myogenix Spawn
- Nasty Mass
- Nutra Coastal D-Stianozol
- Nutra Coastal H-Drol
- Nutra Coastal MDIT
- Nutra Coastal S-Drol
- Nutra Coastal Trena
- ON Cycle II Hardcore
- Oxodrol Pro
- p plex
- P-Plex
- Performance Anabolics Methastadrol
- Performance Anabolics Tri-Methyl X
- Phera-Mass
- Pheravol-V
- Purus Labs E-pol Inslinsified
- Purus Labs Nasty Mass
- Rage RV2
- Rage RV3
- Rage RV4
- Rage RV5
- rapid release
- Redefine Nutrition Finaflex 550-XD
- Redefine Nutrition Finaflex Ripped
- revamp

- revenge
- Ripped Tabs
- rv2
- rv3
- rv4
- rv5
- s drol
- spawn
- superdrol
- sus 500
- Transform Supplements Forged Extreme Mass
- Transform Supplements Forged Lean Mass
- tren
- tren 250
- tren xtreme
- trena
- trenadrol
- tri methyl x
- turinabol
- x tren

Give feedback about this article
Choose a section to give feedback on



©2021 Google
- Privacy Policy
- Terms of Service



English

1. català
2. dansk
3. Deutsch

4. eesti
5. English (Australia)
6. English (United Kingdom)
7. español
8. español (Latinoamérica)
9. Filipino
10. français
11. hrvatski
12. Indonesia
13. italiano
14. latviešu
15. lietuvių
16. magyar
17. Melayu
18. Nederlands
19. norsk
20. polski
21. português
22. português (Brasil)
23. română
24. slovenčina
25. slovenščina
26. suomi
27. svenska
28. Tiếng Việt
29. Türkçe
30. čeština
31. Ελληνικά
32. български
33. русский
34. српски
35. українська
36. עברית
37. العربية
38. हिन्दी
39. ไทย
40. 中文（简体）
41. 中文（繁體）
42. 日本語
43. 한국어
44. English

**Send feedback on...**
This help content & information General Help Center experience

**1733**



Google Help

- [Help Center](#)

  o [List of ad policies](#)

  o [Review process](#)

  o [Verification](#)

  o [Change log](#)

- **[Advertising Policies](#)**

- [Privacy Policy](#)

- [Terms of Service](#)

- [Submit feedback](#)

Advertising policiesThird-party policiesRelated policies & terms
Approval processDisapprovals and suspensions
Verification programs
Upcoming and recent changesPast changes

# What is the issue with this selection?



Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

# Share additional info or suggestions

Do not share any personal info
Cancel
Submit
By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.



Google Ads Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunityAnnouncements

# Target ads to geographic locations

Google Ads location targeting allows your ads to appear in the geographic locations that you choose: countries, areas within a country, a radius around a location, or location groups, which can include places of interest, your business locations, or tiered demographics.

Location targeting helps you focus your advertising to help find the right customers for your business. This specific type of targeting could help increase your **return on investment (ROI)** as a result.

Note: Hotel Ads campaigns can't be targeted by radius at this time.

This article explains how location targeting works and how to set it up in your account.

Keep in mind
Location targeting is based on a variety of signals, including users' settings, devices, and behavior on our platform, and is Google's best effort to serve ads to users who meet your location settings. Because these signals vary, 100% accuracy is not guaranteed in every situation.

As always, you should check your overall performance metrics to help ensure your settings are meeting your advertising goals and change them accordingly.

## Targeting the right locations for your business

Get guidance on choosing the location targets that are most appropriate for your business.

Compare location target types: countries, areas within a country, or radius

| Location target | Description | Types of businesses that could benefit | Types of businesses that might not benefit |
|---|---|---|---|
| Countries | Targeting your ads to a country or multiple countries can be a good idea if you provide products and services to those large areas. Targeting entire countries allows you to receive more ad exposure than you would by targeting a few individual cities or regions within a country. | A national business serving an entire country<br>An online retailer shipping worldwide<br>An international business selling to several countries | A business that doesn't serve all regions or cities. In this case, you might target individual regions or cities instead. |
| Areas within a country | Consider using more precise targeting if your business doesn't serve all regions or cities, or you'd like to focus your advertising efforts on certain areas within a country. Depending on the country, you can target regions, cities, or postal codes. | A business that serves a local neighborhood<br>A business with special offers in selected locations<br>A business selling products in selected regions or cities | A business that is trying to reach most of the regions in a country, with just a few exceptions (say, all of the U.S. except for Alaska). In this case, it might be better to target the whole country, and then exclude the other areas. |
| Radius around a location | Radius targeting (also known as proximity targeting or "Target a radius") allows you to choose to show your ads to customers within a certain distance from your business, rather than choosing individual cities, regions, or countries. | A business that delivers within a selected radius<br>A local business whose customer base is within a radius around the business | A business that only wants to reach specific cities, regions, or countries. |

Tips for choosing the right locations for your business

# Set up location targeting

Click an option below for location targeting instructions. Keep in mind that available location target types vary by country.

Suggested time for task: 5-7 minutes

Note: Google Ads only permits targeting for locations that adhere to minimum privacy thresholds where minimum area and minimum user counts are met. If your desired location target does not adhere to these privacy thresholds, then you will not be able to target it in the Google Ads interface.

How to reach audiences in entire countries
How to reach audiences in areas within a country
Set location targeting for multiple campaigns at once
How to target a radius around a location

## Advanced: Targeting multiple locations in bulk

Google Ads allows you to add a bulk list of up to 1000 location targets at a time, rather than adding each location one-by-one. We also offer tools for bulk editing. Click an option below to find out more.

How to add multiple location targets in bulk
How to target multiple locations across campaigns

| Attribute | Specification | Sample Values |
|---|---|---|
| Address line 1 | The complete and exact street address for the location (80 characters maximum). | 43 River Street |
| Address line 2 | The mailbox or suite number, if needed (80 characters maximum). | B3 |
| City | The location's city. | San Francisco |
| State/province | The location's state or province. | California |
| Postal code | The location's postal code. If it begins with zero, make sure that your spreadsheet formatting doesn't remove the zero as the first digit. | 94102 |
| Country | The country code. You can also use the ISO 3166-1 alpha-2 country code. | US |

Other bulk editing options

## Related links

- Exclude ads from selected geographic locations
- About advanced location options
- About language targeting
- Refine your location targeting

Give feedback about this article
Choose a section to give feedback on

Was this helpful?

YesNo



Submit

# Need more help?

Sign in for additional support options to quickly solve your issue

## Choose where and when ads appear

- About language targeting
- Target ads to geographic locations
- Exclude ads from geographic locations
- About advanced location options
- About ad reach
- About targeting geographic locations
- Location target types by country
- Refine your location targeting
- Target customers near an address with location extensions

- ©2021 Google
- Privacy Policy
- Terms of Service
- Google Ads Advertising Policies
- About the Help Center



English

1. català
2. dansk
3. Deutsch
4. eesti
5. English (Australia)
6. English (United Kingdom)
7. español
8. español (Latinoamérica)
9. Filipino
10. français
11. hrvatski
12. Indonesia
13. italiano

14. latviešu
15. lietuvių
16. magyar
17. Melayu
18. Nederlands
19. norsk
20. polski
21. português
22. português (Brasil)
23. română
24. slovenčina
25. slovenščina
26. suomi
27. svenska
28. Tiếng Việt
29. Türkçe
30. čeština
31. Ελληνικά
32. български
33. русский
34. српски
35. українська
36. עברית
37. العربية
38. हिन्दी
39. ไทย
40. 中文（简体）
41. 中文（繁體）
42. 中文（香港）
43. 日本語
44. 한국어
45. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- <span style="color:blue">**Help Center**</span>

- o Coronavirus (COVID-19) Resources and Updates

- o Setup and basics

- o Manage ads

- o Measure results

- o Smart campaigns

- o Billing

- o Learn

- o Google Partners

- Community

- Google Ads

- [Privacy Policy](#)

- [Terms of Service](#)

- [Submit feedback](#)

Your guide to Google AdsGoogle Ads basicsCreate ads and campaignsChoose where and when ads appearFind out if your ad is runningAccount administration and security Ads and approvalsCampaign settingsBudgets and bidsKeywordsReach your audienceTarget placements and topicsMultiple or large accountsLocal Services adsThe Google Ads mobile appRecommendations and optimization score
Connect your goals to dataFind and run reportsUnderstanding your dataTrack sales and other conversionsGoogle Analytics and Google AdsCommon reporting issues
Get startedSetup and managementCalls in Smart campaigns
Payment methods and settingsBasic billing tasksPromotions and couponsRefunds and adjustmentsTaxesIssues with payments and charges
Your guide to Google AdsGoogle Ads training on SkillshopAccount walk-throughsGlossary
Google Partners Program

# What is the issue with this selection?

Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

# Share additional info or suggestions



Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.

How much profit you've made from your ads and free product listings compared to how much you've spent on them.

Read more



- Services
  - MONITORING
    - Merchant Monitoring
    - Platform Monitoring
    - Brand Monitoring
  - CERTIFICATION
    - Addiction Treatment Certification
    - CBD Certification
    - Healthcare Merchant Certification
  - RESEARCH AND DATA
    - Investigations
    - Database Lookups
    - Global Product Review
- Solutions
  - FINANCIAL
    - Acquirers & Payment Service Providers
  - GOVERNMENT
    - Government & Law Enforcement
  - HEALTHCARE
    - Addiction Treatment Facilities
    - CBD Manufacturers & Merchants
    - Pharmacy & Telemedicine Merchants
    - Supplement Merchants
  - INTERNET
    - Internet Platforms
    - Businesses Looking to Protect Their Brand
    - Registrars/Registries
  - OTHER
    - General Public
- Resources
  - LEARN
    - Resource Center
    - Blog
    - Newsletter
    - Videos
    - Webinars
  - REPORT
    - Report a Website
    - Report an Addiction Treatment Facility
- Careers
- About

- Contact
- 日本語

**1744**
1939



# Stay Informed

**Keep up to date with all the latest industry news and insights — from new drug regulations and industry reports to high-risk payment trends. Subscribe to the blog and get notified about new articles, hot off the press from LegitScript experts.**

SIGN UP



# Knowledge Partner Webinar Series

**Attend four one-hour webinars to learn risk and compliance best practices on the hottest topics in payments from the industry's leading experts.**

REGISTER NOW



**1749**
1944

# Merchant Portfolio Risk Grader

**LegitScript's free, all-new tool delivers payments risk and compliance professionals visibility into how onboarding new industries will impact their merchant portfolio risk in just minutes.**

TRY IT NOW



# Global Product Review for Supplements

**Confidently grow your supplement business in online marketplaces with Global Product Review, a valuable new service from LegitScript that benefits both supplements merchants and e-commerce platforms.**

LEARN MORE



# Stay Informed

**Keep up to date with all the latest industry news and insights — from new drug regulations and industry reports to high-risk payment trends. Subscribe to the blog and get notified about new articles, hot off the press from LegitScript experts.**

SIGN UP



# Knowledge Partner Webinar Series

**Attend four one-hour webinars to learn risk and compliance best practices on the hottest topics in payments from the industry's leading experts.**

[REGISTER NOW](#)
[1](#)
[2](#)
[3](#)
[4](#)

**Check Website Legitimacy**

**Check Healthcare Product Legitimacy**

VERIFY

SEARCH

## Confident Compliance

**At LegitScript, our mission is to make the internet and payment ecosystems safer and more transparent — now and for future generations. [Learn more about what we do and why](#).**

**LegitScript Monitors 9,628,533 Websites and Merchants**

**86,170**

are internet pharmacies

**21,925**

are supplement websites

**8,229**

are psychoactive high websites

**9,512,209**

are other merchants

# News & Updates

## Labor Day Sales Can Boost Drop-shipping Chargebacks

Labor Day weekend is one of the biggest for sales in the United States. These bargains traditionally include big-ticket items such as appliances and mattresses, but now also include smaller items such as backpacks, clothes, and school supplies as kids get ready to return to the classroom. These smaller, mass-produced items are perfect for online…

By LegitScript Folks on August 31, 2021
Merchant Monitoring

## This "Legal" THC Is Popping Up in Merchant Portfolios

Growing consumer interest and shifting federal regulatory priorities on the cannabis industry have led to merchants capitalizing on certain market ambiguities. LegitScript has observed a growing trend of merchants offering products marketed as containing delta-8 THC, an isomer of the cannabis plant's most well-known and primary psychoactive compound, delta-9-tetrahydrocannabinol (delta-9 THC). Starting in 2020, LegitScript…

By LegitScript Folks on August 12, 2021
Merchant Monitoring

## With Travel Increasing, so Are Chargeback Risks for Payment Service Providers

Summer is peak travel season and typically one of the busiest times of year for airlines, resorts, and other travel and entertainment businesses with many moving parts. That's especially true this year, as generally lower levels of COVID-19 cases paired with pent-up demand are yielding travel volume equal to and in some cases greater than…



By LegitScript Folks on July 20, 2021
Merchant Monitoring
VISIT THE BLOG

# Get the Latest News

*
Your business email:
*
Country:



Submit

- About
- Contact Us
- Blog

- Sitemap
- Terms & Conditions
- Privacy Policy
- Disclaimer
- Accessibility

- ©2021 LegitScript LLC. All rights reserved.

[Guide]
[Guide]

privacy policy                    Accept

Google Ads Help



Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunityAnnouncements

# Eligible (limited): Definition

Google provides translated versions of our Help Center as a convenience, though they are not meant to change the content of our policies. The English version is the official language we use to enforce our policies. To view this article in a different language, use the language dropdown at the bottom of the page.

A status given to ads that comply with our policies but are limited in where and when they can show.

An ad will be marked "Eligible (limited)" when Google Ads policies (common examples include Alcohol, Copyrights, Gambling, Healthcare, and Trademarks) prevent certain types of ads from showing in certain regions, to certain ages, or on certain devices. Ads won't show on mobile devices if the destination performs poorly on mobile devices.

Learn more

Enable the Policy Details column to see why an ad is Eligible (limited)

About the ad review process

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

# Need more help?

Sign in for additional support options to quickly solve your issue

## Glossary

- About ad rotation settings
- About top and absolute top metrics
- About URL parameters
- Account budget
- Active View
- Actual cost-per-click (CPC): Definition
- Ad delivery options
- Ad extensions
- Ad formats
- Ad group default bids
- Ad group: Definition
- Ad position
- Ad Preview and Diagnosis tool
- Ad Rank
- Ad Rank thresholds: Definition
- Ad status: Definition
- Ad strength: Definition
- AdSense
- Advertising policies
- Algorithm: Definition
- All conversions: Definition
- Alternate email address
- Analytics
- Associations view
- Auction
- Auto-tagging: Definition
- Automated bid strategy: Definition
- Automatic payments
- Automatic placements: Definition
- Average cost-per-click (Avg. CPC): Definition
- Average CPA: Definition
- Average daily budget: Definition
- Average product price (beta): Definition
- Benchmark product price (beta): Definition
- Benchmark product price difference (beta): Definition
- Bid adjustment: Definition
- Billed cost: Definition
- Broad match: Definition

- Bulk edits: Definition
- Cache
- Campaign draft: Definition
- Campaign experiment: Definition
- Campaign group: Definition
- Campaign status: Definition
- Campaign: Definition
- Card verification number (CVN)
- Change history
- Click: Definition
- Clickthrough rate (CTR): Definition
- Combined audiences: Definition
- Consolidated billing
- Contextual targeting
- Conversion action: Definition
- Conversion page
- Conversion rate: Definition
- Conversion tracking: Definition
- Conversion window: Definition
- Conversion: Definition
- Cookie: Definition
- Cost-per-click (CPC): Definition
- Cost-per-thousand impressions (CPM): Definition
- Cost-per-view (CPV): Definition
- CSV file: Definition
- Customer data file: Definition
- Customer data: Definition
- Customer ID: Definition
- Customer list: Definition
- D-U-N-S number
- Daily spending limit: Definition
- Deep link
- Destination URL: Definition
- Disapproved: Definition
- Display Network: Definition
- Display partners
- Display URL: Definition
- Domain
- Eligible (limited all locations): Definition
- Eligible (limited): Definition
- Eligible (moderately restricted): Definition
- Eligible (Strongly restricted): Definition
- Eligible: Definition
- End Date: Definition

- Ended campaign: Definition
- Enhanced CPC (ECPC): Definition
- Error sites
- Exact match: Definition
- Extensions view
- Filter: Definition
- First page bid estimate: Definition
- First position bid estimate: Definition
- Frequency capping: Definition
- Frequency: Definition
- Google Account: Definition
- Google Ads API (AdWords API)
- Google Ads promotional code (coupon)
- Google Ads: Definition
- Google Click Identifier (GCLID): Definition
- Google forwarding number
- Google My Business
- Google Network
- Hashed data: Definition
- Hashing: Definition
- Hotel eligible impressions: Definition
- Image ad: Definition
- Impressions: Definition
- In-line editing: Definition
- Interactions: Definition
- Invalid clicks: Definition
- Inventory filters: Definition
- IP address
- Keyword insertion
- Keyword matching options: Definition
- Keyword Planner: Definition
- Keyword status: Definition
- Keywords: Definition
- Landing page: Definition
- Limited by budget
- Location targeting
- Low data
- Low search volume
- Manual CPC bidding
- Manual payments
- Maximize clicks: Definition
- Maximum CPC bid: Definition
- Mobile ad
- Mobile Device ID: Definition

- Monthly invoicing
- Monthly spending limit: Definition
- Multiple sign-in: Definition
- Native ads: Definition
- Negative broad match: Definition
- Negative exact match: Definition
- Negative keyword: Definition
- Negative phrase match: Definition
- Not eligible: Definition
- On-target reach: Definition
- Organic search result
- Outstream video ad format: Definition
- Pacific Time (PST or PDT)
- Parked domain site
- Path
- Payment method
- Payments profile
- Pending campaign: Definition
- Performance target: Definition
- Placement targeting: Definition
- Placements: Definition
- Play rate
- Population: Definition
- Portfolio bid strategy: Definition
- Product data
- Product group
- Product Shopping ad: Definition
- Prominence
- Recommended average daily budget: Definition
- Referrer URL
- Remarketing
- Responsive ads: Definition
- Return on investment (ROI)
- Search Network: Definition
- Search partners: Definition
- Search terms report: Definition
- Segment: Definition
- Served cost: Definition
- Serving status (previously family status): Definition
- SHA-256 Algorithm: Definition
- Shopping ad: Definition
- Shortform and longform videos
- Smart Bidding: Definition
- Statistics table: Definition

- Subdomain: Definition
- Target cost-per-thousand impressions (tCPM): Definition
- Target CPA bidding: Definition
- Targeting method
- Text ad
- Text overlay ad
- Top of page bid estimate: Definition
- Tracking template: Definition
- Under review: Definition
- Unique Reach: Definition
- URL
- User id: Definition
- Video publisher
- View rate: Definition
- View-through conversion window: Definition

- ©2021 Google
- Privacy Policy
- Terms of Service
- Google Ads Advertising Policies
- About the Help Center



English

1. català
2. dansk
3. Deutsch
4. eesti
5. English (Australia)
6. English (United Kingdom)
7. español
8. español (Latinoamérica)
9. Filipino
10. français
11. hrvatski
12. Indonesia
13. italiano
14. latviešu
15. lietuvių
16. magyar
17. Melayu
18. Nederlands
19. norsk

20. polski
21. português
22. português (Brasil)
23. română
24. slovenčina
25. slovenščina
26. suomi
27. svenska
28. Tiếng Việt
29. Türkçe
30. čeština
31. Ελληνικά
32. български
33. русский
34. српски
35. українська
36. עברית
37. العربية
38. हिन्दी
39. ไทย
40. 中文（简体）
41. 中文（繁體）
42. 中文（香港）
43. 日本語
44. 한국어
45. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- [Help Center](#)

o [Coronavirus (COVID-19) Resources and Updates](#)

- o [Setup and basics](#)

- o [Manage ads](#)

- o [Measure results](#)

- o [Smart campaigns](#)

- o [Billing](#)

- o [Learn](#)

- o [Google Partners](#)

- [Community](#)

- [Google Ads](#)

- [Privacy Policy](#)

- [Terms of Service](#)

- [Submit feedback](#)

Your guide to Google AdsGoogle Ads basicsCreate ads and campaignsChoose where and when ads appearFind out if your ad is runningAccount administration and security Ads and approvalsCampaign settingsBudgets and bidsKeywordsReach your audienceTarget placements and topicsMultiple or large accountsLocal Services adsThe Google Ads mobile appRecommendations and optimization score
Connect your goals to dataFind and run reportsUnderstanding your dataTrack sales and other conversionsGoogle Analytics and Google AdsCommon reporting issues
Get startedSetup and managementCalls in Smart campaigns
Payment methods and settingsBasic billing tasksPromotions and couponsRefunds and adjustmentsTaxesIssues with payments and charges
Your guide to Google AdsGoogle Ads training on SkillshopAccount walk-throughsGlossary
Google Partners Program

## What is the issue with this selection?



Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

## Share additional info or suggestions

Do not share any personal info

Cancel
Submit
By continuing, you agree Google uses your answers, account & system info to improve
services, per our Privacy & Terms.

Advertising Policies Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

# Alcohol

Google provides translated versions of our Help Center as a convenience, though they are not meant to change the content of our policies. The English version is the official language we use to enforce our policies. To view this article in a different language, use the language dropdown at the bottom of the page.

Display & Video 360 users must comply with this Google Ads policy. Visit the Display & Video 360 help center for additional restrictions.

We abide by local alcohol laws and industry standards, so we don't allow certain kinds of alcohol-related advertising, both for alcohol and drinks that resemble alcohol. Some types of alcohol-related ads are allowed if they meet the policies below, don't target minors, and target only countries that are explicitly allowed to show alcohol ads.

Learn about what happens if you violate our policies. If you think your ad was incorrectly disapproved, you can request a review through the Disapproved ads and policy questions form.

## Alcohol sale

We consider ads to be promoting the sale of alcoholic beverages when one or more alcoholic beverages are featured in the ad, and alcohol can be purchased on the destination site or app.

Allowed: We allow advertising for the online sale of alcoholic beverages to run in the countries below.

Countries that allow such ads

**1770**
1965

| | | |
|---|---|---|
| Albania | Germany | Panama |
| Argentina | Ghana | Peru |
| Australia | Greece | Philippines |
| Austria | Hong Kong | Portugal |
| Belgium | Hungary | Puerto Rico |
| Bosnia and Herzegovina | Iceland | Romania |
| Brazil | Ireland | Senegal |
| Bulgaria | Israel | Singapore |
| Cambodia | Italy | Slovakia |
| Canada | Japan | South Africa |
| Chile | Kenya | Spain |
| Colombia | Latvia | Sweden |
| Costa Rica | Luxembourg | Switzerland |
| Cyprus | Malta | Uganda |
| Czech Republic | Mexico | Ukraine |
| Denmark | Montenegro | United Kingdom |
| Estonia | Netherlands | United States |
| France | New Zealand | Uruguay |
| | Nigeria | |

☐ Promoting the sale of alcoholic beverages with a volume of below certain percent. The advertiser should indicate the highest alcohol by volume (ABV) on the landing page.

Countries that allow such ads

Ecuador (5% or less alcohol)
India (0% alcohol)
Indonesia (0% alcohol)
Vietnam (less than 5.5% alcohol)

☐ Not allowed: Advertising for the online sale of alcoholic beverages is not allowed to run in any countries not listed above. If your campaign targets only countries that aren't listed, your ad will be disapproved.

# Alcohol information

Branding and informational ads include promotions which focus on alcoholic beverages, or spread awareness of alcoholic beverages, but which do not offer them for online sale.

☐ Allowed: We allow brand or informational advertising for alcoholic beverages to run in the countries below:

### Countries that allow such ads

| | | |
|---|---|---|
| Albania | Germany | Paraguay |
| Argentina | Ghana | Peru |
| Australia | Greece | Philippines |
| Austria | Honduras | Portugal |
| Belgium | Hong Kong | Puerto Rico |
| Bosnia and Herzegovina | Hungary | Romania |
| Bolivia | Iceland | Senegal |
| Brazil | Ireland | Singapore |
| Bulgaria | Israel | Slovakia |
| Cambodia | Italy | South Africa |
| Canada | Japan | South Korea |
| Chile | Kenya | Spain |
| Colombia | Latvia | Sweden |
| Costa Rica | Luxembourg | Switzerland |
| Cyprus | Malta | Taiwan |
| Czech Republic | Mexico | Uganda |
| Denmark | Montenegro | Ukraine |
| Dominican Republic | Netherlands | United Kingdom |
| El Salvador | New Zealand | United States |
| Estonia | Nicaragua | Uruguay |
| France | Nigeria | Venezuela |
| | Panama | |

Brand or informational advertising for alcoholic beverages with a volume of below certain percent. The advertiser should indicate the highest alcohol by volume (ABV) on the landing page.

### Countries that allow such ads

Ecuador (5% or less alcohol)
India (0% alcohol)
Indonesia (0% alcohol)
Vietnam (less than 5.5% alcohol)

Not allowed: Brand or informational advertising for alcoholic beverages is not allowed to run in any countries not listed above. If your campaign targets only countries that aren't listed, your ad will be disapproved.

### Troubleshooter: Alcohol targeting

1. Read the policy above to see the types of alcohol-related content that we don't allow as well as country-specific restrictions for places that your campaign targets.
2. Target a different location. If your ad meets the basic policy requirements but not those for the countries that your campaign targets, you can choose to edit your location

targeting to run your ads somewhere else where they do meet our requirements. Once you target your campaign only to acceptable locations, please request a review of your disapproved ads, and we'll check if they can start running:

Request a review

Or, if it's important to keep targeting your existing locations, follow the steps below to make your ad and site or app comply.

3. Change your ad's landing page. If your ad leads to content that violates this policy, edit the landing page to make it comply. Once you've fixed the violation, resubmit your ad using the steps below.

Or, you can change your final URL to point to another part of your website or app that doesn't violate this policy.

4. Remove that content from your ad. If your ad violates this policy, please edit it to make it comply.

Take me to my account

- On your Ads tab, hover over the ad you want to edit.
- Click the pencil icon next to your ad to edit it.
- Click Save when you're done.

Once you edit and save your ad, it gets sent to us for review. Most ads are reviewed within 1 business day, though some can take longer if they need a more complex review. If we find that you've removed the unacceptable content from your ad and landing page, we can approve your ad to start running. If you've made changes to fix certain kinds of violations, you might be able to resubmit your entire campaign for review.

- On your Ads tab, look at the "Status" column. Hover over the white speech bubble ⧉ next to "Disapproved."
- Click "Resubmit my campaign for review." Remember that this link will appear only if your ad was disapproved for certain violations.
- Follow the on-screen instructions to resubmit the eligible disapproved ads in your campaign.

If you aren't able to fix these violations, or you choose not to, please remove your ad to help prevent your account from becoming suspended in the future for having too many disapproved ads.

# Irresponsible alcohol advertising

We consider the following to be irresponsible in alcohol-related advertising, and any ads containing this content will be disapproved.

☐ Targeting individuals below the legal drinking age in any country where you want your ads to serve

☐ Implying that drinking alcohol can improve social, sexual, professional, intellectual, or athletic standing

☐ Implying that drinking alcohol provides health or therapeutic benefits

   Example (non-exhaustive): "A wine a day keeps the doctor away"

☐ Portraying excessive drinking favorably or featuring binge or competition drinking

☐ Showing alcohol consumption in conjunction with the operation of a vehicle of any kind, the operation of machinery, or the performance of any task requiring alertness or dexterity

Troubleshooter: Irresponsible alcohol advertising

1. Fix the ad's destination. Remove any content prohibited by this policy. If you can't fix the ad's destination, update the ad with a new destination that complies with this policy.
2. Edit the ad. Remove any content that we don't allow. If your ad already complies with the policy but you made changes to the ad's destination, edit the ad and save it. This will resubmit the ad and its destination for review.

   Most ads are reviewed within 1 business day, though some can take longer if they need a more complex review.

Violations of this policy will not lead to immediate account suspension without prior warning. A warning will be issued, at least 7 days, prior to any suspension of your account. Learn more about suspended accounts.

# Effect of the policy

If your ad meets the requirements above and gets reviewed, here are details of how it can run:

**Country**

See the requirements above to learn where certain kinds of alcohol ads can and cannot run.

- If your ad campaign targets <u>only</u> countries where we don't allow these ads, your ad will be labeled "Disapproved" and won't run at all.
- If your ad campaign targets allowed and disallowed countries, your ad will be labeled "Eligible (limited)" and won't run in the disallowed countries (but can run in the allowed countries).

**Ad platform**

Can run alcohol ads:

- Google Ads
- YouTube (Alcohol advertisers who wish to use an age gate on their homepage, brand channel, and/or video may do so under our age gate policies)
- AdMob
- Google Ad Manager

**Ad network**

Google Search: Alcohol ads can show on Google and our Search Network. However, if someone has enabled the SafeSearch feature, they will not see this type of ad.

Display network: Alcohol ads can show in certain countries on partner properties (through AdSense and AdMob) that have opted-in to show such content. Learn more

AdX Seller network: Alcohol ads can show in certain countries on partner sites that have opted-in to show such content. Learn more

**Ad formats**

Acceptable ad formats can vary depending on factors such as the platform you're using, the status of your ad, and whether a publisher or partner has opted to show such ads. Here are some

typical examples, though they may vary:

Cannot promote alcohol:

- Gmail ads
- Reservation display ads
- Consumer ratings annotations
- Dynamic search ads

# Need help?

If you have questions about our policies, let us know: Contact Google Ads Support
Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo

Submit

# Advertising policies

- Ad format requirements
- Ad targeting
- Abusing the ad network
- Ads & made for kids content
- Alcohol
- Copyrights
- Counterfeit goods
- Dangerous products or services
- Data collection and use
- Destination requirements
- Editorial
- Enabling dishonest behavior
- Financial products and services
- Gambling and games
- Healthcare and medicines
- Inappropriate content
- Lead form requirements
- Legal requirements
- Misrepresentation

- Other restricted businesses
- Personalized advertising
- Political content
- Restricted ad formats and features
- Sexual content
- Technical requirements
- Trademarks

- ©2021 Google
- Privacy Policy
- Terms of Service



English

1. català
2. dansk
3. Deutsch
4. eesti
5. English (Australia)
6. English (United Kingdom)
7. español
8. español (Latinoamérica)
9. Filipino
10. français
11. hrvatski
12. Indonesia
13. italiano
14. latviešu
15. lietuvių
16. magyar
17. Melayu
18. Nederlands
19. norsk
20. polski
21. português
22. português (Brasil)
23. română
24. slovenčina
25. slovenščina
26. suomi
27. svenska
28. Tiếng Việt
29. Türkçe

30. čeština
31. Ελληνικά
32. български
33. русский
34. српски
35. українська
36. עברית
37. العربية
38. हिन्दी
39. ไทย
40. 中文（简体）
41. 中文（繁體）
42. 日本語
43. 한국어
44. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- Help Center

  o List of ad policies

  o Review process

  o Verification

  o Change log

- [Advertising Policies](#)

- [Privacy Policy](#)

- [Terms of Service](#)

- [Submit feedback](#)

Advertising policiesThird-party policiesRelated policies & terms
Approval processDisapprovals and suspensions
Verification programs
Upcoming and recent changesPast changes

# What is the issue with this selection?


Inaccurate - doesn't match what I see in the product


Hard to understand - unclear or translation is wrong


Missing info - relevant but not comprehensive


Irrelevant - doesn't match the title and / or my expectations


Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

# Share additional info or suggestions



Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.

Advertising Policies Help



Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

# Gambling and games

Google provides translated versions of our Help Center as a convenience, though they are not meant to change the content of our policies. The English version is the official language we use to enforce our policies. To view this article in a different language, use the language dropdown at the bottom of the page.

Display & Video 360 users must comply with this Google Ads policy. Visit the Display & Video 360 help center for additional restrictions.

We support responsible gambling advertising and abide by local gambling laws and industry standards, so we don't allow certain kinds of gambling-related advertising. Gambling-related ads are allowed if they comply with the policies below and the advertiser has received the proper AdWords certification. Gambling ads must target approved countries, have a landing page that displays information about responsible gambling, and never target minors. Check local regulations for the areas you want to target.

Below are some examples of gambling-related content that we allow only under certain conditions.

## Offline gambling

Promotion of physical, real-money gambling activity or establishments

Examples: "Brick and mortar casinos" in Las Vegas or Macau, entertainment event at casinos, streaming of offline poker tournaments

# Online gambling

If you want to advertise for online gambling, you must be certified by Google. Learn how to apply for certification.

Promotion of online, real-money gambling

Examples: Online casinos or bookmakers, bingo or slots sites or apps, online lottery ticket or scratch card purchase, online sports betting, games played with virtual currencies or items that have real-world value

Promotion of sites that contain or link to content relating to online gambling

Examples: Promotional products such as vouchers or bonus codes; educational materials such as tutorials or e-books; software such as poker odds calculators; other gambling-related information including tips, odds, handicapping, and sports picks; aggregator or affiliate sites that promote gambling-related content

# Online non-casino games

Any internet-based game where money or other items of value are paid or wagered in exchange for the opportunity to win real money or prizes based on the outcome of the game

Examples: Fantasy sports, online chess tournaments, or "match-three" video games played for money or prizes

# Social casino games

Social casino game ads are allowed if they comply with the policies below and the advertiser has received the proper Google Ads certification. Social casino game ads must target approved countries and should not appeal to minors. Check local regulations for the areas you want to target.

Promotion of social casino games, which are online simulated gambling games where there is no opportunity to win anything of value, such as money or prizes.

For social casino game ads and destinations, the following is not allowed:

Social casino game destinations that offer gambling or games where the opportunity exists to win real money or prizes based on the outcome of the game.

Promotion of "real money gambling" destinations. This includes gambling-related advertisements that appear on your social casino games destination.

## Gambling country restrictions

In addition to the requirements above, there may be further restrictions based on which countries your campaign targets. Check for restrictions by country, below. If a country isn't listed, it means Google Ads currently does not support gambling advertising in that country.

See country requirements

### Asia-Pacific

| Product | Allowed? | Details |
|---|---|---|
| Mahjong | Not allowed | Google doesn't allow the promotion of Mahjong when the exchange of money is involved. |

### Australia

| Product | Allowed? | Details |
|---|---|---|
| Online gambling | Allowed with limitations | Google allows ads promoting the following online gambling as long as the advertiser is a licensed operator registered with an appropriate Australian State or Territory and provides a valid license:<br><br>Sports betting<br>Lotteries<br><br>Advertisers must also be certified with Google. See how to apply. |
| Online gambling information | Allowed with limitations | Google allows ads promoting the following gambling-related products as long as the advertiser is a licensed operator registered with an appropriate Australian State or Territory and provides a valid license:<br><br>Gambling-related promotional materials such as vouchers and bonus codes |

Gambling-related tutoring and educational materials such as books and e-books
Gambling-related information such as tips, odds, and handicapping

Advertisers must also be certified with Google. See how to apply.

## Austria

| Product | Allowed? | Details |
|---|---|---|
| Online gambling | Allowed with limitations | Google allows ads promoting the following online gambling products as long as the advertiser is licensed by the Austrian Ministry of Finance according to all applicable regulations in Austria and, in the case of sports betting, also provides a valid sports betting permit number issued by the state government in at least one State of Austria according to all applicable regulations in Austria. |

Online gambling
Online bingo
Sports betting
Online casino games

Advertisers must also be certified with Google. See how to apply.

| | | Google allows ads promoting the following gambling-related products as long as the advertiser is licensed according to all applicable regulations in Austria and, in the case of sports betting, provides a valid sports betting permit number issued by the state government in at least one State of Austria according to all applicable regulations in Austria. |
|---|---|---|
| Gambling-related products | Allowed with limitations | |

Gambling-related promotional products such as gambling-related vouchers, bonus codes, etc.
Gambling-related tutoring and educational materials such as books and e-books
Gambling-related information such as tips, odds, and handicapping
Gambling-related lotteries

Advertisers must also be certified with Google. See how to apply.

## Belgium

| Product | Allowed? | Details |
|---|---|---|
| Online gambling | Allowed with limitations | Google allows ads promoting the following online gambling products as long as the advertiser is a company registered in Belgium, and if the online gambling activity requires a license, the advertiser provides a valid license number: |

Online gambling
Online bingo

**1784**

Sports betting
Online casino games
Online gambling comparison sites as long as no online gambling takes place on the aggregator site

Gambling-related products Allowed with limitations

Advertisers must also be certified with Google. See how to apply. Google allows ads promoting the following gambling-related products as long as the advertiser is a company registered in Belgium, and if the relevant online gambling activity requires a license, the advertiser provides a valid license number:

Gambling-related promotional products such as gambling-related vouchers, bonus codes, etc.
Gambling-related tutoring and educational materials such as books and e-books
Gambling-related information such as tips, odds, and handicapping
Gambling-related lotteries

Advertisers must also be certified with Google.

## Brazil

| Product | Allowed? | Details |
|---|---|---|
| Online gambling | Allowed with limitations | Google allows ads promoting the following online gambling content as long as they are licensed by the Brazilian gambling authorities: |

Lotteries
Horse racing
Sites that provide information about or a comparison of other gambling services licensed in Brazil, but do not themselves provide gambling activities that require a license. These sites may provide links to gambling services not operated or controlled by the aggregator.

Advertisers must also be certified with Google. See how to apply.

## Bulgaria

| Product | Allowed? | Details |
|---|---|---|
| Online gambling | Allowed with limitations | Google allows ads promoting the following online gambling content as long as they are licensed by the Bulgarian gambling authorities: |

Online gambling
Online bingo
Online casino games
Sports betting

Advertisers must also be certified with Google. See how to apply.

Gambling-related products Allowed with limitations

Google allows ads promoting the following gambling-related products as long as they are licensed by the Bulgarian gambling authorities:

Gambling-related tutoring and educational materials such as books and e-books
Gambling-related information such as tips, odds, and handicapping
Gambling-related promotional products such as gambling-related vouchers, bonus codes, etc.
Gambling-related lotteries

Advertisers must also be certified with Google. See how to apply.

## Canada

| Product | Allowed? | Details |
|---|---|---|
| Online gambling | Allowed with limitations | Google allows ads promoting the following online gambling products by state-licensed entities: |

Online gambling
Online bingo
Sports betting
Online casino games

Advertisers must also be certified with Google. See how to apply.

| Gambling-related products | Allowed with limitations | Google allows ads promoting the following gambling-related products by state-licensed entities: |

Gambling-related promotional products such as gambling-related vouchers, bonus codes, etc.
Gambling-related tutoring and educational materials such as books and e-books
Gambling-related information such as tips, odds, and handicapping
Gambling-related lotteries

Advertisers must also be certified with Google. See how to apply.

## China

| Product | Allowed? | Details |
|---|---|---|
| Gambling-related content | Not allowed | Google doesn't allow the following gambling-related content: |

Brick and mortar casinos
Physical gambling equipment

| Online non-casino games | Not allowed | Google doesn't allow advertising for Internet-based games where money or other items of value are paid or wagered to win a greater sum of money or other item of value. |

## Colombia

| Product | Allowed? | Details |
| --- | --- | --- |
| Gambling-related content | Allowed | Google allows ads promoting the following online gambling content as long as the advertiser is registered with the Colijuegos and provides a valid license: |

Slot or chance machines
Roulette
Black Jack
Baccarat
Bingo
Poker
Sports betting and fantasy sports games
Sites that provide information about -- or a comparison of -- other gambling services licensed in Colombia, but do not themselves provide gambling activities that require a license. They may provide links to gambling services not operated or controlled by the aggregator.

Advertisers must also be certified with Google. See how to apply.

## Croatia

| Product | Allowed? | Details |
| --- | --- | --- |
| Online gambling | Allowed with limitations | Google allows ads promoting the following online gambling content as long as they are licensed by the Croatian gambling authorities: |

Online gambling
Online bingo
Online casino games
Sports betting
Sites that provide information about or a comparison of other gambling services, but do not themselves provide gambling activities that require a license. These sites may provide links to gambling services not operated or controlled by the aggregator.

| Gambling-related products | Allowed with limitations | Advertisers must also be certified with Google. See how to apply. Google allows ads promoting the following gambling-related products as long as they are licensed by the Croatian gambling authorities: |

Gambling-related tutoring and educational materials such as books and e-books
Gambling-related information such as tips, odds, and handicapping

Gambling-related promotional products such as gambling-related vouchers, bonus codes, etc.
Gambling-related lotteries

Advertisers must also be certified with Google. See how to apply.

## Czech Republic

| Product | Allowed? | Details |
|---|---|---|
| Online gambling | Allowed with limitations | Google allows ads promoting the following online gambling content as long as they are licensed by the Czech gambling authorities:<br><br>Online bingo<br>Lotteries<br>Online casino games<br>Sports betting<br><br>Advertisers must also be certified with Google. See how to apply. |
| Gambling-related products | Allowed with limitations | Google allows ads promoting the following gambling-related products by state licensed entities:<br><br>Gambling-related tutoring and educational materials such as books and e-books<br>Gambling-related information such as tips, odds, and handicapping<br>Gambling-related promotional products such as gambling-related vouchers, bonus codes, etc.<br><br>Advertisers must also be certified with Google. See how to apply. |

## Denmark

| Product | Allowed? | Details |
|---|---|---|
| Online gambling | Allowed with limitations | Google allows ads for the following types of online gambling as long as the operator is licensed by the Danish Gambling Authority:<br><br>Location-based gambling<br>Online casino games<br>Online betting<br>Sports betting<br>Fantasy sports contests<br>Slot machines<br>Gambling-related information such as tips, odds, and handicapping<br>Gambling-related promotional products such as gambling-related vouchers, bonus codes, etc. |

Gambling-related tutoring and educational materials such as books and e-books

Advertisers must also be certified with Google. See how to apply.

Advertisers who provide information about, or a comparison of, gambling services, but do not themselves provide gambling activities that require a license can also apply, but must only link to the sites of licensed operators.

| State-operated online gambling | Allowed with limitations | Google allows licensed state operators to advertise the following gambling-related products: |

Gambling-related lotteries
Contests/Sweepstakes
Scratch games
Bingo
Horseracing
Gambling-related information such as tips, odds, and handicapping
Gambling-related promotional products such as gambling-related vouchers, bonus codes, etc.
Gambling-related tutoring and educational materials such as books and e-books

Advertisers must also be certified with Google. See how to apply.

Advertisers who provide information about, or a comparison of, gambling services, but do not themselves provide gambling activities that require a license can also apply, but must only link to the sites of licensed operators.

## Egypt

| Product | Allowed? | Details |
|---|---|---|
| Gambling-related content | Not allowed | Google doesn't allow the following gambling-related content:<br><br>Brick and mortar casinos |

## Estonia

| Product | Allowed? | Details |
|---|---|---|
| Gambling-related content | Not allowed | Google doesn't allow the following gambling-related content:<br><br>Brick and mortar casinos |

## Ethiopia

| Product | Allowed? | Details |
|---|---|---|

Online Gambling ☐ Allowed with limitations

Google allows ads promoting the following online gambling by state-run entities:

Lotto
Toto
Instant Lottery
Number Lottery
Multiple Prize Lottery
Modern Bingo

Google allows ads promoting the following online gambling by state-licensed entities:

Tombola or Raffle
Sport Betting Lottery
Conventional Bingo
Promotional Lottery

Advertisers must also be certified with Google. See how to apply here.

## Finland

| Product | Allowed? | Details |
|---|---|---|
| Online gambling | ☐ Allowed with limitations | Google allows ads promoting the following online gambling by state licensed entities: |

Online gambling
Online bingo
Sports betting
Online casino games

Advertisers must also be certified with Google.

| Gambling-related products | ☐ Allowed with limitations | Google allows ads promoting the following gambling-related products by state licensed entities: |

Gambling-related promotional products such as gambling-related vouchers, bonus codes, etc.
Gambling-related tutoring and educational materials such as books and e-books
Gambling-related information such as tips, odds, and handicapping
Gambling-related lotteries

Advertisers must also be certified with Google.

## France

| Product | Allowed? | Details |
|---|---|---|

**1790**

1985

| Online gambling | Allowed with limitations | Google allows ads promoting the following online gambling as long as the advertiser is registered with ARJEL (Autorité de Régulation des Jeux En Ligne), provides a valid operating license number, operates on a ".fr" domain, and publishes a warning on the landing page and also any image ads against excessive or pathological gaming as well a message referring to the help and information system as foreseen by the gambling laws: |

Online gambling
Online bingo
Sports betting
Online casino games
Lotteries

Gambling aggregators are sites that provide information about, or a comparison of, other gambling services, but do not themselves provide gambling activities that require a license. They may only provide links to gambling sites that hold an ARJEL operating license, but are not operated or controlled by the aggregator. Aggregators must display a message on the landing page warning against excessive or pathological gaming.

Advertisers must also be certified with Google. See how to apply.

| Gambling-related products | Allowed with limitations | Google allows ads promoting the following gambling-related products as long as the advertiser is registered with ARJEL (Autorité de Régulation des Jeux En Ligne), provides a valid operating license number, operates on a ".fr" domain, and publishes a warning on the landing page and also any image ads against excessive or pathological gaming as well a message referring to the help and information system as foreseen by the gambling laws: |

Gambling-related promotional products such as gambling-related vouchers, bonus codes, etc.
Gambling-related tutoring and educational materials such as books and e-books
Gambling-related information such as tips, odds, and handicapping

Advertisers must also be certified with Google. See how to apply.

## Germany

| Product | Allowed? | Details |
| Online gambling | Allowed with limitations | Google allows ads for the following online gambling if, and only to the extent that, the operator or broker (Vermittler) whose gambling offer is being advertised is in possession of a valid gambling operator license or broker license allowing for such advertisement on the Internet issued by the competent German authorities ("Gambling Advertising License"): |

Sports betting
Horse betting
Lotteries
Virtual slot-machine games*
Online casinos*
Online poker*

* Starting July 1, 2021

Customers (i.e. (1) Advertisers that are Gambling Advertising License holders advertising on their own behalf and (2) agencies that are commissioned by a Gambling Advertising License holder to advertise on their behalf) must also be certified with Google. See how to apply. Additionally, all Customers must follow the advertisement guidelines found at recht.nrw.de through June 30, 2021 and any relevant guidelines issued under applicable law by the competent German authority thereafter.

Note: Customers may be certified based on gambling advertising licenses issued prior to July 1, 2021 that are still valid under applicable law as of that date. Applicants should insert the applicable expiry date provided for under applicable transitional legal regulations in the "Term of Gambling Advertising License" field when applying for certification or recertification.

| | | |
|---|---|---|
| | | Google doesn't allow any other gambling-related content. |
| Any other gambling-related content | Not allowed | |

## Ghana

| Product | Allowed? | Details |
|---|---|---|
| Online Gambling | Allowed with limitations | Google allows ads promoting the following online gambling by state-run entities: |
| | | Lotteries |
| | | Google allows ads promoting the following online gambling by state-licensed entities: |
| | | National Lotto coupons |
| | | Sports betting |
| | | Online casinos |
| | | Advertisers must also be certified with Google. See how to apply here. |

## Greece

| Product | Allowed? | Details |
|---|---|---|
| Online gambling | Allowed with limitations | Google allows ads promoting the following online gambling provided the operator is appropriately authorized by the Greek authorities:<br><br>Casino games<br>Bingo<br>Sports betting<br>Lotteries<br><br>Advertisers must also be certified with Google. See how to apply. |
| Online gambling-related products | Allowed with limitations | Google allows ads for the following online gambling-related products provided the operator is appropriately authorized by the Greek authorities:<br><br>Gambling-related promotional products such as gambling-related vouchers, bonus codes, etc.<br>Gambling-related tutoring and educational materials such as books and e-books<br>Gambling-related information such as tips, odds, and handicapping<br><br>Advertisers must also be certified with Google. See how to apply. |

## Hong Kong

| Product | Allowed? | Details |
|---|---|---|
| Gambling-related content | Not allowed | Google doesn't allow the following gambling-related content:<br><br>Location-based or "brick-and-mortar" gambling |
| Online gambling | Allowed with limitations | Google allows ads promoting the following online gambling, when operated by state-licensed entities:<br><br>Lotteries<br>Sports betting<br><br>Advertisers must also be certified with Google. See how to apply. |

## Hungary

| Product | Allowed? | Details |
|---|---|---|
| Online gambling | Allowed with limitations | Google allows online casino games and sports betting as long as the advertiser is registered with the appropriate Hungarian |

Gambling Authority or the State Tax Authority and provides a valid license.

Google allows ads promoting the following online gambling by state-run entities:

Lotteries

Advertisers must also be certified with Google. See how to apply.

| Gambling-related products | Allowed with limitations | Google allows ads promoting the following gambling-related products as long as the advertiser is registered with the appropriate Hungarian Gambling Authority or the State Tax Authority and provides a valid license: |

Gambling-related promotional products such as gambling-related vouchers, bonus codes, etc.
Gambling-related tutoring and educational materials such as books and e-books
Gambling-related information such as tips, odds, and handicapping

Advertisers must also be certified with Google. See how to apply.

## India

| Product | Allowed? | Details |
|---------|----------|---------|
| Gambling-related content | Not allowed | Google doesn't allow the following gambling-related content: Location-based or "brick-and-mortar" gambling. |
| Online non-casino games | Allowed | Google allows the promotion of Daily Fantasy Sports as long as the advertisement doesn't promote any other form of online gambling. Daily Fantasy Sports ads may not target the following states: Andhra Pradesh, Assam, Nagaland, Odisha, Sikkim, Tamil Nadu, and Telangana. Advertisers must also be certified with Google. See how to apply. |
| Online casino games | Allowed | Google doesn't allow the promotion of any online casino games with the exception of Rummy. Google Ads allows Rummy advertisements to target India as long as the advertisement doesn't promote any other form of online gambling. Rummy ads may not target the following states: Andhra Pradesh, Assam, Nagaland, Odisha, Sikkim, and Telangana. Advertisers must also be certified with Google. See how to apply. |

## Indonesia

| Product | Allowed? | Details |
|---------|----------|---------|
| Gambling-related content | Not allowed | Google doesn't allow the following gambling-related content:<br><br>Brick and mortar casinos |
| Online non-casino games | Not allowed | Google doesn't allow advertising for Internet-based games where money or other items of value are paid or wagered to win a greater sum of money or other item of value. |

## Republic of Ireland (excluding Northern Ireland)

| Product | Allowed? | Details |
|---------|----------|---------|
| Online gambling | Allowed with limitations | Google allows ads promoting the following online gambling as long as the advertiser is registered as a bookmaker with the Revenue Commissioners and provides a valid license number:<br><br>Online gambling<br>Online bingo<br>Sports betting<br>Online casino games<br>Online gambling comparison sites as long as no online gambling takes place on the aggregator site<br><br>Advertisers must also be certified with Google. See how to apply. |
| Gambling-related products | Allowed with limitations | Google allows ads promoting the following gambling-related products as long as the advertiser is registered as a bookmaker with the Revenue Commissioners and provides a valid license number:<br><br>Gambling-related promotional products such as gambling-related vouchers, bonus codes, etc.<br>Gambling-related tutoring and educational materials such as books and e-books<br>Gambling-related information such as tips, odds, and handicapping<br>Gambling-related lotteries<br><br>Advertisers must also be certified with Google. See how to apply. |

## Israel

| Product | Allowed? | Details |
|---------|----------|---------|
| Online gambling | Allowed with limitations | Google allows ads promoting the following online gambling by state licensed entities:<br><br>Online gambling<br>Online bingo<br>Sports betting |

Online casino games

Gambling-related products ☐ Allowed with limitations

Advertisers must also be certified with Google. Google allows ads promoting the following gambling-related products by state licensed entities:

Gambling-related promotional products such as gambling-related vouchers, bonus codes, etc.
Gambling-related tutoring and educational materials such as books and e-books
Gambling-related information such as tips, odds, and handicapping
Gambling-related lotteries

Advertisers must also be certified with Google.

## Italy

| Product | Allowed? | Details |
|---------|----------|---------|
| Gambling related content | ☐ Allowed with limitations | Google allows only ads promoting lotteries with deferred drawing from state-run entities. Ads promoting brick and mortar casinos and online gambling are not allowed.<br><br>Advertisers must also be certified with Google. See how to apply. |

## Japan

| Product | Allowed? | Details |
|---------|----------|---------|
| Online gambling | ☐ Allowed with limitations | Google allows government-controlled gambling (horse, motorboat, bicycle and auto racing), but only announcements from the event organizers. Google doesn't allow advertising for gambling online about the events. |
| Gambling-related products | ☐ Allowed with limitations | Advertisers must also be certified with Google. See how to apply. Google allows gambling-related lotteries by state licensed entities.<br><br>Advertisers must also be certified with Google. See how to apply. |

## Kenya

| Product | Allowed? | Details |
|---------|----------|---------|
| Online Gambling | ☐ Allowed with limitations | Google allows ads promoting the following online gambling content as long as they are licensed by the Kenyan gambling authority:<br><br>Lotteries<br>Sports Betting<br>Online Casino Games |

Advertisers must also be certified with Google. See how to apply.

## Korea

| Product | Allowed? | Details |
|---|---|---|
| Gambling-related content | Not allowed | Google doesn't allow the following gambling-related content: |

Location-based or "brick-and-mortar" gambling

| Product | Allowed? | Details |
|---|---|---|
| Online gambling | Allowed with limitations | Google allows ads promoting the following online gambling by state-run or state-licensed entities: |

Lotteries
Sports betting

Advertisers must be certified with Google. See how to apply.

## Latvia

| Product | Allowed? | Details |
|---|---|---|
| Online gambling | Allowed with limitations | Google allows ads promoting the following online gambling by state-run entities: |

Lotteries

Advertisers must also be certified with Google. See how to apply.

## Lithuania

| Product | Allowed? | Details |
|---|---|---|
| Online gambling | Not allowed | Google doesn't allow advertising for Internet-based games where money or other items of value are paid or wagered to win a greater sum of money or other item of value. |
| Gambling-related content | Not allowed | Google doesn't allow the following gambling-related content: |

Brick and mortar casinos

| Product | Allowed? | Details |
|---|---|---|
| Gambling-related products | Not allowed | Google doesn't allows ads promoting the following gambling-related products: |

Gambling-related promotional products such as gambling-related vouchers, bonus codes, etc.
Gambling-related tutoring and educational materials such as books and e-books
Gambling-related information such as tips, odds, and handicapping

## Malaysia

| Product | Allowed? | Details |
|---|---|---|

**1797**

1992

| Gambling-related content | Not allowed | Google doesn't allow the following gambling-related content:<br><br>Location-based or "brick-and-mortar" gambling |
| Online non-casino games | Not allowed | Google doesn't allow advertising for Internet-based games where money or other items of value are paid or wagered to win a greater sum of money or other item of value. |

## Mexico

| Product | Allowed? | Details |
|---------|----------|---------|
| Online gambling | Allowed with limitations | Google allows ads promoting the following types of online gambling as long as the advertiser evidences that the relevant landing page is operated by an operator registered with the Secretaria de Gobernacion and provides a valid license number, or that it is operated by Pronósticos para la Asistencia Pública and provides a copy of a valid agreement that evidences its character as agency (comisionista) or promotional partner (socio promocional):<br><br>Online casino games (including slot machines)<br>Bingo<br>Lotteries<br>Sports betting<br>Sites that provide information about, or a comparison of, other gambling services, but do not themselves provide gambling activities that require a license. They may only provide links to gambling sites that hold a valid operating license in Mexico, but are not operated or controlled by the aggregator.<br><br>Advertisers or operators must publish a warning on their landing page and also in their ads indicating that gambling isn't for minors (such as "prohibido para menores") and including messages that invite people to play responsibly (such as "juega responsablemente").<br><br>Advertisers must also be certified with Google. See how to apply. |

## Morocco

| Product | Allowed? | Details |
|---------|----------|---------|
| Gambling-related content | Not allowed | Google doesn't allow the following gambling-related content:<br><br>Brick and mortar casinos |

## Netherlands

| Product | Allowed? | Details |
|---------|----------|---------|
| Online gambling | Allowed with limitations | Google allows ads promoting the following online gambling by state licensed entities:<br><br>Online gambling |

Online bingo
Sports betting

Gambling-related products | Allowed with limitations

Advertisers must also be certified with Google.
Google allows ads promoting the following gambling-related products by state licensed entities:

Gambling-related promotional products such as gambling-related vouchers, bonus codes, etc.
Gambling-related tutoring and educational materials such as books and e-books
Gambling-related information such as tips, odds, and handicapping
Gambling-related lotteries

Advertisers must also be certified with Google.

## New Zealand

| Product | Allowed? | Details |
| --- | --- | --- |
| Online gambling | Allowed with limitations | Google allows ads promoting the following online gambling by state licensed entities: |

Online gambling
Online bingo
Sports betting
Online casino games

Advertisers must also be certified with Google.

Gambling-related products | Allowed with limitations

Google allows ads promoting the following gambling-related products by state licensed entities:

Gambling-related promotional products such as gambling-related vouchers, bonus codes, etc.
Gambling-related tutoring and educational materials such as books and e-books
Gambling-related information such as tips, odds, and handicapping
Gambling-related lotteries

Advertisers must also be certified with Google.

## Nigeria

| Product | Allowed? | Details |
| --- | --- | --- |
| Online Gambling | Allowed with limitations | Google allows ads promoting the following online gambling content as long as they are licensed by the Nigerian gambling authority: |

Lotteries

**1799**

1994

Sports Betting
Online Casino Games

Advertisers must also be certified with Google. See how to apply.

## Northern Ireland

| Product | Allowed? | Details |
|---------|----------|---------|
| Offline gambling | Not allowed | Google doesn't allow offline gambling content, including brick and mortar casinos. |
| Online gambling | Not allowed (with the exception of lotteries) | Google doesn't allow online gambling content, including: |

- Casino games
- Bingo
- Sports betting

Note: UK State-owned or government-licensed lotteries are allowed.

## Norway

| Product | Allowed? | Details |
|---------|----------|---------|
| Online gambling | Allowed with limitations | Google allows ads promoting the following online gambling by state licensed entities: |

Online gambling
Online bingo
Sports betting
Online casino games

Advertisers must also be certified with Google.

| | | |
|---------|----------|---------|
| Gambling-related products | Allowed with limitations | Google allows ads promoting the following gambling-related products by state licensed entities: |

Gambling-related promotional products such as gambling-related vouchers, bonus codes, etc.
Gambling-related tutoring and educational materials such as books and e-books
Gambling-related information such as tips, odds, and handicapping
Gambling-related lotteries

Advertisers must also be certified with Google.

## Peru

| Product | Allowed? | Details |
|---------|----------|---------|
| Online gambling | Not allowed | Google doesn't allow online gambling content, including: |

- Casino games

- Bingo
- Sports betting
- Lotteries

## Philippines

| Product | Allowed? | Details |
|---|---|---|
| Gambling-related content | Not allowed | Google doesn't allow the following gambling-related content:<br><br>Location-based or "brick-and-mortar" gambling |
| Online gambling | Allowed with limitations | Google allows ads promoting the following online gambling by state run entities:<br><br>Casino games<br>Lotteries<br><br>Advertisers must also be certified with Google. See how to apply. |
| Online non-casino games | Not allowed | Google doesn't allow advertising for Internet-based games where money or other items of value are paid or wagered to win a greater sum of money or other item of value. |

## Portugal

| Product | Allowed? | Details |
|---|---|---|
| Online gambling | Allowed with limitations | Google allows ads promoting the following online gambling content as long as they are licensed by the Portuguese authorities:<br><br>Online gambling<br>Online bingo<br>Sports betting<br>Online casino games<br>Sites that provide information about — or a comparison of — other gambling services licensed in Portugal, but do not themselves provide gambling activities that require a license. They may provide links to gambling services not operated or controlled by the aggregator.<br><br>Advertisers must also be certified with Google. |
| Gambling-related products | Allowed with limitations | Google allows ads promoting the following gambling-related products as long as they are licensed by the Portuguese authorities:<br><br>Gambling-related promotional products such as gambling-related vouchers, bonus codes, etc.<br>Gambling-related tutoring and educational materials such as books and e-books<br>Gambling-related information such as tips, odds, and handicapping |

Gambling-related lotteries

Advertisers must also be certified with Google.

## Romania

| Product | Allowed? | Details |
|---|---|---|
| Online gambling | Allowed with limitations | Google allows ads promoting the following online gambling as long as the advertiser is registered with the appropriate authority and submits valid licensing: |

Casino games
Sports betting
Bingo
Lotteries
Sites that provide information about, or a comparison of, other gambling services, but do not themselves provide gambling activities that require a license. They may provide links to gambling services not operated or controlled by the aggregator.

Advertisers must also be certified with Google. See how to apply.

| Online gambling-related products | Allowed with limitations | Google allows ads promoting the following online gambling as long as the advertiser is registered with the appropriate authority and submits valid licensing: |
|---|---|---|

Gambling-related promotional products such as gambling-related vouchers, bonus codes, etc.
Gambling-related tutoring and educational materials such as books and e-books
Gambling-related information such as tips, odds, and handicapping

Advertisers must also be certified with Google. See how to apply.

## Russia

| Product | Allowed? | Details |
|---|---|---|
| Gambling-related content | Not allowed | Google doesn't allow the following gambling-related content: |

Brick and mortar casinos
Non-casino/gambling-related games for money

| National or state lotteries | Allowed with limitations | Google allows national or state lotteries. Advertisers must also be certified with Google. See how to apply. |
|---|---|---|

## Serbia

| Product | Allowed? | Details |
|---|---|---|

| | | |
|---|---|---|
| Online gambling | ☐ Allowed with limitations | Google allows ads promoting the following online gambling as long as the advertiser is registered with the appropriate authority and submits valid licensing: |

Casino games
Sports betting
Bingo
Sites that provide information about, or a comparison of, other gambling services, but do not themselves provide gambling activities that require a license. They may provide links to gambling services not operated or controlled by the aggregator.

Google allows ads promoting the following online gambling-related products by state-run entities:

Lotteries

Advertisers must also be certified with Google. See how to apply.

| | | |
|---|---|---|
| Online gambling-related products | ☐ Allowed with limitations | Google allows ads promoting the following online gambling as long as the advertiser is registered with the appropriate authority and submits valid licensing: |

Gambling-related promotional products such as gambling-related vouchers, bonus codes, etc.
Gambling-related tutoring and educational materials such as books and e-books
Gambling-related information such as tips, odds, and handicapping

Advertisers must also be certified with Google. See how to apply.

## Singapore

| Product | Allowed? | Details |
|---|---|---|
| Gambling-related content | ☐ Not allowed | Google doesn't allow the following gambling-related content: |

Location-based or "brick-and-mortar" gambling
Online gambling

## Slovakia

| Product | Allowed? | Details |
|---|---|---|
| Online gambling | ☐ Allowed with limitations | Google allows ads promoting the following online gambling content as long as they are licensed by the Slovakian authorities: |

Online gambling
Online bingo

**1803**
1998

Online casino games
Sports betting

Advertisers must also be certified with Google. See how to apply.

| Gambling-related products | Allowed with limitations | Google allows ads promoting the following gambling-related products as long as they are licensed by the Slovakian authorities: |
|---|---|---|

Gambling-related tutoring and educational materials such as books and e-books
Gambling-related information such as tips, odds, and handicapping
Gambling-related promotional products such as gambling-related vouchers, bonus codes, etc.
Gambling-related lotteries

Advertisers must also be certified with Google. See how to apply.

## Slovenia

| Product | Allowed? | Details |
|---|---|---|
| Online gambling | Allowed with limitations | Google allows the following online gambling by state-run entities: |

Lotteries

Advertisers must also be certified with Google. See how to apply.

## South Africa

| Product | Allowed? | Details |
|---|---|---|
| Online gambling | Allowed with limitations | Google allows ads promoting the following online gambling by state-licensed entities: |

Lotteries
Sports Betting

Advertisers must also be certified with Google. See how to apply.

## Spain

| Product | Allowed? | Details |
|---|---|---|
| Online gambling | Allowed with limitations | Google allows ads promoting the following types of online gambling as long as the advertiser is registered with the Spanish gambling authority, provides the relevant valid licenses, and complies with all local regulations: |

Casino games

Sports betting
Bingo
Raffles
Lotteries

| Gambling-related products | ☐ Allowed with limitations | Advertisers must also be certified with Google. See how to apply. Google allows ads promoting the following gambling-related products as long as the advertiser is registered with the Spanish gambling authority and provides the relevant valid licenses:<br><br>Gambling-related promotional products such as gambling-related vouchers, bonus codes, etc.<br>Gambling-related tutoring and educational materials such as books and e-books<br>Gambling-related information such as tips, odds, and handicapping<br><br>Advertisers must also be certified with Google. See how to apply. |

## Sweden

| Product | Allowed? | Details |
| --- | --- | --- |
| Online gambling | ☐ Allowed with limitations | Google allows ads promoting the following online gambling by Spelinspektionen licensed operators:<br><br>Lotteries<br>Online gambling<br>Online bingo<br>Sports betting<br>Online casino games<br><br>Advertisers must also be certified with Google. |
| Gambling-related products | ☐ Allowed with limitations | Google allows ads promoting the following online gambling by Spelinspektionen licensed operators:<br><br>Gambling-related promotional products such as gambling-related vouchers, bonus codes, etc.<br>Gambling-related tutoring and educational materials such as books and e-books<br>Gambling-related information such as tips, odds, and handicapping<br>Gambling-related lotteries<br><br>Advertisers must also be certified with Google. |

## Switzerland

| Product | Allowed? | Details |
| --- | --- | --- |

| Online gambling | ☐ Allowed with limitations | Google allows ads promoting the following online gambling by state licensed entities:<br><br>Lotteries<br>Online casino games<br><br>Google allows ads promoting the following online gambling-related products by state-run entities:<br><br>Sports betting<br><br>For both of the above, advertisers must also be certified with Google. See how to apply. |

## Taiwan

| Product | Allowed? | Details |
|---|---|---|
| Gambling-related content | ☐ Not allowed | Google doesn't allow the following gambling-related content:<br><br>Location-based or "brick-and-mortar" gambling |
| Online gambling | ☐ Allowed with limitations | Google allows ads promoting the following online gambling by state-approved entities:<br><br>State-run Lotteries<br>State-hosted Lotteries<br><br>Advertisers must also be certified with Google. See how to apply. |

## Tanzania

| Product | Allowed? | Details |
|---|---|---|
| Online Gambling | ☐ Allowed with limitations | Google allows ads promoting the following online gambling by state-licensed entities:<br><br>Lotteries<br>Sports betting<br>Online casinos<br><br>Advertisers must also be certified with Google. See how to apply here. |

## Thailand

| Product | Allowed? | Details |
|---|---|---|
| Gambling-related content | ☐ Not allowed | Google doesn't allow the following gambling-related content:<br><br>Location-based or "brick-and-mortar" gambling |

| Online gambling | ☐ Allowed with limitations | Google allows ads promoting the following online gambling by state-run entities:<br><br>Sports betting (horse racing only)<br>Lotteries<br><br>Advertisers must also be certified with Google. See how to apply. |
| Online non-casino games | ☐ Not allowed | Google doesn't allow advertising for Internet-based games where money or other items of value are paid or wagered to win a greater sum of money or other item of value. |

## Turkey

| Product | Allowed? | Details |
|---|---|---|
| Online gambling | ☐ Allowed with limitations | Google allows ads promoting the following online gambling by state licensed entities:<br><br>Lotteries<br>Sports betting<br><br>Advertisers must also be certified with Google. |
| Gambling-related products | ☐ Allowed with limitations | Google allows ads promoting the following gambling-related products by state licensed entities:<br><br>Gambling-related promotional products such as gambling-related vouchers, bonus codes, etc.<br>Gambling-related tutoring and educational materials such as books and e-books<br>Gambling-related information such as tips, odds, and handicapping<br>Gambling-related lotteries<br><br>Advertisers must also be certified with Google. |

## Ukraine

| Product | Allowed? | Details |
|---|---|---|
| Gambling-related content | ☐ Not allowed | Google doesn't allow the following gambling-related content:<br><br>Location-based or "brick-and-mortar" gambling |
| Online gambling | ☐ Allowed with limitations | Google allows ads promoting the following online gambling-related products by state-run entities:<br><br>Lotteries<br><br>Advertisers must also be certified with Google. See how to apply. |

## United Arab Emirates

| Product | Allowed? | Details |
|---------|----------|---------|
| Gambling-related content | Not allowed | Google doesn't allow the following gambling-related content:<br><br>Brick and mortar casinos |

## United Kingdom

| Product | Allowed? | Details |
|---------|----------|---------|
| Online gambling | Allowed with limitations | Google allows ads promoting the following online gambling content as long as the advertiser is registered with the Gambling Commission and provides a valid operating license number. |

- Online bingo
- Sports betting
- Online casino games
- Lotteries
- Sites that provide information about, or a comparison of, other gambling services, but do not themselves provide gambling activities that require a license. They may provide links to gambling services not operated or controlled by the aggregator.

Advertisers must also be certified with Google. See **how to apply**.

| | | |
|---------|----------|---------|
| Gambling-related products | Allowed with limitations | Google allows ads promoting the following gambling-related products: |

- Gambling-related promotional products such as gambling-related vouchers, bonus codes, etc.
- Gambling-related tutoring and educational materials such as books and e-books
- Gambling-related information such as tips, odds, and handicapping

Advertisers must also be certified with Google. See **how to apply**.

Note: Google does not allow online gambling content in Northern Ireland except for UK State-owned or government-licensed lotteries.

## United States

| Product | Allowed? | Details |
|---------|----------|---------|

| | | |
|---|---|---|
| Online non-casino games | Allowed with limitations | Google doesn't allow advertising for Internet-based games where money or other items of value are paid or wagered to win a greater sum of money or other item of value, except for Daily Fantasy Sports in certain states where legal. |

Daily Fantasy Sports advertisers must meet the following requirements, in addition to holding a state license where required:

- Ads may not target minors (younger than 18 years old).
- A disclaimer explaining that the service is intended only for adult users must be featured on the landing page.
- Information for problem gamblers must be in the ad creative and / or on the landing page.
- Advertisers cannot imply affiliations with schools or universities.

If advertisers are targeting their ads in a state that does not require a license, the advertisers must be licensed in at least one other state that does require a license to operate.

| | | |
|---|---|---|
| Online gambling | Allowed with limitations | Advertisers must also be certified with Google. See how to apply here. Google allows ads promoting the following online gambling by state-run entities: |

- Lotteries

Google allows ads promoting the following types of online gambling by state-licensed entities in certain states where legal:

- Horse racing
- Sports betting
- Online casinos
- Advertisers must (1) not target users under 21 or users outside of the state(s) where they are licensed, and (2) include a warning against the dangers of addictive and compulsive gambling and related assistance information on the landing page or in the creative

Advertisers must also be certified with Google. See how to apply.

Vietnam

| Product | Allowed? | Details |
|---------|----------|---------|

| | | |
|---|---|---|
| Gambling-related content | ☐ Not allowed | Google doesn't allow the following gambling-related content:<br><br>Brick and mortar casinos |
| Online non-casino games | ☐ Not allowed | Google doesn't allow advertising for Internet-based games where money or other items of value are paid or wagered to win a greater sum of money or other item of value. |

## Social casino games country restrictions

Google Ads accounts can target social casino ads only to the countries listed in the two groups below. Due to differences in legal and technical requirements, a single Google Ads account can't target countries from both groups. Advertisers who want to target both groups of countries must create a separate account for each group.

### Group 1

Australia, Austria, Brazil, Bulgaria, Canada, Colombia, Czech Republic, Denmark, Finland, France, Germany, Greece, Hungary, Ireland, Israel, Italy, Japan, Latvia, Lithuania, Mexico, Netherlands, New Zealand, Norway, Peru, Portugal, Romania, Russia, Serbia, Slovakia, South Africa, Spain, Sweden, Switzerland, United Kingdom, United States

| Product | Allowed? | Details |
|---|---|---|
| Social casino games | ☐ Allowed with limitations | Google allows social casino game ads if:<br><br>The advertiser is the operator (or an agency representing the operator) of social casino games (aggregators and affiliates will not be accepted)<br>The advertiser holds a valid local license for distribution of their games in the targeted countries, where applicable<br>Ads, sites, or apps don't use real-money gambling logos, names, or marks<br><br>Advertisers must also be certified with Google. See how to apply. |

### Group 2

Hong Kong, India, Korea, Malaysia, Taiwan, Thailand, Vietnam

| Product | Allowed? | Details |
|---|---|---|

| Social casino games | ☐ Allowed with limitations | Google allows social casino game ads if:<br><br>The advertiser is the operator (or an agency representing the operator) of social casino games (aggregators and affiliates will not be accepted)<br>The advertiser holds a valid local license for distribution of their games in the targeted countries, where applicable<br>Ads, sites, or apps don't use real-money gambling logos, names, or marks<br><br>Advertisers must also be certified with Google. See how to apply. |

## Social casino games country restrictions

Google Ads accounts can target social casino ads only to the countries listed in the two groups below. Due to differences in legal and technical requirements, a single Google Ads account can't target countries from both groups. Advertisers who want to target both groups of countries must create a separate account for each group.

Group 1

Australia, Austria, Brazil, Bulgaria, Canada, Colombia, Czech Republic, Denmark, Finland, France, Germany, Greece, Hungary, Ireland, Israel, Italy, Japan, Latvia, Lithuania, Mexico, Netherlands, New Zealand, Norway, Peru, Portugal, Romania, Russia, Serbia, Slovakia, South Africa, Spain, Sweden, Switzerland, United Kingdom, United States

| Product | Allowed? | Details |
|---|---|---|
| Social casino games | ☐ Allowed with limitations | Google allows social casino game ads if:<br><br>The advertiser is the operator (or an agency representing the operator) of social casino games (aggregators and affiliates will not be accepted)<br>The advertiser holds a valid local license for distribution of their games in the targeted countries, where applicable<br>Ads, sites, or apps don't use real-money gambling logos, names, or marks<br><br>Advertisers must also be certified with Google. See how to apply. |

Group 2

Hong Kong, India, Korea, Malaysia, Taiwan, Thailand, Vietnam

| Product | Allowed? | Details |
|---|---|---|
| Social casino games | Allowed with limitations | Google allows social casino game ads if: |

The advertiser is the operator (or an agency representing the operator) of social casino games (aggregators and affiliates will not be accepted)
The advertiser holds a valid local license for distribution of their games in the targeted countries, where applicable
Ads, sites, or apps don't use real-money gambling logos, names, or marks

Advertisers must also be certified with Google. See how to apply.

# How to fix a violation

Here's more detail about each violation and what you can do if your ad is disapproved.

Gambling ad targets a restricted country

1. Read the policy above to see the types of gambling-related content that we don't allow and the country-specific restrictions for places that your campaign targets. If you're not properly licensed to promote gambling, you won't be able to run ads promoting gambling-related content.
   See the country requirements

If you do meet the requirements:

2. Apply to be certified by Google. If you haven't already, send us your official gambling licensing information -- see how to apply. You need to complete the application form for every country that you'd like to target. If your application is approved, please request a review of your disapproved ads so they can start running.

3. Target your certified location. If you are properly licensed and have already been certified by Google, edit your location targeting to target only the countries for which you submitted in your certification request. If you'd like to target a new location, you need to apply again specifically for that country. Once you're targeting only countries where you've been certified by Google, please request a review of your disapproved ads so they can start running.

If you don't meet the requirements:

4. Target a different location. If your ad meets the basic policy requirements but not those for the countries that your campaign targets, you can choose to edit your location targeting to run your ads somewhere else where they do meet our requirements. Once

you target your campaign only to acceptable locations, please request a review of your disapproved ads, and we'll check if they can start running:
Request a review

5. Change your ad's landing page. If your ad leads to content that violates this policy, edit the landing page to make it comply. Once you've fixed the violation, resubmit your ad using the steps below.

   Or, you can change your final URL to point to another part of your website or app that doesn't violate this policy.

6. Remove that content from your ad.

   If your ad violates this policy, please edit it to make it comply.
   Take me to my account

   - On your Ads tab, hover over the ad you want to edit.
   - Click the pencil icon next to your ad to edit it.
   - Click Save when you're done.

Once you edit and save your ad, it gets sent to us for review. Most ads are reviewed within 1 business day, though some can take longer if they need a more complex review. If we find that you've removed the unacceptable content from your ad and landing page, we can approve your ad to start running. If you've made changes to fix certain kinds of violations, you might be able to resubmit your entire campaign for review.

   - On your Ads tab, look at the "Status" column. Hover over the white speech bubble ⬜ next to "Disapproved."
   - Click "Resubmit my campaign for review." Remember that this link will appear only if your ad was disapproved for certain violations.
   - Follow the on-screen instructions to resubmit the eligible disapproved ads in your campaign.

If you aren't able to fix these violations, or you choose not to, please remove your ad to help prevent your account from becoming suspended in the future for having too many disapproved ads.
Gambling certificate required

1. Read the policy above to see the types of gambling-related content that we don't allow and the country-specific restrictions for places that your campaign targets. If you're not properly licensed to promote gambling, you won't be able to run ads promoting gambling-related content.
   See the country requirements

If you do meet the requirements:

2. Apply to be certified by Google. If you haven't already, send us your official gambling licensing information -- see how to apply. You need to complete the application form for every country that you'd like to target. If your application is approved, please request a review of your disapproved ads so they can start running.

3. Target your certified location. If you are properly licensed and have already been certified by Google, edit your location targeting to target only the countries for which you submitted in your certification request. If you'd like to target a new location, you need to apply again specifically for that country. Once you're targeting only countries where you've been certified by Google, please request a review of your disapproved ads so they can start running.

If you don't meet the requirements:

4. Target a different location. If your ad meets the basic policy requirements but not those for the countries that your campaign targets, you can choose to edit your location targeting to run your ads somewhere else where they do meet our requirements. Once you target your campaign only to acceptable locations, please request a review of your disapproved ads, and we'll check if they can start running:
Request a review

5. Change your ad's landing page. If your ad leads to content that violates this policy, edit the landing page to make it comply. Once you've fixed the violation, resubmit your ad using the steps below.

Or, you can change your final URL to point to another part of your website or app that doesn't violate this policy.

6. Remove that content from your ad.

If your ad violates this policy, please edit it to make it comply.
Take me to my account

- On your Ads tab, hover over the ad you want to edit.
- Click the pencil icon next to your ad to edit it.
- Click Save when you're done.

Once you edit and save your ad, it gets sent to us for review. Most ads are reviewed within 1 business day, though some can take longer if they need a more complex review. If we find that you've removed the unacceptable content from your ad and landing page, we can approve your ad to start running. If you've made changes to fix certain kinds of violations, you might be able to resubmit your entire campaign for review.

- On your Ads tab, look at the "Status" column. Hover over the white speech bubble ⬜ next to "Disapproved."
- Click "Resubmit my campaign for review." Remember that this link will appear only if your ad was disapproved for certain violations.

- Follow the on-screen instructions to resubmit the eligible disapproved ads in your campaign.

If you aren't able to fix these violations, or you choose not to, please remove your ad to help prevent your account from becoming suspended in the future for having too many disapproved ads.

URL does not match gambling certificate

When you apply for certification to run gambling-related ads, your certificate is limited to the specific website that you included in your application. Your gambling ads can use only that approved website. Here are your options:

1. Apply to have another website certified by Google. If you want to promote a different website than the one you originally applied for, submit another application -- see how to apply. You need to complete the application form for every country that you'd like to target. If your application is approved, please request a review of your disapproved ads so they can start running.
2. Use the approved website for your ad. Edit your ad's URL to match the one you submitted in your certification application. Take me to my account
- On your Ads tab, hover over the ad you want to edit.
- Click the pencil icon next to your ad to edit your ad's URL.
- Click Save when you're done.

Once you edit and save your ad, it gets sent to us for review. Most ads are reviewed within 1 business day, though some can take longer if they need a more complex review. If we find that you've removed the unacceptable content from your ad and landing page, we can review your ad.

If you aren't able to fix these violations, or you choose not to, please remove your ad to help prevent your account from becoming suspended in the future for having too many disapproved ads.

# Apply for certification to promote gambling

1. See the policy and country-specific requirements, and confirm that you meet those requirements.
2. Apply for certification:
- If you are a privately-licensed operator in one of the countries where we permit online gambling content, please fill out the online gambling application form in the Google Ads Help Center. To help prevent unnecessary delays, be sure to provide all of the requested information.
- If you operate in one of the countries where we allow only state-run entities, please use this form. When completing the form:
- In Summary of the issue: Note that you're requesting certification to advertise as a state-run gambling entity, and provide your website URL.

- In Campaign name and Ad group name: Enter N/A if you haven't set up a campaign or ad group yet.
- If you are a social casino game operator, please use this form to submit your website URL or app, Google Ads customer ID, and the country group you are targeting.
3. If you want to target more than one country, please submit a separate application form for each country.

## Effect of the policy

If your ad meets the requirements above and is eligible, here are details of how it can run:

**Certification**

Advertisers need to apply for certification from Google in order to run certain types of gambling-related ads. See more details above.

**Country**

See the requirements above to learn where certain kinds of gambling ads can and cannot run.

- If your ad campaign targets only countries where we don't allow these ads, your ad will be labeled "Disapproved" and won't run at all.
- If your ad campaign targets allowed and disallowed countries, your ad will be labeled "Eligible (limited)" and won't run in the disallowed countries (but can run in the allowed countries).

**Ad platform**

Can run gambling ads:

- Google Ads
- Google Display Network
- YouTube (Gambling advertisers who wish to use an age gate on their homepage, brand channel, and/or video may do so under our age gate policies)
- AdMob

Cannot run gambling ads:

- Google Ad Manager

**Ad Network**

Google Search: Gambling ads can show on Google and our Search Network. However, if someone has enabled the SafeSearch feature, they will not see this type of ad.

Google Ad Manager Network: Gambling ads are not allowed to show on these partner sites.

Display Network: Gambling ads can show on partner sites that have opted-in to show such content. Social casino game ads can show on partner sites, but not on those that have opted out of showing such content.

**Ad Formats**

Acceptable ad formats can vary depending on factors such as the platform you're using, the status of your ad, and whether a publisher or partner has opted to show such ads. Here are some typical examples, though they may vary:

Cannot promote gambling:

- Gmail ads
- Shopping ads
- Reservation display ads
- Consumer ratings annotations

# What happens if you violate our policies

Ad or extension disapproval: Ads and extensions that don't follow this policy may be disapproved. A disapproved ad won't run until the policy violation is fixed and the ad is approved.

Account suspension: An account may be suspended if you have several violations or a serious violation. If this happens, all ads in the suspended account will stop running, and we may no longer accept advertising from you. Any related accounts may also be permanently suspended and your new accounts may be automatically suspended at setup. Learn more about suspended accounts.

To ensure a safe and positive experience for users, Google requires that advertisers comply with all applicable laws and regulations in addition to the Google Ads policies. It's important to familiarize yourself with and keep up to date on these requirements for the places where your business operates, as well as any other places your ads are showing. When we find content that violates these requirements, we may block it from appearing, and in cases of repeated or serious violations, you may no longer be able to advertise with Google.

# Need help?

If you have questions about our policies, let us know: Contact Google Ads Support

# Tell us what you think

Rate how helpful this page is and share your feedback with us below:
Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

# Advertising policies

- Ad format requirements
- Ad targeting
- Abusing the ad network
- Ads & made for kids content
- Alcohol
- Copyrights
- Counterfeit goods
- Dangerous products or services
- Data collection and use
- Destination requirements
- Editorial
- Enabling dishonest behavior
- Financial products and services
- Gambling and games
- Healthcare and medicines
- Inappropriate content
- Lead form requirements
- Legal requirements
- Misrepresentation
- Other restricted businesses
- Personalized advertising
- Political content
- Restricted ad formats and features
- Sexual content
- Technical requirements
- Trademarks

- ©2021 Google
- Privacy Policy

- Terms of Service



English

1. català
2. dansk
3. Deutsch
4. eesti
5. English (Australia)
6. English (United Kingdom)
7. español
8. español (Latinoamérica)
9. Filipino
10. français
11. hrvatski
12. Indonesia
13. italiano
14. latviešu
15. lietuvių
16. magyar
17. Melayu
18. Nederlands
19. norsk
20. polski
21. português
22. português (Brasil)
23. română
24. slovenčina
25. slovenščina
26. suomi
27. svenska
28. Tiếng Việt
29. Türkçe
30. čeština
31. Ελληνικά
32. български
33. русский
34. српски
35. українська
36. עברית
37. العربية
38. हिन्दी
39. ไทย

40. 中文（简体）
41. 中文（繁體）
42. 日本語
43. 한국어
44. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- [Help Center](Help Center)

  o [List of ad policies](List of ad policies)

  o [Review process](Review process)

  o [Verification](Verification)

  o [Change log](Change log)

- [Advertising Policies](Advertising Policies)

- [Privacy Policy](Privacy Policy)

- [Terms of Service](#)

- [Submit feedback](#)

Advertising policiesThird-party policiesRelated policies & terms
Approval processDisapprovals and suspensions
Verification programs
Upcoming and recent changesPast changes

# What is the issue with this selection?



Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

# Share additional info or suggestions



Do not share any personal info
Cancel
Submit

By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.



Google Ads Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunityAnnouncements

# About Quality Score

Quality Score is a diagnostic tool meant to give you a sense of how well your ad quality compares to other advertisers.

This score is measured on a scale from 1-10 and available at the keyword level. A higher Quality Score means that your ad and landing page are more relevant and useful to someone searching for your keyword, compared to other advertisers.

You can use the Quality Score diagnostic tool to identify where it might be beneficial to improve your ads, landing pages, or keyword selection.

Good to know about Quality Score

- Quality Score is not a key performance indicator and should not be optimized or aggregated with the rest of your data.
- Quality Score is not an input in the ad auction. It's a diagnostic tool to identify how ads that show for certain keywords affect the user experience.

## How it's calculated

Quality Score is calculated based on the combined performance of 3 components:

1. Expected clickthrough rate (CTR): The likelihood that your ad will be clicked when shown.
2. Ad relevance: How closely your ad matches the intent behind a user's search.
3. Landing page experience: How relevant and useful your landing page is to people who click your ad.

Each component is evaluated with a status of "Above average," "Average," or "Below average." This evaluation is based on a comparison with other advertisers whose ads showed for the exact same keyword, over the last 90 days.

If one of these components has a status of "Average" or "Below average," this may indicate an opportunity to make improvements.

Example: Let's say your Landing page experience has a status of "Below average," while Ad relevance is "Above average." This indicates that making changes to your landing page, rather than ad text may improve your performance. Learn more about using Quality Score to improve your ad performance.

## Keep in mind

- Quality Score is based on historical impressions for exact searches of your keyword, therefore changing keyword match types will not impact Quality Score.
- If you see "—" in the Quality Score column, it means there aren't enough searches that exactly match your keywords to determine a keyword's Quality Score.
- There are factors related to your ad quality that might not be captured by Quality Score. These factors include, but are not limited to:
- Devices used in search
- Location of user
- Time of day
- Ad extensions

# How to check your Quality Score

1. Sign in to your Google Ads account.
2. In the left menu, select Keywords.
3. In the upper right corner of the table, click the columns icon .
4. Under "Modify columns for keywords" open the Quality Score section. To see the current Quality Score and its component statuses, choose any of the following to add to your statistics table:
- Quality Score
- Landing Page Exp.
- Exp. CTR
- Ad Relevance
5. To see past Quality Score stats for the reporting period you're looking at, choose any of the following metrics:
- Quality Score (hist.)
- Landing Page Exper. (hist.)
- Ad Relevance (hist.)
- Exp. CTR. (hist.)

You can see the change in daily scores by segmenting your table by day.

6. Click Apply.

Related links

- 5 ways to use Quality Score to improve your performance
- 9 things to know about ad quality

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

# Need more help?

Sign in for additional support options to quickly solve your issue

## Ad quality

- About ad quality
- About Quality Score
- 5 ways to use Quality Score to improve your performance

- ©2021 Google
- Privacy Policy
- Terms of Service
- Google Ads Advertising Policies
- About the Help Center



English

1. català
2. dansk
3. Deutsch
4. eesti
5. English (Australia)
6. English (United Kingdom)

7.  español
8.  español (Latinoamérica)
9.  Filipino
10. français
11. hrvatski
12. Indonesia
13. italiano
14. latviešu
15. lietuvių
16. magyar
17. Melayu
18. Nederlands
19. norsk
20. polski
21. português
22. português (Brasil)
23. română
24. slovenčina
25. slovenščina
26. suomi
27. svenska
28. Tiếng Việt
29. Türkçe
30. čeština
31. Ελληνικά
32. български
33. русский
34. српски
35. українська
36. עברית
37. العربية
38. हिन्दी
39. ไทย
40. 中文（简体）
41. 中文（繁體）
42. 中文（香港）
43. 日本語
44. 한국어
45. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- [Help Center](#)

  - [Coronavirus (COVID-19) Resources and Updates](#)

  - [Setup and basics](#)

  - [Manage ads](#)

  - [Measure results](#)

  - [Smart campaigns](#)

  - [Billing](#)

  - [Learn](#)

  - [Google Partners](#)

- [Community](#)

- [Google Ads](#)

- [Privacy Policy](#)

- [Terms of Service](#)

- [Submit feedback](#)

Your guide to Google AdsGoogle Ads basicsCreate ads and campaignsChoose where and when ads appearFind out if your ad is runningAccount administration and security Ads and approvalsCampaign settingsBudgets and bidsKeywordsReach your audienceTarget placements and topicsMultiple or large accountsLocal Services adsThe Google Ads mobile appRecommendations and optimization score
Connect your goals to dataFind and run reportsUnderstanding your dataTrack sales and other conversionsGoogle Analytics and Google AdsCommon reporting issues
Get startedSetup and managementCalls in Smart campaigns
Payment methods and settingsBasic billing tasksPromotions and couponsRefunds and adjustmentsTaxesIssues with payments and charges
Your guide to Google AdsGoogle Ads training on SkillshopAccount walk-throughsGlossary
Google Partners Program

# What is the issue with this selection?

Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations



Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

# Share additional info or suggestions



Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.



Google Ads Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunityAnnouncements

# Check the approval status of an ad or extension

After you've created an ad or extension, you can check whether it's been reviewed or not in the "Status" column.

This article explains how to check that status and what each status means.

Instructions

To check the status of an ad or extension:

1. Sign in to your Google Ads account.
2. Click Ads & extensions from the page menu to see a list of your ads.
3. To check an ad or extension status, just look in the "Status" column. If you hover over each status, you'll see a more detailed explanation of what the status means.

To see more detailed policy information (or to check the status of a paused ad), enable the "Policy details" in the table.

1. Visit the Ads & extensions page in your Google Ads account.
2. Click the column icon above the statistics table, then click Modify columns.
3. In the "Attributes" section, click select the checkbox next to "Policy details."
4. Click Apply.

The Policy details column provides information about why a disapproved ad wasn't approved, or why an "approved (limited)" ad is limited to a certain audience.

What each status means

You'll see a status both before your ad or extension is approved and after it's been reviewed.

Before review, your ad will have one of these statuses:

- Eligible: The ad is still being reviewed. Note, however:
- If you see this status for asset-based ads (for example, responsive ads or app campaign ads), it means that some combination of your assets have been approved and may be running.
- If you see this status for Video ads, it means the video has been reviewed for and approved to run in some contexts.
- Under review: The ad is still being reviewed and can't show until it's been approved.

After review, your ad can run if it has one of these statuses:

- Approved: The ad complies with the Google Ads policies, so it can be shown to all audiences.
- Approved (limited): The ad can run, but not in all situations because of policy restrictions, such as trademark use or gambling-related content.
- Approved (limited all locations): The ad can't run in your targeted locations because of policy restrictions and targeting settings. The ad can run, however, to people interested in your targeted locations.
- Serving: The video ad is approved to appear on YouTube.

After review, your extension can run if it has one of these statuses:

- Approved: The extension complies with the Google Ads policies, so it can be shown to all audiences.
- Approved (limited): The extension can run, but not in all situations because of policy restrictions such as trademark use or gambling-related content.

After review, your ad can't run if it has one these statuses:

- Disapproved: The ad cannot run because its content or its destination violates Google Ads policy.

Not related to ad approval, your ad might have another status such as Paused, Ended, and Pending.

Give feedback about this article
Choose a section to give feedback on

Was this helpful?

YesNo



Submit

# Need more help?

Sign in for additional support options to quickly solve your issue

## Ads and approvals

- About the ad review process
- Check the approval status of an ad or extension

- ©2021 Google
- Privacy Policy
- Terms of Service
- Google Ads Advertising Policies
- About the Help Center



English

1. català
2. dansk
3. Deutsch
4. eesti
5. English (Australia)
6. English (United Kingdom)
7. español
8. español (Latinoamérica)
9. Filipino
10. français
11. hrvatski
12. Indonesia
13. italiano
14. latviešu
15. lietuvių
16. magyar
17. Melayu
18. Nederlands
19. norsk
20. polski

21. português
22. português (Brasil)
23. română
24. slovenčina
25. slovenščina
26. suomi
27. svenska
28. Tiếng Việt
29. Türkçe
30. čeština
31. Ελληνικά
32. български
33. русский
34. српски
35. українська
36. עברית
37. العربية
38. हिन्दी
39. ไทย
40. 中文（简体）
41. 中文（繁體）
42. 中文（香港）
43. 日本語
44. 한국어
45. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- [Help Center](#)

  o [Coronavirus (COVID-19) Resources and Updates](#)

- o [Setup and basics](#)

- o [Manage ads](#)

- o [Measure results](#)

- o [Smart campaigns](#)

- o [Billing](#)

- o [Learn](#)

- o [Google Partners](#)

- [Community](#)

- [Google Ads](#)

- [Privacy Policy](#)

- [Terms of Service](#)

- [Submit feedback](#)

Your guide to Google AdsGoogle Ads basicsCreate ads and campaignsChoose where and when ads appearFind out if your ad is runningAccount administration and security
Ads and approvalsCampaign settingsBudgets and bidsKeywordsReach your audienceTarget placements and topicsMultiple or large accountsLocal Services adsThe Google Ads mobile appRecommendations and optimization score
Connect your goals to dataFind and run reportsUnderstanding your dataTrack sales and other conversionsGoogle Analytics and Google AdsCommon reporting issues
Get startedSetup and managementCalls in Smart campaigns
Payment methods and settingsBasic billing tasksPromotions and couponsRefunds and adjustmentsTaxesIssues with payments and charges
Your guide to Google AdsGoogle Ads training on SkillshopAccount walk-throughsGlossary
Google Partners Program

## What is the issue with this selection?


Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

## Share additional info or suggestions

Do not share any personal info

Cancel
Submit
By continuing, you agree Google uses your answers, account & system info to improve
services, per our Privacy & Terms.



Google Ads Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help Center Community Announcements

# About the ad review process

Due to the preventive measures we're taking to protect the health of our support specialists in light of COVID-19, we are currently experiencing longer than usual times to process new ads in non-text formats (such as Video, RDA, App, etc.). Requests to appeal a decision to disapprove an ad will also be delayed, and requests to expedite unreviewed ads will not be supported at this time.

During this period, we encourage you to use existing approved ads (without editing) or text formats for new ads (e.g., Expanded Text Ads, Original Text Ads, Responsive Search Ads (VTA). We also encourage you to use Self-Service Appeals via Policy Manager, which allows you to appeal a policy decision directly from your Google Ads account using just a few clicks.

We sincerely apologize for any inconvenience this may cause you and appreciate your patience. We will update this page as the situation changes.

Google provides translated versions of our Help Center as a convenience, though they are not meant to change the content of our policies. The English version is the official language we use to enforce our policies. To view this article in a different language, use the language dropdown at the bottom of the page.

To keep ads safe and appropriate for everyone, ads are reviewed to make sure they comply with Google Ads policies. Most ads are reviewed within 1 business day.

## How ad review works

After you create or edit an ad or extension, the review process begins automatically. The content in your ad will be reviewed, including your headline, description, keywords, destination, and any images and video.

If your ad passes the review, its status will change to "Eligible," and it will start to run. If the review indicates that your ad violates a policy, its status will change to "Disapproved," which means it can't show anywhere. You'll be notified of the policy violation and told what you can do next.

Learn how to check the status of an ad.

## Ad status is "Under review"

During the ad review process, the ad's status will be "Under review." We review most ads within one business day, though some complex reviews may take longer. Google reserves the right to prioritize ad reviews or re-reviews to ensure the overall stability of system operations, or temporarily restrict ad serving to ensure policy compliance. If your ad is under review for more than 2 full business days, contact us for information.

## How long ad review takes

- Most ads are reviewed within 1 business day. However, some reviews take longer if the ad requires a more complex review.
- If your ad is under review for more than 2 full business days, contact us for information.
- Google reserves the right to prioritize ad reviews or re-reviews to ensure the overall stability of system operations, or temporarily restrict ad serving to ensure policy compliance.


How to start ads on a particular date

## Related links

- Check the status of an ad
- Fix a disapproved ad

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

# Need more help?

Sign in for additional support options to quickly solve your issue

## Ads and approvals

* About the ad review process
* Check the approval status of an ad or extension

* ©2021 Google
* Privacy Policy
* Terms of Service
* Google Ads Advertising Policies
* About the Help Center



English

1. català
2. dansk
3. Deutsch
4. eesti
5. English (Australia)
6. English (United Kingdom)
7. español
8. español (Latinoamérica)
9. Filipino
10. français
11. hrvatski
12. Indonesia
13. italiano
14. latviešu
15. lietuvių
16. magyar
17. Melayu
18. Nederlands
19. norsk
20. polski
21. português

22. português (Brasil)
23. română
24. slovenčina
25. slovenščina
26. suomi
27. svenska
28. Tiếng Việt
29. Türkçe
30. čeština
31. Ελληνικά
32. български
33. русский
34. српски
35. українська
36. עברית
37. العربية
38. हिन्दी
39. ไทย
40. 中文（简体）
41. 中文（繁體）
42. 中文（香港）
43. 日本語
44. 한국어
45. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- Help Center

  o Coronavirus (COVID-19) Resources and Updates

  o Setup and basics

- o [Manage ads](#)

- o [Measure results](#)

- o [Smart campaigns](#)

- o [Billing](#)

- o [Learn](#)

- o [Google Partners](#)

- [Community](#)

- [Google Ads](#)

- [Privacy Policy](#)

- [Terms of Service](#)

- [Submit feedback](#)

Your guide to Google AdsGoogle Ads basicsCreate ads and campaignsChoose where and when ads appearFind out if your ad is runningAccount administration and security Ads and approvalsCampaign settingsBudgets and bidsKeywordsReach your audienceTarget placements and topicsMultiple or large accountsLocal Services adsThe Google Ads mobile appRecommendations and optimization score
Connect your goals to dataFind and run reportsUnderstanding your dataTrack sales and other conversionsGoogle Analytics and Google AdsCommon reporting issues
Get startedSetup and managementCalls in Smart campaigns
Payment methods and settingsBasic billing tasksPromotions and couponsRefunds and adjustmentsTaxesIssues with payments and charges
Your guide to Google AdsGoogle Ads training on SkillshopAccount walk-throughsGlossary
Google Partners Program

## What is the issue with this selection?


Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

## Share additional info or suggestions

Do not share any personal info
Cancel
Submit

By continuing, you agree Google uses your answers, [account & system info](#) to improve services, per our [Privacy](#) & [Terms](#).



Advertising Policies Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

# About abortion certification and disclosures

Google provides translated versions of our Help Center as a convenience, though they are not meant to change the content of our policies. The English version is the official language we use to enforce our policies. To view this article in a different language, use the language dropdown at the bottom of the page.

In the United States, United Kingdom, and Ireland, if you want to run ads using keywords related to getting an abortion, you will first need to be certified as an advertiser that either provides abortions or does not provide abortions. If you are not certified, you won't be able to run ads using keywords related to getting an abortion.

You are considered an advertiser that provides abortions if you provide abortions at your own facilities. Hospitals, clinics (both abortion clinics and non-specialized clinics), or physician's offices where abortions are performed are considered advertisers that provide abortions.

You are considered an advertiser that does not provide abortions if you don't provide abortions at your own facilities. This may include organizations that provide pregnancy tests, ultrasounds, abortion counseling, general abortion information, abortion referrals, or that otherwise serve pregnant women but do not provide abortions. For the purposes of abortion advertiser certification and disclosure policy requirements, this may also include advertisers promoting non-service-based abortion content—for example, books about abortion or perspectives on abortion.

Depending on how you're certified, Google will automatically generate one of the following in-ad disclosures for your abortion product or service ads: "Provides abortions" or "Does not provide abortions." The disclosures will show on all Search ad

formats and help ensure that these ads transparently provide basic information users need to decide which abortion-related ads are most relevant to them.

Keep in mind Google has other restrictions for ads related to abortion. Learn more

## How to certify

To run ads using keywords related to getting an abortion, apply for certification.

During the certification application process, you'll be asked to identify if your organization provides abortions or does not provide abortions. Once the application is submitted, your organization will be reviewed to confirm the information you provided in the application. You will then be certified as an advertiser that either provides abortions or does not provide abortions, and you will be notified of your certification status. Once certified, you can immediately start running ads using keywords related to getting an abortion, and Google will automatically generate the appropriate in-ad disclosure.

Your certification may be removed if at any point your account doesn't meet policy requirements. In addition, concealing or misstating information about the business, product, or service you're promoting is not allowed and may subject your account to suspension.

Learn about what happens if you violate our policies.

## Requesting an appeal

If for any reason you aren't approved for the certification you requested, you'll have the opportunity to appeal. You may submit additional documentation or information to confirm your requested certification status.

Give feedback about this article
Choose a section to give feedback on



Was this helpful?
YesNo

Submit

## Approval process

- Eligible (limited): Definition

- About the ad review process
- About event ticket seller certification
- About restricted financial products certification
- Verification for election advertising in the European Union
- About abortion certification and disclosures
- About debt services certification
- California law best practices for advertisers
- Eligible: Definition

- ©2021 Google
- Privacy Policy
- Terms of Service



English

1. català
2. dansk
3. Deutsch
4. eesti
5. English (Australia)
6. English (United Kingdom)
7. español
8. español (Latinoamérica)
9. Filipino
10. français
11. hrvatski
12. Indonesia
13. italiano
14. latviešu
15. lietuvių
16. magyar
17. Melayu
18. Nederlands
19. norsk
20. polski
21. português
22. português (Brasil)
23. română
24. slovenčina
25. slovenščina
26. suomi
27. svenska
28. Tiếng Việt

29. Türkçe
30. čeština
31. Ελληνικά
32. български
33. русский
34. српски
35. українська
36. עברית
37. العربية
38. हिन्दी
39. ไทย
40. 中文（简体）
41. 中文（繁體）
42. 日本語
43. 한국어
44. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- Help Center

  - List of ad policies

  - Review process

  - Verification

  - Change log

- [Advertising Policies](#)

- [Privacy Policy](#)

- [Terms of Service](#)

- [Submit feedback](#)

Advertising policiesThird-party policiesRelated policies & terms
Approval processDisapprovals and suspensions
Verification programs
Upcoming and recent changesPast changes

# What is the issue with this selection?


Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

# Share additional info or suggestions



Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.

Google Ads Help



Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunityAnnouncements

# About Google Ads account suspensions

We take legal requirements and user safety very seriously, so advertiser actions that put our users, Google, or our partners at risk can lead to account suspensions.

Advertisers whose accounts are suspended will receive an in-account notification, as well as an email notification.

Use our account troubleshooter to automatically check your account status or suspensions and learn what next steps may be needed:

Get started

## Know this first

- Suspended accounts cannot run any ads or create new content. Advertisers can, however, still access their suspended accounts and any associated reports.
- Accounts related to the suspended account (for example, accounts using the same email or payment method, or accounts linked to the same manager account) may be suspended.
- Merchant Center accounts linked to suspended Google Ads accounts may be suspended.
- Any new accounts that the advertiser tries to create may be suspended.

## Why we suspend accounts

Google Ads policies and Terms & Conditions help create a safe and positive experience for users and advertisers. Accounts may be suspended if we find violations of our policies or the Terms & Conditions.

There are also other reasons an account can be temporarily suspended. See below for more details.

1. Google Ads Policy

You can learn more about suspension due to violations of Google Ads policy here.

2. Age requirements

If we find that you are violating the Age requirements on Google accounts, we will suspend your account.

The age we use is the one you entered when creating the Google Account that's associated with your Google Ads account. When creating a Google Account, you should provide your own age — not the age of your business.

Learn more about Age requirements on Google accounts.

3. Ads Grant Policy

Your Google Ad Grants account can be suspended for not complying with Google Ad Grants policy.

Learn more about Ads Grant policy.

4. Unauthorized account activity

If we detect that an unauthorized user is trying to access your Google Ads account, we'll temporarily suspend your account to protect against unauthorized charges.

Learn more about keeping your account secure.

5. Billing and payment issues

Regarding payments and billing, your account may be suspended for one of the following reasons:

- Promotional code abuse: If you attempt to sell promotional codes or use more than one promotional code on an account, the account may be suspended. For more information, see the country-specific terms and conditions for promotional codes.

- Requesting a chargeback: If you instruct your bank or credit card company to reverse a charge that was paid against a legitimate Google Ads balance (also known as requesting a chargeback), your account may be suspended.
- Suspicious payment activity: If we detect suspicious or fraudulent payment activity on your account, we may restrict how much the account can spend or suspend the account.
- Unpaid balance: If your account has one or more unpaid balances, it may be temporarily suspended.

## Fix your suspended account

Get started

## What's next

- Cancel your account
- Request a refund

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

## Need more help?

Sign in for additional support options to quickly solve your issue

## Account administration and security

- Canceling your Google Ads account
- Managing billing after canceling your Google Ads account
- Reactivate a cancelled Google Ads account
- Understanding Google Ads country restrictions
- About account cancellation
- About Google Ads account suspensions
- Transfer ownership of a Google Ads, Google Analytics, or Google Merchant Center account

- ©2021 Google

- Privacy Policy
- Terms of Service
- Google Ads Advertising Policies
- About the Help Center



English

1. català
2. dansk
3. Deutsch
4. eesti
5. English (Australia)
6. English (United Kingdom)
7. español
8. español (Latinoamérica)
9. Filipino
10. français
11. hrvatski
12. Indonesia
13. italiano
14. latviešu
15. lietuvių
16. magyar
17. Melayu
18. Nederlands
19. norsk
20. polski
21. português
22. português (Brasil)
23. română
24. slovenčina
25. slovenščina
26. suomi
27. svenska
28. Tiếng Việt
29. Türkçe
30. čeština
31. Ελληνικά
32. български
33. русский
34. српски
35. українська
36. עברית

37. العربية
38. हिन्दी
39. ไทย
40. 中文（简体）
41. 中文（繁體）
42. 中文（香港）
43. 日本語
44. 한국어
45. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- [Help Center](#)

  - [Coronavirus (COVID-19) Resources and Updates](#)

  - [Setup and basics](#)

  - [Manage ads](#)

  - [Measure results](#)

  - [Smart campaigns](#)

- o [Billing](#)

- o [Learn](#)

- o [Google Partners](#)

- [Community](#)

- [Google Ads](#)

- [Privacy Policy](#)

- [Terms of Service](#)

- [Submit feedback](#)

Your guide to Google AdsGoogle Ads basicsCreate ads and campaignsChoose where and when ads appearFind out if your ad is runningAccount administration and security Ads and approvalsCampaign settingsBudgets and bidsKeywordsReach your audienceTarget placements and topicsMultiple or large accountsLocal Services adsThe Google Ads mobile appRecommendations and optimization score
Connect your goals to dataFind and run reportsUnderstanding your dataTrack sales and other conversionsGoogle Analytics and Google AdsCommon reporting issues
Get startedSetup and managementCalls in Smart campaigns
Payment methods and settingsBasic billing tasksPromotions and couponsRefunds and adjustmentsTaxesIssues with payments and charges
Your guide to Google AdsGoogle Ads training on SkillshopAccount walk-throughsGlossary

**1855**

Google Partners Program

# What is the issue with this selection?


Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

# Share additional info or suggestions

Do not share any personal info
Cancel
Submit
By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.



Advertising Policies Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

# Age requirements on Google Accounts

Below are the minimum age requirements to manage your own Google Account.

Note: For younger children, parents can help create and manage a Google Account with Family Link. When a child reaches their country's minimum age, they can manage their own account.

## Find your country's age requirement

For all countries not listed below, 13 is the minimum age to manage your own Google Account.

Note: These requirements may not be applicable to G Suite users, including accounts in G Suite for Education domains.

Asia
Caribbean
Europe
South America

## Service-specific age requirements

Some Google services have specific age requirements. Here are a few examples:

- YouTube: When a YouTube video has been age-restricted, a warning screen is displayed and only users who are 18 or older can watch it. Learn more about age-restricted videos.
- Google Payments: For age requirements, check your country's Terms of Service.
- AdSense: 18+

- Google Ads: 18+

# Disabled account due to age requirement

Across Google services, if we learn that you may not be old enough to have a Google Account, you'll have 14 days to update your account to meet age requirements or your account will be disabled.

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

# Disapprovals and suspensions

- Fix ads with policy violations
- Submit a campaign for policy review
- What happens if you violate our policies
- About Google Ads policy account suspensions
- About Google Ads account pausing
- Age requirements on Google Accounts

- ©2021 Google
- Privacy Policy
- Terms of Service



English

1. català
2. dansk
3. Deutsch
4. eesti
5. English (Australia)
6. English (United Kingdom)
7. español
8. español (Latinoamérica)
9. Filipino
10. français

11. hrvatski
12. Indonesia
13. italiano
14. latviešu
15. lietuvių
16. magyar
17. Melayu
18. Nederlands
19. norsk
20. polski
21. português
22. português (Brasil)
23. română
24. slovenčina
25. slovenščina
26. suomi
27. svenska
28. Tiếng Việt
29. Türkçe
30. čeština
31. Ελληνικά
32. български
33. русский
34. српски
35. українська
36. עברית
37. العربية
38. हिन्दी
39. ไทย
40. 中文（简体）
41. 中文（繁體）
42. 日本語
43. 한국어
44. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- [Help Center](#)

  - [List of ad policies](#)

  - [Review process](#)

  - [Verification](#)

  - [Change log](#)

- [Advertising Policies](#)

- [Privacy Policy](#)

- [Terms of Service](#)

- [Submit feedback](#)

Advertising policiesThird-party policiesRelated policies & terms
Approval processDisapprovals and suspensions
Verification programs
Upcoming and recent changesPast changes

# What is the issue with this selection?



Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

# Share additional info or suggestions

Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.



Ad Grants Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunityAnnouncements

# Program policies

We reviewed our policies to add clarity and raise standards of quality for our free advertising grants. Policies were last updated on January 1, 2018 for all Ad Grantees.

Please note that we primarily use in-product notifications to communicate personalized suggestions as well as notifications of non-compliance.  After modifying your account to comply with policies, request account reinstatement online.

We're also committed to helping you use your ad grant successfully. Review our introduction to Ad Grants video and past live streams.  Look out for upcoming live streams, local events, outreach through in-product notifications, and tailored help content to support you more. Connect with members of the Ad Grants team for personalized tips, office hours, and in-person workshops by opting in your preferred email address in your notification preferences, under "Customized Help & Performance Suggestions."  You can also contact us through our active Online Community Forum.

Along with the policies specific to Ad Grants, all Ad Grants accounts must also follow standard Google Ads policies.

- Google Ad Grants Terms and Conditions
- Mission-based campaigns
- Website policy
- Account management policy
- Media and press inquiries
- Refunds
- Ad Grants Policy Compliance Guide

# Need more help?

Sign in for additional support options to quickly solve your issue

- ©2021 Google
- Privacy Policy
- Terms of Service
- Contact us



English

1. dansk
2. Deutsch
3. English (United Kingdom)
4. español
5. español (Latinoamérica)
6. Filipino
7. français
8. hrvatski
9. Indonesia
10. italiano
11. magyar
12. Melayu
13. Nederlands
14. norsk
15. polski
16. português (Brasil)
17. română
18. slovenčina
19. slovenščina
20. suomi
21. svenska
22. Tiếng Việt
23. Türkçe
24. čeština
25. български
26. русский
27. српски
28. עברית
29. हिन्दी
30. ไทย
31. 中文（简体）

32. 中文（繁體）
33. 中文（香港）
34. 日本語
35. 한국어
36. English

Send feedback about our Help Center



Google Help

- [Help Center](#)

  o [Setup and basics](#)

  o [Manage your account](#)

  o [Troubleshooting and support](#)

- [Community](#)

- [Ad Grants](#)

- [Privacy Policy](#)

- [Terms of Service](#)

- [Submit feedback](#)

Introduction to the Ad Grants programGoogle Ad Grants basicsProgram policiesEligibility requirementsSet up your accountApplication statusBilling informationProgram basics
Conversion tracking
Troubleshoot issues with your Ad Grants activationFix issues with your ads Account access troubleshooter
Send feedback on...
This help content & information General Help Center experience

Ad Grants Help

[    ]

<span style="background-color:blue;color:white">Sign in</span>

Send feedback on...



This help content & information

General Help Center experience

Next

Help CenterCommunityAnnouncements

# Google Ad Grants Terms and Conditions

Organizations participating in the Google Ad Grants program are required to accept the Google Terms and Conditions and abide by Google Ads policies.

Google doesn't donate Ad Grants to organizations that discriminate on any basis in either hiring or employment practices or in the administration of programs and services. Ad Grants does not allow ads, keywords, or destinations that promote hatred, intolerance, discrimination, or violence. Specifically, your ads, keywords, and websites should not promote opposition or anti-sentiment related to beliefs about protected groups, including religion, race, disability, age, nationality, veteran status, sexual orientation, gender, gender identity, or other characteristics that are associated with systemic discrimination or marginalization.

Google Ad Grants accounts are not eligible to run election ads in regions where verification is required.  Please see the political content policy for more detail.

Google Ad Grantees must be organized and operated exclusively for charitable purposes. Any account found in violation of program policies is subject to automatic suspension without notification. Google reserves the right to grant or deny an organization's application or participation at any time, for any reason, and to supplement or amend these eligibility guidelines at any time.

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

# Need more help?

Sign in for additional support options to quickly solve your issue

## Program policies

- Google Ad Grants Terms and Conditions
- Mission-based campaigns
- Website policy
- Account management policy
- Media and press inquiries
- Refunds
- Ad Grants Policy Compliance Guide

- ©2021 Google
- Privacy Policy
- Terms of Service
- Contact us



English

1. dansk
2. Deutsch
3. English (United Kingdom)
4. español
5. español (Latinoamérica)
6. Filipino
7. français
8. hrvatski
9. Indonesia
10. italiano
11. magyar
12. Melayu
13. Nederlands
14. norsk
15. polski
16. português (Brasil)
17. română

18. slovenčina
19. slovenščina
20. suomi
21. svenska
22. Tiếng Việt
23. Türkçe
24. čeština
25. български
26. русский
27. српски
28. עברית
29. हिन्दी
30. ไทย
31. 中文（简体）
32. 中文（繁體）
33. 中文（香港）
34. 日本語
35. 한국어
36. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- Help Center

  o Setup and basics

  o Manage your account

  o Troubleshooting and support

- [Community](#)

- [Ad Grants](#)

- [Privacy Policy](#)

- [Terms of Service](#)

- [Submit feedback](#)

Introduction to the Ad Grants programGoogle Ad Grants basicsProgram policiesEligibility requirementsSet up your accountApplication statusBilling informationProgram basics
Conversion tracking
Troubleshoot issues with your Ad Grants activationFix issues with your ads Account access troubleshooter

## What is the issue with this selection?

 Inaccurate - doesn't match what I see in the product

 Hard to understand - unclear or translation is wrong

 Missing info - relevant but not comprehensive

 Irrelevant - doesn't match the title and / or my expectations

 Minor errors - formatting issues, typos, and / or broken links



Other suggestions - ideas to improve the content

# Share additional info or suggestions



Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.



Ad Grants Help

[ ]

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunityAnnouncements

# Mission-based campaigns

To help you to get the right audience and to help users find what they're looking for, each ad and keyword in your Ad Grants account must reflect your organization's primary mission, be relevant to your nonprofit's programs and services, and be specific enough to provide a good experience for the user seeing your ads.

As such, the following keywords and queries for serving Ad Grants ads are not permitted:

- Single-word keywords (excluding your own branded words, recognized medical conditions, acronyms, and a small number of exception keywords published here)
- Note terms with dashes, periods, or special characters are not treated as single-word keywords
- Check Search Terms Report to add exact-match negative keywords where needed
- Overly generic keywords like "best videos", "cool apps", "e-books", "today's news", "easy yoga", "download games", "things to do", "job alert", or names of other organizations, places, historical events, or people on their own
- Allowed examples include "museums in [your city name]", "emergency preparedness apps" or "YouTube video to learn English", but not a city name, 'Android apps', or 'YouTube' on their own
- You may see these terms disapproved for 'Unclear Relevance' in your account
- Check Search Terms Report to add negative keywords where needed
- Keywords with a Quality Score of 1 or 2
- To prevent account disruption, set up an automated rule to pause low quality keywords automatically.

How do I comply with Ad Grants' policies? An automated rule can help

The Ad Grants Mission-based campaigns policy requires active keywords to have a quality score of 3 or higher (on a scale of 10), meaning keywords with a quality score of 1 or 2 should be paused or removed. An automated rule is the best way to avoid compliance challenges related to quality scores. This video provides step-by-step instructions on how to set up an automated rule to stay compliant with this policy.

Keywords found in violation of program policies are subject to automatic status changes without notification to pause the keyword. All keyword status changes are visible in the Change History section of your account. If you believe a keyword status was changed in error, you may appeal the decision.

Alternatively, you may choose to use AdWords Express, which automatically manages your ad's search phrases (instead of keywords) based on your business product or service categories.

If your account is temporarily deactivated, you may request it to be reinstated after you've adjusted your account to bring it into compliance.

Any account found in violation of program policies is subject to automatic suspension without notification. Accounts that fall out of compliance can adjust the issue and request reinstatement. Google reserves the right to grant or deny an organization's application or participation at any time, for any reason, and to supplement or amend these eligibility guidelines at any time.

Give feedback about this article
Choose a section to give feedback on



Was this helpful?
YesNo

Submit

# Need more help?

Sign in for additional support options to quickly solve your issue

## Program policies

- Google Ad Grants Terms and Conditions
- Mission-based campaigns
- Website policy
- Account management policy

- Media and press inquiries
- Refunds
- Ad Grants Policy Compliance Guide

- ©2021 Google
- Privacy Policy
- Terms of Service
- Contact us



English

1. dansk
2. Deutsch
3. English (United Kingdom)
4. español
5. español (Latinoamérica)
6. Filipino
7. français
8. hrvatski
9. Indonesia
10. italiano
11. magyar
12. Melayu
13. Nederlands
14. norsk
15. polski
16. português (Brasil)
17. română
18. slovenčina
19. slovenščina
20. suomi
21. svenska
22. Tiếng Việt
23. Türkçe
24. čeština
25. български
26. русский
27. српски
28. עברית
29. हिन्दी
30. ไทย
31. 中文（简体）
32. 中文（繁體）

33. 中文（香港）
34. 日本語
35. 한국어
36. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- [Help Center](#)

  - o [Setup and basics](#)

  - o [Manage your account](#)

  - o [Troubleshooting and support](#)

- [Community](#)

- [Ad Grants](#)

- [Privacy Policy](#)

- [Terms of Service](#)

- [Submit feedback](#)

Introduction to the Ad Grants programGoogle Ad Grants basicsProgram policiesEligibility requirementsSet up your accountApplication statusBilling informationProgram basics
Conversion tracking
Troubleshoot issues with your Ad Grants activationFix issues with your ads Account access troubleshooter

# What is the issue with this selection?

 Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

# Share additional info or suggestions

Do not share any personal info
Cancel
Submit

By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.

Ad Grants Help

Sign in

Send feedback on...



This help content & information

General Help Center experience

Next

Help CenterCommunityAnnouncements

# Website policy

Your organization may use only website domains that have been approved through the Ad Grants enrollment process or through the additional website domain(s) request form. Approved domains are subject to the following criteria:

- Owned website

  Your organization must own the domain that users land on when they click your ad. If you'd like users to land directly on a donation page, your content may be hosted by one of the these verified donation processors.

- High-quality website
- Your site must have a robust and clear description of your organization, mission, and activities. It must have substantial content, updated events and information, clear navigation, and clear calls to action for a high quality user experience.
- Your site's content must be unique to your organization.
- Your website must load quickly, not contain broken links, and (for newly approved domains) be secured with HTTPS.
- Commercial activity
- Commercial activity must not be the purpose of your website. This includes sales of products and services, offering consultations, generating leads, and providing referrals.
- Sites resembling businesses or for-profit blogs / vlogs are not permitted.
- Any limited commercial activities must describe how they support your mission.
- If your organization charges for products or services, your website must describe how your organization uses funds, for example, by disclosing an annual report.
- Your website may not make claims that promise results only after a consultation, service, or purchase.
- Your organization must serve the public in some way, rather than only those who pay for a service.

- Limited ads on website
- Advertising on your organization's website must be relevant to your mission and not be obtrusive to users.
- Your website may not host Google AdSense ads or affiliate advertising links. If you're required to link to an AdSense account to receive payments for the Android market, you're eligible as long as you don't display AdSense ads on your website.

How to add a new website domain

To add or update website domain(s) to your account, complete the additional website domain(s) request form. Your request will be reviewed within 10 business days.

Any account found in violation of program policies is subject to automatic suspension without notification. Google reserves the right to grant or deny an organization's application or participation at any time, for any reason, and to supplement or amend these eligibility guidelines at any time.

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

## Need more help?

Sign in for additional support options to quickly solve your issue

## Program policies

- Google Ad Grants Terms and Conditions
- Mission-based campaigns
- Website policy
- Account management policy
- Media and press inquiries
- Refunds
- Ad Grants Policy Compliance Guide

- ©2021 Google
- Privacy Policy

**1878**
2073

- Terms of Service
- Contact us



English

1. dansk
2. Deutsch
3. English (United Kingdom)
4. español
5. español (Latinoamérica)
6. Filipino
7. français
8. hrvatski
9. Indonesia
10. italiano
11. magyar
12. Melayu
13. Nederlands
14. norsk
15. polski
16. português (Brasil)
17. română
18. slovenčina
19. slovenščina
20. suomi
21. svenska
22. Tiếng Việt
23. Türkçe
24. čeština
25. български
26. русский
27. српски
28. עברית
29. हिन्दी
30. ไทย
31. 中文（简体）
32. 中文（繁體）
33. 中文（香港）
34. 日本語
35. 한국어
36. English

Send feedback on...

This help content & information General Help Center experience



Google Help

- [Help Center](#)

  - [Setup and basics](#)

  - [Manage your account](#)

  - [Troubleshooting and support](#)

- [Community](#)

- [Ad Grants](#)

- [Privacy Policy](#)

- [Terms of Service](#)

- [Submit feedback](#)

Introduction to the Ad Grants programGoogle Ad Grants basicsProgram policiesEligibility requirementsSet up your accountApplication statusBilling informationProgram basics
Conversion tracking
Troubleshoot issues with your Ad Grants activationFix issues with your ads Account access troubleshooter

# What is the issue with this selection?



Inaccurate - doesn't match what I see in the product



Hard to understand - unclear or translation is wrong



Missing info - relevant but not comprehensive



Irrelevant - doesn't match the title and / or my expectations



Minor errors - formatting issues, typos, and / or broken links



Other suggestions - ideas to improve the content

# Share additional info or suggestions

Do not share any personal info
Cancel
Submit
By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.



Ad Grants Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunityAnnouncements

# Account management policy

Visit the Ad Grants Account Review Dashboard to understand your current Ad Grants account status with program policies and best practice adoption. Review your status regularly and use the linked resources provided to take action (see short video for instructions).

A well maintained account is critical to making meaningful connections with website visitors. Tracking meaningful conversions is fundamental to understand your results and continuously optimize for performance.

## Account structure

A well-structured account is imperative to show your audience the right ad at the right time.

- Ad Grants accounts must have:
- Proper location settings (specific geo-targeting to show ads in locations where users will find your nonprofit's information and services useful).
- If you do humanitarian relief in Nepal but your primary online goal is to raise donations and your donors are in the United States, show your ads in the US.
- If you would like to brand your organization in a wider geographic area, such as a museum that would like visitors from across the country to visit, one campaign may be geo-targeted widely that indicate your service and city's name, such as 'art museums in Toronto', while most of your campaigns would show ads in the Toronto area.
- If you are an organization that has different services locally and nationally, separate campaigns by geographic area to ensure that users can benefit from your services in their geographic location.

- If you primarily serve your local community, your ads should be shown only in your town or local area, such as food banks and houses of worship.
- At least 2 active ad groups per campaign (if you are not exclusively using Smart Campaigns) each containing a set of closely related keywords and 2 active, unique text ad
- At least 2 unique sitelink ad extensions

If your account is deactivated, bring your account into compliance and request it to be reinstated.

## Performance

Ad Grants accounts who are not exclusively using Smart Campaigns must maintain a 5% click-through rate (CTR) each month (at the account level, not necessarily each keyword). If the CTR requirement isn't met for 2 consecutive months, your account will be temporarily deactivated. You may request reinstatement after bringing your account into compliance with these suggestions.

## Tracking Conversions

In order to use Ad Grants to drive meaningful impact, your account must have conversion tracking set up following tailored requirements intended to suit the needs of nonprofits. This Ad Grants Conversion Tracking Guide provides instructions to set up your conversion tracking properly.

Examples of meaningful conversion goals include donations, purchases, ticket sales, membership registrations, email sign-ups, volunteer sign-ups, new membership form completions, petitions signed, quizzes completed, information request submissions, calls to your organization, or engagement with content on your website.

For accounts created on or after April 22, 2019, at least one of the above conversion types must be set up as described in the Ad Grants activation guide and accrue at least 1 conversion per month. Conversion types such as time spent on site or homepage visits may be added to your account, but must be excluded from "Conversions" and use the category of 'Other.'

For accounts created on or after January 1, 2018 or any account using a conversion-based Smart bidding strategy, valid conversion tracking must be set up as described in the Ad Grants Conversion Tracking Guide and accrue at least 1 conversion per month.

If your account is deactivated, you may request it to be reinstated after you've adjusted your account to bring it into compliance.

# Bidding

In order to drive performance for Grantees, Ad Grants requires that accounts created on or after April 22, 2019 must use conversion-based Smart bidding for all campaigns, unless using Smart campaigns. Each campaign must use either Maximize conversions, Maximize conversion values, Target CPA, or Target ROAS bidding.

If your account is deactivated, you may request it to be reinstated after you've adjusted your account to bring it into compliance.

## Third party management

Google Ad Grantees are permitted to work with third-party account managers.  Ad Grants Certified Professionals are a network of recommended partners for Grantees.

## Program engagement

We're always looking for ways to improve the Ad Grants program, and we'd like to hear about your organization's needs and how we can help support you. Periodically, we'll send a program survey to all Grantees to understand how your organization uses and benefits from Ad Grants and require your thoughtful response to participate in the program.

To receive notifications, review your in-product notifications and make sure that the email address used for notifications is opted into receiving emails from us.

If your account is deactivated, you may request it to be reinstated after you've responded to the survey.

Any account found in violation of program policies is subject to automatic suspension without notification. Google reserves the right to grant or deny an organization's application or participation at any time, for any reason, and to supplement or amend these eligibility guidelines at any time.

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

## Need more help?

Sign in for additional support options to quickly solve your issue

## Program policies

- Google Ad Grants Terms and Conditions
- Mission-based campaigns
- Website policy
- Account management policy
- Media and press inquiries
- Refunds
- Ad Grants Policy Compliance Guide

- ©2021 Google
- Privacy Policy
- Terms of Service
- Contact us



English

1. dansk
2. Deutsch
3. English (United Kingdom)
4. español
5. español (Latinoamérica)
6. Filipino
7. français
8. hrvatski
9. Indonesia
10. italiano
11. magyar
12. Melayu
13. Nederlands
14. norsk
15. polski
16. português (Brasil)
17. română

18. slovenčina
19. slovenščina
20. suomi
21. svenska
22. Tiếng Việt
23. Türkçe
24. čeština
25. български
26. русский
27. српски
28. עברית
29. हिन्दी
30. ไทย
31. 中文（简体）
32. 中文（繁體）
33. 中文（香港）
34. 日本語
35. 한국어
36. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- Help Center

  o Setup and basics

  o Manage your account

  o Troubleshooting and support

- [Community](#)

- [Ad Grants](#)

- [Privacy Policy](#)

- [Terms of Service](#)

- [Submit feedback](#)

Introduction to the Ad Grants programGoogle Ad Grants basicsProgram policiesEligibility requirementsSet up your accountApplication statusBilling informationProgram basics
Conversion tracking
Troubleshoot issues with your Ad Grants activationFix issues with your ads Account access troubleshooter

## What is the issue with this selection?



Inaccurate - doesn't match what I see in the product



Hard to understand - unclear or translation is wrong



Missing info - relevant but not comprehensive



Irrelevant - doesn't match the title and / or my expectations



Minor errors - formatting issues, typos, and / or broken links


Other suggestions - ideas to improve the content

# Share additional info or suggestions



Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.

Ad Grants Help



Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunityAnnouncements

# Media and press inquiries

We don't allow press releases or press outreach upon your acceptance to the Ad Grants program, but you're welcome to mention your participation in the program on social media channels, newsletters, or on the in-kind donation page of your website, using the language provided on our Google Press page, seen below. You may not publish the Google Ad Grants logo on the in-kind donation page of your website. Violation of this policy can result in the suspension of your account.

> [Organization name] is a recipient of a Google Ad Grant. The Google Ad Grants program supports registered nonprofit organizations, including many that share Google's philosophy of community service to help the world in areas such as science and technology, education, global public health, the environment, youth advocacy, and the arts. Google Ad Grants is an in-kind advertising program that awards free online advertising to nonprofits.

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

## Need more help?

Sign in for additional support options to quickly solve your issue

# Program policies

- Google Ad Grants Terms and Conditions
- Mission-based campaigns
- Website policy
- Account management policy
- Media and press inquiries
- Refunds
- Ad Grants Policy Compliance Guide

- ©2021 Google
- Privacy Policy
- Terms of Service
- Contact us



English

1. dansk
2. Deutsch
3. English (United Kingdom)
4. español
5. español (Latinoamérica)
6. Filipino
7. français
8. hrvatski
9. Indonesia
10. italiano
11. magyar
12. Melayu
13. Nederlands
14. norsk
15. polski
16. português (Brasil)
17. română
18. slovenčina
19. slovenščina
20. suomi
21. svenska
22. Tiếng Việt
23. Türkçe
24. čeština
25. български
26. русский

27. српски
28. עברית
29. हिन्दी
30. ไทย
31. 中文（简体）
32. 中文（繁體）
33. 中文（香港）
34. 日本語
35. 한국어
36. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- [Help Center](#)

  o [Setup and basics](#)

  o [Manage your account](#)

  o [Troubleshooting and support](#)

- [Community](#)

- [Ad Grants](#)

- [Privacy Policy](#)

- [Terms of Service](#)

- [Submit feedback](#)

Introduction to the Ad Grants programGoogle Ad Grants basicsProgram policiesEligibility requirementsSet up your accountApplication statusBilling informationProgram basics
Conversion tracking
Troubleshoot issues with your Ad Grants activationFix issues with your ads Account access troubleshooter

## What is the issue with this selection?


Inaccurate - doesn't match what I see in the product


Hard to understand - unclear or translation is wrong


Missing info - relevant but not comprehensive


Irrelevant - doesn't match the title and / or my expectations


Minor errors - formatting issues, typos, and / or broken links


Other suggestions - ideas to improve the content

## Share additional info or suggestions



Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.

Ad Grants Help



Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunityAnnouncements

# Refunds

Please know that we won't refund any money if you mistakenly enter billing information in a Google Ads account.

We clearly state in the Google Ad Grants activation guide to not create a Google Ads account for use with Google Ad Grants. After a nonprofit has submitted the account for review and received approval through the Google Ad Grants application process, Google Ad Grants support will invite the organization to access their Google Ad Grants account with free spend.

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

## Need more help?

Sign in for additional support options to quickly solve your issue

## Program policies

- Google Ad Grants Terms and Conditions
- Mission-based campaigns
- Website policy

- Account management policy
- Media and press inquiries
- Refunds
- Ad Grants Policy Compliance Guide

- ©2021 Google
- Privacy Policy
- Terms of Service
- Contact us



English

1. dansk
2. Deutsch
3. English (United Kingdom)
4. español
5. español (Latinoamérica)
6. Filipino
7. français
8. hrvatski
9. Indonesia
10. italiano
11. magyar
12. Melayu
13. Nederlands
14. norsk
15. polski
16. português (Brasil)
17. română
18. slovenčina
19. slovenščina
20. suomi
21. svenska
22. Tiếng Việt
23. Türkçe
24. čeština
25. български
26. русский
27. српски
28. עברית
29. हिन्दी
30. ไทย
31. 中文（简体）

32. 中文（繁體）
33. 中文（香港）
34. 日本語
35. 한국어
36. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- [Help Center](#)

  o [Setup and basics](#)

  o [Manage your account](#)

  o [Troubleshooting and support](#)

- [Community](#)

- [Ad Grants](#)

- [Privacy Policy](#)

- [Terms of Service](#)

- [Submit feedback](#)

Introduction to the Ad Grants programGoogle Ad Grants basicsProgram policiesEligibility requirementsSet up your accountApplication statusBilling informationProgram basics
Conversion tracking
Troubleshoot issues with your Ad Grants activationFix issues with your ads Account access troubleshooter

# What is the issue with this selection?



Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

# Share additional info or suggestions



Do not share any personal info
Cancel

Submit

By continuing, you agree Google uses your answers, [account & system info](#) to improve services, per our [Privacy](#) & [Terms](#).

Ad Grants Help

Sign in

Send feedback on...



This help content & information

General Help Center experience

Next

Help CenterCommunityAnnouncements

# Ad Grants Policy Compliance Guide

We launched updated Ad Grants policies in January 2018 to provide more guidance on running a high quality account.

The instructions below are based on the new Google Ads experience. Check what Google Ads experience you're using.

## No single-word keywords permitted

Under Ad Grants' Mission based policy, single keywords aren't permitted. Your own brand keywords, approved medical conditions and some other cases are deemed an exception to this policy. To pause single keywords you can use a filter.

Filter for single keywords and pause them:

1. Sign in to your Google Ads account.
2. From the page menu, click Campaigns. On the filter bar above the statistics table, select Campaign status and All enabled.
3. From the page menu, click Ad groups. On the filter bar above the statistics table, select Ad group status and All enabled.
4. From the page menu, click Keywords. On the filter bar above the statistics table, select Keyword status and All enabled.
5. Click the filter button above the statistics table. Choose Keyword text from the list of options and does not contain. In the text box enter a space by pressing the spacebar on your keyboard once. Click Apply to see a list of single keywords.
6. Check the select all checkbox, click Edit and then Pause, unless it's your brand term, an excepted medical term or a listed exception.

# No overly generic keywords permitted

Ad Grants' Mission based policy requires overly generic keywords that don't indicate the intent of the person searching to be paused or removed, for example: '"free videos", "e-books" or "today's news".

Your landing page experience is a good indication of whether your keyword is too generic. If a keyword has a landing page experience below average, this indicates that users weren't finding the content that they were looking for when they searched. Consider rewording these keywords or adding keywords found in the Search Term report that show a strong CTR.

# No keywords with a quality score of 1 or 2 permitted

Ad Grants' Mission based policy requires keywords with a quality score of 1 or 2 to be paused or removed. Check your quality score on a regular basis to pause non-permitted keywords. You can also setup an automated rule so the system automatically pauses these keywords for you.

How to check your keywords' quality score

The quality score can be found in a column in your Keywords tab. However, it may not be showing in your account as default. If you don't see a Quality Score column in your keywords tab, you can add it:

1. Sign in to your Google Ads account.
2. To see data for a specific period, click the date range selector on the top corner of the page and select the time period you'd like to analyze.
3. Click Keywords in the page menu.
4. Click the Columns icon above the statistics table and select Modify columns from the drop down.
5. Select Quality Score in the modify columns menu.
6. Click Apply to add the column Quality Score to your Keywords table.

Quality scores marked as "—" are exempt from this policy and not monitored.

Pause keywords with quality scores of 1 or 2 with an automated rule

You can setup an automated rule so the system regularly pauses keywords with a quality score of 1 or 2 for you when the condition is met.

1. Click Keywords in the page menu to reach the keywords page, and click the 3-dot icon
   .
2. Select Create an automated rule.
3. For Type of rule select Pause keywords.
4. For the Apply to keywords selection choose All enabled keywords.
5. For the Condition selection choose Quality Score, then < and 3. Ensure the checkbox for Include keywords with quality scores of "—" is deselected.
6. For Frequency set Daily, time as 11:00PM and using data from Same day.
7. Choose if you wish to receive an email notification, enter a rule name and click Save Rule.

How do I comply with Ad Grants' policies? An automated rule can help
The Ad Grants Mission-based campaigns policy requires active keywords to have a quality score of 3 or higher (on a scale of 10), meaning keywords with a quality score of 1 or 2 should be paused or removed. An automated rule is the best way to avoid compliance challenges related to quality scores. This video provides step-by-step instructions on how to set up an automated rule to stay compliant with this policy.

## Must maintain a 5% click-through rate (CTR) each month

Failing to meet 5% CTR for two consecutive months can result in temporary account deactivation.

To correct your CTR before your account is temporarily deactivated, or once your account is temporarily deactivated, follow these steps:

1. Set the date range to the past 7 days that your account was active. If your account was deactivated or campaigns were paused, set the date range to the last 7 days that your ads accrued impressions.
2. From the page menu on the left sidebar, click Campaigns. On the filter bar above the statistics table, select Campaign status and All enabled.
3. From the page menu, click Ad groups. On the filter bar above the statistics table, select Ad group status and All enabled.
4. From the page menu, click Keywords. On the filter bar above the statistics table, select Keyword status and All enabled.
5. Order by top impressions down by clicking the column header Impr. at the top of the statistics table.
6. Pause keywords with high impressions (see Impr. column) and low CTR (see CTR column) by clicking the checkbox to the left of the keyword, click Edit and then Pause. This step will increase the average CTR of all enabled keywords.

7. Continue until the CTR metric for the total bar on the statistics table, called Total: filtered keywords, reads at least 5%.

> If your account has already been temporarily deactivated, after following the above steps, and correcting any other outstanding Ad Grants policy issues, fill out this form to request reactivation.
> Check out our additional suggestions to improve CTR.

## Must have valid conversion tracking, if applicable

Ad Grants policy requires that accounts created since January 2018 and advertisers in the program using Smart Bidding strategies must implement accurate conversion tracking.

Accurate conversion tracking means that you are reporting at least 1 conversion per month (see the Conversions column) and that if your conversion rate is high (see the Conv. Rate column), it's accurately setup and due to strong performance of a meaningful conversion. Your total number of clicks should not nearly equate to your total number of conversions.

If you haven't received at least 1 conversion last month, please try one of the following options:

- Create a goal in Google Analytics and import it into Google Ads (recommended) or add a new conversion directly in Google Ads.
- If you're using Google Ads conversion tracking already but not reporting conversions, troubleshoot your conversion tracking tag.
- If you have Google Analytics goals setup and imported into Google Ads already, then troubleshoot your Goals setup.

If your conversion rate is high, please confirm that it's due strong performance for a meaningful conversion. Top fixes include:

- Consider changing your settings to suit the type of conversion and "count one" instead of "count every" conversion where appropriate (see counting options)
- Consider tracking a 'thank you' page where possible using Google Ads conversion tracking or a Destination goal with Google Analytics.
- If you don't have a 'thank you' page to track on your site, try a Google Analytics Smart Goal
- Increase the barrier to what counts as a conversion:
- If using a Destination goal or conversion, ensure the page you're tracking isn't a frequently visited, common page, but instead one that's accessed after someone completes a meaningful action, i.e. a 'thank you' page.
- If using a Duration goal, consider increasing the minimum amount of time spent on site.

- If using a Pages/Screens per session goal, consider increasing the minimum amount number visited.

Optimization tips and troubleshooting steps can be found in our Ad Grants Conversion Tracking guide.

## Must have at least 2 ads per ad group

Invest in building out your campaign structure with at least 2 ads per ad group, leading to relevant landing pages and set the ad rotation to Optimize. This setting optimizes your ads for each individual auction using signals like keyword, search term, device, location, and more.

Learn how to create ads.

## Must have at least 2 ad groups per campaign

Create at least 2 ad groups per campaign with a set of highly relevant and tightly knit keywords that align with the 2 associated ads and destination landing pages. Check out your Search Terms report to see what multiple word searches have gained a good CTR and add these.

Learn how to create ad groups.

## Must have at least 2 sitelink ad extensions

Sitelinks provide the person searching more opportunities to click directly from your ad to landing pages on your site. Consider what specific pages might be most valuable to people searching and add these as sitelinks, for example a campaign page for a fundraising campaign.

Learn how to add sitelinks.

## Must respond to program survey

All grantees must complete an annual program survey. The survey has been sent to the login email addresses on each Ad Grants account earlier in the year. If you have submitted it but receive a notification that it still needs to be completed, then we haven't been able to successfully capture your submission based on the customer ID entered and please resubmit.

The survey link can be found here. Pay careful attention to entering your customer ID in the format of 10 digits "XXXXXXXXXX" so we can identify your submission.

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

# Need more help?

Sign in for additional support options to quickly solve your issue

# Program policies

- Google Ad Grants Terms and Conditions
- Mission-based campaigns
- Website policy
- Account management policy
- Media and press inquiries
- Refunds
- Ad Grants Policy Compliance Guide

- ©2021 Google
- Privacy Policy
- Terms of Service
- Contact us



English

1. dansk
2. Deutsch
3. English (United Kingdom)
4. español
5. español (Latinoamérica)
6. Filipino
7. français
8. hrvatski
9. Indonesia
10. italiano
11. magyar
12. Melayu

13. Nederlands
14. norsk
15. polski
16. português (Brasil)
17. română
18. slovenčina
19. slovenščina
20. suomi
21. svenska
22. Tiếng Việt
23. Türkçe
24. čeština
25. български
26. русский
27. српски
28. עברית
29. हिन्दी
30. ไทย
31. 中文（简体）
32. 中文（繁體）
33. 中文（香港）
34. 日本語
35. 한국어
36. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- [Help Center](#)

    - [Setup and basics](#)

    - [Manage your account](#)

- o  [Troubleshooting and support](#)

- [Community](#)

- [Ad Grants](#)

- [Privacy Policy](#)

- [Terms of Service](#)

- [Submit feedback](#)

Introduction to the Ad Grants programGoogle Ad Grants basicsProgram policiesEligibility requirementsSet up your accountApplication statusBilling informationProgram basics
Conversion tracking
Troubleshoot issues with your Ad Grants activationFix issues with your ads Account access troubleshooter

# What is the issue with this selection?

Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations



Minor errors - formatting issues, typos, and / or broken links



Other suggestions - ideas to improve the content

## Share additional info or suggestions



Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.



Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunityAnnouncements

# Keep your account secure

Keeping your data safe is a top priority. While we take a lot of steps to keep your Google Ads account secure, here are a few more ways you can protect your account.

Note: To ensure your Google Ads account remains protected over time, we may periodically suggest tailored recommendations through email updates and notifications in your account.

## Protect your Google account

Keep in mind that anyone with access to your Google account can access your Google Ads account and look up your advertising data. To avoid unauthorized access, take steps to protect your Google account.

## Enable 2-Step Verification

2-Step Verification is a simple way to protect your account against password theft. When you set up 2-Step Verification, you'll sign into your account using a password and a second verification step. The second verification step can involve a text message (SMS) or call, security key, or a Google prompt on a compatible mobile device, and ensures potential attackers can't access your account even if they have your password.

If you don't want to enter a 2-Step Verification code or use your Security Key every time you sign in to your Google Account, you can mark your computer or mobile device as trusted and not be asked again.

# Choose a strong, unique password

A strong password contains a combination of numbers, characters, and case-sensitive letters, so it can't be guessed easily. Don't use the same password for different websites.

# Keep your account recovery options up-to-date

Check that your account recovery options are up-to-date to prevent getting locked out of your account.

# Scan your computer for malware

Make sure your computer's antivirus protection is up to date and that you periodically run a full system scan. Someone can steal your personal information by spreading malware onto your system, so run full system scans on a regular basis to help ensure that your system is free of malware. Learn more about protecting yourself from malware.

## Protect your Google Ads account

Below are a few best practices that can reduce the risk of your Google Ads accounts being compromised by unauthorized users.

Require your users to enable 2-Step Verification

Account administrators can require all users of their Google Ads accounts to enable 2-Step Verification, as described above. When you set up 2-Step Verification, you'll sign into your account using a password and a second verification step. The second verification step can involve a text message (SMS) or call, security key, or a Google prompt on a compatible mobile device, and ensures potential attackers can't access your account even if they have your password.

Users who try to access your Google Ads account without first enabling 2-Step Verification will see this message prompting them to set up 2-Step Verification.

How to change authentication settings in your Google Ads account

# How to change authentication settings across your managed accounts
"Confirm it's you" security challenges

To help protect your account, you may need to prove it's you when you try to complete sensitive actions like the following:

- Inviting Standard or Admin users
- Performing out-of-the-ordinary budget changes
- Creating Ads with URL domains not previously used in your account

When attempting these actions, you may be asked to confirm it's really you by completing a security challenge such as receiving a security code on your phone. For more information on completing these challenges, learn how to verify it's you when accessing your account.

## Restrict the email domains your users can use

By adding allowed email domains in your security settings, you can ensure that users from outside your organization don't get invited to access your Google Ads account. For instance, if you set "example.com" as the allowed email domain for your account, you will only be able to invite user@example.com to the account, but not user@gmail.com. Note that only users with admin access can add allowed email domains to accounts.

1. Sign in to your Google Ads account.
2. Click the tools icon [ ] in the top right corner of the page.
3. Under "Setup," click Access and security.
4. Along the top of the page, click Security settings.
5. Click Allowed domains to expand the panel.
6. Click Add Domain to add a domain to the list.
7. Click the "x" symbol  to the right of a domain to remove it.
8. Click Save.

## Avoid sharing login credentials among multiple users

If many people need to use your Google Ads Account, don't have them share the same username and password. Instead, grant each person access to the Google Ads account, using their individual Google account. Each Google account can have direct access to up to 20 Google Ads Accounts. Also keep in mind that if you're managing multiple Google Ads accounts, a manager account might be a better option for you. You can then give different users access to the manager account, and allow them to access multiple accounts from that single manager account.

# Review who has access to your Google ads account

Last but not least, you should regularly check on user access and permissions across your Google Ads accounts.

# Check for unauthorized changes

Sign in to your Google Ads Account regularly to check for any unexpected or unauthorized activity such as changes to your ads or budget. If you think someone may have accessed your billing information, check your bank or credit card statements as well for any unauthorized activity. Report unauthorized Google Ads activity.

# Remove inactive users

Remove access for users who have left your company or no longer work with your Google Ads account. Unless you remove these inactive users, they can still sign in to your account and make changes. Learn how to remove users from your account.

# Grant the minimum access needed for each user

When you invite a new user, that user is assigned a specific access level. With different access levels, you can give users selective access to various tasks and features. For example, users with Admin access can invite new users into the account to make changes, while users with Standard access can't. Similarly, you can assign a "Read only" access or "Email only" access to users who don't need to make changes to your account. Learn more about access levels in your Google Ads Account.

# Review related manager accounts

If you have client accounts under a manager account, you can check if they're linked to any managers outside of your MCC hierarchy in the "Related managers" tab. Learn more about the Related managers tab.

## Opt out of 2-step verification

Google strongly encourages all advertisers to use 2-step verification to log in to their accounts. Using 2-step verification protects your account and sensitive data from attackers, even if they have your password. If you'd prefer not to protect your account, follow the instructions below.

Opt out of 2-step verification

Step 1: Disable the 2-step verification requirement in Google Ads

Note: You must have administrative access to make this change.

1. Sign in to your Google Ads account.

- Note: If you see a message saying you must set up 2-step verification to log in, follow the instructions to set up 2-step verification on your Google account. (This can be disabled later.)

2. Click the tools icon  in the top right corner of the page.
3. Under "Setup," click Access and security.
4. Along the top of the page, click Security settings.
5. Click Authentication method to expand the panel.
6. Set the authentication method to Standard.

### Step 2: Disable 2-step verification on your Google account

1. Go to your Google account.
2. On the left navigation panel, click Security.
3. On the "Signing in to Google" panel, click 2-Step Verification.
4. Click Turn Off.

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo

Submit

# Need more help?
Sign in for additional support options to quickly solve your issue

## Account administration and security

- The security and privacy of your account
- Keep your account secure
- Protect yourself from malware
- Suspicious emails or calls claiming to be from Google Ads
- Unauthorized Google Ads charges
- About direct debit daily spending limits

- ©2021 Google
- Privacy Policy
- Terms of Service
- Google Ads Advertising Policies
- About the Help Center



English

1. català
2. dansk
3. Deutsch
4. eesti
5. English (Australia)
6. English (United Kingdom)
7. español
8. español (Latinoamérica)
9. Filipino
10. français
11. hrvatski
12. Indonesia
13. italiano
14. latviešu
15. lietuvių
16. magyar
17. Melayu
18. Nederlands
19. norsk
20. polski
21. português
22. português (Brasil)
23. română
24. slovenčina
25. slovenščina
26. suomi
27. svenska
28. Tiếng Việt
29. Türkçe
30. čeština
31. Ελληνικά
32. български
33. русский
34. српски
35. українська
36. עברית
37. العربية
38. हिन्दी
39. ไทย
40. 中文（简体）
41. 中文（繁體）

42. 中文（香港）
43. 日本語
44. 한국어
45. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- [Help Center](#)

  - [Coronavirus (COVID-19) Resources and Updates](#)

  - [Setup and basics](#)

  - [Manage ads](#)

  - [Measure results](#)

  - [Smart campaigns](#)

  - [Billing](#)

  - [Learn](#)

- o [Google Partners](#)

- [Community](#)

- [Google Ads](#)

- [Privacy Policy](#)

- [Terms of Service](#)

- [Submit feedback](#)

Your guide to Google AdsGoogle Ads basicsCreate ads and campaignsChoose where and when ads appearFind out if your ad is runningAccount administration and security Ads and approvalsCampaign settingsBudgets and bidsKeywordsReach your audienceTarget placements and topicsMultiple or large accountsLocal Services adsThe Google Ads mobile appRecommendations and optimization score
Connect your goals to dataFind and run reportsUnderstanding your dataTrack sales and other conversionsGoogle Analytics and Google AdsCommon reporting issues
Get startedSetup and managementCalls in Smart campaigns
Payment methods and settingsBasic billing tasksPromotions and couponsRefunds and adjustmentsTaxesIssues with payments and charges
Your guide to Google AdsGoogle Ads training on SkillshopAccount walk-throughsGlossary
Google Partners Program

## What is the issue with this selection?



Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

## Share additional info or suggestions

Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.

Advertising Policies Help

**Sign in**

Send feedback on...

This help content & information

General Help Center experience

Next

# Promotional codes

Google provides translated versions of our Help Center as a convenience, though they are not meant to change the content of our policies. The English version is the official language we use to enforce our policies. To view this article in a different language, use the language dropdown at the bottom of the page.

What's the policy?

Google and our partners sometimes distribute promotional codes for Google Ads. These promotional codes can be used to redeem credit that gets applied to your Google Ads account. The terms and conditions for each promotion can vary by country or by promotion, so please be sure to check all the details in the promotional material. For your convenience, we've included a list of general terms and conditions for our promotional codes in the section below.

How does this policy differ from country to country?

Click a country below to see the general terms and conditions for using Google Ads promotional codes.

- Algeria (French)
- Algeria (Arabic)
- Argentina
- Australia
- Austria
- Belarus
- Belgium (French)
- Belgium (Dutch)
- Bolivia
- Bosnia And Herzegovina

- Brazil
- Bulgaria
- Canada (English)
- Canada (French)
- Chile
- China
- Colombia
- Costa Rica
- Croatia
- Czech Republic
- Cyprus
- Denmark
- Dominican Republic
- Ecuador
- Egypt
- El Salvador
- Estonia
- Finland
- France
- Germany
- Greece
- Guatemala
- Honduras
- Hong Kong
- Hungary
- India
- Indonesia
- Ireland
- Israel
- Italy
- Japan
- Kazakhstan
- Korea
- Latvia
- Lithuania
- Luxembourg (French)
- Luxembourg (German)
- Macedonia
- Malaysia (English)
- Malaysia (Malay)
- Mexico
- Montenegro
- Morocco (French)
- Morocco (Arabic)

- Netherlands
- New Zealand
- Nicaragua
- Norway
- Pakistan
- Panama
- Paraguay
- Peru
- Philippines
- Poland
- Portugal
- Puerto Rico
- Romania
- Russia
- Saudi Arabia
- Serbia
- Singapore
- Slovakia
- Slovenia
- South Africa
- Spain
- Sweden
- Switzerland (German)
- Switzerland (French)
- Switzerland (Italian)
- Taiwan
- Thailand
- Tunisia (French)
- Tunisia (Arabic)
- Turkey
- Ukraine
- United Arab Emirates (Arabic)
- United Arab Emirates (English)
- United Kingdom
- United States
- Uruguay
- Venezuela
- Vietnam

## Examples

**Acceptable**                                    **Not acceptable**

| Opening a new Google Ads account and then using a promotional credit that you received in the mail | Selling Google Ads promotional credits Using more than one promotional credit per customer |

## What happens if I violate this policy?

- Account suspension: An account may get suspended if you have several violations or a serious violation. If this happens, all ads in the suspended account will stop running, and we may no longer accept advertising from you. Any related accounts may also get permanently suspended and your new accounts may get automatically suspended at set up. Learn more about suspended accounts

## Contact information

If you still have questions about this policy, you can contact us via the link below. You'll be taken to our "Ad Approvals and Policies" form where you can write to us about your issue.

 Contact Google Ads Support

Give feedback about this article
Choose a section to give feedback on

### Was this helpful?
YesNo



Submit

## Google's Brand

- About advertising incentives
- Google Advertising Cookies
- Promotional codes
- Requirements for third-party ad serving
- Reservation Display Ads Billing Policy

- ©2021 Google
- Privacy Policy
- Terms of Service

English?

English

1. català
2. dansk
3. Deutsch
4. eesti
5. English (Australia)
6. English (United Kingdom)
7. español
8. español (Latinoamérica)
9. Filipino
10. français
11. hrvatski
12. Indonesia
13. italiano
14. latviešu
15. lietuvių
16. magyar
17. Melayu
18. Nederlands
19. norsk
20. polski
21. português
22. português (Brasil)
23. română
24. slovenčina
25. slovenščina
26. suomi
27. svenska
28. Tiếng Việt
29. Türkçe
30. čeština
31. Ελληνικά
32. български
33. русский
34. српски
35. українська
36. עברית
37. العربية
38. हिन्दी
39. ไทย
40. 中文（简体）
41. 中文（繁體）
42. 日本語

43. 한국어
44. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- [Help Center](#)

  o [List of ad policies](#)

  o [Review process](#)

  o [Verification](#)

  o [Change log](#)

- [Advertising Policies](#)

- [Privacy Policy](#)

- [Terms of Service](#)

- [Submit feedback](#)

Advertising policiesThird-party policiesRelated policies & terms
Approval processDisapprovals and suspensions
Verification programs
Upcoming and recent changesPast changes

# What is the issue with this selection?



Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

# Share additional info or suggestions

Do not share any personal info
Cancel
Submit
By continuing, you agree Google uses your answers, [account & system info](#) to improve
services, per our [Privacy](#) & [Terms](#).



Google Ads Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help Center Community Announcements

# Canceling your Google Ads account

You can cancel your Google Ads account at any time. This will automatically stop all your ads within 24 hours.

This article shows you how to cancel your account, and what you should know before you cancel your account.

Note:

Canceling your Google Ads account is different from deleting your Google Account. When you cancel your Google Ads account, your ads stop showing, but you're still able to access the account. When you delete your Google Account, all Google product accounts associated with that account will be canceled, and you'll be unable to access the accounts in the future. Your Gmail username will also be deleted and can't be used again in the future. Learn more about deleting your Google Account.

Before you cancel

Note that canceling your Google Ads account has the same effect as pausing your campaigns, with these exceptions:

- When you cancel your account, you can receive a refund for any unused account balance, excluding amounts from promotional offers.
- If you cancel your account, you'll need to reactivate your account first if you want to use it again in the future.

If you don't have unused funds in your account, you may want to pause your campaigns instead of canceling your account.

If you're canceling your account because you're not happy with how your campaigns are performing, you may want to check out optimization tips that could help.

Note: You can also cancel accounts that are still being set up by clicking the delete icon next to them in the Account selector.

## How cancellation works

If you decide to cancel your account, keep in mind that you'll still need to pay for any accrued costs in your account. If you have money left in your account, we'll refund it to your payment method within 4 weeks. Learn more about managing billing after canceling your Google Ads account.

After you cancel, you'll still be able to access the data in your Google Ads account by logging in to Google Ads. If you want to use Google Ads again in the future, you can reactivate your account at any time.

Note: If your Google Ads account has been inactive for more than 15 months - meaning your account hasn't been spent in more than 15 months - your account will be automatically canceled. Learn more about cancellation of inactive accounts.

## Requirements for cancellation

To cancel your account, you'll need:

- Administrative access to your account
- Billing set up for your account

If you have a manager account and want to cancel one of your managed accounts, keep in mind the following requirements:

- You'll need administrative access to your manager account
- Your manager account needs to have ownership of the client account you'd like to cancel.

Learn more about canceling client accounts

## How to cancel your account

1. Go to your Google Ads account Preferences.
2. Click the Account Status section to expand it.
3. Click Cancel my account.

## After your account is canceled

**1925**

The following will take place after canceling your account:

- All remarketing lists that are owned by the canceled account, including Customer Match, will be set to "Closed," preventing new users from being added to these lists.

  In an effort to remove your data, the following will take place about a month after account cancellation:

- All remarketing lists that are owned by the canceled account, including Customer Match, will have their membership duration updated to 1 day. This action will remove all users from these lists.
- Once the users are removed, lists that are shared with other accounts will no longer be usable for those accounts.
- Any parameters for dynamic remarketing will be deleted.

  If you have any refundable credit left in your canceled account, you should receive a refund within 4-12 weeks. Learn more about managing billing after canceling your Google Ads account.

## Problems canceling your account

- If you don't see the option to cancel your account, you may not be eligible to cancel it. Review "Requirements for cancellation" above.
- If your administrative access user left the company, and you want to cancel your account, collect your Customer ID, sign-in email address, account billing information, and contact Google Ads support.

## Related links

- Managing billing after canceling your Google Ads account
- Access your canceled Google Ads account
- Reactivate a cancelled Google Ads account

Give feedback about this article
Choose a section to give feedback on



Was this helpful?
YesNo

Submit

## Need more help?

Sign in for additional support options to quickly solve your issue

## Account administration and security

- Canceling your Google Ads account
- Managing billing after canceling your Google Ads account
- Reactivate a cancelled Google Ads account
- Understanding Google Ads country restrictions
- About account cancellation
- About Google Ads account suspensions
- Transfer ownership of a Google Ads, Google Analytics, or Google Merchant Center account



Grow your business with Google Ads

Get in front of millions of customers when they're searching for businesses like yours on Google Search, Youtube, Maps and more.

Sign Up Today

or Call 1-855-500-2758 to get started

- ©2021 Google
- Privacy Policy
- Terms of Service
- Google Ads Advertising Policies
- About the Help Center

English?

English

1. català
2. dansk
3. Deutsch
4. eesti
5. English (Australia)
6. English (United Kingdom)
7. español
8. español (Latinoamérica)
9. Filipino
10. français
11. hrvatski

12. Indonesia
13. italiano
14. latviešu
15. lietuvių
16. magyar
17. Melayu
18. Nederlands
19. norsk
20. polski
21. português
22. português (Brasil)
23. română
24. slovenčina
25. slovenščina
26. suomi
27. svenska
28. Tiếng Việt
29. Türkçe
30. čeština
31. Ελληνικά
32. български
33. русский
34. српски
35. українська
36. עברית
37. العربية
38. हिन्दी
39. ไทย
40. 中文（简体）
41. 中文（繁體）
42. 中文（香港）
43. 日本語
44. 한국어
45. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- Help Center

  - Coronavirus (COVID-19) Resources and Updates

  - Setup and basics

  - Manage ads

  - Measure results

  - Smart campaigns

  - Billing

  - Learn

  - Google Partners

- Community

- Google Ads

- [Privacy Policy](#)

- [Terms of Service](#)

- [Submit feedback](#)

Your guide to Google AdsGoogle Ads basicsCreate ads and campaignsChoose where and when ads appearFind out if your ad is runningAccount administration and security Ads and approvalsCampaign settingsBudgets and bidsKeywordsReach your audienceTarget placements and topicsMultiple or large accountsLocal Services adsThe Google Ads mobile appRecommendations and optimization score
Connect your goals to dataFind and run reportsUnderstanding your dataTrack sales and other conversionsGoogle Analytics and Google AdsCommon reporting issues
Get startedSetup and managementCalls in Smart campaigns
Payment methods and settingsBasic billing tasksPromotions and couponsRefunds and adjustmentsTaxesIssues with payments and charges
Your guide to Google AdsGoogle Ads training on SkillshopAccount walk-throughsGlossary
Google Partners Program

# What is the issue with this selection?

Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

## Share additional info or suggestions



Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.

Google Ads Help

Sign in

Send feedback on...



This help content & information

General Help Center experience

Next

Help CenterCommunityAnnouncements

# Requesting refunds

Showing information for the following country: 
United States

To see subtitles in your language, turn on YouTube captions. Click the Settings icon at the bottom of the video player, select "Subtitles," and then specify your language.

---

You can request a refund by canceling your Google Ads account while there is existing credit in the account. We'll automatically initiate a refund to your bank account or credit card associated with your Google Ads account.

*Processing time*: 2 weeks for Google to process, and additional time for your credit card company to process.

Reasons a refund might not be available

We don't offer refunds in these cases:

- You have money left over in your account from a promotional code.
- Your account is still active.
- You have an outstanding balance that you still need to pay.

Timelines and delayed refunds

Refunds typically take up to 2 weeks for us to process, and it can take an additional 10 business days for your bank or credit card company to credit the refund to your account, depending on their own processes.

If you've waited longer than 4 weeks, please contact us.

Checking for credit or outstanding balance
Canceling your account

Tip

You can cancel your refund request if we haven't sent you a confirmation email about your refund. Just reactivate your account.

Related article

See how to reactivate your account.

Give feedback about this article
Choose a section to give feedback on



Was this helpful?
YesNo

Submit

# Need more help?

Sign in for additional support options to quickly solve your issue

## Billing

- Understanding credits and adjustments to your account
- Requesting refunds

- ©2021 Google
- Privacy Policy
- Terms of Service
- Google Ads Advertising Policies
- About the Help Center


English

1. català
2. dansk
3. Deutsch

4.  eesti
5.  English (Australia)
6.  English (United Kingdom)
7.  español
8.  español (Latinoamérica)
9.  Filipino
10. français
11. hrvatski
12. Indonesia
13. italiano
14. latviešu
15. lietuvių
16. magyar
17. Melayu
18. Nederlands
19. norsk
20. polski
21. português
22. português (Brasil)
23. română
24. slovenčina
25. slovenščina
26. suomi
27. svenska
28. Tiếng Việt
29. Türkçe
30. čeština
31. Ελληνικά
32. български
33. русский
34. српски
35. українська
36. עברית
37. العربية
38. हिन्दी
39. ไทย
40. 中文（简体）
41. 中文（繁體）
42. 中文（香港）
43. 日本語
44. 한국어
45. English

Send feedback on...

This help content & information General Help Center experience

1

Google Help

- [Help Center](#)

  - [Coronavirus (COVID-19) Resources and Updates](#)

  - [Setup and basics](#)

  - [Manage ads](#)

  - [Measure results](#)

  - [Smart campaigns](#)

  - [Billing](#)

  - [Learn](#)

  - [Google Partners](#)

- [Community](#)

- [Google Ads](#)

- [Privacy Policy](#)

- [Terms of Service](#)

- [Submit feedback](#)

Your guide to Google AdsGoogle Ads basicsCreate ads and campaignsChoose where and when ads appearFind out if your ad is runningAccount administration and security
Ads and approvalsCampaign settingsBudgets and bidsKeywordsReach your audienceTarget placements and topicsMultiple or large accountsLocal Services adsThe Google Ads mobile appRecommendations and optimization score
Connect your goals to dataFind and run reportsUnderstanding your dataTrack sales and other conversionsGoogle Analytics and Google AdsCommon reporting issues
Get startedSetup and managementCalls in Smart campaigns
Payment methods and settingsBasic billing tasksPromotions and couponsRefunds and adjustmentsTaxesIssues with payments and charges
Your guide to Google AdsGoogle Ads training on SkillshopAccount walk-throughsGlossary
Google Partners Program

# What is the issue with this selection?



Inaccurate - doesn't match what I see in the product



Hard to understand - unclear or translation is wrong



Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations



Minor errors - formatting issues, typos, and / or broken links



Other suggestions - ideas to improve the content

## Share additional info or suggestions



Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.



Advertising Policies Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

# Customer Match policy

Google provides translated versions of our Help Center as a convenience, though they are not meant to change the content of our policies. The English version is the official language we use to enforce our policies. To view this article in a different language, use the language dropdown at the bottom of the page.

This policy applies to advertisers using Customer Match for campaigns on Search, Shopping, Display, YouTube, Discovery, or Gmail.

Starting in Fall 2021 advertisers with a good history of compliance can use certain aspects of Customer Match.

- If you don't meet all the requirements listed below, you'll only be able to use Customer Match on the "Observation" setting without bid adjustments, and for customer list exclusions.
- If you meet all the requirements listed below, you'll also be able to use additional Customer Match features, like the "Targeting" setting and bid adjustments.



# Requirements for using Customer Match

Customer Match is not available for all advertisers. To use Customer Match, your account must have:

- A good history of policy compliance.
- A good payment history.
- At least 90 days history in Google Ads.
- More than 50,000 USD total lifetime spend. For advertisers whose accounts are managed in currencies other than USD, your spend amount will be converted to USD using the average monthly conversion rate for that currency.

If your account does not meet the above criteria, then your account is currently ineligible to use Customer Match.

For personalized ads on Google Search, Shopping, Gmail, and YouTube, first-party and third-party data use policies apply.

# Collecting customer data

When using Customer Match, you may only upload customer information that you collected in the first-party context, such as information you collected from your websites, apps, physical stores, or other situations where customers shared their information directly with you.

Examples:

- You collected information from a customer who had purchased an item from your website.
- You collected information from a customer who registered to receive marketing messages through your apps.
- You collected information from a customer who signed up for your loyalty program in your physical store.

You must also:

- Ensure that your privacy policy discloses that you share customer data with third parties to perform services on your behalf, and that you obtain consent for such sharing where legally required.
- Only use Google's approved API or interface to upload customer data.
- Comply with all applicable laws and regulations, including any self-regulatory or industry codes that may apply.

## Additional Requirements

You are prohibited from:

- Running ads that collect personally identifiable information, except for Gmail ads with HTML forms that comply with the Gmail ads policy.
- Uploading information for any customer who is under the age of 13 or that was collected from any site or app directed to children under the age of 13.
- Creating ad content which implies knowledge of personally identifiable information or sensitive information about your customers (see below for more information).
- Using a customer list that targets an overly narrow or specific audience. For example, you can't combine a customer list with other targeting criteria (such as geographic limitations) if it results in an ad targeted to a relatively small number of users.
- Advertising for products related to sensitive information, such as pharmaceutical products, in a Customer Match campaign (see below for more information) or
- Running any ads that are prohibited by our Google Ads policies.

## Restrictions on sensitive categories

As defined under the Personalized advertising policy principles applicable to remarketing, advertisers can't use sensitive interest categories to target ads to users or to promote advertisers' products or services. These policies also apply to remarketing with Customer Match.

Additionally, you can't use data from your Customer Match campaigns to identify sensitive interest categories related to your customers.

For comprehensive information about what's considered a sensitive interest category under Personalized ads and Customer match policies, see the Personalized advertising policies.

## What happens if you violate our policies

- Compliance review: We may review your business for compliance with the Customer Match policy at any time. If we contact you to request information related to compliance, you're required to respond in a timely manner and swiftly take any corrective action needed to comply with our policies. If you're a manager account, we may also contact your managed accounts to verify compliance.

- Notification of non-compliance: If we believe that you're violating Customer Match policy, we'll contact you to request corrective action. If you fail to make the requested corrections within the time period given, you may be denied the ability to use Customer Match, or your access to your Google Ads accounts may be suspended. In cases of serious or repeated violations, your account may be suspended immediately and without notification. Learn more about suspended accounts

## Need help?

If you have questions about this policy, let us know: Contact Google Ads Support
Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo

Submit

## Ad targeting

- Personalized advertising
- Customer Match policy
- Data use in personalized ads on Google Search, Gmail, and YouTube
- Customer data policies
- How Google uses enhanced conversion data
- FAQs related to the update to the Personalized advertising policy on housing, employment, and credit

- ©2021 Google
- Privacy Policy
- Terms of Service

English?

English

1. català
2. dansk
3. Deutsch
4. eesti
5. English (Australia)
6. English (United Kingdom)

7. español
8. español (Latinoamérica)
9. Filipino
10. français
11. hrvatski
12. Indonesia
13. italiano
14. latviešu
15. lietuvių
16. magyar
17. Melayu
18. Nederlands
19. norsk
20. polski
21. português
22. português (Brasil)
23. română
24. slovenčina
25. slovenščina
26. suomi
27. svenska
28. Tiếng Việt
29. Türkçe
30. čeština
31. Ελληνικά
32. български
33. русский
34. српски
35. українська
36. עברית
37. العربية
38. हिन्दी
39. ไทย
40. 中文（简体）
41. 中文（繁體）
42. 日本語
43. 한국어
44. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- [Help Center](#)

  - o [List of ad policies](#)

  - o [Review process](#)

  - o [Verification](#)

  - o [Change log](#)

- **[Advertising Policies](#)**

- [Privacy Policy](#)

- [Terms of Service](#)

- [Submit feedback](#)

Advertising policiesThird-party policiesRelated policies & terms
Approval processDisapprovals and suspensions
Verification programs
Upcoming and recent changesPast changes

# What is the issue with this selection?



Inaccurate - doesn't match what I see in the product



Hard to understand - unclear or translation is wrong



Missing info - relevant but not comprehensive



Irrelevant - doesn't match the title and / or my expectations



Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

# Share additional info or suggestions



Do not share any personal info
Cancel
Submit
By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.

**1945**

GMAIL ADS SERVER NOT FOUND



Google Account Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunity

# Age requirements on Google Accounts

Below are the minimum age requirements to manage your own Google Account.

Note: For younger children, parents can help create and manage a Google Account with Family Link. When a child reaches their country's minimum age, they can manage their own account.

## Find your country's age requirement

For all countries not listed below, 13 is the minimum age to manage your own Google Account.

Note: These requirements may not be applicable to G Suite users, including accounts in G Suite for Education domains.

Asia
Caribbean
Europe
South America

## Service-specific age requirements

Some Google services have specific age requirements. Here are a few examples:

- YouTube: When a YouTube video has been age-restricted, a warning screen is displayed and only users who are 18 or older can watch it. Learn more about age-restricted videos.
- Google Payments: For age requirements, check your country's Terms of Service.

**1947**

- AdSense: 18+
- Google Ads: 18+

# Disabled account due to age requirement

Across Google services, if we learn that you may not be old enough to have a Google Account, you'll have 14 days to update your account to meet age requirements or your account will be disabled.

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

# Help

- Age requirements on Google Accounts
- Using Google products with your Google Account
- Purchase, cancellation & refund policies
- Make Google your homepage

- ©2021 Google
- Privacy Policy
- Terms of Service



English

1. català
2. dansk
3. Deutsch
4. eesti
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano

12. latviešu
13. lietuvių
14. magyar
15. Melayu
16. Nederlands
17. norsk
18. polski
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. नेपाली
36. हिन्दी
37. සිංහල
38. ไทย
39. ລາວ
40. ქართული
41. 中文（简体）
42. 中文（繁體）
43. 日本語
44. 한국어
45. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- [Help Center](#)

- [Community](#)

- [Google Account](#)

- [Privacy Policy](#)

- [Terms of Service](#)

- [Submit feedback](#)

## What is the issue with this selection?

☐ Inaccurate - doesn't match what I see in the product

☐ Hard to understand - unclear or translation is wrong

☐ Missing info - relevant but not comprehensive

☐ Irrelevant - doesn't match the title and / or my expectations

☐ Minor errors - formatting issues, typos, and / or broken links

☐ Other suggestions - ideas to improve the content

## Share additional info or suggestions



Do not share any personal info
Cancel
Submit
By continuing, you agree Google uses your answers, account & system info to improve
services, per our Privacy & Terms.

Google Pay Help

Sign in

Send feedback on...

 This help content & information

General Help Center experience

Next

Help CenterNew to Contactless Payments

As of June 15th, you can no longer send, request, receive, claim, or withdraw money with the old Google Pay app. For these features and more, download the new Google Pay app and visit support.google.com/googlepay for tips and support.

# Privacy and terms

## Privacy

Google Privacy Policy
Google Payments Privacy Notice

## Google Pay Terms

Users in the United States and the European Economic Area (EEA), except the United Kingdom, can find the Google Pay terms applicable to their country in the "Google Payments Terms" section below.

India

Rest of World

## Google Payments Terms

Argentina

Austria

Australia

Belgium

Brazil

Bulgaria

Croatia

Cyprus

Czech Republic

Denmark

Estonia

Finland

France

Germany

Great Britain

Greece

Hong Kong

Hungary

Iceland

India

Indonesia

Ireland

Israel

Italy

Japan

Korea

Latvia

Liechtenstein

Lithuania

Luxembourg

Malaysia

Malta

Mexico

Netherlands

New Zealand

Norway

Poland

Portugal

Romania

Russia

Saudi Arabia

Singapore

Slovakia

Slovenia

South Africa

Spain

Sweden

Switzerland

Taiwan

Thailand

**1954**

Turkey

Ukraine

United States

Vietnam

Rest of world

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

# Need more help?

Sign in for additional support options to quickly solve your issue



Having trouble using Google Pay in stores?

See the next steps for fixing issues specific to your account.

- ©2021 Google
- Privacy Policy
- Terms of Service



English

1. Afrikaans
2. català
3. dansk
4. Deutsch
5. eesti
6. English (United Kingdom)
7. español
8. Filipino

9.  français
10. hrvatski
11. Indonesia
12. italiano
13. latviešu
14. lietuvių
15. magyar
16. Melayu
17. Nederlands
18. norsk
19. polski
20. português
21. português (Brasil)
22. română
23. slovenčina
24. slovenščina
25. suomi
26. svenska
27. Tiếng Việt
28. Türkçe
29. čeština
30. Ελληνικά
31. български
32. русский
33. српски
34. українська
35. עברית
36. العربية
37. فارسی
38. हिन्दी
39. తెలుగు
40. ไทย
41. 中文（简体）
42. 中文（繁體）
43. 中文（香港）
44. 日本語
45. 한국어
46. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- [Help Center](#)

- [Google Pay](#)

- [Privacy Policy](#)

- [Terms of Service](#)

- [Submit feedback](#)

# What is the issue with this selection?

☐ Inaccurate - doesn't match what I see in the product

☐ Hard to understand - unclear or translation is wrong

☐ Missing info - relevant but not comprehensive

☐ Irrelevant - doesn't match the title and / or my expectations

☐ Minor errors - formatting issues, typos, and / or broken links

☐ Other suggestions - ideas to improve the content

## Share additional info or suggestions



Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.

Google Account Help

[ ]

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunity

As a precautionary health measure for our support specialists in light of COVID-19, we're operating with a limited team. Thanks for your patience, as it may take longer than usual to connect with us. For additional support, consult the Help Center.

# Update your account to meet age requirements

To manage your own Google Account, you must meet the minimum age requirement for the country associated with your account.

If we have learned that you may not be old enough to manage your own account:

- You'll have 14 days to either set up supervision for your account or verify that you're old enough to manage your account. During this grace period you can log in and use your account as normal.
- If your account is through work, school, or another organization, your account may not be eligible for parental supervision. If that is the case, your account will be disabled immediately. You should contact your admin if you have questions.
- If you choose not to set up supervision or verify you're old enough to manage your account within 14 days, your account will be disabled and your account information will be deleted after 30 days.

  Important: If your account is disabled, content you've published will be hidden. For example, YouTube videos you've created won't be visible while your account is disabled. If you re-enable your account it may take up to several days for your content to show up again.

## Set up supervision for your account

If you're not old enough to manage your own account, you can have a parent use their Google Account to set up supervision so you can continue using your account. You have

14 days after you entered your birthdate to enable supervision before your account will be disabled. After your account is disabled, you have 30 days to enable supervision before your account will be deleted.

Tip: Supervision can't be set up for a Brand Account. You'll need to delete or change who manages your Brand Account before you can set up supervision.

# Verify you're old enough to manage your account

If you do meet the minimum age requirements, you can verify your age with a government-issued ID that shows you meet the requirement. You may also have the option to verify your age with a credit card.

If you use a credit card, any temporary authorization will be fully refunded. If you use an ID, Google will delete the image after verifying your age.

Important: After you sign in to your Google Account you'll get instructions on how to directly upload a valid ID or enter credit card information. Google will never ask you to provide this type of information in an email.

## Use a government-issued ID
You'll need to upload an electronic copy of a valid, government-issued ID that shows your date of birth. Most requests are reviewed within 24 hours. If you provide a copy of your government ID, we'll delete the copy after we validate your date of birth.

## Use a credit card
Important: This option is not available in some countries.

After we confirm that your credit card is valid, we'll retain this data only as long as necessary to meet regulatory requirements for a credit card transaction.

If you use a credit card to verify your date of birth, you might see an authorization for a small amount on your account. This checks that your card and account are valid. Your card won't be billed and the authorization will go away soon.

Tip: If your authorization doesn't go through, check if you're using an invalid card or have provided incorrect information.

## Check the status of your request

- Within the first 14 days, you can check the status of your request. If you have more than one account, make sure you're signed in to the correct account.
- If your account is disabled, sign in as normal to view the status of your request.

# Download data from your account

If you're waiting for your account to be re-enabled or you can't re-enable your account, you may be able to download and save account data from some Google Services.

Within the first 14 days, you can sign in to your account and download your data.

If your account has been disabled, you may be able to download and save account data from some Google services.

# Delete your Google Account

If you don't want to add supervision or verify your birthdate, you can choose to delete your Google Account before it is disabled.
Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

©2021 Google
- Privacy Policy
- Terms of Service



English

1. català
2. dansk
3. Deutsch
4. eesti
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu

13. lietuvių
14. magyar
15. Melayu
16. Nederlands
17. norsk
18. polski
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. नेपाली
36. हिन्दी
37. සිංහල
38. ไทย
39. ລາວ
40. ქართული
41. 中文（简体）
42. 中文（繁體）
43. 日本語
44. 한국어
45. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- [Help Center](#)

- [Community](#)

- [Google Account](#)

- [Privacy Policy](#)

- [Terms of Service](#)

- [Submit feedback](#)

## What is the issue with this selection?

Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

## Share additional info or suggestions



Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.



Advertising Policies Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

# Approved animal medications for personalized advertising (Beta)

Google provides translated versions of our Help Center as a convenience, though they are not meant to change the content of our policies. The English version is the official language we use to enforce our policies. To view this article in a different language, use the language dropdown at the bottom of the page.

This page lists the prescription animal drug terms that can currently be promoted in ads that target personalized advertising audience segments, like remarketing lists. Ads are not permitted to target most kinds of audience segments if the ad or landing page contains any restricted drug terms that are not on this list. For more information, see our personalized advertising policy.

To express interest in having an animal medication term added to future versions of this list, submit this form. Note that we will not add animal medications that can also be prescribed for human use, are prone to human abuse or other misuse, or are confusingly similar to other restricted drug terms.

- Apoquel
- Galliprant
- Trifexis
- Milbemycin
- Simparica
- Proheart
- NexGard
- Advantage Multi
- Bravecto
- Selamectin

- Revolution

Give feedback about this article
Choose a section to give feedback on



Was this helpful?
YesNo

Submit

©2021 Google
- Privacy Policy
- Terms of Service


English

1. català
2. dansk
3. Deutsch
4. eesti
5. English (Australia)
6. English (United Kingdom)
7. español
8. español (Latinoamérica)
9. Filipino
10. français
11. hrvatski
12. Indonesia
13. italiano
14. latviešu
15. lietuvių
16. magyar
17. Melayu
18. Nederlands
19. norsk
20. polski
21. português
22. português (Brasil)
23. română

24. slovenčina
25. slovenščina
26. suomi
27. svenska
28. Tiếng Việt
29. Türkçe
30. čeština
31. Ελληνικά
32. български
33. русский
34. српски
35. українська
36. עברית
37. العربية
38. हिन्दी
39. ไทย
40. 中文（简体）
41. 中文（繁體）
42. 日本語
43. 한국어
44. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- Help Center

  o List of ad policies

  o Review process

- o [Verification](#)

- o [Change log](#)

- [Advertising Policies](#)

- [Privacy Policy](#)

- [Terms of Service](#)

- [Submit feedback](#)

Advertising policiesThird-party policiesRelated policies & terms
Approval processDisapprovals and suspensions
Verification programs
Upcoming and recent changesPast changes

# What is the issue with this selection?



Inaccurate - doesn't match what I see in the product



Hard to understand - unclear or translation is wrong



Missing info - relevant but not comprehensive



Irrelevant - doesn't match the title and / or my expectations



Minor errors - formatting issues, typos, and / or broken links



Other suggestions - ideas to improve the content

# Share additional info or suggestions



Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.

Advertising Policies Help

Sign in

This help content & information

General Help Center experience

Send feedback on...

Next

# Sexual content

Google provides translated versions of our Help Center as a convenience, though they are not meant to change the content of our policies. The English version is the official language we use to enforce our policies. To view this article in a different language, use the language dropdown at the bottom of the page.

Display & Video 360 users must comply with this Google Ads policy. Visit the Display & Video 360 help center for additional restrictions.

Ads should respect user preferences and comply with legal regulations, so we don't allow certain kinds of sexual content in ads and destinations.  Some kinds of sexual content in ads and destinations are allowed only if they comply with the policies below and don't target minors, but they will only show in limited scenarios based on user search queries, user age, and local laws where the ad is being served.

Learn about what happens if you violate our policies.

## Strongly restricted categories

Ads that feature or promote the following types of sexual content are strongly restricted. They will only serve based on the following conditions:

- The user's age, the local laws where the ad is being served, and the user's SafeSearch settings.
- The user's sexual content Search queries.

Nudity

People or representations of people that display exposed intimate body parts, including representations that are blurred or censored

Examples: Visible genitalia, female breasts, or buttocks

**Sexual encounter dating**

Dating explicitly motivated by sexual encounters

Examples: Hook-up or fling dating, swinger dating sites

---

# Moderately restricted categories

Ads that feature or promote the following types of sexual content categories are moderately restricted. They will only serve based on the following conditions:

- The user's age, the local laws where the ad is being served, and the user's SafeSearch settings.

**Partial nudity**

People or representations of people that display partially exposed intimate body parts

Examples: Lower or outer curve of the female breast exposed, majority of buttocks exposed

**Sexualized theme dating**

Dating explicitly motivated in terms of sexual themes

Examples: Affair dating, sexual fetish dating

**Sexual merchandise**

Sale of merchandise that's intended to enhance sexual activity

Examples: Sex toys, lubricants, aphrodisiacs, sexual enhancers, sexual fetish lingerie

## Sexual entertainment

Online or offline sexually suggestive entertainment

Examples: Strip clubs, adult movie festivals, sexually suggestive live streaming or live chat, sexually suggestive role playing games

## Mature cosmetic procedures

Cosmetic services and plastic surgery focused on intimate body parts

Examples: Female breast augmentation, penis enlargement surgery, vaginal laser rejuvenation, buttock implants, pubic hair grooming

## Sexually suggestive elements and themes

Text, images, audio, or video that can be interpreted as suggesting sexual intent or being sexually evocative. Content containing sexually suggestive poses or postures

Examples: Lewd or sexual language, images featuring legs spread open, touching covered intimate body parts, mimicking sexual positions or movements, dating for general audiences that includes more sexually suggestive imagery

---

# Country restrictions

Countries where all sexual content will not serve:

Countries where strongly restricted content will not serve:

| | |
|---|---|
| Algeria | China |
| Bahrain | Germany |
| Djibouti | Hong Kong |
| Egypt | Indonesia |
| India | Malaysia |
| Iran | Peru |
| Iraq | Philippines |
| Jordan | Russia |

| | |
|---|---|
| Kuwait | Singapore |
| Lebanon | South Korea |
| Libya | Taiwan |
| Morocco | Thailand |
| Oman | Ukraine |
| Palestine | Vietnam |
| Qatar | |
| Saudi Arabia | |
| Syria | |
| Tunisia | |
| United Arab Emirates | |
| Yemen | |

In addition to the requirements above, your ads must comply with local laws in the regions your campaigns target.

# Effect of the policy

If your ad meets the requirements above and is eligible, here are details of how it can run.

**Ad platform**

Sexual content ads cannot run:          Sexual content ads can run:

                                   Google Ads

    AdMob
    Google Ad Manager
    YouTube

**Ad Network**

Sexual content ads cannot run:          Sexual content ads can run:

    Display Network                    Google Search Network
    Google Ad Manager Network

**Ad Formats**

Sexual content ads cannot run, though acceptable ad formats can vary depending on factors such as the platform you're using, the status of your ad, and whether a publisher or partner has opted to show such ads:

    App ads and App extensions
    Consumer ratings annotations
    Dynamic display ads
    Gmail ads
    Image ads

Lightbox ads
Reservation display ads
Responsive ads
TrueView video ads

# Need help?

If you have questions about our policies, let us know: Contact Google Ads Support
Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

# Advertising policies

- Ad format requirements
- Ad targeting
- Abusing the ad network
- Ads & made for kids content
- Alcohol
- Copyrights
- Counterfeit goods
- Dangerous products or services
- Data collection and use
- Destination requirements
- Editorial
- Enabling dishonest behavior
- Financial products and services
- Gambling and games
- Healthcare and medicines
- Inappropriate content
- Lead form requirements
- Legal requirements
- Misrepresentation
- Other restricted businesses
- Personalized advertising
- Political content
- Restricted ad formats and features

- Sexual content
- Technical requirements
- Trademarks

- ©2021 Google
- Privacy Policy
- Terms of Service



English

1. català
2. dansk
3. Deutsch
4. eesti
5. English (Australia)
6. English (United Kingdom)
7. español
8. español (Latinoamérica)
9. Filipino
10. français
11. hrvatski
12. Indonesia
13. italiano
14. latviešu
15. lietuvių
16. magyar
17. Melayu
18. Nederlands
19. norsk
20. polski
21. português
22. português (Brasil)
23. română
24. slovenčina
25. slovenščina
26. suomi
27. svenska
28. Tiếng Việt
29. Türkçe
30. čeština
31. Ελληνικά
32. български
33. русский

34. српски
35. українська
36. עברית
37. العربية
38. हिन्दी
39. ไทย
40. 中文（简体）
41. 中文（繁體）
42. 日本語
43. 한국어
44. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- [Help Center](Help Center)

  - [List of ad policies](List of ad policies)

  - [Review process](Review process)

  - [Verification](Verification)

  - [Change log](Change log)

- [Advertising Policies](Advertising Policies)

- [Privacy Policy](#)

- [Terms of Service](#)

- [Submit feedback](#)

Advertising policiesThird-party policiesRelated policies & terms
Approval processDisapprovals and suspensions
Verification programs
Upcoming and recent changesPast changes

# What is the issue with this selection?


Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

# Share additional info or suggestions

Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, [account & system info](#) to improve services, per our [Privacy](#) & [Terms](#).

Advertising Policies Help

[                    ]

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

# Data collection and use

Google provides translated versions of our Help Center as a convenience, though they are not meant to change the content of our policies. The English version is the official language we use to enforce our policies. To view this article in a different language, use the language dropdown at the bottom of the page.

We want users to trust that information about them will be respected and handled with appropriate care. As such, our advertising partners should not misuse this information, nor collect it for unclear purposes or without appropriate disclosures or security measures.

Note that additional policies apply when using personalized advertising, which includes remarketing and custom audiences. If you use personalized advertising targeting features, be sure to review the personalized ads data collection and use policies.

Below are some examples of what to avoid in your ads. Learn about what happens if you violate our policies.

Violations of the policies below will not lead to immediate account suspension without prior warning. A warning will be issued, at least 7 days, prior to any suspension of your account. Learn more about suspended accounts.

## Inadequate data security

The following is not allowed:

Failing to use appropriate security measures for the type of information being collected based on relevant industry standards

Examples (non-exhaustive): Collecting numbers for credit or debit cards, bank and investment accounts, wire transfers, national identity, tax ID, pension, healthcare, driver's license, or social security numbers over an unsecured page that is not SSL (Secure Sockets Layer) protected and without a valid SSL certificate

Troubleshooter: Inadequate data security

1. Fix the ad's destination. Either stop collecting personal information from users or collect that personal information through a secure SSL server to keep it safe.
- Option 1: Use a secure server.
  Use a secure processing server (called SSL) when collecting personal information. With SSL, your webpage URL will appear with https:// instead of http://. Learn how to set up SSL on your site.
- Option 2: Don't collect user data.
  Change your website or app so that it doesn't ask for personal information when users access your content.
2. Edit the ad. This will resubmit the ad and its destination for review.

Most ads are reviewed within 1 business day, though some can take longer if they need a more complex review.

# Unacceptable information sharing

The following is not allowed:

Sharing personally identifiable information (PII) with Google through remarketing tags, conversion tracking tags, or through any product data feeds that might be associated with ads

Example (non-exhaustive): Sharing user's email addresses through URLs that have remarketing tags

Note: This requirement does not apply to Google Ads services subject to the Google Ads Data Processing Terms. (Enhanced Conversions, Google Ads Customer Match, Google Ads Store sales, Google Ads Store sales (direct upload))

Troubleshooter: Unacceptable information sharing

1. Identify the source. Use the breach notice email provided by Google to identify which URLs are violating the policy. Frequently, PII is accidentally included in URLs that are passed to Google from web forms, login pages, and custom email marketing campaign parameters.
2. Remove PII in shared data. Update your systems so that PII is not included in URLs. Below are the most common methods for removing PII from URLs.

> Web forms: HTML forms should be submitted with the `POST` protocol. If the `GET` protocol is used, the parameters of the form will end up as part of the URL in the address bar. Update the page source or the component generating the HTML so the form tag has `method="post"` in the attribute. Learn more about the form method.

> Login pages: Some sites, especially those with user profiles or user login, use URL patterns that include PII as part of the design. Replace the PII in the URL with a unique site-specific identifier or a unique user ID (UUID).

> Custom email marketing campaign parameters: Examine the URLs generated by a test email marketing campaign to identify email addresses or other PII in URL parameters. Assign each user a unique site-specific identifier or a unique user ID (UUID) and track the UUID through URL parameters.

You can implement a UUID to prevent PII from passing to Google. For example, `site.com/my_settings/sample@email.com` could be changed to `site.com/my_settings/43231`, where `43231` is a number that uniquely identifies the account with address sample@email.com.

3. Fill out the response form. Use the form to indicate that you have taken steps to fix the issue. The form helps Google know where you are in the process.
4. Verify the problem is fixed. After you respond through the form, Google will validate that the changes you made to your site addressed the issue. Within two weeks, you'll receive another notice to confirm that the issue is fixed or let you know if PII is still being shared from URLs associated with your account. If PII is still detected, examine the updated list of URLs that don't comply with the policy to determine the cause of the issue.

Note that you can verify that your changes work on a test site before pushing code changes to your live site. Tag your test site with tags from the same Google Ads customer ID that you use for personalized advertising. Once your test site shows up in the list of URLs where PII was

detected, you can make test changes. If we stop detecting PII from your test site, it will drop off reports. Then you can push changes to your live site.

Remarketing lists and other lists based on remarketing, such as custom combination lists or similar audiences, will be disabled if they don't comply with this policy. Learn more about what happens if you violate our policies.

## Misusing personal information

The following is not allowed:



Using personal information in ways that users have not consented to

Examples (non-exhaustive): Re-selling users' contact information, using images of users in ads without their consent

Ads that directly address the user using their personal information

Example (non-exhaustive): Ads addressing a user by name, title, or job position

Specific example: "Hello John Smith - buy flowers here!"

Ads that imply knowledge of a user's personal information

Example (non-exhaustive): Ads that claim to know your financial status or political affiliations

Specific example: "You're buried in debt. Get help today."

Learn how to fix a disapproved ad or extension.

## European Union user consent

The following is not allowed:

Promotions that violate our policy on consent for cookies from EU users

Example (non-exhaustive): Using Google Ads features, such as remarketing or conversion tracking, without obtaining appropriate consent from EU users for using cookies

Learn how to fix a disapproved ad or extension.

## Unauthorized cookies on Google domains

The following is not allowed:

Setting a cookie on a Google domain

Examples (non-exhaustive): Any entity other than Google setting a cookie on doubleclick.net or googlesyndication.com, or enabling any other entity to set such a cookie

Learn how to fix a disapproved ad or extension.

## Need help?

If you have questions about our policies, let us know: Contact Google Ads Support
Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

## Advertising policies

- Ad format requirements
- Ad targeting
- Abusing the ad network
- Ads & made for kids content
- Alcohol
- Copyrights
- Counterfeit goods
- Dangerous products or services
- Data collection and use

- Destination requirements
- Editorial
- Enabling dishonest behavior
- Financial products and services
- Gambling and games
- Healthcare and medicines
- Inappropriate content
- Lead form requirements
- Legal requirements
- Misrepresentation
- Other restricted businesses
- Personalized advertising
- Political content
- Restricted ad formats and features
- Sexual content
- Technical requirements
- Trademarks

- ©2021 Google
- Privacy Policy
- Terms of Service



English

1. català
2. dansk
3. Deutsch
4. eesti
5. English (Australia)
6. English (United Kingdom)
7. español
8. español (Latinoamérica)
9. Filipino
10. français
11. hrvatski
12. Indonesia
13. italiano
14. latviešu
15. lietuvių
16. magyar
17. Melayu
18. Nederlands
19. norsk

20. polski
21. português
22. português (Brasil)
23. română
24. slovenčina
25. slovenščina
26. suomi
27. svenska
28. Tiếng Việt
29. Türkçe
30. čeština
31. Ελληνικά
32. български
33. русский
34. српски
35. українська
36. עברית
37. العربية
38. हिन्दी
39. ไทย
40. 中文（简体）
41. 中文（繁體）
42. 日本語
43. 한국어
44. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- Help Center

  o List of ad policies

- o [Review process](#)

- o [Verification](#)

- o [Change log](#)

- [Advertising Policies](#)

- [Privacy Policy](#)

- [Terms of Service](#)

- [Submit feedback](#)

Advertising policiesThird-party policiesRelated policies & terms
Approval processDisapprovals and suspensions
Verification programs
Upcoming and recent changesPast changes

## What is the issue with this selection?

Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations



Minor errors - formatting issues, typos, and / or broken links



Other suggestions - ideas to improve the content

# Share additional info or suggestions



Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.



Google Ads Help

**Sign in**

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunityAnnouncements

# Understanding PII in Google's contracts and policies

Many contracts, terms of service, and policies for Google's advertising and measurement products refer to "Personally Identifiable Information" (PII). This is a different categorization of data from what the EU General Data Protection Regulation (GDPR) refers to as "personal data".

Please note that data excluded from Google's interpretation of PII may still be considered personal data under the GDPR, or personal information under the California Consumer Privacy Act (CCPA), and may therefore be subject to these laws.

This article explains how Google will interpret the term PII in the event PII isn't defined in your existing contract or the applicable product's terms of service or policies. This is to minimize confusion among customers and distinguish PII from concepts of personal data or personal information under the GDPR, CCPA and other privacy legislation.

## What Google considers PII

Google interprets PII as information that could be used on its own to directly identify, contact, or precisely locate an individual. This includes:

- email addresses
- mailing addresses
- phone numbers
- precise locations (such as GPS coordinates - but see the note below)
- full names or usernames

For example, if you're a publisher whose contract prohibits you from passing PII to Google, the URLs of pages on your website that display ads by Google must not include email addresses, because those URLs would be passed to Google in any ad request. Google has long interpreted its PII prohibition in this way.

Note: Certain product's help centers and policies set out the limited means by which certain forms of PII may be sent to Google. For avoidance of doubt, this article does not amend such provisions. So, for example, certain products allow approximate location data to be sent to Google, provided the requirements of the applicable policies are met.

Google interprets PII to exclude, for example:

- pseudonymous cookie IDs
- pseudonymous advertising IDs
- IP addresses
- other pseudonymous end user identifiers

For instance, if an IP address is sent with an ad request (which will be the case with almost any ad request as a consequence of internet protocols), that transmission will not breach any prohibition on sending PII to Google.

Note that data excluded from Google's interpretation of PII may still be considered personal data or personal information under the GDPR, CCPA, and other privacy legislation.  This article doesn't affect any contract provisions or policies relating to personal data or personal information under those laws.

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

Need more help?

Sign in for additional support options to quickly solve your issue

## Manage ads

- Remarketing
- Reach people interested in what you offer
- Reach demographic groups

- Manage advanced audience settings
- Privacy and policies for audiences
- Customer Match
- About Ads and Google Accounts managed with Family Link for children under 13 or the applicable age in their country
- About Accelerated Mobile Pages (AMP)
- How to use AMP with Google Ads
- Understanding PII in Google's contracts and policies
- About data segments that use Mobile Device IDs
- Google Ads and Google Ads Editor bulk tools to help with migration for the Housing, Employment, and Credit (HEC) policy
- About the audience attribution hierarchy
- About Audience Manager

- ©2021 Google
- Privacy Policy
- Terms of Service
- Google Ads Advertising Policies
- About the Help Center



English

1. català
2. dansk
3. Deutsch
4. eesti
5. English (Australia)
6. English (United Kingdom)
7. español
8. español (Latinoamérica)
9. Filipino
10. français
11. hrvatski
12. Indonesia
13. italiano
14. latviešu
15. lietuvių
16. magyar
17. Melayu
18. Nederlands
19. norsk
20. polski
21. português

22. português (Brasil)
23. română
24. slovenčina
25. slovenščina
26. suomi
27. svenska
28. Tiếng Việt
29. Türkçe
30. čeština
31. Ελληνικά
32. български
33. русский
34. српски
35. українська
36. עברית
37. العربية
38. हिन्दी
39. ไทย
40. 中文（简体）
41. 中文（繁體）
42. 中文（香港）
43. 日本語
44. 한국어
45. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- Help Center

  o Coronavirus (COVID-19) Resources and Updates

  o Setup and basics

- o [Manage ads](#)

- o [Measure results](#)

- o [Smart campaigns](#)

- o [Billing](#)

- o [Learn](#)

- o [Google Partners](#)

- [Community](#)

- [Google Ads](#)

- [Privacy Policy](#)

- [Terms of Service](#)

- [Submit feedback](#)

Your guide to Google AdsGoogle Ads basicsCreate ads and campaignsChoose where and when ads appearFind out if your ad is runningAccount administration and security Ads and approvalsCampaign settingsBudgets and bidsKeywordsReach your audienceTarget placements and topicsMultiple or large accountsLocal Services adsThe Google Ads mobile appRecommendations and optimization score

Connect your goals to dataFind and run reportsUnderstanding your dataTrack sales and other conversionsGoogle Analytics and Google AdsCommon reporting issues

Get startedSetup and managementCalls in Smart campaigns

Payment methods and settingsBasic billing tasksPromotions and couponsRefunds and adjustmentsTaxesIssues with payments and charges

Your guide to Google AdsGoogle Ads training on SkillshopAccount walk-throughsGlossary

Google Partners Program

# What is the issue with this selection?



Inaccurate - doesn't match what I see in the product



Hard to understand - unclear or translation is wrong



Missing info - relevant but not comprehensive



Irrelevant - doesn't match the title and / or my expectations



Minor errors - formatting issues, typos, and / or broken links



Other suggestions - ideas to improve the content

# Share additional info or suggestions

Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.

Google Ads Help



Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help Center Community Announcements

# How your data segments work

To provide a comprehensive and consolidated view of your Audiences and make audience management and optimization simpler, you'll see the following improvements in Google Ads:

- New audience reporting
  Detailed reporting about audience demographics, segments, and exclusions is now consolidated in one place, the "Audiences" tab within the left page navigation menu. You can also easily manage your Audiences from this report page. Learn more About Audiences reporting
- New terms
  We're using new terms on your audience report and throughout Google Ads. For example, "audience types" (these include similar, custom, in-market, and affinity) are now referred to as audience segments and "remarketing" is now referred to as "your data". Learn more about the New updates to Audience terms and phrases

Your data segments include collections of website visitors or app users gathered by snippets of code added to your site or app. When you create a segment (or data segment), you set rules for when visitors or users should be added to the segment. You also specify a membership duration for how long you want your visitors or users to stay on the segment. You'll want to add these segments to your campaigns' ad group targeting so that you can show ads to visitors or users on your segments.

If you've set up the Google Ads tag to track your website visitors, you'll see that it consists of a global site tag and an event snippet. Learn how to adapt an existing global site tag for your Google Ads account

This article contains information to help you understand how your data segments work.

## Before you begin

If you aren't familiar with how to retarget to people who previously interacted with your website or mobile app, you should read about setting up your data.

Google Ads does not permit the implementation of tags on pages related to policy-restricted offers. Learn more about the Personalized advertising policy

## About website visitors

Visitors are added to your data segments within seconds after visiting a page with either the global site tag or with both the global site tag and an event snippet. Every time someone visits a page on your site containing an event snippet, the visitor's timestamp is updated so the person remains on the segment for the amount of time specified by the membership duration.

If people visit multiple pages on your website that contain event snippets, they can be added to multiple customer segments. When this happens, all the ads included in the campaigns for those segments are eligible to serve. The ad with the highest ad rank will then compete for placement in the auction.

## Visitors or users

When you first create a segment, it won't have any visitors or users. As people visit your website or use your mobile app, they'll be added to segments based on the rules you've set. You'll want to make sure you've tagged your website or enabled tracking of your data on your mobile app so that visitors or users can be added to your segments.

## Rules

Rules are conditions that must be met in order for a visitor or user to be added to your data segments. You can use rules to create your data segments beyond the default segments that Google Ads creates for you.

## Example

An airline wants to show ads about flight deals to people who visited a product page on their website in the past month. They create a "Flight deals" segment with a membership duration of 30 days and a rule to collect all visitors to a webpage that has a URL that ends with "flight-deals.html." When people visit this flight deals page, they're added to the "Flight deals" segment which the airline can target with an ad campaign about flight deals.

For detailed instructions about rules, see Use rules for reaching out to your website visitors.

## Size of your data segment

The requirement to serve your ads varies based on the target network. The accuracy of the estimated segment size will vary depending on your segment settings, the length of time since your tag was installed, your campaign settings, and other factors.

- **Google Display Network** must have a minimum of 100 active visitors or users within the last 30 days.
- **Google Search Network** must have a minimum of 1,000 active visitors or users within the last 30 days.
- YouTube must have a minimum of 1,000 active visitors or users within the last 30 days.
- Gmail ads must have a minimum of 1,000 active visitors or users within the last 30 days in the Display Network.
- Discovery ads must have a minimum of 1,000 active visitors or users within the last 30 days.

If you have trouble with managing your data segments:

- Learn how to fix problems with Google Ads data segments, tags, and ads
- Learn more about the compatibility of your data segment

Note: Only users signed in to Gmail will be added to Gmail data segments.

## Segment status

When you create your data segment with people who have visited your website and used your app, you'll be able to decide if it should be "Closed" or "Open". You can change this status at any time — the status won't affect your event snippet or the segment settings. However, if you set a segment to "Closed", and the membership duration is too short, the segment may become too small to use for targeting.

- Closed: This means that your segment won't continue to grow and add more users or visitors. Your targeting will also still work — however, the audience you're targeting won't increase in size.
- Open: This status means that your segment is growing. Google Ads will continue to add more visitors or users to your segment. Keep in mind, if you don't use the segment in your campaign or ad group targeting for 540 days, Google Ads will automatically close it. However, you can reopen segments at any time, and they'll start adding users again.

## Membership duration

You can set a membership duration for how long a visitor or user stays on your segment. Visitors or users are removed from your segment by the time their membership duration expires, unless they use your website or app again (in this case the clock is reset for the duration you've set). You're responsible for complying with any duration limitations under applicable law.

| Network | Default duration | Max. duration |
|---|---|---|
| Display Network | 30 days | 540 days |
| Google search | 30 days | 540 days |

- If you set a duration longer than the maximum, the visitor or user will be removed from the data segment at the maximum duration.
- If you change the segment's membership duration, the segment size that you see in your Google Ads account may be temporarily inaccurate.
- If you change the membership duration after a segment has already accumulated visitors or users, the new duration is applied to all current and future visitors or users on the segment. For example, if your duration is 60 days and you shorten it to 30 days, anyone who joined the segment 31 - 60 days ago will be removed. Conversely, if your duration is 30 days and you extend it to 60 days, anyone already on the segment will stay on the segment for up to 60 days.

You should choose a duration related to the length of time you expect your ads to be relevant for your visitors. In general, the membership duration should be similar to the length of your sales cycle.

Inactive segments

If your segments (or data segments) haven't been used in your targeting for 540 days, they'll be automatically set to the "Closed" status. These segments won't add more visitors or users, but they'll still be visible in your Audience table. You can reopen your data segments at any time, and people will be added to them again.

Example

If you sell movie tickets, you might set a membership duration of a few days. However, if you sell cars, you might choose a duration of a few months since it generally takes longer to make the decision to buy a car.

Similarly, if you sell Valentine's Day gifts, you might choose a membership duration of a year plus a few days so that you can reach the customers on your segment when Valentine's Day comes around the next year.

Related links

- Create your website visitor data segment

- Use templates for your website visitor data segments
- Add your website visitor data segments to ad groups
- Learn how Google uses your data for reaching website visitors and app users

Give feedback about this article
Choose a section to give feedback on



Was this helpful?
YesNo

Submit

# Need more help?

Sign in for additional support options to quickly solve your issue

## About remarketing audiences & audience lists

- How your data segments work
- About automatically created data segments
- About audience segments in Audience manager
- About your data segment compatibility
- About your data segments for Search ads
- Use your data segments to advertise on YouTube
- Use your data segments for website visitors in Shopping ads
- Set up your data segments for Search ads campaign
- About Audience manager

- ©2021 Google
- Privacy Policy
- Terms of Service
- Google Ads Advertising Policies
- About the Help Center



English

1. català
2. dansk
3. Deutsch
4. eesti
5. English (Australia)

6.  English (United Kingdom)
7.  español
8.  español (Latinoamérica)
9.  Filipino
10. français
11. hrvatski
12. Indonesia
13. italiano
14. latviešu
15. lietuvių
16. magyar
17. Melayu
18. Nederlands
19. norsk
20. polski
21. português
22. português (Brasil)
23. română
24. slovenčina
25. slovenščina
26. suomi
27. svenska
28. Tiếng Việt
29. Türkçe
30. čeština
31. Ελληνικά
32. български
33. русский
34. српски
35. українська
36. עברית
37. العربية
38. हिन्दी
39. ไทย
40. 中文（简体）
41. 中文（繁體）
42. 中文（香港）
43. 日本語
44. 한국어
45. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- [Help Center](#)

  - [Coronavirus (COVID-19) Resources and Updates](#)

  - [Setup and basics](#)

  - [Manage ads](#)

  - [Measure results](#)

  - [Smart campaigns](#)

  - [Billing](#)

  - [Learn](#)

  - [Google Partners](#)

- [Community](#)

- [Google Ads](#)

- [Privacy Policy](#)

- [Terms of Service](#)

- [Submit feedback](#)

Your guide to Google AdsGoogle Ads basicsCreate ads and campaignsChoose where and when ads appearFind out if your ad is runningAccount administration and security
Ads and approvalsCampaign settingsBudgets and bidsKeywordsReach your audienceTarget placements and topicsMultiple or large accountsLocal Services adsThe Google Ads mobile appRecommendations and optimization score
Connect your goals to dataFind and run reportsUnderstanding your dataTrack sales and other conversionsGoogle Analytics and Google AdsCommon reporting issues
Get startedSetup and managementCalls in Smart campaigns
Payment methods and settingsBasic billing tasksPromotions and couponsRefunds and adjustmentsTaxesIssues with payments and charges
Your guide to Google AdsGoogle Ads training on SkillshopAccount walk-throughsGlossary
Google Partners Program

# What is the issue with this selection?



Inaccurate - doesn't match what I see in the product



Hard to understand - unclear or translation is wrong



Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations



Minor errors - formatting issues, typos, and / or broken links



Other suggestions - ideas to improve the content

## Share additional info or suggestions



Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, [account & system info](#) to improve services, per our [Privacy](#) & [Terms](#).



Google Ads Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunityAnnouncements

# Disable the collection of personalized advertising data

To provide a comprehensive and consolidated view of your Audiences and make audience management and optimization simpler, you'll see the following improvements in Google Ads:

- New audience reporting
  Detailed reporting about audience demographics, segments, and exclusions is now consolidated in one place, the "Audiences" tab within the left page navigation menu. You can also easily manage your Audiences from this report page. Learn more About Audiences reporting
- New terms
  We're using new terms on your audience report and throughout Google Ads. For example, "audience types" (these include similar, custom, in-market, and affinity) are now referred to as audience segments and "remarketing" is now referred to as "your data". Learn more about the New updates to Audience terms and phrases

## Personalized advertising

Remarketing is one of the targeting features of personalized advertising that helps you reach people who have previously visited your website or used your mobile app. You can choose to disable the collection of remarketing data for the users who do not wish to view personalized ads. You can do so by using this parameter:

`allow_ad_personalization_signals`.

The default of this parameter is set to true. When you set the parameter's value to false, it will disable the usage of the data for personalized ads.

Note: This parameter does not disable conversion tracking.
Edit your global site tag to disable ad personalization signals

Notes:

- You do not need to add a new tag to your website if you already implemented the global site tag. Simply edit your existing tag as per the example below.
- Setting the `allow_ad_personalization_signals` parameter will apply it to all products configured through the global site tag.

1. Sign in to Google Ads.
2. Click on the tool icon ⬚ on the upper right and click Audience Manager under the section labeled "Shared library"
3. On the left, click Audience sources. This opens a group of sources from which you can edit your data segments.
4. In the "Google Ads tag" card, click the 3-dot icon ⬚ in the upper right, then select Edit source.
5. Click Save and continue.
6. When the installation screen appears, your global site tag and event snippet will be ready for use. You can modify the global site tag to disable ad personalization signals by following the example below. To integrate the code into your site, copy the code and paste it between the <head></head> tags of the website.

The code below should not be copied and pasted as-is for use on your website. It contains placeholder values that your web developer must dynamically populate when they integrate the snippet code into their web server.

```
< ! -- Global Site Tag (gtag.js) - Google Ads -->

<script async src="https://www.googletagmanager.com/gtag/js?id=AW-999999"></script>

<script>

window.dataLayer = window.dataLayer | | [ ] ;

function gtag ( ) { dataLayer.push ( arguments ) } ;

gtag ('set', 'allow_ad_personalization_signals', false ) ;

gtag ( 'js', new Date ( ) ) ;

gtag ( 'config' , 'AW-999999' ) ;

</script>
```

7. Click Done.

Note: If you're using the old AdWords tag, you can set `var google_allow_ad_personalization_signals = "false"` ; where you set other AdWords tag parameters. See the example below for more detail.

```
<script type="text/javascript">

/* <![CDATA[ */

    var google_conversion_id = 1234567890;

    var google_conversion_label = "xxx-XXx1xXXX123X1xX";

    var google_remarketing_only = false

    var google_conversion_value = 10.0;

    var google_conversion_currency = "USD";

    var google_allow_ad_personalization_signals = false;

    /* ] ] > */

</script>

<script type="text/javascript"
src="//www.googleadservices.com/pagead/conversion.js">

</script>
```

# California Consumer Privacy Act

To help advertisers comply with the California Consumer Privacy Act (CCPA), a dedicated parameter can be added to the Google Ads tag to indicate whether Google should enable restricted data processing (RDP): restricted_data_processing. The default

of this parameter is set to false. When you set the parameter's value to true, Google will limit how it uses certain data.

Note:

There are two options to enable restricted data processing in Google Ads.

- A "`restricted_data_processing`" parameter which can be set in your global site tag in Google Ads or Tag Manager, to enable restricted data processing for particular users on your site.
- A checkbox in Audience Manager where you configure your Google Ads remarketing tag to enable restricted data processing for all users located in California.

You only need to select one of these options when you are enabling restricted data processing.

Note: This parameter does not disable conversion tracking.
Edit your global site tag to enable restricted data processing

Notes:

- You do not need to add a new tag to your website if you already implemented the global site tag. Simply edit your existing tag as per the example below.
- You can find your global site tag in the Audience Manager (see instructions below) or in the Details page of your Google Ads website conversion or conversions.
- The instructions below will only set the restricted data processing parameter for Google Ads. Read how to help advertisers comply with CCPA in Google Ads for other Google products.

1. Sign in to Google Ads.
2. Click on the tool icon ⊡ on the upper right and click Audience Manager under the section labeled "Shared library"
3. On the left, click Audience sources. This opens a group of sources from which you can edit your data segments.
4. In the "Google Ads tag" card, click the 3-dot icon ⊡ on the upper right, then select Edit source.
5. Click Save and continue.

Note: You'll see a checkbox to "Exclude California users from your data segments." This checkbox will enable restricted data processing for all users located in California. You don't need to select this since you are editing your global site tag to enable restricted data processing.

6.   When the installation screen appears, your global site tag and event snippet will be ready for use. You can modify the global site tag to disable ad personalization signals by following the example below. To integrate the code into your site, copy the code and paste it between the <head></head> tags of the website.

> The code below should not be copied and pasted as-is for use on your website. It contains placeholder values that your web developer must dynamically populate when they integrate the snippet code into their web server.

```
< ! -- Global Site Tag (gtag.js) - Google Ads -->

<script async src="https://www.googletagmanager.com/gtag/js?id=AW-999999"></script>

  <script>

  window.dataLayer = window.dataLayer | | [ ] ;

  function gtag ( ) { dataLayer.push ( arguments ) } ;

  gtag ( 'js', new Date ( ) ) ;

  gtag ( 'config' , 'AW-999999', { 'restricted_data_processing': true } ) ;

</script>
```

7.   Click Done.

> Note: If you're using the old AdWords tag, you can set var restricted_data_processing = "true"; where you set other AdWords tag parameters. See the example below for more detail.

```
<script type="text/javascript">

/* <![CDATA[ */

var google_conversion_id = 1234567890;

var google_conversion_label = "xxx-XXx1xXXX123X1xX";

var google_remarketing_only = false

var google_conversion_value = 10.0;

var google_conversion_currency = "USD";

var google_restricted_data_processing = true;

/* ] ] > */
```

```
</script>

<script type="text/javascript"
src="//www.googleadservices.com/pagead/conversion.js">

</script>
```

If you are using the AdWords API to send remarketing pings via server to server (eg: for app dynamic remarketing), make sure to include the parameter rdp=1 to mark the request as restricted data processing

Edit your Google Ads tag in Google Tag Manager to enable restricted data processing

1. Sign in to Google Tag Manager.
2. Click Tags in the left column to access your tags.
3. Create or edit your Google Ads Remarketing tag or Google Ads Conversion tag.
4. In the tag configuration section, select True for the field "Enable Restricted Data Processing."
5. Alternatively, this field can be set dynamically via a data layer variable.
6. Click Save.

Enable restricted data processing in Audience Manager

Restricted data processing instructs Google to limit how certain data is used. If you select this option, users located in California won't be added to your data segments.

1. Sign in to Google Ads.
2. Click on the tool icon in the upper right and click Audience Manager under the section labeled "Shared library"
3. On the left, click Audience sources. This opens a group of sources from which you can edit your data segments.
4. In the "Google Ads tag" card, click the 3-dot icon in the upper right, then select Edit source.
5. Under the "Restricted data processing" section, select the checkbox to "Exclude California users from segments." When you select this checkbox, you will enable restricted data processing for all users located in California.
6. Click Save and Continue.
7. This will take you to a page that says "Reinstall the tag on your website." You don't need to take any action on this page since you've already enabled restricted data processing in Audience Manager. Click Cancel.

You can choose to enable restricted data processing on a per-user basis using the `restricted_data_processing` parameter in your global site tag.

Learn more about enabling restricted data processing in other tracking systems in Google Ads

Related links

- Tag your website using Google Ads
- How does Google use your data segments

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

# Need more help?

Sign in for additional support options to quickly solve your issue

## Troubleshooting

- Disable the collection of personalized advertising data
- Fix your website visitor data segments, tags, and ads
- Fix setup issues with dynamic remarketing campaigns
- Fix issues with dynamic remarketing
- Fix common formatting issues for custom parameters
- Fix tag and list issues for dynamic remarketing
- Fix issues with responsive ads
- Validations and alerts in Google Ads tag

- ©2021 Google
- Privacy Policy
- Terms of Service
- Google Ads Advertising Policies
- About the Help Center


English

1. català
2. dansk
3. Deutsch
4. eesti
5. English (Australia)

6.  English (United Kingdom)
7.  español
8.  español (Latinoamérica)
9.  Filipino
10. français
11. hrvatski
12. Indonesia
13. italiano
14. latviešu
15. lietuvių
16. magyar
17. Melayu
18. Nederlands
19. norsk
20. polski
21. português
22. português (Brasil)
23. română
24. slovenčina
25. slovenščina
26. suomi
27. svenska
28. Tiếng Việt
29. Türkçe
30. čeština
31. Ελληνικά
32. български
33. русский
34. српски
35. українська
36. עברית
37. العربية
38. हिन्दी
39. ไทย
40. 中文（简体）
41. 中文（繁體）
42. 中文（香港）
43. 日本語
44. 한국어
45. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- [Help Center](#)

  - [Coronavirus (COVID-19) Resources and Updates](#)

  - [Setup and basics](#)

  - [Manage ads](#)

  - [Measure results](#)

  - [Smart campaigns](#)

  - [Billing](#)

  - [Learn](#)

  - [Google Partners](#)

- [Community](#)

- [Google Ads](#)

- [Privacy Policy](#)

- [Terms of Service](#)

- [Submit feedback](#)

Your guide to Google AdsGoogle Ads basicsCreate ads and campaignsChoose where and when ads appearFind out if your ad is runningAccount administration and security Ads and approvalsCampaign settingsBudgets and bidsKeywordsReach your audienceTarget placements and topicsMultiple or large accountsLocal Services adsThe Google Ads mobile appRecommendations and optimization score
Connect your goals to dataFind and run reportsUnderstanding your dataTrack sales and other conversionsGoogle Analytics and Google AdsCommon reporting issues
Get startedSetup and managementCalls in Smart campaigns
Payment methods and settingsBasic billing tasksPromotions and couponsRefunds and adjustmentsTaxesIssues with payments and charges
Your guide to Google AdsGoogle Ads training on SkillshopAccount walk-throughsGlossary
Google Partners Program

# What is the issue with this selection?



Inaccurate - doesn't match what I see in the product



Hard to understand - unclear or translation is wrong



Missing info - relevant but not comprehensive



Irrelevant - doesn't match the title and / or my expectations



Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

# Share additional info or suggestions



Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.



Google Ads Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunityAnnouncements

# What to include in your privacy policy for remarketing

The **remarketing**, re-engagement, or similar audiences feature in Google Ads allows you to reach people who previously visited your website or used your app, and match the right people with the right message. While these features can be a great way to attract past visitors back to your site or app, you should inform these people that you gather information for remarketing, re-engagement, or similar audiences on your website or in your app.

When you use the remarketing, re-engagement, or similar audiences feature in your website or your app, you're required to have the following information in your privacy policy:

- An appropriate description of how you're using remarketing or similar audiences to advertise online.
- A message about how third-party vendors, including Google, show your ads on sites across the Internet.
- A message about how third-party vendors, including Google, use **cookies** and/or device identifiers to serve ads based on someone's past visits to your website or use of your app.
- Information about how your visitors can opt out of Google's use of cookies or device identifiers by visiting Google's **Ads Settings**. Alternatively, you can point your visitors to opt out of a third-party vendor's use of cookies by visiting the **Network Advertising Initiative opt-out page** or control the use of device identifiers by using their **device's settings**.

Using Google Marketing Platform's remarketing pixels

If you're using Google Marketing Platform's remarketing pixels, your privacy policy can instead tell people to opt out of Google Marketing Platform's use of cookies by visiting the Google Marketing Platform opt-out page or the Network Advertising Initiative opt-out page.

Next steps

- Use remarketing to reach people who visited your site.
- More about our policy for advertising based on interests and location.

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

# Need more help?

Sign in for additional support options to quickly solve your issue

# Reach your audience

- About privacy and personalized ads (formerly known as interest-based ads)
- Personalized advertising
- What to include in your privacy policy for remarketing
- Customer Match policy

- ©2021 Google
- Privacy Policy
- Terms of Service
- Google Ads Advertising Policies
- About the Help Center



English

1. català
2. dansk
3. Deutsch
4. eesti

5. English (Australia)
6. English (United Kingdom)
7. español
8. español (Latinoamérica)
9. Filipino
10. français
11. hrvatski
12. Indonesia
13. italiano
14. latviešu
15. lietuvių
16. magyar
17. Melayu
18. Nederlands
19. norsk
20. polski
21. português
22. português (Brasil)
23. română
24. slovenčina
25. slovenščina
26. suomi
27. svenska
28. Tiếng Việt
29. Türkçe
30. čeština
31. Ελληνικά
32. български
33. русский
34. српски
35. українська
36. עברית
37. العربية
38. हिन्दी
39. ไทย
40. 中文（简体）
41. 中文（繁體）
42. 中文（香港）
43. 日本語
44. 한국어
45. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- [Help Center](#)

  - [Coronavirus (COVID-19) Resources and Updates](#)

  - [Setup and basics](#)

  - [Manage ads](#)

  - [Measure results](#)

  - [Smart campaigns](#)

  - [Billing](#)

  - [Learn](#)

  - [Google Partners](#)

- [Community](#)

- [Google Ads](#)

- [Privacy Policy](#)

- [Terms of Service](#)

- [Submit feedback](#)

Your guide to Google AdsGoogle Ads basicsCreate ads and campaignsChoose where and when ads appearFind out if your ad is runningAccount administration and security
Ads and approvalsCampaign settingsBudgets and bidsKeywordsReach your audienceTarget placements and topicsMultiple or large accountsLocal Services adsThe Google Ads mobile appRecommendations and optimization score
Connect your goals to dataFind and run reportsUnderstanding your dataTrack sales and other conversionsGoogle Analytics and Google AdsCommon reporting issues
Get startedSetup and managementCalls in Smart campaigns
Payment methods and settingsBasic billing tasksPromotions and couponsRefunds and adjustmentsTaxesIssues with payments and charges
Your guide to Google AdsGoogle Ads training on SkillshopAccount walk-throughsGlossary
Google Partners Program

# What is the issue with this selection?


Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations



Minor errors - formatting issues, typos, and / or broken links



Other suggestions - ideas to improve the content

# Share additional info or suggestions



Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.

YouTube Help



Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunity

# Send-to-phone ads

Send-to-phone ads have a field that allows viewers to send themselves info about the ad through text. This process is different from tell-a-friend where the ad encourages the viewer to share the ad with a friend.

- Ads can only use text messages to send messages to the users themselves.
- The ad text must say: "send to yourself" and may not say "send to a friend."
- The text message can't include user-contributed content.
- All phone numbers must be erased after the info is sent. They also can only be used to limit the number of messages sent. Advertisers may not store or log this info in any way.
- The ad must include notice of one-time use in the ad, for example, "Your email address is only used for the purpose of this feature." Or, the advertiser landing page must link to a privacy policy that explains the service they're using (like tell-a-friend or data capture services), and how this service collects and uses data.
- Messages are limited to one referral text to any single phone number per creative.

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

# Understand ad policies for advertisers

- Advertiser live streaming
- Brand Lift surveys
- Add paid product placements, sponsorships & endorsements
- Remarketing
- Send-to-phone ads
- Tell-a-friend
- About advertiser verification

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български

30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- [Help Center](#)

  - [Fix a problem](#)

  - [Watch videos](#)

  - [Manage your account & settings](#)

  - [Supervised experience on YouTube](#)

  - [Join & manage YouTube Premium](#)

**2023**

- o [Create & grow your channel](#)

- o [Monetize with the YouTube Partner Program](#)

- o [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program
Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows
Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues
Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium

membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube

YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers

YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

# What is the issue with this selection?



Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

# Share additional info or suggestions

Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.



YouTube Help

**Sign in**

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunity

# Tell-a-friend

You can send a referral email or voicemail through the ad unit to others for viral campaigns. All of these ads must meet the following criteria:

- Email addresses and phone numbers may not be used for any other purpose except to share the ad.
- The ad must include notice of one-time use in the ad:
- You could include a disclaimer like "Your email address is only used for the purpose of this feature."
- Or, the advertiser landing page must link to a privacy policy that explains the service they're using (like tell-a-friend or data capture services), and how this service collects and uses data.
- The ad must include both a 'To' and a 'From' field for the user to fill.
- The tell-a-friend feature can't be used in an ad that gives an incentive for sharing the ad with a friend (like a coupon, movie tickets, or cash).
- The ad backend must include a cap on the number of referrals that can be sent to one email address or phone number from a single ad. This cap is per campaign.

Also, for tell-a-friend email:

- Email messages must contain a link to, or info about, the ad and the product or service promoted.
- Email messages must clearly identify both the advertiser and the user who sent the ad. For example, a "To" and "From" field should say 'John Doe, Jane Doe has sent you a message".
- Email messages must include the advertiser's postal address.
- All messages that are sent through the advertiser's backend must include an easy-to-understand opt-out method for the receiver of the email that complies with CAN-SPAM regulations.

- Messages are limited to 3 referral emails per ad to any single email address.

  Also, for offline message service:

- You can send a voicemail to others using an IVR provider.
- The voicemail must clearly identify both the advertiser and the user who sent the ad.
- Messages are limited to one referral voicemail per ad to any single phone number.

  Give feedback about this article
  Choose a section to give feedback on



Was this helpful?
YesNo

Submit

## Understand ad policies for advertisers

- Advertiser live streaming
- Brand Lift surveys
- Add paid product placements, sponsorships & endorsements
- Remarketing
- Send-to-phone ads
- Tell-a-friend
- About advertiser verification

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski

10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- [Help Center](#)

- o [Fix a problem](#)

- o [Watch videos](#)

- o [Manage your account & settings](#)

- o [Supervised experience on YouTube](#)

- o [Join & manage YouTube Premium](#)

- o [Create & grow your channel](#)

- o [Monetize with the YouTube Partner Program](#)

- o [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)


- [YouTube Terms of Service](#)


- [Submit feedback](#)


Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program

Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows

Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues

Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube

YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content ManagersYouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

# What is the issue with this selection?



Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links



Other suggestions - ideas to improve the content

# Share additional info or suggestions



Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, [account & system info](#) to improve services, per our [Privacy](#) & [Terms](#).

Ads Help

[Sign in]

Send feedback on...

This help content & information

General Help Center experience

Next

# Report an ad

Please know that the ads in our program are reviewed according to our advertising guidelines. While we make every effort to ensure that ads which may violate our policies do not run prior to review, some ads may run on Google before our Google Ads Specialists check them.

Please keep in mind that you will need to provide us the clickstring of the ad you are giving feedback about. Filling out this form will take approximately 2-3 minutes.

For clarification about the below terms please refer to our ads policy site.

Please choose the option that best describes your complaintAn ad violates other Google Ads policies An ad violates trademark policy An ad violates counterfeit goods policy An ad violates other Google Ads policies Multiple ads are showing for one company ("Gaining an unfair advantage" policy)

* Required field

What type of ad/listing do you want to report? *

Search Ad, i.e. Ad found on a Google search result page

Shopping ad or listing

Youtube Ad, i.e. Ad found on a Youtube Page

Other Ads, i.e. Ads found on the Google Display Network, Gmail, Maps etc.

What's inappropriate about this ad/listing? *

Cyber Frauds

Hateful or abusive content

Legal issues

Misleading content or scam

Promotes dangerous products or services

Sexual content

Violation of trademark policy

Violation of counterfeit goods policy

Other

What's inappropriate about this ad/listing? *

Hateful or abusive content

Inaccurate information

Problematic promotion of healthcare-related product

Promotes dangerous products or services

Sexual content

Violation of trademark policy

Violation of counterfeit goods policy

Other

Trademark Specifications *

Cloaking, i.e. deceptive redirection upon clicking on the ad/listing

Content involving minors

Drugs

EU user consent

Fake news

False claims about identity, qualifications, product or service

Healthcare product or service

Inaccurate information, i.e. pricing, availability, shipping, etc

Malware, i.e. deceptive redirection without clicking on the ad/listing, unauthorized downloads, etc

Misleading use of my trade name, company name or registered business name

Nudity/pornography

Other

Phishing, i.e. stealing credentials, financial details, etc

Price information that doesn't match information on merchant's website

Product is not in stock on merchant's website

Products or services that aren't available

Shipping information that doesn't match information on merchant's website

Tobacco

☐ Trademarks in Shopping ads and listings

☐ Violation of printer cartridges requirements

☐ Weapons

For counterfeit goods issues in Google search ads, please fill out our counterfeit goods complaint form.

For trademark issues in Google search ads, please fill out our trademark complaint form.

For trademark issues in Shopping ads and listings, please fill out our shopping complaint form.

For counterfeit issues in Shopping ads and listings, please fill out our shopping complaint form.

What does the ad/listing promote or include? *

☐ Cloaking, i.e. deceptive redirection upon clicking on the ad/listing

☐ Content involving minors

☐ Drugs

☐ EU user consent

☐ Fake news

☐ False claims about identity, qualifications, product or service

☐ Healthcare product or service

☐ Inaccurate information, i.e. pricing, availability, shipping, etc

☐ Malware, i.e. deceptive redirection without clicking on the ad/listing, unauthorized downloads, etc

☐ Misleading use of my trade name, company name or registered business name

☐ Nudity/pornography

☐ Other

☐

Phishing, i.e. stealing credentials, financial details, etc

Price information that doesn't match information on merchant's website

Product is not in stock on merchant's website

Products or services that aren't available

Shipping information that doesn't match information on merchant's website

Tobacco

Trademarks in Shopping ads and listings

Violation of printer cartridges requirements

Weapons

Tell us more about the legal issue: *

Cloaking, i.e. deceptive redirection upon clicking on the ad/listing

Content involving minors

Drugs

EU user consent

Fake news

False claims about identity, qualifications, product or service

Healthcare product or service

Inaccurate information, i.e. pricing, availability, shipping, etc

Malware, i.e. deceptive redirection without clicking on the ad/listing, unauthorized downloads, etc

Misleading use of my trade name, company name or registered business name

Nudity/pornography

Other

Phishing, i.e. stealing credentials, financial details, etc

Price information that doesn't match information on merchant's website

Product is not in stock on merchant's website

Products or services that aren't available

Shipping information that doesn't match information on merchant's website

Tobacco

Trademarks in Shopping ads and listings

Violation of printer cartridges requirements

Weapons

Ad's / listing's destination website or app does not meet Google's EU User Consent Policy in obtaining consent from users for the collection of data for personalized ads and/or for the use of cookies where legally required.

Your email *

1. Right-click on the ad's/listing's title.

2.
3. Click:
- Copy Link Address (for Chrome)
- Copy Link (for Internet Explorer or Safari)
- Copy Link Location (for Firefox)
4. Paste the link address.(Do not change if pre-filled)

*

**2037**



0/2500

1. Right-click on the ad's/listing's title or image.

2. Click:
- Copy Link Address (for Chrome)
- Copy Link (for Internet Explorer or Safari)
- Copy Link Location (for Firefox)
3. Paste the link address.(Do not change if pre-filled)

*

0/2500

1. Right-click anywhere in the ad/listing.

2. Click:
- Copy Link Address (for Chrome)
- Copy Link (for Internet Explorer or Safari)
- Copy Link Location (for Firefox)
3. Paste the link address.(Do not change if pre-filled)

*

0/2500

1. Right-click anywhere in the ad/listing.



2. Click:
• Copy link address (for chrome)
• Copy link (for internet explorer or safari)
• Copy link location (for Firefox)
3. Paste the link address.(Do not change if pre-filled)

*

0/2500

Provide additional details:

0/1000

Provide additional details: *

0/1000





Submit

Some account and system information will be sent to Google, and support calls and chats may be recorded. We will use this information to improve support quality and training, to help address technical issues, and to improve our products and services, subject to our Privacy Policy and Terms of Service.

Additional info

OK

Your email has been sent

Your email has been sent to our team! Due to the preventative measures being taken for our support specialists in light of COVID-19, it may take longer than usual to respond to your support request. We apologize for any inconvenience this may cause, and we'll send you a reply as soon as we can.

Was this helpful?

YesNo



Submit

©2021 Google

- Privacy Policy
- Terms of Service



English

1. català
2. dansk
3. Deutsch
4. eesti

5.  English (Australia)
6.  English (United Kingdom)
7.  español
8.  español (Latinoamérica)
9.  Filipino
10. français
11. hrvatski
12. Indonesia
13. italiano
14. latviešu
15. lietuvių
16. magyar
17. Nederlands
18. norsk
19. polski
20. português
21. português (Brasil)
22. română
23. slovenčina
24. slovenščina
25. suomi
26. svenska
27. Tiếng Việt
28. Türkçe
29. čeština
30. Ελληνικά
31. български
32. русский
33. српски
34. українська
35. עברית
36. العربية
37. हिन्दी
38. ไทย
39. 中文（简体）
40. 中文（繁體）
41. 中文（香港）
42. 日本語
43. 한국어
44. English

Send feedback about our Help Center



Google Help

- [Help Center](#)

- [Ads](#)

- [Privacy Policy](#)

- [Terms of Service](#)

- [Submit feedback](#)

Send feedback on...
This help content & information   General Help Center experience

Transparency Report

close

Home

About

FAQ

Security and privacy

Requests for user information

Google Safe Browsing

Email encryption in transit

HTTPS encryption on the web

Android ecosystem security

Combating Child Sexual Abuse Material

Content removal

Content delistings due to copyright

Government requests to remove content

Requests to delist content under European privacy law

YouTube Community Guidelines enforcement

Removals under the Network Enforcement Law

Additional reports

PDF Download Center

**2043**

Political advertising on Google

Traffic and disruptions to Google

Privacy policy

menu Transparency Report

Overview Australia EU and UK India Israel New Zealand Taiwan United States

# Political advertising on Google

Our goal is to provide greater transparency in political advertising on Google, YouTube, and partner properties. To help everyone understand the ads they see online, this report includes information about verified advertisers' spending on ads related to elections.

Updated Aug 31, 2021

## Select a country or region



Australia

European Union and UK

India

Israel

[New Zealand](#)

[Taiwan](#)

[United States](#)

## Supporting election integrity

We launched the Political Advertising Transparency Report as part of our commitment to support election integrity and transparency in political advertising. We'll continue to expand the Transparency Report to include other countries and regions. For details about this report, see [Political Advertising Transparency Report FAQs](#).

Data in the Political Advertising Transparency Report is cumulative based on the launch date for a country or region. This data is generally updated daily.

[Download data (CSV)](#) *file_download*

[Political Advertising Transparency Report FAQs](#) *arrow_forward*
Back to top

Share

- 
- 

## Transparency Report

- [Home](#)
- [About](#)
- [FAQ](#)

## Security and privacy

- Requests for user information
- Google Safe Browsing
- Email encryption in transit
- HTTPS encryption on the web
- Android ecosystem security
- Combating Child Sexual Abuse Material

## Content removal

- Content delistings due to copyright
- Government requests to remove content
- Requests to delist content under European privacy law
- YouTube Community Guidelines enforcement
- Removals under the Network Enforcement Law

## Additional reports

- PDF Download Center
- Political advertising on Google
- Traffic and disruptions to Google

- Help
- Privacy
- About Google
- Send feedback

- Change language or region   English

Transparency Report

close

Home

About

FAQ

Security and privacy

Requests for user information

Google Safe Browsing

Email encryption in transit

HTTPS encryption on the web

Android ecosystem security

Combating Child Sexual Abuse Material

Content removal

Content delistings due to copyright

Government requests to remove content

Requests to delist content under European privacy law

YouTube Community Guidelines enforcement

Removals under the Network Enforcement Law

Additional reports

PDF Download Center

Political advertising on Google

Traffic and disruptions to Google

Privacy policy

menu              Transparency Report

Overview Australia EU and UK India Israel New Zealand Taiwan United States

# Political advertising in the United States

Our goal is to provide greater transparency in political advertising on Google, YouTube, and partner properties. To run election ads, we require advertisers to be verified, and observe our policies and applicable laws. Election ads in this report feature a current officeholder or candidate for an elected federal or state office, federal or state political party, or state ballot measure, initiative, or proposition that qualifies for the ballot in a state. The report also includes all ads from advertisers that completed the express notification process related to California candidates for elected office or California ballot measures.

Updated Aug 31, 2021

Ads since May 31, 2018
598,615
Ad spend since May 31, 2018
$779,090,400

## Ad spend per geography

Select a state to see total advertiser spending by congressional district

0078,726,90078,726,900
Federal Election Commission campaign finance data*arrow_forward*
All states

| State | Ad spend |
|---|---|
| **Alabama** | **$6,086,300** |
| **Alaska** | **$2,039,600** |
| **Arizona** | **$36,206,400** |
| **Arkansas** | **$3,055,500** |
| **California** | **$78,726,900** |
| **Colorado** | **$16,556,800** |
| **Connecticut** | **$3,929,700** |
| **Delaware** | **$1,298,900** |
| **District of Columbia** | **$3,900,800** |
| **Florida** | **$72,484,000** |

previous 1 of 6 next

## Top advertisers

Data represents total spend by verified advertisers since May 31, 2018. Learn more about the verification process for advertisers.

 *search*

All states

All states close

| Advertiser | Total ad spend |
|---|---|
| **BIDEN FOR PRESIDENT** | **$83,716,900** |
| **DONALD J. TRUMP FOR PRESIDENT, INC.** | **$83,476,500** |
| **MIKE BLOOMBERG 2020 INC** | **$62,250,100** |

| Advertiser | Total ad spend |
| --- | --- |
| TRUMP MAKE AMERICA GREAT AGAIN COMMITTEE | $47,351,300 |
| BIDEN VICTORY FUND | $15,933,100 |
| DNC SERVICES CORP / DEMOCRATIC NATIONAL COMMITTEE | $15,552,700 |
| DSCC | $15,523,700 |
| SENATE LEADERSHIP FUND | $14,758,700 |
| NRSC | $13,478,800 |
| REPUBLICAN NATIONAL COMMITTEE | $10,513,200 |
| TOM STEYER 2020 | $8,872,700 |
| BERNIE 2020 | $8,785,000 |
| AMERICA FIRST ACTION, INC. | $8,292,000 |
| NRCC | $7,944,000 |
| PRIORITIES USA ACTION | $7,845,800 |
| CONGRESSIONAL LEADERSHIP FUND | $7,475,400 |
| PETE FOR AMERICA, INC. | $7,214,700 |
| AMY MCGRATH FOR SENATE, INC. | $7,179,300 |
| YES ON 22 - SAVE APP-BASED JOBS & SERVICES | $7,170,400 |
| JON OSSOFF FOR SENATE | $6,942,100 |
| JAIME HARRISON FOR US SENATE | $6,555,200 |
| HOME BOX OFFICE, INC. | $6,032,000 |
| PRIORITIES USA ACTION & SMP | $5,911,300 |

| Advertiser | Total ad spend |
|---|---|
| **TEAM GRAHAM, INC.** | **$5,772,300** |
| **WARNOCK FOR GEORGIA** | **$5,578,700** |
| **CONSERVATIVE BUZZ LLC** | **$5,337,600** |
| **AMERICANS FOR PROSPERITY ACTION INC** | **$5,011,600** |
| **WARREN FOR PRESIDENT, INC.** | **$4,939,900** |
| **SMP** | **$4,910,600** |
| **MARK KELLY FOR SENATE** | **$4,718,800** |

previous 1 of 163 next

## View ads

*search*

Start *date_range*

5/ 31/ 2018

End *date_range*

8/ 31/ 2021

Amount Spent

All

Impressions

Any

Format

All

Sort sort

Most recent

Jake Bequette | Patriot. Veteran. Razorback | U.S. Senate

Ad

jakebequette.com

Army veteran, former NFL player and Arkansas Razorback.

Text ad.

Paid for by BEQUETTE FOR ARKANSAS

8/28/21 - 8/28/21 (1 day)
*visibility* ≤ 10k *universal_currency_alt* $100–$1k

Video ad.

44:14

Paid for by BLAZE MEDIA LLC FKA CRTV LLC

8/28/21 - 8/28/21 (1 day)
*visibility* ≤ 10k *universal_currency_alt* ≤ $100

Jake Bequette | U.S. Senate | Patriot. Veteran. Razorback.
Ad
jakebequette.com
Jake learned his conservative values on the football and battle field. He is ready to bring those conservative values to the U.S. Senate.
Text ad.

Paid for by BEQUETTE FOR ARKANSAS

8/28/21 - 8/28/21 (1 day)
*visibility* ≤ 10k *universal_currency_alt* ≤ $100

Jake Bequette | U.S. Senate | Patriot. Veteran. Razorback.
Ad
jakebequette.com
Army veteran, former NFL player and Arkansas Razorback. Jake Bequette is now ready to tackle Washington. Learn more.
Text ad.

Paid for by BEQUETTE FOR ARKANSAS

8/28/21 - 8/28/21 (1 day)
*visibility* ≤ 10k *universal_currency_alt* ≤ $100

Jake Bequette | U.S. Senate
Ad

**2052**
2247

jakebequette.com

Jake Bequette is a former patriot, veteran and Razorback. Now he's ready to fight for Arkansas. Learn more today.

Text ad.

Paid for by BEQUETTE FOR ARKANSAS

8/28/21 - 8/28/21 (1 day)

$visibility \leq 10k\ universal\_currency\_alt \leq \$100$

Jake Bequette | U.S. Senate | Patriot. Veteran. Razorback.

Ad

jakebequette.com

Jake Bequette has a deep calling to serve. A former football player and veteran, he is now running for U.S. Senate.

Text ad.

Paid for by BEQUETTE FOR ARKANSAS

8/28/21 - 8/28/21 (1 day)

$visibility \leq 10k\ universal\_currency\_alt \leq \$100$

Image ad.

Paid for by NRCC

8/28/21 - 8/28/21 (1 day)

$visibility \leq 10k\ universal\_currency\_alt \leq \$100$

Video ad.

30:04

Paid for by IAN BAYNE

8/28/21 - 8/28/21 (1 day)

$visibility \leq 10k\ universal\_currency\_alt \leq \$100$

Tim Walz Is Creating Jobs | Jumpstarting MN's Economy | Investing in Small Businesses

Ad

abetterminnesota.org

Tim Walz is keeping Minnesotans safe and delivering historic investments in small business See what Minnesota Governor Tim Walz is doing for us. Learn more today.
Text ad.

Paid for by ALLIANCE FOR A BETTER MINNESOTA

8/28/21 - 8/28/21 (1 day)
*visibility* ≤ 10k *universal_currency_alt* ≤ $100

Image ad.

Paid for by NATIONAL RIFLE ASSOCIATION OF AMERICA POLITICAL VICTORY FUND

8/28/21 - 8/28/21 (1 day)
*visibility* ≤ 10k *universal_currency_alt* ≤ $100

Image ad.

Paid for by NATIONAL RIFLE ASSOCIATION OF AMERICA POLITICAL VICTORY FUND

8/28/21 - 8/28/21 (1 day)
*visibility* ≤ 10k *universal_currency_alt* ≤ $100

Matt Jacobs For Congress | Running to End Radical Rule | Donate Now
Ad
mattjacobsforcongress.com
Defending the American Dream takes grit. Matt Jacobs has what it takes!
Text ad.

Paid for by MATT JACOBS FOR CONGRESS

8/28/21 - 8/28/21 (1 day)
*visibility* ≤ 10k *universal_currency_alt* ≤ $100

GOP Senate | Audit is a Sham | Election Audit Live Steamed | AZ Audit Update | Latest News
Ad
votingbooth.media/republicans/Speak-AZ-Audit
Maricopa County Recorder Stephen Richer, voted for Trump, says there was no fraud A growing chorus of Republicans criticize Arizona Senate's 2020 election audit.
Text ad.

Paid for by FAITH VOTERS

8/28/21 - 8/28/21 (1 day)
*visibility* ≤ 10k *universal_currency_alt* ≤ $100

Image ad.

Paid for by GROUND NEWS INC

8/28/21 - 8/28/21 (1 day)
*visibility* ≤ 10k *universal_currency_alt* ≤ $100

Biden News Conference | Easily Explore Media Bias | Know The Bias Behind The News
Ad
ground.news
Stay current with most up to date news on Joe Bidden from hundreds of news sources Ground News offers the most in-depth media bias analysis and ratings. Try it free today.
Text ad.

Paid for by GROUND NEWS INC

8/28/21 - 8/28/21 (1 day)
*visibility* ≤ 10k *universal_currency_alt* ≤ $100

John Castorani for Congress | Flip a Virginia Swing District | Donate to a Conservative Vet
Ad
secure.winred.com
Castorani gave up his career in intelligence and security clearance to run for Congress. Support strong defense, border security, and traditional values. Donate to flip the house!
Text ad.

Paid for by JOHN CASTORANI FOR VIRGINIA

8/28/21 - 8/28/21 (1 day)
*visibility* ≤ 10k *universal_currency_alt* ≤ $100

Image ad.

Paid for by COHEN RESEARCH GROUP

8/28/21 - 8/28/21 (1 day)
*visibility* ≤ 10k *universal_currency_alt* ≤ $100

Image ad.

Paid for by NATIONAL RIFLE ASSOCIATION OF AMERICA POLITICAL VICTORY FUND

8/28/21 - 8/28/21 (1 day)
*visibility* ≤ 10k *universal_currency_alt* ≤ $100

Image ad.

Paid for by NATIONAL RIFLE ASSOCIATION OF AMERICA POLITICAL VICTORY FUND

8/28/21 - 8/28/21 (1 day)
*visibility* ≤ 10k *universal_currency_alt* ≤ $100

Image ad.

Paid for by NATIONAL RIFLE ASSOCIATION OF AMERICA POLITICAL VICTORY FUND

8/28/21 - 8/28/21 (1 day)
*visibility* ≤ 10k *universal_currency_alt* ≤ $100

Image ad.

Paid for by NATIONAL RIFLE ASSOCIATION OF AMERICA POLITICAL VICTORY FUND

8/28/21 - 8/28/21 (1 day)
*visibility* ≤ 10k *universal_currency_alt* ≤ $100

Image ad.

Paid for by NATIONAL RIFLE ASSOCIATION OF AMERICA POLITICAL VICTORY FUND

8/28/21 - 8/28/21 (1 day)
*visibility* ≤ 10k *universal_currency_alt* ≤ $100

Image ad.

Paid for by NATIONAL RIFLE ASSOCIATION OF AMERICA POLITICAL VICTORY FUND

8/28/21 - 8/28/21 (1 day)
*visibility* ≤ 10k *universal_currency_alt* ≤ $100

Image ad.

Paid for by NATIONAL RIFLE ASSOCIATION OF AMERICA POLITICAL VICTORY FUND

8/28/21 - 8/28/21 (1 day)
*visibility* ≤ 10k *universal_currency_alt* ≤ $100

Image ad.

Paid for by NATIONAL RIFLE ASSOCIATION OF AMERICA POLITICAL VICTORY FUND

8/28/21 - 8/28/21 (1 day)
*visibility* ≤ 10k *universal_currency_alt* ≤ $100

Image ad.

Paid for by NATIONAL RIFLE ASSOCIATION OF AMERICA POLITICAL VICTORY FUND

8/28/21 - 8/28/21 (1 day)
*visibility* ≤ 10k *universal_currency_alt* ≤ $100

Image ad.

Paid for by NATIONAL RIFLE ASSOCIATION OF AMERICA POLITICAL VICTORY FUND

8/28/21 - 8/28/21 (1 day)
*visibility* ≤ 10k *universal_currency_alt* ≤ $100

Image ad.

Paid for by NATIONAL RIFLE ASSOCIATION OF AMERICA POLITICAL VICTORY FUND

8/28/21 - 8/28/21 (1 day)
*visibility* ≤ 10k *universal_currency_alt* ≤ $100

Image ad.

Paid for by NATIONAL RIFLE ASSOCIATION OF AMERICA POLITICAL VICTORY FUND

8/28/21 - 8/28/21 (1 day)
*visibility ≤ 10k universal_currency_alt ≤ $100*

Image ad.

Paid for by NATIONAL RIFLE ASSOCIATION OF AMERICA POLITICAL VICTORY FUND

8/28/21 - 8/28/21 (1 day)
*visibility ≤ 10k universal_currency_alt ≤ $100*

Image ad.

Paid for by NATIONAL RIFLE ASSOCIATION OF AMERICA POLITICAL VICTORY FUND

8/28/21 - 8/28/21 (1 day)
*visibility ≤ 10k universal_currency_alt ≤ $100*

Image ad.

Paid for by NATIONAL RIFLE ASSOCIATION OF AMERICA POLITICAL VICTORY FUND

8/28/21 - 8/28/21 (1 day)
*visibility ≤ 10k universal_currency_alt ≤ $100*

Image ad.

Paid for by NATIONAL RIFLE ASSOCIATION OF AMERICA POLITICAL VICTORY FUND

8/28/21 - 8/28/21 (1 day)
*visibility ≤ 10k universal_currency_alt ≤ $100*

Image ad.

Paid for by NATIONAL RIFLE ASSOCIATION OF AMERICA POLITICAL VICTORY FUND

8/28/21 - 8/28/21 (1 day)
*visibility ≤ 10k universal_currency_alt ≤ $100*

Image ad.

Paid for by NATIONAL RIFLE ASSOCIATION OF AMERICA POLITICAL VICTORY FUND

8/28/21 - 8/28/21 (1 day)

*visibility* ≤ 10k *universal_currency_alt* ≤ $100

Tom Kean for Congress | Because Character Counts | Donate Now
Ad
secure.winred.com
Tom Kean will fight to bring New Jersey Values to Washington. Donate Now!
Text ad.

Paid for by KEAN FOR CONGRESS INC

8/28/21 - 8/28/21 (1 day)

*visibility* ≤ 10k *universal_currency_alt* ≤ $100

Load more

Data in the Political Advertising Transparency Report is cumulative based on the launch date for a country or region. This data is generally updated daily.

Download data (CSV) *file_download*

Political Advertising Transparency Report FAQs *arrow_forward*

Back to top

Share

- 
- 

# Transparency Report

- Home
- About
- FAQ

# Security and privacy

- Requests for user information
- Google Safe Browsing
- Email encryption in transit
- HTTPS encryption on the web
- Android ecosystem security
- Combating Child Sexual Abuse Material

## Content removal

- Content delistings due to copyright
- Government requests to remove content
- Requests to delist content under European privacy law
- YouTube Community Guidelines enforcement
- Removals under the Network Enforcement Law

## Additional reports

- PDF Download Center
- Political advertising on Google
- Traffic and disruptions to Google

- Help
- Privacy
- About Google
- Send feedback

- Change language or region    English

Advertising Policies Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

# Political content

Google provides translated versions of our Help Center as a convenience, though they are not meant to change the content of our policies. The English version is the official language we use to enforce our policies. To view this article in a different language, use the language dropdown at the bottom of the page.

Display & Video 360 users must comply with this Google Ads policy. Visit the Display & Video 360 help center for additional restrictions.

We support responsible political advertising, and expect all political ads and destinations to comply with local legal requirements. This includes campaign and election laws and mandated election "silence periods" for any geographic areas they target.

Google has different requirements for political and election advertising based on region.

In some regions, election ads may run only if the advertiser is verified by Google.  In these regions, election ads are subject to disclosure requirements and targeting restrictions; see below for additional information.  Google Ad Grants accounts are not eligible to run election ads or apply for election ads verification in these regions.  Check the information under your regional heading for applicable verification and restriction information.

In other regions, there are restrictions on political ads. See below for a list of these regions and what is prohibited.  There may be additional prohibitions or requirements listed in the local legal requirements policy.

If the region your ads target is not listed either here or within local legal requirements for a given region, political ads may run as long as they are compliant with all other Google Ad policies and local laws and regulations.

Non-compliance with our political content policies may result in information about your account and political ads being disclosed publicly or to relevant government agencies and regulators.

## Election ads

In these regions, election ads are allowed to run only if the advertiser is verified by Google. See below for how we define election ads in each region and the advertiser requirements that apply.

Learn how to apply for verification.
Election ads in Australia
Election ads in European Union
Election ads in India
Election ads in Israel
Election ads in New Zealand
Election ads in Taiwan
Election ads in the United Kingdom
Election ads in the United States

In the United States, election ads include ads that feature:

- A current officeholder or candidate for an elected federal office. This includes federal offices such as that of the President or Vice President of the United States, members of the United States House of Representatives or United States Senate
- A current officeholder or candidate for a state-level elected office, such as Governor, Secretary of State, or member of a state legislature
- A federal or state level political party
- A state-level ballot measure, initiative, or proposition that has qualified for the ballot in its state

Note that election ads don't include ads for products or services, including promotional political merchandise like t-shirts, or ads run by news organizations to promote their coverage of federal or state-level election campaigns, political parties, candidates, or current elected officeholders or state-level ballot measures, initiatives, or propositions.

Below are requirements that must be met by advertisers who want to run federal or state election ads in the United States.

Advertiser verification requirements for election ads in the United States

Election ads in the United States may run if the advertiser is verified by Google.

Learn how to apply for verification

Troubleshooter

1. U.S. election ads may run only in the United States. Check that your U.S. election ads are running only in the United States, and that you've been verified to run U.S. election ads. Learn more about the verification process.
2. Contact us to have your ad reviewed again, or edit the ad. This will resubmit the ad and its destination for review. Most ads are reviewed within 1 business day, though some can take longer if they need a more complex review.
3. If you're unable to complete the verification process, remove any content that violates the policy on election ads.

State and local election ads in the United States

Restricted targeting for election ads

Only the following criteria may be used to target election ads in regions where election ad verification is required:

Geographic location (except radius around a location)

Age, gender

Contextual targeting options such as: ad placements, topics, keywords against sites, apps, pages and videos

All other types of targeting are not allowed for use in election ads.

# Disclosure requirements for election advertising

For regions where election ad verification is required, all election ads must show a disclosure that identifies who paid for the ad. For most ad formats, Google will automatically generate a "Paid for by" disclosure, using the information provided during the verification process. Please note that this disclosure is not a replacement for any other disclosures you may be required to include in your ad by law.

For the following ad formats and features available across Google, the advertiser is responsible for including a "Paid for by" disclosure

directly in the ad, followed by the name of the organization or individual paying for the ad. The disclosure must be visible at all times in the ad.

- Third-party ad serving on Google Display Network and YouTube
- Audio creatives and Native creatives on Display & Video 360
- Video creatives on Display & Video 360 (except for creatives served on YouTube)
- YouTube Mastheads

Please note that this disclosure is not a replacement for any other disclosures you may be required to include in your ad by law.

## Regional Restrictions

In these regions, there are restrictions on political ads. See below for a list of these regions and what is prohibited for each region. There may be additional prohibitions or requirements listed in the local legal requirements policy.

Canada
France
Singapore
South Korea

## Need help?

If you have questions about our policies, let us know: Contact Google Ads Support
Give feedback about this article
Choose a section to give feedback on



Was this helpful?
YesNo

Submit

## Advertising policies

- Ad format requirements
- Ad targeting
- Abusing the ad network
- Ads & made for kids content

- Alcohol
- Copyrights
- Counterfeit goods
- Dangerous products or services
- Data collection and use
- Destination requirements
- Editorial
- Enabling dishonest behavior
- Financial products and services
- Gambling and games
- Healthcare and medicines
- Inappropriate content
- Lead form requirements
- Legal requirements
- Misrepresentation
- Other restricted businesses
- Personalized advertising
- Political content
- Restricted ad formats and features
- Sexual content
- Technical requirements
- Trademarks

- ©2021 Google
- Privacy Policy
- Terms of Service



English

1. català
2. dansk
3. Deutsch
4. eesti
5. English (Australia)
6. English (United Kingdom)
7. español
8. español (Latinoamérica)
9. Filipino
10. français
11. hrvatski
12. Indonesia
13. italiano
14. latviešu

15. lietuvių
16. magyar
17. Melayu
18. Nederlands
19. norsk
20. polski
21. português
22. português (Brasil)
23. română
24. slovenčina
25. slovenščina
26. suomi
27. svenska
28. Tiếng Việt
29. Türkçe
30. čeština
31. Ελληνικά
32. български
33. русский
34. српски
35. українська
36. עברית
37. العربية
38. हिन्दी
39. ไทย
40. 中文（简体）
41. 中文（繁體）
42. 日本語
43. 한국어
44. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- [Help Center](#)

- o [List of ad policies](#)

- o [Review process](#)

- o [Verification](#)

- o [Change log](#)

- [Advertising Policies](#)

- [Privacy Policy](#)

- [Terms of Service](#)

- [Submit feedback](#)

Advertising policiesThird-party policiesRelated policies & terms
Approval processDisapprovals and suspensions
Verification programs
Upcoming and recent changesPast changes

# What is the issue with this selection?

Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong



Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

## Share additional info or suggestions

Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.

YouTube Help



Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunity

# Targeting & serving

- Age targeting and ads
- Flash cookies
- Using social media and third-party apps
- SSL capability
- Third-party ad serving
- YouTube monetized markets

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar

15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback about our Help Center



Google Help

- Help Center

  o Fix a problem

- o [Watch videos](#)

- o [Manage your account & settings](#)

- o [Supervised experience on YouTube](#)

- o [Join & manage YouTube Premium](#)

- o [Create & grow your channel](#)

- o [Monetize with the YouTube Partner Program](#)

- o [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program

Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows

Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues

Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube

YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers

YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

Send feedback on...

This help content & information General Help Center experience



YouTube Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunity

# Age targeting and ads

YouTube Age Gates:

Videos or brand channels are age-gated by advertiser choice or after a Community Guidelines violation. Only "of age" viewers can view this content while signed in to YouTube. Sometimes, a video has to be age-gated before an advertiser can use it in an ad (like a Promoted Videos ad for an alcohol campaign). The YouTube Age Gate is the only option available to age-gating requests on the video watch page.

Demographic targeting by age for ads:

Our policies or advertisers sometimes ask for an ad to be targeted to a certain age demographic. Our ad serving technology can target these ads based on the birth dates of signed-in YouTube channels. For example, if an ad isn't appropriate for a general audience under our policies, the ad has to be demo-targeted to 18+ viewers. This means that only signed-in viewers that are at least 18 years old will get this ad on our site. Signed-out viewers will get a different ad.

Custom-built Age Gates:

Alcohol, gaming, and movie advertisers can build custom age gates on homepage ads. We allow this because these are highly regulated industries, and the YouTube age gate may not meet industry regulations. For example, video game advertisers might need to meet ESRB guidelines on a mature-rated game. Requests for a custom age gate from these advertisers need to be submitted to the YouTube Ads Policy team for prior approval. Advertisers in all other verticals have to use the standard YouTube Age Gating features available on brand channels and video watch pages.

Give feedback about this article

Choose a section to give feedback on



Was this helpful?
YesNo

Submit

# Understand ad policies for advertisers

- Age targeting and ads
- Flash cookies
- Using social media and third-party apps
- SSL capability
- Third-party ad serving
- YouTube monetized markets

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)

20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- **Help Center**

   o  **Fix a problem**

   o  **Watch videos**

- o [Manage your account & settings](#)

- o [Supervised experience on YouTube](#)

- o [Join & manage YouTube Premium](#)

- o [Create & grow your channel](#)

- o [Monetize with the YouTube Partner Program](#)

- o [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program

Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows

Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues

Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube

YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers

YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

# What is the issue with this selection?



Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

# Share additional info or suggestions

Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, [account & system info](#) to improve services, per our [Privacy](#) & [Terms](#).

YouTube Help

Sign in

Send feedback on...



This help content & information

General Help Center experience

Next

Help CenterCommunity

# Advertiser age restrictions

Some videos don't violate our policies, but may not be appropriate for all audiences. To comply with industry or regulatory viewing-age guidelines that fall outside of the Community Guidelines, certain advertisers can age-restrict their videos.

The uploader imposes this age restriction. It's not due to the YouTube viewer community reporting the video. Videos that the uploader proactively age restricts are still subject to YouTube's Community Guidelines.

If you find something inappropriate, you can still report these videos and we'll take further action if necessary. Learn more in the YouTube Reporting Center.

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- [Help Center](#)

  - [Fix a problem](#)

  - [Watch videos](#)

  - [Manage your account & settings](#)

  - [Supervised experience on YouTube](#)

  - [Join & manage YouTube Premium](#)

  - [Create & grow your channel](#)

  - [Monetize with the YouTube Partner Program](#)

  - [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program
Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows
Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues
Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues
Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube
YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers
YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

# What is the issue with this selection?



Inaccurate - doesn't match what I see in the product



Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

## Share additional info or suggestions

Do not share any personal info
Cancel
Submit
By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.

YouTube Help



Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunity

# Flash cookies

You can't use locally shared object technologies (LSO) for behavioral advertising, ad delivery, reporting, or multi-site advertising. LSO technologies don't show up in typical user browsing. These technologies include, but aren't limited to: flash cookies, browser helper objects, and HTML5 local storage.

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

## Understand ad policies for advertisers

- Age targeting and ads
- Flash cookies
- Using social media and third-party apps
- SSL capability
- Third-party ad serving
- YouTube monetized markets

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어

41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- [Help Center](#)

  - [Fix a problem](#)

  - [Watch videos](#)

  - [Manage your account & settings](#)

  - [Supervised experience on YouTube](#)

  - [Join & manage YouTube Premium](#)

  - [Create & grow your channel](#)

  - [Monetize with the YouTube Partner Program](#)

  - [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program

Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows

Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues

Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube

YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers

YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

# What is the issue with this selection?


Inaccurate - doesn't match what I see in the product


Hard to understand - unclear or translation is wrong


Missing info - relevant but not comprehensive


Irrelevant - doesn't match the title and / or my expectations


Minor errors - formatting issues, typos, and / or broken links


Other suggestions - ideas to improve the content

# Share additional info or suggestions



Do not share any personal info
Cancel
Submit
By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.



YouTube Help

**Sign in**

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunity

# Using social media and third-party apps

Ads or Brand Channels that include social media from third-party sites or apps may only incorporate content that the advertiser owns and controls.

In addition to the above restrictions, when ads or Brand Channels incorporate third-party or Google-owned apps or APIs, all ads must meet the following criteria:

- Advertiser must be wholly compliant with third party's terms or have third-party approval where appropriate.
- Advertiser must use an approved or official version of the API or app.
- Advertiser may not pass any data from the third party either to or through YouTube's servers.

Also, some APIs won't be allowed on YouTube. You can check in with your sales contact for more info.

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

# Understand ad policies for advertisers

- Age targeting and ads
- Flash cookies
- Using social media and third-party apps
- SSL capability
- Third-party ad serving
- YouTube monetized markets

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский

31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- [Help Center](#)

  o [Fix a problem](#)

  o [Watch videos](#)

  o [Manage your account & settings](#)

  o [Supervised experience on YouTube](#)

  o [Join & manage YouTube Premium](#)

- o [Create & grow your channel](#)

- o [Monetize with the YouTube Partner Program](#)

- o [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program
Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows
Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues
Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium

membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube

YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers

YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

# What is the issue with this selection?



Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

# Share additional info or suggestions

Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.

YouTube Help



Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunity

# SSL capability

Depending on whether someone is signed in or out, YouTube pages can be loaded over a secure or insecure connection. Secure connections are achieved with SSL. To avoid warning messages in the viewer's browser, we require that ads, creatives, and tracking elements are requested using an appropriate connection:

- For non-secure pages (HTTP://), the ad, creative, and tracking pixels can use either HTTP or HTTPS.
- For secure pages (HTTPS://), the ad, creative, and tracking pixels must only use HTTPS. Also, for ads and creatives loaded with HTTPS://, all subsequent requests to media assets or tracking URLs must also use HTTPS://. All creatives must be able to deliver over HTTP and HTTPS without the need for special trafficking. If tracking pixel URLs are given, they must be SSL-compliant (begin with HTTPS://). The only part of an ad permitted to be non-SSL compliant is the click URL (target landing page).

## More details

### 3rd party served display ads

Some vendors autocorrect their creative to be SSL-compliant. For these vendors, there's little change needed for your creative to be SSL-compliant. A list of vendors and their capabilities is available here.

### VAST tracking pixels

For the tracking of VAST ads such as inStream and inVideo, we'll request any insecure URLs via a secure connection. We'll achieve this by swapping out HTTP:// with HTTPS:// before requesting the URL. If your tracking vendor can't support this

functionality, the tracking URL supplied must be SSL-compliant (start with HTTPS://). A list of vendors and their capabilities is available here.

3rd party served VAST ads

All 3rd party VAST ads must be SSL-compliant. Any URL within a VAST response must use the appropriate connection.

- For non-secure pages (HTTP://), the creative and tracking pixels can use either HTTP or HTTPS.
- For secure pages (HTTPS://), the creative and tracking pixels must only use HTTPS. Sometimes, your vendor won't autocorrect the ad response to the right protocol or won't swap HTTP:// for HTTPS://. In these cases, all media and tracking URLs in the VAST ad must use HTTPS:// by default.

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

## Understand ad policies for advertisers

- Age targeting and ads
- Flash cookies
- Using social media and third-party apps
- SSL capability
- Third-party ad serving
- YouTube monetized markets

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service


English

1. català

2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- [Help Center](#)

  - [Fix a problem](#)

  - [Watch videos](#)

  - [Manage your account & settings](#)

  - [Supervised experience on YouTube](#)

  - [Join & manage YouTube Premium](#)

  - [Create & grow your channel](#)

  - [Monetize with the YouTube Partner Program](#)

  - [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program

Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows

Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues

Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube

YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers

YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

## What is the issue with this selection?



Inaccurate - doesn't match what I see in the product



Hard to understand - unclear or translation is wrong



Missing info - relevant but not comprehensive



Irrelevant - doesn't match the title and / or my expectations



Minor errors - formatting issues, typos, and / or broken links



Other suggestions - ideas to improve the content

## Share additional info or suggestions

Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, [account & system info](#) to improve services, per our [Privacy](#) & [Terms](#).

# YouTube VAST Validator

YouTube VAST Validator

[                    ]

SUBMIT URL
YouTube VAST Validator

Welcome to the YouTube VAST Validator Tool! You can use this tool to verify that your VAST ad tags meet specifications for third party served video ads on YouTube. Just input the VAST tag, and we'll show you a summary of the results.
Try it out

Try it out using this sample tag:

https://ytvastqa.appspot.com/static/sampletag/vast.xml
Video ads on YouTube

For specifications please see:

Video Ads Specs

Certified 3PAS Vendors

Third Party Serving Policies & Attributes

Loading... Please wait...

VAST Tag: *info_outline*
Overall Verdict: *info_outline* FAIL *error* Errors: *info_outline* Unique Media Files: *info_outline*
Cachebusting: *info_outline* Clickthrough url(s): *info_outline*
Video Ad:

Companion Ad:
Preview: *info_outline*
Ads: *info_outline*
Privacy Policy - Terms of Service
Feedback *feedback*



YouTube Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunity

# Third-party ad serving

You can use the YouTube VAST QA tool to verify whether your VAST ad tags meet our third-party ad-serving specifications. You can also use this tool to easily preview your third-party served video ad on the YouTube player.

## Approved Third-Party Vendors

Third-party in-stream ads and their companion banner ads must use a linear VAST tag from a YouTube VAST-approved vendor. Note that third-party served ads that violate our ad policies may be limited or suspended. Check below for the detailed XML summary.

## In-Stream ads XML summary for VAST ad server response

| Element | Attributes | Values | Required | Supported | Notes |
|---|---|---|---|---|---|
| VAST | | Root node | Yes | Yes | |
| | version | String (3.0) | Yes | Yes | Must support any VAST 2.* or 3.0 version |
| Ad | ID | String | Yes | Yes | Top-level element wraps each ad in the response |
| InLine | None | None | Yes | Yes | Second-level element surrounding complete ad data for a single ad |
| AdSystem | None | String | Yes | Yes | Indicates source ad server |
| | version | String | Preferred | Yes | Internal version used by ad system |
| AdTitle | None | String | No | Yes | Common name of ad |

| | | | | | |
|---|---|---|---|---|---|
| Description | None | String | No | Yes | Longer description of ad |
| Survey | None | URI | No | No | URI of request to survey vendor (YouTube will only support research tracking pixels from certified research vendors in this node. Surveys or survey invitations can't be served via the VAST XML currently.) |
| Error | None | URI | No | Yes | URI to request if ad doesn't play due to error. YouTube will only execute a request to the URI upon error but can't pass extra error info. |
| Impression | None | URI | Yes | Yes | URI to track impression |
| Creatives | None | None | Yes | Yes | Container for one or more Creative elements |
| Creative | | | Yes | Yes | Wraps each creative element |
| | ID | String | No | Yes | Optional identifier |
| | sequence | Integer | No | Yes | The preferred order in which multiple Creatives should be displayed |
| | AdID | String | No | Yes | Ad-ID for the creative (formerly ISCI) |
| Linear | | | Yes | Yes | |
| | skipoffset | 00:00:05 | No | Yes | VAST 3.0 only |
| Duration | None | Time | Yes | Yes | |
| TrackingEvents | | | No | Yes | |
| Tracking | | URI | No | Yes | URI to track various events during playback |
| | event | creativeView, start, firstQuartile, midpoint, thirdQuartile, complete, mute, unmute, pause, rewind, resume, fullscreen, expand, | No | Yes | The name of the event to track for the Linear element. The creativeView should always be requested when present. |
| | | | | (only for start, firstQuartile, midpoint, thirdQuartile, complete). Only VAST 3.0 supports Skip | |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  |  | collapse, acceptInvitation, close acceptInvitationLinear closeLinear progress skip |  |  |
| AdParameters |  | String | No | No | Data to be passed into the video ad. |
| VideoClicks |  |  | Yes | Yes |  |
| ClickThrough | None | URI | Yes | Yes | URI to open as destination page when viewer clicks the video |
| ClickTracking |  | URI | No | Yes | URI to request for tracking purposes when viewer clicks the video |
| CustomClick |  | URI | No | Yes | URIs to request on custom events such as hotspotted video |
|  | ID | String | No | No | Optional identifier |
| MediaFiles |  |  | Yes | Yes |  |
| MediaFile |  | URI | Yes | Yes | Location of linear file |
|  |  |  | (There needs to be a minimum of 2 separate MediaFile nodes - one for each MP4, and WebM video formats) |  |  |
|  | delivery | progressive | Yes | Yes | Method of delivery of ad (YouTube doesn't prefer streaming) |
|  | type | String | Yes (MP4, and WebM) | Yes | MIME type (Popular MIME types include, but are not limited to "video/x-ms-wmv" for Windows Media) |
|  | bitrate | Integer | Yes | Yes | Bitrate of encoded video in Kbps |
|  | width | Integer (480) | Yes | Yes | Pixel dimensions of video |
|  | height | Integer (360) | Yes | Yes | Pixel dimensions of video |
|  | scalable | Boolean | No | No | Whether it is acceptable to scale the image (YouTube does this by default). |
|  | maintainAspectRatio | Boolean | No | Yes |  |
|  | apiFramework | String | No | No | If the MediaFile is interactive, the apiFramework defines the method to use for communication. |
| CompanionAds |  |  | No | Yes |  |

**2103**

2298

| | | | | | |
|---|---|---|---|---|---|
| Companion | | | No | Yes | Any number of companions in any desired pixel dimensions. |
| | ID | String | No | Yes | Optional identifier |
| | width | Integer (300) | Yes (if serving companion) | Yes | Pixel dimensions of companion |
| | height | Integer (60) | Yes (if serving companion) | Yes | Pixel dimensions of companion |
| | expandedWidth | Integer | No | No | Pixel dimensions of expanding companion ad when in expanded state (expandables not allowed with In-Stream ads on YouTube) |
| | expandedHeight | Integer | No | No | Pixel dimensions of expanding companion ad when in expanded state (expandables not allowed with In-Stream ads on YouTube) |
| | apiFramework | String | No | No | The apiFramework defines the method to use for communication with the companion |
| StaticResource | | URI | No | Yes | URI to a static file, such as an image. |
| | creativeType | String | Yes (if serving companion using StaticResource) | Yes | Mime type of static resource, only Image types are supported |
| IFrameResource | None | URI | No | Yes | URI source for an IFrame to display the companion element |
| HTMLResource | None | CDATA | No | No | HTML to display the companion element |
| JavaScriptResource | None | CDATA | No | No | JavaScript to display the companion element |
| TrackingEvents | | | No | No | |
| Tracking | | URI | No | No | URI to display the companion element |
| | event | creativeView | Yes (if serving companion) | No | The creativeView should always be requested when present. For Companions creativeView is the only supported event. |

| | | | | | |
|---|---|---|---|---|---|
| CompanionClickThrough | None | | URI | Yes (if serving static image without hard-coded click-through) | Yes | URI to open as destination page when viewer clicks the companion. |
| AltText | None | | String | No | Yes | Alt text to be displayed when companion is rendered in HTML environment |
| AdParameters | | | String | No | No | Data to be passed into the companion ads |
| NonLinearAds | | | | No | No | Not currently supported (only Linear In-Stream) |
| Extensions | | | | No | No | |
| Extension | type | | Any | No | No | Any valid XML may be included in the Extensions node but will be ignored. |
| Wrapper | None | | None | No | No | Second-level element surrounding wrapper ad pointing to Secondary ad server |

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

# Understand ad policies for advertisers

- Age targeting and ads
- Flash cookies
- Using social media and third-party apps
- SSL capability
- Third-party ad serving
- YouTube monetized markets

- ©2021 Google
- Privacy Policy

- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語

40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- [Help Center](#)

  - [Fix a problem](#)

  - [Watch videos](#)

  - [Manage your account & settings](#)

  - [Supervised experience on YouTube](#)

  - [Join & manage YouTube Premium](#)

  - [Create & grow your channel](#)

  - [Monetize with the YouTube Partner Program](#)

- o Policy, safety, & copyright

- Community

- YouTube

- Privacy Policy

- YouTube Terms of Service

- Submit feedback

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program
Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows
Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues
Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues
Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube
YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers
YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

# What is the issue with this selection?



Inaccurate - doesn't match what I see in the product



Hard to understand - unclear or translation is wrong



Missing info - relevant but not comprehensive



Irrelevant - doesn't match the title and / or my expectations



Minor errors - formatting issues, typos, and / or broken links



Other suggestions - ideas to improve the content

# Share additional info or suggestions



Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.



YouTube Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunity

# YouTube monetized markets

Advertisers can only target their ads to countries where YouTube has launched a monetized site. Product availability may differ between countries. These countries include:

- Algeria
- Argentina
- Australia
- Austria
- Azerbaijan
- Bahrain
- Bangladesh
- Belarus
- Belgium
- Bolivia
- Bosnia and Herzegovina
- Brazil
- Bulgaria
- Canada
- Chile
- Colombia
- Costa Rica
- Croatia
- Cyprus
- Czech Republic
- Denmark
- Dominican Republic
- Ecuador
- Egypt

- El Salvador
- Estonia
- Finland
- France
- Georgia
- Germany
- Ghana
- Greece
- Guatemala
- Honduras
- Hong Kong
- Hungary
- Iceland
- India
- Indonesia
- Iraq
- Ireland
- Israel
- Italy
- Japan
- Jamaica
- Jordan
- Kazakhstan
- Kenya
- Kuwait
- Latvia
- Lebanon
- Libya
- Liechtenstein
- Lithuania
- Luxembourg
- Macedonia
- Malaysia
- Malta
- Mexico
- Montenegro
- Morocco
- Nepal
- Netherlands
- New Zealand
- Nicaragua
- Nigeria
- Norway
- Oman

- Pakistan
- Panama
- Paraguay
- Peru
- Philippines
- Poland
- Portugal
- Puerto Rico
- Qatar
- Romania
- Russia
- Saudi Arabia
- Senegal
- Serbia
- Singapore
- Slovakia
- Slovenia
- South Africa
- South Korea
- Spain
- Sri Lanka
- Sweden
- Switzerland
- Taiwan
- Tanzania
- Thailand
- Tunisia
- Turkey
- Uganda
- Ukraine
- United Arab Emirates
- United Kingdom
- United States of America
- Uruguay
- Vietnam
- Yemen
- Zimbabwe

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

# Understand ad policies for advertisers

- Age targeting and ads
- Flash cookies
- Using social media and third-party apps
- SSL capability
- Third-party ad serving
- YouTube monetized markets

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi

24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- Help Center

  o Fix a problem

  o Watch videos

  o Manage your account & settings

- o  [Supervised experience on YouTube](#)

- o  [Join & manage YouTube Premium](#)

- o  [Create & grow your channel](#)

- o  [Monetize with the YouTube Partner Program](#)

- o  [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program

Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows

Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues

Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube

YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers

YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

## What is the issue with this selection?


Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

## Share additional info or suggestions

Do not share any personal info

Cancel
Submit
By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.

YouTube Kids Parental Guide

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunity

# Videos in YouTube Kids

We've built the YouTube Kids app to be a family-friendly place for kids to explore their interests. Videos available in the app are determined by a mix of algorithmic filtering, user input and human review.

Videos on the homescreen are pre-selected content and go through an additional level of quality control via human review.

Videos discovered through Search and Recommended videos are selected by our algorithm without human review.

Though our system has been rigorously tuned and tested, no algorithm is perfect, and even a perfect algorithm isn't the same as your judgment. This means that it's possible that your child may find content in the app that you may not want your child to come across. If this happens, you can notify YouTube by flagging the video. We take these flags seriously and use them to improve the app for everyone.

For a more contained experience, you can turn off Search using Parental Settings.

When you turn search off, your child is limited to videos from a set of channels that have been verified by YouTube Kids. Please keep in mind that regardless of the settings for Search in your app, there is a chance that your child will find content that you don't want them to watch.

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

# Help

- Homescreen video categories
- Videos in YouTube Kids
- Recommended videos
- Ads in YouTube Kids
- Search in YouTube Kids
- Watch it again
- Save videos offline in certain countries on YouTube Kids
- Customize your child's experience: Block content in YouTube Kids
- Accessibility on YouTube Kids
- Send feedback
- Report inappropriate videos
- Subscribe to channels on YouTube Kids
- YouTube Kids with Google Nest or Home Speaker or Display Devices
- Watch YouTube Kids on the web

- ©2021 Google
- Privacy Policy
- Terms of Service



English

1. azərbaycan
2. bosanski
3. dansk
4. Deutsch
5. eesti
6. English (United Kingdom)
7. español
8. español (Latinoamérica)
9. français
10. hrvatski
11. Indonesia
12. italiano
13. latviešu

14. lietuvių
15. magyar
16. Nederlands
17. norsk
18. polski
19. português
20. português (Brasil)
21. română
22. shqip
23. slovenčina
24. slovenščina
25. suomi
26. svenska
27. Tiếng Việt
28. Türkçe
29. íslenska
30. čeština
31. Ελληνικά
32. български
33. македонски
34. русский
35. српски
36. українська
37. עברית
38. العربية
39. हिन्दी
40. বাংলা
41. ไทย
42. ქართული
43. 中文（繁體）
44. 中文（香港）
45. 日本語
46. 한국어
47. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- [Help Center](#)

- [Community](#)

- [YouTube Kids Parental Guide](#)

- [Privacy Policy](#)

- [Terms of Service](#)

- [Submit feedback](#)

## What is the issue with this selection?

Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

## Share additional info or suggestions



Do not share any personal info
Cancel
Submit
By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.

Display Specs Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Video Ads (formerly in-stream video ads)

# Technical Specifications

Next: Reporting & Third Party Capabilities

Third-party ad serving (3PAS) on YouTube reservation:

As of May 15, 2019, support for YouTube 3PAS (VAST) is available through a new API-based framework that ingests and serves advertisers' creatives via Google's systems. Innovid, Sizmek, Extreme Reach, Adform, and Flashtalking are currently integrated with the framework. The list of integrated providers will be available here and updated as needed.

To leverage this solution, third party providers need to integrate with Ads Data Hub, which handles performance measurement.

As part of this launch, YouTube will no longer support third-party-served companion banners.

This section covers detailed specifications for both YouTube-hosted (site served) and third-party served video ads, as well as video upload best practices and compatible browsers.

## Site Served

| Video Requirements: | Must be uploaded to YouTube (send Video URL, shortened URL not allowed) |
| --- | --- |
| | Must allow embedding |

|  | Must be public or unlisted |
|  | True streaming is allowed |
| Minimum Video Length: | 12 seconds (for skippable ads) |
| Maximum Video Length: | Up to 6 minutes (skippable ads) |
|  | *60 seconds (skippable ads on YouTube Kids) |
|  | 15 seconds (non-skippable ads) |
|  |  |
|  | 6 seconds (bumper ads) |
|  | 20 seconds (non-skippable ads, EMEA, Mexico, India, Malaysia, and Singapore only) |

# Third-Party Served (VAST-Compliant)

You can use the YouTube VAST QA tool to verify whether your VAST ad tags meet our third party ad serving specifications. You can also use this tool to easily preview your third party served ad on the YouTube player.

| Format: | H.264 (MP4) video file type must be included for each video creative (other formats such as WebM can be included but may not be used) |
| Aspect Ratio and Bitrate: | 720p or below is required, the optional inclusion of 1080p is recommended - either 16:9 or 4:3 aspect ratios are acceptable. (Examples of each are 16:9 - 854x480; 1280x720; 1920x1080 and 4:3 - 480x360; 720x540; 960x720)<br><br>Must contain at least one mediafile under 1000kbps |
| Audio Format: | MP3 or AAC preferred |
| Frames per second: | Up to 30fps |
| Maximum file size: | 10 MB |
| Requirements: | Must comply with YouTube's XML summary for VAST ad server response |
|  | Must be SSL-compliant |
|  | Only VAST 3.0 tags are allowed for skippable video ads. VAST 2.0 will not be accepted. |
|  | Must be served via a linear VAST tag (pre-fetch tag) by a YouTube-approved vendor. |
|  | Must NOT have geo, browser or any other targeting on the third party end. Please ensure your ad server returns a valid crossdomain.xml file. If you choose to explicitly list domains, please ensure all ad serving domains are included. |
|  | VAST-served video ads are not guaranteed to run on all mobile web browsers, game consoles or connected TV devices (most modern updated environments are supported) |
|  | Only VAST 2.0 and 3.0 are currently supported |
|  | VPAID is not allowed on YouTube |
|  | Up to 6 minutes (skippable ads) |

| | 15 seconds (non-skippable ads) |
|---|---|
| Maximum Video Length: | 6 seconds (bumper ads) |
| | 20 seconds (non-skippable ads, EMEA, Mexico, India, Malaysia, and Singapore only) |

## Video Recommendations

- Resizing your video based on YouTube's best practices before uploading it will help your videos look better on YouTube. Please reference our help pages on how to upload your video, accepted file formats, and optimizing your video.
- If you would like your video to not be viewable or searchable to the public outside of the ad, you can make it unlisted by following the instructions here.
- Interactive elements such as annotations, call to action overlays or info cards will automatically appear on the video ad, if enabled. If you do not want the interactivity elements to appear on the ad, please remove these directly from the Video.
- If you would like to use a 360° video in a video ad, please follow the guidelines here, and please note that 360° videos have browser and device limitations for correct rendering.

## Compatible Browsers:

- Internet Explorer 10+, Firefox 25+, Safari 6+; Chrome 33+

  Give feedback about this article
  Choose a section to give feedback on

  Next: Reporting & Third Party Capabilities

## Video Ads (formerly in-stream video ads)

- Intro to Video Ads
- How Video Ads Work
- Assets Overview and Creative Submission
- Technical Specifications
- Reporting & Third Party Capabilities

- ©2021 Google
- Privacy Policy
- Terms of Service

English?

English

1. català
2. dansk
3. Deutsch
4. español
5. español (Latinoamérica)
6. Filipino
7. français
8. Indonesia
9. italiano
10. Nederlands
11. norsk
12. polski
13. português
14. português (Brasil)
15. suomi
16. svenska
17. Tiếng Việt
18. Türkçe
19. čeština
20. Ελληνικά
21. русский
22. עברית
23. العربية
24. हिन्दी
25. ไทย
26. 中文（简体）
27. 中文（繁體）
28. 中文（香港）
29. 日本語
30. 한국어
31. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- [Help Center](#)

- [Display Specs](#)

- [Privacy Policy](#)

- [Terms of Service](#)

- [Submit feedback](#)

# What is the issue with this selection?


Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

# Share additional info or suggestions

Do not share any personal info
Cancel

Submit

By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.

YouTube Help

Sign in

Send feedback on...



This help content & information

General Help Center experience

Next

Help CenterCommunity

# Advertising on YouTube Kids

All advertisements sold in the YouTube Kids app must comply with the additional advertising policies outlined below, as well as YouTube's general advertising policies. YouTube Kids advertising policies may evolve over time. We encourage you to check back often to read the latest updates. All YouTube Kids Paid Ads must be pre-approved by YouTube's policy team prior to being served in the YouTube Kids app. Additionally, advertisers must also comply with applicable laws and regulations (including any relevant self-regulatory or industry guidelines). You can read more about our ad format requirements below.

## What is a Paid Ad in YouTube Kids?

To provide an experience free of charge, YouTube Kids is ad-supported with limited advertising. When you select a YouTube video in the app, you may see an ad bumper followed by a video ad- marked with an "Ad" disclaimer- before the video you selected. These are paid advertisements ("Paid Ads").

Videos uploaded by users to YouTube are not Paid Ads and therefore they are not marked as an Ad nor are they subject to our advertising policies. This may also include content about or from companies who may have also purchased Ads in the app. For example, a search for trains could result in train cartoons, songs and videos of real trains uploaded by a user or a toy train company, none of which we consider as Paid Ads, as they are not part of the YouTube Kids advertising program. Likewise, a search for chocolate can show a user-uploaded video on making chocolate fudge even though we do not allow paid Ads for chocolatiers. Learn more about Videos on YouTube Kids.

## Ad Format Requirements

- Format: At this time we only accept the in-stream video ad format in YouTube Kids.
- Maximum time length: 15-20 seconds long for non-skippable (depending on where the viewer is based) and 60 seconds for skippable (length may vary based on market). This excludes the 3 second ad bumper that may play before the Paid Ad.
- Destination URLs: Destination URLs and outbound links (including call-to-action overlays and infocards) are disabled from the app. Ads in YouTube Kids will not be clickable.
- Site-served: All Paid Ads must be hosted on YouTube. Third-party served ads are prohibited.

## Ad Targeting and Data Collection

- We prohibit interest-based advertising in YouTube Kids.
- Paid Ads with remarketing or other tracking pixels are prohibited.

## Restricted Product Categories

Paid Ads for the following products are prohibited in YouTube Kids.

Age Sensitive Media Content

Media that is sensitive to show to users under the age of 13 are prohibited. Examples include advertisements for films rated higher than 'PG' by the MPAA and television shows rated higher than 'G' by TV Parental Guidelines.

Beauty and Fitness

Products related to external personal care, fitness, exercise, weight-loss, diet and nutrition are prohibited.

Dating or Relationship

Paid Ads for dating sites, family counseling, and marital or divorce services are prohibited.

Food and Beverages

Products related to consumable food and drinks are prohibited, regardless of nutrition content.

Illegal or Regulated Products

Products that are regulated or illegal to advertise to children, including Prohibited Content and Restricted Content are prohibited. This also includes products that may pose safety risks for children.

Online or Virtual Communities

Platforms and services related to virtual communities in which members interact primarily on the internet are prohibited.

Political Ads

Political Paid Ads of any kind are prohibited, including information about political candidates or their policy positions, political parties, fundraising or political action committees or their agendas.

Religious Ads

Religious Paid Ads of any kind are prohibited.

Video Games

Electronic video games (and related accessories) that may be played on a video game console, the computer, or another electronic device such as a cell phone or tablet are prohibited if the industry rating of the game would not be suitable for audiences 12 years or under. For example, up to and including ESRB E10+, PEGI 7, or any equivalent local industry rating according to IARC, are allowed. Apps or web content with interactive educational content such as puzzles, worksheets, math problems, language learning exercises are allowed.

## Prohibited Content Guidelines

Paid Ads that feature or promote any of the following content are strictly prohibited.

Adult and Sexually Suggestive Content

Sexual and mature content that is intended for adult audiences and not suitable for users under the age of 13.

Branding

Paid Ads need to be clearly branded by the advertiser and/or product marketed in the video. The Paid Ad needs to be distinctive to the user that this is an ad, and not general YouTube content.

Contests

Contests or sweepstakes promotions, even if free to enter.

Dangerous Content

Content that is dangerous and inappropriate for users under the age of 13 or that generally requires adult supervision.

Incitement to Purchase

Promotions or content that incites children to purchase a product or service or to urge parents or others to buy the item.

Misleading and Deceptive Claims

- Paid Ads cannot be misleading to children and make any deceptive and/or unsubstantiated claims. All claims and assertions need to be substantiated within the video itself.
- Paid Ads cannot imply that the product will improve your social status.
- Paid Ads cannot include features or call-to-actions that don't work or where the desired action can't be completed.

Violent Content

Violent and graphic content that is intended for adult audiences and not suitable for users under the age of 13.

Give feedback about this article
Choose a section to give feedback on



©2021 Google
- Privacy Policy
- YouTube Terms of Service


English

1.  català
2.  dansk
3.  Deutsch
4.  English (United Kingdom)
5.  español
6.  español (Latinoamérica)
7.  Filipino
8.  français
9.  hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

**Send feedback on...**
This help content & information General Help Center experience

**2133**
2328



Google Help

- [Help Center](#)

    o [Fix a problem](#)

    o [Watch videos](#)

    o [Manage your account & settings](#)

    o [Supervised experience on YouTube](#)

    o [Join & manage YouTube Premium](#)

    o [Create & grow your channel](#)

    o [Monetize with the YouTube Partner Program](#)

    o [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program

Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows

Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues

Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube

YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers

YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

## What is the issue with this selection?



Inaccurate - doesn't match what I see in the product



Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

## Share additional info or suggestions

Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.

Advertising Policies Help

Sign in

Send feedback on...



This help content & information

General Help Center experience

Next

# Dangerous products or services

Google provides translated versions of our Help Center as a convenience, though they are not meant to change the content of our policies. The English version is the official language we use to enforce our policies. To view this article in a different language, use the language dropdown at the bottom of the page.

Display & Video 360 users must comply with this Google Ads policy. Visit the Display & Video 360 help center for additional restrictions.

We want to help keep people safe both online and offline, so we don't allow the promotion of some products or services that cause damage, harm, or injury.

Below are some examples of products and services that we consider to be dangerous, which you should avoid in your ads or destinations. Learn about what happens if you violate our policies.

Violations of the policies below will not lead to immediate account suspension without prior warning. A warning will be issued, at least 7 days, prior to any suspension of your account. Learn more about suspended accounts.

## Explosives

The following is not allowed:

Ads for products that are designed to explode and could cause damage to nearby people or property

Examples (non-exhaustive): Nail bomb, chemical bomb, any fireworks that explode, firecrackers, grenades

☐ Ads for instructional content about the assembly, enhancement, or acquisition of explosive items

Example (non-exhaustive): Bomb-making site, guides, software, or equipment for 3D printing of parts of grenades

Learn how to fix a disapproved ad or extension.

# Guns, gun parts, & related products

The following is allowed:

☐ Ads for gun parts and associated items that increase the safety of a gun

Examples (non-exhaustive): Gun locks, trigger locks, safety pins, chamber block

The following is not allowed:

☐ Ads for functional devices that appear to discharge a projectile at high velocity, whether for sport, self-defense, or combat

Note: We err on the side of caution and apply this policy to sporting or recreational guns that can cause serious harm if misused, or that appear to be real guns.

Examples (non-exhaustive): Handguns, rifles, shotguns, hunting guns, functioning antique guns, airsoft guns, paintball guns, bb guns, 3D-printed guns

☐ Ads for any part or component, whether finished or unfinished, that's essential to or enhances the functionality of a gun

Examples (non-exhaustive): Ammunition, ammunition clips, silencers, tripods and bipods for guns, stocks, conversion kits, gun-grips, scopes and sights, bump stocks

☐ Ads for instructions on the assembly or enhancement of the functionality of firearms

Learn how to fix a disapproved ad or extension.

## Other weapons

The following is not allowed:

 Ads for knives that are designed or promoted (in modern-day usage) as products that can be used to injure an opponent in sport, self-defense, or combat

Ads for any knife design that provides a confrontational advantage (including disguised appearance or assisted-opening mechanism)

Examples (non-exhaustive): Switchblades, fighting knives, sword-canes, balisongs, military knives, push daggers, throwing axes

Ads for any other product that's designed to (in modern-day usage) injure an opponent in sport, self-defense, or combat

Examples (non-exhaustive): Throwing stars, brass knuckles, tasers, pepper spray

Ads for instructional content about the assembly, enhancement, or acquisition of any product covered under the Other weapons policy

Examples (non-exhaustive): Guides, software, or equipment for 3D printing of push daggers, brass knuckles, throwing stars

Learn how to fix a disapproved ad or extension.

## Recreational drugs

The following is not allowed:

Ads for substances that alter mental state for the purpose of recreation or otherwise induce "highs"

Examples (non-exhaustive): Cocaine, crystal meth, heroin and other illegal opioids, marijuana, cocaine substitutes, mephedrone, "legal highs"

 Ads for products or services marketed as facilitating recreational drug use

Examples (non-exhaustive): Pipes, bongs, cannabis coffee shops

Ads for instructional content about producing, purchasing, or using recreational drugs

Examples (non-exhaustive): Forums to exchange tips or recommendations on drug use

Learn how to fix a disapproved ad or extension.

## Tobacco

The following is not allowed:

Ads for tobacco or any products containing tobacco

Examples (non-exhaustive): Cigarettes, cigars, snus, chewing tobacco, rolling tobacco, pipe tobacco

Ads for products that form a component part of a tobacco product, as well as products and services that directly facilitate or promote tobacco consumption

Examples (non-exhaustive): Rolling papers, pipes, tobacco filters, hookah lounges, cigar bars

Ads for products designed to simulate tobacco smoking

Examples (non-exhaustive): Herbal cigarettes, electronic cigarettes, e-cigarettes

Learn how to fix a disapproved ad or extension.

# Need help?

If you have questions about our policies, let us know: Contact Google Ads Support
Give feedback about this article
Choose a section to give feedback on



Was this helpful?
YesNo

Submit

# Advertising policies

- Ad format requirements
- Ad targeting
- Abusing the ad network
- Ads & made for kids content
- Alcohol
- Copyrights
- Counterfeit goods
- Dangerous products or services
- Data collection and use
- Destination requirements
- Editorial
- Enabling dishonest behavior
- Financial products and services
- Gambling and games
- Healthcare and medicines
- Inappropriate content
- Lead form requirements
- Legal requirements
- Misrepresentation
- Other restricted businesses
- Personalized advertising
- Political content
- Restricted ad formats and features
- Sexual content
- Technical requirements
- Trademarks

- ©2021 Google
- Privacy Policy

- Terms of Service



English

1. català
2. dansk
3. Deutsch
4. eesti
5. English (Australia)
6. English (United Kingdom)
7. español
8. español (Latinoamérica)
9. Filipino
10. français
11. hrvatski
12. Indonesia
13. italiano
14. latviešu
15. lietuvių
16. magyar
17. Melayu
18. Nederlands
19. norsk
20. polski
21. português
22. português (Brasil)
23. română
24. slovenčina
25. slovenščina
26. suomi
27. svenska
28. Tiếng Việt
29. Türkçe
30. čeština
31. Ελληνικά
32. български
33. русский
34. српски
35. українська
36. עברית
37. العربية
38. हिन्दी
39. ไทย

40. 中文（简体）
41. 中文（繁體）
42. 日本語
43. 한국어
44. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- Help Center

  o List of ad policies

  o Review process

  o Verification

  o Change log

- Advertising Policies

- Privacy Policy

- [Terms of Service](#)

- [Submit feedback](#)

Advertising policiesThird-party policiesRelated policies & terms
Approval processDisapprovals and suspensions
Verification programs
Upcoming and recent changesPast changes

# What is the issue with this selection?



Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

# Share additional info or suggestions



Do not share any personal info
Cancel
Submit

By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.



Advertising Policies Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

# Enabling dishonest behavior

Google provides translated versions of our Help Center as a convenience, though they are not meant to change the content of our policies. The English version is the official language we use to enforce our policies. To view this article in a different language, use the language dropdown at the bottom of the page.

Display & Video 360 users must comply with this Google Ads policy. Visit the Display & Video 360 help center for additional restrictions.

We value honesty and fairness, so we don't allow the promotion of products or services that are designed to enable dishonest behavior.

Below are some examples of what to avoid in your ads. Learn about  what happens if you violate our policies.

## Enabling dishonest behavior

The following is not allowed:

Products or services that help users mislead others

Examples (non-exhaustive): Creation of fake or false documents such as passports or diplomas; selling numbers (e.g., "credit privacy numbers") that mimic the appearance of national identification numbers; services that broker the inclusion of clients as authorized users on credit lines; aids to pass drug tests; paper-writing or exam-taking services; selling falsified user activity in the form of invalid clicks, reviews, or social media endorsements

**2146**

Products or services that enable a user to gain unauthorized access (or make unauthorized changes) to systems, devices, or property

> Examples (non-exhaustive): Hacking services, stealing cable, radar jammers, changing traffic signals, phone or wire-tapping

Products or services that enable a user to track or monitor another person or their activities without their authorization

> Examples (non-exhaustive): Spyware and technology used for intimate partner surveillance including but not limited to spyware/malware that enable a user to monitor texts, phone calls, or browsing history; GPS trackers specifically marketed to spy or track someone without their consent; promotion of surveillance equipment (e.g. cameras, audio recorders, dash cams, nanny cams) marketed with the express purpose of spying

> This does not include (a) private investigation services or (b) products or services designed for parents to track or monitor their underage children.

Violations of this policy will not lead to immediate account suspension without prior warning. A warning will be issued, at least 7 days, prior to any suspension of your account. Learn more about suspended accounts.
Learn how to fix a disapproved ad or extension.

## Need help?

If you have questions about our policies, let us know: Contact Google Ads Support
Give feedback about this article
Choose a section to give feedback on



Was this helpful?
YesNo

Submit

## Advertising policies

- Ad format requirements
- Ad targeting
- Abusing the ad network
- Ads & made for kids content
- Alcohol
- Copyrights
- Counterfeit goods
- Dangerous products or services
- Data collection and use
- Destination requirements
- Editorial
- Enabling dishonest behavior
- Financial products and services
- Gambling and games
- Healthcare and medicines
- Inappropriate content
- Lead form requirements
- Legal requirements
- Misrepresentation
- Other restricted businesses
- Personalized advertising
- Political content
- Restricted ad formats and features
- Sexual content
- Technical requirements
- Trademarks

- ©2021 Google
- Privacy Policy
- Terms of Service



English

1. català
2. dansk
3. Deutsch
4. eesti
5. English (Australia)
6. English (United Kingdom)
7. español
8. español (Latinoamérica)
9. Filipino
10. français

11. hrvatski
12. Indonesia
13. italiano
14. latviešu
15. lietuvių
16. magyar
17. Melayu
18. Nederlands
19. norsk
20. polski
21. português
22. português (Brasil)
23. română
24. slovenčina
25. slovenščina
26. suomi
27. svenska
28. Tiếng Việt
29. Türkçe
30. čeština
31. Ελληνικά
32. български
33. русский
34. српски
35. українська
36. עברית
37. العربية
38. हिन्दी
39. ไทย
40. 中文（简体）
41. 中文（繁體）
42. 日本語
43. 한국어
44. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- [Help Center](#)

  - [List of ad policies](#)

  - [Review process](#)

  - [Verification](#)

  - [Change log](#)

- [Advertising Policies](#)

- [Privacy Policy](#)

- [Terms of Service](#)

- [Submit feedback](#)

Advertising policiesThird-party policiesRelated policies & terms
Approval processDisapprovals and suspensions
Verification programs
Upcoming and recent changesPast changes

# What is the issue with this selection?


Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

## Share additional info or suggestions

Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.

Advertising Policies Help

[ ]

Sign in

Send feedback on...



This help content & information

General Help Center experience

Next

# Inappropriate content

Google provides translated versions of our Help Center as a convenience, though they are not meant to change the content of our policies. The English version is the official language we use to enforce our policies. To view this article in a different language, use the language dropdown at the bottom of the page.

Display & Video 360 users must comply with this Google Ads policy. Visit the Display & Video 360 help center for additional restrictions.

We value diversity and respect for others, and we strive to avoid offending users, so we don't allow ads or destinations that display shocking content or promote hatred, intolerance, discrimination, or violence.

Below are some examples of what to avoid in your ads. Learn about what happens if you violate our policies.

Violations of the policies below will not lead to immediate account suspension without prior warning. A warning will be issued, at least 7 days, prior to any suspension of your account. Learn more about suspended accounts.

## Dangerous or derogatory content

The following is not allowed:

Content that incites hatred against, promotes discrimination of, or disparages an individual or group on the basis of their race or ethnic origin, religion, disability, age, nationality, veteran status, sexual

orientation, gender, gender identity, or any other characteristic that is associated with systemic discrimination or marginalization

> Examples (non-exhaustive): Content promoting hate groups or hate group paraphernalia; content that encourages others to believe that a person or group is inhuman, inferior, or worthy of being hated

Content that harasses, intimidates, or bullies an individual or group of individuals

> Examples (non-exhaustive): Content that singles out someone for abuse or harassment; content that suggests a tragic event did not happen, or that victims or their families are actors, or complicit in a cover-up of the event

Content that threatens or advocates for physical or mental harm on oneself or others

> Examples (non-exhaustive): Content advocating suicide, anorexia, or other self-harm;  threatening someone with real-life harm or calling for the attack of another person; promoting, glorifying, or condoning violence against others; content made by or in support of terrorist groups, or transnational drug trafficking organizations, or content that promotes terrorist acts, including recruitment, or that celebrates attacks by transnational drug trafficking or terrorist organizations.

Content that seeks to exploit others

> Examples (non-exhaustive): Extortion, blackmail, soliciting or promoting dowries

Learn how to fix a disapproved ad or extension.

# Sexually explicit content

The following is not allowed:

Text, image, audio, or video of graphic sexual acts intended to arouse

Examples (non-exhaustive): Hardcore pornography; sex acts such as genital, anal, and oral sex; masturbation; cartoon porn or hentai

Content promoting underage, non-consensual, or other illegal sexual themes, whether simulated or real

Examples (non-exhaustive): Rape, incest, bestiality, necrophilia, lolita or teen-themed pornography, underage dating

Learn how to fix a disapproved ad or extension.

## Compensated sexual acts

The following is not allowed:

Content that may be interpreted as promoting a sexual act in exchange for compensation

Examples (non-exhaustive): Prostitution, companionship and escort services, intimate massage and similar services, cuddling sites; compensated dating or sexual arrangements where one participant is expected to provide money, gifts, financial support, mentorship or other valuable benefits to another participant such as 'Sugar' dating

Learn how to fix a disapproved ad or extension.

## Child sexual abuse imagery

The following is not allowed:

Content promoting the sexual exploitation of minors

Examples (non-exhaustive): Child sexual abuse imagery or other content

Learn how to fix a disapproved ad or extension.

# Mail-order brides

The following is not allowed:

Content promoting marriage to a foreigner

Examples (non-exhaustive): Mail-order brides, international marriage brokers, romance tours

Learn how to fix a disapproved ad or extension.

# Adult themes in family content

The following is not allowed:

Content that is made to appear appropriate for a family audience but contains adult themes, including sex, violence, vulgarity, or other depictions of children or popular children's characters, that are unsuitable for a general audience

Learn how to fix a disapproved ad or extension.

# Shocking content

The following is not allowed:

Promotions containing violent language, gruesome or disgusting imagery, or graphic images or accounts of physical trauma

Examples (non-exhaustive): Crime scene or accident photos, execution videos

Promotions containing gratuitous portrayals of bodily fluids or waste

Examples (non-exhaustive): Blood, guts, gore, sexual fluids, human or animal waste

Promotions containing obscene or profane language

Examples (non-exhaustive): Swear or curse words, slurs relating to race or sexuality, variations and misspellings of profane language

Note: If the official name of your product, website, or app includes profane language, request a review and provide details of the name.

Promotions that are likely to shock or scare

Examples (non-exhaustive): Promotions that suggest you may be in danger, be infected with a disease, or be the victim of a conspiracy

Learn how to fix a disapproved ad or extension.

## Sensitive events

The following is not allowed:

Ads that potentially profit from or exploit a sensitive event with significant social, cultural, or political impact, such as civil emergencies, natural disasters, public health emergencies, terrorism and related activities, conflict, or mass acts of violence

Examples (non-exhaustive): Appearing to profit from a tragic event with no discernible benefit to users; price gouging or artificially inflating prices that prohibits/restricts access to vital supplies; sale of products or services  which may be insufficient for the demand during a sensitive event; using keywords related to a sensitive event to attempt to drive additional traffic

Ads that claim victims of a sensitive event were responsible for their own tragedy or similar instances of victim blaming; ads that claim victims of a sensitive event are not deserving of remedy or support

Examples (non-exhaustive): Ads which claim victims from certain countries were responsible or deserving of a global public health crisis

Learn how to fix a disapproved ad or extension.

COVID-19 update

*Current as of August 31, 2021*

Google is monitoring the impact of coronavirus (COVID-19) as the situation evolves, and we are taking the necessary steps to maintain a safe advertising ecosystem.

Starting August 31, 2021 merchants and suppliers will be able to apply for approval to list offers for N95 masks (U.S. only) and N95-adjacent masks (KN95, FFP2, and KF94) globally. Apply here for N95 listing approval via Project N95 and apply here for N95-adjacent listing approval via LegitScript. Please check Google Ads Help Center for the latest updates on our "Sensitive Events" policy.

# Animal cruelty

The following is not allowed:

Content that promotes cruelty or gratuitous violence towards animals

Example (non-exhaustive): Promoting animal cruelty for entertainment purposes, such as cock or dog fighting

Content that may be interpreted as trading in, or selling products derived from, threatened or extinct species

Examples (non-exhaustive): Sale of tigers, shark fins, elephant ivory, tiger skins, rhino horn, dolphin oil

Learn how to fix a disapproved ad or extension.

# Hacked political materials

The following is not allowed:

Ads that directly facilitate or advertise access to hacked material related to political entities within scope of Google's election ads policies. This applies to all protected material that was obtained through the unauthorized intrusion or access of a computer, computer network, or personal electronic device, even if distributed by a third party.

Examples (non-exhaustive): Advertising access to hacked content ("See all of the leaked emails right now!", "The President's text messages were hacked! Access them now!"); linking to hacked content ("View our database of hacked documents from the President's campaign.", "Foreign agents hacked into his computer, take a look at the real documents.")

Note that discussion of or commentary on hacked political materials is allowed, provided that the ad or landing page does not provide or facilitate direct access to those materials.

Learn how to fix a disapproved ad or extension.

## Need help?

If you have questions about our policies, let us know: Contact Google Ads Support
Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

## Advertising policies

- Ad format requirements
- Ad targeting
- Abusing the ad network
- Ads & made for kids content
- Alcohol
- Copyrights
- Counterfeit goods
- Dangerous products or services
- Data collection and use
- Destination requirements
- Editorial
- Enabling dishonest behavior
- Financial products and services
- Gambling and games

- Healthcare and medicines
- Inappropriate content
- Lead form requirements
- Legal requirements
- Misrepresentation
- Other restricted businesses
- Personalized advertising
- Political content
- Restricted ad formats and features
- Sexual content
- Technical requirements
- Trademarks

- ©2021 Google
- Privacy Policy
- Terms of Service



English

1. català
2. dansk
3. Deutsch
4. eesti
5. English (Australia)
6. English (United Kingdom)
7. español
8. español (Latinoamérica)
9. Filipino
10. français
11. hrvatski
12. Indonesia
13. italiano
14. latviešu
15. lietuvių
16. magyar
17. Melayu
18. Nederlands
19. norsk
20. polski
21. português
22. português (Brasil)
23. română
24. slovenčina

25. slovenščina
26. suomi
27. svenska
28. Tiếng Việt
29. Türkçe
30. čeština
31. Ελληνικά
32. български
33. русский
34. српски
35. українська
36. עברית
37. العربية
38. हिन्दी
39. ไทย
40. 中文（简体）
41. 中文（繁體）
42. 日本語
43. 한국어
44. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- [Help Center](#)

  - [List of ad policies](#)

  - [Review process](#)

  - [Verification](#)

- o  Change log

- Advertising Policies

- Privacy Policy

- Terms of Service

- Submit feedback

Advertising policiesThird-party policiesRelated policies & terms
Approval processDisapprovals and suspensions
Verification programs
Upcoming and recent changesPast changes

# What is the issue with this selection?

Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

# Share additional info or suggestions



Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.



Advertising Policies Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

# Financial products and services

Google provides translated versions of our Help Center as a convenience, though they are not meant to change the content of our policies. The English version is the official language we use to enforce our policies. To view this article in a different language, use the language dropdown at the bottom of the page.

Display & Video 360 users must comply with this Google Ads policy. Visit the Display & Video 360 help center for additional restrictions.

We want users to have adequate information to make informed financial decisions. Our policies are designed to give users information to weigh the costs associated with financial products and services, and to protect users from harmful or deceitful practices. For the purposes of this policy, we consider financial products and services to be those related to the management or investment of money and cryptocurrencies, including personalized advice.

When promoting financial products and services, you must comply with state and local regulations for any region or country that your ads target — for example, include specific disclosures required by local law. Refer to our non-exhaustive list of country-specific requirements for more information but note that advertisers are expected to do their own research on the local regulations for any location their ads target.

Below you can find policy requirements related to financial services, personal loans, and certain restricted financial products. As the online advertising and regulatory space continues to evolve, we'll update this policy with additional product-specific guidelines on an ongoing basis. Learn about what happens if you violate our policies.

Violations of the policies below will not lead to immediate account suspension without prior warning. A warning will be issued, at least 7 days, prior to any suspension of your account. Learn more about suspended accounts.

# Financial products and services disclosures

Financial products and services can be very complex and sometimes difficult to understand. Disclosures increase transparency and provide consumers with valuable information to make informed decisions.

The following is not allowed:

Failure to provide legitimate contact information for a physical location for the business being promoted

Failure to disclose associated fees

Note: Disclosures can't be posted as roll-over text or made available through another link or tab. They must be clearly and immediately visible without needing to click or hover over anything.

Failure to include links to third-party accreditation or endorsement where affiliation is asserted or implied, particularly when it serves to improve the reputation of the site

Examples (non-exhaustive): Verification of government affiliation, third-party ratings

Learn how to fix a disapproved ad or extension.

# Personal loans

For this policy, we define personal loans as lending money from one individual, organization, or entity to an individual consumer on a nonrecurring basis, not for the purpose of financing purchase of a fixed asset or education. Personal loan consumers require information about the quality, features, fees, risks, and benefits of loan products in order to make informed decisions about whether to undertake the loan.

Examples (non-exhaustive): Payday loans, title loans, pawn shops

Not included: Mortgages, car loans, student loans, revolving lines of credit (such as credit cards, personal lines of credit)

Advertisers for personal loans must prominently disclose additional information on their destination site or app. Disclosures increase transparency and provide consumers with valuable information to make informed decisions.

The following is not allowed:

☐ Failure to provide minimum and maximum period for repayment

☐ Failure to provide maximum Annual Percentage Rate (APR), which generally includes interest rate plus fees and other costs for a year, or similar other rate calculated consistently with local law

☐ Failure to display a representative example of the total cost of the loan, including all applicable fees

☐ Personal loans which require repayment in full in 60 days or less from the date the loan is issued. This policy applies to advertisers who offer loans directly, lead generators, and those who connect consumers with third-party lenders.

Learn how to fix a disapproved ad or extension.

## High APR personal loans

We want to protect our users from deceptive or harmful financial products, such as ultra high-cost personal loans. In some instances we have country-specific restrictions that reflect local market conditions.

United States

| Product | Allowed? |
|---|---|
| Personal loans with an APR over 36% | ☐ Not allowed |

In the United States, we do not allow ads for personal loans where the Annual Percentage Rate (APR) is 36% or higher. Advertisers for personal loans in the United States must display their maximum APR, calculated consistently with the Truth in Lending Act (TILA).

This policy applies to advertisers who make loans directly, lead generators, and those who connect consumers with third-party lenders.

Tip

The TILA regulations can be found at 12 CFR Part 1026. The description of which charges are included and excluded from the calculation of "Finance Charge" is found in Section 1026.4. The APR calculation for "Open-End Credit" is found in Section 1026.14. The APR calculation for "Closed-End Credit" is found in Section 1026.22.

Learn how to fix a disapproved ad or extension.

## Loan modification

To protect consumers from deceptive and harmful practices, in ads for mortgage-related or foreclosure-related sites and apps, the following is not allowed:

Guaranteeing loan modification or foreclosure prevention

Charging an upfront fee, unless service is being provided by a law firm

Asking users to transfer or surrender property titles, or offering to buy a house at a below-market price

Asking users to bypass the lender and make payments directly to the company or other third party

Encouraging users not to contact their lender, lawyer, credit counselor, or housing counselor

Learn how to fix a disapproved ad or extension.

## Binary options

Due to the significant risk of financial loss involved in trading binary options, the following is not allowed:

Ads for binary options or synonymous financial products

Examples (non-exhaustive): Ads for digital options, binary options, digital 100, fixed return options, all-or-nothing options

Binary Options broker: Site only offers binary options. Including signals/software for binary options with no other financial products

Binary Options Informational/ educational sites / Blogs: Educational sites or blogs on binary options and synonymous products

# Complex speculative financial products

Due to the inherent complexities and risks involved in trading the following types of financial products, we only allow them to be advertised in limited circumstances.

The following complex speculative financial products may only be advertised if the advertiser is a licensed provider or aggregator, the products and ads comply with local laws and industry standards, and the account is certified by Google.

Contracts for Difference (CFD), financial spread betting, rolling spot forex, and related forms of speculative products

If you meet the requirements, apply for certification. If you want to advertise in more than one country, submit a separate application for each country or group of countries. Approved countries

Ads for complex speculative financial products are allowed in the following countries:

| | | |
|---|---|---|
| Australia | Iceland | Portugal |
| Austria | Indonesia | Romania |
| Brazil | Ireland | Russia |
| Bulgaria | Israel | Singapore |
| Canada | Italy | Slovakia |
| Croatia | Japan | Slovenia |
| Cyprus | Latvia | South Africa |
| Czechia | Lithuania | Spain |
| Denmark | Luxembourg | Sweden |

| Estonia | Malta | Switzerland |
| Finland | Malaysia | Taiwan |
| Germany | Netherlands | Turkey |
| Greece | New Zealand | United Arab Emirates |
| Hong Kong | Norway | United Kingdom |
| Hungary | Poland | United States |

The following is not allowed:

 Ad destinations that provide signals for the trading of complex speculative financial products

Examples (non-exhaustive):  Trading signals, tips, or speculative trading information; affiliate sites containing related content or broker reviews

# Credit repair services

We want consumers to make informed decisions about the services offered to help them address bad credit. To protect users from harmful practices the following is not allowed:

Ads for credit repair services

This policy applies to advertisers who offer credit repair services directly, lead generators, and those who connect consumers with third-party credit repair services.

# Debt services

We want consumers to make informed decisions about the services offered to help them address overwhelming debt. To protect users from deceptive and harmful practices, we only allow advertisements for the following debt services in select countries and only if (1) the services and ads comply with local laws and industry standards, and (2) the account is certified by Google:

Ads for debt settlement services that offer to negotiate with creditors a reduced, lump-sum payment that will be regarded as payment in full

Ads for debt management services that offer to negotiate with creditors reduced periodic payments, interest rates, and/or fees

This policy applies to advertisers who offer these debt services directly, lead generators, and those who connect consumers with third-party debt services.

If you meet the requirements, apply for certification. If you want to advertise in more than one country, submit a separate application for each country.

Approved countries

Australia
Brazil
Canada
Germany
Japan
South Africa
South Korea
Spain
United Kingdom
United States

# Cryptocurrencies

Due to the complex and evolving nature of regulations related to cryptocurrencies and related products and services, we only allow them to be advertised in limited circumstances.

The following is allowed:

Business not pertaining to the purchase, holding, or exchange of cryptocurrencies, subject to other Google Ads policies.

Examples: Businesses accepting payment in cryptocurrency, cryptocurrency mining hardware, tax and legal services, security services, platforms that rely on blockchain for operations and do not market or sell cryptocurrencies or tokens, educational materials.

The following cryptocurrency products and services may only be advertised if the advertiser is a licensed provider, the products and ads

comply with local laws and industry standards, and the account is certified by Google.

Cryptocurrency Exchanges and Wallets

If you meet the requirements, apply for certification. If you want to advertise in more than one country, submit a separate application for each country.

Approved countries

Ads for cryptocurrency exchanges are allowed in the following countries:

**Japan**

Ads for cryptocurrency exchanges and wallets are allowed in the following countries:

**United States**

The following is not allowed:

Ads for initial coin offerings, DeFi trading protocols, or otherwise promoting the purchase, sale, or trade of cryptocurrencies or related products

Examples (non-exhaustive): ICO pre-sales or public offerings, cryptocurrency loans, initial DEX offerings, token liquidity pools, celebrity cryptocurrency endorsements, unhosted wallets, unregulated DApps

Ad destinations that aggregate or compare issuers of cryptocurrencies or related products

Examples (non-exhaustive): Cryptocurrency trading signals, cryptocurrency investment

advice, aggregators or affiliate sites containing
related content or broker reviews

Learn how to fix a disapproved ad or extension.

# Financial services advertising in the United Kingdom

In order to show financial services ads of any kind in the UK - including showing ads to UK users who appear to be seeking financial services - advertisers need to be verified by Google. As part of the verification process, advertisers must demonstrate that they are authorized by the UK Financial Conduct Authority or qualify for one of the exemptions described in the UK Financial Services verification page. Please note that this requirement covers financial services regulated by and not regulated by the UK Financial Conduct Authority.

Advertisers can initiate verification, or Google may require an advertiser to complete the verification process. Advertisers that fail to complete step 2 of verification within the time given will have their accounts paused. Learn more about UK Financial Services verification.

Ads related to the following categories are not considered financial services for the purposes of this policy, but are still required to comply with all other Google Ads policies:

- Products in scope of our Debt services policy
- Products in scope of our Complex speculative financial products policy: contracts for difference, rolling spot forex, financial spread betting*
- Gambling (see our Gambling and Games policy)
- Products in scope of our Cryptocurrencies, Credit repair, and Binary options policies

*Ads for this category can target UK users seeking financial services as long as they meet the requirements of our Complex speculative financial products policy and complete verification, if requested by Google.

# Need help?

If you have questions about our policies, let us know: Contact Google Ads Support
Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

# Advertising policies

- Ad format requirements
- Ad targeting
- Abusing the ad network
- Ads & made for kids content
- Alcohol
- Copyrights
- Counterfeit goods
- Dangerous products or services
- Data collection and use
- Destination requirements
- Editorial
- Enabling dishonest behavior
- Financial products and services
- Gambling and games
- Healthcare and medicines
- Inappropriate content
- Lead form requirements
- Legal requirements
- Misrepresentation
- Other restricted businesses
- Personalized advertising
- Political content
- Restricted ad formats and features
- Sexual content
- Technical requirements
- Trademarks

- ©2021 Google
- Privacy Policy
- Terms of Service



English

1. català
2. dansk
3. Deutsch

4.  eesti
5.  English (Australia)
6.  English (United Kingdom)
7.  español
8.  español (Latinoamérica)
9.  Filipino
10. français
11. hrvatski
12. Indonesia
13. italiano
14. latviešu
15. lietuvių
16. magyar
17. Melayu
18. Nederlands
19. norsk
20. polski
21. português
22. português (Brasil)
23. română
24. slovenčina
25. slovenščina
26. suomi
27. svenska
28. Tiếng Việt
29. Türkçe
30. čeština
31. Ελληνικά
32. български
33. русский
34. српски
35. українська
36. עברית
37. العربية
38. हिन्दी
39. ไทย
40. 中文（简体）
41. 中文（繁體）
42. 日本語
43. 한국어
44. English

**Send feedback on...**

This help content & information General Help Center experience



Google Help

- [Help Center](#)

  - o [List of ad policies](#)

  - o [Review process](#)

  - o [Verification](#)

  - o [Change log](#)

- **[Advertising Policies](#)**

- [Privacy Policy](#)

- [Terms of Service](#)

- [Submit feedback](#)

Advertising policiesThird-party policiesRelated policies & terms
Approval processDisapprovals and suspensions
Verification programs
Upcoming and recent changesPast changes

# What is the issue with this selection?


Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

# Share additional info or suggestions

Do not share any personal info
Cancel
Submit
By continuing, you agree Google uses your answers, account & system info to improve
services, per our Privacy & Terms.

Advertising Policies Help

Sign in

Send feedback on...



This help content & information

General Help Center experience

Next

# Other restricted businesses

Google provides translated versions of our Help Center as a convenience, though they are not meant to change the content of our policies. The English version is the official language we use to enforce our policies. To view this article in a different language, use the language dropdown at the bottom of the page.

Display & Video 360 users must comply with this Google Ads policy. Visit the Display & Video 360 help center for additional restrictions.

We restrict certain kinds of businesses from advertising with us to prevent users from being exploited, even if individual businesses appear to comply with our other policies. Based on our own continuous reviews, and feedback from users, regulators, and consumer protection authorities, we occasionally identify products or services that are prone to abuse. If we feel that certain kinds of businesses pose an unreasonable risk to user safety or user experience, then we may limit or stop related ads from running.

Below are some examples of what to avoid in your ads. Repeated violations of our policies can lead to account suspension. Learn about what happens if you violate our policies.

Violations of the policies below will not lead to immediate account suspension without prior warning. A warning will be issued, at least 7 days, prior to any suspension of your account. Learn more about suspended accounts.

## Solicitation of funds

Soliciting funds or donations is allowed only on behalf of a politician, political party, or tax-exempt charity, and only when the tax exempt status, charity or tax exemption number is clearly stated on the ad's destination.

Troubleshooter: Solicitation of funds

1. Check the ad and its destination to see where important information about your tax exempt status might be missing.

   If your ad or landing page solicits donations that are tax-exempt, please clearly indicate your tax-exempt status on your landing page or donation page, including your charity number. For example, in the United States, 501(c)(3) or 501(c)(4) status is an indicator of the required tax-exempt status.

2. Fix the ad's destination. Add any required information. If you can't fix the ad's destination, update the ad with a new destination that complies with this policy.
3. Edit the ad. Add any required information. If your ad already complies with the policy but you made changes to the ad's destination, make an edit in the ad and save it. This will resubmit the ad and its destination for review. Most ads are reviewed within 1 business day, though some can take longer if they need a more complex review.

# Free desktop software

Ads for free desktop software must include the name of the specific software being advertised and lead to the authoritative online distribution source for the software.

Examples (non-exhaustive): Executable files (such as .exe, .dmg, zipped files, extensions, plug-ins, add-ons, desktop applications) that can run on desktop computers, laptops, or notebooks and do not require payment information to download; free trials; freeware; shareware; freemium software; demos that offer downloadable content

Note: The authoritative online distribution source must not have a history or reputation of policy violations.

Troubleshooter: Free Desktop Software

1. If you are the publisher of the specific software that you want to advertise, register your site as the authoritative online distribution source. If we determine that your site is the authoritative online distribution source, we can approve your disapproved ads.
2. Change the ad's destination. If a different site is already registered as the authoritative online distribution source for your software, edit your ad so that the final URL points to the approved destination.

Once you edit and save your ad, it's sent for review. Most ads are reviewed within 1 business day, though some can take longer if they need a more complex review.

If you aren't able to fix these violations or choose not to, remove your ad to help prevent your account from becoming suspended in the future for repeated policy violations. Learn more about suspended accounts.

## Local services

Ads for locksmith services are restricted in the United States of America and Canada. Ads for garage door repair services are restricted in the United States of America. To advertise, you must apply for advanced verification. Learn more about advanced verification.

Ads for locksmith services are restricted in Germany, Sweden, Belgium and the Netherlands. Ads are not able to run.

Ads for local services will still be able to run outside of restricted areas, even if the business hasn't completed verification.

## Consumer advisories

For business areas where consumer advisories are common, Google may limit how ads about those products and services are served.

Example (non-exhaustive): Penny auctions (Google Ads will only show penny auction ads if the phrase "penny auction" or similar terms are included in the user's query. On the Google Display Network, these ads will be shown only on sites related to auctions.)

What is a consumer advisory?

Consumer advisories are alerts that provide information about the risks and benefits of certain products and services. These alerts are typically distributed by organizations that help protect consumers. Examples of

organizations that issue consumer advisories are the Federal Trade Commission (US), the Consumer Affairs Agency (Japan), and other regional agencies that help protect consumers' interests. Consumer advisory organizations may be government agencies, but they may also be run by third-party consumer advocacy groups.

How do consumer advisories affect ads?

If a consumer advisory is issued about a certain product in one country, Google may change how ads about that product are served globally. This allows users to still see ads related to these kinds of products when specifically searching for them, but protects other users who might be unaware of the consumer concerns about similar products.

# Government documents and official services

The following is not allowed:

Promotions for documents and/or services that facilitate the acquisition, renewal, replacement, or lookup of official documents or information that are available directly from a government or government delegated provider.

> Examples (non-exhaustive): Passports and other forms of national ID; proof of permanent residency; proof of immigration status/registration; driving licenses; travel documents like visas and Electronic Travel Authorizations (ETAs); social security cards; hunting or fishing licenses; gun licenses or registration; and documents or information derived from official registries like birth certificates, marriage certificates, and military records

Promotions for assistance with applying or paying for official services that are directly available via a government or government delegated provider.

> Examples (non-exhaustive): Assistance with applying for government appointments or benefits; assistance with requesting an official change of address, an official name change, unclaimed money, or a mail hold; and assistance with paying transportation fees, such as bridge tolls or congestion charges

Services that are not restricted by this policy

The following professional services are not restricted by this policy: Tax preparation services, legal services, business-to-business (B2B) / enterprise services, immigration lawyers or immigration consultants where the focus is on consultation and not mere assistance acquiring particular travel documents or official services.

If you are a government or delegated provider this advertising restriction does not apply to you. A delegated provider is defined as a company that has been officially entrusted or assigned by the original provider (the Government) to provide certain products or services on their behalf, that are either usually executed or had previously been done by the Government itself. Delegated providers do not include entities that are authorized providers or resellers. If you are a government or delegated provider and you believe this policy has been improperly applied to you, please contact us here.

## Call directory, forwarding, and recording services

The following is not allowed:

Promotions for call directory, forwarding, and recording services.

Examples (non-exhaustive): Call directory, call forwarding, and call recording services. These services usually involve calling a phone number to obtain another phone number (or business information such as address) or to be connected to another service.

## Event ticket sale

Live event ticket sellers are allowed to advertise if they have been certified by Google. Note that if you sell or link to sites that sell resale live event tickets, you'll need to meet certain destination requirements in order to be certified.

Event ticket sale is restricted to certified primary providers in France and French territories.

## Event ticket resale ad requirements

The following is not allowed:

Ads, run by live event ticket sellers who sell or link to resale tickets, that don't comply with applicable ad requirements.

# Bail bond services

The following is not allowed:

Advertising of bail bonds services, which offer to act as surety in order to secure bail for a defendant.

Examples (non-exhaustive): Commercial bail bond agents, bail bonds financing services, bounty hunters, bail bondsmen, immigration bail services, detention bail services

# Third-party consumer technical support

The following is not allowed:

Technical support by third-party providers for consumer technology products and online services

Examples (non-exhaustive): Technical support for troubleshooting, security, virus removal, internet connectivity, online accounts (for example, password resets or login support), hardware support and repairs, or software installation

Note: We allow advertising for the *sale* of consumer technology where the landing page might contain navigational features related to technical support.

# High Fat Sugar Salt Food and Beverage Ads

We support responsible advertising of food and beverages. HFSS F&B ads and destination sites are allowed if they comply with the policies below and don't target minors. The information reflected in this policy is not intended to be legal advice and we expect all advertisers to comply with the local laws for any region their ads target, including local requirements that may differ from this HFSS F&B policy.

Advertisers are required to self-declare that they are using an account to run HFSS F&B campaigns, and all the creatives within that account will be subject to the HFSS F&B policy restrictions. In order to self-declare please use the form [here](here).

We consider ads to be promoting the sale of HFSS products when one or more HFSS food item, beverage, or meal is promoted on the ad creative (text, imagery, audio and/or video) or destination site.

Below are some examples of F&B products (non-exhaustive) that are considered HFSS, unless the ad creative or destination site contains nutritional information indicating the products are within the allowed threshold for FSS and serving size/calories, or on successful appeal by the advertiser. For the complete nutritional thresholds for HFSS F&B products, please see the table below.

These are some examples of HFSS F&B:

- Sweetened beverages (soda, water, juice, coffee, tea, or sport drinks with added sugar or other caloric sweeteners), energy drinks
- Doughnuts, cakes, sweet biscuits, pastries, croissants, sweet bakery treats
- Fruits canned in syrup, dried fruit with added sugar
- Chocolate nut spreads, trail mix or nut bar with chocolate or candy, nuts coated in candy or honey
- Milkshakes
- Pork and beef sausage/hot dogs, salami, prosciutto, bacon, fried meats, fried fish
- Pizza, hamburger meals with fries, fried food (such as jalapeno poppers)
- Candy, chocolate, sweets, sugar confections, gummy snacks, ice cream, marshmallows
- Butter, salt, caloric sweeteners (e.g., maple syrup, agave, honey, sugar), coconut oil

    Examples of ads <u>outside the scope of this policy</u>:

    - Ads or destination sites that include only text, imagery, audio, and/or video, etc. of foods, beverages, and meals that are not HFSS. Examples of non-HFSS F&B include (non-exhaustive): 100% juice; plain bottled water; carbonated water and flavored water with no added sugar or sweeteners; beverages containing ONLY water and 100% juice (e.g., diluted juice); unsweetened coffee and tea; low or non-fat plain milk; grains with no added ingredients; plain fresh or frozen fruits and vegetables; dry beans and lentils; fruit canned in water or 100% juice; plain nuts and seeds; nuts and dried fruit with no added salt or sugar; low or non-fat plain yogurt with no added sugar; plain fish, poultry, eggs or meat (no added salt, fat, sugar); plain flours; baking soda; baking powder; olive oil; canola oil

- Food or beverage company ads or destination sites that do not include text, imagery, audio, and/or video, etc. of any HFSS foods and beverages, such as:

  - Brand logo or company name depicted in a sponsorship or charity situation, i.e., "Sponsored by or brought to you by [company name]"
  - Restaurant locator websites
  - Restaurant review websites
  - Restaurant delivery services

- Ads or destination sites that feature one or more HFSS F&B products, to promote a product or service that is not related to F&B, such as:

  - A trailer for a baking show
  - A tourism advertisement
  - Ads for kitchen cleaning supplies

- Ads or destination sites that feature one or more HFSS F&B products, to promote a PSA message on healthy diets and eating

Effect of the policy

This policy update will apply to all HFSS F&B ads serving in the UK and EU on the Google Display Network and YouTube. Ads within accounts that are self-declared as HFSS F&B and have received the HFSS label will only serve to users with a declared age of 18 and above.

What happens if you violate our policies

- If we become aware that you have run an ad for an HFSS F&B product (or for a product whose HFSS status cannot be confirmed due to lack of nutritional information) outside of an HFSS F&B self-declared account, you will receive a notification that the ad has been restricted from serving to minors in the UK and EU as described above. If you would like to appeal the decision, you must make revisions or submit nutritional information to us to substantiate your position.
- Ads and extensions that violate this policy may be disapproved. A disapproved ad will be restricted until the policy violation is fixed and the ad is approved.

How to fix a violation

- If you have received notice that one or more of your advertisements have violated the HFSS F&B policy, please visit the help page and ensure that all products you are advertising through your ads and destination sites are within the nutrient guidelines.
- If you would like to advertise products that contain HFSS, Google requires that you self-declare that they are in scope for HFSS F&B.
- If you want only a subset of ads to be restricted, you are required to create a separate account and self-declare that account for HFSS F&B.
- If you believe your ads have incorrectly been labeled as HFSS F&B, please submit an appeal with nutritional information to confirm that the ads are out of scope of HFSS F&B.

Please review this policy to determine whether or not any of your ads fall in scope of this policy, and if so, self-declare those ads here.

Need help?

- If you have questions about our policies, let us know: Contact Google Ads Support

Google HFSS F&B Nutritional Profile

Nutrient levels are applied on a 100-gram and per serving basis for global applicability and to reflect common labeled serving sizes and calorie levels for meal and meal components. If the serving size of your advertised food or beverage does not closely match the listed serving size (LSS), please evaluate your product using the per 100-gram criteria.

| Food and Beverage | PER | Sat fat (g) | Sodium (mg) | Total sugar (g) | Added sugar (g) | Calories |
|---|---|---|---|---|---|---|
| Beverages | | | | | | |
| | LSS (est 8 oz) | N/A | 105 mg | N/A | 0 | N/A |
| All beverages except milk | 100 g | N/A | 46 mg | | 0 | |
| Grains/breads | | | | | | |
| Bread, bread products, | LSS (est 100g) | 2 | 360 | 10 | N/A | N/A |
| noodles, rice, grains, pancakes | 100 g | 2 | 360 | 10 | | |
| | LSS (est 30g) | 1.5 | 250 | 6.75 | N/A | N/A |
| Breakfast cereals | 100 g | 5 | 625 | 22.5 | | |
| Fruits, vegetables & legumes | | | | | | |
| | LSS (est 90g) | 2 | 350 | N/A | 0 | N/A |

| Food and Beverage | PER | Sat fat (g) | Sodium (mg) | Total sugar (g) | Added sugar (g) | Calories |
|---|---|---|---|---|---|---|
| Processed fruit, vegetables & legumes | 100 g | 2.2 | 390 | | 0 | |
| Nuts & seeds | | | | | | |
| | LSS (est 30g) | 3.5 | 130 | 4 | N/A | N/A |
| Nuts & seeds | 100 g | 12 | 430 | 13 | | |
| Dairy | | | | | | |
| | LSS (est 8 oz/245 g) | 5 | 200 | 22 | N/A | N/A |
| Milks & milk alternatives | 100 g | 3 | 82 | 9 | | |
| | LSS (est 30 g) | 3 | 228 | N/A | N/A | N/A |
| Cheese & cheese products | 100 g | 10 | 760 | | | |
| | LSS (est 170 g) | 5 | 136 | 19 | N/A | N/A |
| Yogurt & yogurt-type products | 100 g | 3 | 80 | 11.5 | | |
| Meat, fish, egg, poultry & meat replacements | | | | | | |
| Processed meat, poultry, fish, eggs and alternatives | LSS (est 50g) | 2 | 335 | N/A | N/A | N/A |
| | 100 g | 4 | 670 | | | |
| Meals & meal components | | | | | | |
| | <315 calories (est 140 grams) | 5 | 545 | 14 | N/A | 315 |
| Ready-made dishes & appetizers | 100 g | 4 | 390 | 10 | | 225 |
| | <510 calories (est 300 g) | 6.6 | 660 | 18 | N/A | 510 |
| Complete meal | 100 g | 2.2 | 220 | 6 | | 200 |
| Snacks & treats | | | | | | |
| | <150 calories (est 30g) | 1.5 | 120 | 6.75 | N/A | 150 |
| Snacks & treats | 100 g | 5 | 400 | 22.5 | | 500 |
| Sauces, condiments and culinary ingredients | | | | | | |
| Sauces, condiments and culinary ingredients | LSS (est 30g) | 2 | 135 | 1.5 | N/A | N/A |
| | 100 g | 6.6 | 450 | 4.9 | | |

# Need help?

If you have questions about our policies, let us know: Contact Google Ads Support
Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

# Advertising policies

- Ad format requirements
- Ad targeting
- Abusing the ad network
- Ads & made for kids content
- Alcohol
- Copyrights
- Counterfeit goods
- Dangerous products or services
- Data collection and use
- Destination requirements
- Editorial
- Enabling dishonest behavior
- Financial products and services
- Gambling and games
- Healthcare and medicines
- Inappropriate content
- Lead form requirements
- Legal requirements
- Misrepresentation
- Other restricted businesses
- Personalized advertising
- Political content
- Restricted ad formats and features
- Sexual content
- Technical requirements
- Trademarks

- ©2021 Google
- Privacy Policy

- Terms of Service



English

1. català
2. dansk
3. Deutsch
4. eesti
5. English (Australia)
6. English (United Kingdom)
7. español
8. español (Latinoamérica)
9. Filipino
10. français
11. hrvatski
12. Indonesia
13. italiano
14. latviešu
15. lietuvių
16. magyar
17. Melayu
18. Nederlands
19. norsk
20. polski
21. português
22. português (Brasil)
23. română
24. slovenčina
25. slovenščina
26. suomi
27. svenska
28. Tiếng Việt
29. Türkçe
30. čeština
31. Ελληνικά
32. български
33. русский
34. српски
35. українська
36. עברית
37. العربية
38. हिन्दी
39. ไทย

40. 中文（简体）
41. 中文（繁體）
42. 日本語
43. 한국어
44. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- [Help Center](#)

  o [List of ad policies](#)

  o [Review process](#)

  o [Verification](#)

  o [Change log](#)

- [Advertising Policies](#)

- [Privacy Policy](#)

- [Terms of Service](#)

- [Submit feedback](#)

Advertising policiesThird-party policiesRelated policies & terms
Approval processDisapprovals and suspensions
Verification programs
Upcoming and recent changesPast changes

# What is the issue with this selection?



Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

# Share additional info or suggestions



Do not share any personal info
Cancel
Submit

By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.

Google Ads Help

Sign in

Send feedback on...



This help content & information



General Help Center experience

Next

Help Center Community Announcements

# Advance Verification Request

\* Required field

**Important**: Advanced Verification is only required for advertisers who promote a locksmith or garage door service business in the United States.

Please select a request type \*



Apply for Advanced Verification

Advanced Verification Appeal

Get help with Advanced Verification

This application is for AdWords ads only. If you are applying for Advanced Verification for your Local Services ad ("Google Guarantee"), do not use this application form. Instead, visit https://ads.google.com/local-services-ads/ to sign up. If you have already begun the Local Services onboarding process, you do not need to apply for Advanced Verification separately.

Use this option to appeal the outcome of an unsuccessful Advanced Verification application. If you have never applied for Advanced Verification, please apply using Apply for Advanced Verification option instead.

Use this option to contact the Advanced Verification team whenever you have a question or issue. You can expect a response within one business day.

Select a Google Ads Customer ID \*

If you are an agency or someone who manages multiple Google Ads accounts, please do not enter the Customer ID for your Google Ads Manager Account. Please select the Customer ID for the individual account. Learn how to find your Google Ads customer ID.

Select a Google Ads Customer ID

Google Ads Customer ID

Business Country * [ Select one ▾ ]
Select one

If you do not see the country of the business you are attempting to verify in this list, Advanced Verification is currently unavailable for your region.

Additional Google Ads Customer ID(s) [                    ]

If the business has more than one Google Ads account, please list the other Customer IDs here, separated by commas. Do not submit MCC IDs.

Business type *

Select the primary service offered by the business you wish to advertise.

◯ Locksmith service

◯ Garage door service

◯ Locksmith and Garage door services

Business model *

If your business has technicians who provide services under your own business name, select "Direct service provider".  If your business's role is to refers customers to service providers, select "Aggregator / Lead-generator".

◯ Direct service provider

◯ Aggregator / Lead-generator

Business Name * [              ]

This must match the name on your state-issued business registration or DBA certificate.

Business street address * [              ]

Full street address including any suite or unit numbers, for example: 123 Main Street, Suite #3A

If you are applying as a mobile-only business, please indicate the street address you use for your state registration, license, insurance, etc.

City * [           ]

State * [ Select one ▾ ]
Select one

Zip code * [          ]

Business phone number * [            ]

Business Owner's Name *

Business Owner's Email *

Business Website *
Enter the website you want to use in your ads.

If your business has changed since you previously applied, please describe the changes below. *

0/1000

Primary license type *
In order to advertise, businesses must be licensed in accordance with state and local laws. Failure to provide your license details will delay your application if a license is required in your service area.

Locksmith license

Contractor license

Other license type

No license (not required in my service area)

License expiration date *

License # *

The business name on your license must match the name on your state-issued business registration or DBA certificate.

Please use the space below to share any other information that you think may be helpful for us in re-reviewing your application. *

0/1000

If you believe your business was incorrectly denied, please use the space above to explain why you believe that is the case, and include any specific information that you believe we may have overlooked or misinterpreted.

What is your position or role in the business? *
Please indicate who is filling out this application form.

Owner

☐

Manager

☐

Employee (authorized by owner/manager)

☐

Marketing agency (authorized by owner/manager)

☐

Other

Contact name *

Contact email *

Email CC          Add additional

Include email address(es) of those you would like to CC on this submission.

Account Login Email ID

Please provide a phone number we can call to reach you *

United States (+1)

United States (+1)

Keep in mind: We'll do our best to call you, but we still might email you if that's the quickest way to give you help.

How long has the business been operating under its current name? *

☐

 Less than 1 year

☐

1-2 years

☐

3-5 years

☐

6 or more years

How many storefronts or retail spaces (where customers can visit) does the business operate? *

Warehouses and other facilities not open to the public should not be counted here.

☐

 0 (mobile-only business)

☐

1

☐

2

☐

3 or more

Please upload a copy of your state-issued business registration document *

**2194**

2389

No files chosen

Choose files

Please upload a copy of your state-issued business registration document, showing the legal name of your business. If you do not have a copy of the document itself, you may submit a screenshot containing the full details from your state's online business registry.

Please upload a copy of your fictitious name registration document(s)

No files chosen

Choose files

If your business operates under a name that is different from the name under which the business was formed, please upload a copy of your fictitious name registration document issued by your state, county, or city. This could be a Doing Business As ("DBA") certificate, Fictitious Business Name ("FBN") registration, trade name certificate, or another type of document.

Upload a document

No files chosen

Choose files

If you would like to provide us with some documentation to help us re-review your application, such as a business registration certificate, a "DBA" certificate, or another type of document, you may upload it here.

Upload another document

No files chosen

Choose files

If you would like to provide us with a second form of documentation to help us re-review your application, you may upload it here.

Topic *



Update on my application status



Transferring verification status to another website or Google Ads account



Ads are still disapproved after getting verified



Other question or issue

Question or issue *



0/1000

Submit

Some account and system information will be sent to Google, and support calls and chats may be recorded. We will use this information to improve support quality and training, to help address technical issues, and to improve our products and services, subject to our Privacy Policy and Terms of Service.

Additional info

OK

Your email has been sent

Your email has been sent to our team! Due to the preventative measures being taken for our support specialists in light of COVID-19, it may take longer than usual to respond to your support request. We apologize for any inconvenience this may cause, and we'll send you a reply as soon as we can.

- ©2021 Google
- Privacy Policy
- Terms of Service
- Google Ads Advertising Policies
- About the Help Center



English

1. català
2. dansk
3. Deutsch
4. eesti
5. English (Australia)
6. English (United Kingdom)
7. español
8. español (Latinoamérica)
9. Filipino
10. français
11. hrvatski
12. Indonesia
13. italiano
14. latviešu
15. lietuvių
16. magyar
17. Melayu
18. Nederlands

19. norsk
20. polski
21. português
22. português (Brasil)
23. română
24. slovenčina
25. slovenščina
26. suomi
27. svenska
28. Tiếng Việt
29. Türkçe
30. čeština
31. Ελληνικά
32. български
33. русский
34. српски
35. українська
36. עברית
37. العربية
38. हिन्दी
39. ไทย
40. 中文（简体）
41. 中文（繁體）
42. 中文（香港）
43. 日本語
44. 한국어
45. English

Send feedback about our Help Center



Google Help

- Help Center

  o Coronavirus (COVID-19) Resources and Updates

- o [Setup and basics](#)

- o [Manage ads](#)

- o [Measure results](#)

- o [Smart campaigns](#)

- o [Billing](#)

- o [Learn](#)

- o [Google Partners](#)

- [Community](#)

- [Google Ads](#)

- [Privacy Policy](#)

- [Terms of Service](#)

- [Submit feedback](#)

Your guide to Google AdsGoogle Ads basicsCreate ads and campaignsChoose where and when ads appearFind out if your ad is runningAccount administration and security Ads and approvalsCampaign settingsBudgets and bidsKeywordsReach your audienceTarget placements and topicsMultiple or large accountsLocal Services adsThe Google Ads mobile appRecommendations and optimization score

Connect your goals to dataFind and run reportsUnderstanding your dataTrack sales and other conversionsGoogle Analytics and Google AdsCommon reporting issues

Get startedSetup and managementCalls in Smart campaigns

Payment methods and settingsBasic billing tasksPromotions and couponsRefunds and adjustmentsTaxesIssues with payments and charges

Your guide to Google AdsGoogle Ads training on SkillshopAccount walk-throughsGlossary

Google Partners Program

Send feedback on...

This help content & information General Help Center experience

August 2021

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | 31 | | | | |



Advertising Policies Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

# About event ticket seller certification

Google provides translated versions of our Help Center as a convenience, though they are not meant to change the content of our policies. The English version is the official language we use to enforce our policies. To view this article in a different language, use the language dropdown at the bottom of the page.

Businesses that sell event tickets are allowed to advertise through Google Ads, but they must first be certified by Google. This certification is required for all ad formats and extensions. Apply for certification using this form.

To be certified, businesses may need to meet specific destination requirements. In addition, some businesses may be required to comply with additional ad-level requirements.

Below, you'll find the following:

- Definition of business models: You'll need to identify the business model you belong to, in order to determine the requirements you need to meet for certification and ads.
- Destination requirements for certification: Requirements for certification, by business model.
- Ad-level requirements: Requirements for ads, by business model.

Authorized Buyers and Display & Video 360 accounts that engage in ticket resale don't need to get certified but will still be subject to the destination requirements described below.

## Definition of terms for event ticket reseller policy

- Primary provider: The event owner, organizer, or venue that is initially selling the ticket, or a ticket seller that has been authorized to do so on their behalf, via a contractual agreement. The tickets, in either case, may not have been sold or allocated previously.
- Reseller: Businesses that resell tickets which have already been allocated or sold in the primary marketplace. A reseller or resale marketplace determines the price of the tickets (which may be above or below the face value) and any additional applicable taxes, or service charges, or fees.
- Event-associated group: Any artist, tour, team, league, venue, and similar event or group on behalf of whom tickets are sold.
- Ticket aggregator: Any site which aggregates ticket prices from other reseller sites, but does not conduct any ticket sales on their own site.

## Destination requirements for certification

If you sell or link to sites for resale tickets, you must meet some or all of the following destination requirements. Note that if you're a primary provider, you don't have any destination requirements, unless you link to a site that sells resale tickets.

Following is a summary of each destination requirement. Below the summary, you can check when each requirement applies, depending on your business model, and what your ad is promoting.

### Destination requirements summary

#### URL domain

If you sell or link to resale tickets, you can have the event-associated group's name in your URL domain only if you provide one of the following:

- A contract or legal documentation indicating affiliation or partnership between  your company and the event-associated group
- A letter on company letterhead signed by an attorney or an executive at your company, attesting to having affiliation or partnership with the event-associated group

#### Disclosures

To protect customers from scams and prevent potential confusion, if you sell resale tickets, you must clearly disclose on your website or app that:

- You are a resale market and aren't the primary provider of the tickets
- Your ticket prices may be higher than face value (that is, the price offered by the primary provider)

This disclosure should be easily visible and clearly explained in the top 20% (above the fold) of the reseller's website, including the home page and any landing pages. This disclosure must not be provided in a closable or hideable notification format, and the font must be equal to or bigger than the majority of the text on the page.

Tax/fee breakdown

If you sell resale tickets, you must provide a price tax/fee breakdown during the checkout process, and before the customer provides payment information. The breakdown should show the specific costs added, such as taxes, and any fees that have been added.

If you're a primary provider that links to a site that sells resale tickets, you must ensure that the site you link to meet the destination requirements summarized here. See Primary provider below for more details.

Destinations requirements by business model

## Primary provider

| Advertiser description | What ads promote | Disclosures (site) | Tax/fee breakdown (site) |
|---|---|---|---|
| You're a primary provider only | Primary tickets for an event | Not required | Not required |
| You're a primary provider but your homepage or event page links to a reseller's site | Primary tickets for an event | Not required on your site | Not required on your site |
| | Your site only, or resale tickets for an event | Required only on linked reseller's landing page and homepage | Required on linked reseller's site |

## Reseller

| Advertiser description | What ads promote | Disclosures | Tax/fee breakdown |
|---|---|---|---|
| You're an "authorized" or "official" reseller for specific events | Specific events | Required | Required |
| | Your site only, or events you're not the official reseller for | Required | Required |
| | Specific US pro sports leagues for which you are official reseller | Required | Required |
| You're a reseller, only | Your site or resale tickets for an event | Required | Required |
| You're a reseller that a) is also a primary provider for specific | Primary tickets for an event | Required on homepage, but not on landing page if it | Not Required |

| Advertiser description | What ads promote | Disclosures | Tax/fee breakdown |
|---|---|---|---|
| events, b) links to primary providers, or c) links to other resellers | | shows only information related to primary tickets | |
| | Your site only, or resale tickets for an event | Required | Required |

## Event-associated group

| Advertiser description | What ads promote | Disclosures | Tax/fee breakdown |
|---|---|---|---|
| You're an event-associated group and your site links to a primary provider for your ticketing | Primary tickets for an event | Not required on your site | Not required on your site |
| You're an event-associated group and your site links to a reseller for your ticketing | Your site only | Required only on linked reseller's landing page and home page | Required only on linked reseller's site |
| You're an event-associated group and your site links to both a primary provider and a reseller for your ticketing | Your site only | Required only on linked reseller's landing page and homepage | Required on linked reseller's site |

## Ticket aggregator

| Advertiser description | Disclosures | Tax/fee breakdown |
|---|---|---|
| You're a ticket aggregator and link to resellers. You don't sell any tickets on your site. | Required on your site and linked resellers' site | Required on linked resellers' site |

# Ad-level requirements

If you're not a primary provider of tickets, you must meet some or all of the following ad-level requirements.

Following is a summary of each ad-level requirement. Below the summary, you can check when each requirement applies, depending on your business model, and what your ad is promoting.

Ad-level requirements summary

Use of the term "official"

If your business model sometimes qualifies as a reseller or ticket aggregator, don't imply that you're only a primary provider of tickets by using words like "official" in your

ads, or in reference to your site (for example, "official providers for EventName tickets" or "official TicketReseller site").

However, if you have a legal agreement with an event-associated group specifying that you can refer to yourself as an official reseller for that group, or an official primary seller for that group, you'll be allowed to use the term "official" in your ad, as long as you meet the following requirements:

- You must provide a letter from the relevant event-associated group which explicitly states that you're allowed to use the "official" designation in reference to the group for your event ticket promotions.
- You can use "official" in one of the following phrases, followed by the name of the event-associated group (for example, "Official Fan to Fan Marketplace for [group name]").

## If the agreement is that you can refer to yourself as an official primary seller for an event-associated group

- Official Primary Ticketing Partner
- Official Primary Ticket Marketplace
- Official Primary Ticket Provider
- Official Primary Market Ticketing Partner
- Official Primary Market Ticketing Provider
- Official Primary Ticket Sales
- Official Primary Ticket Seller

## If the agreement is that you can refer to yourself as an official reseller for an event-associated group

- Official Fan to Fan Ticket Marketplace
- Official Fan to Fan Marketplace
- Official Fan to Fan Secondary Marketplace
- Official Secondary Ticketing Partner
- Official Secondary Ticket Marketplace
- Official Secondary Ticket Provider
- Official Secondary Market Ticketing Partner
- Official Secondary Market Ticketing Provider
- Official Fan Ticket Marketplace
- Official Ticket Exchange/Marketplace
- Official Ticket Resale Marketplace
- Official Reseller

Display URL restrictions

To help ensure customers aren't misled about your relationship to the event-associated group, if you're a reseller or ticket aggregator, you cannot have any post-domain paths or subdomains in your display URL.

Ad requirements by business model

## Reseller

| Advertiser description | What ads promote | Use of terms like "official" | Display URL restrictions |
|---|---|---|---|
| You're a reseller, only | Your site or resale tickets for an event | Not allowed | Display URL cannot contain subdomain or post-domain path |
| You're a reseller that a) is also a primary provider for specific events, b) links to primary providers or c) links to other resellers | Primary tickets for an event | Not allowed | Display URL cannot contain subdomain or post-domain path |
| | Your site only, or resale tickets for an event | Not allowed | Display URL cannot contain subdomain or post-domain path |

## Event-associated group

| Advertiser description | What ads promote | Use of terms like "official" | Display URL restrictions |
|---|---|---|---|
| You're an event-associated group and your site links to a primary provider for your ticketing | Primary tickets for an event | Allowed | None |
| You're an event-associated group and your site links to a reseller for your ticketing | Your site only | Allowed | None |

## Ticket aggregator

| Advertiser description | Use of terms like "official" | Display URL restrictions |
|---|---|---|
| You're a ticket aggregator and link to resellers. You don't sell any tickets on your site. | Not allowed | Display URL cannot contain subdomain or post-domain path |

# How to certify

If you meet the requirements above, apply for certification. The application form will ask for information about your business and the URLs that you plan to advertise.

Google will review your application and notify you of your certification status. Once you're certified, you can start advertising immediately. Keep in mind that your

certification may be removed if at any point your account doesn't meet the requirements.

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

# Approval process

- Eligible (limited): Definition
- About the ad review process
- About event ticket seller certification
- About restricted financial products certification
- Verification for election advertising in the European Union
- About abortion certification and disclosures
- About debt services certification
- California law best practices for advertisers
- Eligible: Definition

- ©2021 Google
- Privacy Policy
- Terms of Service



English

1. català
2. dansk
3. Deutsch
4. eesti
5. English (Australia)
6. English (United Kingdom)
7. español
8. español (Latinoamérica)
9. Filipino
10. français
11. hrvatski
12. Indonesia

13. italiano
14. latviešu
15. lietuvių
16. magyar
17. Melayu
18. Nederlands
19. norsk
20. polski
21. português
22. português (Brasil)
23. română
24. slovenčina
25. slovenščina
26. suomi
27. svenska
28. Tiếng Việt
29. Türkçe
30. čeština
31. Ελληνικά
32. български
33. русский
34. српски
35. українська
36. עברית
37. العربية
38. हिन्दी
39. ไทย
40. 中文（简体）
41. 中文（繁體）
42. 日本語
43. 한국어
44. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- Help Center

- o [List of ad policies](#)

- o [Review process](#)

- o [Verification](#)

- o [Change log](#)

- [Advertising Policies](#)

- [Privacy Policy](#)

- [Terms of Service](#)

- [Submit feedback](#)

Advertising policiesThird-party policiesRelated policies & terms
Approval processDisapprovals and suspensions
Verification programs
Upcoming and recent changesPast changes

# What is the issue with this selection?


Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

## Share additional info or suggestions

Do not share any personal info
Cancel
Submit
By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.

Advertising Policies Help

[ _____ ]

**Sign in**

Send feedback on...

This help content & information

General Help Center experience

Next

# High fat salt sugar food and beverage self-declaration

Google requires advertisers to self-declare ads containing food and/or beverage products that are high in fat, salt and/or sugar (HFSS). This self-declaration is required for all ad formats and extensions. With the information you provide, all the creatives within the account will be subject to HFSS food and beverage policy restrictions. Learn more about Google's HFSS food and beverage advertising policy.

Important note

Google will process your application and change the serving restrictions of accounts. Most applications are reviewed within 3 business days. Some applications, however, may take longer if they require a more complex review. Google will send you an email notification about your self-declaration status once your account is changed., The High Fat Salt Sugar (HFSS) Food and Beverage Policy restrictions cannot not apply to your account until you have received this notification.

* Required field

Contact Name * [ _____ ]

Company name * [ _____ ]

Account Login Email ID * [ _____ ]

Contact email * [ _____ ]
Additional email addresses to copy on this request, separated by a comma

[ _____ ]

Google Ads Customer ID [ _____ ]

If you are an agency or someone who manages multiple Google Ads accounts, please do not enter the Customer ID for your Google Ads Manager Account. Please enter the Customer ID for the individual account. Learn how to find your Google Ads customer ID.

Please use the format xxx-xxx-xxxx

Website(s) 

Submit

Some account and system information will be sent to Google, and support calls and chats may be recorded. We will use this information to improve support quality and training, to help address technical issues, and to improve our products and services, subject to our Privacy Policy and Terms of Service.

Additional info

OK

Your email has been sent

Your email has been sent to our team! Due to the preventative measures being taken for our support specialists in light of COVID-19, it may take longer than usual to respond to your support request. We apologize for any inconvenience this may cause, and we'll send you a reply as soon as we can.

- ©2021 Google
- Privacy Policy
- Terms of Service



English

1. català
2. dansk
3. Deutsch
4. eesti
5. English (Australia)
6. English (United Kingdom)
7. español
8. español (Latinoamérica)
9. Filipino
10. français
11. hrvatski
12. Indonesia
13. italiano
14. latviešu
15. lietuvių

16. magyar
17. Melayu
18. Nederlands
19. norsk
20. polski
21. português
22. português (Brasil)
23. română
24. slovenčina
25. slovenščina
26. suomi
27. svenska
28. Tiếng Việt
29. Türkçe
30. čeština
31. Ελληνικά
32. български
33. русский
34. српски
35. українська
36. עברית
37. العربية
38. हिन्दी
39. ไทย
40. 中文（简体）
41. 中文（繁體）
42. 日本語
43. 한국어
44. English

Send feedback about our Help Center



Google Help

- [Help Center](#)

  o [List of ad policies](#)

- o [Review process](#)

- o [Verification](#)

- o [Change log](#)

- **[Advertising Policies](#)**

- [Privacy Policy](#)

- [Terms of Service](#)

- [Submit feedback](#)

Advertising policiesThird-party policiesRelated policies & terms
Approval processDisapprovals and suspensions
Verification programs
Upcoming and recent changesPast changes
Send feedback on...
This help content & information General Help Center experience



Google Ads Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunityAnnouncements

# Fix error messages with Uploaded ads

When uploading creatives in Google Ads, you may receive an error message. In most situations, the problem can be fixed by altering your file and re-saving. You can then try to upload your file again.

Check your ads using the Google Ads HTML5 validator.

This article will help you respond to specific error messages that you may receive while trying to upload creatives. For more detailed requirements, check our Image Policy page.

Note: When you upload a new custom dynamic ad, make sure it has the appropriate type (dynamic) and business type. The business type of the creative should match the campaign, you can find more information about your feed at the Campaign Settings page. Custom dynamic ads can only be created in Google Web Designer.

Additionally, make sure that your ad is designed to show one product or more, but not a specific, fixed number of products (2 or 3, for example), because Google will only be able to guarantee that one or more products will be shown for dynamic remarketing.

## HTML5 ads

The ad contains an unsupported file type. To fix the issue, remove any unsupported file types

To see if your .ZIP contains an unsupported file type, try the following:

1. Open the .ZIP by double-clicking on it.

2. In the resulting folder, make sure that each file is one of the supported file types: .CSS, .JS, .HTML, .GIF, .PNG, .JPEG and .SVG. If you find one that is not supported, remove it.
3. To save your updated version, select all of the files in the folder, and click File > Compress items.
4. If your folder doesn't zip correctly, it might be because you compressed the folder. Make sure to select each item, not the entire folder.

The file size for your ad is too big. Upload an ad less than 150 KB in size
Note that the 150KB applies to all of the files in your zip. You can check the size of your files by selecting the files and using File > Get Info or File > Properties, depending on your computer. The popup box will indicate the size in KB.
The ad you uploaded includes a file path or file name with characters other than letters, numbers, periods (.), hyphens (-), and underscore (_)

To see if your .ZIP file contains filenames with unsupported characters, try the following:

1. Open the .ZIP file by double-clicking on it.
2. In the resulting folder, make sure that each file name uses only supported characters: letters, numbers, periods (.), hyphens (-), and underscores (_). Rename files with names that contain characters other than the supported ones. If you have subfolders in your .ZIP file, make sure to open and inspect those files, too.
3. To save your updated version, select all of the files in the folder, and click File > Compress items.
4. If your folder doesn't zip correctly, it might be because you compressed the folder. Make sure to select each item, not the entire folder.

The ad you uploaded contains HTML5 code that does not meet Google Ads policies

To fix the issue, search for the above unsupported tags in your creative code. You'll need to check all files stored within your .ZIP file and delete them.

In many cases, the issue is with unsupported .SVG tags. In that case, search your creative code for tags that are not included in one of the supported categories (container elements, gradient elements, and graphics elements). Learn more about which supported tags are mapped to which categories

Your HTML5 ad is missing a primary .HTML file. Make sure there's an .HTML file with an Ad Size tag in your HTML5 ad, and try again. An Ad Size tag should look like `<meta name="ad.size" content="width=300,height=250">`.

Primary .HTML files include an Ad Size tag such as `<meta name="ad.size" content="width=300,height=250">`.

1. Open your .HTML file and search for the Ad Size meta tag. If you find it, make sure it's contained in the `<head>` tag and that the `<head>` statement is closed with a `</head>`.
2. Replace quotation marks manually as copy/pasted ones can throw an error (are not accepted by Google Ads).
3. This error can also appear when you try to upload files from DCLK Studio. Those files are not accepted by Google Ads and cannot be uploaded. DCLK should be trafficked via 3PAS per usual.

Your HTML5 ad is trying to reference an asset that we can't find in your .ZIP file

Make sure the filenames of all files in your .ZIP file are exactly the same as the name listed in the reference file.

For example, if one of the files in your .ZIP file is called path/to/example/asset, but in your HTML file you reference path/to/example/asset2, Google Ads will not be able to find the correct file.

To fix the issue, compare the filename listed above with every file in your HTML5 code. If it is not exactly the same, correct the reference.

HTML5 ad contains multiple exits

Google Ads doesn't allow multiple exits. Remove multiple exits and try to re-upload the ads.

Your HTML5 ad is trying to reference an asset not found in your .ZIP file. Make sure your .ZIP file only references internal assets

You can only reference files found in your uploaded .ZIP file, and the file listed above is not found there. To continue, remove any references in your HTML file to assets found outside of the .ZIP file.

The asset listed in the error message cannot be found in your .ZIP file. You will also need to remove any references to that file. The only allowed external references are the following:

- Google Fonts
- Google-hosted jQuery

The .ZIP file can't be processed because the file itself or one of the files inside it was corrupted

To fix corrupted files inside of your .ZIP, try the following:

1. Open the .ZIP file by double-clicking on it.

2. In the resulting folder, open each individual file and save it again.
3. To save your updated version, select all of the files in the folder, and click File > Compress items.
4. If your folder doesn't zip correctly, it might be because you compressed the folder. Make sure to select each item, not the entire folder.

Your HTML5 ad is modifying clickability, which is not supported

The use of Tap Area in HTML5 ads created in Google Web Designer and the use of Javascript Exitapi.exit() in ads created in other tools is not supported.

If your HTML5 is built by Google Web Designer, please delete tap area component. The changes do not impact dynamic remarketing ads built with Google Web Designer (GWD) so for these ads, there's no need for you to remove tap area and re-upload.

If your HTML5 is from other tools, please remove the ExitApi script from the `<head>` section of your index.html file.

- `<script src="https://tpc.googlesyndication.com/pagead/gadgets/html5/api/exitapi.js"></script>`

After removing this script tag, your entire ad will be clickable. You can leave the button but any click on the ad will take the user to the landing page.

Remove your onclick event to call the ExitAPI.exit from your index.html file.

- For example: `<button onclick="ExitApi.exit()">`

# Your HTML5 ad could not be uploaded. Your account does not support HTML5 ads

## Requirements for using HTML5 ads

You should be able to gain access to HTML5 ads in your Google Ads account once your account has generated sufficient history on our platform and has met the following requirements:

- Account has been open for more than 90 days.
- Account has more than USD 9,000 total lifetime spend.
- Account has a good history of policy compliance.

Keep in mind, that meeting the requirements above doesn't always guarantee access to HTML5 ads.

If HTML5 ads are unavailable in your account, you can apply for access via this form. Before you submit your application, make sure that your account meets the eligibility

criteria listed below. You will receive an email notification with a status update within 7 business days of your application submission.

- Account has a good history of policy compliance.
- Account has a good payment history.
- Account has more than USD 1,000 total lifetime spend.

To maintain continued access to HTML5 ads, please make sure that you do not violate our policies and sustain a good history of policy compliance.

In the meantime, you can use other options like uploaded AMPHTML ads or responsive display ads.

Make sure you follow the correct display ads specifications.

# The uploaded ZIP file is not supported. Please upload ads that are not linked to a feed

When receiving this error, follow these steps:

1. Verify if this is the right campaign for this ad.
1. If this is the right ad and right campaign, link the campaign to a feed
2. If this is not the right campaign or ad:
1. Right ad: upload this ad to a campaign linked to a feed
2. Right campaign: upload an ad not linked to a feed to this campaign

# Creatives is missing text

All non-ASCII characters must use UTF-8.

# Preview does not click through

- Fully functioning preview is only available via the "View full size ad" link after saving the ad.
- Clients must then copy/paste the URL in their browser.
- Creatives will not click-through in the ad creation preview or the "View full size ad" preview pop-up

# AMPHTML Ads

### The HTML document was rejected by the canonical AMP validator

| Alert message | Your HTML file is not a valid AMPHTML ads document. Please check it with the AMP validator first. |
|---|---|
| Solution | Make sure the AMPHTML ads pass the validation using this publicly available AMP validator. |

Best practiceUse the AMP validator before uploading your HTML documents.

## Critical internal errors occurred during ad bundle validation

| | |
|---|---|
| Alert message | Internal error occurred. If the error still persists, reach out to the support team with the testing bundle. We will look into the issue at the earliest. |
| Solution | N/A |

## The custom AMP element is not supported in Google Ads

Example: An AMP custom element like `<amp-audio>` is not supported.

| | |
|---|---|
| Alert message | AMP custom element `<$name>` is not supported. |
| Solution | Remove the unsupported AMP elements as well as their javascript imports from the HTML. For example: `<amp-audio width="400" height="300" src="audios/myaudio.mp3"></amp-audio>` from the `<body>` section, and also `<script async custom-element="amp-audio" src="https://cdn.ampproject.org/v0/amp-audio-0.1.js"></script>` from the `<head>` section. |
| Best practice | Only use supported AMP elements. |

## A custom AMP element is not supported in Google Ads

Example: Unsupported AMP custom element `<amp-audio>` is imported.

| | |
|---|---|
| Alert message | Unsupported AMP custom element `<$name>` is imported. |
| Solution | Remove the unsupported AMP elements as well as their javascript imports from the HTML. For example: `<amp-audio width="400" height="300" src="audios/myaudio.mp3"></amp-audio>` from the `<body>` section, and also `<script async custom-element="amp-audio" src="https://cdn.ampproject.org/v0/amp-audio-0.1.js"></script>` from the `<head>` section. |
| Best practice | Only use supported AMP elements. |

## The bundle contains a media asset with a reserved asset path

Example: Forbidden asset path: `_a4a/invalid`.

| | |
|---|---|
| Alert messageForbidden asset path: `$assetPath`. | |
| Solution | Rename the directory. |
| Best practice | Avoid using reserved directory names for asset paths, such as "_a4a." |

# The bundle contains incompatible vertical information

Custom HTML5 creative for Smart Shopping campaigns support only dynamic HTML5 for the retail vertical.

### Parsing errors found in amp-custom style block

Example: CSS parsing error: "`...` `.foo:nth-child(1n) { color: red } …`".

| | |
|---|---|
| Alert message | CSS parsing error: "`...` `.foo:nth-child(1n) { color: red } …`". |
| Solution | Fix the errors in the attached CSS snippet. Most of the time these errors are related to CSS pseudo selectors, which are not supported in the current Google Ads experience. Please remove them from the amp-custom style block. |

### The attribute contains an invalid value

Example: The attribute "`srcset`" in tag "`amp-ing`" contains invalid value "`a b c`".

| | |
|---|---|
| Alert message | The attribute "`$attrName`" in tag "`$tagName`" contains invalid value "`$value`". |
| Solution | This usually means that the attribute value is malformed. For example, the "`on`" attribute may contain a malformed event action. See the current AMPHTML specifications to see the correct value format. |

### The attribute contains a forbidden value

Example: The attribute "`class`" in tag "`div`" contains value "`amp-carousel-slide`," which is forbidden.

| | |
|---|---|
| Alert message | The attribute "`$attrName`" in tag "`$tagName`" contains value "`$value`" that is forbidden. |
| Solution | Check to make sure that your attributes don't contain any reserved values. Element classes shouldn't contain reserved class names like "`amp-carousel-button`." Likewise, "`AMP`" is not allowed as the target of an event action. |
| Best practice | You may want to refer to the Google Ads AMPHTML ads specifications and see the list of disallowed values before creating your ads. |

### A configuration item is missing

Example: Missing "`finalURL`" for "exit1" in tag "`amp-ad-exit`" configuration.

| | |
|---|---|
| Alert message | Missing "`$value`" for "`$item`" in tag "`$tagName`" configuration. |
| Solution | AMP elements like `<amp-ad-exit>` and `<amp-animation>` require a JSON configuration. Please refer to the corresponding AMP element specifications for the valid configuration format. |

### A configuration item contains an invalid value

Example: Invalid value for "`selector`" in tag "`amp-ad-exist`" configuration.

| | |
|---|---|
| Alert message | Invalid "`$value`" for "`$item`" in tag "`$tagName`" configuration. |
| Solution | AMP elements like `<amp-ad-exit>` and `<amp-animation>` require a JSON configuration. Please refer to the corresponding AMP element specifications for the valid configuration format. |

### A configuration item is not supported in Google Ads

Example: "`Filters`" is not a supported tag in "`amp-ad-exit`" configuration.

| | |
|---|---|
| Alert message | "`$item`" is not supported in tag "`$tagName`" configuration. |
| Solution | The configuration item is not supported in Google Ads. Remove it from the configuration. |

### The AMP document contains multiple occurrences of an element/value that should appear only once

Example: Multiple occurences of "`amp-ad-exit`".

| | |
|---|---|
| Alert message | Found multiple occurrences of "`$item`". |
| Solution | Remove those extra elements from the document and keep only the one instance. |

### A custom exit in AMPHTML ad bundle is not supported

Example: Your AMPHTML ad has modified clickability, "`tap:exit-api.exit(target='product1')`", which is not supported.

| | |
|---|---|
| Alert message | Your AMPHTML ad has modified clickability, "`$exit`", which is not supported. |
| Solution | Remove the `<amp-ad-exit>` configuration and javascript import from the HTML. Remove the event actions that invoke exit-api.exit (for example, `<button on="tap:exit-api.exit(target='product1')">`) |

### Ads contain multiple HTML files

| | |
|---|---|
| Alert message | The ad contains multiple entry points. Make sure there is only one .HTML file with an ad size tag in your HTML5 ad, and try again. |
| Solution | Make sure there is only one HTML file to show ad content in the .zip file, and remove the extra HTML files. |

### A CSS rule contains a forbidden property value

Example: The CSS property value "`width:100%`" is not allowed for selector "`.amp-carousel-button.`"

| | |
|---|---|
| Alert message | The CSS property value "`$cssPropertyName:$cssPropertyValue`" is not allowed for selector "`$cssSelector.`" |
| Solution | Remove the CSS property value indicated in the message from the amp-custom style block. |

# Google Web Designer HTML5

Note: To build AMPHTML banner ads in Google Web Designer, the initial step is presented in the New File dialog, where you can click AMPHTML banner to begin creating the ad. For AMPHTML ads, Google Web Designer has restrictions on certain functionality. For more information, read this article about AMPHTML ads.

You must upload a published file. You must publish your file in Google Web Designer before you can upload it to Google Ads

To upload your ad, you must upload a published file, not the author file. Before you can upload your ad, you must open the author file in Google Web Designer and choose the options: Publish > Publish Locally. Learn more about publishing your work

This ad was created with the environment "Generic" instead of "Google Ads." To continue, convert the file to an "Google Ads" environment in Google Web Designer

When creating the ad, you selected the wrong environment. Your ad was created with the "Generic" environment instead of "Google Ads." To continue, you must convert the file to an "Google Ads" environment. Learn more about environment conversion.

The ad you uploaded contains HTML5 code that violates Google Ads policies. Remove any references to the tags listed above before you upload your ads

Your ad violates one of the Google Ads policies. See problems listed in the original error message.

Before you can upload your ad, you'll need to remove any unsupported features. You can do this by opening the index.html file in your .ZIP file. You can find unsupported features in the "gwd-admetadata" section.

- Expandable ad: Search "creativeProperties." The minWidth should equal maxWidth and minHeight should equal maxHeight.
- Counters or timers: search "counters" or "timers." These arrays should be empty.
- Multiple exits
- Videos
- Maps
- You can find a complete list of Supported features here.

Your HTML5 ad is trying to reference an asset not found in your .ZIP file. Make sure your .ZIP file only references internal assets

In Google Web Designer, you must include images for all visual states of the image button.

For example, in the below code snippet from an example index.html file, the images for the up-image, over-image, and the down-image are missing (see bolded text).

```
<gwd-imagebutton id="gwd-imagebutton_1" up-image="" over-image="" down-image="" scaling="cover" class="gwd-imagebutton-tcf2"></gwd-imagebutton>
```

Learn more about the image button component.

To fix the issue, replace the placeholder.png with the image(s) you want to use and make sure the image is included in the .ZIP file.

Note: The error message should explain what is missing. In some cases, you'll see "" as missing. In this case, it's likely that the image location wasn't specified. Open your .ZIP file and locate your index.html file. Inside, you can search for ' ="" to find the error.

If you want to learn more about the issue described in this article, please check this SMEs recommended training
Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

# Need more help?

Sign in for additional support options to quickly solve your issue

## Ad formats

- About image ads on the Display Network
- About common sizes for responsive display ads
- Create Display ads for dynamic remarketing
- About responsive display ads
- Create a responsive display ad
- Manage your responsive display ads
- Display ads: a creative Best Practices guide
- Uploaded display ads specifications
- About uploading your own display ads
- Upload your own display ads
- Fix error messages with Uploaded ads
- About Lightbox ads
- Create a Lightbox ad
- About Lightbox ads specifications
- Tips for creating effective display ads
- About engagements reporting
- About advanced format options for responsive display ads
- About auto-generated videos for responsive display ads

- About Ad strength for responsive display ads
- Transitioning responsive ads to responsive display ads



Reach your marketing goals with Google Ads

Google Ads can help you make the most of your online marketing efforts with tools to help you succeed. Learn more from success stories to see what others have achieved with the help of the right campaigns for their goals.

Get Started

or Call 1-855-500-2754 to get started

- ©2021 Google
- Privacy Policy
- Terms of Service
- Google Ads Advertising Policies
- About the Help Center



English

1. català
2. dansk
3. Deutsch
4. eesti
5. English (Australia)
6. English (United Kingdom)
7. español
8. español (Latinoamérica)
9. Filipino
10. français
11. hrvatski
12. Indonesia
13. italiano
14. latviešu
15. lietuvių
16. magyar
17. Melayu
18. Nederlands
19. norsk
20. polski
21. português

22. português (Brasil)
23. română
24. slovenčina
25. slovenščina
26. suomi
27. svenska
28. Tiếng Việt
29. Türkçe
30. čeština
31. Ελληνικά
32. български
33. русский
34. српски
35. українська
36. עברית
37. العربية
38. हिन्दी
39. ไทย
40. 中文（简体）
41. 中文（繁體）
42. 中文（香港）
43. 日本語
44. 한국어
45. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- Help Center

  o Coronavirus (COVID-19) Resources and Updates

  o Setup and basics

- o [Manage ads](#)

- o [Measure results](#)

- o [Smart campaigns](#)

- o [Billing](#)

- o [Learn](#)

- o [Google Partners](#)

- [Community](#)

- [Google Ads](#)

- [Privacy Policy](#)

- [Terms of Service](#)

- [Submit feedback](#)

Your guide to Google AdsGoogle Ads basicsCreate ads and campaignsChoose where and when ads appearFind out if your ad is runningAccount administration and security Ads and approvalsCampaign settingsBudgets and bidsKeywordsReach your audienceTarget placements and topicsMultiple or large accountsLocal Services adsThe Google Ads mobile appRecommendations and optimization score
Connect your goals to dataFind and run reportsUnderstanding your dataTrack sales and other conversionsGoogle Analytics and Google AdsCommon reporting issues
Get startedSetup and managementCalls in Smart campaigns
Payment methods and settingsBasic billing tasksPromotions and couponsRefunds and adjustmentsTaxesIssues with payments and charges
Your guide to Google AdsGoogle Ads training on SkillshopAccount walk-throughsGlossary
Google Partners Program

# What is the issue with this selection?



Inaccurate - doesn't match what I see in the product



Hard to understand - unclear or translation is wrong



Missing info - relevant but not comprehensive



Irrelevant - doesn't match the title and / or my expectations



Minor errors - formatting issues, typos, and / or broken links



Other suggestions - ideas to improve the content

# Share additional info or suggestions

Do not share any personal info
Cancel
Submit

By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.



Google Ads Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help Center Community Announcements

# About call campaigns

To get phone calls to your business, set up a call campaign to encourage customers to call you by clicking or tapping your ad. You can set your ads to show only when your business can take calls, so you won't miss an opportunity to connect with your customers.

This is an informational article about call campaigns. For instructions, go to Create a call campaign. To add phone numbers to existing text ads, skip to About call extensions.

## How they work

Ads created in call campaigns are fine-tuned to show only on mobile devices that are capable of making calls. These ads are very flexible with how they can appear. To optimize for mobile and enhance performance, your ads may not always show every line of text you enter when setting up your campaign. Likewise, select extensions, which are available for call campaigns, may also be hidden in order to make the most of the smaller screen space on mobile devices.

Extensions expand your ad with additional information and can give your ad greater visibility and prominence on the search results page. There's no cost to add them, and it is recommended that you add all extensions that are relevant to your business. Clicks on your ad (including your extension) will be charged as usual. To learn more about extensions, skip to About extensions.

Here are some key points to know about using call campaigns:

- You can share your phone numbers across ads within an ad group or entire campaign.

- You can set numbers to show only when your business can take calls.
- You can count calls as conversions. Learn more About phone call conversion tracking and About call reporting
- Clicks on your number are the same cost as headline clicks (a standard CPC).
- Call campaigns are not yet available for campaigns targeting the Display Network.
- When you create a new ad in your call campaign, you'll be asked to enter a phone number for your business. In order to verify your ad and number, we'll ask for a verification URL, which should lead to page that displays your phone number. Learn more about call ad requirements

## Bidding and reporting

By leaving the Final URL field on your call ads blank, your call campaigns will only allow clicks to call. In this case, you're able to bid for calls to your business instead of clicks to your website. This means your cost per click bid should match the value you would place on a phone call from your ad. The default bid strategy is maximize clicks, or in this case, calls. If you've set up conversion tracking for calls, you can use maximize conversions, or Target CPA bidding.

Calls from your ads will appear under the "Clicks" column in your reporting table for each call campaign.

If you provide a Final URL, your bid applies both to the call click and the website click and should represent the value you would place on a phone call from your ad. The default bid strategy is maximize clicks. If you've set up conversion tracking for calls, you can use maximize conversions, or Target CPA bidding. Calls from your ads and clicks to your website will appear together under the "Clicks" column in your reporting table for each call campaign. To view call clicks and website clicks separately, you can segment on Click Type.

## Related links

- Create call campaigns
- Call ad requirements (policy)

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

# Need more help?

Sign in for additional support options to quickly solve your issue

# Add more information to your ad

- About location extensions
- Use location extensions
- Remove location extensions
- Filter your locations for extensions with location groups
- About affiliate location extensions
- About call campaigns
- About call extensions
- Create call campaigns
- About call reporting
- Manage call reporting for your campaigns
- Use call extensions
- Edit call extensions in bulk

- ©2021 Google
- Privacy Policy
- Terms of Service
- Google Ads Advertising Policies
- About the Help Center



English

1. català
2. dansk
3. Deutsch
4. eesti
5. English (Australia)
6. English (United Kingdom)
7. español
8. español (Latinoamérica)
9. Filipino
10. français
11. hrvatski
12. Indonesia
13. italiano
14. latviešu
15. lietuvių

16. magyar
17. Melayu
18. Nederlands
19. norsk
20. polski
21. português
22. português (Brasil)
23. română
24. slovenčina
25. slovenščina
26. suomi
27. svenska
28. Tiếng Việt
29. Türkçe
30. čeština
31. Ελληνικά
32. български
33. русский
34. српски
35. українська
36. עברית
37. العربية
38. हिन्दी
39. ไทย
40. 中文（简体）
41. 中文（繁體）
42. 中文（香港）
43. 日本語
44. 한국어
45. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- Help Center

- o [Coronavirus (COVID-19) Resources and Updates](#)

- o [Setup and basics](#)

- o [Manage ads](#)

- o [Measure results](#)

- o [Smart campaigns](#)

- o [Billing](#)

- o [Learn](#)

- o [Google Partners](#)

- [Community](#)

- [Google Ads](#)

- [Privacy Policy](#)

- [Terms of Service](#)

- [Submit feedback](#)

Your guide to Google AdsGoogle Ads basicsCreate ads and campaignsChoose where and when ads appearFind out if your ad is runningAccount administration and security
Ads and approvalsCampaign settingsBudgets and bidsKeywordsReach your audienceTarget placements and topicsMultiple or large accountsLocal Services adsThe Google Ads mobile appRecommendations and optimization score
Connect your goals to dataFind and run reportsUnderstanding your dataTrack sales and other conversionsGoogle Analytics and Google AdsCommon reporting issues
Get startedSetup and managementCalls in Smart campaigns
Payment methods and settingsBasic billing tasksPromotions and couponsRefunds and adjustmentsTaxesIssues with payments and charges
Your guide to Google AdsGoogle Ads training on SkillshopAccount walk-throughsGlossary
Google Partners Program

## What is the issue with this selection?



Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

## Share additional info or suggestions

Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.



Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunityAnnouncements

# About call extensions

Call extensions let you add phone numbers to your ads, which can significantly increase clickthrough rates. When your call extensions appear, people can tap or click a button to call your business directly. That means more customer engagement with your ads, and more chances for you to get and track your conversions.

Google Ads may set up automated call extensions when your website has a phone number and your business goals include getting people to call you.

This article gives you background information about call extensions. For instructions, go to Use call extensions.

## Before you begin

Call extensions are the easiest way to add phone numbers to existing ads. If you attempt to include a phone number elsewhere in your ad text, it may lead to the disapproval of the ad, so if you would like to include a phone number, it is best to use a call extension. You can also create call campaigns. For more details, go to About call campaigns.

> Example
>
> You own a pizzeria in downtown Chicago, so you add a call extension to your campaign promoting deep-dish pizzas. If a visitor to the windy city searches for "Chicago pizza" on their phone and one of your ads is triggered, this visitor can click through to your website to read your menu or tap the call button on your ad to go straight to your ordering line.

# How it works

Here are key points to know about call extensions:

- Phone or website: When your call extensions appear with your ad, people see your number or, when their device can make calls, a clickable call button. People can also click on your ad to go to your website.
- Business hours: You can set numbers to appear only when your business can take calls.
- A call is a click: These clicks on your number cost the same as headline clicks (a standard CPC).
- Easy conversion tracking: You can count calls as conversions by turning on call reporting in your account. Only available on the Search Network, call reporting uses Google forwarding numbers to give you detailed conversion information.

## Account levels

You can add call extensions at the account, campaign, or ad group levels. Call extensions can run on Search campaigns and Smart campaigns. They can also be added to Display campaigns to track calls to a phone number on a website. If you create call extensions at different levels (account, campaign, or ad group), the most specific will be used. So when you add call extensions to an ad group, those extensions appear instead of your campaign- or account-level call extensions. Likewise, campaign-level extensions override account-level extensions.

Call extensions won't serve with every impression
Like other ad extensions, call extensions don't appear with every ad impression. When the ad auction runs, an algorithm determines whether to show the call extension, and any other extensions to show next to it, based on historical performance and other factors. It is completely normal for call extensions to appear for only a subset of total ad impressions. However, you can do bid adjustments to show your call interaction ads more often. Learn more about bid adjustments for interactions

## Device preferences

Extensions with a checked box for Mobile are given preference on mobile devices, but are still eligible to appear on computers and tablets.

## Eligible numbers

Vanity numbers, premium numbers, and fax numbers aren't acceptable numbers for call extensions. Phone numbers will be verified to confirm they represent the business being promoted. Learn more about the policies under call extension requirements

## When disclaimers might appear with your call extensions

Call extensions can be used with toll-free, standard, mobile, shared-cost, or non-standard cost numbers. If you use a shared-cost or non-standard cost number with your call extension, your extension will include a disclaimer saying that additional charges may apply. Here's more information about both types:

- Shared cost phone numbers use a billing method where calls to an international phone number are partially paid for by the recipient.
- Non-standard cost numbers may not be included in a typical phone plan, so additional charges to your customer may apply.

Country-specific information

| Country name | Non-standard cost numbers |
| --- | --- |
| UAE | 07000, 07005 |
| Albania | 0808 |
| Algeria | 0801 10, 0801 11, 0801 12, 0801 13, 0801 14, 0801 15, 0801 16, 0801 17, 0801 18, 0801 19, 0802 10, 0802 11, 0802 12, 0802 13, 0802 14, 0802 15, 0802 16, 0802 17, 0802 18, 0802 19 |
| Armenia | 0801, 0802, 0803, 0804 |
| Austria | 0810, 0820, 0821, 0828 |
| Bosnia and Herzegovina | 082 |
| Brazil* | 0800, 3003, 4000, 4001, 4002, 4003, 4004, 4005, 4006, 4007, 4008, 4009<br><br>* See the section below this table for additional information on call extensions in Brazil |
| Czech Republic | 810, 811, 812, 813, 814, 815, 816, 817, 818, 819, 830, 831, 832, 833, 834, 835, 836, 837, 838, 839, 840, 841, 842, 843, 844, 845, 846, 847, 848, 849 |
| Germany | 0180 |
| Greece | 801, 806, 812, 825 |
| Ireland | 1850, 1890 |
| Israel | 1-700, 1-809 |
| Jordan | 0810, 0850, 0851, 0852, 0853, 0854, 0855, 0856, 0857, 0858, 0859, 0870, 0871, 0872, 0873, 0874, 0875, 0876, 0877, 0878, 0879 |
| Lebanon | 090, 091 |
| Liechtenstein | 900 22, 900 27, 900 28, 900 79, 901 23, 906 66, 0900, 0901, 0906 |
| Macedonia | 0801, 0802, 0803, 0804, 0805, 0806, 0807, 0808, 0809, 0810, 0811, 0812, 0813, 0814, 0815, 0816, 0817, 0818, 0819, 0820, 0821, 0822, 0823, 0824, 0825, 0826, 0827, 0828, 0829, 0830, 0831, 0832, 0833, 0834, 0835, 0836, 0837, 0838, 0839, 0840, 0841, 0842, 0843, 0844, 0845, 0846, 0847, 0848, 0849, 0850, 0851, 0852, 0853, 0854, 0855, 0856, 0857, 0858, 0859, 0860, 0861, 0862, 0863, 0864, 0865, 0866, 0867, 0868, 0869, 0870, 0871, 0872, 0873, 0874, 0875, 0876, 0877, 0878, 0879, 0880, 0881, 0882, 0883, 0884, 0885, 0886, 0887, 0888, 0889, 0890, 0891, 0892, 0893, 0894, 0895, 0896, 0897, 0898, 0899 |
| Netherlands Antilles | 100, 101, 102, 103, 104, 105, 106, 107, 108, 109, 690, 691, 692, 693, 694, 695, 696, 697, 698, 699 |

**2238**
2433

| Country name | Non-standard cost numbers |
|---|---|
| Norway | 810 00, 810 01, 810 02, 810 03, 810 04, 810 05, 810 06, 810 20, 810 21, 810 22, 810 23, 810 24, 810 25, 810 26, 810 27, 810 28, 810 29, 810 30, 810 31, 810 32, 810 33, 810 34, 810 35, 810 36, 810 37, 810 38, 810 39, 810 40, 810 41, 810 42, 810 43, 810 44, 810 45, 810 46, 810 47, 810 48, 810 49, 810 50, 810 51, 810 52, 810 53, 810 54, 810 55, 810 56, 810 57, 810 58, 810 59, 810 60, 810 61, 810 62, 810 63, 810 64, 810 65, 810 66, 810 67, 810 68, 810 69, 810 70, 810 71, 810 72, 810 73, 810 74, 810 75, 810 76, 810 77, 810 78, 810 79, 810 80, 810 81, 810 82, 810 83, 810 84, 810 85, 810 86, 810 87, 810 88, 810 89 |
| Pakistan | 021 111, 022 111, 025 111, 040 111, 041 111, 042 111, 044 111, 046 111, 047 111, 048 111, 049 111, 051 111, 052 111, 053 111, 055 111, 056 111, 057 111, 061 111, 062 111, 063 111, 064 111, 065 111, 066 111, 067 111, 068 111, 071 111, 074 111, 081 111, 086 111, 091 111, 0232 111, 0233 111, 0235 111, 0238 111, 0242 111, 0243 111, 0244 111, 0292 111, 0293 111, 0294 111, 0295 111, 0296 111, 0297 111, 0298 111, 0453 111, 0454 111, 0457 111, 0459 111, 0542 111, 0543 111, 0544 111, 0546 111, 0547 111, 581111, 582111, 586111, 0604 111, 0606 111, 0608 111, 0722 111, 0723 111, 0726 111, 0822 111, 0823 111, 0824 111, 0825 111, 0826 111, 0828 111, 0829 111, 0832 111, 0833 111, 0835 111, 0837 111, 0838 111, 0843 111, 0844 111, 0847 111, 0848 111, 0851 111, 0853 111, 0855 111, 0856 111, 0922 111, 0932 111, 0937 111, 0938 111, 0939 111, 0942 111, 0943 111, 0944 111, 0945 111, 0946 111, 0963 111, 0965 111, 0966 111, 0969 111, 0992 111, 0993 111, 0944 111, 0995 111, 0996 111, 0997 111 |
| Poland | 0801 |
| Réunion | 0810, 0811, 0819, 0820, 0821, 0825, 0826, 0884, 0890 |
| Romania | 0801 |
| Slovakia | 0850, 0851, 0852, 0853, 0854, 0855, 0856, 0857, 0858, 0859, 0860, 0861, 0862, 0863, 0864, 0865, 0866, 0867, 0868, 0869, 0870, 0871, 0872, 0873, 0874, 0875, 0876, 0877, 0878, 0879, 0880, 0881, 0882, 0883, 0884, 0885, 0886, 0887, 0888, 0889, 0890, 0891, 0892, 0893, 0894, 0895, 0896, 0897, 0898, 0899 |
| Switzerland | 0840, 0842, 0844, 0848 |
| Tanzania | 0840, 0860, 0861 |

## Related links

- Use call extensions
- Call extension requirements

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

# Need more help?

Sign in for additional support options to quickly solve your issue

# Add more information to your ad

- About location extensions
- Use location extensions
- Remove location extensions
- Filter your locations for extensions with location groups
- About affiliate location extensions
- About call campaigns
- About call extensions
- Create call campaigns
- About call reporting
- Manage call reporting for your campaigns
- Use call extensions
- Edit call extensions in bulk

- ©2021 Google
- Privacy Policy
- Terms of Service
- Google Ads Advertising Policies
- About the Help Center



English

1. català
2. dansk
3. Deutsch
4. eesti
5. English (Australia)
6. English (United Kingdom)
7. español
8. español (Latinoamérica)
9. Filipino
10. français
11. hrvatski

12. Indonesia
13. italiano
14. latviešu
15. lietuvių
16. magyar
17. Melayu
18. Nederlands
19. norsk
20. polski
21. português
22. português (Brasil)
23. română
24. slovenčina
25. slovenščina
26. suomi
27. svenska
28. Tiếng Việt
29. Türkçe
30. čeština
31. Ελληνικά
32. български
33. русский
34. српски
35. українська
36. עברית
37. العربية
38. हिन्दी
39. ไทย
40. 中文（简体）
41. 中文（繁體）
42. 中文（香港）
43. 日本語
44. 한국어
45. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- [Help Center](#)

  - [Coronavirus (COVID-19) Resources and Updates](#)

  - [Setup and basics](#)

  - [Manage ads](#)

  - [Measure results](#)

  - [Smart campaigns](#)

  - [Billing](#)

  - [Learn](#)

  - [Google Partners](#)

- [Community](#)

- [Google Ads](#)

- [Privacy Policy](#)

- [Terms of Service](#)

- [Submit feedback](#)

Your guide to Google AdsGoogle Ads basicsCreate ads and campaignsChoose where and when ads appearFind out if your ad is runningAccount administration and security Ads and approvalsCampaign settingsBudgets and bidsKeywordsReach your audienceTarget placements and topicsMultiple or large accountsLocal Services adsThe Google Ads mobile appRecommendations and optimization score
Connect your goals to dataFind and run reportsUnderstanding your dataTrack sales and other conversionsGoogle Analytics and Google AdsCommon reporting issues
Get startedSetup and managementCalls in Smart campaigns
Payment methods and settingsBasic billing tasksPromotions and couponsRefunds and adjustmentsTaxesIssues with payments and charges
Your guide to Google AdsGoogle Ads training on SkillshopAccount walk-throughsGlossary
Google Partners Program

# What is the issue with this selection?

Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

# Share additional info or suggestions



Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, [account & system info](#) to improve services, per our [Privacy](#) & [Terms](#).

Advertising Policies Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

# Technical requirements

Google provides translated versions of our Help Center as a convenience, though they are not meant to change the content of our policies. The English version is the official language we use to enforce our policies. To view this article in a different language, use the language dropdown at the bottom of the page.

To help us keep ads clear and functional, advertisers must meet certain technical requirements.

Below are some examples of what to avoid in your ads. Learn about what happens if you violate our policies.

## One website per ad group

The following is not allowed:

Using more than one display URL domain in a single ad group

Example: Using two display URLs that are hosted on different sites

Troubleshooter: One website per ad group

If your ad was disapproved, your ad group may have contained more than one top-level domain in your ads' display URLs or keyword URLs. Remember that paused ads also need to use the same domain as the other ads and keywords in your ad group.

Here's what you can do:

- Edit your URLs so that all ad display URLs and keyword URLs in your ad group use the same domain.
- Move ads and keywords to a new ad group or campaign if you'd like to advertise another website.
- Remove the ads or remove the keywords if you don't want to keep them in your ad group.

Once your ad group contains only active and paused ads using the same domain, request a review and we'll see if we can approve your ad to start running:

1. Visit your Ads tab and look at the "Status" column. Hover over the white speech bubble ▤ next to "Disapproved."
2. Click "Resubmit my campaign for review." Remember that this link will appear only if your ad was disapproved for certain violations.
3. Follow the on-screen instructions to resubmit the eligible disapproved ads in your campaign.

## Unacceptable HTML5 ad

The following is not allowed:

HTML5 ads that don't function properly or appear blank

Examples: Embedding assets in child frames, loading resources from unapproved third-party sources, using non-Google fonts, adding audio or video tags

Troubleshooter: Unacceptable HTML5 ad

1. Find the problem. Review the ad and its contents and use the Google Ads HTML5 Validator to find out what's causing the ad to appear broken or blank.
2. Edit the ad. Once you've fixed the problem, upload the ad again. This will submit the ad for review.

Most ads are reviewed within 1 business day, though some can take longer if they need a more complex review.

## Account limits

The following is not allowed:

Exceeding account limits for ads and other content

Excessive submissions through multiple accounts

Campaign configuration that creates an undue burden on our systems

See the account limits for information on the amount of content we accept from advertisers. Until you remove the excessive content, you may not be able to create any new campaigns, ads, or extensions.

## Unsupported language

The following is not allowed:

Ad or destination content in an unsupported targeting language

Example: Languages that aren't supported by Google Ads language targeting

Note: The standard languages available for language targeting can be used in ads and destinations, but some ad formats, such as Review extensions have different language restrictions. Make sure that content for these formats is in an approved language.

Learn how to fix a disapproved ad or extension.

## Unavailable video

The following is not allowed:

Videos that are removed, marked private, or otherwise unavailable to the public

Videos that are not available in a country that the ad targets

Learn how to fix a disapproved ad or extension. Make sure that the video isn't removed or marked private. If your video hosting service is down, try uploading the video to YouTube.

## Unacceptable video format

The following is not allowed:

Uploading videos in a format that is not supported in Google Ads or YouTube

Learn how to fix a disapproved ad or extension. If you can't convert the video to an accepted format, upload a different video that complies with the policy. Refer to the list of supported video formats for YouTube upload.

## Unacceptable script

The following is not allowed:

Using Google Ads scripts to circumvent any restrictions or limits on usage of Google Ads, or using them for any other non-business-related purpose

Example: Using scripts to circumvent operations quota limits

Using unsupported methods to access the Google Ads scripts

Note: Acceptable methods are outlined in the scripts documentation.

Excessive or abusive use of scripts, including unreasonable request volumes

☐ Scripts that modify, disrupt, or disable any features, performance, or functionality of the Google Ads platform

☐ Failing to comply with best practices when using scripts to read data for more than 1 million entities (such as keywords or ads) or edit more than 100 thousand entities daily

Note: Refer to the scripts documentation for best practices.

Check your scripts for abusive or excessive activity and then edit them to comply with these policies.

Policy enforcement for Google Ads scripts

### Right to review scripts

Google may monitor and audit any Google Ads scripts activity. These investigations may include Google accessing, reviewing, and using your script to, for example, identify security issues that could affect Google or its users. Upon request from Google, you must provide access to all of your Google Ads scripts (even if they are stored outside of Google Ads) within 2 business days of the request.

You cannot interfere with this monitoring or auditing and cannot otherwise conceal or obfuscate from Google your Google Ads scripts activity.

### Notice and consequences of violations

If you violate any of these policies, Google will notify the email addresses of the users with administrative access to your manager account or Google Ads account. You may also be required to provide additional contact information. If you do not correct the violations within 2 business days of notification, Google may suspend all scripts in your manager account or Google Ads account and/or reduce your overall rate limits.

In addition, if Google reasonably believes that you have committed a serious violation of these policies (for example, if your usage of scripts disrupts or disables any features, performance, or functionality of the Google Ads platform), Google may suspend all scripts in your manager account or Google Ads account without any prior notice.

## Need help?

If you have questions about our policies, let us know: Contact Google Ads Support
Give feedback about this article

Choose a section to give feedback on



Was this helpful?
YesNo

Submit

# Advertising policies

- Ad format requirements
- Ad targeting
- Abusing the ad network
- Ads & made for kids content
- Alcohol
- Copyrights
- Counterfeit goods
- Dangerous products or services
- Data collection and use
- Destination requirements
- Editorial
- Enabling dishonest behavior
- Financial products and services
- Gambling and games
- Healthcare and medicines
- Inappropriate content
- Lead form requirements
- Legal requirements
- Misrepresentation
- Other restricted businesses
- Personalized advertising
- Political content
- Restricted ad formats and features
- Sexual content
- Technical requirements
- Trademarks

- ©2021 Google
- Privacy Policy
- Terms of Service

English?

English

1. català
2. dansk
3. Deutsch
4. eesti
5. English (Australia)
6. English (United Kingdom)
7. español
8. español (Latinoamérica)
9. Filipino
10. français
11. hrvatski
12. Indonesia
13. italiano
14. latviešu
15. lietuvių
16. magyar
17. Melayu
18. Nederlands
19. norsk
20. polski
21. português
22. português (Brasil)
23. română
24. slovenčina
25. slovenščina
26. suomi
27. svenska
28. Tiếng Việt
29. Türkçe
30. čeština
31. Ελληνικά
32. български
33. русский
34. српски
35. українська
36. עברית
37. العربية
38. हिन्दी
39. ไทย
40. 中文（简体）
41. 中文（繁體）
42. 日本語
43. 한국어
44. English

Send feedback on...

This help content & information General Help Center experience



Google Help

- [Help Center](#)

  - [List of ad policies](#)

  - [Review process](#)

  - [Verification](#)

  - [Change log](#)

- [Advertising Policies](#)

- [Privacy Policy](#)

- [Terms of Service](#)

- [Submit feedback](#)

Advertising policiesThird-party policiesRelated policies & terms
Approval processDisapprovals and suspensions
Verification programs
Upcoming and recent changesPast changes

# What is the issue with this selection?



Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

# Share additional info or suggestions

Do not share any personal info
Cancel
Submit
By continuing, you agree Google uses your answers, account & system info to improve
services, per our Privacy & Terms.



Google Ads Help

**Sign in**

Send feedback on...

This help content & information

General Help Center experience

Next

Help Center Community Announcements

# Uploaded display ads specifications

This article describes the size and dimension specifications of ads you can upload on the Google Display Network.

Display ads capture people's attention across the Google Display Network's 2 million websites and apps. Google Ads gives you several ways to create display ads—responsive display ads, and uploaded display ads. You can upload custom display ads or use responsive ads.

## Before you begin

Make sure that uploading custom display ads is the best choice for you. If not, you also have the option to create display ads that fit just about anywhere across the Display Network with responsive display ads. If you do upload your own ads, you still may want to upload assets to create responsive display ads in the spaces where your custom display ads may not fit.

Keep in mind that you can run multiple kinds of ads, not just display ads, from the same Google Ads account and, in some cases, from the same campaign. Learn about the different campaign types and available ad formats.

Note: Some ad sizes will show only in certain regions.

## Specifications

Animated and non-animated image ads
File types
Formats                        GIF, JPG, PNG

| | |
|---|---|
| Max. size | 150KB |

Ad sizes

Square and rectangle

| | |
|---|---|
| 200 × 200 | Small square |
| 240 × 400 | Vertical rectangle |
| 250 × 250 | Square |
| 250 × 360 | Triple widescreen |
| 300 × 250 | Inline rectangle |
| 336 × 280 | Large rectangle |
| 580 × 400 | Netboard |

Skyscraper

| | |
|---|---|
| 120 × 600 | Skyscraper |
| 160 × 600 | Wide skyscraper |
| 300 × 600 | Half-page ad |
| 300 × 1050 | Portrait |

Leaderboard

| | |
|---|---|
| 468 × 60 | Banner |
| 728 × 90 | Leaderboard |
| 930 × 180 | Top banner |
| 970 × 90 | Large leaderboard |
| 970 × 250 | Billboard |
| 980 × 120 | Panorama |

Mobile

| | |
|---|---|
| 300 × 50 | Mobile banner |
| 320 × 50 | Mobile banner |
| 320 × 100 | Large mobile banner |
| *Animated ads (GIF) | Animation length and speed: |
| | Animation length must be 30 seconds or shorter |
| | Animations can be looped, but the animations must stop after 30 seconds |
| | Animated GIF ads must be slower than 5 FPS |

AMPHTML ads

You can build ads with AMP (Accelerated Mobile Pages). AMPHTML ads load faster than regular ads, which makes them ideal for mobile devices. Learn more.

# AMPHTML ads created in Google Web Designer

| | |
|---|---|
| Dimensions/meta tags | The dimensions of all AMPHTML ads must be declared with a `<meta>` tag in the document `<head>`: |

```
<meta name="ad.size" content="width=W,height=H">
```

The supported ad dimensions are the same as those for HTML5.

| | |
|---|---|
| Primary asset zip bundle | You may upload a ZIP file containing a single HTML document (the "primary asset"), and up to 39 media assets. The total size of the compressed ZIP should not be more than 150KiB (153600 B). |
| Primary asset rules | All AMPHTML ads must adhere to the AMPHTML ad format rules. To validate your ads, use the public AMP validator. |
| URLs | All URLs must correspond to assets in the bundle, except for the following three exceptions: |

AMP runtime and custom elements
Custom fonts in the href of a `<link rel="stylesheet">` element
Embedded data: URLs

Relative paths must be relative to the primary asset path, mirroring the structure of the ZIP. Absolute paths are not allowed.

| | |
|---|---|
| Supported AMP components | amp-accordion |

amp-animation
amp-anim: Images must be relative references to assets in the ZIP bundle
amp-carousel
amp-fit-text
amp-font: CSS class names must not be used elsewhere in the document, for example the following would be forbidden:

```
<amp-font layout="nodisplay" font-family="My Font"
timeout="1000" on-load-add-class="amp-font-
class1"></amp-font> <div class="amp-font-
class1"></div>
```

amp-gwd-animation
amp-img: Images must be relative references to assets in the ZIP bundle
amp-layout

| | |
|---|---|
| Custom exits | Custom exits, using either `<amp-ad-exit>` or `<a href>`, are not allowed. Your entire ad will be clickable. |
| Disallowed values | Elements should not have any the following class names: |

amp-carousel-slide
amp-carousel-button
amp-carousel-button-next
amp-carousel-button-prev

An event action cannot use "AMP" as the event target, as in the following, which is forbidden:

```
<button
on="tap:AMP.navigateTo(url='http://google.com')">
```

Likewise, "tap" events are forbidden.

```
<button on="tap:popup.toggleVisibility()">
```

## HTML5 ads

### Requirements for using HTML5 ads

You should be able to gain access to HTML5 ads in your Google Ads account once your account has generated sufficient history on our platform and has met the following requirements:

- Account has been open for more than 90 days.
- Account has more than USD 9,000 total lifetime spend.
- Account has a good history of policy compliance.

Keep in mind, that meeting the requirements above doesn't always guarantee access to HTML5 ads.

If HTML5 ads are unavailable in your account, you can apply for access via this form. Before you submit your application, make sure that your account meets the eligibility criteria listed below. You will receive an email notification with a status update within 7 business days of your application submission.

- Account has a good history of policy compliance.
- Account has a good payment history.
- Account has more than USD 1,000 total lifetime spend.

To maintain continued access to HTML5 ads, please make sure that you do not violate our policies and sustain a good history of policy compliance.

In the meantime, you can use other options like uploaded AMPHTML ads or responsive display ads.

Make sure you follow the correct display ads specifications.

If you're creating an App campaign, learn about HTML5 for App campaigns.

Check your ads using the Google Ads HTML5 validator.

## All HTML5 ads
### Supported ad sizes
Square and rectangle
| | |
|---|---|
| 200 × 200 | Small square |
| 240 × 400 | Vertical rectangle |
| 250 × 250 | Square |
| 250 × 360 | Triple widescreen |
| 300 × 250 | Inline rectangle |
| 336 × 280 | Large rectangle |
| 580 × 400 | Netboard |

Skyscraper
| | |
|---|---|
| 120 × 600 | Skyscraper |
| 160 × 600 | Wide skyscraper |
| 300 × 600 | Half-page ad |
| 300 × 1050 | Portrait |

Leaderboard
| | |
|---|---|
| 468 × 60 | Banner |
| 728 × 90 | Leaderboard |
| 930 × 180 | Top banner |
| 970 × 90 | Large leaderboard |
| 970 × 250 | Billboard |
| 980 × 120 | Panorama |

Mobile
| | |
|---|---|
| 300 × 50 | Mobile banner |
| 320 × 50 | Mobile banner |
| 320 × 100 | Large mobile banner |
| Supported file size | 150 KB or smaller |

## HTML5 ads created in Google Web Designer

| | |
|---|---|
| Ad environment | When creating your ad in Google Web Designer, you must specify the "Google Ads" environment. |
| Static and dynamic ads | HTML5 ads can be both static and dynamic. Dynamic ads use information in a data feed to determine which images, text, and other information will be shown.<br><br>To create a dynamic ad, you create an ad using placeholder elements for each piece of image or text you want to be dynamically generated, then bind data objects to each element. When the data feed changes, the elements that are bound to the data will reflect those changes automatically. |
| Supported components | iFrame<br>Swipeable Gallery<br>Carousel Gallery<br>360° Gallery<br>Gallery Navigation<br>Image Button |

Spritesheet
Particle Effects
Transition Gallery
Star Ratings
Tap Area

Publishing for
Google Ads

In Google Web Designer:

Click the Publish button.
Select Publish locally.
Upload the resulting .ZIP file to Google Ads.

Limitations

Expandable ads are not supported.
All images used in HTML5 ads must be local images, not referenced images, and should be part of the assets that comprise the ZIP file.
Only Google web fonts are supported. Other web fonts are not supported.
For environment target actions, timer and multiple exits are not supported.
Local storage methods cannot be used in HTML5 ads.

# All other HTML5 ads

HTML
requirements

HTML5 ads must include:

`<!DOCTYPE html>` declaration
`<html>` tag
`<body>`tag
Ad format size meta tag within the `<head>` tag. For example:

`<meta name="ad.size" content="width=300,height=250">`

Explicit end tags (inline ending tags will not be accepted):

Example of valid end tags: `<path></path>`
Example of what not to do: `<path>` or `<path />`

Alternatively, you can extract the inline svg into a separate file.

Upload
requirements

All code and assets must be referenced using a relative path to resources included in the .ZIP file. No external references are allowed except references to:

Google Fonts
Google-hosted jQuery
Google-hosted Greensock (files should work regardless of version)

• https://s0.2mdn.net/ads/studio/cached_libs/
tweenlite_1.18.0_56fa823cfbbef1c2f4d4346f0f0e6c3c_min.js

- https://s0.2mdn.net/ads/studio/cached_libs/
  tweenmax_1.18.0_499ba64a23378545748ff12d372e59e9_min.js
- https://s0.2mdn.net/ads/studio/cached_libs/
  cssplugin_1.18.0_71489205621d46cbe88348eeb8fe493f_min.js
- https://s0.2mdn.net/ads/studio/cached_libs/
  easepack_1.18.0_ed5816e732515f56d96a67f6a2a15ccb_min.js
- https://s0.2mdn.net/ads/studio/cached_libs/
  timelinelite_1.19.0_13e3bd0e510d63fd5e5ef9bf9dac7017_min.js
- https://s0.2mdn.net/ads/studio/cached_libs/
  timelinemax_1.19.0_4cba7b163d6263b39d53727ed4c7bb6f_min.js

Google-hosted CreateJS

- https://s0.2mdn.net/ads/studio/cached_libs/
  tweenjs_0.6.1_40840f08e9fb382ae9e4a337da542ed5_min.js
- https://s0.2mdn.net/ads/studio/cached_libs/
  easeljs_0.8.1_58add2e69ca7fbe25e8f82a2b5f6a510_min.js
- https://s0.2mdn.net/ads/studio/cached_libs/
  createjs_2015.11.26_54e1c3722102182bb133912ad4442e19_min.js

When uploading a .zip folder, the maximum number of files included is 40.

Keep in mind

UTF-8 must be used for non-ASCII characters

## Regionally available ad sizes

Here are more image ad sizes that you can use, depending on the region where you show your ad.

| Ad type | Dimension | Size limit | Regional use |
|---|---|---|---|
| PL billboard | 750x100 | 150 KB | Poland |
| PL double billboard | 750x200 | 150 KB | Poland |
| PL triple billboard | 750x300 | 150 KB | Poland |
| Vertical rectangle | 240x400 | 150 KB | Russia |
| Panorama | 980x120 | 150 KB | Sweden |
| Top banner | 930x180 | 150 KB | Denmark |
| Triple widescreen | 250x360 | 150 KB | Sweden |
| Netboard | 580x400 | 150 KB | Norway |

## Related links

- Responsive ads
- Choose an ad format
- Select the ad environment

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

# Need more help?

Sign in for additional support options to quickly solve your issue

## Ad formats

- About image ads on the Display Network
- About common sizes for responsive display ads
- Create Display ads for dynamic remarketing
- About responsive display ads
- Create a responsive display ad
- Manage your responsive display ads
- Display ads: a creative Best Practices guide
- Uploaded display ads specifications
- About uploading your own display ads
- Upload your own display ads
- Fix error messages with Uploaded ads
- About Lightbox ads
- Create a Lightbox ad
- About Lightbox ads specifications
- Tips for creating effective display ads
- About engagements reporting
- About advanced format options for responsive display ads
- About auto-generated videos for responsive display ads
- About Ad strength for responsive display ads
- Transitioning responsive ads to responsive display ads



Reach your marketing goals with Google Ads

Google Ads can help you make the most of your online marketing efforts with tools to help you succeed. Learn more from success stories to see what others have achieved with the help of the right campaigns for their goals.

Get Started

or Call 1-855-500-2754 to get started

- ©2021 Google
- Privacy Policy
- Terms of Service
- Google Ads Advertising Policies
- About the Help Center



English

1. català
2. dansk
3. Deutsch
4. eesti
5. English (Australia)
6. English (United Kingdom)
7. español
8. español (Latinoamérica)
9. Filipino
10. français
11. hrvatski
12. Indonesia
13. italiano
14. latviešu
15. lietuvių
16. magyar
17. Melayu
18. Nederlands
19. norsk
20. polski
21. português
22. português (Brasil)
23. română
24. slovenčina
25. slovenščina
26. suomi
27. svenska

28. Tiếng Việt
29. Türkçe
30. čeština
31. Ελληνικά
32. български
33. русский
34. српски
35. українська
36. עברית
37. العربية
38. हिन्दी
39. ไทย
40. 中文（简体）
41. 中文（繁體）
42. 中文（香港）
43. 日本語
44. 한국어
45. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- Help Center

  o Coronavirus (COVID-19) Resources and Updates

  o Setup and basics

  o Manage ads

- o [Measure results](#)

- o [Smart campaigns](#)

- o [Billing](#)

- o [Learn](#)

- o [Google Partners](#)

- [Community](#)

- [Google Ads](#)

- [Privacy Policy](#)

- [Terms of Service](#)

- [Submit feedback](#)

Your guide to Google AdsGoogle Ads basicsCreate ads and campaignsChoose where and when ads appearFind out if your ad is runningAccount administration and security

**2265**

Ads and approvalsCampaign settingsBudgets and bidsKeywordsReach your audienceTarget placements and topicsMultiple or large accountsLocal Services adsThe Google Ads mobile appRecommendations and optimization score

Connect your goals to dataFind and run reportsUnderstanding your dataTrack sales and other conversionsGoogle Analytics and Google AdsCommon reporting issues

Get startedSetup and managementCalls in Smart campaigns

Payment methods and settingsBasic billing tasksPromotions and couponsRefunds and adjustmentsTaxesIssues with payments and charges

Your guide to Google AdsGoogle Ads training on SkillshopAccount walk-throughsGlossary

Google Partners Program

## What is the issue with this selection?



Inaccurate - doesn't match what I see in the product



Hard to understand - unclear or translation is wrong



Missing info - relevant but not comprehensive



Irrelevant - doesn't match the title and / or my expectations



Minor errors - formatting issues, typos, and / or broken links



Other suggestions - ideas to improve the content

## Share additional info or suggestions



Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.



Google Ads Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunityAnnouncements

# About your Google Ads account limits

Your account has maximum limits on areas like the maximum number of keywords you can have. While you'll likely never notice them, keep these limits in mind when planning your future advertising efforts.

This article lists limits for several key areas of your account.

## Campaign and ad group limits

- 10,000 campaigns per account (includes active and paused)
- 20,000 ad groups per campaign

  Note: Local campaigns and App campaigns are limited to 100 ad groups per campaign.

- 20,000 ad group targeting items per ad group (such as keywords, placements, and audience lists)
- 100 Smart Shopping campaigns per account

## Ad limits

- 300 image or gallery ads per ad group
- 50 active text and non-image/gallery ads per ad group
- 4 million ads per account (includes active and paused)
- 3 responsive ads per ad group

## Targeting limits

- 5 million ad group targeting items per account (such as keywords, placements, and audience lists)
- 1 million campaign targeting items per account (such as location targets and campaign-level negative keywords)
- 10,500 location targets per campaign, targeted and excluded, including up to 500 proximity targets per campaign
- 20 shared placement exclusion lists per account, with a maximum of 65,000 exclusions per list
- 65,000 account-level placement exclusions per account (separate from your list, campaign, and ad group exclusions)
- 128,000 total placement exclusions per ad group (this includes the total of your account, list, campaign, and ad group exclusions)
- 3 placement exclusion lists for each manager account, with a maximum of 250,000 exclusions per list
- 11,000 shared budgets per account
- 25,000 Dynamic Search Ad targets per account

In Google Ads UI, at most 5000 placements can be added at once. You can add more placements (limits above) but in one go you can't add more than 5000 placements.

## Negative keyword limits

- 20 shared negative keyword lists per account
- 5,000 keywords per negative keyword list
- 10,000 negative keywords per campaign
- A maximum of 5,000 negative keywords are considered for Display Network and Video campaigns

## Limits for business data and feeds

- 5 million rows or feed items per account for dynamic ads, ad customizers, and extensions
- 100 user-generated feeds or business data sets per account
- 3,000 bytes per attribute (roughly 750 - 3,000 characters depending on the byte size of the character)

## Ad extension limits

- 250,000 ad group-level extensions per account
- 50,000 campaign-level extensions per account
- 10,000 ad group-level extensions per campaign

For example, let's say you have one campaign with an extension containing 8 sitelinks. Then you add these same sitelinks to another campaign and also to 10 ad groups in a third campaign. Now, your account has 8 feed items, 2 campaign-level extensions, and 10 ad group-level extensions.

## Manager account limits

All manager accounts can be linked to a maximum of 85,000 non-manager accounts, including both active and inactive or canceled accounts. The maximum number of active non-manager accounts your top-level manager account can be linked to is based on your accounts' total monthly spend from over the last 12 months. Learn more about maximum account limits for manager accounts

## Additional Limits

Notwithstanding the above, certain combinations of campaign or creative structures within these limits may overload our systems and processes thereby interfering (or attempting to interfere) with the functioning of our programs.

For example:

- Generating a large number of ad groups or campaigns with few creatives or keywords in each
- Generating responsive ads with significant combinations of creative content, assets, destinations or keywords

Note: If advertisers inadvertently cause an overload on our ads systems or processes, a notification will be issued to them with specific details at least 7 days in advance to remediate the issue. No action will be taken on the advertiser's Google ads account prior to issuance of the warning notification.

Related links

- About your account organization
- Organize your account with ad groups
- Add keywords

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

# Need more help?

Sign in for additional support options to quickly solve your issue

©2021 Google

- Privacy Policy
- Terms of Service
- Google Ads Advertising Policies
- About the Help Center



English

1. català
2. dansk
3. Deutsch
4. eesti
5. English (Australia)
6. English (United Kingdom)
7. español
8. español (Latinoamérica)
9. Filipino
10. français
11. hrvatski
12. Indonesia
13. italiano
14. latviešu
15. lietuvių
16. magyar
17. Melayu
18. Nederlands
19. norsk
20. polski
21. português
22. português (Brasil)
23. română
24. slovenčina
25. slovenščina
26. suomi

27. svenska
28. Tiếng Việt
29. Türkçe
30. čeština
31. Ελληνικά
32. български
33. русский
34. српски
35. українська
36. עברית
37. العربية
38. हिन्दी
39. ไทย
40. 中文（简体）
41. 中文（繁體）
42. 中文（香港）
43. 日本語
44. 한국어
45. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- Help Center

  o Coronavirus (COVID-19) Resources and Updates

  o Setup and basics

  o Manage ads

- o [Measure results](#)

- o [Smart campaigns](#)

- o [Billing](#)

- o [Learn](#)

- o [Google Partners](#)

- **[Community](#)**

- **[Google Ads](#)**

- [Privacy Policy](#)

- [Terms of Service](#)

- [Submit feedback](#)

Your guide to Google AdsGoogle Ads basicsCreate ads and campaignsChoose where and when ads appearFind out if your ad is runningAccount administration and security

Ads and approvalsCampaign settingsBudgets and bidsKeywordsReach your audienceTarget placements and topicsMultiple or large accountsLocal Services adsThe Google Ads mobile appRecommendations and optimization score

Connect your goals to dataFind and run reportsUnderstanding your dataTrack sales and other conversionsGoogle Analytics and Google AdsCommon reporting issues

Get startedSetup and managementCalls in Smart campaigns

Payment methods and settingsBasic billing tasksPromotions and couponsRefunds and adjustmentsTaxesIssues with payments and charges

Your guide to Google AdsGoogle Ads training on SkillshopAccount walk-throughsGlossary

Google Partners Program

## What is the issue with this selection?



Inaccurate - doesn't match what I see in the product



Hard to understand - unclear or translation is wrong



Missing info - relevant but not comprehensive



Irrelevant - doesn't match the title and / or my expectations



Minor errors - formatting issues, typos, and / or broken links



Other suggestions - ideas to improve the content

## Share additional info or suggestions

Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.



Google Ads Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunityAnnouncements

# About language targeting

If you try to communicate with others who don't speak the same language, you might find it tough to get your message across. Similarly, when advertising using Google Ads, you want your ads to appear to customers who can understand them. Learn how to Target ads to geographic locations.

Language targeting lets you target your ads to potential customers who use Google products and third-party websites based on the languages those customers understand.

## Choose your target language

Language targeting allows you to choose the language of the potential customers you'd like to reach. We'll show your ads to customers who use Google products (such as Search or Gmail) or visit sites and apps on the **Google Display Network** (GDN) in that same language. Keep in mind that Google doesn't translate ads or keywords.

### Target languages on the Search Network

Google Ads on the Search Network can target one language, multiple languages, or all languages. Your ads will be eligible for queries where the keywords match and Google believes that the user understands at least one targeted language.

You might find it helpful to target all languages. By targeting all languages, you can reach people who speak more than one language and may search in several languages.

### How Google Ads detects languages

On the Search Network

Google Ads uses a variety of signals to understand which language the user knows, and attempts to serve the best ad available in a language the user understands. These signals could include query language, user settings, and other language signals as derived by our machine learning algorithms.

**Example**

Pat understands both English and Spanish. While her mobile browser is set to a Spanish interface, her other activity on Google strongly suggests she speaks English too; e.g., many of her queries are also in English, such as "buy shoes online." She would therefore be eligible to see ads that target either English or Spanish, when the keywords match.

On the Display Network

On the Google Display Network, Google Ads may detect and look at the language of pages or apps that someone is viewing or has recently viewed, to determine which ads to show. This means that we may detect the language from either pages or apps that the person had viewed in the past, or the page that she is currently viewing.

**Example**

Maya has viewed several cooking blogs on the Google Display Network that are written in Japanese, and she sees ads from campaigns targeted to Japanese speakers. She may also see Japanese ads even when she reads other blogs on the Display Network that are written in English because of her viewing history.

Related links

- Target ads to geographic locations
- Choose your location and language settings

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

# Need more help?

Sign in for additional support options to quickly solve your issue

# Choose where and when ads appear

- About language targeting
- Target ads to geographic locations
- Exclude ads from geographic locations
- About advanced location options
- About ad reach
- About targeting geographic locations
- Location target types by country
- Refine your location targeting
- Target customers near an address with location extensions

- ©2021 Google
- Privacy Policy
- Terms of Service
- Google Ads Advertising Policies
- About the Help Center



English

1. català
2. dansk
3. Deutsch
4. eesti
5. English (Australia)
6. English (United Kingdom)
7. español
8. español (Latinoamérica)
9. Filipino
10. français
11. hrvatski
12. Indonesia
13. italiano
14. latviešu
15. lietuvių
16. magyar
17. Melayu
18. Nederlands
19. norsk
20. polski
21. português
22. português (Brasil)
23. română

24. slovenčina
25. slovenščina
26. suomi
27. svenska
28. Tiếng Việt
29. Türkçe
30. čeština
31. Ελληνικά
32. български
33. русский
34. српски
35. українська
36. עברית
37. العربية
38. हिन्दी
39. ไทย
40. 中文（简体）
41. 中文（繁體）
42. 中文（香港）
43. 日本語
44. 한국어
45. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- Help Center

  o Coronavirus (COVID-19) Resources and Updates

  o Setup and basics

- o [Manage ads](#)

- o [Measure results](#)

- o [Smart campaigns](#)

- o [Billing](#)

- o [Learn](#)

- o [Google Partners](#)

- [Community](#)

- [Google Ads](#)

- [Privacy Policy](#)

- [Terms of Service](#)

- [Submit feedback](#)

Your guide to Google AdsGoogle Ads basicsCreate ads and campaignsChoose where and when ads appearFind out if your ad is runningAccount administration and security Ads and approvalsCampaign settingsBudgets and bidsKeywordsReach your audienceTarget placements and topicsMultiple or large accountsLocal Services adsThe Google Ads mobile appRecommendations and optimization score

Connect your goals to dataFind and run reportsUnderstanding your dataTrack sales and other conversionsGoogle Analytics and Google AdsCommon reporting issues

Get startedSetup and managementCalls in Smart campaigns

Payment methods and settingsBasic billing tasksPromotions and couponsRefunds and adjustmentsTaxesIssues with payments and charges

Your guide to Google AdsGoogle Ads training on SkillshopAccount walk-throughsGlossary

Google Partners Program

# What is the issue with this selection?



Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

# Share additional info or suggestions

Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.



Google Ads Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunityAnnouncements

# About extensions

Extensions expand your ad with additional information—giving people more reasons to choose your business. They typically increase an ad's click-through-rate by several percentage points. Extension formats include call buttons, location information, links to specific parts of your website, additional text, and more.

This article gives an overview of extensions in general. To learn what each extension type does, and how to pick the right extensions for you, go to Select extensions to use.

## How they work

To maximize the performance of your text ads, Google Ads selects which extensions to show in response to each individual search on Google. For that reason, it's a good idea to use all the extensions relevant to your business goals.

By adding more content to your ad, extensions give your ad greater visibility and prominence on the search results page. That means you tend to get more value from your ad. Extensions often increase your total number of clicks, and can give people additional, interactive ways of reaching you—as with maps or calls.

Many extension types require a bit of set-up—those are manual. Some extensions are added automatically when Google Ads predicts they'll improve your performance—those are automated. No setup is required for automated extensions, so they don't show up among the options when you're creating manual extensions. Learn more about automated extensions.

## When extensions show

Adding an extension won't guarantee that it will show with your ad all the time. Extensions show with your ad when:

- The extension (or combination of extensions) is predicted to improve your performance.
- Your ad's position and **Ad Rank** is high enough for extensions to show. To show extensions, Google Ads requires a minimum Ad Rank. (Ad Rank calculations factor in your extensions).

Learn more about When extensions show. To keep track of when your extensions show See extension performance. Finally, you can find instructions to Make your extensions more likely to show.

Cost

There's no cost to add extensions to your campaign. Clicks on your ad (including your extension) will be charged as usual. (The exception is clicks on seller ratings, which are not charged.) So you're charged a click when someone calls you from a call extension or when someone downloads your app from an app extension. Google Ads charges no more than two clicks per impression for each ad and its extensions. Learn more About extensions and actual cost-per-click.

Related links

- Select extensions to use
- About extensions and your actual cost per click
- When extensions show

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

# Need more help?

Sign in for additional support options to quickly solve your issue

## Ads and approvals

- Select extensions to use
- When extensions show

- Make extensions more likely to show
- About extensions and your actual cost-per-click
- Remove extensions
- Schedule your extensions
- Measure ad extension performance
- About automated extensions
- Check the performance of automated extensions
- Show business locations or phone numbers
- Show additional information, links, or apps
- Reviews, social information, and additional site details
- Manage your local business presence on Google
- Create lead form extensions
- Troubleshoot Location Extension creation using Google My Business

- ©2021 Google
- Privacy Policy
- Terms of Service
- Google Ads Advertising Policies
- About the Help Center



English

1. català
2. dansk
3. Deutsch
4. eesti
5. English (Australia)
6. English (United Kingdom)
7. español
8. español (Latinoamérica)
9. Filipino
10. français
11. hrvatski
12. Indonesia
13. italiano
14. latviešu
15. lietuvių
16. magyar
17. Melayu
18. Nederlands
19. norsk
20. polski
21. português

22. português (Brasil)
23. română
24. slovenčina
25. slovenščina
26. suomi
27. svenska
28. Tiếng Việt
29. Türkçe
30. čeština
31. Ελληνικά
32. български
33. русский
34. српски
35. українська
36. עברית
37. العربية
38. हिन्दी
39. ไทย
40. 中文（简体）
41. 中文（繁體）
42. 中文（香港）
43. 日本語
44. 한국어
45. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- Help Center

  o Coronavirus (COVID-19) Resources and Updates

  o Setup and basics

- o [Manage ads](#)

- o [Measure results](#)

- o [Smart campaigns](#)

- o [Billing](#)

- o [Learn](#)

- o [Google Partners](#)

- [Community](#)

- [Google Ads](#)

- [Privacy Policy](#)

- [Terms of Service](#)

- [Submit feedback](#)

Your guide to Google AdsGoogle Ads basicsCreate ads and campaignsChoose where and when ads appearFind out if your ad is runningAccount administration and security Ads and approvalsCampaign settingsBudgets and bidsKeywordsReach your audienceTarget placements and topicsMultiple or large accountsLocal Services adsThe Google Ads mobile appRecommendations and optimization score
Connect your goals to dataFind and run reportsUnderstanding your dataTrack sales and other conversionsGoogle Analytics and Google AdsCommon reporting issues
Get startedSetup and managementCalls in Smart campaigns
Payment methods and settingsBasic billing tasksPromotions and couponsRefunds and adjustmentsTaxesIssues with payments and charges
Your guide to Google AdsGoogle Ads training on SkillshopAccount walk-throughsGlossary
Google Partners Program

## What is the issue with this selection?



Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

## Share additional info or suggestions

Do not share any personal info
Cancel
Submit

By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.

YouTube Help



Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunity

# Supported YouTube file formats

**Note**: Audio files, like MP3, WAV, or PCM files, can't be uploaded to YouTube. You can use video editing software to convert your audio file to a video.

If you're not sure which format to save your video as or are getting an "invalid file format" error message when you're uploading, make sure that you're using one of the following formats:

- .MOV
- .MPEG-1
- .MPEG-2
- .MPEG4
- .MP4
- .MPG
- .AVI
- .WMV
- .MPEGPS
- .FLV
- 3GPP
- WebM
- DNxHR
- ProRes
- CineForm
- HEVC (h265)

If you're using a file format that's not listed above, use this troubleshooter to learn how to convert your file.

For more advanced information on file formats you can read through this article on encoding settings.

Select the file format you'd like to convert  mswmm (Movie maker project file), .msdvd (DVD Maker project file), .wlmp (Movie maker project file) .camproj (Camtasia project file) imovieproject, .dvdproj (iDVD project file), .rcproject (iMovie project file) .piv Other

Are you using Windows Movie Maker or Windows Live Movie Maker? Windows Live Movie Maker

Was this helpful?
YesNo

Submit

©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português

19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback about our Help Center



Google Help

- Help Center

  - Fix a problem

  - Watch videos

- Manage your account & settings

- Supervised experience on YouTube

- Join & manage YouTube Premium

- Create & grow your channel

- Monetize with the YouTube Partner Program

- Policy, safety, & copyright

- Community

- YouTube

- Privacy Policy

- YouTube Terms of Service

- Submit feedback

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program

Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows

Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues

Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube

YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers

YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

Send feedback on...

This help content & information General Help Center experience



- 

# **Ads scripts**



Select an optionEnglish

- English
- Bahasa Indonesia
- Deutsch
- Español
- Français
- Português – Brasil
- Русский
- 中文 – 简体
- 日本語
- 한국어

Sign in

Home Guides Reference Samples Support Solutions More



- 

# **Ads scripts**

- Home
- Guides
- Reference
- Samples

- Support
- Solutions

- Home
- Products
- Google Ads scripts

Send feedback

# Google Ads automation made easy

Google Ads scripts provide a way to programmatically control your Google Ads data using simple JavaScript in a browser-based IDE. You can use scripts to automate common procedures or interact with external data—for one to many Google Ads accounts.

**Getting started**
Only entry-level familiarity with JavaScript is needed—the IDE helps with syntax highlighting, auto-complete, and previewing. All you need is a Google Ads account to start writing your first script.

Get started

# What's new

August 6, 2020
    Added beta support for search.
February 24, 2020
    Added support for new style responsive display ads.
August 8, 2019
    Added support for price extensions.

Read more

[{ "type": "thumb-down", "id": "missingTheInformationINeed", "label":"Missing the information I need" },{ "type": "thumb-down", "id": "tooComplicatedTooManySteps", "label":"Too complicated / too many steps" },{ "type": "thumb-down", "id": "outOfDate", "label":"Out of date" },{ "type": "thumb-down", "id": "samplesCodeIssue", "label":"Samples / code issue" },{ "type": "thumb-down", "id": "otherDown", "label":"Other" }] [{ "type": "thumb-up", "id": "easyToUnderstand", "label":"Easy to understand" },{ "type": "thumb-up", "id": "solvedMyProblem", "label":"Solved my problem" },{ "type": "thumb-up", "id": "otherUp", "label":"Other" }] Need to tell us more?

- **Connect**
    - Blog
    - Facebook

**2294**
2489

- o [Medium](#)
- o [Twitter](#)
- o [YouTube](#)
- **Programs**
  - o [Women Techmakers](#)
  - o [Google Developer Groups](#)
  - o [Google Developers Experts](#)
  - o [Accelerators](#)
  - o [Developer Student Clubs](#)
- **Developer consoles**
  - o [Google API Console](#)
  - o [Google Cloud Platform Console](#)
  - o [Google Play Console](#)
  - o [Firebase Console](#)
  - o [Actions on Google Console](#)
  - o [Cast SDK Developer Console](#)
  - o [Chrome Web Store Dashboard](#)



- [Android](#)
- [Chrome](#)
- [Firebase](#)
- [Google Cloud Platform](#)
- [All products](#)

- [Terms](#)
- [Privacy](#)
- Sign up for the Google Developers newsletter [Subscribe](#)



Select an optionEnglish

- English
- Bahasa Indonesia
- Deutsch
- Español
- Français
- Português – Brasil
- Русский
- **中文** – 简体
- **日本語**
- 한국어



- [Ads scripts](#)



Select an optionEnglish

- English
- Bahasa Indonesia
- Deutsch
- Español
- Français
- Português – Brasil
- Русский
- 中文 – 简体
- 日本語
- 한국어

[Sign in](#)

[Home](#) [Guides](#) [Reference](#) [Samples](#) [Support](#) [Solutions](#) [More](#)



- [Ads scripts](#)

- [Home](#)
- [Guides](#)
- [Reference](#)
- [Samples](#)
- [Support](#)
- [Solutions](#)

- [Get Started](#)
- Scripting Concepts
  - [Authorization](#)
  - [Iterators](#)
  - [Selectors](#)
  - [Builders](#)
  - [IDs](#)
  - [Execution Info](#)

- o  Preview Mode
- o  Execution Logs
- o  Errors and Warnings
- Features
  - o  Google Ads Entities
  - o  Ad Customizers
  - o  Ad Extensions
  - o  Ad Media
  - o  Ad Params
  - o  Ad Types
  - o  Advanced APIs
  - o  Bidding
  - o  Bulk Upload
  - o  Bulk Upload Entities
  - o  Campaign Drafts & Experiments
  - o  Campaign Targeting
  - o  Dates and Times
  - o  External Data Integration
  - o  Labels
  - o  Ads Manager (MCC) Scripts
  - o  Reports
  - o  Search
  - o  Shopping Campaigns
  - o  Third-party APIs
  - o  Video Campaigns

- Home
- Products
- Google Ads scripts
- Guides

Was this helpful?
Send feedback

# Google Ads Entities



Google Ads scripts work with the following Google Ads entities:

Account
 Get account information. Can also fetch accounts of a manager account.
Ad customizers
 Get, create, set, or remove ad customizers items.
Ad groups

Pause/enable or change default keyword max cpc bid. Create keywords, expanded text ads, and negative keywords.

Ad params

Create or remove ad params.

Ad media

Upload or query ad media.

Ads

Pause/enable/remove or get an ad.

Ad schedule

Get or remove an ad schedule. Set bid modifier.

Bidding Strategy

Access account-level flexible bidding strategies. More about bidding.

Budget orders

Query budget orders.

Budgets

Get or set budget amount.

Campaigns

Pause/enable or modify budget. Create ad groups and negative keywords.

Display

Create, remove, or change CPM and max CPC bid for keywords, placements, topics, or audiences.

Extensions

Create or remove ad extensions: callout, message, mobile app, phone number, review, sitelink, or snippet.

Keywords

Pause/enable, remove, or change max CPC bid. Search keywords only.

Labels

Create, remove, apply to, or remove from entities. More on labels.

Negative keywords

create or remove.

Reports

Support for all listed reports.

Shared sets (excluded placement list, negative keyword list)

Share negative keyword or placement lists across campaigns.

Shopping campaigns

Set up or manage Shopping campaigns.

Targeting

Access campaign-level targeting. Available targets include location, proximity, platforms, language, content labels, and audiences.

User lists

Query or manage user lists.

Video campaigns

Set up or manage video campaigns.

Was this helpful?

Send feedback

Except as otherwise noted, the content of this page is licensed under the Creative Commons Attribution 4.0 License, and code samples are licensed under the Apache 2.0 License. For details, see the Google Developers Site Policies. Java is a registered trademark of Oracle and/or its affiliates.

Last updated 2021-07-02 UTC.

[{ "type": "thumb-down", "id": "missingTheInformationINeed", "label":"Missing the information I need" },{ "type": "thumb-down", "id": "tooComplicatedTooManySteps", "label":"Too complicated / too many steps" },{ "type": "thumb-down", "id": "outOfDate", "label":"Out of date" },{ "type": "thumb-down", "id": "samplesCodeIssue", "label":"Samples / code issue" },{ "type": "thumb-down", "id": "otherDown", "label":"Other" }] [{ "type": "thumb-up", "id": "easyToUnderstand", "label":"Easy to understand" },{ "type": "thumb-up", "id": "solvedMyProblem", "label":"Solved my problem" },{ "type": "thumb-up", "id": "otherUp", "label":"Other" }] Need to tell us more?

- **Connect**
  - Blog
  - Facebook
  - Medium
  - Twitter
  - YouTube
- **Programs**
  - Women Techmakers
  - Google Developer Groups
  - Google Developers Experts
  - Accelerators
  - Developer Student Clubs
- **Developer consoles**
  - Google API Console
  - Google Cloud Platform Console
  - Google Play Console
  - Firebase Console
  - Actions on Google Console
  - Cast SDK Developer Console
  - Chrome Web Store Dashboard



- Android
- Chrome
- Firebase
- Google Cloud Platform
- All products

- [Terms](#)
- [Privacy](#)
- Sign up for the Google Developers newsletter [Subscribe](#)



Select an optionEnglish

- English
- Bahasa Indonesia
- Deutsch
- Español
- Français
- Português – Brasil
- Русский
- **中文** – 简体
- **日本語**
- 한국어



- [Ads scripts](#)



Select an optionEnglish

- English
- Bahasa Indonesia
- Deutsch
- Español
- Français
- Português – Brasil
- Русский
- 中文 – 简体
- 日本語
- 한국어

[Sign in](#)

[Home](#) [Guides](#) [Reference](#) [Samples](#) [Support](#) [Solutions](#) [More](#)



- [Ads scripts](#)

- [Home](#)
- [Guides](#)
- [Reference](#)
- [Samples](#)
- [Support](#)
- [Solutions](#)

- [What's New](#)
- AdsApp
  - [Overview](#)
  - Ad customizers
    - Items
      - [AdCustomizerItem](#)
      - [AdCustomizerItemBuilder](#)
      - [AdCustomizerItemIterator](#)

- AdCustomizerItemOperation
- AdCustomizerItemSelector
  - Sources
    - AdCustomizerSource
    - AdCustomizerSourceBuilder
    - AdCustomizerSourceIterator
    - AdCustomizerSourceOperation
    - AdCustomizerSourceSelector
- Ad extensions
  - Callouts
    - AccountCallout
    - AccountCalloutIterator
    - AccountCalloutSelector
    - AdGroupCallout
    - AdGroupCalloutIterator
    - AdGroupCalloutSelector
    - Callout
    - CalloutBuilder
    - CalloutIterator
    - CalloutOperation
    - CalloutSelector
    - CampaignCallout
    - CampaignCalloutIterator
    - CampaignCalloutSelector
  - Messages
    - AccountMessage
    - AccountMessageIterator
    - AccountMessageSelector
    - AdGroupMessage
    - AdGroupMessageIterator
    - AdGroupMessageSelector
    - CampaignMessage
    - CampaignMessageIterator
    - CampaignMessageSelector
    - Message
    - MessageBuilder
    - MessageIterator
    - MessageOperation
    - MessageSelector
  - Mobile apps
    - AccountMobileApp
    - AccountMobileAppIterator
    - AccountMobileAppSelector
    - AdGroupMobileApp
    - AdGroupMobileAppIterator
    - AdGroupMobileAppSelector

- CampaignMobileApp
- CampaignMobileAppIterator
- CampaignMobileAppSelector
- MobileApp
- MobileAppBuilder
- MobileAppIterator
- MobileAppOperation
- MobileAppSelector
- MobileAppUrls
- Phone numbers
  - AccountPhoneNumber
  - AccountPhoneNumberIterator
  - AccountPhoneNumberSelector
  - AdGroupPhoneNumber
  - AdGroupPhoneNumberIterator
  - AdGroupPhoneNumberSelector
  - CampaignPhoneNumber
  - CampaignPhoneNumberIterator
  - CampaignPhoneNumberSelector
  - PhoneNumber
  - PhoneNumberBuilder
  - PhoneNumberIterator
  - PhoneNumberOperation
  - PhoneNumberSelector
- Prices
  - AccountPrice
  - AccountPriceIterator
  - AccountPriceSelector
  - AdGroupPrice
  - AdGroupPriceIterator
  - AdGroupPriceSelector
  - CampaignPrice
  - CampaignPriceIterator
  - CampaignPriceSelector
  - Price
  - PriceBuilder
  - PriceItem
  - PriceItemBuilder
  - PriceItemOperation
  - PriceIterator
  - PriceOperation
  - PriceSelector
- Sitelinks
  - AccountSitelink
  - AccountSitelinkIterator
  - AccountSitelinkSelector

- - AdGroupSitelink
    - AdGroupSitelinkIterator
    - AdGroupSitelinkSelector
    - CampaignSitelink
    - CampaignSitelinkIterator
    - CampaignSitelinkSelector
    - Sitelink
    - SitelinkBuilder
    - SitelinkIterator
    - SitelinkOperation
    - SitelinkSelector
    - SitelinkUrls
  - Snippets
    - AccountSnippet
    - AccountSnippetIterator
    - AccountSnippetSelector
    - AdGroupSnippet
    - AdGroupSnippetIterator
    - AdGroupSnippetSelector
    - CampaignSnippet
    - CampaignSnippetIterator
    - CampaignSnippetSelector
    - Snippet
    - SnippetBuilder
    - SnippetIterator
    - SnippetOperation
    - SnippetSelector
  - AccountExtensions
  - AdGroupExtensions
  - CampaignExtensions
  - ExtensionSchedule
  - Extensions
- Ad groups
  - AccountAdGroupTargeting
  - AdGroup
  - AdGroupBidding
  - AdGroupBuilder
  - AdGroupDevices
  - AdGroupIterator
  - AdGroupOperation
  - AdGroupSelector
  - AdGroupTargeting
  - AdGroupUrls
- Ad params
  - AdParam
  - AdParamIterator

- ▪ AdParamSelector
- o Ads
  - ▪ Ad
  - ▪ AdBuilderSpace
  - ▪ AdIterator
  - ▪ AdOperation
  - ▪ AdSelector
  - ▪ AdTextAsset
  - ▪ AdTypeSpace
  - ▪ AdUrls
  - ▪ AdViewSpace
  - ▪ ExpandedTextAd
  - ▪ ExpandedTextAdBuilder
  - ▪ GmailImageAd
  - ▪ GmailMultiProductAd
  - ▪ GmailSinglePromotionAd
  - ▪ Html5Ad
  - ▪ ImageAd
  - ▪ ImageAdBuilder
  - ▪ PolicyTopic
  - ▪ ResponsiveDisplayAd
  - ▪ ResponsiveDisplayAdBuilder
  - ▪ ResponsiveSearchAd
  - ▪ ResponsiveSearchAdBuilder
- o Assets
  - ▪ AdAssets
  - ▪ Asset
  - ▪ AssetIterator
  - ▪ AssetOperation
  - ▪ AssetSelector
  - ▪ ImageAssetBuilder
  - ▪ MediaBundleAssetBuilder
  - ▪ YouTubeVideoAssetBuilder
- o Bidding Strategies
  - ▪ BiddingStrategy
  - ▪ BiddingStrategyIterator
  - ▪ BiddingStrategySelector
- o Budget orders
  - ▪ BillingAccount
  - ▪ BudgetOrder
  - ▪ BudgetOrderIterator
  - ▪ BudgetOrderSelector
- o Budgets
  - ▪ Budget
  - ▪ BudgetIterator
  - ▪ BudgetSelector

- o Bulk uploads
  - BulkUploads
  - CsvUpload
  - FileUpload
- o Campaigns
  - Campaign
  - CampaignBidding
  - CampaignIterator
  - CampaignSelector
  - CampaignTargeting
  - CampaignUrls
- o Common
  - Account
  - ExecutionInfo
  - GoogleAdsDate
  - Stats
- o Display
  - Audiences
    - Audience
    - AudienceBuilder
    - AudienceIterator
    - AudienceOperation
    - AudienceSelector
    - ExcludedAudience
    - ExcludedAudienceIterator
    - ExcludedAudienceOperation
    - ExcludedAudienceSelector
  - Keywords
    - DisplayKeyword
    - DisplayKeywordBuilder
    - DisplayKeywordIterator
    - DisplayKeywordOperation
    - DisplayKeywordSelector
    - ExcludedDisplayKeyword
    - ExcludedDisplayKeywordIterator
    - ExcludedDisplayKeywordOperation
    - ExcludedDisplayKeywordSelector
  - Placements
    - ExcludedPlacement
    - ExcludedPlacementIterator
    - ExcludedPlacementOperation
    - ExcludedPlacementSelector
    - Placement
    - PlacementBuilder
    - PlacementIterator
    - PlacementOperation

**2307**

2502

- PlacementSelector
- Topics
  - ExcludedTopic
  - ExcludedTopicIterator
  - ExcludedTopicOperation
  - ExcludedTopicSelector
  - Topic
  - TopicBuilder
  - TopicIterator
  - TopicOperation
  - TopicSelector
- YouTube channels
  - ExcludedYouTubeChannel
  - ExcludedYouTubeChannelIterator
  - ExcludedYouTubeChannelOperation
  - ExcludedYouTubeChannelSelector
  - YouTubeChannel
  - YouTubeChannelBuilder
  - YouTubeChannelIterator
  - YouTubeChannelOperation
  - YouTubeChannelSelector
- YouTube videos
  - ExcludedYouTubeVideo
  - ExcludedYouTubeVideoIterator
  - ExcludedYouTubeVideoOperation
  - ExcludedYouTubeVideoSelector
  - YouTubeVideo
  - YouTubeVideoBuilder
  - YouTubeVideoIterator
  - YouTubeVideoOperation
  - YouTubeVideoSelector
- AdGroupDisplay
- CampaignDisplay
- Display
- DisplayCriterionBidding
- Drafts
  - Draft
  - DraftBuilder
  - DraftIterator
  - DraftOperation
  - DraftSelector
- Experiments
  - Experiment
  - ExperimentBuilder
  - ExperimentIterator
  - ExperimentSelector

**2308**

- o Keywords
  - Keyword
  - KeywordBidding
  - KeywordBuilder
  - KeywordIterator
  - KeywordOperation
  - KeywordSelector
  - KeywordUrls
- o Labels
  - Label
  - LabelIterator
  - LabelSelector
- o Media
  - AdMedia
  - Dimensions
  - ImageBuilder
  - Media
  - MediaBundleBuilder
  - MediaDimensions
  - MediaIterator
  - MediaOperation
  - MediaSelector
  - MediaUrls
  - VideoBuilder
- o Negative keywords
  - NegativeKeyword
  - NegativeKeywordIterator
  - NegativeKeywordSelector
- o Reports
  - Report
  - ReportColumnHeader
  - ReportRow
  - ReportRowIterator
  - SearchRowIterator
- o Shared sets
  - Excluded placement lists
    - ExcludedPlacementList
    - ExcludedPlacementListBuilder
    - ExcludedPlacementListIterator
    - ExcludedPlacementListOperation
    - ExcludedPlacementListSelector
    - SharedExcludedPlacement
    - SharedExcludedPlacementIterator
    - SharedExcludedPlacementSelector
  - Negative keyword lists
    - NegativeKeywordList

**2309**

- - - NegativeKeywordListBuilder
    - NegativeKeywordListIterator
    - NegativeKeywordListOperation
    - NegativeKeywordListSelector
    - SharedNegativeKeyword
    - SharedNegativeKeywordIterator
    - SharedNegativeKeywordSelector
  - Shopping
    - Ad groups
      - Targeting
        - Audiences
          - ShoppingAdGroupAudience
          - ShoppingAdGroupAudienceBuilder
          - ShoppingAdGroupAudienceIterator
          - ShoppingAdGroupAudienceOperation
          - ShoppingAdGroupAudienceSelector
      - AccountShoppingAdGroupTargeting
      - ShoppingAdGroup
      - ShoppingAdGroupBidding
      - ShoppingAdGroupBuilder
      - ShoppingAdGroupIterator
      - ShoppingAdGroupOperation
      - ShoppingAdGroupSelector
      - ShoppingAdGroupTargeting
    - Campaigns
      - Targeting
        - Audiences
          - ShoppingAudienceBidding
          - ShoppingCampaignAudience
          - ShoppingCampaignAudienceBuilder
          - ShoppingCampaignAudienceIterator
          - ShoppingCampaignAudienceOperation
          - ShoppingCampaignAudienceSelector
      - AccountShoppingCampaignTargeting
      - ShoppingCampaign
      - ShoppingCampaignBidding
      - ShoppingCampaignIterator
      - ShoppingCampaignSelector
      - ShoppingCampaignTargeting
    - Product ads
      - ProductAd
      - ProductAdBuilder
      - ProductAdIterator
      - ProductAdOperation
      - ProductAdSelector
    - Product brands

- ▪ ProductBrand
- ▪ ProductBrandBuilder
- ▪ ProductBrandOperation
- Product categories
  - ▪ ProductCategory
  - ▪ ProductCategoryBuilder
  - ▪ ProductCategoryOperation
- Product channel exclusivities
  - ▪ ProductChannelExclusivity
  - ▪ ProductChannelExclusivityBuilder
  - ▪ ProductChannelExclusivityOperation
- Product channels
  - ▪ ProductChannel
  - ▪ ProductChannelBuilder
  - ▪ ProductChannelOperation
- Product conditions
  - ▪ ProductCondition
  - ▪ ProductConditionBuilder
  - ▪ ProductConditionOperation
- Product custom labels
  - ▪ ProductCustomLabel
  - ▪ ProductCustomLabelBuilder
  - ▪ ProductCustomLabelOperation
- Product groups
  - ▪ ProductGroup
  - ▪ ProductGroupBuilderSpace
  - ▪ ProductGroupIterator
  - ▪ ProductGroupOperation
  - ▪ ProductGroupSelector
- Product item IDs
  - ▪ ProductItemId
  - ▪ ProductItemIdBuilder
  - ▪ ProductItemIdOperation
- Product types
  - ▪ ProductType
  - ▪ ProductTypeBuilder
  - ▪ ProductTypeOperation
- o Targeting
  - ▪ Ad schedules
    - ▪ AdSchedule
    - ▪ AdScheduleIterator
    - ▪ AdScheduleOperation
    - ▪ AdScheduleSelector
  - ▪ Audiences
    - ▪ SearchAdGroupAudience
    - ▪ SearchAdGroupAudienceBuilder

- SearchAdGroupAudienceIterator
- SearchAdGroupAudienceOperation
- SearchAdGroupAudienceSelector
- SearchAdGroupExcludedAudience
- SearchAdGroupExcludedAudienceIterator
- SearchAdGroupExcludedAudienceOperation
- SearchAdGroupExcludedAudienceSelector
- SearchAudienceBidding
- SearchCampaignAudience
- SearchCampaignAudienceBuilder
- SearchCampaignAudienceIterator
- SearchCampaignAudienceOperation
- SearchCampaignAudienceSelector
- SearchCampaignExcludedAudience
- SearchCampaignExcludedAudienceIterator
- SearchCampaignExcludedAudienceOperation
- SearchCampaignExcludedAudienceSelector
- Content labels
  - ExcludedContentLabel
  - ExcludedContentLabelIterator
  - ExcludedContentLabelOperation
  - ExcludedContentLabelSelector
- Excluded locations
  - ExcludedLocation
  - ExcludedLocationIterator
  - ExcludedLocationOperation
  - ExcludedLocationSelector
- Languages
  - Language
  - LanguageIterator
  - LanguageOperation
  - LanguageSelector
- Locations
  - TargetedLocation
  - TargetedLocationIterator
  - TargetedLocationOperation
  - TargetedLocationSelector
- Platforms
  - Platform
  - PlatformIterator
  - PlatformSelector
- Proximities
  - Address
  - TargetedProximity
  - TargetedProximityIterator
  - TargetedProximityOperation

**2312**

- TargetedProximitySelector
        - Targeting
        - VideoCampaignTargeting
  - User lists
        - UserList
        - UserListIterator
        - UserListSelector
  - Video
    - Ad groups
        - VideoAdGroup
        - VideoAdGroupBidding
        - VideoAdGroupBuilder
        - VideoAdGroupIterator
        - VideoAdGroupOperation
        - VideoAdGroupSelector
    - Ads
        - BumperAdBuilder
        - InStreamAdBuilder
        - NonSkippableAdBuilder
        - VideoAd
        - VideoAdBuilderSpace
        - VideoAdIterator
        - VideoAdOperation
        - VideoAdSelector
        - VideoAdUrls
        - VideoDiscoveryAdBuilder
    - Campaigns
        - FrequencyCap
        - FrequencyCapBuilder
        - FrequencyCaps
        - VideoCampaign
        - VideoCampaignBidding
        - VideoCampaignIterator
        - VideoCampaignSelector
    - Video Targeting
      - Ages
        - ExcludedVideoAge
        - ExcludedVideoAgeIterator
        - ExcludedVideoAgeOperation
        - ExcludedVideoAgeSelector
        - VideoAge
        - VideoAgeBuilder
        - VideoAgeIterator
        - VideoAgeOperation
        - VideoAgeSelector
      - Audiences

- ExcludedVideoAudience
- ExcludedVideoAudienceIterator
- ExcludedVideoAudienceOperation
- ExcludedVideoAudienceSelector
- VideoAudience
- VideoAudienceBuilder
- VideoAudienceIterator
- VideoAudienceOperation
- VideoAudienceSelector
- Genders
  - ExcludedVideoGender
  - ExcludedVideoGenderIterator
  - ExcludedVideoGenderOperation
  - ExcludedVideoGenderSelector
  - VideoGender
  - VideoGenderBuilder
  - VideoGenderIterator
  - VideoGenderOperation
  - VideoGenderSelector
- Keywords
  - ExcludedVideoKeyword
  - ExcludedVideoKeywordIterator
  - ExcludedVideoKeywordOperation
  - ExcludedVideoKeywordSelector
  - VideoKeyword
  - VideoKeywordBidding
  - VideoKeywordBuilder
  - VideoKeywordIterator
  - VideoKeywordOperation
  - VideoKeywordSelector
- Mobile application categories
  - ExcludedVideoMobileAppCategory
  - ExcludedVideoMobileAppCategoryIterator
  - ExcludedVideoMobileAppCategoryOperation
  - ExcludedVideoMobileAppCategorySelector
  - VideoMobileAppCategory
  - VideoMobileAppCategoryBuilder
  - VideoMobileAppCategoryIterator
  - VideoMobileAppCategoryOperation
  - VideoMobileAppCategorySelector
- Mobile applications
  - ExcludedVideoMobileApplication
  - ExcludedVideoMobileApplicationIterator
  - ExcludedVideoMobileApplicationOperation
  - ExcludedVideoMobileApplicationSelector
  - VideoMobileApplication

- VideoMobileApplicationBuilder
- VideoMobileApplicationIterator
- VideoMobileApplicationOperation
- VideoMobileApplicationSelector
- Parental statuses
  - ExcludedVideoParentalStatus
  - ExcludedVideoParentalStatusIterator
  - ExcludedVideoParentalStatusOperation
  - ExcludedVideoParentalStatusSelector
  - VideoParentalStatus
  - VideoParentalStatusBuilder
  - VideoParentalStatusIterator
  - VideoParentalStatusOperation
  - VideoParentalStatusSelector
- Placements
  - ExcludedVideoPlacement
  - ExcludedVideoPlacementIterator
  - ExcludedVideoPlacementOperation
  - ExcludedVideoPlacementSelector
  - VideoPlacement
  - VideoPlacementBuilder
  - VideoPlacementIterator
  - VideoPlacementOperation
  - VideoPlacementSelector
- Topics
  - ExcludedVideoTopic
  - ExcludedVideoTopicIterator
  - ExcludedVideoTopicOperation
  - ExcludedVideoTopicSelector
  - VideoTopic
  - VideoTopicBuilder
  - VideoTopicIterator
  - VideoTopicOperation
  - VideoTopicSelector
- YouTube channels
  - ExcludedVideoYouTubeChannel
  - ExcludedVideoYouTubeChannelIterator
  - ExcludedVideoYouTubeChannelOperation
  - ExcludedVideoYouTubeChannelSelector
  - VideoYouTubeChannel
  - VideoYouTubeChannelBuilder
  - VideoYouTubeChannelIterator
  - VideoYouTubeChannelOperation
  - VideoYouTubeChannelSelector
- YouTube videos
  - ExcludedVideoYouTubeVideo

**2315**

- ▪ ExcludedVideoYouTubeVideoIterator
- ▪ ExcludedVideoYouTubeVideoOperation
- ▪ ExcludedVideoYouTubeVideoSelector
- ▪ VideoYouTubeVideo
- ▪ VideoYouTubeVideoBuilder
- ▪ VideoYouTubeVideoIterator
- ▪ VideoYouTubeVideoOperation
- ▪ VideoYouTubeVideoSelector
- ▪ AdGroupVideoTargeting
- ▪ CampaignVideoTargeting
- ▪ VideoCriterionBidding
- ▪ VideoTargeting
- AdsManagerApp
  - o Overview
  - o AccountLabel
  - o AccountLabelIterator
  - o AccountLabelSelector
  - o ExecutionResult
  - o ManagedAccount
  - o ManagedAccountIterator
  - o ManagedAccountSelector
- Script Services
  - o Charts
  - o DriveApp
  - o JDBC
  - o Mail
  - o Spreadsheet
  - o UrlFetch
  - o Utilities
  - o XmlService
- Advanced APIs
  - o Analytics
  - o BigQuery
  - o Calendar
  - o Fusion Tables
  - o Prediction
  - o Shopping Content
  - o Slides
  - o Tasks
  - o YouTube
  - o YouTube Analytics
- Sunset Schedule
- Best Practices
- Limits

- Table of contents

- Selectors
  - Filter with selectors
  - Avoid traversing the campaign hierarchy
  - Use specific parent accessor methods
  - Use specific parent filters
  - Use IDs for filtering when possible
  - Filter by parental IDs whenever possible
  - Don't run selectors in a tight loop
  - Use labels when there are too many filtering conditions
  - Limit the number of conditions in your IN clause
- Account updates
  - Batch changes
  - Don't leave your selectors in an indeterminate state
  - Use builders when possible
  - Consider using bulk uploads for large updates
  - Group your bulk uploads by campaigns
- Reporting
  - Use reports for fetching stats
  - Don't run reports in a tight loop
- Ads Manager (MCC) scripts
  - Prefer executeInParallel over serial execution
- Spreadsheets
  - Use batch operations when updating spreadsheets

- Home
- Products
- Google Ads scripts
- Reference

Was this helpful?
Send feedback

# Best Practices



- Table of contents
- Selectors
  - Filter with selectors
  - Avoid traversing the campaign hierarchy
  - Use specific parent accessor methods
  - Use specific parent filters
  - Use IDs for filtering when possible
  - Filter by parental IDs whenever possible
  - Don't run selectors in a tight loop

- o Use labels when there are too many filtering conditions
  - o Limit the number of conditions in your IN clause
- Account updates
  - o Batch changes
  - o Don't leave your selectors in an indeterminate state
  - o Use builders when possible
  - o Consider using bulk uploads for large updates
  - o Group your bulk uploads by campaigns
- Reporting
  - o Use reports for fetching stats
  - o Don't run reports in a tight loop
- Ads Manager (MCC) scripts
  - o Prefer executeInParallel over serial execution
- Spreadsheets
  - o Use batch operations when updating spreadsheets
- 

This page covers various best practices for developing with Google Ads scripts.

# Selectors

## Filter with selectors

When possible, use filters to request only the entities you need. Applying proper filters has the following benefits:

- The code is simpler and easier to understand.
- The script will execute much faster.
- Your script is less likely to run into a fetching limit.

Compare the following code snippets:

| Coding approach | Code snippet |
|---|---|
| Filter using selectors (recommended) | ```\nvar keywords = AdsApp.keywords()\n    .withCondition('Clicks > 10')\n    .forDateRange('LAST_MONTH')\n    .get();\nwhile (keywords.hasNext()) {\n  var keyword = keywords.next();\n  // Do work here.\n}\n``` |
| Filter in code (not recommended) | ```\nvar keywords = AdsApp.keywords().get();\n\nwhile (keywords.hasNext()) {\n  var keyword = keywords.next();\n  var stats = keyword.getStatsFor(\n``` |

```
      'LAST_MONTH');
  if (stats.getClicks() > 10) {
    // Do work here.
  }
}
```

The second approach is not recommended because it attempts to retrieve the list of all the keywords in your account only to apply a filter to the list.

## Avoid traversing the campaign hierarchy

When you want to retrieve entities at a particular level, use a collection method at that level instead of traversing the entire campaign hierarchy. In addition to being simpler, this will also perform much better: the system will not have to unnecessarily read in all the campaigns and ad groups.

Compare the following code snippets that retrieve all ads in your account:

| Coding approach | Code snippet |
|---|---|
| **Use appropriate collection method (Recommended)** | `var ads = AdsApp.ads();` |
| **Traverse the hierarchy (Not recommended)** | `var campaigns = AdsApp.campaigns().get();`<br>`while (campaigns.hasNext()) {`<br>`  var adGroups = campaigns.next().`<br>`    adGroups().get();`<br>`  while (adGroups.hasNext()) {`<br>`    var ads = adGroups.next().ads().get();`<br>`    // Do your work here.`<br>`  }`<br>`}` |

The second approach is not recommended since it attempts to fetch entire hierarchies of objects (campaigns, ad groups) whereas only ads are required.

## Use specific parent accessor methods

Sometimes you need to obtain a retrieved object's parent entity. In this case, you should use a provided accessor method instead of fetching entire hierarchies.

Compare the following code snippets that retrieve the ad groups that have text ads with more than 50 clicks last month:

| Coding approach | Code snippet |
|---|---|

**2319**

| | |
|---|---|
| **Use appropriate parent accessor method (recommended)** | ```javascript
var ads = AdsApp.ads()
  .withCondition('Clicks > 50')
  .forDateRange('LAST_MONTH')
  .get();

while (ads.hasNext()) {
  var ad = ads.next();
  var adGroup = ad.getAdGroup();
  var campaign = ad.getCampaign();
  // Store (campaign, adGroup) to an array.
}
``` |
| **Traverse the hierarchy (not recommended)** | ```javascript
var campaigns = AdsApp.campaigns().get();
while (campaigns.hasNext()) {
  var adGroups = campaigns.next()
      .adGroups()
      .get();
  while (adGroups.hasNext()) {
    var ads = adGroups.ads()
      .withCondition('Clicks > 50')
      .forDateRange('LAST_MONTH')
      .get();
    if (ads.totalNumEntities() > 0) {
      // Store (campaign, adGroup) to an array.
    }
  }
}
``` |

The second approach is not recommended since it fetches the entire campaign and ad group hierarchies in your account, whereas you need only a subset of campaigns and ad groups that is associated with your set of ads. The first approach restricts itself to fetch only the relevant ads collection, and uses an appropriate method to access its parent objects.

## Use specific parent filters

For accessing entities within a specific campaign or ad group, use a specific filter in the selector instead of fetching then traversing through a hierarchy.

Compare the following code snippets that retrieve the list of text ads within a specified campaign and ad group having more than 50 clicks last month.

| **Coding approach** | **Code snippet** |
|---|---|
| **Use appropriate parent level filters (recommended)** | ```javascript
var ads = AdsApp.ads()
  .withCondition('CampaignName = "Campaign 1"')
  .withCondition('AdGroupName = "AdGroup 1"')
  .withCondition('Clicks > 50')
  .forDateRange('LAST_MONTH')
  .get();

while (ads.hasNext()) {
  var ad = ads.next();
``` |

```
    var adGroup = ad.getAdGroup();
    var campaign = ad.getCampaign();
    // Store (campaign, adGroup, ad) to
    // an array.
}
```

**Traverse the hierarchy (not recommended)**

```
var campaigns = AdsApp.campaigns()
    .withCondition('Name = "Campaign 1"')
    .get();

while (campaigns.hasNext()) {
  var adGroups = campaigns.next()
      .adGroups()
      .withCondition('Name = "AdGroup 1"')
      .get();
  while (adGroups.hasNext()) {
    var ads = adGroups.ads()
        .withCondition('Clicks > 50')
        .forDateRange('LAST_MONTH')
        .get();
    while (ads.hasNext()) {
      var ad = ads.next();
      // Store (campaign, adGroup, ad) to
      // an array.
    }
  }
}
```

The second approach is not recommended since it iterates on campaign and ad group hierarchy in your account, whereas you need only a selected set of ads, and their parent campaigns and ad groups. The first approach limits the iteration to the list of ads by applying a specific filter for parent entities on the selector.

## Use IDs for filtering when possible

When filtering for entities, it is preferable to filter for entities by their IDs instead of other fields.

Consider the following code snippets that select a campaign.

| Coding approach | Code snippet |
|---|---|
| **Filter by ID (recommended)** | ```var campaign = AdsApp.campaigns()`<br>`    .withIds([12345])`<br>`    .get()`<br>`    .next();``` |
| **Filter by Name (less optimal)** | ```var campaign = AdsApp.campaigns()`<br>`    .withCondition('Name="foo"')`<br>`    .get()`<br>`    .next();``` |

The second approach is less optimal since we are filtering by a non-ID field.

## Filter by parental IDs whenever possible

When selecting an entity, filter by parent IDs whenever possible. This will make your queries faster by limiting the list of entities being retrieved by the servers when filtering results.

Consider the following code snippet that retrieves an AdGroup by its ID. Assume that the parent campaign ID is known.

| Coding approach | Code snippet |
|---|---|
| **Filter by campaign and ad group IDs (recommended)** | ```var adGroup = AdsApp.adGroups()
    .withIds([12345])
    .withCondition('CampaignId="54678"')
    .get()
    .next();``` |
| **Filter by ad group ID alone (less optimal)** | ```var adGroup = AdsApp.adGroups()
    .withIds([12345])
    .get()
    .next();``` |

Even though both code snippets give identical results, the additional filtering in code snippet 1 using a parent ID `(CampaignId="54678")` makes the code more efficient by restricting the list of entities that the server has to iterate when filtering the results.

## Don't run selectors in a tight loop

While Google Ads scripts are efficient at fetching entities when a proper filter is applied, the benefit can be offset if you trigger too many selection operations using a very narrow selector.

Consider the following scripts that applies a "Moderate performance" label to keywords whose `TopImpressionPercentage > 0.4` last month:

| Coding approach | Code snippet |
|---|---|
| **Select and update keywords grouped by ad groups (recommended)** | ```var labelText = 'Moderate performance';

var report = AdsApp.report('SELECT AdGroupId, Id,
CpcBid FROM ' +
    'KEYWORDS_PERFORMANCE_REPORT WHERE
TopImpressionPercentage > 0.4 ' +
    'DURING LAST_MONTH');

var map = {
};

var rows = report.rows();
while (rows.hasNext()) {``` |

```
      var row = rows.next();
      var adGroupId = row['AdGroupId'];
      var id = row['Id'];

      if (map[adGroupId] == null) {
        map[adGroupId] = [];
      }
      map[adGroupId].push([adGroupId, id]);
    }

    for (var key in map) {
      var keywords = AdsApp.keywords()
          .withCondition('AdGroupId = "' + key + '"')
          .withIds(map[key]).get();

      while (keywords.hasNext()) {
        var keyword = keywords.next();
        keyword.applyLabel(labelText);
      }
    }
```

**Select and update keywords by their ID (less optimal)**

```
var labelText = 'Moderate performance';

var report = AdsApp.report('SELECT AdGroupId, Id,
CpcBid FROM ' +
    'KEYWORDS_PERFORMANCE_REPORT WHERE
TopImpressionPercentage > 0.4 ' +
    'DURING LAST_MONTH');

var list = [];

var rows = report.rows();
while (rows.hasNext()) {
  var row = rows.next();
  var adGroupId = row['AdGroupId'];
  var id = row['Id'];

  list.push([adGroupId, Id]);
}

var keywords = AdsApp.keywords()
    .withIds(list)
    .get();

while (keywords.hasNext()) {
  var keyword = keywords.next();
  keyword.applyLabel(labelText);
}
```

**Select and update keywords one at a time (not recommended)**

```
var report = AdsApp.report('SELECT AdGroupId, Id,
CpcBid FROM ' +
    'KEYWORDS_PERFORMANCE_REPORT WHERE
TopImpressionPercentage > 0.4 ' +
    'DURING LAST_MONTH');
```

```
var rows = report.rows();
while (rows.hasNext()) {
  var row = rows.next();
  var adGroupId = row['AdGroupId'];
  var id = row['Id'];
  var keyword = AdsApp.keywords()
      .withIds([[AdGroupId, Id]])
      .get()
      .next();
  keyword.applyLabel(labelText);
}
```

The first approach gives you the best performance, because you are grouping your select and update operations by a specific ad group. The second approach is less optimal, but still gives you good performance, since you are restricting your select operation to a single `get()` call. The third approach gives you the worst performance. The performance gain you get by applying a very specific filter to optimize your `get()` calls is offset by the large number of `get()` calls you are making in a tight loop.

## Use labels when there are too many filtering conditions

When you have too many filtering conditions, it is a good idea to create a label for the entities you process, and use that label to filter your entities.

Consider the following snippet of code that retrieves a list of campaigns by their name.

| Coding approach | Code snippet |
|---|---|
| **Use a label (recommended)** | <pre>var label = AdsApp.labels()<br>    .withCondition('Name = "My Label"')<br>    .get()<br>    .next();<br>var campaigns = label.campaigns.get();<br>while (campaigns.hasNext()) {<br>  var campaign = campaigns.next();<br>  // Do more work<br>}</pre> |
| **Build complex selectors (not recommended)** | <pre>var campaignNames = ['foo', 'bar', 'baz'];<br><br>for (var i = 0; i < campaignNames.length; i++) {<br>  campaignNames[i] = '"' + campaignNames[i] + '"';<br>}<br>var campaigns = AdsApp.campaigns<br>    .withCondition('CampaignName in [' +<br>campaignNames.join(',') + ']')<br>    .get();<br><br>while (campaigns.hasNext()) {</pre> |

```
    var campaign = campaigns.next();
    // Do more work.
}
```

While both code snippets give you similar level of performance, the second approach tends to generate more complex code as the number of conditions in your selector increases. It is also easier to apply the label to a new entity than editing the script to include a new entity.

## Limit the number of conditions in your IN clause

When running scripts, a common use case is to run a report for a list of entities. Developers usually accomplish this by constructing a very long AWQL query that filters on the entity IDs using an IN clause. This approach works fine when the number of entities are limited. However, as the length of your query increases, your script performance deteriorates due to two reasons:

- A longer query takes longer to parse.
- Each ID you add to an IN clause is an additional condition to evaluate, and hence takes longer.

Under such conditions, it is preferable to apply a label to the entities, and then filter by `LabelId`.

| Coding approach | Code snippet |
|---|---|
| **Apply a label and filter by labelID (recommended)** | ```// The label applied to the entity is "Report Entities" var label = AdsApp.labels()     .withCondition('LabelName contains "Report Entities"')     .get()     .next();  var report = AdsApp.report('SELECT AdGroupId, Id, Clicks, ' +     'Impressions, Cost FROM KEYWORDS_PERFORMANCE_REPORT ' +     'WHERE LabelId = "' + label.getId() + '"');``` |
| **Build a long query using IN clause (not recommended)** | ```var report = AdsApp.report('SELECT AdGroupId, Id, Clicks, ' +     'Impressions, Cost FROM KEYWORDS_PERFORMANCE_REPORT WHERE ' +     'AdGroupId IN (123, 456) and Id in (123,345, 456…)');``` |

# Account updates

## Batch changes

When you make changes to an Google Ads entity, Google Ads scripts doesn't execute the change immediately. Instead, it tries to combine multiple changes into batches, so that it can issue a single request that does multiple changes. This approach makes your scripts faster and reduces the load on Google Ads servers. However, there are some code patterns that force Google Ads scripts to flush its batch of operations frequently, thus causing your script to run slowly.

Consider the following script that updates the bids of a list of keywords.

| Coding approach | Code snippet |
|---|---|
| **Keep track of updated elements (recommended)** | ```js
var keywords = AdsApp.keywords()
    .withCondition('Clicks > 50')
    .withCondition('CampaignName = "Campaign 1"')
    .withCondition('AdGroupName = "AdGroup 1"')
    .forDateRange('LAST_MONTH')
    .get();

var list = [];
while (keywords.hasNext()) {
  var keyword = keywords.next();
  keyword.bidding().setCpc(1.5);
  list.push(keyword);
}

for (var i = 0; i < list.length; i++) {
  var keyword = list[i];
  Logger.log('%s, %s', keyword.getText(),
      keyword.bidding().getCpc());
}
``` |
| **Retrieve updated elements in a tight loop (not recommended)** | ```js
var keywords = AdsApp.keywords()
    .withCondition('Clicks > 50')
    .withCondition('CampaignName = "Campaign 1"')
    .withCondition('AdGroupName = "AdGroup 1"')
    .forDateRange('LAST_MONTH')
    .get();

while (keywords.hasNext()) {
  var keyword = keywords.next();
  keyword.bidding().setCpc(1.5);
  Logger.log('%s, %s', keyword.getText(),
      keyword.bidding().getCpc());
}
``` |

The second approach is not recommended since the call to `keyword.bidding().getCpc()` forces Google Ads scripts to flush the `setCpc()` operation and execute only one operation at a time. The first approach, while similar to the second approach, has the added benefit of supporting batching since the `getCpc()` call is done in a separate loop from the one where `setCpc()` is called.

## Don't leave your selectors in an indeterminate state

When you update a list of entities, make sure your code doesn't break the iterator's selector condition as a side effect. This leaves the selector in an indeterminate state and may cause unexpected behavior.

Consider the following code snippet that pauses a list of keywords.

| Coding approach | Code snippet |
|---|---|
| **Keep a separate list for entities (recommended)** | ```js var list = [];  var keywords = AdsApp.keywords()     .withCondition('Status="ENABLED"')     .get();  while (keywords.hasNext()) {   var keyword = keywords.next();   list.push(keyword); }  for (var i = 0; i < list.length; i++) {   list[i].pause(); } ``` |
| **Update the entities within the iterator loop (not recommended)** | ```js var keywords = AdsApp.keywords()     .withCondition('Status="ENABLED"')     .get();  while (keywords.hasNext()) {   var keyword = keywords.next();   keyword.pause(); } ``` |

The second code snippet may skip some keywords. This happens because you are pausing the keywords within the iterator (`Status="PAUSED"`) and this breaks the original selector condition associated with the iterator (`Status="ENABLED"`). The first approach works since we are keeping track of the entities we want to modify, and updating them once we have iterated through all the entities.

## Use builders when possible

Google Ads scripts support two ways to create new objects—builders and creation methods. Builders are more flexible than creation methods, since it gives you access to the object that is created from the API call.

Consider the following code snippets:

| Coding approach | Code snippet |
|---|---|
| **Use builders (recommended)** | ```js var operation = adGroup.newKeywordBuilder()     .withText('shoes') ``` |

```
    .build();
var keyword = operation.getResult();
```

| | |
|---|---|
| **Use creation methods (not recommended)** | ```
adGroup.createKeyword('shoes');
var keyword = adGroup.keywords()
    .withCondition('KeywordText="shoes"')
    .get()
    .next();
``` |

The second approach is not preferred due to the extra selection operation involved in retrieving the keyword. In addition, creation methods are also deprecated.

However, keep in mind that builders, when used incorrectly, can prevent Google Ads scripts from batching its operations.

Consider the following code snippets that create a list of keywords, and prints the ID of the newly created keywords:

| Coding approach | Code snippet |
|---|---|
| **Keep track of updated elements (recommended)** | ```
var keywords = ['foo', 'bar', 'baz'];

var list = [];
for (var i = 0; i < keywords.length; i++) {
  var operation = adGroup.newKeywordBuilder()
      .withText(keywords[i])
      .build();
  list.push(operation);
}

for (var i = 0; i < list.length; i++) {
  var operation = list[i];
  var result = operation.getResult();
  Logger.log('%s %s', result.getId(),
      result.getText());
}
``` |
| **Retrieve updated elements in a tight loop (not recommended)** | ```
var keywords = ['foo', 'bar', 'baz'];

for (var i = 0; i < keywords.length; i++) {
  var operation = adGroup.newKeywordBuilder()
      .withText(keywords[i])
      .build();
  var result = operation.getResult();
  Logger.log('%s %s', result.getId(),
      result.getText());
}
``` |

The second approach is not preferred because it calls `operation.getResult()` within the same loop that creates the operation, thus forcing Google Ads scripts to execute one operation at a

time. The first approach, while similar, allows batching since we call operation.getResult() in a different loop than where it was created.

## Consider using bulk uploads for large updates

A common task that developers perform is to run reports and update entity properties (e.g. keyword bids) based on current performance values. When you have to update a large number of entities, bulk uploads tend to give you better performance. For instance, consider the following scripts that increase the MaxCpc of keywords whose `TopImpressionPercentage > 0.4` for the last month:

| Coding approach | Code snippet |
| --- | --- |
| **Use bulk upload (recommended)** | ```javascript
var report = AdsApp.report(
  'SELECT AdGroupId, Id, CpcBid FROM
KEYWORDS_PERFORMANCE_REPORT ' +
  'WHERE TopImpressionPercentage > 0.4 DURING LAST_MONTH');

var upload = AdsApp.bulkUploads().newCsvUpload([

report.getColumnHeader('AdGroupId').getBulkUploadColumnName(),
  report.getColumnHeader('Id').getBulkUploadColumnName(),

report.getColumnHeader('CpcBid').getBulkUploadColumnName()]);
upload.forCampaignManagement();

var reportRows = report.rows();
while (reportRows.hasNext()) {
  var row = reportRows.next();
  row['CpcBid'] = row['CpcBid'] + 0.02;
  upload.append(row.formatForUpload());
}

upload.apply();
``` |
| **Select and update keywords by ID (less optimal)** | ```javascript
var reportRows = AdsApp.report('SELECT AdGroupId, Id, CpcBid FROM ' +
    'KEYWORDS_PERFORMANCE_REPORT WHERE TopImpressionPercentage > 0.4 ' +
    ' DURING LAST_MONTH')
    .rows();

var map = {
};

while (reportRows.hasNext()) {
  var row = reportRows.next();
  var adGroupId = row['AdGroupId'];
  var id = row['Id'];

  if (map[adGroupId] == null) {
    map[adGroupId] = [];
  }
``` |

```
  map[adGroupId].push([adGroupId, id]);
}

for (var key in map) {
  var keywords = AdsApp.keywords()
      .withCondition('AdGroupId="' + key + '"')
      .withIds(map[key])
      .get();

  while (keywords.hasNext()) {
    var keyword = keywords.next();
    keyword.bidding().setCpc(keyword.bidding().getCpc() +
0.02);
  }
}
```

While approach 2 gives you pretty good performance, approach 1 is preferred in this case because

- Google Ads scripts has a limit on the number of objects that can be retrieved or updated in a single run, and the select and update operations in the second approach counts towards that limit.
- Bulk uploads have higher limits both in terms of number of entities it can update, and the overall execution time.

**Group your bulk uploads by campaigns**

When you create your bulk uploads, try to group your operations by the parent campaign. This increases efficiency and decreases the chance of conflicting changes / concurrency errors.

Consider two bulk upload tasks running in parallel. One pauses ads in an ad group; the other adjusts keyword bids. Even though the operations are unrelated, the operations may apply to entities under the same ad group (or two different ad groups under the same campaign). When this happens, the system will lock the parent entity (the shared ad group or campaign), thus causing the bulk upload tasks to block on each other.

Google Ads scripts can optimize execution within a single bulk upload task, so the simplest thing to do is to run only one bulk upload task per account at a time. If you decide to run more than one bulk upload per account, then ensure that the bulk uploads operate on mutually exclusive list of campaigns (and their child entities) for optimal performance.

# Reporting

## Use reports for fetching stats

When you want to retrieve large amounts of entities and their stats, it is often better to use reports rather than standard AdsApp methods. The use of reports is preferred due to the following reasons:

- Reports give you better performance for large queries.
- Reports will not hit normal fetching quotas.

Compare the following code snippets that fetch the Clicks, Impressions, Cost and Text of all keywords that received more than 50 clicks last month:

| Coding approach | Code snippet |
|---|---|
| **Use reports (recommended)** | ```javascript
var report = AdsApp.report(
    'SELECT Criteria, Impressions, Clicks, Cost' +
    ' FROM KEYWORDS_PERFORMANCE_REPORT WHERE Clicks >
50 DURING' +
    ' LAST_MONTH');

var rows = report.rows();
while (rows.hasNext()) {
  var row = rows.next();
  Logger.log('Keyword: %s Impressions: %s ' +
    'Clicks: %s Ctr: %s',
      row['Criteria'],
      row['Impressions'],
      row['Clicks'],
      row['Cost']);
}
``` |
| **Use AdsApp iterators (not recommended)** | ```javascript
var keywords = AdsApp.keywords()
    .withCondition('Clicks > 50')
    .forDateRange('LAST_MONTH')
    .get();
while (keywords.hasNext()) {
  var keyword = keywords.next();
  var stats = keyword.getStatsFor('LAST_MONTH');
  Logger.log('Keyword: %s Impressions: %s ' +
    'Clicks: %s Ctr: %s',
      keyword.getText(),
      stats.getImpressions(),
      stats.getClicks(),
      stats.getCost()));
}
``` |

The second approach is not preferred because it iterates over the keywords and retrieves the stats one entity at a time. Reports perform faster in this case since it fetches all the data in a single call and streams it as required. In addition, the keywords retrieved in the second approach is counted towards your script's quota for number of entities retrieved using a `get()` call.

## Don't run reports in a tight loop

**2331**

While reports are efficient in returning data, creating a report itself is a costly operation, so one should try to minimize the number of reports that a script creates during its runtime, ideally under 100.

Consider the following code snippets that generate a report with the following columns:

```
AdGroupId, AdGroupName, EstimatedTotalConversions
```

| Coding approach | Code snippet |
|---|---|
| **Use reports only (recommended)** | ```javascript
var list = [];

var report = AdsApp.report('SELECT AdGroupId,
   AdGroupName, EstimatedTotalConversions FROM
   ADGROUP_PERFORMANCE_REPORT DURING
   LAST_MONTH');

var rows = report.rows();
while (rows.hasNext()) {
  var row = rows.next();
  list.push({
    "Id": row["AdGroupId"],
    "Name": row["AdGroupName"],
    "EstimatedTotalConversions":
        row["EstimatedTotalConversions"]
  });
}
``` |
| **Run reports and Iterators separately (less optimal)** | ```javascript
var list = {};

var adGroupIterator = AdsApp.adGroups().get();

while (adGroupIterator.hasNext()) {
  var adGroup = adGroupIterator.next();
  list[adGroup.getId()] = {
    "Id": adGroup.getId(),
    "Name": adGroup.getName()
  }
}

var report = AdsApp.report("SELECT AdGroupId, " +
  "EstimatedTotalConversions " +
  "FROM ADGROUP_PERFORMANCE_REPORT DURING
LAST_MONTH");

var rows = report.rows();
while (rows.hasNext()) {
  var row = rows.next();
  var temp = list[row["AdGroupId"]];
  temp["EstimatedTotalConversions"] =
      row["EstimatedTotalConversions"]
}
``` |

**Run reports and iterators in a tight loop (not recommended)**

```
var list = {};

var adGroupIterator = AdsApp.adGroups().get();

while (adGroupIterator.hasNext()) {
  var adGroup = adGroupIterator.next();
  var report = AdsApp.report("SELECT AdGroupId,
      EstimatedTotalConversions FROM
      ADGROUP_PERFORMANCE_REPORT WHERE AdGroupId =
      " + adGroup.getId() + " DURING LAST_MONTH")
      .rows().next();
  list[adGroup.getId()] = {
    "Id": adGroup.getId(),
    "Name": adGroup.getName(),
    "EstimatedTotalConversions":
report["EstimatedTotalConversions"]
  }
}
```

The first approach is most recommended because you get all the necessary values from the `AD_PERFORMANCE_REPORT` itself. The second approach is less optimal since the code iterates over the list of ad groups and then runs an additional report to get the missing stat value. However, some developers prefer this approach due to ease of iterating over a collection. The third approach is the worst in terms of performance since it runs one report for each ad group.

# Ads Manager (MCC) scripts

### Prefer executeInParallel over serial execution

When writing scripts for manager accounts, use `executeInParallel()` instead of serial execution when possible. `executeInParallel()` gives your script more processing time (up to one hour) and up to 30 minutes per account processed (instead of 30 minutes combined for serial execution). See our limits page for more details.

# Spreadsheets

### Use batch operations when updating spreadsheets

When updating spreadsheets, try to use the bulk operation methods (e.g. `getRange()`) over methods that update one cell at a time.

Consider the following code snippet that generates a fractal pattern on a spreadsheet.

**Coding approach**                                      **Code snippet**

| | |
|---|---|
| **Update a range of cells in a single call (recommended)** | ```javascript
var colors = new Array(100);
for (var y = 0; y < 100; y++) {
  xcoord = xmin;
  colors[y] = new Array(100);
  for (var x = 0; x < 100; x++) {
    colors[y][x] = getColor_(xcoord, ycoord);
    xcoord += xincrement;
  }
  ycoord -= yincrement;
}
sheet.getRange(1, 1, 100,
100).setBackgroundColors(colors);
``` |
| **Update one cell at a time (not recommended)** | ```javascript
var cell = sheet.getRange('a1');
for (var y = 0; y < 100; y++) {
  xcoord = xmin;
  for (var x = 0; x < 100; x++) {
    var c = getColor_(xcoord, ycoord);
    cell.offset(y, x).setBackgroundColor(c);
    xcoord += xincrement;
  }
  ycoord -= yincrement;
  SpreadsheetApp.flush();
}
``` |

While Google Spreadsheets tries to optimize the second code snippet by caching values, it still gives you poor performance compared to the first snippet, due to the number of API calls being made.

Was this helpful?
Send feedback

Except as otherwise noted, the content of this page is licensed under the Creative Commons Attribution 4.0 License, and code samples are licensed under the Apache 2.0 License. For details, see the Google Developers Site Policies. Java is a registered trademark of Oracle and/or its affiliates.

Last updated 2021-07-02 UTC.

[{ "type": "thumb-down", "id": "missingTheInformationINeed", "label":"Missing the information I need" },{ "type": "thumb-down", "id": "tooComplicatedTooManySteps", "label":"Too complicated / too many steps" },{ "type": "thumb-down", "id": "outOfDate", "label":"Out of date" },{ "type": "thumb-down", "id": "samplesCodeIssue", "label":"Samples / code issue" },{ "type": "thumb-down", "id": "otherDown", "label":"Other" }] [{ "type": "thumb-up", "id": "easyToUnderstand", "label":"Easy to understand" },{ "type": "thumb-up", "id": "solvedMyProblem", "label":"Solved my problem" },{ "type": "thumb-up", "id": "otherUp", "label":"Other" }] Need to tell us more?

- **Connect**

- o Blog
  - o Facebook
  - o Medium
  - o Twitter
  - o YouTube
- **Programs**
  - o Women Techmakers
  - o Google Developer Groups
  - o Google Developers Experts
  - o Accelerators
  - o Developer Student Clubs
- **Developer consoles**
  - o Google API Console
  - o Google Cloud Platform Console
  - o Google Play Console
  - o Firebase Console
  - o Actions on Google Console
  - o Cast SDK Developer Console
  - o Chrome Web Store Dashboard



- Android
- Chrome
- Firebase
- Google Cloud Platform
- All products

- Terms
- Privacy
- Sign up for the Google Developers newsletter Subscribe



Select an optionEnglish

- English
- Bahasa Indonesia
- Deutsch
- Español
- Français
- Português – Brasil
- Русский
- 中文 – 简体
- 日本語

- 한국어



Advertising Policies Help

Send feedback on...

This help content & information

General Help Center experience

Next

# Ad format requirements

In order to help you provide a quality user experience and deliver attractive, professional-looking ads, we only allow ads that comply with specific requirements for each ad format. Review the requirements for all ad formats that you're using.

Note that we don't allow Non-family safe ads in image ads, video ads, and other non-text ad formats. Read more about our Adult content policy.

Advertisers participating in beta programs of new ad formats should reach out to their Google Ads representatives or Google Ads customer support to learn about format-specific policy requirements.

- Ad requirements for YouTube
- App ad requirements
- Call ad requirements
- Call extension requirements
- Callout extension requirements
- Custom Lightbox ad requirements
- Discovery ads format requirements
- Dynamic ad requirements
- Dynamic search ad requirements
- Form ads requirements
- Gmail ad requirements
- Image ad requirements
- Image extensions format requirements
- Image quality requirements
- Lead form requirements
- Lightbox ad requirements
- Local Services platform policies
- Location extension requirements

- Price extension requirements
- Promotion extension requirements
- Responsive ad requirements
- Shopping ads (Google Shopping)
- Sitelink extension requirements
- Smart display campaign requirements
- Structured snippet requirements
- Text ad requirements
- Video ad requirements

- ©2021 Google
- Privacy Policy
- Terms of Service



English

1. català
2. dansk
3. Deutsch
4. eesti
5. English (Australia)
6. English (United Kingdom)
7. español
8. español (Latinoamérica)
9. Filipino
10. français
11. hrvatski
12. Indonesia
13. italiano
14. latviešu
15. lietuvių
16. magyar
17. Melayu
18. Nederlands
19. norsk
20. polski
21. português
22. português (Brasil)
23. română
24. slovenčina
25. slovenščina
26. suomi
27. svenska

28. Tiếng Việt
29. Türkçe
30. čeština
31. Ελληνικά
32. български
33. русский
34. српски
35. українська
36. עברית
37. العربية
38. हिन्दी
39. ไทย
40. 中文（简体）
41. 中文（繁體）
42. 日本語
43. 한국어
44. English

Send feedback about our Help Center



Google Help

- [Help Center]

  o [List of ad policies]

  o [Review process]

  o [Verification]

  o [Change log]

- [Advertising Policies](#)

- [Privacy Policy](#)

- [Terms of Service](#)

- [Submit feedback](#)

Advertising policiesThird-party policiesRelated policies & terms
Approval processDisapprovals and suspensions
Verification programs
Upcoming and recent changesPast changes
Send feedback on...
This help content & information General Help Center experience

Advertising Policies Help

Sign in

Send feedback on...



This help content & information

General Help Center experience

Next

# Ad requirements for YouTube

Google provides translated versions of our Help Center as a convenience, though they are not meant to change the content of our policies. The English version is the official language we use to enforce our policies. To view this article in a different language, use the language dropdown at the bottom of the page.

While all ads must comply with our advertising policies, this article outlines the additional requirements your ad assets must meet in order for your campaigns to serve on YouTube.

## Prohibited categories

Exaggerated or inaccurate claims

Assets that contain exaggerated or false claims for a product or a service or to mislead users

Examples:

- False claims related to money or overnight success (for example, ads that tell people how to get rich in a short time frame)
- False or exaggerated claims around curing diseases

Offensive language

Assets that use inappropriate or offensive language

Example:

- Assets containing obscene or offensive language, which may offend users
- Derogatory language that incites hatred against, promotes discrimination of, or disparages an individual or group that is associated with systemic discrimination

## Negative events and imagery

Assets that include mentally-distressing, disturbing, repulsive, or gross content; or scary content related to injuries, death, and decay

Examples:

- Dangerous actions that could potentially result in bodily harm or encourages imitation of the action, such as dangerous challenges
- Dramatized or animated content that is excessively gory or realistic
- Funerals that show people weeping, mourning, or screaming
- Videos designed to scare you intentionally or that contain footage of distressing accidents or natural disasters (enforcement applies to simulated or real content)

Allowed with limitations

- Content such as movies, TV shows, news channels, and video games are permitted in ads, but should avoid showing gory content

## Improper content

Assets that focus on specific body parts or health conditions

Examples:

- Medical or dental surgery procedures that show blood, guts, gore, bodily fluids, or tooth decay
- Emphasizing body parts (for example, zooming in on belly fat)
- Showing bodily symptoms (for example, fluids or rashes)

Assets with nudity, or that include racy or sexually suggestive topics

Examples:

- Adult content promotions where the majority of the ad is focused on nudity or sexual topics
- Ads that promote dating using sexually-explicit imagery or language

Allowed with limitations

- Ads for weight loss, hair loss, skin conditions, and other health conditions are allowed as long as the imagery isn't disturbing
- Promotion of products like swimwear or spa treatments are permitted as long as the content is not overtly sexualized

# YouTube masthead content requirements

YouTube masthead ads are the ads that YouTube users see at the top of the YouTube homepage. This type of ad is the most prominent Google advertising placement available to advertisers. To ensure that we provide a high-quality consumer ad experience, YouTube masthead ads must comply with all Google Ads policies and YouTube ad requirements. We will review each YouTube masthead ad asset for compliance with the YouTube masthead ad content requirements listed below, which apply in addition to the Google Ads policies and YouTube ad requirements. The YouTube masthead ad content requirements may be more restrictive than the ad requirements for other platforms and surfaces, meaning disapproved YouTube masthead ad assets may continue to run on Google's other owned and operated properties.

## Prohibited categories

### Gambling

Assets that depict or reference gambling-related content, including offline gambling, online gambling, online non-casino games, and social casino games.

### Elections and political content

Assets related to elections or politics

### Alcohol

Assets that depict or reference alcohol-related content, including ads promoting the sale of alcohol as well as branding or informational ads focusing on alcoholic beverages

### Prescription drug terms

Assets that depict or reference prescription drug terms

Give feedback about this article
Choose a section to give feedback on

Was this helpful?

YesNo



Submit

# Ad format requirements

- Ad requirements for YouTube
- App ad requirements
- Call ad requirements
- Call extension requirements
- Callout extension requirements
- Custom Lightbox ad requirements
- Discovery ads format requirements
- Dynamic ad requirements
- Dynamic search ad requirements
- Form ads requirements
- Gmail ad requirements
- Image ad requirements
- Image extensions format requirements
- Image quality requirements
- Lead form requirements
- Lightbox ad requirements
- Local Services platform policies
- Location extension requirements
- Price extension requirements
- Promotion extension requirements
- Responsive ad requirements
- Shopping ads (Google Shopping)
- Sitelink extension requirements
- Smart display campaign requirements
- Structured snippet requirements
- Text ad requirements
- Video ad requirements

- ©2021 Google
- Privacy Policy
- Terms of Service



English

1. català

2. dansk
3. Deutsch
4. eesti
5. English (Australia)
6. English (United Kingdom)
7. español
8. español (Latinoamérica)
9. Filipino
10. français
11. hrvatski
12. Indonesia
13. italiano
14. latviešu
15. lietuvių
16. magyar
17. Melayu
18. Nederlands
19. norsk
20. polski
21. português
22. português (Brasil)
23. română
24. slovenčina
25. slovenščina
26. suomi
27. svenska
28. Tiếng Việt
29. Türkçe
30. čeština
31. Ελληνικά
32. български
33. русский
34. српски
35. українська
36. עברית
37. العربية
38. हिन्दी
39. ไทย
40. 中文（简体）
41. 中文（繁體）
42. 日本語
43. 한국어
44. English

Send feedback on...

This help content & information General Help Center experience



Google Help

- [Help Center](#)

  - [List of ad policies](#)

  - [Review process](#)

  - [Verification](#)

  - [Change log](#)

- [Advertising Policies](#)

- [Privacy Policy](#)

- [Terms of Service](#)

- [Submit feedback](#)

Advertising policiesThird-party policiesRelated policies & terms
Approval processDisapprovals and suspensions
Verification programs
Upcoming and recent changesPast changes

# What is the issue with this selection?



Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

# Share additional info or suggestions

Do not share any personal info
Cancel
Submit
By continuing, you agree Google uses your answers, account & system info to improve
services, per our Privacy & Terms.



Advertising Policies Help

Sign in

This help content & information

General Help Center experience

Send feedback on...

Next

# App ad requirements

Google provides translated versions of our Help Center as a convenience, though they are not meant to change the content of our policies. The English version is the official language we use to enforce our policies. To view this article in a different language, use the language dropdown at the bottom of the page.

App ads can be used to encourage app installation or app engagement. App ads, extensions, and the apps they promote are subject to the standard Google Ads policies and the requirements below.

When reviewing app ads, we look at a variety of elements, such as the ad, the developer name or app title, the app icon, the app installation page, and the app itself for compliance with our policies.

Note that the Google Play Store might exclude certain apps from being promoted within the store, even though the app continues to be available. App promotion ads for such apps may not serve within the Google Play Store.

## Related policies and common disapprovals

The following Google Ads policies are especially relevant to app ads and are often associated with disapprovals.

### Compliant app installation page and app metadata

The installation page for an app must comply with our advertising policies because application metadata can be used in the ad during serving.

### App versions

Due to the nuanced nature of app binary versioning, we might require that multiple versions of an app are policy compliant in order to allow ads for that app to run. This is because app stores can allow multiple versions of an app to be published at the same time for different devices, and app engagement ads can work with multiple versions of the same app.

## App violates policy

If your app is disapproved, follow the instructions in the Destination requirements policy to fix your app and get your ads running again.

## Sexual content

To keep ads relevant and safe for users, Google restricts sexual content in certain circumstances. See the Sexual content policy for more information.

## Editorial

For app ads, the app title and developer name is sometimes used in the ad text and needs to comply with our Editorial policies, such as Capitalization, Punctuation, and Style and spelling.

## Style and spelling

According to the Style and spelling policy, ads must be comprehensible and easy to understand. For example, interactive app ads should prompt the user with the expected action whenever options are confusing or ambiguous.

## Unidentified business

App ads must comply with our Unidentified business policy by clearly showing the app name throughout the ad interaction.

## Image quality

Images must comply with our Image quality policy. For example, we don't allow strobing, flashing, or otherwise distracting images. For HTML5 app ads that include an interactive demo of a game or app features, the demo may include imagery that flashes or strobes, but other parts of ad content such as install or download buttons must comply with this policy.

## Destination requirements

For deep link ads, ensure that you have set up your deep link URL correctly. We currently don't support web redirects (for example, goo.gl or third party tracking links) for app engagement ads. For App promotion ads, ensure that any third-party tracking redirects take the user to the correct app on the correct store. Apps can't be promoted in places where the application is not available for download. See the full Destination requirements policy for more information.

## Destination experience

Apps must comply with our Destination experience policy. For example, we don't allow sign-in barriers during an ad interaction to access promoted content. If your app requires sign-in or activation, ensure that after a user has completed this during first use, the app does not prompt for sign-in or activation during an ad interaction. The app ad must allow the user to close the ad within 5 seconds after the ad is first displayed.

## Misleading content

Ensure that your app complies with our Misleading Content policy. Be clear about the content and functionality of your app and any prerequisites that your app might have, such as other apps, peripheral devices, or sensors. Prerequisite apps must be available in the appropriate app store and compliant with our policies. Don't attempt to trick the user into accidentally clicking the ad. For example, you can't show an install button suddenly or unexpectedly during an ad interaction.

## Unwanted software

Apps must comply with Google's Unwanted Software policy. This includes device hardware and network usage that could be deemed harmful or unexpected.

## Trademarks

Google may remove ads in response to trademark owner complaints. Advertisers are responsible for proper trademark use in their ad text, app icon, app title, and developer name. For more information, please visit our Trademark policy page.

## Universal links and app links

If your ad destination uses universal links or app links, make sure both the web and the app destinations are compliant with our policies.

Give feedback about this article
Choose a section to give feedback on



Was this helpful?
YesNo

Submit

# Ad format requirements

- Ad requirements for YouTube
- App ad requirements
- Call ad requirements
- Call extension requirements
- Callout extension requirements
- Custom Lightbox ad requirements
- Discovery ads format requirements
- Dynamic ad requirements
- Dynamic search ad requirements
- Form ads requirements
- Gmail ad requirements
- Image ad requirements
- Image extensions format requirements
- Image quality requirements
- Lead form requirements
- Lightbox ad requirements
- Local Services platform policies
- Location extension requirements
- Price extension requirements
- Promotion extension requirements
- Responsive ad requirements
- Shopping ads (Google Shopping)
- Sitelink extension requirements
- Smart display campaign requirements
- Structured snippet requirements
- Text ad requirements
- Video ad requirements

- ©2021 Google
- Privacy Policy
- Terms of Service



English

1. català
2. dansk
3. Deutsch
4. eesti
5. English (Australia)
6. English (United Kingdom)
7. español
8. español (Latinoamérica)
9. Filipino
10. français
11. hrvatski
12. Indonesia
13. italiano
14. latviešu
15. lietuvių
16. magyar
17. Melayu
18. Nederlands
19. norsk
20. polski
21. português
22. português (Brasil)
23. română
24. slovenčina
25. slovenščina
26. suomi
27. svenska
28. Tiếng Việt
29. Türkçe
30. čeština
31. Ελληνικά
32. български
33. русский
34. српски
35. українська
36. עברית
37. العربية
38. हिन्दी
39. ไทย
40. 中文（简体）
41. 中文（繁體）

42. 日本語
43. 한국어
44. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- [Help Center](#)

  - [List of ad policies](#)

  - [Review process](#)

  - [Verification](#)

  - [Change log](#)

- [Advertising Policies](#)

- [Privacy Policy](#)

- [Terms of Service](#)

- [Submit feedback](#)

Advertising policiesThird-party policiesRelated policies & terms
Approval processDisapprovals and suspensions
Verification programs
Upcoming and recent changesPast changes

# What is the issue with this selection?



Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

# Share additional info or suggestions

Do not share any personal info
Cancel
Submit
By continuing, you agree Google uses your answers, [account & system info](#) to improve services, per our [Privacy](#) & [Terms](#).

Advertising Policies Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

# Call ad requirements

Google provides translated versions of our Help Center as a convenience, though they are not meant to change the content of our policies. The English version is the official language we use to enforce our policies. To view this article in a different language, use the language dropdown at the bottom of the page.

Call ads are text ads that include a phone number and are designed to encourage calls rather than clicks. They appear exclusively on mobile phones. Call ads are subject to the standard Google Ads policies and the requirements below.

## Business name requirements in call ads

The following is not allowed:

An inaccurate business name, or a business name that does not clearly represent the advertised business or disambiguate from similar businesses

Promotional language in the business name field

Examples: "Buy Acme Shoes" or "Sale at Acme Home Services"

Given the wide variety of business names, there are special considerations for the following:

Domain-based business names: You can use your domain name as your business name, using appropriate spacing between words. For example,

www.acmesolutions.com could be identified as "Acme Solutions" in the ad.

Resellers and authorized dealers: If you are an authorized reseller or dealer for a product or service, use appropriate qualifying language. For example, a car dealer of Acme vehicles in San Antonio could use the business name "Acme of San Antonio."

## Statement of business name in phone calls

The following applies to all call ads:

When answering calls from users who've clicked on their call ad, advertisers must begin the call by stating their business name, as it appears in their call ads.

Learn how to fix a disapproved ad or extension.

## Related policies and common disapprovals

The following Google Ads policies are especially relevant to call ads and are often associated with disapprovals. Learn about what happens if you violate our policies.

Unacceptable phone number

Phone numbers in ads and extensions must be accurate, active, and relevant to the business being advertised. See the Unacceptable phone number policy for more information.

Unverified phone number

To promote a better user experience, phone numbers must be verified by Google before they can be used in ads and extensions. See the Unverified phone number policy for more information.

Sexual content

To keep ads relevant and safe for users, Google restricts sexual content in certain circumstances. See the Sexual content policy for more information.

Unavailable offers

Products or services should be priced accurately, easily found at the ad's destination, and match with headers and descriptions. See the Unavailable offers policy for more information.

Trademarks

Google may remove ads or extensions in response to trademark owner complaints. Advertisers are responsible for proper trademark use in their ad text, assets, and business information. See the Trademarks policy for more information.

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

# Ad format requirements

- Ad requirements for YouTube
- App ad requirements
- Call ad requirements
- Call extension requirements
- Callout extension requirements
- Custom Lightbox ad requirements
- Discovery ads format requirements
- Dynamic ad requirements
- Dynamic search ad requirements
- Form ads requirements
- Gmail ad requirements
- Image ad requirements
- Image extensions format requirements
- Image quality requirements
- Lead form requirements
- Lightbox ad requirements
- Local Services platform policies
- Location extension requirements
- Price extension requirements
- Promotion extension requirements
- Responsive ad requirements
- Shopping ads (Google Shopping)

- Sitelink extension requirements
- Smart display campaign requirements
- Structured snippet requirements
- Text ad requirements
- Video ad requirements

- ©2021 Google
- Privacy Policy
- Terms of Service



English

1. català
2. dansk
3. Deutsch
4. eesti
5. English (Australia)
6. English (United Kingdom)
7. español
8. español (Latinoamérica)
9. Filipino
10. français
11. hrvatski
12. Indonesia
13. italiano
14. latviešu
15. lietuvių
16. magyar
17. Melayu
18. Nederlands
19. norsk
20. polski
21. português
22. português (Brasil)
23. română
24. slovenčina
25. slovenščina
26. suomi
27. svenska
28. Tiếng Việt
29. Türkçe
30. čeština
31. Ελληνικά

32. български
33. русский
34. српски
35. українська
36. עברית
37. العربية
38. हिन्दी
39. ไทย
40. 中文（简体）
41. 中文（繁體）
42. 日本語
43. 한국어
44. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- [Help Center](#)

  o [List of ad policies](#)

  o [Review process](#)

  o [Verification](#)

  o [Change log](#)

- [Advertising Policies](#)


- [Privacy Policy](#)


- [Terms of Service](#)


- [Submit feedback](#)


Advertising policiesThird-party policiesRelated policies & terms
Approval processDisapprovals and suspensions
Verification programs
Upcoming and recent changesPast changes


## What is the issue with this selection?

☐
Inaccurate - doesn't match what I see in the product

☐
Hard to understand - unclear or translation is wrong

☐
Missing info - relevant but not comprehensive

☐
Irrelevant - doesn't match the title and / or my expectations

☐
Minor errors - formatting issues, typos, and / or broken links

☐
Other suggestions - ideas to improve the content


## Share additional info or suggestions



Do not share any personal info
Cancel
Submit
By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.



Advertising Policies Help

Send feedback on...

This help content & information

General Help Center experience

Next

# Call extension requirements

Google provides translated versions of our Help Center as a convenience, though they are not meant to change the content of our policies. The English version is the official language we use to enforce our policies. To view this article in a different language, use the language dropdown at the bottom of the page.

Call extensions add a phone number to text ads. Call extensions are subject to the standard Google Ads policies. See below for information about Google Ads policy issues that are commonly associated with call extensions.

## Related policies and common disapprovals

The following Google Ads policies are particularly relevant to call extensions and are often associated with disapprovals.

### Unverified phone number

To promote a better user experience, phone numbers must be verified by Google before they can be used in ads and extensions. See the Unverified phone number policy for more information.

### Unacceptable phone number

Phone numbers in ads and extensions must be accurate, active, and relevant to the business being advertised. See the Unacceptable phone number policy for more information.

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

# Ad format requirements

- Ad requirements for YouTube
- App ad requirements
- Call ad requirements
- Call extension requirements
- Callout extension requirements
- Custom Lightbox ad requirements
- Discovery ads format requirements
- Dynamic ad requirements
- Dynamic search ad requirements
- Form ads requirements
- Gmail ad requirements
- Image ad requirements
- Image extensions format requirements
- Image quality requirements
- Lead form requirements
- Lightbox ad requirements
- Local Services platform policies
- Location extension requirements
- Price extension requirements
- Promotion extension requirements
- Responsive ad requirements
- Shopping ads (Google Shopping)
- Sitelink extension requirements
- Smart display campaign requirements
- Structured snippet requirements
- Text ad requirements
- Video ad requirements

- ©2021 Google
- Privacy Policy
- Terms of Service



English

1. català
2. dansk
3. Deutsch
4. eesti
5. English (Australia)
6. English (United Kingdom)
7. español
8. español (Latinoamérica)
9. Filipino
10. français
11. hrvatski
12. Indonesia
13. italiano
14. latviešu
15. lietuvių
16. magyar
17. Melayu
18. Nederlands
19. norsk
20. polski
21. português
22. português (Brasil)
23. română
24. slovenčina
25. slovenščina
26. suomi
27. svenska
28. Tiếng Việt
29. Türkçe
30. čeština
31. Ελληνικά
32. български
33. русский
34. српски
35. українська
36. עברית
37. العربية
38. हिन्दी
39. ไทย
40. 中文（简体）
41. 中文（繁體）
42. 日本語
43. 한국어
44. English

Send feedback on...

This help content & information General Help Center experience



Google Help

- [Help Center](#)

  - [List of ad policies](#)

  - [Review process](#)

  - [Verification](#)

  - [Change log](#)

- [Advertising Policies](#)

- [Privacy Policy](#)

- [Terms of Service](#)

- [Submit feedback](#)

Advertising policiesThird-party policiesRelated policies & terms
Approval processDisapprovals and suspensions
Verification programs
Upcoming and recent changesPast changes

# What is the issue with this selection?



Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

# Share additional info or suggestions

Do not share any personal info
Cancel
Submit
By continuing, you agree Google uses your answers, account & system info to improve
services, per our Privacy & Terms.

Advertising Policies Help

Sign in

Send feedback on...



This help content & information

General Help Center experience

Next

# Callout extension requirements

Google provides translated versions of our Help Center as a convenience, though they are not meant to change the content of our policies. The English version is the official language we use to enforce our policies. To view this article in a different language, use the language dropdown at the bottom of the page.

Callout extensions allow ads to include additional information about a business or its products and services. Callout extensions are subject to the standard Google Ads policies and the requirements below.

## Punctuation and symbols in callout extensions

The following is not allowed:

Punctuation and symbols in callout text that serve no purpose other than to draw attention to the ad

Examples: Exclamation marks, punctuation at the beginning of the text, adding a ▶ symbol

Learn how to fix a disapproved ad or extension.

## Related policies and common disapprovals

The following Google Ads policies are especially relevant to callout extensions and are often associated with disapprovals. Learn about what happens if you violate our policies.

## Repetition

To maintain a professional appearance in ads, we don't allow excessive or gimmicky repetition of words or phrases. See the Repetition policy for more information. For callout extensions, this means that the text can't repeat within a callout or from other callouts, ad text, or sitelink text within the same ad group, campaign, or account. For example, a callout extension would be disapproved if ad text and ad group, campaign, or account-level callouts include the text "Free shipping."

## Trademarks

Google may remove ads or extensions in response to trademark owner complaints. Advertisers are responsible for proper trademark use in their ad text, assets, and business information. See the Trademarks policy for more information.

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

# Ad format requirements

- Ad requirements for YouTube
- App ad requirements
- Call ad requirements
- Call extension requirements
- Callout extension requirements
- Custom Lightbox ad requirements
- Discovery ads format requirements
- Dynamic ad requirements
- Dynamic search ad requirements
- Form ads requirements
- Gmail ad requirements
- Image ad requirements
- Image extensions format requirements
- Image quality requirements
- Lead form requirements
- Lightbox ad requirements

- Local Services platform policies
- Location extension requirements
- Price extension requirements
- Promotion extension requirements
- Responsive ad requirements
- Shopping ads (Google Shopping)
- Sitelink extension requirements
- Smart display campaign requirements
- Structured snippet requirements
- Text ad requirements
- Video ad requirements

- ©2021 Google
- Privacy Policy
- Terms of Service



English

1. català
2. dansk
3. Deutsch
4. eesti
5. English (Australia)
6. English (United Kingdom)
7. español
8. español (Latinoamérica)
9. Filipino
10. français
11. hrvatski
12. Indonesia
13. italiano
14. latviešu
15. lietuvių
16. magyar
17. Melayu
18. Nederlands
19. norsk
20. polski
21. português
22. português (Brasil)
23. română
24. slovenčina
25. slovenščina

26. suomi
27. svenska
28. Tiếng Việt
29. Türkçe
30. čeština
31. Ελληνικά
32. български
33. русский
34. српски
35. українська
36. עברית
37. العربية
38. हिन्दी
39. ไทย
40. 中文（简体）
41. 中文（繁體）
42. 日本語
43. 한국어
44. English

Send feedback on...

This help content & information  General Help Center experience



Google Help

- Help Center

  o List of ad policies

  o Review process

  o Verification

- o [Change log](#)

- [Advertising Policies](#)

- [Privacy Policy](#)

- [Terms of Service](#)

- [Submit feedback](#)

Advertising policiesThird-party policiesRelated policies & terms
Approval processDisapprovals and suspensions
Verification programs
Upcoming and recent changesPast changes

# What is the issue with this selection?

Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

## Share additional info or suggestions



Do not share any personal info
Cancel
Submit
By continuing, you agree Google uses your answers, account & system info to improve
services, per our Privacy & Terms.

Advertising Policies Help

[ ]

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

# Custom Lightbox ad requirements

Google provides translated versions of our Help Center as a convenience, though they are not meant to change the content of our policies. The English version is the official language we use to enforce our policies. To view this article in a different language, use the language dropdown at the bottom of the page.

Custom Lightbox ads must be hosted in Studio, trafficked from Campaign Manager 360, and implemented in Google Ads.

Lightbox templates are available through Google Web Designer. These templates allow users to create custom cross-device fullscreen Lightbox ads that adapt to various screen sizes and orientations with little to no coding. Once created, Google Web Designer publishes and uploads your creative directly to Studio. The templates are customizable in Google Web Designer and come with a supplementary build guide.

As an alternative to Google Web Designer, HTML5 Lightbox starter files are also available in the Rich Media Gallery. The HTML5 Lightbox build guide provides a full walkthrough of these files and explains how to use them. See our gallery for sample Lightbox creatives.

Formatting
Load
Attributes
Video and animation
Serving and tracking
HTML5 feature readiness
Supported devices

Lightbox ads and their associated websites or apps cannot contain Sexual content. For more information see the Sexual content policy.

# Submissions and turnaround times

## Custom Lightbox ads

Creative assets for your Lightbox ads (or creatives published to Studio QA) should be delivered to Studio no later than 9-11 business days before your campaign's start date. Note that, depending on creative volume and complexity, production and QA might take longer.

Submission and turnaround times vary by region. Please contact your Google representative for region-specific rules.

A maximum of 2 creative revisions for site-served ads are allowed per 90-day period for active campaigns.

Turnaround times vary as follows:

- Post-production and QA: 4 business days
- Revisions and client approval: 2-3 business days
- Trafficking in Campaign Manager 360: 1-2 business days
- Google Display Network site testing and beta testing: 2 business days

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

# Ad format requirements

- Ad requirements for YouTube
- App ad requirements
- Call ad requirements
- Call extension requirements
- Callout extension requirements
- Custom Lightbox ad requirements
- Discovery ads format requirements
- Dynamic ad requirements
- Dynamic search ad requirements
- Form ads requirements

- Gmail ad requirements
- Image ad requirements
- Image extensions format requirements
- Image quality requirements
- Lead form requirements
- Lightbox ad requirements
- Local Services platform policies
- Location extension requirements
- Price extension requirements
- Promotion extension requirements
- Responsive ad requirements
- Shopping ads (Google Shopping)
- Sitelink extension requirements
- Smart display campaign requirements
- Structured snippet requirements
- Text ad requirements
- Video ad requirements

- ©2021 Google
- Privacy Policy
- Terms of Service



English

1. català
2. dansk
3. Deutsch
4. eesti
5. English (Australia)
6. English (United Kingdom)
7. español
8. español (Latinoamérica)
9. Filipino
10. français
11. hrvatski
12. Indonesia
13. italiano
14. latviešu
15. lietuvių
16. magyar
17. Melayu
18. Nederlands
19. norsk

20. polski
21. português
22. português (Brasil)
23. română
24. slovenčina
25. slovenščina
26. suomi
27. svenska
28. Tiếng Việt
29. Türkçe
30. čeština
31. Ελληνικά
32. български
33. русский
34. српски
35. українська
36. עברית
37. العربية
38. हिन्दी
39. ไทย
40. 中文（简体）
41. 中文（繁體）
42. 日本語
43. 한국어
44. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- Help Center

  o List of ad policies

- o  [Review process](#)

- o  [Verification](#)

- o  [Change log](#)

- • [**Advertising Policies**](#)

- • [Privacy Policy](#)

- • [Terms of Service](#)

- • [Submit feedback](#)

Advertising policiesThird-party policiesRelated policies & terms
Approval processDisapprovals and suspensions
Verification programs
Upcoming and recent changesPast changes

## What is the issue with this selection?

Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations



Minor errors - formatting issues, typos, and / or broken links



Other suggestions - ideas to improve the content

## Share additional info or suggestions



Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, [account & system info](#) to improve services, per our [Privacy](#) & [Terms](#).

Advertising Policies Help



Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

# Discovery ads format requirements

Google provides translated versions of our Help Center as a convenience, though they are not meant to change the content of our policies. The English version is the official language we use to enforce our policies. To view this article in a different language, use the language dropdown at the bottom of the page.

Discovery campaigns combine audience targeting features and visually engaging formats to help you better personalize your ads within Google's feeds to inspire customer action. This article outlines the requirements your Discovery ad assets (headline, description, or image) must meet in order for your Discovery campaigns to serve.

Users visit the YouTube Home and Watch Next feeds, Google Discover*, and the Gmail Promotions and Social tabs to browse and explore new content that aligns with their interests. To ensure that we provide a high-quality consumer ad experience on Google's owned and operated surfaces, Discovery ads must comply with all Google Ads and personalization policies. In addition, we will review each Discovery ad asset for compliance with the Discovery ads requirements listed below, which will take priority in the event there is conflict with the Google Ads and personalization policies.The Discovery ads requirements are more restrictive than the ads requirements for other platforms and surfaces, meaning disapproved Discovery ad assets may continue to run on Google's other owned and operated properties.

*Ads on Google Discover are currently unavailable for consumers in Australia, France, and Germany.

## Discovery ads requirements

You can view any asset-level disapprovals in your Discovery campaign asset report.

Prohibited categories

Regulated goods
Weapons or criminality
Cash giveaways or gambling-related content

Improper content

Assets that depict or reference:

- Sexually suggestive content
- Unnecessarily exposed body parts
- Bodily fluids

Assets that depict invasive medical procedures

Example:

Negative events

Assets that depict negative life events including (but not limited to):

- Divorce, breakups or family separation, home foreclosures, financial difficulties, accidents and personal injuries (non exhaustive examples include sport, professional/work, medical and general accidents and injuries), or damage to objects or properties (non exhaustive examples include vandalism or destroyed personal property)

Assets that depict or reference natural or man-made crises.

Assets that depict or reference addiction recovery including, rehabilitation facilities and products that aid in addiction recovery.

Assets that depict death or death-related content including but not limited to:

- A dead person or animal
- A funeral home, mortuary, cemetery, mausoleum

Assets that depict trauma or pain including (but not limited to) a person grieving or crying.

Examples:

Allowed with limitations

- Assets that reference services for a funeral home, mortuary, cemetery, mausoleum, and memorial services companies so long as they don't depict any of the negative events listed above
- Assets that reference family and divorce services (attorney/law offices/counseling) so long as they don't depict any of the negative events listed above
- Assets that reference insurance or event support services so long as they don't depict any of the negative events listed above
- Assets that depict or reference the negative events listed above in a scene from a fictional work of entertainment (video game, TV-show, movie, etc.)

## Dating-related prohibitions: specific demographic

Assets that depict or reference dating services, or matchmakers for a certain age group, ethnic group, or nationality group.

Example:

## Implied interactivity

Assets that feature visual elements that appear to be interactive or clickable.

Example:

Assets that make inaccurate statements or exaggerated claims, including (but not limited to) suggesting that people have searched for the user or have sent the user a message while advertising a dating site.

Example:

## Selfie image

Selfie images are not allowed except for images related to relevant products and services, including (but not limited to) selfie sticks and photography.

Example:

## Unclear image

Blurry

Distorted

Poorly cropped

## Offensive language

Assets containing obscene or offensive language, including (but not limited to) profanity and sexual innuendos.

## Confusing text

Assets that use placeholder text or don't use commonly accepted spelling or grammar in a way that makes the subject of the asset difficult to understand.

Give feedback about this article
Choose a section to give feedback on



Was this helpful?
YesNo

Submit

# Ad format requirements

- Ad requirements for YouTube
- App ad requirements
- Call ad requirements
- Call extension requirements
- Callout extension requirements
- Custom Lightbox ad requirements
- Discovery ads format requirements
- Dynamic ad requirements
- Dynamic search ad requirements
- Form ads requirements
- Gmail ad requirements
- Image ad requirements
- Image extensions format requirements
- Image quality requirements
- Lead form requirements
- Lightbox ad requirements
- Local Services platform policies
- Location extension requirements
- Price extension requirements
- Promotion extension requirements
- Responsive ad requirements
- Shopping ads (Google Shopping)

- Sitelink extension requirements
- Smart display campaign requirements
- Structured snippet requirements
- Text ad requirements
- Video ad requirements

- ©2021 Google
- Privacy Policy
- Terms of Service



English

1. català
2. dansk
3. Deutsch
4. eesti
5. English (Australia)
6. English (United Kingdom)
7. español
8. español (Latinoamérica)
9. Filipino
10. français
11. hrvatski
12. Indonesia
13. italiano
14. latviešu
15. lietuvių
16. magyar
17. Melayu
18. Nederlands
19. norsk
20. polski
21. português
22. português (Brasil)
23. română
24. slovenčina
25. slovenščina
26. suomi
27. svenska
28. Tiếng Việt
29. Türkçe
30. čeština
31. Ελληνικά

32. български
33. русский
34. српски
35. українська
36. עברית
37. العربية
38. हिन्दी
39. ไทย
40. 中文（简体）
41. 中文（繁體）
42. 日本語
43. 한국어
44. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- Help Center

  o List of ad policies

  o Review process

  o Verification

  o Change log

- [Advertising Policies](#)


- [Privacy Policy](#)


- [Terms of Service](#)


- [Submit feedback](#)


Advertising policiesThird-party policiesRelated policies & terms
Approval processDisapprovals and suspensions
Verification programs
Upcoming and recent changesPast changes


## What is the issue with this selection?

Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

## Share additional info or suggestions

Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.

Advertising Policies Help

Sign in



This help content & information

General Help Center experience

Send feedback on...

Next

# Dynamic ad requirements

Google provides translated versions of our Help Center as a convenience, though they are not meant to change the content of our policies. The English version is the official language we use to enforce our policies. To view this article in a different language, use the language dropdown at the bottom of the page.

Dynamic ads show personalized content to customers from a feed you control. Ads show the new products, services, or promotions you update on your feed. Dynamic ads are subject to the standard Google Ads policies and the requirements below.

## Feed image format

The following is not allowed:

Feed images in an unsupported format

Note: Images are only allowed in PNG, JPG, JPEG, or GIF format

Learn how to fix a disapproved ad or extension. If you can't convert the image to meet this requirement, upload a different image that complies with the policy. For best results, save images in RGB color code with an ICC profile attached.

## Feed image file size

The following is not allowed:

Feed images that are larger than 11.4 MB

Feed images with more than 6 million pixels

Learn how to fix a disapproved ad or extension. If you can't edit the image to meet this requirement, upload a different image that complies with the policy. For best results, size your images to 300px by 300px at 72 dpi.

## Unavailable feed image

The following is not allowed:

Images in a feed that are missing, blocked by permissions, or otherwise inaccessible

Images that can't be retrieved because of problems with the website's SSL certificate

Troubleshooter: Unavailable feed image

## Unacceptable address format

The following is not allowed:

Addresses that are not formatted correctly

Troubleshooter: Unacceptable address format

## Related policies and common disapprovals

The following Google Ads policies are especially relevant to dynamic ads and are often associated with disapprovals. Learn about what happens if you violate our policies.

### Sexual content

To keep ads relevant and safe for users, Google restricts sexual content in certain circumstances. See the Sexual content policy for more information.

### Unclear relevance

All information should be relevant to what you're advertising. For example, all submitted ad fields must represent the same advertiser and be relevant to the promoted product. See the policy on Unclear relevance for more information.

### Trademarks

Google may remove ads or extensions in response to trademark owner complaints. Advertisers are responsible for proper trademark use in their ad text, assets, and business information. See the Trademarks policy for more information.

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

# Ad format requirements

- Ad requirements for YouTube
- App ad requirements
- Call ad requirements
- Call extension requirements
- Callout extension requirements
- Custom Lightbox ad requirements
- Discovery ads format requirements
- Dynamic ad requirements
- Dynamic search ad requirements
- Form ads requirements
- Gmail ad requirements
- Image ad requirements
- Image extensions format requirements
- Image quality requirements
- Lead form requirements
- Lightbox ad requirements
- Local Services platform policies
- Location extension requirements
- Price extension requirements

- Promotion extension requirements
- Responsive ad requirements
- Shopping ads (Google Shopping)
- Sitelink extension requirements
- Smart display campaign requirements
- Structured snippet requirements
- Text ad requirements
- Video ad requirements

- ©2021 Google
- Privacy Policy
- Terms of Service



English

1. català
2. dansk
3. Deutsch
4. eesti
5. English (Australia)
6. English (United Kingdom)
7. español
8. español (Latinoamérica)
9. Filipino
10. français
11. hrvatski
12. Indonesia
13. italiano
14. latviešu
15. lietuvių
16. magyar
17. Melayu
18. Nederlands
19. norsk
20. polski
21. português
22. português (Brasil)
23. română
24. slovenčina
25. slovenščina
26. suomi
27. svenska
28. Tiếng Việt

**2392**
2587

29. Türkçe
30. čeština
31. Ελληνικά
32. български
33. русский
34. српски
35. українська
36. עברית
37. العربية
38. हिन्दी
39. ไทย
40. 中文（简体）
41. 中文（繁體）
42. 日本語
43. 한국어
44. English

**Send feedback on...**
This help content & information General Help Center experience



Google Help

- [Help Center](#)

  - [List of ad policies](#)

  - [Review process](#)

  - [Verification](#)

  - [Change log](#)

- [Advertising Policies](#)

- [Privacy Policy](#)

- [Terms of Service](#)

- [Submit feedback](#)

Advertising policiesThird-party policiesRelated policies & terms
Approval processDisapprovals and suspensions
Verification programs
Upcoming and recent changesPast changes

# What is the issue with this selection?


Inaccurate - doesn't match what I see in the product


Hard to understand - unclear or translation is wrong


Missing info - relevant but not comprehensive


Irrelevant - doesn't match the title and / or my expectations


Minor errors - formatting issues, typos, and / or broken links


Other suggestions - ideas to improve the content

# Share additional info or suggestions



Do not share any personal info
Cancel
Submit
By continuing, you agree Google uses your answers, account & system info to improve
services, per our Privacy & Terms.

Advertising Policies Help

[                    ]

Sign in

Send feedback on...


This help content & information

General Help Center experience

Next

# Dynamic search ad requirements

Google provides translated versions of our Help Center as a convenience, though they are not meant to change the content of our policies. The English version is the official language we use to enforce our policies. To view this article in a different language, use the language dropdown at the bottom of the page.

Dynamic search ads automatically generate ads and keywords for a campaign based on the content of a landing page. Dynamic search ads are subject to the standard Google Ads policies. See below for information about AdWords policy issues that are commonly associated with this format.

## Duplicate URLs in page feed

The following is not allowed:

Duplicate webpage URLs in your page feed are not allowed. Make sure that your page feed contains only unique URLs.

## Related policies and common disapprovals

### Trademarks

Google may remove ads or extensions in response to trademark owner complaints. Advertisers are responsible for proper trademark use in their ad text, assets, and business information. See the Trademarks policy for more information.

Destination not working

Google may remove ads or extensions in response to trademark owner complaints. Advertisers are responsible for proper trademark use in their ad text, assets, and business information. See the Trademarks policy for more information.

All URLs must lead to destination webpages that are set up correctly and work properly. See the Destination not working policy for more information.

Editorial

Google may remove ads or extensions in response to trademark owner complaints. Advertisers are responsible for proper trademark use in their ad text, assets, and business information. See the Trademarks policy for more information.

The standard requirements for clarity, correct spelling, and use of capitalization and symbols apply to all ads. See the Editorial policy for more information.

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

# Ad format requirements

- Ad requirements for YouTube
- App ad requirements
- Call ad requirements
- Call extension requirements
- Callout extension requirements
- Custom Lightbox ad requirements

- Discovery ads format requirements
- Dynamic ad requirements
- Dynamic search ad requirements
- Form ads requirements
- Gmail ad requirements
- Image ad requirements
- Image extensions format requirements
- Image quality requirements
- Lead form requirements
- Lightbox ad requirements
- Local Services platform policies
- Location extension requirements
- Price extension requirements
- Promotion extension requirements
- Responsive ad requirements
- Shopping ads (Google Shopping)
- Sitelink extension requirements
- Smart display campaign requirements
- Structured snippet requirements
- Text ad requirements
- Video ad requirements

- ©2021 Google
- Privacy Policy
- Terms of Service



English

1. català
2. dansk
3. Deutsch
4. eesti
5. English (Australia)
6. English (United Kingdom)
7. español
8. español (Latinoamérica)
9. Filipino
10. français
11. hrvatski
12. Indonesia
13. italiano
14. latviešu
15. lietuvių

16. magyar
17. Melayu
18. Nederlands
19. norsk
20. polski
21. português
22. português (Brasil)
23. română
24. slovenčina
25. slovenščina
26. suomi
27. svenska
28. Tiếng Việt
29. Türkçe
30. čeština
31. Ελληνικά
32. български
33. русский
34. српски
35. українська
36. עברית
37. العربية
38. हिन्दी
39. ไทย
40. 中文（简体）
41. 中文（繁體）
42. 日本語
43. 한국어
44. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- [Help Center](#)

- o  [List of ad policies](#)

- o  [Review process](#)

- o  [Verification](#)

- o  [Change log](#)

- [Advertising Policies](#)

- [Privacy Policy](#)

- [Terms of Service](#)

- [Submit feedback](#)

Advertising policiesThird-party policiesRelated policies & terms
Approval processDisapprovals and suspensions
Verification programs
Upcoming and recent changesPast changes

# What is the issue with this selection?

Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong



Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

## Share additional info or suggestions

Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.

Advertising Policies Help



Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

# Form ads requirements

Google provides translated versions of our Help Center as a convenience, though they are not meant to change the content of our policies. The English version is the official language we use to enforce our policies. To view this article in a different language, use the language dropdown at the bottom of the page.

## Affiliate Networks in Form ads

Affiliate networks and lead generation businesses are not allowed

## Related policies and common disapprovals

### Trademarks

Google may remove ads or extensions in response to trademark owner complaints. Advertisers are responsible for proper trademark use in their ad text, assets, and business information. See the Trademarks policy for more information.

### Destination not working

Google may remove ads or extensions in response to trademark owner complaints. Advertisers are responsible for proper trademark use in their ad text, assets, and business information. See the Trademarks policy for more information.

All URLs must lead to destination webpages that are set up correctly and work properly. See the Destination not working policy for more information.

Editorial

Google may remove ads or extensions in response to trademark owner complaints. Advertisers are responsible for proper trademark use in their ad text, assets, and business information. See the Trademarks policy for more information.

The standard requirements for clarity, correct spelling, and use of capitalization and symbols apply to all ads. See the Editorial policy for more information.

Give feedback about this article
Choose a section to give feedback on



Ad format requirements

- Ad requirements for YouTube
- App ad requirements
- Call ad requirements
- Call extension requirements
- Callout extension requirements
- Custom Lightbox ad requirements
- Discovery ads format requirements
- Dynamic ad requirements
- Dynamic search ad requirements
- Form ads requirements
- Gmail ad requirements
- Image ad requirements
- Image extensions format requirements
- Image quality requirements
- Lead form requirements
- Lightbox ad requirements
- Local Services platform policies

- Location extension requirements
- Price extension requirements
- Promotion extension requirements
- Responsive ad requirements
- Shopping ads (Google Shopping)
- Sitelink extension requirements
- Smart display campaign requirements
- Structured snippet requirements
- Text ad requirements
- Video ad requirements

- ©2021 Google
- Privacy Policy
- Terms of Service



English

1. català
2. dansk
3. Deutsch
4. eesti
5. English (Australia)
6. English (United Kingdom)
7. español
8. español (Latinoamérica)
9. Filipino
10. français
11. hrvatski
12. Indonesia
13. italiano
14. latviešu
15. lietuvių
16. magyar
17. Melayu
18. Nederlands
19. norsk
20. polski
21. português
22. português (Brasil)
23. română
24. slovenčina
25. slovenščina
26. suomi

27. svenska
28. Tiếng Việt
29. Türkçe
30. čeština
31. Ελληνικά
32. български
33. русский
34. српски
35. українська
36. עברית
37. العربية
38. हिन्दी
39. ไทย
40. 中文（简体）
41. 中文（繁體）
42. 日本語
43. 한국어
44. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- Help Center

  o List of ad policies

  o Review process

  o Verification

- o [Change log](#)

- [Advertising Policies](#)

- [Privacy Policy](#)

- [Terms of Service](#)

- [Submit feedback](#)

Advertising policiesThird-party policiesRelated policies & terms
Approval processDisapprovals and suspensions
Verification programs
Upcoming and recent changesPast changes

# What is the issue with this selection?

Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

# Share additional info or suggestions



Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.

Advertising Policies Help

[ ]

Sign in

Send feedback on...



This help content & information

General Help Center experience

Next

# Gmail ad requirements

Gmail ads campaigns are now "read only", which means that advertisers will not be able to create new Gmail campaigns or make changes to existing campaigns. This includes edits to any existing Gmail ads.

To continue serving ads on Gmail, we recommend that you create a Discovery campaign. Discovery ads allow you to expand your reach from Gmail to other Google-owned surfaces, which reach 3 billion people monthly and include YouTube and Discover. Learn more about creating and managing Discovery ads

Google provides translated versions of our Help Center as a convenience, though they are not meant to change the content of our policies. The English version is the official language we use to enforce our policies. To view this article in a different language, use the language dropdown at the bottom of the page.

Gmail ads allow you to target users with sophisticated targeting signals and a high-impact, message-like ad format. Users are shown a collapsed ad in the Promotions and Social tabs of their Gmail account. The collapsed ad opens to an expanded ad that can be designed to promote a variety of goals (including embedded forms or video). You can also include links to an external site, app marketplace, or click-to-call.

Gmail ads are subject to the standard Google Ads policies, the personalized advertising policies, and the requirements below.

## Data collection in Gmail ads

The following is not allowed:

Collection of user-specific statistics

Note: This includes pixel placement and any connection to a user's web browser cookie while they are in Gmail, prior to a click which will take the user out of Gmail. Post-click user statistics collection is permitted in accordance with your website's privacy policy.

☐ Failure to link to the advertiser's privacy policy when using embedded forms

☐ Requesting prohibited information from users with an embedded form

List of permitted form fields

| Basic info | Permitted form fields |
| --- | --- |
| Category | Name (First name, Last name) |
| | Address |
| | City |
| | State |
| | Zip code |
| | Country |
| | Email address |
| | Phone number |
| | Age |
| |     13-18 |
| |     18-24 |
| |     25-34 |
| |     35-44 |
| |     45-54 |
| |     55-64 |
| |     65 or more |
| | Gender |
| | Best time to call |
| | Program or product of interest |
| Education | Year graduated |
| | Highest level of education |
| Local and classifieds | Desired location of service |
| | Type of service |
| Finance/Insurance | Amount of loan (range) |
| ranges for $ fields: | Currency |
| 0 - 14999 | Finance type (loan, mortgage, credit card) |
| 15000 - 24999 | Household income (range) |
| 25000 - 39999 | Investible assets (range) |
| | Life insurance cover amount (range) |

|  |  |
|---|---|
| 40000 - 59999 | Military member |
| 60000 - 74999 | Own or rent (auto, home, etc.) |
| 75000 - 99999 | Rate your credit |
| 100000+ | |

- very poor
- poor
- fair
- good
- excellent

| | What is your home worth? (range) |
|---|---|
| Automotive | Car make/model |
| Travel | Origin or destination |
| | Departure/return date |
| B2B | Company |
| | Job |
| | Title |
| | Number of employees |

- 1-10
- 10-50
- 50-100
- 100-500
- more than 500

Learn how to fix a disapproved ad or extension.

# Third-party serving in Gmail ads

The following is not allowed:

Third-party ad serving and third-party impression tracking

Learn how to fix a disapproved ad or extension.

# Animation in Gmail ads

The following is not allowed:

Animated images or animation effects

Learn how to fix a disapproved ad or extension.

# Related policies and common disapprovals

The following Google Ads policies are especially relevant to Gmail ads and are often associated with disapprovals. Learn about what happens if you violate our policies.

### Personalized advertising

Gmail ad advertisers must comply with our personalized advertising policies for all Gmail ads. Gmail ad advertisers can't use personalized advertising policy categories to target ads to users or to promote advertisers' products or services. They also apply in Gmail ads that aren't targeted to users using keywords.

### Data collection and use

All ads and extensions must follow the Data collection and use policies, which govern how much information you can collect and the specific ways you can use it.

### Sexual content

To keep ads relevant and safe for users, Google restricts sexual content in certain circumstances. See the Sexual content policy for more information.

### Misleading content

All information should be accurate and descriptive of what you're advertising. See the Misleading content policy for more information. For example, the business name should clearly represent the advertised business.

### Unclear relevance

All information should be relevant to what you're advertising. For example, all submitted ad fields must represent the same advertiser and be relevant to the promoted product. See the policy on Unclear relevance for more information.

### Editorial

The standard requirements for clarity, correct spelling, and use of capitalization and symbols apply to all ads. See the Editorial policy for more information.

### Trademarks

Google may remove ads or extensions in response to trademark owner complaints. Advertisers are responsible for proper trademark use in their ad text, assets, and business information. See the Trademarks policy for more information.

If your ads are marked "Eligible (limited)" review how this status impacts where your ad can show.

Give feedback about this article
Choose a section to give feedback on



Was this helpful?
YesNo

Submit

# Ad format requirements

- Ad requirements for YouTube
- App ad requirements
- Call ad requirements
- Call extension requirements
- Callout extension requirements
- Custom Lightbox ad requirements
- Discovery ads format requirements
- Dynamic ad requirements
- Dynamic search ad requirements
- Form ads requirements
- Gmail ad requirements
- Image ad requirements
- Image extensions format requirements
- Image quality requirements
- Lead form requirements
- Lightbox ad requirements
- Local Services platform policies
- Location extension requirements
- Price extension requirements
- Promotion extension requirements
- Responsive ad requirements
- Shopping ads (Google Shopping)
- Sitelink extension requirements
- Smart display campaign requirements

- Structured snippet requirements
- Text ad requirements
- Video ad requirements

- ©2021 Google
- Privacy Policy
- Terms of Service



English

1. català
2. dansk
3. Deutsch
4. eesti
5. English (Australia)
6. English (United Kingdom)
7. español
8. español (Latinoamérica)
9. Filipino
10. français
11. hrvatski
12. Indonesia
13. italiano
14. latviešu
15. lietuvių
16. magyar
17. Melayu
18. Nederlands
19. norsk
20. polski
21. português
22. português (Brasil)
23. română
24. slovenčina
25. slovenščina
26. suomi
27. svenska
28. Tiếng Việt
29. Türkçe
30. čeština
31. Ελληνικά
32. български
33. русский

34. српски
35. українська
36. עברית
37. العربية
38. हिन्दी
39. ไทย
40. 中文（简体）
41. 中文（繁體）
42. 日本語
43. 한국어
44. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- Help Center

  - List of ad policies

  - Review process

  - Verification

  - Change log

- Advertising Policies

- [Privacy Policy](#)

- [Terms of Service](#)

- [Submit feedback](#)

Advertising policiesThird-party policiesRelated policies & terms
Approval processDisapprovals and suspensions
Verification programs
Upcoming and recent changesPast changes

# What is the issue with this selection?



Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

# Share additional info or suggestions

**2415**

Do not share any personal info
Cancel
Submit
By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.



Advertising Policies Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

# Image extensions format requirements

Google provides translated versions of our Help Center as a convenience, though they are not meant to change the content of our policies. The English version is the official language we use to enforce our policies. To view this article in a different language, use the language dropdown at the bottom of the page.

Image extensions are ad extensions that allow you to upload rich, relevant images to complement your existing text ads. With compelling visuals of products or services that enhance the message of your text ad, image extensions can help drive performance for your ads.

- Image extensions perform best when closely relevant to queries within the ad group or campaign.
- Images should convey useful information to the searcher and match the experience they will find on your landing page.
- Put your important content in the center 80% of the image.

To ensure that we provide a high-quality consumer ad experience, image extensions must comply with all Google Ads and personalization policies. In addition, we will review each image extension for compliance with the image extension requirements listed below, which will take priority in the event there is conflict with the Google Ads and personalization policies.The image extension requirements are more restrictive than the ads requirements for other platforms and surfaces, meaning disapproved image extensions may continue to run on Google's other owned and operated properties.

Performance of an image extension may depend on image quality and relevance to the associated keywords and ads in your Google Ads account. Images should highlight the actual product experience and conform to the requirements outlined below.

# Requirements for using image extensions:

You should be able to use image extensions in your Google Ads account once your account has generated sufficient history on our platform and has met the following requirements:

- Account has been open for more than 90 days.
- Account has a good history of policy compliance.
- Account is in an eligible vertical or sub-vertical. Sensitive verticals or sub-verticals (for example, sexual content, alcohol, gambling) aren't eligible for image extensions.

Disclaimer: By opting into image extensions, you confirm and acknowledge that

1. You (the advertiser) own all legal rights to publish images and to share those images with Google.
2. You hereby instruct Google to publish the shared images on your behalf for advertising purposes

# Image specifications

Image resolution: PNG, JPG, static GIF

Aspect ratio:

| Aspect ratio | Where can it show | Required |
|---|---|---|
| Square (1x1) | Google.com, YouTube search via AdSense For Search (Search Partners) | Yes |
| Landscape (1.91x1) | YouTube search via AdSense For Search (Search Partners) | Optional, but recommended |

Note: You can crop images using the image picker during implementation

Image resolution:

| Aspect ratio | Minimum pixels | Recommended pixels |
|---|---|---|
| Square (1x1) | 300 x 300 | 1200 x 1200 |
| Landscape (1.91x1) | 600 x 314 | 1200 x 628 |

Maximum file size: 5120 KB

Recommended image safe area: Place the most important content in the center 80% of the image

# Image extension requirements

### Text or graphic overlay

Images with text or graphic overlay including brand logos or brand logos being used as the image asset

Allowed

Not allowed

Allowed

Not allowed

## Image has too much blank space

Images with excessive whitespace or the focus of the image is proportioned such that the product or service offering cannot be recognized

Allowed                                                        Not allowed

## Collage

Images that are collaged or combined together in post production

Allowed with limitations

- Images of naturally occurring collages, including but not limited to, scrapbooks, greeting cards, printing catalogues, or yearbooks

Allowed

Not allowed

Blurry or unclear image

Images that are blurry, unclear, unrecognizable

Allowed

Not allowed

## Distorted images

Images that are visually skewed or warped in a way that makes the subject of the asset difficult to understand

Allowed

Not allowed

Allowed

Not allowed

Poorly cropped images

Images that are cropped in a way that makes the subject of the asset difficult to distinguish

Allowed

Not allowed

Prohibited content

Images with nudity, including nudity used for artistic purposes

Sexually suggestive images

Allowed with limitations

- Images for modeled clothing are allowed if there is good coverage and the model is not showing excessive skin
- Images that contain lingerie and bathing suits are allowed if they are pictured as a flat lay or on a mannequin

Allowed

Not allowed

Allowed

Not allowed

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

# Ad format requirements

- Ad requirements for YouTube
- App ad requirements
- Call ad requirements
- Call extension requirements
- Callout extension requirements
- Custom Lightbox ad requirements
- Discovery ads format requirements
- Dynamic ad requirements
- Dynamic search ad requirements

- Form ads requirements
- Gmail ad requirements
- Image ad requirements
- Image extensions format requirements
- Image quality requirements
- Lead form requirements
- Lightbox ad requirements
- Local Services platform policies
- Location extension requirements
- Price extension requirements
- Promotion extension requirements
- Responsive ad requirements
- Shopping ads (Google Shopping)
- Sitelink extension requirements
- Smart display campaign requirements
- Structured snippet requirements
- Text ad requirements
- Video ad requirements

- ©2021 Google
- Privacy Policy
- Terms of Service



English

1. català
2. dansk
3. Deutsch
4. eesti
5. English (Australia)
6. English (United Kingdom)
7. español
8. español (Latinoamérica)
9. Filipino
10. français
11. hrvatski
12. Indonesia
13. italiano
14. latviešu
15. lietuvių
16. magyar
17. Melayu
18. Nederlands

19. norsk
20. polski
21. português
22. português (Brasil)
23. română
24. slovenčina
25. slovenščina
26. suomi
27. svenska
28. Tiếng Việt
29. Türkçe
30. čeština
31. Ελληνικά
32. български
33. русский
34. српски
35. українська
36. עברית
37. العربية
38. हिन्दी
39. ไทย
40. 中文（简体）
41. 中文（繁體）
42. 日本語
43. 한국어
44. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- Help Center

  o List of ad policies

- o  Review process

- o  Verification

- o  Change log

- **Advertising Policies**

- Privacy Policy

- Terms of Service

- Submit feedback

Advertising policiesThird-party policiesRelated policies & terms
Approval processDisapprovals and suspensions
Verification programs
Upcoming and recent changesPast changes

## What is the issue with this selection?

Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations



Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

## Share additional info or suggestions



Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.

Advertising Policies Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

# Image quality requirements

Google provides translated versions of our Help Center as a convenience, though they are not meant to change the content of our policies. The English version is the official language we use to enforce our policies. To view this article in a different language, use the language dropdown at the bottom of the page.

In order to provide a good user experience, Google requires that all images used in ad formats such as Gallery ads meet high quality standards. All images used in your ads must comply with the requirements below, and the image quality requirements in the Editorial policy.

## Image is not static

The following is not allowed:

Moving images or gif images

## Photoshopped background

The following is not allowed:

Images with photoshopped backgrounds that weren't a part of the original photographic image

## Logo overlay in image

The following is not allowed:

Images with logos that have been overlaid on top of the original photographic image

Note: A logo that shows because it was a part of the original photographic image (for example, a car's make as captured on the original image of a car, or a credit card brand name that appears on the original image of the credit card) is acceptable.

## Text overlay in image

The following is not allowed:

Images with text that have been overlaid on top of the original photographic image

Note: Text that shows because it was a part of the original photographic image (for example, a product name as captured on the original product image) is acceptable.

## Image is a collage

The following is not allowed:

Images that are a combination of different images assembled together

## Repetitive image

The following is not allowed:

Images that are identical to other images in the same ad, or very similar to other images in the same ad, with only minor differences

Learn how to fix a disapproved ad or extension.

Give feedback about this article
Choose a section to give feedback on



Was this helpful?
YesNo

Submit

# Ad format requirements

- Ad requirements for YouTube
- App ad requirements
- Call ad requirements
- Call extension requirements
- Callout extension requirements
- Custom Lightbox ad requirements
- Discovery ads format requirements
- Dynamic ad requirements
- Dynamic search ad requirements
- Form ads requirements
- Gmail ad requirements
- Image ad requirements
- Image extensions format requirements
- Image quality requirements
- Lead form requirements
- Lightbox ad requirements
- Local Services platform policies
- Location extension requirements
- Price extension requirements
- Promotion extension requirements
- Responsive ad requirements
- Shopping ads (Google Shopping)
- Sitelink extension requirements
- Smart display campaign requirements
- Structured snippet requirements
- Text ad requirements
- Video ad requirements

- ©2021 Google
- Privacy Policy
- Terms of Service

English?

English

1. català
2. dansk
3. Deutsch
4. eesti
5. English (Australia)
6. English (United Kingdom)
7. español
8. español (Latinoamérica)
9. Filipino
10. français
11. hrvatski
12. Indonesia
13. italiano
14. latviešu
15. lietuvių
16. magyar
17. Melayu
18. Nederlands
19. norsk
20. polski
21. português
22. português (Brasil)
23. română
24. slovenčina
25. slovenščina
26. suomi
27. svenska
28. Tiếng Việt
29. Türkçe
30. čeština
31. Ελληνικά
32. български
33. русский
34. српски
35. українська
36. עברית
37. العربية
38. हिन्दी
39. ไทย
40. 中文（简体）
41. 中文（繁體）
42. 日本語
43. 한국어
44. English

Send feedback on...

This help content & information General Help Center experience



Google Help

- [Help Center](#)

  - [List of ad policies](#)

  - [Review process](#)

  - [Verification](#)

  - [Change log](#)

- [Advertising Policies](#)

- [Privacy Policy](#)

- [Terms of Service](#)

- [Submit feedback](#)

Advertising policiesThird-party policiesRelated policies & terms
Approval processDisapprovals and suspensions
Verification programs
Upcoming and recent changesPast changes

# What is the issue with this selection?


Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

# Share additional info or suggestions

Do not share any personal info
Cancel
Submit
By continuing, you agree Google uses your answers, [account & system info](#) to improve services, per our [Privacy](#) & [Terms](#).



Advertising Policies Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

# Lead form requirements

Google provides translated versions of our Help Center as a convenience, though they are not meant to change the content of our policies. The English version is the official language we use to enforce our policies. To view this article in a different language, use the language dropdown at the bottom of the page.

Lead forms allow your customers to express their interests in response to an advertisement, by filling in a contact form. Lead forms, including advertiser-provided text and image, are subject to the standard Google Ads policies. To ensure that your customers have the best experience when providing their details, see the additional requirements below.

## Image requirements in lead forms

All images used in advertising must meet certain quality standards. The image layout must conform to Google Ads standards and the image itself can't be blurry. See the Image quality policy for more information.

## Related policies and common disapprovals

The following Google Ads policies are particularly relevant to lead forms, and are often associated with disapprovals. Learn about what happens if you violate our policies.

Sexual content

To keep ads relevant and safe for users, Google restricts sexual content in certain circumstances. Advertisements for adult-oriented content are not allowed for lead forms. See the Sexual content policy for more information.

Affiliate network / lead aggregator

Only first-party advertisers or third-party agencies with a well-established, direct relationship with the products and / or services being offered, can use lead form ads. Affiliate networks or lead generation businesses will not be allowed in our sole discretion.

Alcohol-related content

Advertisements for alcohol-related content are not allowed for lead forms. See the Google Ads Alcohol-related content policy for more information.

Gambling-related content

Advertisements for gambling-related content are not allowed for lead forms. See the Google Ads Gambling-related content policy for more information.

Healthcare and medicines

Advertisements for healthcare-related content are not allowed for lead forms. See the Google Ads Healthcare and medicines policy for more information.

Political content

Advertisements for political content are not allowed for lead forms. See the Google Ads Political content policy for more information.

Misusing personal information

Using personal information in ways that users have not consented to is strictly not allowed. See the Data collection and use policy for more information about what you can collect, and how to handle personal information. We also require all advertisers comply with local legal requirements.

Unavailable offers

The information in the products or services that are advertised, and requested by the user, should be accurate and available. See the Unavailable offers policy for more information.

Trademarks

Google may remove ads or extensions, including lead forms you create, in response to trademark owner complaints. Advertisers are responsible for proper trademark use in

their ad text, assets, and business information. See the Trademarks policy for more information.

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

# Ad format requirements

- Ad requirements for YouTube
- App ad requirements
- Call ad requirements
- Call extension requirements
- Callout extension requirements
- Custom Lightbox ad requirements
- Discovery ads format requirements
- Dynamic ad requirements
- Dynamic search ad requirements
- Form ads requirements
- Gmail ad requirements
- Image ad requirements
- Image extensions format requirements
- Image quality requirements
- Lead form requirements
- Lightbox ad requirements
- Local Services platform policies
- Location extension requirements
- Price extension requirements
- Promotion extension requirements
- Responsive ad requirements
- Shopping ads (Google Shopping)
- Sitelink extension requirements
- Smart display campaign requirements
- Structured snippet requirements
- Text ad requirements
- Video ad requirements

- ©2021 Google

- Privacy Policy
- Terms of Service



English

1. català
2. dansk
3. Deutsch
4. eesti
5. English (Australia)
6. English (United Kingdom)
7. español
8. español (Latinoamérica)
9. Filipino
10. français
11. hrvatski
12. Indonesia
13. italiano
14. latviešu
15. lietuvių
16. magyar
17. Melayu
18. Nederlands
19. norsk
20. polski
21. português
22. português (Brasil)
23. română
24. slovenčina
25. slovenščina
26. suomi
27. svenska
28. Tiếng Việt
29. Türkçe
30. čeština
31. Ελληνικά
32. български
33. русский
34. српски
35. українська
36. עברית
37. العربية
38. हिन्दी

39. ไทย
40. 中文（简体）
41. 中文（繁體）
42. 日本語
43. 한국어
44. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- Help Center

  o List of ad policies

  o Review process

  o Verification

  o Change log

- Advertising Policies

- Privacy Policy

- [Terms of Service](#)

- [Submit feedback](#)

Advertising policiesThird-party policiesRelated policies & terms
Approval processDisapprovals and suspensions
Verification programs
Upcoming and recent changesPast changes

# What is the issue with this selection?



Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

# Share additional info or suggestions



Do not share any personal info
Cancel
Submit

By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.

Advertising Policies Help

[                    ]

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

# Lightbox ad requirements

Google provides translated versions of our Help Center as a convenience, though they are not meant to change the content of our policies. The English version is the official language we use to enforce our policies. To view this article in a different language, use the language dropdown at the bottom of the page.

Lightbox ads are expandable, rich media display ads that run across the Google Display Network. Lightbox ads are subject to the standard Google Ads policies, the policies for images and video, and the requirements below.

## Mixed ads in Lightbox campaigns

The following is not allowed:

Using any other ad format in a campaign containing Lightbox ads

Learn how to fix a disapproved ad or extension. Make sure that the only ads in your campaign are Lightbox ads.

## Missing image CTA

The following is not allowed:

Failing to provide a call-to-action (CTA) for any images in a custom invitation state

Learn how to fix a disapproved ad or extension. Add a call-to-action, such as "Hover to expand," to the image so the user knows how to interact with the ad, and then re-upload the image. If you can't edit the image to meet this requirement, upload a different image that complies with the policy.

# Related policies and common disapprovals

The following Google Ads policies are especially relevant to Lightbox ads and are often associated with disapprovals. Learn about what happens if you violate our policies.

### Destination mismatch

All URLs used in ads and extensions must direct to the same domain as the ad's destination. See the Destination mismatch policy for more information. For Lightbox ads, pay particular attention to the logo click URL, header call-to-action URL, and display URL, all of which must comply with this policy.

### Unacceptable video format

All videos must be uploaded in an approved format. See the Unacceptable video format policy for more information.

### Unavailable video

All videos must be publicly available. See the Unavailable video policy for more information.

### Image quality

All images used in advertising must meet certain quality standards. The image layout must conform to Google Ads standards and the image itself can't be blurry. See the Image quality policy for more information.

### Video quality

All videos used in advertising must meet certain quality standards. See the Video quality policy for more information.

### Sexual content

To keep ads relevant and safe for users, Google restricts sexual content in certain circumstances. See the Sexual content policy for more information.

Unclear relevance

All information should be relevant to what you're advertising. For example, all submitted ad fields must represent the same advertiser and be relevant to the promoted product. See the policy on Unclear relevance for more information.

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

# Ad format requirements

- Ad requirements for YouTube
- App ad requirements
- Call ad requirements
- Call extension requirements
- Callout extension requirements
- Custom Lightbox ad requirements
- Discovery ads format requirements
- Dynamic ad requirements
- Dynamic search ad requirements
- Form ads requirements
- Gmail ad requirements
- Image ad requirements
- Image extensions format requirements
- Image quality requirements
- Lead form requirements
- Lightbox ad requirements
- Local Services platform policies
- Location extension requirements
- Price extension requirements
- Promotion extension requirements
- Responsive ad requirements
- Shopping ads (Google Shopping)
- Sitelink extension requirements
- Smart display campaign requirements
- Structured snippet requirements
- Text ad requirements

- Video ad requirements

- ©2021 Google
- Privacy Policy
- Terms of Service


English

1. català
2. dansk
3. Deutsch
4. eesti
5. English (Australia)
6. English (United Kingdom)
7. español
8. español (Latinoamérica)
9. Filipino
10. français
11. hrvatski
12. Indonesia
13. italiano
14. latviešu
15. lietuvių
16. magyar
17. Melayu
18. Nederlands
19. norsk
20. polski
21. português
22. português (Brasil)
23. română
24. slovenčina
25. slovenščina
26. suomi
27. svenska
28. Tiếng Việt
29. Türkçe
30. čeština
31. Ελληνικά
32. български
33. русский
34. српски
35. українська

36. עברית
37. العربية
38. हिन्दी
39. ไทย
40. 中文（简体）
41. 中文（繁體）
42. 日本語
43. 한국어
44. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- Help Center

  - List of ad policies

  - Review process

  - Verification

  - Change log

- Advertising Policies

- [Privacy Policy](#)

- [Terms of Service](#)

- [Submit feedback](#)

Advertising policiesThird-party policiesRelated policies & terms
Approval processDisapprovals and suspensions
Verification programs
Upcoming and recent changesPast changes

# What is the issue with this selection?


Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

# Share additional info or suggestions

Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.



Advertising Policies Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

# Local Services platform policies

Google provides translated versions of our Help Center as a convenience, though they are not meant to change the content of our policies. The English version is the official language we use to enforce our policies. To view this article in a different language, use the language dropdown at the bottom of the page.

All service providers and businesses acting on behalf of providers—such as agencies, lead generation, aggregators, and lead management companies—must abide by the following policies when using any Local Services platform. For all providers, these policies apply to your employees, contractors (including subcontractors), or other workers who provide services in customers' homes, workplaces, or any other properties on your behalf. You are responsible for ensuring your workers comply with these policies. For businesses acting on behalf of providers, you are responsible for sharing these policies with your providers and for instructing them to comply.

## Local laws and regulations

You must comply with all applicable laws and regulations in the jurisdictions in which you provide or offer services through the Local Services platform. You must comply with all relevant licensing, insurance, privacy, or other regulatory requirements, and you are solely responsible for all compensation, licensing, regulatory fees or dues, insurance, or any other related costs and legal duties required of you as a service provider.

## Age restrictions

You, your workers, and each of your customers must be 18 years of age or older.

## Employment

**2453**

2648

Employees of Google and its affiliates may not provide services (or help you provide services) as part of the Local Services platform. You can't say or imply to anyone that you are an employee of Google or its affiliates, or that you otherwise work for Google or its affiliates. At all times you must ensure that each member of your team is properly classified and paid according to the applicable employment laws of your jurisdiction.

## Required disclosures and other responsibilities

Required disclosures
Other responsibilities

## Customer relationships

When you provide services, your customers are not Google's customers. You can't claim to work for Google, and you can't involve Google in any service issues between you and your customers. If a dispute arises, the customer may use the Local Services platform to find an alternative service provider, or the customer may file a Google Guarantee request, but we won't help resolve any issues between you and your customer.

Google won't recommend prices or fees for services and won't negotiate prices with your customers.

You are solely responsible for deciding which referrals to accept or reject from Local Services Ads.

You are solely responsible for training, instructing, monitoring, evaluating, and disciplining your workers who interact with customers. Serious or repeatedly negative customer feedback — or repeatedly failing to promptly respond to customer requests — may result in lower placement, removal of the option to receive message requests, or your ad or other commercial content not showing at all. Google may suspend or terminate your access to the program in the event of your egregious or repeatedly inappropriate conduct towards customers — such as fraud, criminal activity, excessive property damage, subcontracting to non-certified companies or workers, or related misconduct. Google may show your ads or other commercial content on our platform to help customers find you. The rest is up to you.

### Keep in mind

Google doesn't dictate how you choose your customers, so you can't suggest to customers that Google told you which requests to accept or reject. Be careful not to imply that Google influences the pricing of your services or how those services are performed.

# Customer service

## Be responsive

From the time you receive a lead call or booked service, you are responsible to respond in a timely manner when customers reach out with a question, complaint, or need a resolution. This goes for before, during, and after a service is provided. Good customer communication is key to receiving high ratings and reviews. Learn more.

What these policies mean for you
What happens when service providers violate this policy

## Keep commitments

If you commit to providing a service to a customer, make sure your business follows through with all agreements. Only agree to perform services that are within your expertise and license requirements so you can provide the service at a satisfactory level. Show up on time as agreed. If you agree to perform the service make sure that your business is the one to fulfill that commitment. Learn more.

What these policies mean for you
What happens when service providers violate this policy

## Customer pricing and payment

The pricing information you provide to customers must be accurate, complete, and not misleading. We do not allow low estimates to be given that trick customers into booking services only to be later charged unusually high rates when the service is provided. Learn more.

What these policies mean for you
What happens when service providers violate this policy

## Incompetence or damage

All service professionals should be experienced and qualified to do the work. If you make a mistake that causes damage to a customer's property then promptly repair the damage or provide the customer with your insurance information so they can be paid for the damages. Only use non-defective and appropriate materials to do the job. Learn more.

What these policies mean for you
What happens when service providers violate this policy

Resolving customer disputes

You are responsible to try to resolve any dispute with the customer. Any customer that is dissatisfied with a provider's services should first attempt to resolve the dispute with the provider before filing a Google Guarantee request. This gives you the opportunity to make things right with the customer. Learn more.

What these policies mean for you
What happens when service providers violate this policy

# Safety

Rudeness, threats, bullying, & harassment

You should treat everyone with respect and act in a professional manner during every interaction. We do not tolerate rudeness, condescending or patronizing tones, or pushy sales tactics. You should not make threats, use derogatory terms, sexualize someone, stalk, disparage or belittle, physically intimidate, invade privacy, incite violence, reveal personal information, or harass in other ways. We may refer threats of harm and other dangerous situations to law enforcement. Learn more.

What these policies mean for you
What happens when service providers violate this policy

Physical harm

You should not facilitate or commit physical or sexual assault, sexual abuse or hold someone against their will, or engage in other acts of violence. Learn more.

What these policies mean for you
What happens when service providers violate this policy

Safe environments

You are responsible for creating a safe environment by ensuring that your tools, products, and actions do not jeopardize the health, welfare, or safety of any person. Providers should not work under the influence of alcohol, illegal drugs, heavy medication, or any other substance that leads to impairment. Learn more.

What these policies mean for you
What happens when service providers violate this policy

Theft or vandalism

Do not take any items that do not belong to you or vandalize property. Learn more.

What these policies mean for you
What happens when service providers violate this policy

Spam, phishing, & fraud

Providers should not send unsolicited promotional or commercial content, attempt to drive traffic to additional websites, or trick someone into handing over money or personal information. Do not commit credit card fraud, booking fraud, or launder money. Making false claims against another provider is prohibited. Learn more.

What these policies mean for you
What happens when service providers violate this policy

# Fairness

Discriminatory behavior or hate speech

You should treat everyone equally and with respect. You may not demonstrate discriminatory behavior, insult others, or engage in hate speech against anyone based on their race, color, ethnicity, caste, national origin, ancestry, citizenship status, religion, age, sex, sexual orientation, gender, gender identity, gender expression, pregnancy, marital status, physical or mental disability, medical condition, or any other characteristic that is associated with systemic discrimination or marginalization. Learn more.

What these policies mean for you
What happens when service providers violate this policy

# Authenticity

Misrepresentation and impersonation

You should accurately represent yourself and your business. Do not deceive, mislead, or confuse. This includes misleading information about accounts or account ownership, qualifications, licenses, insurance, work experience, service areas, work verticals, prices, or any other aspect of yourself or your business. Learn more.

What these policies mean for you
What happens when service providers violate this policy

Customer reviews

Do not write reviews for your own business or the businesses of competitors, and do not request that friends or relatives write a review for you unless they've hired you to provide a service. Customers may not receive compensation or discounts in exchange for a positive review. Providers may not ask customers to change or remove their reviews or threaten a customer for leaving a negative review. Any conduct related to customer reviews that may result in misleading information to consumers is strictly prohibited. Learn more.

What these policies mean for you
What happens when service providers violate this policy

## Account policies

### Subcontracting and lead selling

Consumers expect to be connected with providers vetted by Local Services quality standards. For that reason, businesses that join our platform must truthfully represent the qualifications and identities of the field technicians at their company. In addition, every business must certify that its fieldworkers and staff carry appropriate licensing. Accordingly, you may not sell the leads you receive through your Local Services ads. Those leads are only to be fulfilled by the vetted and/or background-checked field technicians of your company. If you subcontract to another service provider your ad may be permanently removed. Learn more.

What these policies mean for you
What happens when service providers violate this policy

### Serving areas

In order to ensure fair business competition, if you have multiple accounts, only one account and job type may use a specific ZIP Code at a time. Additionally, you should only list the service areas where you are currently permitted to work. If you have a professional license that limits you to a specific geographical region, you must stay within that area. Learn more.

Service areas
What these policies mean for you
What happens when service providers violate this policy

### Duplicate accounts

Duplicate accounts could allow providers to unfairly subvert our ads serving system. Accounts that are either inactive for more than six months or have nearly identical job types and serving areas may be flagged for follow-up and/or removal. Learn more.

What these policies mean for you
What happens when service providers violate this policy

Circumvention and system interference

Do not engage in actions intended to bypass our policies or subvert restrictions placed on your account. This includes the creation or use of multiple accounts or other methods intended to engage in a behavior that is prohibited.

Do not attempt to drive traffic to additional websites or divert potential first time customers to a different phone number in order to avoid paying for a lead. Your company may not have ".com" as part of the displayed name. Learn more.

What these policies mean for you
What happens when service providers violate this policy

Ad content

Feel free to include the images of the good work you do in order to help sell your service. Photos must be high quality, relevant to your work, original, and not copied or stolen. Respect copyright laws and only upload content that you are authorized to use. Sexual content is prohibited. Additional policies regarding photo submissions may apply to Professional Service providers. Additional details can be found here. Learn more.

What these policies mean for you
What happens when service providers violate this policy

# Prohibited practices

The following are not allowed by you or others acting on your behalf:

Unauthorized use of Google branding and trademarks

You can't use the Google logo, Google Guarantee Badge, or other brand elements without permission. If you wish to use any of Google's brand features on your website or other public materials, read Google's brand-usage guidelines.

Additional policies that apply based on contractual terms with Google

If you or your business agreed to contractual terms with Google -- for example, if you agreed to the Google Ads Terms and Conditions, the Local Services Additional Terms for Providers, or the Local Services on Assistant Terms for Providers (see Table below) -- you also must comply with the following Minimum Provider Requirements:

# Minimum Provider Requirements (background checks)

Business entity checks, license verification, and insurance verification

In order to advertise on the Local Services platform, you must satisfy the Minimum Provider Requirements related to entity verification (Europe and select U.S. verticals), license verification, and insurance verifications:

1. Your business entity must pass Google's regionally-specific entity verification process (Europe and select U.S. verticals) before you are authorized to serve Local Services ads.
2. Google will verify and/or ask you to submit proof that you hold relevant professional licenses where required. In addition, you will need to certify that all your workers hold the necessary licenses as well. You will not be able to serve Local Services ads until this verification is complete.
3. You will be asked to produce proof of a minimum amount of relevant insurance in order to go live on Local Services ads.

To learn more about Local Services Ads' minimum provider requirements, visit How providers qualify for Local Services ads.

Background Checks - U.S. and Canada Only

In the U.S. and Canada, you must satisfy Google's Minimum Provider Requirements related to background checks:

1. You and any employees, contractors (including subcontractors), or other workers who provide services in customers' homes, workplaces, or any other properties must pass third-party background checks before you may participate in the Local Services platform.
2. Your company must meet the criteria for passing a background check as described below at all times.

# Cooperating with the background check process

# What's included in a background check

# Who conducts the background checks

| Country | Background Check Partner | Contact information |
|---------|--------------------------|---------------------|
| USA, Canada | Pinkerton Consulting & Investigations, Inc. | pes.disputes@pinkerton.com or (800) 635-1649, Monday through Friday, from 8:00 am to 8:00 pm Eastern. |

| Country | Background Check Partner | Contact information |
|---------|-------------------------|--------------------|
| USA | EvidentID | You may contact Evident support at the following link: Evident Support. |

# Criteria for passing a background check

# Eligibility to provide services

# Obligation to provide updated information

# Recertification

# Privacy

# Audits

More information

For more information about background checks, contact the background check provider for your country, listed in the table above.

What happens if you violate our policies

If you violate our policies, you may be subject to one or more of the following:

- Ad disapproval: Local Services ads or other commercial content that doesn't follow our policies may get disapproved. Disapproved ads or other commercial content won't be able to run until the policy violation is fixed and the ad is eligible.
- Domain disabling: We may suspend websites that violate our policies, meaning that the website can no longer be advertised until the problem is fixed.
- Account suspension: An account may get suspended if you have several violations or a serious violation. If this happens, all ads and other commercial content in the suspended account will stop running, and we may no longer accept advertising or commercial content from you. Any related accounts may also get permanently suspended and your new accounts may get automatically suspended at setup. Learn more about suspended accounts.

# Need help?

If you have questions about our policies, let us know: Contact Google Ads Support

# Links to Additional Terms and Policies

If you or your business accepted terms as part of your participation in the Local Services platform, you can find links to those terms below. The following links are provided for reference so you can see which terms apply to your participation in Local Services.

| **Products/Platforms** | **Terms & Policies** |
| --- | --- |
| If you or your business accepted terms with Google AND your Local Services listings appear on Google Search: | Google Ads Terms and Conditions. Local Services Additional Terms for Providers. <ul><li>US</li><li>Canada</li><li>Austria</li><li>Belgium (French)</li><li>Belgium (Dutch)</li><li>Belgium (German)</li><li>France</li><li>Germany</li><li>Ireland</li><li>Italy</li><li>Netherlands</li><li>Spain</li><li>Switzerland (German)</li><li>Switzerland (Italian)</li><li>Switzerland (French)</li><li>United Kingdom</li></ul> Google Ads Policies, including all policies listed above. |
| If you and your business accepted terms with Google AND your Local Services listing appear only on the Google Assistant. | Local Services on Assistant Terms for Providers. Google Ads Policies, including all policies listed above. |

# Tell us what you think

Rate how helpful this page is and share your feedback with us below:
Give feedback about this article
Choose a section to give feedback on



Was this helpful?
YesNo

Submit

# Ad format requirements

- Ad requirements for YouTube
- App ad requirements
- Call ad requirements
- Call extension requirements
- Callout extension requirements
- Custom Lightbox ad requirements
- Discovery ads format requirements
- Dynamic ad requirements
- Dynamic search ad requirements
- Form ads requirements
- Gmail ad requirements
- Image ad requirements
- Image extensions format requirements
- Image quality requirements
- Lead form requirements
- Lightbox ad requirements
- Local Services platform policies
- Location extension requirements
- Price extension requirements
- Promotion extension requirements
- Responsive ad requirements
- Shopping ads (Google Shopping)
- Sitelink extension requirements
- Smart display campaign requirements
- Structured snippet requirements
- Text ad requirements
- Video ad requirements

- ©2021 Google
- Privacy Policy
- Terms of Service


English

1. català
2. dansk
3. Deutsch
4. eesti
5. English (Australia)
6. English (United Kingdom)
7. español
8. español (Latinoamérica)
9. Filipino
10. français
11. hrvatski
12. Indonesia
13. italiano
14. latviešu
15. lietuvių
16. magyar
17. Melayu
18. Nederlands
19. norsk
20. polski
21. português
22. português (Brasil)
23. română
24. slovenčina
25. slovenščina
26. suomi
27. svenska
28. Tiếng Việt
29. Türkçe
30. čeština
31. Ελληνικά
32. български
33. русский
34. српски
35. українська
36. עברית
37. العربية
38. हिन्दी
39. ไทย
40. 中文（简体）
41. 中文（繁體）
42. 日本語
43. 한국어
44. English

Send feedback on...

This help content & information General Help Center experience



Google Help

- [Help Center](#)

  - [List of ad policies](#)

  - [Review process](#)

  - [Verification](#)

  - [Change log](#)

- [Advertising Policies](#)

- [Privacy Policy](#)

- [Terms of Service](#)

- [Submit feedback](#)

Advertising policiesThird-party policiesRelated policies & terms
Approval processDisapprovals and suspensions
Verification programs
Upcoming and recent changesPast changes

# What is the issue with this selection?



Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

# Share additional info or suggestions

Do not share any personal info
Cancel
Submit
By continuing, you agree Google uses your answers, account & system info to improve
services, per our Privacy & Terms.

Advertising Policies Help

Sign in

Send feedback on...



This help content & information

General Help Center experience

Next

# Location extension requirements

Google provides translated versions of our Help Center as a convenience, though they are not meant to change the content of our policies. The English version is the official language we use to enforce our policies. To view this article in a different language, use the language dropdown at the bottom of the page.

Location extensions allow ads to include a business address, phone number, and other information (e.g. business hours and ratings) about a specific business location. Location extensions are subject to the standard Google Ads policies and the requirements below.

Remember that location extensions get their information from your Google My Business (GMB) account and are only available in countries currently supported by Google My Business. This means that information about your business and images of your location are managed in your GMB account directly, not in Google Ads.

## Location owner approval

The following is not allowed:

Advertising a business location without the explicit approval of the business owner at that location

Learn how to fix a disapproved ad or extension.

## Related policies and common disapprovals

The following AdWords policies are especially relevant to location extensions and are often associated with disapprovals. Learn about what happens if you violate our policies.

### Misleading content

All information should be accurate and descriptive of what you're advertising. See the Misleading content policy for more information.

### Unclear relevance

All information should be relevant to what you're advertising. For example, all submitted ad fields must represent the same advertiser and be relevant to the promoted product. See the policy on Unclear relevance for more information. In the case of location extensions, make sure the extension is relevant to the particular location you're advertising, especially if the business has multiple locations.

### Trademarks

Google may remove ads or extensions in response to trademark owner complaints. Advertisers are responsible for proper trademark use in their ad text, assets, and business information. See the Trademarks policy for more information.

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

## Ad format requirements

- Ad requirements for YouTube
- App ad requirements
- Call ad requirements
- Call extension requirements
- Callout extension requirements
- Custom Lightbox ad requirements
- Discovery ads format requirements
- Dynamic ad requirements

- Dynamic search ad requirements
- Form ads requirements
- Gmail ad requirements
- Image ad requirements
- Image extensions format requirements
- Image quality requirements
- Lead form requirements
- Lightbox ad requirements
- Local Services platform policies
- Location extension requirements
- Price extension requirements
- Promotion extension requirements
- Responsive ad requirements
- Shopping ads (Google Shopping)
- Sitelink extension requirements
- Smart display campaign requirements
- Structured snippet requirements
- Text ad requirements
- Video ad requirements

- ©2021 Google
- Privacy Policy
- Terms of Service



English

1. català
2. dansk
3. Deutsch
4. eesti
5. English (Australia)
6. English (United Kingdom)
7. español
8. español (Latinoamérica)
9. Filipino
10. français
11. hrvatski
12. Indonesia
13. italiano
14. latviešu
15. lietuvių
16. magyar
17. Melayu

18. Nederlands
19. norsk
20. polski
21. português
22. português (Brasil)
23. română
24. slovenčina
25. slovenščina
26. suomi
27. svenska
28. Tiếng Việt
29. Türkçe
30. čeština
31. Ελληνικά
32. български
33. русский
34. српски
35. українська
36. עברית
37. العربية
38. हिन्दी
39. ไทย
40. 中文（简体）
41. 中文（繁體）
42. 日本語
43. 한국어
44. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- **Help Center**

  o **List of ad policies**

- o [Review process](#)

- o [Verification](#)

- o [Change log](#)

- [Advertising Policies](#)

- [Privacy Policy](#)

- [Terms of Service](#)

- [Submit feedback](#)

Advertising policiesThird-party policiesRelated policies & terms
Approval processDisapprovals and suspensions
Verification programs
Upcoming and recent changesPast changes

## What is the issue with this selection?

Inaccurate - doesn't match what I see in the product
Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive



Irrelevant - doesn't match the title and / or my expectations



Minor errors - formatting issues, typos, and / or broken links



Other suggestions - ideas to improve the content

## Share additional info or suggestions

Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.

Advertising Policies Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

# Price extension requirements

Google provides translated versions of our Help Center as a convenience, though they are not meant to change the content of our policies. The English version is the official language we use to enforce our policies. To view this article in a different language, use the language dropdown at the bottom of the page.

Price extensions provide structured information to help users make a decision on which ad to click. Price extensions are subject to the standard Google Ads policies and the requirements below.

## Header and description requirements

The following is not allowed:

Price information in the header or description

Note: This policy does not apply to price qualifications that are required by local law. Such qualifications should be included, as directed by law.

Promotional text in the header or description

Examples: Including "Sale" in the header, adding "Free Shipping" to the description

Learn how to fix a disapproved ad or extension.

## URL requirements

The following is not allowed:

Extension URLs that do not lead to the same final URL domain as the text ad they are attached to

Learn how to fix a disapproved ad or extension.

## Brand requirements

The following is not allowed:

Headers containing anything other than brand names

Headers containing brands that aren't offered by your business

Descriptions containing anything other than information about the brand mentioned in the header

Learn how to fix a disapproved ad or extension.

## Event requirements

The following is not allowed:

Headers containing anything other than information about specific events

> Note: Event headers can contain information about the date of the event, location of the event, type of event, or performer.

Descriptions containing anything other than details about the event mentioned in the header

Learn how to fix a disapproved ad or extension.

# Location requirements

The following is not allowed:

Headers containing anything other than names of locations relevant to your business

Descriptions containing anything other than details about the location mentioned in the header

Learn how to fix a disapproved ad or extension.

# Neighborhood requirements

The following is not allowed:

Headers containing anything other than the names of sub-regions or districts within a city or region

Descriptions containing anything other than details about the neighborhood mentioned in the header

Learn how to fix a disapproved ad or extension.

# Product category requirements

The following is not allowed:

Headers containing anything other than names of product categories

Descriptions containing anything other than details about the product category mentioned in the header

Troubleshooter: Product category requirements

# Product tier requirements

The following is not allowed:

Headers containing anything other than levels or sizes of a product

Descriptions containing anything other than details about the product tier mentioned in the header

Troubleshooter: Product tier requirements

## Service requirements

The following is not allowed:

Headers containing anything other than types of services

Descriptions containing anything other than details about the service mentioned in the header

Learn how to fix a disapproved ad or extension.

## Service category requirements

The following is not allowed:

Headers containing anything other than services categories

Note: Categories should collectively describe several different but related services, such as "Dental" or "Car repair."

Descriptions containing anything other than details about the service category mentioned in the header

Troubleshooter: Service category requirements

## Service tier requirements

The following is not allowed:

Headers containing anything other than levels of a service

Descriptions containing anything other than details about the service tier mentioned in the header

Troubleshooter: Service tier requirements

# Related policies and common disapprovals

The following Google Ads policies are especially relevant to price extensions and are often associated with disapprovals. Learn about what happens if you violate our policies.

### Unclear relevance

All information should be relevant to what you're advertising. For example, all submitted ad fields must represent the same advertiser and be relevant to the promoted product. See the policy on Unclear relevance for more information.

### Editorial

The standard requirements for clarity, correct spelling, and use of capitalization and symbols apply to all ads. See the Editorial policy for more information.

### Unavailable offers

Products or services should be priced accurately, easily found at the ad's destination, and match with headers and descriptions. See the Unavailable offers policy for more information.

### Trademarks

Google may remove ads or extensions in response to trademark owner complaints. Advertisers are responsible for proper trademark use in their ad text, assets, and business information. See the Trademarks policy for more information.

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

# Ad format requirements

- Ad requirements for YouTube
- App ad requirements
- Call ad requirements
- Call extension requirements
- Callout extension requirements
- Custom Lightbox ad requirements
- Discovery ads format requirements
- Dynamic ad requirements
- Dynamic search ad requirements
- Form ads requirements
- Gmail ad requirements
- Image ad requirements
- Image extensions format requirements
- Image quality requirements
- Lead form requirements
- Lightbox ad requirements
- Local Services platform policies
- Location extension requirements
- Price extension requirements
- Promotion extension requirements
- Responsive ad requirements
- Shopping ads (Google Shopping)
- Sitelink extension requirements
- Smart display campaign requirements
- Structured snippet requirements
- Text ad requirements
- Video ad requirements

- ©2021 Google
- Privacy Policy
- Terms of Service



English

1. català
2. dansk

3.  Deutsch
4.  eesti
5.  English (Australia)
6.  English (United Kingdom)
7.  español
8.  español (Latinoamérica)
9.  Filipino
10. français
11. hrvatski
12. Indonesia
13. italiano
14. latviešu
15. lietuvių
16. magyar
17. Melayu
18. Nederlands
19. norsk
20. polski
21. português
22. português (Brasil)
23. română
24. slovenčina
25. slovenščina
26. suomi
27. svenska
28. Tiếng Việt
29. Türkçe
30. čeština
31. Ελληνικά
32. български
33. русский
34. српски
35. українська
36. עברית
37. العربية
38. हिन्दी
39. ไทย
40. 中文（简体）
41. 中文（繁體）
42. 日本語
43. 한국어
44. English

Send feedback on...

This help content & information General Help Center experience

| 1 |
|---|

Google Help

- Help Center

  o List of ad policies

  o Review process

  o Verification

  o Change log

- Advertising Policies

- Privacy Policy

- Terms of Service

- Submit feedback

Advertising policiesThird-party policiesRelated policies & terms
Approval processDisapprovals and suspensions
Verification programs
Upcoming and recent changesPast changes

# What is the issue with this selection?


Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

# Share additional info or suggestions

Do not share any personal info
Cancel
Submit
By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.

Advertising Policies Help

Sign in

Send feedback on...



This help content & information

General Help Center experience

Next

# Promotion extension requirements

Google provides translated versions of our Help Center as a convenience, though they are not meant to change the content of our policies. The English version is the official language we use to enforce our policies. To view this article in a different language, use the language dropdown at the bottom of the page.

Promotion extensions add relevant information about sales and deals to regular text ads. Promotion extensions are subject to the standard Google Ads policies and the requirements below.

## Promo codes in Promotion extensions

The following is not allowed:

Text in the Promo code field that isn't a promo code

Examples: Product descriptions, phone numbers, promotional statements

Learn how to fix a disapproved ad or extension.

## Related policies and common disapprovals

The following AdWords policies are especially relevant to promotion extensions and are often associated with disapprovals. Learn about what happens if you violate our policies.

Editorial

The standard requirements for clarity, correct spelling, and use of capitalization and symbols apply to all ads. See the Editorial policy for more information.

## Trademarks

Google may remove ads or extensions in response to trademark owner complaints. Advertisers are responsible for proper trademark use in their ad text, assets, and business information. See the Trademarks policy for more information.

## Unavailable offers

Products or services should be priced accurately, easily found at the ad's destination, and match with headers and descriptions. See the Unavailable offers policy for more information.

## Unclear relevance

All information should be relevant to what you're advertising. For example, all submitted ad fields must represent the same advertiser and be relevant to the promoted product. See the policy on Unclear relevance for more information.

## Unavailable language

All ads and extensions must be written in a supported language and link to a destination in a supported language. See the Unsupported language policy for more information.

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

# Ad format requirements

- Ad requirements for YouTube
- App ad requirements
- Call ad requirements

- Call extension requirements
- Callout extension requirements
- Custom Lightbox ad requirements
- Discovery ads format requirements
- Dynamic ad requirements
- Dynamic search ad requirements
- Form ads requirements
- Gmail ad requirements
- Image ad requirements
- Image extensions format requirements
- Image quality requirements
- Lead form requirements
- Lightbox ad requirements
- Local Services platform policies
- Location extension requirements
- Price extension requirements
- Promotion extension requirements
- Responsive ad requirements
- Shopping ads (Google Shopping)
- Sitelink extension requirements
- Smart display campaign requirements
- Structured snippet requirements
- Text ad requirements
- Video ad requirements

- ©2021 Google
- Privacy Policy
- Terms of Service



English

1. català
2. dansk
3. Deutsch
4. eesti
5. English (Australia)
6. English (United Kingdom)
7. español
8. español (Latinoamérica)
9. Filipino
10. français
11. hrvatski
12. Indonesia

13. italiano
14. latviešu
15. lietuvių
16. magyar
17. Melayu
18. Nederlands
19. norsk
20. polski
21. português
22. português (Brasil)
23. română
24. slovenčina
25. slovenščina
26. suomi
27. svenska
28. Tiếng Việt
29. Türkçe
30. čeština
31. Ελληνικά
32. български
33. русский
34. српски
35. українська
36. עברית
37. العربية
38. हिन्दी
39. ไทย
40. 中文（简体）
41. 中文（繁體）
42. 日本語
43. 한국어
44. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- Help Center

- o   [List of ad policies](#)

- o   [Review process](#)

- o   [Verification](#)

- o   [Change log](#)

- [Advertising Policies](#)

- [Privacy Policy](#)

- [Terms of Service](#)

- [Submit feedback](#)

Advertising policiesThird-party policiesRelated policies & terms
Approval processDisapprovals and suspensions
Verification programs
Upcoming and recent changesPast changes

# What is the issue with this selection?

 Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

## Share additional info or suggestions

Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.

Advertising Policies Help

[                    ]

Sign in

Send feedback on...



This help content & information

General Help Center experience

Next

# Responsive ad requirements

Google provides translated versions of our Help Center as a convenience, though they are not meant to change the content of our policies. The English version is the official language we use to enforce our policies. To view this article in a different language, use the language dropdown at the bottom of the page.

Responsive ads automatically adjust their size, appearance, and format to fit available ad spaces. Your responsive ad might show as a native ad on one site and a text ad on another, automatically transforming itself to fit based on your targeting and campaign goals. Responsive ads are subject to the standard Google Ads policies and the requirements below.

## Image text in responsive ads

The following is not allowed:

Text (including logos with text) that covers more than 20% of the image

Learn how to fix a disapproved ad or extension. Remove excess text, and then re-upload your image. If you can't edit the image to meet this requirement, upload a different image that complies with the policy.

## Animation in responsive ads

The following is not allowed:

Animated images (such as animated GIFs)

Learn how to fix a disapproved ad or extension.

# Related policies and common disapprovals

The following Google Ads policies are especially relevant to responsive ads and are often associated with disapprovals. Learn about what happens if you violate our policies.

### Editorial

The standard requirements for clarity, correct spelling, and use of capitalization and symbols apply to all ads. See the Editorial policy for more information.

### Unclear relevance

All information should be relevant to what you're advertising. For example, all submitted ad fields must represent the same advertiser and be relevant to the promoted product. See the policy on Unclear relevance for more information.

### Misleading content

All information should be accurate and descriptive of what you're advertising. See the Misleading content policy for more information.

### Sexual content

To keep ads relevant and safe for users, Google restricts sexual content in certain circumstances. See the Sexual content policy for more information.

### Image quality

All images used in advertising must meet certain quality standards. The image layout must conform to Google Ads standards and the image itself can't be blurry. See the Image quality policy for more information.

### Trademarks

Google may remove ads or extensions in response to trademark owner complaints. Advertisers are responsible for proper trademark use in their ad text, assets, and business information. See the Trademarks policy for more information.

Give feedback about this article
Choose a section to give feedback on



Was this helpful?
YesNo

Submit

# Ad format requirements

- Ad requirements for YouTube
- App ad requirements
- Call ad requirements
- Call extension requirements
- Callout extension requirements
- Custom Lightbox ad requirements
- Discovery ads format requirements
- Dynamic ad requirements
- Dynamic search ad requirements
- Form ads requirements
- Gmail ad requirements
- Image ad requirements
- Image extensions format requirements
- Image quality requirements
- Lead form requirements
- Lightbox ad requirements
- Local Services platform policies
- Location extension requirements
- Price extension requirements
- Promotion extension requirements
- Responsive ad requirements
- Shopping ads (Google Shopping)
- Sitelink extension requirements
- Smart display campaign requirements
- Structured snippet requirements
- Text ad requirements
- Video ad requirements

- ©2021 Google
- Privacy Policy
- Terms of Service



English

1. català
2. dansk
3. Deutsch
4. eesti
5. English (Australia)
6. English (United Kingdom)
7. español
8. español (Latinoamérica)
9. Filipino
10. français
11. hrvatski
12. Indonesia
13. italiano
14. latviešu
15. lietuvių
16. magyar
17. Melayu
18. Nederlands
19. norsk
20. polski
21. português
22. português (Brasil)
23. română
24. slovenčina
25. slovenščina
26. suomi
27. svenska
28. Tiếng Việt
29. Türkçe
30. čeština
31. Ελληνικά
32. български
33. русский
34. српски
35. українська
36. עברית
37. العربية

38. हिन्दी
39. ไทย
40. 中文（简体）
41. 中文（繁體）
42. 日本語
43. 한국어
44. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- [Help Center](#)

    o [List of ad policies](#)

    o [Review process](#)

    o [Verification](#)

    o [Change log](#)

- [Advertising Policies](#)

- [Privacy Policy](#)

- [Terms of Service](#)

- [Submit feedback](#)

Advertising policiesThird-party policiesRelated policies & terms
Approval processDisapprovals and suspensions
Verification programs
Upcoming and recent changesPast changes

# What is the issue with this selection?


Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

# Share additional info or suggestions

Do not share any personal info
Cancel
Submit

By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.

Advertising Policies Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

# Sitelink extension requirements

Google provides translated versions of our Help Center as a convenience, though they are not meant to change the content of our policies. The English version is the official language we use to enforce our policies. To view this article in a different language, use the language dropdown at the bottom of the page.

Sitelink extensions display additional links with your ad. Sitelink extensions are subject to the standard Google Ads policies and the requirements below.

## Link text repetition

The following is not allowed:

Using the same link text for more than one sitelink

Note: Reusing link text is not allowed even if each sitelink points to a different destination.

Learn how to fix a disapproved ad or extension.

## Duplicate URLs

The following is not allowed:

Multiple sitelinks in the same campaign or ad group that point to the same landing page or the same content

☐ Sitelinks that point to the same landing page or the same content

Examples: Links to different tabs on the same webpage, links to different anchors or fragment identifiers on the same webpage

Note: Approximately 80% of the content on a page should be unique for that webpage to count as a different destination.

Learn how to fix a disapproved ad or extension.

## Third-party URLs

The following is not allowed:

☐ Sitelink URLs that don't match the domain of the ad's final URL

Note: While links should normally point to the same domain as the ad URL, we do allow links to point to third-party sites, under limited circumstances. Some examples include links to select online retailers (Amazon, Best Buy), a Facebook page, Twitter account, YouTube video, LinkedIn profile, or Instagram account. In such cases, the link text must be descriptive of what someone would find at the link destination. It should also include the full domain name in the text.

For example, "Watch our video on Youtube.com" should lead to your video on YouTube.

Learn how to fix a disapproved ad or extension.

## Punctuation and symbols in sitelink extensions

The following is not allowed:

☐ Punctuation and symbols in the link text or description that serve no purpose other than to draw attention to the ad

Examples: Exclamation marks, punctuation at the beginning of the text, adding a ▶ symbol

Learn how to fix a disapproved ad or extension.

# Related policies and common disapprovals

The following Google Ads policies are especially relevant to sitelink extensions and are often associated with disapprovals. Learn about what happens if you violate our policies.

### Unclear relevance

All information should be relevant to what you're advertising. For example, all submitted ad fields must represent the same advertiser and be relevant to the promoted product. See the policy on Unclear relevance for more information. For sitelink extensions, this means that link text should clearly and accurately indicate what kind of product, service, or other content is found at the link's destination.

### Trademarks

Google may remove ads or extensions in response to trademark owner complaints. Advertisers are responsible for proper trademark use in their ad text, assets, and business information. See the Trademarks policy for more information.

Give feedback about this article
Choose a section to give feedback on



Was this helpful?
YesNo

Submit

# Ad format requirements

- Ad requirements for YouTube
- App ad requirements
- Call ad requirements
- Call extension requirements
- Callout extension requirements

**2497**

- Custom Lightbox ad requirements
- Discovery ads format requirements
- Dynamic ad requirements
- Dynamic search ad requirements
- Form ads requirements
- Gmail ad requirements
- Image ad requirements
- Image extensions format requirements
- Image quality requirements
- Lead form requirements
- Lightbox ad requirements
- Local Services platform policies
- Location extension requirements
- Price extension requirements
- Promotion extension requirements
- Responsive ad requirements
- Shopping ads (Google Shopping)
- Sitelink extension requirements
- Smart display campaign requirements
- Structured snippet requirements
- Text ad requirements
- Video ad requirements

- ©2021 Google
- Privacy Policy
- Terms of Service



English

1. català
2. dansk
3. Deutsch
4. eesti
5. English (Australia)
6. English (United Kingdom)
7. español
8. español (Latinoamérica)
9. Filipino
10. français
11. hrvatski
12. Indonesia
13. italiano
14. latviešu

15. lietuvių
16. magyar
17. Melayu
18. Nederlands
19. norsk
20. polski
21. português
22. português (Brasil)
23. română
24. slovenčina
25. slovenščina
26. suomi
27. svenska
28. Tiếng Việt
29. Türkçe
30. čeština
31. Ελληνικά
32. български
33. русский
34. српски
35. українська
36. עברית
37. العربية
38. हिन्दी
39. ไทย
40. 中文（简体）
41. 中文（繁體）
42. 日本語
43. 한국어
44. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- [Help Center](#)

- o  [List of ad policies](#)

- o  [Review process](#)

- o  [Verification](#)

- o  [Change log](#)

- [Advertising Policies](#)

- [Privacy Policy](#)

- [Terms of Service](#)

- [Submit feedback](#)

Advertising policiesThird-party policiesRelated policies & terms
Approval processDisapprovals and suspensions
Verification programs
Upcoming and recent changesPast changes

# What is the issue with this selection?

Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong



Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

## Share additional info or suggestions

Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.



Advertising Policies Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

# Smart display campaign requirements

Smart display campaigns allow advertisers to automate much of the creation and management process for display advertising. Smart display campaigns are subject to the standard Google Ads policies.

## Related policies and common disapprovals

The following AdWords policies are particularly relevant to Smart display campaigns and are often associated with disapprovals. Learn about what happens if you violate our policies.

### Image quality

All images used in advertising must meet certain quality standards. The image layout must conform to Google Ads standards and the image itself can't be blurry. See the Image quality policy for more information.

### Unclear relevance

All information should be relevant to what you're advertising. For example, all submitted ad fields must represent the same advertiser and be relevant to the promoted product. See the policy on Unclear relevance for more information.

### Misleading content

All information should be accurate and descriptive of what you're advertising. See the Misleading content policy for more information.

### Sexual content

To keep ads relevant and safe for users, Google restricts sexual content in certain circumstances. See the Sexual content policy for more information.

### Trademarks

Google may remove ads or extensions in response to trademark owner complaints. Advertisers are responsible for proper trademark use in their ad text, assets, and business information. See the Trademarks policy for more information.

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
Yes No



Submit

## Ad format requirements

- Ad requirements for YouTube
- App ad requirements
- Call ad requirements
- Call extension requirements
- Callout extension requirements
- Custom Lightbox ad requirements
- Discovery ads format requirements
- Dynamic ad requirements
- Dynamic search ad requirements
- Form ads requirements
- Gmail ad requirements
- Image ad requirements
- Image extensions format requirements
- Image quality requirements
- Lead form requirements
- Lightbox ad requirements
- Local Services platform policies
- Location extension requirements
- Price extension requirements
- Promotion extension requirements

- Responsive ad requirements
- Shopping ads (Google Shopping)
- Sitelink extension requirements
- Smart display campaign requirements
- Structured snippet requirements
- Text ad requirements
- Video ad requirements

- ©2021 Google
- Privacy Policy
- Terms of Service



English

1. català
2. dansk
3. Deutsch
4. eesti
5. English (Australia)
6. English (United Kingdom)
7. español
8. español (Latinoamérica)
9. Filipino
10. français
11. hrvatski
12. Indonesia
13. italiano
14. latviešu
15. lietuvių
16. magyar
17. Melayu
18. Nederlands
19. norsk
20. polski
21. português
22. português (Brasil)
23. română
24. slovenčina
25. slovenščina
26. suomi
27. svenska
28. Tiếng Việt
29. Türkçe

30. čeština
31. Ελληνικά
32. български
33. русский
34. српски
35. українська
36. עברית
37. العربية
38. हिन्दी
39. ไทย
40. 中文（简体）
41. 中文（繁體）
42. 日本語
43. 한국어
44. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- Help Center

  o List of ad policies

  o Review process

  o Verification

  o Change log

- [Advertising Policies](#)

- [Privacy Policy](#)

- [Terms of Service](#)

- [Submit feedback](#)

Advertising policiesThird-party policiesRelated policies & terms
Approval processDisapprovals and suspensions
Verification programs
Upcoming and recent changesPast changes

# What is the issue with this selection?


Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

# Share additional info or suggestions



Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.

Advertising Policies Help

Sign in



Send feedback on...

This help content & information

General Help Center experience

Next

# Structured snippet requirements

Google provides translated versions of our Help Center as a convenience, though they are not meant to change the content of our policies. The English version is the official language we use to enforce our policies. To view this article in a different language, use the language dropdown at the bottom of the page.

Structured snippets allow advertisers to describe features of a specific product or describe the range of products or services their business offers. Structured snippets are subject to the standard Google Ads policies and the requirements below.

## Punctuation and symbols in structured snippets

The following is not allowed:

Punctuation and symbols in snippet text that serve no purpose other than to draw attention to the ad

Examples: Exclamation marks, punctuation at the beginning of the text, adding a ▶ symbol, emoticons

Learn how to fix a disapproved ad or extension.

## Structured snippet repetition

The following is not allowed:

Snippet text values that repeat in the same header or across different headers

Learn how to fix a disapproved ad or extension.

## Multiple items in value

The following is not allowed:

Entering more than one item in each value

Examples: Adding a comma-separated list into one value field, putting two related items in one value field

Note: Add a new value field for every item you want to include in the extension. Google Ads will automatically separate them with commas.

Learn how to fix a disapproved ad or extension.

## Promotional text in value

The following is not allowed:

Promotional text in snippet values

Examples: "Sale" or "Free shipping"

Learn how to fix a disapproved ad or extension.

## Amenities in structured snippets

The following is not allowed in the Amenities header:

Values that do not list useful features or facilities of a building or place

Examples

**Allowed**                                              **Not allowed**

Amenities: Ski Storage, Swimming Pool, Restaurant

Amenities: Rated most comfortable, 100% satisfaction guarantee

Amenities: Wi-Fi, Breakfast, Pool, Gym, Spa

Learn how to fix a disapproved ad or extension.

# Brands in structured snippets

The following is not allowed in the Brands header:

Values that are not actual brands offered by the advertiser

Description of number of brands offered by the advertiser

Examples

**Allowed**
Brands: Nest, Nexus, Chromebook

**Not allowed**
Brands: Over 200 Brand names, Save on Brand names

Brands: Cheap Nest, New Nexus phones, Exclusive Chromecasts

Learn how to fix a disapproved ad or extension.

# Courses in structured snippets

The following is not allowed in the Courses header:

Values that do not list specific classes educational providers offer, or that promote entire degree programs

Examples

**Allowed**
Courses: Linear Algebra, Creative Writing, Data Structures

**Not allowed**
Courses: MBA, M.Ed, BS

Learn how to fix a disapproved ad or extension.

# Degree programs in structured snippets

The following is not allowed in the Degree programs header:

Values that are not courses of study at online or traditional educational institutions

Course duration or other additional information about the course

Examples

**Allowed**
Degree programs: Accounting, Biology, Psychology

**Not allowed**
Degree programs: 2 year, 4 year, masters, associates

Learn how to fix a disapproved ad or extension.

## Destinations in structured snippets

The following is not allowed in the Destinations header:

Values that are not names of cities, states, countries, continents, places of interest, cultural and heritage sites, or tourist attractions

Examples

**Allowed**
Destinations: Las Vegas, New York, Tokyo, Rome, Cancun, Paris
Destinations: Taj Mahal, Red Fort, Qutb Minar

**Not allowed**
Destinations: Hotels in 200 cities, Visit Paris
Destinations: Taj Mahal tour package, Visit New Delhi

Learn how to fix a disapproved ad or extension.

## Featured hotels in structured snippets

The following is not allowed in the Featured hotels header:

Values that are not hotel names for which the advertiser is offering booking services

Examples

**Allowed**
Featured hotels: Luxury Inn, Alpine Lodge, Lakeside Hotel

**Not allowed**
Featured hotels: 10% off Alpine Lodge, Lowest rate on Lakeside Hotel

Learn how to fix a disapproved ad or extension.

# Insurance coverage in structured snippets

The following is not allowed in the Insurance coverage header:

Values that are not specific types of insurance coverage

Examples

**Allowed**
Coverage: Liability, Collision, Comprehensive

Coverage: Term life, whole life, universal life

**Not allowed**
Coverage: Quotes for all coverages, Save now

Learn how to fix a disapproved ad or extension.

# Models in structured snippets

The following is not allowed in the Models header:

Values that are not specific models of a product or a range of models

Names of manufacturers, stores, or dealerships

Model year, specs, price, condition, or other descriptions

Examples

**Allowed**
Models: Corolla, Camry, Prius

Models: Corolla L, Corolla LE, Corolla Premium, Corolla LE Plus

**Not allowed**
Models: 2016 models in stock, Deals on 2015 models

Models: Toyota, Honda, Ford, Chevy

Models:Corolla 2014, Camry 2016, Avalon 2014

Models: Nexus 5x, Nexus 6P, Pixel, Pixel XL

Models: Great deals on Pixel, Buy Pixel Now

Models: Pixel 5.0 inches display, 143 grams, 32 or 128 GB

Learn how to fix a disapproved ad or extension.

# Neighborhoods in structured snippets

The following is not allowed in the Neighborhoods header:

Values that are not sub-regions or districts within a city

Names of cities, countries, or apartment buildings

Examples

**Allowed**

Neighborhoods: Downtown, Hayes Valley, Mission, Excelsior

Neighborhoods: Westminster, Camden, King's Cross

**Not allowed**

Neighborhoods: San Francisco, Oakland

Neighborhoods: SOMA apartments, North Beach apartments, Pac Heights homes

Learn how to fix a disapproved ad or extension.

# Service catalog in structured snippets

The following is not allowed in the Service catalog header:

Values that are not specific offerings of a service provider, meaning services performed in exchange for money

Values that list features of a product

Examples

**Allowed**

Services: Oil change, Smog check, tire alignment

**Not allowed**

Services: Reviews, Quotes, Rankings

Services: Top rates, Compare 5 credit cards

Services: Packing, Auto transport, Storage,
Debris pickup

Learn how to fix a disapproved ad or extension.

# Shows in structured snippets

The following is not allowed in the Shows header:

Values that are not names of performances or actual TV shows

Information regarding the show, time, or description of a show or venue

Examples

**Allowed**                                        **Not allowed**
Shows: The Voyage, Knights, American Dancer        Shows: At 10am, 2pm, & 5pm, Tickets required

Learn how to fix a disapproved ad or extension.

# Styles in structured snippets

The following is not allowed in the Styles header:

Values that are not variations of a fairly specific category

Note: Don't confuse the category with the styles that fall within that category. For example, "cocktail" and "strapless" are styles of dresses, but "dresses" itself is a category and should not be submitted as a style.

Examples

**Allowed**                                        **Not allowed**
Styles: Wingback, Button Tufted, French            Styles: Performance Apparel, Yoga Apparel,
Country, Swivel, Nailhead, Scalloped               Running Gear, Athletic Jackets

Styles: Flatweave, Jute, Striped, Shag, Solid,     Styles: Mailbox Posts, Cluster Mailboxes,
Geometric                                          Lockable Mailboxes

                                                   Styles: Lingerie, Lace Dresses, Two Piece Sets

Learn how to fix a disapproved ad or extension.

# Types in structured snippets

The following is not allowed in the Types header:

Values that are not variations of a product category

Examples

**Allowed**
Types: Pendant lamps, Ceiling lights, Wall lamps

Types: LED, Incandescent, Halogen, Fluorescent, Metal Halide

**Not allowed**
Types: Red, Blue, Green

Learn how to fix a disapproved ad or extension.

# Related policies and common disapprovals

The following AdWords policies are especially relevant to structured snippets and are often associated with disapprovals. Learn about what happens if you violate our policies.

### Repetition

To maintain a professional appearance in ads, we don't allow excessive or gimmicky repetition of words or phrases. See the Repetition policy for more information. Note that this is slightly different than the Structured snippet repetition policy above and applies to any ad text that is repeated in your snippet text.

### Trademarks

Google may remove ads or extensions in response to trademark owner complaints. Advertisers are responsible for proper trademark use in their ad text, assets, and business information. See the Trademarks policy for more information.

Give feedback about this article
Choose a section to give feedback on

Was this helpful?

YesNo



Submit

# Ad format requirements

- Ad requirements for YouTube
- App ad requirements
- Call ad requirements
- Call extension requirements
- Callout extension requirements
- Custom Lightbox ad requirements
- Discovery ads format requirements
- Dynamic ad requirements
- Dynamic search ad requirements
- Form ads requirements
- Gmail ad requirements
- Image ad requirements
- Image extensions format requirements
- Image quality requirements
- Lead form requirements
- Lightbox ad requirements
- Local Services platform policies
- Location extension requirements
- Price extension requirements
- Promotion extension requirements
- Responsive ad requirements
- Shopping ads (Google Shopping)
- Sitelink extension requirements
- Smart display campaign requirements
- Structured snippet requirements
- Text ad requirements
- Video ad requirements

- ©2021 Google
- Privacy Policy
- Terms of Service



English

1. català

2.   dansk
3.   Deutsch
4.   eesti
5.   English (Australia)
6.   English (United Kingdom)
7.   español
8.   español (Latinoamérica)
9.   Filipino
10. français
11. hrvatski
12. Indonesia
13. italiano
14. latviešu
15. lietuvių
16. magyar
17. Melayu
18. Nederlands
19. norsk
20. polski
21. português
22. português (Brasil)
23. română
24. slovenčina
25. slovenščina
26. suomi
27. svenska
28. Tiếng Việt
29. Türkçe
30. čeština
31. Ελληνικά
32. български
33. русский
34. српски
35. українська
36. עברית
37. العربية
38. हिन्दी
39. ไทย
40. 中文（简体）
41. 中文（繁體）
42. 日本語
43. 한국어
44. English

Send feedback on...

This help content & information General Help Center experience



Google Help

- [Help Center](#)

  - [List of ad policies](#)

  - [Review process](#)

  - [Verification](#)

  - [Change log](#)

- [Advertising Policies](#)

- [Privacy Policy](#)

- [Terms of Service](#)

- [Submit feedback](#)

Advertising policiesThird-party policiesRelated policies & terms
Approval processDisapprovals and suspensions
Verification programs
Upcoming and recent changesPast changes

# What is the issue with this selection?



Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

# Share additional info or suggestions

Do not share any personal info
Cancel
Submit
By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.

Advertising Policies Help



Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

# Text ad requirements

Google provides translated versions of our Help Center as a convenience, though they are not meant to change the content of our policies. The English version is the official language we use to enforce our policies. To view this article in a different language, use the language dropdown at the bottom of the page.

Text ads are the most basic type of Google Ads, and they form the foundation for ad extensions. Text ads are subject to the standard Google Ads policies. See below for information about Google Ads policy issues that are commonly associated with this format.

## Related policies and common disapprovals

The following AdWords policies are particularly relevant to text ads and are often associated with disapprovals.

Editorial

The standard requirements for clarity, correct spelling, and use of capitalization and symbols apply to all ads. See the Editorial policy for more information. Note the Style and spelling policies, which help maintain a clear and professional appearance for ads. For example, text ads can't use description text to lead into the URL, use the display URL field as another line of text, or include text that appears cut off or incomplete. Also note the character limits for languages that use double-width characters.

Unclear relevance

All information should be relevant to what you're advertising. For example, all submitted ad fields must represent the same advertiser and be relevant to the promoted product. See the policy on Unclear relevance for more information.

### Inappropriate content

Google values diversity and respect for others. For this reason, we don't allow content that offends users or that is otherwise inappropriate. See the policy on Inappropriate content for more information.

### Sexual content

To keep ads relevant and safe for users, Google restricts sexual content in certain circumstances. See the Sexual content policy for more information.

### Trademarks

Google may remove ads or extensions in response to trademark owner complaints. Advertisers are responsible for proper trademark use in their ad text, assets, and business information. See the Trademarks policy for more information.

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

## Ad format requirements

- Ad requirements for YouTube
- App ad requirements
- Call ad requirements
- Call extension requirements
- Callout extension requirements
- Custom Lightbox ad requirements
- Discovery ads format requirements
- Dynamic ad requirements
- Dynamic search ad requirements

- Form ads requirements
- Gmail ad requirements
- Image ad requirements
- Image extensions format requirements
- Image quality requirements
- Lead form requirements
- Lightbox ad requirements
- Local Services platform policies
- Location extension requirements
- Price extension requirements
- Promotion extension requirements
- Responsive ad requirements
- Shopping ads (Google Shopping)
- Sitelink extension requirements
- Smart display campaign requirements
- Structured snippet requirements
- Text ad requirements
- Video ad requirements

- ©2021 Google
- Privacy Policy
- Terms of Service



English

1. català
2. dansk
3. Deutsch
4. eesti
5. English (Australia)
6. English (United Kingdom)
7. español
8. español (Latinoamérica)
9. Filipino
10. français
11. hrvatski
12. Indonesia
13. italiano
14. latviešu
15. lietuvių
16. magyar
17. Melayu
18. Nederlands

19. norsk
20. polski
21. português
22. português (Brasil)
23. română
24. slovenčina
25. slovenščina
26. suomi
27. svenska
28. Tiếng Việt
29. Türkçe
30. čeština
31. Ελληνικά
32. български
33. русский
34. српски
35. українська
36. עברית
37. العربية
38. हिन्दी
39. ไทย
40. 中文（简体）
41. 中文（繁體）
42. 日本語
43. 한국어
44. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- Help Center

  o List of ad policies

- o [Review process](#)

- o [Verification](#)

- o [Change log](#)

- [Advertising Policies](#)

- [Privacy Policy](#)

- [Terms of Service](#)

- [Submit feedback](#)

Advertising policiesThird-party policiesRelated policies & terms
Approval processDisapprovals and suspensions
Verification programs
Upcoming and recent changesPast changes

# What is the issue with this selection?

Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations



Minor errors - formatting issues, typos, and / or broken links



Other suggestions - ideas to improve the content

## Share additional info or suggestions



Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.



YouTube Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunity

# Mimicking YouTube site elements

Ads can't mimic YouTube site elements in any way, shape, or form. The following is not allowed (this list is not exhaustive):

- Ads should not resemble or try to resemble part of the YouTube homepage site experience.
- Ads should not deliver or seem to deliver messages that are meant to look like they originate from YouTube.
- Ads during streams (also known as in-stream video ads), including TrueView, should not mimic the Skip ads button.
- Any YouTube thumbnails in an ad need to allow viewers to click and watch a video within the masthead or on the YouTube watch page. For example, a few seconds of animation of thumbnails being destroyed doesn't give viewers an opportunity to click and watch the videos. Also, any metadata associated with video thumbnails must be accurate.

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

# Understand ad policies for advertisers

- Ad policy overview
- Advertising on YouTube Kids
- Mimicking YouTube site elements
- How ads work on YouTube for supervised accounts and content set as "made for kids"

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська

33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- [Help Center](#)

  o [Fix a problem](#)

  o [Watch videos](#)

  o [Manage your account & settings](#)

  o [Supervised experience on YouTube](#)

  o [Join & manage YouTube Premium](#)

- o [Create & grow your channel](#)

- o [Monetize with the YouTube Partner Program](#)

- o [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program

Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows

Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues

Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube
YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers
YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

# What is the issue with this selection?



Inaccurate - doesn't match what I see in the product



Hard to understand - unclear or translation is wrong



Missing info - relevant but not comprehensive



Irrelevant - doesn't match the title and / or my expectations



Minor errors - formatting issues, typos, and / or broken links



Other suggestions - ideas to improve the content

# Share additional info or suggestions



Do not share any personal info
Cancel
Submit
By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.

YouTube Help

Sign in

Send feedback on...



This help content & information

General Help Center experience

Next

Help CenterCommunity

# Unbranded ads or brand channels

YouTube requires that all ads run on or through the site are clearly branded with the advertiser or product's name or logo. This rule includes Homepage Ads, Channels, display ads, and TrueView ads.

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

## Understand ad policies for advertisers

- Unbranded ads or brand channels
- User-generated content in ads
- Violent and shocking content in ads
- YouTube's contest policies and guidelines

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- [Help Center](#)

  - [Fix a problem](#)

  - [Watch videos](#)

  - [Manage your account & settings](#)

  - [Supervised experience on YouTube](#)

  - [Join & manage YouTube Premium](#)

  - [Create & grow your channel](#)

  - [Monetize with the YouTube Partner Program](#)

  - [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program

Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows

Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues

Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube

YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers

YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

# What is the issue with this selection?



Inaccurate - doesn't match what I see in the product



Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

## Share additional info or suggestions

Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.

YouTube Help

Sign in

Send feedback on...



This help content & information

General Help Center experience

Next

Help CenterCommunity

# User-generated content in ads

To include user-generated content in an ad, like videos uploaded by YouTube creators, the advertiser must get explicit permission from the owner of that content. This rule applies to all ad formats except for homepage mastheads. User-generated content is prohibited in homepage mastheads even if the creator has given permission. Advertisers can feature creator videos in their brand channel through existing channel functions (like creating Playlists of the videos or adding them as Favorites).

Some limited use of third-party social media APIs or features is allowed when approved by YouTube. Learn more about third-party apps.

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

## Understand ad policies for advertisers

- Unbranded ads or brand channels
- User-generated content in ads
- Violent and shocking content in ads
- YouTube's contest policies and guidelines

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）

38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- [Help Center](#)

  - [Fix a problem](#)

  - [Watch videos](#)

  - [Manage your account & settings](#)

  - [Supervised experience on YouTube](#)

  - [Join & manage YouTube Premium](#)

  - [Create & grow your channel](#)

  - [Monetize with the YouTube Partner Program](#)

- o  [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program

Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows

Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues

Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube

YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers

YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

# What is the issue with this selection?



Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

# Share additional info or suggestions

Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.



YouTube Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunity

# YouTube's contest policies and guidelines

All contests run on YouTube or that use YouTube are subject to the below rules. In addition, your contest cannot be run or conducted in a way that conflicts with our Privacy Policy. The content also cannot conflict with YouTube's Terms of Service or Community Guidelines.

YouTube does not allow contests to be run through ad units. If the contest conforms with the below rules, you can use contests through your content on the platform.

I. General Restrictions and Requirements:

1. You're solely responsible for your contest.
2. Your contest on YouTube must comply with all relevant federal, state, and local laws, rules, and regulations, including U.S. sanctions.
3. Your contest cannot infringe upon or encourage the infringement of any third-party rights or the participation in any unlawful activity.
4. You cannot ask the viewer to give all rights for, or transfer the ownership of, their entry to you.
5. Your contest must be free to enter (don't forget to check your local lottery laws!).
6. You and any third-party may not manipulate metrics on the YouTube service to misrepresent genuine viewer engagement with the YouTube service. These metrics include numbers of views, likes, dislikes, or subscribers.
7. You cannot associate or affiliate YouTube with your contest without YouTube's prior written consent. This rule prohibits, among other examples, expressly stating or doing anything that suggests that YouTube is involved with or has endorsed your contest in any way.

II. Your Official Contest Rules:

1. You must have a set of "Official Rules" which:
   a. include links to the YouTube Community Guidelines and indicate entries that don't comply will be disqualified.
   b. state all disclosures required by all applicable federal, state and local laws, rules and regulations, including U.S. sanctions.
   c. are wholly compliant and consistent with the YouTube Terms of Service.
2. Your contest must be conducted, and all prizes awarded as outlined in your Official Rules.
3. You're responsible for your rules and all aspects of your contest administration.
4. Your rules must clearly state that YouTube is not a sponsor of your contest and require viewers to release YouTube from any liability related to your contest.
5. You must include a legally compliant privacy notice in your Official Rules. This notice explains how you'll use any personal data you collect for the contest and adhere to that use.

*Disclaimer: We're not your attorneys and the info presented here is not legal advice. We give it for informational purposes and suggest you seek advice in your jurisdiction for running a contest legally.*

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

## Understand ad policies for advertisers

- Unbranded ads or brand channels
- User-generated content in ads
- Violent and shocking content in ads
- YouTube's contest policies and guidelines

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català

2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- [Help Center](#)

  o [Fix a problem](#)

  o [Watch videos](#)

  o [Manage your account & settings](#)

  o [Supervised experience on YouTube](#)

  o [Join & manage YouTube Premium](#)

  o [Create & grow your channel](#)

  o [Monetize with the YouTube Partner Program](#)

  o [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program
Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows
Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues
Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues
Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube
YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers
YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

# What is the issue with this selection?



Inaccurate - doesn't match what I see in the product



Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

## Share additional info or suggestions

Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.



Advertising Policies Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

# Fix ads with policy violations

Google provides translated versions of our Help Center as a convenience, though they are not meant to change the content of our policies. The English version is the official language we use to enforce our policies. To view this article in a different language, use the language dropdown at the bottom of the page.

When you have an ad with policy violations, you'll want to review the policy and fix the ad to get it running again. Once you fix your ad, we'll review the ad and allow it to run if it's compliant with policy.

However, there may be other scenarios where you'll need to appeal your ad for further review.

- If your ad is disapproved due to issues in your destination, you'll need to fix your destination, and then appeal.
- If you've reviewed the policy and believe your ad is compliant with the policy, you'll want to appeal.

This article explains how to take these steps. To learn more about how to check ads for policy violations and what different ad statuses mean, read Check your ad's policy review status.

## Fix your ad

The steps to fix your ad vary depending on the type of policy violation impacting your ad. Your ad itself may not be compliant with specific Google Ads policies (for example, your ad is not compliant with our Editorial policy), or there may be issues with your destination (for example, your destination is not working, or your destination has

content that's not allowed). First, check which policy is affecting your ad, and then follow the applicable steps below.



If your ad is affected by policies not related to the destination, below are steps to fix the ad:

1. Go to the "Ads and extensions" page and find the ad or extension you want to fix.

   Some policies apply to the ad's destination. If your ad complies with the policy, check your destination to see if it's causing the disapproval and make any necessary changes before proceeding.

2. Hover over the ad or extension and click Edit.
3. Edit the ad or extension so that it complies with the policy.
4. Click Save. Your ad will be automatically reviewed again. Check the ad's status in the "Ads and extensions" page for updates.

## Appeal policy decision

The option to appeal a policy decision directly from your Google Ads account is now available for most formats and policies.

For any unsupported formats and policies, you can dispute policy decisions using the Disapproved ads and policy questions form.

If you believe we've made an error or have fixed your destination, you can appeal the policy decision directly from your Google Ads account. Start by clicking Ads and extensions in the left page menu. From here, there are two ways to appeal.

## How to appeal policy decisions from the "Ads and extensions" table

## How to appeal policy decisions from an ad's "Status" column

## Check appeal status

After appealing, you can always check on the review status in the Policy Manager.

1. Click the tool icon in the upper right corner of your account.
2. Under "Setup," click Policy Manager.
3. On the "Appeal history" tab, you'll find details for all ads you've appealed.

- The "Status" column shows whether the appeal is still in progress or complete.

- Review complete: Your review is now complete. See "Results" column for more details.
- In progress: Your appeal is currently under review. Please check back in 24 hours.
- Not reviewed: Your appeal was not reviewed. See "Results" column for more details.

- The "Results" column shows the results of the appeal, including how many ads had their policy review status updated after the review. If you submit the same appeal too many times, you may see the status 'Exceeded appeal retry-limit' in the Appeals History tab within Policy Manager. Please contact customer support for assistance with filing a new appeal.

  - Successful: The policy appealed no longer applies to any of the ads that were reviewed. All of your ads in this appeal are no longer restricted due to the policy appealed. If there are remaining policies applied to your ads that are restricting serving, please appeal if you've read the respective policy and disagree with the decision.
  - Partially successful: The policy appealed no longer applies to at least one of the ads that were reviewed. If there are remaining policies applied to your ads that are restricting serving, please appeal if you've read the respective policy and disagree with the decision.
  - Error: Try again: There was an error in processing your request. Please contact our support team.
  - Failed: None of your ads in this appeal are Eligible. Please review Google Ads policies and fix your ads and landing pages.
  - Duplicate: Your appeal has not been processed because it was submitted while we were still processing your previous appeal on the same set of ads. Please contact our support team.
  - Exceeded appeal retry-limit: You submitted the same appeal too many times. Please contact customer support for assistance with filing a new appeal.

## Related link

- About Google Ads policies

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

# Disapprovals and suspensions

- Fix ads with policy violations
- Submit a campaign for policy review
- What happens if you violate our policies
- About Google Ads policy account suspensions
- About Google Ads account pausing
- Age requirements on Google Accounts

- ©2021 Google
- Privacy Policy
- Terms of Service



English

1. català
2. dansk
3. Deutsch
4. eesti
5. English (Australia)
6. English (United Kingdom)
7. español
8. español (Latinoamérica)
9. Filipino
10. français
11. hrvatski
12. Indonesia
13. italiano
14. latviešu
15. lietuvių
16. magyar
17. Melayu
18. Nederlands
19. norsk
20. polski
21. português
22. português (Brasil)
23. română

24. slovenčina
25. slovenščina
26. suomi
27. svenska
28. Tiếng Việt
29. Türkçe
30. čeština
31. Ελληνικά
32. български
33. русский
34. српски
35. українська
36. עברית
37. العربية
38. हिन्दी
39. ไทย
40. 中文（简体）
41. 中文（繁體）
42. 日本語
43. 한국어
44. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- Help Center

  - List of ad policies

  - Review process

- ○ [Verification](#)

- ○ [Change log](#)

- • [Advertising Policies](#)

- • [Privacy Policy](#)

- • [Terms of Service](#)

- • [Submit feedback](#)

Advertising policiesThird-party policiesRelated policies & terms
Approval processDisapprovals and suspensions
Verification programs
Upcoming and recent changesPast changes

# What is the issue with this selection?



Inaccurate - doesn't match what I see in the product



Hard to understand - unclear or translation is wrong



Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links



Other suggestions - ideas to improve the content

# Share additional info or suggestions



Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.

Google Ads Help



Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help Center Community Announcements

# Under review: Definition

Google provides translated versions of our Help Center as a convenience, though they are not meant to change the content of our policies. The English version is the official language we use to enforce our policies. To view this article in a different language, use the language dropdown at the bottom of the page.

A status given to ads that are being reviewed to ensure they are safe, appropriate, and comply with advertising policies.

We review most ads within one business day, though some complex reviews may take longer. If your ad is under review for longer than one full business day, contact us. Google reserves the right to prioritize reviews to ensure the overall stability of system operations.

Related links

About the ad review process

Check the review status of an ad

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
Yes No



Submit

# Need more help?

Sign in for additional support options to quickly solve your issue

## Glossary

- About ad rotation settings
- About top and absolute top metrics
- About URL parameters
- Account budget
- Active View
- Actual cost-per-click (CPC): Definition
- Ad delivery options
- Ad extensions
- Ad formats
- Ad group default bids
- Ad group: Definition
- Ad position
- Ad Preview and Diagnosis tool
- Ad Rank
- Ad Rank thresholds: Definition
- Ad status: Definition
- Ad strength: Definition
- AdSense
- Advertising policies
- Algorithm: Definition
- All conversions: Definition
- Alternate email address
- Analytics
- Associations view
- Auction
- Auto-tagging: Definition
- Automated bid strategy: Definition
- Automatic payments
- Automatic placements: Definition
- Average cost-per-click (Avg. CPC): Definition
- Average CPA: Definition
- Average daily budget: Definition
- Average product price (beta): Definition
- Benchmark product price (beta): Definition
- Benchmark product price difference (beta): Definition
- Bid adjustment: Definition
- Billed cost: Definition
- Broad match: Definition

- Bulk edits: Definition
- Cache
- Campaign draft: Definition
- Campaign experiment: Definition
- Campaign group: Definition
- Campaign status: Definition
- Campaign: Definition
- Card verification number (CVN)
- Change history
- Click: Definition
- Clickthrough rate (CTR): Definition
- Combined audiences: Definition
- Consolidated billing
- Contextual targeting
- Conversion action: Definition
- Conversion page
- Conversion rate: Definition
- Conversion tracking: Definition
- Conversion window: Definition
- Conversion: Definition
- Cookie: Definition
- Cost-per-click (CPC): Definition
- Cost-per-thousand impressions (CPM): Definition
- Cost-per-view (CPV): Definition
- CSV file: Definition
- Customer data file: Definition
- Customer data: Definition
- Customer ID: Definition
- Customer list: Definition
- D-U-N-S number
- Daily spending limit: Definition
- Deep link
- Destination URL: Definition
- Disapproved: Definition
- Display Network: Definition
- Display partners
- Display URL: Definition
- Domain
- Eligible (limited all locations): Definition
- Eligible (limited): Definition
- Eligible (moderately restricted): Definition
- Eligible (Strongly restricted): Definition
- Eligible: Definition
- End Date: Definition

- Ended campaign: Definition
- Enhanced CPC (ECPC): Definition
- Error sites
- Exact match: Definition
- Extensions view
- Filter: Definition
- First page bid estimate: Definition
- First position bid estimate: Definition
- Frequency capping: Definition
- Frequency: Definition
- Google Account: Definition
- Google Ads API (AdWords API)
- Google Ads promotional code (coupon)
- Google Ads: Definition
- Google Click Identifier (GCLID): Definition
- Google forwarding number
- Google My Business
- Google Network
- Hashed data: Definition
- Hashing: Definition
- Hotel eligible impressions: Definition
- Image ad: Definition
- Impressions: Definition
- In-line editing: Definition
- Interactions: Definition
- Invalid clicks: Definition
- Inventory filters: Definition
- IP address
- Keyword insertion
- Keyword matching options: Definition
- Keyword Planner: Definition
- Keyword status: Definition
- Keywords: Definition
- Landing page: Definition
- Limited by budget
- Location targeting
- Low data
- Low search volume
- Manual CPC bidding
- Manual payments
- Maximize clicks: Definition
- Maximum CPC bid: Definition
- Mobile ad
- Mobile Device ID: Definition

- Monthly invoicing
- Monthly spending limit: Definition
- Multiple sign-in: Definition
- Native ads: Definition
- Negative broad match: Definition
- Negative exact match: Definition
- Negative keyword: Definition
- Negative phrase match: Definition
- Not eligible: Definition
- On-target reach: Definition
- Organic search result
- Outstream video ad format: Definition
- Pacific Time (PST or PDT)
- Parked domain site
- Path
- Payment method
- Payments profile
- Pending campaign: Definition
- Performance target: Definition
- Placement targeting: Definition
- Placements: Definition
- Play rate
- Population: Definition
- Portfolio bid strategy: Definition
- Product data
- Product group
- Product Shopping ad: Definition
- Prominence
- Recommended average daily budget: Definition
- Referrer URL
- Remarketing
- Responsive ads: Definition
- Return on investment (ROI)
- Search Network: Definition
- Search partners: Definition
- Search terms report: Definition
- Segment: Definition
- Served cost: Definition
- Serving status (previously family status): Definition
- SHA-256 Algorithm: Definition
- Shopping ad: Definition
- Shortform and longform videos
- Smart Bidding: Definition
- Statistics table: Definition

- Subdomain: Definition
- Target cost-per-thousand impressions (tCPM): Definition
- Target CPA bidding: Definition
- Targeting method
- Text ad
- Text overlay ad
- Top of page bid estimate: Definition
- Tracking template: Definition
- Under review: Definition
- Unique Reach: Definition
- URL
- User id: Definition
- Video publisher
- View rate: Definition
- View-through conversion window: Definition

- ©2021 Google
- Privacy Policy
- Terms of Service
- Google Ads Advertising Policies
- About the Help Center



English

1. català
2. dansk
3. Deutsch
4. eesti
5. English (Australia)
6. English (United Kingdom)
7. español
8. español (Latinoamérica)
9. Filipino
10. français
11. hrvatski
12. Indonesia
13. italiano
14. latviešu
15. lietuvių
16. magyar
17. Melayu
18. Nederlands
19. norsk

20. polski
21. português
22. português (Brasil)
23. română
24. slovenčina
25. slovenščina
26. suomi
27. svenska
28. Tiếng Việt
29. Türkçe
30. čeština
31. Ελληνικά
32. български
33. русский
34. српски
35. українська
36. עברית
37. العربية
38. हिन्दी
39. ไทย
40. 中文（简体）
41. 中文（繁體）
42. 中文（香港）
43. 日本語
44. 한국어
45. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- Help Center

o Coronavirus (COVID-19) Resources and Updates

- o [Setup and basics](#)

- o [Manage ads](#)

- o [Measure results](#)

- o [Smart campaigns](#)

- o [Billing](#)

- o [Learn](#)

- o [Google Partners](#)

- [Community](#)

- [Google Ads](#)

- [Privacy Policy](#)

- [Terms of Service](#)

- [Submit feedback](#)

Your guide to Google AdsGoogle Ads basicsCreate ads and campaignsChoose where and when ads appearFind out if your ad is runningAccount administration and security Ads and approvalsCampaign settingsBudgets and bidsKeywordsReach your audienceTarget placements and topicsMultiple or large accountsLocal Services adsThe Google Ads mobile appRecommendations and optimization score

Connect your goals to dataFind and run reportsUnderstanding your dataTrack sales and other conversionsGoogle Analytics and Google AdsCommon reporting issues

Get startedSetup and managementCalls in Smart campaigns

Payment methods and settingsBasic billing tasksPromotions and couponsRefunds and adjustmentsTaxesIssues with payments and charges

Your guide to Google AdsGoogle Ads training on SkillshopAccount walk-throughsGlossary

Google Partners Program

## What is the issue with this selection?



Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

## Share additional info or suggestions

Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.

Google Ads Help



Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunityAnnouncements

# Support for Google ads under review

Check how long your Google ads have been under review
**Ready to get started?**
Sign in

©2021 Google
- Privacy Policy
- Terms of Service
- Google Ads Advertising Policies
- About the Help Center



English

1. català
2. dansk
3. Deutsch
4. eesti
5. English (Australia)
6. English (United Kingdom)
7. español
8. español (Latinoamérica)
9. Filipino
10. français
11. hrvatski
12. Indonesia
13. italiano
14. latviešu
15. lietuvių

16. magyar
17. Melayu
18. Nederlands
19. norsk
20. polski
21. português
22. português (Brasil)
23. română
24. slovenčina
25. slovenščina
26. suomi
27. svenska
28. Tiếng Việt
29. Türkçe
30. čeština
31. Ελληνικά
32. български
33. русский
34. српски
35. українська
36. עברית
37. العربية
38. हिन्दी
39. ไทย
40. 中文（简体）
41. 中文（繁體）
42. 中文（香港）
43. 日本語
44. 한국어
45. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- [Help Center](#)

- o [Coronavirus (COVID-19) Resources and Updates](#)

- o [Setup and basics](#)

- o [Manage ads](#)

- o [Measure results](#)

- o [Smart campaigns](#)

- o [Billing](#)

- o [Learn](#)

- o [Google Partners](#)

- [Community](#)

- [Google Ads](#)

- [Privacy Policy](#)

- [Terms of Service](#)

- [Submit feedback](#)

Your guide to Google AdsGoogle Ads basicsCreate ads and campaignsChoose where and when ads appearFind out if your ad is runningAccount administration and security
Ads and approvalsCampaign settingsBudgets and bidsKeywordsReach your audienceTarget placements and topicsMultiple or large accountsLocal Services adsThe Google Ads mobile appRecommendations and optimization score
Connect your goals to dataFind and run reportsUnderstanding your dataTrack sales and other conversionsGoogle Analytics and Google AdsCommon reporting issues
Get startedSetup and managementCalls in Smart campaigns
Payment methods and settingsBasic billing tasksPromotions and couponsRefunds and adjustmentsTaxesIssues with payments and charges
Your guide to Google AdsGoogle Ads training on SkillshopAccount walk-throughsGlossary
Google Partners Program



Google Ads Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunityAnnouncements

# Pause or resume your ads

Once your ads are up and running, there may come a time when you want to stop them. If you're running an ad for wool coats in the US, you probably don't need that ad to run in the summer. Come October, however, you might want to get it up and running again. By pausing your ad, you can save the ad for later without having to rewrite it and send it through review again.

This article shows you how to pause or resume a single ad or multiple ads at the same time.

## Instructions

### How to pause or resume a single ad

You can pause or resume a single ad:

1. Sign in to your Google Ads account.
2. From the page menu, click Ads & extensions.
3. Click the green dot next to the ad you'd like to pause.
4. From the menu, select Pause to pause your ad or Enable to resume your ad.

### How to pause or resume multiple ads

To pause or resume multiple ads:

1. Sign in to your Google Ads account.
2. From the page menu, click Ads & extensions.
3. Select the checkboxes next to the ads that you want to pause or resume.
4. At the top of the table, click Edit.

5. From the menu, select Pause to pause your ad or Enable to resume your ad. From this drop-down you also have the following options:

• Remove your ads altogether. Learn more
• Click Change text ads to replace the details of several ads with a single headline, description, and landing page.

Keep in mind

• You're in control of your ads. You can pause your ads for any period of time that you'd like, and you can resume your ads when you want.
• Your ads won't accrue charges while they're paused.

Tip

Try using automated rules to pause or resume ads that meet specific conditions such as special ads for a promotional event -- this can help you free up your time. Learn more

Related links

• Pause, resume, or remove a campaign
• Remove your ads

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

# Need more help?

Sign in for additional support options to quickly solve your issue

## Ads and approvals

• Edit your text ads
• Find your ad status
• Pause or resume your ads
• Pause or enable your ad groups
• Remove your ad
• About tracking in Google Ads

- About the different types of URLs
- Set up your tracking template
- Customize landing page URLs for keywords
- How to upgrade URLs with cross-domain redirects
- About version history
- About parallel tracking
- Use parallel tracking
- Measure ad interactions on Google-hosted pages
- Approved click measurement providers for interaction events

- ©2021 Google
- Privacy Policy
- Terms of Service
- Google Ads Advertising Policies
- About the Help Center



English

1. català
2. dansk
3. Deutsch
4. eesti
5. English (Australia)
6. English (United Kingdom)
7. español
8. español (Latinoamérica)
9. Filipino
10. français
11. hrvatski
12. Indonesia
13. italiano
14. latviešu
15. lietuvių
16. magyar
17. Melayu
18. Nederlands
19. norsk
20. polski
21. português
22. português (Brasil)
23. română
24. slovenčina
25. slovenščina

26. suomi
27. svenska
28. Tiếng Việt
29. Türkçe
30. čeština
31. Ελληνικά
32. български
33. русский
34. српски
35. українська
36. עברית
37. العربية
38. हिन्दी
39. ไทย
40. 中文（简体）
41. 中文（繁體）
42. 中文（香港）
43. 日本語
44. 한국어
45. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- **Help Center**

  o **Coronavirus (COVID-19) Resources and Updates**

  o **Setup and basics**

  o **Manage ads**

- o [Measure results](#)

- o [Smart campaigns](#)

- o [Billing](#)

- o [Learn](#)

- o [Google Partners](#)

- [Community](#)

- [Google Ads](#)

- [Privacy Policy](#)

- [Terms of Service](#)

- [Submit feedback](#)

Your guide to Google AdsGoogle Ads basicsCreate ads and campaignsChoose where and when ads appearFind out if your ad is runningAccount administration and security

**2574**

Ads and approvalsCampaign settingsBudgets and bidsKeywordsReach your audienceTarget placements and topicsMultiple or large accountsLocal Services adsThe Google Ads mobile appRecommendations and optimization score

Connect your goals to dataFind and run reportsUnderstanding your dataTrack sales and other conversionsGoogle Analytics and Google AdsCommon reporting issues

Get startedSetup and managementCalls in Smart campaigns

Payment methods and settingsBasic billing tasksPromotions and couponsRefunds and adjustmentsTaxesIssues with payments and charges

Your guide to Google AdsGoogle Ads training on SkillshopAccount walk-throughsGlossary

Google Partners Program

# What is the issue with this selection?



Inaccurate - doesn't match what I see in the product



Hard to understand - unclear or translation is wrong



Missing info - relevant but not comprehensive



Irrelevant - doesn't match the title and / or my expectations



Minor errors - formatting issues, typos, and / or broken links



Other suggestions - ideas to improve the content

# Share additional info or suggestions

Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, [account & system info](#) to improve services, per our [Privacy](#) & [Terms](#).

YouTube Help

Sign in

Send feedback on...



This help content & information

General Help Center experience

Next

Help CenterCommunity

# How ads work on YouTube for supervised accounts and content set as "made for kids"

Made for kids advertising policies may evolve over time. We encourage you to check back often to read the latest updates.

In order to comply with the Children's Online Privacy Protection Act and other laws, personalized ads, remarketing, and other personalized targeting features are prohibited on YouTube for:

- Google Accounts managed by Family Link for children under the age of 13 (or relevant age in your country), referred to here as supervised accounts
- Content set as made for kids

Contextual ads can be served on YouTube for supervised accounts and on content set as made for kids. These ads are based on factors like:

- The content being viewed
- The viewer's current search
- The viewer's general location (such as city or state)

Ads must follow the made for kids ad policy to be eligible to appear on YouTube for supervised accounts and on content set as made for kids.

## Policies for advertisers

Advertisers may not run personalized ads on YouTube for supervised accounts nor on content set as made for kids.

Advertising that is intended for children or on content set as made for kids must comply with all relevant laws and regulations. It cannot:

- Be deceptive, unfair, or inappropriate for its intended audience
- Make use of any third party trackers or otherwise attempt to collect personal info

Below are some products that advertisers may not advertise on YouTube for supervised accounts or content set as made for kids:

- Media unsuitable for children: Media (Movies, TV shows, etc.) that is sensitive to show to users under the age of 13.
- Video games unsuitable for children: Electronic video games (and related accessories) that may be played on a video game console, the computer, or another electronic device such as a cell phone or tablet are prohibited if the industry rating of the game would not be suitable for audiences under the age of 13.
- Dating and relationships: Ads for dating sites, family counseling, and marital or divorce services.
- Beauty and weight loss: Products related to external personal care, fitness products relating to weight loss, weight-loss, diet and nutrition.
- Food and Beverage: Products related to consumable food and drinks are prohibited, regardless of nutrition content.
- Illegal or Regulated Products: Products that are regulated or illegal to advertise to children, including Prohibited Content and Restricted Content are prohibited. This also includes products that may pose safety risks for children.
- Political ads: Political paid ads of any kind, including info about political candidates or their policy positions, political parties, fundraising or political action committees or their agendas.
- Religious ads: Religious ads of any kind are prohibited, e.g, offers relating to religion, religious beliefs, including religious schools, religious books, etc.
- Ads related to adult content: Sexual and mature content that is intended for adult audiences and not suitable for users under the age of 13.
- Dangerous Content: Content that is dangerous and inappropriate for users under the age of 13 or that generally requires adult supervision.
- Violent Content: Violent and graphic content that is intended for adult audiences and not suitable for users under the age of 13.

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

# Understand ad policies for advertisers

- Ad policy overview
- Advertising on YouTube Kids
- Mimicking YouTube site elements
- How ads work on YouTube for supervised accounts and content set as "made for kids"

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български

30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- [Help Center](#)

  - [Fix a problem](#)

  - [Watch videos](#)

  - [Manage your account & settings](#)

  - [Supervised experience on YouTube](#)

  - [Join & manage YouTube Premium](#)

- o [Create & grow your channel](#)

- o [Monetize with the YouTube Partner Program](#)

- o [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program
Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows
Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues
Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium

membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues
Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube
YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers
YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

## What is the issue with this selection?



Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

## Share additional info or suggestions

Do not share any personal info
Cancel
Submit
By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.

[Skip navigation](#)



[Main Menu](#)

Utility menu

- [Contact](#)
- [Stay Connected](#)
- [Privacy Policy](#)
- [FTC en español](#)

Search form

Search

Main Menu

- [About the FTC](#)
- [News & Events](#)
- [Enforcement](#)
- [Policy](#)
- [Tips & Advice](#)
- [I Would Like To...](#)

Search form

Search

You are here

1. [Home](#) »
2. [Tips & Advice](#) »
3. [Business Center](#) »
4. [Guidance](#) »

5. Complying with COPPA: Frequently Asked Questions

# Complying with COPPA: Frequently Asked Questions

Tags:

- [Privacy and Security](#)
- [Children's Privacy](#)

## A GUIDE FOR BUSINESS AND PARENTS AND SMALL ENTITY COMPLIANCE GUIDE

The following FAQs are intended to supplement the compliance materials available on the FTC website. In addition, you may send questions or comments to the FTC staff's COPPA mailbox, [CoppaHotLine@ftc.gov(link sends e-mail)](mailto:CoppaHotLine@ftc.gov). **This document represents the views of FTC staff and is not binding on the Commission.** To view the Rule and compliance materials, go to the [FTC's Children's Privacy page for businesses](#). This document serves as a small entity compliance guide pursuant to the Small Business Regulatory Enforcement Fairness Act.

Some FAQs refer to a document called a Statement of Basis and Purpose. A Statement of Basis and Purpose is a document an agency issues when it promulgates or amends a rule that explains the rule's provisions and addresses comments received in the rulemaking process. A Statement of Basis and Purpose was issued when the COPPA Rule was promulgated in 1999, and another Statement of Basis and Purpose was issued when the Rule was revised in 2013.

[A. GENERAL QUESTIONS ABOUT THE COPPA RULE](#)

[B. COPPA ENFORCEMENT](#)

[C. PRIVACY POLICIES AND DIRECT NOTICES TO PARENTS](#)

[D. WEBSITES AND ONLINE SERVICES DIRECTED TO CHILDREN, INCLUDING MIXED AUDIENCE SITES AND SERVICES](#)

[E. THIRD PARTIES, SUCH AS AD NETWORKS AND PLUG-INS, COLLECTING PERSONAL INFORMATION ON SITES DIRECTED TO CHILDREN](#)

[F. PHOTOS, VIDEOS, AND AUDIO RECORDINGS](#)

[G. GEOLOCATION DATA](#)

[H. GENERAL AUDIENCE AND TEEN SITES OR SERVICES](#)

I. VERIFIABLE PARENTAL CONSENT

J. EXCEPTIONS TO PRIOR PARENTAL CONSENT

K. PARENTAL ACCESS TO CHILDREN'S PERSONAL INFORMATION

L. DISCLOSURE OF INFORMATION TO THIRD PARTIES

M. REQUIREMENT TO LIMIT INFORMATION COLLECTION

N. COPPA AND SCHOOLS

O. COPPA SAFE HARBOR PROGRAMS

# A. GENERAL QUESTIONS ABOUT THE COPPA RULE

## 1. What is the Children's Online Privacy Protection Rule?

Congress enacted the Children's Online Privacy Protection Act (COPPA) in 1998. COPPA required the Federal Trade Commission to issue and enforce regulations concerning children's online privacy. The Commission's original COPPA Rule became effective on April 21, 2000. The Commission published an amended Rule on January 17, 2013. The amended Rule took effect on July 1, 2013.

The primary goal of COPPA is to place parents in control over what information is collected from their young children online. The Rule was designed to protect children under age 13, while accounting for the dynamic nature of the Internet. The Rule applies to operators of commercial websites and online services (including mobile apps and IoT devices, such as smart toys) directed to children under 13 that collect, use, or disclose personal information from children, or on whose behalf such information is collected or maintained (such as when personal information is collected by an ad network to serve targeted advertising). The Rule also applies to operators of general audience websites or online services with actual knowledge that they are collecting, using, or disclosing personal information from children under 13, and to websites or online services that have actual knowledge that they are collecting personal information directly from users of another website or online service directed to children. Operators covered by the Rule must:

1.  Post a clear and comprehensive online privacy policy describing their information practices for personal information collected online from children;
2.  Provide direct notice to parents and obtain verifiable parental consent, with limited exceptions, before collecting personal information online from children;
3.  Give parents the choice of consenting to the operator's collection and internal use of a child's information, but prohibiting the operator from disclosing that information to third parties (unless disclosure is integral to the site or service, in which case, this must be made clear to parents);

4.  Provide parents access to their child's personal information to review and/or have the information deleted;
5.  Give parents the opportunity to prevent further use or online collection of a child's personal information;
6.  Maintain the confidentiality, security, and integrity of information they collect from children, including by taking reasonable steps to release such information only to parties capable of maintaining its confidentiality and security;
7.  Retain personal information collected online from a child for only as long as is necessary to fulfill the purpose for which it was collected and delete the information using reasonable measures to protect against its unauthorized access or use; and
8.  Not condition a child's participation in an online activity on the child providing more information than is reasonably necessary to participate in that activity.

## 2. Who is covered by COPPA?

The Rule applies to operators of commercial websites and online services (including mobile apps and IoT devices) directed to children under 13 that collect, use, or disclose personal information from children. It also applies to operators of general audience websites or online services with actual knowledge that they are collecting, using, or disclosing personal information from children under 13. The Rule also applies to websites or online services that have actual knowledge that they are collecting personal information directly from users of another website or online service directed to children.

## 3. What is Personal Information?

The Rule defines personal information to include:

- First and last name;
- A home or other physical address including street name and name of a city or town;
- Online contact information;
- A screen or user name that functions as online contact information;
- A telephone number;
- A Social Security number;
- A persistent identifier that can be used to recognize a user over time and across different websites or online services;
- A photograph, video, or audio file, where such file contains a child's image or voice;
- Geolocation information sufficient to identify street name and name of a city or town; or
- Information concerning the child or the parents of that child that the operator collects online from the child and combines with an identifier described above.

## 4. Where can I find information about COPPA?

The FTC has a comprehensive website that provides information to the public on a variety of agency activities. The Children's Privacy section includes a variety of materials regarding COPPA, including all proposed and final Rules, public comments received by the Commission in the course of its rulemakings, guides for businesses, parents, and teachers, information about

the Commission-approved COPPA safe harbor programs, and FTC cases brought to enforce COPPA. Many of the educational materials on the FTC website also are available in hard copy free of charge at www.bulkorder.ftc.gov.

## 5. What should I do if I have questions about the COPPA Rule?

The first thing you should do is read the FTC's Children's Privacy guidance materials. If, after reviewing the FTC's online materials, you continue to have specific COPPA questions, please send an email to our COPPA hotline at CoppaHotLine@ftc.gov(link sends e-mail).

## 6. What should I do if I have a complaint about someone violating the COPPA Rule?

If you want to help law enforcement potentially spot a pattern of violations requiring law enforcement action, you may report that to the FTC online. You also may call our toll free telephone number at (877) FTC-HELP to report to a live operator. Please note that the FTC does not resolve individual consumer disputes. If you have a complaint about someone violating the COPPA Rule and need individual help, you should contact your State Attorney General(link is external).

## 7. I know that COPPA doesn't just apply to websites, but also to "online services." What types of online services does COPPA apply to?

COPPA applies to personal information collected online by operators of both websites and online services. The term "online service" broadly covers any service available over the Internet, or that connects to the Internet or a wide-area network. Examples of online services include services that allow users to play network-connected games, engage in social networking activities, purchase goods or services online, receive online advertisements, or interact with other online content or services. Mobile applications that connect to the Internet, Internet-enabled gaming platforms, connected toys, smart speakers, voice assistants, voice-over-Internet protocol services, and Internet-enabled location-based services also are online services covered by COPPA.

## 8. Does COPPA apply to information about children collected online from parents or other adults?

No. COPPA only applies to personal information collected online from children, including personal information about themselves, their parents, friends, or other persons. However, the Commission's 1999 Statement of Basis and Purpose notes that the Commission expects that operators will keep confidential any information obtained from parents in the course of obtaining parental consent or providing for parental access pursuant to COPPA. See 64 Fed. Reg. 59888, 59902 n.213.

## 9. Why does COPPA apply only to children under 13? What about protecting the online privacy of teens?

In enacting the Children's Online Privacy Protection Act, Congress determined to apply the statute's protections only to children under 13, recognizing that younger children are particularly vulnerable to overreaching by marketers and may not understand the safety and privacy issues created by the online collection of personal information.

Although COPPA does not apply to teenagers, the FTC is concerned about teen privacy and does believe that strong, more flexible, protections may be appropriate for this age group. See FTC Report: Protecting Consumer Privacy in an Era of Rapid Change: Recommendations for Businesses and Policymakers (Mar. 2012), at 29, 60. The FTC also has issued a number of guidance documents for teens and their parents. These educational materials are available at www.OnguardOnline.gov.

## 10. I know the COPPA Rule is triggered by the collection of personal information from children, but the information I collect at my site or service is voluntary, not mandatory. Does COPPA still apply?

Yes. The Rule governs the online collection of personal information from children by a covered operator, even if children volunteer the information or are not required by the operator to input the information to participate on the website or service. The Rule also covers operators that allow children publicly to post personal information. Finally, the Rule defines "collection" to include the passive tracking of children's personal information through a persistent identifier, and not just active collection. See 16 C.F.R. § 312.2 (definition of "collection").

## 11. Will the COPPA Rule keep my child from accessing inappropriate materials, such as pornography?

No. COPPA is meant to give parents control over the online collection, use, or disclosure of personal information from children. It was not designed to protect children from viewing particular types of content wherever they might go online. If you are concerned about your children seeing inappropriate materials online, you may want to consider a filtering program or an Internet Service Provider that offers tools to help screen out or restrict access to such material. Information about such tools is available at ConnectSafely.org(link is external) and Stay Safe Online's advice about parental controls(link is external), and from operating system developers.

## 12. Will the COPPA Rule prevent children from lying about their age to register for general audience sites or online services whose terms of service prohibit their participation?

No. COPPA covers operators of general audience websites or online services only where such operators have actual knowledge that a child under age 13 is the person providing personal information. The Rule does not require operators to ask the age of visitors. However, an operator of a general audience site or service that chooses to screen its users for age in a neutral fashion may rely on the age information its users enter, even if that age information is not accurate. In some circumstances, this may mean that children are able to register on a site or service in violation of the operator's Terms of Service. If, however, the operator later determines that a

particular user is a child under age 13, COPPA's notice and parental consent requirements will be triggered.

Importantly, however, a website or online service may be deemed directed to children even if its Terms of Service prohibits children from using the site or service. In determining whether a particular site or service is directed to children, the FTC will consider the factors set forth in the Rule. See 16 C.F.R. 312.2 (definition of "Web site or online service directed to children"); see also FAQs Section D.

# B. COPPA ENFORCEMENT

### 1. How does the FTC enforce the Rule?

Information about the FTC's COPPA enforcement actions can be found by clicking on the Cases link on the FTC's Children's Privacy page. Parents, consumer groups, industry members, and others that believe an operator is violating COPPA may report that to the FTC online or call our toll free telephone number at (877) FTC-HELP.

### 2. What are the penalties for violating the Rule?

A court can hold operators who violate the Rule liable for civil penalties of up to $43,792 per violation. The amount of civil penalties the FTC seeks or a court assesses may turn on a number of factors, including the egregiousness of the violations, whether the operator has previously violated the Rule, the number of children involved, the amount and type of personal information collected, how the information was used, whether it was shared with third parties, and the size of the company. The determination of the appropriate civil penalty will vary on a case-by-case basis. In some cases, the FTC has elected to seek no civil penalty, while in other cases, the penalties have been millions of dollars. Information about the FTC's COPPA enforcement actions, including the amounts of civil penalties obtained, can be found by clicking on the Cases link on the FTC's Children's Privacy page.

### 3. Can the states or other federal government agencies enforce COPPA?

Yes. COPPA gives states and certain federal agencies authority to enforce compliance with respect to entities over which they have jurisdiction. For example, New York has brought several COPPA enforcement actions. See https://ag.ny.gov/press-release/2019/ag-james-google-and-youtube-pay-record-figure-illegally-tracking-and-collecting (Sept. 2019); https://ag.ny.gov/press-release/2018/ag-underwood-announces-record-coppa-settlement-oath-formerly-aol-violating (Dec. 2018); https://ag.ny.gov/press-release/2016/ag-schneiderman-announces-results-operation-child-tracker-ending-illegal-online (Sept. 2016). In addition, some federal agencies, such as the Office of the Comptroller of the Currency and the Department of Transportation, are responsible for handling COPPA compliance for the specific industries they regulate.

### 4. What should I do if my website or app doesn't comply with the Rule?

First, until you get your website or online service into compliance, you must stop collecting, disclosing, or using personal information from children under age 13.

Second, carefully review your information practices and your online privacy policy. In conducting your review, look closely at what information you collect, how you collect it, how you use it, whether the information is necessary for the activities on your site or online service, whether you have adequate mechanisms for providing parents with notice and obtaining verifiable consent, whether you have adequate methods for parents to review and delete their children's information, and whether you employ adequate data security, retention, and deletion practices.

Educational materials aimed at operators of websites and online services are available in the Children's Privacy section of the FTC's Business Center, including Children's Online Privacy Protection Rule: Six Step Compliance Plan for Your Business. See also Marketing Your Mobile App: Get it Right From the Start. These materials can provide you with helpful guidance. You might also choose to consult with one of the Commission-approved COPPA Safe Harbor Programs or seek the advice of counsel.

## 5. Are websites and online services operated by nonprofit organizations subject to the Rule?

COPPA expressly states that the law applies to commercial websites and online services and not to nonprofit entities that otherwise would be exempt from coverage under Section 5 of the FTC Act. In general, because many types of nonprofit entities are not subject to Section 5 of the FTC Act, these entities are not subject to the Rule. However, nonprofit entities that operate for the profit of their commercial members may be subject to the Rule. See *FTC v. California Dental Association*, 526 U.S. 756 (1999). Although nonprofit entities generally are not subject to COPPA, the FTC encourages such entities to post privacy policies online and to provide COPPA's protections to their child visitors.

## 6. Does COPPA apply to websites and online services operated by the Federal Government?

As a matter of federal policy, all websites and online services operated by the Federal Government and contractors operating on behalf of federal agencies must comply with the standards set forth in COPPA. See OMB Guidance for Implementing the Privacy Provisions of the E-Government Act of 2002 (Sept. 2003).

## 7. The Internet is a global medium. Do websites and online services developed and run abroad have to comply with the Rule?

Foreign-based websites and online services must comply with COPPA if they are directed to children in the United States, or if they knowingly collect personal information from children in the U.S. The law's definition of "operator" includes foreign-based websites and online services that are involved in commerce in the United States or its territories. As a related matter, U.S.-based sites and services that collect information from foreign children also are subject to

COPPA.

# C. PRIVACY POLICIES AND DIRECT NOTICES TO PARENTS

## 1. My child-directed website doesn't collect any personal information. Do I still need to post a privacy policy online?

COPPA applies only to those websites and online services that collect, use, or disclose personal information from children. However, the FTC recommends that all websites and online services – particularly those directed to children – post privacy policies online so visitors can easily learn about the operator's information practices. See Mobile Apps for Kids: Disclosures Still Not Making the Grade (Dec. 2012) and Mobile Apps for Kids: Current Privacy Disclosures are Disappointing (Feb. 2012).

## 2. What information must I include in my online privacy policy?

Section 312.4(d) of the Rule identifies the three categories of information that you must disclose in your online privacy policy:

- The name, address, telephone number, and email address of all operators collecting or maintaining personal information through the site or service (or, after listing all such operators, provide the contact information for one that will handle all inquiries from parents);
- A description of what information the operator collects from children, including whether the operator enables children to make their personal information publicly available, how the operator uses such information, and the operator's disclosure practices for such information; and
- That the parent can review or have deleted the child's personal information and refuse to permit its further collection or use. You must also state the procedures for doing so. See 16 C.F.R. § 312.4(d).

## 3. May I include promotional materials in my privacy policy?

No. The Rule requires that privacy policies must be "clearly and understandably written, complete, and must contain no unrelated, confusing, or contradictory materials." See 16 C.F.R. § 312.4(a) ("General principles of notice").

## 4. Do I have to list the names and contact information of all the operators collecting information at my website? This will make my online privacy policy very long and confusing.

The Rule provides that, if there are multiple operators collecting information through your site (including via plug-ins), you may list the name, address, phone number, and email address of one operator who will respond to all inquiries from parents regarding all of the operators' privacy policies and use of children's information, as long as the names of all the operators are also listed in this online notice. See 16 C.F.R. § 312.4(d)(1). If you wish to keep your online privacy policy simple, you may include a clear and prominent link in the privacy policy to the complete list of operators, as opposed to listing every operator in the policy itself. You must ensure, however, that your privacy policy signals parents to, and enables them easily to access, this list of operators. See .com Disclosures: How to Make Effective Disclosures in Digital Advertising (Mar. 2013), at ii.

## 5. Do I have to disclose in my privacy policy and direct notices to parents the collection of "cookies," "GUIDs," "IP addresses," or other passive information collection technologies on or through my site?

The Rule defines "personal information" to include persistent identifiers, such as a customer number held in a cookie, an IP address, a processor or device serial number, or a unique device identifier that can be used to recognize a user over time and across different websites or online services. Therefore, you will need to disclose in your privacy policy (see FAQ C.2), and in your direct notice to parents (see FAQ C.9), your collection, use or disclosure of such persistent identifiers unless (1) you collect no other "personal information," and (2) such persistent identifiers are collected on or through your site or service solely for the purpose of providing "support for the internal operations" of your site or service. For more detailed information about activities considered support for internal operations, see FAQs J.5-8, below.

## 6. Where should I post links to my privacy policy? If I have an app, do I need to make sure that my privacy policy is included in the app store, at the point of purchase or download?

The Rule requires that the operator post a clearly and prominently labeled link to the online privacy policy on the home or landing page or screen of the website or online service, and at each area of the site or service where personal information is collected from children. This link must be in close proximity to the requests for information in each such area. 16 C.F.R. § 312.4(d). In addition, an operator of a general audience website or online service that has a separate children's area must post a link to its notice of information practices with regard to children on the home or landing page or screen of the children's area. See 16 C.F.R. § 312.4(d).

In the case of an app, the link to the privacy policy must be on the home page of the app. The Rule does not mandate that a privacy policy be posted at the point of purchase, such as in the app store. However, there is a substantial benefit in providing greater transparency about the data practices and interactive features of child-directed apps at the point of purchase and we encourage it as a best practice. In fact, the FTC Staff Report, Mobile Apps for Kids: Disclosures Still Not Making the Grade (Dec. 2012), notes that "information provided prior to download is most useful in parents' decision-making since, once an app is downloaded, the parent already may have paid for the app. . ." See p. 7. In addition, if a child-directed app were designed to collect personal information as soon as it is downloaded, it would be necessary to provide the

direct notice and obtain verifiable consent at the point of purchase or to insert a landing page where a parent can receive notice and give consent before the download is complete.

## 7. Is it okay for the link to my privacy policy to be located at the bottom of the home page of my website?

The Rule states that the "operator must post a prominent and clearly labeled link to an online notice of its information practices with regard to children on the home or landing page or screen of its Web site or online service, and, at each area of the Web site or online service where personal information is collected from children." 16 C.F.R. § 312.4(d). In the 1999 Statement of Basis and Purpose, the Commission explained that "'clear and prominent' means that the link must stand out and be noticeable to the site's visitors through use, for example, of a larger font size in a different color on a contrasting background. The Commission does not consider 'clear and prominent' a link that is in small print at the bottom of the home page, or a link that is indistinguishable from a number of other, adjacent links." See 64 Fed. Reg. 59888, 59894. A link that is at the bottom of the page may be acceptable if the manner in which it is presented makes it clear and prominent.

## 8. I operate a general audience website that contains a specific children's section. May I post a single privacy policy for the entire site that combines information about my children's and general information practices, or must I have a separate privacy policy for children's data?

In the 1999 Statement of Basis and Purpose, the Commission noted that "operators are free to combine the privacy policies into one document, as long as the link for the children's policy takes visitors directly to the point in the document where the operator's policies with respect to children are discussed, or it is clearly disclosed at the top of the notice that there is a specific section discussing the operator's information practices with regard to children." See 64 Fed. Reg. 59888, 59894 n.98. This advice remains in effect. Operators should also ensure that the link for the children's portion of the privacy policy appears on the home page or screen of the children's area of the site or service, and at each area where personal information is collected from children. See 16 C.F.R. § 312.4(d).

## 9. I know that the Rule requires that I provide a direct notice to parents before I collect personal information from children. What information must be included in the direct notice?

The Rule requires operators to make reasonable efforts, taking into account available technology, to ensure that a parent of a child receives direct notice of the operator's practices with regard to the collection, use, or disclosure of personal information from children, including notice of any material changes to practices to which the parent previously consented. The Rule provides a very detailed roadmap of what information must be included in your direct notice in four specific instances.

***First:*** **Where an operator collects the name or online contact information of a parent or child in order to obtain a parent's verifiable consent prior to the collection, use, or disclosure of a child's personal information.** In this case, the direct notice must:

- State that the operator has collected the parent's online contact information from the child, and, if such is the case, the name of the child or the parent, in order to obtain the parent's consent;
- State that the parent's consent is required for the collection, use, or disclosure of such information, and that the operator will not collect, use, or disclose any personal information from the child if the parent does not provide such consent;
- Set forth the additional items of personal information the operator intends to collect from the child, or the potential opportunities for the disclosure of personal information, should the parent provide consent;
- Contain a hyperlink to the operator's online notice of its information practices (i.e., its privacy policy); Provide the means by which the parent can provide verifiable consent to the collection, use, and disclosure of the information; and
- State that if the parent does not provide consent within a reasonable time from the date the direct notice was sent, the operator will delete the parent's online contact information from its records. See 16 C.F.R. § 312.4(c)(1).

***Second:*** **Where an operator voluntarily seeks to provide notice to a parent of a child's online activities that do not involve the collection, use or disclosure of personal information.** In this case, the direct notice must:

- State that the operator has collected the parent's online contact information from the child in order to provide notice to, and subsequently update the parent about, a child's participation in a website or online service that does not otherwise collect, use, or disclose children's personal information;
- State that the parent's online contact information will not be used or disclosed for any other purpose;
- State that the parent may refuse to permit the child's participation in the website or online service and may require the deletion of the parent's online contact information, and how the parent can do so; and
- Provide a hyperlink to the operator's online notice of its information practices. See 16 C.F.R. § 312.4(c)(2).

***Third:*** **Where an operator intends to communicate with the child multiple times via the child's online contact information and collects no other information.** In this case, the direct notice must:

- State that the operator has collected the child's online contact information from the child in order to provide multiple online communications to the child;
- State that the operator has collected the parent's online contact information from the child in order to notify the parent that the child has registered to receive multiple online communications from the operator;

- State that the online contact information collected from the child will not be used for any other purpose, disclosed, or combined with any other information collected from the child;
- State that the parent may refuse to permit further contact with the child and require the deletion of the parent's and child's online contact information, and how the parent can do so;
- State that if the parent fails to respond to this direct notice, the operator may use the online contact information collected from the child for the purpose stated in the direct notice; and
- Provide a hyperlink to the operator's online notice of its information practices. See 16 C.F.R. § 312.4(c)(3)

*Fourth:* **Where the operator's purpose for collecting a child's and a parent's name and online contact information is to protect a child's safety and the information is not used or disclosed for any other purpose.** In this case, the direct notice must:

- State that the operator has collected the name and the online contact information of the child and the parent in order to protect the safety of a child;
- State that the information will not be used or disclosed for any purpose unrelated to the child's safety;
- State that the parent may refuse to permit the use, and require the deletion, of the information collected, and how the parent can do so;
- State that if the parent fails to respond to this direct notice, the operator may use the information for the purpose stated in the direct notice; and
- Provide a hyperlink to the operator's online notice of its information practices. See 16 C.F.R. § 312.4(c)(4).

## 10. When I send a direct notice to parents, may I send them a simple email containing a link to my online privacy policy?

No. As described in FAQ C.9 above, the Rule makes clear that the direct notice to parents must contain certain key information within the four corners of the notice itself, depending on the purpose for which the information is being collected. Therefore, you may not simply link to a separate online notice. Note, however, that the Rule requires that each direct notice you send also contain a link to your online privacy policy. The intention is to help ensure that the direct notice functions as an effective "just-in-time" message to parents about an operator's information practices, while also directing parents online to view any additional information contained in the operator's online notice.

## 11. I have an app directed to children. At what point in the download process should I send parents my direct notice?

Unless one of the limited exceptions applies (see FAQ I.2), the Rule requires that you send parents the direct notice prior to the collection of any personal information from the child. The limited exception to this is that you may collect the parent's online contact information for the sole purpose of sending the parent the direct notice. Alternatively, you may provide the direct

notice to the parent through other means, such as through the device onto which the app is downloaded, if the mechanisms both (1) provide such notice and obtain the parent's consent before any collection of personal information and (2) are reasonably designed to ensure that it is the parent who receives the notice and provides the consent.

# D. WEBSITES AND ONLINE SERVICES DIRECTED TO CHILDREN, INCLUDING MIXED AUDIENCE SITES AND SERVICES

## 1. COPPA applies to websites or online services that are "directed to children." What determines whether or not a website or online service is directed to children?

The Rule sets out a number of factors for determining whether a website or online service is directed to children. These include:

- the subject matter;
- visual content;
- the use of animated characters or child-oriented activities and incentives;
- music or other audio content;
- age of models;
- presence of child celebrities or celebrities who appeal to children;
- language or other characteristics of the website or online service;
- whether advertising promoting or appearing on the website or online service is directed to children;
- competent and reliable empirical evidence regarding audience composition; and
- evidence regarding the intended audience of the site or service.

See 16 C.F.R. § 312.2 (definition of "Web site or online service directed to children," paragraph (1)).

As described in FAQ E.1 below, the Rule also considers a website or online service to be "directed to children" where it has actual knowledge that it is collecting personal information directly from users of another website or online service that is directed to children. See 16 C.F.R. § 312.2 (definition of "Web site or online service directed to children," paragraph (2)).

## 2. I post videos for a commercial purpose on a general audience platform that hosts a wide variety of user-generated content. Do I need to comply with COPPA?

It depends. COPPA applies to commercial websites and online services that are directed to children. If the content you post on the platform is directed to kids, and personal information is collected by you or on your behalf (such as a persistent identifier used to serve targeted

advertising), you will be deemed an operator of an online service that needs to comply with COPPA. By the same token, if the platform has actual knowledge that your content is directed to children and is collecting personal information, it will also need to comply with COPPA.

### 3. I don't know whether kids watch the videos I post on the general audience platform. How do I determine if my videos are directed to kids?

The Rule sets out a number of factors for determining whether a website or online service is directed to children (See FAQ D.1). The FTC staff recognizes that the determination of whether content is child-directed will be clearer in some contexts than in others. We can, however, provide some general guidance.

- Your website or online service will not be considered "directed to children" just because some children visit your site or use your service. However, if your intended audience includes kids under 13, even if that is only a portion of your intended audience, you must comply with the Rule's requirements if you are collecting personal information from your users, or it is being collected on your behalf.
- Unless you are affirmatively targeting kids, there are many subject matter categories where COPPA clearly wouldn't apply, such as those involving traditionally adult activities like employment, finances, politics, home ownership, home improvement, or content aimed at college students. On the other hand, if your content involves traditionally child-oriented activities, such as dress up games or playing with toys, you may be child-directed.
- Consider the context of your videos when determining whether your content is child-directed. Although the use of bright colors and animated characters are some of the factors the FTC and courts consider in determining whether a site or service is directed to kids, the FTC recognizes that some animated characters are directed to a general audience.
- Finally, you may want to consider whether there is empirical evidence about your audience composition, or other indicia about your actual audience.

Unfortunately, the FTC cannot provide an opinion on whether a specific site or service is directed to children. If you continue to have questions about whether your content is directed to children, consider contacting an attorney or consulting one of the COPPA Safe Harbor programs – self-regulatory groups that offer guidance on how operators can comply with the law.

### 4. I run a child-directed app. I would like to screen users so that I only have to get parental consent from children under age 13, not from everyone who uses the app. May I?

It depends. Because of its very nature, in most instances, a website or online service (such as an app) directed to children must treat all visitors as children and provide COPPA's protections to every such visitor. This means that for the most part, a website or online service directed to children may not screen users for age.

However, the Rule provides a narrow exception for a site or service that may be directed to children under the criteria set forth in FAQ D.1 above, but that does not target children as its primary audience (sometimes referred to as "mixed audience"). If your site or service targets children under age 13, but children under 13 are not your primary audience (e.g., your site also targets adults or older teens), you can take advantage of this exception. You can implement an age screen; for users who indicate they are children under 13, you can ensure that you do not collect personal information from those users, or you can obtain verifiable parental consent. It is important to emphasize that the "mixed audience" category is a subset of the "directed to children" category, and a general audience site does not become "mixed audience" just because some children use the site or service.

An operator of a site or service meeting this standard may age-screen its users if it: (1) does not collect personal information from any visitor prior to collecting age information, and (2) prevents the collection, use, or disclosure of personal information from visitors who identify themselves as under age 13 without first complying with the Rule's notice and parental consent provisions. See 16 C.F.R. § 312.2 (definition of "Web site or online service directed to children," paragraph (3)). Keep in mind that unlike a general audience website or service, as an operator of a website or online service directed to children, you may not block children from participating in the website or online service.

## 5. What evidence would I need to demonstrate whether children under age 13 are or are not the primary audience for my website or online service?

As the operator, you should carefully analyze who your intended audience is, the actual audience, and in many instances, the likely audience for your website or online service. In making these determinations, you should keep in mind the factors for a "Web site or online service directed to children" contained in paragraph (1) of 16 C.F.R. § 312.2. See FAQ D.1 and D.3 above. You may also get a better sense of your site or service once it has been in operation, and may need to make some changes accordingly.

## 6. I run a site that I believe may fall within the FTC's sub-category of a website directed to children but where it is acceptable to age-screen users because children are not the primary audience (i.e., "mixed audience"). Can I age-screen and completely block users who identify as being under age 13 from participating on my site?

No. If your site is "mixed audience" (i.e., it falls within the definition of a "Web site or online service directed to children" as set forth in paragraph (3) of 16 C.F.R. § 312.2), then you may age screen your users, but you may not block children from participating altogether. Instead, the Rule permits you to use an age screen in order to differentiate between users under age 13 and other users. You may decide to offer different activities, or functions, to your users depending upon age, but you may not collect personal information from users who have indicated they are under 13 without first obtaining verifiable parental consent.

## 7. I have a "mixed audience" app and would like to age screen my users. Are there specific requirements for the age screen?

In designing your age screen, you should ask age information in a neutral manner, making sure the data entry point allows users to enter their age accurately and does not default to an age 13 or over. An example of a neutral age screen would be a system that allows a user freely to enter the month and year of birth. Avoid encouraging children to falsify age information by, for example, stating that certain features will not be available to users under age 13. In addition, consistent with long standing Commission advice, FTC staff recommends using technical means, such as a cookie, to prevent children from back-buttoning to enter a different age.

## 8. I have a "mixed audience" app and would like to have an age screen. Can I ask a question that a child is unlikely to be able to answer, such as a math problem, to determine whether a user is 13 or over instead of asking age directly?

No. Requiring a child to answer a question he or she is unlikely to be able to answer, without more, is inadequate for determining the age of the user. There are many children under 13, for example, that can perform complex math problems, and some users over 13 that may have difficulty with those same complex problems. You may, however, use a math problem in addition to asking the age of the user, as described in FAQ D.7 above.

## 9. Am I required to inform third parties that my website or online service is directed to children? Even if I am not required to do so, how can I do this? If I signal the nature of my site or service, will this protect me from liability under COPPA?

The Rule does not require you to inform third parties of the child-directed nature of your site or service, and doing so, without more, will not relieve you of your obligations under COPPA. Remember, you are responsible for the collection of personal information from your users, no matter who is doing the collection; therefore, you will need to do more than simply identify yourself to third parties. As a child-directed property, absent an exception under the Rule (see FAQ I.2 below), you must: (1) not collect or allow any other entity to collect personal information from your visitors; or (2) provide notice and obtain prior parental consent before collecting or allowing any entity to collect personal information from your visitors, as well as provide all of the other COPPA protections. In addition, Commission staff recommends that operators of child-directed websites or services signal their status to third parties and you may arrange with the third party collecting the personal information to provide adequate COPPA protections.

## 10. I want to run ads on my child-directed websites and apps. What do I need to know to make sure that I am complying with COPPA?

There are a number of questions you must find answers to before you enter into an arrangement with any entity to serve advertising to run on your child-directed sites and services. These include:

- Is there a way to control the type of advertising that appears on the sites and services? (*e.g.*, can you stipulate and contract only for contextual advertising, and can you prohibit behavioral advertising or retargeting?)
- What categories of information will be collected from users on the sites and services in connection with the ads they are served? Will persistent identifiers be collected for purposes other than support for internal operations? Will geolocation information be collected in connection with the ads served?

You should make informed decisions before you permit advertising to run on your sites and services. Depending on what advertising choices you make, you may be required to notify parents in your online privacy policies and in a direct notice, and obtain verifiable parental consent, before you permit advertising to occur. Remember that the Rule holds you liable for the collection of information that occurs on or through your sites and services, even if you yourself do not engage in such collection.

## 11. I have no idea what information the third parties whose content I have embedded in my kids' app might collect from my users. Do I need to know this information?

Yes. As the operator of a child-directed app, you must conduct an inquiry into the information collection practices of every third party that can collect information via your app. You need to determine each third party's information collection practices so that you can make an informed decision as to whether its presence on your app will require you to give parents notice and obtain their consent prior to their collection of personal information from children. See FAQ D.9 above.

## 12. I operate a child-directed app that allows kids to make paintings. I don't collect the paintings — they rest on the device — but the app includes buttons for popular email and social media providers that kids can click on within the app. The buttons open the email program or social network, populate it with the painting, and allow the child to share it along with a message. I don't collect or share any other personal information through the app. Do I have to seek verifiable parental consent?

Yes. The COPPA rule defines "collection" to include requesting, prompting, or encouraging a child to submit personal information online, and enabling a child to make personal information publicly available in identifiable form. In addition, under the COPPA Rule, "disclosure" includes making a child's personal information publicly available in identifiable form through an email service or other means, such as a social network. You must get verifiable parental consent before enabling children to share personal information in this manner, even through third parties on your app. This is true unless an exception applies. (See Section I, Exceptions to Prior Parental Consent). However, in the situation you describe — where a child can email a painting and a message or post content on his or her social networking page through your app — no exception applies.

# E. THIRD PARTIES, SUCH AS AD NETWORKS AND PLUG-INS, COLLECTING PERSONAL INFORMATION ON SITES DIRECTED TO CHILDREN

## 1. I operate an advertising network service. Under what circumstances will I be held to have "actual knowledge" that I have collected personal information directly from users of another website or online service directed to children?

The circumstances under which you will be deemed to have acquired "actual knowledge" that you have collected personal information directly from users of a child-directed site or service will depend a lot on the particular facts of your situation. In the 2013 Statement of Basis and Purpose, the Commission set forth two cases where it believes that the actual knowledge standard will likely be met:

1. where a child-directed content provider (which is strictly liable for any collection) directly communicates the child-directed nature of its content to you, the ad network; or
2. where a representative of your ad network recognizes the child-directed nature of the content.

Under the first scenario, any direct communications that the child-directed provider has with you that indicate the child-directed nature of its content would give rise to actual knowledge. In addition, if a formal industry standard or convention is developed through which a site or service could signal its child-directed status to you, that would give rise to actual knowledge. Under the second scenario, whether a particular individual can obtain actual knowledge on behalf of your business depends on the facts. Prominently disclosing on your site or service methods by which individuals can contact your business with COPPA information – such as: 1) contact information for designated individuals, 2) a specific phone number, and/or 3) an online form or email address – will reduce the likelihood that you would be deemed to have gained actual knowledge through other employees. (See also FAQ E.2 below).

## 2. I operate a social media plug-in. I receive a list of websites from a parents' organization, advocacy group or someone else, which says that these websites are using my plug-in and are child-directed. Does this give me actual knowledge of the child-directed nature of these sites?

It's unlikely the receipt of a list of purportedly child-directed websites alone would constitute actual knowledge. You would have no duty to investigate. It's possible, however, that you will receive screenshots or other forms of concrete information that do give you actual knowledge that the website is directed at children. If you receive information and are uncertain whether the site is child-directed, you may ordinarily rely on a specific affirmative representation from the website operator that its content is not child-directed. For this purpose, a website operator would not be deemed to have provided a specific affirmative representation if it merely accepts a standard provision in your Terms of Service stating that, by incorporating your code, the first party agrees that it is not child directed.

**3. I operate an ad network and am considering participating in a system in which first-party sites could signal their child-directed status to me, such as by explicit signaling from the embedding webpage to ad networks. I understand that I would have "actual knowledge" if I collect information from users on a first-party site that has signaled its child-directed status. Are there any benefits to me if I participate in such a system?**

Such a system could provide more certainty for you. If the system requires the first-party site to affirmatively certify whether it is "child-directed" or "not child-directed," and the site signals that it is "not child-directed," you may ordinarily rely on such a representation. Such reliance is advisable, however, only if first parties affirmatively signal that their sites or services are "not child-directed." You could not set that option for them as the default.

Remember, though, that you may still be faced with screenshots or other concrete information that gives you actual knowledge of the child-directed nature of the website despite a contradictory representation by the site. If, however, such information is inconclusive, you may ordinarily continue to rely on a specific affirmative representation made through a system that meets the criteria above.

# F. PHOTOS, VIDEOS, AND AUDIO RECORDINGS

**1. I run a moderated website that is directed to children and I prescreen all children's submissions in order to delete personal information before postings go live. Do I have to get parental consent if I allow children to post photos of themselves but no other personal information?**

Yes. The Rule considers photos, videos, and audio recordings that contain a child's image or voice to be personal information. This means that prior to posting photos, videos, and audio recordings that contain a child's image or voice, operators covered by COPPA must either (i) prescreen and delete from children's submissions any photos, videos, or audio recordings of themselves or other children or (ii), first give parents notice and obtain their consent prior to permitting children to upload any photos, videos, or audio recordings of themselves or other children.

**2. I want to offer a child-directed app. The app would allow children to upload pictures of their favorite pets or places. I do not ask children to provide their email addresses or their names, or really any personal information for that matter. How does COPPA apply to me?**

COPPA applies to photos, videos, and audio files that contain children's images or voices. It also applies to geolocation data contained in these files sufficient to identify street name and name of city or town. Finally, it applies to any persistent identifiers collected via the children's upload of

their photos. Therefore, in order to offer an app without parental notice and consent, the operator must take the following steps:

1. Pre-screen the children's photos in order to delete any that depict images of children or to delete the applicable portion of the photo, if possible. The operator must also delete any other personal information, for example, geolocation metadata, contained in the photos prior to posting them through the app. Note that if an operator does not pre-screen, then it may be subject to civil penalties under COPPA if any personal information is collected from children without the operator first notifying parents and obtaining their consent; and

2. Ensure that any persistent identifiers are used only to support the internal operations of the app (as that term is defined in the Rule – s*ee* 16 C.F.R. 312.2) and are not used or disclosed to contact a specific individual, including through behavioral advertising, to amass a profile on a specific individual, or for any other purpose.

### 3. Do I have to get parental consent if first I blur images in the children's photos so that you cannot see any facial features when the pictures go live on my site?

An operator of a site directed to children does not need to notify parents or obtain their consent if it blurs the facial features of children in photos before posting them on its website. See 2013 Statement of Basis and Purpose, 78 Fed. Reg. 3972, 3982 n.123. The same goes for a site that has actual knowledge it has collected the photos from children. Before posting such photos, however, the operator must also remove any other personal information they contain, such as geolocation metadata, and ensure that it is not using or disclosing persistent identifiers collected from children in a manner that violates the Rule.

### 4. Does the Rule prohibit adults, such as parents, grandparents, teachers, or coaches from uploading photos of children?

COPPA only covers information collected online *from* children. It does not cover information collected from adults that may pertain to children. Thus, COPPA is not triggered by (1) an adult uploading photos of children on a general audience site, (2) an adult uploading photos of children in the non-child directed portion of an otherwise child-directed website (e.g., a parent's corner), or (3) an age-screened user (age 13 or older) uploading photos of children on a mixed audience site or service.

However, operators of websites or online services that are primarily directed to children (as defined by the Rule) must assume that the person uploading a photo is a child and they must design their systems either to: (1) give notice and obtain prior parental consent, or (2) remove any child images and metadata prior to posting.

### 5. My app is directed to children. A child can upload photos into the app and manipulate and decorate the photos in different ways, but the app does not transmit any personal information (photos or otherwise) from the child's device. Am I "collecting" personal information because the child is interacting with a photo stored on the device?

No. You are not collecting personal information simply because your app interacts with personal information that is stored on the device and is never transmitted.

**6. I have a child-directed toy that includes an Internet-connected search function. The toy uses a microphone to allow the child to ask the toy a question, which the toy does by conducting an Internet search and speaking the answer back to the child. Do I need to get verifiable parental consent?**

It depends. Audio files of a child's voice, like photographs and videos containing a child's image, are personal information in and of themselves and require verifiable parental consent. However, the Commission has issued an enforcement policy statement that states that when an operator collects an audio file containing a child's voice solely as a replacement for written words, such as to perform a search or fulfill a verbal instruction or request, and only maintains the file for the brief time necessary for that purpose, the FTC will not take an enforcement action against the operator for failing to obtain parental consent. The operator must, however, provide a clear online notice of its collection, use, and deletion policy regarding these audio files. The Commission reasoned that, where an operator collects an audio file in these circumstances, there is little risk that the file will be used to contact an individual child.

There are limitations on this non-enforcement policy. First, this policy is not applicable when the operator requests information via voice that otherwise would be considered personal information under the Rule, such as a name. Second, as described above, the operator must provide clear notice of its information, use, and deletion policy for these audio files in its privacy policy. Third, the operator may not make any other use of the audio file in the brief period before the file is destroyed. Finally, this policy does not affect the operator's COPPA compliance requirements in any other respect. In other words, if the operator is collecting other types of personal information, it must obtain verifiable parental consent.

# G. GEOLOCATION DATA

## 1. I automatically collect geolocation information from users of my children's app, but I do not use this information for anything. Am I responsible for notifying parents and getting their consent to such collection?

Yes. COPPA covers the collection of geolocation information, not just its use or disclosure.

## 2. What if I give my users a choice to turn off geolocation information? Do I still have to notify parents and get prior parental consent?

COPPA is designed to notify *parents* and give them the choice to consent. Therefore, it is not sufficient to provide such notification and choice to the child user of a website or service. If the operator intends to collect geolocation information, the operator will be responsible for notifying parents and obtaining their consent prior to such collection.

**3. The Rule covers "geolocation information sufficient to identify street name and name of city or town." What if my children's app only collects coarse geolocation information, tantamount to collecting a ZIP code but nothing more specific?**

COPPA does not require an operator to notify parents and obtain their consent before collecting the type of coarse geolocation services described. However, the operator should be quite certain that, in all instances, the geolocation information it collects is more general than that sufficient to identify street name and name of city or town.

**4. The geolocation information I collect through my app provides coordinate numbers. It does not specifically identify a street name and name of city or town. Do I have to notify parents and get their consent in this instance? What if I collect other types of information, such as wireless network information, that can be used to determine precise location?**

COPPA covers the collection of geolocation information "sufficient" to identify street name and name of city or town. COPPA applies even if the child is not asked to provide an actual street address. For example, COPPA would apply if an app collects the user's longitude and latitude. Similarly, the Commission alleged that COPPA applied in <u>United States v. InMobi Pte Ltd.</u>, where the company collected wireless network identifiers to infer the child's precise location without providing notice or obtaining verifiable parental consent.

# H. GENERAL AUDIENCE AND TEEN SITES OR SERVICES

## 1. Am I responsible if children lie about their age during the registration process on my general audience website?

The Rule does not require operators of general audience sites to investigate the ages of visitors to their sites or services. See <u>1999 Statement of Basis and Purpose</u>, 64 Fed. Reg. 59888, 59892. However, operators will be held to have acquired actual knowledge of having collected personal information from a child where, for example, they later learn of a child's age or grade from a concerned parent who has learned that his child is participating on the site or service.

## 2. I have an online service that is intended for teenagers. How does COPPA affect me?

COPPA applies to websites and online services that are directed to children under 13. However, although you may intend to operate a "teen service," in reality, your site may attract a substantial number of children under 13, and thus may be considered a "Web site or online service directed to children" under the Rule. Just as the Commission considers several factors in determining whether a site or service is directed to children, you too should consider your service's subject

matter, visual content, character choices, music, and language, among other things. If your service targets children as one of its audiences – even if children are not the primary audience – then your service is "directed to children." If children are not your primary audience, however, you may employ a neutral age screen in order to provide COPPA's protections to only those visitors who indicate they are under age 13. See Section D above for more information on mixed audience sites. Note that sites or services directed to children cannot use the age screen to block children under age 13. See FAQ D.4 above. Once you identify child visitors, you may choose to:

1. Collect parents' online contact information to provide direct notice in order to obtain parents' consent to your information collection, use and disclosure practices; or
2. Direct child visitors to content that does not involve the collection, use, or disclosure of personal information.

## 3. Can I block children under 13 from my general audience website or online service?

Yes. COPPA does not *require* you to permit children under age 13 to participate in your general audience website or online service, and you may block children from participating if you so choose. By contrast, you may not block children from participating in a website or online service that is directed to children as defined by the Rule, even if the website or online service is also directed to users age 13 or older. See FAQ D.4 above.

If you choose to block children under 13 on your general audience site or service, you should take care to design your age screen in a manner that does not encourage children to falsify their ages to gain access to your site or service. Ask age information in a neutral manner at the point at which you invite visitors to provide personal information or to create a user ID.

In designing a neutral age-screening mechanism, you should consider:

- Making sure the data entry point allows users to enter their age accurately. An example of a neutral age-screen would be a system that allows a user freely to enter month and year of birth. A site that includes a drop-down menu that only permits users to enter birth years making them 13 or older would not be considered a neutral age-screening mechanism since children cannot enter their correct ages on that site.
- Avoiding encouraging children to falsify their age information, for example, by stating that visitors under 13 cannot participate or should ask their parents before participating. In addition, simply including a check box stating, "I am over 12 years old" would not be considered a neutral age-screening mechanism.

In addition, consistent with long standing Commission advice, FTC staff recommends using a cookie to prevent children from back-buttoning to enter a different age. Note that if you ask participants to enter age information, and then you fail either to screen out children under age 13 or to obtain their parents' consent to collecting these children's personal information, you may be liable for violating COPPA. See, e.g., the FTC's COPPA cases against Path, Inc., Playdom, Inc., Sony BMG Music Entertainment, and Yelp.

**4. I operate a general audience video game service and do not ask visitors to reveal their ages. I do permit users to submit feedback, comments, or questions by email. What are my responsibilities if I receive a request for an email response from a player who indicates that he is under age 13?**

Under the Rule's one-time response exception (16 C.F.R. § 312.5(c)(3)) you are permitted to send a response to the child, via the child's online contact information, without sending notice to the parent or obtaining parental consent. However, you must delete the child's online contact information from your records promptly after you send your response. You may not use the child's online contact information to re-contact the child (or for any other purpose), or disclose the child's online contact information. Note that if you choose not to respond to the child's inquiry, you must still immediately delete the child's personal information from your records. Additionally, such an email may give you actual knowledge that you have collected personal information from a child (e.g., if you had previously collected the child's email address as part of a website registration process). In such a circumstance, you would need to take steps to ensure that you are complying with COPPA, such as obtaining parental consent or immediately deleting any personal information collected from the child.

**5. I run a video game website that has some child users, but also many adult and teen users. How do I determine if my site is "mixed audience" (i.e., directed to children but where it is acceptable to age screen) or general audience (where COPPA does not apply)?**

In determining whether a website or online service is directed to children, you should carefully consider the factors set forth in the Rule, including the subject matter of the game, visual content, use of animated characters or child-oriented activities and incentives, music or other audio content, age of models, presence of child celebrities or celebrities who appeal to children, language or other characteristics of the website or online service, and whether advertising promoting or appearing on the site or service is directed to children. You should also consider any competent and empirical evidence regarding your audience composition, and who your intended audience is. The Commission considers the totality of the circumstances in determining whether a website or online service is directed to children, and no single factor is determinative. If after considering these factors you determine that your site or service is directed to children, then you can separately determine whether your site falls in the "mixed audience" subcategory – i.e., whether children are not your primary audience.

Importantly, "mixed audience" sites or services are a subcategory of "directed to children." In other words, a website or online service that is appealing to all ages and not specifically directed at children is not deemed "mixed audience" simply because some children may use the site or service. In determining whether your site or service is mixed audience, you should consider your intended audience (are you marketing to under 13 users, such as through selling related toys, for example). You should also determine whether your site or service involves child-oriented activities, such as a dress up game, and whether you have empirical evidence as to the actual users of your video game site. If you continue to have questions about whether your content is

mixed audience, consider contacting an attorney or consulting one of the COPPA Safe Harbor programs – self-regulatory groups that offer guidance on how operators can comply with the law.

**6. I operate a general audience online service and do not ask visitors to reveal their ages. However, I do permit users to create their own blog pages, and my service has a number of online forums. What happens if a child registers on my service and posts personal information (e.g., on a comments page) but does not reveal her age anywhere? What if a child announces her age in an online forum?**

The COPPA Rule applies to an operator of a general audience website if it has actual knowledge that a particular visitor is a child. If a child posts personal information on a general audience site or service but does not reveal her age, and if the operator has no other information that would lead it to know that the visitor is a child (such as the child posting that she attends an elementary school), then the operator would not be deemed to have acquired "actual knowledge" under the Rule and would not be subject to the Rule's requirements.

Even where the child does reveal age-identifying information, if no one in your organization is aware of the post, then you may not have the requisite actual knowledge under the Rule. However, you may be considered to have actual knowledge where a child announces her age under certain circumstances, for example, if you monitor user posts, if a responsible member of your organization sees the post, or if someone alerts you to the post (e.g., a concerned parent who learns that his child is participating on your site). Where an operator knows that a particular visitor is a child, the operator must either meet COPPA's notice and parental consent requirements or delete the child's information.

# I. VERIFIABLE PARENTAL CONSENT

## 1. When do I have to get verifiable parental consent?

The Rule provides generally that an operator must obtain verifiable parental consent before collecting any personal information from a child, unless the collection fits into one of the Rule's exceptions described in various FAQs herein. See 16 C.F.R. § 312.5(c).

## 2. May I first collect personal information from the child, and then get parental permission to such collection if I do not use the child's information before getting the parent's consent?

As a general rule, operators must get verifiable parental consent *before* collecting personal information online from children under 13. Certain, limited exceptions let operators collect certain personal information from a child before obtaining parental consent. See 16 C.F.R. § 312.5(c). These exceptions include:

- Where the sole purpose of collecting the name or online contact information of the parent or child is to provide notice to the parent and obtain parental consent. Note that under this

exception, if the operator has not obtained parental consent after a reasonable time from the date of the information collection, the operator must delete such information from its records;

- Where the sole purpose of collecting a parent's online contact information is to provide voluntary notice about the child's participation in a website or online service that does not otherwise collect, use, or disclose children's personal information. Such information cannot be used or disclosed for any other purpose and the operator must make reasonable efforts, taking into consideration available technology, to provide a parent with appropriate notice;

- Where the sole purpose of collecting online contact information from a child is to respond directly on a one-time basis to a specific request from the child, and where such information is not used to re-contact the child or for any other purpose, is not disclosed, and is deleted by the operator from its records promptly after responding to the child's request;

- Where the purpose of collecting a child's and a parent's online contact information is to respond directly more than once to the child's specific request, such as to receive a monthly newsletter, and where such information is not used for any other purpose, disclosed, or combined with any other information collected from the child. Here, the operator must provide parents with notice and the means to opt out of allowing the site's future contact of the child. In providing such notice, the operator must make reasonable efforts, taking into consideration available technology, to ensure that the parent receives appropriate notice and will not be deemed to have made reasonable efforts where the notice to the parent was unable to be delivered;

- Where the purpose of collecting a child's and a parent's name and online contact information, is to protect the safety of a child, and where such information is not used or disclosed for any purpose unrelated to the child's safety. Here, the operator must make reasonable efforts, taking into consideration available technology, to provide a parent with appropriate notice;

- Where the purpose of collecting a child's name and online contact information is to:
  - Protect the security or integrity of its website or online service;
  - Take precautions against liability;
  - Respond to judicial process; or
  - To the extent permitted under other provisions of law, to provide information to law enforcement agencies or for an investigation on a matter related to public safety;

- Where an operator collects a persistent identifier and no other personal information and such identifier is used for the sole purpose of providing support for the internal operations of the website or online service as outlined in FAQ J.5 below; or

- Where a third-party operator has actual knowledge that it has a presence on a child-directed site (*e.g*., through a social widget or plug-in embedded on the site), it collects a persistent identifier and no other personal information from a visitor of the child-directed site, and the third-party operator's previous affirmative interaction with that user confirmed the user was not a child (*e.g*., an age-gated registration process).

## 3. I collect personal information from children who use my online service, but I only use the personal information I collect for internal purposes and I never give

**it to third parties. Do I still need to get parental consent before collecting that information?**

It depends. First, you should determine whether the information you collect falls within one of the Rule's limited exceptions to parental consent outlined in FAQ I.2 above. If you fall outside of one of those exceptions, you must notify parents and obtain their consent. However, if you only use the information internally, and do not disclose it to third parties or make it publicly available, then you may obtain parental consent through use of the Rule's "email plus" mechanism, as outlined in FAQ I.4 below. See 16 C.F.R. § 312.5(b)(2).

## 4. How do I get parental consent?

You may use any number of methods to obtain verifiable parental consent, as long as the method you choose is reasonably calculated to ensure that the person providing consent is the child's parent. The Rule sets forth several non-exhaustive options, and you can apply to the FTC for pre-approval of a new consent mechanism, as set out in FAQ I.12 below.

If you are going to disclose children's personal information to third parties, or allow children to make it publicly available (e.g., through a social networking service, online forums, or personal profiles) then you must use a method that is reasonably calculated, in light of available technology, to ensure that the person providing consent is the child's parent. Specific methods identified in the Rule or otherwise approved by the Commission include:

- Providing a consent form to be signed by the parent and returned via U.S. mail, fax, or electronic scan (the "print-and-send" method);
- Requiring the parent, in connection with a monetary transaction, to use a credit card, debit card, or other online payment system that provides notification of each discrete transaction to the primary account holder;
- Having the parent call a toll-free telephone number staffed by trained personnel, or have the parent connect to trained personnel via video-conference;
- Verifying a parent's identity by checking a form of government-issued identification against databases of such information, provided that you promptly delete the parent's identification after completing the verification;
- Requiring a parent to answer a series of knowledge-based challenge questions that would be difficult for someone other than the parent to answer, as separately approved by the Commission using the procedures set forth in FAQ I.12;
- Verifying a picture of a driver's license or other photo ID submitted by the parent and then comparing that photo to a second photo submitted by the parent, using facial recognition technology, as separately approved by the Commission using the procedures set forth in FAQ I.12; and
- If you are going to use children's personal information only for internal purposes – that is, you will not be disclosing the information to third parties or making it publicly available – then you can use any of the above methods or you can use the "email plus" method of parental consent. "Email plus" allows you to request (in the direct notice sent to the parent's online contact address) that the parent indicate consent in a return message. To properly use the email plus method, you must take an additional confirming

step after receiving the parent's message (this is the "plus" factor). The confirming step may be:

- o Requesting in your initial message to the parent that the parent include a phone or fax number or mailing address in the reply message, so that you can follow up with a confirming phone call, fax or letter to the parent; or
- o After a reasonable time delay, sending another message via the parent's online contact information to confirm consent. In this confirmatory message, you should include all the original information contained in the direct notice, inform the parent that he or she can revoke the consent, and inform the parent how to do so.

## 5. I would like to get consent by collecting a credit card or debit card number from the parent, but I don't want to engage in a monetary transaction. Is this ok?

It depends. The general rule is that any parental consent mechanism "must be reasonably calculated, in light of available technology, to ensure that the person providing consent is the child's parent." The Rule lists several methods that automatically meet this standard, one of which is the use of a credit card, debit card, or other online payment system in connection with a monetary transaction. Importantly, the listed methods are not exhaustive; you may use other methods as long as they are "reasonably calculated" to ensure that the consent is being provided by the parent. Although collecting a 16-digit credit or debit card number alone would not satisfy the method listed in the Rule, there may be circumstances in which collection of the card number – in conjunction with implementing other safeguards – would suffice to meet the standard for verifiable parental consent. For example, you could supplement the request for credit card information with special questions to which only parents would know the answer and find supplemental ways to contact the parent.

## 6. I would like to use a credit card or a government-issued identification as a method of parental consent. I am worried, however, that I will not know whether it is the child's parent or another adult who is submitting identification for consent. Do I need to collect additional information to confirm that, in fact, it is the parent?

No. By providing appropriate notice and obtaining consent in connection with the Rule's proper use of a credit card or government identification, the operator will be deemed to fulfill its obligation under the Rule.

## 7. What do I do if some parents cannot or will not use the consent method I have chosen? For instance, some parents might not have a credit card, or might feel uncomfortable providing government identification information online.

Many operators find it useful to offer a choice of consent methods for those parents who cannot, or will not, use their primary consent mechanism. At the very least, you might consider offering one alternate method that parents might be more comfortable with, such as a print-and-send form.

## 8. Should I give out passwords or PIN numbers to parents to confirm their identity in any future contact with them?

Once you have notified a parent and obtained verifiable consent, providing a password or a PIN number is a good way to confirm a parent's identity for any future contact you might have with that parent. Remember that if you change your information practices in a material way in the future, you will have to send a new parental notice and obtain an updated consent to the new practices. Obtaining an updated consent may be easier if you have given the parent a password or a PIN number in your initial consent process.

In addition, the Rule requires you to give a parent access to any personal information you have collected from the child. Before you provide that information, you will need to confirm that the person requesting the information is the child's parent. Again, providing the parent a password or a PIN number makes it easier to confirm the parent's identity if the parent requests access to the child's personal information.

## 9. I know that I must allow parents to consent to my collection and use of their children's information, while giving them the option of prohibiting me from disclosing that information to third parties. Does that mean that if I operate a social networking site, or have chat rooms or message boards, I have to offer the same kind of "choice" about these types of sites as well?

The Rule requires an operator to give parents the option to consent to the collection and use of a child's personal information without consenting to the disclosure of such information to third parties. See 16 C.F.R. § 312.5(a)(2). However, an operator need provide this choice only where the disclosure of the information is not inherent in the activity to which the parent is consenting.

You should note that the Rule's definition of "disclosure" is broader than merely "releasing" personal information to third parties. Under the Rule, "disclosure" includes "[m]aking personal information collected by an operator from a child publicly available in identifiable form by any means, including but not limited to a public posting through the Internet, or through a personal home page or screen posted on a website or online service; a pen pal service; an electronic mail service; a message board; or a chat room." See 16 C.F.R. § 312.2.

In the case of social networking sites, chat rooms, message boards, and other similar online services, sharing personal information is a central feature of the site. Therefore, in these cases, you are not required to give parents the choice to allow you to collect and use their children's personal information, but not disclose it to third parties. However, you must clearly disclose your information collection, use, and disclosure practices in your direct notice and online privacy policy so that parents can make an informed decision about their children's participation in your site or service.

## 10. I am the developer of an app directed to kids. Can I use a third party, such as one of the app stores, to get parental consent on my behalf?

Yes. The Commission recognized in the 2013 Statement of Basis and Purpose that common consent mechanisms, such as one done through an app store or other platform, could benefit operators (especially smaller ones) and parents if they offer a proper means for providing notice and obtaining verifiable parental consent, as well as ongoing controls for parents to manage their children's accounts. See 78 Fed. Reg. 3972, 3989. When using a common consent method, however, you must ensure that COPPA requirements are being met. For example, you must make sure that the third party is obtaining consent in a way that is reasonably calculated, in light of available technology, to ensure that the person providing consent is the child's parent. The mere entry of an app store account number or password, for example, without other indicia of reliability (e.g., knowledge-based authentication questions or verification of government identification), does not provide sufficient assurance that the person entering the account or password information is the parent, and not the child. In addition, as the operator, you are responsible for ensuring that your direct notice accurately and completely reflects your information collection practices.

## 11. What types of information can I collect to obtain or confirm parental consent? Can I use a parent's mobile phone number to obtain or confirm parental consent?

The Rule permits you to collect the parent's "online contact information," defined as an email address, an IM user identifier, a VOIP identifier, a video chat user identifier, or other substantially similar identifier. A mobile phone number is not online contact information and therefore cannot be collected from the child as part of the consent initiation process. However, once you have connected with the parent via the parent's online contact information, you may request a parent's mobile phone number in order to further communicate with him or her.

## 12. Can I apply to the FTC for pre-approval of a new consent mechanism?

Yes. The Rule provides a mechanism for interested parties to file a written request for Commission approval of parental consent methods not currently enumerated in 16 C.F.R. § 312.5(b). See 16 C.F.R. § 312.12(a). See FTC's Verifiable Parental Consent page for information on previous requests.

## 13. I would like to apply to the FTC for approval of a new method of parental consent that I have developed, but I am concerned about having my trade secrets publicly posted. Is there a way to prevent this?

The Commission recognized this concern in the 2013 Statement of Basis and Purpose, noting that, "just as the Commission has done for COPPA safe harbor applicants, it would permit those entities that voluntarily seek approval of consent mechanisms to seek confidential treatment for those portions of their applications that they believe warrant trade secret protection. In the event an applicant is not comfortable with the Commission's determination as to which materials will be placed on the public record, it will be free to withdraw the proposal from the approval process." See 78 Fed. Reg. 3972, 3992.

**14. I run an app store, and would like to help app developers that operate on my platform by providing a verifiable parental consent mechanism for them to use. Under what circumstances will this expose me to liability under COPPA?**

The Commission recognized in the 2013 Statement of Basis and Purpose that platform methods of parental consent could benefit operators (especially smaller ones) and parents, and has made clear that operators may use one so long as it meets the Rule's notice and consent requirements. See 78 Fed. Reg. 3972, 3989. To the extent you are simply providing a verifiable parental consent mechanism – and are therefore not an "operator" under COPPA – you will not be liable under COPPA for failing to investigate the privacy practices of the operators for whom you obtain consent. At the same time, you should also evaluate your potential liability under Section 5 of the FTC Act. For example, it could be a deceptive practice to misrepresent the level of oversight you provide for a child-directed app.

# J. EXCEPTIONS TO PRIOR PARENTAL CONSENT

## 1. I want to have a contest on my child-directed website. Can I use the Rule's "one-time contact" exception and not obtain parental consent?

Yes, if you properly design your contest. You may use the "one time contact" exception if you collect children's online contact information, and only this information, to enter them in the contest, and then only contact such children once when the contest ends to notify them if they have won or lost. At that point, you must delete the online contact information you have collected.

If, however, you expect to contact the children more than one time, you must use the "multiple-contact" exception, for which you must also collect a parent's online contact information and provide parents with direct notice of your information practices and an opportunity to opt out. In either case, the Rule prohibits you from using the children's online contact information for any other purpose, and requires you to ensure the security of the information, which is particularly important if the contest runs for any length of time.

If you wish to collect any information from children online beyond online contact information in connection with contest entries – such as collecting a winner's home address to mail a prize – you must first provide parents with direct notice and obtain verifiable parental consent, as you would for other types of personal information collection beyond online contact information. If you do need to obtain a mailing address and wish to stay within the one-time exception, you may ask the child to provide his parent's online contact information and use that identifier to notify the parent if the child wins the contest. In your prize notification message to the parent, you may ask the parent to provide a home mailing address to ship the prize, or invite the parent to call a telephone number to provide the mailing information.

**2. I have a child-directed website that has an "Ask the Author" corner where children can email questions to featured authors. Do I need to provide notice and obtain parental consent?**

If you simply answer the child's question and then delete the child's email address (and do not otherwise maintain or store the child's personal information in any form), then you fall into the Rule's "one-time contact" exception and do not need to obtain parental consent.

**3. I offer e-cards and the ability for children to forward items of interest to their friends on my child-directed app. Can I take advantage of one of the Rule's exceptions to parental consent or must I notify parents and obtain consent for this activity?**

The answer depends on how you design your e-card or forward-to-a-friend system. Any system providing any opportunity to reveal personal information other than the recipient's email address requires you to obtain verifiable consent from the sender's parent (not email plus), and does not fall within one of COPPA's limited exceptions. This means that if your e-card/forward-to-a-friend system permits personal information to be disclosed either in the "from" or "subject" lines, or in the body of the message, then you must notify the sender's parent and obtain verifiable parental consent before collecting any personal information from the child.

In order to take advantage of COPPA's "one-time contact exception" for your e-cards, you may only collect the recipient's email address (and, if desired, the sender or recipient's first name); you may not collect any other personal information either from the sender or the recipient, including persistent identifiers that track the user over time and across sites. Moreover, in order to meet this one-time contact exception, your e-card system must not allow the sender to enter her full name, her email address, or the recipient's full name. Nor may you allow the sender to freely type messages either in the subject line or in any text fields of the e-card.

Finally, you should send the e-card immediately and automatically delete the recipient's email address immediately after sending. If you choose to retain the recipient's email address until some point in the future (e.g., until the e-card is opened by the recipient, or you allow the sender to indicate a date in the future when the e-card should be sent), then this collection parallels the conditions for the Rule's "multiple contact exception" for obtaining verifiable parental consent. In this scenario, you must collect the sender's parent's email address and provide notice and an opportunity to opt out to the sender's parent before the e-card is sent. See 1999 Statement of Basis and Purpose, 64 Fed. Reg. 59888, 59902 n.222.

**4. I would like to collect email address, but no other personally identifying information, during my website's registration process. I intend to use the email address only for the purpose of providing password reminders to users who register on my site. Do I first have to provide notice and obtain parental consent before collecting a child's email address?**

If you plan to retain the child's email address in retrievable form after the initial collection, to be used, for example, to email children reminders of their passwords, then you must provide notice to parents and the opportunity to opt out under the Rule's multiple-contact exception. See 16 C.F.R. § 312.5(c)(4).

However, you may collect a child's email address to be used to authenticate the child for purposes of generating a password reminder without first providing parental notice and giving a parent the opportunity to opt out if you meet the following conditions: (1) you do not collect any personal information from the child other than the child's email address; (2) the child cannot disclose any personal information on your website; and (3) you immediately and permanently alter the email address (e.g., through "hashing") such that it can only be used as a password reminder and cannot be reconstructed into its original form or used to contact the child. You should explain this process in a clear and conspicuous manner, both at the point of collection and in your site's online privacy policy, so that your users and their parents are informed about how the email addresses will be used. This will prevent confusion by visitors and others who may otherwise assume that your site is improperly collecting and retaining email addresses without any form of parental notice.

## 5. What does "support for the internal operations of the Web site or online service" mean?

"Support for the internal operations of the Web site or online service," as defined in 16 C.F.R. 312.2, means activities necessary for the site or service to maintain or analyze its functioning; perform network communications; authenticate users or personalize content; serve contextual advertising or cap the frequency of advertising; protect the security or integrity of the user, website, or online service; ensure legal or regulatory compliance; or fulfill a request of a child as permitted by § 312.5(c)(3) and (4). The Commission has separately noted that encompassed within the activities necessary for the site or service to maintain or analyze its functioning are intellectual property protection, payment and delivery functions, spam protection, optimization, statistical reporting, and debugging. See 2013 Statement of Basis and Purpose, 78 Fed Reg. 3972, 3981. Persistent identifiers collected for the sole purpose of providing support for the internal operations of the website or online service do not require parental notice or consent, so long as no other personal information is collected and the persistent identifiers are not used or disclosed to contact a specific individual, including through behavioral advertising; to amass a profile on a specific individual; or for any other purpose.

## 6. Can both a child-directed website and a third-party plug-in that collect persistent identifiers from users of that child-directed site rely on the Rule's exception for "support for internal operations"?

Yes. A child-directed site and a third-party plug-in collecting persistent identifiers from users of that child-directed site can both rely upon the Rule's "support for internal operations" exception where the only personal information collected from such users are persistent identifiers for purposes outlined in the "support for internal operations" definition. The persistent identifier information collected by the third-party plug-in may in some instances support only the plug-in's

internal operations; in other instances, it may support both its own internal operations and the internal operations of the child-directed site.

## 7. Does the exception for "support for internal operations" allow me to perform, or retain another party to perform, site analytics?

Yes. Where you, a service provider, or a third party collects persistent identifier information from users of your child-directed site to perform analytics encompassed by the Rule's "support for internal operations" definition, and the information is not used for any other purposes not covered by the support for internal operations definition, then you can rely upon the Rule's exemption from parental consent.

## 8. I am an ad network that uses persistent identifiers to personalize advertisements on websites. I know that I operate on a child-directed site, but isn't personalization considered "support for internal operations"?

No. The term "support for internal operations" does not include behavioral advertising. The inclusion of personalization within the definition of support for internal operations was intended to permit operators to maintain user driven preferences, such as game scores, or character choices in virtual worlds. "Support for internal operations" does, however, include the collection or use of persistent identifiers in connection with serving contextual advertising on the child-directed site.

## 9. I have a child-directed app and want to send push notifications. Do I need to get parental consent?

The information you collect from the child's device used to send push notifications is online contact information – it permits you to contact the user – and is therefore personal information under the Rule. To the extent the child has specifically requested push notifications, however, you may be able to rely on the "multiple-contact" exception to verifiable parental consent, for which you must also collect a parent's online contact information and provide parents with direct notice of your information practices and an opportunity to opt-out. See FAQ I.2. Importantly, in order to fit within this exception, your push notifications must be reasonably related to the content of your app. If you want to combine this online contact information with other personal information collected from the child, you cannot rely on this exception and must provide parents with direct notice and obtain verifiable parental consent prior to sending push notifications to the child.

## 10. I have a child-directed website. Can I put a plug-in, such as a Facebook Like button, on my site without providing notice and obtaining verifiable parental consent?

In determining whether you must provide notice and obtain verifiable parental consent, you will need to evaluate whether any exceptions apply. Section 312.5(c)(8) of the Rule has an exception to its notice and consent requirements where:

1. a third-party operator only collects a persistent identifier and no other personal information;
2. the user affirmatively interacts with that third-party operator to trigger the collection; and
3. the third-party operator has previously conducted an age-screen of the user, indicating the user is not a child.

If the third-party operator meets all of those requirements, and if your site doesn't collect personal information (except for that covered by an exception), you don't need to provide notice or obtain consent.

This exception doesn't apply to types of plug-ins where the third party collects more information than a persistent identifier — for example, where the third party also collects user comments or other user-generated content. In addition, a child-directed website can't rely on this exception to treat particular visitors as adults and track their activities.

If your inclusion of the plug-in satisfies all the criteria of section 312.5(c)(8) outlined above and/or satisfies another exception to the notice and consent requirements in the Rule (see, for example, the "support for internal operations" exception discussed in FAQ J.5 and J.6 above), you do not have to provide notice and obtain verifiable parental consent.

# K. PARENTAL ACCESS TO CHILDREN'S PERSONAL INFORMATION

## 1. Do I have to keep all information I have ever collected online from a child in case a parent may want to see it in the future?

No. In fact, the Rule specifically states that operators should retain personal information collected online from a child for only as long as is reasonably necessary to fulfill the purpose for which the information was collected. As the Commission noted in the 1999 Statement of Basis and Purpose, "if a parent seeks to review his child's personal information after the operator has deleted it, the operator may simply reply that it no longer has any information concerning that child." See 64 Fed. Reg. 59888, 59904.

## 2. What if, despite my most careful efforts, I mistakenly give out a child's personal information to someone who is not that child's parent or guardian?

The Rule requires you to provide parents with a means of reviewing any personal information you collect online from children. Although the Rule provides that the operator must ensure that the requestor is a parent of the child, it also notes that if you follow reasonable procedures in responding to a request for disclosure of this personal information, you will not be liable under any federal or state law if you mistakenly release a child's personal information to a person other than the parent. See 16 C.F.R. § 312.6(a)(3)(i) and (b).

# L. DISCLOSURE OF INFORMATION TO THIRD PARTIES

## 1. If I want to share children's personal information with a service provider or a third party, how should I evaluate whether the security measures that entity has in place are "reasonable" under the Rule?

Before sharing information with such entities, you should determine what the service providers' or third parties' data practices are for maintaining the confidentiality and security of the data and preventing unauthorized access to or use of the information. Your expectations for the treatment of the data should be expressly addressed in any contracts that you have with service providers or third parties. In addition, you must use reasonable means, such as periodic monitoring, to confirm that any service providers or third parties with which you share children's personal information maintain the confidentiality and security of that information.

# M. REQUIREMENT TO LIMIT INFORMATION COLLECTION

## 1. If I operate a social networking service and a parent revokes her consent to my maintaining personal information collected from the child, can I deny that child access to my service?

Yes. If a parent revokes consent and directs you to delete the personal information you had collected from the child, you may terminate the child's use of your service. See 16 C.F.R. § 312.6(c).

## 2. I know that the Rule says I cannot condition a child's participation in a game or prize offering on the child disclosing more information than is reasonably necessary to participate in those activities. Does this limitation apply to other online activities?

Yes. The applicable Rule provision is not limited to games or prize offerings, but includes "another activity." *See* 16 C.F.R. § 312.7. This means that you must carefully examine the information you intend to collect in connection with every activity you offer in order to ensure that you are only collecting information that is reasonably necessary to participate in that activity. This guidance is in keeping with the Commission's general guidance on data minimization. There are some sites or services, however, where the sharing of personal information is a central feature, such as social networking sites or chat rooms. This provision does not prohibit these types of sites from allowing children to share personal information. *See* FAQ I.9.

# N. COPPA AND SCHOOLS

## 1. Can an educational institution consent to a website or app's collection, use or disclosure of personal information from students?

Yes. Many school districts contract with third-party website operators to offer online programs solely for the benefit of their students and for the school system – for example, homework help lines, individualized education modules, online research and organizational tools, or web-based testing services. In these cases, the schools may act as the parent's agent and can consent under COPPA to the collection of kids' information on the parent's behalf. However, the school's ability to consent for the parent is limited to the educational context – where an operator collects personal information from students for the use and benefit of the school, and for no other commercial purpose. Whether the website or app can rely on the school to provide consent is addressed in FAQ N.2. FAQ N.5 provides examples of other "commercial purposes." Importantly, operators should not state in Terms of Service or anywhere else that the school is responsible for complying with COPPA, as it is the responsibility of the operator to comply with the Rule.

In order for the operator to rely on consent obtained from the school under COPPA instead of the parent, the operator must provide the school with the same type of direct notice regarding its practices as to the collection, use, or disclosure of personal information from children as it would otherwise provide to the parent. In addition, the operator, upon request from the school, must provide the school a description of the types of personal information collected; an opportunity to review the child's personal information and the right to have the information deleted; and the opportunity to prevent further use or online collection of a child's personal information. As long as the operator limits use of the child's information to the educational context authorized by the school, the operator can presume that the school's authorization is based on the school's having obtained the parent's consent. However, as a best practice, schools should consider making such notices available to parents, and consider the feasibility of allowing parents to review the personal information collected. See FAQ N.4. Schools also should ensure operators delete children's personal information once the information is no longer needed for its educational purpose.

In addition, schools and operators should consider their obligations under the Family Educational Rights and Privacy Act (FERPA), which gives parents certain rights with respect to their children's education records. FERPA provides parents with rights to access their student's education records, protect against unauthorized disclosures of the personally identifiable information from those records, and other related rights. FERPA is administered by the U.S. Department of Education (ED) and applies to educational agencies and institutions that are funded by a program administered by ED. The school's agreement with a third party operator must also be reviewed under the school official exception or other applicable exception under FERPA. For general information on FERPA, see https://studentprivacy.ed.gov/. Schools and operators also must comply with the Individuals with Disabilities Education Act and Protection of Pupil Rights Amendment (PPRA), which are also administered by ED. See https://studentprivacy.ed.gov/ and https://sites.ed.gov/idea/; see also FAQ N.5 for more information on the PPRA.)

Student data may be protected under state law, too. For example, California's Student Online Personal Information Protection Act, among other things, places restrictions on the use of K-12 students' information for targeted advertising, profiling, or onward disclosure. States such as Oklahoma, Idaho, and Arizona require educators to include express provisions in contracts with private vendors to safeguard privacy and security or to prohibit secondary uses of student data without parental consent.

## 2. Under what circumstances can an operator of a website or online service rely upon an educational institution to provide consent?

Where a school has contracted with an operator to collect personal information from students for the use and benefit of the school, and for no other commercial purpose, the operator is not required to obtain consent directly from parents under COPPA, and can presume that the school's authorization for the collection of students' personal information is based upon the school having obtained the parents' consent. However, the operator must provide the school with full notice of its collection, use, and disclosure practices in the same way that it is otherwise required to do for a parent.

If, however, an operator intends to use or disclose children's personal information for its own commercial purposes in addition to the provision of services to the school, it will need to obtain parental consent. Operators may not use the personal information collected from children based on a school's consent for another commercial purpose because the scope of the school's authority to act on behalf of the parent is limited to the school context.

Where an operator gets consent from the school rather than the parent, the operator's method must be reasonably calculated, in light of available technology, to ensure that a school is actually providing consent, and not a child pretending to be a teacher, for example.

## 3. Who should provide consent – an individual teacher, the school administration, or the school district?

As a best practice, we recommend that schools or school districts decide whether a particular site's or service's information practices are appropriate, rather than delegating that decision to the teacher. Many schools have a process for assessing sites' and services' practices so that this task does not fall on individual teachers' shoulders. School districts and schools have separate specific obligations under FERPA. See https://studentprivacy.ed.gov for more information.

## 4. When the school gives consent, what are the school's obligations regarding notifying the parent?

As a best practice, the school should consider providing parents with a notice of the websites and online services whose collection it has consented to on behalf of the parent under COPPA. Schools can identify, for example, sites and services that have been approved for use district-wide or for the particular school.

In addition, the school may want to make the operators' direct notices regarding their information practices available to interested parents. Many school systems have implemented Acceptable Use Policies for Internet use (AUPs) to educate parents and students about in-school Internet use. The school could maintain this information on a website or provide a link to the information at the beginning of the school year. There are separate parent notification requirements under FERPA. See https://studentprivacy.ed.gov for more information.

## 5. What information should a school seek from an operator before entering into an arrangement that permits the collection, use, or disclosure of personal information from students?

In deciding whether to use online technologies with students, a school should be careful to understand how an operator will collect, use, and disclose personal information from its students. Among the questions that a school should ask potential operators are:

- What types of personal information will the operator collect from students?
- How does the operator use this personal information?
- Does the operator use or share the information for commercial purposes not related to the provision of the online services requested by the school? For instance, does it use the students' personal information in connection with online behavioral advertising, or building user profiles for commercial purposes not related to the provision of the online service? If so, the school cannot consent on behalf of the parent.
- Does the operator enable the school to review and have deleted the personal information collected from their students? If not, the school cannot consent on behalf of the parent.
- What measures does the operator take to protect the security, confidentiality, and integrity of the personal information that it collects?
- What are the operator's data retention and deletion policies for children's personal information?

Schools also should keep in mind that under the Protection of Pupil Rights Amendment, Local Educational Agencies (LEAs) must adopt policies and must provide direct notification to parents at least annually regarding the specific or approximate dates of, and the rights of parents to opt their children out of participation in, activities involving the collection, disclosure, or use of personal information collected from students for the purpose of marketing or selling that information (or otherwise providing the information to others for that purpose).

# O. COPPA SAFE HARBOR PROGRAMS

## 1. How can I qualify as a Commission-approved COPPA safe harbor program?

To be considered for COPPA safe harbor status, an industry group or other person must submit its self-regulatory guidelines to the FTC for approval. The Rule requires the Commission to publish the safe harbor application in the Federal Register seeking public comment. The

Commission then is required to make a written determination on the application within 180 days after its filing.

COPPA safe harbor applications must contain:

- A detailed explanation of the applicant's business model and technological capabilities and mechanisms it will use to assess member operator's information collection practices;
- A copy of the full text of the safe harbor program's guidelines and any accompanying commentary;
- A comparison of each program guideline with each corresponding Rule provision and a statement of how each guideline meets the Rule's requirements; and
- A statement of how the assessment mechanisms and disciplinary consequences provide effective COPPA enforcement.

The Rule sets forth the key criteria the FTC will consider in reviewing a safe harbor application:

- Whether the applicant's program includes guidelines that provide substantially the same or greater protection than the standards set forth in the COPPA Rule;
- Whether the program includes an effective, mandatory mechanism to independently assess member operators' compliance with the program's guidelines, which at a minimum must include a comprehensive annual review by the safe harbor program of each member operator;
- Whether the program includes effective disciplinary actions for member operators who do not comply with the safe harbor program guidelines.

See 16 C.F.R. § 312.11.

## 2. What should I do if I am interested in submitting my self-regulatory program to the FTC for approval under the safe harbor provision?

Information about applying for FTC approval of a safe harbor program is provided in Section 312.11 of the Rule and online at the COPPA Safe Harbor Program portion of the FTC's Business Center website. In addition, you may send an email to CoppaHotLine@ftc.gov(link sends e-mail), and a member of the FTC staff will help answer your questions.

## 3. How can I learn about safe harbor programs that have been approved by the Commission?

Information about the applicants who have sought safe harbor status can be found online at the COPPA Safe Harbor Program portion of the FTC's Business Center website. The site includes each organization's applications and guidelines, along with comments submitted by the public, and the basis for the Commission's written determination of each application.

# YOUR OPPORTUNITY TO COMMENT

The National Small Business Ombudsman and 10 Regional Fairness Boards collect comments from small businesses about federal compliance and enforcement activities. Each year, the Ombudsman evaluates the conduct of these activities and rates each agency's responsiveness to small businesses. Small businesses can comment to the Ombudsman without fear of reprisal. To comment, call toll-free 1-888-REGFAIR (1-888-734-3247) or go to www.sba.gov/ombudsman.

July 2020
Utility menu

- Contact
- Stay Connected
- Privacy Policy
- FTC en español

# About the FTC

- What We Do
- Our History
- Commissioners
- Bureaus & Offices
- Biographies
- Budgets
- Performance
- Office of Inspector General
- FOIA
- Careers at the FTC

- Office of EEO and Workplace Inclusion

# News & Events

- Press Releases
- Commission Actions
- Media Resources
- Events Calendar
- Open Meetings
- Speeches
- Audio/Video
- Social Media
- Blogs
- Contests

# Enforcement

- Cases and Proceedings

- Data and Visualizations
- Premerger Notification Program
- Merger Review
- Anticompetitive Practices
- Rules
- Statutes
- Guidance Documents
- Warning Letters
- Consumer Sentinel Network
- Criminal Liaison Unit

# Policy

- Advocacy
- Advisory Opinions
- Cooperation Agreements
- Federal Register Notices
- Reports
- Public Comments
- Studies
- Testimony
- Policy Statements
- International
- Hearings on Competition & Consumer Protection

# Tips & Advice

- For Consumers
- For Military Consumers
- Business Center
- Competition Guidance

# I Would Like To...

- Report Fraud to the FTC
- Apply for a Refund in an FTC Case
- Report Identity Theft
- List a Number on the National Do Not Call Registry
- Get a Free Copy of My Credit Report
- File a Comment
- Report An Antitrust Violation

# Site Information

- [Privacy Policy](#)
- [Website Policy](#)
- [No FEAR Act](#)
- [USA.gov](#)
- [Accessibility](#)
- [Digital Government Strategy](#)
- [Open Government](#)
- [Plain Writing](#)
- [Information Quality](#)
- [Small Business Non-Retaliation Policy](#)
- [Vulnerability Disclosure Policy](#)

***Federal Trade Commission*** *Headquarters:*
*600 Pennsylvania Avenue, NW*
*Washington, DC 20580*
[*Contact Us*](#)

- [Facebook](#)
- [Twitter](#)
- [YouTube](#)
- [LinkedIn](#)
- [Stay Connected](#)

[Stay Connected with the FTC](#)



Advertising Policies Help



Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

# Ads & made for kids content

Google provides translated versions of our Help Center as a convenience, though they are not meant to change the content of our policies. The English version is the official language we use to enforce our policies. To view this article in a different language, use the language dropdown at the bottom of the page.

Display & Video 360 users must comply with this Google Ads policy. Visit the Display & Video 360 help center for additional restrictions.

### Policies for advertisers

Advertisers may not run personalized ads on content set as made for kids.

In addition, advertising that is intended for children or on content set as made for kids must not be deceptive, unfair or inappropriate for its intended audience, must not make use of any third party trackers or otherwise attempt to collect personal information without first obtaining parental consent, and must otherwise comply with all applicable laws and regulations.

### Restricted Ad Categories

The following categories are restricted for advertising on made for kids content:

Adult and Sexually Suggestive Content: Sexual and mature content that is intended for adult audiences and not suitable for users under the age of 13.

Age Sensitive Media Content: Media that is sensitive to show to users under the age of 13. This includes movies and TV shows with ratings greater than G and PG. This also includes offers promoting fictional material, including books or comics, that fall in the Romance genre.

Alcohol / Tobacco / Recreational Drugs: Products such as alcohol, tobacco, and recreational drugs that are regulated or illegal to advertise to children. This also includes Prohibited Content and Restricted Content. In addition, products that are strongly related to alcohol, tobacco or recreational drugs are also prohibited (for example, offers for vineyard tours, e-cigarettes or drug paraphernalia).

Astrology / Occult / Paranormal: Advertisements for content relating to astrology, the occult or the paranormal.

Beauty and Cosmetics: Cosmetics and other products related to external personal care focused on body image. Also included are advertisements related to cosmetic procedures or surgeries, tanning, tattoos, or piercings.

Contests and Sweepstakes: Contests or sweepstakes promotions, even if free to enter.

Dangerous Content: Content that is dangerous and inappropriate for users under the age of 13 or that generally requires adult supervision, such as fireworks, weapons or weapon accessories, offers related to hunting, paintball, etcetera.

Dating and Relationships: Ads for dating services, matchmakers, relationship advice or counseling.

Fight Sports: Offers related to boxing, wrestling, martial arts and self-defense training.

Food and Beverage: Products related to consumable food and drinks, regardless of nutrition content.

Gambling: Advertisements for online or real world gambling, lotteries, or betting. This includes offers for entertainment hosted at casinos and lodging at casino hotels.

Health and Wellness: Offers related to health care and medical issues of all kinds, including reproductive health, substance abuse or recovery, eating disorders, 'miracle cures,' and health insurance. Also included are ads related to weight-loss, diet and nutrition.

Mobile Subscriptions: Offers which are billed via recurring mobile phone add-on charges (e.g., ringtone subscription services).

Online or Virtual Communities: Offers for platforms or services that primarily exist to allow users to connect and communicate with other users. This includes, but is not limited to, social and professional networks of friends and colleagues, communication with strangers, virtual worlds and platforms for users to broadcast live streams.

Pharmaceuticals and Supplements: Advertisements for pharmaceuticals or medications, vitamins, and nutritional supplements.

Political Ads:  Political ads of any kind, including information about political candidates, political action committees or their policy positions. Also included are offers related to sensitive or controversial societal issues.

References to Death: Offers which touch on death, murder, funerals, and natural disasters.

Religion: Religious ads of any kind.

Spray Paint and Glass Etching: Offers selling or providing information on spray paint, aerosol paint, glass-etching substances or graffiti products.

Spying and Arrest Records: Offers for services that imply they will help spy on a partner, or find non-shared personal information about a third party. Also included are services that perform public records searches for arrest records (e.g., sex offender look-up).

Video Games: Ads for video games are prohibited if the industry rating of the game would not be suitable for audiences 12 years or under, or if they fall under any of the categories below:

- Casino Games:

  - Games strongly associated with casinos and betting (even if there isn't actual money at stake) or guides on how to succeed at such games

- Adult-themed games:

  - Games featuring sexual elements or other adult content
  - Promotions for games which feature characters kissing or otherwise engaged in romantic pursuit

- First-person Shooter and Battle games:

  - Games where user has a first-person perspective and shoots at other characters
  - Games that involve controlling armies or fighters in battles or in combat

- Offers for video game weaponry or character skins

## Prohibited Ad Content

Violent and Graphic Content: Violent and graphic content that is intended for adult audiences and not suitable for users under the age of 13 is prohibited.

Scary Imagery: Ads that involve imagery which may be scary for younger audiences are prohibited, for example zombies, skeletons, masks, scary clowns, blood.

Crude Humor: Ads employing crude or vulgar humor or unsettling imagery in the promotion of a product are prohibited.

Profanity and Sexual Innuendo: Ads which incorporate 'swear' words, or which use sexual innuendo are prohibited.

Significant Skin Exposure: Ads featuring men or women with significant exposed skin or sheer clothing (whether or not the imagery has sexual connotations) are prohibited.

Incitement to Purchase: Promotions or content that incites children to purchase a product or service or to urge parents or others to buy the item.

Misleading and Deceptive Claims:

- Paid Ads cannot be misleading to children or make any deceptive or unsubstantiated claims. All claims and assertions need to be substantiated within the video itself.
- Paid Ads cannot imply that the product will improve your social status.
- Paid Ads cannot include features or call-to-actions that do not work or where the desired action can't be completed.

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

## Advertising policies

- Ad format requirements
- Ad targeting
- Abusing the ad network
- Ads & made for kids content
- Alcohol
- Copyrights
- Counterfeit goods
- Dangerous products or services
- Data collection and use

- Destination requirements
- Editorial
- Enabling dishonest behavior
- Financial products and services
- Gambling and games
- Healthcare and medicines
- Inappropriate content
- Lead form requirements
- Legal requirements
- Misrepresentation
- Other restricted businesses
- Personalized advertising
- Political content
- Restricted ad formats and features
- Sexual content
- Technical requirements
- Trademarks

- ©2021 Google
- Privacy Policy
- Terms of Service



English

1. català
2. dansk
3. Deutsch
4. eesti
5. English (Australia)
6. English (United Kingdom)
7. español
8. español (Latinoamérica)
9. Filipino
10. français
11. hrvatski
12. Indonesia
13. italiano
14. latviešu
15. lietuvių
16. magyar
17. Melayu
18. Nederlands
19. norsk

20. polski
21. português
22. português (Brasil)
23. română
24. slovenčina
25. slovenščina
26. suomi
27. svenska
28. Tiếng Việt
29. Türkçe
30. čeština
31. Ελληνικά
32. български
33. русский
34. српски
35. українська
36. עברית
37. العربية
38. हिन्दी
39. ไทย
40. 中文（简体）
41. 中文（繁體）
42. 日本語
43. 한국어
44. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- Help Center

  o List of ad policies

- o [Review process](#)

- o [Verification](#)

- o [Change log](#)

- [Advertising Policies](#)

- [Privacy Policy](#)

- [Terms of Service](#)

- [Submit feedback](#)

Advertising policiesThird-party policiesRelated policies & terms
Approval processDisapprovals and suspensions
Verification programs
Upcoming and recent changesPast changes

# What is the issue with this selection?

Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations



Minor errors - formatting issues, typos, and / or broken links



Other suggestions - ideas to improve the content

## Share additional info or suggestions



Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, [account & system info](#) to improve services, per our [Privacy](#) & [Terms](#).



YouTube Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunity

# Violent and shocking content in ads

We value diversity and respect for others. We also strive to avoid offending or shocking viewers with ads, websites, or apps that are inappropriate for our ad network.

Here are some examples of content that we may consider violent or shocking:

- Profane language
- Violent language
- Discriminatory terms or imagery
- Gruesome imagery
- Graphic images or accounts of physical trauma
- Gratuitous bodily fluids or waste
- Promotions that are likely to shock or scare
- Promotions that are capitalizing on sensitive events

What we consider as shocking factors in video ads:

- Scenes containing violent or graphic imagery that can be shocking or disturbing to viewers like:
- blood splatter
- sexual fluids
- human or animal waste
- The graphic aftermath of a violent act
- Shots of violence or gore as the focal point of the scene in the video
- The violence contained in the video is realistic when posted in a dramatic context
- Other factors including the camera angle and focus, and the clarity of the images in the video

Give feedback about this article

Choose a section to give feedback on



Was this helpful?
YesNo

Submit

# Understand ad policies for advertisers

- Unbranded ads or brand channels
- User-generated content in ads
- Violent and shocking content in ads
- YouTube's contest policies and guidelines

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina

22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- [Help Center](#)

  - [Fix a problem](#)

  - [Watch videos](#)

  - [Manage your account & settings](#)

- Supervised experience on YouTube

- Join & manage YouTube Premium

- Create & grow your channel

- Monetize with the YouTube Partner Program

- Policy, safety, & copyright

- Community

- YouTube

- Privacy Policy

- YouTube Terms of Service

- Submit feedback

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program
Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows
Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues
Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues
Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube
YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers
YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

# What is the issue with this selection?


Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

# Share additional info or suggestions

Do not share any personal info
Cancel
Submit
By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.



YouTube Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunity

# About advertiser verification

You should have the tools and information to make informed decisions about ads from Google.

In addition to tools like "Report this ad," our policies and verification programs promote greater transparency in advertising with information about advertisers and how Google ads work.

Advertisers show ads with Google around the world. Some of our advertiser policies, such as ads for specific types of products and services, are based on where the advertiser is located or where their ads appear.

When an advertiser doesn't follow required policies, Google may stop showing their ads or suspend their account.

## Learn who's behind the ads you see

Ad disclosures that include an advertiser's name and location are being introduced over the next few years across the world. Advertiser identity verification requires advertisers to provide legal documentation with their name and location. When an advertiser completes identity verification, that advertiser's name and location appear with their Google ads. You'll see these ad disclosures on Google services, such as Search and YouTube, and other sites that show ads from our network.

## See who paid for election ads

For ads covered by Google election ad policies, you can see more details about the advertiser by selecting the icon in the corner of the ad.

The election ad disclosures provide additional information about the advertiser who paid for the ad. You can also learn more about these advertisers in the Political Advertising Transparency Report.

See details about policies for election ads in the Political content policy.

# Protecting you from deceptive ads

You should feel confident that ads are not fraudulent or misleading. Our policies and technology enable us to prevent and remove billions of bad ads from the internet every year.

To help prevent fraud and abuse, we have policies and programs for certain types of products or services. To show ads for these products or services, advertisers need to prove that they have a license or that they are registered with the appropriate organization.

For example, we have certification programs for advertisers who want to show ads for healthcare and medicine, gambling, financial services, and other topics. Based on the topic, we may work with experts to confirm that the advertiser meets the current standards for their industry, and whether they have the appropriate license. What advertisers can show also depends on the laws or policies in the country where the advertiser is located, or where their ads show.

Learn more about our verification programs in the Advertising Policies Help Center.

Give feedback about this article
Choose a section to give feedback on



Was this helpful?
YesNo

Submit

# Understand ad policies for advertisers

- Advertiser live streaming
- Brand Lift surveys
- Add paid product placements, sponsorships & endorsements
- Remarketing
- Send-to-phone ads
- Tell-a-friend

- About advertiser verification

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी

36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- Help Center

  o Fix a problem

  o Watch videos

  o Manage your account & settings

  o Supervised experience on YouTube

  o Join & manage YouTube Premium

  o Create & grow your channel

- o  [Monetize with the YouTube Partner Program](#)

- o  [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program

Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows

Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues

Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube

YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

# What is the issue with this selection?



Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

# Share additional info or suggestions

Do not share any personal info
Cancel
Submit
By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.

# Exhibit "E"

Privacy & Terms

# Privacy & Terms

Sign in

- Overview
- Privacy Policy
- Terms of Service
- Technologies
- FAQ



- Overview
- Privacy Policy
- Terms of Service
- Technologies
- FAQ

Privacy & Terms – Google



## Privacy & Terms

- Overview
- Privacy Policy
- Terms of Service
- Technologies
- FAQ
- Google Account

# Privacy Policy

Explains what information we collect and why, how we use it, and how to review and update it.

Read our Privacy Policy

# Terms of Service

Describes the rules you agree to when using our services.

Read our Terms of Service

# Google Safety Center



Making products for everyone means protecting everyone who uses them. Visit safety.google to learn more about our built-in security, privacy controls, and tools to help set digital ground rules for your family online.

Explore what we do to help keep you safe

# Google Account



Control, protect, and secure your account, all in one place. Your Google Account gives you quick access to settings and tools that let you safeguard your data and protect your privacy.

Visit your Google Account

# Our Privacy and Security Principles



We build privacy that works for everyone. It's a responsibility that comes with creating products and services that are free and accessible for all. We look to these principles to guide our products, our processes, and our people in keeping our users' data private, safe, and secure.

Explore our Privacy and Security Principles

# Google Product Privacy Guide



As you use Gmail, Search, YouTube, and other products from Google, you have the power to control and protect your personal information and usage history. The Google Product Privacy Guide can help you find information about how to manage some of the privacy features built into Google's products.

Change language: English ▼

- Google
- About Google
- Privacy
- Terms

# Privacy & Terms

# Privacy & Terms

Sign in

- Overview
- Privacy Policy
- Terms of Service
- Technologies
- FAQ



- Overview
- Privacy Policy
  - Data transfer frameworks
  - Key terms
  - Partners
  - Updates
- Terms of Service
- Technologies
- FAQ

Privacy Policy – Privacy & Terms – Google



# Privacy & Terms

- Overview
- Privacy Policy
- Terms of Service
- Technologies
- FAQ
- Google Account

- Privacy Policy
- Introduction
- Information Google collects
- Why Google collects data
- Your privacy controls
- Sharing your information
- Keeping your information secure
- Exporting & deleting your information
- Retaining your information
- Compliance & cooperation with regulators
- About this policy
- Related privacy practices
- Data transfer frameworks
- Key terms
- Partners
- Updates



GOOGLE PRIVACY POLICY

# When you use our services, you're trusting us with your information. We understand this is a big responsibility and work hard to protect your information and put you in control.

This Privacy Policy is meant to help you understand what information we collect, why we collect it, and how you can update, manage, export, and delete your information.



Privacy Checkup

Looking to change your privacy settings?

Take the Privacy Checkup

---

Effective July 1, 2021 | Archived versions | Download PDF

# Contents

Introduction
Information Google collects
Why Google collects data
Your privacy controls
Sharing your information
Keeping your information secure
Exporting & deleting your information
Retaining your information
Compliance & cooperation with regulators
About this policy
Related privacy practices

We build a range of services that help millions of people daily to explore and interact with the world in new ways. Our services include:

- Google apps, sites, and devices, like Search, YouTube, and Google Home

- Platforms like the Chrome browser and Android operating system

- Products that are integrated into third-party apps and sites, like ads and embedded Google Maps

You can use our services in a variety of ways to manage your privacy. For example, you can sign up for a Google Account if you want to create and manage content like emails and photos, or see more relevant search results. And you can use many Google services when you're signed out or without creating an account at all, like searching on Google or watching YouTube videos. You can also choose to browse the web privately using Chrome in Incognito mode. And across our services, you can adjust your privacy settings to control what we collect and how your information is used.

To help explain things as clearly as possible, we've added examples, explanatory videos, and definitions for key terms. And if you have any questions about this Privacy Policy, you can contact us.

INFORMATION GOOGLE COLLECTS

# We want you to understand the types of information we collect as you use our services

We collect information to provide better services to all our users — from figuring out basic stuff like which language you speak, to more complex things like which ads you'll find most useful, the people who matter most to you online, or which YouTube videos you might like. The information Google collects, and how that information is used, depends on how you use our services and how you manage your privacy controls.

When you're not signed in to a Google Account, we store the information we collect with unique identifiers tied to the browser, application, or device you're using. This helps us do things like maintain your language preferences across browsing sessions.

When you're signed in, we also collect information that we store with your Google Account, which we treat as personal information.

## Things you create or provide to us

When you create a Google Account, you provide us with personal information that includes your name and a password. You can also choose to add a phone number or payment information to your account. Even if you aren't signed in to a Google Account, you might choose to provide us with information — like an email address to receive updates about our services.

We also collect the content you create, upload, or receive from others when using our services. This includes things like email you write and receive, photos and videos you save, docs and spreadsheets you create, and comments you make on YouTube videos.

# Information we collect as you use our services

## Your apps, browsers & devices



We collect information about the apps, browsers, and devices you use to access Google services, which helps us provide features like automatic product updates and dimming your screen if your battery runs low.

The information we collect includes unique identifiers, browser type and settings, device type and settings, operating system, mobile network information including carrier name and phone number, and application version number. We also collect information about the interaction of your apps, browsers, and devices with our services, including IP address, crash reports, system activity, and the date, time, and referrer URL of your request.

We collect this information when a Google service on your device contacts our servers — for example, when you install an app from the Play Store or when a service checks for automatic updates. If you're using an Android device with Google apps, your device periodically contacts Google servers to provide information about your device and connection to our services. This information includes things like your device type, carrier name, crash reports, and which apps you've installed.

## Your activity



We collect information about your activity in our services, which we use to do things like recommend a YouTube video you might like. The activity information we collect may include:

- Terms you search for
- Videos you watch
- Views and interactions with content and ads
- Voice and audio information when you use audio features
- Purchase activity
- People with whom you communicate or share content
- Activity on third-party sites and apps that use our services

- Chrome browsing history you've synced with your Google Account

If you use our services to make and receive calls or send and receive messages, we may collect call and message log information like your phone number, calling-party number, receiving-party number, forwarding numbers, sender and recipient email address, time and date of calls and messages, duration of calls, routing information, and types and volumes of calls and messages.

You can visit your Google Account to find and manage activity information that's saved in your account.

Go to Google Account

## Your location information

We collect information about your location when you use our services, which helps us offer features like driving directions for your weekend getaway or showtimes for movies playing near you.

Your location can be determined with varying degrees of accuracy by:

- GPS
- IP address
- Sensor data from your device
- Information about things near your device, such as Wi-Fi access points, cell towers, and Bluetooth-enabled devices

The types of location data we collect depend in part on your device and account settings. For example, you can turn your Android device's location on or off using the device's settings app. You can also turn on Location History if you want to create a private map of where you go with your signed-in devices.

In some circumstances, Google also collects information about you from publicly accessible sources. For example, if your name appears in your local newspaper, Google's Search engine may index that article and display it to other people if they search for your name. We may also collect

information about you from trusted partners, such as directory services who provide us with business information to be displayed on Google's services, marketing partners who provide us with information about potential customers of our business services, and security partners who provide us with information to protect against abuse. We also receive information from advertisers to provide advertising and research services on their behalf.

We use various technologies to collect and store information, including cookies, pixel tags, local storage, such as browser web storage or application data caches, databases, and server logs.

WHY GOOGLE COLLECTS DATA

# We use data to build better services

We use the information we collect from all our services for the following purposes:

## Provide our services



We use your information to deliver our services, like processing the terms you search for in order to return results or helping you share content by suggesting recipients from your contacts.

## Maintain & improve our services



We also use your information to ensure our services are working as intended, such as tracking outages or troubleshooting issues that you report to us. And we use your information to make improvements to our services — for example, understanding which search terms are most frequently misspelled helps us improve spell-check features used across our services.

## Develop new services

We use the information we collect in existing services to help us develop new ones. For example, understanding how people organized their photos in Picasa, Google's first photos app, helped us design and launch Google Photos.

## Provide personalized services, including content and ads

We use the information we collect to customize our services for you, including providing recommendations, personalized content, and customized search results. For example, Security Checkup provides security tips adapted to how you use Google products. And Google Play uses information like apps you've already installed and videos you've watched on YouTube to suggest new apps you might like.

Depending on your settings, we may also show you personalized ads based on your interests. For example, if you search for "mountain bikes," you may see an ad for sports equipment when you're browsing a site that shows ads served by Google. You can control what information we use to show you ads by visiting your ad settings.

- We don't show you personalized ads based on sensitive categories, such as race, religion, sexual orientation, or health.
- We don't show you personalized ads based on your content from Drive, Gmail, or Photos.
- We don't share information that personally identifies you with advertisers, such as your name or email, unless you ask us to. For example, if you see an ad for a nearby flower shop and select the "tap to call" button, we'll connect your call and may share your phone number with the flower shop.

Go to Ad Settings

## Measure performance

We use data for analytics and measurement to understand how our services are used. For example, we analyze data about your visits to our sites to do things like optimize product design. And we also use data about the ads you interact with to help advertisers understand the performance of their ad campaigns. We use a variety of tools to do this, including Google Analytics. When you visit sites that use Google Analytics, a Google Analytics customer may choose to enable Google to link information about your activity from that site with activity from other sites that use our ad services.

## Communicate with you

We use information we collect, like your email address, to interact with you directly. For example, we may send you a notification if we detect suspicious activity, like an attempt to sign in to your Google Account from an unusual location. Or we may let you know about upcoming changes or improvements to our services. And if you contact Google, we'll keep a record of your request in order to help solve any issues you might be facing.

## Protect Google, our users, and the public

We use information to help improve the safety and reliability of our services. This includes detecting, preventing, and responding to fraud, abuse, security risks, and technical issues that could harm Google, our users, or the public.

---

We use different technologies to process your information for these purposes. We use automated systems that analyze your content to provide you with things like customized search results, personalized ads, or other features tailored to how you use our services. And we analyze your content to help us detect abuse such as spam, malware, and illegal content. We also use algorithms to recognize patterns in data. For example, Google Translate helps people communicate across languages by detecting common language patterns in phrases you ask it to translate.

We may combine the information we collect among our services and across your devices for the purposes described above. For example, if you watch videos of guitar players on YouTube, you might see an ad for guitar lessons on a site that uses our ad products. Depending on your account settings, your activity on other sites and apps may be associated with your personal information in order to improve Google's services and the ads delivered by Google.

If other users already have your email address or other information that identifies you, we may show them your publicly visible Google Account information, such as your name and photo. This helps people identify an email coming from you, for example.

We'll ask for your consent before using your information for a purpose that isn't covered in this Privacy Policy.

YOUR PRIVACY CONTROLS

# You have choices regarding the information we collect and how it's used

This section describes key controls for managing your privacy across our services. You can also visit the Privacy Checkup, which provides an opportunity to review and adjust important privacy settings. In addition to these tools, we also offer specific privacy settings in our products — you can learn more in our Product Privacy Guide.



Go to Privacy Checkup

# Managing, reviewing, and updating your information

When you're signed in, you can always review and update information by visiting the services you use. For example, Photos and Drive are both designed to help you manage specific types of content you've saved with Google.

We also built a place for you to review and control information saved in your Google Account. Your Google Account includes:

## Privacy controls



**Activity Controls**

Decide what types of activity you'd like saved in your account. For example, you can turn on Location History if you want traffic predictions for your daily commute, or you can save your YouTube Watch History to get better video suggestions.

Go to Activity Controls

**Ad settings**

Manage your preferences about the ads shown to you on Google and on sites and apps that partner with Google to show ads. You can modify your interests, choose whether your personal information is used to make ads more relevant to you, and turn on or off certain advertising services.

Go to Ad Settings

**About you**

Control what others see about you across Google services.

Go to About You

**Shared endorsements**

Choose whether your name and photo appear next to your activity, like reviews and recommendations, that appear in ads.

Go to Shared Endorsements

## Ways to review & update your information

**My Activity**

My Activity allows you to review and control data that's created when you use Google services, like searches you've done or your visits to Google Play. You can browse by date and by topic, and delete part or all of your activity.

Go to My Activity

**Google Dashboard**

Google Dashboard allows you to manage information associated with specific products.

Go to Dashboard

**Your personal information**

Manage your contact information, such as your name, email, and phone number.

Go to Personal Info

When you're signed out, you can manage information associated with your browser or device, including:

- Signed-out search personalization: Choose whether your search activity is used to offer you more relevant results and recommendations.
- YouTube settings: Pause and delete your YouTube Search History and your YouTube Watch History.
- Ad Settings: Manage your preferences about the ads shown to you on Google and on sites and apps that partner with Google to show ads.

# Exporting, removing & deleting your information

You can export a copy of content in your Google Account if you want to back it up or use it with a service outside of Google.



Export your data

You can also request to remove content from specific Google services based on applicable law.

To delete your information, you can:

- Delete your content from specific Google services
- Search for and then delete specific items from your account using My Activity
- Delete specific Google products, including your information associated with those products
- Delete your entire Google Account



Delete your information

And finally, Inactive Account Manager allows you to give someone else access to parts of your Google Account in case you're unexpectedly unable to use your account.

---

There are other ways to control the information Google collects whether or not you're signed in to a Google Account, including:

- Browser settings: For example, you can configure your browser to indicate when Google has set a cookie in your browser. You can also configure your browser to block all cookies from a specific domain or all domains. But remember that our services rely on cookies to function properly, for things like remembering your language preferences.
- Device-level settings: Your device may have controls that determine what information we collect. For example, you can modify location settings on your Android device.



SHARING YOUR INFORMATION

# When you share your information

Many of our services let you share information with other people, and you have control over how you share. For example, you can share videos on YouTube publicly or you can decide to keep your videos private. Remember, when you share information publicly, your content may become accessible through search engines, including Google Search.

When you're signed in and interact with some Google services, like leaving comments on a YouTube video or reviewing an app in Play, your name and photo appear next to your activity. We may also display this information in ads depending on your Shared endorsements setting.

# When Google shares your information

We do not share your personal information with companies, organizations, or individuals outside of Google except in the following cases:

## With your consent

We'll share personal information outside of Google when we have your consent. For example, if you use Google Home to make a reservation through a booking service, we'll get your permission before

sharing your name or phone number with the restaurant. We'll ask for your explicit consent to share any sensitive personal information.

## With domain administrators

If you're a student or work for an organization that uses Google services, your domain administrator and resellers who manage your account will have access to your Google Account. They may be able to:

- Access and retain information stored in your account, like your email
- View statistics regarding your account, like how many apps you install
- Change your account password
- Suspend or terminate your account access
- Receive your account information in order to satisfy applicable law, regulation, legal process, or enforceable governmental request
- Restrict your ability to delete or edit your information or your privacy settings

## For external processing

We provide personal information to our affiliates and other trusted businesses or persons to process it for us, based on our instructions and in compliance with our Privacy Policy and any other appropriate confidentiality and security measures. For example, we use service providers to help us with customer support.

## For legal reasons

We will share personal information outside of Google if we have a good-faith belief that access, use, preservation, or disclosure of the information is reasonably necessary to:

- Meet any applicable law, regulation, legal process, or enforceable governmental request. We share information about the number and type of requests we receive from governments in our Transparency Report.
- Enforce applicable Terms of Service, including investigation of potential violations.
- Detect, prevent, or otherwise address fraud, security, or technical issues.
- Protect against harm to the rights, property or safety of Google, our users, or the public as required or permitted by law.

We may share non-personally identifiable information publicly and with our partners — like publishers, advertisers, developers, or rights holders. For example, we share information publicly to

show trends about the general use of our services. We also allow specific partners to collect information from your browser or device for advertising and measurement purposes using their own cookies or similar technologies.

If Google is involved in a merger, acquisition, or sale of assets, we'll continue to ensure the confidentiality of your personal information and give affected users notice before personal information is transferred or becomes subject to a different privacy policy.



KEEPING YOUR INFORMATION SECURE

# We build security into our services to protect your information

All Google products are built with strong security features that continuously protect your information. The insights we gain from maintaining our services help us detect and automatically block security threats from ever reaching you. And if we do detect something risky that we think you should know about, we'll notify you and help guide you through steps to stay better protected.

We work hard to protect you and Google from unauthorized access, alteration, disclosure, or destruction of information we hold, including:

- We use encryption to keep your data private while in transit
- We offer a range of security features, like Safe Browsing, Security Checkup, and 2 Step Verification to help you protect your account
- We review our information collection, storage, and processing practices, including physical security measures, to prevent unauthorized access to our systems
- We restrict access to personal information to Google employees, contractors, and agents who need that information in order to process it. Anyone with this access is subject to strict contractual confidentiality obligations and may be disciplined or terminated if they fail to meet these obligations.



EXPORTING & DELETING YOUR INFORMATION

# You can export a copy of your information or delete it from your Google Account at any time

You can export a copy of content in your Google Account if you want to back it up or use it with a service outside of Google.



Export your data

To delete your information, you can:

- Delete your content from specific Google services
- Search for and then delete specific items from your account using My Activity
- Delete specific Google products, including your information associated with those products
- Delete your entire Google Account

Delete your information

RETAINING YOUR INFORMATION

We retain the data we collect for different periods of time depending on what it is, how we use it, and how you configure your settings:

- Some data you can delete whenever you like, such as the content you create or upload. You can also delete activity information saved in your account, or choose to have it deleted automatically after a set period of time.
- Other data is deleted or anonymized automatically after a set period of time, such as advertising data in server logs.
- We keep some data until you delete your Google Account, such as information about how often you use our services.
- And some data we retain for longer periods of time when necessary for legitimate business or legal purposes, such as security, fraud and abuse prevention, or financial record-keeping.

When you delete data, we follow a deletion process to make sure that your data is safely and completely removed from our servers or retained only in anonymized form. We try to ensure that our services protect information from accidental or malicious deletion. Because of this, there may be delays between when you delete something and when copies are deleted from our active and backup systems.

You can read more about Google's data retention periods, including how long it takes us to delete your information.



COMPLIANCE & COOPERATION WITH REGULATORS

We regularly review this Privacy Policy and make sure that we process your information in ways that comply with it.

# Data transfers

We maintain servers around the world and your information may be processed on servers located outside of the country where you live. Data protection laws vary among countries, with some providing more protection than others. Regardless of where your information is processed, we apply the same protections described in this policy. We also comply with certain legal frameworks relating to the transfer of data.

When we receive formal written complaints, we respond by contacting the person who made the complaint. We work with the appropriate regulatory authorities, including local data protection authorities, to resolve any complaints regarding the transfer of your data that we cannot resolve with you directly.

# California requirements

The California Consumer Privacy Act (CCPA) requires specific disclosures for California residents.

This Privacy Policy is designed to help you understand how Google handles your information:

- We explain the categories of information Google collects and the sources of that information in Information Google collects.
- We explain how Google uses information in Why Google collects data.
- We explain when Google may share information in Sharing your information. Google does not sell your personal information.

The CCPA also provides the right to request information about how Google collects, uses, and discloses your personal information. And it gives you the right to access your information and request that Google delete that information. Finally, the CCPA provides the right to not be discriminated against for exercising your privacy rights.

We describe the choices you have to manage your privacy and data across Google's services in Your privacy controls. You can exercise your rights by using these controls, which allow you to access, review, update and delete your information, as well as export and download a copy of it. When you use them, we'll validate your request by verifying that you're signed in to your Google Account. If you have questions or requests related to your rights under the CCPA, you (or your authorized agent) can also contact Google. You can also find more information on Google's handling of CCPA requests.

The CCPA requires a description of data practices using specific categories. This table uses these categories to organize the information in this Privacy Policy.

## Categories of personal information we collect

**Identifiers** such as your name, phone number, and address, as well as unique identifiers tied to the browser, application, or device you're using.

**Demographic information**, such as your age, gender and language.

**Commercial information** such as your payment information and a history of purchases you make on Google's services.

**Biometric information** if you choose to provide it, such as fingerprints in Google's product development studies.

**Internet, network, and other activity information** such as your search terms; views and interactions with content and ads; Chrome browsing history you've synced with your Google Account; information about the interaction of your apps, browsers, and devices with our services (like IP address, crash reports, and system activity); and activity on third-party sites and apps that use our services. You can review and control activity data stored in your Google Account in My Activity.

**Geolocation data**, such as may be determined by GPS, IP address, and other data from sensors on or around your device, depending in part on your device and account settings. Learn more about Google's use of location information.

**Audio, electronic, visual and similar information**, such as voice and audio information when you use audio features.

**Professional, employment, and education information**, such as information you provide or that is maintained through an organization using Google services at which you study or work.

**Other information you create or provide**, such as the content you create, upload, or receive (like photos and videos or emails, docs and spreadsheets). Google Dashboard allows you to manage information associated with specific products.

**Inferences** drawn from the above, like your ads interest categories.

## Business purposes for which information may be used or disclosed

**Protecting against security threats, abuse, and illegal activity**: Google uses and may disclose information to detect, prevent and respond to security incidents, and for protecting against other malicious, deceptive, fraudulent, or illegal activity. For example, to protect our services, Google may receive or disclose information about IP addresses that malicious actors have compromised.

**Auditing and measurement**: Google uses information for analytics and measurement to understand how our services are used, as well as to fulfill obligations to our partners like publishers, advertisers, developers, or rights holders. We may disclose non-personally identifiable information publicly and with these partners, including for auditing purposes.

**Maintaining our services**: Google uses information to ensure our services are working as intended, such as tracking outages or troubleshooting bugs and other issues that you report to us.

**Research and development**: Google uses information to improve our services and to develop new products, features and technologies that benefit our users and the public. For example, we use publicly available information to help train Google's language models and build features like Google Translate.

**Use of service providers**: Google shares information with service providers to perform services on our behalf, in compliance with our Privacy Policy and other appropriate confidentiality and security measures. For example, we may rely on service providers to help provide customer support.

**Advertising**: Google processes information, including online identifiers and information about your interactions with advertisements, to provide advertising. This keeps Google's services and many of the websites and services you use free of charge. You can control what information we use to show you ads by visiting your ad settings.

**Legal reasons**: Google also uses information to satisfy applicable laws or regulations, and discloses information in response to legal process or enforceable government requests, including to law

enforcement. We provide information about the number and type of requests we receive from governments in our Transparency Report.

## Parties with whom information may be shared

---

**Other people with whom you choose to share your information**, like docs or photos, and videos or comments on YouTube.

**Third parties to whom you consent to sharing your information**, such as services that integrate with Google's services. You can review and manage third party apps and sites with access to data in your Google Account.

**Service providers**, trusted businesses or persons that process information on Google's behalf, based on our instructions and in compliance with our Privacy Policy and any other appropriate confidentiality and security measures.

Domain administrators, if you work or study at an organization that uses Google services.

**Law enforcement or other third parties**, for the legal reasons described in Sharing your information.

ABOUT THIS POLICY

# When this policy applies

This Privacy Policy applies to all of the services offered by Google LLC and its affiliates, including YouTube, Android, and services offered on third-party sites, such as advertising services. This Privacy Policy doesn't apply to services that have separate privacy policies that do not incorporate this Privacy Policy.

This Privacy Policy doesn't apply to:

- The information practices of other companies and organizations that advertise our services
- Services offered by other companies or individuals, including products or sites that may include Google services, be displayed to you in search results, or be linked from our services

# Changes to this policy

We change this Privacy Policy from time to time. We will not reduce your rights under this Privacy Policy without your explicit consent. We always indicate the date the last changes were published and we offer access to archived versions for your review. If changes are significant, we'll provide a more prominent notice (including, for certain services, email notification of Privacy Policy changes).

RELATED PRIVACY PRACTICES

# Specific Google services

The following privacy notices provide additional information about some Google services:

- Chrome & the Chrome Operating System
- Payments
- Fiber
- Google Fi
- Google Workspace for Education
- Read Along
- YouTube Kids
- Google Accounts Managed with Family Link, for Children under 13 (or applicable age in your country)
- Voice and Audio Collection from Children's Features on the Google Assistant

If you're a member of an organization that uses Google Workspace or Google Cloud Platform, learn how these services collect and use your personal information in the Google Cloud Privacy Notice.

# Other useful resources

The following links highlight useful resources for you to learn more about our practices and privacy settings.

- Your Google Account is home to many of the settings you can use to manage your account
- Privacy Checkup guides you through key privacy settings for your Google Account
- Google's safety center helps you learn more about our built-in security, privacy controls, and tools to help set digital ground rules for your family online
- Privacy & Terms provides more context regarding this Privacy Policy and our Terms of Service
- Technologies includes more information about:
  - How Google uses cookies
  - Technologies used for Advertising
  - How Google uses pattern recognition to recognize things like faces in photos
  - How Google uses information from sites or apps that use our services

# Key terms
## Affiliates

An affiliate is an entity that belongs to the Google group of companies, including the following companies that provide consumer services in the EU: Google Ireland Limited, Google Commerce Ltd, Google Payment Corp, and Google Dialer Inc. Learn more about the companies providing business services in the EU.

## Algorithm

A process or set of rules followed by a computer in performing problem-solving operations.

## Application data cache

An application data cache is a data repository on a device. It can, for example, enable a web application to run without an internet connection and improve the performance of the application by enabling faster loading of content.

## Browser web storage

Browser web storage enables websites to store data in a browser on a device. When used in "local storage" mode, it enables data to be stored across sessions. This makes data retrievable even after a browser has been closed and reopened. One technology that facilitates web storage is HTML 5.

## Cookies

A cookie is a small file containing a string of characters that is sent to your computer when you visit a website. When you visit the site again, the cookie allows that site to recognize your browser. Cookies may store user preferences and other information. You can configure your browser to refuse all cookies or to indicate when a cookie is being sent. However, some website features or services may not function properly without cookies. Learn more about how Google uses cookies and how Google uses data, including cookies, when you use our partners' sites or apps.

## Device

A device is a computer that can be used to access Google services. For example, desktop computers, tablets, smart speakers, and smartphones are all considered devices.

## Google Account

You may access some of our services by signing up for a Google Account and providing us with some personal information (typically your name, email address, and a password). This account information is used to authenticate you when you access Google services and protect your account from unauthorized access by others. You can edit or delete your account at any time through your Google Account settings.

## IP address

Every device connected to the Internet is assigned a number known as an Internet protocol (IP) address. These numbers are usually assigned in geographic blocks. An IP address can often be used to identify the location from which a device is connecting to the Internet.

## Non-personally identifiable information

This is information that is recorded about users so that it no longer reflects or references an individually-identifiable user.

## Personal information

This is information that you provide to us which personally identifies you, such as your name, email address, or billing information, or other data that can be reasonably linked to such information by Google, such as information we associate with your Google Account.

## Pixel tag

A pixel tag is a type of technology placed on a website or within the body of an email for the purpose of tracking certain activity, such as views of a website or when an email is opened. Pixel tags are often used in combination with cookies.

## Referrer URL

A Referrer URL (Uniform Resource Locator) is information transmitted to a destination webpage by a web browser, typically when you click a link to that page. The Referrer URL contains the URL of the last webpage the browser visited.

## Sensitive personal information

This is a particular category of personal information relating to topics such as confidential medical facts, racial or ethnic origins, political or religious beliefs, or sexuality.

## Server logs

Like most websites, our servers automatically record the page requests made when you visit our sites. These "server logs" typically include your web request, Internet Protocol address, browser type, browser language, the date and time of your request, and one or more cookies that may uniquely identify your browser.

A typical log entry for a search for "cars" looks like this:

```
123.45.67.89 - 25/Mar/2003 10:15:32 -
http://www.google.com/search?q=cars -
Firefox 1.0.7; Windows NT 5.1 -
740674ce2123e969
```

- `123.45.67.89` is the Internet Protocol address assigned to the user by the user's ISP. Depending on the user's service, a different address may be assigned to the user by their service provider each time they connect to the Internet.
- `25/Mar/2003 10:15:32` is the date and time of the query.
- `http://www.google.com/search?q=cars` is the requested URL, including the search query.
- `Firefox 1.0.7; Windows NT 5.1` is the browser and operating system being used.
- `740674ce2123a969` is the unique cookie ID assigned to this particular computer the first time it visited Google. (Cookies can be deleted by users. If the user has deleted the cookie from the computer since the last time they've visited Google, then it will be the unique cookie ID assigned to their device the next time they visit Google from that particular device).

## Unique identifiers

A unique identifier is a string of characters that can be used to uniquely identify a browser, app, or device. Different identifiers vary in how permanent they are, whether they can be reset by users, and how they can be accessed.

Unique identifiers can be used for various purposes, including security and fraud detection, syncing services such as your email inbox, remembering your preferences, and providing personalized advertising. For example, unique identifiers stored in cookies help sites display content in your browser in your preferred language. You can configure your browser to refuse all cookies or to indicate when a cookie is being sent. Learn more about how Google uses cookies.

On other platforms besides browsers, unique identifiers are used to recognize a specific device or app on that device. For example, a unique identifier such as the Advertising ID is used to provide relevant advertising on Android devices, and can be managed in your device's settings. Unique identifiers may also be incorporated into a device by its manufacturer (sometimes called a universally unique ID or UUID), such as the IMEI-number of a mobile phone. For example, a device's unique identifier can be used to customize our service to your device or analyze device issues related to our services.

# Additional Context

## ads you'll find most useful

For example, if you watch videos about baking on YouTube, you may see more ads that relate to baking as you browse the web. We also may use your IP address to determine your approximate location, so that we can serve you ads for a nearby pizza delivery service if you search for "pizza." Learn more about Google ads and why you may see particular ads.

## advertising and research services on their behalf

For example, advertisers may upload data from their loyalty-card programs so that they can better understand the performance of their ad campaigns. We only provide aggregated reports to advertisers that don't reveal information about individual people.

## Android device with Google apps

Android devices with Google apps include devices sold by Google or one of our partners and include phones, cameras, vehicles, wearables, and televisions. These devices use Google Play Services and other pre-installed apps that include services like Gmail, Maps, your phone's camera and phone dialer, text-to-speech conversion, keyboard input, and security features.

## combine the information we collect

Some examples of how we combine the information we collect include:

- When you're signed in to your Google Account and search on Google, you can see search results from the public web, along with relevant information from the content you have in other Google products, like Gmail or Google Calendar. This can include things like the status of your upcoming flights, restaurant, and hotel reservations, or your photos. Learn more
- If you have communicated with someone via Gmail and want to add them to a Google Doc or an event in Google Calendar, Google makes it easy to do so by autocompleting their email address when you start to type in their name. This feature makes it easier to share things with people you know. Learn more
- The Google app can use data that you have stored in other Google products to show you personalized content, depending on your settings. For example, if you have searches stored in your Web & App Activity, the Google app can show you news articles and other information about your interests, like sports scores, based your activity. Learn more
- If you link your Google Account to your Google Home, you can manage your information and get things done through the Google Assistant. For example, you can add events to your Google Calendar or get your schedule for the day, ask for status updates on your upcoming flight, or send information like driving directions to your phone. Learn more

## customized search results

For example, when you're signed in to your Google Account and have the Web & App Activity control enabled, you can get more relevant search results that are based on your previous searches and activity from other Google services. You can learn more here. You may also get customized search results even when you're signed out. If you don't want this level of search customization, you can search and browse privately or turn off signed-out search personalization.

## deliver our services

Examples of how we use your information to deliver our services include:

- We use the IP address assigned to your device to send you the data you requested, such as loading a YouTube video
- We use unique identifiers stored in cookies on your device to help us authenticate you as the person who should have access to your Google Account
- Photos and videos you upload to Google Photos are used to help you create albums, animations, and other creations that you can share. Learn more
- A flight confirmation email you receive may be used to create a "check-in" button that appears in your Gmail
- When you purchase services or physical goods from us, you may provide us information like your shipping address or delivery instructions. We use this information for things like processing, fulfilling, and delivering your order, and to provide support in connection with the product or service you purchase.

## detect abuse

When we detect spam, malware, illegal content, and other forms of abuse on our systems in violation of our policies, we may disable your account or take other appropriate action. In certain circumstances, we may also report the violation to appropriate authorities.

## devices

For example, we can use information from your devices to help you decide which device you'd like to use to install an app or view a movie you buy from Google Play. We also use this information to help protect your account.

## ensure and improve

For example, we analyze how people interact with advertising to improve the performance of our ads.

## ensure our services are working as intended

For example, we continuously monitor our systems to look for problems. And if we find something wrong with a specific feature, reviewing activity information collected before the problem started allows us to fix things more quickly.

## Information about things near your device

If you use Google's Location services on Android, we can improve the performance of apps that rely on your location, like Google Maps. If you use Google's Location services, your device sends information to Google about its location, sensors (like accelerometer), and nearby cell towers and Wi-Fi access points (like MAC address and signal strength). All these things help to determine your location. You can use your device settings to enable Google Location services. Learn more

## legal process, or enforceable governmental request

Like other technology and communications companies, Google regularly receives requests from governments and courts around the world to disclose user data. Respect for the privacy and security of data you store with Google underpins our approach to complying with these legal requests. Our legal team reviews each and every request, regardless of type, and we frequently push back when a request appears to be overly broad or doesn't follow the correct process. Learn more in our Transparency Report.

## make improvements

For example, we use cookies to analyze how people interact with our services. And that analysis can help us build better products. For example, it may help us discover that it's taking people too long to complete a certain task or that they have trouble finishing steps at all. We can then redesign that feature and improve the product for everyone.

## may link information

Google Analytics relies on first-party cookies, which means the cookies are set by the Google Analytics customer. Using our systems, data generated through Google Analytics can be linked by the Google Analytics customer and by Google to third-party cookies that are related to visits to other websites. For example, an advertiser may want to use its Google Analytics data to create more relevant ads, or to further analyze its traffic. Learn more

## partner with Google

There are over 2 million non-Google websites and apps that partner with Google to show ads. Learn more

## payment information

For example, if you add a credit card or other payment method to your Google Account, you can use it to buy things across our services, like apps in the Play Store. We may also ask for other information, like a business tax ID, to help process your payment. In some cases, we may also need to verify your identity and may ask you for information to do this.

We may also use payment information to verify that you meet age requirements, if, for example, you enter an incorrect birthday indicating you're not old enough to have a Google Account. Learn more

## personalized ads

You may also see personalized ads based on information from the advertiser. If you shopped on an advertiser's website, for example, they can use that visit information to show you ads. Learn more

## phone number

If you add your phone number to your account, it can be used for different purposes across Google services, depending on your settings. For example, your phone number can be used to help you access your account if you forget your password, help people find and connect with you, and make the ads you see more relevant to you. Learn more

## protect against abuse

For example, information about security threats can help us notify you if we think your account has been compromised (at which point we can help you take steps to protect your account).

## publicly accessible sources

For example, we may collect information that's publicly available online or from other public sources to help train Google's language models and build features like Google Translate. Or, if your business's information appears on a website, we may index and display it on Google services.

## rely on cookies to function properly

For example, we use a cookie called 'lbcs' that makes it possible for you to open many Google Docs in one browser. Blocking this cookie would prevent Google Docs from working as expected. Learn more

## safety and reliability

Some examples of how we use your information to help keep our services safe and reliable include:

- Collecting and analyzing IP addresses and cookie data to protect against automated abuse. This abuse takes many forms, such as sending spam to Gmail users, stealing money from advertisers by fraudulently clicking on ads, or censoring content by launching a Distributed Denial of Service (DDoS) attack.
- The "last account activity" feature in Gmail can help you find out if and when someone accessed your email without your knowledge. This feature shows you information about recent activity in Gmail, such as the IP addresses that accessed your mail, the associated location, and the date and time of access. Learn more

## sensitive categories

When showing you personalized ads, we use topics that we think might be of interest to you based on your activity. For example, you may see ads for things like "Cooking and Recipes" or "Air Travel." We don't use topics or show personalized ads based on sensitive categories like race, religion, sexual orientation, or health. And we require the same from advertisers that use our services.

## Sensor data from your device

Your device may have sensors that can be used to better understand your location and movement. For example, an accelerometer can be used to determine your speed and a gyroscope to figure out your direction of travel.

## servers around the world

For example, we operate data centers located around the world to help keep our products continuously available for users.

## services to make and receive calls or send and receive messages

Examples of these services include:

- Google Voice, for making and receiving calls, sending text messages, and managing voicemail
- Google Meet, for making and receiving video calls
- Gmail, for sending and receiving emails
- Google Chat, for sending and receiving messages
- Google Duo, for making and receiving video calls and sending and receiving messages

- Google Fi, for a phone plan

## show trends

When lots of people start searching for something, it can provide useful information about particular trends at that time. Google Trends samples Google web searches to estimate the popularity of searches over a certain period of time and shares those results publicly in aggregated terms. Learn more

## specific Google services

For example, you can delete your blog from Blogger or a Google Site you own from Google Sites. You can also delete reviews you've left on apps, games, and other content in the Play Store.

## specific partners

For example, we allow YouTube creators and advertisers to work with measurement companies to learn about the audience of their YouTube videos or ads, using cookies or similar technologies. Another example is merchants on our shopping pages, who use cookies to understand how many different people see their product listings. Learn more about these partners and how they use your information.

## synced with your Google Account

Your Chrome browsing history is only saved to your account if you've enabled Chrome synchronization with your Google Account. Learn more

## the people who matter most to you online

For example, when you type an address in the To, Cc, or Bcc field of an email you're composing, Gmail will suggest addresses based on the people you contact most frequently.

## third parties

For example, we process your information to report use statistics to rights holders about how their content was used in our services. We may also process your information if people search for your name and we display search results for sites containing publicly available information about you.

## Views and interactions with content and ads

For example, we collect information about views and interactions with ads so we can provide aggregated reports to advertisers, like telling them whether we served their ad on a page and

whether the ad was likely seen by a viewer. We may also measure other interactions, such as how you move your mouse over an ad or if you interact with the page on which the ad appears.

## your activity on other sites and apps

This activity might come from your use of Google services, like from syncing your account with Chrome or your visits to sites and apps that partner with Google. Many websites and apps partner with Google to improve their content and services. For example, a website might use our advertising services (like AdSense) or analytics tools (like Google Analytics), or it might embed other content (such as videos from YouTube). These services may share information about your activity with Google and, depending on your account settings and the products in use (for instance, when a partner uses Google Analytics in conjunction with our advertising services), this data may be associated with your personal information.

Learn more about how Google uses data when you use our partners' sites or apps.



Change language:  English ▾

- Google
- About Google
- Privacy
- Terms

Privacy & Terms

Privacy & Terms

Sign in

- Overview
- Privacy Policy
- Terms of Service
- Technologies
- FAQ



- Overview
- Privacy Policy
- Terms of Service
- Technologies
  - Advertising
  - How Google uses cookies
  - How Google uses pattern recognition
  - How Google uses location information
  - How Google uses credit card numbers for payments
  - How Google Voice works
  - Google Product Privacy Guide
  - How Google retains data we collect
    - How Google anonymizes data
- FAQ

How Google retains data we collect – Privacy & Terms – Google



Privacy & Terms

- Overview
- Privacy Policy
- Terms of Service
- Technologies
- FAQ
- Google Account

- Technologies
- Advertising
- How Google uses cookies
- How Google uses pattern recognition
- How Google uses location information
- How Google uses credit card numbers for payments
- How Google Voice works
- Google Product Privacy Guide
- **How Google retains data we collect**
- How Google anonymizes data

2874

HOW GOOGLE RETAINS DATA WE COLLECT

We collect data as you use Google services. What we collect, why we collect it, and how you can manage your information are described in our Privacy Policy. This retention policy describes why we hold onto different types of data for different periods of time.

Some data you can delete whenever you like, some data is deleted automatically, and some data we retain for longer periods of time when necessary. When you delete data, we follow a deletion policy to make sure that your data is safely and completely removed from our servers or retained only in anonymized form. How Google anonymizes data

# Information retained until you remove it

We offer a range of services that allow you to correct or delete data stored in your Google Account. For example, you can:

- Edit your personal info
- Delete items from My Activity
- Delete content like photos and documents
- Remove a product from your Google Account
- Delete your Google Account entirely

We'll keep this data in your Google Account until you choose to remove it. And if you use our services without signing in to a Google Account, we also offer you the ability to delete some information linked to what you use to access our services, like a device, browser or app.

# Data that expires after a specific period of time

In some cases, rather than provide a way to delete data, we store it for a predetermined period of time. For each type of data, we set retention timeframes based on the reason for its collection. For example, to ensure that our services display properly on many different types of devices, we may retain browser width and height for up to 9 months. We also take steps to anonymize certain data within set time periods. For example, we anonymize advertising data in server logs by removing part of the IP address after 9 months and cookie information after 18 months.

# Information retained until your Google Account is deleted

We keep some data for the life of your Google Account if it's useful for helping us understand how users interact with our features and how we can improve our services. For example, after you delete a specific Google search from My Activity, we might keep information about how often you search

for things, but not what you searched for. When you delete your Google Account, the information about how often you search for things is also removed.

# Information retained for extended time periods for limited purposes

Sometimes business and legal requirements oblige us to retain certain information, for specific purposes, for an extended period of time. For example, when Google processes a payment for you, or when you make a payment to Google, we'll retain this data for longer periods of time as required for tax or accounting purposes. Reasons we might retain some data for longer periods of time include:

- Security, fraud & abuse prevention
- Financial record-keeping
- Complying with legal or regulatory requirements
- Ensuring the continuity of our services
- Direct communications with Google

# Enabling safe and complete deletion

When you delete data in your Google account, we immediately start the process of removing it from the product and our systems. First, we aim to immediately remove it from view and the data may no longer be used to personalize your Google experience. For example, if you delete a video you watched from your My Activity dashboard, YouTube will immediately stop showing your watch progress for that video.

We then begin a process designed to safely and completely delete the data from our storage systems. Safe deletion is important to protect our users and customers from accidental data loss. Complete deletion of data from our servers is equally important for users' peace of mind. This process generally takes around 2 months from the time of deletion. This often includes up to a month-long recovery period in case the data was removed unintentionally.

Each Google storage system from which data gets deleted has its own detailed process for safe and complete deletion. This might involve repeated passes through the system to confirm all data has been deleted, or brief delays to allow for recovery from mistakes. As a result, deletion could sometimes take longer when extra time is needed to safely and completely delete the data.

Our services also use encrypted backup storage as another layer of protection to help recover from potential disasters. Data can remain on these systems for up to 6 months.

As with any deletion process, things like routine maintenance, unexpected outages, bugs, or failures in our protocols may cause delays in the processes and timeframes defined in this article. We maintain systems designed to detect and remediate such issues.

## Security, fraud & abuse prevention

### Description

To protect you, other people, and Google from fraud, abuse, and unauthorized access.

### Scenarios

For example, when Google suspects someone is committing ad fraud.

## Financial record-keeping

### Description

When Google is a party to a financial transaction, including when Google processes your payment or when you make a payment to Google. Lengthy retention of this information is often required for purposes such as accounting, dispute resolution and compliance with tax, escheatment, anti-money laundering, and other financial regulations.

### Scenarios

For example, when you purchase apps from the Play Store or products from the Google Store.

## Complying with legal or regulatory requirements

### Description

To meet any applicable law, regulation, legal process or enforceable governmental request, or is required to enforce applicable Terms of Service, including investigation of potential violations.

### Scenarios

For example, if Google receives a lawful subpoena.

## Ensuring the continuity of our services

### Description

To ensure continuity of service for you and other users.

Scenarios

For example, when you share information with other users (such as when you have sent an email to someone else), deleting it from your Google Account will not eliminate copies maintained by the recipients.

## Direct communications with Google

Description

If you have directly communicated with Google, through a customer support channel, feedback form, or a bug report, Google may retain reasonable records of those communications.

Scenarios

For example, when you send feedback within a Google app like GMail or Drive.

Change language: 

- Google
- About Google
- Privacy
- Terms

Privacy & Terms

Privacy & Terms

Sign in

- Overview
- Privacy Policy
- Terms of Service
- Technologies
- FAQ



- Overview
- Privacy Policy
- Terms of Service
- Technologies

  - Advertising

  - How Google uses cookies

  - How Google uses pattern recognition

  - How Google uses location information

  - How Google uses credit card numbers for payments

  - How Google Voice works

  - Google Product Privacy Guide

  - How Google retains data we collect
- FAQ

Google Product Privacy Guide – Privacy & Terms – Google



Privacy & Terms

- Overview
- Privacy Policy
- Terms of Service
- Technologies
- FAQ
- Google Account

- Technologies
- Advertising
- How Google uses cookies
- How Google uses pattern recognition
- How Google uses location information
- How Google uses credit card numbers for payments
- How Google Voice works
- **Google Product Privacy Guide**
- How Google retains data we collect

GOOGLE PRODUCT PRIVACY GUIDE

Welcome! The articles in this guide will give you more information about how Google's products work and how you can manage your privacy. To learn more about what you can do to protect yourself and your family online, visit our Safety Center.

## Search

- Delete searches and browsing activity
- Your location in Search
- Remove information from Google

## YouTube

- View and manage YouTube watch history
- View and manage YouTube search history
- View and manage video privacy settings
- Control YouTube ads based on my interests
- Collection and use of information on YouTube Kids
- YouTube account settings
- YouTube video settings
- Delete your YouTube channel

## Google Maps

- See your personal places in Maps
- See your location on Maps
- Find your reservations, flight info and more in Maps
- View or delete your Google Maps history
- Manage or delete location history
- Improve your location accuracy
- See and manage your timeline
- Add, delete, or share photos of places

## Android Nexus Devices

- Manage location for your device
- Manage security settings
- Manage settings for Google apps and services on any device that has Google Play installed
- Manage your location history

- Manage location settings for apps
- Back up or restore data on your device

## Google Play

- Add an account on your device
- Manage your shared Play activity
- Read books on Google Play
- Nearby player permissions
- Sharing data with news and magazine publishers
- Sharing your game activity

## Google Drive

- Sharing basics
- Access your files offline
- Privacy and policies
- Manage your maps in Google Drive

## Google Docs (including Docs, Sheets, Slides, Forms, and Drawings)

- Sharing basics
- Publish a document, spreadsheet, presentation, or drawing

## Book Search

- Make bookshelves public or private
- Choose to link your Google Profile to Google Books
- What Google keeps track of as you use Google Books

## Google Payments

- About Google Payments
- Verify your identity
- Disable, close, or reopen your Google Payments account
- Set your payment method with a site or app

# Google Groups

- Control group permissions
- Edit group permissions
- Configure member identity settings
- Delete a post you authored
- Delete, reset or disable a group

# Gmail

- How Gmail ads work
- Choose whether to show images
- Compromised Gmail account
- Delete or restore your Gmail account
- Import, export, & sync contacts
- Gmail security checklist

# Hangouts

- Turn Hangout history on or off
- Delete your Hangout message history
- Change my status and profile picture
- Control how people get in touch with you

# Google Chrome

- Choose your privacy settings
- Delete your cache, history, and other browser data
- Manage multiple users on Chrome
- Incognito mode
- Manage and delete cookies
- Manage location sharing on Chrome
- Turn sync on or off in Chrome

# Google+

- See and edit your Google+ profile
- Delete and manage activity

- Delete your Google+ profile

# Calendar

- Control how you share your calendar with someone
- Change the privacy settings for your event
- Export your calendar

# Ads

- See our privacy information about Advertising
- Control your ads settings

# Blogger

- Edit your Blogger profile
- Export, import and delete your blog
- Control access to your blog
- Manage Google+ for Blogger

# Google Photos

- Hide where photos or videos were taken
- See albums you've shared or joined
- Share photos and videos
- Create, delete, and share photo albums
- Delete photos and videos

# Google News

- Personalization basics
- How Google News stores your settings
- News history personalization

# Google Keep

- Control sharing of notes, lists, and drawings
- Delete notes and lists
- Edit and delete reminders

## Google Analytics

- Safeguarding Google Analytics data
- Opt-out of Analytics for the web

## Google Nest

- Our commitment to privacy in the home
- Sensors in Google Nest devices
- Privacy - Google Nest connected home devices and services

For further assistance with privacy controls in our products, see our privacy troubleshooter.



Change language: [ English ▼ ]

- Google
- About Google
- Privacy
- Terms

Privacy & Terms

Privacy & Terms

Sign in

- Overview
- Privacy Policy
- Terms of Service
- Technologies
- FAQ



- Overview
- Privacy Policy
  - Data transfer frameworks
  - Key terms
  - Partners
  - Updates
- Terms of Service
- Technologies
- FAQ



## Privacy & Terms

- Overview
- Privacy Policy
- Terms of Service
- Technologies
- FAQ
- Google Account

- Privacy Policy
- Data transfer frameworks
- **Key terms**
- Partners
- Updates

KEY TERMS

- Affiliates
- Algorithm
- Application data cache
- Browser web storage
- Cookies
- Device

- Google Account
- IP address
- Non-personally identifiable information
- Personal information
- Pixel tag
- Referrer URL
- Sensitive personal information
- Server logs
- Unique identifiers

# Affiliates

An affiliate is an entity that belongs to the Google group of companies, including the following companies that provide consumer services in the EU: Google Ireland Limited, Google Commerce Ltd, Google Payment Corp, and Google Dialer Inc. Learn more about the companies providing business services in the EU.

# Algorithm

A process or set of rules followed by a computer in performing problem-solving operations.

# Application data cache

An application data cache is a data repository on a device. It can, for example, enable a web application to run without an internet connection and improve the performance of the application by enabling faster loading of content.

# Browser web storage

Browser web storage enables websites to store data in a browser on a device. When used in "local storage" mode, it enables data to be stored across sessions. This makes data retrievable even after a browser has been closed and reopened. One technology that facilitates web storage is HTML 5.

# Cookies

A cookie is a small file containing a string of characters that is sent to your computer when you visit a website. When you visit the site again, the cookie allows that site to recognize your browser. Cookies may store user preferences and other information. You can configure your browser to refuse all cookies or to indicate when a cookie is being sent. However, some website features or

services may not function properly without cookies. Learn more about how Google uses cookies and how Google uses data, including cookies, when you use our partners' sites or apps.

# Device

A device is a computer that can be used to access Google services. For example, desktop computers, tablets, smart speakers, and smartphones are all considered devices.

# Google Account

You may access some of our services by signing up for a Google Account and providing us with some personal information (typically your name, email address, and a password). This account information is used to authenticate you when you access Google services and protect your account from unauthorized access by others. You can edit or delete your account at any time through your Google Account settings.

# IP address

Every device connected to the Internet is assigned a number known as an Internet protocol (IP) address. These numbers are usually assigned in geographic blocks. An IP address can often be used to identify the location from which a device is connecting to the Internet.

# Non-personally identifiable information

This is information that is recorded about users so that it no longer reflects or references an individually-identifiable user.

# Personal information

This is information that you provide to us which personally identifies you, such as your name, email address, or billing information, or other data that can be reasonably linked to such information by Google, such as information we associate with your Google Account.

# Pixel tag

A pixel tag is a type of technology placed on a website or within the body of an email for the purpose of tracking certain activity, such as views of a website or when an email is opened. Pixel tags are often used in combination with cookies.

# Referrer URL

A Referrer URL (Uniform Resource Locator) is information transmitted to a destination webpage by a web browser, typically when you click a link to that page. The Referrer URL contains the URL of the last webpage the browser visited.

## Sensitive personal information

This is a particular category of personal information relating to topics such as confidential medical facts, racial or ethnic origins, political or religious beliefs, or sexuality.

## Server logs

Like most websites, our servers automatically record the page requests made when you visit our sites. These "server logs" typically include your web request, Internet Protocol address, browser type, browser language, the date and time of your request, and one or more cookies that may uniquely identify your browser.

A typical log entry for a search for "cars" looks like this:

```
123.45.67.89 - 25/Mar/2003 10:15:32 -
http://www.google.com/search?q=cars -
Firefox 1.0.7; Windows NT 5.1 -
740674ce2123e969
```

- `123.45.67.89` is the Internet Protocol address assigned to the user by the user's ISP. Depending on the user's service, a different address may be assigned to the user by their service provider each time they connect to the Internet.
- `25/Mar/2003 10:15:32` is the date and time of the query.
- `http://www.google.com/search?q=cars` is the requested URL, including the search query.
- `Firefox 1.0.7; Windows NT 5.1` is the browser and operating system being used.
- `740674ce2123a969` is the unique cookie ID assigned to this particular computer the first time it visited Google. (Cookies can be deleted by users. If the user has deleted the cookie from the computer since the last time they've visited Google, then it will be the unique cookie ID assigned to their device the next time they visit Google from that particular device).

## Unique identifiers

A unique identifier is a string of characters that can be used to uniquely identify a browser, app, or device. Different identifiers vary in how permanent they are, whether they can be reset by users, and how they can be accessed.

Unique identifiers can be used for various purposes, including security and fraud detection, syncing services such as your email inbox, remembering your preferences, and providing personalized advertising. For example, unique identifiers stored in cookies help sites display content in your browser in your preferred language. You can configure your browser to refuse all cookies or to indicate when a cookie is being sent. Learn more about how Google uses cookies.

On other platforms besides browsers, unique identifiers are used to recognize a specific device or app on that device. For example, a unique identifier such as the Advertising ID is used to provide relevant advertising on Android devices, and can be managed in your device's settings. Unique identifiers may also be incorporated into a device by its manufacturer (sometimes called a universally unique ID or UUID), such as the IMEI-number of a mobile phone. For example, a device's unique identifier can be used to customize our service to your device or analyze device issues related to our services.

Change language: English ▼

- Google
- About Google
- Privacy
- Terms

Key terms — Privacy & Terms — Google

2889

# Exhibit "E"



- Terms of Service

- Paid Service Terms of Service
- Paid Service Usage Rules
- Collecting Society Notices
- Copyright Notices
- Community Guidelines

# Terms of Service

## What's in these terms?

This index is designed to help you understand some of the key updates we've made to our Terms of Service (Terms). We hope this serves as a useful guide, but please ensure you read the Terms in full.

**Welcome to YouTube!**
This section outlines our relationship with you. It includes a description of the Service, defines our Agreement, and names your service provider.

**Who May Use the Service?**
This section sets out certain requirements for use of the Service, and defines categories of users.

**Your Use of the Service**
This section explains your rights to use the Service, and the conditions that apply to your

use of the Service. It also explains how we may make changes to the Service.

Your Content and Conduct
This section applies to users who provide Content to the Service. It defines the scope of the permissions that you grant by uploading your Content, and includes your agreement not to upload anything that infringes on anyone else's rights.

Account Suspension and Termination
This section explains how you and YouTube may terminate this relationship.

About Software in the Service
This section includes details about software on the Service.

Other Legal Terms
This section includes our service commitment to you. It also explains that there are some things we will not be responsible for.

About this Agreement
This section includes some further important details about our contract, including what to expect if we need to make changes to these Terms; or which law applies to them.

# Terms of Service

Dated: November 18, 2020

# Welcome to YouTube!

Introduction
Thank you for using the YouTube platform and the products, services and features we make available to you as part of the platform (collectively, the "Service").

Our Service

The Service allows you to discover, watch and share videos and other content, provides a forum for people to connect, inform, and inspire others across the globe, and acts as a distribution platform for original content creators and advertisers large and small. We provide lots of information about our products and how to use them in our Help Center. Among other things, you can find out about YouTube Kids, the YouTube Partner Program and YouTube Paid Memberships and Purchases (where available).You can also read all about enjoying content on other devices like your television, your games console, or Google Home.
Your Service Provider

The entity providing the Service is Google LLC, a company operating under the laws of Delaware, located at 1600 Amphitheatre Parkway, Mountain View, CA 94043 (referred to as "YouTube", "we", "us", or "our"). References to YouTube's "Affiliates" in these terms means the other companies within the

Alphabet Inc. corporate group (now or in the future).

Applicable Terms

Your use of the Service is subject to these terms, the YouTube Community Guidelines and the Policy, Safety and Copyright Policies which may be updated from time to time (together, this "Agreement"). Your Agreement with us will also include the Advertising on YouTube Policies if you provide advertising or sponsorships to the Service or incorporate paid promotions in your content. Any other links or references provided in these terms are for informational use only and are not part of the Agreement.

Please read this Agreement carefully and make sure you understand it. If you do not understand the Agreement, or do not accept any part of it, then you may not use the Service.

# Who may use the Service?

Age Requirements

You must be at least 13 years old to use the Service. However, children of all ages may use YouTube Kids (where available) if enabled by a parent or legal guardian.

Permission by Parent or Guardian

If you are under 18, you represent that you have your parent or guardian's permission to

use the Service. Please have them read this Agreement with you.

If you are a parent or legal guardian of a user under the age of 18, by allowing your child to use the Service, you are subject to the terms of this Agreement and responsible for your child's activity on the Service. You can find tools and resources to help you manage your family's experience on YouTube in our Help Center and through Google's Family Link.
Businesses
If you are using the Service on behalf of a company or organisation, you represent that you have authority to act on behalf of that entity, and that such entity accepts this Agreement.

# Your Use of the Service

Content on the Service
The content on the Service includes videos, audio (for example music and other sounds), graphics, photos, text (such as comments and scripts), branding (including trade names, trademarks, service marks, or logos), interactive features, software, metrics, and other materials whether provided by you, YouTube or a third-party (collectively, "Content").

Content is the responsibility of the person or entity that provides it to the Service. YouTube is under no obligation to host or serve Content. If you see any Content you believe

does not comply with this Agreement, including by violating the Community Guidelines or the law, you can report it to us. Google Accounts and YouTube Channels You can use parts of the Service, such as browsing and searching for Content, without having a Google account. However, you do need a Google account to use some features. With a Google account, you may be able to like videos, subscribe to channels, create your own YouTube channel, and more. You can follow these instructions to create a Google account.

Creating a YouTube channel will give you access to additional features and functions, such as uploading videos, making comments or creating playlists (where available). Here are some details about how to create your own YouTube channel.

To protect your Google account, keep your password confidential. You should not reuse your Google account password on third-party applications. Learn more about keeping your Google account secure, including what to do if you learn of any unauthorized use of your password or Google account.

Your Information

Our Privacy Policy explains how we treat your personal data and protect your privacy when you use the Service. The YouTube Kids Privacy Notice provides additional information about our privacy practices that are specific to YouTube Kids.

We will process any audio or audiovisual content uploaded by you to the Service in accordance with the YouTube Data

Processing Terms, except in cases where you uploaded such content for personal purposes or household activities. Learn More.

Permissions and Restrictions

You may access and use the Service as made available to you, as long as you comply with this Agreement and applicable law. You may view or listen to Content for your personal, non-commercial use. You may also show YouTube videos through the embeddable YouTube player.

The following restrictions apply to your use of the Service. You are not allowed to:

1. access, reproduce, download, distribute, transmit, broadcast, display, sell, license, alter, modify or otherwise use any part of the Service or any Content except: (a) as expressly authorized by the Service; or (b) with prior written permission from YouTube and, if applicable, the respective rights holders;

2. circumvent, disable, fraudulently engage with, or otherwise interfere with any part of the Service (or attempt to do any of these things), including security-related features or features that (a) prevent or restrict the copying or other use of Content or (b) limit the use of the Service or Content;

3. access the Service using any automated means (such as robots, botnets or scrapers) except (a) in the case of public search engines, in accordance with

YouTube's robots.txt file; or (b) with YouTube's prior written permission;

4. collect or harvest any information that might identify a person (for example, usernames or faces), unless permitted by that person or allowed under section (3) above;

5. use the Service to distribute unsolicited promotional or commercial content or other unwanted or mass solicitations;

6. cause or encourage any inaccurate measurements of genuine user engagement with the Service, including by paying people or providing them with incentives to increase a video's views, likes, or dislikes, or to increase a channel's subscribers, or otherwise manipulate metrics in any manner;

7. misuse any reporting, flagging, complaint, dispute, or appeals process, including by making groundless, vexatious, or frivolous submissions;

8. run contests on or through the Service that do not comply with YouTube's contest policies and guidelines;

9. use the Service to view or listen to Content other than for personal, non-commercial use (for example, you may not publicly screen videos or stream music from the Service); or

10. use the Service to (a) sell any advertising, sponsorships, or promotions placed on, around, or within the Service

or Content, other than those allowed in the Advertising on YouTube policies (such as compliant product placements); or (b) sell advertising, sponsorships, or promotions on any page of any website or application that only contains Content from the Service or where Content from the Service is the primary basis for such sales (for example, selling ads on a webpage where YouTube videos are the main draw for users visiting the webpage).

Reservation

Using the Service does not give you ownership of or rights to any aspect of the Service, including user names or any other Content posted by others or YouTube.

Changes to the Service

YouTube is constantly changing and improving the Service. We may also need to alter or discontinue the Service, or any part of it, in order to make performance or security improvements, change functionality and features, make changes to comply with law, or prevent illegal activities on or abuse of our systems. These changes may affect all users, some users or even an individual user. Whenever reasonably possible, we will provide notice when we discontinue or make material changes to our Service that will have an adverse impact on the use of our Service. However, you understand and agree that there will be times when we make such

changes without notice, such as where we feel we need to take action to improve the security and operability of our Service, prevent abuse, or comply with legal requirements.

## Your Content and Conduct

Uploading Content

If you have a YouTube channel, you may be able to upload Content to the Service. You may use your Content to promote your business or artistic enterprise. If you choose to upload Content, you must not submit to the Service any Content that does not comply with this Agreement (including the YouTube Community Guidelines) or the law. For example, the Content you submit must not include third-party intellectual property (such as copyrighted material) unless you have permission from that party or are otherwise legally entitled to do so. You are legally responsible for the Content you submit to the Service. We may use automated systems that analyze your Content to help detect infringement and abuse, such as spam, malware, and illegal content.

Rights you Grant

You retain ownership rights in your Content. However, we do require you to grant certain rights to YouTube and other users of the Service, as described below.

License to YouTube

By providing Content to the Service, you grant to YouTube a worldwide, non-exclusive, royalty-free, sublicensable and transferable license to use that Content (including to reproduce, distribute, prepare derivative works, display and perform it) in connection with the Service and YouTube's (and its successors' and Affiliates') business, including for the purpose of promoting and redistributing part or all of the Service.

License to Other Users

You also grant each other user of the Service a worldwide, non-exclusive, royalty-free license to access your Content through the Service, and to use that Content, including to reproduce, distribute, prepare derivative works, display, and perform it, only as enabled by a feature of the Service (such as video playback or embeds). For clarity, this license does not grant any rights or permissions for a user to make use of your Content independent of the Service.

Duration of License

The licenses granted by you continue for a commercially reasonable period of time after you remove or delete your Content from the Service. You understand and agree, however, that YouTube may retain, but not display, distribute, or perform, server copies of your videos that have been removed or deleted.

Right to Monetize

You grant to YouTube the right to monetize your Content on the Service (and such monetization may include displaying ads on or within Content or charging users a fee for access). This Agreement does not entitle you to any payments. Starting November 18, 2020, any payments you may be entitled to receive from YouTube under any other agreement between you and YouTube (including for example payments under the YouTube Partner Program, Channel memberships or Super Chat) will be treated as royalties.  If required by law, Google will withhold taxes from such payments.

Removing Your Content

You may remove your Content from the Service at any time. You also have the option to make a copy of your Content before removing it. You must remove your Content if you no longer have the rights required by these terms.

Removal of Content By YouTube

If we reasonably believe that any Content is in breach of this Agreement or may cause harm to YouTube, our users, or third parties, we may remove or take down that Content in our discretion. We will notify you with the reason for our action unless we reasonably believe that to do so: (a) would breach the law or the direction of a legal enforcement authority or would otherwise risk legal liability for

YouTube or our Affiliates; (b) would compromise an investigation or the integrity or operation of the Service; or (c) would cause harm to any user, other third party, YouTube or our Affiliates. You can learn more about reporting and enforcement, including how to appeal on the Troubleshooting page of our Help Center.

Copyright Protection

We provide information to help copyright holders manage their intellectual property online in our YouTube Copyright Center. If you believe your copyright has been infringed on the Service, please send us a notice. We respond to notices of alleged copyright infringement according to the process in our YouTube Copyright Center, where you can also find information about how to resolve a copyright strike. YouTube's policies provide for the termination, in appropriate circumstances, of repeat infringers' access to the Service.

# Account Suspension & Termination

Terminations by You

You may stop using the Service at any time. Follow these instructions to delete the Service from your Google Account, which involves closing your YouTube channel and removing your data. You also have the option to download a copy of your data first.

Terminations and Suspensions by YouTube for Cause

YouTube may suspend or terminate your access, your Google account, or your Google account's access to all or part of the Service if (a) you materially or repeatedly breach this Agreement; (b) we are required to do so to comply with a legal requirement or a court order; or (c) we believe there has been conduct that creates (or could create) liability or harm to any user, other third party, YouTube or our Affiliates.

Terminations by YouTube for Service Changes

YouTube may terminate your access, or your Google account's access to all or part of the Service if YouTube believes, in its sole discretion, that provision of the Service to you is no longer commercially viable.

Notice for Termination or Suspension

We will notify you with the reason for termination or suspension by YouTube unless we reasonably believe that to do so: (a) would violate the law or the direction of a legal enforcement authority, or would otherwise risk legal liability for YouTube or our Affiliates; (b) would compromise an investigation or the integrity or operation of the Service; or (c) would cause harm to any user, other third party, YouTube or our Affiliates. Where YouTube is terminating your access for Service changes, where reasonably possible, you will be provided with

sufficient time to export your Content from the Service.

Effect of Account Suspension or Termination

If your Google account is terminated or your Google account's access to the Service is restricted, you may continue using certain aspects of the Service (such as viewing only) without an account, and this Agreement will continue to apply to such use. If you believe your Google account has been terminated in error, you can appeal using this form.

# About Software in the Service

Downloadable Software
When the Service requires or includes downloadable software (such as the YouTube Studio application), you give permission for that software to update automatically on your device once a new version or feature is available, subject to your device settings. Unless that software is governed by additional terms which provide a license, YouTube gives you a personal, worldwide, royalty-free, non-assignable and non-exclusive license to use the software provided to you by YouTube as part of the Service. This license is for the sole purpose of enabling you to use and enjoy the benefit of the Service as provided by YouTube, in the manner permitted by this Agreement. You are not allowed to copy, modify, distribute, sell, or lease any part of the software, or to reverse-engineer or attempt to extract the source

code of that software, unless laws prohibit
these restrictions or you have YouTube's
written permission.

Open Source
Some software used in our Service may be
offered under an open source license that we
make available to you. There may be
provisions in an open source license that
expressly override some of these terms, so
please be sure to read those licenses.

# Other Legal Terms

Warranty Disclaimer
OTHER THAN AS EXPRESSLY STATED IN
THIS AGREEMENT OR AS REQUIRED BY LAW,
THE SERVICE IS PROVIDED "AS IS" AND
YOUTUBE DOES NOT MAKE ANY SPECIFIC
COMMITMENTS OR WARRANTIES ABOUT
THE SERVICE. FOR EXAMPLE, WE DON'T
MAKE ANY WARRANTIES ABOUT: (A) THE
CONTENT PROVIDED THROUGH THE
SERVICE; (B) THE SPECIFIC FEATURES OF
THE SERVICE, OR ITS ACCURACY,
RELIABILITY, AVAILABILITY, OR ABILITY TO
MEET YOUR NEEDS; OR (C) THAT ANY
CONTENT YOU SUBMIT WILL BE
ACCESSIBLE ON THE SERVICE.

Limitation of Liability

EXCEPT AS REQUIRED BY APPLICABLE LAW,
YOUTUBE, ITS AFFILIATES, OFFICERS,
DIRECTORS, EMPLOYEES AND AGENTS WILL

NOT BE RESPONSIBLE FOR ANY LOSS OF PROFITS, REVENUES, BUSINESS OPPORTUNITIES, GOODWILL, OR ANTICIPATED SAVINGS; LOSS OR CORRUPTION OF DATA; INDIRECT OR CONSEQUENTIAL LOSS; PUNITIVE DAMAGES CAUSED BY:

1. ERRORS, MISTAKES, OR INACCURACIES ON THE SERVICE;

2. PERSONAL INJURY OR PROPERTY DAMAGE RESULTING FROM YOUR USE OF THE SERVICE;

3. ANY UNAUTHORIZED ACCESS TO OR USE OF THE SERVICE;

4. ANY INTERRUPTION OR CESSATION OF THE SERVICE;

5. ANY VIRUSES OR MALICIOUS CODE TRANSMITTED TO OR THROUGH THE SERVICE BY ANY THIRD PARTY;

6. ANY CONTENT WHETHER SUBMITTED BY A USER OR YOUTUBE, INCLUDING YOUR USE OF CONTENT; AND/OR

7. THE REMOVAL OR UNAVAILABILITY OF ANY CONTENT.

THIS PROVISION APPLIES TO ANY CLAIM, REGARDLESS OF WHETHER THE CLAIM ASSERTED IS BASED ON WARRANTY, CONTRACT, TORT, OR ANY OTHER LEGAL THEORY.

YOUTUBE AND ITS AFFILIATES' TOTAL LIABILITY FOR ANY CLAIMS ARISING FROM OR RELATING TO THE SERVICE IS LIMITED TO THE GREATER OF: (A) THE AMOUNT OF REVENUE THAT YOUTUBE HAS PAID TO YOU FROM YOUR USE OF THE SERVICE IN THE 12 MONTHS BEFORE THE DATE OF YOUR NOTICE, IN WRITING TO YOUTUBE, OF THE CLAIM; AND (B) USD $500.

Indemnity

To the extent permitted by applicable law, you agree to defend, indemnify and hold harmless YouTube, its Affiliates, officers, directors, employees and agents, from and against any and all claims, damages, obligations, losses, liabilities, costs or debt, and expenses (including but not limited to attorney's fees) arising from: (i) your use of and access to the Service; (ii) your violation of any term of this Agreement; (iii) your violation of any third party right, including without limitation any copyright, property, or privacy right; or (iv) any claim that your Content caused damage to a third party. This defense and indemnification obligation will survive this Agreement and your use of the Service.

Third-Party Links
The Service may contain links to third-party websites and online services that are not owned or controlled by YouTube. YouTube has no control over, and assumes no responsibility for, such websites and online

services. Be aware when you leave the Service; we suggest you read the terms and privacy policy of each third-party website and online service that you visit.

# About this Agreement

### Modifying this Agreement

We may modify this Agreement, for example, to reflect changes to our Service or for legal, regulatory, or security reasons. YouTube will provide reasonable advance notice of any material modifications to this Agreement and the opportunity to review them, except that modifications addressing newly available features of the Service or modifications made for legal reasons may be effective immediately without notice. Modifications to this Agreement will only apply going forward. If you do not agree to the modified terms, you should remove any Content you have uploaded and discontinue your use of the Service.

### Continuation of this Agreement

If your use of the Service ends, the following terms of this Agreement will continue to apply to you: "Other Legal Terms", "About This Agreement", and the licenses granted by you will continue as described under "Duration of License".

### Severance

If it turns out that a particular term of this

Agreement is not enforceable for any reason, this will not affect any other terms.

No Waiver

If you fail to comply with this Agreement and we do not take immediate action, this does not mean that we are giving up any rights that we may have (such as the right to take action in the future).

Interpretation

In these terms, "include" or "including" means "including but not limited to," and any examples we give are for illustrative purposes.

Governing Law

All claims arising out of or relating to these terms or the Service will be governed by California law, except California's conflict of laws rules, and will be litigated exclusively in the federal or state courts of Santa Clara County, California, USA. You and YouTube consent to personal jurisdiction in those courts.

Limitation on Legal Action

YOU AND YOUTUBE AGREE THAT ANY CAUSE OF ACTION ARISING OUT OF OR RELATED TO THE SERVICES MUST COMMENCE WITHIN ONE (1) YEAR AFTER THE CAUSE OF ACTION ACCRUES. OTHERWISE, SUCH CAUSE OF ACTION IS PERMANENTLY BARRED.

Effective as of November 18, 2020 (view previous version)

# Exhibit "F"



- Terms of Service

- Paid Service Terms of Service
- Paid Service Usage Rules
- Collecting Society Notices
- Copyright Notices
- Community Guidelines

# Terms of Service

Our Terms of Service have been updated.

This summary is designed to help you understand some of the key updates we've made to our Terms of Service (Terms). We hope this serves as a useful guide, but please ensure you read the new Terms in full.

Welcome to YouTube!
This section outlines our relationship with you. It includes a description of the Service, defines our Agreement, and names your service provider. Key updates:

- Service Provider. Your service provider is now Google LLC.

- Policies. We have added a link to the Policy, Safety and Copyright Policies, and our Advertising on YouTube Policies, which all form part of the Agreement.

2913

These are the policies that underpin our Community Guidelines, and we wanted to make sure to call out this detail to you upfront in our Terms.

- Affiliates. To ensure you understand exactly who we mean when we talk about our group companies, we've included a definition of our "Affiliates", meaning the companies in the Alphabet corporate group.

## Who May Use the Service?

This section sets out certain requirements for use of the Service, and defines categories of users. Key updates:

- Age Requirements. We have stated the specific age requirements for your country, reflecting our Google wide policies, and included a notice that, if you are a minor in your country, you must always have your parent or guardian's permission before using the Service.
- Parental Permission. We've added a section to explain your responsibility if you allow your child to use YouTube.

- Businesses. Our Terms now make clear that, if you are using the Service on behalf of a company or organisation, that business accepts this Agreement.

## Your Use of the Service

This section explains your rights to use the Service, and the conditions that apply to your use of the Service. It also explains how we

may make changes to the Service. Key updates:

- Google Accounts and YouTube Channels. We've provided details about which features of the Service can be accessed without a Google account or YouTube channel, and which features require one.
- Your Information. We haven't made any changes to the way we treat your information. You can read about our privacy practices by reviewing the Privacy Policy and YouTube Kids Privacy Notice. As a reminder, you can always review your privacy settings and manage your data and personalisation by visiting your Google Account.
- Restrictions. We have updated this section to reflect our requirements around contests, and to include a prohibition on manipulating metrics.

- Service Changes. We have improved our Terms to be more transparent about why we might need to make changes to the Service, and provided a commitment to give you notice when those changes might affect you.

Your Content and Conduct
This section applies to users who provide Content to the Service. It defines the scope of the permissions that you grant by uploading your Content, and includes your agreement not to upload anything that infringes on anyone else's rights. Key updates:

- License. We've clarified the content license you grant us to make it easier to understand. We're not asking for additional permissions and there's no difference in how we're using your content.

- Duration. We have removed the right for YouTube to use your comments in perpetuity.

- Removals. We have included a link to the tools you will need to remove your content, as well as a clear description about why we might need to take down content, and how to appeal removals.

- Analyzing Content. We may automatically analyze content on YouTube, to help detect abuse and keep the platform safe.

Account Suspension and Termination
This section explains how you and YouTube may terminate this relationship. Key updates:

- Terminations. Our Terms now include more details about when we might need to terminate our Agreement with bad actors. We provide a greater commitment to give notice when we take such action and what you can do to appeal if you think we've got it wrong. We've also added instructions for you, if you decide you no longer want to use the Service.

About Software in the Service

This section includes details about software on the Service. Key updates:

- Software Licences. We've made the software licence we grant you more specific, and included some details around open source.

Other Legal Terms

This section includes our service commitment to you. It also explains that there are some things we will not be responsible for. Key updates:

- Our liability. We've made changes to the disclaimers and limitations of liability in the Terms.

About this Agreement

This section includes some further important details about our contract, including what to expect if we need to make changes to these Terms; or which law applies to them. Key updates:

- Modifications. We want to give you the chance to review future material updates to these Terms.

Still have questions?

You can also find further details in our Help Center.

-----

# Terms of Service

Dated: December 10, 2019

# Welcome to YouTube!

Introduction
Thank you for using the YouTube platform and the products, services and features we make available to you as part of the platform (collectively, the "Service").

Our Service

The Service allows you to discover, watch and share videos and other content, provides a forum for people to connect, inform, and inspire others across the globe, and acts as a distribution platform for original content creators and advertisers large and small. We provide lots of information about our products and how to use them in our Help Center. Among other things, you can find out about YouTube Kids, the YouTube Partner Program and YouTube Paid Memberships and Purchases (where available).You can also read all about enjoying content on other devices like your television, your games console, or Google Home.
Your Service Provider

The entity providing the Service is Google LLC, a company operating under the laws of Delaware, located at 1600 Amphitheatre Parkway, Mountain View, CA 94043 (referred to as "YouTube", "we", "us", or "our"). References to YouTube's "Affiliates" in these

terms means the other companies within the Alphabet Inc. corporate group (now or in the future).

Applicable Terms

Your use of the Service is subject to these terms, the YouTube Community Guidelines and the Policy, Safety and Copyright Policies which may be updated from time to time (together, this "Agreement"). Your Agreement with us will also include the Advertising on YouTube Policies if you provide advertising or sponsorships to the Service or incorporate paid promotions in your content. Any other links or references provided in these terms are for informational use only and are not part of the Agreement.

Please read this Agreement carefully and make sure you understand it. If you do not understand the Agreement, or do not accept any part of it, then you may not use the Service.

# Who may use the Service?

Age Requirements

You must be at least 13 years old to use the Service. However, children of all ages may use YouTube Kids (where available) if enabled by a parent or legal guardian.

Permission by Parent or Guardian

If you are under 18, you represent that you have your parent or guardian's permission to use the Service. Please have them read this Agreement with you.

If you are a parent or legal guardian of a user under the age of 18, by allowing your child to use the Service, you are subject to the terms of this Agreement and responsible for your child's activity on the Service. You can find tools and resources to help you manage your family's experience on YouTube in our Help Center and through Google's Family Link. Businesses
If you are using the Service on behalf of a company or organisation, you represent that you have authority to act on behalf of that entity, and that such entity accepts this Agreement.

# Your Use of the Service

Content on the Service
The content on the Service includes videos, audio (for example music and other sounds), graphics, photos, text (such as comments and scripts), branding (including trade names, trademarks, service marks, or logos), interactive features, software, metrics, and other materials whether provided by you, YouTube or a third-party (collectively, "Content").

Content is the responsibility of the person or entity that provides it to the Service. YouTube

is under no obligation to host or serve Content. If you see any Content you believe does not comply with this Agreement, including by violating the Community Guidelines or the law, you can report it to us. Google Accounts and YouTube Channels You can use parts of the Service, such as browsing and searching for Content, without having a Google account. However, you do need a Google account to use some features. With a Google account, you may be able to like videos, subscribe to channels, create your own YouTube channel, and more. You can follow these instructions to create a Google account.

Creating a YouTube channel will give you access to additional features and functions, such as uploading videos, making comments or creating playlists (where available). Here are some details about how to create your own YouTube channel.

To protect your Google account, keep your password confidential. You should not reuse your Google account password on third-party applications. Learn more about keeping your Google account secure, including what to do if you learn of any unauthorised use of your password or Google account.

Your Information

Our Privacy Policy explains how we treat your personal data and protect your privacy when you use the Service. The YouTube Kids Privacy Notice provides additional information about our privacy practices that are specific to YouTube Kids.

We will process any audio or audiovisual content uploaded by you to the Service in accordance with the YouTube Data Processing Terms, except in cases where you uploaded such content for personal purposes or household activities. Learn More.
Permissions and Restrictions
You may access and use the Service as made available to you, as long as you comply with this Agreement and applicable law. You may view or listen to Content for your personal, non-commercial use. You may also show YouTube videos through the embeddable YouTube player.

The following restrictions apply to your use of the Service. You are not allowed to:

1. access, reproduce, download, distribute, transmit, broadcast, display, sell, license, alter, modify or otherwise use any part of the Service or any Content except: (a) as expressly authorized by the Service; or (b) with prior written permission from YouTube and, if applicable, the respective rights holders;

2. circumvent, disable, fraudulently engage with, or otherwise interfere with any part of the Service (or attempt to do any of these things), including security-related features or features that (a) prevent or restrict the copying or other use of Content or (b) limit the use of the Service or Content;

3. access the Service using any automated means (such as robots, botnets or scrapers) except (a) in the case of public search engines, in accordance with YouTube's robots.txt file; or (b) with YouTube's prior written permission;

4. collect or harvest any information that might identify a person (for example, usernames), unless permitted by that person or allowed under section (3) above;

5. use the Service to distribute unsolicited promotional or commercial content or other unwanted or mass solicitations;

6. cause or encourage any inaccurate measurements of genuine user engagement with the Service, including by paying people or providing them with incentives to increase a video's views, likes, or dislikes, or to increase a channel's subscribers, or otherwise manipulate metrics in any manner;

7. misuse any reporting, flagging, complaint, dispute, or appeals process, including by making groundless, vexatious, or frivolous submissions;

8. run contests on or through the Service that do not comply with YouTube's contest policies and guidelines;

9. use the Service to view or listen to Content other than for personal, non-commercial use (for example, you may

2923

not publicly screen videos or stream music from the Service); or

10. use the Service to (a) sell any advertising, sponsorships, or promotions placed on, around, or within the Service or Content, other than those allowed in the Advertising on YouTube policies (such as compliant product placements); or (b) sell advertising, sponsorships, or promotions on any page of any website or application that only contains Content from the Service or where Content from the Service is the primary basis for such sales (for example, selling ads on a webpage where YouTube videos are the main draw for users visiting the webpage).

Reservation

Using the Service does not give you ownership of or rights to any aspect of the Service, including user names or any other Content posted by others or YouTube.

Changes to the Service

YouTube is constantly changing and improving the Service. We may also need to alter or discontinue the Service, or any part of it, in order to make performance or security improvements, change functionality and features, make changes to comply with law, or prevent illegal activities on or abuse of our systems. These changes may affect all users, some users or even an individual user.

Whenever reasonably possible, we will provide notice when we discontinue or make material changes to our Service that will have an adverse impact on the use of our Service. However, you understand and agree that there will be times when we make such changes without notice, such as where we feel we need to take action to improve the security and operability of our Service, prevent abuse, or comply with legal requirements.

# Your Content and Conduct

Uploading Content

If you have a YouTube channel, you may be able to upload Content to the Service. You may use your Content to promote your business or artistic enterprise. If you choose to upload Content, you must not submit to the Service any Content that does not comply with this Agreement (including the YouTube Community Guidelines) or the law. For example, the Content you submit must not include third-party intellectual property (such as copyrighted material) unless you have permission from that party or are otherwise legally entitled to do so. You are legally responsible for the Content you submit to the Service. We may use automated systems that analyze your Content to help detect infringement and abuse, such as spam, malware, and illegal content.

Rights you Grant

You retain ownership rights in your Content. However, we do require you to grant certain rights to YouTube and other users of the Service, as described below.

License to YouTube

By providing Content to the Service, you grant to YouTube a worldwide, non-exclusive, royalty-free, sublicensable and transferable license to use that Content (including to reproduce, distribute, prepare derivative works, display and perform it) in connection with the Service and YouTube's (and its successors' and Affiliates') business, including for the purpose of promoting and redistributing part or all of the Service.

License to Other Users

You also grant each other user of the Service a worldwide, non-exclusive, royalty-free license to access your Content through the Service, and to use that Content, including to reproduce, distribute, prepare derivative works, display, and perform it, only as enabled by a feature of the Service (such as video playback or embeds). For clarity, this license does not grant any rights or permissions for a user to make use of your Content independent of the Service.

Duration of License

The licenses granted by you continue for a commercially reasonable period of time after

you remove or delete your Content from the Service. You understand and agree, however, that YouTube may retain, but not display, distribute, or perform, server copies of your videos that have been removed or deleted.

Removing Your Content

You may remove your Content from the Service at any time. You also have the option to make a copy of your Content before removing it. You must remove your Content if you no longer have the rights required by these terms.

Removal of Content By YouTube

If we reasonably believe that any Content is in breach of this Agreement or may cause harm to YouTube, our users, or third parties, we may remove or take down that Content in our discretion. We will notify you with the reason for our action unless we reasonably believe that to do so: (a) would breach the law or the direction of a legal enforcement authority or would otherwise risk legal liability for YouTube or our Affiliates; (b) would compromise an investigation or the integrity or operation of the Service; or (c) would cause harm to any user, other third party, YouTube or our Affiliates. You can learn more about reporting and enforcement, including how to appeal on the Troubleshooting page of our Help Center.

Copyright Protection

We provide information to help copyright holders manage their intellectual property online in our YouTube Copyright Center. If you believe your copyright has been infringed on the Service, please send us a notice. We respond to notices of alleged copyright infringement according to the process in our YouTube Copyright Center, where you can also find information about how to resolve a copyright strike. YouTube's policies provide for the termination, in appropriate circumstances, of repeat infringers' access to the Service.

# Account Suspension & Termination

Terminations by You
You may stop using the Service at any time. Follow these instructions to delete the Service from your Google Account, which involves closing your YouTube channel and removing your data. You also have the option to download a copy of your data first.
Terminations and Suspensions by YouTube for Cause

YouTube may suspend or terminate your access, your Google account, or your Google account's access to all or part of the Service if (a) you materially or repeatedly breach this Agreement; (b) we are required to do so to comply with a legal requirement or a court order; or (c) we believe there has been conduct that creates (or could create) liability

or harm to any user, other third party, YouTube or our Affiliates.

Terminations by YouTube for Service Changes

YouTube may terminate your access, or your Google account's access to all or part of the Service if YouTube believes, in its sole discretion, that provision of the Service to you is no longer commercially viable.

Notice for Termination or Suspension

We will notify you with the reason for termination or suspension by YouTube unless we reasonably believe that to do so: (a) would violate the law or the direction of a legal enforcement authority, or would otherwise risk legal liability for YouTube or our Affiliates; (b) would compromise an investigation or the integrity or operation of the Service; or (c) would cause harm to any user, other third party, YouTube or our Affiliates. Where YouTube is terminating your access for Service changes, where reasonably possible, you will be provided with sufficient time to export your Content from the Service.

Effect of Account Suspension or Termination

If your Google account is terminated or your Google account's access to the Service is restricted, you may continue using certain aspects of the Service (such as viewing only)

without an account, and this Agreement will continue to apply to such use. If you believe your Google account has been terminated in error, you can appeal using this form.

# About Software in the Service

Downloadable Software

When the Service requires or includes downloadable software (such as the YouTube Studio application), you give permission for that software to update automatically on your device once a new version or feature is available, subject to your device settings. Unless that software is governed by additional terms which provide a license, YouTube gives you a personal, worldwide, royalty-free, non-assignable and non-exclusive license to use the software provided to you by YouTube as part of the Service. This license is for the sole purpose of enabling you to use and enjoy the benefit of the Service as provided by YouTube, in the manner permitted by this Agreement. You are not allowed to copy, modify, distribute, sell, or lease any part of the software, or to reverse-engineer or attempt to extract the source code of that software, unless laws prohibit these restrictions or you have YouTube's written permission.

Open Source

Some software used in our Service may be offered under an open source license that we make available to you. There may be provisions in an open source license that

expressly override some of these terms, so please be sure to read those licenses.

## Other Legal Terms

Warranty Disclaimer

OTHER THAN AS EXPRESSLY STATED IN THIS AGREEMENT OR AS REQUIRED BY LAW, THE SERVICE IS PROVIDED "AS IS" AND YOUTUBE DOES NOT MAKE ANY SPECIFIC COMMITMENTS OR WARRANTIES ABOUT THE SERVICE. FOR EXAMPLE, WE DON'T MAKE ANY WARRANTIES ABOUT: (A) THE CONTENT PROVIDED THROUGH THE SERVICE; (B) THE SPECIFIC FEATURES OF THE SERVICE, OR ITS ACCURACY, RELIABILITY, AVAILABILITY, OR ABILITY TO MEET YOUR NEEDS; OR (C) THAT ANY CONTENT YOU SUBMIT WILL BE ACCESSIBLE ON THE SERVICE.

Limitation of Liability

EXCEPT AS REQUIRED BY APPLICABLE LAW, YOUTUBE, ITS AFFILIATES, OFFICERS, DIRECTORS, EMPLOYEES AND AGENTS WILL NOT BE RESPONSIBLE FOR ANY LOSS OF PROFITS, REVENUES, BUSINESS OPPORTUNITIES, GOODWILL, OR ANTICIPATED SAVINGS; LOSS OR CORRUPTION OF DATA; INDIRECT OR CONSEQUENTIAL LOSS; PUNITIVE DAMAGES CAUSED BY:

1. ERRORS, MISTAKES, OR INACCURACIES ON THE SERVICE;

2. PERSONAL INJURY OR PROPERTY DAMAGE RESULTING FROM YOUR USE OF THE SERVICE;

3. ANY UNAUTHORIZED ACCESS TO OR USE OF THE SERVICE;

4. ANY INTERRUPTION OR CESSATION OF THE SERVICE;

5. ANY VIRUSES OR MALICIOUS CODE TRANSMITTED TO OR THROUGH THE SERVICE BY ANY THIRD PARTY;

6. ANY CONTENT WHETHER SUBMITTED BY A USER OR YOUTUBE, INCLUDING YOUR USE OF CONTENT; AND/OR

7. THE REMOVAL OR UNAVAILABILITY OF ANY CONTENT.

THIS PROVISION APPLIES TO ANY CLAIM, REGARDLESS OF WHETHER THE CLAIM ASSERTED IS BASED ON WARRANTY, CONTRACT, TORT, OR ANY OTHER LEGAL THEORY.

YOUTUBE AND ITS AFFILIATES' TOTAL LIABILITY FOR ANY CLAIMS ARISING FROM OR RELATING TO THE SERVICE IS LIMITED TO THE GREATER OF: (A) THE AMOUNT OF REVENUE THAT YOUTUBE HAS PAID TO YOU FROM YOUR USE OF THE SERVICE IN THE 12 MONTHS BEFORE THE DATE OF YOUR NOTICE, IN WRITING TO YOUTUBE, OF THE CLAIM; AND (B) USD $500.

Indemnity

To the extent permitted by applicable law, you agree to defend, indemnify and hold harmless YouTube, its Affiliates, officers, directors, employees and agents, from and against any and all claims, damages, obligations, losses, liabilities, costs or debt, and expenses (including but not limited to attorney's fees) arising from: (i) your use of and access to the Service; (ii) your violation of any term of this Agreement; (iii) your violation of any third party right, including without limitation any copyright, property, or privacy right; or (iv) any claim that your Content caused damage to a third party. This defense and indemnification obligation will survive this Agreement and your use of the Service.

Third-Party Links
The Service may contain links to third-party websites and online services that are not owned or controlled by YouTube. YouTube has no control over, and assumes no responsibility for, such websites and online services. Be aware when you leave the Service; we suggest you read the terms and privacy policy of each third-party website and online service that you visit.

# About this Agreement

Modifying this Agreement
We may modify this Agreement, for example,

to reflect changes to our Service or for legal, regulatory, or security reasons. YouTube will provide reasonable advance notice of any material modifications to this Agreement and the opportunity to review them, except that modifications addressing newly available features of the Service or modifications made for legal reasons may be effective immediately without notice. Modifications to this Agreement will only apply going forward. If you do not agree to the modified terms, you should remove any Content you have uploaded and discontinue your use of the Service.

Continuation of this Agreement
If your use of the Service ends, the following terms of this Agreement will continue to apply to you: "Other Legal Terms", "About This Agreement", and the licenses granted by you will continue as described under "Duration of License".

Severance
If it turns out that a particular term of this Agreement is not enforceable for any reason, this will not affect any other terms.

No Waiver
If you fail to comply with this Agreement and we do not take immediate action, this does not mean that we are giving up any rights that we may have (such as the right to take action in the future).

Interpretation

In these terms, "include" or "including" means "including but not limited to," and any examples we give are for illustrative purposes.

Governing Law

All claims arising out of or relating to these terms or the Service will be governed by California law, except California's conflict of laws rules, and will be litigated exclusively in the federal or state courts of Santa Clara County, California, USA. You and YouTube consent to personal jurisdiction in those courts.

Limitation on Legal Action

YOU AND YOUTUBE AGREE THAT ANY CAUSE OF ACTION ARISING OUT OF OR RELATED TO THE SERVICES MUST COMMENCE WITHIN ONE (1) YEAR AFTER THE CAUSE OF ACTION ACCRUES. OTHERWISE, SUCH CAUSE OF ACTION IS PERMANENTLY BARRED.

Effective as of December 10, 2019 (view previous version)

# Exhibit "G"



# Terms of Service

**Terms of Service**

Paid Service Terms of Service

Paid Service Usage Rules

Collecting Society Notices

Copyright Notices

Community Guidelines

**1. Your Acceptance**

A. By using or visiting the YouTube website or any YouTube products, software, data feeds, and services provided to you on, from, or through the YouTube website (collectively the "Service") you signify your agreement to (1) these terms and conditions (the "Terms of Service"), (2) Google's Privacy Policy, found at https://www.youtube.com/t/privacy and incorporated herein by reference, and (3) YouTube's Community Guidelines, found at https://www.youtube.com/t/community_guidelines and also incorporated herein by reference. If you do not agree to any of these terms, the Google Privacy Policy, or the Community Guidelines, please do not use the Service.

B. Although we may attempt to notify you when major changes are made to these Terms of Service, you should periodically review the most up-to-date version https://www.youtube.com/t/terms). YouTube may, in its sole discretion, modify or revise these Terms of Service and policies at any time, and you agree to be bound by such modifications or revisions. Nothing in these Terms of Service shall be deemed to confer any third-party rights or benefits.

**2. Service**

A. These Terms of Service apply to all users of the Service, including users who are also contributors of Content on the Service. "Content" includes the text, software, scripts, graphics, photos, sounds, music, videos, audiovisual combinations, interactive features and other materials you may view on, access through, or contribute to the Service. The Service includes all aspects of YouTube, including but not limited to all products, software and services offered via the YouTube website, such as the

YouTube channels, the YouTube "Embeddable Player," the YouTube "Uploader" and other applications.

B. The Service may contain links to third party websites that are not owned or controlled by YouTube. YouTube has no control over, and assumes no responsibility for, the content, privacy policies, or practices of any third party websites. In addition, YouTube will not and cannot censor or edit the content of any third-party site. By using the Service, you expressly relieve YouTube from any and all liability arising from your use of any third-party website.

C. Accordingly, we encourage you to be aware when you leave the Service and to read the terms and conditions and privacy policy of each other website that you visit.

## 3. YouTube Accounts

A. In order to access some features of the Service, you will have to create a YouTube or Google Account. You may never use another's account without permission. When creating your account, you must provide accurate and complete information. You are solely responsible for the activity that occurs on your account, and you must keep your account password secure. You must notify YouTube immediately of any breach of security or unauthorized use of your account.

B. Although YouTube will not be liable for your losses caused by any unauthorized use of your account, you may be liable for the losses of YouTube or others due to such unauthorized use.

## 4. General Use of the Service—Permissions and Restrictions

YouTube hereby grants you permission to access and use the Service as set forth in these Terms of Service, provided that:

A. You agree not to distribute in any medium any part of the Service or the Content without YouTube's prior written authorization, unless YouTube makes available the means for such distribution through functionality offered by the Service (such as the Embeddable Player).

B. You agree not to alter or modify any part of the Service.

C. You agree not to access Content through any technology or means other than the video playback pages of the Service itself, the Embeddable Player, or other explicitly authorized means YouTube may designate.

D. You agree not to use the Service for any of the following commercial uses unless you obtain YouTube's prior written approval:

- the sale of access to the Service;

- the sale of advertising, sponsorships, or promotions placed on or within the Service or Content; or

- the sale of advertising, sponsorships, or promotions on any page of an ad-enabled blog or website containing Content delivered via the Service, unless other material not obtained from YouTube appears on the same page and is of sufficient value to be the basis for such sales.

E. Prohibited commercial uses do not include:

- uploading an original video to YouTube, or maintaining an original channel on YouTube, to promote your business or artistic enterprise;

- showing YouTube videos through the Embeddable Player on an ad-enabled blog or website, subject to the advertising restrictions set forth above in Section 4.D; or

- any use that YouTube expressly authorizes in writing.

(For more information about what constitutes a prohibited commercial use, see our FAQ.)

F. If you use the Embeddable Player on your website, you may not modify, build upon, or block any portion or functionality of the Embeddable Player, including but not limited to links back to the YouTube website.

G. If you use the YouTube Uploader, you agree that it may automatically download and install updates from time to

time from YouTube. These updates are designed to improve, enhance and further develop the Uploader and may take the form of bug fixes, enhanced functions, new software modules and completely new versions. You agree to receive such updates (and permit YouTube to deliver these to you) as part of your use of the Uploader.

H. You agree not to use or launch any automated system, including without limitation, "robots," "spiders," or "offline readers," that accesses the Service in a manner that sends more request messages to the YouTube servers in a given period of time than a human can reasonably produce in the same period by using a conventional on-line web browser. Notwithstanding the foregoing, YouTube grants the operators of public search engines permission to use spiders to copy materials from the site for the sole purpose of and solely to the extent necessary for creating publicly available searchable indices of the materials, but not caches or archives of such materials. YouTube reserves the right to revoke these exceptions either generally or in specific cases. You agree not to collect or harvest any personally identifiable information, including account names, from the Service, nor to use the communication systems provided by the Service (e.g., comments, email) for any commercial solicitation purposes. You agree not to solicit, for commercial purposes, any users of the Service with respect to their Content.

I. In your use of the Service, you will comply with all applicable laws.

J. YouTube reserves the right to discontinue any aspect of the Service at any time.

## 5. Your Use of Content

In addition to the general restrictions above, the following restrictions and conditions apply specifically to your use of Content.

A. The Content on the Service, and the trademarks, service marks and logos ("Marks") on the Service, are owned by or licensed to YouTube, subject to copyright and other intellectual property rights under the law.

B. Content is provided to you AS IS. You may access Content for your information and personal use solely as intended through the provided functionality of the Service and as permitted under these Terms of Service. You shall not download any Content unless you see a "download" or similar link displayed by YouTube on the Service for that Content. You shall not copy, reproduce, distribute, transmit, broadcast, display, sell, license, or otherwise exploit any Content for any other purposes without the prior written consent of YouTube or the respective licensors of the Content. YouTube and its licensors reserve all rights not expressly granted in and to the Service and the Content.

C. You agree not to circumvent, disable or otherwise interfere with security-related features of the Service or features that prevent or restrict use or copying of any Content or enforce limitations on use of the Service or the Content therein.

D. You understand that when using the Service, you will be exposed to Content from a variety of sources, and that YouTube is not responsible for the accuracy, usefulness, safety, or intellectual property rights of or relating to such Content. You further understand and acknowledge that you may be exposed to Content that is inaccurate, offensive, indecent, or objectionable, and you agree to waive, and hereby do waive, any legal or equitable rights or remedies you have or may have against YouTube with respect thereto, and, to the extent permitted by applicable law, agree to indemnify and hold harmless YouTube, its owners, operators, affiliates, licensors, and licensees to the fullest extent allowed by law regarding all matters related to your use of the Service.

**6. Your Content and Conduct**

A. As a YouTube account holder you may submit Content to the Service, including videos and user comments. You understand that YouTube does not guarantee any confidentiality with respect to any Content you submit.

B. You shall be solely responsible for your own Content and the consequences of submitting and publishing your Content on the Service. You affirm, represent, and warrant that you own or have the necessary licenses, rights, consents, and permissions to publish Content you submit; and you license to YouTube all patent, trademark, trade secret, copyright or other proprietary rights in and to such Content for publication on the Service pursuant to these Terms of Service.

C. For clarity, you retain all of your ownership rights in your Content. However, by submitting Content to YouTube, you hereby grant YouTube a worldwide, non-exclusive, royalty-free, sublicenseable and transferable license to use, reproduce, distribute, prepare derivative works of, display, and perform the Content in connection with the Service and YouTube's (and its successors' and affiliates') business, including without limitation for promoting and redistributing part or all of the Service (and derivative works thereof) in any media formats and through any media channels. You also hereby grant each user of the Service a non-exclusive license to access your Content through the Service, and to use, reproduce, distribute, display and perform such Content as permitted through the functionality of the Service and under these Terms of Service. The above licenses granted by you in video Content you submit to the Service terminate within a commercially reasonable time after you remove or delete your videos from the Service. You understand and agree, however, that YouTube may retain, but not display, distribute, or perform, server copies of your videos that have been removed or deleted. The above licenses granted by you in user comments you submit are perpetual and irrevocable.

D. You further agree that Content you submit to the Service will not contain third party copyrighted material, or

material that is subject to other third party proprietary rights, unless you have permission from the rightful owner of the material or you are otherwise legally entitled to post the material and to grant YouTube all of the license rights granted herein.

E. You further agree that you will not submit to the Service any Content or other material that is contrary to the YouTube Community Guidelines, currently found at https://www.youtube.com/t/community_guidelines, which may be updated from time to time, or contrary to applicable local, national, and international laws and regulations.

F. YouTube will process any audio or audiovisual content uploaded by you to the Service in accordance with the YouTube Data Processing Terms (www.youtube.com/t/terms_dataprocessing), except in cases where you uploaded such content for personal purposes or household activities. Learn more here: support.google.com/youtube/?p=data_applicability.

G. YouTube does not endorse any Content submitted to the Service by any user or other licensor, or any opinion, recommendation, or advice expressed therein, and YouTube expressly disclaims any and all liability in connection with Content. YouTube does not permit copyright infringing activities and infringement of intellectual property rights on the Service, and YouTube will remove all Content if properly notified that such Content infringes on another's intellectual property rights. YouTube reserves the right to remove Content without prior notice.

## 7. Account Termination Policy

A. YouTube will terminate a user's access to the Service if, under appropriate circumstances, the user is determined to be a repeat infringer.

B. YouTube reserves the right to decide whether Content violates these Terms of Service for reasons other than copyright infringement, such as, but not limited to,

pornography, obscenity, or excessive length. YouTube may at any time, without prior notice and in its sole discretion, remove such Content and/or terminate a user's account for submitting such material in violation of these Terms of Service.

**8. Digital Millennium Copyright Act**

A. If you are a copyright owner or an agent thereof and believe that any Content infringes upon your copyrights, you may submit a notification pursuant to the Digital Millennium Copyright Act ("DMCA") by providing our Copyright Agent with the following information in writing (see 17 U.S.C 512(c)(3) for further detail):

- A physical or electronic signature of a person authorized to act on behalf of the owner of an exclusive right that is allegedly infringed;

- Identification of the copyrighted work claimed to have been infringed, or, if multiple copyrighted works at a single online site are covered by a single notification, a representative list of such works at that site;

- Identification of the material that is claimed to be infringing or to be the subject of infringing activity and that is to be removed or access to which is to be disabled and information reasonably sufficient to permit the service provider to locate the material;

- Information reasonably sufficient to permit the service provider to contact you, such as an address, telephone number, and, if available, an electronic mail;

- A statement that you have a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and

- A statement that the information in the notification is accurate, and under penalty of perjury, that you are

authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.

You may direct copyright infringement notifications to our DMCA Agent at 901 Cherry Ave., San Bruno, CA 94066, email: copyright@youtube.com, fax: 650-872-8513. For clarity, only DMCA notices should go to the Copyright Agent; any other feedback, comments, requests for technical support, and other communications should be directed to YouTube customer service through https://support.google.com/youtube. You acknowledge that if you fail to comply with all of the requirements of this Section 5(D), your DMCA notice may not be valid.

B. Counter-Notice. If you believe that your Content that was removed (or to which access was disabled) is not infringing, or that you have the authorization from the copyright owner, the copyright owner's agent, or pursuant to the law, to post and use the material in your Content, you may send a counter-notice containing the following information to the Copyright Agent:

- Your physical or electronic signature;

- Identification of the Content that has been removed or to which access has been disabled and the location at which the Content appeared before it was removed or disabled;

- A statement that you have a good faith belief that the Content was removed or disabled as a result of mistake or a misidentification of the Content; and

- Your name, address, telephone number, and e-mail address, a statement that you consent to the jurisdiction of the federal court in San Francisco, California, and a statement that you will accept service of process from the person who provided notification of the alleged infringement.

If a counter-notice is received by the Copyright Agent, YouTube may send a copy of the counter-notice to the original complaining party informing that person that it

may replace the removed Content or cease disabling it in 10 business days. Unless the copyright owner files an action seeking a court order against the Content provider, member or user, the removed Content may be replaced, or access to it restored, in 10 to 14 business days or more after receipt of the counter-notice, at YouTube's sole discretion.

## 9. Warranty Disclaimer

YOU AGREE THAT YOUR USE OF THE SERVICES SHALL BE AT YOUR SOLE RISK. TO THE FULLEST EXTENT PERMITTED BY LAW, YOUTUBE, ITS OFFICERS, DIRECTORS, EMPLOYEES, AND AGENTS DISCLAIM ALL WARRANTIES, EXPRESS OR IMPLIED, IN CONNECTION WITH THE SERVICES AND YOUR USE THEREOF. YOUTUBE MAKES NO WARRANTIES OR REPRESENTATIONS ABOUT THE ACCURACY OR COMPLETENESS OF THIS SITE'S CONTENT OR THE CONTENT OF ANY SITES LINKED TO THIS SITE AND ASSUMES NO LIABILITY OR RESPONSIBILITY FOR ANY (I) ERRORS, MISTAKES, OR INACCURACIES OF CONTENT, (II) PERSONAL INJURY OR PROPERTY DAMAGE, OF ANY NATURE WHATSOEVER, RESULTING FROM YOUR ACCESS TO AND USE OF OUR SERVICES, (III) ANY UNAUTHORIZED ACCESS TO OR USE OF OUR SECURE SERVERS AND/OR ANY AND ALL PERSONAL INFORMATION AND/OR FINANCIAL INFORMATION STORED THEREIN, (IV) ANY INTERRUPTION OR CESSATION OF TRANSMISSION TO OR FROM OUR SERVICES, (IV) ANY BUGS, VIRUSES, TROJAN HORSES, OR THE LIKE WHICH MAY BE TRANSMITTED TO OR THROUGH OUR SERVICES BY ANY THIRD PARTY, AND/OR (V) ANY ERRORS OR OMISSIONS IN ANY CONTENT OR FOR ANY LOSS OR DAMAGE OF ANY KIND INCURRED AS A RESULT OF THE USE OF ANY CONTENT POSTED, EMAILED, TRANSMITTED, OR OTHERWISE MADE AVAILABLE VIA THE SERVICES. YOUTUBE DOES NOT WARRANT, ENDORSE, GUARANTEE, OR ASSUME RESPONSIBILITY FOR ANY PRODUCT OR SERVICE ADVERTISED OR OFFERED BY A THIRD PARTY THROUGH THE SERVICES OR ANY HYPERLINKED SERVICES OR FEATURED IN ANY BANNER OR OTHER ADVERTISING, AND YOUTUBE WILL NOT BE A PARTY TO OR IN ANY WAY BE RESPONSIBLE

FOR MONITORING ANY TRANSACTION BETWEEN YOU AND THIRD-PARTY PROVIDERS OF PRODUCTS OR SERVICES. AS WITH THE PURCHASE OF A PRODUCT OR SERVICE THROUGH ANY MEDIUM OR IN ANY ENVIRONMENT, YOU SHOULD USE YOUR BEST JUDGMENT AND EXERCISE CAUTION WHERE APPROPRIATE.

**10. Limitation of Liability**

IN NO EVENT SHALL YOUTUBE, ITS OFFICERS, DIRECTORS, EMPLOYEES, OR AGENTS, BE LIABLE TO YOU FOR ANY DIRECT, INDIRECT, INCIDENTAL, SPECIAL, PUNITIVE, OR CONSEQUENTIAL DAMAGES WHATSOEVER RESULTING FROM ANY (I) ERRORS, MISTAKES, OR INACCURACIES OF CONTENT, (II) PERSONAL INJURY OR PROPERTY DAMAGE, OF ANY NATURE WHATSOEVER, RESULTING FROM YOUR ACCESS TO AND USE OF OUR SERVICES, (III) ANY UNAUTHORIZED ACCESS TO OR USE OF OUR SECURE SERVERS AND/OR ANY AND ALL PERSONAL INFORMATION AND/OR FINANCIAL INFORMATION STORED THEREIN, (IV) ANY INTERRUPTION OR CESSATION OF TRANSMISSION TO OR FROM OUR SERVICES, (IV) ANY BUGS, VIRUSES, TROJAN HORSES, OR THE LIKE, WHICH MAY BE TRANSMITTED TO OR THROUGH OUR SERVICES BY ANY THIRD PARTY, AND/OR (V) ANY ERRORS OR OMISSIONS IN ANY CONTENT OR FOR ANY LOSS OR DAMAGE OF ANY KIND INCURRED AS A RESULT OF YOUR USE OF ANY CONTENT POSTED, EMAILED, TRANSMITTED, OR OTHERWISE MADE AVAILABLE VIA THE SERVICES, WHETHER BASED ON WARRANTY, CONTRACT, TORT, OR ANY OTHER LEGAL THEORY, AND WHETHER OR NOT THE COMPANY IS ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. THE FOREGOING LIMITATION OF LIABILITY SHALL APPLY TO THE FULLEST EXTENT PERMITTED BY LAW IN THE APPLICABLE JURISDICTION.

YOU SPECIFICALLY ACKNOWLEDGE THAT YOUTUBE SHALL NOT BE LIABLE FOR CONTENT OR THE DEFAMATORY, OFFENSIVE, OR ILLEGAL CONDUCT OF ANY THIRD PARTY AND THAT THE RISK OF HARM OR DAMAGE FROM THE FOREGOING RESTS ENTIRELY WITH YOU.

The Service is controlled and offered by YouTube from its facilities in the United States of America. YouTube makes no representations that the Service is appropriate or available for use in other locations. Those who access or use the Service from other jurisdictions do so at their own volition and are responsible for compliance with local law.

## 11. Indemnity

To the extent permitted by applicable law, you agree to defend, indemnify and hold harmless YouTube, its parent corporation, officers, directors, employees and agents, from and against any and all claims, damages, obligations, losses, liabilities, costs or debt, and expenses (including but not limited to attorney's fees) arising from: (i) your use of and access to the Service; (ii) your violation of any term of these Terms of Service; (iii) your violation of any third party right, including without limitation any copyright, property, or privacy right; or (iv) any claim that your Content caused damage to a third party. This defense and indemnification obligation will survive these Terms of Service and your use of the Service.

## 12. Ability to Accept Terms of Service

You affirm that you are either more than 18 years of age, or an emancipated minor, or possess legal parental or guardian consent, and are fully able and competent to enter into the terms, conditions, obligations, affirmations, representations, and warranties set forth in these Terms of Service, and to abide by and comply with these Terms of Service. In any case, you affirm that you are over the age of 13, as the Service is not intended for children under 13. If you are under 13 years of age, then please do not use the Service. There are lots of other great web sites for you. Talk to your parents about what sites are appropriate for you.

## 13. Assignment

These Terms of Service, and any rights and licenses granted hereunder, may not be transferred or assigned by you, but may be assigned by YouTube without restriction.

**14. General**

You agree that: (i) the Service shall be deemed solely based in California; and (ii) the Service shall be deemed a passive website that does not give rise to personal jurisdiction over YouTube, either specific or general, in jurisdictions other than California. These Terms of Service shall be governed by the internal substantive laws of the State of California, without respect to its conflict of laws principles. Any claim or dispute between you and YouTube that arises in whole or in part from the Service shall be decided exclusively by a court of competent jurisdiction located in Santa Clara County, California. These Terms of Service, together with the Privacy Notice at https://www.youtube.com/t/privacy and any other legal notices published by YouTube on the Service, shall constitute the entire agreement between you and YouTube concerning the Service. If any provision of these Terms of Service is deemed invalid by a court of competent jurisdiction, the invalidity of such provision shall not affect the validity of the remaining provisions of these Terms of Service, which shall remain in full force and effect. No waiver of any term of this these Terms of Service shall be deemed a further or continuing waiver of such term or any other term, and YouTube's failure to assert any right or provision under these Terms of Service shall not constitute a waiver of such right or provision. YouTube reserves the right to amend these Terms of Service at any time and without notice, and it is your responsibility to review these Terms of Service for any changes. Your use of the Service following any amendment of these Terms of Service will signify your assent to and acceptance of its revised terms. YOU AND YOUTUBE AGREE THAT ANY CAUSE OF ACTION ARISING OUT OF OR RELATED TO THE SERVICES MUST COMMENCE WITHIN ONE (1) YEAR AFTER THE CAUSE OF ACTION ACCRUES. OTHERWISE, SUCH CAUSE OF ACTION IS PERMANENTLY BARRED.

**Effective as of May 25, 2018**

# Exhibit "H"

# Terms of Service

Community Guidelines

## 1. Your Acceptance

A. By using or visiting the YouTube website or any YouTube products, software, data feeds, and services provided to you on, from, or through the YouTube website (collectively the "Service") you signify your agreement to (1) these terms and conditions (the "Terms of Service"), (2) Google's Privacy Policy, found at http://www.google.com/intl/en/policies/privacy/ and incorporated herein by reference, and (3) YouTube's Community Guidelines, found at www.youtube.com/t/community_guidelines and also incorporated herein by reference. If you do not agree to any of these terms, the Google Privacy Policy, or the Community Guidelines, please do not use the Service.

B. Although we may attempt to notify you when major changes are made to these Terms of Service, you should periodically review the most up-to-date version www.youtube.com/t/terms). YouTube may, in its sole discretion, modify or revise these Terms of Service and policies at any time, and you agree to be bound by such modifications or revisions. Nothing in these Terms of Service shall be deemed to confer any third-party rights or benefits.

## 2. Service

A. These Terms of Service apply to all users of the Service, including users who are also contributors of Content on the Service. "Content" includes the text, software, scripts, graphics, photos, sounds, music, videos, audiovisual combinations, interactive features and other materials you may view on, access through, or contribute to the Service. The Service includes all aspects of YouTube, including but not limited to all products, software and services offered via the YouTube website, such as the YouTube channels, the YouTube "Embeddable Player," the YouTube "Uploader" and other applications.

B. The Service may contain links to third party websites that are not owned or controlled by YouTube. YouTube has no control over, and assumes no responsibility for, the content, privacy policies, or practices of any third party websites. In addition, YouTube will not and cannot censor or edit the content of any third-party site. By using the Service, you expressly relieve YouTube from any and all liability arising from your use of any third-party website.

C. Accordingly, we encourage you to be aware when you leave the Service and to read the terms and conditions and privacy policy of each other website that you visit.

## 3. YouTube Accounts

A. In order to access some features of the Service, you will have to create a YouTube or Google account. You may never use another's account without permission. When creating your account, you must provide accurate and complete information. You are solely responsible for the activity that occurs on your account, and you must keep your account password secure. You must notify YouTube immediately of any breach of security or unauthorized use of your account.

B. Although YouTube will not be liable for your losses caused by any unauthorized use of your account, you may be liable for the losses of YouTube or others due to such unauthorized use.

## 4. General Use of the Service—Permissions and Restrictions

YouTube hereby grants you permission to access and use the Service as set forth in these Terms of Service, provided that:

A. You agree not to distribute in any medium any part of the Service or the Content without YouTube's prior written authorization, unless YouTube makes available the means for such distribution through functionality offered by the Service (such as the Embeddable Player).

B. You agree not to alter or modify any part of the Service.

C. You agree not to access Content through any technology or means other than the video playback pages of the Service itself, the Embeddable Player, or other explicitly authorized means YouTube may designate.

D. You agree not to use the Service for any of the following commercial uses unless you obtain YouTube's prior written approval:

- the sale of access to the Service;
- the sale of advertising, sponsorships, or promotions placed on or within the Service or Content; or
- the sale of advertising, sponsorships, or promotions on any page of an ad-enabled blog or website containing Content delivered via the Service, unless other material not obtained from YouTube appears on the same page and is of sufficient value to be the basis for such sales.

E. Prohibited commercial uses do not include:

- uploading an original video to YouTube, or maintaining an original channel on YouTube, to promote your business or artistic enterprise;
- showing YouTube videos through the Embeddable Player on an ad-enabled blog or website, subject to the advertising restrictions set forth above in Section 4.D; or
- any use that YouTube expressly authorizes in writing.

(For more information about what constitutes a prohibited commercial use, see our FAQ.)

F. If you use the Embeddable Player on your website, you may not modify, build upon, or block any portion or functionality of the Embeddable Player, including but not limited to links back to the YouTube website.

G. If you use the YouTube Uploader, you agree that it may automatically download and install updates from time to time from YouTube. These updates are designed to improve, enhance and further develop the Uploader and may take the form of bug fixes, enhanced functions, new software modules and completely new versions. You agree to receive such updates (and permit YouTube to deliver these to you) as part of your use of the Uploader.

H. You agree not to use or launch any automated system, including without limitation, "robots," "spiders," or "offline readers," that accesses the Service in a manner that sends more request messages to the YouTube servers in a given period of time than a human can reasonably produce in the same period by using a conventional on-line web browser. Notwithstanding the foregoing, YouTube grants the operators of public search engines permission to use spiders to copy materials from the site for the sole purpose of and solely to the extent necessary for creating publicly available searchable indices of the materials, but not caches or archives of such materials. YouTube reserves the right to revoke these exceptions either generally or in specific cases. You agree not to collect or harvest any personally identifiable information, including account names, from the Service, nor to use the communication systems provided by the Service (e.g., comments, email) for any commercial solicitation purposes. You agree not to solicit, for commercial purposes, any users of the Service with respect to their Content.

I. In your use of the Service, you will comply with all applicable laws.

J. YouTube reserves the right to discontinue any aspect of the Service at any time.

**5. Your Use of Content**
In addition to the general restrictions above, the following restrictions and conditions apply specifically to your use of Content.

A. The Content on the Service, and the trademarks, service marks and logos ("Marks") on the Service, are owned by or licensed to YouTube, subject to copyright and other intellectual property rights under the law.

B. Content is provided to you AS IS. You may access Content for your information and personal use solely as intended through the provided functionality of the Service and as permitted under these Terms of Service. You shall not download any Content unless you see a "download" or similar link displayed by YouTube on the Service for that Content. You shall not copy, reproduce, distribute, transmit, broadcast, display, sell, license, or otherwise exploit any Content for any other purposes

without the prior written consent of YouTube or the respective licensors of the Content. YouTube and its licensors reserve all rights not expressly granted in and to the Service and the Content.

C. You agree not to circumvent, disable or otherwise interfere with security-related features of the Service or features that prevent or restrict use or copying of any Content or enforce limitations on use of the Service or the Content therein.

D. You understand that when using the Service, you will be exposed to Content from a variety of sources, and that YouTube is not responsible for the accuracy, usefulness, safety, or intellectual property rights of or relating to such Content. You further understand and acknowledge that you may be exposed to Content that is inaccurate, offensive, indecent, or objectionable, and you agree to waive, and hereby do waive, any legal or equitable rights or remedies you have or may have against YouTube with respect thereto, and, to the extent permitted by applicable law, agree to indemnify and hold harmless YouTube, its owners, operators, affiliates, licensors, and licensees to the fullest extent allowed by law regarding all matters related to your use of the Service.

**6. Your Content and Conduct**

A. As a YouTube account holder you may submit Content to the Service, including videos and user comments. You understand that YouTube does not guarantee any confidentiality with respect to any Content you submit.

B. You shall be solely responsible for your own Content and the consequences of submitting and publishing your Content on the Service. You affirm, represent, and warrant that you own or have the necessary licenses, rights, consents, and permissions to publish Content you submit; and you license to YouTube all patent, trademark, trade secret, copyright or other proprietary rights in and to such Content for publication on the Service pursuant to these Terms of Service.

C. For clarity, you retain all of your ownership rights in your Content. However, by submitting Content to YouTube, you hereby grant YouTube a worldwide, non-exclusive, royalty-free, sublicenseable and transferable license to use, reproduce, distribute, prepare derivative works of, display, and perform the Content in connection with the Service and YouTube's (and its successors' and affiliates') business, including without limitation for promoting and redistributing part or all of the Service (and derivative works thereof) in any media formats and through any media channels. You also hereby grant each user of the Service a non-exclusive license to access your Content through the Service, and to use, reproduce, distribute, display and perform such Content as permitted through the functionality of the Service and under these Terms of Service. The above licenses granted by you in video Content you submit to the Service terminate within a commercially reasonable time after you remove or delete your videos from the Service. You understand and agree, however, that YouTube may retain, but not display, distribute, or perform, server copies of your videos that have been removed or deleted. The above licenses granted by you in user comments you submit are perpetual and irrevocable.

D. You further agree that Content you submit to the Service will not contain third party copyrighted material, or material that is subject to other third party proprietary rights, unless you have permission from the rightful owner of the material or you are otherwise legally entitled to post the material and to grant YouTube all of the license rights granted herein.

E. You further agree that you will not submit to the Service any Content or other material that is contrary to the YouTube Community Guidelines, currently found at [www.youtube.com/t/community_guidelines](www.youtube.com/t/community_guidelines), which may be updated from time to time, or contrary to applicable local, national, and international laws and regulations.

F. YouTube does not endorse any Content submitted to the Service by any user or other licensor, or any opinion, recommendation, or advice expressed therein, and YouTube expressly disclaims any and all liability in connection with Content. YouTube does not permit copyright infringing activities and infringement of intellectual property rights on the Service, and YouTube will remove all Content if properly notified that such Content infringes on another's intellectual property rights. YouTube reserves the right to remove Content without prior notice.

**7. Account Termination Policy**

A. YouTube will terminate a user's access to the Service if, under appropriate circumstances, the user is determined to be a repeat infringer.

B. YouTube reserves the right to decide whether Content violates these Terms of Service for reasons other than copyright infringement, such as, but not limited to, pornography, obscenity, or excessive length. YouTube may at any time, without prior notice and in its sole discretion, remove such Content and/or terminate a user's account for submitting such material in violation of these Terms of Service.

**8. Digital Millennium Copyright Act**

A. If you are a copyright owner or an agent thereof and believe that any Content infringes upon your copyrights, you may submit a notification pursuant to the Digital Millennium Copyright Act ("DMCA") by providing our Copyright Agent with the following information in writing (see 17 U.S.C 512(c)(3) for further detail):

- A physical or electronic signature of a person authorized to act on behalf of the owner of an exclusive right that is allegedly infringed;

- Identification of the copyrighted work claimed to have been infringed, or, if multiple copyrighted works at a single online site are covered by a single notification, a representative list of such works at that site;

- Identification of the material that is claimed to be infringing or to be the subject of infringing activity and that is to be removed or access to which is to be disabled and information reasonably sufficient to permit the service provider to locate the material;

- Information reasonably sufficient to permit the service provider to contact you, such as an address, telephone number, and, if available, an electronic mail;

- A statement that you have a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and

- A statement that the information in the notification is accurate, and under penalty of perjury, that you are authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.

YouTube's designated Copyright Agent to receive notifications of claimed infringement is Shadie Farazian, 901 Cherry Ave., San Bruno, CA 94066, email: copyright@youtube.com, fax: 650-872-8513. For clarity, only DMCA notices should go to the Copyright Agent; any other feedback, comments, requests for technical support, and other communications should be directed to YouTube customer service through //support.google.com/youtube/?hl=en-US. You acknowledge that if you fail to comply with all of the requirements of this Section 5(D), your DMCA notice may not be valid.

B. Counter-Notice. If you believe that your Content that was removed (or to which access was disabled) is not infringing, or that you have the authorization from the copyright owner, the copyright owner's agent, or pursuant to the law, to post and use the material in your Content, you may send a counter-notice containing the following information to the Copyright Agent:

- Your physical or electronic signature;

- Identification of the Content that has been removed or to which access has been disabled and the location at which the Content appeared before it was removed or disabled;

- A statement that you have a good faith belief that the Content was removed or disabled as a result of mistake or a misidentification of the Content; and

- Your name, address, telephone number, and e-mail address, a statement that you consent to the jurisdiction of the federal court in San Francisco, California, and a statement that you will accept service of process from the person who provided notification of the alleged infringement.

If a counter-notice is received by the Copyright Agent, YouTube may send a copy of the counter-notice to the original complaining party informing that person that it may replace the removed

Content or cease disabling it in 10 business days. Unless the copyright owner files an action seeking a court order against the Content provider, member or user, the removed Content may be replaced, or access to it restored, in 10 to 14 business days or more after receipt of the counter-notice, at YouTube's sole discretion.

## 9. Warranty Disclaimer

YOU AGREE THAT YOUR USE OF THE SERVICES SHALL BE AT YOUR SOLE RISK. TO THE FULLEST EXTENT PERMITTED BY LAW, YOUTUBE, ITS OFFICERS, DIRECTORS, EMPLOYEES, AND AGENTS DISCLAIM ALL WARRANTIES, EXPRESS OR IMPLIED, IN CONNECTION WITH THE SERVICES AND YOUR USE THEREOF. YOUTUBE MAKES NO WARRANTIES OR REPRESENTATIONS ABOUT THE ACCURACY OR COMPLETENESS OF THIS SITE'S CONTENT OR THE CONTENT OF ANY SITES LINKED TO THIS SITE AND ASSUMES NO LIABILITY OR RESPONSIBILITY FOR ANY (I) ERRORS, MISTAKES, OR INACCURACIES OF CONTENT, (II) PERSONAL INJURY OR PROPERTY DAMAGE, OF ANY NATURE WHATSOEVER, RESULTING FROM YOUR ACCESS TO AND USE OF OUR SERVICES, (III) ANY UNAUTHORIZED ACCESS TO OR USE OF OUR SECURE SERVERS AND/OR ANY AND ALL PERSONAL INFORMATION AND/OR FINANCIAL INFORMATION STORED THEREIN, (IV) ANY INTERRUPTION OR CESSATION OF TRANSMISSION TO OR FROM OUR SERVICES, (IV) ANY BUGS, VIRUSES, TROJAN HORSES, OR THE LIKE WHICH MAY BE TRANSMITTED TO OR THROUGH OUR SERVICES BY ANY THIRD PARTY, AND/OR (V) ANY ERRORS OR OMISSIONS IN ANY CONTENT OR FOR ANY LOSS OR DAMAGE OF ANY KIND INCURRED AS A RESULT OF THE USE OF ANY CONTENT POSTED, EMAILED, TRANSMITTED, OR OTHERWISE MADE AVAILABLE VIA THE SERVICES. YOUTUBE DOES NOT WARRANT, ENDORSE, GUARANTEE, OR ASSUME RESPONSIBILITY FOR ANY PRODUCT OR SERVICE ADVERTISED OR OFFERED BY A THIRD PARTY THROUGH THE SERVICES OR ANY HYPERLINKED SERVICES OR FEATURED IN ANY BANNER OR OTHER ADVERTISING, AND YOUTUBE WILL NOT BE A PARTY TO OR IN ANY WAY BE RESPONSIBLE FOR MONITORING ANY TRANSACTION BETWEEN YOU AND THIRD-PARTY PROVIDERS OF PRODUCTS OR SERVICES. AS WITH THE PURCHASE OF A PRODUCT OR SERVICE THROUGH ANY MEDIUM OR IN ANY ENVIRONMENT, YOU SHOULD USE YOUR BEST JUDGMENT AND EXERCISE CAUTION WHERE APPROPRIATE.

## 10. Limitation of Liability

IN NO EVENT SHALL YOUTUBE, ITS OFFICERS, DIRECTORS, EMPLOYEES, OR AGENTS, BE LIABLE TO YOU FOR ANY DIRECT, INDIRECT, INCIDENTAL, SPECIAL, PUNITIVE, OR CONSEQUENTIAL DAMAGES WHATSOEVER RESULTING FROM ANY (I) ERRORS, MISTAKES, OR INACCURACIES OF CONTENT, (II) PERSONAL INJURY OR PROPERTY DAMAGE, OF ANY NATURE WHATSOEVER, RESULTING FROM YOUR ACCESS TO AND USE OF OUR SERVICES, (III) ANY UNAUTHORIZED ACCESS TO OR USE OF OUR SECURE SERVERS AND/OR ANY AND ALL PERSONAL INFORMATION AND/OR FINANCIAL INFORMATION STORED THEREIN, (IV) ANY INTERRUPTION OR CESSATION OF TRANSMISSION TO OR FROM OUR SERVICES, (IV) ANY BUGS, VIRUSES, TROJAN HORSES, OR THE LIKE, WHICH MAY BE TRANSMITTED TO OR THROUGH OUR SERVICES BY ANY THIRD PARTY, AND/OR (V) ANY ERRORS OR OMISSIONS IN ANY CONTENT OR FOR ANY LOSS OR DAMAGE OF ANY KIND INCURRED AS A RESULT OF YOUR USE OF ANY CONTENT POSTED, EMAILED, TRANSMITTED, OR OTHERWISE MADE AVAILABLE VIA THE SERVICES, WHETHER BASED ON WARRANTY, CONTRACT, TORT, OR ANY OTHER LEGAL THEORY, AND WHETHER OR NOT THE COMPANY IS ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. THE FOREGOING LIMITATION OF LIABILITY SHALL APPLY TO THE FULLEST EXTENT PERMITTED BY LAW IN THE APPLICABLE JURISDICTION.

YOU SPECIFICALLY ACKNOWLEDGE THAT YOUTUBE SHALL NOT BE LIABLE FOR CONTENT OR THE DEFAMATORY, OFFENSIVE, OR ILLEGAL CONDUCT OF ANY THIRD PARTY AND THAT THE RISK OF HARM OR DAMAGE FROM THE FOREGOING RESTS ENTIRELY WITH YOU.

The Service is controlled and offered by YouTube from its facilities in the United States of America. YouTube makes no representations that the Service is appropriate or available for use in other locations.

Those who access or use the Service from other jurisdictions do so at their own volition and are responsible for compliance with local law.

## 11. Indemnity

To the extent permitted by applicable law, you agree to defend, indemnify and hold harmless YouTube, its parent corporation, officers, directors, employees and agents, from and against any and all claims, damages, obligations, losses, liabilities, costs or debt, and expenses (including but not limited to attorney's fees) arising from: (i) your use of and access to the Service; (ii) your violation of any term of these Terms of Service; (iii) your violation of any third party right, including without limitation any copyright, property, or privacy right; or (iv) any claim that your Content caused damage to a third party. This defense and indemnification obligation will survive these Terms of Service and your use of the Service.

## 12. Ability to Accept Terms of Service

You affirm that you are either more than 18 years of age, or an emancipated minor, or possess legal parental or guardian consent, and are fully able and competent to enter into the terms, conditions, obligations, affirmations, representations, and warranties set forth in these Terms of Service, and to abide by and comply with these Terms of Service. In any case, you affirm that you are over the age of 13, as the Service is not intended for children under 13. If you are under 13 years of age, then please do not use the Service. There are lots of other great web sites for you. Talk to your parents about what sites are appropriate for you.

## 13. Assignment

These Terms of Service, and any rights and licenses granted hereunder, may not be transferred or assigned by you, but may be assigned by YouTube without restriction.

## 14. General

You agree that: (i) the Service shall be deemed solely based in California; and (ii) the Service shall be deemed a passive website that does not give rise to personal jurisdiction over YouTube, either specific or general, in jurisdictions other than California. These Terms of Service shall be governed by the internal substantive laws of the State of California, without respect to its conflict of laws principles. Any claim or dispute between you and YouTube that arises in whole or in part from the Service shall be decided exclusively by a court of competent jurisdiction located in Santa Clara County, California. These Terms of Service, together with the Privacy Notice at http://www.google.com/intl/en/policies/privacy/ and any other legal notices published by YouTube on the Service, shall constitute the entire agreement between you and YouTube concerning the Service. If any provision of these Terms of Service is deemed invalid by a court of competent jurisdiction, the invalidity of such provision shall not affect the validity of the remaining provisions of these Terms of Service, which shall remain in full force and effect. No waiver of any term of this these Terms of Service shall be deemed a further or continuing waiver of such term or any other term, and YouTube's failure to assert any right or provision under these Terms of Service shall not constitute a waiver of such right or provision. YouTube reserves the right to amend these Terms of Service at any time and without notice, and it is your responsibility to review these Terms of Service for any changes. Your use of the Service following any amendment of these Terms of Service will signify your assent to and acceptance of its revised terms. YOU AND YOUTUBE AGREE THAT ANY CAUSE OF ACTION ARISING OUT OF OR RELATED TO THE SERVICES MUST COMMENCE WITHIN ONE (1) YEAR AFTER THE CAUSE OF ACTION ACCRUES. OTHERWISE, SUCH CAUSE OF ACTION IS PERMANENTLY BARRED.
**Dated: June 9, 2010**

# Exhibit "I"

**Electronically Filed
by Superior Court of CA,
County of Santa Clara,
on 11/19/2019 3:51 PM
Reviewed By: R. Walker
Case #19CV340667
Envelope: 3671559**

SUPERIOR COURT OF CALIFORNIA

COUNTY OF SANTA CLARA

|  |  |
|---|---|
| PRAGER UNIVERSITY,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>GOOGLE LLC, et al.,<br><br>　　　　Defendants. | Case No.: 19CV340667<br><br>**ORDER AFTER HEARING ON<br>OCTOBER 25, 2019**<br><br>**(1) Demurrer by Defendants Google<br>　　LLC and YouTube, LLC to the<br>　　First Amended Complaint<br>(2) Motion by Plaintiff Prager<br>　　University for Preliminary<br>　　Injunction** |

   The above-entitled matter came on for hearing on Friday, October 25, 2019 at 11:00 a.m. in Department 1 (Complex Civil Litigation), the Honorable Brian C. Walsh presiding. A tentative ruling was issued prior to the hearing. The appearances are as stated in the record. The Court has reviewed and considered the written submissions of all parties and has reflected on the oral argument of counsel, including by reviewing the transcript lodged by plaintiff on November 14, 2019. Being fully advised, the Court adopts the tentative ruling as follows:

   This action arises from Prager University's allegations that YouTube, LLC and its parent company Google LLC have unlawfully restricted content created by Prager on YouTube, defendants' social media and video sharing platform. Before the Court are defendants' demurrer

*Prager University v. Google LLC, et al., Superior Court of California, County of Santa Clara, Case No. 19CV340667*
*Order After Hearing on October 25, 2019 [Demurrer to the First Amended Complaint and Motion for Preliminary Injunction]*
1

2958

to the operative First Amended Complaint ("FAC") and Prager's motion for a preliminary injunction. Both motions are opposed.

## I. Factual and Procedural Background

As alleged in the FAC, Prager is a non-profit, 501(c)(3) tax exempt, educational organization that promotes discussion on historical, religious, and current events by disseminating educational videos intended for younger, student-based audiences between the ages of 13 and 35. (FAC, ¶ 10.) The videos depict scholars, sources, and other prominent speakers who often espouse viewpoints in the mainstream of conservative thought. (*Ibid.*)

Defendants operate YouTube as the largest and most profitable mechanism for monetizing free speech and freedom of expression in the history of the world, generating $10 to 15 billion in annual revenue by monetizing the content of users like Prager who are invited to post videos to YouTube. (FAC, ¶ 11.) Since its inception, Prager has posted more than 250 of its videos to YouTube. (*Id.* at ¶ 39.)

### A. The Alleged Content Restriction Scheme

To induce users like Prager to upload video content, defendants represent that YouTube is a public place for free speech defined by "four essential freedoms" that govern the public's use of the platform:

1. **Freedom of Expression:** We believe people should be able to speak freely, share opinions, foster open dialogue, and that creative freedom leads to new voices, formats and possibilities.

2. **Freedom of Information:** We believe everyone should have easy, open access to information and that video is a powerful force for education, building understanding, and documenting world events, big and small.

3. **Freedom of Opportunity:** We believe everyone should have a chance to be discovered, build a business and succeed on their own terms, and that people—not gatekeepers—decide what's popular.

4. **Freedom to Belong:** We believe everyone should be able to find communities of support, break down barriers, transcend borders and come together around shared interests and passions.

*Prager University v. Google LLC, et al., Superior Court of California, County of Santa Clara, Case No. 19CV340667*
*Order After Hearing on October 25, 2019 [Demurrer to the First Amended Complaint and Motion for Preliminary Injunction]*
2

2959

(FAC, ¶ 12.)  Defendants further promise that YouTube is governed by content-based rules and filtering which "apply equally to all," regardless of the viewpoint, identity, or source of the speaker.  (*Id.* at ¶ 13.)

However, contrary to these representations, defendants censor, restrict, and restrain video content based on animus, discrimination, profit, and/or for any other reason "or no reason." (FAC, ¶ 14.)  According to Prager, an internal memo and presentation entitled "The Good Censor" shows that defendants have secretly decided to " 'migrate' away from [serving as] a hosting platform ...where the public is invited to engage in freedom of expression" to become a media company that profits "by promoting Defendants' own, or their preferred content through the exercise of unfettered discretion to censor and curate otherwise public content." (*Id.* at ¶¶ 56-65.)  To effectuate their discriminatory practices, defendants use clandestine filtering tools, including algorithms and other machine-based and manual review tools, that are embedded with discriminatory and anti-competitive animus-based code, including code that is used to identify and restrict content based on the identity, viewpoint, or topic of the speaker.  (*Id.*, ¶ 19.)  They also "ensure that the YouTube employees charged with administering the content filtering and regulation scheme ... operate in a dysfunctional and politically partisan workplace environment." (*Id.* at ¶ 20.)

Against this background, Prager's rights under California law have been violated by two unlawful content-based restrictions: (i) "Restricted Mode," a filtering protocol that defendants use to block what they deem, in their sole, unfettered discretion, to be "inappropriate" for "sensitive" audiences and (ii) "Advertising Restrictions," a content-based video advertising restriction policy that prohibits potential advertisers from accessing videos that defendants deem "inappropriate" for advertising.  (FAC, ¶ 17.)  Defendants use these mechanisms as a pretext to restrict and censor Prager's videos, even though the content of its videos complies with YouTube's Terms of Service, Community Guidelines, and criteria for "sensitive audiences" and advertisers, while they fail to restrict the content of other preferred users, content partners, and content produced by defendants themselves that is not compliant.  (*Id.* at ¶¶ 18, 23.)  Defendants

*Prager University v. Google LLC, et al., Superior Court of California, County of Santa Clara, Case No. 19CV340667*
*Order After Hearing on October 25, 2019 [Demurrer to the First Amended Complaint and Motion for Preliminary Injunction]*                    3

2960

have provided no rational basis for restricting Prager's content while allowing similar or noncompliant content to go unrestricted. (*Id.* at ¶ 25.)

## B.  Restricted Mode

According to defendants, Restricted Mode is intended "to help institutions like schools as well as people who wanted to better control the content they see on YouTube with an option to choose an intentionally limited YouTube experience." (FAC, ¶ 68.)  Viewers can choose to turn Restricted Mode on from their personal accounts, but it may also be turned on by system administrators for libraries, schools, and other institutions or workplaces. (*Ibid.*)  Defendants estimate that about 1.5 percent of YouTube's daily views (or approximately 75 million views per day) come from individuals using Restricted Mode. (*Id.* at ¶ 69.)  When Restricted Mode is activated, a video's name, creator or subject, and content, along with any other information related to the video, are blocked, as if the video did not exist on the YouTube platform. (*Id.* at ¶ 68.)

Defendants claim to restrict content in Restricted Mode based upon their "Restricted Mode Guidelines," which identify five criteria for determining whether content warrants restriction:

1. Talking about drug use or abuse, or drinking alcohol in videos;
2. Overly detailed conversations about or depictions of sex or sexual activity;
3. Graphic descriptions of violence, violent acts, natural disasters and tragedies, or even violence in the news;
4. Videos that cover specific details about events related to terrorism, war, crime, and political conflicts that resulted in death or serious injury, even if no graphic imagery is shown;
5. Inappropriate language, including profanity; and
6. Video content that is gratuitously incendiary, inflammatory, or demeaning towards an individual or group.

(FAC, ¶ 70.)  Videos are initially restricted through an automated filtering algorithm that examines certain "signals" like the video's metadata, title, and language, or following manual review if a video is "flagged" as inappropriate by public viewers. (*Id.*, ¶ 71.)

YouTube also publishes "Community Guidelines" and "Age Based Restriction" guidelines similar to its "Restricted Mode Guidelines"; however, content that complies with

*Prager University v. Google LLC, et al., Superior Court of California, County of Santa Clara, Case No. 19CV340667*
*Order After Hearing on October 25, 2019 [Demurrer to the First Amended Complaint and Motion for Preliminary Injunction]*

4

2961

these guidelines may nevertheless be subject to Restricted Mode. (FAC, ¶¶ 72-73.) Prager's videos have never been age restricted or found to violate YouTube's Community Guidelines. (*Id.* at ¶ 75.)

Defendants have admitted that they make "mistakes in understanding context and nuances when [assessing] which videos to make available in Restricted Mode." (FAC, ¶ 91.) For example, on March 19, 2017, they publicly admitted that they improperly restricted videos posted or produced by members of the LGBTQ community and changed their policy, filtering algorithm, and manual review policies in response to complaints from this community. (*Id.* at ¶¶ 94-96.) However, Prager alleges that defendants have continued to improperly restrict videos by LGBTQ users, which is evidence of viewpoint animus. (*Id.* at ¶¶ 97-98.)

C.  Advertising Restrictions

Defendants also restrict users like Prager "from monetizing or boosting the reach or viewer distribution of [their] videos." (FAC, ¶ 78.) Prager alleges that these restrictions are ostensibly governed by the "AdSense program policies," which it suggests are "similar[ly] vague, ambiguous, and arbitrary" to the Restricted Mode Guidelines. (*Id.* at ¶¶ 78, 80.) Prager claims that, similar to their "mistakes" in applying "Restricted Mode," defendants once "denied a reach boost or ad product" on the ground of "shocking content" based on a user's sexual or gender orientation and viewpoint. (*Id.* at ¶ 81.) It alleges that the application of such an "inappropriate" or "shocking content" designation falsely and unfairly stigmatizes Prager as well. (*Id.* at ¶ 82.) (However, while Prager alleges that certain of its videos have been demonetized, it does not allege whether defendants gave specific reasons for these actions or what those reasons were.) (See *id.* at ¶ 84.)

D.  The Parties' Dispute

In July of 2016, Prager discovered that defendants were restricting user access to its videos through Restricted Mode. (FAC, ¶ 101.) It raised the issue with defendants, but they have failed to offer any reasonable or consistent explanation for why Prager's videos are being restricted. (*Id.* at ¶¶ 101-117.) In 2016, at least 16 Prager videos were restricted; by 2017, a total of 21 were. (*Ibid.*) By the time the FAC was filed in May of 2019, the total had risen to 80. (*Id.*

*Prager University v. Google LLC, et al., Superior Court of California, County of Santa Clara, Case No. 19CV340667* 5
*Order After Hearing on October 25, 2019 [Demurrer to the First Amended Complaint and Motion for Preliminary Injunction]*
2962

at ¶ 127.) Prager's videos were either "restricted as to content, demonetized, or both." (*Id.* at ¶ 116.) Defendants also discontinued Prager's "ad grants" account for more than six days in October of 2017. (*Id.* at ¶ 118.) On pages 9-17 of the FAC, Prager provides a chart listing its restricted videos by title, along with videos from defendants' "preferred content providers" with similar titles that are unrestricted. (*Id.* at ¶ 23.)

On October 23, 2017, Prager sued defendants in federal court, asserting claims for (1) violation of Article I, section 2 of the California Constitution; (2) violation of the First Amendment of the United States Constitution; (3) violation of the California Unruh Civil Rights Act ("Unruh Act"), Cal. Civ. Code. § 51 *et seq.*; (4) violation of California's Unfair Competition Law ("UCL"), Cal. Bus. & Prof. Code § 17200 *et seq.*; (5) breach of the implied covenant of good faith and fair dealing; (6) violation of the Lanham Act, 15 U.S.C. § 1125 *et seq.*; and (7) declaratory relief. (*Prager University v. Google LLC* (N.D. Cal., Mar. 26, 2018, No. 17-CV-06064-LHK) 2018 WL 1471939, at *2.) It filed a motion for a preliminary injunction in the federal action on December 29, 2017. (*Id.* at *3.) On March 26, 2018, the federal court granted defendants' motion to dismiss Prager's federal claims and denied Prager's motion for a preliminary injunction, finding that Prager had failed to state a claim for violation of the First Amendment because it did not allege state action, and had also failed to state a claim under the Lanham Act. (*Id.* at *5-13.) Having dismissed all of Prager's federal claims, the court declined to exercise supplemental jurisdiction over its state law claims, explaining:

> Here, the factors of economy, convenience, fairness, and comity support dismissal of Plaintiff's remaining state law claims. This case is still at the pleading stage, and no discovery has taken place. Federal judicial resources are conserved by dismissing the state law theories of relief at this stage. Further, the Court finds that dismissal promotes comity as it enables California courts to interpret questions of state law. This is an especially important consideration in the instant case because Plaintiff asserts a claim that demands an analysis of the reach of Article I, section 2 of the California Constitution in the age of social media and the Internet.

(*Prager University v. Google LLC*, *supra*, 2018 WL 1471939, at *13.) Prager has appealed the federal court's ruling to the Court of Appeal for the Ninth Circuit, which heard argument in the matter on August 27, 2019.

*Prager University v. Google LLC, et al., Superior Court of California, County of Santa Clara, Case No. 19CV340667*
*Order After Hearing on October 25, 2019 [Demurrer to the First Amended Complaint and Motion for Preliminary Injunction]*
6

2963

Prager filed this action on January 8, 2019, reasserting its state law claims for (1) violation of Article I, section 2 of the California Constitution; (2) violation of the Unruh Act; (3) violation of the UCL; and (4) breach of the implied covenant of good faith and fair dealing. On May 13, the Court entered a stipulated order establishing a briefing schedule for Prager's anticipated motion for a preliminary injunction and defendants' anticipated demurrer and/or special motion to strike.  On May 20, pursuant to that order, Prager moved for a preliminary injunction and filed the FAC, which asserts the same four causes of action as its original complaint. Defendants filed their demurrer on June 28.  Both matters are now fully briefed and came on for hearing by the Court on October 25, 2019.

## II.  Demurrer to the FAC

Defendants demur to each cause of action in the FAC for failure to state a claim.  (Code Civ. Proc., § 430.10, subd. (e).)  They contend that Prager's claims are barred by two provisions of section 230 of the Communications Decency Act (the "CDA") and by the First Amendment, and otherwise fail to state a cause of action.

Defendants' request for judicial notice, which is unopposed, is GRANTED as to public web pages displaying the terms of the various YouTube policies at issue in this action (Exhibits 1-9).  (Evid. Code § 452, subd. (h); see *Pacific Employers Ins. Co. v. State of Cal.* (1970) 3 Cal.3d 573, 575, fn.1 [where portions of agreement were attached to plaintiff's complaint, the balance of that agreement was properly a subject of judicial notice]; *Ingram v. Flippo* (1999) 74 Cal.App.4th 1280, 1285 [judicial notice of letter and media release was proper where, although they were not attached to the complaint, they formed a basis for the claims, and the complaint excerpted quotes and summarized parts in detail, thus "it is essential that we evaluate the complaint by reference to these documents"].)  Defendants' request is also GRANTED as to a transcript of a case management conference held in the federal action, although the Court is not bound by the court's comments or rulings in that case.  (Evid. Code § 452, subd. (d).)

/ / /

/ / /

*Prager University v. Google LLC, et al., Superior Court of California, County of Santa Clara, Case No. 19CV340667*
*Order After Hearing on October 25, 2019 [Demurrer to the First Amended Complaint and Motion for Preliminary Injunction]*

7

2964

A. Legal Standard

The function of a demurrer is to test the legal sufficiency of a pleading. (*Trs. Of Capital Wholesale Elec. Etc. Fund v. Shearson Lehman Bros.* (1990) 221 Cal.App.3d 617, 621.) Consequently, "[a] demurrer reaches only to the contents of the pleading and such matters as may be considered under the doctrine of judicial notice." (*South Shore Land Co. v. Petersen* (1964) 226 Cal.App.2d 725, 732, internal citations and quotations omitted; see also Code Civ. Proc., § 430.30, subd. (a).) "It is not the ordinary function of a demurrer to test the truth of the plaintiff's allegations or the accuracy with which he describes the defendant's conduct. ... Thus, ... the facts alleged in the pleading are deemed to be true, however improbable they may be." (*Align Technology, Inc. v. Tran* (2009) 179 Cal.App.4th 949, 958, internal citations and quotations omitted.)

In ruling on a demurrer, the allegations of the complaint must be liberally construed, with a view to substantial justice between the parties. (*Glennen v. Allergan, Inc.* (2016) 247 Cal.App.4th 1, 6.) Nevertheless, while "[a] demurrer admits all facts properly pleaded, [it does] not [admit] contentions, deductions or conclusions of law or fact." (*George v. Automobile Club of Southern California* (2011) 201 Cal.App.4th 1112, 1120.) A demurrer will lie where the allegations and matters subject to judicial notice clearly disclose some defense or bar to recovery, including a statutory immunity. (*Casterson v. Superior Court (Cardoso)* (2002) 101 Cal.App.4th 177, 183.)

B. Violation of the California Constitution

Because concepts related to the parties' speech rights under the First Amendment and California Constitution are important to other aspects of its analysis, the Court will first examine whether Prager states a claim for violation of Article I, section 2 of the California Constitution.

As urged by defendants, "California's free speech clause"—like the First Amendment—"contains a state action limitation." (*Golden Gateway Center v. Golden Gateway Tenants Assn.* (2001) 26 Cal.4th 1013, 1023.) However, the California Constitution's protection of speech has been interpreted more broadly in this regard. (See *Fashion Valley Mall, LLC v. National Labor Relations Bd.* (2007) 42 Cal.4th 850, 862-863.) Most notably, in the

*Prager University v. Google LLC, et al., Superior Court of California, County of Santa Clara, Case No. 19CV340667*
*Order After Hearing on October 25, 2019 [Demurrer to the First Amended Complaint and Motion for Preliminary Injunction]*
8
2965

1   "groundbreaking" decision of *Robins v. Pruneyard Shopping Center* (1979) 23 Cal.3d 899, the

2   Supreme Court of California "departed from the First Amendment jurisprudence of the United

3   States Supreme Court and extended the reach of the free speech clause of the California

4   Constitution to privately owned shopping centers." (*Golden Gateway Center v. Golden Gateway*

5   *Tenants Assn., supra,* 26 Cal.4th at p. 1016.)

6          More than 20 years after *Robins v. Pruneyard, Golden Gateway Center* confirmed and

7   began to define the scope of the state action limitation under the California Constitution, finding

8   the requirement was not satisfied where a tenants' association sought to distribute leaflets in a

9   private apartment complex that was "not freely open to the public." (*Golden Gateway Center v.*

10  *Golden Gateway Tenants Assn., supra,* 26 Cal.4th at p. 1031.) *Golden Gateway Center* looked

11  to the reasoning of *Robins* for guidance, noting that "*Robins* relied heavily on the functional

12  equivalence of the shopping center to a traditional public forum-the downtown or central

13  business district," and relied on "the public character of the property," emphasizing "the public's

14  unrestricted access." (*Id.* at pp. 1032-1033, internal citations and quotations omitted.) *Golden*

15  *Gateway Center* held that this unrestricted access is a "threshold requirement for establishing

16  state action": without it, private property "is not the functional equivalent of a traditional public

17  forum." (*Id.* at p. 1033.) In announcing this requirement, the opinion confirmed that it "largely

18  follow[ed] the Court of Appeal decisions construing *Robins,*" including *Planned Parenthood v.*

19  *Wilson* (1991) 234 Cal.App.3d 1662. (*Id.* at p. 1033.) Those decisions also emphasized

20  *Robins*'s focus on "the unique character of the modern shopping center and … the public role

21  such centers have assumed in contemporary society" by effectively replacing "the traditional

22  town center business block, where historically the public's First Amendment activity was

23  exercised and its right to do so scrupulously guarded." (*Planned Parenthood v. Wilson, supra,*

24  234 Cal.App.3d at pp. 1669-1670.) This concept was again emphasized by the California

25  Supreme Court in *Fashion Valley*, which repeatedly referenced "[t]he idea that private property

26  can constitute a public forum for free speech if it is open to the public in a manner similar to that

27  of public streets and sidewalks …." (*Fashion Valley Mall, LLC v. National Labor Relations Bd.,*

28  *supra,* 42 Cal.4th at p. 858; see also *id.* at p. 859.)

*Prager University v. Google LLC, et al., Superior Court of California, County of Santa Clara, Case No. 19CV340667*
*Order After Hearing on October 25, 2019 [Demurrer to the First Amended Complaint and Motion for Preliminary Injunction]*                    9

2966

1   With this fundamental principle in mind, it is apparent that Prager does not state a claim

2   under the California Constitution.  Prager contends that "YouTube is the cyber equivalent of a

3   town square where citizens exchange ideas on matters of public interest" and that defendants

4   have opened their platform to the public by advertising its use for this purpose.  However, Prager

5   does not allege that it has been denied access to the core YouTube service.  Rather, it urges that

6   its access to "Restricted Mode" and YouTube's advertising service has been restricted.  Prager

7   does not persuade the Court that these services are freely open to the public or are the functional

8   equivalent of a traditional public forum like a town square or a central business district.[1]

9   Considering "the nature, purpose, and primary use of the property; the extent and nature of the

10  public invitation to use the property; and the relationship between the ideas sought to be

11  presented and the purpose of the property's occupants" (*Albertson's, Inc. v. Young* (2003) 107

12  Cal.App.4th at p. 119), it is clear that these services are nothing like a traditional public forum.

13  "Restricted Mode" is an optional service that enables users to limit the content that they (or their

14  children, patrons, or employees) view in order to avoid mature content.  Limiting content is the

15  very purpose of this service, and defendants do not give content creators unrestricted access to it

16  or suggest that they will do so.  The service exists to permit users to avoid the more open

17  experience of the core YouTube service.  Similarly, the use of YouTube's advertising service is

18  restricted to meet the preferences of advertisers.  (See FAC, ¶ 80 [stated purpose of advertising

19  restrictions "is to keep Google's content and search networks safe and clean for our advertisers

20  …"]; Declaration of Brian M. Willen, Exs. 7-9.)

21      Defendants correctly urge that even to recognize the core YouTube platform as a public

22  forum would be a dramatic expansion of *Robins*.  As one federal court observed, "[t]he analogy

23  between a shopping mall and the Internet is imperfect, and there are a host of potential 'slippery

24  slope' problems that are likely to surface were [*Robins*] to apply to the Internet."  (*hiQ Labs, Inc.

25  v. LinkedIn Corporation* (N.D. Cal. 2017) 273 F.Supp.3d 1099, 1116 [observing that "[n]o court

---

[1] Prager cites no authority that supports its position that a court can never determine the applicability of *Robins* on
demurrer, and this position is incorrect. (See *Savage v. Trammell Crow Co.* (1990) 223 Cal.App.3d 1562, 1577, fn.
4 [stating that scope of *Robins* can be addressed on demurrer in appropriate circumstances].)  Here, the necessary
facts are alleged in the FAC and/or subject to judicial notice.

*Prager University v. Google LLC, et al., Superior Court of California, County of Santa Clara, Case No. 19CV340667*
*Order After Hearing on October 25, 2019 [Demurrer to the First Amended Complaint and Motion for Preliminary Injunction]*      10

2967

1   has expressly extended [*Robins*] to the Internet generally"], *aff'd and remanded* (9th Cir. 2019)

2   938 F.3d 985.)  However the courts of this state ultimately view that analogy with regard to a

3   dominant, widely-used site like the core YouTube service, the analogy falls apart completely on

4   the facts alleged here.  "Restricted Mode" and YouTube's advertising service are new, inherently

5   selective platforms that do not resemble a traditional public forum.  As discussed below, even

6   more than the core YouTube service, these platforms necessarily reflect the exercise of editorial

7   discretion rather than serving as an open "town square."

8       Finally, Prager contends that cases that have deemed web sites to be "public forums" for

9   purposes of California's "anti-SLAPP" statute require this Court to extend *Robins* to its claim.

10  However, the anti-SLAPP statute encompasses speech "*in a place open to the public or* a public

11  forum in connection with an issue of public interest" (Code Civ. Proc., § 425.16, subd. (e)(3),

12  emphasis added), and has been applied to locations that clearly do not meet the standard

13  described in *Golden Gateway Center*.  (See, e.g., *Seelig v. Infinity Broadcasting Corp.* (2002) 97

14  Cal.App.4th 798, 807 [anti-SLAPP statute applied to comments made during on-air discussion

15  on talk radio].)  "[T]he protections afforded by the anti-SLAPP statute are not coextensive with

16  the categories of conduct or speech protected by the First Amendment or its California

17  counterparts (Cal. Const., art. I, §§ 2–4)." (*Industrial Waste & Debris Box Service, Inc. v.

18  Murphy* (2016) 4 Cal.App.5th 1135, 1152.)  "As our high court recently reaffirmed, 'courts

19  determining whether conduct is protected under the anti-SLAPP statute look not to First

20  Amendment law, but to the statutory definitions in section 425.16, subdivision (e).' " (*Ibid.*,

21  quoting *City of Montebello v. Vasquez* (2016) 1 Cal.5th 409, 422.)

22      Defendants' demurrer to the first cause of action will accordingly be sustained without

23  leave to amend.  In addition to failing to state a claim under *Robins v. Pruneyard*, this cause of

24  action is barred by section 230 of the CDA for the reasons discussed below.  (See *In re

25  Garcia* (2014) 58 Cal.4th 440, 452 [supremacy clause of the federal Constitution requires that

26  any conflicting state law give way to federal statute], citing U.S. Const., art. VI, cl. 2 ["This

27  Constitution, and the laws of the United States which shall be made in pursuance thereof ... shall

28

*Prager University v. Google LLC, et al., Superior Court of California, County of Santa Clara, Case No. 19CV340667*    11
*Order After Hearing on October 25, 2019 [Demurrer to the First Amended Complaint and Motion for Preliminary Injunction]*
2968

be the supreme law of the land; and the judges in every state shall be bound thereby, any thing in the Constitution or laws of any state to the contrary notwithstanding"].)

### B.  CDA Immunity

Section 230(c)(1) of the CDA provides that "[n]o provider or user of an interactive computer service shall be treated as the publisher or speaker of any information provided by another information content provider." "§ 230 precludes courts from entertaining claims that would place a computer service provider in a publisher's role.  Thus, lawsuits seeking to hold a service provider liable for its exercise of a publisher's traditional editorial functions—such as deciding whether to publish, withdraw, postpone or alter content—are barred." (*Hassell v. Bird* (2018) 5 Cal.5th 522, 536, quoting *Zeran v. America Online, Inc.* (4th Cir. 1997) 129 F.3d 327, 330.)

"The CDA—of which section 230 is a part—was enacted in 1996." (*Delfino v. Agilent Technologies, Inc.* (2006) 145 Cal.App.4th 790, 802.)  "Its 'primary goal ... was to control the exposure of minors to indecent material' over the Internet." (*Ibid.*, quoting *Batzel v. Smith* (9th Cir. 2003) 333 F.3d 1018, 1026, superseded by statute on another point as stated in *Breazeale v. Victim Services, Inc.* (9th Cir. 2017) 878 F.3d 759, 766.)  "Thus, an 'important purpose of [the CDA] was to encourage [Internet] service providers to self-regulate the dissemination of offensive materials over their services.' " (*Ibid.*, quoting *Zeran v. America Online, Inc., supra,* 129 F.3d at p. 331.)  Section 230(c)(2) consequently immunizes service providers[2] who endeavor to restrict access to material deemed objectionable, providing that

> [n]o provider or user of an interactive computer service shall be held liable on account of--
>
> **(A)** any action voluntarily taken in good faith to restrict access to or availability of material that the provider or user considers to be obscene, lewd, lascivious, filthy, excessively violent, harassing, or otherwise objectionable, whether or not such material is constitutionally protected; or
>
> **(B)** any action taken to enable or make available to information content providers or others the technical means to restrict access to material described in

---

[2] There is no dispute that defendants are providers of "an interactive computer service" under section 230.

*Prager University v. Google LLC, et al., Superior Court of California, County of Santa Clara, Case No. 19CV340667*   12
*Order After Hearing on October 25, 2019 [Demurrer to the First Amended Complaint and Motion for Preliminary Injunction]*

2969

paragraph (1).[3]

(47 U.S.C. § 230(c)(2).)

A second, but related, objective of the CDA "was to avoid the chilling effect upon Internet free speech that would be occasioned by the imposition of tort liability upon companies that do not create potentially harmful messages but are simply intermediaries for their delivery." (*Delfino v. Agilent Technologies, Inc.*, *supra,* 145 Cal.App.4th at pp. 802-803.) The legislative history reflects that Congress was responding to a New York trial court case where "a service provider was held liable for defamatory comments posted on one of its bulletin boards, based on a finding that the provider had adopted the role of 'publisher' by actively screening and editing postings." (*Barrett v. Rosenthal* (2006) 40 Cal.4th 33, 44.)  " 'Fearing that the specter of liability would ... deter service providers from blocking and screening offensive material,' " Congress forbid " 'the imposition of publisher liability on a service provider for the exercise of its editorial and self-regulatory functions.' " (*Id.,* quoting *Zeran v. America Online, Inc., supra,* 129 F.3d at p. 331.)  Thus, section 230(c)(1) " 'confer[s] broad immunity on Internet intermediaries' " in " 'a strong demonstration of legislative commitment to the value of maintaining a free market for online expression.' " (*Hassell v. Bird, supra,* 5 Cal.5th at p. 539, quoting *Barrett v. Rosenthal, supra,* 40 Cal.4th at p. 56.)

Of the two provisions, section 230(c)(1) has been applied more frequently and broadly, including by courts in the Northern District of California to conduct indistinguishable from that alleged in this action.  Notably, in *Sikhs for Justice "SFJ", Inc. v. Facebook, Inc.* (N.D. Cal. 2015) 144 F.Supp.3d 1088, 1090, *aff'd sub nom. Sikhs for Justice, Inc. v. Facebook, Inc.* (9th Cir. 2017) 697 Fed.App'x. 526, a human rights organization alleged that Facebook blocked access to its page in India "on its own or on the behest of the Government of India," because of discrimination on the grounds of race, religion, ancestry, and national origin.  Quoting *Barnes v. Yahoo!, Inc.* (9th Cir. 2009) 570 F.3d 1096 and *Fair Housing Council of San Fernando Valley v. Roommates.Com, LLC* (9th Cir. 2008) 521 F.3d 1157, the court reasoned that

---

[3] It is widely agreed that section 230(c)(2)(B)'s reference to "paragraph (1)" is an error, and the provision should be interpreted to refer to section 230(c)(2)(A) or "paragraph (A)." (See, e.g., *Enigma Software Group USA, LLC v. Malwarebytes, Inc.* (9th Cir. 2019) 938 F.3d 1026, 1031, fn. 1.)

*Prager University v. Google LLC, et al., Superior Court of California, County of Santa Clara, Case No. 19CV340667*   13
*Order After Hearing on October 25, 2019 [Demurrer to the First Amended Complaint and Motion for Preliminary Injunction]*

2970

[p]ublication involves reviewing, editing, and deciding whether to publish or to withdraw from publication third-party content. Thus, a publisher decides whether to publish material submitted for publication. It is immaterial whether this decision comes in the form of deciding what to publish in the first place or what to remove among the published material. ***In other words, any activity that can be boiled down to deciding whether to exclude material that third parties seek to post online is perforce immune under section 230.***

(*Sikhs for Justice "SFJ", Inc. v. Facebook, Inc.*, *supra*, 144 F.Supp.3d at p. 1094, emphasis added, internal citations and quotations omitted.) This approach has been endorsed by the Ninth Circuit. (See *Riggs v. MySpace, Inc.* (9th Cir. 2011) 444 Fed.App'x. 986, 987 [district court properly dismissed claims "arising from MySpace's decisions to delete Riggs's user profiles on its social networking website yet not delete other profiles Riggs alleged were created by celebrity imposters," citing *Fair Housing Council of San Fernando Valley v. Roommates.Com, LLC*, *supra*, 521 F.3d at pp. 1170-1171 for the proposition that "any activity that can be boiled down to deciding whether to exclude material that third parties seek to post online is perforce immune under section 230"].) California opinions have similarly reasoned that the "type of activity" at issue here—"to restrict or make available certain material"—"is expressly covered by section 230." (*Doe II v. MySpace Inc.* (2009) 175 Cal.App.4th 561, 572-573 [describing "the general consensus to interpret section 230 immunity broadly, extending from *Zeran* ..."]; see also *Hassell v. Bird*, *supra*, 5 Cal.5th at p. 537 [California "courts have followed *Zeran* in adopting a broad view of section 230's immunity provisions"].) This interpretation was recently applied again by the Northern District in *Federal Agency of News LLC v. Facebook, Inc.* (N.D. Cal., July 20, 2019, No. 18-CV-07041-LHK) --- F.Sup.3d ---, 2019 WL 3254208, where it was held that section 230(c)(1) immunized Facebook from claims arising from its removal of a Russian company's account and page due to its alleged control by an entity found to have interfered in the 2016 United States presidential election.[4]

---

[4] See also *Langdon v. Google, Inc.* (D. Del. 2007) 474 F.Supp.2d 622, 630-631 (applying immunity under section 230(c)(1) and/or (2) where plaintiff alleged defendants refused to display ads on his web pages criticizing the North Carolina and Chinese governments based on political viewpoint discrimination); *Levitt v. Yelp! Inc.* (N.D. Cal., Oct. 26, 2011, No. C-10-1321 EMC) 2011 WL 5079526, at *7-9, *aff'd* (9th Cir. 2014) 765 F.3d 1123 (section 230(c)(1) immunity applied to allegations that Yelp manipulated plaintiffs' user reviews in order to induce them to pay for

*Prager University v. Google LLC, et al.*, *Superior Court of California, County of Santa Clara, Case No. 19CV340667*
*Order After Hearing on October 25, 2019 [Demurrer to the First Amended Complaint and Motion for Preliminary Injunction]*          14

2971

Consistent with the language of section 230(c)(1), these cases do not question the service provider's motive in deciding to remove content from its service. While Prager contends that section 230(c)(1) immunity should not be applied where a plaintiff alleges a service provider acted in bad faith or to stifle competition, it cites no persuasive authority adopting this interpretation.[5]

Courts have expressed greater concern with the issue of motive when interpreting section 230(c)(2), perhaps because paragraph (A) of that provision expressly includes a "good faith" requirement. Here, defendants rely on paragraph (B) of that provision, which they urge—like section 230(c)(1)—does not require good faith. In *Zango, Inc. v. Kaspersky Lab, Inc.* (9th Cir. 2009) 568 F.3d 1169, 1176-1177, the Ninth Circuit applied section 230(c)(2)(B) to a provider of Internet security software that deemed the plaintiff's software to be "malware," noting that the plaintiff had waived the issue of "whether subparagraph (B), which has no good faith language,

---

advertising); *Lancaster v. Alphabet Inc.* (N.D. Cal., July 8, 2016, No. 15-CV-05299-HSG) 2016 WL 3648608, at *2-3 ("§ 230[(c)(1) of the CDA prohibits any claim arising from Defendants' removal of Plaintiffs' videos"); *Green v. YouTube, LLC* (D.N.H., Mar. 13, 2019, No. 18-CV-203-PB) 2019 WL 1428890, at *6, *report and recommendation adopted sub nom. Green v. YouTube, Inc.* (D.N.H., Mar. 29, 2019, No. 18-CV-203-PB) 2019 WL 1428311 (applying immunity under section 230(c)(1) where plaintiff alleged his accounts were improperly shut down); *Brittain v. Twitter, Inc.* (N.D. Cal., June 10, 2019, No. 19-CV-00114-YGR) 2019 WL 2423375, at *3 (section 230(c)(1) immunity applied where plaintiff alleged improper suspension of his Twitter accounts and that Twitter "limit[ed] users who reference new/competing networks and/or utilize Third Party API services"); *King v. Facebook, Inc.* (N.D. Cal., Sept. 5, 2019, No. 19-CV-01987-WHO) 2019 WL 4221768 (section 230(c)(1) immunity applied to theory that "Facebook has violated its (Terms of Service) in removing [plaintiff's] posts and suspending his account, and that Facebook treats black activists and their posts differently than it does other groups, particularly white supremacists and certain 'hate groups' ").

[5] To the extent *e-ventures Worldwide, LLC v. Google, Inc.* (M.D. Fla. 2016) 188 F.Supp.3d 1265 adopts Prager's view, it does so by conflating section 230(c)(1) and section 230(c)(2) with no analysis. The Court does not find this persuasive. While a subsequent, unpublished opinion in that action, *e-ventures Worldwide, LLC v. Google, Inc.* (M.D. Fla., Feb. 8, 2017, No. 214CV646FTMPAMCM) 2017 WL 2210029, *3-4 reasoned that applying section 230(c)(1) to service providers' editorial decisions regarding a plaintiff's own content would swallow "the more specific immunity in (c)(2)" with its good faith requirement, the opinion went on to grant summary judgment based on the First Amendment's protection of editorial judgments, "no matter the motive." This case does not persuade the Court to part ways with the courts that apply section 230(c)(1) to the same end based on the same reasoning.

Similarly, *Levitt v. Yelp! Inc.* (N.D. Cal., Mar. 22, 2011, No. C 10-1321 MHP) 2011 WL 13153230, at *9 deemed it "a[] close[] question … whether Yelp may be held liable for its removal of positive reviews for the alleged purpose of coercing businesses to purchase advertising," considering that this theory implicated bad faith. The court ultimately did not resolve the issue as it found the complaint otherwise failed to state a cause of action. A subsequent opinion in that case, *Levitt v. Yelp! Inc.* (N.D. Cal., Oct. 26, 2011, No. C-10-1321 EMC) 2011 WL 5079526, *9 held that section 230(c)(1) does not include a good faith requirement, and applied "even assuming Plaintiffs have adequately pled allegations stating a claim of an extortionate threat with respect to Yelp's alleged manipulation of user reviews." The Court finds the reasoning of the subsequent opinion more persuasive.

---

*Prager University v. Google LLC, et al., Superior Court of California, County of Santa Clara, Case No. 19CV340667*   15
*Order After Hearing on October 25, 2019 [Demurrer to the First Amended Complaint and Motion for Preliminary Injunction]*

2972

should be construed implicitly to have a good faith component like subparagraph (A)." The concurring opinion expressed concern with extending immunity beyond the facts present in that case:

> Congress plainly intended to give computer users the tools to filter the Internet's deluge of material *users* would find objectionable, in part by immunizing the providers of blocking software from liability. *See* § 230(b)(3). But under the generous coverage of § 230(c)(2)(B)'s immunity language, a blocking software provider might abuse that immunity to block content for anticompetitive purposes or merely at its malicious whim, under the cover of considering such material "otherwise objectionable."

(*Zango, Inc. v. Kaspersky Lab, Inc.*, *supra*, 568 F.3d at p. 1178 (conc. opn. of Fisher, J.).) Noting that "[d]istrict courts nationwide have grappled with the issues discussed in *Zango's* majority and concurring opinions, and have reached differing results," the Ninth Circuit recently held that a service provider's intent may be relevant under section 230(c)(2)(B): specifically, where a plaintiff alleges blocking by a direct competitor for anticompetitive purposes, its claims survive dismissal. (*Enigma Software Group USA, LLC v. Malwarebytes, Inc.* (9th Cir. 2019) 938 F.3d 1026.)

Here, defendants' creation of a "Restricted Mode" to allow sensitive users to voluntarily choose a more limited experience of the YouTube service is exactly the type of self-regulation that Congress sought to encourage in enacting section 230, and fits within section 230(c)(2)(B)'s immunity for "any action taken to enable or make available to ... others," namely, YouTube users, "the technical means to restrict access to" material "that the provider or user considers to be obscene, ... excessively violent, ... or otherwise objectionable." Rather than unilaterally restricting access to material on its core platform as contemplated by section 230(c)(2)(A)— which contains a "good faith" requirement—defendants allow users to voluntarily restrict access to material that defendants deem objectionable for the stated reason that, like the categories of material enumerated by the statute, it may be inappropriate for young or sensitive viewers.[6] The

---

[6] Consistent with these circumstances, a page discussing options for administrators employing "Restricted Mode," which was submitted by Prager in connection with its motion for preliminary injunction, indicates that "[a]dministrators and designated approvers can now whitelist entire channels," in addition to individual videos, to ensure a channel is "watchable by your users." (Declaration of Peter Obstler, Ex. L.) Thus, it appears that users can

*Prager University v. Google LLC, et al., Superior Court of California, County of Santa Clara, Case No. 19CV340667*   16
*Order After Hearing on October 25, 2019 [Demurrer to the First Amended Complaint and Motion for Preliminary Injunction]*

2978

Court views this as a critical difference between the two provisions and disagrees with the majority in *Enigma*,[7] who ignore the plain language of the statute by reading a good faith limitation into section 230(c)(2)(B). (See *Enigma Software Group USA, LLC v. Malwarebytes, Inc.*, *supra*, 938 F.3d at p. 1040 (dis. opn. of Rawlinson, J.) ["The majority's policy arguments are in conflict with our recognition in *Zango* that the broad language of the Act is consistent with 'the Congressional goals for immunity' as expressed in the language of the statute. [Citation.] As the district court cogently noted, we 'must presume that a legislature says in a statute what it means and means in a statute what it says there.' "].)

Finding CDA immunity here is also consistent with cases that apply it in indistinguishable circumstances based on section 230(c)(1), and with their reasoning, which recognizes that challenges to a service provider's editorial discretion "treat[]" the provider "as a publisher." (See *Sikhs for Justice "SFJ", Inc. v. Facebook, Inc.*, *supra*, 144 F.Supp.3d 1088 [applying section 230(c)(1) to claim under Title II of the Civil Rights Act of 1964]; *Federal Agency of News LLC v. Facebook, Inc.*, *supra*, 2019 WL 3254208 [applying section 230(c)(1) to claims under Title II of the Civil Rights Act of 1964, the Unruh Act, and for breach of the implied covenant of good faith and fair dealing].) The Court finds that immunity under section 230(c)(1) also applies here, to the allegations involving both "Restricted Mode" and defendants' advertising service.

While the Court understands Prager's argument that all three provisions of section 230 should have a good faith requirement, this argument is contrary to the plain language of the statute. (See *Hassell v. Bird*, *supra*, 5 Cal.5th at p. 540 [noting that *Barrett v. Rosenthal*, *supra*, 40 Cal.4th 33 voiced "qualms" that *Zeran*'s interpretation of section 230 provides blanket immunity for those who intentionally redistribute defamatory statements, but held "these concerns were of no legal consequence" where principles of statutory interpretation compelled a

---

specifically override defendants' decisions to disable certain videos or channels in "Restricted Mode," confirming that "Restricted Mode" is a tool made available to users rather than a unilateral ban.

[7] See *People v. Williams* (1997) 16 Cal.4th 153, 190 ("Decisions of lower federal courts interpreting federal law are not binding on state courts."); *Elliott v. Albright* (1989) 209 Cal.App.3d 1028, 1034 (although at times entitled to great weight, the decisions of the lower federal courts on federal questions are merely persuasive).

---

*Prager University v. Google LLC, et al., Superior Court of California, County of Santa Clara, Case No. 19CV340667*   17
*Order After Hearing on October 25, 2019 [Demurrer to the First Amended Complaint and Motion for Preliminary Injunction]*
2974

broad construction].)  And while it is not this Court's role to judge the wisdom of the policy

embodied by section 230, there are good reasons to support it.  As the court in *Levitt v. Yelp!*

*Inc.* (N.D. Cal., Oct. 26, 2011, No. C-10-1321 EMC) 2011 WL 5079526 reasoned,

> traditional editorial functions often include subjective judgments informed by political and financial considerations. [Citation.]  Determining what motives are permissible and what are not could prove problematic.  Indeed, from a policy perspective, permitting litigation and scrutin[izing] motive could result in the "death by ten thousand duck-bites" against which the Ninth Circuit cautioned in interpreting § 230(c)(1).  [(*Fair Housing Council of San Fernando Valley v. Roommates.Com, LLC, supra,* 521 F.3d at p. 1174.)]

> One of Congres[s]'s purposes in enacting § 230(c) was to avoid the chilling effect of imposing liability on providers by both safeguarding the "diversity of political discourse ... and myriad avenues for intellectual activity" on the one hand, and "remov[ing] disincentives for the development and utilization of blocking and filtering technologies" on the other hand. §§ 230(a), (b); *see also* S.Rep. No. 104–230, at 86 (1996) (Conf.Rep.), *available at* 1996 WL 54191, at *[194] (describing purpose of section 230 to protect providers from liability "for actions to restrict or to enable restrict[ion] of access to objectionable online material").  For that reason, "[C]lose cases ... must be resolved in favor of immunity, lest we cut the heart out of section 230 ...." [(*Fair Housing Council of San Fernando Valley v. Roommates.Com, LLC, supra,* 521 F.3d at p. 1174.)]

> As illustrated by the case at bar, finding a bad faith exception to immunity under § 230(c)(1) could force Yelp to defend its editorial decisions in the future on a case by case basis and reveal how it decides what to publish and what not to publish.  Such exposure could lead Yelp to resist filtering out false/unreliable reviews (as someone could claim an improper motive for its decision), or to immediately remove all negative reviews about which businesses complained (as failure to do so could expose Yelp to a business's claim that Yelp was strong-arming the business for advertising money).  The Ninth Circuit has made it clear that the need to defend against a proliferation of lawsuits, regardless of whether the provider ultimately prevails, undermines the purpose of section 230.

(*Levitt v. Yelp! Inc., supra,* 2011 WL 5079526, at *8-9.)  In the Court's view, these concerns are

particularly salient here, where the challenged services are by definition more curated than

defendants' core service and could not exist without more robust screening by defendants.

In opposition to defendants' demurrer, Prager cites a number of cases that affirm the

principle applied in *Fair Housing Council of San Fernando Valley v. Roommates.Com, LLC,*

*supra,* 521 F.3d 1157, which held that a service provider is not entitled to CDA immunity with

*Prager University v. Google LLC, et al., Superior Court of California, County of Santa Clara, Case No. 19CV340667*
*Order After Hearing on October 25, 2019 [Demurrer to the First Amended Complaint and Motion for Preliminary Injunction]*    18

2975

regard to content it develops itself. However, this principle is inapposite here. Prager does not allege that defendants developed any of Prager's content or appended any commentary to it—to the contrary, they allege the content became completely invisible in "Restricted Mode" or was simply demonetized. Applying CDA immunity under these circumstances does not conflict with *Roommates*. (See *Fair Housing Council of San Fernando Valley v. Roommates.Com, LLC, supra,* 521 F.3d at p. 1163 [in enacting CDA immunity, "Congress sought to immunize the *removal* of user-generated content, not the *creation* of content"].)[8]

Finally, Prager contends that applying CDA immunity here would constitute an unlawful prior restraint on its speech in violation of the First Amendment. However, a federal court has already held that defendants' conduct does not violate the First Amendment, and this Court agrees with that analysis for the reasons discussed in connection with its analysis of Prager's claim under the California Constitution. Moreover, Prager does not allege that defendants prevented it from engaging in speech, even on their own platform—again, it contends that certain videos were excluded from "Restricted Mode" and/or were demonetized.

The Court consequently finds that section 230(c)(2)(B) bars Prager's claims related to "Restricted Mode" and section 230(c)(1) bars all of its claims, with the possible exception of those based on its own promises and representations, which are discussed below.[9]

### C.  Breach of the Implied Covenant of Good Faith and Fair Dealing and Fraud Under the UCL

Finally, Prager correctly urges that some California authority holds section 230(c)(1) of the CDA does not apply to claims based on a defendant's own promises and representations to a plaintiff, rather than its role as a publisher. (See *Demetriades v. Yelp, Inc.* (2014) 228 Cal.App.4th 294, 313 [this immunity does not apply where "plaintiff seeks to hold Yelp liable for its own statements regarding the accuracy of its filter"]; but see *Hassell v. Bird, supra,* 5 Cal.5th at p. 542 [disapproving of "creative pleading" in an attempt to avoid section 230

---

[8] Although it does not bring a claim for defamation, Prager appears to suggest that defendants have defamed it by removing its content from "Restricted Mode" or demonetizing it. Such a claim would likely be foreclosed by the ruling in *Bartholomew v. YouTube, LLC.* (2017) 17 Cal.App.5th 1217, 1234.

[9] The Court thus does not address defendants' argument that Prager's claims are barred by the First Amendment.

---

*Prager University v. Google LLC, et al.,* Superior Court of California, County of Santa Clara, Case No. 19CV340667
*Order After Hearing on October 25, 2019 [Demurrer to the First Amended Complaint and Motion for Preliminary Injunction]*

19

2976

immunity].)  This authority does not apply to the Court's finding of immunity under section 230(c)(2)(B).  In any event, Prager's claims asserting this type of theory—namely, its claim for breach of the implied covenant of good faith and fair dealing and its claim under the fraud prong of the UCL—do not state a cause of action.

Prager does not and cannot state a claim for breach of the implied covenant of good faith and fair dealing in light of the express provisions of YouTube's Terms of Service, which provide that "YouTube reserves the right to remove Content without prior notice" and which also allow YouTube to "discontinue any aspect of the Service at any time." (See Declaration of Brian Willen, Ex. 1; *Song fi Inc. v. Google, Inc.* (N.D. Cal. 2015) 108 F.Supp.3d 876, 885 [plaintiff could not state a claim for violation of the covenant of good faith and fair dealing based on content removal in light of YouTube's Terms of Service].)  Similarly, YouTube's AdSense Terms of Service reserve the right "to refuse or limit your access to the Services." (Declaration of Brian Willen, Ex. 8; see *Sweet v. Google Inc.* (N.D. Cal., Mar. 7, 2018, No. 17-CV-03953-EMC) 2018 WL 1184777, at *9-10 [plaintiff could not state a claim for violation of the covenant of good faith and fair dealing based on demonitization in light of similar reservation of rights in YouTube's Partner Program Terms].)  "[C]ourts are not at liberty to imply a covenant directly at odds with a contract's express grant of discretionary power except in those relatively rare instances when reading the provision literally would, contrary to the parties' clear intention, result in an unenforceable, illusory agreement." (*Third Story Music, Inc. v. Waits* (1995) 41 Cal.App.4th 798, 808.)  That is not the case here, and Prager does not contend that it is. (See *Sweet v. Google Inc., supra,* 2018 WL 1184777, at *9-10 [applying *Third Story*].)

As to the UCL fraud claim, to the extent it is based on the "four essential freedoms" set forth above and similar statements, these statements are non-actionable puffery. (See *Demetriades v. Yelp, Inc., supra,* 228 Cal.App.4th at p. 311 [" 'a statement that is quantifiable, that makes a claim as to the "specific or absolute characteristics of a product," may be an actionable statement of fact while a general, subjective claim about a product is non-actionable puffery,' " quoting *Newcal Industries, Inc. v. Ikon Office Solution* (9th Cir.2008) 513 F.3d 1038, 1053]; *Prager University v. Google LLC, supra,* 2018 WL 1471939, at *11 ["None of the

*Prager University v. Google LLC, et al., Superior Court of California, County of Santa Clara, Case No. 19CV340667*   20
*Order After Hearing on October 25, 2019 [Demurrer to the First Amended Complaint and Motion for Preliminary Injunction]*
2977

statements about YouTube's viewpoint neutrality identified by Plaintiff resembles the kinds of 'quantifiable' statements about the 'specific or absolute characteristics of a product' that are actionable under the Lanham Act."].)

Prager also alleges that defendants represented that "the 'same standards apply equally to all' when it comes to the content regulation on YouTube." (FAC, ¶ 85; see also *id.* at ¶ 13.) While this statement is arguably more than mere puffing (see *Demetriades v. Yelp, Inc., supra,* 228 Cal.App.4th at p. 311-312), Prager does not allege that it suffered a loss of money or property as a result of its reliance on this statement. "There are innumerable ways in which economic injury from unfair competition may be shown," including where a plaintiff "ha[s] a present or future property interest diminished." (*Kwikset Corp. v. Superior Court (Benson)* (2011) 51 Cal.4th 310, 323; see also *Alborzian v. JPMorgan Chase Bank, N.A.* (2015) 235 Cal.App.4th 29, 38 [UCL "unlawful" plaintiffs established standing by alleging diminished credit score caused by defendant's false negative reporting to credit agencies, even where they never made payments on the loan at issue].) The "lost income, reduced viewership, and damage to brand, reputation, and goodwill" that Prager alleges (FAC, ¶ 157) would certainly satisfy this requirement if there were a causal connection between Prager's alleged reliance on defendants' statement in participating in the YouTube service and these harms. However, these injuries cannot have resulted from Prager's decision to use YouTube: they could only have been caused by YouTube's later decisions to restrict and/or demonetize Prager's content. (See *Prager University v. Google LLC, supra,* 2018 WL 1471939, at *11-12 ["Plaintiff has not sufficiently alleged that it 'has been or is likely to be injured as the result of the' statements about YouTube's viewpoint neutrality. [Citation.] As discussed above, any harm that Plaintiff suffered was caused by Defendants' decisions to limit access to some of Plaintiff's videos."].) These later decisions by YouTube could not have been relied on by Prager. (See *id.* at *11 ["Although Plaintiff asserts that it has suffered injury in the form of 'lower viewership, decreased ad revenue, a reduction in advertisers willing to purchase advertisements shown on Plaintiff's videos, diverted viewership, and damage to its brand, reputation and goodwill,' ... nothing in Plaintiff's complaint suggests that this harm flowed directly from Defendants' publication of

*Prager University v. Google LLC, et al., Superior Court of California, County of Santa Clara, Case No. 19CV340667*   21
*Order After Hearing on October 25, 2019 [Demurrer to the First Amended Complaint and Motion for Preliminary Injunction]*
2978

their policies and guidelines. Instead, any harm that Plaintiff suffered was caused by Defendants' decisions to limit access to some of Plaintiff's videos ...."].)  Moreover, recognizing this theory would appear to conflict with principles of defamation law as recently discussed in *Bartholomew v. YouTube, LLC.* (2017) 17 Cal.App.5th 1217.

Prager thus fails to state a cause of action based on the implied covenant of good faith and fair dealing or the fraud prong of the UCL.

D.  Conclusion and Order

For all these reasons, the demurrer to the first through fourth causes of action is SUSTAINED WITHOUT LEAVE TO AMEND.

III.  Motion for Preliminary Injunction

As discussed above, Prager has not shown a reasonable probability of success on the merits in this action.  Its motion for a preliminary injunction is consequently DENIED.  (See *San Francisco Newspaper Printing Co. v. Superior Court (Miller)* (1985) 170 Cal.App.3d 438, 442.)

IT IS SO ORDERED.

Dated: **Nov. 19, 2019**

Honorable Brian C. Walsh
Judge of the Superior Court

*Prager University v. Google LLC, et al., Superior Court of California, County of Santa Clara, Case No. 19CV340667*    22
*Order After Hearing on October 25, 2019 [Demurrer to the First Amended Complaint and Motion for Preliminary Injunction]*
2979