ELLIS GEORGE CIPOLLONE
O'BRIEN ANNAGUEY LLP
Peter Obstler (State Bar No. 171623)
   pobstler@egcfirm.com
Eric M. George (State Bar No. 166403)
   egeorge@egcfirm.com
Dennis S. Ellis (State Bar No. 178196)
   dellis@egcfirm.com
Debi A. Ramos (State Bar No. 135373)
   dramos@egcfirm.com
2121 Avenue of the Stars, 30th Floor
Los Angeles, California 90067
Telephone: (310) 274-7100; Facsimile: (310) 275-5697

Attorneys for Kimberly Carleste Newman, Lisa
Cabrera, Catherine Jones, Denotra Nicole Lewis,
Andrew Hepkins, Harvey Stubbs, Khalif
Muhammad, Keu Reyes and Osiris Ley

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| Kimberly Carleste Newman, Lisa Cabrera, Catherine Jones, Denotra Nicole Lewis, Andrew Hepkins, Harvey Stubbs, Khalif Muhammad, Keu Reyes and Osiris Ley, <br><br> Plaintiffs, <br><br> vs. <br><br> Google LLC, YouTube LLC, Alphabet Inc. and Does 1 through 100, inclusive, <br><br> Defendants. | Case No. 3:20-cv-04011-VC <br><br> **FOURTH AMENDED CLASS ACTION COMPLAINT FOR, BREACH OF CONTRACT, BREACH OF THE COVENANT OF GOOD FAITH, CONVERSION, REPLEVIN, ACCOUNTING AND UNFAIR COMPETITION** <br><br> Judge:   Hon. Vince Chhabria <br> Crtrm.:  4 |

# TABLE OF CONTENTS

**Page**

I.      INTRODUCTION AND PREFATORY STATEMENT OF THE CASE ............................. 1

II.     PARTIES ......................................................................................................................... 3

III.    JURISDICTION AND VENUE ...................................................................................... 6

    A.  The Court has jurisdiction over the claims alleged herein under the Class Action Fairness Act, 28 U.S.C. §1332(d) ("CAFA") ................................................. 6

    B.  Venue In This Court Is Proper Under 28 U.S.C. §1391 ............................................ 8

IV.    FACTS COMMON TO ALL CLAIMS .......................................................................... 8

    A.  Defendants Control Nearly All Public Videos and Related User Data Worldwide .................................................................................................................. 8

    B.  Defendants Rely On Complex Online Digital Consumer Form Contracts To Acquire And Control Videos and Data:  The Operative Agreement ...................... 10

        1.  Defendants' Ever Changing Digital Agreements ........................................ 11

            a.  The Relevant TOS ........................................................................... 12

            b.  The Other Incorporated Agreements ................................................ 13

        2.  The Digital Agreements Are Complex, Ambiguous, and Intentionally Obscure ....................................................................................................... 13

        3.  Defendants' Additional Agreements ........................................................... 14

        4.  Defendants' Operative Provisions ............................................................... 15

            a.  Defendants' General Provisions ...................................................... 15

            b.  Defendants' Content Rules .............................................................. 17

                (i)  Community Guidelines ........................................................ 17

                (ii)  Policies ................................................................................ 17

        5.  Defendants' Missing Provisions .................................................................. 18

    C.  Defendants' Acquired A Monopoly Over Public Videos And Related User Data Through Deceit ................................................................................................ 19

        1.  Defendants Told Users That YouTube Was a Public Forum For Freedom of Expression, Information, Opportunity and to Belong: The Mission Statement ..................................................................................... 19

**TABLE OF CONTENTS**
(Continued)

2.   Defendants Told Users That YouTube Was Governed By Neutral Content Based Rules That Apply Equally To All And All Content ............ 20

3.   Defendants Statements of Viewpoint and Identity Neutrality Are False ........................................................................................... 21

V.   CLASS ALLEGATIONS ................................................................................ 21

VI.   INDIVIDUAL CAUSES OF ACTION .......................................................... 25

FIRST CAUSE OF ACTION  For Breach of Contract (On Behalf Of Individual Plaintiffs And The Class) .......................................................................... 25

1.   Elements ......................................................................................... 25

2.   The Defendants And Plaintiffs Have Entered Valid Contracts .................... 26

3.   Plaintiffs Have Fully Performed The Agreement(s) ................................. 26

4.   Defendants Have Breached Their Agreement(s) ..................................... 26

a.   Defendants Misapply TOS Rules ...................................... 33

(i)   Restricted Mode .................................... 33

(ii)   Monetization Rules ................................ 35

(iii)   Hate Speech, Harassment & Cyberbullying Rules ................ 37

(iv)   Copyright Rules .................................... 38

(v)   Nudity And Sexual Content Rules ........................ 39

(vi)   COVID-19 Medical Misinformation Rules ......................... 39

(vii)   Firearms Rules ..................................... 40

b.   Defendants Selectively Enforce Rules To Benefit Preferred Creators ................................................. 40

(i)   Harassment & Cyberbullying Of Plaintiffs ......................... 41

(ii)   Vulgar Language, Nudity And Sexual Content Rules .......... 42

(iii)   Harmful/Dangerous Content And Violent Graphic Content Rules ...................................... 43

c.   Defendants Deny Plaintiffs Other Contract Services ....................... 44

(i)   Standard Video Play Services .............................. 44

# TABLE OF CONTENTS
### (Continued)

|  |  | Page |
|---|---|---|

(ii)    Protections Against Impersonation And Trademark Infringement .................................................................45

(iii)    Protection Against Posting Of Others Personal Information ................................................................45

(iv)    Video Privacy Protections .....................................46

(v)    Audience Reach Services ......................................46

(vi)    Reporting And Flagging Services .........................49

(vii)    Appeals ..................................................................50

5.    Defendants Have Damaged Plaintiffs .................................................50

SECOND CAUSE OF ACTION  For Breach Of The Implied Covenant Of Good Faith And Fair Dealing, Or In The Alternative For Rescission And Restitution (On Behalf Of Individual Plaintiffs And The Class) ............................51

    1.    Elements ...............................................................................................51

    2.    Defendants Have Breached The Implied Covenant Of Good Faith And Fair Dealing ................................................................................52

    3.    In The Alternative, Defendants' Agreements Are Void ......................53

THIRD CAUSE OF ACTION  For Unlawful, Deceptive, And Unfair Business Practices Cal. Bus. &  Profs. Code, §§17200, *et seq.* (On Behalf Of Individual Plaintiffs And The Class) ..................................................................54

FOURTH CAUSE OF ACTION  Equitable Claim For An Accounting Of Debts Owed Under Contract (On Behalf Of Individual Plaintiffs And The Class) ...........56

    1.    Elements ...............................................................................................56

    2.    Defendants Have Breached Their Contractual Duty To Provide Accurate Analytics Reports ..................................................................57

    3.    Defendants Have Sole Access To The Data Required To Accurately Calculate Revenues Owed to Plaintiffs .............................................59

    4.    Plaintiffs Have No Alternative Way To Accurately Calculate How Much Defendants Owe Them In Revenue And Services..........................59

FIFTH CAUSE OF ACTION  For Conversion Of Plaintiffs' Property (On Behalf Of Individual Plaintiffs And The Class).......................................................................59

    1.    Elements ...............................................................................................60

# TABLE OF CONTENTS
### (Continued)

**Page**

2. Defendants Have Wrongfully Taken And Retained Plaintiffs' Original Videos ........................................................................ 60

3. Defendants Have Refused To Return Plaintiffs' Videos Or To Make Them Available For Copying ........................................................ 61

SIXTH CAUSE OF ACTION  For Replevin (On Behalf Of Individual Plaintiffs And The Class) ..................................................................... 61

VII.     PRAYER FOR RELIEF .................................................................... 63

VIII.    JURY TRIAL DEMAND.................................................................... 65

Plaintiffs, Kimberly Carleste Newman, Lisa Cabrera, Catherine Jones, Denotra Nicole Lewis, Andrew Hepkins, Harvey Stubbs, Khalif Muhammad, Keu Reyes and Osiris Ley bring this lawsuit (the "Lawsuit"), individually and on behalf of a putative class of similarly situated persons (collectively the "Plaintiffs"), against Defendant YouTube, LLC ("YouTube"), and its parent companies, Google LLC ("Google") (collectively referred to as "Google/YouTube" or "Defendants," unless otherwise specified).[1]

# I.   INTRODUCTION AND PREFATORY STATEMENT OF THE CASE

1.   Plaintiffs bring this lawsuit to redress Defendants Google/YouTube's unlawful use of their identities, including their race, ethnicity, gender, sexual identity, religion, political affiliation and views, and commercial and consumer status to deny them benefits under and in violation of a consumer contract.

2.   Defendants continue to use information about the identity or personal traits of Plaintiffs and the 200 million other consumer who visit or use the global social media site YouTube in direct violation of Defendants' express contractual promises that consumer content and access to YouTube's services are available "equally to all," subject only to viewpoint "neutral" content based rules and terms.

3.   In violation of these basic promises, Defendants use automated, computer driven tools, systems, and practices to filter and block Plaintiffs' content and access, and that of other consumers, based on who they are, not what they say or post.  Specifically, Defendants' automated systems and tools, consider and make decisions regarding what content gets blocked or restricted, audience reach, advertising, monetization, and other revenue services based, not on the actual video information or content posted on YouTube, but on information derived from cradle to grave profiles about the identity or personal traits or views of Plaintiffs and other YouTubers.

---

[1] Substantial overlap exists between the claims, allegations, putative classes, and issues in this Lawsuit, and a case pending before this Court, *Divino Group, LLC et al., v. Google LLC, et al*, Case No. 5:19-cv-004749 – VKD (N.D. Cal.) ("*Divino*").  Plaintiffs do not believe that all of the requirements for designating this lawsuit and *Divino* "related" are satisfied under Local Rule 3-12, but Plaintiffs are not opposed to having this lawsuit related to, or coordinated with, the pending proceedings in *Divino*.

4.      The use of a consumer's personal identity to make what are supposed to be purely "neutral" content-based filtering, blocking, and access decisions on YouTube violates Defendants' express contractual obligations to make YouTube available "equally to all," and to deny access to YouTube, if, and only if, information appears in the actual video content that violates YouTube's content based rules, policies, and terms.

5.      The denial of contractual benefits based on the consumer's identity, under and in violation of a consumer contract, also violates California's prohibition of unfair and deceptive business practices that results in financial harms and other inequitable detriments to Plaintiffs and consumers.

6.      Since at least 2017, Defendants have admitted on numerous occasions that certain users, including those who identify as non-white, LGBTQ+, or other historically marginalized persons, have been unfairly targeted for filtering, blocking, and/or denied services on YouTube because of who they are, not what they say.  Defendants further admit that this identity based "targeting" is the direct and proximate result of defects in or problems with Defendants' automated filtering machines, tools, and computers.

7.      Despite these admissions, Defendants continue to use systems that "target" certain users based on their identity.  And despite their denials of any cognizable legal wrong, Defendants have yet to make available for inspection the source code, architecture, and design of these machines to anyone.

8.      Absent that transparency, Defendants cannot continue to summarily deny that they are in breach of multiple provisions of their form service contract and license agreements with Plaintiffs and the 200 million other U.S. consumers who use YouTube.

9.      In short, this case is not a classic "he said she said" dispute.  Either the code, architecture, and design of Defendants' automated content review filtering, and blocking systems and tools operate in compliance with Defendants' express contractual obligations to be identity and viewpoint neutral or they do not.  Plaintiffs respectfully seek and request only an opportunity to prove the latter through a transparent inspection of the filtering tools and testimony of the YouTube engineers and employees who designed those systems and administer them to determine who gets

1  access to YouTube and who does not.  And if, as Defendants admit, there are serious problems with

2  those automated decisions, Plaintiffs and other consumers are entitled to redress and remedies for

3  the multiple and systemic breaches of contract and the corresponding violations of law and equity

4  alleged below.

5  **II.    PARTIES**

6       10.    Plaintiff Kimberly Carleste Newman, also known as Kimberly Santana ("Plaintiff

7  Newman"), is an African American woman residing in the State of California who is the creator

8  and owner of "The True Royal Family" and "True Royal," two YouTube channels dedicated to

9  developing and posting videos that discuss and present information regarding issues and current

10 events which are important to the African American community.  Plaintiff Newman created "The

11 True Royal Family" channel in 2015, followed by "True Royal," in 2016, together generating more

12 than 6 million views.  Plaintiff Newman is a YouTube partner.

13       11.    Plaintiff Lisa Cabrera ("Plaintiff Cabrera") is an African American woman residing

14 in the State of New Jersey who is the creator and owner of "Lisa Cabrera" and "Lisa C," two

15 YouTube channels dedicated to developing and posting videos that discuss and present information

16 regarding issues and current events which are important to the African American community.

17 Plaintiff Cabrera created the "Lisa Cabrera" channel in 2015, generating more than 20 million

18 views.  Plaintiff Cabrera is a YouTube partner.

19       12.    Plaintiff Catherine Jones ("Plaintiff Jones") is an African American woman residing

20 in the State of Tennessee who is the creator and owner of "Cooking with Carmen Caboom" a

21 YouTube cooking channel for African Americans, and "Carmen Caboom" and "Carmen Caboom

22 Reloaded," two YouTube channels dedicated to developing and posting both parodies and serious

23 videos that discuss and present information about issues and current events which are important to

24 the African American community.  Plaintiff Jones created the "Carmen Caboom" channel in 2010,

25 a backup "Carmen Caboom" channel in 2014, the "Cooking with Carmen Caboom" channel in

26 2015 and the "Carmen Caboom Reloaded" channel in 2018.  Plaintiff Jones' remaining channel

27 generates 500-1,200 views per month.  Plaintiff Jones is a YouTube partner.

28

13.     Plaintiff Denotra Nicole Lewis ("Plaintiff Lewis") is an African American woman residing in the State of Texas who is the creator and owner of "Nicole's View," a YouTube channel dedicated to developing and posting videos that discuss and present information regarding issues and current events which are important to the African American community.  Plaintiff Lewis created the "Nicole's View" channel in 2006, generating more than 11.3 million views.  Plaintiff Lewis is a YouTube partner.

14.     Plaintiff Andrew Hepkins ("Plaintiff Hepkins") is an African American freelance journalist, voice actor, and musician residing in the State of New York who is the creator and owner of "DruStory News" and "DruHepkins" YouTube channels.  "DruStory News" was created in 2014 and is dedicated to creating and posting videos that discuss and present information based on independent research regarding news items, issues and current events which are important to everyone, including members of the African American community.  "DruStory News" has generated more than 3.6 million views.  Plaintiff Hepkins is a YouTube partner.

15.     Plaintiff Harvey Stubbs ("Plaintiff Stubbs") is an African American commentator residing in the State of Illinois who is the creator and owner of the YouTube channels "Your World Your View," "Harvey Superboy," "Harvey Superboy 1," "HARVEY SUPERBOY," and "J Jackson."  These channels all have uploaded videos consisting of commentary regarding events, social issues, politics, news, and people who are of interest to or affect the African American community in general, and the Chicago area African American community in particular.  Plaintiff Stubbs is a veteran and lifelong resident of the Chicago Area, who is active in his community and offers a unique perspective on current and historical events and people in the public eye.  Plaintiff Stubbs started his first YouTube channel in 2007.  "Your World Your View," which was created in 2013, generating more than 6.6 million views.  Plaintiff Stubbs is a YouTube partner.

16.     Plaintiff Khalif Muhammad ("Plaintiff Muhammad") is an African American social commentator residing in the State of California who is the creator and owner of "Dr.Syn-Q," a YouTube channel dedicated to developing and posting videos that discuss and present information regarding historic and current issues and events concerning racial inequality and redressing barriers to equality for the African American community generally and African Americans living in the Bay

Area specifically.  Plaintiff Muhammad originally launched "Dr.Syn-Q" under the name "Counter Racism Now" in 2006, generating nearly 1 million views.  Plaintiff Muhammad is a YouTube partner.

17.     Plaintiff Fermin Saldana, also known as Keu Reyes (hereafter "Plaintiff Reyes"), is an American man of Puerto Rican descent residing in the State of California.  He is the husband of Osiris Ley.  He is a professional writer, producer, videographer, and filmmaker who creates both original material for the internet, television, and commercial theater outlets, as well as produces videos for other artists who require technical and artistic assistance to create material for the internet, television, and commercial theater outlets.  Plaintiff Reyes is the creator and owner of Youtube.com/KeuReyes, Youtube.com/ClankTV, Youtube.com/randumbness, Youtube.com/LaOptima, Youtube.com/Multivision Network, Youtube.com/Soundication, and Youtube.com/Artistic Warfare.  These channels feature videos in English and Spanish.  Plaintiff Reyes, along with his wife Osiris Ley, are the co-creators and co-owners of Youtube.com/Osyley, https://Mundo.osyley.com, and https://www.osyley.com.  Artistic Warfare was created in 2006.  Keu Reyes was created in 2011.  Soundication was created in 2012.  Multivision Network was created in 2013.  La Optima was created in 2014.  ClankTV and Randumbness were created in 2015.  Randumbness disappeared from YouTube without notice within the past 2 years, along with the videos that were posted and listed to the channel.  In all, these channels have generated more than 29.5 views.  Plaintiff Reyes is a YouTube partner.

18.     Plaintiff Osiris Ley is the wife of Fermin Saldana ("Plaintiff Ley").  She is a naturalized American woman of Mexican descent residing in the State of California.  She is a professional makeup artist who works with artists in films, videos, commercials and on the stage.  She also teaches makeup classes to students seeking certification as makeup artists.  Plaintiff Ley and her husband Plaintiff Reyes are the co-creators and co-owners of Youtube.com/Osyley, https://www.Mundo.osyley.com and https://www.osyley.com.  The Osyley channel was created in 2012, generating more than 34 million views.  Plaintiff Ley is a YouTube partner.

19.     Defendant YouTube, LLC is a for profit limited liability corporation, wholly owned by Google LLC, and organized under the laws of the State of Delaware.  YouTube's principal place

of business is Mountain View, California and it regularly conducts business throughout California, including Santa Clara County, California.  Defendant YouTube, LLC operates the largest and most popular internet video viewer site, platform, and service in California, the United States, and the world, and holds itself out as one of the most important and largest public forums for the expression of ideas and exchange of speech available to the public.  Plaintiffs are informed and believe that at all relevant times Defendant YouTube, LLC acts as an agent of Defendant Google LLC and uses, relies on, and participates with Defendant Google LLC in restricting speech on the YouTube site, platform, or service.

20.     Defendant Google LLC is a for profit, limited liability company organized under the laws of the State of Delaware, with its principal place of business in Mountain View, California.  It regularly conducts business throughout California, including Santa Clara County.  Plaintiffs are informed and believe, and thereon allege, that at all relevant times, Defendant Google LLC has acted as an agent of Defendant YouTube, LLC, and controls or participates in censoring and restricting speech on the YouTube service or platform.

21.     The true names and capacities, whether individual, corporate, associate, or otherwise, of Defendants Does 1 through 100, inclusive, are presently unknown to Plaintiffs, and for that reason these Defendants are sued by such fictitious names.  Plaintiffs are informed and believe and thereon allege that each of the Doe Defendants is in some way legally responsible for the violations of law, injuries, and harm caused, as alleged herein.  If, and when appropriate, Plaintiffs will seek leave of the Court to amend this Complaint when the true names and capacities of said defendants are known.

## III.     JURISDICTION AND VENUE

### A.     The Court has jurisdiction over the claims alleged herein under the Class Action Fairness Act, 28 U.S.C. §1332(d) ("CAFA").

22.     On July 8, 2022, this Court found that it had federal subject matter jurisdiction over the claims alleged herein under CAFA.

23.     Plaintiffs have filed a class or "mass action" that seeks relief on behalf of a putative class composed of millions of persons whose contractual, legal and equitable rights have been

violated by Defendants' use of Plaintiffs' gender, race, or ethnicity ("Plaintiffs' Identities") to filter, restrict, or deny equal access to YouTube and related services in violation of Defendants' Terms of Service and other related promises, and California unfair, deceptive practices statutes (the "Class").

24.     The matter in controversy exceeds the sum or value of $5m, exclusive of interest and costs.  Moreover, the claims for relief seek, among other things, statutory damages, compensatory damages, restitution, and other equitable relief that substantially exceed $1bb in value.

25.     More than half of the representative class of Plaintiffs are not citizens of California, the State in which the Lawsuit was originally filed.  Five of the nine representative Plaintiffs for the Class reside outside of California:  Andrew Hepkins (New York); Harvey Stubbs (Illinois); D. Nicole Lewis (Texas); Lisa Cabrera (New Jersey); and Catherine Jones (Tennessee).

26.     YouTube is the most used and "ubiquitous" social media platform in the U.S. and has more users than other global social media sites like Facebook or Twitter.  It is estimated that 195 million Americans used and continue to use YouTube during the relevant time period of this Lawsuit.

27.     Between 41% and 49% of those users identify or are identified by Defendants as non-white when it comes to race, ethnicity, or national origin.

28.     At least 50 million persons who reside in the United States are part of the Class.

29.     Each of the Plaintiffs is a party to a core group of Defendants' online digital consumer contracts, including YouTube's Terms of Service (the "TOS") (Exhibits 1-6), Google's Privacy Policy (Exhibit 7), YouTube's Partner Program Terms (Exhibit 12), Google's Terms of Service (Exhibit 11), Google's AdSense Online Terms of Service (Exhibit 15), and Google Ads Terms & Conditions (Exhibit 16).

30.     Substantially more than two-thirds of the persons who are members of the putative class reside outside of California, in one of the other 50 states or territories of the United States. Between 75% and 85% (or approximately 42.5 million) of those putative class members are not

citizens of California, the State in which the Lawsuit was originally filed and reside in states or territories other than California.

**B.      Venue In This Court Is Proper Under 28 U.S.C. §1391**

31.      Venue in this Court is proper because Defendants reside and/or transact business in the County of Santa Clara and are within the jurisdiction of this Court for purposes of service of process.

32.      Venue is also proper because Defendants' TOS expressly provides that Plaintiffs' Lawsuit must be filed in a court of competent jurisdiction located within Santa Clara County.

**IV.      FACTS COMMON TO ALL CLAIMS**

**A.      Defendants Control Nearly All Public Videos and Related User Data Worldwide**

33.      Defendants' control and regulation of global speech, expression, and communication is "ubiquitous."  Defendants Google/YouTube operate the largest consumer service business in the world.  Under these digital consumer contracts with more than 2.3 billion persons worldwide, including more than 200 million users in the U.S., Defendants have obtained the rights to control, regulate, and monetize approximately 95% of all publicly available video content in the world.

34.      YouTube is not a "free service."  In exchange for access to YouTube and Google's global video posting, viewing, advertising, and monetization services, 2.3 billion users, including Plaintiffs, grant Defendants an irrevocable and perpetual license to collect, use, and monetize their personal data, videos and content, and the data and information of their subscribers and viewers.

35.      Under its contracts with Plaintiffs and other users, Defendants collect, store, analyze, and organize their personal, financial, political, posting, viewing and subscriber data. Defendants use and sell that data to third parties for profit.  It is estimated that Defendants generate more than $1m in annual revenue from *each* person who accesses the service, including millions of dollars from the personal data and video content obtained from each of the Plaintiffs in this Lawsuit.

36.      In addition to licensing the personal data and content of third-party users by providing a platform to host video content, Defendants create and produce a significant percentage

content themselves by of posting their own video content to compete for audiences and revenues on YouTube.  Defendants' video competes directly for global market of video viewers and advertisers with Plaintiffs and the millions of other consumers who create and post content on YouTube.

37.     Defendants also compete indirectly with Plaintiffs by partnering with other creators including PBS, MSNBC, ESPN, MLB, the NFL, the NBA, the NHL, HBO, CNN, CBS, ABC, Fox News and other large news, sports, and entertainment companies, as well as celebrities and their favorite creators (collectively "Preferred Creators").  Such arrangements allow Defendants to charge a subscription rental or purchase fees for content and obtain additional advertising revenues.

38.     Defendants exploit their dual roles as a host and curator of content on YouTube on one hand, and a creator, producer creator, and purveyor of their own content on the other, to unfairly compete with Plaintiffs and users for the same access, audience reach, viewership, advertising, marketing, and revenue generating services on YouTube that are supposed to be equally available to all.

39.     In its capacity as a content host and regulator, Defendants use automated, computer based filtering tools and systems to make decisions regarding user access, audience reach, monetization, advertising, and other related services.  It is estimated that YouTube applies these tools and systems to review, filter, and curate 1 billion hours of video content per day.

40.     Contrary to their express contractual representations and promises, however, Defendants' automated administration tools and systems do not review, filter, and determine access based solely on video content.  Specifically, Defendants' automated tools and content filtering practices contain computer code and other architecture that utilizes and relies on data profiles based on each user's personal identity that includes "cradle to grave" information regarding the consumer's race, ethnicity, gender identity and sexual preferences, religion, political affiliations and viewpoint, and commercial and consumer status and practices.  These automated systems are embedded with identity biased source code that aggregates and uses an unprecedented amount of personal, identity based digital data that Defendants collect through their operation of other consumer services, including Google Search, Gmail, Google Documents, AdServe, facial recognition software, and other services and applications.

41.     Defendants transfer, embed, and import these personal, identity based user profiles and information into their automated content filtering machines and tools and other hosting and content curation practices and protocols to make discriminatory, identity driven, or "non-neutral" decisions about who gets access to YouTube audiences and services, and who does not.

42.     Defendants' identity based review, filtering, and blocking practices, including the systematic use of Plaintiffs' racial, sexual, religious, ethnic, political, or commercial identities are directly at odds with and violate YouTube's express contractual promises and other legal obligations to review, filter, and block content and access to services and audiences based solely and purely on video "content" under specific rules that apply "equally to all."  Under that contract, Defendants may not consider the personal identity of the consumer using the platform and service. Under the pretext of reviewing, filtering and blocking user content and access to YouTube, since at least 2017, Defendants continue to breach their contractual and other legal obligations to Plaintiffs and the other 200 million YouTubers who reside in the United States by filtering, restricting, and blocking content on and access to YouTube, based in part or in whole, on who the user is,  not what it posts.

**B.      Defendants Rely On Complex Online Digital Consumer Form Contracts To Acquire And Control Videos and Data:  The Operative Agreement**

43.     Defendants have acquired the licensing rights to 95% of the world's public video content and the personal data and revenues derived from that content via self executing, digital contract(s) with Plaintiffs and other consumers.  Under these form contracts, Defendants acquire the license rights to all of Plaintiffs' and other users' video content, personal data, and monetization rights in exchange for valuable consideration.  That consideration expressly includes the right of Plaintiffs and the other user licensors to receive equal access to YouTube and all its audience reach, advertising, and monetization services, subject only to specific content based rules that Defendants promise are both identity and viewpoint "neutral."  Every time a consumer uses YouTube, the consumer digitally consents to all TOS terms and related service provisions.

1

**1.      Defendants' Ever Changing Digital Agreements**

2        44.      The form contract between Plaintiffs and YouTube is neither a beacon of clarity nor

3   transparency.  It consists of a series of digital webpages, including multiple archived versions of the

4   TOS that expressly incorporate by reference additional documents and promises.

5        45.      And to further stymie the rights of consumers, Defendants continue to change those

6   documents and terms, with little or no notice to consumers, often as a means to fend off allegations

7   by these Plaintiffs, and others, that Defendants continually breach their contracts and other legal

8   obligations to consumers.  Specifically, on no less than seven times over the past 12 years,

9   Defendants have unilaterally changed the TOS and documents incorporated by reference therein

10  without any warning or advance notice to consumers.

11       46.      From June 9, 2010, through May 24, 2018, Defendants utilized and relied on the

12  same TOS.  In that contract, Defendants designate YouTube as a "passive website," that is open to

13  the public.  Each person who "uses or visits" the YouTube website or any of YouTube's Services,

14  agrees to be governed by the TOS, Community Guidelines and Google's Privacy Policy.

15  Defendants' agreement is a "take it or leave it" standardized digital consumer form contract that is

16  not subject to negotiation.

17       47.      On May 25, 2018, seven months after Prager University sued Defendants for similar

18  identity based profiling, Defendants revised their TOS to expand categories of prohibited content.

19       48.      On December 10, 2019, just four months after other users sued Defendants for

20  similar identity based profiling of LGBTQ+ users on YouTube, Defendants again revised the TOS

21  to add numerous overlapping Policies, Safety and Copyright Policies to the TOS, and further

22  expand the categories of prohibited content.

23       49.      Consequently, the governing TOS and its contractual provisions are needlessly

24  complex, overlapping, inconsistent, ambiguous, and difficult, if not impossible for consumers to

25  follow, track and understand.

26

27

28

a.      **The Relevant TOS**

50.      Each of the Plaintiffs entered into a contract with Defendants consisting of the following:

a.      YouTube's TOS dated June 9, 2010, incorporating Google's Privacy Policy (Exhibit 7) and YouTube's Community Guidelines.  Exhibit 1.

b.      YouTube's TOS dated May 25, 2018, incorporating Google's Privacy Policy (Exhibit 7) and YouTube's Community Guidelines.  Exhibit 2.

c.      YouTube's TOS dated December 10, 2019, incorporating YouTube's Community Guidelines, and YouTube's "Policy, Safety and Copyright Policies," and "Advertising on YouTube Policies."  Google's Terms of Service are also required for everyone posting content on the platform.  Exhibit 3.

d.      YouTube's TOS dated November 18, 2020, incorporating YouTube's Community Guidelines, "Policy, Safety and Copyright Policies;" and Advertising on YouTube Policies.  Google's Terms of Service are required to post content.  Exhibit 4.

e.      YouTube's TOS dated March 17, 2021, incorporating YouTube's Community Guidelines (Exhibit 8), "Policy, Safety and Copyright Policies" (Exhibit 9), and "Advertising on YouTube Policies." (Exhibit 10); Google's Terms of Service are required to post content.  Exhibit 5.

f.      YouTube's TOS dated January 5, 2022, incorporating YouTube's Community Guidelines, "Policy, Safety and Copyright Policies," and "Advertising on YouTube Policies."  Google's Terms of Service are required to post content (Exhibit 11).  Exhibit 6.

51.      From June 9, 2010, to December 9, 2019, the TOS Rules and Google's Privacy Policy (Exhibit 7) formed an electronic uniform consumer service contract executed by every use upon digitally accessing the website.  After December 10, 2019, Defendants expanded the Community Guidelines, removed Google's Privacy Policy, and replaced it with the YouTube's lengthy and confusing "Policy, Safety and Copyright Policies" (hereinafter, the "Policies") (Exhibit

9 is the 2021 version) and "Advertising on YouTube Policies" (Exhibit 10 is the 2021 version) (collectively referred to as the "TOS Rules").

### b.    The Other Incorporated Agreements

52.    Each of the Plaintiffs is also a party to YouTube's Partner Program (Exhibit 12), incorporating YouTube's Monetization Policies (Exhibit 13) and YouTube's Advertiser-Friendly Content Guidelines.  Exhibit 14.  The Partner Program requires all users to "follow all the YouTube channel monetization policies" and "to potentially earn money on YouTube."  Exhibit 13 at p. 964. The Partner Program also requires creators to create an AdSense account (Exhibit 12 at p. 953), which is governed by Google's AdSense Online Terms of Service.  Exhibit 15.

### 2.    The Digital Agreements Are Complex, Ambiguous, and Intentionally Obscure

53.    Archived versions of the TOS are available online.  Documents incorporated and hyperlinked to the TOS are not.  For the archived TOS, the hyperlinks lead to current webpages for Community Guidelines; Policies; "Advertising on YouTube Policies;" "Monetization Policies;" and "Advertiser-Friendly Content Guidelines."  Defendants have refused to provide a complete set of TOS and incorporated hyperlinked documents.

54.    To access the TOS, and the incorporated hyperlinked documents, Plaintiffs must navigate a labyrinth of layers of digital webpages and websites starting with the YouTube website. By clicking on a hyperlink to the TOS, Plaintiffs arrive at the YouTube TOS webpage.  Then, Plaintiffs must click on the individual hyperlinks to the Community Guidelines and Google's Privacy Policy (and after December 2019, the Policies).

a.    Each of the Community Guidelines includes hyperlinks which leads to other webpages consisting of a series of "policies," "FAQs," "Q&As," and "articles," as well as additional hyperlinks to other webpages.  Identifying all the contract terms requires a deep dive into the nested layers of hyperlinked webpages.

b.    The current Policies include 24 separate hyperlinks, each of which leads to individual webpages, which in turn contain 2-8 additional hyperlinks that lead to a series of webpages with videos, "policies," "FAQs," "Q&As," and "articles," as well as, more hyperlinks.

1    In all, Plaintiffs must access 120 different webpages to open each of the so called "policies."  Each

2    of the Community Guidelines has a title that is similar or identical to one of the 120 "policies."

3    Plaintiffs would have to download or print each of the 24 Guidelines, locate the similarly titled

4    "policy," and do a line by line comparison to determine whether they are identical or different.

5           55.    Every time Plaintiffs access YouTube, Plaintiffs and Defendants digitally "execute"

6    an electronic binding contract governing their respective rights and obligations.  To obtain a copy

7    of that contract Plaintiffs can: (a) save a lengthy series of screenshots; (b) use the Microsoft copy

8    function, to copy and then paste the text of each operative document into a new document; (c) print

9    each webpage to .pdf; or (d) save each of the webpages electronically.  Only saving the

10   Defendants' webpages electronically preserves all the visible information.  Screenshots, copying

11   and pasting text, and printing to .pdf, do not capture all of Defendants' graphics or embedded

12   hyperlinks to "Our mission," "Our commitments," "User settings," "Rules and policies," or

13   "Resources," which appeared on Defendants' website and webpages for the TOS, Community

14   Guidelines, and Policies since before 2016 through at least the summer of 2021.

15          56.    Accordingly, the Defendants' online digital consumer contracts are virtually

16   impossible to copy or download, much less to copy or download each time Plaintiffs access

17   YouTube.  Defendants do not provide a copy of the executed contract, a digital receipt, notice or

18   email confirmation.  Defendants alone know the dates each user executed the contracts, and the full

19   text of the contract, operative as of that date.

20                       **3.    Defendants' Additional Agreements**

21          57.    Additionally, each of the Plaintiffs is also governed by the YouTube Partner

22   Program (Exhibit 12), incorporating the Google AdSense Agreement (Exhibit 15), the Google

23   AdSense Online Terms of Service (Exhibit 15) and the Google Ads Terms & Conditions.  Exhibit

24   16.  The AdSense Program Policies apply to everyone who publishes monetized content.  *See*

25   Exhibit 9 at p. 39, Exhibit 13 at pp. 957-960, Exhibit 14 at pp. 1007, 1043, 1083.

26

27

28

1              **4.**         **Defendants' Operative Provisions**

2                   **a.**       **Defendants' General Provisions**

3       58.     For the period 2010 to present, the following key provisions apply:

4          a.       YouTube's California choice of law clause.

5          b.       YouTube's integration clause that identifies the operative agreement

6 between the Parties.

7          c.       YouTube's license provisions that grant Defendants "a worldwide, non-

8 exclusive, royalty-free, sublicenseable and transferable license to use, reproduce, distribute, prepare

9 derivative works of, display and perform" any Content the user uploads "in connection with the

10 Service and YouTube's business," including YouTube's right to "retain, but not display, distribute,

11 or perform, server copies of [users'] videos that have been removed or deleted." The licenses are

12 "perpetual and irrevocable."

13                  (1)     The license includes a grant to other YouTube "users" a "non-

14 exclusive, royalty-free license to access" content, to "reproduce, distribute, prepare derivative

15 works, display, and perform it . . . as enabled by a feature of the Service."

16                  (2)     This license also includes the right to post and monetize

17 Plaintiffs' "[c]ontent or other material" that makes Plaintiffs (i) "solely responsible for" the content

18 and its "consequences," including (ii) all intellectual property rights and restrictions on the video

19 content, and (iii) not posting content or seeking access to services in a manner that is "contrary to

20 the YouTube Community Guidelines."

21          d.       YouTube's requirement that users comply with all applicable "local, national

22 and international laws and regulations."

23          e.       YouTube's requirement that users agree to Google's Privacy Policy and give

24 Defendants access to their personal digital data.

25          f.       YouTube's prohibition against the use of "third party copyrighted material,

26 or material that is subject to other third party proprietary rights," unless users have permission or

27 "are otherwise legally entitled to post the material." Users' accounts can be terminated for

28

copyright infringement.  Each of the relevant TOS also expressly refers to and relies upon United States copyright law and specifies a procedure for notifying Defendants of Content that constitutes a copyright violation and a procedure for appealing YouTube's removal of or limitations imposed on Content on grounds of copyright violation.

g.      YouTube's requirement that all Content uploaded to the platform conform with the TOS and Community Guidelines. Commencing on December 10, 2019, YouTube also required Content to conform with the Policies.

h.      YouTube's reservation of "the right to decide whether Content violates these TOS for reasons other than copyright infringement," including, "but not limited to, pornography, obscenity, or excessive lengthy," and that YouTube "may at any time, without prior notice and in its sole discretion, remove such Content and/or terminate a user's account for submitting such material in violation of these Terms of Service."

i.      YouTube's reservation of the "right to discontinue any aspect of the Service at any time;" including the right to "suspend or stop a Service altogether;" and the "right to refuse or limit [users'] access" to ads, ad accounts and to withhold ad revenue "at any time, without providing a warning or prior notice."

j.      YouTube's right to "modify or revise" the TOS and incorporated agreements "at any time" in its "sole discretion" without paying any additional consideration; including the right to "update" or "modify" the Community Guidelines.

k.      YouTube's express disclaimer of any warranty and a statement that use of the Services "shall be at your sole risk, to the fullest extent permitted by law;" and that further states that YouTube "assumes no liability or responsibility" for "personal injury or property damage, of any nature whatsoever, resulting from your access to and use of our services."

l.      YouTube's "limitation of liability" clause exempting YouTube from "direct, indirect, incidental, special, punitive or consequential damages" related to use of the Services."

**b.     Defendants' Content Rules**

**(i)     Community Guidelines**

59.     The Community Guidelines prohibit the following content:

- **Spam & deceptive practices.**  Exhibit 8 at pp. 240-267.

- **Nudity and sexual content.**  Exhibit 8 at pp. 268-274; *see also* Exhibit 9 at pp. 496-497.

- **Harassment and cyberbullying**.  Exhibit 8 at pp. 328-336; *see also* Exhibit 9 at pp. 523-525.

- **Harmful or dangerous content**.  Exhibit 8 at pp. 296-303.

- **Hate speech**.  Exhibit 8 at pp. 319-327; *see also* Exhibit 9 at pp. 520-522-.

- **Violent or graphic content**.  Exhibit 8 at pp. 304-311; *see also* Exhibit 9 at pp. 515-517.

- **Firearms**.  Exhibit 8 at p. 344; Exhibit 9 at pp. 527-528.

- **COVID-19 medical misinformation**.  Exhibit 8 at p. 365; Exhibit 9 at pp. 535-537.

**(ii)     Policies**

60.     Commencing December 10, 2019, YouTube's Policies and "Advertising on YouTube Policies" prohibited the same content proscribed by the Community Guidelines, as well as the following content:

- **Privacy Guidelines.**  Exhibit 9 at pp. 423-429.

- **Vulgar language**.  Exhibit 9 at pp. 506-511.

- **Impersonation of another**.  Exhibit 9 at pp. 242-247, *see also* 486-487.

- **Previously removed content or content from terminated or restricted creators**.  Exhibit 9 at p. 492.

- **Trademarked intellectual property of others**.  Exhibit 9 at pp. 544-549, 701.

61.   The Policies also added articles, Frequently Asked Questions, recommendations and instructions for navigating YouTube services and features:

- **Protecting your identity**.  Exhibit 9 at pp. 589-594.

- **Change video privacy settings.**  Exhibit 9 at pp. 601-606.

- **Reporting inappropriate content**.  Exhibit 9 at pp. 638-648.

- **Reporting channel or privacy violation**.  Exhibit 9 at p. 653.

- **Reporting a YouTube search prediction**.  Exhibit 9 at pp. 649-653.

- **Your content & restricted mode**.  Exhibit 9 at pp. 679-681.

- **Appeal Community Guidelines actions**.  Exhibit 9 at pp. 690-691.

- **Channel or account terminations**.  Exhibit 9 at p. 694.

- **Creative commons**.  Exhibit 9 at pp. 732-757.

- **Copyright fair use**.  Exhibit 9 at pp. 758-778.

**5.    Defendants' Missing Provisions**

62.   Defendants have never included, expressly or otherwise, any identity based practices or rules in the TOS, including:

a.    Language authorizing Defendants to employ A.I., algorithms, filters, or automated systems that use or take into consideration information regarding Plaintiffs' Identities to filter, restrict or curate users' accounts, channels, content, or access to services.

b.    Language immunizing Defendants for filtering, restricting, or curating content on the platform, much less immunity under the Communications Decency Act 47 U.S.C. §230(c).[2]

c.    Language prohibiting any individual, organization or entity, or category or class of individuals, organizations, or entities from accessing, posting content, or monetizing content on YouTube.

---

[2] The current agreement contains two references to the Communications Decency Act, 47 U.S.C. §230(c) solely with respect to Content that a user views as defamatory.  In two places, the agreement advises users that YouTube will not make any determination regarding material that is defamatory or remove such Content.

**C.      Defendants' Acquired A Monopoly Over Public Videos And Related User Data Through Deceit**

　　　　**1.      Defendants Told Users That YouTube Was a Public Forum For Freedom of Expression, Information, Opportunity and to Belong: The Mission Statement**

63.      From at least June 9, 2010, through the fall of 2021, Defendants incorporated their "Mission Statement" into the terms of the TOS and other operative agreements. In so doing, Defendants promised Plaintiffs that YouTube was a public forum dedicated to diverse opinions where users could post content and generate revenue subject only to neutral content based rules that applied to everyone and all content:

> Our mission is to give everyone a voice and show them the world.  We believe that everyone deserves to have a voice, and that the world is a better place when we listen, share and build community through our stories.  Our values are based on four essentials freedoms that define who we are.
>
> **Freedom of Expression**  We believe people should be able to speak freely, share opinions, foster open dialogue, and that creative freedom leads to new voices, formats and possibilities.
>
> **Freedom of Information**  We believe everyone should have easy, open access to information and that video is a powerful force for education, building understanding, and documenting world events, big and small.
>
> **Freedom of opportunity**  We believe everyone should have a chance to be discovered, build a business and succeed on their own terms, and that people – not gatekeepers – decide what's popular.
>
> **Freedom to Belong**  We believe everyone should be able to find communities of support, break down barriers, transcend borders and come together around shared interests and passions.

Exhibits 17-18.

64.      This Mission Statement was incorporated into and hyperlinked to the TOS dated June 9, 2010, at the top of the TOS webpage, and again at the end of the TOS.  It was also incorporated into and hyperlinked to the contemporaneous Community Guidelines.

65.      The Mission Statement was also incorporated into and hyperlinked to each TOS, the Community Guidelines (Exhibit 8 at pp. 221-222), as well as the Policies, Copyright Policies and Monetization Policy (Exhibit 9 at pp. 375-376, 709-710) through late 2021.  And it appears on the webpages explaining how YouTube works.  Exhibit 19.

66.     On March 17, 2021 (after this lawsuit was filed), YouTube modified the TOS by adding this language: "other links or references provided in these terms are for informational use only are not part of the Agreement."  Exhibit 5 at p. 137.  In essence, after March 17, 2021, Defendants stopped incorporating the Mission Statement into the TOS, but continued to incorporate and hyperlink the Mission Statement into the Community Guidelines (Exhibit 8 at pp. 221-222, 226-232, Exhibit 20 at p. 1129), Policies (Exhibit 9 at pp. 375-376), Copyright Policies (Exhibit 9 at pp. 709-710), and Monetization Policies (Exhibit 13 at pp. 956-957) through late 2021.

### 2.     Defendants Told Users That YouTube Was Governed By Neutral Content Based Rules That Apply Equally To All And All Content

67.     The TOS Rules clearly state that they "apply to all users of the service, including users who are also contributors of Content on the service."  "The Service includes all aspects of YouTube, including but not limited to all products, software and services offered via the YouTube website."  Exhibit 1 at p. 67, Exhibit 2 at pp. 74-75, *see also* Exhibit 3 at pp. 94-96, Exhibit 4 at pp. 115-117, Exhibit 5 at pp. 137-139, Exhibit 6 at pp. 158-160.  The Community Guidelines also apply to everyone and "set out what's allowed and not allowed on YouTube and apply to all types of content on our platform, including videos, comments, links, and thumbnails."  Exhibit 8 at p. 229.

68.     The TOS Rules are exclusively content based and identity neutral.  On April 27, 2017, Johanna Wright, Vice President of Product Management for Google/YouTube, publicly promised the global "YouTube Community" that Defendants would ensure that "Restricted Mode" would not "filter out content belonging to individuals or groups based on" "gender," "race, religion or sexual orientation."

69.     On January 17, 2018, Defendants testified to Congress under oath that YouTube access and services were available to Plaintiffs, subject only to viewpoint neutral, content based rules that apply equally to all users:

> Senator Cruz: So, you're saying you do consider YouTube to be a neutral public forum?
>
> Ms. Downs: Correct. We enforce our policies in a politically neutral way. Certain things are prohibited by our Community Guidelines, which are spelled out and provided publicly to all of our users.

* * * *

Ms. Downs: As I mentioned, we enforce our policies in a politically neutral way. In terms of the specifics of Prager University, it's a subject of ongoing litigation so I'm not free to comment on the specifics of that case.

70.     At the time that Ms. Downs falsely testified, Defendants had been using automated filtering tools and computer systems that used and targeted a user's identity to administer YouTube's policies since before September 2016.  In direct contravention of Ms. Downs' testimony and in breach of Defendants' express promises, Defendants were in fact removing, restricting, and limiting or denying monetization for Plaintiffs' videos and channels based at least in part on Plaintiffs' identities.  Ms. Downs' erroneous testimony to Congress has never been corrected.

**3.     Defendants Statements of Viewpoint and Identity Neutrality Are False**

71.     As demonstrated below, Defendants' promises of a public forum dedicated to diverse opinions where Plaintiffs could post videos and generate revenue subject only to neutral content-based rules were false since before 2016 and continue to be false.  With their enormous wealth of aggregated data, Defendants identify, price, and sell, advertising YouTube for specific demographic targeted audiences in connection with individual videos.  Defendants divvy up the YouTube videos by gender, race, and/or ethnicity of intended audiences, to target advertisements to consumers without regard to video content.  Defendants also use this information to make "neutral" decisions about user content and access on YouTube.

72.     Defendants fully monetize their Preferred Creators, whose intended audiences fit the "right demographic," paying them collectively millions of dollars each month – even for videos that violate TOS Rules.  By using Plaintiffs' Identities to make decisions about Plaintiffs' YouTube access to post videos, reach audiences, and generate revenue, Defendants maximize advertising revenue by promoting creators and content for which advertisers pay the highest rates, rather than Plaintiffs, whose content is intended for communities that have been historically marginalized by mass media.

**V.     CLASS ALLEGATIONS**

73.     Plaintiffs bring this lawsuit on behalf of themselves and a putative class of similarly situated persons (the "Class").

74.     The definition of the Class is, at this time, limited to all persons or entities in the United States who (i) identify as African American, Hispanic, some other racial, ethnic, or national origin identity protected by law; and (ii) is a party to the consumer contract and service agreement with Defendants by virtue of having who uploaded, posted, or viewed video content on YouTube subject to the TOS, Mission Statement, Community Guidelines, Policies and/or any other content-based filtering, monetization, distribution, personal data use policies, advertising or regulation and practices and any other regulations or practices that are related to YouTube on or after January 1, 2015 and continuing through to the present (the "Class Period").[3]

75.     Each and every claim alleged in this case is alleged on behalf of every member of the Class.

76.     Each and every member of the Class seeks both monetary damages under Rule 23(b)(3) of the Federal Rules of Civil Procedure and/or injunctive and equitable relief, including restitution and disgorgement of unlawfully obtained profits, under Rule 23(b)(2) of the Federal Rules of Civil Procedure.

77.     Excluded from the Class are Defendants and their employees, affiliates, parents, agents, subsidiaries, and co-conspirators, whether or not named in this Complaint.  Also excluded from the Class is the United States, in its capacity as an intervening governmental entity.

78.     Class certification is authorized under Federal Rule of Civil Procedure 23 and is proper with respect to Class claims for injunctive and equitable relief, including restitution and disgorgement, under Rule 23(b)(2), and for monetary and statutory damages under Rule 23(b)(3).

79.     There are at least 42 million members of the Class.

80.     The number of persons who fall within the definitions of the Class are so numerous and geographically dispersed so as to make joinder of all members of the class or subclass in their individual capacities impracticable, inefficient, and unmanageable, and without class wide relief,

---

[3] Depending upon what discovery shows, Plaintiffs may amend the Class Definition to include every consumer for the Class Period.

1  each member of the Class would effectively be denied his, her, its, or their rights to prosecute and

2  obtain legal and equitable relief based on the claims and allegations averred in this Complaint.

3        81.    There are questions of law and fact common to the Class that relate to and/or are

4  dispositive of the nature and allegations of unlawful conduct alleged in the Complaint, and the

5  nature, type and common pattern of injury and harm caused by that unlawful conduct and sustained

6  by the putative members of the class and subclass including, but not limited to:

7              a.    Whether Defendants have breached their contractual and legal obligations to

8  the Class by filtering, blocking, restricting, or denying access to any content or services on

9  YouTube in violation of the neutral, content-based rules that govern such filtering, blocking,

10  restricting of access to content or services that apply equally to all users;

11             b.    Whether Defendants concealed, misrepresented, or omitted to disclose

12  material policies and practices regarding YouTube, access to services, contractual obligations,

13  filtering of video content, and their practices regarding advertising, distribution, and monetization,

14  to the members of the Class;

15             c.    Whether Defendants breached or are in breach of other standardized digital

16  consumer form contracts and obligations to the Class as alleged herein;

17             d.    Whether Defendants breached or are in breach of the implied duty of good

18  faith and fair dealing, and/or other promises under the standardized digital consumer form contracts

19  entered into with Class members during the Class Period;

20             e.    Whether Defendants have or are engaged in deceptive, unfair, or anti-

21  competitive practices that violate California law, and harmed the Class;

22             f.    Whether Defendants' conduct, as alleged in this Lawsuit, injured the

23  business and property of Plaintiffs and the Class members;

24             g.    The scope, nature, substance, and enforcement of injunctive and equitable

25  relief sought by the Class;

26             h.    Whether Defendants' automated systems, computers, and other filtering

27  tools utilize identity based information to make what are supposed to be neutral content based

28  decisions for access to videos and services on YouTube;

i.      Whether Defendants were unjustly enriched or obtained profits or ill-gotten financial gains as a result of the deceptive, unfair, or anti-competitive practices perpetrated against the Class; and

j.      Whether Defendants have converted, stolen, unlawfully possessed, and/or unlawfully used and profited from the property of Plaintiffs and the Class members so as to entitle them to royalties, damages, replevin, and other legal or equitable relief;

k.      Whether Defendants must provide users with an equitable accounting for debts owed under contract(s), including the TOS, YouTube's Partner Program and Google's AdSense Online Terms of Service; and

l.      Whether Defendants are entitled to immunity for any of the claims alleged on behalf of the Class under Section 230(c) of the Communications Decency Act, 47 U.S.C. §230(c).

82.      The claims of Plaintiffs are typical of, and identical to those of the Class members.

83.      Plaintiffs will fairly and adequately protect the interests of the Class members.

84.      Plaintiffs are represented by counsel who are competent and experienced in the prosecution and defense of similar claims and litigation, including class actions filed, prosecuted, defended, or litigated under California and federal law, in California and federal courts, in connection with claims and certification of consumer and civil rights classes composed of members who reside in California and/or the United States.

85.      Prosecution of separate actions by individual members of the Class would create a risk of inconsistent or varying adjudications.

86.      Questions of law and fact common to the Class members predominate over any questions of law or fact affecting only individual Class members, including legal and factual issues relating to liability and the nature of the harm caused by Defendants' unlawful actions.

87.      The questions of law and fact common to the Class members also predominate over any questions of law or fact affecting only individual Class members because all claims in this Lawsuit are governed by California law, including legal and factual issues relating to liability and the nature of the harm caused by Defendants' unlawful actions.

**FOURTH AMENDED CLASS ACTION COMPLAINT**

88.     A class action is superior to other available methods for the fair and efficient adjudication of this controversy.  Treatment as a class action will permit large numbers of similarly situated persons to adjudicate their common claims in a single forum simultaneously, efficiently and without the duplication of effort and expense that numerous individual actions would engender.

89.     Certification of the Class is also superior to other available methods for the fair and efficient adjudication of this controversy because all claims in this Lawsuit must be brought and venued in a court of competent jurisdiction located in Santa Clara County under Defendants' contract(s).

90.     The Class is readily definable and as defined, constitutes categories for which records should and do exist in the files of Defendants.

91.     The prosecution as a class action will eliminate repetitious litigation.

92.     Class treatment will also permit the adjudication of smaller claims by Class members who otherwise could not afford to litigate or assert the claims asserted by Plaintiffs in this Lawsuit.

## VI.    INDIVIDUAL CAUSES OF ACTION

### FIRST CAUSE OF ACTION
#### For Breach of Contract
#### (On Behalf Of Individual Plaintiffs And The Class)

93.     Plaintiffs re-allege and incorporate by reference in whole or in part the allegations alleged in paragraphs 1 through 92.

### 1.     Elements

94.     The elements of a breach of contract under California law are: (1) existence of a valid contract between Plaintiffs and Defendants; (2) Plaintiffs' performance (or excuse for non-performance) under the contract; (3) Defendants' breach of the contract; and (4) proof of harm or financial injury as a result of the breach.

**2.      The Defendants And Plaintiffs Have Entered Valid Contracts**

95.      As alleged above, Plaintiffs and Defendants have entered into agreements, including the TOS Rules, Google's Privacy Policy, and related agreement(s) that are enforceable contract(s) governed by and under California law.

**3.      Plaintiffs Have Fully Performed The Agreement(s)**

96.      Plaintiffs have performed all of their obligations under the TOS Rules and/or other related contracts, including complying with YouTube's content based rules, and granting Defendants a perpetual and irrevocable license to posted video content, comments, and to collect and use their digital personal data and user information.

**4.      Defendants Have Breached Their Agreement(s)**

97.      Defendants have breached their promises to provide Plaintiffs with a forum for freedom of expression, information, opportunity and belonging, including equal access to content, audiences, and services, subject only to content based rules that are identity and viewpoint neutral and apply "equally to all."

98.      Specifically, Defendants have denied and interfered with Plaintiffs' contractual rights and benefits to YouTube and related services by: (a) filtering and using automated systems that aggregate data regarding Plaintiffs' Identities across Defendants' platforms; (b) making determinations regarding monetization, audience reach, and access to Defendants' services, based at least in part on Plaintiffs' Identities; (c) denying monetization and unrestricted audience reach to Plaintiffs' videos which fully comply with TOS Rules, based at least in part on Plaintiffs' Identities, and that of their subscribers and viewers; and (d) denying Plaintiffs and the Class subscriber services, including the opportunity to comment on videos, subscribe to channels and obtain timely notices of new content, and effectively support channels to which they subscribe by making monetary contributions through third parties.  Defendants have also breached their contractual promises to Plaintiffs by asserting that they are immune from the discrimination as alleged under the Communications Decency Act, 47 U.S.C. §230(c), where the TOS Rules and related agreements specify that California law applies and do not mention §230(c) immunity.

99.     Defendants filter and restrict content and access to services based on Plaintiffs'
Identities where Defendants have restricted and limited monetization for several of Plaintiff Reyes'
original videos, while at the same allowing Preferred Creators to post full copies of those videos
without restriction and with full monetization.  Allowing other users to post and monetize
Plaintiffs' previously blocked and restricted videos is, and can only be, the direct and proximate
result of Defendants' unlawful use of Plaintiffs' identity to deny them "equal" content, access, and
benefits to services on YouTube.

100.     Defendants also treat similar videos differently based on the Plaintiffs' Identities.
The chart below reviews over 100 of Plaintiffs' videos and compares them to the videos of
Preferred Creators.  It shows that Defendants target Plaintiffs by identity to grow channels of
Preferred Creators and increase profits.

| Video | Date Reviewed | Link | Channel |
|---|---|---|---|
| **CLIENT - Khalif Muhammad** | | | |
| Dr. SYNQ:  Is Someone at YouTube Subverting the Constitution? | 9/27/2021 | https://www.youtube.com/watch?v=47SZWsNMmwQ | Dr.SYN-Q |
| Similar YouTube videos not restricted | | | |
| YouTube Support - How To Contact YouTube | 9/27/2021 | https://www.youtube.com/watch?v=h8-6QJtZQlk | David Walsh Online |
| Youtube Censorship Has Become Nightmarish, US Senators Rand Paul Has Floor Speech PURGED | 9/27/2021 | https://www.youtube.com/watch?v=hpGPC05CD8 | Timcast |
| Dr.SYNQ: NCOBRA Responds to ADOS | 9/24/2021 | https://www.youtube.com/watch?v=cvI8DWGHFP0 | Dr.SYN-Q |
| Similar YouTube videos not restricted | | | |
| Comedy Crib: Bottled | Reparations | IFC | 9/24/2021 | https://www.youtube.com/watch?v=y_8St-LmXOQ | IFC |
| UN Human Rights Chief Calls for Reparations Over Racism | 9/24/2021 | https://www.youtube.com/watch?v=Ty_oZ5fEPBI | Bloomberg Quicktake: Now |
| Reparations | Real Time with Bill Maher (HBO) | 9/29/2021 | https://www.youtube.com/watch?v=pKZENkKesGc&t=12s | Real Time with Bill Maher |
| Dr.SYN Q's Effective Numbers Theory | 9/27/2021 | https://www.youtube.com/watch?v=iUntPEz5o2g | Dr.SYN-Q |
| Similar YouTube videos not restricted | | | |
| How Many People Does It Take to Start a Revolution? | 9/27/2021 | https://www.youtube.com/watch?v=qhY2v_43z8 | Annenberg School for Communication |
| Dr.SYNQ: With Little Loca Tariq Nasheed Neely Fuller Jr Dr Francis Cress Welsing Gus T Renegade | 9/27/2021 | https://www.youtube.com/watch?v=j4gvsAGPLCo | Dr.SYN-Q |
| Similar YouTube videos not restricted | | | |
| Understanding White Supremacy (And How to Defeat It) | 9/27/2021 | https://www.youtube.com/watch?v=0gqQzbp5wk4 | act.tv |
| **CLIENT - Harvey Stubbs** | | | |
| Terry Terry Terry | 9/27/2021 | https://www.youtube.com/watch?v=Hd9cdG-JPl8 | Your World |
| Similar YouTube videos not restricted | | | |
| School asks white parents to become "white traitors", articulates "the 8 white identities" | 9/27/2021 | https://www.youtube.com/watch?v=HwJCOvJSl8o | Karlyn Borysenko |
| Megyn Kelly on Race in Education | Real Time with Bill Maher (HBO) | 9/27/2021 | https://www.youtube.com/watch?v=0pabbzNjZ2s | Real Time with Bill Maher |
| John Boyega And The Directors Who Would Work With Him | 9/24/2021 | https://www.youtube.com/watch?v=XuxymMY3G28 | Your World |
| Similar YouTube videos not restricted | | | |
| John Boyega Is Cancelled! Deletes Twitter History, Loses Verification What Is Happening? | 9/24/2021 | https://www.youtube.com/watch?v=O6jTF6XPwA | TheQuartering |
| John Legend Silent | 9/24/2021 | https://www.youtube.com/watch?v=a-RxP5CBpMM | Your World |
| Similar YouTube videos not restricted | | | |
| Powerful celebrity quotes on Black Lives Matter and racism | Cosmopolitan UK | 9/24/2021 | https://www.youtube.com/watch?v=Ey1ORA97pFc | Cosmopolitan UK |
| Democratic candidates debate: Addressing country's racism l ABC News | 9/24/2021 | https://www.youtube.com/watch?v=kAEhKh7eKzw | ABC News |
| Real Time with Bill Maher: Denying Racism is a Form of Racism (HBO) | 9/24/2021 | https://www.youtube.com/watch?v=JKHNKGYgF8U&t=36s | Real Time with Bill Maher |
| Conspiracy Theories | 9/27/2021 | https://www.youtube.com/watch?v=zrpZWHaRsps | Your World |
| Similar YouTube videos not restricted | | | |
| Jesse Jackson: FBI involved in MLK's murder | 9/27/2021 | https://www.youtube.com/watch?v=pXH1OQeK9A | Graham Bensinger |
| Zoe Is Just Like Her Mother | 9/27/2021 | https://www.youtube.com/watch?v=gOXHuz1w2b0 | Your World |
| Similar YouTube videos not restricted | | | |
| Why YOU Should Dress Modestly || Get the attention you deserve! | 9/27/2021 | https://www.youtube.com/watch?v=UkIBGXO6sb0 | Classically Abby |

-28-

**FOURTH AMENDED CLASS ACTION COMPLAINT**

| Video | Date Reviewed | Link | Channel |
|---|---|---|---|
| Look at the Support They Get | 9/27/2021 | https://www.youtube.com/watch?v=jnZtybgx9-I | Your World |
| **Similar YouTube videos not restricted** | | | |
| Candace Cameron Bure Says She 'Prays' For Lori Loughlin in Wake of Scandal | 9/27/2021 | https://www.youtube.com/watch?v=NhQ1-9oSDKY | Entertainment Tonight |
| They Picked Him for a Reason | 9/29/2021 | https://www.youtube.com/watch?v=Kqr8o3wgjec | Your World |
| **Similar YouTube videos not restricted** | | | |
| David Bowie Criticizes MTV for Not Playing Videos by Black Artists | MTV News | 9/29/2021 | https://www.youtube.com/watch?v=XZGiVzIr8Og | MTV News |
| Racism at Buffalo Wild Wings | 9/27/2021 | https://www.youtube.com/watch?v=Eq59sUu68Cc | Your World |
| **Similar YouTube videos not restricted** | | | |
| The Discrimination You've Never Heard Of | Alan Raskin | TEDxAllendaleColumbiaSchool | 9/27/2021 | https://www.youtube.com/watch?v=MEsw3gvpS9g | TEDx Talks |
| It´s Just a Chicken Sandwich | 9/27/2021 | https://www.youtube.com/watch?v=bc1e0TLchzU | Your World |
| **Similar YouTube videos not restricted** | | | |
| Throwback Thursday: Racist Or Funny? | Gabriel Iglesias | 9/27/2021 | https://www.youtube.com/watch?v=UDLpEQmdNZE | Gabriel Iglesias |
| Harvard Sailing Team - Boys Will Be Girls | 9/27/2021 | https://www.youtube.com/watch?v=gspaoaecNAg | Harvard Sailing Team |
| Boycott Oprah | 9/27/2021 | https://www.youtube.com/watch?v=abiSvC7Kn4k | Your World |
| **Similar YouTube videos not restricted** | | | |
| Chick-fil-A is being bullied | 9/27/2021 | https://www.youtube.com/watch?v=WoyJMPMjOAc | Tony Marano |
| Chick-Fil-A-Bigotry | 9/27/2021 | https://www.youtube.com/watch?v=EcTvcOT1Ynk | HonestDiscussioner |
| Karma for Wendy | 9/27/2021 | https://www.youtube.com/watch?v=DuJ1uhutDNU | Your World |
| **Similar YouTube videos not restricted** | | | |
| Beyonce and the Black Panthers | Final Thoughts with Tomi Lahren | 9/27/2021 | https://www.youtube.com/watch?v=p2O5MGpfKTc | BlazeTV |
| Walmart Getting Rid of Greeters | 9/27/2021 | https://www.youtube.com/watch?v=1YW0Pb0o374 | Your World |
| **Similar YouTube videos not restricted** | | | |
| Trump mocks reporter with disability | 9/27/2021 | https://www.youtube.com/watch?v=PX9reO3QnUA | CNN |
| Walmart's Anti-Union Message | 9/27/2021 | https://www.youtube.com/watch?v=CpInyHRVjic | Senator Bernie Sanders |
| Spike Lee and the Oscars | 9/27/2021 | https://www.youtube.com/watch?v=hXqHggfb2e4 | Your World |
| **Similar YouTube videos not restricted** | | | |
| Why BlackKklansman" Lost Oscar to "Green Book" | 9/27/2021 | https://www.youtube.com/watch?v=xKtOkczPM-4 | Raiders Of The Lost Podcast |
| **CLIENT - Nicole's View** | | | |
| In Memory of | 9/24/2021 | https://www.youtube.com/watch?v=HNbFQUHTSMw | Nicole's View |
| **Similar YouTube videos not restricted** | | | |
| The faces of N.J. victims of September 11 | 9/24/2021 | https://www.youtube.com/watch?v=OatDu-I0bWI&t=32s | NJ.com |
| In Memory Of Sandy Hook Victims TRIBUTE (W/Pictures) | 9/24/2021 | . https://www.youtube.com/watch?v=1GMIAETrWpE | CaseyCoutureMUA |

**FOURTH AMENDED CLASS ACTION COMPLAINT**

| Video | Date Reviewed | Link | Channel |
|---|---|---|---|
| They Never Cared About Us | 9/24/2021 | https://www.youtube.com/watch?v=iYEC pBVdz9w | Nicole's View |
| Similar YouTube videos not restricted | | | |
| Tribute to Prince Philip \| \| Heal | 9/24/2021 | https://www.youtube.com/watch?v=5JZO jMMzGtg | Maria R |
| Stan Lee " try not to cry " | 9/24/2021 | https://www.youtube.com/watch?v=Omt pHk3iJO4 | skyler lee |
| Police Radio Chatter Sound Effect [Extended] | 9/24/2021 | https://www.youtube.com/watch?v=B47 A4IVXsJk | SoundEffectsFactory |
| Say What!?: Billy Dee Williams Comes Out As "Gender Fluid" | 9/29/2021 | https://www.youtube.com/watch?v=Xs-cmV44Rco | Nicole's View |
| Similar YouTube videos not restricted | | | |
| "Gender Fluid" Person Confuses Everyone. | 9/29/2021 | https://www.youtube.com/watch?v=Owv hGfbeo1Y | A1Cvenom |
| Gender Identity: Can a 5'9, White Guy Be a 6'5, Chinese Woman? | 9/29/2021 | https://www.youtube.com/watch?v=xfO1 veFs6Ho | Family Policy Institute of Washington |
| 7 Reasons Why I Love Men - Masculinity Is Not Toxic | 9/29/2021 | https://www.youtube.com/watch?v=3niv LP3yo-E | Céline Remy |
| 5 Stars!: Why Dave Chappelle's New Netflix Special Came Right On Time | 9/29/2021 | https://www.youtube.com/watch?v=oUX nC6CL20I | Nicole's View |
| Similar YouTube videos not restricted | | | |
| 10 Celebs Who Defended Johnny Depp Against Amber Heard! (Emilia Clarke, Elon Musk, Jason Momoa) | 9/29/2021 | https://www.youtube.com/watch?v=fiM HnccBJC0 | Trendy Vert |
| Alyssa Milano explains silence on Joe Biden allegation | 9/29/2021 | https://www.youtube.com/watch?v=tcNx nD6Bi4 | Radio Andy |
| Halle Bailey & The New Little Mermaid Casting "Controversy" | 9/24/2021 | https://www.youtube.com/watch?v=iTsgf pOC7JM | Nicole's View |
| Similar YouTube videos not restricted | | | |
| Halle Bailey's casting as Ariel prompts conversation about race l Nightline | 9/24/2021 | https://www.youtube.com/watch?v=nDX fNLXRGYw | ABC News |
| George Carlin on the "Seven Dirty Words" - EMMYTVLEGENDS.ORG | 9/24/2021 | https://www.youtube.com/watch?v=rMy Dvgnwlm4&t=3s | FoundationINTERVIEWS |
| I'M TRAPPED IN A HOLIDAY NIGHTMARE!! \| Helliday Limbo (MicroHorrorArcade) | 9/24/2021 | https://www.youtube.com/watch?v=YcSc pg9kDMk | TheGameSalmon |
| CLIENT - Andrew Hepkins | | | |
| New Years Message to the Light Workers | 9/24/2021 | https://www.youtube.com/watch?v=1H5 ujVGqT6I | Dru Story News |
| Similar YouTube videos not restricted | | | |
| Johnny Depp's Friends Reveal How Amber Heard Destroyed Johnny Depp | 9/24/2021 | https://www.youtube.com/watch?v=q1x hgd6F_j4 | Film Streak |
| Fake News. It's Your Fault. \| Christina Nicholson \| TEDxBocaRaton | 9/24/2021 | https://www.youtube.com/watch?v=tRP DwSSjdOM&t=181s | TEDx Talks |
| Real Time with Bill Maher: The Cosby Controversy (HBO) | 9/24/2021 | https://www.youtube.com/watch?v=5a9e EABUlvo | Real Time with Bill Maher |
| Sean Penn Talks His TV Debut, Criticizes #MeToo Movement \| TODAY | 9/24/2021 | https://www.youtube.com/watch?v=Pjp O4hc6Hiw | TODAY |
| Michael Jackson Accusers' Stories Questioned | 9/24/2021 | https://www.youtube.com/watch?v=v12T 99nhopI&t=13s | ET Canada |
| Anthony Joshua's Redemption \| The Responsibility of Success | 9/24/2021 | https://www.youtube.com/watch?v=68Is RzaRb4Y | Dru Story News |
| Similar YouTube videos not restricted | | | |
| American Delante 'Tiger' Johnson roars into welterweight quarters \| Tokyo Olympics \| NBC Sports | 9/24/2021 | https://www.youtube.com/watch?v=sbY9 8uA20NY | NBC Sports |
| 10-Year-Old Female Boxing PRODIGY | 9/24/2021 | https://www.youtube.com/watch?v=HtM diNrsg00 | Whistle |

-30-

**FOURTH AMENDED CLASS ACTION COMPLAINT**

| Video | Date Reviewed | Link | Channel |
|-------|---------------|------|---------|
| Como Hacer Sangre Falsa con Ingredientes Caseros Para Halloween<br><br>(How to make fake blood with homemade ingredients for halloween) | 10/1/2021 | https://www.youtube.com/watch?v=GdiZ4LETKiU | Osyley |
| Similar YouTube videos not restricted | | | |
| ⊟ HOW TO MAKE FAKE BLOOD ⊡ \| HALLOWEEN TUTORIAL \| WE ANSWER THAT EP 42 \| SMELLYBELLYTV | 10/1/2021 | https://www.youtube.com/watch?v=K0996dkC86I | SmellyBellyTV |
| How to make fake blood for Halloween | 10/1/2021 | https://www.youtube.com/watch?v=vf58vKedoRI | 9NEWS |
| DONALD TRUMP Makeup Tutorial ♡ Como Ser Donald Trump ♡ Tutorial - OSYLEY | 10/1/2021 | https://www.youtube.com/watch?v=b96JEAyqdPc | Osyley |
| Similar YouTube videos not restricted | | | |
| DONALD TRUMP MAKEUP TUTORIAL! | 10/1/2021 | https://www.youtube.com/watch?v=ucn7KWJoIIA | Kat Sketch |
| Donald Trump Makeup Tutorial | 10/1/2021 | https://www.youtube.com/watch?v=X01mNubQJx8 | Trump The Internet |

101.    Defendants have admitted that they were filtering and restricting Plaintiffs' content and access to YouTube based on their identities, not their content.  On September 14, 2017, during a conference for a group of approximately 15 aggrieved YouTube creators, YouTube's employees discussed the company's problems with the inherent racial bias and classification of video content filtering based on identity with respect to Defendants' decisions regarding monetization, payments for clicks per minute ("CPM") advertising, and applying "Restricted Mode," and admitted that:

a.    There are too many videos on the YouTube platform to be reviewed manually by human beings.

b.    Advertisers want demographic information, including race, so that they can identify and target specific audiences based on demographic information about the video creators and their viewers.

c.    YouTube uses algorithms and automated filtering tools and computerized systems to get the information that advertisers want in order to gather and analyze information about creators and viewers based on Plaintiffs' Identities, and that Defendants also use that same information to make decisions about viewing restrictions and monetization that turn on who the users and viewers are rather than what is actually in the video content.

d.    Defendants' algorithms and computerized filtering tools discriminate or "target" users like Plaintiffs and others who identify with marginalized groups when making

decisions regarding which videos to monetize, pay CPM, and apply "Restricted Mode" to, based on the identities of the video creators and their viewers.

       e.     Defendants' algorithms and source code profiles and considers the race, ethnicity, national origin, gender and sexual identity, disability, religion, political affiliations, and commercial status of both the video creator and its intended audiences and viewers.

       f.     Among other examples, Defendants' algorithms when applied to a chef's channel that posted cooking videos that had many "gay" subscribers who also accessed other LGBTQ related videos were tagged as "gay" for purposes of "Restricted Mode" and monetization – regardless of the content of the videos on the channel. The same is true with respect to Defendants' targeting of African Americans, Hispanics, and other users who identify with marginalized ethnicities or national origins.

102. In response to questions from the aggrieved creators who attended the conference regarding Defendants' efforts and estimated timeline to "fix" the bias and identity based "targeting" problems that pervaded its systems, Defendants' employees declined to answer or provide and information or commitment.

103. Since the conference, Defendants continued to use biased tools and computer driven filters to make automated decisions about content restrictions, copyright policy compliance, "Restricted Mode," and monetization based at least in part, on Plaintiffs' Identities.

104. In January 2018, Defendants again admitted their unlawful use of a users' identity to make "neutral" content based decisions under and in violation of their contracts with consumers. On or about January 3, 2018, during a recorded call between a YouTube user and a Google supervisor, Defendants informed the YouTube creator who identified as "gay" that its' "holiday special" video was not eligible for advertising services because the filtering tools had identified the user as being involved with the "gay thing." Pursuant to what the manager expressly stated was "company policy," the filtering algorithm determined that the video contained "shocking" or "sexually explicit" content, not because of any actual material in the video -- but because the "company" concluded that video content created by a "gay" user involved the "gay thing," and, as

**FOURTH AMENDED CLASS ACTION COMPLAINT**

a result of "company policy" was ineligible for advertising or promotion because the "gay thing"

alone  constituted prohibited "shocking" and "sexually explicit" content.

### a.    Defendants Misapply TOS Rules

105.    Defendants also misapply TOS Rules without a neutral content based justification.

### (i)    Restricted Mode

106.    "Your content and Restricted Mode" is an article that describes Defendants' use of

the "Restricted Mode" filter.  Exhibit 9 at pp. 679-681.  Defendants apply these restrictions to

"potentially adult content" that "won't be shown to viewers who have Restricted Mode turned on."

*Id*., at p. 679.  Restricted Mode is supposed to apply to content depicting "Drugs and alcohol;"

"Sexual situations;" "Violence;" "Mature subjects" such as "specific details about events related to

terrorism, war, crime, and political conflicts that resulted in death or serious injury;" "Profane and

mature language;" and "Incendiary and demeaning content."  *Id*.

107.    Defendants claim that they won't restrict all content that falls within the wide net of

"potentially adult content": "Sharing stories about facing discrimination, opening up about your

sexuality, and confronting or overcoming discrimination is what makes YouTube great.  We'll

work to make sure those stories are included in Restricted Mode.  But to be included, your content

must follow the guidelines above."  *Id*.  However, Defendants' "Restricted Mode" guidelines are

vague enough for Defendants to restrict nearly all of Plaintiffs' videos regardless of whether they

include material depicting drugs, alcohol, sex, death, injury, or include profanity, or incendiary or

demeaning content, simply because the video includes "potentially adult content."

108.    According to Alice Wu, a Senior Manager of Trust & Safety at YouTube, LLC,

approximately 1.5 percent of YouTube's daily views, or more than 75 million daily views, come

from people who are using devices that filter content based on "Restricted Mode."

109.    Restricted Mode is not mentioned in any TOS Rule until after December 2019,

when Defendants expressly incorporated the Policies into the TOS.  *Compare*, Exhibits 1-6, 8-9.

To this day, Defendants do not have a "Restricted Mode Policy" or "Guideline" in the TOS Rules

or on the Policies webpage.  Rather, Defendant' disclose their practices in an article entitled "Your

content and Restricted Mode," that is buried among several hyperlinks on a webpage captioned "Managing Your Content." Thus, as of August 1, 2022, to find "Your content and Restricted Mode," all consumers, including Plaintiffs and the Class have to dig to through multiple layers of TOS Rules and hyperlinks that do not appear on the face of TOS and other service agreements.

110.    When filtering and blocking content under Restricted Mode, Defendants use computer systems, artificial intelligence programs, algorithms, and other tools that unlawfully consider Plaintiffs' Identities.  This results in Defendants restricting most of Plaintiffs' content, not because of any information in the video, but because of the racial, ethnic, or origin identities of Plaintiffs and the Class.  This includes videos addressing discriminatory practices concerning healthcare, banking, real estate, law enforcement, the judiciary, labor and employment, environmental issues; events involving prominent members of the African American and Hispanic communities; celebrities; and sporting events like boxing.  Defendants misapply Restricted Mode to Plaintiffs' content where the video title, tags or audio includes trigger terms such as, "BLM," "KKK," "Black," "White," "Racism," "Boogaloo," "White Supremacy," "Racial Profiling," "Police Shootings," "Police Brutality," "Black Lives Matter," "Bill Cosby," "Louis Farrakhan," "Ku Klux Klan," "Nazi," "Neo-Nazi," or "Aryan Brotherhood."

111.    Aa direct and proximate result of their identity based filtering, Defendants have unlawfully restricted more than half of Plaintiff Lewis' videos that contain no "mature content," including:  "Bill Cosby Granted Appeal Hearing," "Nicole's View Live:  Special Guest Jenny Winings from the Hit Documentary Film 'Square One,'" "Joe Jackson's Granddaughter Yasmine Jackson & What People are NOT Talking About," "They Never Cared About Us," "Special Guests Dennae Wright & Marvelous," "5 Stars:  Why Dave Chappelle's New Netflix . . . ." and "Disgustingly Racist:  Leaving Neverland."

112.    Defendants have unlawfully restricted all but two of Plaintiff Hepkins' videos, including "What's in the Water?" "The Reason for Vegas, Real Food for Thought;" "Sellers: Beware of Paypal Charge Back Scammers;" "March for the Death of Eric Garner;" and "Are More Jews Showing Support for Palestine?"

113.     Defendants have unlawfully restricted all but four of Plaintiff Stubbs' 1,121 videos, including "Walmart Getting Rid of Greeters;" "Cosby Show Residuals;" "Carol Channing Gone at 97;" "The Go Fund Me Liars;" "New Vid Up;" and "Aretha Franklin gone at 76."

114.     Defendants have unlawfully restricted 129 of Plaintiff Muhammad's 159 videos, including, "My Response to Racist Propaganda," "YouTube Flagged My Video!  Black Folks Guide," "Paying My Respects to Muhammad Ali!" "The Education of White Supremacy," and "When We Were Slaves."

115.     Defendants also unlawfully restrict numerous beauty videos posted by Plaintiff Ley, including "Friends with Benefit," a video of an eyebrow makeover; "The Dangers of Sleeping with Makeup," discussing inflammation from mascara use; "Yucatan Peninsula," featuring an a makeup session on the streets of Cancun; "How to Prevent and Get Rid of Stretch Marks During pregnancy," discussing stretch mark reduction products and how to apply them; as well as numerous Spanish language videos demonstrating makeup tips, how to put on a synthetic wig, how to take selfies, and makeup tutorials.

116.     In an effort to mitigate these identity based restrictions, Plaintiffs, for years, have been forced to self-censor and refrain from using identity based trigger terms  Plaintiffs are further required to self-censor quality content that mentions anything to do with drugs, alcohol, sex, violence, and events resulting death or serious injury, or use any thing that Defendants could claim as a pretext for being vulgar, demeaning, inflammatory or incendiary language.  As a direct result, Plaintiffs and the Class are effectively prohibited from discussing any events, issues, or people that are important to their communities for fear that their identities or viewpoints will be used by Defendants to block audience access and reach to their videos.

**(ii)      Monetization Rules**

117.     Defendants employ the same unlawful identity profiling to deny Plaintiffs and the Class advertising revenue sharing.  Under the relevant service agreements, users who post content and meet minimum requirements for the numbers of subscribers, views, and total view hours are eligible to share in the advertising revenues generated by those videos. These "Monetization Rules" apply to all Plaintiffs who are Program Partners.  The Monetization Rules require that revenue

generating content comply with the TOS Rules (Community Guidelines and Policies), as well as Google Ad Sense program policies.  Defendants "check content that best represents your channel against [their] policies."  "Since [Defendants'] reviewers can't check every video, they may focus on your channel's:  Main theme, Most viewed videos, Newest videos, Biggest proportion of watch time, Video metadata (including titles, thumbnails, and descriptions)." "[A]ny content you post must follow all [Defendants'] Community Guidelines."  The Monetization Rules also prohibit "repetitious content," content "that exclusively features readings of other materials you did not originally create," mindless content with low educational value, commentary, or narrative," and "reused content." "Taking someone else's content, making minimal changes, and calling it your own . . . would be a violation of this guideline."  Defendants expressly allow Plaintiffs to monetize content with "clips for a critical review," "[r]eplays of a sports tournament where you explain the moves a competitor did," "[r]eaction videos where you comment on the original video," and "[e]dited footage from other creators where you add a storyline or commentary."  Exhibit 13 at pp. 962-963.

118.    Because Defendants use Plaintiffs' Identities to single out their videos for limited or no monetization, Plaintiffs are denied their equal right and contractual benefits to generate advertising revenue.  Without justification, Defendants unlawfully limit or deny monetization for the vast majority of Plaintiffs' videos.

119.    Defendants have demonetized many of Plaintiff Cabrera's videos with no justification or explanation, such as: "A Heatwave Hits Western Europe," "US Birth Rates Are At A 32 Year Low," "Documentary: China's One Child Policy and Propaganda," "The Spanish Flu 1918 See The Similarities in Pictures," and "Trump's Tariffs Are Contributing to More Farmer Tragedies."

120.    Similarly, Defendants demonetized 52 of 54 videos posted to Plaintiff Hepkins' "DruStory News." and demonetized all the videos on Plaintiff Muhamad's channel for 13 years, until 2021.

121.    For the Plaintiffs' few fully monetized and unrestricted videos, Defendants have weaponized advertising by "ad bombing," and inserting ads at intervals of 2, 3, 4 or 5 minutes,

resulting in 3 to 10 streaming ads and banner ads appearing during videos lasting fewer than 20 minutes.  While Defendants' advertising rules allow Plaintiffs to indicate where advertisements will appear in the video and the number of ads to appear; Defendants disregarded Plaintiffs' settings. Defendants ad bombed Plaintiff Cabrera's videos: "Ex-Minneapolis Officer Tou Thao Released," a six minute video with seven streaming ads; "Congress Plans to Move HR 40 with No Direct Payments," a ten minute video with six ads; "50K+ New Covid-19 Cases 3 Days in a Row Trump Says," a sixteen minute video with six streaming and banner ads.  Defendants also ad bombed Plaintiff Stubbs' video, "It was Just a Matter of Time," with 11 ads.  Interrupting short videos with numerous streaming and banner ads annoys viewers, resulting in reduced views and view hours, and lower revenue for Plaintiffs' monetized videos.

### (iii)  Hate Speech, Harassment & Cyberbullying Rules

122.    The hate speech policy prohibits "content promoting violence or hatred against individuals or groups based on" . . .  "Race," "Sex/Gender," "Victims of a major violent event and their kin."  "If you find content that violates this policy, report it."  "Don't post content on YouTube if the purpose of that content is to . . ." "Encourage violence against individuals or groups based on any of the attributes noted above.  We don't allow threats on YouTube, and we treat implied calls for violence as real threats."  Exhibit 8 at pp. 319-320, Exhibit 9 at pp. 520-521. Defendants also prohibit content that "dehumanizes individuals or groups by calling them subhuman, comparing them to . . . non-human entit[ies];" uses "racial, religious or other slurs or stereotypes that incite or promote hatred based on any of the attributes noted;" claims "individuals or groups are physically or mentally inferior, deficient, or diseased based on any of the attributes noted;" "[a]llege the superiority of a group over those with any of the attributes noted above to justify violence, discrimination, segregation, or exclusion;" "saying individuals or groups are evil, corrupt, or malicious based on attributes noted;" "deny that a well-documented, violent event took place;" "hateful supremacist propaganda including the recruitment of new members."  *Id*., at p. 856.

123.    The harassment & cyberbullying policies prohibit "[c]ontent that threatens individuals."  "We also don't allow content that targets an individual with prolonged or malicious

insults based on intrinsic attributes.  These attributes include their group status or physical traits.  If you find content that violates this policy, report it."  Exhibit 8 at pp. 328-320, Exhibit 9 at pp. 523-524.

124.    Defendants arbitrarily misapply these policies to Plaintiffs' videos.  Defendants removed Plaintiff Hepkins' video, "Fake News is REAL:  More Undeniable Proof!" on December 29, 2016.  The video discusses inaccurate reports which have appeared in mainstream media news outlets.  The video features a series of researched factual rebuttals to specific news reports, demonstrating that some things that have been published as news are false or fabricated.  Defendants notified Plaintiff Hepkins that the video violated unspecified "Community Guidelines" and issued a "Community Guidelines strike or temporary penalty" to the channel.  Defendants stated that the video constitutes a "personal attack," "predatory behavior, stalking, threats, harassment, bullying, or intimidation."  Defendants added, "We remove comments, videos, or posts where the main aim is to maliciously harass or attack another user."  The video does not attack, threaten, harass, intimidate, bully, insult, disparage or even discuss any individual in connection with "Fake News."  Rather, the video discusses specific news reports which were in fact false or erroneous and presents facts disputing the original news reports.  Defendants were entirely off base in assessing a Community Guidelines strike or penalty for the video, and in removing it.

### (iv)    Copyright Rules

125.    The copyright policy includes several articles, FAQs, and instructions regarding using content from the creative commons and music in videos.  Exhibit 9 at pp. 709-780.  The policy also outlines fair use doctrine, and notes that "Courts have decided that copyright owners must consider fair use before they send a copyright takedown notice.  Because of this, we often ask copyright owners to confirm they've done this analysis."  *Id.*, at pp. 759-760.

126.    Defendants repeatedly have misapplied this policy to remove and/or issue copyright violations for the Plaintiffs' original content and content that constitutes fair use.

127.    Defendants removed two of Plaintiff Reyes' original animated videos which he created and owned, purportedly on grounds of copyright violations.  Defendants removed the

1  videos and never afforded him an opportunity to appeal the take down or to prove that he owned

2  the rights to the videos.

3      128.    Defendants also removed 68 of Plaintiff Cabrera's videos purportedly for copyright

4  infringement without identifying a copyright holder or identifying the content subject to the

5  copyright.  Without this information, no meaningful appeal or dispute could be made.  Defendants

6  permanently archived the videos, which cannot be accessed, copied, or viewed.

7      129.    Defendants disabled Plaintiff Lewis' SuperChat service and demonetized her

8  channel from February 11, 2020, to June 7, 2020, purportedly due to an unspecified copyright

9  violation.  Again, Defendants did not identify the copyrighted holder, or the material involved.

10                    **(v)    Nudity And Sexual Content Rules**

11     130.    The nudity and sexual content policy prohibits "[e]xplicit content meant to be

12  sexually gratifying," including "[p]osting pornography."  It prohibits "[d]epiction of genitals,

13  breasts, or buttocks (clothed or unclothed) for the purpose of sexual gratification."  Defendants may

14  age-restrict content if it includes nudity or other sexual content "that falls short of sexual

15  gratification," including "graphic or lewd" language, "provocative dancing, or fondling," clothing

16  that "would be generally unacceptable in public contexts," "blurred, masked, or obscured" sexual

17  imagery or audio."  Exhibit 8 at pp. 267-269, *see also* Exhibit 9 at pp. 496-497.

18     131.    Defendants have repeatedly misapplied this policy to Plaintiff Jones' content.  For

19  example, Defendants arbitrarily removed Plaintiff Jones' channel, "Carmen Caboom," and all the

20  posted videos for purported nudity.  None of the videos posted on the channel included any nudity.

21                    **(vi)    COVID-19 Medical Misinformation Rules**

22     132.    The COVID-19 medical misinformation policy prohibits "content about COVID-19

23  that poses a serious risk of egregious harm," and "content that contradicts WHO or local health

24  authorities' guidance on: "Treatment, Prevention, Diagnosis, Transmission, Social distancing and

25  self-isolation guidelines," and "The existence of COVID-19."  Exhibit 9 at pp. 535-537.

26  Defendants prohibit "[c]ontent that encourages the use of home remedies" "in place of medical

27  treatment;" "content that discourages people from consulting a medical professional seeking

28  medical advice;" "[c]ontent that promotes prevention methods that contradict local health

1    authorities or WHO;" and "[c]laims about COVID-19 vaccinations that contradict expert consensus

2    from local health authorities or WHO." *Id*.

3        133.    Defendants have arbitrarily misapplied this policy to the content of Plaintiffs

4    Newman and Cabrera for any video that discusses COVID-19 prevention methods, immune support

5    therapies or the lack of consensus concerning COVID-19 among experts, such as local health

6    authorities, WHO and the Center for Disease Control.

7                            **(vii)    Firearms Rules**

8        134.    The firearms policy prohibits "[c]ontent intended to sell firearms, instruct viewers

9    on how to make firearms" or "[p]rovide instructions on manufacturing . . . firearms."  Exhibit 9 at

10   pp. 527-528.  "Live streams that feature someone holding or handling a firearm, regardless of

11   whether or not they are firing it" are also prohibited."  *Id.*, at 528.

12       135.    Defendants have arbitrarily applied this policy to restrict and demonetize Plaintiff

13   Muhammad's video, "My Weapon of Choice," a short video which starts with a view of a gun

14   barrel that turns into a camera.  The video does not constitute an effort to sell, instruct in use or

15   making a weapon, or involve a Live Stream event.

16           **b.    Defendants Selectively Enforce Rules To Benefit Preferred**
                     **Creators**
17

18       136.    While Defendants energetically misapply TOS Rules to Plaintiffs' videos that

19   comply with TOS Rules, Defendants allow Preferred Creators like PewDiePie and Shane Dawson

20   to post videos that violate multiple TOS rules, without restriction and with full monetization.

21       137.    PewDiePie is a YouTube channel created in 2010, with 106 million subscribers, and

22   nearly 26 billion views.  The channel posted "Streamers Who Have Said the N Word," featuring

23   video clips of gamers repeatedly saying "nigger" and using profanity.  This YouTube video has

24   generated 1.6 million views and is monetized.

25       138.    Shane is a YouTube channel created by Shane Dawson in 2005, with 21 million

26   subscribers, and 4.4 billion views.  Many of Shane's popular videos violate TOS rules prohibiting

27   hate speech, nudity and sexual content, and vulgar language.  In 2021, Shane Dawson admitted that

28   many of his videos violate the TOS rules, and posted videos such as, "My Apology (Blackface &

**FOURTH AMENDED CLASS ACTION COMPLAINT**

Offensive Videos)," a video discussing numerous posted videos that violate TOS rules; and

"Taking Accountability," another apology for offensive content that violates TOS rules.  Among

the many videos Defendants allowed Shane to post and monetize are:  "Blowjob Prank," a video

depicting feigned fellatio;  "Sex Position Challenge," a profanity laced video with graphic

discussion of sexual positions; "Biggest WTF Moments of 2015," a video featuring racist

stereotypes and an image of anatomically correct female genitalia appended onto a severed ankle;

and "Reacting to Lemon Party," a video depicting young girls watching pornography featuring

elderly people with profanity laced commentary

139.    Though many of the videos posted on PewDiePie and Shane clearly contain multiple

TOS Rules violations, Defendants have allowed those videos to remain posted for years, without

restriction and fully monetized.  Defendants further compound the TOS Rule violations and allow

Preferred Creators to post content from PewDiePie and Shane, without restriction and fully

monetized, such as, "Shane Dawson Black Face, N Word," "Shane Dawson Jacking off to Willow

Smith," "Shane Dawson N word compilation," and "YouTube CEO Susan Wojcicki's Favorite

Youtuber RACIST Shane Dawson sexually harassing young girls."

**(i)      Harassment & Cyberbullying Of Plaintiffs**

140.    Defendants also allow Preferred Creators to troll, harass and bully Plaintiffs for

months at a time.  Racist white supremacists post hate speech in videos and in comments on

Plaintiffs' videos, and identify individual Plaintiffs by name and use vulgar, demeaning, racist,

misogynist language, as well as making overt and implied threats of physical violence.

141.    Plaintiff Cabrera has been repeatedly harassed and threatened by YouTube creator,

Oxyman.  During a Live Stream broadcast on his channel, Oxyman vowed, "I'm gonna make sure

[Lisa Cabrera's] channel gets demonetized."  Following the threat and a report from Oxyman,

Defendants demonetized the "Lisa Cabrera" channel in January of 2021 without notification or

explanation.  Plaintiff Cabrera's channel remained demonetized without explanation or justification

for 60 days, during which time she earned no revenue.

142.    Plaintiff Cabrera has also been repeatedly harassed by a known white supremacist,

Michael Anderson.  Michael Anderson posted a video that disparaged Plaintiff Cabrera and added

her legal name and residential address to the comments for the video.  The same information was reposted on YouTube by numerous other white supremacists.  Michael Anderson's video violated TOS Rules prohibiting hate speech, harassment & cyberbullying, and privacy guidelines.  The re-posted comments also violated privacy guidelines.

143.    Despite receiving complaints from Plaintiff Cabrera and approximately 50 of her subscribers identifying Michael Anderson, the video and his channel, Defendants allowed the video and comments with Plaintiff Cabrera's name and address to remain posted on YouTube.

144.    Michael Anderson posted another video which had Plaintiff Cabrera as the subject, "Lisa Cabrera" in the title, and featured an image of Mr. Anderson in a car brandishing a revolver as he spoke about Plaintiff Cabrera.  Though this video also violated TOS Rules prohibiting hate speech, and harassment & cyberbullying, Defendants allowed the video to remain, despite receiving numerous complaints from Plaintiff Cabrera and her followers.

145.    Plaintiff Jones also has been the target of multiple videos constituting hate speech, harassment & cyberbullying from Preferred Creators, including several separate posts that displayed her legal name and residential address.  Again, Defendants allowed the videos and comments to remain posted, despite multiple complaints from Plaintiff Jones.

(ii)    **Vulgar Language, Nudity And Sexual Content Rules**

146.    The vulgar language policy prohibits "excessive profanity," "heavy profanity in your video's title, thumbnail or associated metadata," and "sustained rant with heavy profanities." Exhibit 9 at p. 506.  The nudity and sexual content rules prohibit displays of naked bodies and body parts in sexually suggestive contexts, as well as graphic descriptions of sexual acts.  Exhibit 8 at pp. 268-269; Exhibit 9 at pp. 496-497.

147.    As detailed above, Defendants allow Preferred Creators like PewDiePie, Shane Dawson, Tommy Sotomayor, Oxyman and Michael Anderson to post profanity laced rants, threats, and graphic descriptions of sexual acts in violation of this policy.

### (iii)    Harmful/Dangerous Content And Violent Graphic Content Rules

148.    The harmful or dangerous content policy prohibits "content that encourages dangerous or illegal activities that risk serious physical harm or death.  If you find content that violates this policy, report it."  Exhibit 8 at pp. 296-297.  "Don't post content on YouTube if it fits any of [these] descriptions:" "Promoting or glorifying violent tragedies;" "Content that depicts abuse of or giving instructions on how to create hard drugs;" or "Showing viewers how to steal tangible goods or promoting dishonest behavior."  Exhibit 9 at pp. 513-514.

149.    The violent or graphic content policies prohibit "[v]iolent or gory content intended to shock or disgust viewers," and "content that encourages others to commit violent acts."  "If you find content that violates this policy, report it."  Exhibit 9 at pp. 513-514.

150.    Defendants have allowed Michael Anderson to post without restriction a series of how to videos, explaining how to commit various crimes.

151.    Defendants also allow Preferred Creators to post thousands of popular unrestricted and fully monetized how to videos explaining use of theatrical makeup to create the graphic appearance of injuries.  Nonetheless, Defendants restricted and demonetized the theatrical makeup how to videos posted by Plaintiffs Reyes and Ley that demonstrate step by step the creation of fake injuries for Halloween.

152.    Similarly, Defendants' Preferred Creators regularly post graphic content depicting mass shootings, riots, police shootings and/or beatings of African Americans and Hispanics, as well as detailed images of lynching and dead bodies.  Defendants do not restrict such content to prevent children from seeing the images; nor do they demonetize the content to prevent creators from making money from racist violence.  Nonetheless, Defendants have removed, restricted and demonetized Plaintiffs' content that merely discusses similar events in a respectful non-sensational manner, without any graphic detailed description of the violence or resulting injuries.

c.      **Defendants Deny Plaintiffs Other Contract Services**

(i)      <u>Standard Video Play Services</u>

153.     From 2016 forward, Plaintiffs have received a stream of complaints from subscribers and viewers about the quality of the videos and Live Stream content on Plaintiffs' channels.  Defendants provide poor quality video play for content posted by Plaintiffs.  Plaintiffs' subscribers and viewers report repeated service interruptions when watching posted videos and Live Stream broadcasts, including periods of time when the content is not available at all, or when there is no audio or video feed, or when the audio or video is obscured, throttled, pixelated, or blocked.

154.     Plaintiffs' subscribers have reported numerous instances where Defendants have inserted sounds or images into Plaintiffs' videos and Live Stream broadcasts, including without limitation, loud voices drowning out Plaintiffs' audio content, racist comments, black bars obscuring video images, and unrelated images.

155.     Plaintiff Lewis was conducting a Live Stream broadcast on August 14, 2020, "The Destructive Agenda of Feminism with Elizabeth Mell."  Roughly halfway through, repeated audio interruptions occurred which Plaintiff Lewis could hear, rendering her unable to hear Elizabeth Mell.  The noises and audio interruptions continued intermittently throughout the rest of the broadcast.  Plaintiff Lewis confirmed that the noises and disruptions were not caused by her equipment or by background noise at her location.  Elizabeth Mell informed Plaintiff Lewis that the noises and disruptions were not being generated from her microphone or from ambient noise at her location.

156.     Despite purchasing new sound and video equipment, changing locations and conditions for video recording, and uploading, Plaintiffs cannot remedy the poor technical quality play and broadcasts experienced by their subscribers and viewers.  Plaintiffs have reviewed their videos and Live Stream recordings and confirmed that the additional sounds and images experienced by viewers are not in the videos or Live Stream recordings.

(ii)    **Protections Against Impersonation And Trademark**

**Infringement**

157.    The impersonation policy prohibits "[c]ontent intended to impersonate a person or channel."  That includes enforcing "trademark holder rights."  "If you see content that violates this policy, please report it."  Exhibit 8 at p. 242; Exhibit 9 at pp. 486-487.

158.    The trademark policy also prohibits the "improper or unauthorized use of a trademark in a way that is likely to cause confusion as to the source of that product."  Defendants "prohibit videos and channels that infringe trademarks" and infringement can result in blocking videos and suspension of channels.  Exhibit 8 at pp. 242-243.

159.    Plaintiff Cabrera registered trademarks for her name and that of her channel. Defendants' Preferred Creators have cloned Plaintiff Cabrera's channel, including copying her trademark, her name, and her photo, and then posted new impostor channels with offensive content that is publicly available and clearly attributed to Plaintiff Cabrera.  Despite multiple complaints regarding the impersonation of Plaintiff Cabrera, the unauthorized use of her trademarks, and the offensive content that violates other TOS Rules, the impostor channels and offensive videos with her marks remain posted on YouTube.

(iii)    **Protection Against Posting Of Others Personal**

**Information**

160.    The protecting your identity policy prohibits the posting of users' "personal information or uploaded [] video of you without your knowledge."  Users can "request to have the content removed based on [the] privacy Guidelines.  "For content to be considered for removal, an individual must be uniquely identifiable and that individual . . . must submit the complaint." Defendants consider the following factors for determining whether the user is "uniquely identifiable":  use of "Image or voice;" "Full name;" "Financial information;" "Contact information."  Exhibit 9 at pp. 423-425.

161.    The "privacy reporting" policy references the "Privacy Complaint Process" above. Exhibit 8 at pp. 424, 589-590, 707.  According to Defendants, "[y]our privacy is always respected in this process."  *Id.*

162.    Defendants have repeatedly allowed Preferred Creators to post private content that identifies Plaintiffs Newman, Cabrera, and Jones, along with their contact information, including addresses, telephone numbers and Plaintiff Jones' employment information.  Despite multiple privacy complaints requesting that Defendants act on the TOS Rules violations and remove the private information, the information has remained posted without any corrective action.

### (iv)    Video Privacy Protections

163.    The change video privacy settings policy allows creators to "[u]pdate the privacy settings of your video to control where your video can appear and who can watch it."  Exhibit 9 at pp. 601-602.  Defendants allow their creators to use this policy to change video settings to "private" so that the violations are no longer publicly visible.

164.    Preferred Creators often post content to their channels that violates TOS Rules, and shortly after posting the content, after the content has been copied and reposted by others, the creator changes the privacy setting of the video to "private."  When the setting is changed to "private," the video and comments posted to it are no longer publicly available for view.  After several weeks, the creator changes the video setting back to "public," and the content becomes publicly visible.  Preferred Creators avoid TOS Rules violations and strikes by using the video privacy settings.

165.    Plaintiffs cannot take advantage of their video "privacy settings" to avoid TOS Rules violations or strikes.  Defendants have applied their automated systems and algorithms to the "private" videos of Plaintiffs Newman and Cabrera, resulting in issuance of TOS Rules violations and strikes for content that no one could see -- including human reviewers.

166.    Though Plaintiff Cabrera had not shared a link to her videos that were set to "private," analytics reports reflect that Defendants allowed multiple people to view some of her private videos.

### (v)    Audience Reach Services

167.    **Subscriber Services**:  Defendants provide subscriber services to YouTube viewers who enroll as subscribers to channels, including email notices regarding newly posted videos, and advanced notice regarding video premier dates and up-coming Live Stream events.

168.   Defendants have consistently excluded Plaintiffs' channels and videos from standard subscriber services that are generally available.  Viewers who subscribe to Plaintiffs' channels generally do not receive email notices or Plaintiffs' newly posted videos, video premier dates or the dates and times for Live Stream events.  Defendants have "unsubscribed" large numbers of Plaintiffs' long time subscribers, and prevented them from subscribing again to Plaintiffs' channels, resulting in significant loss of subscribers, views for individual videos and whole channels, reduced view hours and lost revenue.

169.   Many of Plaintiff s' subscribers are prevented from posting comments on Plaintiffs' videos.  Plaintiff Cabrera's subscribers have complained that their comments disappear as they are being typed onto the screen, or that entire strings of comments disappear right after posting. Subscribers wrongly believe that Plaintiff Cabrera has been deleting or blocking comments though she can do nothing to prevent it from happening.  The instantaneous disappearance of subscriber comments reflects that Defendants are using automated systems and algorithms to filter comments to Plaintiffs' videos and Live Stream broadcasts.

170.   **Search Services:**  Defendants offer YouTube "search" services where users can search for videos by subject, video title, name of the creator and name of the channel.  Typically, search results are based on the user's YouTube viewing history and ranked based on viewing preferences, according to videos tags reflecting the subject, title, creator, and channel.

171.   For numerous periods of time lasting months, Defendants have excluded each of the named Plaintiffs' channels and/or videos from viewer searches, even where the viewer previously subscribed to Plaintiffs' channels.  If Plaintiffs' channels and/or videos do not appear in searches, viewers will need a hyperlink to view any video.  Defendants' practice of making Plaintiffs' content and/or channels invisible for purposes of search services is "shadow banning."  Shadow banning prevents subscribers and viewers from checking Plaintiffs' channels for new content, and locating older videos, reducing the views, view hours and revenue for Plaintiffs' channels.

172.   As a result of Defendants' shadow banning practices, over the years, Plaintiffs have been forced to rely on other African American and Hispanic creators to share information and hyperlinks for Plaintiffs' videos in order to generate views and view hours.  Plaintiffs often share

videos and Live Stream broadcasts with other creators to ensure that viewers know when new content has been posted.  This "word of mouth," sharing of information has sustained Plaintiffs' channels throughout years of continual shadow banning.

173.    **Promotion Services**:  Defendants provide promotion services to viewers as they watch videos.  Defendants generate and display lists of video titles on the viewers' webpages in columns located next to video view boxes entitled "Trending," "Up Next" or "Featured." Defendants claim that these displays assist viewers locate desirable content based on their viewing history, and content that is similar to the videos that they are watching.

174.    Defendants have arbitrarily excluded Plaintiffs' videos from the promotion services "Trending," "Up Next" or "Featured" – even when Plaintiffs' subscribers are watching Plaintiffs' videos, on Plaintiffs' channels.

175.    Defendants also routinely include in the "Trending," "Up Next," and "Featured," video lists, content that is unrelated to subscribers' viewing histories, the channels to which they subscribe, and the content for which they have posted comments in the past.  Defendants have flooded the "Up Next" lists for the viewers of videos posted by Plaintiffs Lewis, Hepkins and Stubbs with Fox News videos that are entirely unrelated to the anything posted by Plaintiffs.

176.    Defendants also flood these promotional lists with content from creators that Plaintiffs' subscribers have informed Defendants that they do not want to watch.  For example, Plaintiff Cabrera's subscriber wrote:

> I am one of your Youtube subscribers and recently I was watching the story about bubba [sic] Wallace finding a noose in his stall on Mainstream Media, anyways, then youtube started to line my feed with unknown content creators that I am NOT subscribed to [sic] these creators were basically making derogatory remarks about bubba and the noose incident . . . . .  So I was surprised that youtube did this type of practice in what appears to be intentional.  [sic]  I get many suggestions when I am looking for new videos to watch on yoga, etc [sic] Youtube often does not suggest any African Americans. . . .  I am an avid watcher of youtube [sic]  I can attest that they put out feed suggestions often that are not African Americans and even put out recommendations of creators that I requested not to watch, oftentimes these creators either have derogatory comments about African Americans or the creator is NOT African American. . . .

177.    As Plaintiff Cabrera's subscriber indicated, Defendants routinely include in these video lists content that is anathema to the African American and Hispanic communities, including

derogatory content.  Defendants flood the promotional video lists with content from racists like Tommy Sotomayor and Candace Owens.  Often the videos Defendants promote violate TOS Rules regarding hate speech, vulgar language, harassment & cyberbullying, harmful or dangerous content, and/or violent or graphic content.

178.    Defendants also use these services to promote the content of their affiliates and partners such as Fox News channels.

179.    Defendants' practices annoy, frustrate, and anger Plaintiffs' subscribers and viewers, resulting in fewer subscribers, fewer views and lower view hours for Plaintiffs' channels and videos.

**(vi)    Reporting And Flagging Services**

180.    The report inappropriate content policy authorizes users to "report, or flag content that they find inappropriate.  Reporting content is anonymous, so other users can't tell who made the report.  When something is reported, it's not automatically taken down.  Reported content is reviewed along the following guidelines: Content that violates our Community Guidelines is removed from YouTube.  Content that may not be appropriate for younger audiences may be age restricted."  Exhibit 9 at pp. 636-648.

181.    Defendants also let users report a channel "you think violates our Community Guidelines," and "report more than one piece of content."  "By reporting a user's channel, you can highlight a user's comments or videos and give [Defendants] more information about your concern. If you feel that you've been targeted for abuse, this tool is your best option to report content." Exhibit 9 at p. 654.

182.    Defendants arbitrarily deny Plaintiffs, their subscribers, and viewers use of reporting or flagging services.  Defendants do not acknowledge receipt of complaints, reports or flags made by Plaintiffs or on their behalf.  Regardless of the numbers of complaints, reports and/or flags that are made by Plaintiffs, their subscribers and/or viewers, Defendants ignore complaints and knowingly allow Preferred Creators to violate TOS Rules, and post threats, Plaintiffs' original content, Plaintiffs' trademarks, personal images, personal information, and hate speech directed at Plaintiffs and their communities.

1

**(vii)   Appeals**

2       183.   The appeal policy authorizes users to appeal a Community Guideline strike or

3   violation, and/or video removal within 30 days.  Exhibit 9 at pp. 691-692.  The "policy" outlines

4   how to file an appeal.  After following the instructions, Defendants state that the user will "get an

5   email from YouTube letting you know the result of your appeal request," indicating whether the

6   content complies with Community Guidelines and will be reinstated; whether the content complies

7   with Community Guidelines but is inappropriate for all audiences and "won't be visible to users

8   who are signed out, are under 18 years of age, or have Restricted Mode turned on;" or if the

9   "content was in violation of our Community Guidelines," and the "strike will stay and the video

10   will remain down for the site."  *Id.*, at p. 692.

11       184.   Defendants arbitrarily deny Plaintiffs appeal services – not merely deny appeals

12   submitted by Plaintiffs.  With few exceptions, Defendants do not acknowledge Plaintiffs' timely

13   appeals, much less respond with an email.  Defendants have occasionally reversed a strike,

14   withdrawn a violation notice or restored a video to Plaintiffs' channel.  However, Defendants

15   rarely, if ever, send Plaintiffs an email with "the result of [Plaintiffs'] appeal," or an explanation

16   indicating whether the content is in compliance and will be reinstated or will be restricted.

17       **5.   Defendants Have Damaged Plaintiffs**

18       185.   When Defendants violate their own TOS Rules or allow their Preferred Creators or

19   celebrities to do so, Defendants make it harder for Plaintiffs to compete for audience reach and

20   engagement, and make it far more expensive to do so -- it is cheaper to violate the TOS Rules than

21   to consistently produce quality content that complies with Defendants' complex layers of TOS,

22   guidelines, and policies.  Moreover, as PewDiePie and Shane Dawson demonstrate, videos

23   featuring nudity, sexual content, hate speech, and/or harmful, dangerous, or graphic content are

24   very popular with viewers and very lucrative.

25       186.   By arbitrarily applying TOS Rules, Defendants have restricted many of the videos of

26   each of the Plaintiffs without justification.  For example, Defendants arbitrarily restricted Plaintiff

27   Cabrera's videos:  Record Breaking Background Checks in the US," "Melinda Gates Vaccines for

28   the Black Community Comment," "Black Voices are Growing on Social Media," and "Blacks and

1   Hispanics now make up majority of people under age 16." These videos are not in any way, shape,

2   or form, "adult content," that fits within the Restricted Mode guidelines for limiting audience reach.

3       187.    By denying Plaintiffs contract services available to other users, Defendants have

4   further limited Plaintiffs' audience reach, by alienating existing subscribers, preventing new and

5   old viewers from finding and watching videos resulting in reduced numbers of new subscribers,

6   views, and view hours. Additionally, by arbitrarily applying the Monetization Policies to

7   Plaintiffs' videos, Defendants prevent Plaintiffs from generating revenue from their channels and

8   videos in any meaningful way, thereby depriving Plaintiffs of millions of dollars of revenue each

9   year.

10      188.    As a direct and proximate result of Defendants' breach, Plaintiffs have suffered

11  monetary damages and other financial harms and losses in excess of $1.5bb per year plus other lost

12  revenues, the total amount of which will be determined at trial.

13      189.    As a direct and proximate result of Defendants' breach, Plaintiffs have also suffered

14  irreparable harm to their contractual based rights of free speech and expression provided for under

15  the express and implied provisions of the TOS and other related contracts.

16
                            **SECOND CAUSE OF ACTION**
        **For Breach Of The Implied Covenant Of Good Faith And Fair Dealing,**
17             **Or In The Alternative For Rescission And Restitution**
                   **(On Behalf Of Individual Plaintiffs And The Class)**
18

19      190.    Plaintiffs re-allege and incorporate by reference in whole or in part the allegations

20  alleged in paragraphs 1 through 189.

21          **1.      Elements**

22      191.    Under California law, every contract "imposes upon each party a duty of good faith

23  and fair dealing in its performance and its enforcement." *McClain v. Octagon Plaza, LLC*, 159

24  Cal.App.4th 784, 798 (2008) (quoting *Carma Developers (Cal.), Inc. v. Marathon Dev. Cal., Inc.*, 2

25  Cal.4th 342, 371–72 (1992)).

26      192.    Five factual elements are required to establish a breach of the covenant of good faith

27  and fair dealing: (1) the parties entered into a contract; (2) the plaintiff fulfilled his obligations

28  under the contract; (3) any conditions precedent to the defendant's performance occurred; (4) the

defendant unfairly interfered with the plaintiff's rights to receive the benefits of the contract; and (5) the plaintiff was harmed by the defendant's conduct.  Judicial Council of California Civil Jury Instruction 325.

### 2.    Defendants Have Breached The Implied Covenant Of Good Faith And Fair Dealing

193.    Plaintiffs and Defendants have entered into contracts, including the TOS Rules, Google's Privacy Policy, and other related agreements, in connection with Plaintiffs' use of YouTube and access to related services.

194.    Plaintiffs have fulfilled all of their obligations under the TOS and related agreements, and have fulfilled or performed the conditions precedent, if any, under those agreements, including complying with content based Community Guidelines, and granting Defendants an irrevocable and perpetual license to Plaintiffs' videos and comments, and granting access to collect, aggregate and sell Plaintiffs' personal digital information and data.

195.    Defendants have unfairly denied and/or interfered with Plaintiffs' contractual rights by employing A.I., algorithms, filters and automated systems that aggregate Plaintiffs' personal data to make determinations regarding Plaintiffs' access to the YouTube platform and related services, including without limitation Plaintiffs' ability to reach YouTube audiences, to generate revenue from videos and channels, to obtain subscribers and notify them of new content, based at least in part on computerized data about gender, race, or ethnicity, resulting in digital redlining across the Defendants' platforms.  Defendants' denial of equal access to YouTube and related services based on Plaintiffs' Identities is prohibited by the TOS Rules and is contrary to express representations Defendants made publicly to Congress, and to Plaintiffs, as well as contrary to California law.

196.    As a direct and proximate result of Defendants' breach, Plaintiffs have suffered monetary damages and other financial harms and losses in excess of $1.5bb per year, plus other lost revenues, including the monetary value of unlawfully acquired property and license rights to Plaintiffs' content and personal data and information derived from Plaintiffs, their subscribers and viewers, the total amount of which will be determined at trial

197.     As a direct and proximate result of Defendants' breach, Plaintiffs have also suffered irreparable harm to their contractual based speech rights and expression as set forth in the express and implied provisions of the TOS and other related contracts.

### 3.     In The Alternative, Defendants' Agreements Are Void

198.     In the alternative, Plaintiffs seek to rescind the TOS, Google's Privacy Policy, and related agreements on grounds that the agreements are illusory and contrary to public policy where Plaintiffs have fully performed their promises to Defendants, but Defendants either retain full sole and absolute discretion to deny Plaintiffs YouTube access and services, regardless of whether Plaintiffs have fully complied with the agreements.

199.     California Civil Code §§1689, *et seq*. governs claims for rescission of contract.  It authorizes Plaintiffs to rescind a contract "[i]f the consideration for the obligation of the rescinding party fails, in whole or in part, through the fault of the party as to whom he rescinds."  Cal. Civ. Code §1689(b)(2).  If the Court interprets the governing agreements as affording Defendants sole discretion to deny Plaintiffs access to YouTube and related services, as Defendants have asserted in this Lawsuit, then the Defendants' consideration will have substantially failed, resulting in Plaintiffs receiving nothing but minimal YouTube access, in exchange for irrevocable licenses and 100% of Plaintiffs' personal digital data.

200.     Accordingly, should the Court in interpreting the agreements as a matter of law find that Defendants retain sole discretion to deny Plaintiffs YouTube access and services despite Plaintiffs' full compliance with the TOS Rules and Google's privacy Policy, Plaintiffs do hereby give notice of rescission to Defendants, and hereby offer to restore to Defendants the little revenue which Plaintiffs have earned, along with whatever value that the Court deems appropriate for the limited access to YouTube which Plaintiffs have actually enjoyed since opening their accounts with Defendants.

201.     California Civil Code §1692 provides that Plaintiffs "shall be awarded complete relief, including restitution of benefits . . . conferred . . . as a result of the transaction and any consequential damages to which he is entitled."  Cal. Civ. Code §1692.  Plaintiffs therefore also request that the Court restore to them their intellectual property, including the licenses granted to

Defendants and their personal digital data which Defendants have collected, aggregated, used, and sold; as well as the monetary value of that data which Defendants have received from advertisers and third parties.

<div align="center">

**THIRD CAUSE OF ACTION**
**For Unlawful, Deceptive, And Unfair Business Practices Cal. Bus. &**
**Profs. Code, §§17200, *et seq.***
**(On Behalf Of Individual Plaintiffs And The Class)**

</div>

202.    Plaintiffs re-allege and incorporate by reference in whole or in part the allegations alleged in paragraphs 1 through 201.

203.    Since before 2010, until late in 2021, Defendants incorporated the Mission Statement into each operative TOS, and promised to Plaintiffs access to YouTube's public platform where they could freely post content, create communities of users with similar interests, and generate revenue from their channels and videos, subject only to neutral content based rules that apply equally to all creators and all contents.  Defendants specifically contracted with Plaintiffs to apply the TOS Rules to all creators and all content on YouTube.

204.    Plaintiffs relied on more than a decade of Defendants' promises of access to YouTube as a public forum, where the same content based TOS Rules apply to everyone and all content.  Over the years, in reliance on Defendants' promises, Plaintiffs purchased equipment, developed content, and recorded thousands of videos for the African American and Hispanic communities, generating millions of views and view hours for Defendants, as well as providing Defendants with personal data and consumer information of Plaintiffs, their subscribers and viewers.  Defendants' clear, public, and written promises were not true.  They were probably never true, but they were patently false by mid-2016, when Defendants began to employ automated systems and algorithms that included code about Plaintiffs' Identities to make decisions about Plaintiffs' content  for purposes of identifying Preferred Creators with videos for intended audiences of specific demographics which advertisers would pay top dollar to advertise on, and then promoting the Preferred Creators' channels and videos – regardless of TOS Rules violations; while at the same time, suppressing Plaintiffs' channels and videos by arbitrarily misapplying TOS Rules and denying Plaintiffs contract services without justification.

205.   Defendants have committed acts of unfair competition, as defined by California Business and Professions Code §17200, by engaging in the unfair, deceitful, and anti-competitive practices described above.

206.   Defendants' profiling, filtering, restricting, and blocking based on Plaintiffs' Identities is an unlawful business practice under §17200 because those practices, acts, and conduct (a) violate the TOS Rules requiring Defendants to apply the same rules to everyone and to all content; (b) contradict Defendants' express Mission Statement promises, testimony to Congress, and other public statements and (c) are manifestly unfair and anti-competitive.

207.   As demonstrated above, Defendants' conduct violates the TOS Rules requiring them to apply the Community Guidelines and Policies to every user and all content.

208.   Defendants' conduct also constitutes deceptive business acts or practices as defined under §17200 because they are based on Defendants' intentionally false promises to Plaintiffs, and all YouTube users that YouTube is a platform for free speech, and only restricts or blocks content or access to services when content violates the TOS Rules that apply equally to all.  In fact, Defendants have knowingly and intentionally used Plaintiffs' Identities to block content and access to services under the false pretext that Plaintiffs' video were reviewed like all other videos on YouTube, including videos of Defendants and their Preferred Creators, and that the reviews found that Plaintiffs' videos actually contain material that violates the viewpoint neutral TOS Rules.

209.   Defendants' profiling, filtering, restricting, and blocking Plaintiffs' content and access to services based on Plaintiffs' Identities are also unfair business acts or practices as defined under §17200 because they are both unfair and anti-competitive, where Defendants operate as both content review curators and content sponsors on YouTube.  This conflict is on full display when Defendants use their "unfettered" authority to restrict or block Plaintiffs' videos based on their identities, but permit their own content or that of their Preferred Creators to go without review, restriction, or blocking, even where the content violates TOS Rules.  This includes inserting metadata and other signals into Plaintiffs' videos that permit Defendants to profile and restrict or block content without reviewing the video, and results in restrictions and blocking of Plaintiffs'

content based on Defendants' embedding and creating the metadata, signals, or other identity profiling content that causes the restriction or blocking.

210. There is no utility to the public for Defendants' actions, and the unlawful, deceptive, and unfair practices and conduct do not further a legitimate interest in protecting users from offensive content.

211. As a direct and proximate result of Defendants' unlawful, deceptive, and unfair practices, conduct, and acts, Plaintiffs have suffered, and continue to suffer, immediate and irreparable injury in fact, including lost income, reduced viewership, and damage to brand, reputation, and goodwill, for which there exists no adequate remedy at law.

212. Furthermore, as a result of such practices, conduct, and acts, Defendants misappropriate and are unjustly enriched by taking consideration in the form of property rights to content and data, and revenue that belongs to Plaintiffs in an amount that exceeds $5m.

213. Plaintiffs are therefore entitled to restitution of that and other amounts, as well as other equitable relief to be determined at trial.

214. At all times Defendants' wrongful actions were taken with oppression, fraud and/or malice. Indeed, at least dating back to 2017, Defendants have admitted and known that they were targeting users like Plaintiffs, based on their identities, in violation of their promises and rules not to discriminate based on race, or any other identity.

**FOURTH CAUSE OF ACTION**
**Equitable Claim For An Accounting Of Debts Owed Under Contract**
**(On Behalf Of Individual Plaintiffs And The Class)**

215. Plaintiffs re-allege and incorporate herein by reference, as though set forth in full, each of the allegations set forth in paragraphs 1 through 214 above.

### 1.    Elements

216. A claim for accounting can be either a legal remedy or an equitable claim. *Hafiz v. Greenpoint Mortgage Funding, Inc.*, 652 F. Supp. 2d 1039, 1043 (N.D. Cal. 2009).

217. An equitable claim for an accounting "requires a showing that a relationship exists between the plaintiff and defendant that requires an accounting, and that some balance is due the

1    plaintiff that can only be ascertained by an accounting." *Teselle v. McLoughlin*, 173 Cal.App.4th

2    156, 179 (2009).  All that is required is "some relationship" between the parties. *Id.*

3          218.    To state an equitable claim for an accounting, therefore, a plaintiff need only allege

4    that: (1) a contractual relationship exists between the Plaintiffs and Defendants under which

5    monetary consideration is owed to the plaintiff; (2) the amount due and owing cannot be

6    determined or ascertained without an examination of the debts and credits recorded and kept on the

7    "books" of the defendant to determine what the precise amount is that is due and owing; (3) the

8    defendant has engaged in misconduct; and (4) no adequate remedy at law exists. *Green Valley*

9    *Landowners Assn. v. City of Vallejo*, 241 Cal.App.4th 425, 443 (2015); *Prakashpalan v. Engstrom,*

10   *Lipscomb & Lack,* 223 Cal.App.4th 1105, 1136–1137 (2014).

### 2.  Defendants Have Breached Their Contractual Duty To Provide Accurate Analytics Reports

11
12         219.    A contractual relationship exists between Defendants and each of the Plaintiffs.

13   Each of the Plaintiffs has entered into license agreements with YouTube and AdSense contracts

14   with Google for services on YouTube and Google, under which Defendants have obtained

15   specified rights to Plaintiffs' videos, personal data, and other property in exchange for monetary

16   compensation to Plaintiffs based on viewership, advertising, CPM, and other metrics related to

17   their video content, channels, and personal information and data.

18         220.    Under those agreements and advertising contracts, Defendants have both promised

19   to give to Plaintiffs specified benefits such as the ability to generate revenue from a YouTube

20   channel and videos uploaded to the channel (i.e., monetization), mobile Live Streaming, Channel

21   Membership, and SuperChat; and once qualified for monetization, monthly revenue based on the

22   number of subscribers to the channel, the number of viewers for the channel and for individual

23   videos, the total monthly watch time spent by viewers watching videos uploaded to the channel,

24   CPM, and the number of advertisements appearing on or with individual videos and the channel, as

25   Defendants have stated in their contractual analytics reports to Plaintiffs.

26         221.    Defendants provide analytics and revenue reports to each of the Plaintiffs, including

27   summaries of the number of subscribers, lists of posted videos, monetization status of videos,

28

1   information about which videos are restricted, the numbers of views and viewing hours for each

2   video and the channel as a whole; as well as revenue earned by each video and the channel as a

3   whole.

4         222.   Over the past four years, at different periods, Defendants have frozen, altered,

5   unilaterally reduced and/or shaved total numbers from (a) the monthly reported view numbers for

6   individual videos, (b) the total reported historical aggregate view numbers for channels, (c) the total

7   reported subscriber numbers for channels, (d) the monthly reported watch times for individual

8   videos, (e) the monthly and total reported watch times for channels, and (f) monthly reported

9   revenue payable to Plaintiffs.

10         223.   Defendants suppressed reports of subscriber and view numbers for Plaintiff Cabrera

11   consistently throughout the past four years.  Historically, Plaintiff Cabrera has generated at least

12   4,000 new subscribers and 800,000 new views every nine months.  Defendants have reported far

13   fewer subscribers and views.  Defendants also have reported decreasing total view numbers for

14   individual videos over time, without justification or explanation.

15         224.   Defendants have repeatedly reduced the number of views for Plaintiff Hepkins'

16   "The Michael Jackson Agenda EXPOSED" video from one day to the next so that total views

17   never exceeded 32,000 in the first month it was posted.  Defendants reported 6,943 total views for

18   Plaintiff Hepkins' "BIG NEWS Cosby Appeal is Granted," in June 2020, and then reduced the total

19   number of views to 4,913 in July.  Defendants reduced the view numbers without justification,

20   explanation, or opportunity to appeal.

21         225.   Defendants' conduct has resulted in and proximately caused discrepancies and

22   uncertainty about the precise amounts of compensation owed to Plaintiffs.  Defendants' inaccurate

23   and false analytics reports have deprived Plaintiffs of the opportunity to qualify to receive revenue

24   from YouTube channels and have deprived them of revenue for individual monetized videos and

25   monetized channels which Defendants are obligated to pay under the license agreements, the TOS

26   Rules and the AdSense contracts.

27

28

### 3. Defendants Have Sole Access To The Data Required To Accurately Calculate Revenues Owed to Plaintiffs

226. Defendants alone control the data from which they have calculated and reported numbers of subscribers, numbers of views, watch times and revenue to Plaintiffs, who cannot review the Defendants' data or ascertain the correct numbers which should have been reported. Nor do Plaintiffs have access to other data which would allow them to calculate the true amounts which Defendants owe and should have paid under the license agreement, the TOS and the AdSense contracts.

### 4. Plaintiffs Have No Alternative Way To Accurately Calculate How Much Defendants Owe Them In Revenue And Services

227. There is no adequate remedy at law by which Plaintiffs can ascertain the precise amounts of compensation that Defendants owe to them under the terms of the license agreement, the TOS Rules, and the AdSense contracts. Without an equitable accounting, Plaintiffs will continue to be deprived of revenue and compensation that Defendants owe each of them, and Plaintiffs cannot determine or ascertain the precise amounts which Defendants owe.

### FIFTH CAUSE OF ACTION
### For Conversion Of Plaintiffs' Property
### (On Behalf Of Individual Plaintiffs And The Class)

228. Plaintiffs re-allege and incorporate herein by reference, as though set forth in full, each of the allegations set forth in paragraphs 1 through 227 above.

229. Conversion is a strict liability tort. The foundation of the Lawsuit rests neither in the knowledge nor the intent of the defendant. Instead, the tort consists in the breach of an absolute duty; the act of conversion itself is tortious. Questions of the Defendants' good faith, lack of knowledge, and/or motive are immaterial.

230. A claim for conversion therefore rests solely upon the Defendants' unwarranted interference with the Plaintiffs' "'dominion over the property" that causes an injury or harm to Plaintiffs. Neither good nor bad faith, care nor negligence, knowledge nor ignorance are material to the action. *Los Angeles Fed. Credit Union v. Madatyan*, 209 Cal.App.4th 1383, 1387 (2012).

1

**1.    Elements**

2       231.    The elements of a claim for conversion are: (1) Plaintiffs' ownership or right to

3   possession of specified property; (2) the Defendants' conversion by a wrongful act that results in

4   harm or disposition of the property and/or Plaintiffs' rights to that property; and (3) harm or

5   disposition that results in financial harm or damages to Plaintiffs.  *Hester v. Public Storage*, 49

6   Cal.App.5th 668, at *7 (May 28, 2020); *Hodges v. County of Placer*, 41 Cal.App.5th 537, 551

7   (2019).

8       **2.    Defendants Have Wrongfully Taken And Retained Plaintiffs' Original
              Videos**

9

10      232.    Since 2006, Plaintiffs have created and uploaded thousands of original videos to

11  channels established on YouTube.  These videos were created and uploaded at the sole expense and

    by the efforts of Plaintiffs.  Defendants contributed nothing to the creation of these original videos.

12  For many Plaintiffs, the uploaded video constitutes the only existing copy of the video.

13
        233.    Under the license agreement and the TOS Rules (among other things), Plaintiffs

14  grant a non-exclusive license to Defendants to display, use, copy, repost, and promote those

15  original videos which are uploaded to YouTube.  Plaintiffs have not granted Defendants an

16  exclusive right to use uploaded videos, and they retain all the intellectual property rights to the

17  videos after the videos are uploaded.

18
        234.    Though Defendants only have a non-exclusive license to the uploaded videos, over

19  the past 14 years, Defendants have, without advanced notice, wrongfully unilaterally removed

20  thousands of Plaintiffs' original individual videos from YouTube, terminated access to the

21  YouTube platform, and/or removed channels, along with all of the videos uploaded to the channels,

22  without affording an opportunity to create a copy of the videos which were uploaded by Plaintiffs.

23  Defendants have done so without affording Plaintiffs an effective opportunity to appeal the

24  decision to remove videos, terminate access to the platform, or remove channels; or to make a copy

25  of the video and electronic data associated with the video.

26
        235.    By arbitrarily applying Community Guidelines and Policies, Defendants have

27  permanently removed without justification: (a) more than 750 videos of Plaintiff Newman; (b)

28

1  more than 68 videos of Plaintiff Cabrera; (c) one of Plaintiff Jones' channels along with posted

2  videos; and (d) five of Plaintiff Stubbs' channels along with posted videos without justification

3  explanation or appeal.  The videos and channels cannot be viewed or generate revenue.

4       236.  Defendants often removed the videos, terminated access, or removed channels

5  without any explanation or rationale for having done so.  On occasion, when Defendants did give

6  written notice, the notice indicated the adverse action had been taken because the video violated

7  one of Defendants' numerous vague Community Guidelines or Policies, but did not actually

8  specify what about the video content was problematic or prohibited.  Appeals sent to Defendants

9  from Plaintiffs often are ignored by Defendants or summarily affirmed without explanation or

10  specifying the video content that violated Defendants' rules.

11         **3.**   **Defendants Have Refused To Return Plaintiffs' Videos Or To Make**
      **Them Available For Copying**

12

13       237.  For many Plaintiffs, Defendants still retain videos in the form of electronic data and

14  could return to Plaintiffs copies of the removed videos.  However, Defendants ignore the calls,

15  messages, letters, emails and even judgments issued by small claims courts from Plaintiffs.

16  Defendants have not returned the videos of Plaintiffs which have been wrongfully removed, or for

17  which platform access has been terminated or denied.

18       238.  In removing videos, terminating access to the platform and/or removing channels

19  wholesale, Defendants have interfered with the dominion by Plaintiffs over their videos.

20  Defendants have deprived them entirely of the use of the videos, as well as the money spent to

21  create the videos.  Defendants have deprived Plaintiffs of future revenue that could be earned from

22  the videos, because Plaintiffs cannot post their videos on the platform of one of Defendants' social

23  media competitors or upload the videos to a pay per view internet website, where the videos could

24  generate revenue.

25  **SIXTH CAUSE OF ACTION**
    **For Replevin**
    **(On Behalf Of Individual Plaintiffs And The Class)**

26

27       239.  Plaintiffs re-allege and incorporate herein by reference, as though set forth in full,

28  each of the allegations set forth in paragraphs 1 through 238 above.

240.     Plaintiffs acknowledge that courts often treat conversion and replevin interchangeably or treat replevin as a remedy for conversion.  Plaintiffs plead conversion and replevin separately out of an abundance of caution so as to ensure that they preserve the right to recover money in the event that copies of the videos Defendants have removed cannot be obtained.

241.     Replevin is a common law remedy that permits the prevailing party to recover both personal property and incidental damages from a defendant who unlawfully possesses the property.

242.     When the claim is asserted in a federal court proceeding, replevin is a remedy specifically approved by rule, as governed by the appropriate state law.

243.     In California, a claim for replevin is the functional equivalent of the common law writ for recovery of specific personal property.  California courts, therefore, refer to replevin as a cause of action for "claim and delivery" that permits the plaintiff to recover both personal property and incidental damages from an unlawful possessor.  *Adler v. Taylor*, 2005 WL 4658511, at *3 (C.D. Cal. Feb. 2, 2005), aff'd sub nom., *Orkin v. Taylor*, 487 F.3d 734 (9th Cir. 2007).

244.     The gist of common law replevin is simple: Defendants' unlawful possession of Plaintiffs' property.  With respect to an equitable claim or remedy for replevin in connection with a claim for conversion, the additional elements are: (a) Defendants' actual possession of Plaintiffs' property; (b) Plaintiffs' demand for possession of the property; and (c) Defendants' refusal to deliver the property.  *See Stockton Morris Plan Co. v. Mariposa Cnty.*, 99 Cal.App.2d 210, 213 (1950); *Penske Truck Leasing Co. v. I-10 Towing and Recovery, Inc.*, No. EDCV 18-2547 JGB (SPx), 2019 WL 6736905, at *3 (C.D. Cal. Mar. 11, 2019).

245.     Plaintiffs uploaded their videos to YouTube.  Defendants maintain servers which electronically record the videos which are uploaded to YouTube.

246.     Following Defendants' wrongful removal of individual videos, and/or termination of access to the platform or removal of whole channels preventing Plaintiffs from accessing the videos which they uploaded to YouTube, Plaintiffs undertook multiple and varied efforts to obtain the return of the videos.  When Defendants gave written notice after the fact of removal or termination of access, Plaintiffs pursued appeals seeking to recover the videos by accessing Defendants' appeal sites on YouTube.  Usually, Defendants did not give written notice of the removal or termination of

access, and Plaintiffs telephoned published help numbers for YouTube help and left voicemail messages demanding that the videos be returned.  They wrote emails and letters to YouTube seeking the return of the videos and inquiring how and when the videos would be returned.  Some even filed lawsuits in small claims courts and obtained judgments for the videos.  However, Defendants either ignored the demands for videos made by Plaintiffs or affirmed the removal or termination of access without further communication.

## VII.    PRAYER FOR RELIEF

WHEREFORE, the individual named Plaintiffs and all members of the Class request that the Court grant the following relief:

1.    Compensatory damages in excess of $1.5bb sufficient to compensate Plaintiffs and the Class for the financial harms and injuries cause by the breaches of contract alleged herein in an amount to be proven at trial;

2.    A declaratory judgment remedy under 28 U.S.C §2201 that Defendants have violated and continue to violate their obligations to make content and services on YouTube equally available to all, subject only to neutral application of the specific content based rules and restrictions incorporated into the contact and service agreement with Plaintiffs and the Class;

3.    In the alternative to Prayer No. 2 (above), a declaratory judgment that the contracts and service agreement between Plaintiffs and Defendants void because (a) they are illusory where Defendants retain sole and absolute discretion regarding whether they will provide access to internet platforms and services under the agreements, or (b) they are unenforceable standardized form consumer contracts of adhesion which defeat the reasonable expectations of Plaintiffs;

4.    A Court Order requiring Defendants to:

a.    Cease and desist from using the identity of Plaintiffs or any member of the Class to review, filtering, block, restricting, censor, demonetize or make any decision limiting access to YouTube, in any way, or otherwise filtering, restricting, blocking or limiting the reach of any videos uploaded to the YouTube based on any reason, information, or practice that violates the contract, including the TOS Rules and content based policies that govern the contract and related agreements; and

        b.      Cease and desist from censoring, restricting, restraining, or regulating speech based on the discretionary use of user identity or the pretextual application of vague, unspecified, or subjective criteria, rules, guidelines, and/or practices to effectuate identity based filtering;

        c.      Cease and desist from employing, using, or applying automated machine or computerized content curation filtering tools, systems, or practices, including any A.I., algorithms, filters and automated computer systems or manual review practices that consider or use, in part or in whole, the users' aggregated personal information or data indicating the race, ethnicity, gender, sexual identity, religion, political affiliation or view, commercial or consumer status, or any other personal trait to make any decision regarding a users' access to content or services on YouTube;

5.      A civil penalty of $2,500 for each violation pursuant to Business and Professions Code §§17200, 17206, and 17536;

6.      Restitution of Plaintiffs' licenses to original content, their aggregated personal digital data, the value of the sale of their personal digital data for the period since each Plaintiff first entered into a contract with Defendants, including restitution of the financial losses or harm caused by Defendants' conduct and ill-gotten gains, and disgorgement of all profits Defendants obtained from their unlawful conduct in an amount to be proven at trial;

7.      Punitive damages and exemplary damages in an amount to be proven at trial based on;

        a.      The day to day number of views for each monetized video uploaded to each channel;

        b.      The day to day number of subscribers for each monetized channel;

        c.      The day to day watch time for each video uploaded to each channel;

        d.      The day to day number of ads played or posted on each video, along with the rates charged by Defendants for the ads, and the revenue actually collected for the ads; and

        e.      All revenues which Defendants have obtained in connection with the "Up Next" video recommendations, along with the titles of the videos and an indication as to whether the creator is one of Defendants' Preferred Partners.

8.      A Court Order requiring Defendants:

1          a.      To return and provide each of the Plaintiffs with an electronic digital copy of

2  (i) each of Plaintiffs' videos that were uploaded and either removed or confiscated by Defendants

3  on YouTube, and (ii) each video that Plaintiffs were unable to copy of because of Defendants'

4  access restrictions or removals from each Plaintiff's YouTube channel where the video was

5  uploaded; and

6          b.      To the extent that Defendants are unable to provide a copy of electronic

7  digital version of the removed or confiscated video, Defendants shall reimburse Plaintiffs, in an

8  amount to be determined at trial, for the reasonable value of a copy of (i) each video that was

9  uploaded and subsequently removed by Defendants from YouTube, and (ii) each video which

10  Plaintiffs were unable to copy of because Defendants either terminated access to YouTube or

11  removed the channel where the video was uploaded;

12      9.      Attorneys' fees and costs of suit;

13      10.     Prejudgment and post-judgment interest; and

14      11.     Any and all other relief that the Court deems just and proper.

15  **VIII.   JURY TRIAL DEMAND**

16      Plaintiffs Kimberly Carleste Newman, Lisa Cabrera, Catherine Jones, Denotra Nicole

17  Lewis, Andrew Hepkins, Harvey Stubbs, Khalif Muhammad, Keu Reyes and Osiris Ley demand

18  trial by jury on all issues of law so triable.

19  DATED:  August 1, 2022                 ELLIS GEORGE CIPOLLONE
                                            O'BRIEN ANNAGUEY LLP
20                                              Peter Obstler
                                                Eric George
21                                              Dennis Ellis
                                                Debi Ramos
22                                              _____

23

24                                     By:    _____
                                                /s/ Peter Obstler
25                                              Peter Obstler
                                        Attorneys for Plaintiffs Kimberly Carleste Newman,
26                                      Lisa Cabrera, Catherine Jones, Denotra Nicole Lewis,
                                        Andrew Hepkins, Harvey Stubbs, Khalif Muhammad,
27                                      Keu Reyes and Osiris Ley

28

# **Exhibit "1"**

# Terms of Service

<u>Community Guidelines</u>
**1. Your Acceptance**

    A.  By using or visiting the YouTube website or any YouTube products, software, data feeds, and services provided to you on, from, or through the YouTube website (collectively the "Service") you signify your agreement to (1) these terms and conditions (the "Terms of Service"), (2) Google's Privacy Policy, found at <u>http://www.google.com/intl/en/policies/privacy/</u> and incorporated herein by reference, and (3) YouTube's Community Guidelines, found at <u>www.youtube.com/t/community_guidelines</u> and also incorporated herein by reference. If you do not agree to any of these terms, the Google Privacy Policy, or the Community Guidelines, please do not use the Service.

    B.  Although we may attempt to notify you when major changes are made to these Terms of Service, you should periodically review the most up-to-date version <u>www.youtube.com/t/terms</u>). YouTube may, in its sole discretion, modify or revise these Terms of Service and policies at any time, and you agree to be bound by such modifications or revisions. Nothing in these Terms of Service shall be deemed to confer any third-party rights or benefits.

**2. Service**

    A.  These Terms of Service apply to all users of the Service, including users who are also contributors of Content on the Service. "Content" includes the text, software, scripts, graphics, photos, sounds, music, videos, audiovisual combinations, interactive features and other materials you may view on, access through, or contribute to the Service. The Service includes all aspects of YouTube, including but not limited to all products, software and services offered via the YouTube website, such as the YouTube channels, the YouTube "Embeddable Player," the YouTube "Uploader" and other applications.

    B.  The Service may contain links to third party websites that are not owned or controlled by YouTube. YouTube has no control over, and assumes no responsibility for, the content, privacy policies, or practices of any third party websites. In addition, YouTube will not and cannot censor or edit the content of any third-party site. By using the Service, you expressly relieve YouTube from any and all liability arising from your use of any third-party website.

    C.  Accordingly, we encourage you to be aware when you leave the Service and to read the terms and conditions and privacy policy of each other website that you visit.

**3. YouTube Accounts**

    A.  In order to access some features of the Service, you will have to create a YouTube or Google account. You may never use another's account without permission. When creating your account, you must provide accurate and complete information. You are solely responsible for the activity that occurs on your account, and you must keep your account password secure. You must notify YouTube immediately of any breach of security or unauthorized use of your account.

    B.  Although YouTube will not be liable for your losses caused by any unauthorized use of your account, you may be liable for the losses of YouTube or others due to such unauthorized use.

**4. General Use of the Service—Permissions and Restrictions**
YouTube hereby grants you permission to access and use the Service as set forth in these Terms of Service, provided that:

    A.  You agree not to distribute in any medium any part of the Service or the Content without YouTube's prior written authorization, unless YouTube makes available the means for such distribution through functionality offered by the Service (such as the Embeddable Player).

    B.  You agree not to alter or modify any part of the Service.

    C.  You agree not to access Content through any technology or means other than the video playback pages of the Service itself, the Embeddable Player, or other explicitly authorized means YouTube may designate.

D. You agree not to use the Service for any of the following commercial uses unless you obtain YouTube's prior written approval:

- the sale of access to the Service;

- the sale of advertising, sponsorships, or promotions placed on or within the Service or Content; or

- the sale of advertising, sponsorships, or promotions on any page of an ad-enabled blog or website containing Content delivered via the Service, unless other material not obtained from YouTube appears on the same page and is of sufficient value to be the basis for such sales.

E. Prohibited commercial uses do not include:

- uploading an original video to YouTube, or maintaining an original channel on YouTube, to promote your business or artistic enterprise;

- showing YouTube videos through the Embeddable Player on an ad-enabled blog or website, subject to the advertising restrictions set forth above in Section 4.D; or

- any use that YouTube expressly authorizes in writing.

(For more information about what constitutes a prohibited commercial use, see our FAQ.)

F. If you use the Embeddable Player on your website, you may not modify, build upon, or block any portion or functionality of the Embeddable Player, including but not limited to links back to the YouTube website.

G. If you use the YouTube Uploader, you agree that it may automatically download and install updates from time to time from YouTube. These updates are designed to improve, enhance and further develop the Uploader and may take the form of bug fixes, enhanced functions, new software modules and completely new versions. You agree to receive such updates (and permit YouTube to deliver these to you) as part of your use of the Uploader.

H. You agree not to use or launch any automated system, including without limitation, "robots," "spiders," or "offline readers," that accesses the Service in a manner that sends more request messages to the YouTube servers in a given period of time than a human can reasonably produce in the same period by using a conventional on-line web browser. Notwithstanding the foregoing, YouTube grants the operators of public search engines permission to use spiders to copy materials from the site for the sole purpose of and solely to the extent necessary for creating publicly available searchable indices of the materials, but not caches or archives of such materials. YouTube reserves the right to revoke these exceptions either generally or in specific cases. You agree not to collect or harvest any personally identifiable information, including account names, from the Service, nor to use the communication systems provided by the Service (e.g., comments, email) for any commercial solicitation purposes. You agree not to solicit, for commercial purposes, any users of the Service with respect to their Content.

I. In your use of the Service, you will comply with all applicable laws.

J. YouTube reserves the right to discontinue any aspect of the Service at any time.

**5. Your Use of Content**
In addition to the general restrictions above, the following restrictions and conditions apply specifically to your use of Content.

A. The Content on the Service, and the trademarks, service marks and logos ("Marks") on the Service, are owned by or licensed to YouTube, subject to copyright and other intellectual property rights under the law.

B. Content is provided to you AS IS. You may access Content for your information and personal use solely as intended through the provided functionality of the Service and as permitted under these Terms of Service. You shall not download any Content unless you see a "download" or similar link displayed by YouTube on the Service for that Content. You shall not copy, reproduce, distribute, transmit, broadcast, display, sell, license, or otherwise exploit any Content for any other purposes

without the prior written consent of YouTube or the respective licensors of the Content. YouTube and its licensors reserve all rights not expressly granted in and to the Service and the Content.

C. You agree not to circumvent, disable or otherwise interfere with security-related features of the Service or features that prevent or restrict use or copying of any Content or enforce limitations on use of the Service or the Content therein.

D. You understand that when using the Service, you will be exposed to Content from a variety of sources, and that YouTube is not responsible for the accuracy, usefulness, safety, or intellectual property rights of or relating to such Content. You further understand and acknowledge that you may be exposed to Content that is inaccurate, offensive, indecent, or objectionable, and you agree to waive, and hereby do waive, any legal or equitable rights or remedies you have or may have against YouTube with respect thereto, and, to the extent permitted by applicable law, agree to indemnify and hold harmless YouTube, its owners, operators, affiliates, licensors, and licensees to the fullest extent allowed by law regarding all matters related to your use of the Service.

## 6. Your Content and Conduct

A. As a YouTube account holder you may submit Content to the Service, including videos and user comments. You understand that YouTube does not guarantee any confidentiality with respect to any Content you submit.

B. You shall be solely responsible for your own Content and the consequences of submitting and publishing your Content on the Service. You affirm, represent, and warrant that you own or have the necessary licenses, rights, consents, and permissions to publish Content you submit; and you license to YouTube all patent, trademark, trade secret, copyright or other proprietary rights in and to such Content for publication on the Service pursuant to these Terms of Service.

C. For clarity, you retain all of your ownership rights in your Content. However, by submitting Content to YouTube, you hereby grant YouTube a worldwide, non-exclusive, royalty-free, sublicenseable and transferable license to use, reproduce, distribute, prepare derivative works of, display, and perform the Content in connection with the Service and YouTube's (and its successors' and affiliates') business, including without limitation for promoting and redistributing part or all of the Service (and derivative works thereof) in any media formats and through any media channels. You also hereby grant each user of the Service a non-exclusive license to access your Content through the Service, and to use, reproduce, distribute, display and perform such Content as permitted through the functionality of the Service and under these Terms of Service. The above licenses granted by you in video Content you submit to the Service terminate within a commercially reasonable time after you remove or delete your videos from the Service. You understand and agree, however, that YouTube may retain, but not display, distribute, or perform, server copies of your videos that have been removed or deleted. The above licenses granted by you in user comments you submit are perpetual and irrevocable.

D. You further agree that Content you submit to the Service will not contain third party copyrighted material, or material that is subject to other third party proprietary rights, unless you have permission from the rightful owner of the material or you are otherwise legally entitled to post the material and to grant YouTube all of the license rights granted herein.

E. You further agree that you will not submit to the Service any Content or other material that is contrary to the YouTube Community Guidelines, currently found at www.youtube.com/t/community_guidelines, which may be updated from time to time, or contrary to applicable local, national, and international laws and regulations.

F. YouTube does not endorse any Content submitted to the Service by any user or other licensor, or any opinion, recommendation, or advice expressed therein, and YouTube expressly disclaims any and all liability in connection with Content. YouTube does not permit copyright infringing activities and infringement of intellectual property rights on the Service, and YouTube will remove all Content if properly notified that such Content infringes on another's intellectual property rights. YouTube reserves the right to remove Content without prior notice.

## 7. Account Termination Policy

A. YouTube will terminate a user's access to the Service if, under appropriate circumstances, the user is determined to be a repeat infringer.

B. YouTube reserves the right to decide whether Content violates these Terms of Service for reasons other than copyright infringement, such as, but not limited to, pornography, obscenity, or excessive length. YouTube may at any time, without prior notice and in its sole discretion, remove such Content and/or terminate a user's account for submitting such material in violation of these Terms of Service.

## 8. Digital Millennium Copyright Act

A. If you are a copyright owner or an agent thereof and believe that any Content infringes upon your copyrights, you may submit a notification pursuant to the Digital Millennium Copyright Act ("DMCA") by providing our Copyright Agent with the following information in writing (see 17 U.S.C 512(c)(3) for further detail):

- A physical or electronic signature of a person authorized to act on behalf of the owner of an exclusive right that is allegedly infringed;

- Identification of the copyrighted work claimed to have been infringed, or, if multiple copyrighted works at a single online site are covered by a single notification, a representative list of such works at that site;

- Identification of the material that is claimed to be infringing or to be the subject of infringing activity and that is to be removed or access to which is to be disabled and information reasonably sufficient to permit the service provider to locate the material;

- Information reasonably sufficient to permit the service provider to contact you, such as an address, telephone number, and, if available, an electronic mail;

- A statement that you have a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and

- A statement that the information in the notification is accurate, and under penalty of perjury, that you are authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.

YouTube's designated Copyright Agent to receive notifications of claimed infringement is Shadie Farazian, 901 Cherry Ave., San Bruno, CA 94066, email: copyright@youtube.com, fax: 650-872-8513. For clarity, only DMCA notices should go to the Copyright Agent; any other feedback, comments, requests for technical support, and other communications should be directed to YouTube customer service through //support.google.com/youtube/?hl=en-US. You acknowledge that if you fail to comply with all of the requirements of this Section 5(D), your DMCA notice may not be valid.

B. Counter-Notice. If you believe that your Content that was removed (or to which access was disabled) is not infringing, or that you have the authorization from the copyright owner, the copyright owner's agent, or pursuant to the law, to post and use the material in your Content, you may send a counter-notice containing the following information to the Copyright Agent:

- Your physical or electronic signature;

- Identification of the Content that has been removed or to which access has been disabled and the location at which the Content appeared before it was removed or disabled;

- A statement that you have a good faith belief that the Content was removed or disabled as a result of mistake or a misidentification of the Content; and

- Your name, address, telephone number, and e-mail address, a statement that you consent to the jurisdiction of the federal court in San Francisco, California, and a statement that you will accept service of process from the person who provided notification of the alleged infringement.

If a counter-notice is received by the Copyright Agent, YouTube may send a copy of the counter-notice to the original complaining party informing that person that it may replace the removed

Content or cease disabling it in 10 business days. Unless the copyright owner files an action seeking a court order against the Content provider, member or user, the removed Content may be replaced, or access to it restored, in 10 to 14 business days or more after receipt of the counter-notice, at YouTube's sole discretion.

**9. Warranty Disclaimer**

YOU AGREE THAT YOUR USE OF THE SERVICES SHALL BE AT YOUR SOLE RISK. TO THE FULLEST EXTENT PERMITTED BY LAW, YOUTUBE, ITS OFFICERS, DIRECTORS, EMPLOYEES, AND AGENTS DISCLAIM ALL WARRANTIES, EXPRESS OR IMPLIED, IN CONNECTION WITH THE SERVICES AND YOUR USE THEREOF. YOUTUBE MAKES NO WARRANTIES OR REPRESENTATIONS ABOUT THE ACCURACY OR COMPLETENESS OF THIS SITE'S CONTENT OR THE CONTENT OF ANY SITES LINKED TO THIS SITE AND ASSUMES NO LIABILITY OR RESPONSIBILITY FOR ANY (I) ERRORS, MISTAKES, OR INACCURACIES OF CONTENT, (II) PERSONAL INJURY OR PROPERTY DAMAGE, OF ANY NATURE WHATSOEVER, RESULTING FROM YOUR ACCESS TO AND USE OF OUR SERVICES, (III) ANY UNAUTHORIZED ACCESS TO OR USE OF OUR SECURE SERVERS AND/OR ANY AND ALL PERSONAL INFORMATION AND/OR FINANCIAL INFORMATION STORED THEREIN, (IV) ANY INTERRUPTION OR CESSATION OF TRANSMISSION TO OR FROM OUR SERVICES, (IV) ANY BUGS, VIRUSES, TROJAN HORSES, OR THE LIKE WHICH MAY BE TRANSMITTED TO OR THROUGH OUR SERVICES BY ANY THIRD PARTY, AND/OR (V) ANY ERRORS OR OMISSIONS IN ANY CONTENT OR FOR ANY LOSS OR DAMAGE OF ANY KIND INCURRED AS A RESULT OF THE USE OF ANY CONTENT POSTED, EMAILED, TRANSMITTED, OR OTHERWISE MADE AVAILABLE VIA THE SERVICES. YOUTUBE DOES NOT WARRANT, ENDORSE, GUARANTEE, OR ASSUME RESPONSIBILITY FOR ANY PRODUCT OR SERVICE ADVERTISED OR OFFERED BY A THIRD PARTY THROUGH THE SERVICES OR ANY HYPERLINKED SERVICES OR FEATURED IN ANY BANNER OR OTHER ADVERTISING, AND YOUTUBE WILL NOT BE A PARTY TO OR IN ANY WAY BE RESPONSIBLE FOR MONITORING ANY TRANSACTION BETWEEN YOU AND THIRD-PARTY PROVIDERS OF PRODUCTS OR SERVICES. AS WITH THE PURCHASE OF A PRODUCT OR SERVICE THROUGH ANY MEDIUM OR IN ANY ENVIRONMENT, YOU SHOULD USE YOUR BEST JUDGMENT AND EXERCISE CAUTION WHERE APPROPRIATE.

**10. Limitation of Liability**

IN NO EVENT SHALL YOUTUBE, ITS OFFICERS, DIRECTORS, EMPLOYEES, OR AGENTS, BE LIABLE TO YOU FOR ANY DIRECT, INDIRECT, INCIDENTAL, SPECIAL, PUNITIVE, OR CONSEQUENTIAL DAMAGES WHATSOEVER RESULTING FROM ANY (I) ERRORS, MISTAKES, OR INACCURACIES OF CONTENT, (II) PERSONAL INJURY OR PROPERTY DAMAGE, OF ANY NATURE WHATSOEVER, RESULTING FROM YOUR ACCESS TO AND USE OF OUR SERVICES, (III) ANY UNAUTHORIZED ACCESS TO OR USE OF OUR SECURE SERVERS AND/OR ANY AND ALL PERSONAL INFORMATION AND/OR FINANCIAL INFORMATION STORED THEREIN, (IV) ANY INTERRUPTION OR CESSATION OF TRANSMISSION TO OR FROM OUR SERVICES, (IV) ANY BUGS, VIRUSES, TROJAN HORSES, OR THE LIKE, WHICH MAY BE TRANSMITTED TO OR THROUGH OUR SERVICES BY ANY THIRD PARTY, AND/OR (V) ANY ERRORS OR OMISSIONS IN ANY CONTENT OR FOR ANY LOSS OR DAMAGE OF ANY KIND INCURRED AS A RESULT OF YOUR USE OF ANY CONTENT POSTED, EMAILED, TRANSMITTED, OR OTHERWISE MADE AVAILABLE VIA THE SERVICES, WHETHER BASED ON WARRANTY, CONTRACT, TORT, OR ANY OTHER LEGAL THEORY, AND WHETHER OR NOT THE COMPANY IS ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. THE FOREGOING LIMITATION OF LIABILITY SHALL APPLY TO THE FULLEST EXTENT PERMITTED BY LAW IN THE APPLICABLE JURISDICTION.

YOU SPECIFICALLY ACKNOWLEDGE THAT YOUTUBE SHALL NOT BE LIABLE FOR CONTENT OR THE DEFAMATORY, OFFENSIVE, OR ILLEGAL CONDUCT OF ANY THIRD PARTY AND THAT THE RISK OF HARM OR DAMAGE FROM THE FOREGOING RESTS ENTIRELY WITH YOU.

The Service is controlled and offered by YouTube from its facilities in the United States of America. YouTube makes no representations that the Service is appropriate or available for use in other locations.

71

Those who access or use the Service from other jurisdictions do so at their own volition and are responsible for compliance with local law.

## 11. Indemnity

To the extent permitted by applicable law, you agree to defend, indemnify and hold harmless YouTube, its parent corporation, officers, directors, employees and agents, from and against any and all claims, damages, obligations, losses, liabilities, costs or debt, and expenses (including but not limited to attorney's fees) arising from: (i) your use of and access to the Service; (ii) your violation of any term of these Terms of Service; (iii) your violation of any third party right, including without limitation any copyright, property, or privacy right; or (iv) any claim that your Content caused damage to a third party. This defense and indemnification obligation will survive these Terms of Service and your use of the Service.

## 12. Ability to Accept Terms of Service

You affirm that you are either more than 18 years of age, or an emancipated minor, or possess legal parental or guardian consent, and are fully able and competent to enter into the terms, conditions, obligations, affirmations, representations, and warranties set forth in these Terms of Service, and to abide by and comply with these Terms of Service. In any case, you affirm that you are over the age of 13, as the Service is not intended for children under 13. If you are under 13 years of age, then please do not use the Service. There are lots of other great web sites for you. Talk to your parents about what sites are appropriate for you.

## 13. Assignment

These Terms of Service, and any rights and licenses granted hereunder, may not be transferred or assigned by you, but may be assigned by YouTube without restriction.

## 14. General

You agree that: (i) the Service shall be deemed solely based in California; and (ii) the Service shall be deemed a passive website that does not give rise to personal jurisdiction over YouTube, either specific or general, in jurisdictions other than California. These Terms of Service shall be governed by the internal substantive laws of the State of California, without respect to its conflict of laws principles. Any claim or dispute between you and YouTube that arises in whole or in part from the Service shall be decided exclusively by a court of competent jurisdiction located in Santa Clara County, California. These Terms of Service, together with the Privacy Notice at http://www.google.com/intl/en/policies/privacy/ and any other legal notices published by YouTube on the Service, shall constitute the entire agreement between you and YouTube concerning the Service. If any provision of these Terms of Service is deemed invalid by a court of competent jurisdiction, the invalidity of such provision shall not affect the validity of the remaining provisions of these Terms of Service, which shall remain in full force and effect. No waiver of any term of this these Terms of Service shall be deemed a further or continuing waiver of such term or any other term, and YouTube's failure to assert any right or provision under these Terms of Service shall not constitute a waiver of such right or provision. YouTube reserves the right to amend these Terms of Service at any time and without notice, and it is your responsibility to review these Terms of Service for any changes. Your use of the Service following any amendment of these Terms of Service will signify your assent to and acceptance of its revised terms. YOU AND YOUTUBE AGREE THAT ANY CAUSE OF ACTION ARISING OUT OF OR RELATED TO THE SERVICES MUST COMMENCE WITHIN ONE (1) YEAR AFTER THE CAUSE OF ACTION ACCRUES. OTHERWISE, SUCH CAUSE OF ACTION IS PERMANENTLY BARRED.

**Dated: June 9, 2010**

# Exhibit "2"

9/12/21, 6:31 PM



# Terms of Service

Terms of Service

Paid Service Terms of Service

Paid Service Usage Rules

Collecting Society Notices

Copyright Notices

Community Guidelines

**1. Your Acceptance**

A. By using or visiting the YouTube website or any YouTube products, software, data feeds, and services provided to you on, from, or through the YouTube website (collectively the "Service") you signify your agreement to (1) these terms and conditions (the "Terms of Service"), (2) Google's Privacy Policy, found at https://www.youtube.com/t/privacy and incorporated herein by reference, and (3) YouTube's Community Guidelines, found at https://www.youtube.com/t/community_guidelines and also incorporated herein by reference. If you do not agree to any of these terms, the Google Privacy Policy, or the Community Guidelines, please do not use the Service.

B. Although we may attempt to notify you when major changes are made to these Terms of Service, you should periodically review the most up-to-date version https://www.youtube.com/t/terms. YouTube may, in its sole discretion, modify or revise these Terms of Service and policies at any time, and you agree to be bound by such modifications or revisions. Nothing in these Terms of Service shall be deemed to confer any third-party rights or benefits.

**2. Service**

A. These Terms of Service apply to all users of the Service, including users who are also contributors of Content on the Service. "Content" includes the text, software, scripts, graphics, photos, sounds, music, videos, audiovisual combinations, interactive features and other materials you may view on, access through, or contribute to the Service. The Service includes all aspects of YouTube, including but not limited to all products, software and services offered via the YouTube website, such as the

9/12/21, 6:31 PM

YouTube channels, the YouTube "Embeddable Player," the YouTube "Uploader" and other applications.

B. The Service may contain links to third party websites that are not owned or controlled by YouTube. YouTube has no control over, and assumes no responsibility for, the content, privacy policies, or practices of any third party websites. In addition, YouTube will not and cannot censor or edit the content of any third-party site. By using the Service, you expressly relieve YouTube from any and all liability arising from your use of any third-party website.

C. Accordingly, we encourage you to be aware when you leave the Service and to read the terms and conditions and privacy policy of each other website that you visit.

### 3. YouTube Accounts

A. In order to access some features of the Service, you will have to create a YouTube or Google Account. You may never use another's account without permission. When creating your account, you must provide accurate and complete information. You are solely responsible for the activity that occurs on your account, and you must keep your account password secure. You must notify YouTube immediately of any breach of security or unauthorized use of your account.

B. Although YouTube will not be liable for your losses caused by any unauthorized use of your account, you may be liable for the losses of YouTube or others due to such unauthorized use.

### 4. General Use of the Service—Permissions and Restrictions

YouTube hereby grants you permission to access and use the Service as set forth in these Terms of Service, provided that:

A. You agree not to distribute in any medium any part of the Service or the Content without YouTube's prior written authorization, unless YouTube makes available the means for such distribution through functionality offered by the Service (such as the Embeddable Player).

B. You agree not to alter or modify any part of the Service.

C. You agree not to access Content through any technology or means other than the video playback pages of the Service itself, the Embeddable Player, or other explicitly authorized means YouTube may designate.

D. You agree not to use the Service for any of the following commercial uses unless you obtain YouTube's prior written approval:

   ○ the sale of access to the Service;

   ○ the sale of advertising, sponsorships, or promotions placed on or within the Service or Content; or

   ○ the sale of advertising, sponsorships, or promotions on any page of an ad-enabled blog or website containing Content delivered via the Service, unless other material not obtained from YouTube appears on the same page and is of sufficient value to be the basis for such sales.

E. Prohibited commercial uses do not include:

   ○ uploading an original video to YouTube, or maintaining an original channel on YouTube, to promote your business or artistic enterprise;

   ○ showing YouTube videos through the Embeddable Player on an ad-enabled blog or website, subject to the advertising restrictions set forth above in Section 4.D; or

   ○ any use that YouTube expressly authorizes in writing.

   (For more information about what constitutes a prohibited commercial use, see our FAQ.)

F. If you use the Embeddable Player on your website, you may not modify, build upon, or block any portion or functionality of the Embeddable Player, including but not limited to links back to the YouTube website.

G. If you use the YouTube Uploader, you agree that it may automatically download and install updates from time to

time from YouTube. These updates are designed to improve, enhance and further develop the Uploader and may take the form of bug fixes, enhanced functions, new software modules and completely new versions. You agree to receive such updates (and permit YouTube to deliver these to you) as part of your use of the Uploader.

H. You agree not to use or launch any automated system, including without limitation, "robots," "spiders," or "offline readers," that accesses the Service in a manner that sends more request messages to the YouTube servers in a given period of time than a human can reasonably produce in the same period by using a conventional on-line web browser. Notwithstanding the foregoing, YouTube grants the operators of public search engines permission to use spiders to copy materials from the site for the sole purpose of and solely to the extent necessary for creating publicly available searchable indices of the materials, but not caches or archives of such materials. YouTube reserves the right to revoke these exceptions either generally or in specific cases. You agree not to collect or harvest any personally identifiable information, including account names, from the Service, nor to use the communication systems provided by the Service (e.g., comments, email) for any commercial solicitation purposes. You agree not to solicit, for commercial purposes, any users of the Service with respect to their Content.

I. In your use of the Service, you will comply with all applicable laws.

J. YouTube reserves the right to discontinue any aspect of the Service at any time.

## 5. Your Use of Content

In addition to the general restrictions above, the following restrictions and conditions apply specifically to your use of Content.

9/12/21, 6:31 PM

A. The Content on the Service, and the trademarks, service marks and logos ("Marks") on the Service, are owned by or licensed to YouTube, subject to copyright and other intellectual property rights under the law.

B. Content is provided to you AS IS. You may access Content for your information and personal use solely as intended through the provided functionality of the Service and as permitted under these Terms of Service. You shall not download any Content unless you see a "download" or similar link displayed by YouTube on the Service for that Content. You shall not copy, reproduce, distribute, transmit, broadcast, display, sell, license, or otherwise exploit any Content for any other purposes without the prior written consent of YouTube or the respective licensors of the Content. YouTube and its licensors reserve all rights not expressly granted in and to the Service and the Content.

C. You agree not to circumvent, disable or otherwise interfere with security-related features of the Service or features that prevent or restrict use or copying of any Content or enforce limitations on use of the Service or the Content therein.

D. You understand that when using the Service, you will be exposed to Content from a variety of sources, and that YouTube is not responsible for the accuracy, usefulness, safety, or intellectual property rights of or relating to such Content. You further understand and acknowledge that you may be exposed to Content that is inaccurate, offensive, indecent, or objectionable, and you agree to waive, and hereby do waive, any legal or equitable rights or remedies you have or may have against YouTube with respect thereto, and, to the extent permitted by applicable law, agree to indemnify and hold harmless YouTube, its owners, operators, affiliates, licensors, and licensees to the fullest extent allowed by law regarding all matters related to your use of the Service.

## 6. Your Content and Conduct

9/12/21, 6:31 PM

A. As a YouTube account holder you may submit Content to the Service, including videos and user comments. You understand that YouTube does not guarantee any confidentiality with respect to any Content you submit.

B. You shall be solely responsible for your own Content and the consequences of submitting and publishing your Content on the Service. You affirm, represent, and warrant that you own or have the necessary licenses, rights, consents, and permissions to publish Content you submit; and you license to YouTube all patent, trademark, trade secret, copyright or other proprietary rights in and to such Content for publication on the Service pursuant to these Terms of Service.

C. For clarity, you retain all of your ownership rights in your Content. However, by submitting Content to YouTube, you hereby grant YouTube a worldwide, non-exclusive, royalty-free, sublicenseable and transferable license to use, reproduce, distribute, prepare derivative works of, display, and perform the Content in connection with the Service and YouTube's (and its successors' and affiliates') business, including without limitation for promoting and redistributing part or all of the Service (and derivative works thereof) in any media formats and through any media channels. You also hereby grant each user of the Service a non-exclusive license to access your Content through the Service, and to use, reproduce, distribute, display and perform such Content as permitted through the functionality of the Service and under these Terms of Service. The above licenses granted by you in video Content you submit to the Service terminate within a commercially reasonable time after you remove or delete your videos from the Service. You understand and agree, however, that YouTube may retain, but not display, distribute, or perform, server copies of your videos that have been removed or deleted. The above licenses granted by you in user comments you submit are perpetual and irrevocable.

D. You further agree that Content you submit to the Service will not contain third party copyrighted material, or

material that is subject to other third party proprietary rights, unless you have permission from the rightful owner of the material or you are otherwise legally entitled to post the material and to grant YouTube all of the license rights granted herein.

E. You further agree that you will not submit to the Service any Content or other material that is contrary to the YouTube Community Guidelines, currently found at https://www.youtube.com/t/community_guidelines, which may be updated from time to time, or contrary to applicable local, national, and international laws and regulations.

F. YouTube will process any audio or audiovisual content uploaded by you to the Service in accordance with the YouTube Data Processing Terms (www.youtube.com/t/terms_dataprocessing), except in cases where you uploaded such content for personal purposes or household activities. Learn more here: support.google.com/youtube/?p=data_applicability.

G. YouTube does not endorse any Content submitted to the Service by any user or other licensor, or any opinion, recommendation, or advice expressed therein, and YouTube expressly disclaims any and all liability in connection with Content. YouTube does not permit copyright infringing activities and infringement of intellectual property rights on the Service, and YouTube will remove all Content if properly notified that such Content infringes on another's intellectual property rights. YouTube reserves the right to remove Content without prior notice.

## 7. Account Termination Policy

A. YouTube will terminate a user's access to the Service if, under appropriate circumstances, the user is determined to be a repeat infringer.

B. YouTube reserves the right to decide whether Content violates these Terms of Service for reasons other than copyright infringement, such as, but not limited to,

pornography, obscenity, or excessive length. YouTube may at any time, without prior notice and in its sole discretion, remove such Content and/or terminate a user's account for submitting such material in violation of these Terms of Service.

### 8. Digital Millennium Copyright Act

A. If you are a copyright owner or an agent thereof and believe that any Content infringes upon your copyrights, you may submit a notification pursuant to the Digital Millennium Copyright Act ("DMCA") by providing our Copyright Agent with the following information in writing (see 17 U.S.C 512(c)(3) for further detail):

- A physical or electronic signature of a person authorized to act on behalf of the owner of an exclusive right that is allegedly infringed;

- Identification of the copyrighted work claimed to have been infringed, or, if multiple copyrighted works at a single online site are covered by a single notification, a representative list of such works at that site;

- Identification of the material that is claimed to be infringing or to be the subject of infringing activity and that is to be removed or access to which is to be disabled and information reasonably sufficient to permit the service provider to locate the material;

- Information reasonably sufficient to permit the service provider to contact you, such as an address, telephone number, and, if available, an electronic mail;

- A statement that you have a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and

- A statement that the information in the notification is accurate, and under penalty of perjury, that you are

authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.

You may direct copyright infringement notifications to our DMCA Agent at 901 Cherry Ave., San Bruno, CA 94066, email: copyright@youtube.com, fax: 650-872-8513. For clarity, only DMCA notices should go to the Copyright Agent; any other feedback, comments, requests for technical support, and other communications should be directed to YouTube customer service through https://support.google.com/youtube. You acknowledge that if you fail to comply with all of the requirements of this Section 5(D), your DMCA notice may not be valid.

B. Counter-Notice. If you believe that your Content that was removed (or to which access was disabled) is not infringing, or that you have the authorization from the copyright owner, the copyright owner's agent, or pursuant to the law, to post and use the material in your Content, you may send a counter-notice containing the following information to the Copyright Agent:

- Your physical or electronic signature;

- Identification of the Content that has been removed or to which access has been disabled and the location at which the Content appeared before it was removed or disabled;

- A statement that you have a good faith belief that the Content was removed or disabled as a result of mistake or a misidentification of the Content; and

- Your name, address, telephone number, and e-mail address, a statement that you consent to the jurisdiction of the federal court in San Francisco, California, and a statement that you will accept service of process from the person who provided notification of the alleged infringement.

If a counter-notice is received by the Copyright Agent, YouTube may send a copy of the counter-notice to the original complaining party informing that person that it

9/12/21, 6:31 PM

may replace the removed Content or cease disabling it in 10 business days. Unless the copyright owner files an action seeking a court order against the Content provider, member or user, the removed Content may be replaced, or access to it restored, in 10 to 14 business days or more after receipt of the counter-notice, at YouTube's sole discretion.

## 9. Warranty Disclaimer

YOU AGREE THAT YOUR USE OF THE SERVICES SHALL BE AT YOUR SOLE RISK. TO THE FULLEST EXTENT PERMITTED BY LAW, YOUTUBE, ITS OFFICERS, DIRECTORS, EMPLOYEES, AND AGENTS DISCLAIM ALL WARRANTIES, EXPRESS OR IMPLIED, IN CONNECTION WITH THE SERVICES AND YOUR USE THEREOF. YOUTUBE MAKES NO WARRANTIES OR REPRESENTATIONS ABOUT THE ACCURACY OR COMPLETENESS OF THIS SITE'S CONTENT OR THE CONTENT OF ANY SITES LINKED TO THIS SITE AND ASSUMES NO LIABILITY OR RESPONSIBILITY FOR ANY (I) ERRORS, MISTAKES, OR INACCURACIES OF CONTENT, (II) PERSONAL INJURY OR PROPERTY DAMAGE, OF ANY NATURE WHATSOEVER, RESULTING FROM YOUR ACCESS TO AND USE OF OUR SERVICES, (III) ANY UNAUTHORIZED ACCESS TO OR USE OF OUR SECURE SERVERS AND/OR ANY AND ALL PERSONAL INFORMATION AND/OR FINANCIAL INFORMATION STORED THEREIN, (IV) ANY INTERRUPTION OR CESSATION OF TRANSMISSION TO OR FROM OUR SERVICES, (IV) ANY BUGS, VIRUSES, TROJAN HORSES, OR THE LIKE WHICH MAY BE TRANSMITTED TO OR THROUGH OUR SERVICES BY ANY THIRD PARTY, AND/OR (V) ANY ERRORS OR OMISSIONS IN ANY CONTENT OR FOR ANY LOSS OR DAMAGE OF ANY KIND INCURRED AS A RESULT OF THE USE OF ANY CONTENT POSTED, EMAILED, TRANSMITTED, OR OTHERWISE MADE AVAILABLE VIA THE SERVICES. YOUTUBE DOES NOT WARRANT, ENDORSE, GUARANTEE, OR ASSUME RESPONSIBILITY FOR ANY PRODUCT OR SERVICE ADVERTISED OR OFFERED BY A THIRD PARTY THROUGH THE SERVICES OR ANY HYPERLINKED SERVICES OR FEATURED IN ANY BANNER OR OTHER ADVERTISING, AND YOUTUBE WILL NOT BE A PARTY TO OR IN ANY WAY BE RESPONSIBLE

FOR MONITORING ANY TRANSACTION BETWEEN YOU AND THIRD-PARTY PROVIDERS OF PRODUCTS OR SERVICES. AS WITH THE PURCHASE OF A PRODUCT OR SERVICE THROUGH ANY MEDIUM OR IN ANY ENVIRONMENT, YOU SHOULD USE YOUR BEST JUDGMENT AND EXERCISE CAUTION WHERE APPROPRIATE.

**10. Limitation of Liability**

IN NO EVENT SHALL YOUTUBE, ITS OFFICERS, DIRECTORS, EMPLOYEES, OR AGENTS, BE LIABLE TO YOU FOR ANY DIRECT, INDIRECT, INCIDENTAL, SPECIAL, PUNITIVE, OR CONSEQUENTIAL DAMAGES WHATSOEVER RESULTING FROM ANY (I) ERRORS, MISTAKES, OR INACCURACIES OF CONTENT, (II) PERSONAL INJURY OR PROPERTY DAMAGE, OF ANY NATURE WHATSOEVER, RESULTING FROM YOUR ACCESS TO AND USE OF OUR SERVICES, (III) ANY UNAUTHORIZED ACCESS TO OR USE OF OUR SECURE SERVERS AND/OR ANY AND ALL PERSONAL INFORMATION AND/OR FINANCIAL INFORMATION STORED THEREIN, (IV) ANY INTERRUPTION OR CESSATION OF TRANSMISSION TO OR FROM OUR SERVICES, (IV) ANY BUGS, VIRUSES, TROJAN HORSES, OR THE LIKE, WHICH MAY BE TRANSMITTED TO OR THROUGH OUR SERVICES BY ANY THIRD PARTY, AND/OR (V) ANY ERRORS OR OMISSIONS IN ANY CONTENT OR FOR ANY LOSS OR DAMAGE OF ANY KIND INCURRED AS A RESULT OF YOUR USE OF ANY CONTENT POSTED, EMAILED, TRANSMITTED, OR OTHERWISE MADE AVAILABLE VIA THE SERVICES, WHETHER BASED ON WARRANTY, CONTRACT, TORT, OR ANY OTHER LEGAL THEORY, AND WHETHER OR NOT THE COMPANY IS ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. THE FOREGOING LIMITATION OF LIABILITY SHALL APPLY TO THE FULLEST EXTENT PERMITTED BY LAW IN THE APPLICABLE JURISDICTION.

YOU SPECIFICALLY ACKNOWLEDGE THAT YOUTUBE SHALL NOT BE LIABLE FOR CONTENT OR THE DEFAMATORY, OFFENSIVE, OR ILLEGAL CONDUCT OF ANY THIRD PARTY AND THAT THE RISK OF HARM OR DAMAGE FROM THE FOREGOING RESTS ENTIRELY WITH YOU.

The Service is controlled and offered by YouTube from its facilities in the United States of America. YouTube makes no representations that the Service is appropriate or available for use in other locations. Those who access or use the Service from other jurisdictions do so at their own volition and are responsible for compliance with local law.

## 11. Indemnity

To the extent permitted by applicable law, you agree to defend, indemnify and hold harmless YouTube, its parent corporation, officers, directors, employees and agents, from and against any and all claims, damages, obligations, losses, liabilities, costs or debt, and expenses (including but not limited to attorney's fees) arising from: (i) your use of and access to the Service; (ii) your violation of any term of these Terms of Service; (iii) your violation of any third party right, including without limitation any copyright, property, or privacy right; or (iv) any claim that your Content caused damage to a third party. This defense and indemnification obligation will survive these Terms of Service and your use of the Service.

## 12. Ability to Accept Terms of Service

You affirm that you are either more than 18 years of age, or an emancipated minor, or possess legal parental or guardian consent, and are fully able and competent to enter into the terms, conditions, obligations, affirmations, representations, and warranties set forth in these Terms of Service, and to abide by and comply with these Terms of Service. In any case, you affirm that you are over the age of 13, as the Service is not intended for children under 13. If you are under 13 years of age, then please do not use the Service. There are lots of other great web sites for you. Talk to your parents about what sites are appropriate for you.

## 13. Assignment

These Terms of Service, and any rights and licenses granted hereunder, may not be transferred or assigned by you, but may be assigned by YouTube without restriction.

## 14. General

You agree that: (i) the Service shall be deemed solely based in California; and (ii) the Service shall be deemed a passive website that does not give rise to personal jurisdiction over YouTube, either specific or general, in jurisdictions other than California. These Terms of Service shall be governed by the internal substantive laws of the State of California, without respect to its conflict of laws principles. Any claim or dispute between you and YouTube that arises in whole or in part from the Service shall be decided exclusively by a court of competent jurisdiction located in Santa Clara County, California. These Terms of Service, together with the Privacy Notice at https://www.youtube.com/t/privacy and any other legal notices published by YouTube on the Service, shall constitute the entire agreement between you and YouTube concerning the Service. If any provision of these Terms of Service is deemed invalid by a court of competent jurisdiction, the invalidity of such provision shall not affect the validity of the remaining provisions of these Terms of Service, which shall remain in full force and effect. No waiver of any term of this these Terms of Service shall be deemed a further or continuing waiver of such term or any other term, and YouTube's failure to assert any right or provision under these Terms of Service shall not constitute a waiver of such right or provision. YouTube reserves the right to amend these Terms of Service at any time and without notice, and it is your responsibility to review these Terms of Service for any changes. Your use of the Service following any amendment of these Terms of Service will signify your assent to and acceptance of its revised terms. YOU AND YOUTUBE AGREE THAT ANY CAUSE OF ACTION ARISING OUT OF OR RELATED TO THE SERVICES MUST COMMENCE WITHIN ONE (1) YEAR AFTER THE CAUSE OF ACTION ACCRUES. OTHERWISE, SUCH CAUSE OF ACTION IS PERMANENTLY BARRED.

**Effective as of May 25, 2018**

# Exhibit "3"



- Terms of Service

- Paid Service Terms of Service
- Paid Service Usage Rules
- Collecting Society Notices
- Copyright Notices
- Community Guidelines

# Terms of Service

## Our Terms of Service have been updated.

This summary is designed to help you understand some of the key updates we've made to our Terms of Service (Terms). We hope this serves as a useful guide, but please ensure you read the new Terms in full.

Welcome to YouTube!
This section outlines our relationship with you. It includes a description of the Service, defines our Agreement, and names your service provider. Key updates:

- Service Provider. Your service provider is now Google LLC.

- Policies. We have added a link to the Policy, Safety and Copyright Policies, and our Advertising on YouTube Policies, which all form part of the Agreement.

These are the policies that underpin our Community Guidelines, and we wanted to make sure to call out this detail to you upfront in our Terms.

- Affiliates. To ensure you understand exactly who we mean when we talk about our group companies, we've included a definition of our "Affiliates", meaning the companies in the Alphabet corporate group.

Who May Use the Service?

This section sets out certain requirements for use of the Service, and defines categories of users. Key updates:

- Age Requirements. We have stated the specific age requirements for your country, reflecting our Google wide policies, and included a notice that, if you are a minor in your country, you must always have your parent or guardian's permission before using the Service.
- Parental Permission. We've added a section to explain your responsibility if you allow your child to use YouTube.

- Businesses. Our Terms now make clear that, if you are using the Service on behalf of a company or organisation, that business accepts this Agreement.

Your Use of the Service

This section explains your rights to use the Service, and the conditions that apply to your use of the Service. It also explains how we

may make changes to the Service. Key updates:

- Google Accounts and YouTube Channels. We've provided details about which features of the Service can be accessed without a Google account or YouTube channel, and which features require one.
- Your Information. We haven't made any changes to the way we treat your information. You can read about our privacy practices by reviewing the Privacy Policy and YouTube Kids Privacy Notice. As a reminder, you can always review your privacy settings and manage your data and personalisation by visiting your Google Account.
- Restrictions. We have updated this section to reflect our requirements around contests, and to include a prohibition on manipulating metrics.

- Service Changes. We have improved our Terms to be more transparent about why we might need to make changes to the Service, and provided a commitment to give you notice when those changes might affect you.

Your Content and Conduct
This section applies to users who provide Content to the Service. It defines the scope of the permissions that you grant by uploading your Content, and includes your agreement not to upload anything that infringes on anyone else's rights. Key updates:

- License. We've clarified the content license you grant us to make it easier to understand. We're not asking for additional permissions and there's no difference in how we're using your content.

- Duration. We have removed the right for YouTube to use your comments in perpetuity.

- Removals. We have included a link to the tools you will need to remove your content, as well as a clear description about why we might need to take down content, and how to appeal removals.

- Analyzing Content. We may automatically analyze content on YouTube, to help detect abuse and keep the platform safe.

Account Suspension and Termination
This section explains how you and YouTube may terminate this relationship. Key updates:

- Terminations. Our Terms now include more details about when we might need to terminate our Agreement with bad actors. We provide a greater commitment to give notice when we take such action and what you can do to appeal if you think we've got it wrong. We've also added instructions for you, if you decide you no longer want to use the Service.

About Software in the Service

This section includes details about software on the Service. Key updates:

- Software Licences. We've made the software licence we grant you more specific, and included some details around open source.

Other Legal Terms
This section includes our service commitment to you. It also explains that there are some things we will not be responsible for. Key updates:

- Our liability. We've made changes to the disclaimers and limitations of liability in the Terms.

About this Agreement
This section includes some further important details about our contract, including what to expect if we need to make changes to these Terms; or which law applies to them. Key updates:

- Modifications. We want to give you the chance to review future material updates to these Terms.

Still have questions?

You can also find further details in our Help Center.
-----

# Terms of Service

Dated: December 10, 2019

# Welcome to YouTube!

Introduction
Thank you for using the YouTube platform and the products, services and features we make available to you as part of the platform (collectively, the "Service").

Our Service

The Service allows you to discover, watch and share videos and other content, provides a forum for people to connect, inform, and inspire others across the globe, and acts as a distribution platform for original content creators and advertisers large and small. We provide lots of information about our products and how to use them in our Help Center. Among other things, you can find out about YouTube Kids, the YouTube Partner Program and YouTube Paid Memberships and Purchases (where available).You can also read all about enjoying content on other devices like your television, your games console, or Google Home.
Your Service Provider

The entity providing the Service is Google LLC, a company operating under the laws of Delaware, located at 1600 Amphitheatre Parkway, Mountain View, CA 94043 (referred to as "YouTube", "we", "us", or "our"). References to YouTube's "Affiliates" in these

terms means the other companies within the Alphabet Inc. corporate group (now or in the future).

Applicable Terms
Your use of the Service is subject to these terms, the YouTube Community Guidelines and the Policy, Safety and Copyright Policies which may be updated from time to time (together, this "Agreement"). Your Agreement with us will also include the Advertising on YouTube Policies if you provide advertising or sponsorships to the Service or incorporate paid promotions in your content. Any other links or references provided in these terms are for informational use only and are not part of the Agreement.
Please read this Agreement carefully and make sure you understand it. If you do not understand the Agreement, or do not accept any part of it, then you may not use the Service.

# Who may use the Service?

Age Requirements
You must be at least 13 years old to use the Service. However, children of all ages may use YouTube Kids (where available) if enabled by a parent or legal guardian.

Permission by Parent or Guardian

If you are under 18, you represent that you have your parent or guardian's permission to use the Service. Please have them read this Agreement with you.

If you are a parent or legal guardian of a user under the age of 18, by allowing your child to use the Service, you are subject to the terms of this Agreement and responsible for your child's activity on the Service. You can find tools and resources to help you manage your family's experience on YouTube in our Help Center and through Google's Family Link.
Businesses
If you are using the Service on behalf of a company or organisation, you represent that you have authority to act on behalf of that entity, and that such entity accepts this Agreement.

# Your Use of the Service

Content on the Service
The content on the Service includes videos, audio (for example music and other sounds), graphics, photos, text (such as comments and scripts), branding (including trade names, trademarks, service marks, or logos), interactive features, software, metrics, and other materials whether provided by you, YouTube or a third-party (collectively, "Content").

Content is the responsibility of the person or entity that provides it to the Service. YouTube

is under no obligation to host or serve Content. If you see any Content you believe does not comply with this Agreement, including by violating the Community Guidelines or the law, you can report it to us.

Google Accounts and YouTube Channels

You can use parts of the Service, such as browsing and searching for Content, without having a Google account. However, you do need a Google account to use some features. With a Google account, you may be able to like videos, subscribe to channels, create your own YouTube channel, and more. You can follow these instructions to create a Google account.

Creating a YouTube channel will give you access to additional features and functions, such as uploading videos, making comments or creating playlists (where available). Here are some details about how to create your own YouTube channel.

To protect your Google account, keep your password confidential. You should not reuse your Google account password on third-party applications. Learn more about keeping your Google account secure, including what to do if you learn of any unauthorised use of your password or Google account.

Your Information

Our Privacy Policy explains how we treat your personal data and protect your privacy when you use the Service. The YouTube Kids Privacy Notice provides additional information about our privacy practices that are specific to YouTube Kids.

96

We will process any audio or audiovisual content uploaded by you to the Service in accordance with the YouTube Data Processing Terms, except in cases where you uploaded such content for personal purposes or household activities. Learn More.
Permissions and Restrictions
You may access and use the Service as made available to you, as long as you comply with this Agreement and applicable law. You may view or listen to Content for your personal, non-commercial use. You may also show YouTube videos through the embeddable YouTube player.

The following restrictions apply to your use of the Service. You are not allowed to:

1. access, reproduce, download, distribute, transmit, broadcast, display, sell, license, alter, modify or otherwise use any part of the Service or any Content except: (a) as expressly authorized by the Service; or (b) with prior written permission from YouTube and, if applicable, the respective rights holders;

2. circumvent, disable, fraudulently engage with, or otherwise interfere with any part of the Service (or attempt to do any of these things), including security-related features or features that (a) prevent or restrict the copying or other use of Content or (b) limit the use of the Service or Content;

3. access the Service using any automated means (such as robots, botnets or scrapers) except (a) in the case of public search engines, in accordance with YouTube's robots.txt file; or (b) with YouTube's prior written permission;

4. collect or harvest any information that might identify a person (for example, usernames), unless permitted by that person or allowed under section (3) above;

5. use the Service to distribute unsolicited promotional or commercial content or other unwanted or mass solicitations;

6. cause or encourage any inaccurate measurements of genuine user engagement with the Service, including by paying people or providing them with incentives to increase a video's views, likes, or dislikes, or to increase a channel's subscribers, or otherwise manipulate metrics in any manner;

7. misuse any reporting, flagging, complaint, dispute, or appeals process, including by making groundless, vexatious, or frivolous submissions;

8. run contests on or through the Service that do not comply with YouTube's contest policies and guidelines;

9. use the Service to view or listen to Content other than for personal, non-commercial use (for example, you may

not publicly screen videos or stream music from the Service); or

10. use the Service to (a) sell any advertising, sponsorships, or promotions placed on, around, or within the Service or Content, other than those allowed in the Advertising on YouTube policies (such as compliant product placements); or (b) sell advertising, sponsorships, or promotions on any page of any website or application that only contains Content from the Service or where Content from the Service is the primary basis for such sales (for example, selling ads on a webpage where YouTube videos are the main draw for users visiting the webpage).

Reservation

Using the Service does not give you ownership of or rights to any aspect of the Service, including user names or any other Content posted by others or YouTube.

Changes to the Service

YouTube is constantly changing and improving the Service. We may also need to alter or discontinue the Service, or any part of it, in order to make performance or security improvements, change functionality and features, make changes to comply with law, or prevent illegal activities on or abuse of our systems. These changes may affect all users, some users or even an individual user.

Whenever reasonably possible, we will provide notice when we discontinue or make material changes to our Service that will have an adverse impact on the use of our Service. However, you understand and agree that there will be times when we make such changes without notice, such as where we feel we need to take action to improve the security and operability of our Service, prevent abuse, or comply with legal requirements.

## Your Content and Conduct

Uploading Content

If you have a YouTube channel, you may be able to upload Content to the Service. You may use your Content to promote your business or artistic enterprise. If you choose to upload Content, you must not submit to the Service any Content that does not comply with this Agreement (including the YouTube Community Guidelines) or the law. For example, the Content you submit must not include third-party intellectual property (such as copyrighted material) unless you have permission from that party or are otherwise legally entitled to do so. You are legally responsible for the Content you submit to the Service. We may use automated systems that analyze your Content to help detect infringement and abuse, such as spam, malware, and illegal content.

Rights you Grant

You retain ownership rights in your Content. However, we do require you to grant certain rights to YouTube and other users of the Service, as described below.

## License to YouTube

By providing Content to the Service, you grant to YouTube a worldwide, non-exclusive, royalty-free, sublicensable and transferable license to use that Content (including to reproduce, distribute, prepare derivative works, display and perform it) in connection with the Service and YouTube's (and its successors' and Affiliates') business, including for the purpose of promoting and redistributing part or all of the Service.

## License to Other Users

You also grant each other user of the Service a worldwide, non-exclusive, royalty-free license to access your Content through the Service, and to use that Content, including to reproduce, distribute, prepare derivative works, display, and perform it, only as enabled by a feature of the Service (such as video playback or embeds). For clarity, this license does not grant any rights or permissions for a user to make use of your Content independent of the Service.

## Duration of License

The licenses granted by you continue for a commercially reasonable period of time after

101

you remove or delete your Content from the Service. You understand and agree, however, that YouTube may retain, but not display, distribute, or perform, server copies of your videos that have been removed or deleted.

Removing Your Content

You may remove your Content from the Service at any time. You also have the option to make a copy of your Content before removing it. You must remove your Content if you no longer have the rights required by these terms.

Removal of Content By YouTube

If we reasonably believe that any Content is in breach of this Agreement or may cause harm to YouTube, our users, or third parties, we may remove or take down that Content in our discretion. We will notify you with the reason for our action unless we reasonably believe that to do so: (a) would breach the law or the direction of a legal enforcement authority or would otherwise risk legal liability for YouTube or our Affiliates; (b) would compromise an investigation or the integrity or operation of the Service; or (c) would cause harm to any user, other third party, YouTube or our Affiliates. You can learn more about reporting and enforcement, including how to appeal on the Troubleshooting page of our Help Center.

Copyright Protection

We provide information to help copyright holders manage their intellectual property online in our YouTube Copyright Center. If you believe your copyright has been infringed on the Service, please send us a notice. We respond to notices of alleged copyright infringement according to the process in our YouTube Copyright Center, where you can also find information about how to resolve a copyright strike. YouTube's policies provide for the termination, in appropriate circumstances, of repeat infringers' access to the Service.

# Account Suspension & Termination

Terminations by You
You may stop using the Service at any time. Follow these instructions to delete the Service from your Google Account, which involves closing your YouTube channel and removing your data. You also have the option to download a copy of your data first.
Terminations and Suspensions by YouTube for Cause

YouTube may suspend or terminate your access, your Google account, or your Google account's access to all or part of the Service if (a) you materially or repeatedly breach this Agreement; (b) we are required to do so to comply with a legal requirement or a court order; or (c) we believe there has been conduct that creates (or could create) liability

103

or harm to any user, other third party, YouTube or our Affiliates.

Terminations by YouTube for Service Changes

YouTube may terminate your access, or your Google account's access to all or part of the Service if YouTube believes, in its sole discretion, that provision of the Service to you is no longer commercially viable.

Notice for Termination or Suspension

We will notify you with the reason for termination or suspension by YouTube unless we reasonably believe that to do so: (a) would violate the law or the direction of a legal enforcement authority, or would otherwise risk legal liability for YouTube or our Affiliates; (b) would compromise an investigation or the integrity or operation of the Service; or (c) would cause harm to any user, other third party, YouTube or our Affiliates. Where YouTube is terminating your access for Service changes, where reasonably possible, you will be provided with sufficient time to export your Content from the Service.

Effect of Account Suspension or Termination

If your Google account is terminated or your Google account's access to the Service is restricted, you may continue using certain aspects of the Service (such as viewing only)

104

without an account, and this Agreement will
continue to apply to such use. If you believe
your Google account has been terminated in
error, you can appeal using this form.

# About Software in the Service

Downloadable Software
When the Service requires or includes
downloadable software (such as the
YouTube Studio application), you give
permission for that software to update
automatically on your device once a new
version or feature is available, subject to your
device settings. Unless that software is
governed by additional terms which provide a
license, YouTube gives you a personal,
worldwide, royalty-free, non-assignable and
non-exclusive license to use the software
provided to you by YouTube as part of the
Service. This license is for the sole purpose
of enabling you to use and enjoy the benefit
of the Service as provided by YouTube, in the
manner permitted by this Agreement. You are
not allowed to copy, modify, distribute, sell, or
lease any part of the software, or to reverse-
engineer or attempt to extract the source
code of that software, unless laws prohibit
these restrictions or you have YouTube's
written permission.

Open Source
Some software used in our Service may be
offered under an open source license that we
make available to you. There may be
provisions in an open source license that

expressly override some of these terms, so please be sure to read those licenses.

# Other Legal Terms

Warranty Disclaimer
OTHER THAN AS EXPRESSLY STATED IN THIS AGREEMENT OR AS REQUIRED BY LAW, THE SERVICE IS PROVIDED "AS IS" AND YOUTUBE DOES NOT MAKE ANY SPECIFIC COMMITMENTS OR WARRANTIES ABOUT THE SERVICE. FOR EXAMPLE, WE DON'T MAKE ANY WARRANTIES ABOUT: (A) THE CONTENT PROVIDED THROUGH THE SERVICE; (B) THE SPECIFIC FEATURES OF THE SERVICE, OR ITS ACCURACY, RELIABILITY, AVAILABILITY, OR ABILITY TO MEET YOUR NEEDS; OR (C) THAT ANY CONTENT YOU SUBMIT WILL BE ACCESSIBLE ON THE SERVICE.

Limitation of Liability

EXCEPT AS REQUIRED BY APPLICABLE LAW, YOUTUBE, ITS AFFILIATES, OFFICERS, DIRECTORS, EMPLOYEES AND AGENTS WILL NOT BE RESPONSIBLE FOR ANY LOSS OF PROFITS, REVENUES, BUSINESS OPPORTUNITIES, GOODWILL, OR ANTICIPATED SAVINGS; LOSS OR CORRUPTION OF DATA; INDIRECT OR CONSEQUENTIAL LOSS; PUNITIVE DAMAGES CAUSED BY:

1. ERRORS, MISTAKES, OR INACCURACIES ON THE SERVICE;

2. PERSONAL INJURY OR PROPERTY DAMAGE RESULTING FROM YOUR USE OF THE SERVICE;

3. ANY UNAUTHORIZED ACCESS TO OR USE OF THE SERVICE;

4. ANY INTERRUPTION OR CESSATION OF THE SERVICE;

5. ANY VIRUSES OR MALICIOUS CODE TRANSMITTED TO OR THROUGH THE SERVICE BY ANY THIRD PARTY;

6. ANY CONTENT WHETHER SUBMITTED BY A USER OR YOUTUBE, INCLUDING YOUR USE OF CONTENT; AND/OR

7. THE REMOVAL OR UNAVAILABILITY OF ANY CONTENT.

THIS PROVISION APPLIES TO ANY CLAIM, REGARDLESS OF WHETHER THE CLAIM ASSERTED IS BASED ON WARRANTY, CONTRACT, TORT, OR ANY OTHER LEGAL THEORY.

YOUTUBE AND ITS AFFILIATES' TOTAL LIABILITY FOR ANY CLAIMS ARISING FROM OR RELATING TO THE SERVICE IS LIMITED TO THE GREATER OF: (A) THE AMOUNT OF REVENUE THAT YOUTUBE HAS PAID TO YOU FROM YOUR USE OF THE SERVICE IN THE 12 MONTHS BEFORE THE DATE OF YOUR NOTICE, IN WRITING TO YOUTUBE, OF THE CLAIM; AND (B) USD $500.

Indemnity

To the extent permitted by applicable law, you agree to defend, indemnify and hold harmless YouTube, its Affiliates, officers, directors, employees and agents, from and against any and all claims, damages, obligations, losses, liabilities, costs or debt, and expenses (including but not limited to attorney's fees) arising from: (i) your use of and access to the Service; (ii) your violation of any term of this Agreement; (iii) your violation of any third party right, including without limitation any copyright, property, or privacy right; or (iv) any claim that your Content caused damage to a third party. This defense and indemnification obligation will survive this Agreement and your use of the Service.

Third-Party Links

The Service may contain links to third-party websites and online services that are not owned or controlled by YouTube. YouTube has no control over, and assumes no responsibility for, such websites and online services. Be aware when you leave the Service; we suggest you read the terms and privacy policy of each third-party website and online service that you visit.

# About this Agreement

Modifying this Agreement

We may modify this Agreement, for example,

to reflect changes to our Service or for legal, regulatory, or security reasons. YouTube will provide reasonable advance notice of any material modifications to this Agreement and the opportunity to review them, except that modifications addressing newly available features of the Service or modifications made for legal reasons may be effective immediately without notice. Modifications to this Agreement will only apply going forward. If you do not agree to the modified terms, you should remove any Content you have uploaded and discontinue your use of the Service.

Continuation of this Agreement
If your use of the Service ends, the following terms of this Agreement will continue to apply to you: "Other Legal Terms", "About This Agreement", and the licenses granted by you will continue as described under "Duration of License".

Severance
If it turns out that a particular term of this Agreement is not enforceable for any reason, this will not affect any other terms.

No Waiver
If you fail to comply with this Agreement and we do not take immediate action, this does not mean that we are giving up any rights that we may have (such as the right to take action in the future).

Interpretation

In these terms, "include" or "including" means "including but not limited to," and any examples we give are for illustrative purposes.

Governing Law

All claims arising out of or relating to these terms or the Service will be governed by California law, except California's conflict of laws rules, and will be litigated exclusively in the federal or state courts of Santa Clara County, California, USA. You and YouTube consent to personal jurisdiction in those courts.

Limitation on Legal Action

YOU AND YOUTUBE AGREE THAT ANY CAUSE OF ACTION ARISING OUT OF OR RELATED TO THE SERVICES MUST COMMENCE WITHIN ONE (1) YEAR AFTER THE CAUSE OF ACTION ACCRUES. OTHERWISE, SUCH CAUSE OF ACTION IS PERMANENTLY BARRED.

Effective as of December 10, 2019 (view previous version)

# **Exhibit "4"**



- Terms of Service

- Paid Service Terms of Service
- Paid Service Usage Rules
- Collecting Society Notices
- Copyright Notices
- Community Guidelines

# Terms of Service

## What's in these terms?

This index is designed to help you understand some of the key updates we've made to our Terms of Service (Terms). We hope this serves as a useful guide, but please ensure you read the Terms in full.

Welcome to YouTube!
This section outlines our relationship with you. It includes a description of the Service, defines our Agreement, and names your service provider.

Who May Use the Service?
This section sets out certain requirements for use of the Service, and defines categories of users.

Your Use of the Service
This section explains your rights to use the Service, and the conditions that apply to your

use of the Service. It also explains how we may make changes to the Service.

Your Content and Conduct
This section applies to users who provide Content to the Service. It defines the scope of the permissions that you grant by uploading your Content, and includes your agreement not to upload anything that infringes on anyone else's rights.

Account Suspension and Termination
This section explains how you and YouTube may terminate this relationship.

About Software in the Service
This section includes details about software on the Service.

Other Legal Terms
This section includes our service commitment to you. It also explains that there are some things we will not be responsible for.

About this Agreement
This section includes some further important details about our contract, including what to expect if we need to make changes to these Terms; or which law applies to them.

# Terms of Service

Dated: November 18, 2020

113

# Welcome to YouTube!

Introduction
Thank you for using the YouTube platform
and the products, services and features we
make available to you as part of the platform
(collectively, the "Service").

Our Service

The Service allows you to discover, watch
and share videos and other content, provides
a forum for people to connect, inform, and
inspire others across the globe, and acts as a
distribution platform for original content
creators and advertisers large and small. We
provide lots of information about our
products and how to use them in our Help
Center. Among other things, you can find out
about YouTube Kids, the YouTube Partner
Program and YouTube Paid Memberships
and Purchases (where available).You can
also read all about enjoying content on other
devices like your television, your games
console, or Google Home.
Your Service Provider

The entity providing the Service is Google
LLC, a company operating under the laws of
Delaware, located at 1600 Amphitheatre
Parkway, Mountain View, CA 94043 (referred
to as "YouTube", "we", "us", or "our").
References to YouTube's "Affiliates" in these
terms means the other companies within the

Alphabet Inc. corporate group (now or in the future).

Applicable Terms

Your use of the Service is subject to these terms, the YouTube Community Guidelines and the Policy, Safety and Copyright Policies which may be updated from time to time (together, this "Agreement"). Your Agreement with us will also include the Advertising on YouTube Policies if you provide advertising or sponsorships to the Service or incorporate paid promotions in your content. Any other links or references provided in these terms are for informational use only and are not part of the Agreement.

Please read this Agreement carefully and make sure you understand it. If you do not understand the Agreement, or do not accept any part of it, then you may not use the Service.

# Who may use the Service?

Age Requirements

You must be at least 13 years old to use the Service. However, children of all ages may use YouTube Kids (where available) if enabled by a parent or legal guardian.

Permission by Parent or Guardian

If you are under 18, you represent that you have your parent or guardian's permission to

**115**

use the Service. Please have them read this Agreement with you.

If you are a parent or legal guardian of a user under the age of 18, by allowing your child to use the Service, you are subject to the terms of this Agreement and responsible for your child's activity on the Service. You can find tools and resources to help you manage your family's experience on YouTube in our Help Center and through Google's Family Link.
Businesses
If you are using the Service on behalf of a company or organisation, you represent that you have authority to act on behalf of that entity, and that such entity accepts this Agreement.

## Your Use of the Service

Content on the Service
The content on the Service includes videos, audio (for example music and other sounds), graphics, photos, text (such as comments and scripts), branding (including trade names, trademarks, service marks, or logos), interactive features, software, metrics, and other materials whether provided by you, YouTube or a third-party (collectively, "Content").

Content is the responsibility of the person or entity that provides it to the Service. YouTube is under no obligation to host or serve Content. If you see any Content you believe

does not comply with this Agreement, including by violating the Community Guidelines or the law, you can report it to us. Google Accounts and YouTube Channels You can use parts of the Service, such as browsing and searching for Content, without having a Google account. However, you do need a Google account to use some features. With a Google account, you may be able to like videos, subscribe to channels, create your own YouTube channel, and more. You can follow these instructions to create a Google account.

Creating a YouTube channel will give you access to additional features and functions, such as uploading videos, making comments or creating playlists (where available). Here are some details about how to create your own YouTube channel.

To protect your Google account, keep your password confidential. You should not reuse your Google account password on third-party applications. Learn more about keeping your Google account secure, including what to do if you learn of any unauthorized use of your password or Google account. Your Information Our Privacy Policy explains how we treat your personal data and protect your privacy when you use the Service. The YouTube Kids Privacy Notice provides additional information about our privacy practices that are specific to YouTube Kids.

We will process any audio or audiovisual content uploaded by you to the Service in accordance with the YouTube Data

**117**

Processing Terms, except in cases where you uploaded such content for personal purposes or household activities. Learn More.
Permissions and Restrictions
You may access and use the Service as made available to you, as long as you comply with this Agreement and applicable law. You may view or listen to Content for your personal, non-commercial use. You may also show YouTube videos through the embeddable YouTube player.

The following restrictions apply to your use of the Service. You are not allowed to:

1. access, reproduce, download, distribute, transmit, broadcast, display, sell, license, alter, modify or otherwise use any part of the Service or any Content except: (a) as expressly authorized by the Service; or (b) with prior written permission from YouTube and, if applicable, the respective rights holders;

2. circumvent, disable, fraudulently engage with, or otherwise interfere with any part of the Service (or attempt to do any of these things), including security-related features or features that (a) prevent or restrict the copying or other use of Content or (b) limit the use of the Service or Content;

3. access the Service using any automated means (such as robots, botnets or scrapers) except (a) in the case of public search engines, in accordance with

YouTube's robots.txt file; or (b) with YouTube's prior written permission;

4. collect or harvest any information that might identify a person (for example, usernames or faces), unless permitted by that person or allowed under section (3) above;

5. use the Service to distribute unsolicited promotional or commercial content or other unwanted or mass solicitations;

6. cause or encourage any inaccurate measurements of genuine user engagement with the Service, including by paying people or providing them with incentives to increase a video's views, likes, or dislikes, or to increase a channel's subscribers, or otherwise manipulate metrics in any manner;

7. misuse any reporting, flagging, complaint, dispute, or appeals process, including by making groundless, vexatious, or frivolous submissions;

8. run contests on or through the Service that do not comply with YouTube's contest policies and guidelines;

9. use the Service to view or listen to Content other than for personal, non-commercial use (for example, you may not publicly screen videos or stream music from the Service); or

10. use the Service to (a) sell any advertising, sponsorships, or promotions placed on, around, or within the Service

or Content, other than those allowed in the Advertising on YouTube policies (such as compliant product placements); or (b) sell advertising, sponsorships, or promotions on any page of any website or application that only contains Content from the Service or where Content from the Service is the primary basis for such sales (for example, selling ads on a webpage where YouTube videos are the main draw for users visiting the webpage).

Reservation

Using the Service does not give you ownership of or rights to any aspect of the Service, including user names or any other Content posted by others or YouTube.

Changes to the Service

YouTube is constantly changing and improving the Service. We may also need to alter or discontinue the Service, or any part of it, in order to make performance or security improvements, change functionality and features, make changes to comply with law, or prevent illegal activities on or abuse of our systems. These changes may affect all users, some users or even an individual user. Whenever reasonably possible, we will provide notice when we discontinue or make material changes to our Service that will have an adverse impact on the use of our Service. However, you understand and agree that there will be times when we make such

changes without notice, such as where we feel we need to take action to improve the security and operability of our Service, prevent abuse, or comply with legal requirements.

## Your Content and Conduct

Uploading Content

If you have a YouTube channel, you may be able to upload Content to the Service. You may use your Content to promote your business or artistic enterprise. If you choose to upload Content, you must not submit to the Service any Content that does not comply with this Agreement (including the YouTube Community Guidelines) or the law. For example, the Content you submit must not include third-party intellectual property (such as copyrighted material) unless you have permission from that party or are otherwise legally entitled to do so. You are legally responsible for the Content you submit to the Service. We may use automated systems that analyze your Content to help detect infringement and abuse, such as spam, malware, and illegal content.

Rights you Grant

You retain ownership rights in your Content. However, we do require you to grant certain rights to YouTube and other users of the Service, as described below.

## License to YouTube

By providing Content to the Service, you grant to YouTube a worldwide, non-exclusive, royalty-free, sublicensable and transferable license to use that Content (including to reproduce, distribute, prepare derivative works, display and perform it) in connection with the Service and YouTube's (and its successors' and Affiliates') business, including for the purpose of promoting and redistributing part or all of the Service.

## License to Other Users

You also grant each other user of the Service a worldwide, non-exclusive, royalty-free license to access your Content through the Service, and to use that Content, including to reproduce, distribute, prepare derivative works, display, and perform it, only as enabled by a feature of the Service (such as video playback or embeds). For clarity, this license does not grant any rights or permissions for a user to make use of your Content independent of the Service.

## Duration of License

The licenses granted by you continue for a commercially reasonable period of time after you remove or delete your Content from the Service. You understand and agree, however, that YouTube may retain, but not display, distribute, or perform, server copies of your videos that have been removed or deleted.

Right to Monetize

You grant to YouTube the right to monetize your Content on the Service (and such monetization may include displaying ads on or within Content or charging users a fee for access). This Agreement does not entitle you to any payments. Starting November 18, 2020, any payments you may be entitled to receive from YouTube under any other agreement between you and YouTube (including for example payments under the YouTube Partner Program, Channel memberships or Super Chat) will be treated as royalties. If required by law, Google will withhold taxes from such payments.

Removing Your Content

You may remove your Content from the Service at any time. You also have the option to make a copy of your Content before removing it. You must remove your Content if you no longer have the rights required by these terms.

Removal of Content By YouTube

If we reasonably believe that any Content is in breach of this Agreement or may cause harm to YouTube, our users, or third parties, we may remove or take down that Content in our discretion. We will notify you with the reason for our action unless we reasonably believe that to do so: (a) would breach the law or the direction of a legal enforcement authority or would otherwise risk legal liability for

YouTube or our Affiliates; (b) would compromise an investigation or the integrity or operation of the Service; or (c) would cause harm to any user, other third party, YouTube or our Affiliates. You can learn more about reporting and enforcement, including how to appeal on the Troubleshooting page of our Help Center.

Copyright Protection

We provide information to help copyright holders manage their intellectual property online in our YouTube Copyright Center. If you believe your copyright has been infringed on the Service, please send us a notice. We respond to notices of alleged copyright infringement according to the process in our YouTube Copyright Center, where you can also find information about how to resolve a copyright strike. YouTube's policies provide for the termination, in appropriate circumstances, of repeat infringers' access to the Service.

# Account Suspension & Termination

Terminations by You

You may stop using the Service at any time. Follow these instructions to delete the Service from your Google Account, which involves closing your YouTube channel and removing your data. You also have the option to download a copy of your data first.

Terminations and Suspensions by YouTube for Cause

YouTube may suspend or terminate your access, your Google account, or your Google account's access to all or part of the Service if (a) you materially or repeatedly breach this Agreement; (b) we are required to do so to comply with a legal requirement or a court order; or (c) we believe there has been conduct that creates (or could create) liability or harm to any user, other third party, YouTube or our Affiliates.

Terminations by YouTube for Service Changes

YouTube may terminate your access, or your Google account's access to all or part of the Service if YouTube believes, in its sole discretion, that provision of the Service to you is no longer commercially viable.

Notice for Termination or Suspension

We will notify you with the reason for termination or suspension by YouTube unless we reasonably believe that to do so: (a) would violate the law or the direction of a legal enforcement authority, or would otherwise risk legal liability for YouTube or our Affiliates; (b) would compromise an investigation or the integrity or operation of the Service; or (c) would cause harm to any user, other third party, YouTube or our Affiliates. Where YouTube is terminating your access for Service changes, where reasonably possible, you will be provided with

125

sufficient time to export your Content from the Service.

Effect of Account Suspension or Termination

If your Google account is terminated or your Google account's access to the Service is restricted, you may continue using certain aspects of the Service (such as viewing only) without an account, and this Agreement will continue to apply to such use. If you believe your Google account has been terminated in error, you can appeal using this form.

# About Software in the Service

Downloadable Software
When the Service requires or includes downloadable software (such as the YouTube Studio application), you give permission for that software to update automatically on your device once a new version or feature is available, subject to your device settings. Unless that software is governed by additional terms which provide a license, YouTube gives you a personal, worldwide, royalty-free, non-assignable and non-exclusive license to use the software provided to you by YouTube as part of the Service. This license is for the sole purpose of enabling you to use and enjoy the benefit of the Service as provided by YouTube, in the manner permitted by this Agreement. You are not allowed to copy, modify, distribute, sell, or lease any part of the software, or to reverse-engineer or attempt to extract the source

code of that software, unless laws prohibit these restrictions or you have YouTube's written permission.

Open Source
Some software used in our Service may be offered under an open source license that we make available to you. There may be provisions in an open source license that expressly override some of these terms, so please be sure to read those licenses.

# Other Legal Terms

Warranty Disclaimer
OTHER THAN AS EXPRESSLY STATED IN THIS AGREEMENT OR AS REQUIRED BY LAW, THE SERVICE IS PROVIDED "AS IS" AND YOUTUBE DOES NOT MAKE ANY SPECIFIC COMMITMENTS OR WARRANTIES ABOUT THE SERVICE. FOR EXAMPLE, WE DON'T MAKE ANY WARRANTIES ABOUT: (A) THE CONTENT PROVIDED THROUGH THE SERVICE; (B) THE SPECIFIC FEATURES OF THE SERVICE, OR ITS ACCURACY, RELIABILITY, AVAILABILITY, OR ABILITY TO MEET YOUR NEEDS; OR (C) THAT ANY CONTENT YOU SUBMIT WILL BE ACCESSIBLE ON THE SERVICE.

Limitation of Liability

EXCEPT AS REQUIRED BY APPLICABLE LAW, YOUTUBE, ITS AFFILIATES, OFFICERS, DIRECTORS, EMPLOYEES AND AGENTS WILL

NOT BE RESPONSIBLE FOR ANY LOSS OF PROFITS, REVENUES, BUSINESS OPPORTUNITIES, GOODWILL, OR ANTICIPATED SAVINGS; LOSS OR CORRUPTION OF DATA; INDIRECT OR CONSEQUENTIAL LOSS; PUNITIVE DAMAGES CAUSED BY:

1. ERRORS, MISTAKES, OR INACCURACIES ON THE SERVICE;

2. PERSONAL INJURY OR PROPERTY DAMAGE RESULTING FROM YOUR USE OF THE SERVICE;

3. ANY UNAUTHORIZED ACCESS TO OR USE OF THE SERVICE;

4. ANY INTERRUPTION OR CESSATION OF THE SERVICE;

5. ANY VIRUSES OR MALICIOUS CODE TRANSMITTED TO OR THROUGH THE SERVICE BY ANY THIRD PARTY;

6. ANY CONTENT WHETHER SUBMITTED BY A USER OR YOUTUBE, INCLUDING YOUR USE OF CONTENT; AND/OR

7. THE REMOVAL OR UNAVAILABILITY OF ANY CONTENT.

THIS PROVISION APPLIES TO ANY CLAIM, REGARDLESS OF WHETHER THE CLAIM ASSERTED IS BASED ON WARRANTY, CONTRACT, TORT, OR ANY OTHER LEGAL THEORY.

YOUTUBE AND ITS AFFILIATES' TOTAL LIABILITY FOR ANY CLAIMS ARISING FROM OR RELATING TO THE SERVICE IS LIMITED TO THE GREATER OF: (A) THE AMOUNT OF REVENUE THAT YOUTUBE HAS PAID TO YOU FROM YOUR USE OF THE SERVICE IN THE 12 MONTHS BEFORE THE DATE OF YOUR NOTICE, IN WRITING TO YOUTUBE, OF THE CLAIM; AND (B) USD $500.

Indemnity

To the extent permitted by applicable law, you agree to defend, indemnify and hold harmless YouTube, its Affiliates, officers, directors, employees and agents, from and against any and all claims, damages, obligations, losses, liabilities, costs or debt, and expenses (including but not limited to attorney's fees) arising from: (i) your use of and access to the Service; (ii) your violation of any term of this Agreement; (iii) your violation of any third party right, including without limitation any copyright, property, or privacy right; or (iv) any claim that your Content caused damage to a third party. This defense and indemnification obligation will survive this Agreement and your use of the Service.

Third-Party Links
The Service may contain links to third-party websites and online services that are not owned or controlled by YouTube. YouTube has no control over, and assumes no responsibility for, such websites and online

services. Be aware when you leave the Service; we suggest you read the terms and privacy policy of each third-party website and online service that you visit.

# About this Agreement

Modifying this Agreement
We may modify this Agreement, for example, to reflect changes to our Service or for legal, regulatory, or security reasons. YouTube will provide reasonable advance notice of any material modifications to this Agreement and the opportunity to review them, except that modifications addressing newly available features of the Service or modifications made for legal reasons may be effective immediately without notice. Modifications to this Agreement will only apply going forward. If you do not agree to the modified terms, you should remove any Content you have uploaded and discontinue your use of the Service.

Continuation of this Agreement
If your use of the Service ends, the following terms of this Agreement will continue to apply to you: "Other Legal Terms", "About This Agreement", and the licenses granted by you will continue as described under "Duration of License".

Severance
If it turns out that a particular term of this

Agreement is not enforceable for any reason, this will not affect any other terms.

No Waiver

If you fail to comply with this Agreement and we do not take immediate action, this does not mean that we are giving up any rights that we may have (such as the right to take action in the future).

Interpretation

In these terms, "include" or "including" means "including but not limited to," and any examples we give are for illustrative purposes.

Governing Law

All claims arising out of or relating to these terms or the Service will be governed by California law, except California's conflict of laws rules, and will be litigated exclusively in the federal or state courts of Santa Clara County, California, USA. You and YouTube consent to personal jurisdiction in those courts.

Limitation on Legal Action

YOU AND YOUTUBE AGREE THAT ANY CAUSE OF ACTION ARISING OUT OF OR RELATED TO THE SERVICES MUST COMMENCE WITHIN ONE (1) YEAR AFTER THE CAUSE OF ACTION ACCRUES. OTHERWISE, SUCH CAUSE OF ACTION IS PERMANENTLY BARRED.

Effective as of November 18, 2020 (view previous version)

# Exhibit "5"



- Terms of Service

- Paid Service Terms of Service
- Paid Service Usage Rules
- Collecting Society Notices
- Copyright Notices
- Community Guidelines

# Terms of Service

## What's in these terms?

This index is designed to help you understand some of the key updates we've made to our Terms of Service (Terms). We hope this serves as a useful guide, but please ensure you read the Terms in full.

Welcome to YouTube!
This section outlines our relationship with you. It includes a description of the Service, defines our Agreement, and names your service provider.

Who May Use the Service?
This section sets out certain requirements for use of the Service, and defines categories of users.

Your Use of the Service
This section explains your rights to use the Service, and the conditions that apply to your

use of the Service. It also explains how we may make changes to the Service.

Your Content and Conduct
This section applies to users who provide Content to the Service. It defines the scope of the permissions that you grant by uploading your Content, and includes your agreement not to upload anything that infringes on anyone else's rights.

Account Suspension and Termination
This section explains how you and YouTube may terminate this relationship.

About Software in the Service
This section includes details about software on the Service.

Other Legal Terms
This section includes our service commitment to you. It also explains that there are some things we will not be responsible for.

About this Agreement
This section includes some further important details about our contract, including what to expect if we need to make changes to these Terms; or which law applies to them.

## Terms of Service

Dated: March 17, 2021

# Welcome to YouTube!

Introduction

Thank you for using the YouTube platform and the products, services and features we make available to you as part of the platform (collectively, the "Service").

Our Service

The Service allows you to discover, watch and share videos and other content, provides a forum for people to connect, inform, and inspire others across the globe, and acts as a distribution platform for original content creators and advertisers large and small. We provide lots of information about our products and how to use them in our Help Center. Among other things, you can find out about YouTube Kids, the YouTube Partner Program and YouTube Paid Memberships and Purchases (where available).You can also read all about enjoying content on other devices like your television, your games console, or Google Home.

Your Service Provider

The entity providing the Service is Google LLC, a company operating under the laws of Delaware, located at 1600 Amphitheatre Parkway, Mountain View, CA 94043 (referred to as "YouTube", "we", "us", or "our"). References to YouTube's "Affiliates" in these terms means the other companies within the

136

Alphabet Inc. corporate group (now or in the future).

Applicable Terms

Your use of the Service is subject to these terms, the YouTube Community Guidelines and the Policy, Safety and Copyright Policies which may be updated from time to time (together, this "Agreement"). Your Agreement with us will also include the Advertising on YouTube Policies if you provide advertising or sponsorships to the Service or incorporate paid promotions in your content. Any other links or references provided in these terms are for informational use only and are not part of the Agreement.

Please read this Agreement carefully and make sure you understand it. If you do not understand the Agreement, or do not accept any part of it, then you may not use the Service.

# Who may use the Service?

Age Requirements

You must be at least 13 years old to use the Service; however, children of all ages may use the Service and YouTube Kids (where available) if enabled by a parent or legal guardian.

Permission by Parent or Guardian

If you are under 18, you represent that you have your parent or guardian's permission to use the Service. Please have them read this Agreement with you.

If you are a parent or legal guardian of a user under the age of 18, by allowing your child to use the Service, you are subject to the terms of this Agreement and responsible for your child's activity on the Service. You can find tools and resources to help you manage your family's experience on YouTube (including how to enable a child under the age of 13 to use the Service and YouTube Kids) in our Help Center and through Google's Family Link.

Businesses

If you are using the Service on behalf of a company or organisation, you represent that you have authority to act on behalf of that entity, and that such entity accepts this Agreement.

# Your Use of the Service

Content on the Service

The content on the Service includes videos, audio (for example music and other sounds), graphics, photos, text (such as comments and scripts), branding (including trade names, trademarks, service marks, or logos), interactive features, software, metrics, and other materials whether provided by you, YouTube or a third-party (collectively, "Content").

Content is the responsibility of the person or entity that provides it to the Service. YouTube is under no obligation to host or serve Content. If you see any Content you believe does not comply with this Agreement, including by violating the Community Guidelines or the law, you can report it to us.

Google Accounts and YouTube Channels

You can use parts of the Service, such as browsing and searching for Content, without having a Google account. However, you do need a Google account to use some features. With a Google account, you may be able to like videos, subscribe to channels, create your own YouTube channel, and more. You can follow these instructions to create a Google account.

Creating a YouTube channel will give you access to additional features and functions, such as uploading videos, making comments or creating playlists (where available). Here are some details about how to create your own YouTube channel.

To protect your Google account, keep your password confidential. You should not reuse your Google account password on third-party applications. Learn more about keeping your Google account secure, including what to do if you learn of any unauthorized use of your password or Google account.

Your Information

Our Privacy Policy explains how we treat your personal data and protect your privacy when you use the Service. The YouTube Kids Privacy Notice provides additional

information about our privacy practices that are specific to YouTube Kids.

We will process any audio or audiovisual content uploaded by you to the Service in accordance with the YouTube Data Processing Terms, except in cases where you uploaded such content for personal purposes or household activities. Learn More.

Permissions and Restrictions

You may access and use the Service as made available to you, as long as you comply with this Agreement and applicable law. You may view or listen to Content for your personal, non-commercial use. You may also show YouTube videos through the embeddable YouTube player.

The following restrictions apply to your use of the Service. You are not allowed to:

1. access, reproduce, download, distribute, transmit, broadcast, display, sell, license, alter, modify or otherwise use any part of the Service or any Content except: (a) as expressly authorized by the Service; or (b) with prior written permission from YouTube and, if applicable, the respective rights holders;

2. circumvent, disable, fraudulently engage with, or otherwise interfere with any part of the Service (or attempt to do any of these things), including security-related features or features that (a) prevent or restrict the copying or other use of

Content or (b) limit the use of the Service or Content;

3. access the Service using any automated means (such as robots, botnets or scrapers) except (a) in the case of public search engines, in accordance with YouTube's robots.txt file; or (b) with YouTube's prior written permission;

4. collect or harvest any information that might identify a person (for example, usernames or faces), unless permitted by that person or allowed under section (3) above;

5. use the Service to distribute unsolicited promotional or commercial content or other unwanted or mass solicitations;

6. cause or encourage any inaccurate measurements of genuine user engagement with the Service, including by paying people or providing them with incentives to increase a video's views, likes, or dislikes, or to increase a channel's subscribers, or otherwise manipulate metrics in any manner;

7. misuse any reporting, flagging, complaint, dispute, or appeals process, including by making groundless, vexatious, or frivolous submissions;

8. run contests on or through the Service that do not comply with YouTube's contest policies and guidelines;

9. use the Service to view or listen to Content other than for personal, non-

commercial use (for example, you may not publicly screen videos or stream music from the Service); or

10. use the Service to (a) sell any advertising, sponsorships, or promotions placed on, around, or within the Service or Content, other than those allowed in the Advertising on YouTube policies (such as compliant product placements); or (b) sell advertising, sponsorships, or promotions on any page of any website or application that only contains Content from the Service or where Content from the Service is the primary basis for such sales (for example, selling ads on a webpage where YouTube videos are the main draw for users visiting the webpage).

Reservation

Using the Service does not give you ownership of or rights to any aspect of the Service, including user names or any other Content posted by others or YouTube.

Changes to the Service

YouTube is constantly changing and improving the Service. We may also need to alter or discontinue the Service, or any part of it, in order to make performance or security improvements, change functionality and features, make changes to comply with law, or prevent illegal activities on or abuse of our systems. These changes may affect all users,

some users or even an individual user. Whenever reasonably possible, we will provide notice when we discontinue or make material changes to our Service that will have an adverse impact on the use of our Service. However, you understand and agree that there will be times when we make such changes without notice, such as where we feel we need to take action to improve the security and operability of our Service, prevent abuse, or comply with legal requirements.

## Your Content and Conduct

### Uploading Content

If you have a YouTube channel, you may be able to upload Content to the Service. You may use your Content to promote your business or artistic enterprise. If you choose to upload Content, you must not submit to the Service any Content that does not comply with this Agreement (including the YouTube Community Guidelines) or the law. For example, the Content you submit must not include third-party intellectual property (such as copyrighted material) unless you have permission from that party or are otherwise legally entitled to do so. You are legally responsible for the Content you submit to the Service. We may use automated systems that analyze your Content to help detect infringement and abuse, such as spam, malware, and illegal content.

Rights you Grant

You retain ownership rights in your Content. However, we do require you to grant certain rights to YouTube and other users of the Service, as described below.

License to YouTube

By providing Content to the Service, you grant to YouTube a worldwide, non-exclusive, royalty-free, sublicensable and transferable license to use that Content (including to reproduce, distribute, prepare derivative works, display and perform it) in connection with the Service and YouTube's (and its successors' and Affiliates') business, including for the purpose of promoting and redistributing part or all of the Service.

License to Other Users

You also grant each other user of the Service a worldwide, non-exclusive, royalty-free license to access your Content through the Service, and to use that Content, including to reproduce, distribute, prepare derivative works, display, and perform it, only as enabled by a feature of the Service (such as video playback or embeds). For clarity, this license does not grant any rights or permissions for a user to make use of your Content independent of the Service.

Duration of License

The licenses granted by you continue for a commercially reasonable period of time after you remove or delete your Content from the Service. You understand and agree, however, that YouTube may retain, but not display, distribute, or perform, server copies of your videos that have been removed or deleted.

Right to Monetize

You grant to YouTube the right to monetize your Content on the Service (and such monetization may include displaying ads on or within Content or charging users a fee for access). This Agreement does not entitle you to any payments. Starting November 18, 2020, any payments you may be entitled to receive from YouTube under any other agreement between you and YouTube (including for example payments under the YouTube Partner Program, Channel memberships or Super Chat) will be treated as royalties.  If required by law, Google will withhold taxes from such payments.

Removing Your Content

You may remove your Content from the Service at any time. You also have the option to make a copy of your Content before removing it. You must remove your Content if you no longer have the rights required by these terms.
Removal of Content By YouTube

If we reasonably believe that any Content is in breach of this Agreement or may cause harm to YouTube, our users, or third parties, we may remove or take down that Content in our discretion. We will notify you with the reason for our action unless we reasonably believe that to do so: (a) would breach the law or the direction of a legal enforcement authority or would otherwise risk legal liability for YouTube or our Affiliates; (b) would compromise an investigation or the integrity or operation of the Service; or (c) would cause harm to any user, other third party, YouTube or our Affiliates. You can learn more about reporting and enforcement, including how to appeal on the Troubleshooting page of our Help Center.

Copyright Protection

We provide information to help copyright holders manage their intellectual property online in our YouTube Copyright Center. If you believe your copyright has been infringed on the Service, please send us a notice. We respond to notices of alleged copyright infringement according to the process in our YouTube Copyright Center, where you can also find information about how to resolve a copyright strike. YouTube's policies provide for the termination, in appropriate circumstances, of repeat infringers' access to the Service.

# Account Suspension & Termination

Terminations by You
You may stop using the Service at any time.
Follow these instructions to delete the
Service from your Google Account, which
involves closing your YouTube channel and
removing your data. You also have the option
to download a copy of your data first.
Terminations and Suspensions by YouTube
for Cause

YouTube may suspend or terminate your
access, your Google account, or your Google
account's access to all or part of the
Service if (a) you materially or repeatedly
breach this Agreement; (b) we are required to
do so to comply with a legal requirement or a
court order; or (c) we believe there has been
conduct that creates (or could create) liability
or harm to any user, other third party,
YouTube or our Affiliates.

Terminations by YouTube for Service
Changes

YouTube may terminate your access, or your
Google account's access to all or part of the
Service if YouTube believes, in its sole
discretion, that provision of the Service to you
is no longer commercially viable.

Notice for Termination or Suspension

We will notify you with the reason for
termination or suspension by YouTube
unless we reasonably believe that to do so:
(a) would violate the law or the direction of a

legal enforcement authority, or would
otherwise risk legal liability for YouTube or
our Affiliates; (b) would compromise an
investigation or the integrity or operation of
the Service; or (c) would cause harm to any
user, other third party, YouTube or our
Affiliates. Where YouTube is terminating your
access for Service changes, where
reasonably possible, you will be provided with
sufficient time to export your Content from
the Service.

Effect of Account Suspension or Termination

If your Google account is terminated or your
Google account's access to the Service is
restricted, you may continue using certain
aspects of the Service (such as viewing only)
without an account, and this Agreement will
continue to apply to such use. If you believe
your Google account has been terminated in
error, you can appeal using this form.

# About Software in the Service

Downloadable Software
When the Service requires or includes
downloadable software (such as the
YouTube Studio application), you give
permission for that software to update
automatically on your device once a new
version or feature is available, subject to your
device settings. Unless that software is
governed by additional terms which provide a
license, YouTube gives you a personal,
worldwide, royalty-free, non-assignable and

non-exclusive license to use the software provided to you by YouTube as part of the Service. This license is for the sole purpose of enabling you to use and enjoy the benefit of the Service as provided by YouTube, in the manner permitted by this Agreement. You are not allowed to copy, modify, distribute, sell, or lease any part of the software, or to reverse-engineer or attempt to extract the source code of that software, unless laws prohibit these restrictions or you have YouTube's written permission.

Open Source
Some software used in our Service may be offered under an open source license that we make available to you. There may be provisions in an open source license that expressly override some of these terms, so please be sure to read those licenses.

# Other Legal Terms

Warranty Disclaimer
OTHER THAN AS EXPRESSLY STATED IN THIS AGREEMENT OR AS REQUIRED BY LAW, THE SERVICE IS PROVIDED "AS IS" AND YOUTUBE DOES NOT MAKE ANY SPECIFIC COMMITMENTS OR WARRANTIES ABOUT THE SERVICE. FOR EXAMPLE, WE DON'T MAKE ANY WARRANTIES ABOUT: (A) THE CONTENT PROVIDED THROUGH THE SERVICE; (B) THE SPECIFIC FEATURES OF THE SERVICE, OR ITS ACCURACY, RELIABILITY, AVAILABILITY, OR ABILITY TO

MEET YOUR NEEDS; OR (C) THAT ANY CONTENT YOU SUBMIT WILL BE ACCESSIBLE ON THE SERVICE.

Limitation of Liability

EXCEPT AS REQUIRED BY APPLICABLE LAW, YOUTUBE, ITS AFFILIATES, OFFICERS, DIRECTORS, EMPLOYEES AND AGENTS WILL NOT BE RESPONSIBLE FOR ANY LOSS OF PROFITS, REVENUES, BUSINESS OPPORTUNITIES, GOODWILL, OR ANTICIPATED SAVINGS; LOSS OR CORRUPTION OF DATA; INDIRECT OR CONSEQUENTIAL LOSS; PUNITIVE DAMAGES CAUSED BY:

1. ERRORS, MISTAKES, OR INACCURACIES ON THE SERVICE;

2. PERSONAL INJURY OR PROPERTY DAMAGE RESULTING FROM YOUR USE OF THE SERVICE;

3. ANY UNAUTHORIZED ACCESS TO OR USE OF THE SERVICE;

4. ANY INTERRUPTION OR CESSATION OF THE SERVICE;

5. ANY VIRUSES OR MALICIOUS CODE TRANSMITTED TO OR THROUGH THE SERVICE BY ANY THIRD PARTY;

6. ANY CONTENT WHETHER SUBMITTED BY A USER OR YOUTUBE, INCLUDING YOUR USE OF CONTENT; AND/OR

150

7. THE REMOVAL OR UNAVAILABILITY OF ANY CONTENT.

THIS PROVISION APPLIES TO ANY CLAIM, REGARDLESS OF WHETHER THE CLAIM ASSERTED IS BASED ON WARRANTY, CONTRACT, TORT, OR ANY OTHER LEGAL THEORY.

YOUTUBE AND ITS AFFILIATES' TOTAL LIABILITY FOR ANY CLAIMS ARISING FROM OR RELATING TO THE SERVICE IS LIMITED TO THE GREATER OF: (A) THE AMOUNT OF REVENUE THAT YOUTUBE HAS PAID TO YOU FROM YOUR USE OF THE SERVICE IN THE 12 MONTHS BEFORE THE DATE OF YOUR NOTICE, IN WRITING TO YOUTUBE, OF THE CLAIM; AND (B) USD $500.

Indemnity

To the extent permitted by applicable law, you agree to defend, indemnify and hold harmless YouTube, its Affiliates, officers, directors, employees and agents, from and against any and all claims, damages, obligations, losses, liabilities, costs or debt, and expenses (including but not limited to attorney's fees) arising from: (i) your use of and access to the Service; (ii) your violation of any term of this Agreement; (iii) your violation of any third party right, including without limitation any copyright, property, or privacy right; or (iv) any claim that your Content caused damage to a third party. This defense and indemnification obligation will

survive this Agreement and your use of the
Service.

Third-Party Links
The Service may contain links to third-party
websites and online services that are not
owned or controlled by YouTube. YouTube
has no control over, and assumes no
responsibility for, such websites and online
services. Be aware when you leave the
Service; we suggest you read the terms and
privacy policy of each third-party website and
online service that you visit.

# About this Agreement

Modifying this Agreement
We may modify this Agreement, for example,
to reflect changes to our Service or for legal,
regulatory, or security reasons. YouTube will
provide reasonable advance notice of any
material modifications to this Agreement and
the opportunity to review them, except that
modifications addressing newly available
features of the Service or modifications
made for legal reasons may be effective
immediately without notice. Modifications to
this Agreement will only apply going forward.
If you do not agree to the modified terms, you
should remove any Content you have
uploaded and discontinue your use of the
Service.

Continuation of this Agreement
If your use of the Service ends, the following

terms of this Agreement will continue to apply to you: "Other Legal Terms", "About This Agreement", and the licenses granted by you will continue as described under "Duration of License".

Severance
If it turns out that a particular term of this Agreement is not enforceable for any reason, this will not affect any other terms.

No Waiver
If you fail to comply with this Agreement and we do not take immediate action, this does not mean that we are giving up any rights that we may have (such as the right to take action in the future).

Interpretation

In these terms, "include" or "including" means "including but not limited to," and any examples we give are for illustrative purposes.

Governing Law
All claims arising out of or relating to these terms or the Service will be governed by California law, except California's conflict of laws rules, and will be litigated exclusively in the federal or state courts of Santa Clara County, California, USA. You and YouTube consent to personal jurisdiction in those courts.

Limitation on Legal Action

YOU AND YOUTUBE AGREE THAT ANY
CAUSE OF ACTION ARISING OUT OF OR
RELATED TO THE SERVICES MUST
COMMENCE WITHIN ONE (1) YEAR AFTER
THE CAUSE OF ACTION ACCRUES.
OTHERWISE, SUCH CAUSE OF ACTION IS
PERMANENTLY BARRED.

Effective as of March 17, 2021 (view previous
version)

# Exhibit "6"

▶ **YouTube**

# Terms of Service

**Terms of Service**

Paid Service Terms of Service

Paid Service Usage Rules

Collecting Society Notices

Copyright Notices

Community Guidelines

## What's in these terms?

This index is designed to help you understand some of the key updates we've made to our Terms of Service (Terms). We hope this serves as a useful guide, but please ensure you read the Terms in full.

**Welcome to YouTube!**

This section outlines our relationship with you. It includes a description of the Service, defines our Agreement, and names your service provider.

**Who May Use the Service?**

This section sets out certain requirements for use of the Service, and defines categories of users.

**Your Use of the Service**

This section explains your rights to use the Service, and the conditions that apply to your use of the Service. It also explains how we may make changes to the Service.

**Your Content and Conduct**

This section applies to users who provide Content to the Service. It defines the scope of the permissions that you grant by uploading your Content, and includes your agreement not to upload anything that infringes on anyone else's rights.

**Account Suspension and Termination**

This section explains how you and YouTube may terminate this relationship.

**About Software in the Service**

This section includes details about software on the Service.

**Other Legal Terms**

This section includes our service commitment to you. It also explains that there are some things we will not be responsible for.

**About this Agreement**

This section includes some further important details about our contract, including what to expect if we need to make changes to these Terms; or which law applies to them.

# Terms of Service

Dated: January 5, 2022

# TERMS OF SERVICE

# Welcome to YouTube!

**Introduction**
Thank you for using the YouTube platform and the products, services and features we make available to you as part of the platform (collectively, the "Service").

**Our Service**

The Service allows you to discover, watch and share videos and other content, provides a forum for people to connect, inform, and inspire others across the globe, and acts as a distribution platform for original content creators and advertisers large and small. We provide lots of information about our products and how to use them in our Help Center.

Among other things, you can find out about YouTube Kids, the YouTube Partner Program and YouTube Paid Memberships and Purchases (where available).You can also read all about enjoying content on other devices like your television, your games console, or Google Home.

**Your Service Provider**

The entity providing the Service is Google LLC, a company operating under the laws of Delaware, located at 1600 Amphitheatre Parkway, Mountain View, CA 94043 (referred to as "**YouTube**", "**we**", "**us**", or "**our**"). References to YouTube's "Affiliates" in these terms means the other companies within the Alphabet Inc. corporate group (now or in the future).

**Applicable Terms**

Your use of the Service is subject to these terms, the YouTube Community Guidelines and the Policy, Safety and Copyright Policies which may be updated from time to time (together, this "**Agreement**"). Your Agreement with us will also include the Advertising on YouTube Policies if you provide advertising or sponsorships to the Service or incorporate paid promotions in your content. Any other links or references provided in these terms are for informational use only and are not part of the Agreement.

Please read this Agreement carefully and make sure you understand it. If you do not understand the Agreement, or do not accept any part of it, then you may not use the Service.

## Who may use the Service?

**Age Requirements**

You must be at least 13 years old to use the Service; however, children of all ages may use the Service and YouTube Kids (where available) if enabled by a parent or legal guardian.

**Permission by Parent or Guardian**

If you are under 18, you represent that you have your parent or guardian's permission to use the Service. Please have them read this Agreement with you.

If you are a parent or legal guardian of a user under the age of 18, by allowing your child to use the Service, you are subject to the terms of this Agreement and responsible for your child's activity on the Service. You can find tools and resources to help you manage your family's experience on YouTube (including how to enable a child under the age of 13 to use the Service and YouTube Kids) in our Help Center and through Google's Family Link.

### Businesses

If you are using the Service on behalf of a company or organisation, you represent that you have authority to act on behalf of that entity, and that such entity accepts this Agreement.

## Your Use of the Service

### Content on the Service

The content on the Service includes videos, audio (for example music and other sounds), graphics, photos, text (such as comments and scripts), branding (including trade names, trademarks, service marks, or logos), interactive features, software, metrics, and other materials whether provided by you, YouTube or a third-party (collectively, "Content").

Content is the responsibility of the person or entity that provides it to the Service. YouTube is under no obligation to host or serve Content. If you see any Content you believe does not comply with this Agreement, including by violating the Community Guidelines or the law, you can report it to us.

### Google Accounts and YouTube Channels

You can use parts of the Service, such as browsing and searching for Content, without having a Google account. However, you do need a Google account to use some

features. With a Google account, you may be able to like videos, subscribe to channels, create your own YouTube channel, and more. You can follow these instructions to create a Google account.

Creating a YouTube channel will give you access to additional features and functions, such as uploading videos, making comments or creating playlists (where available). Here are some details about how to create your own YouTube channel.

To protect your Google account, keep your password confidential. You should not reuse your Google account password on third-party applications. Learn more about keeping your Google account secure, including what to do if you learn of any unauthorized use of your password or Google account.

**Your Information**

Our Privacy Policy explains how we treat your personal data and protect your privacy when you use the Service. The YouTube Kids Privacy Notice provides additional information about our privacy practices that are specific to YouTube Kids.

We will process any audio or audiovisual content uploaded by you to the Service in accordance with the YouTube Data Processing Terms, except in cases where you uploaded such content for personal purposes or household activities. Learn More.

**Permissions and Restrictions**

You may access and use the Service as made available to you, as long as you comply with this Agreement and applicable law. You may view or listen to Content for your personal, non-commercial use. You may also show YouTube videos through the embeddable YouTube player.

The following restrictions apply to your use of the Service. You are not allowed to:

1. access, reproduce, download, distribute, transmit, broadcast, display, sell, license, alter, modify or otherwise use any part of the Service or any Content except: (a) as expressly authorized by the Service; or (b) with prior written permission from YouTube and, if applicable, the respective rights holders;

2. circumvent, disable, fraudulently engage with, or otherwise interfere with any part of the Service (or attempt to do any of these things), including security-related features or features that (a) prevent or restrict the copying or other use of Content or (b) limit the use of the Service or Content;

3. access the Service using any automated means (such as robots, botnets or scrapers) except (a) in the case of public search engines, in accordance with YouTube's robots.txt file; or (b) with YouTube's prior written permission;

4. collect or harvest any information that might identify a person (for example, usernames or faces), unless permitted by that person or allowed under section (3) above;

5. use the Service to distribute unsolicited promotional or commercial content or other unwanted or mass solicitations;

6. cause or encourage any inaccurate measurements of genuine user engagement with the Service, including by paying people or providing them with incentives to increase a video's views, likes, or dislikes, or to increase a channel's subscribers, or otherwise manipulate metrics in any manner;

7. misuse any reporting, flagging, complaint, dispute, or appeals process, including by making groundless, vexatious, or frivolous submissions;

8. run contests on or through the Service that do not comply with YouTube's contest policies and guidelines;

9. use the Service to view or listen to Content other than for personal, non-commercial use (for example, you may not publicly screen videos or stream music from the Service); or

10. use the Service to (a) sell any advertising, sponsorships, or promotions placed on, around, or within the Service or Content, other than those allowed in the Advertising on YouTube policies (such as compliant product placements); or (b) sell advertising, sponsorships, or promotions on any page of any website or application that only contains Content from the Service or where Content from the Service is the primary basis for such sales (for example, selling ads on a webpage where YouTube videos are the main draw for users visiting the webpage).

**Reservation**

Using the Service does not give you ownership of or rights to any aspect of the Service, including user names or any other Content posted by others or YouTube.

**Develop, Improve and Update the Service**

YouTube is constantly changing and improving the Service. As part of this continual evolution, we may make modifications or changes (to all or part of the Service) such as adding or removing features and functionalities, offering new digital content or services or discontinuing old ones. We may also need to alter or discontinue the Service, or any part of it, in order to make performance or security improvements, make changes to comply with law, or prevent illegal activities on or abuse of our systems. These changes may affect all users, some users or even an individual user. When the Service requires or includes downloadable software (such as the YouTube Studio application), that software may update automatically on your device once a new version or feature is available, subject to your device settings. If we make material changes that negatively impact your use of the Service, we'll provide you with reasonable advance notice, except in urgent

situations such as preventing abuse, responding to legal requirements, or addressing security and operability issues. We'll also provide you with an opportunity to export your content from your Google Account using Google Takeout, subject to applicable law and policies.

## Your Content and Conduct

### Uploading Content

If you have a YouTube channel, you may be able to upload Content to the Service. You may use your Content to promote your business or artistic enterprise. If you choose to upload Content, you must not submit to the Service any Content that does not comply with this Agreement (including the YouTube Community Guidelines) or the law. For example, the Content you submit must not include third-party intellectual property (such as copyrighted material) unless you have permission from that party or are otherwise legally entitled to do so. You are legally responsible for the Content you submit to the Service. We may use automated systems that analyze your Content to help detect infringement and abuse, such as spam, malware, and illegal content.

### Rights you Grant

You retain ownership rights in your Content. However, we do require you to grant certain rights to YouTube and other users of the Service, as described below.

### License to YouTube

By providing Content to the Service, you grant to YouTube a worldwide, non-exclusive, royalty-free, sublicensable and transferable license to use that Content (including to reproduce, distribute, prepare derivative works, display and perform it) in connection with the Service and YouTube's (and its successors' and Affiliates') business, including for the purpose of promoting and redistributing part or all of the Service.

7/15/22, 12:37 PM

### License to Other Users

You also grant each other user of the Service a worldwide, non-exclusive, royalty-free license to access your Content through the Service, and to use that Content, including to reproduce, distribute, prepare derivative works, display, and perform it, only as enabled by a feature of the Service (such as video playback or embeds). For clarity, this license does not grant any rights or permissions for a user to make use of your Content independent of the Service.

### Duration of License

The licenses granted by you continue for a commercially reasonable period of time after you remove or delete your Content from the Service. You understand and agree, however, that YouTube may retain, but not display, distribute, or perform, server copies of your videos that have been removed or deleted.

### Right to Monetize

You grant to YouTube the right to monetize your Content on the Service (and such monetization may include displaying ads on or within Content or charging users a fee for access). This Agreement does not entitle you to any payments. Starting November 18, 2020, any payments you may be entitled to receive from YouTube under any other agreement between you and YouTube (including for example payments under the YouTube Partner Program, Channel memberships or Super Chat) will be treated as royalties.  If required by law, Google will withhold taxes from such payments.

### Removing Your Content

You may remove your Content from the Service at any time. You also have the option to make a copy of your Content before removing it. You must remove your Content if you no longer have the rights required by these terms.

**Removal of Content By YouTube**

If any of your Content (1) is in breach of this Agreement or (2) may cause harm to YouTube, our users, or third parties, we reserve the right to remove or take down some or all of such Content in our discretion. We will notify you with the reason for our action unless we reasonably believe that to do so: (a) would breach the law or the direction of a legal enforcement authority or would otherwise risk legal liability for YouTube or our Affiliates; (b) would compromise an investigation or the integrity or operation of the Service; or (c) would cause harm to any user, other third party, YouTube or our Affiliates. You can learn more about reporting and enforcement, including how to appeal on the Troubleshooting page of our Help Center.

# Community Guidelines Strikes

YouTube operates a system of "strikes" in respect of Content that violates the YouTube Community Guidelines. Each strike comes with varying restrictions and may result in the permanent removal of your channel from YouTube.   A full description of how a strike affects your channel is available on the  Community Guidelines Strikes Basics page. If you believe that a strike has been issued in error, you may appeal here.

If your channel has been restricted due to a strike, you must not use another channel to circumvent these restrictions. Violation of this prohibition is a material breach of this Agreement and Google reserves the right to terminate your Google account or your access to all or part of the Service.

**Copyright Protection**

We provide information to help copyright holders manage their intellectual property online in our YouTube Copyright Center. If you believe your copyright has been infringed on the Service, please send us a notice.

7/15/22, 12:37 PM

We respond to notices of alleged copyright infringement according to the process in our YouTube Copyright Center, where you can also find information about how to resolve a copyright strike. YouTube's policies provide for the termination, in appropriate circumstances, of repeat infringers' access to the Service.

# Account Suspension & Termination

**Terminations by You**
You may stop using the Service at any time. Follow these instructions to delete the Service from your Google Account, which involves closing your YouTube channel and removing your data. You also have the option to download a copy of your data first.

**Terminations and Suspensions by YouTube**

YouTube reserves the right to suspend or terminate your Google account or your access to all or part of the Service if (a) you materially or repeatedly breach this Agreement; (b) we are required to do so to comply with a legal requirement or a court order; or (c) we reasonably believe that there has been conduct that creates (or could create) liability or harm to any user, other third party, YouTube or our Affiliates.

**Notice for Termination or Suspension**

We will notify you with the reason for termination or suspension by YouTube unless we reasonably believe that to do so: (a) would violate the law or the direction of a legal enforcement authority; (b) would compromise an investigation; (c) would compromise the integrity, operation or security of the Service; or (d) would cause harm to any user, other third party, YouTube or our Affiliates.

**Effect of Account Suspension or Termination**

If your Google account is terminated or your access to the Service is restricted, you may continue using certain aspects

7/15/22, 12:37 PM

of the Service (such as viewing only) without an account, and this Agreement will continue to apply to such use. If you believe that the termination or suspension has been made in error, you can appeal using this form.

# About Software in the Service

### Downloadable Software

When the Service requires or includes downloadable software (such as the YouTube Studio application), unless that software is governed by additional terms which provide a license, YouTube gives you a personal, worldwide, royalty-free, non-assignable and non-exclusive license to use the software provided to you by YouTube as part of the Service. This license is for the sole purpose of enabling you to use and enjoy the benefit of the Service as provided by YouTube, in the manner permitted by this Agreement. You are not allowed to copy, modify, distribute, sell, or lease any part of the software, or to reverse-engineer or attempt to extract the source code of that software, unless laws prohibit these restrictions or you have YouTube's written permission.

### Open Source

Some software used in our Service may be offered under an open source license that we make available to you. There may be provisions in an open source license that expressly override some of these terms, so please be sure to read those licenses.

# Other Legal Terms

### Warranty Disclaimer

OTHER THAN AS EXPRESSLY STATED IN THIS AGREEMENT OR AS REQUIRED BY LAW, THE SERVICE IS PROVIDED "AS IS" AND YOUTUBE DOES NOT MAKE ANY SPECIFIC COMMITMENTS OR WARRANTIES ABOUT THE SERVICE. FOR EXAMPLE, WE DON'T MAKE ANY WARRANTIES ABOUT: (A) THE CONTENT PROVIDED THROUGH THE SERVICE; (B) THE SPECIFIC FEATURES OF THE SERVICE, OR ITS ACCURACY, RELIABILITY, AVAILABILITY, OR ABILITY TO MEET YOUR

7/15/22, 12:37 PM

NEEDS; OR (C) THAT ANY CONTENT YOU SUBMIT WILL BE ACCESSIBLE ON THE SERVICE.

**Limitation of Liability**

EXCEPT AS REQUIRED BY APPLICABLE LAW, YOUTUBE, ITS AFFILIATES, OFFICERS, DIRECTORS, EMPLOYEES AND AGENTS WILL NOT BE RESPONSIBLE FOR ANY LOSS OF PROFITS, REVENUES, BUSINESS OPPORTUNITIES, GOODWILL, OR ANTICIPATED SAVINGS; LOSS OR CORRUPTION OF DATA; INDIRECT OR CONSEQUENTIAL LOSS; PUNITIVE DAMAGES CAUSED BY:

1. ERRORS, MISTAKES, OR INACCURACIES ON THE SERVICE;

2. PERSONAL INJURY OR PROPERTY DAMAGE RESULTING FROM YOUR USE OF THE SERVICE;

3. ANY UNAUTHORIZED ACCESS TO OR USE OF THE SERVICE;

4. ANY INTERRUPTION OR CESSATION OF THE SERVICE;

5. ANY VIRUSES OR MALICIOUS CODE TRANSMITTED TO OR THROUGH THE SERVICE BY ANY THIRD PARTY;

6. ANY CONTENT WHETHER SUBMITTED BY A USER OR YOUTUBE, INCLUDING YOUR USE OF CONTENT; AND/OR

7. THE REMOVAL OR UNAVAILABILITY OF ANY CONTENT.

THIS PROVISION APPLIES TO ANY CLAIM, REGARDLESS OF WHETHER THE CLAIM ASSERTED IS BASED ON WARRANTY, CONTRACT, TORT, OR ANY OTHER LEGAL THEORY.

YOUTUBE AND ITS AFFILIATES' TOTAL LIABILITY FOR ANY CLAIMS ARISING FROM OR RELATING TO THE SERVICE IS LIMITED TO THE GREATER OF: (A) THE AMOUNT OF REVENUE THAT YOUTUBE HAS PAID TO YOU FROM YOUR USE OF THE SERVICE IN THE 12 MONTHS BEFORE THE DATE OF YOUR NOTICE, IN WRITING TO YOUTUBE, OF THE CLAIM; AND (B) USD $500.

**Indemnity**

To the extent permitted by applicable law, you agree to defend, indemnify and hold harmless YouTube, its Affiliates, officers, directors, employees and agents, from and against any and all claims, damages, obligations, losses, liabilities, costs or debt, and expenses (including but not limited to attorney's fees) arising from: (i) your use of and access to the Service; (ii) your violation of any term of this Agreement; (iii) your violation of any third party right, including without limitation any copyright, property, or privacy right; or (iv) any claim that your Content caused damage to a third party. This defense and indemnification obligation will survive this Agreement and your use of the Service.

**Third-Party Links**

The Service may contain links to third-party websites and online services that are not owned or controlled by YouTube. YouTube has no control over, and assumes no responsibility for, such websites and online services. Be aware when you leave the Service; we suggest you read the terms and privacy policy of each third-party website and online service that you visit.

# About this Agreement

**Changing this Agreement**

We may change this Agreement, for example, (1) to reflect changes to our Service or how we do business - for example, when we add new products or features or remove old ones, (2) for legal, regulatory, or security reasons, or (3) to prevent abuse or harm.

If we materially change this Agreement, we'll provide you with reasonable advance notice and the opportunity to review the changes, except (1) when we launch a new product or feature, or (2) in urgent situations, such as preventing ongoing abuse or responding to legal requirements. If you don't agree to the new terms, you should remove any Content you uploaded and stop using the Service.

### Continuation of this Agreement

If your use of the Service ends, the following terms of this Agreement will continue to apply to you: "Other Legal Terms", "About This Agreement", and the licenses granted by you will continue as described under "Duration of License".

### Severance

If it turns out that a particular term of this Agreement is not enforceable for any reason, this will not affect any other terms.

### No Waiver

If you fail to comply with this Agreement and we do not take immediate action, this does not mean that we are giving up any rights that we may have (such as the right to take action in the future).

### Interpretation

In these terms, "include" or "including" means "including but not limited to," and any examples we give are for illustrative purposes.

### Governing Law

All claims arising out of or relating to these terms or the Service will be governed by California law, except California's conflict of laws rules, and will be litigated exclusively in the federal or state courts of Santa Clara County, California, USA. You and YouTube consent to personal jurisdiction in those courts.

### Limitation on Legal Action

YOU AND YOUTUBE AGREE THAT ANY CAUSE OF ACTION ARISING OUT OF OR RELATED TO THE SERVICES MUST COMMENCE WITHIN ONE (1) YEAR AFTER THE CAUSE OF ACTION ACCRUES. OTHERWISE, SUCH CAUSE OF ACTION IS PERMANENTLY BARRED.

**Effective as of January 5, 2022 (view previous version)**

7/15/22, 12:37 PM

# Exhibit "7"

Privacy & Terms

Privacy & Terms

Sign in

- Overview
- Privacy Policy
- Terms of Service
- Technologies
- FAQ



- Overview
- Privacy Policy
- Terms of Service
- Technologies
- FAQ

Privacy & Terms – Google

## Privacy & Terms

- Overview
- Privacy Policy
- Terms of Service
- Technologies
- FAQ
- Google Account

## Privacy Policy

Explains what information we collect and why, how we use it, and how to review and update it.

Read our Privacy Policy

## Terms of Service

Describes the rules you agree to when using our services.

Read our Terms of Service

## Google Safety Center



Making products for everyone means protecting everyone who uses them. Visit safety.google to learn more about our built-in security, privacy controls, and tools to help set digital ground rules for your family online.

Explore what we do to help keep you safe

# Google Account



Control, protect, and secure your account, all in one place. Your Google Account gives you quick access to settings and tools that let you safeguard your data and protect your privacy.

Visit your Google Account

# Our Privacy and Security Principles



We build privacy that works for everyone. It's a responsibility that comes with creating products and services that are free and accessible for all. We look to these principles to guide our products, our processes, and our people in keeping our users' data private, safe, and secure.

Explore our Privacy and Security Principles

# Google Product Privacy Guide



As you use Gmail, Search, YouTube, and other products from Google, you have the power to control and protect your personal information and usage history. The Google Product Privacy Guide can help you find information about how to manage some of the privacy features built into Google's products.

Change language: 

- Google
- About Google
- Privacy
- Terms



GOOGLE PRIVACY POLICY

# When you use our services, you're trusting us with your information. We understand this is a big responsibility and work hard to protect your information and put you in control.

This Privacy Policy is meant to help you understand what information we collect, why we collect it, and how you can update, manage, export, and delete your information.

Privacy Checkup

Looking to change your privacy settings?

Take the Privacy Checkup

Effective July 1, 2021 | Archived versions | Download PDF

# Contents

Introduction
Information Google collects
Why Google collects data
Your privacy controls
Sharing your information
Keeping your information secure
Exporting & deleting your information
Retaining your information
Compliance & cooperation with regulators
About this policy
Related privacy practices

We build a range of services that help millions of people daily to explore and interact with the world in new ways. Our services include:

- Google apps, sites, and devices, like Search, YouTube, and Google Home
- Platforms like the Chrome browser and Android operating system
- Products that are integrated into third-party apps and sites, like ads and embedded Google Maps

**175**

You can use our services in a variety of ways to manage your privacy. For example, you can sign up for a Google Account if you want to create and manage content like emails and photos, or see more relevant search results. And you can use many Google services when you're signed out or without creating an account at all, like searching on Google or watching YouTube videos. You can also choose to browse the web privately using Chrome in Incognito mode. And across our services, you can adjust your privacy settings to control what we collect and how your information is used.

To help explain things as clearly as possible, we've added examples, explanatory videos, and definitions for key terms. And if you have any questions about this Privacy Policy, you can contact us.

INFORMATION GOOGLE COLLECTS

# We want you to understand the types of information we collect as you use our services

We collect information to provide better services to all our users — from figuring out basic stuff like which language you speak, to more complex things like which ads you'll find most useful, the people who matter most to you online, or which YouTube videos you might like. The information Google collects, and how that information is used, depends on how you use our services and how you manage your privacy controls.

When you're not signed in to a Google Account, we store the information we collect with unique identifiers tied to the browser, application, or device you're using. This helps us do things like maintain your language preferences across browsing sessions.

When you're signed in, we also collect information that we store with your Google Account, which we treat as personal information.

# Things you create or provide to us



When you create a Google Account, you provide us with personal information that includes your name and a password. You can also choose to add a phone number or payment information to your account. Even if you aren't signed in to a Google Account, you might choose to provide us with information — like an email address to receive updates about our services.

We also collect the content you create, upload, or receive from others when using our services. This includes things like email you write and receive, photos and videos you save, docs and spreadsheets you create, and comments you make on YouTube videos.

# Information we collect as you use our services

## Your apps, browsers & devices



We collect information about the apps, browsers, and devices you use to access Google services, which helps us provide features like automatic product updates and dimming your screen if your battery runs low.

The information we collect includes unique identifiers, browser type and settings, device type and settings, operating system, mobile network information including carrier name and phone number, and application version number. We also collect information about the interaction of your apps, browsers, and devices with our services, including IP address, crash reports, system activity, and the date, time, and referrer URL of your request.

We collect this information when a Google service on your device contacts our servers — for example, when you install an app from the Play Store or when a service checks for automatic updates. If you're using an Android device with Google apps, your device periodically contacts Google servers to provide information about your device and connection to our services. This information includes things like your device type, carrier name, crash reports, and which apps you've installed.

## Your activity



We collect information about your activity in our services, which we use to do things like recommend a YouTube video you might like. The activity information we collect may include:

- Terms you search for
- Videos you watch
- Views and interactions with content and ads
- Voice and audio information when you use audio features
- Purchase activity
- People with whom you communicate or share content
- Activity on third-party sites and apps that use our services

**177**

- Chrome browsing history you've synced with your Google Account

If you use our services to make and receive calls or send and receive messages, we may collect call and message log information like your phone number, calling-party number, receiving-party number, forwarding numbers, sender and recipient email address, time and date of calls and messages, duration of calls, routing information, and types and volumes of calls and messages.

You can visit your Google Account to find and manage activity information that's saved in your account.

Go to Google Account

## Your location information



We collect information about your location when you use our services, which helps us offer features like driving directions for your weekend getaway or showtimes for movies playing near you.

Your location can be determined with varying degrees of accuracy by:

- GPS
- IP address
- Sensor data from your device
- Information about things near your device, such as Wi-Fi access points, cell towers, and Bluetooth-enabled devices

The types of location data we collect depend in part on your device and account settings. For example, you can turn your Android device's location on or off using the device's settings app. You can also turn on Location History if you want to create a private map of where you go with your signed-in devices.

In some circumstances, Google also collects information about you from publicly accessible sources. For example, if your name appears in your local newspaper, Google's Search engine may index that article and display it to other people if they search for your name. We may also collect

178

information about you from trusted partners, such as directory services who provide us with business information to be displayed on Google's services, marketing partners who provide us with information about potential customers of our business services, and security partners who provide us with information to protect against abuse. We also receive information from advertisers to provide advertising and research services on their behalf.

We use various technologies to collect and store information, including cookies, pixel tags, local storage, such as browser web storage or application data caches, databases, and server logs.

WHY GOOGLE COLLECTS DATA

# We use data to build better services

We use the information we collect from all our services for the following purposes:

## Provide our services



We use your information to deliver our services, like processing the terms you search for in order to return results or helping you share content by suggesting recipients from your contacts.

## Maintain & improve our services



We also use your information to ensure our services are working as intended, such as tracking outages or troubleshooting issues that you report to us. And we use your information to make improvements to our services — for example, understanding which search terms are most frequently misspelled helps us improve spell-check features used across our services.

## Develop new services



We use the information we collect in existing services to help us develop new ones. For example, understanding how people organized their photos in Picasa, Google's first photos app, helped us design and launch Google Photos.

## Provide personalized services, including content and ads

We use the information we collect to customize our services for you, including providing recommendations, personalized content, and customized search results. For example, Security Checkup provides security tips adapted to how you use Google products. And Google Play uses information like apps you've already installed and videos you've watched on YouTube to suggest new apps you might like.

Depending on your settings, we may also show you personalized ads based on your interests. For example, if you search for "mountain bikes," you may see an ad for sports equipment when you're browsing a site that shows ads served by Google. You can control what information we use to show you ads by visiting your ad settings.

- We don't show you personalized ads based on sensitive categories, such as race, religion, sexual orientation, or health.
- We don't show you personalized ads based on your content from Drive, Gmail, or Photos.
- We don't share information that personally identifies you with advertisers, such as your name or email, unless you ask us to. For example, if you see an ad for a nearby flower shop and select the "tap to call" button, we'll connect your call and may share your phone number with the flower shop.



Go to Ad Settings

## Measure performance

We use data for analytics and measurement to understand how our services are used. For example, we analyze data about your visits to our sites to do things like optimize product design. And we also use data about the ads you interact with to help advertisers understand the performance of their ad campaigns. We use a variety of tools to do this, including Google Analytics. When you visit sites that use Google Analytics, a Google Analytics customer may choose to enable Google to link information about your activity from that site with activity from other sites that use our ad services.

## Communicate with you



We use information we collect, like your email address, to interact with you directly. For example, we may send you a notification if we detect suspicious activity, like an attempt to sign in to your Google Account from an unusual location. Or we may let you know about upcoming changes or improvements to our services. And if you contact Google, we'll keep a record of your request in order to help solve any issues you might be facing.

## Protect Google, our users, and the public



We use information to help improve the safety and reliability of our services. This includes detecting, preventing, and responding to fraud, abuse, security risks, and technical issues that could harm Google, our users, or the public.

---

We use different technologies to process your information for these purposes. We use automated systems that analyze your content to provide you with things like customized search results, personalized ads, or other features tailored to how you use our services. And we analyze your content to help us detect abuse such as spam, malware, and illegal content. We also use algorithms to recognize patterns in data. For example, Google Translate helps people communicate across languages by detecting common language patterns in phrases you ask it to translate.

We may combine the information we collect among our services and across your devices for the purposes described above. For example, if you watch videos of guitar players on YouTube, you might see an ad for guitar lessons on a site that uses our ad products. Depending on your account settings, your activity on other sites and apps may be associated with your personal information in order to improve Google's services and the ads delivered by Google.

If other users already have your email address or other information that identifies you, we may show them your publicly visible Google Account information, such as your name and photo. This helps people identify an email coming from you, for example.

We'll ask for your consent before using your information for a purpose that isn't covered in this Privacy Policy.

YOUR PRIVACY CONTROLS

# You have choices regarding the information we collect and how it's used

This section describes key controls for managing your privacy across our services. You can also visit the Privacy Checkup, which provides an opportunity to review and adjust important privacy settings. In addition to these tools, we also offer specific privacy settings in our products — you can learn more in our Product Privacy Guide.

Go to Privacy Checkup

# Managing, reviewing, and updating your information

When you're signed in, you can always review and update information by visiting the services you use. For example, Photos and Drive are both designed to help you manage specific types of content you've saved with Google.

We also built a place for you to review and control information saved in your Google Account. Your Google Account includes:

## Privacy controls

### Activity Controls

Decide what types of activity you'd like saved in your account. For example, you can turn on Location History if you want traffic predictions for your daily commute, or you can save your YouTube Watch History to get better video suggestions.

Go to Activity Controls

### Ad settings

Manage your preferences about the ads shown to you on Google and on sites and apps that partner with Google to show ads. You can modify your interests, choose whether your personal information is used to make ads more relevant to you, and turn on or off certain advertising services.

Go to Ad Settings

**About you**

Control what others see about you across Google services.

Go to About You

**Shared endorsements**

Choose whether your name and photo appear next to your activity, like reviews and recommendations, that appear in ads.

Go to Shared Endorsements

## Ways to review & update your information

**My Activity**

My Activity allows you to review and control data that's created when you use Google services, like searches you've done or your visits to Google Play. You can browse by date and by topic, and delete part or all of your activity.

Go to My Activity

**Google Dashboard**

Google Dashboard allows you to manage information associated with specific products.

Go to Dashboard

**Your personal information**

Manage your contact information, such as your name, email, and phone number.

Go to Personal Info

When you're signed out, you can manage information associated with your browser or device, including:

- Signed-out search personalization: Choose whether your search activity is used to offer you more relevant results and recommendations.
- YouTube settings: Pause and delete your YouTube Search History and your YouTube Watch History.
- Ad Settings: Manage your preferences about the ads shown to you on Google and on sites and apps that partner with Google to show ads.

# Exporting, removing & deleting your information

You can export a copy of content in your Google Account if you want to back it up or use it with a service outside of Google.

Export your data

You can also request to remove content from specific Google services based on applicable law.

To delete your information, you can:

- Delete your content from specific Google services
- Search for and then delete specific items from your account using My Activity
- Delete specific Google products, including your information associated with those products
- Delete your entire Google Account

Delete your information

**184**

And finally, Inactive Account Manager allows you to give someone else access to parts of your Google Account in case you're unexpectedly unable to use your account.

There are other ways to control the information Google collects whether or not you're signed in to a Google Account, including:

- Browser settings: For example, you can configure your browser to indicate when Google has set a cookie in your browser. You can also configure your browser to block all cookies from a specific domain or all domains. But remember that our services rely on cookies to function properly, for things like remembering your language preferences.
- Device-level settings: Your device may have controls that determine what information we collect. For example, you can modify location settings on your Android device.



SHARING YOUR INFORMATION

# When you share your information

Many of our services let you share information with other people, and you have control over how you share. For example, you can share videos on YouTube publicly or you can decide to keep your videos private. Remember, when you share information publicly, your content may become accessible through search engines, including Google Search.

When you're signed in and interact with some Google services, like leaving comments on a YouTube video or reviewing an app in Play, your name and photo appear next to your activity. We may also display this information in ads depending on your Shared endorsements setting.

# When Google shares your information

We do not share your personal information with companies, organizations, or individuals outside of Google except in the following cases:

## With your consent

We'll share personal information outside of Google when we have your consent. For example, if you use Google Home to make a reservation through a booking service, we'll get your permission before

sharing your name or phone number with the restaurant. We'll ask for your explicit consent to share any sensitive personal information.

## With domain administrators

If you're a student or work for an organization that uses Google services, your domain administrator and resellers who manage your account will have access to your Google Account. They may be able to:

- Access and retain information stored in your account, like your email
- View statistics regarding your account, like how many apps you install
- Change your account password
- Suspend or terminate your account access
- Receive your account information in order to satisfy applicable law, regulation, legal process, or enforceable governmental request
- Restrict your ability to delete or edit your information or your privacy settings

## For external processing

We provide personal information to our affiliates and other trusted businesses or persons to process it for us, based on our instructions and in compliance with our Privacy Policy and any other appropriate confidentiality and security measures. For example, we use service providers to help us with customer support.

## For legal reasons

We will share personal information outside of Google if we have a good-faith belief that access, use, preservation, or disclosure of the information is reasonably necessary to:

- Meet any applicable law, regulation, legal process, or enforceable governmental request. We share information about the number and type of requests we receive from governments in our Transparency Report.
- Enforce applicable Terms of Service, including investigation of potential violations.
- Detect, prevent, or otherwise address fraud, security, or technical issues.
- Protect against harm to the rights, property or safety of Google, our users, or the public as required or permitted by law.

We may share non-personally identifiable information publicly and with our partners — like publishers, advertisers, developers, or rights holders. For example, we share information publicly to

show trends about the general use of our services. We also allow specific partners to collect information from your browser or device for advertising and measurement purposes using their own cookies or similar technologies.

If Google is involved in a merger, acquisition, or sale of assets, we'll continue to ensure the confidentiality of your personal information and give affected users notice before personal information is transferred or becomes subject to a different privacy policy.



KEEPING YOUR INFORMATION SECURE

# We build security into our services to protect your information

All Google products are built with strong security features that continuously protect your information. The insights we gain from maintaining our services help us detect and automatically block security threats from ever reaching you. And if we do detect something risky that we think you should know about, we'll notify you and help guide you through steps to stay better protected.

We work hard to protect you and Google from unauthorized access, alteration, disclosure, or destruction of information we hold, including:

- We use encryption to keep your data private while in transit
- We offer a range of security features, like Safe Browsing, Security Checkup, and 2 Step Verification to help you protect your account
- We review our information collection, storage, and processing practices, including physical security measures, to prevent unauthorized access to our systems
- We restrict access to personal information to Google employees, contractors, and agents who need that information in order to process it. Anyone with this access is subject to strict contractual confidentiality obligations and may be disciplined or terminated if they fail to meet these obligations.



EXPORTING & DELETING YOUR INFORMATION

**187**

# You can export a copy of your information or delete it from your Google Account at any time

You can export a copy of content in your Google Account if you want to back it up or use it with a service outside of Google.



Export your data

To delete your information, you can:

- Delete your content from specific Google services
- Search for and then delete specific items from your account using My Activity
- Delete specific Google products, including your information associated with those products
- Delete your entire Google Account

Delete your information

RETAINING YOUR INFORMATION

We retain the data we collect for different periods of time depending on what it is, how we use it, and how you configure your settings:

- Some data you can delete whenever you like, such as the content you create or upload. You can also delete activity information saved in your account, or choose to have it deleted automatically after a set period of time.
- Other data is deleted or anonymized automatically after a set period of time, such as advertising data in server logs.
- We keep some data until you delete your Google Account, such as information about how often you use our services.
- And some data we retain for longer periods of time when necessary for legitimate business or legal purposes, such as security, fraud and abuse prevention, or financial record-keeping.

When you delete data, we follow a deletion process to make sure that your data is safely and completely removed from our servers or retained only in anonymized form. We try to ensure that our services protect information from accidental or malicious deletion. Because of this, there may be delays between when you delete something and when copies are deleted from our active and backup systems.

You can read more about Google's data retention periods, including how long it takes us to delete your information.



COMPLIANCE & COOPERATION WITH REGULATORS

We regularly review this Privacy Policy and make sure that we process your information in ways that comply with it.

# Data transfers

We maintain servers around the world and your information may be processed on servers located outside of the country where you live. Data protection laws vary among countries, with some providing more protection than others. Regardless of where your information is processed, we apply the same protections described in this policy. We also comply with certain legal frameworks relating to the transfer of data.

When we receive formal written complaints, we respond by contacting the person who made the complaint. We work with the appropriate regulatory authorities, including local data protection authorities, to resolve any complaints regarding the transfer of your data that we cannot resolve with you directly.

# California requirements

The California Consumer Privacy Act (CCPA) requires specific disclosures for California residents.

This Privacy Policy is designed to help you understand how Google handles your information:

- We explain the categories of information Google collects and the sources of that information in Information Google collects.
- We explain how Google uses information in Why Google collects data.
- We explain when Google may share information in Sharing your information. Google does not sell your personal information.

The CCPA also provides the right to request information about how Google collects, uses, and discloses your personal information. And it gives you the right to access your information and request that Google delete that information. Finally, the CCPA provides the right to not be discriminated against for exercising your privacy rights.

We describe the choices you have to manage your privacy and data across Google's services in Your privacy controls. You can exercise your rights by using these controls, which allow you to access, review, update and delete your information, as well as export and download a copy of it. When you use them, we'll validate your request by verifying that you're signed in to your Google Account. If you have questions or requests related to your rights under the CCPA, you (or your authorized agent) can also contact Google. You can also find more information on Google's handling of CCPA requests.

The CCPA requires a description of data practices using specific categories. This table uses these categories to organize the information in this Privacy Policy.

## Categories of personal information we collect

**Identifiers** such as your name, phone number, and address, as well as unique identifiers tied to the browser, application, or device you're using.

**Demographic information**, such as your age, gender and language.

**Commercial information** such as your payment information and a history of purchases you make on Google's services.

**Biometric information** if you choose to provide it, such as fingerprints in Google's product development studies.

**Internet, network, and other activity information** such as your search terms; views and interactions with content and ads; Chrome browsing history you've synced with your Google Account; information about the interaction of your apps, browsers, and devices with our services (like IP address, crash reports, and system activity); and activity on third-party sites and apps that use our services. You can review and control activity data stored in your Google Account in My Activity.

**Geolocation data**, such as may be determined by GPS, IP address, and other data from sensors on or around your device, depending in part on your device and account settings. Learn more about Google's use of location information.

**Audio, electronic, visual and similar information**, such as voice and audio information when you use audio features.

**Professional, employment, and education information**, such as information you provide or that is maintained through an organization using Google services at which you study or work.

**Other information you create or provide**, such as the content you create, upload, or receive (like photos and videos or emails, docs and spreadsheets). Google Dashboard allows you to manage information associated with specific products.

**Inferences** drawn from the above, like your ads interest categories.

## Business purposes for which information may be used or disclosed

**Protecting against security threats, abuse, and illegal activity**: Google uses and may disclose information to detect, prevent and respond to security incidents, and for protecting against other malicious, deceptive, fraudulent, or illegal activity. For example, to protect our services, Google may receive or disclose information about IP addresses that malicious actors have compromised.

**Auditing and measurement**: Google uses information for analytics and measurement to understand how our services are used, as well as to fulfill obligations to our partners like publishers, advertisers, developers, or rights holders. We may disclose non-personally identifiable information publicly and with these partners, including for auditing purposes.

**Maintaining our services**: Google uses information to ensure our services are working as intended, such as tracking outages or troubleshooting bugs and other issues that you report to us.

**Research and development**: Google uses information to improve our services and to develop new products, features and technologies that benefit our users and the public. For example, we use publicly available information to help train Google's language models and build features like Google Translate.

**Use of service providers**: Google shares information with service providers to perform services on our behalf, in compliance with our Privacy Policy and other appropriate confidentiality and security measures. For example, we may rely on service providers to help provide customer support.

**Advertising**: Google processes information, including online identifiers and information about your interactions with advertisements, to provide advertising. This keeps Google's services and many of the websites and services you use free of charge. You can control what information we use to show you ads by visiting your ad settings.

**Legal reasons**: Google also uses information to satisfy applicable laws or regulations, and discloses information in response to legal process or enforceable government requests, including to law

enforcement. We provide information about the number and type of requests we receive from governments in our Transparency Report.

## Parties with whom information may be shared

**Other people with whom you choose to share your information,** like docs or photos, and videos or comments on YouTube.

**Third parties to whom you consent to sharing your information,** such as services that integrate with Google's services. You can review and manage third party apps and sites with access to data in your Google Account.

**Service providers,** trusted businesses or persons that process information on Google's behalf, based on our instructions and in compliance with our Privacy Policy and any other appropriate confidentiality and security measures.

Domain administrators, if you work or study at an organization that uses Google services.

**Law enforcement or other third parties,** for the legal reasons described in Sharing your information.

ABOUT THIS POLICY

# When this policy applies

This Privacy Policy applies to all of the services offered by Google LLC and its affiliates, including YouTube, Android, and services offered on third-party sites, such as advertising services. This Privacy Policy doesn't apply to services that have separate privacy policies that do not incorporate this Privacy Policy.

This Privacy Policy doesn't apply to:

- The information practices of other companies and organizations that advertise our services
- Services offered by other companies or individuals, including products or sites that may include Google services, be displayed to you in search results, or be linked from our services

# Changes to this policy

We change this Privacy Policy from time to time. We will not reduce your rights under this Privacy Policy without your explicit consent. We always indicate the date the last changes were published and we offer access to archived versions for your review. If changes are significant, we'll provide a more prominent notice (including, for certain services, email notification of Privacy Policy changes).

RELATED PRIVACY PRACTICES

# Specific Google services

The following privacy notices provide additional information about some Google services:

- Chrome & the Chrome Operating System
- Payments
- Fiber
- Google Fi
- Google Workspace for Education
- Read Along
- YouTube Kids
- Google Accounts Managed with Family Link, for Children under 13 (or applicable age in your country)
- Voice and Audio Collection from Children's Features on the Google Assistant

If you're a member of an organization that uses Google Workspace or Google Cloud Platform, learn how these services collect and use your personal information in the Google Cloud Privacy Notice.

# Other useful resources

The following links highlight useful resources for you to learn more about our practices and privacy settings.

- Your Google Account is home to many of the settings you can use to manage your account
- Privacy Checkup guides you through key privacy settings for your Google Account
- Google's safety center helps you learn more about our built-in security, privacy controls, and tools to help set digital ground rules for your family online
- Privacy & Terms provides more context regarding this Privacy Policy and our Terms of Service
- Technologies includes more information about:
  - How Google uses cookies
  - Technologies used for Advertising
  - How Google uses pattern recognition to recognize things like faces in photos
  - How Google uses information from sites or apps that use our services

# Key terms

## Affiliates

An affiliate is an entity that belongs to the Google group of companies, including the following companies that provide consumer services in the EU: Google Ireland Limited, Google Commerce Ltd, Google Payment Corp, and Google Dialer Inc. Learn more about the companies providing business services in the EU.

## Algorithm

A process or set of rules followed by a computer in performing problem-solving operations.

## Application data cache

An application data cache is a data repository on a device. It can, for example, enable a web application to run without an internet connection and improve the performance of the application by enabling faster loading of content.

## Browser web storage

Browser web storage enables websites to store data in a browser on a device. When used in "local storage" mode, it enables data to be stored across sessions. This makes data retrievable even after a browser has been closed and reopened. One technology that facilitates web storage is HTML 5.

## Cookies

A cookie is a small file containing a string of characters that is sent to your computer when you visit a website. When you visit the site again, the cookie allows that site to recognize your browser. Cookies may store user preferences and other information. You can configure your browser to refuse all cookies or to indicate when a cookie is being sent. However, some website features or services may not function properly without cookies. Learn more about how Google uses cookies and how Google uses data, including cookies, when you use our partners' sites or apps.

## Device

A device is a computer that can be used to access Google services. For example, desktop computers, tablets, smart speakers, and smartphones are all considered devices.

## Google Account

You may access some of our services by signing up for a Google Account and providing us with some personal information (typically your name, email address, and a password). This account information is used to authenticate you when you access Google services and protect your account from unauthorized access by others. You can edit or delete your account at any time through your Google Account settings.

## IP address

Every device connected to the Internet is assigned a number known as an Internet protocol (IP) address. These numbers are usually assigned in geographic blocks. An IP address can often be used to identify the location from which a device is connecting to the Internet.

## Non-personally identifiable information

This is information that is recorded about users so that it no longer reflects or references an individually-identifiable user.

## Personal information

This is information that you provide to us which personally identifies you, such as your name, email address, or billing information, or other data that can be reasonably linked to such information by Google, such as information we associate with your Google Account.

## Pixel tag

A pixel tag is a type of technology placed on a website or within the body of an email for the purpose of tracking certain activity, such as views of a website or when an email is opened. Pixel tags are often used in combination with cookies.

## Referrer URL

A Referrer URL (Uniform Resource Locator) is information transmitted to a destination webpage by a web browser, typically when you click a link to that page. The Referrer URL contains the URL of the last webpage the browser visited.

## Sensitive personal information

This is a particular category of personal information relating to topics such as confidential medical facts, racial or ethnic origins, political or religious beliefs, or sexuality.

## Server logs

Like most websites, our servers automatically record the page requests made when you visit our sites. These "server logs" typically include your web request, Internet Protocol address, browser type, browser language, the date and time of your request, and one or more cookies that may uniquely identify your browser.

A typical log entry for a search for "cars" looks like this:

```
123.45.67.89 - 25/Mar/2003 10:15:32 -
http://www.google.com/search?q=cars -
Firefox 1.0.7; Windows NT 5.1 -
740674ce2123e969
```

- `123.45.67.89` is the Internet Protocol address assigned to the user by the user's ISP. Depending on the user's service, a different address may be assigned to the user by their service provider each time they connect to the Internet.
- `25/Mar/2003 10:15:32` is the date and time of the query.
- `http://www.google.com/search?q=cars` is the requested URL, including the search query.
- `Firefox 1.0.7; Windows NT 5.1` is the browser and operating system being used.
- `740674ce2123a969` is the unique cookie ID assigned to this particular computer the first time it visited Google. (Cookies can be deleted by users. If the user has deleted the cookie from the computer since the last time they've visited Google, then it will be the unique cookie ID assigned to their device the next time they visit Google from that particular device).

## Unique identifiers

A unique identifier is a string of characters that can be used to uniquely identify a browser, app, or device. Different identifiers vary in how permanent they are, whether they can be reset by users, and how they can be accessed.

Unique identifiers can be used for various purposes, including security and fraud detection, syncing services such as your email inbox, remembering your preferences, and providing personalized advertising. For example, unique identifiers stored in cookies help sites display content in your browser in your preferred language. You can configure your browser to refuse all cookies or to indicate when a cookie is being sent. Learn more about how Google uses cookies.

On other platforms besides browsers, unique identifiers are used to recognize a specific device or app on that device. For example, a unique identifier such as the Advertising ID is used to provide relevant advertising on Android devices, and can be managed in your device's settings. Unique identifiers may also be incorporated into a device by its manufacturer (sometimes called a universally unique ID or UUID), such as the IMEI-number of a mobile phone. For example, a device's unique identifier can be used to customize our service to your device or analyze device issues related to our services.

# Additional Context
ads you'll find most useful

196

For example, if you watch videos about baking on YouTube, you may see more ads that relate to baking as you browse the web. We also may use your IP address to determine your approximate location, so that we can serve you ads for a nearby pizza delivery service if you search for "pizza." Learn more about Google ads and why you may see particular ads.

## advertising and research services on their behalf

For example, advertisers may upload data from their loyalty-card programs so that they can better understand the performance of their ad campaigns. We only provide aggregated reports to advertisers that don't reveal information about individual people.

## Android device with Google apps

Android devices with Google apps include devices sold by Google or one of our partners and include phones, cameras, vehicles, wearables, and televisions. These devices use Google Play Services and other pre-installed apps that include services like Gmail, Maps, your phone's camera and phone dialer, text-to-speech conversion, keyboard input, and security features.

## combine the information we collect

Some examples of how we combine the information we collect include:

- When you're signed in to your Google Account and search on Google, you can see search results from the public web, along with relevant information from the content you have in other Google products, like Gmail or Google Calendar. This can include things like the status of your upcoming flights, restaurant, and hotel reservations, or your photos. Learn more
- If you have communicated with someone via Gmail and want to add them to a Google Doc or an event in Google Calendar, Google makes it easy to do so by autocompleting their email address when you start to type in their name. This feature makes it easier to share things with people you know. Learn more
- The Google app can use data that you have stored in other Google products to show you personalized content, depending on your settings. For example, if you have searches stored in your Web & App Activity, the Google app can show you news articles and other information about your interests, like sports scores, based your activity. Learn more
- If you link your Google Account to your Google Home, you can manage your information and get things done through the Google Assistant. For example, you can add events to your Google Calendar or get your schedule for the day, ask for status updates on your upcoming flight, or send information like driving directions to your phone. Learn more

## customized search results

For example, when you're signed in to your Google Account and have the Web & App Activity control enabled, you can get more relevant search results that are based on your previous searches and activity from other Google services. You can learn more here. You may also get customized search results even when you're signed out. If you don't want this level of search customization, you can search and browse privately or turn off signed-out search personalization.

## deliver our services

Examples of how we use your information to deliver our services include:

- We use the IP address assigned to your device to send you the data you requested, such as loading a YouTube video
- We use unique identifiers stored in cookies on your device to help us authenticate you as the person who should have access to your Google Account
- Photos and videos you upload to Google Photos are used to help you create albums, animations, and other creations that you can share. Learn more
- A flight confirmation email you receive may be used to create a "check-in" button that appears in your Gmail
- When you purchase services or physical goods from us, you may provide us information like your shipping address or delivery instructions. We use this information for things like processing, fulfilling, and delivering your order, and to provide support in connection with the product or service you purchase.

## detect abuse

When we detect spam, malware, illegal content, and other forms of abuse on our systems in violation of our policies, we may disable your account or take other appropriate action. In certain circumstances, we may also report the violation to appropriate authorities.

## devices

For example, we can use information from your devices to help you decide which device you'd like to use to install an app or view a movie you buy from Google Play. We also use this information to help protect your account.

## ensure and improve

For example, we analyze how people interact with advertising to improve the performance of our ads.

## ensure our services are working as intended

For example, we continuously monitor our systems to look for problems. And if we find something wrong with a specific feature, reviewing activity information collected before the problem started allows us to fix things more quickly.

## Information about things near your device

If you use Google's Location services on Android, we can improve the performance of apps that rely on your location, like Google Maps. If you use Google's Location services, your device sends information to Google about its location, sensors (like accelerometer), and nearby cell towers and Wi-Fi access points (like MAC address and signal strength). All these things help to determine your location. You can use your device settings to enable Google Location services. Learn more

## legal process, or enforceable governmental request

Like other technology and communications companies, Google regularly receives requests from governments and courts around the world to disclose user data. Respect for the privacy and security of data you store with Google underpins our approach to complying with these legal requests. Our legal team reviews each and every request, regardless of type, and we frequently push back when a request appears to be overly broad or doesn't follow the correct process. Learn more in our Transparency Report.

## make improvements

For example, we use cookies to analyze how people interact with our services. And that analysis can help us build better products. For example, it may help us discover that it's taking people too long to complete a certain task or that they have trouble finishing steps at all. We can then redesign that feature and improve the product for everyone.

## may link information

Google Analytics relies on first-party cookies, which means the cookies are set by the Google Analytics customer. Using our systems, data generated through Google Analytics can be linked by the Google Analytics customer and by Google to third-party cookies that are related to visits to other websites. For example, an advertiser may want to use its Google Analytics data to create more relevant ads, or to further analyze its traffic. Learn more

199

## partner with Google

There are over 2 million non-Google websites and apps that partner with Google to show ads. Learn more

## payment information

For example, if you add a credit card or other payment method to your Google Account, you can use it to buy things across our services, like apps in the Play Store. We may also ask for other information, like a business tax ID, to help process your payment. In some cases, we may also need to verify your identity and may ask you for information to do this.

We may also use payment information to verify that you meet age requirements, if, for example, you enter an incorrect birthday indicating you're not old enough to have a Google Account. Learn more

## personalized ads

You may also see personalized ads based on information from the advertiser. If you shopped on an advertiser's website, for example, they can use that visit information to show you ads. Learn more

## phone number

If you add your phone number to your account, it can be used for different purposes across Google services, depending on your settings. For example, your phone number can be used to help you access your account if you forget your password, help people find and connect with you, and make the ads you see more relevant to you. Learn more

## protect against abuse

For example, information about security threats can help us notify you if we think your account has been compromised (at which point we can help you take steps to protect your account).

## publicly accessible sources

For example, we may collect information that's publicly available online or from other public sources to help train Google's language models and build features like Google Translate. Or, if your business's information appears on a website, we may index and display it on Google services.

## rely on cookies to function properly

For example, we use a cookie called 'lbcs' that makes it possible for you to open many Google Docs in one browser. Blocking this cookie would prevent Google Docs from working as expected. Learn more

## safety and reliability

Some examples of how we use your information to help keep our services safe and reliable include:

- Collecting and analyzing IP addresses and cookie data to protect against automated abuse. This abuse takes many forms, such as sending spam to Gmail users, stealing money from advertisers by fraudulently clicking on ads, or censoring content by launching a Distributed Denial of Service (DDoS) attack.
- The "last account activity" feature in Gmail can help you find out if and when someone accessed your email without your knowledge. This feature shows you information about recent activity in Gmail, such as the IP addresses that accessed your mail, the associated location, and the date and time of access. Learn more

## sensitive categories

When showing you personalized ads, we use topics that we think might be of interest to you based on your activity. For example, you may see ads for things like "Cooking and Recipes" or "Air Travel." We don't use topics or show personalized ads based on sensitive categories like race, religion, sexual orientation, or health. And we require the same from advertisers that use our services.

## Sensor data from your device

Your device may have sensors that can be used to better understand your location and movement. For example, an accelerometer can be used to determine your speed and a gyroscope to figure out your direction of travel.

## servers around the world

For example, we operate data centers located around the world to help keep our products continuously available for users.

## services to make and receive calls or send and receive messages

Examples of these services include:

- Google Voice, for making and receiving calls, sending text messages, and managing voicemail
- Google Meet, for making and receiving video calls
- Gmail, for sending and receiving emails
- Google Chat, for sending and receiving messages
- Google Duo, for making and receiving video calls and sending and receiving messages

- Google Fi, for a phone plan

## show trends

When lots of people start searching for something, it can provide useful information about particular trends at that time. Google Trends samples Google web searches to estimate the popularity of searches over a certain period of time and shares those results publicly in aggregated terms. Learn more

## specific Google services

For example, you can delete your blog from Blogger or a Google Site you own from Google Sites. You can also delete reviews you've left on apps, games, and other content in the Play Store.

## specific partners

For example, we allow YouTube creators and advertisers to work with measurement companies to learn about the audience of their YouTube videos or ads, using cookies or similar technologies. Another example is merchants on our shopping pages, who use cookies to understand how many different people see their product listings. Learn more about these partners and how they use your information.

## synced with your Google Account

Your Chrome browsing history is only saved to your account if you've enabled Chrome synchronization with your Google Account. Learn more

## the people who matter most to you online

For example, when you type an address in the To, Cc, or Bcc field of an email you're composing, Gmail will suggest addresses based on the people you contact most frequently.

## third parties

For example, we process your information to report use statistics to rights holders about how their content was used in our services. We may also process your information if people search for your name and we display search results for sites containing publicly available information about you.

## Views and interactions with content and ads

For example, we collect information about views and interactions with ads so we can provide aggregated reports to advertisers, like telling them whether we served their ad on a page and

whether the ad was likely seen by a viewer. We may also measure other interactions, such as how you move your mouse over an ad or if you interact with the page on which the ad appears.

## your activity on other sites and apps

This activity might come from your use of Google services, like from syncing your account with Chrome or your visits to sites and apps that partner with Google. Many websites and apps partner with Google to improve their content and services. For example, a website might use our advertising services (like AdSense) or analytics tools (like Google Analytics), or it might embed other content (such as videos from YouTube). These services may share information about your activity with Google and, depending on your account settings and the products in use (for instance, when a partner uses Google Analytics in conjunction with our advertising services), this data may be associated with your personal information.

Learn more about how Google uses data when you use our partners' sites or apps.



Change language: English ▼

- Google
- About Google
- Privacy
- Terms

Privacy & Terms

Privacy & Terms

Sign in

- Overview
- Privacy Policy
- Terms of Service
- Technologies
- FAQ



- Overview
- Privacy Policy
- Terms of Service
- Technologies

  - Advertising

  - How Google uses cookies

  - How Google uses pattern recognition

  - How Google uses location information

  - How Google uses credit card numbers for payments

  - How Google Voice works

  - Google Product Privacy Guide

  - How Google retains data we collect

    - How Google anonymizes data
- FAQ

How Google retains data we collect − Privacy & Terms − Google



Privacy & Terms

- Overview
- Privacy Policy
- Terms of Service
- Technologies
- FAQ
- Google Account

- Technologies
- Advertising
- How Google uses cookies
- How Google uses pattern recognition
- How Google uses location information
- How Google uses credit card numbers for payments
- How Google Voice works
- Google Product Privacy Guide
- How Google retains data we collect
- How Google anonymizes data

204

HOW GOOGLE RETAINS DATA WE COLLECT

We collect data as you use Google services. What we collect, why we collect it, and how you can manage your information are described in our Privacy Policy. This retention policy describes why we hold onto different types of data for different periods of time.

Some data you can delete whenever you like, some data is deleted automatically, and some data we retain for longer periods of time when necessary. When you delete data, we follow a deletion policy to make sure that your data is safely and completely removed from our servers or retained only in anonymized form. How Google anonymizes data

# Information retained until you remove it

We offer a range of services that allow you to correct or delete data stored in your Google Account. For example, you can:

- Edit your personal info
- Delete items from My Activity
- Delete content like photos and documents
- Remove a product from your Google Account
- Delete your Google Account entirely

We'll keep this data in your Google Account until you choose to remove it. And if you use our services without signing in to a Google Account, we also offer you the ability to delete some information linked to what you use to access our services, like a device, browser or app.

# Data that expires after a specific period of time

In some cases, rather than provide a way to delete data, we store it for a predetermined period of time. For each type of data, we set retention timeframes based on the reason for its collection. For example, to ensure that our services display properly on many different types of devices, we may retain browser width and height for up to 9 months. We also take steps to anonymize certain data within set time periods. For example, we anonymize advertising data in server logs by removing part of the IP address after 9 months and cookie information after 18 months.

# Information retained until your Google Account is deleted

We keep some data for the life of your Google Account if it's useful for helping us understand how users interact with our features and how we can improve our services. For example, after you delete a specific Google search from My Activity, we might keep information about how often you search

for things, but not what you searched for. When you delete your Google Account, the information about how often you search for things is also removed.

# Information retained for extended time periods for limited purposes

Sometimes business and legal requirements oblige us to retain certain information, for specific purposes, for an extended period of time. For example, when Google processes a payment for you, or when you make a payment to Google, we'll retain this data for longer periods of time as required for tax or accounting purposes. Reasons we might retain some data for longer periods of time include:

- Security, fraud & abuse prevention
- Financial record-keeping
- Complying with legal or regulatory requirements
- Ensuring the continuity of our services
- Direct communications with Google

# Enabling safe and complete deletion

When you delete data in your Google account, we immediately start the process of removing it from the product and our systems. First, we aim to immediately remove it from view and the data may no longer be used to personalize your Google experience. For example, if you delete a video you watched from your My Activity dashboard, YouTube will immediately stop showing your watch progress for that video.

We then begin a process designed to safely and completely delete the data from our storage systems. Safe deletion is important to protect our users and customers from accidental data loss. Complete deletion of data from our servers is equally important for users' peace of mind. This process generally takes around 2 months from the time of deletion. This often includes up to a month-long recovery period in case the data was removed unintentionally.

Each Google storage system from which data gets deleted has its own detailed process for safe and complete deletion. This might involve repeated passes through the system to confirm all data has been deleted, or brief delays to allow for recovery from mistakes. As a result, deletion could sometimes take longer when extra time is needed to safely and completely delete the data.

Our services also use encrypted backup storage as another layer of protection to help recover from potential disasters. Data can remain on these systems for up to 6 months.

As with any deletion process, things like routine maintenance, unexpected outages, bugs, or failures in our protocols may cause delays in the processes and timeframes defined in this article. We maintain systems designed to detect and remediate such issues.

## Security, fraud & abuse prevention

Description

To protect you, other people, and Google from fraud, abuse, and unauthorized access.

Scenarios

For example, when Google suspects someone is committing ad fraud.

## Financial record-keeping

Description

When Google is a party to a financial transaction, including when Google processes your payment or when you make a payment to Google. Lengthy retention of this information is often required for purposes such as accounting, dispute resolution and compliance with tax, escheatment, anti-money laundering, and other financial regulations.

Scenarios

For example, when you purchase apps from the Play Store or products from the Google Store.

## Complying with legal or regulatory requirements

Description

To meet any applicable law, regulation, legal process or enforceable governmental request, or is required to enforce applicable Terms of Service, including investigation of potential violations.

Scenarios

For example, if Google receives a lawful subpoena.

## Ensuring the continuity of our services

Description

To ensure continuity of service for you and other users.

Scenarios

For example, when you share information with other users (such as when you have sent an email to someone else), deleting it from your Google Account will not eliminate copies maintained by the recipients.

## Direct communications with Google

Description

If you have directly communicated with Google, through a customer support channel, feedback form, or a bug report, Google may retain reasonable records of those communications.

Scenarios

For example, when you send feedback within a Google app like GMail or Drive.

Change language: 

- Google
- About Google
- Privacy
- Terms

208

Privacy & Terms

Privacy & Terms

Sign in

- Overview
- Privacy Policy
- Terms of Service
- Technologies
- FAQ



- Overview
- Privacy Policy
- Terms of Service
- Technologies

  - Advertising

  - How Google uses cookies

  - How Google uses pattern recognition

  - How Google uses location information

  - How Google uses credit card numbers for payments

  - How Google Voice works

  - Google Product Privacy Guide

  - How Google retains data we collect
- FAQ

Google Product Privacy Guide – Privacy & Terms – Google

## Privacy & Terms

- Overview
- Privacy Policy
- Terms of Service
- Technologies
- FAQ
- Google Account

- Technologies
- Advertising
- How Google uses cookies
- How Google uses pattern recognition
- How Google uses location information
- How Google uses credit card numbers for payments
- How Google Voice works
- Google Product Privacy Guide
- How Google retains data we collect

GOOGLE PRODUCT PRIVACY GUIDE

209

Welcome! The articles in this guide will give you more information about how Google's products work and how you can manage your privacy. To learn more about what you can do to protect yourself and your family online, visit our Safety Center.

## Search

- Delete searches and browsing activity
- Your location in Search
- Remove information from Google

## YouTube

- View and manage YouTube watch history
- View and manage YouTube search history
- View and manage video privacy settings
- Control YouTube ads based on my interests
- Collection and use of information on YouTube Kids
- YouTube account settings
- YouTube video settings
- Delete your YouTube channel

## Google Maps

- See your personal places in Maps
- See your location on Maps
- Find your reservations, flight info and more in Maps
- View or delete your Google Maps history
- Manage or delete location history
- Improve your location accuracy
- See and manage your timeline
- Add, delete, or share photos of places

## Android Nexus Devices

- Manage location for your device
- Manage security settings
- Manage settings for Google apps and services on any device that has Google Play installed
- Manage your location history

- Manage location settings for apps
- Back up or restore data on your device

## Google Play

- Add an account on your device
- Manage your shared Play activity
- Read books on Google Play
- Nearby player permissions
- Sharing data with news and magazine publishers
- Sharing your game activity

## Google Drive

- Sharing basics
- Access your files offline
- Privacy and policies
- Manage your maps in Google Drive

## Google Docs (including Docs, Sheets, Slides, Forms, and Drawings)

- Sharing basics
- Publish a document, spreadsheet, presentation, or drawing

## Book Search

- Make bookshelves public or private
- Choose to link your Google Profile to Google Books
- What Google keeps track of as you use Google Books

## Google Payments

- About Google Payments
- Verify your identity
- Disable, close, or reopen your Google Payments account
- Set your payment method with a site or app

## Google Groups

- Control group permissions
- Edit group permissions
- Configure member identity settings
- Delete a post you authored
- Delete, reset or disable a group

## Gmail

- How Gmail ads work
- Choose whether to show images
- Compromised Gmail account
- Delete or restore your Gmail account
- Import, export, & sync contacts
- Gmail security checklist

## Hangouts

- Turn Hangout history on or off
- Delete your Hangout message history
- Change my status and profile picture
- Control how people get in touch with you

## Google Chrome

- Choose your privacy settings
- Delete your cache, history, and other browser data
- Manage multiple users on Chrome
- Incognito mode
- Manage and delete cookies
- Manage location sharing on Chrome
- Turn sync on or off in Chrome

## Google+

- See and edit your Google+ profile
- Delete and manage activity

- Delete your Google+ profile

## Calendar

- Control how you share your calendar with someone
- Change the privacy settings for your event
- Export your calendar

## Ads

- See our privacy information about Advertising
- Control your ads settings

## Blogger

- Edit your Blogger profile
- Export, import and delete your blog
- Control access to your blog
- Manage Google+ for Blogger

## Google Photos

- Hide where photos or videos were taken
- See albums you've shared or joined
- Share photos and videos
- Create, delete, and share photo albums
- Delete photos and videos

## Google News

- Personalization basics
- How Google News stores your settings
- News history personalization

## Google Keep

- Control sharing of notes, lists, and drawings
- Delete notes and lists
- Edit and delete reminders

## Google Analytics

- Safeguarding Google Analytics data
- Opt-out of Analytics for the web

## Google Nest

- Our commitment to privacy in the home
- Sensors in Google Nest devices
- Privacy - Google Nest connected home devices and services

For further assistance with privacy controls in our products, see our privacy troubleshooter.

Change language:  English ▼

- Google
- About Google
- Privacy
- Terms

214

Privacy & Terms

Privacy & Terms

Sign in

- Overview
- Privacy Policy
- Terms of Service
- Technologies
- FAQ



- Overview
- Privacy Policy
  - Data transfer frameworks
  - Key terms
  - Partners
  - Updates
- Terms of Service
- Technologies
- FAQ



# Privacy & Terms

- Overview
- Privacy Policy
- Terms of Service
- Technologies
- FAQ
- Google Account

- Privacy Policy
- Data transfer frameworks
- Key terms
- Partners
- Updates

KEY TERMS

- Affiliates
- Algorithm
- Application data cache
- Browser web storage
- Cookies
- Device

215

- Google Account
- IP address
- Non-personally identifiable information
- Personal information
- Pixel tag
- Referrer URL
- Sensitive personal information
- Server logs
- Unique identifiers

## Affiliates

An affiliate is an entity that belongs to the Google group of companies, including the following companies that provide consumer services in the EU: Google Ireland Limited, Google Commerce Ltd, Google Payment Corp, and Google Dialer Inc. Learn more about the companies providing business services in the EU.

## Algorithm

A process or set of rules followed by a computer in performing problem-solving operations.

## Application data cache

An application data cache is a data repository on a device. It can, for example, enable a web application to run without an internet connection and improve the performance of the application by enabling faster loading of content.

## Browser web storage

Browser web storage enables websites to store data in a browser on a device. When used in "local storage" mode, it enables data to be stored across sessions. This makes data retrievable even after a browser has been closed and reopened. One technology that facilitates web storage is HTML 5.

## Cookies

A cookie is a small file containing a string of characters that is sent to your computer when you visit a website. When you visit the site again, the cookie allows that site to recognize your browser. Cookies may store user preferences and other information. You can configure your browser to refuse all cookies or to indicate when a cookie is being sent. However, some website features or

services may not function properly without cookies. Learn more about how Google uses cookies and how Google uses data, including cookies, when you use our partners' sites or apps.

## Device

A device is a computer that can be used to access Google services. For example, desktop computers, tablets, smart speakers, and smartphones are all considered devices.

## Google Account

You may access some of our services by signing up for a Google Account and providing us with some personal information (typically your name, email address, and a password). This account information is used to authenticate you when you access Google services and protect your account from unauthorized access by others. You can edit or delete your account at any time through your Google Account settings.

## IP address

Every device connected to the Internet is assigned a number known as an Internet protocol (IP) address. These numbers are usually assigned in geographic blocks. An IP address can often be used to identify the location from which a device is connecting to the Internet.

## Non-personally identifiable information

This is information that is recorded about users so that it no longer reflects or references an individually-identifiable user.

## Personal information

This is information that you provide to us which personally identifies you, such as your name, email address, or billing information, or other data that can be reasonably linked to such information by Google, such as information we associate with your Google Account.

## Pixel tag

A pixel tag is a type of technology placed on a website or within the body of an email for the purpose of tracking certain activity, such as views of a website or when an email is opened. Pixel tags are often used in combination with cookies.

## Referrer URL

A Referrer URL (Uniform Resource Locator) is information transmitted to a destination webpage by a web browser, typically when you click a link to that page. The Referrer URL contains the URL of the last webpage the browser visited.

# Sensitive personal information

This is a particular category of personal information relating to topics such as confidential medical facts, racial or ethnic origins, political or religious beliefs, or sexuality.

# Server logs

Like most websites, our servers automatically record the page requests made when you visit our sites. These "server logs" typically include your web request, Internet Protocol address, browser type, browser language, the date and time of your request, and one or more cookies that may uniquely identify your browser.

A typical log entry for a search for "cars" looks like this:

```
123.45.67.89 - 25/Mar/2003 10:15:32 -
http://www.google.com/search?q=cars -
Firefox 1.0.7; Windows NT 5.1 -
740674ce2123e969
```

- `123.45.67.89` is the Internet Protocol address assigned to the user by the user's ISP. Depending on the user's service, a different address may be assigned to the user by their service provider each time they connect to the Internet.
- `25/Mar/2003 10:15:32` is the date and time of the query.
- `http://www.google.com/search?q=cars` is the requested URL, including the search query.
- `Firefox 1.0.7; Windows NT 5.1` is the browser and operating system being used.
- `740674ce2123a969` is the unique cookie ID assigned to this particular computer the first time it visited Google. (Cookies can be deleted by users. If the user has deleted the cookie from the computer since the last time they've visited Google, then it will be the unique cookie ID assigned to their device the next time they visit Google from that particular device).

# Unique identifiers

A unique identifier is a string of characters that can be used to uniquely identify a browser, app, or device. Different identifiers vary in how permanent they are, whether they can be reset by users, and how they can be accessed.

Unique identifiers can be used for various purposes, including security and fraud detection, syncing services such as your email inbox, remembering your preferences, and providing personalized advertising. For example, unique identifiers stored in cookies help sites display content in your browser in your preferred language. You can configure your browser to refuse all cookies or to indicate when a cookie is being sent. Learn more about how Google uses cookies.

On other platforms besides browsers, unique identifiers are used to recognize a specific device or app on that device. For example, a unique identifier such as the Advertising ID is used to provide relevant advertising on Android devices, and can be managed in your device's settings. Unique identifiers may also be incorporated into a device by its manufacturer (sometimes called a universally unique ID or UUID), such as the IMEI-number of a mobile phone. For example, a device's unique identifier can be used to customize our service to your device or analyze device issues related to our services.

Change language: [ English ▼ ]

- Google
- About Google
- Privacy
- Terms

Key terms – Privacy & Terms – Google

# Exhibit "8"



Our mission
Our commitments
Managing harmful content How does YouTube manage harmful content? Standing up to hate
How does YouTube protect the community from hate and harassment? Fighting misinformation
How does YouTube combat misinformation? Curbing extremist content How does YouTube
prevent radicalization? Supporting political integrity How does YouTube support civic
engagement and election integrity? Preventing bias What does YouTube do to prevent bias?
Fostering child safety How does YouTube help keep kids protected on the platform? Protecting
user data How does YouTube maintain user privacy? Safeguarding copyright How does
YouTube protect copyrighted content? Sharing revenue How does YouTube make money?
Promoting digital wellbeing How does YouTube support users' digital wellbeing? Responding to
COVID-19 How is YouTube supporting users during COVID-19?
Product features
YouTube Search How our search tool can help you find content you'll love Recommended
videos How we recommend content we think you'll want to watch News and information How
we provide context for your search results and videos Health information How we provide
context for health queries Monetization for Creators How Creators earn money on YouTube
YouTube Live How you can reach your community in real time with Live and Premieres
User settings
Privacy controls How we protect your information and what you can do to control your privacy
Ad Settings How our advertising works and how to customize your ad experience Parental
controls How you can create a family friendly experience Autoplay How Autoplay works and
how to turn it off
Rules and policies
Policies overview How our rules and policies help keep our platform safe Community
Guidelines How we define what we do and don't allow on YouTube Copyright How we help
Creators responsibly manage their content Monetization policies How Creators can monetize
their content as part of the YouTube Partner Program Legal removals How we approach content
that violates local law
Progress and impact
Responsibility through the years How we've been building a more responsible platform over the
years Progress on managing harmful content How we're enforcing our policies on harmful
content by the numbers Our impact How creative entrepreneurs are transforming their lives and
communities Culture and trends How to better understand the next generation of Creators and
artists Advancing sustainability How we're investing in a carbon-free future
Resources
Downloadable summaries Download shareable summaries of essential content on this website
about our responsibility efforts Advertiser resources Find resources and quick guides on Brand
Safety for advertisers Brand resources Access brand resources such as our YouTube logo, color
palettes, and permissions form
Our mission Our commitments Managing harmful content Standing up to hate Fighting
misinformation Curbing extremist content Supporting political integrity Preventing bias
Fostering child safety Protecting user data Safeguarding copyright Sharing revenue Promoting
digital wellbeing Responding to COVID-19 Product features YouTube Search Recommended
videos News and information Health information Monetization for Creators YouTube Live User

settings Privacy controls Ad Settings Parental controls Autoplay Rules and policies Policies overview Community Guidelines Copyright Monetization policies Legal removals Progress and impact Responsibility through the years Progress on managing harmful content Our impact Culture and trends Advancing sustainability Resources Downloadable summaries Advertiser resources Brand resources

Rules and policies 

# Community Guidelines

- Community Guidelines
- Developing Community Guidelines
- Enforcing Community Guidelines
  - Detecting violations
  - Allowing EDSA content
  - Taking action on violations

## Overview

YouTube has always had a set of Community Guidelines that outline what type of content isn't allowed on YouTube. These policies apply to all types of content on our platform, including videos, comments, links, and thumbnails. Our Community Guidelines are a key part of our broader suite of policies and are regularly updated in consultation with outside experts and YouTube creators to keep pace with emerging challenges.

We enforce these Community Guidelines using a combination of human reviewers and machine learning, and apply them to everyone equally—regardless of the subject or the creator's background, political viewpoint, position, or affiliation.

Our policies aim to make YouTube a safer community while still giving creators the freedom to share a broad range of experiences and perspectives.

## What areas do Community Guidelines cover?

You'll find a full list of our Community Guidelines below:

### Spam & deceptive practices

- Fake engagement
- Impersonation
- External links
- Spam, deceptive practices & scams

222

- Playlists
- Additional policies

**Sensitive content**

- Child safety
- Thumbnails
- Nudity and sexual content
- Suicide and self injury
- Vulgar language

**Violent or dangerous content**

- Harassment and cyberbullying
- Harmful or dangerous content
- Hate speech
- Violent criminal organizations
- Violent or graphic content

**Regulated goods**

- Firearms
- Sale of illegal or regulated goods or services

**Misinformation**

- Misinformation
- Elections misinformation
- COVID-19 medical misinformation

In addition to Community Guidelines, creators who want to monetize content on YouTube must comply with Monetization Policies.

# How does YouTube develop new policies and update existing ones?

Each of our policies is carefully thought through so they are consistent, well-informed, and can be applied to content from around the world. They're developed in consultation with a wide range of external industry and policy experts, as well as YouTube Creators. New policies go through multiple rounds of testing before they go live to ensure our global team of content reviewers can apply them accurately and consistently.

This work is never finished, and we are always evaluating our policies to understand how we can better strike a balance between keeping the YouTube community protected and giving everyone a voice.

## How does YouTube enforce its Community Guidelines?

500 hours of video are uploaded to YouTube every minute. That's a lot of content, which is why our teams come together to make sure that what you see on our platform follows our Community Guidelines. To do that, we combine the power of advanced machine learning systems and our community itself to flag potentially problematic content. Our expert reviewers then remove flagged content that violates our Community Guidelines.

## How does YouTube identify content that violates Community Guidelines?

With hundreds of hours of new content uploaded to YouTube every minute, we use a combination of people and machine learning to detect problematic content at scale. Machine learning is well-suited to detect patterns, which helps us to find content similar to other content we've already removed, even before it's viewed.

We also recognize that the best way to quickly remove content is to anticipate problems before they emerge. Our Intelligence Desk monitors the news, social media, and user reports to detect new trends surrounding inappropriate content, and works to make sure our teams are prepared to address them before they can become a larger issue.

## Is there a way for the broader community to flag harmful content?

The YouTube community also plays an important role in flagging content they think is inappropriate.

- If you see content that you think violates Community Guidelines, you can use our flagging feature to submit content for review.
- We developed the YouTube Trusted Flagger program to provide robust content reporting processes to non-governmental organizations (NGOs) with expertise in a policy area, government agencies, and individuals with high flagging accuracy rates. Participants receive training on YouTube policies and have a direct path of communication with our Trust & Safety specialists. Videos flagged by Trusted Flaggers are not automatically removed. They are subject to the same human review as videos flagged by any other user, but we may expedite review by our teams. NGOs also receive occasional online training on YouTube policies.

## How does YouTube treat educational, documentary, scientific, or artistic content?

Sometimes videos that might otherwise violate our Community Guidelines may be allowed to stay on YouTube if the content offers a compelling reason with visible context for viewers. We

224

often refer to this exception as "EDSA," which stands for "Educational, Documentary, Scientific or Artistic". To help determine whether a video might qualify for an EDSA exception, we look at multiple factors, including the video title, descriptions, and the context provided.

EDSA exceptions are a critical way we make sure that important speech stays on YouTube, while protecting the wider YouTube ecosystem from harmful content.

**Resources**

- [Read more about how we treat EDSA content on YouTube](#)

# What action does YouTube take for content that violates Community Guidelines?

Machine learning systems help us identify and remove spam automatically, as well as remove re-uploads of content we've already reviewed and determined violates our policies. YouTube takes action on other flagged videos after review by trained human reviewers. They assess whether the content does indeed violate our policies, and protect content that has an educational, documentary, scientific, or artistic purpose. Our reviewer teams remove content that violates our policies and age-restrict content that may not be appropriate for all audiences. Reviewers' inputs are then used to train and improve the accuracy of our systems at a much larger scale.



# Community Guidelines Strikes

If our reviewers decide that content violates our Community Guidelines, we remove the content and send a notice to the Creator. The first time a Creator violates our Community Guidelines, they receive a warning with no penalty to the channel. After one warning, we'll issue a Community Guidelines strike to the channel and the account will have temporary restrictions including not being allowed to upload videos, live streams, or stories for a 1-week period. Channels that receive three strikes within a 90-day period will be terminated. Channels that are dedicated to violating our policies or that have a single case of severe abuse of the platform, will bypass our strikes system and be terminated. All strikes and terminations can be appealed if the Creator believes there was an error, and our teams will re-review the decision.

**Resources**

- [Learn more about Community Guidelines strikes](#)
- [Appeal a Community Guidelines strike](#)

# Age-Restricting Content

Sometimes content doesn't violate our Community Guidelines, but may not be appropriate for viewers under 18 years of age. In these cases, our review team will place an age restriction on the video so it will not be visible to viewers under 18 years of age, logged-out users, or to those who have Restricted Mode enabled. Creators can also choose to age restrict their own content at upload if they think it's not suitable for younger audiences.

**Resources**

- Learn more about age-restricted content

# Related articles

- Progress on managing harmful content

  Read more

- Managing harmful content

  Read more

- Legal removals

  Read more

**Connect**

- **About YouTube**

  About Blog How YouTube Works Jobs Press YouTube Culture & Trends

- **Products**

  YouTube Go YouTube Kids YouTube Music YouTube Originals YouTube Premium YouTube Select YouTube Studio YouTube TV

- **For Business**

  Developers YouTube Advertising

- **For Creators**

  Creating for YouTube Kids Creator Academy Creator Research Creator Services Directory YouTube Artists YouTube Creators YouTube NextUp YouTube Space YouTube VR

- **Our Commitments**

  [Creators for Change CSAI Match Social Impact](#)

**About YouTube**

**Products**

**For Business**

**For Creators**

**Our Commitments**

[About Blog How YouTube Works Jobs Press YouTube Culture & Trends YouTube Go](#)
[YouTube Kids YouTube Music YouTube Originals YouTube Premium YouTube Select](#)
[YouTube Studio YouTube TV Developers YouTube Advertising Creating for YouTube Kids](#)
[Creator Academy Creator Research Creator Services Directory YouTube Artists YouTube](#)
[Creators YouTube NextUp YouTube Space YouTube VR Creators for Change CSAI Match](#)
[Social Impact](#)
[Policies & Safety Copyright Brand Guidelines Privacy Terms](#)
[Help](#)



227

11/16/21, 1:04 PM

 YouTube

Our mission        Our commitments        Product features        User settings

**RULES AND POLICIES**

# Community Guidelines



**Community Guidelines**        Developing Community Guidelines        Enforcing Community Guidelines

Overview

 **YouTube**   Our mission    Our commitments     Product features      User settings

comments, links, and thumbnails. Our Community Guidelines are a key part of our <u>principles</u> developed by an expert panel convened by the National Academy of Medicine. and are regularly updated in consultation with outside experts and YouTube creators to keep pace with emerging challenges.

We enforce these Community Guidelines using a combination of human reviewers and machine learning, and apply them to everyone equally—regardless of the subject or the creator's background, political viewpoint, position, or affiliation.

Our policies aim to make YouTube a safer community while still giving creators the freedom to share a broad range of experiences and perspectives.

## What areas do Community Guidelines cover?

You'll find a full list of our Community Guidelines below:

## Spam & deceptive practices

Fake engagement ⬈

Impersonation ⬈

External links ⬈

Spam, deceptive practices & scams ⬈

Playlists ⬈

Additional policies ⬈

11/16/21, 1:04 PM

▶ YouTube    Our mission    Our commitments    Product features    User settings

Sensitive content

Child safety ⬈

Thumbnails ⬈

Nudity and sexual content ⬈

Suicide and self-harm ⬈

Vulgar language ⬈


## Violent or dangerous content

Harassment and cyberbullying ⬈

Harmful or dangerous content ⬈

Hate speech ⬈

Violent criminal organizations ⬈

Violent or graphic content ⬈

## Regulated goods

Firearms ⬈

Sale of illegal or regulated goods or services ⬈

## Misinformation

 **YouTube**    Our mission    Our commitments    Product features    User settings

Elections misinformation ⬈

COVID-19 medical misinformation ⬈

Vaccine misinformation ⬈

In addition to Community Guidelines, creators who want to monetize content on YouTube must comply with Monetization Policies.

# Related articles

## Progress on managing harmful content

**READ MORE**

## Managing harmful content

**READ MORE**

## Legal removals

**READ MORE**

**Connect**            

11/16/21, 1:04 PM



Our mission        Our commitments        Product features        User settings



Policies & Safety      Copyright      Brand Guidelines      Privacy      Terms

Help        English        ▼

YouTube Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunity

# YouTube's Community Guidelines

When you use YouTube, you join a community of people from all over the world. The guidelines below help keep YouTube fun and enjoyable for everyone.

If you see content that you think violates these guidelines, use the flagging feature to submit it for review by our YouTube staff.

## Spam & deceptive practices

The YouTube Community is one that's built on trust. Content that intends to scam, mislead, spam, or defraud other users isn't allowed on YouTube.

Spam, deceptive practices, & scams policies
Impersonation policy
External links policy
Fake engagement policy
Additional policies

## Sensitive content

We hope to protect viewers, creators, and especially minors. That's why we've got rules around keeping children safe, sex & nudity, and self harm. Learn what's allowed on YouTube and what to do if you see content that doesn't follow these policies.

Nudity & sexual content policies
Thumbnails policy
Child safety policy



233

Suicide & self-injury policy

## Violent or dangerous content

Hate speech, predatory behavior, graphic violence, malicious attacks, and content that promotes harmful or dangerous behavior isn't allowed on YouTube.

Harmful or dangerous content policies
Violent or graphic content policies
Violent criminal organizations policy
Hate speech policy
Harassment & cyberbullying policies

## Regulated goods

Certain goods can't be sold on YouTube. Find out what's allowed—and what isn't.

Sale of illegal or regulated goods or services policies
Firearms policy

## Misinformation

Certain types of misleading or deceptive content with serious risk of egregious harm are not allowed on YouTube. This includes certain types of misinformation that can cause real-world harm, like promoting harmful remedies or treatments, certain types of technically manipulated content, or content interfering with democratic processes.

Misinformation policies
Elections misinformation policies
COVID-19 medical misinformation policies

*Please take these rules seriously. If a YouTube creator's on- and/or off-platform behavior harms our users, community, employees or ecosystem, we may respond based on a number of factors including, but not limited to, the egregiousness of their actions and whether a pattern of harmful behavior exists. Our response will range from suspending a creator's privileges to account termination.*

Visit Creator Academy for more

234

Would you rather learn about our Community Guidelines through videos and quizzes?
Check out our new Creator Academy course.
Give feedback about this article
Choose a section to give feedback on



Was this helpful?
YesNo

Submit

# Help

- Coronavirus disease 2019 (COVID-19) updates
- Monetization update on COVID-19 content
- YouTube's Community Guidelines
- YouTube policies
- Reporting and enforcement
- Privacy and safety center
- Copyright and rights management

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands

**235**

16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- Help Center

  ○ Fix a problem

- o [Watch videos](#)

- o [Manage your account & settings](#)

- o [Supervised experience on YouTube](#)

- o [Join & manage YouTube Premium](#)

- o [Create & grow your channel](#)

- o [Monetize with the YouTube Partner Program](#)

- o [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program

Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows

Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues

Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube

YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers

YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

## What is the issue with this selection?

☐

Inaccurate - doesn't match what I see in the product

☐

Hard to understand - unclear or translation is wrong

☐

Missing info - relevant but not comprehensive

☐

Irrelevant - doesn't match the title and / or my expectations

☐

Minor errors - formatting issues, typos, and / or broken links

☐

Other suggestions - ideas to improve the content

## Share additional info or suggestions



Do not share any personal info
Cancel
Submit
By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.

# Spam, deceptive practices, & scams policies



Spam, Deceptive Practices & Scams Policy: YouTube Community Guidelines

The safety of our creators, viewers, and partners is our highest priority. We look to each of you to help us protect this unique and vibrant community. It's important you understand our Community Guidelines, and the role they play in our shared responsibility to keep YouTube safe. **Take the time to carefully read the policy below.** You can also check out this page for a full list of our guidelines.

**Note:** We recently reorganized our Community Guidelines to provide further clarity around our policies related to Misinformation on YouTube. To review these policies, check out our articles on Misinformation and Elections misinformation.

YouTube doesn't allow spam, scams, or other deceptive practices that take advantage of the YouTube community. We also don't allow content where the main purpose is to trick others into leaving YouTube for another site.

If you find content that violates this policy, report it. Instructions for reporting violations of our Community Guidelines are available here. If you've found a few videos or comments that you would like to report, you can report the channel.

## What these policies mean for you

**If you're posting content**

Don't post content on YouTube if it fits any of the descriptions noted below.

- **Video Spam:** Content that is excessively posted, repetitive, or untargeted and does one or more of the following:
  - Promises viewers they'll see something but instead directs them off site.
  - Gets clicks, views, or traffic off YouTube by promising viewers that they'll make money fast.
  - Sends audiences to sites that spread harmful software, try to gather personal info, or other sites that have a negative impact.
- **Misleading Metadata or Thumbnails:** Using the title, thumbnails, description to trick users into believing the content is something it is not.
- **Scams:** Content offering cash gifts, "get rich quick" schemes or pyramid schemes (sending money without a tangible product in a pyramid structure).

- **Incentivization Spam**: Content that sells engagement metrics such as views, likes, comments, or any other metric on YouTube. This type of spam can also includes content where the only purpose is to boost subscribers, views, or other metrics. For example, offering to subscribe to another creator's channel solely in exchange for them subscribing to your channel, also known as "Sub4Sub" content.
- **Comments Spam**: Comments where the sole purpose is to gather personal info from viewers, misleadingly drive viewers off YouTube, or perform any of the prohibited behaviors noted above.
- **Repetitive comments**: Leaving large amounts of identical, untargeted or repetitive comments.
- **Live Stream Abuse**: Live streams intended to stream content that belongs to somebody else and are not corrected after repeated warnings of possible abuse. Channel owners should actively monitor their live streams and correct any potential issues in a timely manner.

This policy applies to videos, video descriptions, comments, live streams, and any other YouTube product or feature. Keep in mind that this isn't a complete list. Please note these policies also apply to <u>external links</u> in your content. This can include clickable URLs, verbally directing users to other sites in video, as well as other forms.

**Note**: You're allowed to encourage viewers to subscribe, hit the like button, share, or leave a comment.

Video Spam

Misleading metadata or thumbnails

Scams

Incentivization Spam

Comments Spam

Live Stream Abuse

Remember these are just some examples, and don't post content if you think it might violate this policy.

## What happens if content violates this policy

If your content violates this policy, we'll remove the content and send you an email to let you know. If this is your first time violating our Community Guidelines, you'll likely get a warning with no penalty to your channel. If it's not, we may issue a strike against your channel. If you get 3 strikes within 90 days, your channel will be terminated. You can learn more about our strikes system here.

We may terminate your channel or account for repeated violations of the Community Guidelines or Terms of Service. We may also terminate your channel or account after a single case of severe abuse, or when the channel is dedicated to a policy violation. You can learn more about channel or account terminations here.

YouTube Help

Sign in

Send feedback on...



This help content & information

General Help Center experience

Next

Help CenterCommunity

# Impersonation policy

The safety of our creators, viewers, and partners is our highest priority. We look to each of you to help us protect this unique and vibrant community. It's important you understand our Community Guidelines, and the role they play in our shared responsibility to keep YouTube safe. Take the time to carefully read the policy below. You can also check out this page for a full list of our guidelines.

Content intended to impersonate a person or channel is not allowed on YouTube. YouTube also enforces trademark holder rights. When a channel, or content in the channel, causes confusion about the source of goods and services advertised, it may not be allowed.

If you see content that violates this policy, please report it.

- If you feel that yours or another creator's channel is being impersonated, you can report the channel by following the instructions here.

## What these policies mean for you

### If you're posting content

Don't post content on YouTube if it fits any of the descriptions noted below.

- Channel impersonation: A channel that copies another channel's profile, background, or overall look and feel in such a way that makes it look like someone else's channel. The channel does not have to be 100% identical, as long as the intent is clear to copy the other channel.
- Personal impersonation: Content intended to look like someone else is posting it.

# Examples

Here are some examples of content that's not allowed on YouTube.

- Channels with the same name and image as another channel, with the only difference being a space inserted into the name or a zero replacing the letter O.
- Using someone else's real name, user name, image, brand, logo, or other personal information to trick people into believing you are that person.
- Exactly matching a channel description to another channel.
- Setting up a channel using the name and image of a person, and then pretending that person is posting content to the channel.
- Setting up a channel using the name and image of a person, and then posting comments on other channels as if they were posted by the person.
- Channels claiming to be a "fan account," but actually posing as another's channel and reuploading their content.
- Channels impersonating an existing news channel.

Please remember these are just some examples, and don't post content if you think it might violate this policy.

# What happens if content violates this policy

If your content violates this policy, we'll remove the content and send you an email to let you know. If this is your first time violating our Community Guidelines, you'll likely get a warning with no penalty to your channel. If it's not, we may issue a strike against your channel. If you get 3 strikes within 90 days, your channel will be terminated. You can learn more about our strikes system here.

We may terminate your channel or account for repeated violations of the Community Guidelines or Terms of Service. We may also terminate your channel or account after a single case of severe abuse, or when the channel is dedicated to a policy violation. You can learn more about channel or account terminations here.

Give feedback about this article
Choose a section to give feedback on



Was this helpful?
YesNo

Submit

**243**

# YouTube policies

- Spam, deceptive practices, & scams policies
- Impersonation policy
- External links policy
- Fake engagement policy
- Additional policies
- Playlists policy

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά

29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- [Help Center](#)

  - [Fix a problem](#)

  - [Watch videos](#)

  - [Manage your account & settings](#)

  - [Supervised experience on YouTube](#)

**245**

- o  [Join & manage YouTube Premium](#)

- o  [Create & grow your channel](#)

- o  [Monetize with the YouTube Partner Program](#)

- o  [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program

Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows

Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues

Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube

YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers

YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

## What is the issue with this selection?



Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

## Share additional info or suggestions

Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.



YouTube Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunity

# External links policy

The safety of our creators, viewers, and partners is our highest priority. We look to each of you to help us protect this unique and vibrant community. It's important you understand our Community Guidelines, and the role they play in our shared responsibility to keep YouTube safe. Take the time to carefully read the policy below. You can also check out this page for a full list of our guidelines.

Links that send users to websites featuring content that violates our Community Guidelines are not allowed on YouTube.

If you find content that violates this policy, report it. Instructions for reporting violations of our Community Guidelines are available here. If you've found a few videos or comments that you would like to report, you can report the channel.

## What this policy means for you

### If you're posting content

Don't post links in your content on YouTube if they fit any of the descriptions noted below.

- Links to pornography
- Links to websites or apps that install malware
- Links to websites or apps phishing for a user's login credentials, financial information, etc.
- Links to websites, apps, or other information technology that give unauthorized free access to audio content, audiovisual content, full video games, software, or streaming services that normally require payment

- Links to websites that seek to raise funds or recruit for terrorist organizations
- Links to sites containing Child Sexual Abuse Imagery (CSAI)
- Links to sites selling items noted in our regulated goods guidelines

This policy applies to videos, video descriptions, comments, live streams, and any other YouTube product or feature. Please note this is not a complete list.

Note: Affiliate content doesn't violate YouTube's Terms of Use. However, massively posting affiliate content in dedicated accounts may violate our policies around spam. You can learn more about what's allowed in our Spam, deceptive practices & scams policies.

## Examples

Here are some examples of content that's not allowed on YouTube.

- A video featuring sexually themed content whose description says "click here to see what YouTube won't allow!" and contains a link to a pornographic site.
- A gameplay video whose description contains a link to a website promising free in-game currency or online store credit but really links to a site that infects the user's computer with malware.
- Posting a link to a phishing site that steals users' banking logins and passwords.
- Instructing viewers to copy and paste an unclickable link in the video that takes them to a pornographic or spammy site.
- Any link leading users to a website, file hosting service, etc. that allows them to access or download child sexual abuse imagery.

Please remember these are just some examples, and don't post content if you think it might violate this policy.

## What happens if content violates this policy

If your content violates this policy, we'll remove the content and send you an email to let you know. If this is your first time violating our Community Guidelines, you'll likely get a warning with no penalty to your channel. If it's not, we may issue a strike against your channel. If you get 3 strikes within 90 days, your channel will be terminated. You can learn more about our strikes system here.

We may terminate your channel or account for repeated violations of the Community Guidelines or Terms of Service. We may also terminate your channel or account after a single case of severe abuse, or when the channel is dedicated to a policy violation. You can learn more about channel or account terminations here.

Give feedback about this article

**249**

Choose a section to give feedback on



Was this helpful?
YesNo

Submit

# YouTube policies

- Spam, deceptive practices, & scams policies
- Impersonation policy
- External links policy
- Fake engagement policy
- Additional policies
- Playlists policy

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service


English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)

20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- Help Center

  o Fix a problem

  o Watch videos

- o [Manage your account & settings](#)

- o [Supervised experience on YouTube](#)

- o [Join & manage YouTube Premium](#)

- o [Create & grow your channel](#)

- o [Monetize with the YouTube Partner Program](#)

- o [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program

Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows

Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues

Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube

YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

## What is the issue with this selection?



Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

## Share additional info or suggestions

Do not share any personal info
Cancel
Submit
By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.



YouTube Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunity

# Fake engagement policy

The safety of our creators, viewers, and partners is our highest priority. We look to each of you to help us protect this unique and vibrant community. It's important you understand our Community Guidelines, and the role they play in our shared responsibility to keep YouTube safe. Take the time to carefully read the policy below. You can also check out this page for a full list of our guidelines.

YouTube doesn't allow anything that artificially increases the number of views, likes, comments, or other metrics either by using automatic systems or serving up videos to unsuspecting viewers. Also, content that solely exists to incentivize viewers for engagement (views, likes, comments, etc) is prohibited.

Content and channels that don't follow this policy may be terminated and removed from YouTube.

Important:  If you hire someone to promote your channel, their decisions may impact your channel. Any method that violates our policies may result in content removal or a channel takedown, whether it's an action taken by you or someone you've hired.

We consider engagement to be legitimate when a human user's primary intent is to authentically interact with the content. We consider engagement illegitimate, for example, when it results from coercion or deception, or when the sole purpose of the engagement is financial gain.

If you find content that violates this policy, report it. Instructions for reporting violations of our Community Guidelines are available here. If you've found a few videos or comments that you would like to report, you can report the channel.

# What this policy means for you

**If you're posting content**

Don't post content on YouTube if it fits any of the descriptions noted below.

- Links to or promotes third-party services that artificially inflate metrics like views, likes, and subscribers
- Content linking to or promoting third-party view count or subscriber gaming websites or services
- Offering to subscribe to another creator's channel only if they subscribe to your channel ("sub4sub")
- Note: You're allowed to encourage viewers to subscribe, hit the like button, share, or leave a comment
- Content featuring a creator purchasing their views from a third party with the intent of promoting the service

This policy applies to videos, video descriptions, comments, live streams, and any other YouTube product or feature. Keep in mind that this isn't a complete list.

## How engagement is measured

## Examples

Here are some examples of content that's not allowed on YouTube.

- A video testimonial in which a creator shows themselves successfully purchasing artificial page traffic from a third party
- A video in which a creator links to a third party artificial page traffic provider in a promotional or supportive context. For example: "I got 1 million subscribers on this video in a day and you can too!"
- A video that tries to force or trick viewers into watching another video through deceptive means (for example: a misleadingly labeled info card)
- Channels dedicated to artificial channel engagement traffic or promoting businesses that exist for this sole purpose

Remember these are just some examples, and don't post content if you think it might violate this policy.

# What happens if content violates this policy

If your content violates this policy, we'll remove the content and send you an email to let you know. If this is your first time violating our Community Guidelines, you'll likely get a

warning with no penalty to your channel. If it's not, we may issue a strike against your channel. If you get 3 strikes within 90 days, your channel will be terminated. You can learn more about our strikes system here.

We may terminate your channel or account for repeated violations of the Community Guidelines or Terms of Service. We may also terminate your channel or account after a single case of severe abuse, or when the channel is dedicated to a policy violation. You can learn more about channel or account terminations here.

Give feedback about this article
Choose a section to give feedback on



Was this helpful?
YesNo

Submit

# YouTube policies

- Spam, deceptive practices, & scams policies
- Impersonation policy
- External links policy
- Fake engagement policy
- Additional policies
- Playlists policy

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski

257

10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...

This help content & information General Help Center experience



Google Help

- [Help Center](#)

- ○ [Fix a problem](#)

- ○ [Watch videos](#)

- ○ [Manage your account & settings](#)

- ○ [Supervised experience on YouTube](#)

- ○ [Join & manage YouTube Premium](#)

- ○ [Create & grow your channel](#)

- ○ [Monetize with the YouTube Partner Program](#)

- ○ [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)


- [YouTube Terms of Service](#)


- [Submit feedback](#)


Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program

Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows

Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues

Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube

YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management


# What is the issue with this selection?

Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links



Other suggestions - ideas to improve the content

# Share additional info or suggestions



Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, [account & system info](#) to improve services, per our [Privacy](#) & [Terms](#).



YouTube Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunity

# Additional policies

## Inactive accounts policy

In general, users are expected to be active members within the YouTube community. If an account is found to be overly inactive, the account may be reclaimed by YouTube without notice. Inactivity may be considered as:

- Not logging into the site for at least six months
- Never having uploaded video content
- Not actively partaking in watching or commenting on videos or channels

## Encouraging Terms of Service violations

If you post content that encourages other users to violate our Terms of Service, the content may be removed, your account may be penalized, and in some cases your account may be terminated.

## Posting previously removed content

If you post content previously removed for violating our Terms of Service, or content from creators who have been terminated under our Terms, the content may be removed, your account may be penalized, and in some cases your account may be terminated.

## Age requirements on Google products

We may ask you to confirm your age if we think that you are not old enough to use YouTube. You can learn more about this process here.

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

# YouTube policies

- Spam, deceptive practices, & scams policies
- Impersonation policy
- External links policy
- Fake engagement policy
- Additional policies
- Playlists policy

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk

263

17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- Help Center

    o Fix a problem

- o [Watch videos](#)

- o [Manage your account & settings](#)

- o [Supervised experience on YouTube](#)

- o [Join & manage YouTube Premium](#)

- o [Create & grow your channel](#)

- o [Monetize with the YouTube Partner Program](#)

- o [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program

Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows

Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues

Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube

YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers

YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

## What is the issue with this selection?

☐
Inaccurate - doesn't match what I see in the product

☐
Hard to understand - unclear or translation is wrong

☐
Missing info - relevant but not comprehensive

☐
Irrelevant - doesn't match the title and / or my expectations

☐
Minor errors - formatting issues, typos, and / or broken links

☐
Other suggestions - ideas to improve the content

## Share additional info or suggestions



Do not share any personal info
Cancel
Submit
By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.



YouTube Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunity

# Nudity & sexual content policies

The safety of our creators, viewers, and partners is our highest priority. We look to each of you to help us protect this unique and vibrant community. It's important you understand our Community Guidelines, and the role they play in our shared responsibility to keep YouTube safe. Take the time to carefully read the policy below. You can also check out this page for a full list of our guidelines.

Explicit content meant to be sexually gratifying is not allowed on YouTube. Posting pornography may result in content removal or channel termination. Videos containing fetish content will be removed or age-restricted. In most cases, violent, graphic, or humiliating fetishes are not allowed on YouTube.

If you find content that violates this policy, report it. Instructions for reporting violations of our Community Guidelines are available here. If you've found a few videos or comments that you would like to report, you can report the channel.

Sexually explicit content featuring minors and content that sexually exploits minors is not allowed on YouTube. We report content containing child sexual abuse imagery to the National Center for Missing and Exploited Children, who work with global law enforcement agencies.

## What this policy means for you

If you're posting content

Don't post content on YouTube if it has any of the items below. Explicit content featuring the below policy violations could result in channel termination.

- Depiction of genitals, breasts, or buttocks (clothed or unclothed) for the purpose of sexual gratification
- Pornography or depicting sexual acts, genitals, or fetishes for the purpose of sexual gratification on any surface (such as video, text, audio, images)

## Other types of content that violate this policy
### Age-restricted content

We may age-restrict content if it includes nudity or other sexual content but doesn't depict anything described above. We consider the following when deciding whether to age-restrict or remove content.

- Whether breasts, buttocks or genitals (clothed or unclothed) are the focal point of the video
- Whether the subject is depicted in a pose that is intended to sexually arouse the viewer
- Whether the language used in the video is graphic or lewd
- Whether the subject's actions in the video invite sexual activity, such as by kissing, provocative dancing, or fondling
- Whether the clothing would be generally unacceptable in public contexts, such as lingerie
- Whether sexual imagery or audio has been blurred, masked, or obscured
- Whether sexual imagery or audio is fleeting or prolonged in the content
- Whether the content invites others to participate in a challenge involving sexual acts

Please note this is not a complete list.

This policy applies to videos, video descriptions, comments, live streams, and any other YouTube product or feature. Remember these are just some examples, and don't post content if you think it might violate this policy.

## Educational content

## Examples

Here are some examples of content that's not allowed on YouTube.

- Clips extracted from non-pornographic films, shows, or other content in order to isolate sexual content (real world or artistic)
- Groping, pantsing, public masturbation, upskirting, voyeurism, predatory exhibitionism, or any other content that depicts someone in a sexualized manner without their consent

Remember these are just some examples, and don't post content if you think it might violate this policy.

## More examples

## What happens if content violates this policy

If your content violates this policy, we'll remove the content and send you an email to let you know. If this is your first time violating our Community Guidelines, you'll likely get a warning with no penalty to your channel. If it's not, we may issue a strike against your channel. If you get 3 strikes within 90 days, your channel will be terminated. You can learn more about our strikes system here.

We may terminate your channel or account for repeated violations of the Community Guidelines or Terms of Service. We may also terminate your channel or account after a single case of severe abuse, or when the channel is dedicated to a policy violation. You can learn more about channel or account terminations here.

If your content contains pornography, we may terminate your channel.

 Visit Creator Academy for more

Would you rather learn more about our Community Guidelines through videos and quizzes? Check out our new Creator Academy course.

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

## YouTube policies

- Nudity & sexual content policies
- Thumbnails policy
- Child safety policy
- Suicide & self-injury policy
- Vulgar language policy

270

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）

38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- [Help Center](#)

  - [Fix a problem](#)

  - [Watch videos](#)

  - [Manage your account & settings](#)

  - [Supervised experience on YouTube](#)

  - [Join & manage YouTube Premium](#)

  - [Create & grow your channel](#)

  - [Monetize with the YouTube Partner Program](#)

- o [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program

Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows

Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues

Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube

YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers

YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

# What is the issue with this selection?


Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

# Share additional info or suggestions

Do not share any personal info
Cancel
Submit
By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.



YouTube Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunity

# Thumbnails policy

The safety of our creators, viewers, and partners is our highest priority. We look to each of you to help us protect this unique and vibrant community. It's important you understand our Community Guidelines, and the role they play in our shared responsibility to keep YouTube safe. Take the time to carefully read the policy below. You can also check out this page for a full list of our guidelines.

Thumbnails that violate our Community Guidelines are not allowed on YouTube.

If you see thumbnails that violate this policy, report them. Instructions for reporting violations of our Community Guidelines are available here. If you've found a few videos or comments that you would like to report, you can report the channel.

## What this means for you

Don't post a thumbnail on YouTube that fits any of the descriptions noted below.

- Thumbnails that include pornographic images depicting sexual acts, nudity, or other sexually gratifying imagery
- Violent imagery intended to shock or disgust
- Graphic or disturbing imagery with blood or gore
- Thumbnails with vulgar or lewd language
- Thumbnails misleading viewers into thinking they're about to view something that's not in the video

Note this is not a complete list.

# Thumbnails that don't violate our policies, but aren't appropriate for all audiences

Sometimes, a thumbnail may not be appropriate for all audiences, but doesn't violate our Community Guidelines. When that happens, we may place an age-restriction on the video or we may remove the thumbnail, but we won't issue a strike on your channel. We'll let you know we removed it and you'll be able to upload another thumbnail.

Here's what we consider when we remove or age-restrict these kinds of thumbnails:

- Whether breasts, buttocks or genitals (clothed or unclothed) are the focal point of the thumbnail
- Whether the subject is depicted in a pose or clothing that is intended to sexually arouse the viewer
- Whether violent or gory imagery is the focal point of the thumbnail
- Whether written text is intended to be vulgar or shock or disgust viewers
- Whether the title, description, tags, or other data indicate an intent to shock or disgust viewers

## What happens when thumbnails violate our policies

If your thumbnail contains pornography, we may terminate your channel. If your thumbnail violates other policies, we'll age-restrict your video or remove the thumbnail and may issue a strike against your account. If this is the first time you've posted content that violates our Community Guidelines, you'll get a warning with no penalty to your channel. If it's not, we'll issue a strike against your channel. Your channel will be terminated if you get 3 strikes. You can learn more about our strikes system here.

We may terminate your channel or account for repeated violations of the Community Guidelines or Terms of Service. We may also terminate your channel or account after a single case of severe abuse, or when the channel is dedicated to a policy violation. You can learn more about channel or account terminations here.

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

276

# YouTube policies

- Nudity & sexual content policies
- Thumbnails policy
- Child safety policy
- Suicide & self-injury policy
- Vulgar language policy

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български

30. русский
31. српски
32. українська
33. עברית.
34. العربية.
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- [Help Center](#)

    o [Fix a problem](#)

    o [Watch videos](#)

    o [Manage your account & settings](#)

    o [Supervised experience on YouTube](#)

    o [Join & manage YouTube Premium](#)

- o [Create & grow your channel](#)

- o [Monetize with the YouTube Partner Program](#)

- o [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program
Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows
Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues
Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium

membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube

YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers

YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

# What is the issue with this selection?

Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

# Share additional info or suggestions



Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.



YouTube Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunity

# Child safety policy

The safety of our creators, viewers, and partners is our highest priority. We look to each of you to help us protect this unique and vibrant community. It's important you understand our Community Guidelines, and the role they play in our shared responsibility to keep YouTube safe. Take the time to carefully read the policy below. You can also check out this page for a full list of our guidelines.

Update: Content that targets young minors and families but contains sexual themes, violence, obscene, or other mature themes not suitable for young audiences, is not allowed on YouTube. In addition to your titles, descriptions, and tags, ensure your audience selection matches the audience your content is suitable for.

YouTube doesn't allow content that endangers the emotional and physical well-being of minors. A minor is defined as someone under the legal age of majority -- usually anyone younger than 18 years old in most countries/regions.

If you find content that violates this policy, report it. If you believe that a child is in danger, you should get in touch with your local law enforcement to report the situation immediately.

Instructions for reporting violations of our Community Guidelines are available here. If you've found multiple videos or comments that you would like to report, you can report the channel.

## What this policy means for you

### If you're posting content

Don't post content on YouTube if it fits any of the descriptions below.

- Sexualization of minors: Sexually explicit content featuring minors and content that sexually exploits minors. We report content containing child sexual abuse imagery to the National Center for Missing and Exploited Children, who work with global law enforcement agencies.
- Harmful or dangerous acts involving minors: Content showing a minor participating in dangerous activities or encouraging minors to do dangerous activities. Never put minors in harmful situations that may lead to injury, including dangerous stunts, dares, or pranks.
- Infliction of emotional distress on minors: Content that could cause minor participants or viewers emotional distress, including:
- Exposing minors to mature themes
- Simulating parental abuse
- Coercing minors
- Violence
- Misleading family content: Content that targets young minors and families, but contains:
- Sexual themes
- Violence
- Obscenity or other mature themes not suitable for young audiences
- Family friendly cartoons that target young minors and contain adult or age-inappropriate themes such as violence, sex, death, drugs and more. Make sure your titles, descriptions, and tags match the audience you're targeting. In addition, ensure your audience selection accurately represents the audience your content is suitable for. You can also age restrict your content upon upload if it's intended for mature audiences.
- Cyberbullying and harassment involving minors: Content that:
- Targets individuals for abuse or humiliation
- Reveals personal information like email addresses or bank account numbers
- Records someone without their consent
- Sexually harasses
- Encourages others to bully or harass

This policy applies to videos, video descriptions, comments, Stories, Community posts, live streams, playlists, and any other YouTube product or feature. Please note this is not a complete list.

Age-restricted content
Content featuring minors

# Examples

Here are some examples of content not allowed on YouTube.

- A video featuring minors involved in provocative, sexual, or sexually suggestive activities, challenges and dares, such as kissing or groping.

- Showing minors involved in dangerous activities. For example, physical stunts, using weapons or explosives, or using a controlled substance like alcohol or nicotine.
- A video with tags like "for children", or whose audience is set to "Yes, it's made for kids", featuring family friendly cartoons engaging in inappropriate acts like injecting needles.

Remember these are just some examples, and don't post content if you think it might violate this policy.

## More examples

## What happens if content violates this policy

If your content violates this policy, we'll remove the content and send you an email to let you know. If this is your first time violating our Community Guidelines, you'll likely get a warning with no penalty to your channel. If it's not, we may issue a strike against your channel. If you get 3 strikes within 90 days, your channel will be terminated. You can learn more about our strikes system here.

We may terminate your channel or account for repeated violations of the Community Guidelines or Terms of Service. We may also terminate your channel or account after a single case of severe abuse, or when the channel is dedicated to a policy violation. You can learn more about channel or account terminations here.

We have zero tolerance for predatory behavior on YouTube. If we think a child is in danger based on reported content, we'll help law enforcement investigate the content.

 Visit Creator Academy for more

Would you rather learn about our Community Guidelines through videos and quizzes? Check out our new Creator Academy course.

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

283

## YouTube policies

- Nudity & sexual content policies
- Thumbnails policy
- Child safety policy
- Suicide & self-injury policy
- Vulgar language policy

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български

30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- [Help Center](#)

  - [Fix a problem](#)

  - [Watch videos](#)

  - [Manage your account & settings](#)

  - [Supervised experience on YouTube](#)

  - [Join & manage YouTube Premium](#)

- o [Create & grow your channel](#)

- o [Monetize with the YouTube Partner Program](#)

- o [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program
Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows
Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues
Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium

membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube

YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers

YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

## What is the issue with this selection?



Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

## Share additional info or suggestions

Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, <u>account & system info</u> to improve services, per our <u>Privacy</u> & <u>Terms</u>.

287



YouTube Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunity

# Suicide & self-injury policy

The safety of our creators, viewers, and partners is our highest priority. We look to each of you to help us protect this unique and vibrant community. It's important you understand our Community Guidelines, and the role they play in our shared responsibility to keep YouTube safe. Take the time to carefully read the policy below. You can also check out this page for a full list of our guidelines.

At YouTube, we take the health and well-being of all our creators and viewers seriously. Awareness and understanding of mental health is important and we support creators sharing their stories, such as posting content discussing their experiences with depression, self-harm, or other mental health issues.

We do not, however, allow content on YouTube that promotes suicide, self-harm, or is intended to shock or disgust users.

## What to do if you find this content

If you come across content in which someone expresses suicidal thoughts or is engaging in self-harm, please contact local emergency services immediately for help and flag the video to bring it to our immediate attention.

## What to do if you need support

If you are depressed, having thoughts of suicide, or self-harming, know there is help and you're not alone. Many people turn to suicidal thinking and self-harm as ways to cope with painful emotions. Talking to a specialist can help you identify healthy, effective coping strategies and develop skills to manage difficult feelings.

Below is a list of suicide prevention organizations dedicated to helping those in need in different countries and regions. The websites www.befrienders.org and suicide.org also have extensive lists of organizations.

| | | |
|---|---|---|
| Australia | Lifeline Australia | 13 11 14 |
| | Kids Helpline | 1800 55 1800 |
| Argentina | Centro de Asistencia al Suicida - Buenos Aires | 135 (desde Capital y Gran Buenos Aires) |
| | | (011) 5275-1135 (desde todo el país) |
| Brazil | Centro de Valorização da Vida | 188 |
| Belgium | Centre de Prévention du Suicide / Zelfmoordlijn 1813C | 0800 32 123 |
| | | 1813 |
| Bulgaria | Български Червен Кръст | 02 492 30 30 |
| Czech Republic | Psychiatrická léčebna Bohnice - Centrum krizové intervence | +420 284 016 666 |
| Denmark | Livslinien | 70201201 |
| France | S.O.S Amitié | 09 72 39 40 50 |
| Finland | Suomen Mielenterveysseura / Kansallinen kriisipuhelin | 09-2525-0111 |
| Germany | Telefonseelsorge | 0800-1110111 |
| Greece | ΚΛΙΜΑΚΑ | 1018 |
| | | 801 801 99 99 |
| Hong Kong | 香港撒瑪利亞防止自殺會 | 2389 2222 |
| Hungary | S.O.S. Telefonos Lelki Elsősegély Szolgálat | 06 1 116-123 |
| India | आसरा | 91-9820466726 |
| | AASRA | |
| Ireland | Samaritans | 116 123 |
| Israel | ער"ן - עזרה ראשונה נפשית | 1201 |
| Italy | Samaritans Onlus | 800 86 00 22 |
| Japan | こころの健康相談統一ダイヤル | 0570-064-556 |
| New Zealand | Lifeline New Zealand | 0800 543 354 |
| Netherlands | Stichting 113Online | 0900-0113 |
| Singapore | Samaritans of Singapore | 1800-221-4444 |
| Spain | Telèfon de l'Esperança de Barcelona | 93 414 48 48 |
| | Teléfono de la Esperanza | 717 003 717 |
| South Korea | 한국자살예방협회 | 1393 |
| Taiwan | 生命線協談專線 | 1995 |
| Thailand | กรมสุขภาพจิต กระทรวงสาธารณสุข | 1323 |
| United Kingdom | Samaritans | 116 123 |

**289**

| United States of America | National Suicide Prevention Lifeline | 1-800-273-8255 |
| | Crisis Text Line | Text HOME to 741-741 |

If you are looking for educational resources about self-harm, visit the following websites:

- Visit www.selfinjury.com: S.A.F.E Alternatives is a network and educational resource base committed to helping end self-harming behavior.
- Visit www.sioutreach.org: SiOS is an outreach initiative providing information and resources about self-harm to those who self-harm, those who have recovered, and those who want to help.

## Guidelines for posting mental health-related content

YouTube users should not be afraid to speak openly about the topics of mental health or self-harm. However please don't post content on YouTube if it fits any of the descriptions noted below:

- Promoting or glorifying suicide
- Providing instructions on how to self-harm or die by suicide
- Graphic images of self-harm posted to shock or disgust viewers

This Community Guidelines policy applies to videos, video descriptions, comments, live streams, and any other YouTube product or feature. Please note this is not a complete list.

## What happens if content violates this policy

If your content violates this policy, we'll remove the content and send you an email to let you know. If this is your first time violating our Community Guidelines, you'll likely get a warning with no penalty to your channel. If it's not, we may issue a strike against your channel. If you get 3 strikes within 90 days, your channel will be terminated. You can learn more about our strikes system here.

We may terminate your channel or account for repeated violations of the Community Guidelines or Terms of Service. We may also terminate your channel or account after a single case of severe abuse, or when the channel is dedicated to a policy violation. You can learn more about channel or account terminations here.

Give feedback about this article
Choose a section to give feedback on

Was this helpful?

290

YesNo



Submit

# YouTube policies

- Nudity & sexual content policies
- Thumbnails policy
- Child safety policy
- Suicide & self-injury policy
- Vulgar language policy

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi

291

24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- Help Center

  o Fix a problem

  o Watch videos

  o Manage your account & settings

- o [Supervised experience on YouTube](#)

- o [Join & manage YouTube Premium](#)

- o [Create & grow your channel](#)

- o [Monetize with the YouTube Partner Program](#)

- o [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program

Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows

Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues

Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube

YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers

YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

## What is the issue with this selection?



Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

## Share additional info or suggestions

Do not share any personal info

294

Cancel
Submit
By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.



YouTube Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunity

# Harmful or dangerous content policies

The safety of our creators, viewers, and partners is our highest priority. We look to each of you to help us protect this unique and vibrant community. It's important you understand our Community Guidelines, and the role they play in our shared responsibility to keep YouTube safe. Take the time to carefully read the policy below. You can also check out this page for a full list of our guidelines.
Note: We recently reorganized our Community Guidelines to provide further clarity our policies related to Misinformation on YouTube. To review these policies, check out our articles on Misinformation and Elections misinformation.

YouTube doesn't allow content that encourages dangerous or illegal activities that risk serious physical harm or death.

If you find content that violates this policy, report it. Instructions for reporting violations of our Community Guidelines are available here. If you've found a few videos or comments that you would like to report, you can report the channel.

## What this policy means for you

### If you're posting content

Don't post content on YouTube if it fits any of the descriptions noted below.

- Extremely dangerous challenges: Challenges that pose an imminent risk of physical injury.
- Dangerous or threatening pranks: Pranks that lead victims to fear imminent serious physical danger, or that create serious emotional distress in minors.

- Instructions to kill or harm: Showing viewers how to perform activities meant to kill or maim others. For example, giving instructions to build a bomb meant to injure or kill others.
- Hard drug use or creation: Content that depicts abuse of or giving instructions on how to create hard drugs such as cocaine or opioids. Hard drugs are defined as drugs that can (mostly) lead to physical addiction.
- Eating Disorders: Content that praises, glorifies, or encourages viewers to imitate anorexia or other eating disorders. Eating disorders are characterized by abnormal or disturbed eating habits which negatively affect a person's health (including eating non-food items).
- Violent Events: Promoting or glorifying violent tragedies, such as school shootings.
- Instructional theft or cheating: Showing viewers how to steal tangible goods or promoting dishonest behavior.
- Hacking: Demonstrating how to use computers or information technology with the intent to steal credentials, compromise personal data or cause serious harm to others such as (but not limited to) hacking into social media accounts.
- Bypassing payment for digital content or services: Showing viewers how to use apps, websites, or other information technology to gain unauthorized free access to audio content, audiovisual content, full video games, software, or streaming services that normally require payment.

Keep in mind that this isn't a complete list.

Don't post content showing a minor participating in dangerous activity, or encouraging minors to participate in dangerous activities. Never put minors in harmful situations that may lead to injury, including dangerous stunts, dares, or pranks. You can learn more about Child Safety here.

Age-restricted content

We may consider the following factors when deciding whether to age-restrict or remove content. Keep in mind that this isn't a complete list.

- Whether the act in question could lead to serious injury or death.
- Whether the individuals participating in the act are trained professionals taking precautions to prevent injury.
- Whether minors could easily imitate the act.
- Whether the content could be used to commit serious acts of violence.
- Whether the upload is educational, documentary, scientific or artistic in nature.
- Whether there's any commentary discouraging the act.
- Whether the viewer can tell if it's real or fake.
- Whether the content promotes a product that contains drugs, nicotine, or a controlled substance.

Examples of age-restricted content

297

- A video about fake harmful pranks that seems so real that viewers can't tell the difference.
- A reaction video to a dangerous challenge without any commentary discouraging the challenge.
- A video promoting a cannabis dispensary.
- A video reviewing brands of nicotine e-liquid.
- A video providing instructions for or facilitating cheating.

We might allow videos that depict dangerous acts iIf they're meant to be educational, documentary, scientific, or artistic (EDSA). For example, a news piece on the dangers of choking games would be appropriate, but posting clips out of context from the same documentary might not be.

This policy applies to videos, video descriptions, comments, live streams, and any other YouTube product or feature.

## Extremely dangerous challenges

## Dangerous or threatening pranks

## Violent events or instructions to harm

## Drug use

## Eating disorders

Remember these are just some examples, and don't post content if you think it might violate this policy.

# What happens if content violates this policy

If your content violates this policy, we'll remove the content and send you an email to let you know. If this is your first time violating our Community Guidelines, you'll likely get a warning with no penalty to your channel. If it's not, we may issue a strike against your channel. If you get 3 strikes within 90 days, your channel will be terminated. You can learn more about our strikes system here.

We may terminate your channel or account for repeated violations of the Community Guidelines or Terms of Service. We may also terminate your channel or account after a single case of severe abuse, or when the channel is dedicated to a policy violation. You can learn more about channel or account terminations here.

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

# YouTube policies

- Harmful or dangerous content policies
- Violent or graphic content policies
- Violent criminal organizations policy
- Hate speech policy
- Harassment & cyberbullying policies

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)

20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- **Help Center**

  o Fix a problem

  o Watch videos

- o [Manage your account & settings](#)

- o [Supervised experience on YouTube](#)

- o [Join & manage YouTube Premium](#)

- o [Create & grow your channel](#)

- o [Monetize with the YouTube Partner Program](#)

- o [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program

Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows

Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues

Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube

YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers

YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

# What is the issue with this selection?


Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

# Share additional info or suggestions

Do not share any personal info
Cancel
Submit
By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.



YouTube Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunity

# Violent or graphic content policies

The safety of our creators, viewers, and partners is our highest priority. We look to each of you to help us protect this unique and vibrant community. It's important you understand our Community Guidelines, and the role they play in our shared responsibility to keep YouTube safe. Take the time to carefully read the policy below. You can also check out this page for a full list of our guidelines.

Violent or gory content intended to shock or disgust viewers is not allowed on YouTube. Also, content that encourages others to commit violent acts is not allowed.

If you believe anyone is in imminent danger, you should get in touch with your local law enforcement agency to report the situation immediately.

If you find content that violates this policy, report it. Instructions for reporting violations of our Community Guidelines are available here. If you've found a few videos or comments that you would like to report, you can report the channel.

## What this policy means for you

If you're posting content

Violent acts:

- Inciting others to commit violent acts against individuals or a defined group of people.
- Encouraging others to go to a particular place to commit violence, to perform violence at a particular time.

**304**

- Targeting specific individuals or groups with violence.
- Beatings or brawls outside the context of professional or professionally supervised sporting events.
- Fights involving minors. You can learn more about Child safety here.
- Actual school yard fights between minors. We may allow content if minors are pretend fighting and that is evident to viewers.

Graphic content:

- Footage, audio, or imagery involving any of the following:
- Road accidents
- Natural disasters
- War aftermath
- Terrorist attack aftermath
- Street fights
- Physical attacks
- Sexual assaults
- Immolation
- Torture
- Corpses
- Protests or riots
- Robberies
- Medical procedures
- Other such scenarios with the intent to shock or disgust viewers
- Footage or imagery of bodily fluids, such as blood or vomit, with the intent to shock or disgust viewers.
- Footage of corpses with massive injuries, such as severed limbs.

Animal abuse or violence:

- Content that includes a human maliciously causing an animal to experience suffering when not for traditional or standard purposes such as hunting or food preparation.
- Content featuring animal rescue that has been staged and places the animal in harmful scenarios.
- Content where animals are encouraged or coerced to fight by humans.

Dramatized or fictional footage:

- Content featuring anything listed above where the viewer is not given enough context to understand that the footage is dramatized or fictional.

Note that this is not a complete list.

Keep in mind that this policy also applies to videos, video descriptions, thumbnails, comments, live streams, and any other YouTube product or feature.

Age-restricted content

If your content includes any of the above, but gives enough context to understand it, we may apply an age-restriction rather than remove it. For example, content showing survivors' injuries in a road accident may be removed. But, we may age-restrict that same content if it's news coverage that explains the situation and context.

For educational content that includes violence, this context must appear in the images or audio of the video itself.You can learn more about the importance of context here.

We consider the following when deciding whether to age-restrict or remove content:

- Whether violent or gory imagery is the focus of the video, such as focusing solely on the most graphically violent part of a film or video game
- Whether the content portrays the killing of an animal for the purposes of hunting, religious slaughter, or food preparation.
- Whether the title, description, tags, or other data indicate an intent to shock or disgust viewers.
- Whether violent imagery or audio has been blurred, masked, or obscured.
- The amount of time the violent images or audio is in the content.
- If context lets viewers know that the imagery is dramatized or fictional. For example, by saying so in the video, title, or description.
- If the violence is part of a religious or cultural practice and the viewer is given that context.
- Whether content showing humans causing an animal to suffer is uploaded in a way to expose that abuse.

Note that this is not a complete list. You can learn more about age-restricted content here.

This policy applies to videos, video descriptions, comments, live streams, and any other YouTube product or feature.

## Examples

Here are some examples of content that's not allowed on YouTube.

- Encouraging others to go to a particular place to commit violence, to perform violence at a particular time, or to target individuals or groups with violence
- Actual schoolyard fights between minors. We may allow content if minors are only play fighting and that is evident to viewers.
- Beatings or brawls outside the context of professional or professionally supervised sporting events.

## More examples

Violent, graphic, or shocking content
Animal abuse content

Remember these are just some examples, and don't post content if you think it might violate this policy.

## What happens if content violates this policy

If your content violates this policy, we'll remove the content and send you an email to let you know. If this is your first time violating our Community Guidelines, you'll likely get a warning with no penalty to your channel. If it's not, we may issue a strike against your channel. If you get 3 strikes within 90 days, your channel will be terminated. You can learn more about our strikes system here.

We may terminate your channel or account for repeated violations of the Community Guidelines or Terms of Service. We may also terminate your channel or account after a single case of severe abuse, or when the channel is dedicated to a policy violation. You can learn more about channel or account terminations here.

 Visit Creator Academy for more

Would you rather learn about our Community Guidelines through videos and quizzes? Check out our Creator Academy course.
Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

## YouTube policies

- Harmful or dangerous content policies
- Violent or graphic content policies
- Violent criminal organizations policy
- Hate speech policy
- Harassment & cyberbullying policies

307

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）

38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- [Help Center](#)

  o [Fix a problem](#)

  o [Watch videos](#)

  o [Manage your account & settings](#)

  o [Supervised experience on YouTube](#)

  o [Join & manage YouTube Premium](#)

  o [Create & grow your channel](#)

  o [Monetize with the YouTube Partner Program](#)

- o [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program

Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows

Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues

Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube

YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers

310

YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

## What is the issue with this selection?



Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

## Share additional info or suggestions

Do not share any personal info
Cancel
Submit
By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.

YouTube Help

Sign in

Send feedback on...



This help content & information

General Help Center experience

Next

Help CenterCommunity

# Violent criminal organizations policy

The safety of our creators, viewers, and partners is our highest priority. We look to each of you to help us protect this unique and vibrant community. It's important you understand our Community Guidelines, and the role they play in our shared responsibility to keep YouTube safe. Take the time to carefully read the policy below. You can also check out this page for a full list of our guidelines.

Content intended to praise, promote, or aid violent criminal organizations is not allowed on YouTube. These organizations are not allowed to use YouTube for any purpose, including recruitment.

If you find content that violates this policy, report it. Instructions for reporting violations of our Community Guidelines are available here. If you've found a few videos or comments that you would like to report, you can report the channel.

If you believe anyone is in immediate danger, you should reach out to your local law enforcement agency to report the situation immediately.

## What this means for you

If you're posting content

Don't post content on YouTube if it fits any of the descriptions noted below.

- Content produced by violent criminal or terrorist organizations
- Content praising or memorializing prominent terrorist or criminal figures in order to encourage others to carry out acts of violence

**312**

- Content praising or justifying violent acts carried out by violent criminal or terrorist organizations
- Content aimed at recruiting new members to violent criminal or terrorist organizations
- Content depicting hostages or posted with the intent to solicit, threaten, or intimidate on behalf of a violent criminal or terrorist organization
- Content that depicts the insignia, logos, or symbols of violent criminal or terrorist organizations in order to praise or promote them

If posting content related to terrorism or crime for an educational, documentary, scientific, or artistic purpose, be mindful to provide enough information in the video or audio itself so viewers understand the context. Graphic or controversial footage with sufficient context may be subject to age-restrictions or a warning screen.

This policy applies to videos, video descriptions, comments, live streams, and any other YouTube product or feature.  Please note this is not a complete list.

## Examples

Here are some examples of content that's not allowed on YouTube.

- Raw and unmodified reuploads of content created by terrorist or criminal organizations
- Celebrating terrorist leaders or their crimes in songs or memorials
- Celebrating terrorist or criminal organizations in songs or memorials
- Content directing users to sites that espouse terrorist ideology, are used to disseminate prohibited content, or are used for recruitment
- Video game content which has been developed or modified ("modded") to glorify a violent event, its perpetrators, or support violent criminal or terrorist organizations

Please remember these are just some examples, and don't post content if you think it might violate this policy.

## What happens if content violates this policy

If your content violates this policy, we'll remove the content and send you an email to let you know. If this is your first time violating our Community Guidelines, you'll likely get a warning with no penalty to your channel. If it's not, we may issue a strike against your channel. If you get 3 strikes within 90 days, your channel will be terminated. You can learn more about our strikes system here.

We may terminate your channel or account for repeated violations of the Community Guidelines or Terms of Service. We may also terminate your channel or account after a single case of severe abuse, or when the channel is dedicated to a policy violation. You can learn more about channel or account terminations here.

 Visit Creator Academy for more

Would you rather learn about our Community Guidelines through videos and quizzes? Check out our Creator Academy course.

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

# YouTube policies

- Harmful or dangerous content policies
- Violent or graphic content policies
- Violent criminal organizations policy
- Hate speech policy
- Harassment & cyberbullying policies

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių

14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- Help Center

  - Fix a problem

- o Watch videos

- o Manage your account & settings

- o Supervised experience on YouTube

- o Join & manage YouTube Premium

- o Create & grow your channel

- o Monetize with the YouTube Partner Program

- o Policy, safety, & copyright

- Community

- YouTube

- Privacy Policy

- YouTube Terms of Service

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program
Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows
Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues
Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues
Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube
YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers
YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

# What is the issue with this selection?

⟳
Inaccurate - doesn't match what I see in the product

⟳
Hard to understand - unclear or translation is wrong

⟳
Missing info - relevant but not comprehensive

⟳
Irrelevant - doesn't match the title and / or my expectations

⟳
Minor errors - formatting issues, typos, and / or broken links

⟳
Other suggestions - ideas to improve the content

# Share additional info or suggestions



Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.



YouTube Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunity

# Hate speech policy

The safety of our creators, viewers, and partners is our highest priority. We look to each of you to help us protect this unique and vibrant community. It's important you understand our Community Guidelines, and the role they play in our shared responsibility to keep YouTube safe. Take the time to carefully read the policy below. You can also check out this page for a full list of our guidelines.

Note: On June 5, 2019, we announced some changes to our hate speech policies. You can learn more about those changes here. The below policy has been updated with those changes.

Hate speech is not allowed on YouTube. We remove content promoting violence or hatred against individuals or groups based on any of the following attributes:

- Age
- Caste
- Disability
- Ethnicity
- Gender Identity and Expression
- Nationality
- Race
- Immigration Status
- Religion
- Sex/Gender
- Sexual Orientation
- Victims of a major violent event and their kin
- Veteran Status

If you find content that violates this policy, report it. Instructions for reporting violations of our Community Guidelines are available here. If you've found a few videos or comments that you would like to report, you can report the channel.

# What this policy means for you

### If you're posting content

Don't post content on YouTube if the purpose of that content is to do one or more of the following.

- Encourage violence against individuals or groups based on any of the attributes noted above. We don't allow threats on YouTube, and we treat implied calls for violence as real threats. You can learn more about our policies on threats and harassment.
- Incite hatred against individuals or groups based on any of the attributes noted above.

## Other types of content that violates this policy

- Dehumanizing individuals or groups by calling them subhuman, comparing them to animals, insects, pests, disease, or any other non-human entity.
- Praise or glorify violence against individuals or groups based on the attributes noted above.
- Use of racial, religious or other slurs and stereotypes that incite or promote hatred based on any of the attributes noted above. This can take the form of speech, text, or imagery promoting these stereotypes or treating them as factual.
- Claim that individuals or groups are physically or mentally inferior, deficient, or diseased based on any of the attributes noted above. This includes statements that one group is less than another, calling them less intelligent, less capable, or damaged.
- Allege the superiority of a group over those with any of the attributes noted above to justify violence, discrimination, segregation, or exclusion.
- Conspiracy theories saying individuals or groups are evil, corrupt, or malicious based on any of the attributes noted above.
- Call for the subjugation or domination over individuals or groups based on any of the attributes noted above.
- Deny that a well-documented, violent event took place.
- Attacks on a person's emotional, romantic and/or sexual attraction to another person.
- Content containing hateful supremacist propaganda including the recruitment of new members or requests for financial support for their ideology.
- Music videos promoting hateful supremacism in the lyrics, metadata, or imagery.

## Educational content

We may allow content that includes hate speech if the primary purpose is educational, documentary, scientific, or artistic in nature. This is not a free pass to promote hate speech. Examples include:

- A documentary about a hate group: Educational content that isn't supporting the group or promoting ideas would be allowed. A documentary promoting violence or hatred wouldn't be allowed.
- A documentary about the scientific study of humans: A documentary about how theories have changed over time, even if it includes theories about the inferiority or superiority of specific groups, would be allowed because it's educational. We won't allow a documentary claiming there's scientific evidence today that an individual or group is inferior or subhuman.
- Historical footage of an event, like WWII, which doesn't promote violence or hatred.

This policy applies to videos, video descriptions, comments, live streams, and any other YouTube product or feature. For educational content that includes hate speech, this context must appear in the images or audio of the video itself. Providing it in the title or description is insufficient.

## Monetization and other penalties

In some rare cases, we may remove content or issue other penalties when a creator:

- Repeatedly encourages abusive audience behavior.
- Repeatedly targets, insults and abuses a group based on the attributes noted above across multiple uploads.
- Exposes a group with attributes noted above to risks of physical harm based on the local social or political context.
- Creates content that harms the YouTube ecosystem by persistently inciting hostility against  a group with attributes noted above for personal financial gain.

## Examples

Here are examples of hate speech not allowed on YouTube.

- "I'm glad this [violent event] happened. They got what they deserved [referring to persons with the attributes noted above]."
- "[Person with attributes noted above] are dogs" or "[person with attributes noted above] are like animals."

## More examples

- "Get out there and punch a [person with attributes noted above]."

321

- "Everyone in [groups with attributes noted above] is criminals and thugs."
- "[Person with attributes noted above] is scum of the earth."
- "[People with attributes noted above] are a disease."
- "[People with attributes noted above] are less intelligent than us because their brains are smaller."
- "[Group with any of the attributes noted above] threaten our existence, so we should drive them out at every chance we get."
- "[Group with any of the attributes noted above] has an agenda to run the world and get rid of us."
- "[Attribute noted above] is just a form of mental illness that needs to be cured."
- "[Person with any of the  attributes noted above] shouldn't be educated in schools because they shouldn't be educated at all."
- "All of the so-called victims of this violent event are actors. No one was hurt, and this is just a false flag."
- "All of the 'so-called victims' of this are actors. No one was hurt."
- Shouting "[people with attributes noted above] are pests!" at someone regardless of whether the person does or does not have the alleged attributes
- Video game content which has been developed or modified ("modded") to promote violence or hatred against a group with any of the attributes noted above.

Please remember these are just some examples, and don't post content if you think it might violate this policy.

## What happens if content violates this policy

If your content violates this policy, we'll remove the content and send you an email to let you know. If this is your first time violating our Community Guidelines, you'll likely get a warning with no penalty to your channel. If it's not, we may issue a strike against your channel. If you get 3 strikes within 90 days, your channel will be terminated. You can learn more about our strikes system here.

We may terminate your channel or account for repeated violations of the Community Guidelines or Terms of Service. We may also terminate your channel or account after a single case of severe abuse, or when the channel is dedicated to a policy violation. You can learn more about channel or account terminations here.

If we think your content comes close to hate speech, we may limit YouTube features available for that content. You can learn more about limited features here.

- The importance of context
- Recent transparency report
- Limited features for certain videos

 Visit Creator Academy for more

Would you rather learn about our Community Guidelines through videos and quizzes? Check out our Creator Academy course.

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

# YouTube policies

- Harmful or dangerous content policies
- Violent or graphic content policies
- Violent criminal organizations policy
- Hate speech policy
- Harassment & cyberbullying policies

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service


English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių

14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- [Help Center](#)

  o [Fix a problem](#)

- o [Watch videos](#)

- o [Manage your account & settings](#)

- o [Supervised experience on YouTube](#)

- o [Join & manage YouTube Premium](#)

- o [Create & grow your channel](#)

- o [Monetize with the YouTube Partner Program](#)

- o [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program

Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows

Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues

Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube

YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers

YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

# What is the issue with this selection?

Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

# Share additional info or suggestions



Do not share any personal info
Cancel
Submit
By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.



YouTube Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunity

# Harassment & cyberbullying policies

The safety of our creators, viewers, and partners is our highest priority. We look to each of you to help us protect this unique and vibrant community. It's important you understand our Community Guidelines, and the role they play in our shared responsibility to keep YouTube safe. Take the time to carefully read the policy below. You can also check out this page for a full list of our guidelines.

We recently announced some updates on our harassment policy to better protect creators and users. The policy below has been updated to reflect these changes.

Content that threatens individuals is not allowed on YouTube. We also don't allow content that targets an individual with prolonged or malicious insults based on intrinsic attributes. These attributes include their protected group status or physical traits.

If you find content that violates this policy, report it. Instructions for reporting violations of our Community Guidelines are available here. If you've found multiple videos or comments that you would like to report, you can report the channel. For tips and best practices to stay safe, keep your account secure, and protect your privacy, check out this Help Center article.

If specific threats are made against you and you feel unsafe, report it directly to your local law enforcement agency.

## What this policy means for you

If you're posting content

Don't post content on YouTube if it fits any of the descriptions noted below.

328

- Content that features prolonged name calling or malicious insults (such as racial slurs) based on someone's intrinsic attributes. These attributes include their protected group status, physical attributes, or their status as a survivor of sexual assault, domestic abuse, child abuse and more.
- Content uploaded with the intent to shame, deceive or insult a minor. A minor is defined as an individual under the legal age of majority. This usually means anyone younger than 18 years old, but the age of a minor might vary by geography.

## Other types of content that violate this policy

- Revealing someone's private information, such as their home address, email addresses, sign-in credentials, phone numbers, passport number, or bank account information.
- Note: This doesn't include posting widely available public information. Public information can include an official's office phone number or the phone number of a business.
- Content that incites others to harass or threaten individuals on or off YouTube.
- Content that encourages abusive fan behavior such as doxxing, dogpiling, brigading or off-platform targeting.
- Content that targets an identifiable individual as part of a harmful conspiracy theory where the conspiracy theory has been linked to direct threats or violent acts.
- Content making implicit or explicit threats of physical harm or destruction of property against identifiable individuals.
- Note: "Implicit threats" include threats that don't express a specific time, place or means, but may feature weapon brandishing, simulated violence and more.
- Content posted by vigilantes restraining or assaulting an identifiable individual.
- Content reveling in or mocking the death or serious injury of an identifiable individual.
- Content that depicts creators simulating acts of serious violence against others (executions, torture, maimings, beatings and more).
- Content featuring non-consensual sex acts, unwanted sexualization or anything that graphically sexualizes or degrades an individual.
- Content that displays or shows how to distribute non-consensual sexual imagery.

This policy applies to videos, video descriptions, comments, live streams, and any other YouTube product or feature. Note this is not a complete list.

## Exceptions

If the primary purpose is educational, documentary, scientific, or artistic in nature, we may allow content that includes harassment. These exceptions are not a free pass to harass someone. Some examples include:

- Debates related to high-profile officials or leaders: Content featuring debates or discussions of topical issues concerning individuals who have positions of power, like high-profile government officials or CEOs of major multinational corporations.

329

- Scripted performances: Insults made in the context of an artistic medium such as scripted satire, stand up comedy, or music (such as a diss track). Note: This exception is not a free pass to harass someone and claim "I was joking."
- Harassment education or awareness: Content that features actual or simulated harassment for documentary purposes or with willing participants (such as actors) to combat cyberbullying or raise awareness.

Note: We take a harder line on content that maliciously insults someone based on their protected group status, regardless of whether or not they are a high-profile person.

## Monetization and other penalties

In some rare cases, we may remove content or issue other penalties when a creator:

- Repeatedly encourages abusive audience behavior.
- Repeatedly targets, insults and abuses an identifiable individual based on their intrinsic attributes across several uploads.
- Exposes an individual to risks of physical harm based on the local social or political context.
- Creates content that harms the YouTube community by persistently inciting hostility between creators for personal financial gain.

## Examples

Here are some examples of content that's not allowed on YouTube:

- Repeatedly showing pictures of someone and then making statements like "Look at this creature's teeth, they're so disgusting!", with similar commentary targeting intrinsic attributes throughout the video.
- Targeting an individual based on their membership in a protected group, such as by saying: "Look at this filthy [slur targeting a protected group], I wish they'd just get hit by a truck."
- Targeting an individual and making claims they are involved in human trafficking in the context of a harmful conspiracy theory where the conspiracy is linked to direct threats or violent acts.
- Using an extreme insult to dehumanize an individual based on their intrinsic attributes. For example: "Look at this dog of a woman! She's not even a human being — she must be some sort of mutant or animal!"
- Depicting an identifiable individual being murdered, seriously injured, or engaged in a graphic sexual act without their consent.
- Accounts dedicated entirely to focusing on maliciously insulting an identifiable individual.

## More Examples

- Targeting an individual based on their intrinsic attributes to wish for their death or serious injury, for example "I wish someone would just bring a hammer down on that [Member of a Protected Group's] face."
- Threatening someone's physical safety. This includes implied threats like "when I see you next, things will end badly for you." It also includes explicit threats like "when I see you on Saturday I'm going to punch you in the face." Threatening or implying violence by saying things such as, "You better watch out" while brandishing a weapon is also an example.
- Posting an individual's nonpublic personal identifying information like a phone number, home address, or email to direct abusive attention or traffic toward them. For example: "I got a hold of their phone number, keep on calling and leaving messages until they pick up!"
- "Raiding" or directing malicious abuse to identifiable individuals through in-game voice chat or messages during a stream.
- Directing users toward a YouTuber's comment section for malicious abuse. For example: "everyone needs to go over to this individual's channel right now and just go crazy, let them know how much we want them to die."
- "Swatting" or other prank calls to emergency or crisis response services, or encouraging viewers to act in this or any other harassing behavior.
- Stalking or attempting to blackmail users.
- Zooming in or prolonged focused or emphasis on the breasts, buttocks or genital area of an identifiable individual for the purposes of degrading, objectifying, or sexualizing.
- Video game content which has been developed or modified ("modded") to promote violence or hatred against an individual with the attributes noted above.

Remember these are just some examples, and don't post content if you think it might violate this policy.

## What happens if content violates this policy

If your content violates this policy, we'll remove the content and send you an email to let you know. If this is your first time violating our Community Guidelines, you'll likely get a warning with no penalty to your channel. If it's not, we may issue a strike against your channel. If you get 3 strikes within 90 days, your channel will be terminated. You can learn more about our strikes system here.

We may terminate your channel or account for repeated violations of the Community Guidelines or Terms of Service. We may also terminate your channel or account after a single case of severe abuse, or when the channel is dedicated to a policy violation. You can learn more about channel or account terminations here.

331

 Visit Creator Academy for more

Would you rather learn about our Community Guidelines through videos and quizzes?
Check out our Creator Academy course.

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

# YouTube policies

- Harmful or dangerous content policies
- Violent or graphic content policies
- Violent criminal organizations policy
- Hate speech policy
- Harassment & cyberbullying policies



How to build a safe community

Get pro tips on how to counter negativity online and foster a positive community.

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service

English?

English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français

9.  hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- [Help Center](Help Center)

- o [Fix a problem](#)

- o [Watch videos](#)

- o [Manage your account & settings](#)

- o [Supervised experience on YouTube](#)

- o [Join & manage YouTube Premium](#)

- o [Create & grow your channel](#)

- o [Monetize with the YouTube Partner Program](#)

- o [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program

Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows

Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues

Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube

YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

# What is the issue with this selection?

Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links



Other suggestions - ideas to improve the content

# Share additional info or suggestions



Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, [account & system info](#) to improve services, per our [Privacy](#) & [Terms](#).



YouTube Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunity

# Sale of illegal or regulated goods or services policies

The safety of our creators, viewers, and partners is our highest priority. We look to each of you to help us protect this unique and vibrant community. It's important you understand our Community Guidelines, and the role they play in our shared responsibility to keep YouTube safe. Take the time to carefully read the policy below. You can also check out this page for a full list of our guidelines.

Content intended to sell certain regulated goods and services is not allowed on YouTube.

If you find content that violates this policy, report it. Instructions for reporting violations of our Community Guidelines are available here. If you've found a few videos or comments that you would like to report, you can report the channel.

## What this policy means for you

### If you're posting content

Don't post content on YouTube if it aims to directly sell,  link to, or facilitate access to any of the regulated goods and services listed below. Making the sale of these items or facilitating the use of these services possible by posting links, email, phone number or other means to contact a seller directly is not allowed.

- Alcohol
- Bank account passwords, stolen credit cards, or other financial information

- Counterfeit documents or currency
- Controlled narcotics and other drugs
- Explosives
- Organs
- Endangered species or parts of endangered species
- Firearms and certain firearms accessories
- Nicotine, including vaping products
- Online gambling sites not yet reviewed by Google or YouTube
- Pharmaceuticals without a prescription
- Sex or escort services
- Unlicensed medical services
- Human smuggling

This policy applies to videos, video descriptions, comments, live streams, and any other YouTube product or feature. Please note this is not a complete list.

## Examples

Here are some examples of content that's not allowed on YouTube.

- Linking to an online gambling or sports betting site that is not approved.
- Selling counterfeit passports or providing instructions on creating forged official documents.
- Advertising escort, prostitution, or erotic massage services.
- Content instructing how to purchase drugs on the dark web.
- A video of a user making a purchase with software that generates fake credit card numbers.
- Including a link to an online pharmacy that does not require prescriptions.

Please remember these are just some examples, and don't post content if you think it might violate this policy.

## What happens if content violates this policy

If your content violates this policy, we'll remove the content and send you an email to let you know. If this is your first time violating our Community Guidelines, you'll likely get a warning with no penalty to your channel. If it's not, we may issue a strike against your channel. If you get 3 strikes within 90 days, your channel will be terminated. You can learn more about our strikes system here.

We may terminate your channel or account for repeated violations of the Community Guidelines or Terms of Service. We may also terminate your channel or account after a single case of severe abuse, or when the channel is dedicated to a policy violation. You can learn more about channel or account terminations here.

338

 Visit Creator Academy for more

Would you rather learn about our Community Guidelines through videos and quizzes? Check out our Creator Academy course.

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

# YouTube policies

- Firearms policy
- Sale of illegal or regulated goods or services policies

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk

17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- [Help Center](#)

  - [Fix a problem](#)

- o [Watch videos](#)

- o [Manage your account & settings](#)

- o [Supervised experience on YouTube](#)

- o [Join & manage YouTube Premium](#)

- o [Create & grow your channel](#)

- o [Monetize with the YouTube Partner Program](#)

- o [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program
Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows
Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues
Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues
Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube
YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers
YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

## What is the issue with this selection?

Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

## Share additional info or suggestions

342



Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.



YouTube Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunity

# Firearms policy

The safety of our creators, viewers, and partners is our highest priority. We look to each of you to help us protect this unique and vibrant community. It's important you understand our Community Guidelines, and the role they play in our shared responsibility to keep YouTube safe. Take the time to carefully read the policy below. You can also check out this page for a full list of our guidelines.

Content intended to sell firearms, instruct viewers on how to make firearms, ammunition, and certain accessories, or instruct viewers on how to install those accessories is not allowed on YouTube. YouTube shouldn't be used as a platform to sell firearms or accessories noted below. YouTube also doesn't allow live streams that show someone holding, handling, or transporting a firearm.

## What this means for you

If you're posting content

Don't post content on YouTube if the purpose is to do one or more of the following:

- Sell firearms or certain firearms accessories through direct sales (e.g. private sales by individuals) or links to sites that sell these items. These accessories may include:
- Accessories that enable a firearm to simulate automatic fire,
- Accessories that convert a firearm to automatic fire, such as: bump stocks, gatling triggers, drop-in auto sears, or conversion kits,
- High capacity magazines or belts carrying more than 30 rounds.
- Provide instructions on manufacturing any of the following:
- Firearms,
- Ammunition,
- High capacity magazines,

- Homemade silencers/suppressors,
- Accessories that enable a firearm to simulate automatic fire,
- Accessories that convert a firearm to automatic fire, such as: bump stocks, gatling triggers, drop-in auto sears, or conversion kits
- Provide instructions on how to convert a firearm to automatic or simulated automatic firing capabilities.
- Provides instructions on how to install the above-mentioned accessories or modifications.

Please note this is not a complete list.

## Examples

Here are some examples of content that isn't allowed on YouTube.

- Links in the title or description of your video to sites where firearms or the accessories noted above are sold. You can link to sites that discuss or review these items as long as those sites don't sell those items directly.
- Displaying a firearm with the intention to sell that firearm via private sale. This includes giving the seller's phone number, email address, or other contact information.
- Showing users step-by-step instructions on how to finish a lower receiver in order to complete fabrication of a firearm.
- Showing users how to make a silencer out of flashlight, oil can, solvent catcher or other parts.
- Showing users how to install a bump stock, or install a comparable accessory built to enable simulated automatic fire.

- Live streams that feature someone holding or handling a firearm, regardless of whether or not they are firing it. Note: this does not include firearms in video games.
- Live streams that feature someone transporting firearms from place to place, such as by carrying them or traveling with them by car, truck, or other vehicle. Note: this does not include firearms in video games.

Please remember these are just some examples, and don't post content if you think it might violate this policy.

## What happens if content violates this policy

If your content violates this policy, we'll remove the content and send you an email to let you know. If this is your first time violating our Community Guidelines, you'll likely get a warning with no penalty to your channel. If it's not, we may issue a strike against your channel. If you get 3 strikes within 90 days, your channel will be terminated. You can learn more about our strikes system here.

We may terminate your channel or account for repeated violations of the Community Guidelines or Terms of Service. We may also terminate your channel or account after a single case of severe abuse, or when the channel is dedicated to a policy violation. You can learn more about channel or account terminations here.

If you find content that violates this policy, report it. Instructions for reporting violations of our Community Guidelines are available here. If you've found a few videos or comments that you would like to report, you can report the channel.

 Visit Creator Academy for more

Would you rather learn about our Community Guidelines through videos and quizzes? Check out our Creator Academy course.

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

# YouTube policies

- Firearms policy
- Sale of illegal or regulated goods or services policies

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service


English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino

346

8.  français
9.  hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- [Help Center](#)

  - [Fix a problem](#)

  - [Watch videos](#)

  - [Manage your account & settings](#)

  - [Supervised experience on YouTube](#)

  - [Join & manage YouTube Premium](#)

  - [Create & grow your channel](#)

  - [Monetize with the YouTube Partner Program](#)

  - [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program

Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows

Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues

Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube

YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers

YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

# What is the issue with this selection?

Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations



Minor errors - formatting issues, typos, and / or broken links



Other suggestions - ideas to improve the content

# Share additional info or suggestions



Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.



YouTube Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunity

# Misinformation policies

Certain types of misleading or deceptive content with serious risk of egregious harm are not allowed on YouTube. This includes certain types of misinformation that can cause real-world harm, like promoting harmful remedies or treatments, certain types of technically manipulated content, or content interfering with democratic processes.

If you find content that violates this policy, report it. Instructions for reporting violations of our Community Guidelines are available here. If you've found multiple videos or comments that you would like to report, you can report the channel.

## What these policies mean for you

### If you're posting content

Don't post content on YouTube if it fits any of the descriptions below.

- Promoting dangerous remedies or cures: Content that claims that harmful substances or treatments can have health benefits.
- Suppression of census participation: Content aiming to mislead census participants about the time, place, means, or eligibility requirements of the census, or false claims that could materially discourage census participation.
- Manipulated content: Content that has been technically manipulated or doctored in a way that misleads users (beyond clips taken out of context) and may pose a serious risk of egregious harm.
- Misattributed content: Content that may pose a serious risk of egregious harm by falsely claiming that old footage from a past event is from a current event.

## Examples

351

Here are some examples of content that's not allowed on YouTube.

Harmful remedies and cures

- Miracle Mineral Solution (MMS)
- Black Salve
- Turpentine
- B17/amygdalin
- High-grade hydrogen peroxide
- Chelation therapy to treat autism

Suppression of census participation

- Giving incorrect instructions on how to participate in the census.
- Discouraging participation in the census by falsely claiming that a respondent's immigration status will be reported to law enforcement.

Manipulated content

- Inaccurately translated video subtitles that inflame geopolitical tensions creating serious risk of egregious harm.
- Videos that have been technically manipulated (beyond clips taken out of context) to make it appear that a government official is dead.
- Video content that has been technically manipulated (beyond clips taken out of context) to fabricate events where there's a serious risk of egregious harm.

Misattributed content

- Content inaccurately presented as documenting human rights abuses in a specific location that is actually content from another location or event.
- Content showing a military crackdown on protesters with false claims that the content is from a current event, when the footage is actually several years old.

Remember these are just some examples, and don't post content if you think it might violate these policies.

## What happens if content violates this policy

If your content violates this policy, we'll remove the content and send you an email to let you know. If this is your first time violating our Community Guidelines, you'll get a warning with no penalty to your channel. If it's not, we'll issue a strike against your channel. If you get 3 strikes, your channel will be terminated. You can learn more about our strikes system here.

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

# Misinformation policies

- Misinformation policies
- Elections misinformation policies
- COVID-19 medical misinformation policy

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina

22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information   General Help Center experience



Google Help

- [Help Center](Help Center)

  o [Fix a problem](Fix a problem)

  o [Watch videos](Watch videos)

  o [Manage your account & settings](Manage your account & settings)

- o [Supervised experience on YouTube](#)

- o [Join & manage YouTube Premium](#)

- o [Create & grow your channel](#)

- o [Monetize with the YouTube Partner Program](#)

- o [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program

Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows

Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues

Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube

YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers

YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

## What is the issue with this selection?



Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

## Share additional info or suggestions

Do not share any personal info
Cancel
Submit
By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.



YouTube Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunity

# Elections misinformation policies

Certain types of misleading or deceptive content with serious risk of egregious harm are not allowed on Youtube. This includes certain types of misinformation that can cause real-world harm, like certain types of technically manipulated content, and content interfering with democratic processes.

If you find content that violates this policy, report it. Instructions for reporting violations of our Community Guidelines are available here. If you've found multiple videos or comments that you would like to report, you can report the channel.

## What these policies mean for you

### If you're posting content

Don't post elections-related content on YouTube if it fits any of the descriptions noted below.

- Voter suppression: Content aiming to mislead voters about the time, place, means, or eligibility requirements for voting, or false claims that could materially discourage voting.
- Candidate eligibility: Content that advances false claims related to the technical eligibility requirements for current political candidates and sitting elected government officials to serve in office. Eligibility requirements considered are based on applicable national law, and include age, citizenship, or vital status.
- Incitement to interfere with democratic processes: Content encouraging others to interfere with democratic processes. This includes obstructing or interrupting voting procedures.

- Distribution of hacked materials: Content that contains hacked info, the disclosure of which may interfere with democratic processes.
- U.S. presidential election integrity: Content that advances false claims that widespread fraud, errors, or glitches changed the outcome of any past U.S. presidential election (Note: This applies to elections in the United States only). For the U.S. 2020 presidential election, this applies to content uploaded on or after December 9, 2020.

Keep in mind that this isn't a complete list.

# Examples

The following types of content are not allowed on YouTube. This isn't a complete list.

### Voter suppression

- Telling viewers they can vote through inaccurate methods like texting their vote to a particular number.
- Giving made up voter eligibility requirements like saying that a particular election is only open to voters over 50 years old.
- Telling viewers an incorrect voting date.
- Claiming that a voter's  political party affiliation is visible on a vote-by-mail envelope.
- False claims that non-citizen voting has determined the outcome of past elections.

### Candidate eligibility

- Claims that a candidate or sitting government official is not eligible to hold office based on false info about the age required to hold office in that country/region.
- Claims that a candidate or sitting government official is not eligible to hold office based on false info about citizenship status requirements to hold office in that country/region.
- Claims that a candidate or sitting government official is ineligible for office based on false claims that they're deceased, not old enough or otherwise do not meet eligibility requirements.

### Incitement to interfere with democratic processes

- Telling viewers to create long voting lines with the purpose of making it harder for others to vote.
- Telling viewers to hack government websites to delay the release of elections results.

### Distribution of hacked materials

The following types of content are not allowed on YouTube. This isn't a complete list.

- Videos that contain hacked info about a political candidate shared with the intent to interfere in an election.

U.S. presidential election integrity

- Claims that a candidate only won a swing state in the U.S. 2020 presidential election due to voting machine glitches that changed votes.
- Claims that dead people voted in numbers that changed the outcome of the U.S. 2016 presidential election.
- Claims that fake ballots were dumped to give one candidate enough votes to win a state in a past U.S. presidential election.

We may allow content that violates the U.S. presidential election integrity policy noted on this page if the content includes additional context in the video, audio, title, or description. This is not a free pass to promote misinformation. Additional context may include countervailing views, or if the purpose of the content is to condemn, dispute, or satirize misinformation that violates our policies.

Remember these are just some examples, and don't post content if you think it might violate these policies.

## What happens if content violates this policy

If your content violates this policy, we'll remove the content and send you an email to let you know. If this is your first time violating our Community Guidelines, you'll get a warning with no penalty to your channel. If it's not, we'll issue a strike against your channel. If you get 3 strikes, your channel will be terminated. You can learn more about our strikes system here.

Give feedback about this article
Choose a section to give feedback on



Was this helpful?
YesNo

Submit

## Misinformation policies

- Misinformation policies
- Elections misinformation policies
- COVID-19 medical misinformation policy

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）

38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- [Help Center](#)

  o [Fix a problem](#)

  o [Watch videos](#)

  o [Manage your account & settings](#)

  o [Supervised experience on YouTube](#)

  o [Join & manage YouTube Premium](#)

  o [Create & grow your channel](#)

  o [Monetize with the YouTube Partner Program](#)

- o Policy, safety, & copyright

- Community

- YouTube

- Privacy Policy

- YouTube Terms of Service

- Submit feedback

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program

Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows

Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues

Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube

YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers

YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

# What is the issue with this selection?



Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

# Share additional info or suggestions

Do not share any personal info
Cancel
Submit
By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.



YouTube Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunity

# COVID-19 medical misinformation policy

The safety of our creators, viewers, and partners is our highest priority. We look to each of you to help us protect this unique and vibrant community. It's important you understand our Community Guidelines, and the role they play in our shared responsibility to keep YouTube safe. Take the time to carefully read the policy below. You can also check out this page for a full list of our guidelines.

YouTube doesn't allow content about COVID-19 that poses a serious risk of egregious harm.

YouTube doesn't allow content that spreads medical misinformation that contradicts local health authorities' or the World Health Organization's (WHO) medical information about COVID-19. This is limited to content that contradicts WHO or local health authorities' guidance on:

- Treatment
- Prevention
- Diagnosis
- Transmission
- Social distancing and self isolation guidelines
- The existence of COVID-19

Note: YouTube's policies on COVID-19 are subject to change in response to changes to global or local health authorities' guidance on the virus. This policy was published on May 20, 2020.

# What this policy means for you

If you're posting content

Don't post content on YouTube if it includes any of the following:

Treatment misinformation:

- Content that encourages the use of home remedies, prayer, or rituals in place of medical treatment such as  consulting a doctor or going to the hospital
- Content that claims that there's a guaranteed cure for COVID-19
- Content that recommends use of Ivermectin or Hydroxychloroquine for the treatment of COVID-19
- Claims that Hydroxychloroquine is an effective treatment for COVID-19
- Categorical claims that Ivermectin is an effective treatment for COVID-19
- Other content that discourages people from consulting a medical professional or seeking medical advice

Prevention misinformation: Content that promotes prevention methods that contradict local health authorities or WHO.

- Claims that there is a guaranteed prevention method for COVID-19
- Claims that any medication or vaccination is a guaranteed prevention method for COVID-19
- Content that recommends use of Ivermectin or Hydroxychloroquine for the prevention of COVID-19
- Claims that wearing a mask is dangerous or causes negative physical health effects
- Claims that masks do not play a role in preventing the contraction or transmission of COVID-19
- Claims about COVID-19 vaccinations that contradict expert consensus from local health authorities or WHO
- Claims that an approved COVID-19 vaccine will cause death, infertility, miscarriage, autism, or contraction of other infectious diseases
- Claims that an approved COVID-19 vaccine will contain substances that are not on the vaccine ingredient list, such as biological matter from fetuses (e.g. fetal tissue, fetal cell lines) or animal products
- Claims that an approved COVID-19 vaccine will contain substances or devices meant to track or identify those who've received it
- Claims that COVID-19 vaccines will make people who receive them magnetic
- Claims that an approved COVID-19 vaccine will alter a person's genetic makeup
- Claims that COVID-19 vaccines do not reduce risk of contracting COVID-19
- Claims that any vaccine causes contraction of COVID-19
- Claims that a specific population will be required (by any entity except for a government) to take part in vaccine trials or receive the vaccine first
- Content that promotes the use of unapproved or homemade COVID-19 vaccines
- Instructions to counterfeit vaccine certificates, or offers of sale for such documents

Diagnostic misinformation: Content that promotes diagnostic methods that contradict local health authorities or WHO.

- Claims that approved COVID-19 tests are dangerous or causes negative physical health effects
- Claims that approved COVID-19 tests cannot diagnose COVID-19

Transmission misinformation: Content that promotes transmission information that contradicts local health authorities or WHO.

- Content that claims that COVID-19 is not caused by a viral infection
- Content that claims COVID-19 is not contagious
- Content that claims that COVID-19 cannot spread in certain climates or geographies
- Content that claims that any group or individual has immunity to the virus or cannot transmit the virus

Social distancing and self isolation misinformation: Content that disputes the efficacy of local health authorities' or WHO's guidance on physical distancing or self-isolation measures to reduce transmission of COVID-19.

Content that denies the existence of COVID-19:

- Denial that COVID-19 exists
- Claims that people have not died or gotten sick from COVID-19
- Claims that the virus no longer exists or that the pandemic is over
- Claims that the symptoms, death rates, or contagiousness of COVID-19 are less severe or equally as severe as the common cold or seasonal flu
- Claims that the symptoms of COVID-19 are never severe

## Examples

Here are some examples of content that's not allowed on YouTube:

- Denial that COVID-19 exists
- Claims that people have not died from COVID-19
- Claims that any vaccine is a guaranteed prevention method for COVID-19
- Claims that a specific treatment or medicine is a guaranteed cure for COVID-19
- Claims that hydroxychloroquine saves people from COVID-19
- Promotion of MMS (Miracle Mineral Solution) for the treatment of COVID-19
- Claims that certain people have immunity to COVID-19 due to their race or nationality
- Encouraging taking home remedies instead of getting medical treatment when sick
- Discouraging people from consulting a medical professional if they're sick
- Content that claims that holding your breath can be used as a diagnostic test for COVID-19

- Videos alleging that if you avoid Asian food, you won't get the coronavirus
- Videos alleging that setting off fireworks can clean the air of the virus and will prevent the spread of the virus
- Claims that COVID-19 is caused by radiation from 5G networks
- Videos alleging that the COVID-19 test is the cause of the virus
- Claims that countries with hot climates will not experience the spread of the virus
- Videos alleging that social distancing and self-isolation are not effective in reducing the spread of the virus
- Claims that wearing a mask causes oxygen levels to drop to dangerous levels
- Claims that masks cause lung cancer or brain damage
- Claims that wearing a mask gives you COVID-19
- Claims that the COVID-19 vaccine will kill people who receive it
- Claims that the COVID-19 vaccine will be used as a means of population reduction
- Videos claiming that the COVID-19 vaccine will contain fetal tissue
- Claims that the flu vaccine causes contraction of COVID-19
- Claims that COVID-19 vaccines are not effective in preventing the spread of COVID-19
- Claims that the COVID-19 vaccine causes contraction of other infectious diseases or makes people more vulnerable to contraction of other infectious diseases
- Claims that the COVID-19 vaccines contain a microchip or tracking device
- Claims that achieving herd immunity through natural infection is safer than vaccinating the population
- Claims that COVID-19 never causes serious symptoms or hospitalization
- Claims that the death rate from the seasonal flu is higher than the death rate of COVID-19
- Claims that people are immune to the virus based on their race
- Claims that children cannot or do not contract COVID-19
- Claims that there have not been cases or deaths in countries where cases or deaths have been confirmed by local health authorities or the WHO

## Educational, documentary, scientific or artistic content

We may allow content that violates the misinformation policies noted on this page if that content includes additional context in the video, audio, title, or description. This is not a free pass to promote misinformation. Additional context may include countervailing views from local health authorities or medical experts. We may also make exceptions if the purpose of the content is to condemn, dispute, or satirize misinformation that violates our policies. We may also make exceptions for content showing an open public forum, like a protest or public hearing, provided the content does not aim to promote misinformation that violates our policies.

## What happens if content violates this policy

If your content violates this policy, we'll remove the content and send you an email to let you know. If this is your first time violating our Community Guidelines, you'll likely get a

warning with no penalty to your channel. If it's not, we may issue a strike against your channel. If you get 3 strikes within 90 days, your channel will be terminated. You can learn more about our strikes system here.

We may terminate your channel or account for repeated violations of the Community Guidelines or Terms of Service. We may also terminate your channel or account after a single case of severe abuse, or when the channel is dedicated to a policy violation. You can learn more about channel or account terminations here.

Give feedback about this article
Choose a section to give feedback on



Was this helpful?
YesNo

Submit

# Misinformation policies

- Misinformation policies
- Elections misinformation policies
- COVID-19 medical misinformation policy

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu

369

13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- [Help Center](#)

- o [Fix a problem](#)

- o [Watch videos](#)

- o [Manage your account & settings](#)

- o [Supervised experience on YouTube](#)

- o [Join & manage YouTube Premium](#)

- o [Create & grow your channel](#)

- o [Monetize with the YouTube Partner Program](#)

- o [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program

Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows

Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues

Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube

YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers

YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

# What is the issue with this selection?



Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

372

# Share additional info or suggestions



Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.

# Exhibit "9"



[Our mission](#)
Our commitments
[Managing harmful content How does YouTube manage harmful content? Standing up to hate How does YouTube protect the community from hate and harassment? Fighting misinformation How does YouTube combat misinformation? Curbing extremist content How does YouTube prevent radicalization? Supporting political integrity How does YouTube support civic engagement and election integrity? Preventing bias What does YouTube do to prevent bias? Fostering child safety How does YouTube help keep kids protected on the platform? Protecting user data How does YouTube maintain user privacy? Safeguarding copyright How does YouTube protect copyrighted content? Sharing revenue How does YouTube make money? Promoting digital wellbeing How does YouTube support users' digital wellbeing? Responding to COVID-19 How is YouTube supporting users during COVID-19?](#)
Product features
[YouTube Search How our search tool can help you find content you'll love Recommended videos How we recommend content we think you'll want to watch News and information How we provide context for your search results and videos Health information How we provide context for health queries Monetization for Creators How Creators earn money on YouTube YouTube Live How you can reach your community in real time with Live and Premieres](#)
User settings
[Privacy controls How we protect your information and what you can do to control your privacy Ad Settings How our advertising works and how to customize your ad experience Parental controls How you can create a family friendly experience Autoplay How Autoplay works and how to turn it off](#)
Rules and policies
[Policies overview How our rules and policies help keep our platform safe Community Guidelines How we define what we do and don't allow on YouTube Copyright How we help Creators responsibly manage their content Monetization policies How Creators can monetize their content as part of the YouTube Partner Program Legal removals How we approach content that violates local law](#)
Progress and impact
[Responsibility through the years How we've been building a more responsible platform over the years Progress on managing harmful content How we're enforcing our policies on harmful content by the numbers Our impact How creative entrepreneurs are transforming their lives and communities Culture and trends How to better understand the next generation of Creators and artists Advancing sustainability How we're investing in a carbon-free future](#)
Resources
[Downloadable summaries Download shareable summaries of essential content on this website about our responsibility efforts Advertiser resources Find resources and quick guides on Brand Safety for advertisers Brand resources Access brand resources such as our YouTube logo, color palettes, and permissions form](#)
[Our mission](#) Our commitments [Managing harmful content Standing up to hate Fighting misinformation Curbing extremist content Supporting political integrity Preventing bias Fostering child safety Protecting user data Safeguarding copyright Sharing revenue Promoting digital wellbeing Responding to COVID-19](#) Product features [YouTube Search Recommended videos News and information Health information Monetization for Creators YouTube Live](#) User

settings [Privacy controls](#) [Ad Settings](#) [Parental controls](#) [Autoplay](#) Rules and policies [Policies overview](#) [Community Guidelines](#) [Copyright](#) [Monetization policies](#) [Legal removals](#) Progress and impact [Responsibility through the years](#) [Progress on managing harmful content](#) [Our impact](#) [Culture and trends](#) [Advancing sustainability](#) Resources [Downloadable summaries](#) [Advertiser resources](#) [Brand resources](#)

Rules and policies 

# Policies overview

Viewers and Creators around the world use YouTube to express their ideas and opinions freely, and we believe that a broad range of perspectives ultimately makes us a stronger and more informed society, even if we disagree with some of those views. That's why we have policies to help build a safer community.



## Community Guidelines

Our Community Guidelines define what we do and don't allow on YouTube. They exist so that we can protect the community from things such as harmful content, harassment, and spam. They apply to everyone, and to all types of content on YouTube - such as videos, comments, links, and thumbnails.

[Learn more](#)



## Copyright

We have developed a set of resources to help Creators understand copyright, protect their own copyrighted content, and avoid violating copyright laws.

[Learn more](#)

## Monetization policies

The YouTube Partner Program empowers Creators to make money through their channels. To become a YouTube Partner, Creators must follow our monetization policies. These policies are intended to reward Creators who contribute positively to the community with original content.

376

Eligible Creators who want to monetize their content by running advertisements need to follow our Advertiser-Friendly Content Guidelines in addition to our broader Monetization Policies.

[Learn more](#)

## Legal removals

Since YouTube is available across the world, we have processes in place to comply with local law.

[Learn more](#)

## Related articles

- Progress on managing harmful content

  [Read more](#)

- Safeguarding copyright

  [Read more](#)

- Fostering child safety

  [Read more](#)

**Connect**

- **About YouTube**

  [About Blog How YouTube Works Jobs Press YouTube Culture & Trends](#)

- **Products**

  [YouTube Go YouTube Kids YouTube Music YouTube Originals YouTube Premium YouTube Select YouTube Studio YouTube TV](#)

- **For Business**

  [Developers YouTube Advertising](#)

- **For Creators**

377

Creating for YouTube Kids Creator Academy Creator Research Creator Services Directory YouTube Artists YouTube Creators YouTube NextUp YouTube Space YouTube VR

- **Our Commitments**

  Creators for Change CSAI Match Social Impact

## About YouTube

## Products

## For Business

## For Creators

## Our Commitments

About Blog How YouTube Works Jobs Press YouTube Culture & Trends YouTube Go YouTube Kids YouTube Music YouTube Originals YouTube Premium YouTube Select YouTube Studio YouTube TV Developers YouTube Advertising Creating for YouTube Kids Creator Academy Creator Research Creator Services Directory YouTube Artists YouTube Creators YouTube NextUp YouTube Space YouTube VR Creators for Change CSAI Match Social Impact
Policies & Safety Copyright Brand Guidelines Privacy Terms
Help





YouTube Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunity

# Policy, safety, and copyright

## YouTube policies

- Best practices for creators
- Spam & deceptive practices
- Sensitive content
- Violent or dangerous content
- Regulated goods
- Misinformation policies
- Legal policies

## Privacy and safety center

- Privacy resources
- Safety resources
- Made for kids content

## Reporting and enforcement

- Reporting
- Manage content
- Community Guidelines enforcement

## Legal policies

- Trademark
- Counterfeit

- Defamation
- Other legal issues
- Stored music policy
- Other legal complaints
-
-

# Copyright and rights management

- Learn about copyright on YouTube
- Copyright claim basics
- Detailed claim issues
- Submit and retract claims
- Copyright management tools

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina

23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback about our Help Center



Google Help

- [Help Center](#)

o [Fix a problem](#)

o [Watch videos](#)

o [Manage your account & settings](#)

**381**

- o [Supervised experience on YouTube](#)

- o [Join & manage YouTube Premium](#)

- o [Create & grow your channel](#)

- o [Monetize with the YouTube Partner Program](#)

- o [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program

Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows

Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues

Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube

YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

Send feedback on...

This help content & information General Help Center experience

YouTube Help

Sign in

Send feedback on...



This help content & information

General Help Center experience

Next

Help CenterCommunity

# Best practices for creators

- The importance of context
- Creator responsibility
- Best Practices for Content with Children
- Staying safe on YouTube
- Content policies for YouTube Kids

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands

16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback about our Help Center



Google Help

- [Help Center](#)

  ○ [Fix a problem](#)

- o [Watch videos](#)

- o [Manage your account & settings](#)

- o [Supervised experience on YouTube](#)

- o [Join & manage YouTube Premium](#)

- o [Create & grow your channel](#)

- o [Monetize with the YouTube Partner Program](#)

- o [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program

Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows

Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues

Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube

YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers

YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

Send feedback on...

This help content & information General Help Center experience

387

YouTube Help



Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunity

# The importance of context

Context is very important for all videos, but it's particularly important when posting graphic content. Content that is educational, scientific, newsworthy, or a documentary may often contain graphic content. This type of content is allowed on YouTube if it includes context. Adding details explaining your video helps users find and understand your content. It also helps the YouTube team review your video if it gets flagged.

For example, a video posted by a citizen journalist capturing footage of protesters being beaten would likely be allowed if it includes relevant context. In this example, relevant information could be a list of tips at the beginning of the video on how to stay safe when at a protest. Or, a voice-over narration about the protest's history. The video should also have a clear title or description indicating that it is reporting on or documenting the content.

## Guidelines for adding context

YouTube is not a home for glorifying violence or promoting hate. Graphic or controversial footage may be allowed if it's educational but it may also have age-restrictions or a warning screen.

## Do's and don'ts

What you should do

- Consider the intention of your video — is it to inform and educate or to shock and incite?
- Provide voiceover or text narration to your video. You can do this while recording or add it later while editing.

- Make sure the context can be seen or heard easily by someone watching the video. It's important to add information to the description and title as well as in the video content itself.

  You can learn more about context in our Creator Academy.

  What you shouldn't do

- Make violence the focus of your video.
- Emphasize violent content by zooming, looping, or using other editing techniques that take away from your message.
- Try to shock or disgust your viewers.
- Use your video to glorify or celebrate violent acts.
- Rely on metadata alone to provide context. Metadata can be supportive but a viewer should be able to understand the context from watching and listening to the video alone.

## Tips for adding context before and after uploading

How to add context before you upload

Adding context within your video helps us understand background and intent. With violence content or content related to terrorism, add an introduction, voiceover commentary, or text overlays to provide additional context. It is essential that you add informative or clarifying information within your video before uploading to help our teams understand the context, and don't rely solely on the video title or description to make your intent clear.

You should also avoid zooming in or sustained focus on the most graphic sections of the video, as we don't allow gratuitous violence.

There are many third-party apps for both your computer and mobile device that allow you to edit your video: adding text overlays, title screens, and audio tracks. Once edited, you can then save it or export it directly to YouTube.

How to add context after you upload

If you were unable to add sufficient context to your initial video upload, you can also add additional context after uploading. This additional context is important but if your video contains highly sensitive content, you will still need to provide context in the video itself.

- Provide an informative and relevant title. You can pack in a lot of information here, even if you're on the move on a mobile device.

389

- Avoid using descriptions, titles, tags and thumbnails that highlight the most provocative or shocking aspects of your video.
- Use YouTube tools to include descriptive information in your video, i.e. who, what, when, where and why did it occur?
- Use cards to link to relevant websites, such as a related news story or artist statement.
- If your footage is sensitive and requires visual anonymity, check out YouTube's blurring tool.
- Check out organizations like Witness that provide free resources for video activists, trainers, and their allies.

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

# YouTube policies

- The importance of context
- Creator responsibility
- Best Practices for Content with Children
- Staying safe on YouTube
- Content policies for YouTube Kids

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski

10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文 （简体）
38. 中文 （繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- <u>Help Center</u>

- o <u>Fix a problem</u>

- o <u>Watch videos</u>

- o <u>Manage your account & settings</u>

- o <u>Supervised experience on YouTube</u>

- o <u>Join & manage YouTube Premium</u>

- o <u>Create & grow your channel</u>

- o <u>Monetize with the YouTube Partner Program</u>

- o <u>Policy, safety, & copyright</u>

- <u>Community</u>

- <u>YouTube</u>

- <u>Privacy Policy</u>

- <u>YouTube Terms of Service</u>

- <u>Submit feedback</u>

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program
Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows
Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues
Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues
Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube
YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers
YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

# What is the issue with this selection?

Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links



Other suggestions - ideas to improve the content

## Share additional info or suggestions

Do not share any personal info
Cancel
Submit
By continuing, you agree Google uses your answers, account & system info to improve
services, per our Privacy & Terms.

394



YouTube Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunity

# Creator responsibility

Creators are the heart of YouTube. Part of being a creator means that you're a member of a large and influential global community. We look to you to help us preserve and protect this unique and vibrant group.

As a creator on YouTube, you agree to follow our:

- Community Guidelines
- Terms of Service

It's important that you understand these guidelines and their role in our shared responsibility to keep the YouTube ecosystem healthy. Violating these guidelines may result in your videos being deleted, your channel receiving strikes, or for serious or repeated violations, your channel being restricted or even terminated.

## Earning money on your content

Creators who want to monetize content will need to follow additional guidelines:

- AdSense Program Policies
- YouTube monetization policies
- Advertiser-friendly content guidelines

By respecting these guidelines, you'll help us to prevent potentially inappropriate videos from monetizing, which can hurt revenue for everyone.

If you don't follow these guidelines, it may lead you to incur penalties, such as disabling ads on your content, or suspending your channel from the YouTube Partner Program.

Learn more about our monetization policies.

## Protecting the YouTube community

Remember that as YouTube creators, you should remain responsible both on and off the platform. If we see that a creator's on- and/or off-platform behavior harms our users, community, employees or ecosystem, we may take action to protect the community.

Beyond the content you upload to YouTube, here are some examples of on- and/or off-platform behavior that we may consider to be inappropriate and result in penalties:

- Intending to cause malicious harm to others.
- Participating in abuse or violence, demonstrating cruelty, or participating in fraudulent/deceptive behavior leading to real world harm.

  While these behaviors are rare, they can cause widespread harm to the YouTube community, and potentially damage the trust among creators, users, and advertisers.

Severe violations that cause widespread harm to the community may have repercussions beyond standard enforcement actions. These restrictions may include:

- YouTube Originals and YouTube Spaces experiences: YouTube Originals may be suspended, cancelled, or removed, and you may lose access to YouTube Pop-up Spaces and virtual gatherings.
- Monetization, partner management, and promotional opportunities: Your channel may lose the ability to serve ads, earn revenue, and potentially be removed from the YouTube Partner Program, including losing access to partner management and creator support. You may also be removed from YouTube Select Lineups.
- Video recommendations: Your videos may no longer be eligible to be recommended on YouTube, and could lose benefits such as appearing on our Home page, Trending tab, or in Watch Next recommendations.

## Additional resources

Use these resources to learn more about YouTube policies:

- Terms of Service: All content uploaded to YouTube must comply with these terms.
- Community Guidelines: All content uploaded to YouTube must comply with these guidelines.
- AdSense Program Policies: To be eligible for monetization, videos must comply with these policies.
- YouTube monetization policies: To be eligible for monetization on YouTube, videos must comply with these policies.

396

- **Advertiser-friendly content guidelines:** To be eligible for advertising, videos must comply with these guidelines. If you want to upload content that does not comply with these guidelines, turn off ads on those videos.
- Creator Academy: Get tips on making advertiser-friendly content, learn best practices for family-friendly videos, and, understand how to foster a positive community with your channel.
- **The importance of context:** Adding context within your video helps us understand background and intent. We do allow controversial videos that have educational, documentary, scientific or artistic intent.
- Learn how to report inappropriate content here.

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

# YouTube policies

- The importance of context
- Creator responsibility
- Best Practices for Content with Children
- Staying safe on YouTube
- Content policies for YouTube Kids

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français

9.  hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- [Help Center](Help Center)

- o [Fix a problem](#)

- o [Watch videos](#)

- o [Manage your account & settings](#)

- o [Supervised experience on YouTube](#)

- o [Join & manage YouTube Premium](#)

- o [Create & grow your channel](#)

- o [Monetize with the YouTube Partner Program](#)

- o [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program

Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows

Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues

Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube

YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

## What is the issue with this selection?

Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links



Other suggestions - ideas to improve the content

## Share additional info or suggestions



Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.



YouTube Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunity

# Best Practices for Content with Children

We want creators to continue to have fun and be creative, but we ask that you follow our Community Guidelines. You should always be smart about the content you post online and ask for permission before you upload a video featuring someone to YouTube.

Anyone posting content with minors must do the following:

- Respect privacy. Secure consent from the minor's parent or legal guardian before featuring them in your video. Make sure their participation in your video is voluntary.
- Moderate user comments on your videos. There are tools at your disposal to filter and review comments, and you can always flag comments to us for spam or abuse.
- Manage your video's privacy and embed settings. You have several options to control who can view your video and how it's shared on external sites.

Please make sure you understand and follow the law. You must comply with all the laws, rules, and regulations related to working with minors. Some areas you should know about are:

- Permits: Review local laws and regulations to find out if minors in your videos need a permit, registration, or license to work. You should also know if you need a permit or authorization to employ minors.
- Wages/Revenue Sharing: You must follow applicable laws around paying minors for their work. In some cases, you may be required to pay a wage to minors. In others, you may be required to provide a share of the revenue you are making from the videos to the minors directly, or set aside a portion that is protected for the minor.
- School & Education: Participation of minors in your content must follow all applicable laws to protect from interference with adequate schooling and education.
- Working Environment, Hours & Breaks: The working environment must be safe for the minor. They must have time for rest, education, and recreation each day. Minors should

**402**

not work into the night. You should also follow all local laws for times of work and limits on hours worked every day/week.

For more information, check out the Creator Academy course about Child Safety on YouTube.

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

# YouTube policies

- The importance of context
- Creator responsibility
- Best Practices for Content with Children
- Staying safe on YouTube
- Content policies for YouTube Kids

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių

14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- [Help Center](Help Center)

o [Fix a problem](Fix a problem)

- Watch videos

- Manage your account & settings

- Supervised experience on YouTube

- Join & manage YouTube Premium

- Create & grow your channel

- Monetize with the YouTube Partner Program

- Policy, safety, & copyright

- **Community**

- **YouTube**

- Privacy Policy

- YouTube Terms of Service

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program

Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows

Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues

Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube

YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers

YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

# What is the issue with this selection?

⬚
Inaccurate - doesn't match what I see in the product

⬚
Hard to understand - unclear or translation is wrong

⬚
Missing info - relevant but not comprehensive

⬚
Irrelevant - doesn't match the title and / or my expectations

⬚
Minor errors - formatting issues, typos, and / or broken links

⬚
Other suggestions - ideas to improve the content

# Share additional info or suggestions



Do not share any personal info
Cancel
Submit
By continuing, you agree Google uses your answers, account & system info to improve
services, per our Privacy & Terms.

YouTube Help



Sign in



Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunity

# Staying safe on YouTube

YouTube is a place where people come to share their story, express an opinion, and engage with one another. We want to ensure creators and viewers feel safe doing so. While the majority of YouTube's creators and viewers want to share, learn, and connect, we know there are instances of abuse, or even harassment. Learn more about the policies and tools in place to protect you on YouTube below.

Creators and users also have a responsibility to keep YouTube a safe and healthy platform. Learn more here about how we hold creators and users accountable for maintaining these standards.

## Policies on hate & harassment

YouTube has specific policies to help protect against hate and harassment.

- Hate speech: This policy protects specific groups and members of those groups. We consider content hate speech when it incites hatred or violence against groups based on protected attributes such as age, gender, race, caste, religion, sexual orientation, or veteran status. Learn more on our hate speech policy.
- Harassment: This policy protects specific individuals. We consider content harassment when it targets an individual with prolonged or malicious insults based on intrinsic attributes, including their protected group status or physical traits. This also includes harmful behavior such as threats, bullying, doxxing, or encouraging abusive fan behavior. Learn more on our harassment policy.

To learn more about YouTube's policies, check out our full list of Community Guidelines.

## Tools to keep you safe

We want you to feel safe when you're on YouTube. That's why we encourage you to use the various tools available to help protect you against hate & harassment.

Important: If you believe you're in danger, get in touch your local law enforcement.

Report inappropriate or abusive content or users

- Report abuse and inappropriate content
- Report a privacy violation
- Report impersonations of you or your channel

Block inappropriate or abusive comments, content or users

- Block commenters
- Block specific words in comments
- Hold comments for review
- Block other viewers on live chat

Trusted partner resources for online safety (US Only)

- Stop Think Connect
- Connect Safely
- Stay Safe Online

If you're concerned that your account has been hacked, hijacked, or compromised, refer to our Secure your YouTube account article and follow the steps to protect your account.

Visit Creator Academy for more

Learn more through videos and quizzes by checking out our courses on hate, harassment, and creator well-being.

Give feedback about this article
Choose a section to give feedback on



Was this helpful?
YesNo

Submit

# YouTube policies

- The importance of context
- Creator responsibility
- Best Practices for Content with Children
- Staying safe on YouTube
- Content policies for YouTube Kids

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски

32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- <u>Help Center</u>

o <u>Fix a problem</u>

o <u>Watch videos</u>

o <u>Manage your account & settings</u>

o <u>Supervised experience on YouTube</u>

o <u>Join & manage YouTube Premium</u>

- o  <u>Create & grow your channel</u>

- o  <u>Monetize with the YouTube Partner Program</u>

- o  <u>Policy, safety, & copyright</u>

- <u>Community</u>

- <u>YouTube</u>

- <u>Privacy Policy</u>

- <u>YouTube Terms of Service</u>

- <u>Submit feedback</u>

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program
Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows
Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues
Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube
YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers
YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

## What is the issue with this selection?

C
Inaccurate - doesn't match what I see in the product

C
Hard to understand - unclear or translation is wrong

C
Missing info - relevant but not comprehensive

C
Irrelevant - doesn't match the title and / or my expectations

C
Minor errors - formatting issues, typos, and / or broken links

C
Other suggestions - ideas to improve the content

## Share additional info or suggestions



Do not share any personal info
Cancel
Submit
By continuing, you agree Google uses your answers, <u>account & system info</u> to improve services, per our <u>Privacy</u> & <u>Terms</u>.

YouTube Help



Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunity

# Content policies for YouTube Kids

The YouTube Kids app is designed to be a safer and simpler place for kids to explore their interests through online video. This separate app is a filtered version of YouTube and has a much smaller set of channels and videos available than the YouTube app and website. This is because we work to identify content that is age-appropriate, adheres to our quality principles, and is diverse enough to meet the varied interests of kids globally.

Below are our YouTube Kids policies, which outline what kind of content is eligible to be part of YouTube Kids. Content must comply with these policies for it to appear in YouTube Kids. These policies are designed to exclude content that is:

- More suitable for viewers 13+
- Age-restricted to viewers 18+
- Violative of our Community Guidelines

These policies were designed using feedback from parents and external specialists in child development, children's media, digital learning, and citizenship. Based on these policies, videos or channels may be excluded from YouTube Kids to help ensure a great experience for our youngest audience.

## Content settings

There are 3 content settings available in the app: Preschool, Younger, and Older. The content your child will see is based on the setting you choose when you set up YouTube Kids for your child.

Preschool Designed with kids 4 and under in mind
Younger  Designed with kids ages 5-8 in mind
Older    Designed with kids ages 9-12 in mind

# Content Policies

Our policies determine what kind of content is eligible for each content setting. When you choose a content setting for your child, they will see content eligible for that setting. This includes what they find in searches or in recommended videos. Our automated systems and human reviewers work to identify suitable content based on the setting you have selected. Our systems work hard to exclude content not suitable for kids, but not all videos have been manually reviewed. If you find something inappropriate that we missed, you can block it or report it for fast review.

## Preschool Content Setting

The Preschool setting was designed with kids ages 4 and under in mind. This content setting includes videos that promote creativity, playfulness, learning, and exploration. Popular video categories include arts and crafts, nursery rhymes, cartoons, read-alongs, circle time, toys and play and yoga.
Some videos may include:

Sexual content: Non-romantic expressions of love, such as a holding hands or a kiss on the cheek. Age-appropriate educational videos on sexual and gender identity.

Violence: Non-violent and non-scary scripted and animated videos.

Weapons: Age-appropriate videos featuring unrealistic weapons (e.g., water gun) in the context of toy play, gaming, animation.

Dangerous Content: Videos featuring stunts performed by skilled individuals with no instructional component (e.g., basketball players doing tricks). Arts and crafts videos that involve age-appropriate products or tools such as paint, glue, or scissors.

Language: Videos with no use of offensive language or profanity.

Music Videos: Age-appropriate music videos with no sexual themes.

## Younger Content Setting

The Younger content setting was designed with kids ages 5-8 in mind. This content setting includes a wider variety of topics to meet the widening interests of younger kids. Popular categories include gaming, covers of top 40 songs, family vloggers, cartoons, DIY, learning, how-tos and other content that generally appeals to kids in early elementary school. It also includes all content from the Preschool content setting.

Some videos may include:

Sexual content: Videos with romantic themes, including brief displays of affection and attraction, such as a quick kiss on the mouth.

Violence: Age-appropriate videos related to historical events that are educational but may contain mild violence within the context of the event. Non-graphic, slapstick cartoon violence.

Weapons: Videos featuring historical and classical art with displays of realistic weapons (e.g., painting of a samurai sword).

Dangerous Content: Videos featuring challenges and pranks that are innocent in nature or stunts that are unlikely to result in harm. Videos with non-focal display of alcohol or tobacco. DIY videos that involve easily accessible products and tools with safety disclaimers.

Language: Videos with infrequent use of mildly offensive language for this target age group, such as "oh my God" or "dumb".

Diet, Fitness, & Beauty: Makeup tutorials focused on creative and artistic expression. Age-appropriate educational videos on healthy eating and exercise.

Sensitive Topics: Age-appropriate videos that discuss common childhood mental health disorders such as anxiety and ADHD. Videos in this setting focus on positive coping and recovery strategies, and the importance of seeking help.

Music Videos: Music videos with display of alcohol or tobacco in the background. Music lyrics with non-sexual romantic themes or mildly offensive language such as "fool" or "stupid".

# Older Content Setting

The Older content setting was designed with kids 9-12 in mind. This setting is for older kids who may be ready for more grown-up content filtered from the broader universe of videos on YouTube. For example, the app will show music, gaming, vlogs, comedy, and sports that are excluded from the Younger and Preschool content settings of YouTube Kids. It also includes all content from the Younger and Preschool content setting. This setting tries to exclude mature content, but since we can't manually review all content and no automated system is perfect, we may miss some videos.

Some videos may include:

Adult content: Videos that display or discuss non-sexual experiences related to romance and attraction, such as dating or a first kiss. Age-appropriate videos on Sex Education topics like puberty and reproduction.

Violence: Age-appropriate videos related to current events that are educational but may contain mild violence within the context of the event. Non-graphic violence in scripted and animated videos common in gaming, television shows, and movies.

Weapons: Videos featuring unrealistic toy guns in the context of toy play. Realistic looking weapons in gaming and animated content.

Dangerous Content: Dangerous acts performed in a professional setting (e.g., TV/movie studio) that might result in harm. Videos with infrequent mention or use of alcohol or tobacco. DIY videos that involve easily accessible products and tools or brief use of a sharp object such as an X-acto knife or saw.

Inappropriate Language: Videos with infrequent use of mild profanity, such as "damnit" or "hell" in a non-harassing context.

Diet, Fitness, & Beauty: Videos featuring beauty product reviews, age-appropriate make-up tutorials, and educational content on health and wellness.

Sensitive Topics: Age-appropriate videos that discuss sensitive issues such as mental health, addiction, eating disorders, and loss and grief. Videos in this setting do not feature graphic imagery and focus on positive coping and recovery strategies, and the importance of seeking help.

Music Videos: Music videos with sexualized dancing that is not gratuitous and infrequent use of alcohol or tobacco. Music lyrics with mild profanity or infrequent mentions of alcohol or tobacco.

## Content with commercial elements

Content with paid product placements or endorsements. We do not allow videos in YouTube Kids that include paid product placements or endorsements. When a creator discloses paid product placement or endorsement in their video through YouTube Studio, we will remove the videos from the YouTube Kids app.

Overly commercial content. Content that is overly commercial or promotional is not allowed in YouTube Kids. This includes:

- Traditional advertisements for products and services uploaded by creators or brands.
- Content that directly encourages the viewer to buy a product.
- Videos focused on product packaging.
- Videos focused on the excessive accumulation or consumption of products.

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

## YouTube policies

- The importance of context
- Creator responsibility
- Best Practices for Content with Children
- Staying safe on YouTube
- Content policies for YouTube Kids

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina

23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- <u>Help Center</u>

o <u>Fix a problem</u>

o <u>Watch videos</u>

o <u>Manage your account & settings</u>

- o  <u>Supervised experience on YouTube</u>

- o  <u>Join & manage YouTube Premium</u>

- o  <u>Create & grow your channel</u>

- o  <u>Monetize with the YouTube Partner Program</u>

- o  <u>Policy, safety, & copyright</u>

- <u>Community</u>

- <u>YouTube</u>

- <u>Privacy Policy</u>

- <u>YouTube Terms of Service</u>

- <u>Submit feedback</u>

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program

Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows

Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues

Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube

YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers

YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

## What is the issue with this selection?

☐
Inaccurate - doesn't match what I see in the product

☐
Hard to understand - unclear or translation is wrong

☐
Missing info - relevant but not comprehensive

☐
Irrelevant - doesn't match the title and / or my expectations

☐
Minor errors - formatting issues, typos, and / or broken links

☐
Other suggestions - ideas to improve the content

## Share additional info or suggestions

Do not share any personal info
Cancel
Submit
By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.



YouTube Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunity

# YouTube Privacy Guidelines

## YouTube Privacy Guidelines

We're serious about protecting our users by addressing potential privacy concerns. Our privacy guidelines apply to all users across the world. In other words, while the video in question may not violate your country's privacy laws, it may still violate YouTube's privacy guidelines.

YouTube privacy guidelines aim at protecting users' privacy while balancing public interest and newsworthiness. If you believe the content violates other YouTube Community Guidelines, we encourage you to learn how to report inappropriate content.

### How does YouTube determine if content should be removed for a privacy violation?

For content to be considered for removal, an individual must be uniquely identifiable and the complaint we received from that individual, or their legal representative, must uniquely identify the individual by a combination of image, voice, full name, government identification number, bank account number, contact information (e.g. home address, email address), or other uniquely identifiable information. We also take into account public interest, newsworthiness, consent, and whether the information is otherwise publicly available when determining if content should be removed for a privacy violation. YouTube reserves the right to make the final determination of whether a violation of its privacy guidelines has occurred.

### What does uniquely identifiable mean?

To be considered uniquely identifiable, there must be enough information in the video that allows others to recognize you. Note that just because you can identify yourself

**423**

within the video, it does not mean you're uniquely identifiable to others. A first name without additional context or a fleeting image, for example, would not likely qualify as uniquely identifiable.

## How YouTube's privacy process works

If a privacy complaint is filed, YouTube may give the uploader an opportunity to remove or edit the private information within their video. We issue notification of the potential violation and give the uploader 48 hours to act on the complaint. If the uploader removes the video during these 48 hours, the complaint filed will be closed. If the potential privacy violation remains on the site after 48 hours, the YouTube Team will then review the complaint.

Our Privacy Complaint Process also accounts for cases that warrant urgent removal of personal or financial data.

## Reporting a privacy violation

To file a privacy complaint, start the Privacy Complaint Process. As the complainant, your privacy is respected in this process. At no point will your identity or contact information be released to the uploader without your consent. Our communications to you about this process will be sent to the email address you give to us. Add support@youtube.com to your spam filter to make sure you get these messages.

First-party claims are required.

We do not accept claims made on behalf of third parties except in the following situations:

- The individual whose privacy is being violated does not have access to a computer
- The individual whose privacy is being violated is a vulnerable individual
- The claim is being made by the parent or legal guardian of the individual whose privacy is being violated
- The claim is being made by a legal representative for the individual whose privacy is being violated

We will not accept privacy complaints filed on behalf of:

- Other family members (such as husband, wife, cousin, brother, sister)
- Coworkers or employees (individuals must submit a report themselves)
- A company

Tips on filing a complete privacy complaint

- Be clear and concise so that the YouTube Team can identify you within the video.

- Use timestamps to indicate all places where you appear in the video.
- In the description area, specify what you are wearing or doing that differentiates you from others within the video.
- Make sure you've included the video URL in your report. If you're reporting an entire channel, you're not required to submit a URL.
- If you are reporting a comment made in the comments section of a video, note it in the description area. Include the commenter's username in the username field.

## Receiving notice of a privacy violation

YouTube may give you, the uploader, an opportunity to remove or edit the private information within your video. In this case, we would email you about the potential violation and allow you 48 hours to act on the complaint. If you remove the alleged violation from the site within the 48 hours, the complaint filed will then be closed. If the potential privacy violation remains on the site after 48 hours, the complaint will be reviewed by the YouTube Team.

If we remove your video for a privacy violation, do not upload another version featuring the same people. These people will likely file another privacy complaint or report you for harassment. We're serious about protecting our users and suspend accounts that violate people's privacy.

### How can I act on the complaint?

- You can remove the reported content completely from the site.
- If someone's full name or other personal information is listed within the title, description, or tags of your video, you can edit these details by going to Videos and clicking the Edit button on the reported video.
- You can blur the faces of individuals who appear in the videos.

Incomplete methods of removal are not acceptable, and include:

- Making a video private as the uploader can change the status from private to public at any time.

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

## Privacy resources

- Protecting your identity
- Turn Restricted Mode on or off
- Change video privacy settings
- Your Data in YouTube

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский

31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- [Help Center](#)

  - [Fix a problem](#)

  - [Watch videos](#)

  - [Manage your account & settings](#)

  - [Supervised experience on YouTube](#)

  - [Join & manage YouTube Premium](#)

- o [Create & grow your channel](#)

- o [Monetize with the YouTube Partner Program](#)

- o [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program
Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows
Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues
Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium

membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues
Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube
YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers
YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

# What is the issue with this selection?



Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

# Share additional info or suggestions

Do not share any personal info
Cancel
Submit
By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.



YouTube Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunity

# Block a commenter

You can hide comments from specific viewers from showing on your channel. Additionally, their comments won't show on your Comments page in YouTube Studio.

To report abuse, harassment, inappropriate content, or privacy complaints, visit the Safety Center.

## Block a commenter

To hide comments from a specific viewer:

1. Find a comment they've left on your channel or video.
2. Next to the comment, select More ⊟⊟ Hide user from channel.

## Block a commenter in YouTube Studio

You can also block a channel in YouTube Studio:

1. Find the commenter's channel URL from their channel homepage.
2. Open YouTube Studio.
3. From the left menu, select Settings ⊟ Community.
4. In the "Hidden users" box, paste the channel URL.
5. Select Save.

## Check who you've blocked from commenting

A list of channels whose comments you've hidden is available in YouTube Studio.

1. Sign in to YouTube Studio.
2. From the left menu, select Settings Community.
3. Review channels you've blocked from commenting in the "Hidden users" box.

## Unblock a commenter

You can remove individuals from your "Hidden users" list in YouTube Studio.

1. Sign in to YouTube Studio.
2. From the left menu, select Settings Community.
3. Select Remove next to the commenter that you'd like to allow to comment.

## FAQ

### What's the difference between blocking and hiding someone?

There's no difference. Though creators use both terms, they have the same meaning.

### What happens when you block someone?

All previous comments on your videos from that channel should be hidden within 48 hours.

### If you block someone, do they get a notification?

No. YouTube does not send a notification if you block someone.

### What happens when you unblock someone?

Any future comments from the channel will show on your videos and in YouTube Studio. Previous comments from that channel on your videos will still be hidden.
Give feedback about this article
Choose a section to give feedback on



# Manage your community & comments

- Learn about comment settings
- Choose comment settings
- Review and reply to comments
- Block a commenter
- Manage spam in comments
- Use Smart Replies in YouTube Studio

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά

29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- [Help Center](#)

  o [Fix a problem](#)

  o [Watch videos](#)

  o [Manage your account & settings](#)

  o [Supervised experience on YouTube](#)

- o [Join & manage YouTube Premium](#)

- o [Create & grow your channel](#)

- o [Monetize with the YouTube Partner Program](#)

- o [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program
Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows
Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues

Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube

YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers

YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

## What is the issue with this selection?


Inaccurate - doesn't match what I see in the product


Hard to understand - unclear or translation is wrong


Missing info - relevant but not comprehensive


Irrelevant - doesn't match the title and / or my expectations


Minor errors - formatting issues, typos, and / or broken links


Other suggestions - ideas to improve the content

## Share additional info or suggestions

Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.

435

YouTube Help

Sign in

Send feedback on...



This help content & information

General Help Center experience

Next

Help CenterCommunity

# Learn about comment settings

We've simplified the comment moderation experience and merged the two moderation tabs, "Held for review" and "Likely spam," in YouTube Studio. Now, comments automatically held by YouTube will appear in the combined "Held for review" tab for up to 60 days.

You can choose to hold some comments for review before they're shown on your video or channel. Learn how to change your comment settings.

## Comment settings for videos

The following comment settings can be used for individual videos.

Hold potentially inappropriate comments for review
Potentially inappropriate comments are held for review on your Comments page, under the "Held for review" tab for up to 60 days. You can view these comments from YouTube Studio, not the watch page.

At the bottom of the tab, you may see a link to "Show hidden comments." Click it to view potentially hurtful comments that are automatically held for review.

YouTube can hold potentially inappropriate comments for review in over 100 languages. YouTube's system works to find potentially inappropriate comments, but it's not always correct. As you review comments, the system gets better at finding comments to hold for review.
If there are more words or phrases you want to hold for review, add them to your blocked words list.

# Hold all comments for review

All comments must be manually approved before they can show. Comments can be reviewed on your Comments page, under the "Held for review" tab for up to 60 days. Learn how to review held comments.

# Allow all comments

All comments left on your video are immediately visible. You can view these comments on your Comments page, under the "Published" tab.

Viewers can still report inappropriate comments and spam. Comments that violate our Community Guidelines may be removed. Comments that are likely spam may be automatically held for review in YouTube Studio for up to 60 days.

# Turn off comments

If you turn off comments for your video, viewers can't comment. "Comments are disabled for this video. Learn more." will show beneath your video.

## Channel level comment settings

# Hidden users

You can choose to hide comments from specific commenters across all videos on your channel.

Learn how to hide comments from a specific channel.

## Blocked words

You can add a list of words and phrases that you don't want to show in comments to your blocked words lists.

Comments closely matching these terms may be held for review for up to 60 days, unless they're from someone on your approved user list. Live chat messages containing these terms will also be blocked.

Comments with blocked words can be reviewed and approved on your Comments page, under the "Held for review" tab.

To add to your blocked words lists:

1. Open YouTube Studio.
2. From the left, click Settings 🖼 Community.
3. Under the "Automated Filters" tab, scroll to "Blocked words."
4. Add words and phrases separated by commas.
5. Select SAVE.

# Block comments with links

You can hold comments that contain hashtags and URLs for review. Here's how:

1. Open YouTube Studio.

2. From the left, click Settings ▤ Community.
3. Under the "Automated Filters" tab, select Block links.

Comments with links won't be blocked if they're posted by you, moderators, or approved users.
Live chat messages with URLs are also blocked.
Comments with hashtags and links can be reviewed and approved on your Comments page, under the "Held for review" tab for up to 60 days.

## Default comment settings

You can apply the same comment setting to all new video uploads. Changing your default settings for new video uploads will not impact existing videos.
You can choose different comment settings for individual videos after upload. Learn how to change your default comment settings for new videos.

## Channel homepage comment settings

You can change your setting for new comments on the Discussion or Community tab of your channel. Learn how to change your channel's comment settings.

# FAQ about comment settings

## Can I block certain words, links, or users from one specific video?

No. Hidden users, blocked words, and link blocking automatically apply to all videos and to your channel homepage.
Note: Changes to your comment settings only apply to new videos.

## Can I review comments from hidden users?

No. Comments from hidden users don't show in YouTube Studio.

## Can I review comments that are blocked for specific words or links?

Yes. Comments with blocked words or links can be reviewed and approved on your Comments page, under the "Held for review" tab for up to 60 days.

## If I turn comments off and back on again, do my old comments come back?

Yes. If you turn comments off and back on again, existing comments will reappear. If you turn off comments, existing comments can't be seen on the watch page or in YouTube Studio.

# If I change my settings, are existing comments impacted?

Impacted

Comments on new video uploads.

New comments on your channel homepage. (For example Community or Discussion tab).

Not impacted

Existing comments on previously uploaded videos.

New comments on previously uploaded videos.

Learn how to change the comment setting of a previously uploaded video.

Existing comments on your channel homepage.

Exception: If you turn off comments on your channel homepage, all previous comments are hidden.

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

## Manage your community & comments

- Learn about comment settings
- Choose comment settings
- Review and reply to comments
- Block a commenter
- Manage spam in comments
- Use Smart Replies in YouTube Studio

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)

7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- [Help Center](#)

  - [Fix a problem](#)

  - [Watch videos](#)

  - [Manage your account & settings](#)

  - [Supervised experience on YouTube](#)

  - [Join & manage YouTube Premium](#)

  - [Create & grow your channel](#)

  - [Monetize with the YouTube Partner Program](#)

  - [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program

Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows

Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues

Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube

YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers

YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

# What is the issue with this selection?

Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

442

Irrelevant - doesn't match the title and / or my expectations



Minor errors - formatting issues, typos, and / or broken links



Other suggestions - ideas to improve the content

## Share additional info or suggestions



Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.

443



YouTube Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunity

# Choose comment settings

Note: This feature may not be available with supervised experiences on YouTube. Learn more here.

You can change your comment settings in YouTube Studio. Learn about different comment settings.

Comments aren't available when:

- A channel or video's audience is set as made for kids.

  Or

- A video is private.

  If you want to allow comments on a video that's not publicly available, post an unlisted video instead.

  Note: Comments will be permanently deleted 30 days from when a channel or video is set as made for kids.

## Change your default comment settings

Choose your default comment setting. This change applies to comments on new videos and new comments on your channel homepage.

1. Sign in to YouTube Studio.
2. From the left menu, select Settings.

3. Select Community Defaults.
4. Select your default settings:
- If you have the Community tab: Choose your default settings under "Comments on your channel."
- If you don't have the Community tab: Choose your default setting for new video uploads under "Comments on your new videos." Choose your default setting for new comments on the Discussion tab under "Comments on your Discussion tab."
5. Select Save.

## Change comment settings on a video

You can change comment settings for an individual video from your Content page. You can also change comment settings for multiple videos at once with bulk edits.

1. Sign in to YouTube Studio.
2. From the left menu, select Content.
3. Click a video's thumbnail.
4. Select the More options tab.
5. Under "Comments and ratings," choose your comment settings.
6. Select Save.

## Change default comment view

You can change how comments are ordered on your video's watch page. You can order comments by top comments or by date added.

1. Sign in to YouTube Studio.
2. From the left menu, select Content.
3. Click a video's thumbnail.
4. Select the More options tab.
5. Under "Comments and ratings," select Sort by.
6. Choose between "Top" and "Newest," then select Save.

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo

Submit

# Manage your community & comments

- Learn about comment settings
- Choose comment settings
- Review and reply to comments
- Block a commenter
- Manage spam in comments
- Use Smart Replies in YouTube Studio

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά

29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- [Help Center](#)

  o [Fix a problem](#)

  o [Watch videos](#)

  o [Manage your account & settings](#)

  o [Supervised experience on YouTube](#)

**447**

- o [Join & manage YouTube Premium](#)

- o [Create & grow your channel](#)

- o [Monetize with the YouTube Partner Program](#)

- o [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program
Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows
Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues

Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube

YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers

YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

## What is the issue with this selection?


Inaccurate - doesn't match what I see in the product


Hard to understand - unclear or translation is wrong


Missing info - relevant but not comprehensive


Irrelevant - doesn't match the title and / or my expectations


Minor errors - formatting issues, typos, and / or broken links


Other suggestions - ideas to improve the content

## Share additional info or suggestions

Do not share any personal info
Cancel
Submit
By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.

449



YouTube Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunity

# Set your channel or video's audience

Regardless of your location, you're legally required to comply with the Children's Online Privacy Protection Act and/or other laws. You're required to tell us that your videos are made for kids if you make kids content.

As a YouTube creator, you are required to set future and existing videos as made for kids or not. Even creators who don't make content for kids need to set their audience. This will help ensure that we offer the appropriate features on your content.

To help you comply, there are made for kids audience settings on YouTube Studio. You can set your audience:

- At the channel level, which will set all of your future and existing content as made for kids or not.
- Or, at the video level. If you choose this option, you'll need to set each existing and future video as made for kids or not.

Note:

- To set your audience as made for kids, you'll need to do so in YouTube Studio. You won't be able to do so in Creator Studio Classic.
- We'll make the audience selection tool available to third-party applications and the YouTube API Services in the near future. For now, please use YouTube Studio to upload made for kids content.

Important: Why every creator must set their audience

These changes are required as part of a settlement with the US Federal Trade Commission (FTC) and NY Attorney General, and will help you comply with the

Children's Online Privacy Protection Act (COPPA) and/or other applicable laws. Regardless of your location, we require you to tell us whether or not your videos are made for kids. If you fail to set your audience accurately, you may face compliance issues with the FTC or other authorities, and we may take action on your YouTube account. Learn more about the FTC's enforcement of COPPA.

A few notes:

- We use machine learning to help us identify videos that are clearly directed to young audiences. We trust you to set your audience accurately, but we may override your audience setting choice in cases of error or abuse.
- Do not rely on our systems to set your audience for you because our systems may not identify content that the FTC or other authorities consider to be made for kids.
- If you need help determining whether or not your content is made for kids, check out this Help Center article or consult legal counsel.
- Videos that you set as "made for kids" are more likely to be recommended alongside other kids' videos.
- If you've already set your audience for your video and YouTube detects error or abuse, you may see your video set as "Set to Made for Kids". You won't be able to change your audience setting. If you think we made a mistake, you can appeal.

Computer AndroidiPhone & iPad

# Set your channel's audience

Simplify your workflow by selecting a channel setting. This setting will affect existing and future videos. If you choose not to select a channel setting, you'll be required to identify each video on your channel that's made for kids. Settings for individual videos will override the channel setting.
This will also restrict certain features on your channel. If you aren't sure whether or not your videos are made for kids, check out this Help Center article.

1. Sign in to studio.youtube.com (Web studio only).
2. On the left menu, click Settings.
3. Click Channel.
4. Click the Advanced Settings tab.
5. Under Audience, select:
1. "Yes, set this channel as made for kids. I always upload content that's made for kids."
2. "No, set this channel as not made for kids. I never upload content that's made for kids."
3. "I want to review this setting for every video."
6. Click Save.

Set your video's audience

You can set individual videos as made for kids. This is a good option if only some of your videos are made for kids. If you aren't sure whether or not your content is made for kids, check out this Help Center article.

## Set your audience during upload

1. Go to studio.youtube.com. Note: to set your audience as made for kids, you'll need to use YouTube Studio. You won't be able to do so in Creator Studio Classic.
2. In the upper right hand corner, click the upload icon.
3. Click Upload video (beta). If you don't see this, click Upload video.
4. On the Basic info tab, scroll to Audience.
5. Select:
- "Yes, it's made for kids".
- "No, it's not made for kids".
6. Click Next to continue uploading your content.

Once you've uploaded your video, it'll be labeled as "Made for kids - set by you" in your Uploads list.

## Update the audience setting on existing videos

You may notice that YouTube has already set some videos as "made for kids". Since you haven't had a chance yet to set your videos or channel as made for kids or not, you'll be able to do this now:

1. Sign in to studio.youtube.com.
2. From the left menu, select Content.
3. Check the boxes next to the videos you'd like to edit. Note: You can select all of your videos by checking the box next to "Video" at the top of your upload list.
4. Select Edit ▤ Audience ▤ "Yes, it's made for kids."
5. Select UPDATE VIDEOS.

A few notes:

- We use machine learning to help us identify videos that are clearly directed to young audiences. We trust you to set your audience accurately, but we may override your audience setting choice in cases of error or abuse.
- Do not rely on our systems to set your audience for you because our systems may not identify content that the FTC or other authorities consider to be made for kids.
- If you need help determining whether or not your content is made for kids, check out this Help Center article or consult legal counsel.
- Videos that you set as "made for kids" are more likely to be recommended alongside other kids' videos.

- If you've already set your audience for your video and YouTube detects error or abuse, you may see your video set as "Set to Made for Kids". You won't be able to change your audience setting. If you think we made a mistake, you can appeal.

## Set your live stream's audience

### Set your audience when creating a live stream

If you aren't sure whether or not your content is made for kids, check out this Help Center article.

1. Go to studio.youtube.com.
2. In the upper right hand corner, click the upload icon.
3. Click Go live. Note: Clicking this will send you to the Live Control Room. You won't be able to set your live stream's audience using our Classic live streaming tools, so you'll need to do so using the Live Control Room.
4. After you've filled out the basic information and selected a privacy setting, scroll to Audience.
5. Select:
- "Yes, it's made for kids".
- "No, it's not made for kids".
6. Click Next to continue setting up your live stream.

### Update the audience setting on archived live streams

You may notice that YouTube has already set some archived live streams as "made for kids". Since you haven't had a chance yet to set your archived live streams as made for kids or not, you'll be able to do this now:

1. Sign in to studio.youtube.com.
2. From the left menu, select Content.
3. Click the Live tab.
4. Check the boxes next to the videos you'd like to edit. Note: You can select all of your videos by checking the box next to "Live stream" at the top of the list.
5. Select Edit ⊡ Audience ⊡ "Yes, it's made for kids" if it's kids content. Or, select "No, it's not made for kids" if it isn't kids content.
6. Select UPDATE VIDEOS.

A few notes:

- We use machine learning to help us identify videos that are clearly directed to young audiences. We trust you to set your audience accurately, but we may override your audience setting choice in cases of error or abuse.

453

- Do not rely on our systems to set your audience for you because our systems may not identify content that the FTC or other authorities consider to be made for kids.
- If you need help determining whether or not your content is made for kids, check out this Help Center article or consult legal counsel.
- Videos that you set as "made for kids" are more likely to be recommended alongside other kids' videos.
- If you've already set your audience for your video and YouTube detects error or abuse, you may see your video set as "Set to Made for Kids". You won't be able to change your audience setting. If you think we made a mistake, you can appeal.

## What happens when your content is set as made for kids

We limit data collection and use on made for kids content to comply with the law. This means we need to restrict or disable certain features like comments, notifications, and others.

Most importantly, we don't serve personalized ads on kids content, as required by the Children's Online Privacy Protection Act (COPPA) and/or other applicable laws. Not serving personalized ads on kids content may result in a decrease in revenue for some creators who mark their content as made for kids. We recognize that this won't be easy for some creators, but these are important steps to take to ensure compliance with COPPA and other applicable laws.

Read below for a list of affected features:

If you set a video or live stream as made for kids
Starting in January, when you set your audience as "made for kids", we'll restrict certain features to comply with the Children's Online Privacy Protection Act (COPPA) and other applicable laws. When this happens, the following features won't be available on individual videos or live streams:

- Autoplay on home
- Cards or end screens
- Video watermarks
- Channel Memberships
- Comments
- Donate button
- Likes and dislikes on YouTube Music
- Live chat or live chat donations
- Merchandise and ticketing
- Notification bell
- Personalized advertising
- Playback in the Miniplayer
- Super Chat or Super Stickers

**454**

- Save to playlist and Save to watch later

If you set your channel as made for kids
Starting in January, if your channel is made for kids, your videos or live streams won't have any of the features above. Your channel also won't have the following:

- Channel Memberships
- Notification bell
- Posts
- Stories

# Frequently Asked Questions

Why are notifications, comments, and other features turned off on content set as made for kids?
To comply with the Children's Online Privacy Protection Act (COPPA) and other applicable laws, we limit data collection on content designated as made for kids. As a result, certain features may be restricted or turned off on this content, including notifications and comments.

What happens if I set my video's audience incorrectly?
These changes are required as part of a settlement with the US Federal Trade Commission (FTC) and NY Attorney General, and will help you comply with the Children's Online Privacy Protection Act (COPPA) and/or other applicable laws. Regardless of your location, we require you to tell us whether or not your videos are made for kids. If you fail to set your audience accurately, you may face compliance issues with the FTC or other authorities, and we may take action on your YouTube account. Learn more about the FTC's enforcement of COPPA.
Note: We'll also use machine learning to help us identify videos that are clearly directed to young audiences. We trust you to set your audience accurately, but we may override your audience setting choice in cases of error or abuse. However, do not rely on our systems to set your audience for you because our systems may not identify content that the FTC or other authorities consider to be made for kids. If you don't set your audience as made for kids accurately, you might face legal consequences or consequences on YouTube. If you need help determining whether or not your content is made for kids, check out this Help Center article or consult legal counsel.

How do I know if I've set my video's audience correctly?
Unfortunately, we're unable to provide guidance on whether you accurately set your audience as made for kids, but the FTC has provided some guidance on what it means to be child-directed (or, "made for kids"). The FTC is currently considering various updates to COPPA, which may include providing more guidance on this issue.
We'll also use machine learning systems to help us find content that is clearly made for kids. But please do not rely on our systems to set content for you -- like all automated systems, it's not perfect. We may need to override your audience setting choice in cases

where we detect error or abuse. But in most cases, we'll rely on your audience setting to determine whether a video is made for kids.

If you don't set your audience as made for kids, and the FTC or other authorities think it should have been, you may face legal consequences. So check out this Help Center article or seek legal counsel if you're still unsure whether or not your content should be set as made for kids.

What do I do if YouTube says my video is made for kids, but I disagree?

If you haven't set your video's audience yet: YouTube may have set your audience for you. This is to help you comply with COPPA and/or other applicable laws. However, if you disagree with how YouTube has set your content, you can still change the video's audience setting in most cases. Here's how:

1. On a computer, go to studio.youtube.com.
2. From the left menu, select Content.
3. Go to the video you'd like to edit and under Restrictions, select Made for kids. Note: If you have more than one restriction, you may need to hover to see Made for kids.
4. Click Review audience setting.
5. Under Audience, select "No, it's not made for kids".

If you've already set your audience for your video: and YouTube detects error or abuse, you may see your video set as "Set to made for Kids." When this happens, you won't be able to change your audience setting.

However, we understand that we sometimes make mistakes. If you think this is the case, you can appeal this decision.

To start an appeal:

1. On a computer, go to studio.youtube.com.
2. From the left menu, select Content.
3. Go to the video that you want to appeal.
4. Hover over "Set to made for kids" and click Appeal.
5. Enter your reason for appealing and click Submit.

After you submit an appeal

You'll get an email from YouTube letting you know the result of your appeal request. One of the following will happen:

- If your appeal is successful, we'll remove the made for kids audience setting.
- If your appeal is unsuccessful, the made for kids audience setting will remain on your content. Going forward, please review your channel and/or individual video's audience settings. Failure to set your audience appropriately may result in legal consequences under COPPA and/or other laws, or consequences on the YouTube platform.

You may appeal each video only once.

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

# Made for kids content

- Set your channel or video's audience
- Determining if your content is "made for kids"
- Best practices for kids and family content
- Frequently asked questions about "made for kids"

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski

18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- [Help Center](#)

  o [Fix a problem](#)

  o [Watch videos](#)

- o [Manage your account & settings](#)

- o [Supervised experience on YouTube](#)

- o [Join & manage YouTube Premium](#)

- o [Create & grow your channel](#)

- o [Monetize with the YouTube Partner Program](#)

- o [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program

Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows

Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues

Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube

YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers

YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

## What is the issue with this selection?



Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

## Share additional info or suggestions

Do not share any personal info
Cancel
Submit
By continuing, you agree Google uses your answers, account & system info to improve
services, per our Privacy & Terms.



YouTube Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunity

# Make bulk changes to videos

## Edit multiple videos

To edit several videos at the same time:

1. Sign in to YouTube Studio.
2. From the left menu, select Content.
3. Check the boxes next to the videos you'd like to edit.
4. Select Edit, then choose the type of change you'd like to make.
- Title
- Description
- Tags
- Visibility
- Monetization
- Ad settings
- Audience
- Automatic chapters
- Caption certificate
- Category
- Comments
- Embedding
- License
- Recording date
- Short sampling
- User ratings
- Video language
5. Enter the details of the change and select Update videos.

# Delete multiple videos

If you delete a video, it's permanently deleted — you can't recover it through YouTube. If you'd like to watch the video in the future, make sure you have a backup saved.

To delete multiple videos or video drafts at the same time:

1. Sign in to YouTube Studio.
2. From the left menu, select Content.
3. Check the boxes next to the videos you'd like to delete.
4. Select More actions Delete forever.
5. Check the box to acknowledge that your video will be permanently deleted.
6. Select DELETE FOREVER.

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

# Edit videos & video settings

- Download videos that you've uploaded
- Replace or delete your video
- Make bulk changes to videos
- How engagement metrics are counted
- Restrictions on claimed music
- Manage restrictions on your videos
- Manage playlists in YouTube Studio

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service

English?

English

1. català
2. dansk

3.  Deutsch
4.  English (United Kingdom)
5.  español
6.  español (Latinoamérica)
7.  Filipino
8.  français
9.  hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- [Help Center](#)

    o [Fix a problem](#)

    o [Watch videos](#)

    o [Manage your account & settings](#)

    o [Supervised experience on YouTube](#)

    o [Join & manage YouTube Premium](#)

    o [Create & grow your channel](#)

    o [Monetize with the YouTube Partner Program](#)

    o [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program

Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows

Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues

Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube

YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers

YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

# What is the issue with this selection?



Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

## Share additional info or suggestions



Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.

YouTube Help



Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunity

# Block other viewers on live chat

If you no longer want to see another viewer's messages on live chat, you can block that viewer. The other viewer won't see your messages either, unless you post to their channel or a channel on which they're a moderator.

Android ComputeriPhone & iPad

1. Hover your mouse over the message of the viewer you want to block.
2. Click More .
3. Click Block .

Only viewers can block other viewers. Blocking a viewer may block them across other Google products and services.

To unblock a viewer, go to myaccount.google.com/blocklist.

Creators and moderators may hide viewers from their channel by moderating live chat.

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

# Live stream on YouTube

- Live chat basics
- Manage Super Chat & Super Stickers
- Live caption requirements
- Use IFTTT when you monetize
- Block other viewers on live chat
- View automatic captions on live streams
- Use automatic captioning
- Moderate live chat
- How to use moderation tools

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt

26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- **Help Center**

  o **Fix a problem**

  o **Watch videos**

  o **Manage your account & settings**

  o **Supervised experience on YouTube**

- o Join & manage YouTube Premium

- o Create & grow your channel

- o Monetize with the YouTube Partner Program

- o Policy, safety, & copyright

- Community

- YouTube

- Privacy Policy

- YouTube Terms of Service

- Submit feedback

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program
Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows

Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues

Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube

YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers

YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

# What is the issue with this selection?


Inaccurate - doesn't match what I see in the product


Hard to understand - unclear or translation is wrong


Missing info - relevant but not comprehensive


Irrelevant - doesn't match the title and / or my expectations


Minor errors - formatting issues, typos, and / or broken links


Other suggestions - ideas to improve the content

## Share additional info or suggestions

Do not share any personal info
Cancel
Submit

By continuing, you agree Google uses your answers, <u>account & system info</u> to improve services, per our <u>Privacy</u> & <u>Terms</u>.

# What is the issue with this selection?



Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

## Share additional info or suggestions

Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, <u>account & system info</u> to improve services, per our <u>Privacy</u> & <u>Terms</u>.

YouTube Help

Sign in

Send feedback on...



This help content & information

General Help Center experience

Next

Help CenterCommunity

# Secure your YouTube account

Starting November 1, monetizing creators must turn on 2-Step Verification on the Google Account used for their YouTube channel to access YouTube Studio or YouTube Studio Content Manager. Learn more

Securing your YouTube account helps prevent your account from being hacked, hijacked, or compromised.

Note: If you think your account has been hacked, follow these steps to secure it.

## Create a strong password & keep it safe

### Create a strong password

A strong password helps you keep your personal information safe and prevents someone else from getting into your account.

Create a strong and complex password: Use 8 characters or more. It can be any combination of letters, numbers, and symbols.

Make your password unique: Do not use your YouTube account password on other sites. If another site gets hacked, the password could be used to enter your YouTube account.

Avoid personal information and common words: Do not use personal information like your birthdays, common words like "password," or common patterns like "1234."

# Protect your password from hackers

Get notified when you enter your password on a non-Google site by turning on Password Alert for Chrome. For example, you'll be notified if you enter your password on a site that impersonates Google, and then you can change your YouTube account password.

# Manage your passwords

A password manager can help you create and manage strong, unique passwords. Try using Chrome's or another trusted password manager.

Tip: To find out if any passwords saved in your Google Account may be exposed, are weak, or are reused for multiple accounts, use Password Checkup.

# Never share your login info

Never give out your passwords. YouTube will never ask for your password in an email, message, or phone call. YouTube will never send a form asking for personal information such as identity number, financial data, or passwords.

# Do a regular security checkup

Go to the Security Checkup page to get personalized security recommendations for your account and follow these tips to make your account more secure.

# Add or update account recovery options

Your recovery phone number and email address can be used to:

- Block someone from using your account without your permission
- Alert you if there's suspicious activity on your account
- Recover your account if you're ever locked out

Learn how to add or change your recovery phone number or email address.

# Turn on 2-Step Verification

2-Step Verification helps prevent a hacker from getting into your account, even if they steal your password. Here are your options:

- Security keys (Most secure verification step)
- Google Prompts (More secure than text message codes)
- Google Authenticator Application (Receive codes without internet or mobile data)

Security keys are a stronger verification option because they help prevent phishing techniques that use text message codes.

Turn on 2-Step Verification for your account.

## Remove suspicious people from your account

If you don't recognize the people managing your account, your account may have been hacked, and someone is verifying ownership of your account to gain something. You can change or remove people depending on your account type.

- Change or remove access from your YouTube Account
- Change or remove access from your Brand Account

## Remove sites and apps you don't need

To protect your YouTube account, avoid installing unknown apps or apps from unknown sources. Manage and remove any apps you don't need from your connected accounts.

## Update your software and backup your account

If your browser, operating system, or apps are out-of-date, the software might not be safe from hackers. Keep your software updated and backup your account regularly.

## Protect against suspicious messages & content

Phishing is when a hacker disguises themself as someone trustworthy to take personal information, like financial data, a national ID/social security number, or credit card numbers.

Hackers may pretend to be institutions, family members, or colleagues by using emails, text messages, web pages, and more.

YouTube will never ask you for your password, email address, or other account information. Don't be fooled if someone contacts you pretending to be from YouTube.

## Avoid suspicious requests

- Don't reply to suspicious emails, texts, instant messages, webpages, or phone calls that ask for your personal or financial info.
- Don't click links in emails, messages, webpages, or pop-ups from untrustworthy websites or senders.
- YouTube emails only come from @youtube.com or @google.com addresses.



An example of a suspicious phishing email

# Avoid suspicious web pages

Google Chrome and Search are designed to warn you about suspicious content and unwanted software.
Learn how to manage these warnings in Chrome and Search.

# Report spam or phishing

To protect yourself against phishing, never enter your password on any page except myaccounts.google.com. If you find videos on YouTube that you think might be spam or phishing, please flag them for review by the YouTube team. For more information on spam and phishing please visit the National Cyber Security Alliance.
Tip: Learn more about phishing with our phishing quiz.

## Set & check permissions on your channel

If you're a creator, you can invite someone else to manage your YouTube channel without giving access to your Google Account. Invite someone to access their channel as a:

- Manager: Can add or remove others and edit channel details.
- Editor: Can edit all channel details.
- Viewer: Can view (but not edit) all channel details.
- Viewer (limited): Can view (but not edit) all channel details except revenue information.

Learn how to set and check your channel permissions.

Note: If you have a Brand account, you can invite someone to manage your Google account and your YouTube channel. <u>Learn to see if you have a Brand account</u> and learn <u>how to manage Brand account permissions</u>.

Give feedback about this article
Choose a section to give feedback on



Was this helpful?
YesNo

Submit

# Troubleshoot account issues

- Delete or hide your YouTube channel
- Fix a hacked YouTube account
- Secure your YouTube account

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių

14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- [Help Center](Help Center)

  o [Fix a problem](Fix a problem)

**479**

- o [Watch videos](#)

- o [Manage your account & settings](#)

- o [Supervised experience on YouTube](#)

- o [Join & manage YouTube Premium](#)

- o [Create & grow your channel](#)

- o [Monetize with the YouTube Partner Program](#)

- o [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program

Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows

Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues

Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube

YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers

YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

# What is the issue with this selection?

Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

# Share additional info or suggestions



Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, [account & system info](#) to improve services, per our [Privacy](#) & [Terms](#).

# Spam & deceptive practices

Spam, deceptive practices, & scams policies

Impersonation policy

External links policy

Fake engagement policy

Additional policies

Playlists policy

# Spam, deceptive practices, & scams policies



The safety of our creators, viewers, and partners is our highest priority. We look to each of you to help us protect this unique and vibrant community. It's important you understand our Community Guidelines, and the role they play in our shared responsibility to keep YouTube safe. **Take the time to carefully read the policy below.** You can also check out this page for a full list of our guidelines.

**Note:** We recently reorganized our Community Guidelines to provide further clarity around our policies related to Misinformation on YouTube. To review these policies, check out our articles on Misinformation and Elections misinformation.

YouTube doesn't allow spam, scams, or other deceptive practices that take advantage of the YouTube community. We also don't allow content where the main purpose is to trick others into leaving YouTube for another site.

If you find content that violates this policy, report it. Instructions for reporting violations of our Community Guidelines are available here. If you've found a few videos or comments that you would like to report, you can report the channel.

## What these policies mean for you

**If you're posting content**

Don't post content on YouTube if it fits any of the descriptions noted below.

- **Video Spam:** Content that is excessively posted, repetitive, or untargeted and does one or more of the following:
  - Promises viewers they'll see something but instead directs them off site.
  - Gets clicks, views, or traffic off YouTube by promising viewers that they'll make money fast.
  - Sends audiences to sites that spread harmful software, try to gather personal info, or other sites that have a negative impact.
- **Misleading Metadata or Thumbnails:** Using the title, thumbnails, description to trick users into believing the content is something it is not.
- **Scams:** Content offering cash gifts, "get rich quick" schemes or pyramid schemes (sending money without a tangible product in a pyramid structure).

- **Incentivization Spam:** Content that sells engagement metrics such as views, likes, comments, or any other metric on YouTube. This type of spam can also includes content where the only purpose is to boost subscribers, views, or other metrics. For example, offering to subscribe to another creator's channel solely in exchange for them subscribing to your channel, also known as "Sub4Sub" content.
- **Comments Spam:** Comments where the sole purpose is to gather personal info from viewers, misleadingly drive viewers off YouTube, or perform any of the prohibited behaviors noted above.
- **Repetitive comments:** Leaving large amounts of identical, untargeted or repetitive comments.
- **Live Stream Abuse:** Live streams intended to stream content that belongs to somebody else and are not corrected after repeated warnings of possible abuse. Channel owners should actively monitor their live streams and correct any potential issues in a timely manner.

This policy applies to videos, video descriptions, comments, live streams, and any other YouTube product or feature. Keep in mind that this isn't a complete list. Please note these policies also apply to <u>external links</u> in your content. This can include clickable URLs, verbally directing users to other sites in video, as well as other forms.

**Note:** You're allowed to encourage viewers to subscribe, hit the like button, share, or leave a comment.

Video Spam

Misleading metadata or thumbnails

Scams

Incentivization Spam

Comments Spam

Live Stream Abuse

Remember these are just some examples, and don't post content if you think it might violate this policy.

## What happens if content violates this policy

If your content violates this policy, we'll remove the content and send you an email to let you know. If this is your first time violating our Community Guidelines, you'll likely get a warning with no penalty to your channel. If it's not, we may issue a strike against your channel. If you get 3 strikes within 90 days, your channel will be terminated. You can learn more about our strikes system here.

We may terminate your channel or account for repeated violations of the Community Guidelines or Terms of Service. We may also terminate your channel or account after a single case of severe abuse, or when the channel is dedicated to a policy violation. You can learn more about channel or account terminations here.

# Impersonation policy

The safety of our creators, viewers, and partners is our highest priority. We look to each of you to help us protect this unique and vibrant community. It's important you understand our Community Guidelines, and the role they play in our shared responsibility to keep YouTube safe. **Take the time to carefully read the policy below.** You can also check out this page for a full list of our guidelines.

Content intended to impersonate a person or channel is not allowed on YouTube. YouTube also enforces trademark holder rights. When a channel, or content in the channel, causes confusion about the source of goods and services advertised, it may not be allowed.

If you see content that violates this policy, please report it.

- If you feel that yours or another creator's channel is being impersonated, you can report the channel by following the instructions here.

## What these policies mean for you

**If you're posting content**

Don't post content on YouTube if it fits any of the descriptions noted below.

- **Channel impersonation:** A channel that copies another channel's profile, background, or overall look and feel in such a way that makes it look like someone else's channel. The channel does not have to be 100% identical, as long as the intent is clear to copy the other channel.
- **Personal impersonation:** Content intended to look like someone else is posting it.

## Examples

Here are some examples of content that's not allowed on YouTube.

- Channels with the same name and image as another channel, with the only difference being a space inserted into the name or a zero replacing the letter O.
- Using someone else's real name, user name, image, brand, logo, or other personal information to trick people into believing you are that person.
- Exactly matching a channel description to another channel.
- Setting up a channel using the name and image of a person, and then pretending that person is posting content to the channel.
- Setting up a channel using the name and image of a person, and then posting comments on other channels as if they were posted by the person.
- Channels claiming to be a "fan account," but actually posing as another's channel and reuploading their content.
- Channels impersonating an existing news channel.

Please remember these are just some examples, and don't post content if you think it might violate this policy.

## What happens if content violates this policy

If your content violates this policy, we'll remove the content and send you an email to let you know. If this is your first time violating our Community Guidelines, you'll likely get a warning with no penalty to your channel. If it's not, we may issue a strike against your channel. If you get 3 strikes within 90 days your channel will be terminated. You can learn more about our strikes system here.

7/15/22, 1:45 PM

We may terminate your channel or account for repeated violations of the Community Guidelines or Terms of Service. We may also terminate your channel or account after a single case of severe abuse, or when the channel is dedicated to a policy violation. You can learn more about channel or account terminations here.

**487**

# External links policy

The safety of our creators, viewers, and partners is our highest priority. We look to each of you to help us protect this unique and vibrant community. It's important you understand our Community Guidelines, and the role they play in our shared responsibility to keep YouTube safe. **Take the time to carefully read the policy below.** You can also check out this page for a full list of our guidelines.

Links that send users to websites featuring content that violates our Community Guidelines are not allowed on YouTube.

If you find content that violates this policy, report it. Instructions for reporting violations of our Community Guidelines are available here. If you've found a few videos or comments that you would like to report, you can report the channel.

## What this policy means for you

**If you're posting content**

Don't post links in your content on YouTube if they direct users to content that violates our Community Guidelines. This includes links that fit any of the descriptions noted below.

- Links to pornography
- Links to websites or apps that install malware
- Links to websites or apps phishing for a user's login credentials, financial information, etc.
- Links to websites, apps, or other information technology that give unauthorized access to audio content, audiovisual content, full video games, software, or streaming services that normally require payment
- Links to websites that seek to raise funds or recruit for terrorist organizations
- Links to sites containing Child Sexual Abuse Imagery (CSAI)
- Links to sites selling items noted in our regulated goods guidelines
- Links to content that would violate our hate or harassment policies if uploaded to YouTube
- Links to content encouraging others to commit violent acts
- Links to content that spread medical misinformation contradicting local health authorities' (LHA) or the World Health Organization's (WHO) medical information about COVID-19
- Links to websites or apps that spread misleading or deceptive content that can cause serious risk of egregious harm, such as interfering with democratic processes

This policy applies to video, audio, video descriptions, comments, pinned comments, live streams, and any other YouTube product or feature. Links can take any form that would direct a user to a site off YouTube, including: clickable urls, showing text of urls in videos or images, obfuscated urls (e.g., writing "dot com" instead of ".com"), verbally directing users to other sites via video or audio, or encouraging viewers to visit creator profiles or pages on other sites. Please note this is not a complete list.

**Note:** Affiliate content doesn't violate YouTube's Terms of Use. However, massively posting affiliate content in dedicated accounts may violate our policies around spam. You can learn more about what's allowed in our Spam, deceptive practices & scams policies.

## Examples

Here are some examples of content that's not allowed on YouTube.

- A video featuring sexually themed content whose description says "click here to see what YouTube won't allow!" and contains a link to a pornographic site.

- A gameplay video whose description contains a link to a website promising in-game currency or online store credit but really links to a site that infects the user's computer with malware.
- Posting a link to a phishing site that steals users' banking logins and passwords.
- Instructing viewers to copy and paste an unclickable link in the video that takes them to a pornographic or spammy site.
- Any link leading users to a website, file hosting service, etc. that allows them to access or download child sexual abuse imagery.
- Verbally directing viewers to a website to find a profile or page on another platform so they can watch content that violates YouTube's Community Guidelines.
- Embedding a url in a video of a site that would mislead voters about the time, place, means, or eligibility requirements for voting.
- A link to an article claiming that COVID-19 vaccines are part of a depopulation agenda.

Please remember these are just some examples, and don't post content if you think it might violate this policy.

## What happens if content violates this policy

If your content violates this policy, we'll remove the content and send you an email to let you know. If this is your first time violating our Community Guidelines, you'll likely get a warning with no penalty to your channel. If it's not, we may issue a strike against your channel. If you get 3 strikes within 90 days, your channel will be terminated. You can learn more about our strikes system here.

We may terminate your channel or account for repeated violations of the Community Guidelines or Terms of Service. We may also terminate your channel or account after a single case of severe abuse, or when the channel is dedicated to a policy violation. You can learn more about channel or account terminations here.

7/15/22, 1:46 PM

# Fake engagement policy

The safety of our creators, viewers, and partners is our highest priority. We look to each of you to help us protect this unique and vibrant community. It's important you understand our Community Guidelines, and the role they play in our shared responsibility to keep YouTube safe. **Take the time to carefully read the policy below.** You can also check out this page for a full list of our guidelines.

YouTube doesn't allow anything that artificially increases the number of views, likes, comments, or other metrics either by using automatic systems or serving up videos to unsuspecting viewers. Also, content that solely exists to incentivize viewers for engagement (views, likes, comments, etc) is prohibited.

Content and channels that don't follow this policy may be terminated and removed from YouTube.

**Important:**  If you hire someone to promote your channel, their decisions may impact your channel. Any method that violates our policies may result in content removal or a channel takedown, whether it's an action taken by you or someone you've hired.

We consider engagement to be legitimate when a human user's primary intent is to authentically interact with the content. We consider engagement illegitimate, for example, when it results from coercion or deception, or when the sole purpose of the engagement is financial gain.

If you find content that violates this policy, report it. Instructions for reporting violations of our Community Guidelines are available here. If you've found a few videos or comments that you would like to report, you can report the channel.

## What this policy means for you

**If you're posting content**

Don't post content on YouTube if it fits any of the descriptions noted below.

- Links to or promotes third-party services that artificially inflate metrics like views, likes, and subscribers
- Content linking to or promoting third-party view count or subscriber gaming websites or services
- Offering to subscribe to another creator's channel only if they subscribe to your channel ("sub4sub")
  - **Note**: You're allowed to encourage viewers to subscribe, hit the like button, share, or leave a comment
- Content featuring a creator purchasing their views from a third party with the intent of promoting the service

This policy applies to videos, video descriptions, comments, live streams  and any other YouTube product or feature. Keep in mind that this isn't a complete list.

How engagement is measured

## Examples

Here are some examples of content that's not allowed on YouTube.

- A video testimonial in which a creator shows themselves successfully purchasing artificial page traffic from a third party
- A video in which a creator links to a third party artificial page traffic provider in a promotional or supportive context. For example: "I got 1 million subscribers on this video in a day and you can too!"

7/15/22, 1:46 PM

- A video that tries to force or trick viewers into watching another video through deceptive means (for example: a misleadingly labeled info card)
- Channels dedicated to artificial channel engagement traffic or promoting businesses that exist for this sole purpose

Remember these are just some examples, and don't post content if you think it might violate this policy.

## What happens if content violates this policy

If your content violates this policy, we'll remove the content and send you an email to let you know. If this is your first time violating our Community Guidelines, you'll likely get a warning with no penalty to your channel. If it's not, we may issue a strike against your channel. If you get 3 strikes within 90 days, your channel will be terminated. You can learn more about our strikes system here.

We may terminate your channel or account for repeated violations of the Community Guidelines or Terms of Service. We may also terminate your channel or account after a single case of severe abuse, or when the channel is dedicated to a policy violation. You can learn more about channel or account terminations here.

# Additional policies

## Inactive accounts policy

In general, users are expected to be active members within the YouTube community. If an account is found to be overly inactive, the account may be reclaimed by YouTube without notice. Inactivity may be considered as:

- Not logging into the site for at least six months
- Never having uploaded video content
- Not actively partaking in watching or commenting on videos or channels

## Encouraging Terms of Service violations

If you post content that encourages other users to violate our Terms of Service, the content may be removed, your account may be penalized, and in some cases your account may be terminated.

## Posting previously removed content, or content from terminated or restricted creators

If you post content previously removed for violating our Terms of Service, content produced by creators with a current restriction, or content from creators who have been terminated under our Terms, the content may be removed, your account may be penalized, and in some cases your account may be terminated.

## Age requirements on Google products

We may ask you to confirm your age if we think that you are not old enough to use YouTube. You can learn more about this process here.

# Playlists policy

Playlists are a great way to combine videos that your community may want to watch as a series. We know it's not often intentional, but there may be times when playlists contain content that's not allowed on the platform and can cause harm to our community. This means that playlists that violate our Community Guidelines are not allowed on YouTube.

Here's a simple way to think of it: if you were to combine all the playlists' videos into one single video, and that video were to violate our Community Guidelines, then the playlist may violate Community Guidelines as well.

If you find content that violates this policy, please report it. Instructions for reporting violations of our Community Guidelines are available here. If you find many videos, comments, or a creator's entire channel that you wish to report, visit our reporting tool.

## What this policy means for you

### If you're creating playlists

Don't post playlists on YouTube if they fit any of the descriptions noted below.

- Playlists with thumbnails, titles or descriptions that violate our community guidelines, such as those that are pornographic, or that consist of images that are intended to shock or disgust.
- Playlists with titles or descriptions that mislead viewers into thinking they're about to view videos different than what the playlist contains.
- Playlists with videos that don't individually violate our policies, but are collected in a way that violates the guidelines. This includes but is not limited to:
  - Educational content featuring nudity or sexual themes for the purpose of sexual gratification
  - Non-sexual content but focus on specific body parts or activities for sexual gratification
  - Documentary videos of graphic violence for the purpose of glorifying or shocking
- Playlists that include multiple videos that have been removed for violating our guidelines. If you notice that multiple videos in your public playlists have been removed or deleted, please take some time to remove those videos from your playlists as well. If you notice that some videos in your public playlists violate our Community Guidelines, please flag them and remove them from your playlist.
- Playlists that depict physical, sexual, or emotional mistreatment of minors.

Please note this is not a complete list.

## Examples

Here are some examples of content that's not allowed on YouTube.

- A playlist of news footage of aerial bombings accompanied by a title such as "Best bombings".
- A playlist with a title that calls for the segregation of people with intellectual disabilities.
- A playlist that posts an individual's nonpublic personal identifying information like a phone number, home address, or email for the express purpose of directing abusive attention or traffic toward them.
- A playlist that collects videos of dangerous or threatening pranks  such as a playlist of fake home invasions or robberies.
- A playlist of videos featuring minors accompanied by a title such as "sexy".

## What happens if content violates this policy

If your content violates this policy, we'll remove the content and send you an email to let you know. If this is your first time violating our Community Guidelines, you'll likely get a warning with no penalty to your channel. If it's not, we may issue a strike against your channel. If you get 3 strikes within 90 days, your channel will be terminated. You can learn more about our strikes system here.

We may terminate your channel or account for repeated violations of the Community Guidelines or Terms of Service. We may also terminate your channel or account after a single case of severe abuse, or when the channel is dedicated to a policy violation. You can learn more about channel or account terminations here.

# Sensitive content

Nudity & sexual content policies

Thumbnails policy

Child safety policy

Suicide & self-harm policy

Vulgar language policy

# Nudity & sexual content policies



Nudity and Sexual Content Policy: YouTube Community Guidelines

The safety of our creators, viewers, and partners is our highest priority. We look to each of you to help us protect this unique and vibrant community. It's important you understand our Community Guidelines, and the role they play in our shared responsibility to keep YouTube safe. **Take the time to carefully read the policy below.** You can also check out this page for a full list of our guidelines.

Explicit content meant to be sexually gratifying is not allowed on YouTube. Posting pornography may result in content removal or channel termination. Videos containing fetish content will be removed or age-restricted. In most cases, violent, graphic, or humiliating fetishes are not allowed on YouTube.

If you find content that violates this policy, report it. Instructions for reporting violations of our Community Guidelines are available here. If you've found a few videos or comments that you would like to report, you can report the channel.

Sexually explicit content featuring minors and content that sexually exploits minors is not allowed on YouTube. We report content containing child sexual abuse imagery to the National Center for Missing and Exploited Children    , who work with global law enforcement agencies.

## What this policy means for you

**If you're posting content**

Don't post content on YouTube if it has any of the items below. Explicit content featuring the below policy violations could result in channel termination.

- Depiction of genitals, breasts, or buttocks (clothed or unclothed) for the purpose of sexual gratification
- Pornography or depicting sexual acts, genitals, or fetishes for the purpose of sexual gratification on any surface (such as video, text, audio  images)

Other types of content that violate this policy

Age-restricted content

Please note this is not a complete list.

This policy applies to videos, video descriptions, comments, live streams, and any other YouTube product or feature. Remember these are just some examples, and don't post content if you think it might violate this policy.

Educational content

## Examples

Here are some examples of content that's not allowed on YouTube.

- Clips extracted from non-pornographic films, shows, or other content in order to isolate sexual content (real world or artistic)
- Groping, pantsing, public masturbation, upskirting, voyeurism, predatory exhibitionism, or any other content that depicts someone in a sexualized manner without their consent

Remember these are just some examples, and don't post content if you think it might violate this policy.

More examples

## What happens if content violates this policy

If your content violates this policy, we'll remove the content and send you an email to let you know. If this is your first time violating our Community Guidelines, you'll likely get a warning with no penalty to your channel. If it's not, we may issue a strike against your channel. If you get 3 strikes within 90 days, your channel will be terminated. You can learn more about our strikes system here.

We may terminate your channel or account for repeated violations of the Community Guidelines or Terms of Service. We may also terminate your channel or account after a single case of severe abuse, or when the channel is dedicated to a policy violation. You can learn more about channel or account terminations here.

If your content contains pornography, we may terminate your channel.

# Thumbnails policy

The safety of our creators, viewers, and partners is our highest priority. We look to each of you to help us protect this unique and vibrant community. It's important you understand our Community Guidelines, and the role they play in our shared responsibility to keep YouTube safe. **Take the time to carefully read the policy below.** You can also check out this page for a full list of our guidelines.

Thumbnails that violate our Community Guidelines are not allowed on YouTube.

If you see thumbnails that violate this policy, report them. Instructions for reporting violations of our Community Guidelines are available here. If you've found a few videos or comments that you would like to report, you can report the channel.

## What this means for you

Don't post a thumbnail on YouTube that fits any of the descriptions noted below.

- Thumbnails that include pornographic images depicting sexual acts, nudity, or other sexually gratifying imagery
- Violent imagery intended to shock or disgust
- Graphic or disturbing imagery with blood or gore
- Thumbnails with vulgar or lewd language
- Thumbnails misleading viewers into thinking they're about to view something that's not in the video

Note this is not a complete list.

Thumbnails that don't violate our policies, but aren't appropriate for all audiences

## What happens when thumbnails violate our policies

If your thumbnail contains pornography, we may terminate your channel. If your thumbnail violates other policies, we'll age-restrict your video or remove the thumbnail and may issue a strike against your account. If this is the first time you've posted content that violates our Community Guidelines, you'll get a warning with no penalty to your channel. If it's not, we'll issue a strike against your channel. Your channel will be terminated if you get 3 strikes. You can learn more about our strikes system here.

We may terminate your channel or account for repeated violations of the Community Guidelines or Terms of Service. We may also terminate your channel or account after a single case of severe abuse, or when the channel is dedicated to a policy violation. You can learn more about channel or account terminations here.

7/15/22, 1:51 PM

# Child safety policy



Child Safety Policy: YouTube Community Guidelines

The safety of our creators, viewers, and partners is our highest priority. We look to each of you to help us protect this unique and vibrant community. It's important you understand our Community Guidelines, and the role they play in our shared responsibility to keep YouTube safe. **Take the time to carefully read the policy below.** You can also check out this page for a full list of our guidelines.

Update: Content that targets young minors and families but contains sexual themes, violence, obscene, or other mature themes not suitable for young audiences, is not allowed on YouTube. In addition to your titles, descriptions, and tags, ensure your audience selection matches the audience your content is suitable for.

YouTube doesn't allow content that endangers the emotional and physical well-being of minors. A minor is defined as someone under the legal age of majority -- usually anyone younger than 18 years old in most countries/regions.

If you find content that violates this policy, report it. If you believe that a child is in danger, you should get in touch with your local law enforcement to report the situation immediately.

Instructions for reporting violations of our Community Guidelines are available here. If you've found multiple videos or comments that you would like to report, you can report the channel.

## What this policy means for you

**If you're posting content**

Don't post content on YouTube if it fits any of the descriptions below.

- **Sexualization of minors:** Sexually explicit content featuring minors and content that sexually exploits minors. We report content containing child sexual abuse imagery to the National Center for Missing and Exploited Children    , who work with global law enforcement agencies.
- **Harmful or dangerous acts involving minors:** Content showing a minor participating in dangerous activities or encouraging minors to do dangerous activities. Never put minors in harmful situations that may lead to injury, including dangerous stunts, dares, or pranks.
- **Infliction of emotional distress on minors:** Content that could cause minor participants or viewers emotional distress, including:
  - Exposing minors to mature themes

**499**

- Simulating parental abuse
- Coercing minors
- Violence
- **Misleading family content**: Content that targets young minors and families, but contains:
  - Sexual themes
  - Violence
  - Obscenity or other mature themes not suitable for young audiences
  - Family friendly cartoons that target young minors and contain adult or age-inappropriate themes such as violence, sex, death, drugs and more. Make sure your titles, descriptions, and tags match the audience you're targeting. In addition, ensure your audience selection accurately represents the audience your content is suitable for. You can also age restrict your content upon upload if it's intended for mature audiences.
- **Cyberbullying and harassment involving minors**: Content that:
  - Targets individuals for abuse or humiliation
  - Reveals personal information like email addresses or bank account numbers
  - Records someone without their consent
  - Sexually harasses
  - Encourages others to bully or harass

This policy applies to videos, video descriptions, comments, Stories, Community posts, live streams, playlists, and any other YouTube product or feature. Keep in mind that this isn't a complete list.

Please note these policies also apply to external links in your content. This can include clickable URLs, verbally directing users to other sites in video, as well as other forms.

Age-restricted content

Content featuring minors

## Examples

Here are some examples of content not allowed on YouTube.

- A video featuring minors involved in provocative, sexual, or sexually suggestive activities, challenges and dares, such as kissing or groping.
- Showing minors involved in dangerous activities. For example, physical stunts, using weapons or explosives, or using a controlled substance like alcohol or nicotine.
- A video with tags like "for children", or whose audience is set to "Yes, it's made for kids", featuring family friendly cartoons engaging in inappropriate acts like injecting needles.

Remember these are just some examples, and don't post content if you think it might violate this policy.

More examples

## What happens if content violates this policy

If your content violates this policy, we'll remove the content and send you an email to let you know. If this is your first time violating our Community Guidelines, you'll likely get a warning with no penalty to your channel. If it's not, we may issue a strike against your channel. If you get 3 strikes within 90 days, your channel will be terminated. You can learn more about our strikes system here.

7/15/22, 1:51 PM

We may terminate your channel or account for repeated violations of the Community Guidelines or Terms of Service. We may also terminate your channel or account after a single case of severe abuse, or when the channel is dedicated to a policy violation. You can learn more about channel or account terminations here.

We have zero tolerance for predatory behavior on YouTube. If we think a child is in danger based on reported content, we'll help law enforcement investigate the content.

501

# Suicide & self-harm policy

The safety of our creators, viewers, and partners is our highest priority. We look to each of you to help us protect this unique and vibrant community. It's important you understand our Community Guidelines, and the role they play in our shared responsibility to keep YouTube safe. **Take the time to carefully read the policy below.** You can also check out this page for a full list of our guidelines.

At YouTube, we take the health and well-being of all our creators and viewers seriously. Awareness and understanding of mental health is important and we support creators sharing their stories, such as posting content discussing their experiences with depression, self-harm, or other mental health issues.

However, we do not allow content on YouTube that promotes suicide, self-harm, that is intended to shock or disgust, or poses a considerable risk to viewers.

## What to do if you find this content

If you believe someone is in danger:

- Get in touch with local emergency services for help
- Flag the video to bring it to our attention

If you find yourself being negatively affected by any mental health, suicide, or self-harm related content you come across, know that there is support available and you're not alone. In the next section you can find a list of resources and contact information for organizations that can offer advice.

## What to do if you need support

If you are depressed, having thoughts of suicide, or self-harming, know there is help and you're not alone. While coping with painful emotions, many people might self-harm or experience suicidal thinking. Talking to a mental health care provider can help determine if you have a mental illness that requires care. It can also help you identify healthy, effective coping strategies and develop skills to manage difficult feelings.

Below is a list of organizations dedicated to helping those in need in different countries and regions. These are recognized crisis service partners. Partnerships vary by country/region.

The websites findahelpline.com    and www.wikipedia.org/wiki/List_of_suicide_crisis_lines    could help you find organizations for regions not listed here.

| Australia | Lifeline Australia | 13 11 14 |
| | Kids Helpline | 1800 55 1800 |
| Argentina | Centro de Asistencia al Suicida - Buenos Aires | 135 (desde Capital y Gran Buenos Aires) |
| | | (011) 5275-1135 (desde todo el país) |
| Brazil | Centro de Valorização da Vida | 188 |
| Belgium | Centre de Prévention du Suicide / | 0800 32 123 |
| | Zelfmoordlijn 1813 | 1813 |
| Bulgaria | Български Червен Кръст | 02 492 30 30 |
| Czech Republic | Psychiatrická léčebna Bohnice - Centrum krizové | |

| | intervence | +420 284 016 666 |
|---|---|---|
| Denmark | Livslinien | 70201201 |
| France | S.O.S Amitié | 09 72 39 40 50 |
| Finland | Suomen Mielenterveysseura / Kansallinen kriisipuhelin | 09-2525-0111 |
| Germany | Telefonseelsorge | 0800-1110111 |
| Greece | KΛIMAKA | 1018<br>801 801 99 99 |
| Hong Kong | 香港撒瑪利亞防止自殺會 | 2389 2222 |
| Hungary | S.O.S. Telefonos Lelki Elsösegély Szolgálat | 06 1 116-123 |
| India | आसरा<br>AASRA | 91-9820466726 |
| Ireland | Samaritans | 116 123 |
| Israel | ער"ן – עזרה ראשונה נפשית | 1201 |
| Italy | Samaritans Onlus | 800 86 00 22 |
| Japan | こころの健康相談統一ダイヤル | 0570-064-556 |
| New Zealand | Lifeline New Zealand | 0800 543 354 |
| Netherlands | Stichting 113Online | 0900-0113 |
| Singapore | Samaritans of Singapore | 1800-221-4444 |
| Spain | Telèfon de l'Esperança de Barcelona | 93 414 48 48 |
| | Teléfono de la Esperanza | 717 003 717 |
| South Korea | 한국자살예방협회 | 1393 |
| Taiwan | 生命線談專線 | 1995 |
| Thailand | กรมสุขภาพจิต กระทรวงสาธารณสุข | 1323 |
| United Kingdom | Samaritans | 116 123 |
| United States of America | National Suicide Prevention Lifeline | 1-800-273-8255 / Chat |

## Community Guidelines for posting suicide or self-harm related content

YouTube users should not be afraid to speak openly about the topics of mental health, suicide, and self-harm in a supportive and non-harmful way.

However, there are times when content is created that is sensitive and may pose a risk for some users. When you create content that contains suicide or self-harm related topics, take into account the possible negative impact of your content on other users, especially minors and users who may be sensitive to this content.

To protect and support your viewers and other users, please follow the Community Guidelines below when creating content related to suicide or self-harm. Not following these Community Guidelines may result in a strike, removal of your content, or other restrictions to protect users. Learn more.

This Community Guidelines policy applies to videos, video descriptions, comments, live streams, and any other YouTube product or feature. Keep in mind that this isn't a complete list. Please note these policies also apply to external links in your content. This can include clickable URLs, verbally directing users to other sites in video, as well as other forms.

### Don't post the following content:

- Content promoting or glorifying suicide or self-harm

- Instructions on how to die by suicide or engage in self-harm
- Content related to suicide or self-harm that is targeted at minors
- Graphic images of self-harm
- Visuals of bodies of suicide victims unless blurred or covered so they are fully obscured
- Blurred imagery in combination with details or visuals that show the method of suicide
- Videos showing the lead-up to a suicide, or suicide attempts and suicide rescue footage without sufficient context
- Content showing participation in or instructions for suicide and self-harm challenges (e.g. Blue Whale or Momo challenges)
- Suicide notes or letters without sufficient context

In some cases we may restrict, rather than remove, suicide and self-harm content if it meets one or more of the following criteria (for example, by placing an age-restriction, a warning, or a Crisis Resource Panel on the video). Please note this is not a complete list:

- Content that is meant to be educational, documentary, scientific, or artistic
- Content that is of public interest
- Graphic content that is sufficiently blurred and doesn't provide details or visuals of the method used to perform suicide or self-harm
- Dramatizations or scripted content, which includes but is not limited to animations, video games, music videos, and clips from movies and shows
- Detailed discussion of suicide or self-harm methods, locations and hotspots
- Graphic descriptions of self-harm or suicide

### Best practices for creators posting content about suicide or self-harm

We recommend using these best practices to protect your viewers from harm and distress:

- Avoid showing the suicide victim, and respect their, and their families', privacy. Learn more
- Use wording that is positive and supportive, and focuses on recovery, prevention, and stories of hope
- Include information and resources for suicide and self-harm prevention and coping strategies. Try to include it in both the video itself and the description of the video
- Do not use sensationalist language or dramatic visuals
- Provide context, but avoid discussing how the victim died by suicide. Do not mention the methods or locations
- Blur content that contains images of suicide victims. You can blur your video with the Editor in YouTube Studio. Learn more

## What happens if content violates this policy

If your content violates this policy, we'll remove the content and send you an email to let you know. If this is your first time violating our Community Guidelines, you'll likely get a warning with no penalty to your channel. If it's not we may issue a strike against your channel. If you get 3 strikes within 90 days your channel will be terminated. You can learn more about our strikes system here.

We may terminate your channel or account for repeated violations of the Community Guidelines or Terms of Service. We may also terminate your channel or account after a single case of severe abuse or when the channel is dedicated to a policy violation. You can learn more about channel or account terminations here.

Finally we may also limit your access to live streaming if you suggest that you'll live stream content that will violate our Community Guidelines. Learn more about restrictions on live streaming.

### Warnings and supportive resources

YouTube may show features or resources to users when content contains suicide or self-harm topics. For example:

- A warning on your video before it starts playing, indicating that it contains content relating to suicide and self-harm
- A panel under the video containing supportive resources such as phone numbers of suicide prevention organizations

YouTube Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunity

# Vulgar language policy

Some language may not be appropriate for viewers under 18. We may consider the following factors when deciding whether to age-restrict or remove content. Keep in mind that this isn't a complete list.

- Use of sexually explicit language or narratives
- Use of excessive profanity in your video
- Use of heavy profanity in your video's title, thumbnail or associated metadata

## Examples

Here are some examples of content which may be age-restricted:

- A video focused on the use of profanities such as a compilation or clip taken out of context
- A video featuring road rage or sustained rant with heavy profanities
- A video with use of heavy profanities during a physical confrontation or to describe acts of violence

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo

506



Submit

## YouTube policies

- Nudity & sexual content policies
- Thumbnails policy
- Child safety policy
- Suicide & self-injury policy
- Vulgar language policy

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska

25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- <u>Help Center</u>

o <u>Fix a problem</u>

o <u>Watch videos</u>

o <u>Manage your account & settings</u>

- ○ Supervised experience on YouTube

- ○ Join & manage YouTube Premium

- ○ Create & grow your channel

- ○ Monetize with the YouTube Partner Program

- ○ Policy, safety, & copyright

- Community

- YouTube

- Privacy Policy

- YouTube Terms of Service

- Submit feedback

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program

Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows
Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues
Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues
Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube
YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers
YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

## What is the issue with this selection?

Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

## Share additional info or suggestions

Do not share any personal info

510

Cancel
Submit
By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.

# Violent or dangerous content

Harmful or dangerous content policies

Violent or graphic content policies

Violent criminal organizations policy

Hate speech policy

Harassment & cyberbullying policies

7/15/22, 1:53 PM

# Harmful or dangerous content policies



Harmful or Dangerous Content Policy: YouTube Community Guidelines

The safety of our creators, viewers, and partners is our highest priority. We look to each of you to help us protect this unique and vibrant community. It's important you understand our Community Guidelines, and the role they play in our shared responsibility to keep YouTube safe. **Take the time to carefully read the policy below.** You can also check out this page for a full list of our guidelines.

**Note:** We recently reorganized our Community Guidelines to provide further clarity about our policies related to Misinformation on YouTube. To review these policies, check out our articles on Misinformation and Elections misinformation.

YouTube doesn't allow content that encourages dangerous or illegal activities that risk serious physical harm or death.

If you find content that violates this policy, report it. Instructions for reporting violations of our Community Guidelines are available here. If you've found a few videos or comments that you would like to report, you can report the channel.

## What this policy means for you

**If you're posting content**

Don't post content on YouTube if it fits any of the descriptions noted below.

- **Extremely dangerous challenges:** Challenges that pose an imminent risk of physical injury.
- **Dangerous or threatening pranks:** Pranks that lead victims to fear imminent serious physical danger, or that create serious emotional distress in minors.
- **Instructions to kill or harm:** Showing viewers how to perform activities meant to kill or maim others. For example, giving instructions to build a bomb meant to injure or kill others.
- **Hard drug use or creation:** Content that depicts abuse of or giving instructions on how to create hard drugs such as cocaine or opioids. Hard drugs are defined as drugs that can (mostly) lead to physical addiction.
- **Eating Disorders:** Content that praises, glorifies, or encourages viewers to imitate anorexia or other eating disorders. Eating disorders are characterized by abnormal or disturbed eating habits which negatively affect a person's health (including eating non-food items).
- **Violent Events:** Promoting or glorifying violent tragedies, such as school shootings.

**513**

- **Instructional theft or cheating:** Showing viewers how to steal tangible goods or promoting dishonest behavior.
- **Hacking:** Demonstrating how to use computers or information technology with the intent to steal credentials, compromise personal data or cause serious harm to others such as (but not limited to) hacking into social media accounts.
- **Bypassing payment for digital content or services:** Showing viewers how to use apps, websites, or other information technology to gain unauthorized access to audio content, audiovisual content, full video games, software, or streaming services that normally require payment.

Keep in mind that this isn't a complete list. Please note these policies also apply to external links in your content. This can include clickable URLs, verbally directing users to other sites in video, as well as other forms.

Don't post content showing a minor participating in dangerous activity, or encouraging minors to participate in dangerous activities. Never put minors in harmful situations that may lead to injury, including dangerous stunts, dares, or pranks. You can learn more about Child Safety here.

Age-restricted content

We might allow videos that depict dangerous acts if they're meant to be educational, documentary, scientific, or artistic (EDSA). For example, a news piece on the dangers of choking games would be appropriate, but posting clips out of context from the same documentary might not be.

This policy applies to videos, video descriptions, comments, live streams, and any other YouTube product or feature.

Extremely dangerous challenges

Dangerous or threatening pranks

Violent events or instructions to harm

Drug use

Eating disorders

Remember these are just some examples, and don't post content if you think it might violate this policy.

## What happens if content violates this policy

If your content violates this policy, we'll remove the content and send you an email to let you know. If this is your first time violating our Community Guidelines, you'll likely get a warning with no penalty to your channel. If it's not, we may issue a strike against your channel. If you get 3 strikes within 90 days, your channel will be terminated. You can learn more about our strikes system here.

We may terminate your channel or account for repeated violations of the Community Guidelines or Terms of Service. We may also terminate your channel or account after a single case of severe abuse, or when the channel is dedicated to a policy violation. You can learn more about channel or account terminations here.

# Violent or graphic content policies



Violent or Graphic Content Policy: YouTube Community Guidelines

The safety of our creators, viewers, and partners is our highest priority. We look to each of you to help us protect this unique and vibrant community. It's important you understand our Community Guidelines, and the role they play in our shared responsibility to keep YouTube safe. **Take the time to carefully read the policy below.** You can also check out this page for a full list of our guidelines.

Violent or gory content intended to shock or disgust viewers, or content encouraging others to commit violent acts, are not allowed on YouTube.

If you believe anyone is in imminent danger, you should get in touch with your local law enforcement agency to report the situation immediately.

If you find content that violates this policy, report it. Instructions for reporting violations of our Community Guidelines are available here. If you've found a few videos or comments that you would like to report, you can report the channel.

## What this policy means for you

**If you're posting content**
Don't post content on YouTube if it fits any of the descriptions noted below.

**Violent or graphic content:**

- Inciting others to commit violent acts against individuals or a defined group of people.
- Fights involving minors.
- Footage, audio, or imagery involving road accidents, natural disasters, war aftermath, terrorist attack aftermath, street fights, physical attacks, immolation, torture, corpses, protests or riots, robberies, medical procedures, or other such scenarios with the intent to shock or disgust viewers.
- Footage or imagery showing bodily fluids, such as blood or vomit, with the intent to shock or disgust viewers.
- Footage of corpses with massive injuries  such as severed limbs.

**Animal abuse content:**

- Content where humans coerce animals to fight.

- Content where a human maliciously mistreats an animal and causes them to experience distress outside of traditional or standard practices. Examples of traditional or standard practices include hunting or food preparation.
- Content where a human unnecessarily puts an animal in poor conditions outside of traditional or standard practices. Examples of traditional or standard practices include hunting or food preparation.
- Content that glorifies or promotes serious neglect, mistreatment, or harm toward animals.
- Content that shows animal rescue that is staged and puts the animal in harmful scenarios.
- Graphic content that features animals and intends to shock or disgust.

**Dramatized or fictional content:**

- Dramatized or fictional footage of content prohibited by these guidelines where the viewer is not given enough context to understand that the footage is dramatized or fictional.

Note that we do not allow the following kinds of content even if there's educational, documentary, scientific, or artistic context provided:

- Violent physical sexual assaults (video, still imagery, or audio).
- Footage filmed by the perpetrator during a deadly or major violent event, in which weapons, violence, or injured victims are visible or audible.

Please note that this is not a complete list.

Keep in mind that this policy also applies to videos, video descriptions, thumbnails, comments, live streams, and any other YouTube product or feature. Please note these policies also apply to external links in your content. This can include clickable URLs, verbally directing users to other sites in video, as well as other forms.

Educational content

Age-restricted content

This policy applies to videos, video descriptions, comments, live streams, and any other YouTube product or feature.

## Examples

Here are some examples of content that's not allowed on YouTube.

- Encouraging others to go to a particular place to commit violence, to perform violence at a particular time, or to target individuals or groups with violence.
- Actual schoolyard fights between minors. We may allow content if minors are only play fighting and that is evident to viewers.
- Beatings or brawls outside the context of professional or professionally supervised sporting events.

## More examples

Violent or graphic content

Animal abuse content

Remember these examples are just some examples, and don't post content if you think it might violate this policy.

## What happens if content violates this policy

If your content violates this policy, we'll remove the content and send you an email to let you know. If this is your first time violating our Community Guidelines, you'll likely get a warning with no penalty to your channel. If it's not, we may issue a strike against your channel. If you get 3 strikes within 90 days, your channel will be terminated. You can learn more about our strikes system here.

We may terminate your channel or account for repeated violations of the Community Guidelines or Terms of Service. We may also terminate your channel or account after a single case of severe abuse, or when the channel is dedicated to a policy violation. You can learn more about channel or account terminations here.

# Violent criminal organizations policy



Violent Criminal Organizations Policy: YouTube Community Guidelines

The safety of our creators, viewers, and partners is our highest priority. We look to each of you to help us protect this unique and vibrant community. It's important you understand our Community Guidelines, and the role they play in our shared responsibility to keep YouTube safe. **Take the time to carefully read the policy below.** You can also check out this page for a full list of our guidelines.

Content intended to praise, promote, or aid violent criminal organizations is not allowed on YouTube. These organizations are not allowed to use YouTube for any purpose, including recruitment.

If you find content that violates this policy, report it. Instructions for reporting violations of our Community Guidelines are available here. If you've found a few videos or comments that you would like to report, you can report the channel.

If you believe anyone is in immediate danger, you should reach out to your local law enforcement agency to report the situation immediately.

## What this means for you

**If you're posting content**

Don't post content on YouTube if it fits any of the descriptions noted below.

- Content produced by violent criminal or terrorist organizations
- Content praising or memorializing prominent terrorist or criminal figures in order to encourage others to carry out acts of violence
- Content praising or justifying violent acts carried out by violent criminal or terrorist organizations
- Content aimed at recruiting new members to violent criminal or terrorist organizations
- Content depicting hostages or posted with the intent to solicit, threaten, or intimidate on behalf of a violent criminal or terrorist organization
- Content that depicts the insignia, logos, or symbols of violent criminal or terrorist organizations in order to praise or promote them

If posting content related to terrorism or crime for an educational, documentary, scientific  or artistic purpose  be mindful to provide enough information in the video or audio itself so viewers understand

the context. Graphic or controversial footage with sufficient context may be subject to age-restrictions or a warning screen.

This policy applies to videos, video descriptions, comments, live streams, and any other YouTube product or feature. Keep in mind that this isn't a complete list. Please note these policies also apply to external links in your content. This can include clickable URLs, verbally directing users to other sites in video, as well as other forms.

## Examples

Here are some examples of content that's not allowed on YouTube.

- Raw and unmodified reuploads of content created by terrorist or criminal organizations
- Celebrating terrorist leaders or their crimes in songs or memorials
- Celebrating terrorist or criminal organizations in songs or memorials
- Content directing users to sites that espouse terrorist ideology, are used to disseminate prohibited content, or are used for recruitment
- Video game content which has been developed or modified ("modded") to glorify a violent event, its perpetrators, or support violent criminal or terrorist organizations

Please remember these are just some examples, and don't post content if you think it might violate this policy.

## What happens if content violates this policy

If your content violates this policy, we'll remove the content and send you an email to let you know. If this is your first time violating our Community Guidelines, you'll likely get a warning with no penalty to your channel. If it's not, we may issue a strike against your channel. If you get 3 strikes within 90 days, your channel will be terminated. You can learn more about our strikes system here.

We may terminate your channel or account for repeated violations of the Community Guidelines or Terms of Service. We may also terminate your channel or account after a single case of severe abuse, or when the channel is dedicated to a policy violation. You can learn more about channel or account terminations here.

# Hate speech policy



The safety of our creators, viewers, and partners is our highest priority. We look to each of you to help us protect this unique and vibrant community. It's important you understand our Community Guidelines, and the role they play in our shared responsibility to keep YouTube safe. **Take the time to carefully read the policy below.** You can also check out this page for a full list of our guidelines.

**Note:** On June 5, 2019, we announced some changes to our hate speech policies. You can learn more about those changes here. The below policy has been updated with those changes.

Hate speech is not allowed on YouTube. We remove content promoting violence or hatred against individuals or groups based on any of the following attributes:

- Age
- Caste
- Disability
- Ethnicity
- Gender Identity and Expression
- Nationality
- Race
- Immigration Status
- Religion
- Sex/Gender
- Sexual Orientation
- Victims of a major violent event and their kin
- Veteran Status

If you find content that violates this policy, report it. Instructions for reporting violations of our Community Guidelines are available here. If you've found a few videos or comments that you would like to report, you can report the channel.

## What this policy means for you

**If you're posting content**

Don't post content on YouTube if the purpose of that content is to do one or more of the following.

- Encourage violence against individuals or groups based on any of the attributes noted above. We don't allow threats on YouTube, and we treat implied calls for violence as real threats. You can learn more about our policies on threats and harassment.
- Incite hatred against individuals or groups based on any of the attributes noted above.

Other types of content that violates this policy

Educational content

This policy applies to videos, video descriptions, comments, live streams, and any other YouTube product or feature. Please note these policies also apply to external links in your content. This can include clickable URLs, verbally directing users to other sites in video, as well as other forms.

For educational content that includes hate speech, this context must appear in the images or audio of the video itself. Providing it in the title or description is insufficient.

## Monetization and other penalties

In some rare cases, we may remove content or issue other penalties when a creator:

- Repeatedly encourages abusive audience behavior.
- Repeatedly targets, insults and abuses a group based on the attributes noted above across multiple uploads.
- Exposes a group with attributes noted above to risks of physical harm based on the local social or political context.
- Creates content that harms the YouTube ecosystem by persistently inciting hostility against a group with attributes noted above for personal financial gain.

## Examples

Here are examples of hate speech not allowed on YouTube.

- "I'm glad this [violent event] happened. They got what they deserved [referring to persons with the attributes noted above]."
- "[Person with attributes noted above] are dogs" or "[person with attributes noted above] are like animals."

More examples

Please remember these are just some examples, and don't post content if you think it might violate this policy.

## What happens if content violates this policy

If your content violates this policy, we'll remove the content and send you an email to let you know. If this is your first time violating our Community Guidelines, you'll likely get a warning with no penalty to your channel. If it's not, we may issue a strike against your channel. If you get 3 strikes within 90 days, your channel will be terminated. You can learn more about our strikes system here.

We may terminate your channel or account for repeated violations of the Community Guidelines or Terms of Service. We may also terminate your channel or account after a single case of severe abuse or when the channel is dedicated to a policy violation. You can learn more about channel or account terminations here.

If we think your content comes close to hate speech, we may limit YouTube features available for that content. You can learn more about limited features here.

- The importance of context
- Recent transparency report
- Limited features for certain videos

# Harassment & cyberbullying policies



Harassment and Cyberbullying Policy: YouTube Community Guidelines|

The safety of our creators, viewers, and partners is our highest priority. We look to each of you to help us protect this unique and vibrant community. It's important you understand our Community Guidelines, and the role they play in our shared responsibility to keep YouTube safe. **Take the time to carefully read the policy below.** You can also check out this page for a full list of our guidelines.

We recently announced some updates on our harassment policy to better protect creators and users. The policy below has been updated to reflect these changes.

Content that threatens individuals is not allowed on YouTube. We also don't allow content that targets an individual with prolonged or malicious insults based on intrinsic attributes. These attributes include their protected group status or physical traits.

If you find content that violates this policy, report it. Instructions for reporting violations of our Community Guidelines are available here. If you've found multiple videos or comments that you would like to report, you can report the channel. For tips and best practices to stay safe, keep your account secure, and protect your privacy, check out this Help Center article.

If specific threats are made against you and you feel unsafe, report it directly to your local law enforcement agency.

## What this policy means for you

**If you're posting content**

Don't post content on YouTube if it fits any of the descriptions noted below.

- Content that features prolonged name calling or malicious insults (such as racial slurs) based on someone's intrinsic attributes. These attributes include their protected group status, physical attributes, or their status as a survivor of sexual assault, non-consensual intimate imagery distribution, domestic abuse, child abuse and more.
- Content uploaded with the intent to shame, deceive or insult a minor. A minor is defined as an individual under the legal age of majority. This usually means anyone younger than 18 years old, but the age of a minor might vary by geography.

Other types of content that violate this policy

This policy applies to videos, video descriptions, comments, live streams, and any other YouTube product or feature. Keep in mind that this isn't a complete list. Please note these policies also apply to underline external links in your content. This can include clickable URLs, verbally directing users to other sites in video, as well as other forms.

## Exceptions

If the primary purpose is educational, documentary, scientific, or artistic in nature, we may allow content that includes harassment. These exceptions are not a pass to harass someone. Some examples include:

- **Debates related to high-profile officials or leaders**: Content featuring debates or discussions of topical issues concerning individuals who have positions of power, like high-profile government officials or CEOs of major multinational corporations.
- **Scripted performances**: Insults made in the context of an artistic medium such as scripted satire, stand up comedy, or music (such as a diss track). Note: This exception is not a pass to harass someone and claim "I was joking."
- **Harassment education or awareness**: Content that features actual or simulated harassment for documentary purposes or with willing participants (such as actors) to combat cyberbullying or raise awareness.

Note: We take a harder line on content that maliciously insults someone based on their protected group status, regardless of whether or not they are a high-profile person.

## Monetization and other penalties

In some rare cases, we may remove content or issue other penalties when a creator:

- Repeatedly encourages abusive audience behavior.
- Repeatedly targets, insults and abuses an identifiable individual based on their intrinsic attributes across several uploads.
- Exposes an individual to risks of physical harm based on the local social or political context.
- Creates content that harms the YouTube community by persistently inciting hostility between creators for personal financial gain.

## Examples

Here are some examples of content that's not allowed on YouTube:

- Repeatedly showing pictures of someone and then making statements like "Look at this creature's teeth, they're so disgusting!", with similar commentary targeting intrinsic attributes throughout the video.
- Targeting an individual based on their membership in a protected group, such as by saying: "Look at this filthy [slur targeting a protected group], I wish they'd just get hit by a truck."
- Targeting an individual and making claims they are involved in human trafficking in the context of a harmful conspiracy theory where the conspiracy is linked to direct threats or violent acts.
- Using an extreme insult to dehumanize an individual based on their intrinsic attributes. For example: "Look at this dog of a woman! She's not even a human being — she must be some sort of mutant or animal!"
- Depicting an identifiable individual being murdered, seriously injured, or engaged in a graphic sexual act without their consent.
- Accounts dedicated entirely to focusing on maliciously insulting an identifiable individual.

7/15/22, 1:55 PM

More Examples

## What happens if content violates this policy

If your content violates this policy, we'll remove the content and send you an email to let you know. If this is your first time violating our Community Guidelines, you'll likely get a warning with no penalty to your channel. If it's not, we may issue a strike against your channel. If you get 3 strikes within 90 days, your channel will be terminated. You can learn more about our strikes system here.

We may terminate your channel or account for repeated violations of the Community Guidelines or Terms of Service. We may also terminate your channel or account after a single case of severe abuse, or when the channel is dedicated to a policy violation. You can learn more about channel or account terminations here.

**525**

7/15/22, 1:55 PM

# Regulated goods

Firearms policy

Sale of illegal or regulated goods or services policies

# Firearms policy



Firearms Content Policy: YouTube Community Guidelines

The safety of our creators, viewers, and partners is our highest priority. We look to each of you to help us protect this unique and vibrant community. It's important you understand our Community Guidelines, and the role they play in our shared responsibility to keep YouTube safe. **Take the time to carefully read the policy below.** You can also check out this page for a full list of our guidelines.

Content intended to sell firearms, instruct viewers on how to make firearms, ammunition, and certain accessories, or instruct viewers on how to install those accessories is not allowed on YouTube. YouTube shouldn't be used as a platform to sell firearms or accessories noted below. YouTube also doesn't allow live streams that show someone holding, handling, or transporting a firearm.

## What this means for you

### If you're posting content

Don't post content on YouTube if the purpose is to do one or more of the following:

- Sell firearms or certain firearms accessories through direct sales (e.g. private sales by individuals) or links to sites that sell these items. These accessories may include:
  - Accessories that enable a firearm to simulate automatic fire,
  - Accessories that convert a firearm to automatic fire, such as: bump stocks, gatling triggers, drop-in auto sears, or conversion kits,
  - High capacity magazines or belts carrying more than 30 rounds.
- Provide instructions on manufacturing any of the following:
  - Firearms,
  - Ammunition,
  - High capacity magazines,
  - Homemade silencers/suppressors,
  - Accessories that enable a firearm to simulate automatic fire,
  - Accessories that convert a firearm to automatic fire, such as: bump stocks, gatling triggers, drop-in auto sears, or conversion kits
- Provide instructions on how to convert a firearm to automatic or simulated automatic firing capabilities.
- Provides instructions on how to install the above-mentioned accessories or modifications.

Please note this is not a complete list.

## Examples

Here are some examples of content that isn't allowed on YouTube.

- Links in the title or description of your video to sites where firearms or the accessories noted above are sold. You can link to sites that discuss or review these items as long as those sites don't sell those items directly.
- Displaying a firearm with the intention to sell that firearm via private sale. This includes giving the seller's phone number, email address, or other contact information.
- Showing users step-by-step instructions on how to finish a lower receiver in order to complete fabrication of a firearm.
- Showing users how to make a silencer out of flashlight, oil can, solvent catcher or other parts.
- Showing users how to install a bump stock, or install a comparable accessory built to enable simulated automatic fire.
- Live streams that feature someone holding or handling a firearm, regardless of whether or not they are firing it. Note: this does not include firearms in video games.
- Live streams that feature someone transporting firearms from place to place, such as by carrying them or traveling with them by car, truck, or other vehicle. Note: this does not include firearms in video games.

Please remember these are just some examples, and don't post content if you think it might violate this policy.

## What happens if content violates this policy

If your content violates this policy, we'll remove the content and send you an email to let you know. If this is your first time violating our Community Guidelines, you'll likely get a warning with no penalty to your channel. If it's not, we may issue a strike against your channel. If you get 3 strikes within 90 days, your channel will be terminated. You can learn more about our strikes system here.

We may terminate your channel or account for repeated violations of the Community Guidelines or Terms of Service. We may also terminate your channel or account after a single case of severe abuse, or when the channel is dedicated to a policy violation. You can learn more about channel or account terminations here.

If you find content that violates this policy, report it. Instructions for reporting violations of our Community Guidelines are available here. If you've found a few videos or comments that you would like to report, you can report the channel.

# Sale of illegal or regulated goods or services policies



The safety of our creators, viewers, and partners is our highest priority. We look to each of you to help us protect this unique and vibrant community. It's important you understand our Community Guidelines, and the role they play in our shared responsibility to keep YouTube safe. **Take the time to carefully read the policy below.** You can also check out this page for a full list of our guidelines.

Content intended to sell certain regulated goods and services is not allowed on YouTube.

If you find content that violates this policy, report it. Instructions for reporting violations of our Community Guidelines are available here. If you've found a few videos or comments that you would like to report, you can report the channel.

## What this policy means for you

### If you're posting content

Don't post content on YouTube if it aims to directly sell, link to, or facilitate access to any of the regulated goods and services listed below. Making the sale of these items or facilitating the use of these services possible by posting links, email, phone number or other means to contact a seller directly is not allowed.

- Alcohol
- Bank account passwords, stolen credit cards, or other financial information
- Counterfeit documents or currency
- Controlled narcotics and other drugs
- Explosives
- Organs
- Endangered species or parts of endangered species
- Firearms and certain firearms accessories
- Nicotine, including vaping products
- Online gambling sites not yet reviewed by Google or YouTube
- Pharmaceuticals without a prescription
- Sex or escort services

- Unlicensed medical services
- Human smuggling

This policy applies to videos, video descriptions, comments, live streams, and any other YouTube product or feature. Keep in mind that this isn't a complete list. Please note these policies also apply to <u>external links</u> in your content. This can include clickable URLs, verbally directing users to other sites in video, as well as other forms.

## Examples

Here are some examples of content that's not allowed on YouTube.

- Linking to an online gambling or sports betting site that is not approved.
- Selling counterfeit passports or providing instructions on creating forged official documents.
- Advertising escort, prostitution, or erotic massage services.
- Content instructing how to purchase drugs on the dark web.
- A video of a user making a purchase with software that generates fake credit card numbers.
- Including a link to an online pharmacy that does not require prescriptions.

Please remember these are just some examples, and don't post content if you think it might violate this policy.

## What happens if content violates this policy

If your content violates this policy, we'll remove the content and send you an email to let you know. If this is your first time violating our Community Guidelines, you'll likely get a warning with no penalty to your channel. If it's not, we may issue a strike against your channel. If you get 3 strikes within 90 days, your channel will be terminated. You can learn more about our strikes system here.

We may terminate your channel or account for repeated violations of the Community Guidelines or Terms of Service. We may also terminate your channel or account after a single case of severe abuse, or when the channel is dedicated to a policy violation. You can learn more about channel or account terminations here.

530

7/15/22, 1:57 PM

# Misinformation policies

Misinformation policies

Elections misinformation policies

COVID-19 medical misinformation policy

Vaccine misinformation policy

531

# Misinformation policies

Certain types of misleading or deceptive content with serious risk of egregious harm are not allowed on YouTube. This includes certain types of misinformation that can cause real-world harm, like promoting harmful remedies or treatments, certain types of technically manipulated content, or content interfering with democratic processes.

If you find content that violates this policy, report it. Instructions for reporting violations of our Community Guidelines are available here. If you've found multiple videos or comments that you would like to report, you can report the channel.

## What these policies mean for you

### If you're posting content

Don't post content on YouTube if it fits any of the descriptions below.

- **Promoting dangerous remedies, cures, or substances:** Content that promotes harmful substances, treatments, or substances that present an inherent risk of severe bodily harm or death.
- **Suppression of census participation:** Content aiming to mislead census participants about the time, place, means, or eligibility requirements of the census, or false claims that could materially discourage census participation.
- **Manipulated content:** Content that has been technically manipulated or doctored in a way that misleads users (beyond clips taken out of context) and may pose a serious risk of egregious harm.
- **Misattributed content:** Content that may pose a serious risk of egregious harm by falsely claiming that old footage from a past event is from a current event.

## Examples

Here are some examples of content that's not allowed on YouTube.

Harmful remedies, cures, and substances

Suppression of census participation

Manipulated content

Misattributed content

Remember these are just some examples, and don't post content if you think it might violate these policies. Please note these policies also apply to external links in your content. This can include clickable URLs, verbally directing users to other sites in video, as well as other forms.

## What happens if content violates this policy

If your content violates this policy, we'll remove the content and send you an email to let you know. If this is your first time violating our Community Guidelines, you'll get a warning with no penalty to your channel. If it's not  we'll issue a strike against your channel. If you get 3 strikes  your channel will be terminated. You can learn more about our strikes system here.

# Elections misinformation policies

Certain types of misleading or deceptive content with serious risk of egregious harm are not allowed on YouTube. This includes certain types of misinformation that can cause real-world harm, like certain types of technically manipulated content, and content interfering with democratic processes.



If you find content that violates this policy, report it. Instructions for reporting violations of our Community Guidelines are available here. If you've found multiple videos or comments from a single channel that you would like to report, you can report the channel.

# What these policies mean for you

## If you're posting content

These policies prohibit certain types of content relating to free and fair democratic elections. Don't post elections-related content on YouTube if it fits any of the descriptions noted below.

- **Voter suppression:** Content aiming to mislead voters about the time, place, means, or eligibility requirements for voting, or false claims that could materially discourage voting.
- **Candidate eligibility:** Content that advances false claims related to the technical eligibility requirements for current political candidates and sitting elected government officials to serve in office. Eligibility requirements considered are based on applicable national law, and include age, citizenship, or vital status.
- **Incitement to interfere with democratic processes:** Content encouraging others to interfere with democratic processes. This includes obstructing or interrupting voting procedures.
- **Distribution of hacked materials:** Content that contains hacked info, the disclosure of which may interfere with democratic processes.
- **Election integrity:** Content advancing false claims that widespread fraud, errors, or glitches occurred in certain past certified national elections. Or content that claims that the certified results of those elections were false. This policy currently applies to:
  - Any past U.S. Presidential election
  - The 2021 German federal election
  - The 2018 Brazilian Presidential election

Keep in mind that this isn't a complete list.

# Examples

The following types of content are not allowed on YouTube. This isn't a complete list.

Voter suppression

Candidate eligibility

Incitement to interfere with democratic processes

Distribution of hacked materials

Election integrity

Remember these are just some examples, and don't post content if you think it might violate these policies. Please note these policies also apply to external links in your content. This can include clickable URLs, verbally directing users to other sites in video, as well as other forms.

## What happens if content violates this policy

If your content violates this policy, we'll remove the content and send you an email to let you know. If this is your first time violating our Community Guidelines, you'll get a warning with no penalty to your channel. If it's not, we'll issue a strike against your channel. If you get 3 strikes, your channel will be terminated. You can learn more about our strikes system here.

# COVID-19 medical misinformation policy

The safety of our creators, viewers, and partners is our highest priority. We look to each of you to help us protect this unique and vibrant community. It's important you understand our Community Guidelines, and the role they play in our shared responsibility to keep YouTube safe. **Take the time to carefully read the policy below.** You can also check out this page for a full list of our guidelines.

YouTube doesn't allow content about COVID-19 that poses a serious risk of egregious harm.

YouTube doesn't allow content that spreads medical misinformation that contradicts local health authorities' (LHA) or the World Health Organization's (WHO) medical information about COVID-19. This is limited to content that contradicts WHO or local health authorities' guidance on:

- Treatment
- Prevention
- Diagnosis
- Transmission
- The existence of COVID-19

**Note:** YouTube's policies on COVID-19 are subject to change in response to changes to global or local health authorities' guidance on the virus. There may be a delay between new LHA/WHO guidance and policy updates given the frequency with which this guidance changes, and our policies may not cover all LHA/WHO guidance related to COVID-19.

Our COVID-19 policies were first published on May 20, 2020.

## What this policy means for you

### If you're posting content

Don't post content on YouTube if it includes any of the following:

**Treatment misinformation:**

- Content that encourages the use of home remedies, prayer, or rituals in place of medical treatment such as consulting a doctor or going to the hospital
- Content that claims that there's a guaranteed cure for COVID-19
- Content that recommends use of Ivermectin or Hydroxychloroquine for the treatment of COVID-19
- Claims that Hydroxychloroquine is an effective treatment for COVID-19
- Categorical claims that Ivermectin is an effective treatment for COVID-19
- Claims that Ivermectin and Hydroxychloroquine are safe to use in the prevention of COVID-19
- Other content that discourages people from consulting a medical professional or seeking medical advice

**Prevention misinformation**: Content that promotes prevention methods that contradict local health authorities or WHO.

- Claims that there is a guaranteed prevention method for COVID-19
  - Claims that any medication or vaccination is a guaranteed prevention method for COVID-19
- Content that recommends use of Ivermectin or Hydroxychloroquine for the prevention of COVID-19
- Claims that Ivermectin and Hydroxychloroquine are safe to use in the prevention of COVID-19
- Claims about COVID-19 vaccinations that contradict expert consensus from local health authorities or WHO

**535**

- Claims that an approved COVID-19 vaccine will cause death, infertility, miscarriage, autism, or contraction of other infectious diseases
- Claims that an approved COVID-19 vaccine will contain substances that are not on the vaccine ingredient list, such as biological matter from fetuses (e.g. fetal tissue, fetal cell lines) or animal products
- Claims that an approved COVID-19 vaccine will contain substances or devices meant to track or identify those who've received it
- Claims that COVID-19 vaccines will make people who receive them magnetic
- Claims that an approved COVID-19 vaccine will alter a person's genetic makeup
- Claims that COVID-19 vaccines do not reduce risk of serious illness or death
- Claims that any vaccine causes contraction of COVID-19
- Claims that a specific population will be required (by any entity except for a government) to take part in vaccine trials or receive the vaccine first
- Content that promotes the use of unapproved or homemade COVID-19 vaccines
- Instructions to counterfeit vaccine certificates, or offers of sale for such documents

**Diagnostic misinformation:** Content that promotes diagnostic information that contradicts local health authorities or WHO.

- Claims that approved COVID-19 tests are dangerous or cause negative physical health effects
- Claims that approved COVID-19 tests cannot diagnose COVID-19

**Transmission misinformation:** Content that promotes transmission information that contradicts local health authorities or WHO.

- Content that claims that COVID-19 is not caused by a viral infection
- Content that claims COVID-19 is not contagious
- Content that claims that COVID-19 cannot spread in certain climates or geographies
- Content that claims that any group or individual has immunity to the virus or cannot transmit the virus

**Content that denies the existence of COVID-19:**

- Denial that COVID-19 exists
- Claims that people have not died or gotten sick from COVID-19
- Claims that the death rate of COVID-19 is equal to or less than that of the common cold or seasonal flu
- Claims that COVID-19 is equal to or less transmissible than the common cold or seasonal flu
- Claims that the symptoms of COVID-19 are never severe

This policy applies to videos, video descriptions, comments, live streams, and any other YouTube product or feature. Keep in mind that this isn't a complete list. Please note these policies also apply to external links in your content. This can include clickable URLs, verbally directing users to other sites in video, as well as other forms.

## Examples

Here are some examples of content that's not allowed on YouTube:

- Denial that COVID-19 exists
- Claims that people have not died from COVID-19
- Claims that any vaccine is a guaranteed prevention method for COVID-19
- Claims that a specific treatment or medicine is a guaranteed cure for COVID-19
- Claims that hydroxychloroquine saves people from COVID-19
- Promotion of MMS (Miracle Mineral Solution) for the treatment of COVID-19

- Claims that certain people have immunity to COVID-19 due to their race or nationality
- Encouraging taking home remedies instead of getting medical treatment when sick
- Discouraging people from consulting a medical professional if they're sick
- Content that claims that holding your breath can be used as a diagnostic test for COVID-19
- Videos alleging that if you avoid Asian food, you won't get the coronavirus
- Videos alleging that setting off fireworks can clean the air of the virus and will prevent the spread of the virus
- Claims that COVID-19 is caused by radiation from 5G networks
- Videos alleging that the COVID-19 test is the cause of the virus
- Claims that countries with hot climates will not experience the spread of the virus
- Claims that COVID-19 vaccines kill people who receive them
- Claims that COVID-19 vaccines are a means of population reduction
- Videos claiming that COVID-19 vaccines contain fetal tissue
- Claims that the flu vaccine causes contraction of COVID-19
- Claims that the flu is more contagious than COVID-19
- Claims that COVID-19 vaccines cause contraction of other infectious diseases or makes people more vulnerable to contraction of other infectious diseases
- Claims that COVID-19 vaccines contain a microchip or tracking device
- Claims that achieving herd immunity through natural infection is safer than vaccinating the population
- Claims that COVID-19 never causes serious symptoms or hospitalization
- Claims that the death rate from the seasonal flu is higher than the death rate of COVID-19
- Claims that people are immune to the virus based on their race
- Claims that children cannot or do not contract COVID-19
- Claims that there have not been cases or deaths in countries where cases or deaths have been confirmed by local health authorities or the WHO

## Educational, documentary, scientific or artistic content

We may allow content that violates the misinformation policies noted on this page if that content includes additional context in the video, audio, title, or description. This is not a pass to promote misinformation. Additional context may include countervailing views from local health authorities or medical experts. We may also make exceptions if the purpose of the content is to condemn, dispute, or satirize misinformation that violates our policies. We may also make exceptions for content showing an open public forum, like a protest or public hearing, provided the content does not aim to promote misinformation that violates our policies.

## What happens if content violates this policy

If your content violates this policy, we'll remove the content and send you an email to let you know. If this is your first time violating our Community Guidelines, you'll likely get a warning with no penalty to your channel. If it's not, we may issue a strike against your channel. If you get 3 strikes within 90 days, your channel will be terminated. You can learn more about our strikes system here.

We may terminate your channel or account for repeated violations of the Community Guidelines or Terms of Service. We may also terminate your channel or account after a single case of severe abuse, or when the channel is dedicated to a policy violation. You can learn more about channel or account terminations here.

# Vaccine misinformation policy



YouTube doesn't allow content that poses a serious risk of egregious harm by spreading medical misinformation about currently administered vaccines that are approved and confirmed to be safe and effective by local health authorities and by the World Health Organization (WHO). This is limited to content that contradicts local health authorities' or the WHO's guidance on vaccine safety, efficacy, and ingredients.

## What this policy means for you

### If you're posting content

Don't post content on YouTube if it includes harmful misinformation about currently approved and administered vaccines on any of the following:

- **Vaccine safety:** content alleging that vaccines cause chronic side effects, outside of rare side effects that are recognized by health authorities

- **Efficacy of vaccines:** content claiming that vaccines do not reduce transmission or contraction of disease

- **Ingredients in vaccines:** content misrepresenting the substances contained in vaccines

This policy applies to videos, video descriptions, comments, live streams, and any other YouTube product or feature. Keep in mind that this isn't a complete list. Please note these policies also apply to external links in your content. This can include clickable URLs, verbally directing users to other sites in video, as well as other forms.

## Examples

Here are some examples of content that's not allowed on YouTube:

- Claims that vaccines cause chronic side effects such as:
  - Cancer
  - Diabetes
  - Other chronic side effects
- Claims that vaccines do not reduce risk of contracting illness
- Claims that vaccines contain substances that are not on the vaccine ingredient list, such as biological matter from fetuses (e.g. fetal tissue, fetal cell lines) or animal byproducts
- Claims that vaccines contain substances or devices meant to track or identify those who've received them
- Claims that vaccines alter a person's genetic makeup
- Claims that the MMR vaccine causes autism
- Claims that vaccines are part of a depopulation agenda

- Claims th
- Claims that the HPV vaccine causes chronic side effects such as paralysis

## Educational, scientific, artistic, or testimonial content

YouTube may allow content that violates the misinformation policies noted on this page if that content includes additional context in the video, audio, title, or description. This is not a pass to promote misinformation. Additional context may include countervailing views from local health authorities or medical experts. We may also make exceptions if the purpose of the content is to condemn, dispute, or satirize misinformation that violates our policies. We may also make exceptions for content showing an open public forum, like a protest or public hearing, provided the content does not aim to promote misinformation that violates our policies.

YouTube also believes people should be able to share their own experiences, including personal experiences with vaccinations. This means we may make exceptions for content in which creators describe firsthand experiences from themselves or their family. At the same time, we recognize there is a difference between sharing personal experiences and promoting misinformation about vaccines. To address this balance, we will still remove content or channels if they include other policy violations or demonstrate a pattern of promoting vaccine misinformation.

## What happens if content violates this policy

If your content violates this policy, we'll remove the content and send you an email to let you know. If this is your first time violating our Community Guidelines, you'll likely get a warning with no penalty to your channel. If it's not, we may issue a strike against your channel. If you get 3 strikes within 90 days, your channel will be terminated. You can learn more about our strikes system here.

We may terminate your channel or account for repeated violations of the Community Guidelines or Terms of Service. We may also terminate your channel or account after a single case of severe abuse, or when the channel is dedicated to a policy violation. You can learn more about channel or account terminations here.

## Additional resources

More information on vaccines, including their safety and efficacy, can be found below.

**Health Authority Vaccine Information:**

- Centers for Disease Control and Prevention (CDC)   (US)
- European Vaccination Information Portal   (EU)
- National Health Service   (UK)
- World Health Organization vaccine safety   (Global)
- World Health Organization vaccine preventable diseases   (Global)

**Additional Vaccine Information:**

- American Academy of Pediatrics   (US)
- GAVI, the Vaccine Alliance   (Global)
- UNICEF   (Global)

YouTube Help

Sign in

Send feedback on...



This help content & information

General Help Center experience

Next

Help CenterCommunity

# Legal policies

The YouTube Legal Support Team addresses requests to block videos on legal grounds. You can find general information here about what these legal issues are, and how to file a complaint.

- Trademark
- Counterfeit
- Defamation
- Other legal issues
- Stored music policy
- Other legal complaints
-
-

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français

9.  hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback about our Help Center



Google Help

- <u>Help Center</u>

- o Fix a problem

- o Watch videos

- o Manage your account & settings

- o Supervised experience on YouTube

- o Join & manage YouTube Premium

- o Create & grow your channel

- o Monetize with the YouTube Partner Program

- o Policy, safety, & copyright

- Community

- YouTube

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program
Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows
Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues
Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues
Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube
YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers
YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management
Send feedback on...
This help content & information General Help Center experience

543



YouTube Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunity

# Trademark

A trademark is a word, symbol, or combination that identifies the source of a product and distinguishes it from other products. A trademark is acquired by a company or other entity through a legal process. Once it's acquired, it gives the owner exclusive rights to the trademark use concerning those goods.

Trademark infringement is improper or unauthorized use of a trademark in a way that is likely to cause confusion as to the source of that product. YouTube policies prohibit videos and channels that infringe trademarks. If your content uses someone else's trademarks in a way that might cause confusion, your videos can be blocked. Your channel may also be suspended.

If you think your trademark is being infringed, keep in mind that YouTube doesn't mediate trademark disputes between creators and trademark owners. As a result, we strongly encourage trademark owners to speak directly with the creator who posted the content in question. Contacting the uploader may fix the problem faster in a way that benefits everyone. Some creators list ways they can be contacted in their channel. Learn more about how to get in touch with others here.

If you can't reach a resolution with the account holder in question, submit a trademark complaint through our Trademark complaint form.

Submit a trademark complaint

YouTube is willing to perform a limited review of reasonable complaints and will remove content in clear cases of infringement. To help solve disputes, YouTube forwards each trademark complaint to the uploader before taking any action. This lets the uploader address any potential Trademark issues.

We'll also accept free-form trademark complaints submitted by email, fax, and mail.

If your complaint relates to the sale or promotion of counterfeit goods, please file a Counterfeit complaint.

If your complaint relates to a protected work, such as a song, movie, or book, please file a Copyright complaint.

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

# Legal policies

- Trademark
- Counterfeit
- Defamation
- Other legal issues
- Stored music policy
- Other legal complaints

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service


English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)

7.  Filipino
8.  français
9.  hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- [Help Center](#)

  - [Fix a problem](#)

  - [Watch videos](#)

  - [Manage your account & settings](#)

  - [Supervised experience on YouTube](#)

  - [Join & manage YouTube Premium](#)

  - [Create & grow your channel](#)

  - [Monetize with the YouTube Partner Program](#)

  - [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program

Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows

Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues

Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube

YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers

YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

# What is the issue with this selection?

Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

548

Irrelevant - doesn't match the title and / or my expectations



Minor errors - formatting issues, typos, and / or broken links



Other suggestions - ideas to improve the content

## Share additional info or suggestions



Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.

549



YouTube Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunity

# Counterfeit

Google prohibits the sale or promotion for sale of counterfeit goods in its products, including YouTube. Counterfeit goods contain a trademark or logo that is identical to or substantially indistinguishable from the trademark of another. They mimic the brand features of the product in an attempt to pass themselves off as a genuine product of the brand owner.

Channels that promote or sell counterfeit goods may be terminated.

If you believe a video or channel is selling or promoting counterfeit goods, you may file a Counterfeit complaint through our online form.

Submit a counterfeit complaint

We must receive your complaint in this format to investigate. Our team will investigate your complaint and remove the content if it violates Google counterfeit policy.

We'll also accept free-form counterfeit complaints, submitted by email, fax, and mail.

Keep in mind that abuse of our legal forms may result in termination of your YouTube account.

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo

550



Submit

# Legal policies

- Trademark
- Counterfeit
- Defamation
- Other legal issues
- Stored music policy
- Other legal complaints

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi

24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- Help Center

    o Fix a problem

    o Watch videos

    o Manage your account & settings

552

- o [Supervised experience on YouTube](#)

- o [Join & manage YouTube Premium](#)

- o [Create & grow your channel](#)

- o [Monetize with the YouTube Partner Program](#)

- o [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program

Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows

Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues

Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube

YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers

YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

## What is the issue with this selection?


Inaccurate - doesn't match what I see in the product


Hard to understand - unclear or translation is wrong


Missing info - relevant but not comprehensive


Irrelevant - doesn't match the title and / or my expectations


Minor errors - formatting issues, typos, and / or broken links


Other suggestions - ideas to improve the content

## Share additional info or suggestions

Do not share any personal info

Cancel
Submit
By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.



YouTube Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunity

# Defamation

Defamation laws vary by country but usually concern content that damages the reputation of another person or business. Although the definition of defamation varies around the world, in general, defamation is any untrue statement that is harmful to someone's reputation or causes someone to be shunned or avoided.

We take into account local legal considerations in our defamation blocking process, and in some cases, we require a court order. For us to be able to process a defamation blocking request, the claim needs to be specific and strongly supported. For example, it needs to explain why you believe the statements are untrue and how it damages your reputation.

In some cases, uploaders willingly remove harmful content. Because obtaining a court order can be costly and time-consuming, we encourage users to contact the uploaders of the content in question directly.

If you are unable to reach the uploader, consider whether the video meets the standards for removal under our privacy or harassment policy.

If you've attempted to contact the uploader, and you believe a defamation claim is more appropriate than a privacy or harassment complaint, please select your country of dispute from the drop down below and follow the directions.



United States

1. Algeria
2. American Samoa
3. Argentina

4.  Aruba
5.  Australia
6.  Austria
7.  Azerbaijan
8.  Bahrain
9.  Bangladesh
10. Belarus
11. Belgium
12. Bermuda
13. Bolivia
14. Bosnia & Herzegovina
15. Brazil
16. Bulgaria
17. Canada
18. Cayman Islands
19. Chile
20. Colombia
21. Costa Rica
22. Croatia
23. Cyprus
24. Czech Republic
25. Denmark
26. Dominican Republic
27. Ecuador
28. Egypt
29. El Salvador
30. Estonia
31. Finland
32. France
33. French Polynesia
34. Georgia
35. Germany
36. Ghana
37. Greece
38. Guam
39. Guatemala
40. Honduras
41. Hong Kong
42. Hungary
43. Iceland
44. India
45. Indonesia
46. Iraq
47. Ireland

48. Israel
49. Italy
50. Jamaica
51. Japan
52. Jordan
53. Kazakhstan
54. Kenya
55. Kuwait
56. Latvia
57. Lebanon
58. Libya
59. Liechtenstein
60. Lithuania
61. Luxembourg
62. Macedonia (FYROM)
63. Malaysia
64. Malta
65. Mexico
66. Montenegro
67. Morocco
68. Nepal
69. Netherlands
70. New Zealand
71. Nicaragua
72. Nigeria
73. Northern Mariana Islands
74. Norway
75. Oman
76. Pakistan
77. Panama
78. Papua New Guinea
79. Paraguay
80. Peru
81. Philippines
82. Poland
83. Portugal
84. Puerto Rico
85. Qatar
86. Romania
87. Russia
88. Saudi Arabia
89. Senegal
90. Serbia
91. Singapore

92. Slovakia
93. Slovenia
94. South Africa
95. South Korea
96. Spain
97. Sri Lanka
98. Sweden
99. Switzerland
100.     Taiwan
101.     Tanzania
102.     Thailand
103.     Tunisia
104.     Turkey
105.     Turks & Caicos Islands
106.     U.S. Virgin Islands
107.     Uganda
108.     Ukraine
109.     United Arab Emirates
110.     United Kingdom
111.     United States
112.     Uruguay
113.     Venezuela
114.     Vietnam
115.     Yemen
116.     Zimbabwe

Because we are not in a position to adjudicate the truthfulness of postings, we do not remove video postings due to allegations of defamation. Consistent with Section 230(c) of the Communications Decency Act, we recommend that you pursue any claims you may have directly against the person who posted the content. If you choose to pursue legal action against the content creator, note that we may be prepared to comply with any order requiring the content creator to remove the posting in question.

If there is a court order that involves content posted to www.youtube.com you may forward this via mail to the following address: YouTube, Inc., Attn Legal Support, 901 Cherry Ave., Second Floor, San Bruno, CA 94066.

Alternatively, you may wish to contact the uploader.

If you have a concern relating to copyright, please visit our Copyright Center. If you have an additional concern relating to YouTube Policy violations please visit our Reporting Center.

# If you can't find your country in the drop down above

YouTube.com is governed by U.S. law.

Because we are not in a position to adjudicate the truthfulness of postings, we do not remove video postings due to allegations of defamation. Consistent with Section 230(c) of the Communications Decency Act, we recommend that you pursue any claims you may have directly against the person who posted the content. If you choose to pursue legal action against the content creator, note that we may be prepared to comply with any order requiring the content creator to remove the posting in question.

If there is a court order that involves content posted to www.youtube.com you may forward this via mail to the following address: YouTube, Inc., Attn Legal Support, 901 Cherry Ave., Second Floor, San Bruno, CA 94066.

Alternatively, you may wish to contact the uploader.

If you have a concern relating to copyright, please visit our Copyright Center. If you have an additional concern relating to YouTube Policy violations please visit our Reporting Center.

Give feedback about this article
Choose a section to give feedback on



Was this helpful?
YesNo

Submit

## Legal policies

- Trademark
- Counterfeit
- Defamation
- Other legal issues
- Stored music policy
- Other legal complaints

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어

41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- [Help Center](#)

  o [Fix a problem](#)

  o [Watch videos](#)

  o [Manage your account & settings](#)

  o [Supervised experience on YouTube](#)

  o [Join & manage YouTube Premium](#)

  o [Create & grow your channel](#)

  o [Monetize with the YouTube Partner Program](#)

  o [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program

Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows

Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues

Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube

YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers

YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

# What is the issue with this selection?


Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

# Share additional info or suggestions

Do not share any personal info
Cancel
Submit
By continuing, you agree Google uses your answers, account & system info to improve
services, per our Privacy & Terms.



YouTube Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunity

# Other legal issues

## Legal Complaints and Court Orders

If you feel that certain content on the site violates your rights or applicable laws, you may submit a legal complaint under our trademark, defamation, counterfeit, or other legal complaint flows. If you have a court order against an uploader, you may attach a copy of the court order in response to the autoreply you get after you file the appropriate legal complaint. Each court order is examined and evaluated on a set of regional and global criteria.

Keep in mind that you also have other resources to bring content to our attention. For example, if you feel the content does not comply with our community guidelines, please flag it. Also, consider whether the video meets the standards for removal under our privacy or harassment policy before filing a legal complaint.

## Circumvention of Technological Measures

When we say circumvention of technological measures, we're referring to tools that allow users to evade a software's licensing protocol. This can mean serial numbers, keygens, passwords, and other methods to hack software or games.

What is the difference between CTM and copyright?

CTM is a tool that will give users the means to access software. Copyright is concerned with the depiction of the software or the means to acquire it. If the software's interface is in the video, or there's a download link to the software in the video or video description, you may wish to file a copyright takedown notice.

A CTM claim is appropriate when the infringed material isn't present in the video (or directly linked to), but the video offers a way for users to access it illegitimately.

If you believe you have a valid CTM claim, please fill out our webform.

Submit a Circumvention of Technological Measures complaint

# Captioning

If you've gotten a notice informing you that your video is in violation of the Communications and Video Accessibility Act, you may have uploaded content that was originally shown on TV with captions. The Communications and Video Accessibility Act (CVAA) requires that all pre-recorded video programming that is captioned on TV is also captioned on the internet. If you believe you're exempt from the CVAA requirement, you may select a certification for your content.

If you believe a video is required by the CVAA to contain captions, but the uploader has not made captions available, please submit a request via webform.

Give feedback about this article
Choose a section to give feedback on



Was this helpful?
YesNo

Submit

# Legal policies

- Trademark
- Counterfeit
- Defamation
- Other legal issues
- Stored music policy
- Other legal complaints

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience

567



Google Help

- [Help Center](#)

  o [Fix a problem](#)

  o [Watch videos](#)

  o [Manage your account & settings](#)

  o [Supervised experience on YouTube](#)

  o [Join & manage YouTube Premium](#)

  o [Create & grow your channel](#)

  o [Monetize with the YouTube Partner Program](#)

  o [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program

Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows

Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues

Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube

YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers

YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

# What is the issue with this selection?



569

Inaccurate - doesn't match what I see in the product


Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

## Share additional info or suggestions

Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.

YouTube Help



Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunity

# Stored music policy

If you have a YouTube Music account, you may be provided with server space where you will be able to upload and store certain content from your computer (for example music files that may contain metadata and album art) ("Stored Music Content"). If you choose to upload Stored Music Content, you will retain all of your existing rights to the Stored Music Content and a copy will be stored on your behalf. YouTube will make your Stored Music Content accessible to you through your YouTube Music account. Your Stored Music Content will only be accessible by you through your YouTube Music account and may not be shared by you with anyone else, including YouTube users who may be a part of your Google or YouTube Family Plan account. You are legally responsible for the Stored Music Content you upload to YouTube Music and you must not include any third-party intellectual property (such as copyrighted material) unless you have permission from that party or are otherwise legally entitled to do so.

We may need to make limited necessary changes to your Stored Music Content as may be needed for playback functionality on YouTube Music or through the YouTube Music app. YouTube will not share your Stored Music Content with third-parties.

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

571

# Legal policies

- Trademark
- Counterfeit
- Defamation
- Other legal issues
- Stored music policy
- Other legal complaints

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά

29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- [Help Center](#)

  o [Fix a problem](#)

  o [Watch videos](#)

  o [Manage your account & settings](#)

  o [Supervised experience on YouTube](#)

- o [Join & manage YouTube Premium](#)

- o [Create & grow your channel](#)

- o [Monetize with the YouTube Partner Program](#)

- o [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program
Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows
Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues

Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube

YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers

YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

## What is the issue with this selection?

Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

## Share additional info or suggestions



Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.



YouTube Help

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunity

# Other legal complaints

YouTube will only consider legal complaints when notified by the party in question or their authorized legal representative.

If a video contains your personal information without consent, including your image, name, or national identification number, please contact us through our Privacy Complaint Process. Please select your country of dispute from the drop down below and follow the directions.



United States

1. Algeria
2. American Samoa
3. Argentina
4. Aruba
5. Australia
6. Austria
7. Azerbaijan
8. Bahrain
9. Belarus
10. Belgium
11. Bermuda
12. Bolivia
13. Bosnia & Herzegovina
14. Brazil
15. Bulgaria
16. Canada

17. Cayman Islands
18. Chile
19. Colombia
20. Costa Rica
21. Croatia
22. Cyprus
23. Czech Republic
24. Denmark
25. Dominican Republic
26. Ecuador
27. Egypt
28. El Salvador
29. Estonia
30. Finland
31. France
32. French Polynesia
33. Georgia
34. Germany
35. Ghana
36. Greece
37. Guam
38. Guatemala
39. Honduras
40. Hong Kong
41. Hungary
42. Iceland
43. India
44. Indonesia
45. Iraq
46. Ireland
47. Israel
48. Italy
49. Jamaica
50. Japan
51. Jordan
52. Kazakhstan
53. Kenya
54. Kuwait
55. Latvia
56. Lebanon
57. Libya
58. Liechtenstein
59. Lithuania
60. Luxembourg

61. Macedonia (FYROM)
62. Malaysia
63. Malta
64. Mexico
65. Montenegro
66. Morocco
67. Nepal
68. Netherlands
69. New Zealand
70. Nicaragua
71. Nigeria
72. Northern Mariana Islands
73. Norway
74. Oman
75. Pakistan
76. Panama
77. Papua New Guinea
78. Paraguay
79. Peru
80. Philippines
81. Poland
82. Portugal
83. Puerto Rico
84. Qatar
85. Romania
86. Russia
87. Saudi Arabia
88. Senegal
89. Serbia
90. Singapore
91. Slovakia
92. Slovenia
93. South Africa
94. South Korea
95. Spain
96. Sri Lanka
97. Sweden
98. Switzerland
99. Taiwan
100.       Tanzania
101.       Thailand
102.       Tunisia
103.       Turkey
104.       Turks & Caicos Islands

105.        U.S. Virgin Islands
106.        Uganda
107.        Ukraine
108.        United Arab Emirates
109.        United Kingdom
110.        United States
111.        Uruguay
112.        Venezuela
113.        Vietnam
114.        Yemen
115.        Zimbabwe


Please fill out this form.


# If you can't find your country in the drop down above

YouTube.com is governed by U.S. law. As such, please be aware that we do not accept legal complaints from the country of your claimed rights. We recommend that you pursue any claims you may have directly against the person who posted the content. If your lawsuit results in a decision against the person who posted the content and if that court order requires us to remove the content from our service, we will respond accordingly.

Alternatively, you may wish to contact the uploader.

If a video contains your personal information without consent, including your image, name or national identification number, please contact us through out privacy complaints process.


If you are concerned that an interaction with a community member has risen to the level of harassment, please report this via our reporting center. Click here to submit a harassment complaint.

If you have a concern relating to copyright, please visit our copyright center.


If you have an additional concern relating to YouTube policy violations please visit our reporting center.

If there is a US court order that involves content posted to www.youtube.com you may forward this via mail to the following address: YouTube, Inc., Attn Legal Support, 901 Cherry Ave., Second Floor, San Bruno, CA 94066.

If you wish to learn more about YouTube policy, safety and reporting please visit our Help Center.

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

# Legal policies

- Trademark
- Counterfeit
- Defamation
- Other legal issues
- Stored music policy
- Other legal complaints

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski

580

10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- **Help Center**

- ○ [Fix a problem](#)

- ○ [Watch videos](#)

- ○ [Manage your account & settings](#)

- ○ [Supervised experience on YouTube](#)

- ○ [Join & manage YouTube Premium](#)

- ○ [Create & grow your channel](#)

- ○ [Monetize with the YouTube Partner Program](#)

- ○ [Policy, safety, & copyright](#)

- • [Community](#)

- • [YouTube](#)

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program
Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows
Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues
Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues
Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube
YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

## What is the issue with this selection?

Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links



Other suggestions - ideas to improve the content

# Share additional info or suggestions



Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, [account & system info](#) to improve services, per our [Privacy](#) & [Terms](#).

YouTube Help



Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunity

# Privacy resources

- Protecting your identity
- Turn Restricted Mode on or off
- Change video privacy settings
- Your Data in YouTube

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk

17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback about our Help Center



Google Help

- <u>Help Center</u>

  o <u>Fix a problem</u>

  o <u>Watch videos</u>

- o [Manage your account & settings](#)

- o [Supervised experience on YouTube](#)

- o [Join & manage YouTube Premium](#)

- o [Create & grow your channel](#)

- o [Monetize with the YouTube Partner Program](#)

- o [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program

Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows

Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues

Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube

YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers

YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

Send feedback on...

This help content & information General Help Center experience



YouTube Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunity

# Protecting your identity

We want you to feel safe when you're on YouTube, which is why we encourage you to let us know if videos or comments on the site violate your privacy or sense of safety.

If someone posted your personal information or uploaded a video of you without your knowledge (including in private or sensitive circumstances), ask the uploader to remove the content. If you can't reach an agreement with the uploader, or if you're uncomfortable contacting them, you can request to have the content removed based on our Privacy Guidelines.

## Criteria for removing content

Our Privacy Guidelines give a detailed explanation of our privacy complaint process. It also explains the factors we consider when evaluating privacy claims.

For content to be considered for removal, an individual must be uniquely identifiable and that individual, or their legal representative, must submit the complaint. If you want to use the privacy complaint process, make sure that you're uniquely identifiable within the content when using the privacy complaint process. When assessing if an individual is uniquely identifiable, we consider the following factors:

- Image or voice
- Full name
- Financial information
- Contact information
- Other personally identifiable information

589

When you report a privacy complaint, we consider public interest, newsworthiness, and consent as factors in our final decision.

## Tips on how to protect your privacy on YouTube:

- Think carefully before you post personal information. This includes examples such as the town you live in, where you go to school, and your home address.
- Protect your account data and don't share your password with others. YouTube employees will never ask you for your password. Don't be fooled if someone reaches out to you pretending to be from YouTube.
- Get permission first. Get permission before filming other people or posting their personal information.
- Visit our Privacy and Safety Settings page for a list of tools that you can use to manage your content and experience on the site.
- Check out best practices for keeping your Google Account secure.
- Stronger security for Google account: Keep your accounts secured through 2-Step Verification.

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

## Privacy resources

- Protecting your identity
- Turn Restricted Mode on or off
- Change video privacy settings
- Your Data in YouTube

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk

3.  Deutsch
4.  English (United Kingdom)
5.  español
6.  español (Latinoamérica)
7.  Filipino
8.  français
9.  hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience

**591**



Google Help

- [Help Center](#)

  - [Fix a problem](#)

  - [Watch videos](#)

  - [Manage your account & settings](#)

  - [Supervised experience on YouTube](#)

  - [Join & manage YouTube Premium](#)

  - [Create & grow your channel](#)

  - [Monetize with the YouTube Partner Program](#)

  - [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program

Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows

Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues

Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube

YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers

YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

# What is the issue with this selection?



Inaccurate - doesn't match what I see in the product



Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

# Share additional info or suggestions

Do not share any personal info
Cancel
Submit
By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.

YouTube Help

Sign in

Send feedback on...



This help content & information

General Help Center experience

Next

Help CenterCommunity

# Turn Restricted Mode on or off

Restricted Mode is an optional setting you can use on YouTube. This feature can help screen out potentially mature content you or others using your devices may prefer not to view.

Computer AndroidiPhone & iPad

## Turn Restricted Mode on or off

1. Click your profile picture ⊟ .
2. Click Restricted Mode.
3. In the top-right box that appears, click Activate Restricted Mode to on or off.

## Problems turning off Restricted Mode

Computers in libraries, universities, and other public institutions may have Restricted Mode turned on by the system administrator. If you've entered your username and password, and Restricted Mode remains on, try contacting your system administrator for more help.

## Control Restricted Mode for your family

If you're a parent using the Family Link app, you can turn on Restricted Mode for your child's account. This can be done in the app's settings. Once Restricted Mode has been turned on via Family Link, your child can't change the Restricted Mode settings on any of the signed-in devices.

# More info on Restricted Mode

We use many signals—such as video title, description, metadata, Community Guidelines reviews, and age-restrictions—to identify and filter out potentially mature content. Restricted Mode is available in every language, but due to differences in cultural norms and sensitivities, the quality may vary. When Restricted Mode is turned on, you will not be able to view comments on the videos you watch.

Restricted Mode works on the browser or device level, so you must turn it on for each browser you use. If your browser supports multiple profiles, you must turn on this mode for each profile.

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

# Privacy resources

- Protecting your identity
- Turn Restricted Mode on or off
- Change video privacy settings
- Your Data in YouTube

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch

596

4.  English (United Kingdom)
5.  español
6.  español (Latinoamérica)
7.  Filipino
8.  français
9.  hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience

597



Google Help

- [Help Center](#)

  - [Fix a problem](#)

  - [Watch videos](#)

  - [Manage your account & settings](#)

  - [Supervised experience on YouTube](#)

  - [Join & manage YouTube Premium](#)

  - [Create & grow your channel](#)

  - [Monetize with the YouTube Partner Program](#)

  - [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program
Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows
Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues
Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues
Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube
YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers
YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

# What is the issue with this selection?



599

Inaccurate - doesn't match what I see in the product



Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

## Share additional info or suggestions

Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.



YouTube Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunity

# Change video privacy settings

Update the privacy settings of your video to control where your video can appear and who can watch it.

Computer AndroidiPhone & iPad

## Change video privacy settings

1. Sign in to YouTube Studio.
2. From the left menu, select Content.
3. Point to the video you'd like to update. To see your live uploads, select the Live tab.
4. Click the down arrow under "Visibility" and choose Public, Private, or Unlisted.
5. Save.

## Watch how to change video privacy settings

Check out the following video from the YouTube Creators channel on how to change video privacy settings.

## About privacy settings

Public videos

Anyone at YouTube can see public videos. They can also be shared with anyone using YouTube. They're posted on your channel when you upload them and show up in search results and related video lists.

Private videos

Private videos and playlists can only be seen by you and whomever you choose. Your private videos won't appear in the Videos tab of your channel homepage. They also won't show up in YouTube's search results. YouTube systems and human reviewers may review private videos for ad suitability, copyright, and other abuse prevention mechanisms.

To share a private video:

1. Sign in to YouTube Studio.
2. From the left menu, select Content.
3. Click the video you'd like to edit.
4. Click the Visibility box and select Share privately.
5. Enter the emails you'd like to share your video with, then select SAVE.

Comments are not available on private videos. If you want to allow comments on a video that's not publicly available, change the privacy setting to unlisted.

## Unlisted videos

Unlisted videos and playlists can be seen and shared by anyone with the link. Your unlisted videos won't appear in the Videos tab of your channel homepage. They won't show up in YouTube's search results unless someone adds your unlisted video to a public playlist.

You can share an unlisted video's URL. Those you share the video with don't need a Google Account to see the video. Anyone with the link can also reshare it.

| Feature | Private | Unlisted | Public |
|---|---|---|---|
| Can share URL | No | Yes | Yes |
| Can be added to a channel section | No | Yes | Yes |
| Shows up in search, related videos, and recommendations | No | No | Yes |
| Posted on your channel | No | No | Yes |
| Shows in Subscriber feed | No | No | Yes |
| Can be commented on | No | Yes | Yes |

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

# Privacy resources

- Protecting your identity
- Turn Restricted Mode on or off
- Change video privacy settings
- Your Data in YouTube

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български

30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- Help Center

  o Fix a problem

  o Watch videos

  o Manage your account & settings

  o Supervised experience on YouTube

  o Join & manage YouTube Premium

- o [Create & grow your channel](#)

- o [Monetize with the YouTube Partner Program](#)

- o [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program
Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows
Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues
Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium

membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues
Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube
YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers
YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

# What is the issue with this selection?



Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

# Share additional info or suggestions

Do not share any personal info
Cancel
Submit
By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.



YouTube Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunity

# Your Data in YouTube

You can manage and learn more about your privacy settings and controls under "Your Data in YouTube." This page includes a summary of your content and activity data, settings to manage this data, and information on how your data is used to improve your YouTube experience.

Note: This feature is currently only available on desktop and mobile web.

To access "Your Data in YouTube":

1. Sign into YouTube.
2. Select your profile picture .
3. Select "Your Data in YouTube."

In "Your Data in Youtube", you can learn more about how to manage:

- Video privacy setting
- Playlist privacy setting
- Subscriptions privacy setting
- Purchased videos
- Comments

Learn more about how your data helps improve your experience on YouTube.

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo

607



Submit

# Privacy resources

- Protecting your identity
- Turn Restricted Mode on or off
- Change video privacy settings
- Your Data in YouTube

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt

26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- Help Center

  o Fix a problem

  o Watch videos

  o Manage your account & settings

  o Supervised experience on YouTube

- o [Join & manage YouTube Premium](#)

- o [Create & grow your channel](#)

- o [Monetize with the YouTube Partner Program](#)

- o [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program
Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows

610

Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues

Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube

YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers

YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

# What is the issue with this selection?



Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

## Share additional info or suggestions

Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, account & system info to improve
services, per our Privacy & Terms.

7/15/22, 2:39 PM

# Safety resources

Suicide & self-harm policy

Parent resources

Educator resources

Staying safe as a teen

Tips for staying safe online

Staying safe on YouTube

613

# Suicide & self-harm policy

The safety of our creators, viewers, and partners is our highest priority. We look to each of you to help us protect this unique and vibrant community. It's important you understand our Community Guidelines, and the role they play in our shared responsibility to keep YouTube safe. **Take the time to carefully read the policy below**. You can also check out this page for a full list of our guidelines.

At YouTube, we take the health and well-being of all our creators and viewers seriously. Awareness and understanding of mental health is important and we support creators sharing their stories, such as posting content discussing their experiences with depression, self-harm, or other mental health issues.

However, we do not allow content on YouTube that promotes suicide, self-harm, that is intended to shock or disgust, or poses a considerable risk to viewers.

## What to do if you find this content

If you believe someone is in danger:

- Get in touch with local emergency services for help
- Flag the video to bring it to our attention

If you find yourself being negatively affected by any mental health, suicide, or self-harm related content you come across, know that there is support available and you're not alone. In the next section you can find a list of resources and contact information for organizations that can offer advice.

## What to do if you need support

If you are depressed, having thoughts of suicide, or self-harming, know there is help and you're not alone. While coping with painful emotions, many people might self-harm or experience suicidal thinking. Talking to a mental health care provider can help determine if you have a mental illness that requires care. It can also help you identify healthy, effective coping strategies and develop skills to manage difficult feelings.

Below is a list of organizations dedicated to helping those in need in different countries and regions. These are recognized crisis service partners. Partnerships vary by country/region.

The websites findahelpline.com and www.wikipedia.org/wiki/List_of_suicide_crisis_lines could help you find organizations for regions not listed here.

| Australia | Lifeline Australia | 13 11 14 |
| | Kids Helpline | 1800 55 1800 |
| Argentina | Centro de Asistencia al Suicida - Buenos Aires | 135 (desde Capital y Gran Buenos Aires) |
| | | (011) 5275-1135 (desde todo el país) |
| Brazil | Centro de Valorização da Vida | 188 |
| Belgium | Centre de Prévention du Suicide / | 0800 32 123 |
| | Zelfmoordlijn 1813 | 1813 |
| Bulgaria | Български Червен Кръст | 02 492 30 30 |
| Czech Republic | Psychiatrická léčebna Bohnice - Centrum krizové | |

7/15/22, 2:39 PM

| | intervence | +420 284 016 666 |
|---|---|---|
| Denmark | Livslinien | 70201201 |
| France | S.O.S Amitié | 09 72 39 40 50 |
| Finland | Suomen Mielenterveysseura / Kansallinen kriisipuhelin | 09-2525-0111 |
| Germany | Telefonseelsorge | 0800-1110111 |
| Greece | ΚΛΙΜΑΚΑ | 1018<br>801 801 99 99 |
| Hong Kong | 香港撒瑪利亞防止自殺會 | 2389 2222 |
| Hungary | S.O.S. Telefonos Lelki Elsösegély Szolgálat | 06 1 116-123 |
| India | आसरा<br>AASRA | 91-9820466726 |
| Ireland | Samaritans | 116 123 |
| Israel | ער"ן – עזרה ראשונה נפשית | 1201 |
| Italy | Samaritans Onlus | 800 86 00 22 |
| Japan | こころの健康相談統一ダイヤル | 0570-064-556 |
| New Zealand | Lifeline New Zealand | 0800 543 354 |
| Netherlands | Stichting 113Online | 0900-0113 |
| Singapore | Samaritans of Singapore | 1800-221-4444 |
| Spain | Telèfon de l'Esperança de Barcelona | 93 414 48 48 |
| | Teléfono de la Esperanza | 717 003 717 |
| South Korea | 한국자살예방협회 | 1393 |
| Taiwan | 生命線協談專線 | 1995 |
| Thailand | กรมสุขภาพจิต กระทรวงสาธารณสุข | 1323 |
| United Kingdom | Samaritans | 116 123 |
| United States of America | National Suicide Prevention Lifeline | 1-800-273-8255 / Chat |

## Community Guidelines for posting suicide or self-harm related content

YouTube users should not be afraid to speak openly about the topics of mental health, suicide, and self-harm in a supportive and non-harmful way.

However, there are times when content is created that is sensitive and may pose a risk for some users. When you create content that contains suicide or self-harm related topics, take into account the possible negative impact of your content on other users, especially minors and users who may be sensitive to this content.

To protect and support your viewers and other users, please follow the Community Guidelines below when creating content related to suicide or self-harm. Not following these Community Guidelines may result in a strike, removal of your content, or other restrictions to protect users. Learn more.

This Community Guidelines policy applies to videos, video descriptions, comments, live streams, and any other YouTube product or feature. Keep in mind that this isn't a complete list. Please note these policies also apply to external links in your content. This can include clickable URLs, verbally directing users to other sites in video, as well as other forms.

### Don't post the following content:

- Content promoting or glorifying suicide or self-harm

615

7/15/22, 2:39 PM

- Instructions on how to die by suicide or engage in self-harm
- Content related to suicide or self-harm that is targeted at minors
- Graphic images of self-harm
- Visuals of bodies of suicide victims unless blurred or covered so they are fully obscured
- Blurred imagery in combination with details or visuals that show the method of suicide
- Videos showing the lead-up to a suicide, or suicide attempts and suicide rescue footage without <u>sufficient context</u>
- Content showing participation in or instructions for suicide and self-harm challenges (e.g. Blue Whale or Momo challenges)
- Suicide notes or letters without <u>sufficient context</u>

In some cases we may restrict, rather than remove, suicide and self-harm content if it meets one or more of the following criteria (for example, by placing an <u>age-restriction</u>, a warning, or a <u>Crisis Resource Panel</u> on the video). Please note this is not a complete list:

- Content that is meant to be educational, documentary, scientific, or artistic
- Content that is of public interest
- Graphic content that is sufficiently blurred and doesn't provide details or visuals of the method used to perform suicide or self-harm
- Dramatizations or scripted content, which includes but is not limited to animations, video games, music videos, and clips from movies and shows
- Detailed discussion of suicide or self-harm methods, locations and hotspots
- Graphic descriptions of self-harm or suicide

### Best practices for creators posting content about suicide or self-harm

We recommend using these best practices to protect your viewers from harm and distress:

- Avoid showing the suicide victim, and respect their, and their families', privacy. <u>Learn more</u>
- Use wording that is positive and supportive, and focuses on recovery, prevention, and stories of hope
- Include information and resources for suicide and self-harm prevention and coping strategies. Try to include it in both the video itself and the description of the video
- Do not use sensationalist language or dramatic visuals
- Provide context, but avoid discussing how the victim died by suicide. Do not mention the methods or locations
- Blur content that contains images of suicide victims. You can blur your video with the Editor in YouTube Studio. <u>Learn more</u>

## What happens if content violates this policy

If your content violates this policy, we'll remove the content and send you an email to let you know. If this is your first time violating our Community Guidelines, you'll likely get a warning with no penalty to your channel. If it's not, we may issue a strike against your channel. If you get 3 strikes within 90 days, your channel will be terminated. You can learn more about our strikes system here.

We may terminate your channel or account for repeated violations of the Community Guidelines or Terms of Service. We may also terminate your channel or account after a single case of severe abuse or when the channel is dedicated to a policy violation. You can learn more about channel or account terminations here.

Finally we may also limit your access to live streaming if you suggest that you'll live stream content that will violate our Community Guidelines. Learn more about restrictions on live streaming.

### Warnings and supportive resources

YouTube may show features or resources to users when content contains suicide or self-harm topics. For example:

- A warning on your video before it starts playing, indicating that it contains content relating to suicide and self-harm
- A panel under the video containing supportive resources such as phone numbers of suicide prevention organizations

7/15/22, 2:40 PM

# Parent resources

We understand that parents and guardians sometimes have questions about children's behavior online. We've put together some tools and resources to help you manage your family's experience on YouTube.

## What age does my child need to be to use YouTube?

To sign in to YouTube, you must have a Google account that meets the minimum age requirements . If a video gets flagged and we find that the uploader inaccurately stated their age during the account creation process, we will terminate their account.

## Tips and advice

We ask all of our members to review our Community Guidelines, as they outline what content and behavior is acceptable on YouTube.

Online safety tips for families from Google and Common Sense Media:

- Have your teenagers make playlists of their favorite videos, while you make your own. Then sit down to watch them together. You can see what your teens are watching, and they might learn a thing or two about you.
- Take your teens on a stroll through your own TV-watching childhood by compiling a playlist of clips from your favorite shows.
- Make watching YouTube a game : Guess what kinds of videos are popular in a particular place and then use Advanced Search to see videos only in that location. It's a great way to have a conversation with your teens about cultural assumptions, tastes, similarities, and differences.
- Be mindful of who your teen interacts with on YouTube.

## Tools

- **Inappropriate content:** If you see a video that you feel is inappropriate or which may violate our Community Guidelines, flag the video. This is the fastest way to bring potentially inappropriate content to our attention. YouTube policy specialists review flagged videos 24 hours a day, 7 days a week.
- **Privacy:** If you feel that your child's privacy has been violated (e.g. use of image or personal information without consent), please visit our Privacy Guidelines, where you can learn more about our privacy policy and how to file a privacy complaint.
- **Harassment and cyberbullying:**
  - If your teen is being harassed by someone on YouTube, direct them to block the user. This will help prevent further communication from the unwanted user.
  - If the harassment persists, please review the harassment article within our Safety Center for harassment prevention information.
  - If you or your teen wish to report harassment in videos, channels/profiles or comments, you can report the channel by following the instructions here.
- **Restricted Mode:** Enabling this setting allows you to specify that you do not want to see potentially objectionable content on YouTube. Learn more about Restricted Mode.
- **Moderating channel comments:** There are tools available that allow your child to remove comments posted on their channel, or moderate them before they appear on your channel. To learn more read our article on moderating channel comments.
- **Visit your teens' channel:** Take a look at what your teen is posting on their channel. Check out their favorites and which YouTube channels they are subscribed to. Favorites and subscriptions can

give you clues about what they are watching on the site.

- **Privacy and safety settings:** YouTube has a range of tools and settings help users manage their experience on the site. To learn more about the the resources that are available to your teen please visit our privacy and safety settings page.

# Educator resources

If you're an educator, you may be interested in using YouTube's educational content. Here are some resources to help empower you and your students to stay safe online.

For exciting lessons and educational resources, visit youtube.com/teachers, youtube.com/education, and youtube.com/schools.

**Use video in the classroom**

YouTube does not own the content posted to the site and is therefore not in a position to grant you permission to use it. Only the actual owner of the content can grant such permission. To get in touch with the owner of a video, click on their channel. Some creators list ways they can be contacted in their channel. Learn more about how to get in touch with others here.

**Teach students how to stay safe**

The YouTube Digital Citizenship Curriculum is an online education initiative. In a few short lessons, teachers in secondary level education can educate students (age 13+) on topics such as:

- YouTube's policies
- How to report content on YouTube
- How to protect privacy online
- How to be responsible YouTube community members
- How to be engaged digital citizens

**Avoid potentially objectionable content**

You may want to enable Restricted Mode, a feature that lets you specify that you don't want to see potentially objectionable content on YouTube

**Reporting**

- **Inappropriate content:** If you see a video that you feel is inappropriate, flag the video. This is the fastest way to bring potentially inappropriate content to our attention. YouTube policy specialists review flagged videos 24 hrs a day, 7 days a week.
- **Privacy:** If you encounter a video that you believe violates the privacy of a student, fellow teacher, or school employee, please direct them or their parent to our Privacy Guidelines and privacy complaint process. For privacy complaints  we will remove content only if the individual(s) featured are clearly identifiable. Visit the Privacy section of our Safety Center to learn even more.
- **Harassment:** Only a parent or legal guardian may file a complaint on behalf of a child. Our Harassment and cyberbullying article contains resources you can reference if a student or teacher has concerns about harassment on YouTube.

# Staying safe as a teen

Teens are an important part of the YouTube community. If you're a teen, use the tools and tips below to stay safe on YouTube. You must meet the minimum age requirements in your country/region to set up a Google Account.

If you're a teacher or parent, go to our parent resources and educator resources. For more information on internet safety, read the Google Tips for Online Safety   .

- **Know what type of content to film.** When filming videos of your friends, classmates, or other minors, remember that they should never be sexually suggestive, violent, or dangerous.
- **Remember the "Grandma Rule."** Is your video something you'd want your grandparents, parents, or future employer to watch? If not, it's probably not a great idea to post it. Once a video has been posted, you never know who might see it. If it's copied or reposted, you can't remove every copy.
- **Prevent dangerous or uncomfortable situations.** Don't post something just because someone else asked you to. Talk to a trusted adult before trying to meet up with an online friend.
- **Use YouTube's privacy features.** YouTube has features to help you limit who can view the videos you post. Protect your privacy by setting personal videos to "private" or "unlisted". Manage your experience on the site with the Privacy and safety center.

To report harassment, threats, impersonation, or bullying, follow the instructions to report the channel here.. If you find a video that contains inappropriate content, you can report it.

# Tips for staying safe online

## Phishing

Phishing is when someone is tricked into giving up their personal info, like credit card numbers or other financial data. When someone has that info, they'll usually use it to steal your money, property, or identity.

Remember, YouTube will never ask you for your password, email address, or other account info. Don't be fooled if someone contacts you pretending to be from YouTube.

If you find videos on YouTube that you think might be spam or phishing, report them for review by the YouTube team. To learn more about spam and phishing, visit the National Cyber Security Alliance    .

If you're concerned that your Google Account may have been compromised, learn how to secure a hacked or compromised Google Account.

## Account Security

YouTube takes appropriate security measures to protect the info we store. For more info, read the Google Privacy Policy    .

Remember that it's up to you to keep your password secure. **NEVER** share your password with others.

## Keep your account safe

We've created an easy-to-use checklist to help you secure your computer, browser, Gmail, and Google Account. We encourage you to go through the entire checklist, but want to highlight the following steps that can help you keep your YouTube channel secure.

- Add a recovery phone number and secondary secure email to your Google Account. Without both a phone number and secure email, someone can get into your account by knowing or guessing your security question. You can update security info here    .
- Keep your recovery info secure and up-to-date.
- Create a unique, strong password for your Google Account (and don't use the same sign-in and password for other sites). Here are some tips to help you create a strong password:
  - Your password should be at least eight characters in length, combine numbers and letters, and not include commonly used words.
  - Select a word or acronym and insert numbers between some of the letters.
  - Include punctuation marks.
  - Mix capital and lowercase letters.
  - Don't reuse passwords associated with any other type of account.
  - If your account has been set up for a company or organization, update your password and recovery info when someone leaves your company.

If you feel your account has been compromised, you can report it here.

Learn how to avoid and report Google scams.

## Google Safety Center

Understand your data on Google and on the web. Read some advice and tips for controlling your data and staying secure online    .

## Google Digital Citizenship Curriculum

The Google Digital Citizenship Curriculum is an interactive and user-friendly curriculum aimed at teachers and secondary schools students. In a few short lessons, learn about privacy, policy, and how to be a responsible cyber citizen   .

## Google Family Safety Center

The Google Family Safety Center has tips and advice to keep your family safe online   .

623

7/15/22, 2:42 PM

# Staying safe on YouTube



YouTube is a place where people come to share their story, express an opinion, and engage with one another. We want to ensure creators and viewers feel safe doing so. While the majority of YouTube's creators and viewers want to share, learn, and connect, we know there are instances of abuse, or even harassment. Learn more about the policies and tools in place to protect you on YouTube below.

Creators and users also have a responsibility to keep YouTube a safe and healthy platform. Learn more here about how we hold creators and users accountable for maintaining these standards.

## Policies on hate & harassment

YouTube has specific policies to help protect against hate and harassment.

- **Hate speech:** This policy protects specific groups and members of those groups. We consider content hate speech when it incites hatred or violence against groups based on protected attributes such as age, gender, race, caste, religion, sexual orientation, or veteran status. Learn more on our hate speech policy.
- **Harassment:** This policy protects specific individuals. We consider content harassment when it targets an individual with prolonged or malicious insults based on intrinsic attributes, including their protected group status or physical traits. This also includes harmful behavior such as threats, bullying, doxxing, or encouraging abusive fan behavior. Learn more on our harassment policy.

To learn more about YouTube's policies, check out our full list of Community Guidelines.

## Tools to protect yourself

We take protecting creators, artists, and users on YouTube seriously. That's why we encourage you to use the various tools listed below to help support you in feeling safe while using YouTube.

### Report inappropriate or abusive content or users

- Report abuse and inappropriate content
- Report a privacy violation
- Report impersonations of you or your channel

### Block inappropriate or abusive comments, content or users

- Block commenters
- Block specific words in comments
- Hold comments for review
- Block other viewers on live chat

**624**

7/15/22, 2:42 PM

## Keep your account secure

- Secure your YouTube account
- Delete or hide your YouTube channel
- Add or remove access to your YouTube channel
- YouTube Privacy Guidelines

## Trusted partner resources for online safety (US Only)

- Stop Think Connect
- Connect Safely
- Stay Safe Online

If you're concerned that your account has been hacked, hijacked, or compromised, refer to our Secure your YouTube account article and follow the steps to protect your account.

625

# Made for kids content

Set your channel or video's audience

Determining if your content is "made for kids"

Best practices for kids & family content

Frequently asked questions about "made for kids"

626

# Set your channel or video's audience

Regardless of your location, you're legally required to comply with the Children's Online Privacy Protection Act    and/or other laws. You're required to tell us that your videos are made for kids if you make kids content.

**As a YouTube creator, you are required to set future and existing videos as made for kids or not.** Even creators who don't make content for kids need to set their audience. This will help ensure that we offer the appropriate features on your content.

To help you comply, there are made for kids audience settings on YouTube Studio. You can set your audience:

- At the channel level, which will set all of your future and existing content as made for kids or not.
- Or, at the video level. If you choose this option, you'll need to set each existing and future video as made for kids or not.

**Note:**

- To set your audience as made for kids, you'll need to do so in YouTube Studio. You won't be able to do so in Creator Studio Classic.
- We'll make the audience selection tool available to third-party applications and the YouTube API Services in the near future. For now, please use YouTube Studio to upload made for kids content.

## Important: Why every creator must set their audience

These changes are required as part of a settlement with the US Federal Trade Commission (FTC) and NY Attorney General, and will help you comply with the Children's Online Privacy Protection Act (COPPA)    and/or other applicable laws. Regardless of your location, we require you to tell us whether or not your videos are made for kids. If you fail to set your audience accurately, you may face compliance issues with the FTC or other authorities, and we may take action on your YouTube account. Learn more    about the FTC's enforcement of COPPA.

**A few notes:**

- We use machine learning to help us identify videos that are clearly directed to young audiences. We trust you to set your audience accurately, but we may override your audience setting choice in cases of error or abuse.
- Do not rely on our systems to set your audience for you because our systems may not identify content that the FTC or other authorities consider to be made for kids.
- If you need help determining whether or not your content is made for kids, check out this Help Center article or consult legal counsel.
- Videos that you set as "made for kids" are more likely to be recommended alongside other kids' videos.
- If you've already set your audience for your video and YouTube detects error or abuse, you may see your video set as "Set to Made for Kids". You won't be able to change your audience setting. If you think we made a mistake, you can appeal.

Computer     Android     iPhone & iPad

## Set your channel's audience

Simplify your workflow by selecting a channel setting. **This setting will affect existing and future videos**. If you choose not to select a channel setting, you'll be required to identify each video on your channel that's made for kids. Settings for individual videos will override the channel setting.

This will also restrict certain features on your channel. If you aren't sure whether or not your videos are made for kids, check out this Help Center article.

1. Sign in to studio.youtube.com     (Web studio only).
2. On the left menu, click **Settings**.
3. Click **Channel**.
4. Click the **Advanced Settings** tab.
5. Under **Audience**, select:
   a. **"Yes, set this channel as made for kids. I always upload content that's made for kids."**
   b. **"No, set this channel as not made for kids. I never upload content that's made for kids."**
   c. **"I want to review this setting for every video."**
6. Click **Save**.

Set your video's audience

Set your live stream's audience

## What happens when your content is set as made for kids

We limit data collection and use on made for kids content to comply with the law. This means we need to restrict or disable certain features like comments, notifications, and others.

Most importantly, we don't serve personalized ads on kids content, as required by the Children's Online Privacy Protection Act (COPPA) and/or other applicable laws. Not serving personalized ads on kids content may result in a decrease in revenue for some creators who mark their content as made for kids. We recognize that this won't be easy for some creators, but these are important steps to take to ensure compliance with COPPA and other applicable laws.

Read below for a list of affected features:

If you set a video or live stream as **made for kids**

If you set your channel as **made for kids**

## Frequently Asked Questions

Why are notifications, comments, and other features turned off on content set as made for kids?

What happens if I set my video's audience incorrectly?

How do I know if I've set my video's audience correctly?

What do I do if YouTube says my video is made for kids, but I disagree?

7/15/22, 2:43 PM



7/15/22, 2:43 PM

# Determining if your content is "made for kids"

Regardless of your location, we require you to tell us whether or not your videos are made for kids according to an agreement with the US Federal Trade Commission (FTC) and to help you comply with the Children's Online Privacy Protection Act (COPPA)    and/or other applicable laws. Failure to set your content appropriately may result in consequences on YouTube or have legal consequences under COPPA and other laws.

We provide some guidance on what is considered "made for kids" below, but we cannot provide legal advice. If you are unsure whether your videos meet this standard, we suggest you seek legal counsel.

**Note**: In November 2019, the FTC released more information to help YouTube creators decide if their content is "made for kids" or not. You can learn more on the FTC's blog    .

| Made for kids | Not made for kids |
|---|---|
| Examples of what may be considered made for kids include:<br><br>• Children are the primary audience of the video.<br>• Children are not the primary audience, but the video is still directed at children because it features actors, characters, activities, games, songs, stories, or other subject matter that reflect an intent to target children.<br><br>See more guidance below. | Examples of what may be considered not made for kids include:<br><br>• Content that contains sexual themes, violence, obscene, or other mature themes not suitable for young audiences.<br>• Age-restricted videos that aren't appropriate for viewers under 18.<br><br>See more guidance below. |

How do I know if I should set my content as made for kids?

How do I know if I should set my content as NOT made for kids?

How old is a kid?

# Best practices for kids & family content

At YouTube, we believe that kids can discover new interests, learn, and foster a sense of belonging when they explore the world through online video. We're working to help creators understand how to make enriching, engaging, and inspiring videos for kids and families.



As part of these ongoing efforts, we've developed a set of quality principles below to help guide YouTube's kids and family creators. These principles were developed with child development specialists, and are based on extensive research.

The list below is meant to give you a better idea of what may be considered low or high quality content, and is not exhaustive. These principles supplement our Community Guidelines   , which help create a safe viewing experience for everyone.

You're responsible for following our Community Guidelines on all content that you create. We'll continue to reevaluate and update the principles on this page.

**Note:** Read more about our content policies for YouTube Kids videos.

## High-quality content principles

High-quality content should be age-appropriate, enriching, engaging, and inspiring. This content can come in different formats and cover a range of topics, but it should promote:

- **Being a good person:** This content demonstrates or encourages respect, good behavior, and healthy habits. Examples include content about sharing or being a good friend. Videos might also be about brushing your teeth or encouraging kids to eat vegetables.
- **Learning and inspiring curiosity:** This content promotes critical thinking, discussing connected ideas, and exploring the world. Content should be age appropriate and designed for a young audience. It can also span traditional to non-traditional learning (for example, academics, informal learning, interest-based exploration, and tutorials).
- **Creativity, play, and a sense of imagination:** This content is thought-provoking or imaginative. It may also encourage kids to create, make, and engage with something in a meaningful and novel way. Examples include creating imaginary worlds, storytelling, soccer tricks, sing-alongs, and creative activities like art and crafts.
- **Interaction with real-world issues:** This content includes life lessons and strong characters, or encourages building social-emotional skills, problem solving, and independent thinking. It often includes a complete narrative (like character development, plot, resolution) and clear takeaway or lesson.
- **Diversity, equity, and inclusion:** This content celebrates and encourages representation and participation of diverse perspectives and groups of people. It shows a range of ages, genders, races, religions, and sexual orientations. It also advocates for equal treatment of those differences.

Examples include content that discusses the benefits of diversity and inclusion, or depicts stories/characters where these themes are demonstrated.

## Low-quality content principles

Avoid making low-quality content. Low-quality content is:

- **Heavily commercial or promotional:** Content that is primarily focused on purchasing products or promoting brands and logos (such as toys and food). It also includes content that is focused on excessive consumerism.
- **Encouraging negative behaviors or attitudes:** Content that encourages dangerous activities, wastefulness, bullying, dishonesty, or a lack of respect for others. For example, this content could include dangerous/unsafe pranks, unhealthy eating habits.
- **Deceptively educational:** Content that claims to have educational value in its title or thumbnail, but actually lacks guidance or explanation, or is not relevant to children. For example, titles or thumbnails that promise to help viewers "learn colors" or "learn numbers," but instead the video features inaccurate info.
- **Hindering comprehension:** Content that is thoughtless, lacks a cohesive narrative, or is incomprehensible, such as having inaudible audio. This type of video is often the result of mass production or auto-generation.
- **Sensational or misleading:** Content that is untrue, exaggerated, bizarre, or opinion-based, and may confuse a young audience. It might also include "keyword stuffing", or the practice of using popular keywords of interest to children in a repetitive, altered, or exaggerated way. The keywords may also be used in a way that does not make sense.
- **Strange use of children's characters:** Content that puts popular children's characters (animated or live action) in objectionable situations.

## Effect on channel performance

The quality principles for kids and family content may affect your channel's performance. High-quality "made for kids" content gets raised up in recommendations. They also guide decisions both for inclusion in YouTube Kids and channel and video monetization. If a channel is found to have a strong focus on low-quality "made for kids" content, it may be suspended from the YouTube Partner Program. If an individual video is found to violate these quality principles, it may get limited or no ads.

We look to each of you to help create enriching and inspiring content for kids and families on YouTube. For a more detailed overview, check out our comprehensive guide on Best Practices For Kids & Family Content    .

---

# Frequently asked questions about "made for kids"



Regardless of your location, you're legally required to comply with the Children's Online Privacy Protection Act and/or other laws. You're required to tell us that your videos are made for kids if you make kids' content. These changes are to better protect kids and their privacy, and to comply with the law.

Why is it the creator's responsibility to comply if YouTube is the one collecting data (not the creator)?

How do I know if my content is NOT made for kids?

Is "general audience" content the same as "mixed audience" content?

Can I just add a disclaimer that my content isn't made for kids?

Do I need to prove the age of my audience if I don't have the tools to do so? What does FTC consider as evidence that kids are watching my content?

Why didn't YouTube add a "mixed audience" setting option?

What features are not available on content that is made for kids, and why are those features not available?

How will recommendations work for made for kids or not made for kids content? Will the discovery of my videos be affected?

This video seems inappropriate. Why is it set as "made for kids?"

If content is set as "made for kids," does that mean it will be included in the YouTube Kids app?

YouTube Help

Sign in

Send feedback on...



This help content & information

General Help Center experience

Next

Help CenterCommunity

# Reporting

- Report inappropriate content
- Report a YouTube search prediction
- Other reporting options
- YouTube Trusted Flagger program
- Report policy-violative ads

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service


English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands

16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback about our Help Center



Google Help

- [Help Center](#)

  o [Fix a problem](#)

- o [Watch videos](#)

- o [Manage your account & settings](#)

- o [Supervised experience on YouTube](#)

- o [Join & manage YouTube Premium](#)

- o [Create & grow your channel](#)

- o [Monetize with the YouTube Partner Program](#)

- o [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program

Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows

Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues

Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube

YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers

YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

Send feedback on...

This help content & information General Help Center experience

637

YouTube Help



Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunity

# Report inappropriate content

We rely on YouTube community members to report, or flag content that they find inappropriate. Reporting content is anonymous, so other users can't tell who made the report.

When something is reported, it's not automatically taken down. Reported content is reviewed along the following guidelines:

- Content that violates our Community Guidelines is removed from YouTube.
- Content that may not be appropriate for younger audiences may be age-restricted.

## How to flag content

Computer AndroidiPhone & iPad
Report a video

YouTube staff review reported videos 24 hours a day, seven days a week. A video can be reported at any time once uploaded to YouTube, and then it is reviewed by YouTube staff. If no violations are found by our review team, no amount of reporting will change that and the video will remain on our site.

1. Sign in to YouTube.
2. Below the player for the video you want to report, click 🗒 More.

638

3. In the drop-down menu, choose Report.
4. Select the reason that best fits the violation in the video.
5. Provide any additional details that may help the review team make their decision, including timestamps or descriptions of the violation.

## Report a playlist

You can report a playlist if its content, title, description or tags violate our Community Guidelines.

1. Sign in to YouTube.
2. Visit the playlist page.
1. If the playlist is currently playing, click on its title at the top-right of the player to visit the playlist page.
3. Click More 📄 below the playlist title.
4. Select Report Playlist.
5. Click Submit.

## Report a thumbnail

You can report a video thumbnail that you see in your feed.

1. Go to the thumbnail you'd like to report.
2. Below the thumbnail, click More 📄.
3. Click Report.
4. Select the reason for reporting.
5. Click Report.

## Report a link

If you see a link that violates our Community Guidelines, you can report it. From the video watchpage:

1. Select More 📄📄 Report.
2. Select the policy that the link violates.
3. Check the box next to "This applies to links within the video description".

Report a comment

The "Report spam or abuse" link allows the community to report spam comments left on videos they upload or watch. If enough users mark a comment as spam, it becomes hidden under a "Marked as Spam" link. By clicking the "Show link" you can see the comment again. The video's uploader has the ability to "unmark" a comment as spam.

1. Go to the comment you'd like to report.
2. Click More 📄.

639

3. Click Report spam or abuse.
4. Select the reason for reporting.

Use the "Report spam or abuse" feature with extreme caution. If you misuse it, you may be prohibited from using YouTube.

**My comment was marked as spam incorrectly**

If you believe a comment you made was marked as spam but you don't believe it to be, you can contact the video's uploader and ask them to reinstate your comment.

Report a live chat message

Community members can report inappropriate messages left on live streams.

1. Go to the message you'd like to report.
2. Click More ⬛.
3. Click Report.
4. Select the reason for reporting.

Report a channel

You can report users, inappropriate background images, or inappropriate profile avatars using the reporting flow located on the bottom of every channel.

1. Sign in to YouTube.
2. Go to the channel page you want to report.
3. Click About.
4. Click the Report ⬛.
5. Select the option that best suits your issue.

Report an ad

If you see an ad that is inappropriate or even violates Google's ad policies, you can report it.

To report the ad, select Info ⬛ on the ad then Why this ad ⬛ Report this ad, or choose to fill out and submit this form. Our team will then review your ad report and take action if appropriate.

Reporting ads is only available on YouTube mobile and desktop.

# Report content on YouTube on TV

You can report a video directly from the YouTube on TV app.

1. Select Report on the video player Menu.
2. A menu will appear to select the reason for reporting the video.
3. Once you select the reason, you'll see a confirmation message.

## Other reporting options

If the reporting process does not accurately capture your issue, we have other reporting mechanisms for you to use.

## Privacy reporting

To file a privacy complaint, start the privacy complaint process. Your privacy is always respected in this process.

### Legal reporting

To report a legal issue on behalf of yourself or your client:

1. Go to the watch page of the video you'd like to report.
2. Under the video, click the three dot Menu.
3. Click Report.
4. Select "Infringes my rights".
5. Select the relevant issue. If your issue isn't captured, select "Other legal claim".
6. Fill out the form and submit.

To expedite our ability to investigate your claim, we encourage you to submit your claim using our webform, rather than by fax or post.
Note that abuse of our legal forms may result in the termination of your YouTube account.

## Moment of death or critical injury footage

We attempt to respect the wishes of families in regards to footage of their loved ones being critically injured. If you've identified content showing a family member during the moment of death/critical injury, and you wish to request content removal, use our webform.
Requests are carefully reviewed, but keep in mind that we take public interest and newsworthiness into account when figuring out whether content will be removed or not.
Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo

641



Submit

# Reporting

- Report inappropriate content
- Report a YouTube search prediction
- Other reporting options
- YouTube Trusted Flagger program
- Report policy-violative ads

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska

25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- Help Center

    o Fix a problem

    o Watch videos

    o Manage your account & settings

- o [Supervised experience on YouTube](#)

- o [Join & manage YouTube Premium](#)

- o [Create & grow your channel](#)

- o [Monetize with the YouTube Partner Program](#)

- o [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program

Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows

Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues

Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube

YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers

YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

# What is the issue with this selection?

☐

Inaccurate - doesn't match what I see in the product

☐

Hard to understand - unclear or translation is wrong

☐

Missing info - relevant but not comprehensive

☐

Irrelevant - doesn't match the title and / or my expectations

☐

Minor errors - formatting issues, typos, and / or broken links

☐

Other suggestions - ideas to improve the content

# Share additional info or suggestions



Do not share any personal info

645

Cancel
Submit
By continuing, you agree Google uses your answers, [account & system info](#) to improve services, per our [Privacy](#) & [Terms](#).

# What is the issue with this selection?



Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

# Share additional info or suggestions

Do not share any personal info
Cancel
Submit
By continuing, you agree Google uses your answers, [account & system info](#) to improve services, per our [Privacy](#) & [Terms](#).

# What is the issue with this selection?

Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive



Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

## Share additional info or suggestions

Do not share any personal info
Cancel
Submit
By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.

## What is the issue with this selection?

Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

## Share additional info or suggestions

647



Do not share any personal info
Cancel
Submit
By continuing, you agree Google uses your answers, account & system info to improve
services, per our Privacy & Terms.



YouTube Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunity

# Report a YouTube search prediction

While we do our best to prevent inappropriate predictions, we don't always get it right. If you think a prediction violates one of the Autocomplete policies, here's how to report it:

1. In the search bar, at the bottom of the prediction box, click Report inappropriate predictions.
2. Provide your feedback, then click Send.

We'll analyze your feedback but we don't automatically remove reported predictions.

I have a legal issue with the prediction

To request removal of content you think is unlawful, fill out this form.

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

## Reporting

- Report inappropriate content
- Report a YouTube search prediction

649

- Other reporting options
- YouTube Trusted Flagger program
- Report policy-violative ads

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית

34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- [Help Center](#)

  o [Fix a problem](#)

  o [Watch videos](#)

  o [Manage your account & settings](#)

  o [Supervised experience on YouTube](#)

  o [Join & manage YouTube Premium](#)

  o [Create & grow your channel](#)

- o [Monetize with the YouTube Partner Program](#)

- o [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program

Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows

Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues

Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube
YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers
YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

# What is the issue with this selection?



Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

# Share additional info or suggestions

Do not share any personal info
Cancel
Submit
By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.

YouTube Help



Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunity

# Other reporting options

If flagging a video does not accurately capture your issue, we have several other reporting mechanisms for you to explore.

## Reporting a channel

Flagging is a great way to report a video that you think violates our Community Guidelines, but sometimes you may need to report more than one piece of content or may wish to submit a more detailed report for review. By reporting a user's channel, you can highlight a user's comments or videos and give us more information about your concern. If you feel that you've been targeted for abuse, this tool is your best option to report content.

## Privacy reporting

To file a privacy complaint, start the Privacy Complaint Process. Your privacy is always respected in this process.

## Legal reporting

If you need to report a legal issue on behalf of yourself or your client, you may contact us via our Legal Webforms. To expedite our ability to investigate your claim, we encourage you to submit your claim using our webform, rather than by fax or post.

Keep in mind that abuse of our legal forms may result in the termination of your YouTube account.

# Moment of death or critical injury footage

We try to respect the wishes of families regarding footage of their loved ones being critically injured. If you've identified content showing a family member during the moment of death or critical injury, and you wish to request removal of this content, please contact us using our webform. We carefully review each request, but keep in mind that we take public interest and newsworthiness into account when deciding if content will be removed.

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

# Reporting

- Report inappropriate content
- Report a YouTube search prediction
- Other reporting options
- YouTube Trusted Flagger program
- Report policy-violative ads

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service


English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia

11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- [Help Center](#)

- o [Fix a problem](#)

- o [Watch videos](#)

- o [Manage your account & settings](#)

- o [Supervised experience on YouTube](#)

- o [Join & manage YouTube Premium](#)

- o [Create & grow your channel](#)

- o [Monetize with the YouTube Partner Program](#)

- o [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program

Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows

Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues

Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube

YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers

YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

# What is the issue with this selection?

Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

## Share additional info or suggestions



Do not share any personal info
Cancel
Submit
By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.



YouTube Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunity

# YouTube Trusted Flagger program

The YouTube Trusted Flagger program was developed by YouTube to help provide robust tools for individuals, government agencies, and non-governmental organizations (NGOs) that are particularly effective at notifying YouTube of content that violates our Community Guidelines.

The YouTube Trusted Flagger program includes:

- A bulk-flagging tool that allows for reporting multiple videos at one time
- Visibility into decisions on flagged content
- Prioritized flag reviews for increased actionability
- Ongoing discussion and feedback on various YouTube content areas
- For NGOs only: Occasional online trainings

## Program eligibility

Who can participate in the Trusted Flagger program?

Individual users, government agencies, and NGOs are eligible for participation in the YouTube Trusted Flagger program. Ideal candidates have identified expertise in at least one policy vertical (listed here), flag content frequently with a high rate of accuracy, and are open to ongoing discussion and feedback with YouTube about various content areas.

What are the steps to becoming a Trusted Flagger?

If you're passionate about YouTube and becoming a Trusted Flagger, the first step to joining the program is to begin flagging potentially violative content for review. In order

to flag content, including as part of the Trusted Flagger program, you must be signed into YouTube.

## Individual Users

We invite users that flag a large volume of videos with a high rate of accuracy to join the Trusted Flagger program.

## NGOs and Government Agencies

If you represent an NGO or Government agency and you wish to join the program, please reach out to your local point of contact at YouTube or Google. Please note that certain organizations, including those from countries where there is a history of human rights abuses or a suppression of speech, may be subject to further review.
Before becoming a Trusted Flagger, participants from governments and NGOs must attend a YouTube training to learn about our Community Guidelines and enforcement processes.

What are the requirements after joining the Trusted Flagger program?

The Trusted Flagger program exists to assist with the enforcement of our Community Guidelines. Participants must be committed to frequently flagging content that may violate them and open to ongoing discussion and feedback on various YouTube content areas. We also reserve the right to remove any participant who has not engaged significantly in the program.

Participants must provide their contact email or the contact email for at least one person in their organization who will be the ongoing Trusted Flagger point of contact. We will send periodic emails about the Trusted Flagger program to this email address. All participants in the Trusted Flagger program are subject to an NDA.

Please note that YouTube reserves the right to refuse participation in the program, modify program requirements, or suspend the program at our sole discretion.

## Flag review process

Videos flagged by Trusted Flaggers are reviewed by YouTube content moderators according to YouTube's Community Guidelines. Content flagged by Trusted Flaggers is not automatically removed or subject to any differential policy treatment — the same standards apply for flags received from other users. However, because of their high degree of accuracy, flags from Trusted Flaggers are prioritized for review by our teams.

The Trusted Flagger program exists exclusively for the reporting of possible Community Guideline violations. It is not a flow for reporting content that may violate local law. Requests based on local law can be filed following the instructions here.

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

# Reporting

- Report inappropriate content
- Report a YouTube search prediction
- Other reporting options
- YouTube Trusted Flagger program
- Report policy-violative ads

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)

20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- **Help Center**


  o **Fix a problem**


  o **Watch videos**

- o [Manage your account & settings](#)

- o [Supervised experience on YouTube](#)

- o [Join & manage YouTube Premium](#)

- o [Create & grow your channel](#)

- o [Monetize with the YouTube Partner Program](#)

- o [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program

Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows

Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues

Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube

YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers

YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

## What is the issue with this selection?



Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

## Share additional info or suggestions

Do not share any personal info
Cancel
Submit
By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.

7/15/22, 4:42 PM



# Report policy-violative ads

If you see an ad that is inappropriate or even violates Google's ad policies, you can report it.

## Ads with restricted content

You may see ads that are promoting restricted content for which our ad policies currently allow ads. The restrictions on ad content may differ from our advertiser-friendly content guidelines for creators, which outline what specific types of creator content are eligible to be monetized with ads.

To stop seeing a specific ad without reporting it, select **Info** ⓘ › **Stop seeing this ad** on the ad. This option is only available if you have ad personalization turned on in your Google Account Ad Settings.

## Policy-violative ads

We use a combination of human and automated review to ensure ads adhere to Google's ad policies from the moment an ad is created. This helps ensure a better ad experience for viewers and better ad serving on content on the platform.

However, our reviews don't always get it right. If that's the case, report the ad while it is displayed or fill out and submit this form instead. Our team will then review your ad report and take action if appropriate.

Reporting from the ad itself is a feature only available on YouTube mobile and computer.

Note: if you see one of your videos being used as an ad and would like to know more about ad views may impact your video's performance, get in touch with our Creator Support team.

Computer     Android     iPhone & iPad

1. Click **Info** ⓘ on the ad
2. Select **Why this ad** › **Report this ad**

## Learn more

- Ad policy overview
- Ads on videos you watch
- Manage what types of ads you see on YouTube videos
- Report inappropriate content

Ads Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

# Report an ad/listing

\* Required field

What type of ad/listing do you want to report? \*

Search Ad, i.e. Ad found on a Google search result page

Shopping ad or listing

Youtube Ad, i.e. Ad found on a Youtube Page

Other Ads, i.e. Ads found on the Google Display Network, Gmail, Maps etc.

What's inappropriate about this ad/listing? \*

Cyber Frauds

Hateful or abusive content

Legal issues

Misleading content or scam

Promotes dangerous products or services

Sexual content

Violation of trademark policy

Violation of counterfeit goods policy

Other

What's inappropriate about this ad/listing? *

Hateful or abusive content

Inaccurate information

Problematic promotion of healthcare-related product

Promotes dangerous products or services

Sexual content

Violation of trademark policy

Violation of counterfeit goods policy

Other

Trademark Specifications *

Cloaking, i.e. deceptive redirection upon clicking on the ad/listing

Content involving minors

Drugs

EU user consent

Fake news

False claims about identity, qualifications, product or service

☐

Healthcare product or service

☐

Inaccurate information, i.e. pricing, availability, shipping, etc

☐

Malware, i.e. deceptive redirection without clicking on the ad/listing, unauthorized downloads, etc

☐

Misleading use of my trade name, company name or registered business name

☐

Nudity/pornography

☐

Other

☐

Phishing, i.e. stealing credentials, financial details, etc

☐

Price information that doesn't match information on merchant's website

☐

Product is not in stock on merchant's website

☐

Products or services that aren't available

☐

Shipping information that doesn't match information on merchant's website

☐

Tobacco

☐

Trademarks in Shopping ads and listings

☐

Violation of printer cartridges requirements

☐

Weapons

For counterfeit goods issues in Google search ads, please fill out our counterfeit goods complaint form.

For trademark issues in Google search ads, please fill out our trademark complaint form.

For trademark issues in Shopping ads and listings, please fill out our shopping complaint form.

For counterfeit issues in Shopping ads and listings, please fill out our shopping complaint form.

What does the ad/listing promote or include? *

670

Cloaking, i.e. deceptive redirection upon clicking on the ad/listing

Content involving minors

Drugs

EU user consent

Fake news

False claims about identity, qualifications, product or service

Healthcare product or service

Inaccurate information, i.e. pricing, availability, shipping, etc

Malware, i.e. deceptive redirection without clicking on the ad/listing, unauthorized downloads, etc

Misleading use of my trade name, company name or registered business name

Nudity/pornography

Other

Phishing, i.e. stealing credentials, financial details, etc

Price information that doesn't match information on merchant's website

Product is not in stock on merchant's website

Products or services that aren't available

Shipping information that doesn't match information on merchant's website

Tobacco

Trademarks in Shopping ads and listings

Violation of printer cartridges requirements

Weapons

Tell us more about the legal issue: *

Cloaking, i.e. deceptive redirection upon clicking on the ad/listing

Content involving minors

Drugs

EU user consent

Fake news

False claims about identity, qualifications, product or service

Healthcare product or service

Inaccurate information, i.e. pricing, availability, shipping, etc

Malware, i.e. deceptive redirection without clicking on the ad/listing, unauthorized downloads, etc

Misleading use of my trade name, company name or registered business name

Nudity/pornography

Other

Phishing, i.e. stealing credentials, financial details, etc

Price information that doesn't match information on merchant's website

Product is not in stock on merchant's website

Products or services that aren't available

Shipping information that doesn't match information on merchant's website

Tobacco

Trademarks in Shopping ads and listings



Violation of printer cartridges requirements

Weapons

Ad's / listing's destination website or app does not meet Google's EU User Consent Policy in obtaining consent from users for the collection of data for personalized ads and/or for the use of cookies where legally required.

Your email *

1. Right-click on the ad's/listing's title.

2.
3. Click:
- **Copy Link Address** (for Chrome)
- **Copy Link** (for Internet Explorer or Safari)
- **Copy Link Location** (for Firefox)
4. Paste the link address.(Do not change if pre-filled)

*

0/2500

1. Right-click on the ad's/listing's title or image.

2. Click:
- **Copy Link Address** (for Chrome)
- **Copy Link** (for Internet Explorer or Safari)
- **Copy Link Location** (for Firefox)
3. Paste the link address.(Do not change if pre-filled)

673

*



0/2500

1. Right-click anywhere in the ad/listing.



2. Click:
- **Copy Link Address** (for Chrome)
- **Copy Link** (for Internet Explorer or Safari)
- **Copy Link Location** (for Firefox)
3. Paste the link address.(Do not change if pre-filled)

*



0/2500

1. Right-click anywhere in the ad/listing.



2. Click:
- **Copy link address** (for chrome)
- **Copy link** (for internet explorer or safari)
- **Copy link location** (for Firefox)
3. Paste the link address.(Do not change if pre-filled)

*



0/2500

Provide additional details:

0/1000

Provide additional details: *

0/1000



Submit

Some account and system information will be sent to Google, and support calls and chats may be recorded. We will use this information to improve support quality and training, to help address technical issues, and to improve our products and services, subject to our Privacy Policy and Terms of Service.

Additional info

OK

Your email has been sent

Your email has been sent to our team! Due to the preventative measures being taken for our support specialists in light of COVID-19, it may take longer than usual to respond to your support request. We apologize for any inconvenience this may cause, and we'll send you a reply as soon as we can.

- ©2021 Google
- Privacy Policy
- Terms of Service



English

1. català
2. dansk
3. Deutsch
4. eesti
5. English (Australia)
6. English (United Kingdom)
7. español
8. español (Latinoamérica)
9. Filipino
10. français
11. hrvatski
12. Indonesia
13. italiano
14. latviešu
15. lietuvių
16. magyar
17. Nederlands
18. norsk
19. polski
20. português
21. português (Brasil)
22. română
23. slovenčina
24. slovenščina
25. suomi
26. svenska
27. Tiếng Việt
28. Türkçe
29. čeština
30. Ελληνικά
31. български

32. русский
33. српски
34. українська
35. עברית
36. العربية
37. हिन्दी
38. ไทย
39. 中文（简体）
40. 中文（繁體）
41. 中文（香港）
42. 日本語
43. 한국어
44. English

Send feedback about our Help Center



Google Help

- [Help Center](#)


- [Ads](#)


- [Privacy Policy](#)


- [Terms of Service](#)


- [Submit feedback](#)


Send feedback on...
This help content & information General Help Center experience

7/15/22, 4:46 PM

# Manage content

Your content & Restricted Mode

Age-restrict your own video

Videos locked as private

View your Reporting History

# Your YouTube content & Restricted Mode

Restricted Mode is an optional setting that has been available since 2010. A small subset of users, such as libraries, schools, and public institutions, who choose to have a more limited viewing experience on YouTube use Restricted Mode.

**Note**: Restricted Mode is turned off for viewers by default. Learn how to turn Restricted Mode on or off.

### What does Restricted Mode do?

Restricted Mode was created to give viewers better control over the content they see. This mode intentionally limits your YouTube experience.

Viewers can choose to turn on Restricted Mode for their personal accounts. It may also be turned on for computers in libraries, schools, and other public institutions by the institution's system administrator. Viewers who turn on Restricted Mode can't see comments on videos.

### How does Restricted Mode work?

There are two reasons a video can be unavailable when Restricted Mode is turned on.

- Primarily, our automated system checks signals, like the video's metadata, title, and the language used in the video.
- Some videos may not be available in Restricted Mode because human reviewers applied an age restriction.

We understand that our automated system sometimes makes mistakes when it assesses which videos are available in Restricted Mode. We're always looking to improve our automated systems.

### Will my content show if my viewers have Restricted Mode turned on?

Videos that show potentially adult content won't be shown to viewers who have Restricted Mode turned on.

- **Drugs and alcohol:** Talking about drug use or abuse or drinking alcohol in videos.
- **Sexual situations:** Overly detailed conversations about or depictions of sex or sexual activity. Some educational, straightforward content about sexual education, affection, or identity may show in Restricted Mode. Kissing or affection that's not overly sexualized or the focal point of the video may also show in Restricted Mode.
- **Violence:** Graphic descriptions of violence, violent acts, natural disasters and tragedies, or violence in the news.
- **Mature subjects:** Videos that cover specific details about events related to terrorism, war, crime, and political conflicts that resulted in death or serious injury. These videos won't show in Restricted Mode, even if no graphic imagery is shown.
- **Profane and mature language:** Inappropriate language, including profanity.
- **Incendiary and demeaning content:** Video content that is gratuitously incendiary, inflammatory, or demeaning toward an individual or group.

We know there's a risk that some important content could be lost when we apply these rules without context. We value stories where individuals discuss their personal experiences and share their emotions. Sharing stories about facing discrimination, opening up about your sexuality, and confronting or overcoming discrimination is what makes YouTube great. We'll work to make sure those stories are included in Restricted Mode. But, to be included, your content must follow the guidelines above.

**679**

### Is Restricted Mode the same as age-gating or age-restricting videos?

No, a video that's not available in Restricted Mode is not necessarily age-restricted.

Age-restricted content may not be appropriate for all audiences. Content will not be made visible to users who are:

- Signed out
- Under 18 years of age
- Have Restricted Mode turned on

Learn more about age-restricted content.

---

### How do I check whether my videos are filtered through YouTube's Restricted Mode?

To check, you can turn on Restricted Mode . Then, search YouTube to check if the video appears. You can also go directly to the video's URL to check whether it's viewable or not.

**Note:** At times, videos are not available in Restricted Mode when they're first uploaded because our system has to review them. Allow some time before you check if your video is available in Restricted Mode.

---

### Is my video filtered in Restricted Mode when it's reported as inappropriate by the community?

A video is not automatically filtered from Restricted Mode when the community reports it.

Our team reviews reported videos for violations of our Community Guidelines. Some videos don't violate our policies, but may not be appropriate for all audiences. In these cases, our review team may place an age restriction on the video. Videos that are age-restricted will not appear for users that have Restricted Mode turned on.

---

### Does Restricted Mode affect monetization for my videos?

You can still monetize videos even if they may not be available when Restricted Mode is on.

---

### My videos are filtered through Restricted Mode. How do I stop this filtering from happening?

If you edit the video , our system may review it again. If after reviewing our guidelines , you still feel your video should appear in Restricted Mode, let us know by submitting your feedback .

Restricted Mode will never be perfect, but your feedback helps us improve our systems.

If your videos are not currently available in Restricted Mode and you believe they should be, please send us your feedback. Although you won't receive a response to your submission, **we try to review every video** you submit and update the video's availability in Restricted Mode if it should be available.

Before submitting, please take a moment to review our Restricted Mode guidelines .

* Required field

Channel URL *

*Example:*
youtube.com/user/partnersupport

Video URL *

Enter your video URL. You can add up to 20 videos. Separate multiple URLs with commas.

Are there other details about your videos and Restricted Mode that you'd like to share?

Submit

Some account and system information will be sent to Google, and support calls and chats may be recorded. We will use this information to improve support quality and training, to help address technical issues, and to improve our products and services, subject to our Privacy Policy and Terms of Service.

---

### Related questions from the Community

These answers come from users who are Contributors    from the Youtube Community    .

Can't turn off restricted mode

(Edit: FIXED!) YouTube app stuck on Restricted Mode when using Mobile LTE

Restricted mode. Grayed out. Personal account. No administrator. How do i turn it off

**View more questions**

# Age-restrict your own video

If any of your videos are not appropriate for viewers under 18, you can add an age-restriction. This type of age-restriction is self-imposed and is not a result of a review by YouTube.

When a video is age-restricted, viewers must be signed in and 18 years of age or older to view it. These videos are not shown in certain sections of YouTube. Age-restricted videos may also have limited or no ads.

When deciding whether to age restrict content, you should consider issues such as:

- Violence
- Disturbing imagery
- Nudity
- Sexually suggestive content
- Portrayal of dangerous activities

Go to our article on age restrictions for more information.

Videos that the uploader proactively age-restricts are still subject to YouTube's Community Guidelines. If YouTube decides a video should be age-restricted, a permanent age-restriction will be applied. This restriction happens even if the uploader restricted the video.

> If the video uploaded is meant to be an ad, don't use this type of age restriction. It will result in ads being permanently disapproved.

## How to age-restrict a video

### Add age-restriction when you upload a video

1. Select Upload ⊞ to begin uploading the video to YouTube.
2. Enter your video's details and audience setting.
3. Click the drop down next to **Age-restriction** and select **Yes, restrict my videos to viewers over 18**.
4. Follow the steps to finish the upload process.

### Add age-restriction to uploaded videos

1. Go to your **Videos page**   in YouTube Studio.
2. Click the box next to the video you want to edit.
3. Click the Down arrow next to **Age-restriction** and select **Yes, restrict my videos to viewers over 18**.

### Add age-restriction on a live stream

1. In the upper right-hand corner, click the Camera ▐■.
2. Click **Go live**.
3. Enter your live stream's details info and audience setting.
4. Click the Down arrow next to **Age-restriction** and select **Yes, restrict my videos to viewers over 18**.

**682**

Check which

1. Go to your Videos page in YouTube Studio.
2. Use the 'Age-Restriction' filter to view all age-restricted video.

7/15/22, 4:47 PM

# Videos locked as private

At YouTube, we believe in addressing abuse in ways that create real, positive impact while also making the site great for creators and viewers all over the world. One of the ways we try and do this is by prohibiting the use of unrelated or misleading tags.

If your video is identified as violating our policies, it may be locked as private. When a video is locked as private, it will not be visible to the public. If a viewer has a link to the video, it will appear as unavailable.

## How will I be notified of this action?

You'll receive an email explaining that one of your videos has been locked as private. In some cases, you may be able to appeal. If so, as part of the appeals process you may be sent further messaging explaining how to proceed via email.

## What happens to my video when it's locked as private?

When a video is locked as private, it won't appear on your channel or in search results, and will be invisible to other users. None of your subscribers will see a video that is locked private. Unlike user-selected private videos, you will not be able to change the video's state until after you have successfully submitted the video for re-review.

There is no strike applied to your account when this happens. You can fix any issues and submit an appeal to have the video reviewed again directly from your video manager. See below for steps on how to submit an appeal.

## How can I fix this?

1. Review YouTube's Community Guidelines.
2. Double check that your content is in line with our guidelines.
3. Appeal in YT Studio if you've fixed any issues or if you think we've made a mistake.

For videos that have been locked as private due to upload via an unverified API service, you will not be able to appeal. You'll need to re-upload the video via a verified API service or via the YouTube app/site. The unverified API service can also apply for an API audit.

To ensure your video isn't locked private again, don't post content that:

- Has unrelated or misleading tags from the "Description" and "Tag" sections of your video. Learn more in our article about metadata best practices.
- Has been uploaded by an unverified third party API service.

Note that this is not a complete list.

## Will my video automatically be made public if my appeal is successful?

No. If you're able to appeal, and your video is successfully reviewed, you will be able to make it public. However, it will not be made public automatically. Videos stay private until you change the video's privacy settings. This is in order to make sure you can control the moment your video is made public.

## What impact will this have on monetization?

7/15/22, 4:47 PM

Videos locked as private are not eligible for monetization. Once an appeal is submitted and that video is found to no longer violate our policies, the video can resume monetization.

7/15/22, 4:48 PM

# View your Reporting History

YouTube reviews user flags to determine whether or not videos violate our Community Guidelines    .
Visit your Reporting History page to check the status of videos you've reported on YouTube:

- **Live:** Videos that are either not yet reviewed or that we decided don't violate YouTube Community
  Guidelines.
- **Removed:** Videos that have been removed from YouTube.
- **Restricted:** Videos that have been placed in a restricted state, like age-restriction or Limited
  Features.

Some videos may also have the text "Information about this video isn't available". This could be
because the creator removed the video, or the video isn't available on YouTube for other reasons. For
example, it's not available in your country.

Flagged videos are listed in the order you flagged them, from newest to oldest. If you flag a video
more than once, it will only show up when you most recently reported it.

In some instances, the video you flagged may not be in the Reporting History page. This means that
many others have already flagged the video, and we're already reviewing the video based on those
flags. We'll improve this feature in the future so all of your flags will be on this page, even if a video
has already been reported.

7/15/22, 4:48 PM

# Community Guidelines enforcement

Community Guidelines strike basics on YouTube

Appeal Community Guidelines actions

Age-restricted content

Channel or account terminations

Limited features for certain videos

Troubleshoot video takedowns

Strikes FAQ

Watch age-restricted videos

687

# Community Guidelines strike basics on YouTube

This article is about Community Guidelines strikes. To find info about copyright strikes, which are different from Community Guidelines strikes, go to our copyright strike basics.

Community Guidelines are the rules of the road for how to behave on YouTube. If your content violates our Community Guidelines, your channel will get a strike.

We may remove content for reasons other than Community Guidelines violations. For example, a first-party privacy complaint or a court order. In these cases, you won't get a strike.

## What happens when you get a strike

When you get a strike, you're told via email. You can also choose to have notifications sent to you through your mobile and computer notifications, and in your channel settings   . We'll also tell you:

- What content was removed
- Which policies it violated (for example harassment or violence)
- How it affects your channel
- What you can do next

If your content violates our Community Guidelines, here's how it affects your channel:

**Warning**

We understand mistakes happen and you don't mean to violate our policies — that's why the first violation is typically only a warning. You only get one warning, and this warning remains on your channel. The next time your content is found to violate the Community Guidelines, you'll get a strike. Sometimes a single case of severe abuse will result in channel termination without warning. If you think we made a mistake, you can appeal the warning.

**First Strike**

If we find your content doesn't follow our policies for a second time, you'll get a strike.

This strike means you will not be allowed to do the following for 1 week:

- Upload videos, live streams, or stories
- Start a scheduled live stream
- Schedule a video to become public
- Create a Premiere
- Add a trailer to an upcoming Premiere or live stream
- Create custom thumbnails or Community posts
- Create, edit, or add collaborators to playlists
- Add or remove playlists from the watch page using the "Save" button

Your scheduled public content is set to "private" for the penalty period duration. You have to reschedule it when the freeze period ends.

After the 1-week period, we restore full privileges automatically, but the strike remains on your channel for 90 days.

**Second Strike**

If you get a second strike within the same 90-day period as your first strike, you will not be allowed to post content for 2 weeks. If there are no further issues, after the 2-week period we restore full privileges automatically. Each strike will not expire until 90 days from the time it was issued.

7/15/22, 4:49 PM

**Third Strike**

3 strikes in the same 90-day period results in your channel being permanently removed from YouTube. Each strike will not expire until 90 days from the time it was issued.

**Note:** Deleting your content doesn't remove a strike. We may also issue a Community Guidelines strike on deleted content. You can learn more about when we retain deleted content in our Privacy policy .

If your Official Artist Channel gets a Community Guidelines strike, the channel will be suspended and become a standard channel. Learn more.

## What to do when you get a strike

We want to help you stay on YouTube, so remember to do the following:

1. Learn about our Community Guidelines to make sure your content follows our policies.
2. If your channel got a strike, and you think we've made a mistake, let us know. You can appeal the decision here .

YouTube also reserves the right to restrict a creator's ability to create content at its discretion. Your account may be turned off or restricted from using any YouTube features. If this happens, you're prohibited from using another channel to get around these restrictions. This prohibition applies for as long as the restriction remains active on your account. Violation of this restriction is considered circumvention under our Terms of Service , and may result in termination of your account.

# Appeal Community Guidelines actions

This content covers how to appeal Community Guidelines strikes and removals. If your video was removed for copyright reasons, learn about your options for copyright strikes.

We remove content that violates our Community Guidelines. However we understand that we sometimes make mistakes. If you think that your content doesn't violate the Community Guidelines and either received a strike or was removed in error, you can appeal following the steps below.

## Appeal a Community Guidelines strike

When we remove your content for a Community Guidelines violation, you may be issued a strike. Strikes are issued when content on YouTube is flagged for review, either by members of the YouTube community or our smart detection technology, and our review teams decide that it does not follow our Community Guidelines. If your channel gets a strike, you'll get an email, notifications on mobile and desktop, and an alert in your channel settings the next time you sign in to YouTube.

Before you start, review the policy related to the strike. We also list examples of content that result in a Community Guidelines strike. You can only appeal for 30 days after the warning or strike was issued.

**Appeal a strike**

1. Go to your Dashboard in YouTube Studio.
2. Select the Channel violations card.
3. Select **APPEAL.**

   **Note:** Deleting the video will not resolve the strike. If you delete your video, the strike will remain on your channel and you won't be able to appeal again.

If you've received a Community Guidelines strike for links in your content, make sure you're familiar with our policy and appeals process for links in your content.

## Appeal a Community Guidelines video removal

Sometimes, we remove content without issuing a strike or penalty on your channel. Here's how you can appeal when this happens:

**If it's a video:**

1. Sign in to YouTube Studio   .
2. From the left menu, select **Content.**
3. Go to the video you want to appeal.
4. Under the "Restrictions" column, hover your cursor over the restriction type and click **Appeal.**
5. Enter your reason for appealing and click **Submit.**

**If it's a playlist or thumbnail:**
You'll receive an email if your playlist or thumbnail was removed for violating our Community Guidelines. If you think that your content doesn't violate the Community Guidelines and was removed in error, use the form provided in the email to appeal.

   **Note:** Videos can be taken down for many reasons. If you're having trouble appealing a video removal, it may have been removed for reasons other than a Community Guidelines violation. You can troubleshoot video takedowns in this Help Center article.

7/15/22, 4:49 PM

## After you submit an appeal

You'll get an email from YouTube letting you know the result of your appeal request. One of the following will happen:

- If we find that your content followed our Community Guidelines, we'll reinstate it and remove the strike from your channel. If you appeal a warning and the appeal is granted, the next offense will be a warning.
- If we find your content followed our Community Guidelines, but isn't appropriate for all audiences, we'll apply an age-restriction. If it's a video, it won't be visible to users who are signed out, are under 18 years of age, or have Restricted Mode turned on. If it's a custom thumbnail, it will be removed.
- If we find that your content was in violation of our Community Guidelines, the strike will stay and the video will remain down from the site. There's no additional penalty for appeals that are rejected.

You may appeal each strike only once.

7/15/22, 4:49 PM

# Age-restricted content

Sometimes content doesn't violate our policies, but it may not be appropriate for viewers under 18. In these cases, we may place an age-restriction on the video. This policy applies to videos, video descriptions, custom thumbnails, live streams, and any other YouTube product or feature.

## Learn more about age-restriction

Below is more detail about the types of content we consider for age-restriction. If your content contains one or more of these themes, we may age-restrict. We've given examples of content that may be age-restricted below. Click through the policy sections for examples illustrating these themes. Keep in mind this isn't a complete list.

Child safety

- A video containing adults participating in dangerous activities that minors could easily imitate, such as handling explosives or challenges that cause bodily injury
- A video meant for adult audiences but could easily be confused with family content

Harmful or dangerous activities, including regulated substances and drugs

- A video about fake harmful pranks that seems so real that viewers can't tell the difference
- A video promoting a cannabis dispensary

Nudity and sexually suggestive content

- A video that invites sexual activity, such as provocative dancing or fondling
- A video where the subject is in a pose that is intended to sexually arouse the viewer
- A video where the subject is in clothing that is considered unacceptable in public contexts, such as lingerie

Violent or graphic content

- A video with context showing survivor's injuries in a major road accident
- A video focused on violent or gory imagery, such as focusing solely on the most graphically violent part of a film or video game

Vulgar language

- A video with heavy profanity in the title, thumbnail or associated metadata
- A video focused on the use of profanities such as a compilation or clips taken out of context

## What happens if content is age-restricted?

Age-restricted videos are not viewable to users who are under 18 years of age or signed out. Also, age-restricted videos cannot be watched on most third-party websites. Viewers who click an age-restricted video on another website, such as an embedded player, will be redirected to YouTube or YouTube Music. Once there, they can only view the content when signed in and over 18. This process helps make sure that no matter where content is discovered, if a video is hosted by YouTube it will only be viewable by the appropriate audience.

If you believe we made a mistake, you can appeal the age-restriction.

Monetization and age-restrictions

# Check if your content is age-restricted

You can check if your content is age-restricted by going to YouTube Studio and using the 'Age-Restriction' filter, or by looking for "Age-restriction" in the Restrictions column on your Videos page. Our systems are constantly being updated and if we find any discrepancies with your rating, there's a chance it could change.

Viewers who are over 18 and are signed in can tell whether a video is age restricted by looking below the description. Learn more about watching age-restricted videos.

# Channel or account terminations

If your channel or account is terminated, you may be unable to use, own, or create any other YouTube channels/accounts. When a channel is terminated, the channel owner gets an email explaining the reason for the termination.

## Community Guidelines terminations

Reasons channels or accounts can be terminated:

- Repeated violations of the Community Guidelines    or Terms of Service    across any form of content (like repeatedly posting abusive, hateful, and/or harassing videos or comments)
- A single case of severe abuse (such as predatory behavior, spam, or pornography)
- Channels or accounts dedicated to a policy violation (like hate speech, harassment, or impersonation)

If you believe that your channel/account was terminated by mistake, you can appeal using this form.

- Don't submit an appeal request more than once. Multiple requests increase the volume to review and cause delays in our response.
- Fill out the form as completely as possible including your Channel ID. The more information you give us, the easier it will be to process your request.

## Copyright terminations

If your channel was terminated due to copyright infringement claims and you think the claims are incorrect, you may file a counter notification    . This process is still available for creators with terminated channels, but the counter notification webform will be inaccessible. You may submit a free-form counter notification.

For more information on the counter-notification process, visit the Copyright Center    .

**Note:** Filing a counter notification begins a legal process.

7/15/22, 4:50 PM

# Limited features for certain videos

Hate speech is not allowed on YouTube. We remove content promoting violence or hatred against individuals or groups based on certain attributes. YouTube also doesn't allow content intended to praise, promote, or aid violent criminal organizations.

Content that doesn't violate our policies, but is close to the removal line/could be offensive to some viewers, may have some features turned off.

Content will remain available on YouTube, but the watch page will no longer have:

- Comments
- Suggested videos
- Likes

The watch page will also be placed behind a warning message. These videos are also not eligible for ads. Having features turned off will not add a strike to your channel.

If one of your videos has features turned off, we'll send an email to tell you. You can appeal the decision directly from a link in the email or by following the appeals process.

695

# Troubleshoot video takedowns

This content is for help with videos that have been removed from YouTube. If you need help with taking down a video, learn how to delete your own videos or report inappropriate content.

If you see the "Video removed" message next to one of your uploaded videos, it means the video has been found to violate our policies and has been taken off YouTube. Click a section below to learn what you can do to resolve the issue.

## Reasons for removal & what you can do

Inappropriate content

If you see the "Video removed: Inappropriate content" message next to one of your uploaded videos, it means the video in question has been found to violate our Community Guidelines .

**How to resolve the issue**

· See more information about your video violation in your account's channel settings 〉 **Community Guidelines** status.

· Use the Community Guidelines strike basics to understand what content you can upload to YouTube — and avoid having more content removed.

· If you believe your video was removed in error, you can appeal a Community Guidelines strike.

Terms of Service violation

If you see the "Video removed: Terms of Use violation" message next to one of your videos, the video may have been rejected due to a Terms of Use or copyright violation. Review our Terms of Service and these copyright basics for more information.

Includes copyrighted content

If you see the below messages next to one of your videos, it means a content owner has claimed content in your video using YouTube's Content ID system:

· Includes copyrighted content
· Muted due to copyrighted content
· Blocked worldwide
· Blocked in some countries/regions

Select the text that appears next to your video. This link will take you to a page with more details about the copyright claim affecting your video. Under "Copyright Details," you can see information about the material that was identified in your video.

Learn what Content ID claims are and how they affect your video.

Video taken down

Your video was removed from YouTube because a copyright owner sent us a complete legal request to take it down. You also received a copyright strike. Learn how copyright strikes can affect your account.

There are three ways to resolve your copyright strike. Deleting a video with a strike won't resolve your strike.

Trademark issue

If you see the "Video removed - trademark issue" message, it means the video has violated our trademark policy.

Review our trademark policies to be sure you understand what content is acceptable to upload to YouTube.

7/15/22, 4:52 PM

# Strikes FAQ

**What happens if I get a strike?**

If you get a Copyright strike or a Community Guidelines strike, we'll let you know through email, through notifications on mobile and desktop, and in your YouTube channel. We'll let you know why you got the strike and what to do about it next.

**Why do we have 2 different systems?**

We have 2 systems because we see Community Guidelines strikes and Copyright strikes as separate issues.

Copyright and Community Guidelines violations happen for different reasons. Our Community Guidelines are rules we want creators and viewers to follow to keep the YouTube Community safe. Copyright rules are in place to make sure creators' rights are protected and that everyone follows the law when using content in their videos, live streams, and stories.

You may be familiar with copyright restrictions, but unfamiliar with our policy around nudity and sexual content. Or you may know about our policies around thumbnails, but not realize that using someone else's song in your video could result in a copyright strike. We wanted to give you the opportunity to learn about all of our policies.

If you want to learn more about what types of things are considered copyright violations, you can read:

- What is copyright?
- Frequently asked copyright questions
- Or, watch this video.

If you want to learn more about our Community Guidelines, you can watch this video or review the individual policy in the Help center.

**Why are the outcomes of each type of strike different?**

We've designed the penalties for copyright strikes and Community Guidelines strikes in a way that best helps users learn from their experience and get back to enjoying YouTube. For Community Guidelines strikes, we found that users are often able to quickly understand why their content broke the rules once they get a warning and visit the corresponding policy page.

If it's your first strike, you'll need to complete Copyright School   .

**Why don't you always get a warning?**

Whether or not you get a warning depends on a few things, like if it was a Community Guidelines or Copyright violation, or if it's your first violation.

We understand that mistakes happen. That's why the first time your content doesn't follow one of our Community Guidelines, we issue a warning. We hope that it gives you the chance to review our policies and avoid it happening again.

If we get a copyright takedown request, however, we take the upload down and issue a Copyright strike, even if it's the first time. We do that to comply with the law. In order to have a video taken down, the copyright owner must submit a complete and valid legal request.

**698**

**Note:** Content ID claims don't result in a strike.

How do I know which kind of strike I have?

When we let you know about the strike, we'll let you know which kind of strike you received. If it's a Community Guidelines strikes, we'll also tell you which policy your content violated.

Some other ways to tell:

· **Community Guidelines** strikes will be visible in your Channel settings.
· You'll be able to see **Copyright** strikes in either the **Videos** section of your account. You can learn more here.

What do I do if I get a strike?

We understand mistakes happen and people don't mean to violate our policies or infringe on someone else's copyright. We know that getting a strike can be scary, but there are actions you can take to avoid having lasting negative impact on your channel.

**If you get a Community Guidelines strike**, we recommend you do the following:

1. Learn about our Community Guidelines    to make sure your content follows our policies.
2. After reviewing our policies, if you think we've made a mistake, let us know. You can appeal the decision here    .

**If you get a Copyright strike**, you have the following options:

· **Wait for it to expire**: Copyright strikes expire after 90 days. If it's your first strike, you'll need to complete Copyright School    .
· **Get a retraction**: You can contact the person who claimed your video and ask them to retract their claim of copyright infringement.
· **Submit a counter notification**: If your video was mistakenly removed because it was misidentified as infringing, or qualifies as a potential fair use, you may wish to submit a counter notification.

7/15/22, 4:53 PM

# Watch age-restricted videos

To give you an age-appropriate experience on YouTube, content that isn't suitable for viewers under 18 is age-restricted.

**What age restriction means for viewers**

Age-restricted videos are not viewable if you:

- Are signed out
- Are under 18 years of age
- Are watching YouTube videos embedded on most third-party sites

If you are in Australia, the European Union (EU), European Economic Area (EEA), Switzerland, or the United Kingdom, you may be asked to verify your age to watch age-restricted videos.

If you're in the EU, EEA, Switzerland, or the United Kingdom

If you're in Australia

**700**

7/15/22, 5:02 PM



# Trademark

A trademark is a word, symbol, or combination that identifies the source of a product and distinguishes it from other products. A trademark is acquired by a company or other entity through a legal process. Once it's acquired, it gives the owner exclusive rights to the trademark use concerning those goods.

Trademark infringement is improper or unauthorized use of a trademark in a way that is likely to cause confusion as to the source of that product. YouTube policies prohibit videos and channels that infringe trademarks. If your content uses someone else's trademarks in a way that might cause confusion, your videos can be blocked. Your channel may also be suspended.

If you think your trademark is being infringed, keep in mind that YouTube doesn't mediate trademark disputes between creators and trademark owners. As a result, we strongly encourage trademark owners to speak directly with the creator who posted the content in question. Contacting the uploader may fix the problem faster in a way that benefits everyone. Some creators list ways they can be contacted in their channel. Learn more about how to get in touch with others here.

If you can't reach a resolution with the account holder in question, submit a trademark complaint through our Trademark complaint form.

> Submit a trademark complaint

YouTube is willing to perform a limited review of reasonable complaints and will remove content in clear cases of infringement. To help solve disputes, YouTube forwards each trademark complaint to the uploader before taking any action. This lets the uploader address any potential Trademark issues.

We'll also accept free-form trademark complaints submitted by email, fax, and mail.

If your complaint relates to the sale or promotion of counterfeit goods, please file a Counterfeit complaint.

If your complaint relates to a protected work, such as a song, movie, or book, please file a Copyright complaint.



7/15/22, 5:03 PM

# Counterfeit

Google prohibits the sale or promotion for sale of counterfeit goods in its products, including YouTube. Counterfeit goods contain a trademark or logo that is identical to or substantially indistinguishable from the trademark of another. They mimic the brand features of the product in an attempt to pass themselves off as a genuine product of the brand owner.

Channels that promote or sell counterfeit goods may be terminated.

If you believe a video or channel is selling or promoting counterfeit goods, you may file a Counterfeit complaint through our online form.

> Submit a counterfeit complaint

We must receive your complaint in this format to investigate. Our team will investigate your complaint and remove the content if it violates Google counterfeit policy.

We'll also accept free-form counterfeit complaints, submitted by email, fax, and mail.

Keep in mind that abuse of our legal forms may result in termination of your YouTube account.

7/15/22, 5:03 PM

# Defamation

Defamation laws vary by country but usually concern content that damages the reputation of another person or business. Although the definition of defamation varies around the world, in general, **defamation** is any untrue statement that is harmful to someone's reputation or causes someone to be shunned or avoided.

We take into account local legal considerations in our defamation blocking process, and in some cases, we require a court order. For us to be able to process a defamation blocking request, the claim needs to be specific and strongly supported. For example, it needs to explain why you believe the statements are untrue and how it damages your reputation.

In some cases, uploaders willingly remove harmful content. Because obtaining a court order can be costly and time-consuming, we encourage users to contact the uploaders of the content in question directly.

If you are unable to reach the uploader, consider whether the video meets the standards for removal under our privacy or harassment policy.

**If you've attempted to contact the uploader, and you believe a defamation claim is more appropriate than a privacy or harassment complaint, please select your country of dispute from the drop down below and follow the directions.**

United States  ▾

Because we are not in a position to adjudicate the truthfulness of postings, we do not remove video postings due to allegations of defamation. Consistent with Section 230(c) of the Communications Decency Act, we recommend that you pursue any claims you may have directly against the person who posted the content. If you choose to pursue legal action against the content creator, note that we may be prepared to comply with any order requiring the content creator to remove the posting in question.

If there is a court order that involves content posted to www.youtube.com you may forward this via mail to the following address: YouTube, Inc., Attn Legal Support, 901 Cherry Av e., Second Floor, San Bruno, CA 94066.

Alternatively, you may wish to contact the uploader.

If you have a concern relating to copyright  please visit our Copyright Center    . If you have an additional concern relating to YouTube Policy violations please visit our Reporting Center    .

If you can't find your country in the drop down above

703

7/15/22, 5:04 PM

# Other legal issues

## Legal Complaints and Court Orders

If you feel that certain content on the site violates your rights or applicable laws, you may submit a legal complaint under our trademark, defamation, counterfeit, or other legal complaint flows. If you have a court order against an uploader, you may attach a copy of the court order in response to the autoreply you get after you file the appropriate legal complaint. Each court order is examined and evaluated on a set of regional and global criteria.

Keep in mind that you also have other resources to bring content to our attention. For example, if you feel the content does not comply with our community guidelines, please flag it. Also, consider whether the video meets the standards for removal under our privacy or harassment policy before filing a legal complaint.

## Circumvention of Technological Measures

When we say circumvention of technological measures, we're referring to tools that allow users to evade a software's licensing protocol. This can mean serial numbers, keygens, passwords, and other methods to hack software or games.

What is the difference between CTM and copyright?

CTM is a tool that will give users the means to access software. Copyright is concerned with the depiction of the software or the means to acquire it. If the software's interface is in the video, or there's a download link to the software in the video or video description, you may wish to file a copyright takedown notice.

A CTM claim is appropriate when the infringed material isn't present in the video (or directly linked to), but the video offers a way for users to access it illegitimately.

If you believe you have a valid CTM claim, please fill out our webform.

Submit a Circumvention of Technological Measures complaint

## Captioning

If you've gotten a notice informing you that your video is in violation of the Communications and Video Accessibility Act, you may have uploaded content that was originally shown on TV with captions. The Communications and Video Accessibility Act (CVAA) requires that all pre-recorded video programming that is captioned on TV is also captioned on the internet. If you believe you're exempt from the CVAA requirement, you may select a certification for your content.

If you believe a video is required by the CVAA to contain captions, but the uploader has not made captions available, please submit a request via webform.

## Terrorist Content Online Regulation ("TCO")

If you find content that you think violates our Community Guidelines and want to submit it for review, report the content. To learn more about YouTube's policies, you can read our Community Guidelines. You can also report content if you believe it should be removed for legal reasons.

If you're a designated government competent authority, you can contact YouTube to learn how to get in touch with the Point of Contact for removal orders under article 3 TCO. For this purpose Google accepts communications in English.

704

7/15/22, 5:04 PM

For more information about the EU Terrorist Content Online Regulation (EU 2021/784), read the official
EU Regulation text    .

*18*

# Stored music policy

If you have a YouTube Music account, you may be provided with server space where you will be able to upload and store certain content from your computer (for example music files that may contain metadata and album art) ("Stored Music Content"). If you choose to upload Stored Music Content, you will retain all of your existing rights to the Stored Music Content and a copy will be stored on your behalf. YouTube will make your Stored Music Content accessible to you through your YouTube Music account. Your Stored Music Content will only be accessible by you through your YouTube Music account and may not be shared by you with anyone else, including YouTube users who may be a part of your Google or YouTube Family Plan account. You are legally responsible for the Stored Music Content you upload to YouTube Music and you must not include any third-party intellectual property (such as copyrighted material) unless you have permission from that party or are otherwise legally entitled to do so.

We may need to make limited necessary changes to your Stored Music Content as may be needed for playback functionality on YouTube Music or through the YouTube Music app. YouTube will not share your Stored Music Content with third-parties.

*19*

# Other legal complaints

YouTube only considers legal complaints when the party in question or their authorized legal representative contacts us.

If someone posts your personal identifiable info or uploads a video of you without your knowledge, including in private or sensitive circumstances, ask the uploader to remove the content. If the uploader doesn't agree, or if you're uncomfortable contacting them, file a complaint through the process on YouTube's Privacy Guidelines page. Personal info can include your image, name, national identification number, bank account number, contact info, or other uniquely identifiable info. Learn about the criteria for content removal.

If your complaint is not about privacy, select your country/region of dispute from the menu and follow the directions.



Fill out this form.

**If you can't find your country/region in the menu above**

YouTube.com is governed by U.S. law. As such, we do not accept legal complaints from the country/region of your claimed rights. We recommend that you pursue any claims you may have directly against the individual who posted the content. You can try to get in touch with the uploader. If your lawsuit results in a decision against the individual who posted the content, and if that court order requires us to remove the content from our service, we'll respond accordingly.

To learn more about YouTube policy, safety, and reporting, go to our Help Center.

**Policy violations**

If you have concerns about YouTube policy violations, you can report the violation. Learn how to report inappropriate videos, channels, and other content on YouTube.

**Harassment**

If you are concerned that an interaction with a community member has risen to the level of harassment, you can report the interaction. Learn how to report inappropriate videos, channels, and other content on YouTube.

**Copyright**

If you have a copyright concern, go to our Copyright center.

**Privacy complaints**

If a video contains your personal identifiable info without your consent, you can file a complaint through the process on YouTube's Privacy Guidelines page. Personal info can include your image, name, national identification number, bank account number, contact info, or other uniquely identifiable info.

Learn about the criteria for content removal.

**Court orders**

If there is a U.S. court order that involves content posted to www.youtube.com, you can send the court order by mail to this address:

YouTube, Inc., Attn Legal Support

**707**

7/15/22, 5:05 PM

901 Cherry Ave., Second Floor

San Bruno, CA 94066



[Our mission](#)

Our commitments

[Managing harmful content How does YouTube manage harmful content? Standing up to hate How does YouTube protect the community from hate and harassment? Fighting misinformation How does YouTube combat misinformation? Curbing extremist content How does YouTube prevent radicalization? Supporting political integrity How does YouTube support civic engagement and election integrity? Preventing bias What does YouTube do to prevent bias? Fostering child safety How does YouTube help keep kids protected on the platform? Protecting user data How does YouTube maintain user privacy? Safeguarding copyright How does YouTube protect copyrighted content? Sharing revenue How does YouTube make money? Promoting digital wellbeing How does YouTube support users' digital wellbeing? Responding to COVID-19 How is YouTube supporting users during COVID-19?](#)

Product features

[YouTube Search How our search tool can help you find content you'll love Recommended videos How we recommend content we think you'll want to watch News and information How we provide context for your search results and videos Health information How we provide context for health queries Monetization for Creators How Creators earn money on YouTube YouTube Live How you can reach your community in real time with Live and Premieres](#)

User settings

[Privacy controls How we protect your information and what you can do to control your privacy Ad Settings How our advertising works and how to customize your ad experience Parental controls How you can create a family friendly experience Autoplay How Autoplay works and how to turn it off](#)

Rules and policies

[Policies overview How our rules and policies help keep our platform safe Community Guidelines How we define what we do and don't allow on YouTube Copyright How we help Creators responsibly manage their content Monetization policies How Creators can monetize their content as part of the YouTube Partner Program Legal removals How we approach content that violates local law](#)

Progress and impact

[Responsibility through the years How we've been building a more responsible platform over the years Progress on managing harmful content How we're enforcing our policies on harmful content by the numbers Our impact How creative entrepreneurs are transforming their lives and communities Culture and trends How to better understand the next generation of Creators and artists Advancing sustainability How we're investing in a carbon-free future](#)

Resources

[Downloadable summaries Download shareable summaries of essential content on this website about our responsibility efforts Advertiser resources Find resources and quick guides on Brand Safety for advertisers Brand resources Access brand resources such as our YouTube logo, color palettes, and permissions form](#)

[Our mission](#) Our commitments [Managing harmful content Standing up to hate Fighting misinformation Curbing extremist content Supporting political integrity Preventing bias Fostering child safety Protecting user data Safeguarding copyright Sharing revenue Promoting digital wellbeing Responding to COVID-19](#) Product features [YouTube Search Recommended videos News and information Health information Monetization for Creators YouTube Live](#) User

settings Privacy controls Ad Settings Parental controls Autoplay Rules and policies Policies overview Community Guidelines Copyright Monetization policies Legal removals Progress and impact Responsibility through the years Progress on managing harmful content Our impact Culture and trends Advancing sustainability Resources Downloadable summaries Advertiser resources Brand resources

Rules and policies 

# Copyright

- Overview
- Fair Use
- Making claims
- Enforcing copyright

## The first rule of copyright

Creators should only upload videos that they have made or that they're authorized to use. That means they should not upload videos they didn't make, or use content in their videos that someone else owns the copyright to, such as music tracks, snippets of copyrighted programs, or videos made by other users, without necessary authorizations.

## What is Fair Use?

Fair Use is a U.S. law that allows the reuse of copyright-protected material under certain circumstances without getting permission from the copyright owner. However, Fair Use is determined on a case by case basis, and different countries have different rules about when it's okay to use material without the copyright owner's permission. In the U.S., works of commentary, criticism, research, teaching, or news reporting might be considered fair use, but it can depend on the situation.

We created the YouTube Audio Library to help Creators re-use content safely by providing free high-quality music and sound effects.

### Resources

- Learn more about Fair Use

## How can rights holders make copyright claims?

710

Everyone has access to YouTube's Copyright Management Tools, which gives rights holders control of their copyrighted material on YouTube. We work with rights holders to match them to appropriate features based on the scale of their copyrighted content on YouTube, and the resources they've dedicated to responsibly manage their content online. Our Copyright Management Suite provides a number of ways rights holders can make copyright claims.

# Webform

The simplest way to have unauthorized copies of copyrighted content removed is by manually submitting a copyright notification through our DMCA (Digital Millennium Copyright Act) webform. This tool is best for most users - it is open to everyone, and available in every language.

# Copyright Match Tool

The Copyright Match Tool uses the power of Content ID matching technology to find re-uploads of videos on YouTube. Available to over 1,500,000 channels, it identifies near-full reuploads of a Creator's original videos on other YouTube channels and allows the Creator to choose an action to take: they can request the removal of the video, message the uploader of the video, or simply archive the match if they do not want to take any action. Any user with a demonstrated history of successful DMCA takedowns via our webform can apply for access using our public form.

# Content ID

Content ID is our solution for those with the most complex rights management needs. It is our digital fingerprinting system that allows rightholders to upload content they have exclusive rights to as reference files, and then scans videos uploaded to YouTube for matches of that content. When a user uploads content, Content ID scans against the database for matching videos. If there is a match, then an action is taken based on the predefined rules or policies that a content owner sets themselves:

- Block a whole video from being viewed. Creators do not receive a copyright strike if the content owner blocks a video.
- Monetize the video by running ads against it; in some cases sharing revenue with the uploader.
- Track the video's viewership statistics.

In most cases, this means that rights holders don't need to submit copyright takedowns for these videos and instead have the opportunity to monetize and run ads in exchange for the videos being live.

## Resources

- Learn more about YouTube's Copyright Management Tools

- [Learn more about copyright strike](#)

# What action does YouTube take for copyright infringement?

If a copyright owner submits a valid DMCA complaint through our webform, we take down that video and apply a **copyright strike**. If a user gets three copyright strikes in 90 days, their account, along with any associated channels, will be terminated. We also have tools to help Creators resolve their copyright strikes - including waiting for it to expire after 90 days, requesting a retraction, or submitting a counter notification.

[Content ID](#) works differently. If a match between a reference file and a new upload is made, a "claim" is made. Based on the preference selected by the Content ID owner, we'll apply a policy to track, monetize, or block, but will not issue a copyright strike.

## Resources

- [Learn more about copyright strike](#)
- [Retract a claim of copyright infringement](#)
- [Submit a counter notification](#)

# Related articles

- Community Guidelines

  [Read more](#)

- Safeguarding copyright

  [Read more](#)

- Monetization policies

  [Read more](#)

**Connect**

- **About YouTube**

  [About Blog How YouTube Works Jobs Press YouTube Culture & Trends](#)

- **Products**

  [YouTube Go YouTube Kids YouTube Music YouTube Originals YouTube Premium YouTube Select YouTube Studio YouTube TV](#)

- **For Business**

  [Developers YouTube Advertising](#)

- **For Creators**

  [Creating for YouTube Kids Creator Academy Creator Research Creator Services Directory YouTube Artists YouTube Creators YouTube NextUp YouTube Space YouTube VR](#)

- **Our Commitments**

  [Creators for Change CSAI Match Social Impact](#)

## About YouTube

## Products

## For Business

## For Creators

## Our Commitments

[About Blog How YouTube Works Jobs Press YouTube Culture & Trends YouTube Go YouTube Kids YouTube Music YouTube Originals YouTube Premium YouTube Select YouTube Studio YouTube TV Developers YouTube Advertising Creating for YouTube Kids Creator Academy Creator Research Creator Services Directory YouTube Artists YouTube Creators YouTube NextUp YouTube Space YouTube VR Creators for Change CSAI Match Social Impact](#)

[Policies & Safety Copyright Brand Guidelines Privacy Terms](#)

[Help](#)





YouTube Help

[Sign in]

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunity

# Learn about copyright on YouTube

The rules of copyright are an important part of what makes YouTube work for creators. You can find general information about what copyright law is here, along with more advanced topics like fair use and Creative Commons.

- What is copyright?
- Frequently asked copyright questions
- Creative Commons
- Fair use on YouTube
- Frequently asked questions about fair use
- Music in this video

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia

714

11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback about our Help Center



Google Help

- [Help Center](Help Center)

- o [Fix a problem](#)

- o [Watch videos](#)

- o [Manage your account & settings](#)

- o [Supervised experience on YouTube](#)

- o [Join & manage YouTube Premium](#)

- o [Create & grow your channel](#)

- o [Monetize with the YouTube Partner Program](#)

- o [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program

Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows

Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues

Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube

YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content ManagersYouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

Send feedback on...

This help content & information General Help Center experience


Submit

# Copyright and rights management

- What is copyright?
- Frequently asked copyright questions
- Creative Commons
- Fair use on YouTube
- Frequently asked questions about fair use
- Music in this video

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service


English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi

24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. срpски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- Help Center

  o Fix a problem

  o Watch videos

  o Manage your account & settings

**719**

- o [Supervised experience on YouTube](#)

- o [Join & manage YouTube Premium](#)

- o [Create & grow your channel](#)

- o [Monetize with the YouTube Partner Program](#)

- o [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program

Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows

Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues

Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube

YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers

YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

# What is the issue with this selection?

Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

# Share additional info or suggestions



Do not share any personal info

Cancel
Submit
By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.



YouTube Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunity

# What is copyright?

In many countries, when a person creates an original work that is fixed in a physical medium, they automatically own copyright to the work. As the copyright owner, they have the exclusive right to use the work. Most of the time, only the copyright owner can say whether someone else has permissions to use the work.

Which types of work are subject to copyright?

- Audiovisual works, such as TV shows, movies, and online videos
- Sound recordings and musical compositions
- Written works, such as lectures, articles, books, and musical compositions
- Visual works, such as paintings, posters, and advertisements
- Video games and computer software
- Dramatic works, such as plays and musicals

Ideas, facts, and processes are not subject to copyright. According to copyright law, in order to be eligible for copyright protection, a work must be *creative* and it must be *fixed* in a tangible medium. Names and titles are not, by themselves, subject to copyright.

Can I use a copyright-protected work without infringing?

It's possible to use a copyright-protected work without infringing the owner's copyright. Either through fair use or getting permission to use someone else's content in your video.

If you're thinking of using someone else's music in your video, learn more about your options for using music:

723

Some content creators choose to make their work available for reuse with certain requirements called a Creative Commons license.

Can YouTube determine copyright ownership?

No. YouTube isn't able to mediate rights ownership disputes. When we receive a complete and valid takedown notice, we remove the content as the law requires. When we receive a valid counter notification, we forward it to the person who requested the removal. After this, it's up to the parties involved to resolve the issue in court.

Is copyright the same as trademark?

Copyright is just one form of intellectual property. It's not the same as trademark, which protects brand names, mottos, logos, and other source identifiers from being used by others for certain purposes. It is also different from patent law, which protects inventions.

YouTube offers a separate removal process for videos which violate trademark or other laws.

What is the difference between copyright and privacy?

Just because you appear in a video, image, or audio recording does not mean you own the copyright to it. For example, if your friend filmed a conversation between the two of you, she would own the copyright to that video recording. The words the two of you are speaking are not subject to copyright separately from the video itself, unless they were fixed in advance.

If your friend, or someone else, uploaded a video, image, or recording of you without your permission and you feel it violates your privacy or safety, you may wish to file a privacy complaint.

# Common copyright myths

Below are some common misconceptions about copyright and how it works on YouTube. Keep in mind, doing the following won't prevent a copyright claim against your content.

Myth 1: Giving credit to the copyright owner means you can use their content

Giving credit to the copyright owner doesn't automatically give you the rights to use their copyrighted work. Be sure to secure the rights to all unlicensed elements in your video before you upload it to YouTube. If you're relying on fair use, even if you add

original material to someone's copyrighted work, your video may not qualify, so be sure to carefully consider all four factors and get legal advice if needed.

Myth 2: Claiming "non-profit" means you can use any content

Not trying to make money off copyright-protected work doesn't stop copyright claims. Declaring your upload to be "for entertainment purposes only" or "non-profit," for example, is not enough by itself. When it comes to fair use, Courts will look carefully at the purpose of your use in evaluating whether it is fair. "Non-profit" uses are favored in the fair use analysis, but it's not an automatic defense by itself.

Myth 3: Other creators do it, so you can too

Even if there remain videos on the site that appear similar to the one(s) you've uploaded, that doesn't necessarily mean you have the rights to post the content as well. Sometimes a copyright owner authorizes some, but not all, of its works to appear on our site. Other times, very similar videos are owned by different copyright owners, and one may grant permission while another does not.

Myth 4: You can use content you purchased on iTunes, a CD, or DVD

Just because you purchased content doesn't mean that you own the rights to upload it to YouTube. Even if you give the copyright owner credit, posting videos that include content you purchased may still violate copyright law.

Myth 5: Content you recorded yourself from TV, a movie theater, or the radio is ok

Just because you recorded something yourself does not always mean you own all rights to upload it to YouTube. If what you recorded includes someone else's copyrighted content, such as copyrighted music playing in the background, then you would still need to get permission from the appropriate rights owners.

Myth 6: Saying "no copyright infringement was intended"

Phrases and disclaimers such as "all rights go to the author," "no infringement intended" or "I do not own" don't mean you have the copyright owner's permission to post the content -- nor do they automatically mean you are making fair use of that material.

Myth 7: It's fine to have just a few seconds of copyrighted content

Any amount of unlicensed copyrighted content used—even if it's just for a few seconds, may result in your video getting claimed by Content ID or taken down by the copyright owner. You can argue fair use, but you should understand that the only place where a fair use determination can be made is in a courtroom.



YouTube Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunity

# Frequently asked copyright questions

Get answers to top questions about copyright issues.

## General copyright questions

### What is fair use?

Fair use is a legal doctrine that says you can reuse copyright-protected material under certain circumstances without the copyright owner's permission.

In the United States, only a court can decide what qualifies as fair use.

Courts rely on four factors to decide fair use on a case-by-case basis, including:

- The purpose and character of the use
- The nature of the copyrighted work
- The amount and substantiality of the copyrighted work used
- The effect on the potential market for or value of the copyrighted work

Learn more in our Fair use FAQ.

### What is the public domain?

Works eventually lose their copyright protection and are said to fall into the "public domain," making them free for everyone to use. It typically takes many years for works to fall into the public domain.

The length of a term of copyright protection varies depending on factors like:

- Where and when the work was published
- Whether the work was commissioned as a work for hire

Certain works created by U.S. federal government agencies fall into the public domain immediately upon publication. Keep in mind that the rules for public domain differ between countries.

It's your responsibility to verify that a work is in the public domain before you upload it to YouTube. There's no official list of works in the public domain. However, there are some useful resources online that might help you. Columbia University Libraries and the Copyright Information Center at Cornell University both offer helpful guides to works that may fall in the public domain. None of these entities, including YouTube, can guarantee that all the works linked to are free from copyright protection.

What is a derivative work?

You need a copyright owner's permission to create works based on their original content. Derivative works may include fanfiction, sequels, translations, spin-offs, adaptations, and so on. Try to get legal advice from an expert before uploading videos that are based on the characters, storylines, and other elements of copyright-protected material.

Where can I find more information on copyright outside the U.S.?

The European Commission's website has some helpful information and links about copyright in European Union countries.

The World Intellectual Property Organization (WIPO) has a list of international intellectual property and copyright offices where you can learn about your area's copyright laws.

*The above sites are referred to for educational purposes only and YouTube doesn't endorse them.*

# Questions about uploading to YouTube

How do I get permission to use someone else's content in my video?

If you plan to include copyright-protected material in your video, you'll generally need to seek permission to do so first. YouTube can't grant you these rights and we can't help you find the parties who can grant them to you. You'll have to research and handle this process on your own or with a lawyer's help.

For example, YouTube cannot grant you the rights to use content that has already been uploaded to the site. If you wish to use someone else's YouTube video, you may want to reach out to them directly. Some creators list ways they can be contacted in their channel. Learn more about how to get in touch with others here.

An easy way to find background music or sound effects for your YouTube videos is in YouTube's Audio Library. You can search for music that's free for you to use.

If you're thinking of using someone else's music in your video, learn more about your options for using music:

How do I license third party content?

Before you upload a video to YouTube, you must get the rights to all elements in your video. These elements include any music (even if it's just playing in the background), video clips, photos, and so on.

First, reach out to the copyright owners or rightsholders directly and negotiate the appropriate licenses for your use.

Then, check the license. Licenses have explicit permission for using the content and often include limitations for how the content is used. Seek legal advice for any licensing agreement to be certain which rights are granted and which rights the owner reserves.

You can also use YouTube's library of free music and sound effects, which can be used in videos according to the terms specified.

Note: If you perform a cover song, make sure you have permission from the copyright owners (i.e., songwriter or music publisher). You may need extra licenses to reproduce the original sound recording, include the song in a video, or display the lyrics.

Why was content I have permission to use removed or blocked?

If you have the rights to use copyright-protected material in your video, give your video's title and URL to the original copyright owner. This action can help you avoid a mistaken removal or block.

If your video was removed by a copyright takedown in error, you can:

- Request a retraction from the claimant
- Submit a counter notification

If a Content ID claim that you feel is mistaken blocked your video:

- You can dispute it

However, before you submit a dispute or send a counter notification, ask yourself a few questions:

1. Are you the copyright owner of the material in your video?
2. Do you have permission to all third-party material in your video from the appropriate copyright owner?
3. Is your video covered by fair use, fair dealing, or a similar exception under the appropriate copyright law?

If one of the conditions above applies to your video, you may want to research the most appropriate dispute process or consult an attorney. If not, you may be in violation of copyright laws.

Why was content I recorded or purchased myself removed?

Just because you purchased content doesn't mean that you own the rights to upload it to YouTube. Even if you give the copyright owner credit, posting videos that include content you purchased may still violate copyright law.

Also, just because you recorded something yourself does not always mean you own all rights to upload it to YouTube. If your recording includes someone else's copyrighted content, like copyrighted music playing in the background, you'll still need permission from the appropriate rights owners.

Why did YouTube let an abusive claimant remove my video?
YouTube takes action to address cases of abuse and misuse in our copyright takedown processes. While we can't comment on specific cases or our processes, we do investigate abuse of our copyright tools and processes. We also have a zero-tolerance policy for claimants we've deemed abusive. Misuse of the copyright process (for both takedowns and counter notifications) can result in termination of an account.

# Questions about copyright takedown requests

Can I request the removal of an entire channel or playlist?

No, you can't. You're required to identify any allegedly infringing content by its video URL.

Here's how to get a video's URL:

1. Find the video in question on YouTube.
2. In the address bar at the top, there should be a video URL like this one: www.youtube.com/watch?v=xxxxxxxxxxx

You can submit a takedown request by signing in to YouTube and using our copyright removal webform.

Why did YouTube ask for more information about my copyright request?

Copyright takedowns are formal, legal requests that require specific elements to be complete and actionable.

When we get an incomplete or otherwise invalid copyright request, we ask the sender for more information that will help complete it. This includes both takedown notifications and counter notifications.

If you got a response like this following your submission of a copyright request, it's important to review it carefully and respond accordingly. Usually, we can't review your request until you do so.

Why do I have to give you all my information each time I submit a new copyright complaint?

In accordance with copyright law, we require complete and valid copyright notifications for each removal request.

The easiest way to submit another complaint is to sign in to YouTube and use our copyright complaint webform.

For content owners with ongoing rights management needs, we accept applications to YouTube's Content Verification Program and Content ID.

I told YouTube about a video that infringed my copyright and it was removed. Why did I get an email saying it may be reinstated to the site?

We've likely gotten a counter notification about your removal request. The video will be reinstated unless you prove that you've filed a court action against the creator to restrain the allegedly infringing activity. If we don't get that notice from you within 10 days, we may reinstate the material to YouTube.

How can I report videos that give passwords or key generators that allow unauthorized use of my copyrighted works?

If a video explains how to bypass restrictions to your software with passwords, key generators, or cracks, let us know with our Other Legal Issues form.


How do I remove a copy of my video from another website?

If you find your YouTube video on another website without your permission, you'll have to follow their process for requesting the removal of the video. YouTube can't request the removal for you.

Most sites that permit creators to upload videos rely on the Digital Millennium Copyright Act's (DMCA) Safe Harbor. When they get a complete and valid copyright takedown notice from a content owner, they should remove the content. There are some exceptions, but if you're sure the copy of your work isn't fair use, you can request its removal.

To understand what you'll need to include in your copyright takedown notice, review the requirements of a DMCA takedown notice.

Most sites require a link to a specific video URL. If you don't find the URL, you can try right-clicking the video or clicking the video's timestamp to get it.

Sites that rely on the DMCA must have contact information for a designated DMCA agent listed with the Copyright Office and on their website. If you find your video on one of these sites without your permission, you can send your copyright takedown notice to the appropriate email address below. If the site you're looking for isn't listed below, you can also check the Copyright Office's database.

Dailymotion : notifications@dailymotion.com

Facebook : ip@fb.com

Instagram : ip@instagram.com

Periscope: copyright@periscope.tv

Twitter : copyright@twitter.com

Vimeo : dmca@vimeo.com

*Disclaimer: The information presented here is not legal advice. We give it for informational purposes. If you need legal advice, you should get in touch with an attorney.*

Give feedback about this article
Choose a section to give feedback on

<div align="center">Was this helpful?</div>

YouTube Help

Sign in

Send feedback on...



This help content & information

General Help Center experience

Next

Help CenterCommunity

# Creative Commons

Changes to video attributions: The view attributions page will be discontinued after September 2021 due to limited usage. You can still add attribution to your videos by updating your video description.

Creative Commons licenses give a standard way for content creators to grant someone else permission to use their work. YouTube allows creators to mark their videos with a Creative Commons CC BY license.

If you've marked your video with a CC BY license, you retain your copyright. Other creators get to reuse your work subject to the terms of the license.

## Creative Commons on YouTube

The ability to mark uploaded videos with a Creative Commons license is available to all creators.

The standard YouTube license remains the default setting for all uploads. To review the terms of the standard YouTube license, refer to our Terms of Service.

Creative Commons licenses can only be used on 100% original content. If there's a Content ID claim on your video, you cannot mark your video with the Creative Commons license.

By marking your original video with a Creative Commons license, you're granting the entire YouTube community the right to reuse and edit that video.

## What's eligible for a Creative Commons license

You can only mark your uploaded video with a Creative Commons license if it's all content that you can license under the CC BY license. Some examples of such licensable content are:

- Your originally created content
- Other videos marked with a CC BY license
- Videos in the public domain

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

# Copyright and rights management

- What is copyright?
- Frequently asked copyright questions
- Creative Commons
- Fair use on YouTube
- Frequently asked questions about fair use
- Music in this video

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia

11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- <u>Help Center</u>

- o [Fix a problem](#)

- o [Watch videos](#)

- o [Manage your account & settings](#)

- o [Supervised experience on YouTube](#)

- o [Join & manage YouTube Premium](#)

- o [Create & grow your channel](#)

- o [Monetize with the YouTube Partner Program](#)

- o [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program

Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows

Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues

Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube

YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers

YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

# What is the issue with this selection?

Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

## Share additional info or suggestions



Do not share any personal info
Cancel
Submit
By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.

737

Skip to content

Menu

- Share your work
- Use & remix
- What We Do
- Blog
- Creative Commons Global Network
- Search the Commons

- Share your work
- Use & remix
- What We Do
- Blog

- Search for CC images
- Global Network
- Newsletter
- Store
- Contact

- Facebook
- Twitter
- Mail

Menu

- Share your work
- Use & remix
- What We Do
- Blog
- Creative Commons Global Network
- Search the Commons

- Share your work
- Use & remix
- What We Do
- Blog

738

- [Search for CC images](#)
- [Global Network](#)
- [Newsletter](#)
- [Store](#)
- [Contact](#)

- [Facebook](#)
- [Twitter](#)
- [Mail](#)

Help us build a vibrant, collaborative global commons

[Donate Now](#)

# When we share, everyone wins



# Creative Commons is turning 20!

We're celebrating with a special **Better Sharing** campaign, honoring 20 years of commitment to open access and better sharing. We invite you to join us. Our **goal is to raise $15 million** in support.

**20 Years: Better Sharing, Brighter Future**

# What's Happening

**Registration for the Virtual 2021 CC Global Summit Is Now Open**

Exciting news! Registration for the virtual 2021 CC Global Summit is now open!  It's a special year because Creative Commons is turning 20! The 2021 CC Global Summit is shaping up to be one of our biggest, boldest events yet, so join us 20-24 September for a week of discussion, collaboration, creativity and community building. … Read More "Registration for the Virtual 2021 CC Global Summit Is Now Open"

Events

## Open Minds Podcast: Matt Mullenweg of Automattic

About CC

## Reflections from my first year as Creative Commons' CEO

About CC

## **Open Minds Podcast: Albert Wenger of Union Square Ventures**

About CC

## **CC Search to Join WordPress**

Technology
More News

- **Donate to help keep the internet free and open!**
  -

-  $25
  - $50
  - $75
  - $100
  - Other

- 
- 
- 
- Email

This field is for validation purposes and should be left unchanged.

Next

# The growing commons

**2 billion works and counting**. Explore these featured Creative Commons Licensed resources below — from literary works, to videos, photos, audio, open education, scientific research and more! Or you can share your work, and help light up the global commons!

Music

Rough Patches by Solstar is licensed under CC BY SA 4.0



Photo

Hummingbird by PD Photo.org is licensed under Public Domain



John Wood Community College: SLF 120 Introduction to Small Farm Viability

Education Material

[John Wood Community College: SLF 120 Introduction to Small Farm Viability](#) by [Jeff Bash](#) is licensed under [CC BY 4.0](#)

Education Material

[Biology](#) by [OpenStax College](#) is licensed under [CC BY 4.0](#)

Photo

[The first step towards getting somewhere is to decide that you're not staying where you are](#) by [Oscar Nilsson](#) is licensed under [CC BY ND 3.0](#)

Education Material

[Open Building Institute](#) is licensed under [CC BY-SA](#)

Music

[Cylinders](#) by [Chris Zabriskie](#) is licensed under [CC BY 3.0](#)

Arts / Culture

[Colourful bird](#) by [Bairei, Kôno,](#) [Aoki Kôsaburô](#) via [Rijks museum](#) in [Public Domain](#)

Scientific Research

**The Encultured Brain** Edited by **Daniel Lende** and **Greg Downey**, and published by **MIT Press**

PLOS Publications

Scientific Research

Works published by **PLOS** are licensed under **CC BY**

3D Model

**Granite head of Amenemhat III** from **The British Museum** is licensed under **CC BY 4.0**

Zero Sum Game – SL Huang

Book

**Zero Sum Game** by **SL Huang** is licensed under **CC BY-NC-SA**

Education Material

Parable of the Polygons by **Vi Hart** and **Nicky Case** is licensed under **CC0**

Tool

[Open Attribute](#) is licensed under a [CC BY 3.0](#)

Video

[potus 3012](#) from [beeple](#) on [Vimeo](#) is licensed under [CC BY 3.0](#)

Education Material

[Chemical structure of Ribose and Deoxyribose](#) by [Genetics Education](#) is licensed under [CC BY 2.0](#)

- [Contact](#)
- [Privacy](#)
- [Policies](#)
- [Terms](#)

Search for: Search

**[We'd love to hear from you!](#)**

*Creative Commons*
*PO Box 1866, Mountain View, CA 94042*

- info@creativecommons.org
- 1-415-429-6753
- 

Except where otherwise noted, content on this site is licensed under a Creative Commons Attribution 4.0 International license. Icons by The Noun Project.

Website by Affinity Bridge.

Search for: Search

- Contact
- Privacy
- Policies
- Terms

Search for: Search

**We'd love to hear from you!**

*Creative Commons*
*PO Box 1866, Mountain View, CA 94042*

- info@creativecommons.org
- 1-415-429-6753
- 

Except where otherwise noted, content on this site is licensed under a Creative Commons Attribution 4.0 International license. Icons by The Noun Project.

Website by Affinity Bridge.

Search for: Search

[Creative Commons](#)



# Creative Commons Legal Code

## Attribution 3.0 Unported

CREATIVE COMMONS CORPORATION IS NOT A LAW FIRM AND DOES NOT PROVIDE LEGAL SERVICES. DISTRIBUTION OF THIS LICENSE DOES NOT CREATE AN ATTORNEY-CLIENT RELATIONSHIP. CREATIVE COMMONS PROVIDES THIS INFORMATION ON AN "AS-IS" BASIS. CREATIVE COMMONS MAKES NO WARRANTIES REGARDING THE INFORMATION PROVIDED, AND DISCLAIMS LIABILITY FOR DAMAGES RESULTING FROM ITS USE.

### *License*

THE WORK (AS DEFINED BELOW) IS PROVIDED UNDER THE TERMS OF THIS CREATIVE COMMONS PUBLIC LICENSE ("CCPL" OR "LICENSE"). THE WORK IS PROTECTED BY COPYRIGHT AND/OR OTHER APPLICABLE LAW. ANY USE OF THE WORK OTHER THAN AS AUTHORIZED UNDER THIS LICENSE OR COPYRIGHT LAW IS PROHIBITED.

BY EXERCISING ANY RIGHTS TO THE WORK PROVIDED HERE, YOU ACCEPT AND AGREE TO BE BOUND BY THE TERMS OF THIS LICENSE. TO THE EXTENT THIS LICENSE MAY BE CONSIDERED TO BE A CONTRACT, THE LICENSOR GRANTS YOU THE RIGHTS CONTAINED HERE IN CONSIDERATION OF YOUR ACCEPTANCE OF SUCH TERMS AND CONDITIONS.

### 1. Definitions

a. **"Adaptation"** means a work based upon the Work, or upon the Work and other pre-existing works, such as a translation, adaptation, derivative work, arrangement of music or other alterations of a literary or artistic work, or phonogram or performance and includes cinematographic adaptations or any other form in which the Work may be recast, transformed, or adapted including in any form recognizably derived from the original, except that a work that constitutes a Collection will not be considered an Adaptation for the purpose of this License. For the avoidance of doubt, where the Work is a musical work, performance or phonogram, the synchronization of the Work in timed-relation with a moving image ("synching") will be considered an Adaptation for the purpose of this License.

751

b. **"Collection"** means a collection of literary or artistic works, such as encyclopedias and anthologies, or performances, phonograms or broadcasts, or other works or subject matter other than works listed in Section 1(f) below, which, by reason of the selection and arrangement of their contents, constitute intellectual creations, in which the Work is included in its entirety in unmodified form along with one or more other contributions, each constituting separate and independent works in themselves, which together are assembled into a collective whole. A work that constitutes a Collection will not be considered an Adaptation (as defined above) for the purposes of this License.

c. **"Distribute"** means to make available to the public the original and copies of the Work or Adaptation, as appropriate, through sale or other transfer of ownership.

d. **"Licensor"** means the individual, individuals, entity or entities that offer(s) the Work under the terms of this License.

e. **"Original Author"** means, in the case of a literary or artistic work, the individual, individuals, entity or entities who created the Work or if no individual or entity can be identified, the publisher; and in addition (i) in the case of a performance the actors, singers, musicians, dancers, and other persons who act, sing, deliver, declaim, play in, interpret or otherwise perform literary or artistic works or expressions of folklore; (ii) in the case of a phonogram the producer being the person or legal entity who first fixes the sounds of a performance or other sounds; and, (iii) in the case of broadcasts, the organization that transmits the broadcast.

f. **"Work"** means the literary and/or artistic work offered under the terms of this License including without limitation any production in the literary, scientific and artistic domain, whatever may be the mode or form of its expression including digital form, such as a book, pamphlet and other writing; a lecture, address, sermon or other work of the same nature; a dramatic or dramatico-musical work; a choreographic work or entertainment in dumb show; a musical composition with or without words; a cinematographic work to which are assimilated works expressed by a process analogous to cinematography; a work of drawing, painting, architecture, sculpture, engraving or lithography; a photographic work to which are assimilated works expressed by a process analogous to photography; a work of applied art; an illustration, map, plan, sketch or three-dimensional work relative to geography, topography, architecture or science; a performance; a broadcast; a phonogram; a compilation of data to the extent it is protected as a copyrightable work; or a work performed by a variety or circus performer to the extent it is not otherwise considered a literary or artistic work.

g. **"You"** means an individual or entity exercising rights under this License who has not previously violated the terms of this License with respect to the Work, or who has received express permission from the Licensor to exercise rights under this License despite a previous violation.

h. **"Publicly Perform"** means to perform public recitations of the Work and to communicate to the public those public recitations, by any means or process, including by wire or wireless means or public digital performances; to make available to the public Works in such a way that members of the public may access these Works from a place and at a place individually chosen by them; to perform the Work to the public by any means or process and the communication to the public of the performances of the Work, including by public digital performance; to broadcast and rebroadcast the Work by any means including signs, sounds or images.

i. **"Reproduce"** means to make copies of the Work by any means including without limitation by sound or visual recordings and the right of fixation and reproducing fixations of the Work, including storage of a protected performance or phonogram in digital form or other electronic medium.

**2. Fair Dealing Rights.** Nothing in this License is intended to reduce, limit, or restrict any uses free from copyright or rights arising from limitations or exceptions that are provided for in connection with the copyright protection under copyright law or other applicable laws.

**3. License Grant.** Subject to the terms and conditions of this License, Licensor hereby grants You a worldwide, royalty-free, non-exclusive, perpetual (for the duration of the applicable copyright) license to exercise the rights in the Work as stated below:

a. to Reproduce the Work, to incorporate the Work into one or more Collections, and to Reproduce the Work as incorporated in the Collections;
b. to create and Reproduce Adaptations provided that any such Adaptation, including any translation in any medium, takes reasonable steps to clearly label, demarcate or otherwise identify that changes were made to the original Work. For example, a translation could be marked "The original work was translated from English to Spanish," or a modification could indicate "The original work has been modified.";
c. to Distribute and Publicly Perform the Work including as incorporated in Collections; and,
d. to Distribute and Publicly Perform Adaptations.
e. For the avoidance of doubt:
   i. **Non-waivable Compulsory License Schemes**. In those jurisdictions in which the right to collect royalties through any statutory or compulsory licensing scheme cannot be waived, the Licensor reserves the exclusive right to collect such royalties for any exercise by You of the rights granted under this License;
   ii. **Waivable Compulsory License Schemes**. In those jurisdictions in which the right to collect royalties through any statutory or compulsory licensing scheme can be waived, the Licensor waives the exclusive right to collect such royalties for any exercise by You of the rights granted under this License; and,
   iii. **Voluntary License Schemes**. The Licensor waives the right to collect royalties, whether individually or, in the event that the Licensor is a member of a collecting society that administers voluntary licensing schemes, via that society, from any exercise by You of the rights granted under this License.

The above rights may be exercised in all media and formats whether now known or hereafter devised. The above rights include the right to make such modifications as are technically necessary to exercise the rights in other media and formats. Subject to Section 8(f), all rights not expressly granted by Licensor are hereby reserved.

**4. Restrictions.** The license granted in Section 3 above is expressly made subject to and limited by the following restrictions:

a. You may Distribute or Publicly Perform the Work only under the terms of this License. You must include a copy of, or the Uniform Resource Identifier (URI) for, this License with every copy of the Work You Distribute or Publicly Perform. You may not offer or impose any terms on the Work that restrict the terms of this License or the ability of the recipient of the Work to exercise the rights granted to that recipient under the terms of the License. You may not sublicense the Work. You must keep intact all notices that refer to this License and to the disclaimer of warranties with every copy of the Work You Distribute or Publicly Perform. When You Distribute or Publicly Perform the Work, You may not impose any effective technological measures on the Work that restrict the ability of a recipient of the Work from You to exercise the rights granted to that recipient under the terms of the License. This Section 4(a) applies to the Work as incorporated in a Collection, but this does not require the Collection apart from the Work itself to be made subject to the terms of this License. If You create a Collection, upon notice from any Licensor You must, to the extent practicable, remove from the Collection any credit as required by Section 4(b), as requested. If You create an Adaptation, upon notice from any Licensor You must, to the extent practicable, remove from the Adaptation any credit as required by Section 4(b), as requested.

b. If You Distribute, or Publicly Perform the Work or any Adaptations or Collections, You must, unless a request has been made pursuant to Section 4(a), keep intact all copyright notices for the Work and provide, reasonable to the medium or means You are utilizing: (i) the name of the Original Author (or pseudonym, if applicable) if supplied, and/or if the Original Author and/or Licensor designate another party or parties (e.g., a sponsor institute, publishing entity, journal) for attribution ("Attribution Parties") in Licensor's copyright notice, terms of service or by other reasonable means, the name of such party or parties; (ii) the title of the Work if supplied; (iii) to the extent reasonably practicable, the URI, if any, that Licensor specifies to be associated with the Work, unless such URI does not refer to the copyright notice or licensing information for the Work; and (iv) , consistent with Section 3(b), in the case of an Adaptation, a credit identifying the use of the Work in the Adaptation (e.g., "French translation of the Work by Original Author," or "Screenplay based on original Work by Original Author"). The credit required by this Section 4 (b) may be implemented in any reasonable manner; provided, however, that in the case of a Adaptation or Collection, at a minimum such credit will appear, if a credit for all contributing authors of the Adaptation or Collection appears, then as part of these credits and in a manner at least as prominent as the credits for the other contributing authors. For the avoidance of doubt, You may only use the credit required by this Section for the purpose of attribution in the manner set out above and, by exercising Your rights under this License, You may not implicitly or explicitly assert or imply any connection with, sponsorship or endorsement by the Original Author, Licensor and/or Attribution Parties, as appropriate, of You or Your use of the Work, without the separate, express prior written permission of the Original Author, Licensor and/or Attribution Parties.

c. Except as otherwise agreed in writing by the Licensor or as may be otherwise permitted by applicable law, if You Reproduce, Distribute or Publicly Perform the Work either by itself or as part of any Adaptations or Collections, You must not distort, mutilate, modify or take other derogatory action in relation to the Work which would be prejudicial to the Original Author's honor or reputation. Licensor agrees that in those jurisdictions (e.g. Japan), in which any exercise of the right granted in Section 3(b) of this License (the

**754**

right to make Adaptations) would be deemed to be a distortion, mutilation, modification or other derogatory action prejudicial to the Original Author's honor and reputation, the Licensor will waive or not assert, as appropriate, this Section, to the fullest extent permitted by the applicable national law, to enable You to reasonably exercise Your right under Section 3(b) of this License (right to make Adaptations) but not otherwise.

## 5. Representations, Warranties and Disclaimer

UNLESS OTHERWISE MUTUALLY AGREED TO BY THE PARTIES IN WRITING, LICENSOR OFFERS THE WORK AS-IS AND MAKES NO REPRESENTATIONS OR WARRANTIES OF ANY KIND CONCERNING THE WORK, EXPRESS, IMPLIED, STATUTORY OR OTHERWISE, INCLUDING, WITHOUT LIMITATION, WARRANTIES OF TITLE, MERCHANTIBILITY, FITNESS FOR A PARTICULAR PURPOSE, NONINFRINGEMENT, OR THE ABSENCE OF LATENT OR OTHER DEFECTS, ACCURACY, OR THE PRESENCE OF ABSENCE OF ERRORS, WHETHER OR NOT DISCOVERABLE. SOME JURISDICTIONS DO NOT ALLOW THE EXCLUSION OF IMPLIED WARRANTIES, SO SUCH EXCLUSION MAY NOT APPLY TO YOU.

**6. Limitation on Liability.** EXCEPT TO THE EXTENT REQUIRED BY APPLICABLE LAW, IN NO EVENT WILL LICENSOR BE LIABLE TO YOU ON ANY LEGAL THEORY FOR ANY SPECIAL, INCIDENTAL, CONSEQUENTIAL, PUNITIVE OR EXEMPLARY DAMAGES ARISING OUT OF THIS LICENSE OR THE USE OF THE WORK, EVEN IF LICENSOR HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES.

## 7. Termination

a. This License and the rights granted hereunder will terminate automatically upon any breach by You of the terms of this License. Individuals or entities who have received Adaptations or Collections from You under this License, however, will not have their licenses terminated provided such individuals or entities remain in full compliance with those licenses. Sections 1, 2, 5, 6, 7, and 8 will survive any termination of this License.

b. Subject to the above terms and conditions, the license granted here is perpetual (for the duration of the applicable copyright in the Work). Notwithstanding the above, Licensor reserves the right to release the Work under different license terms or to stop distributing the Work at any time; provided, however that any such election will not serve to withdraw this License (or any other license that has been, or is required to be, granted under the terms of this License), and this License will continue in full force and effect unless terminated as stated above.

## 8. Miscellaneous

a. Each time You Distribute or Publicly Perform the Work or a Collection, the Licensor offers to the recipient a license to the Work on the same terms and conditions as the license granted to You under this License.

b. Each time You Distribute or Publicly Perform an Adaptation, Licensor offers to the recipient a license to the original Work on the same terms and conditions as the license granted to You under this License.

c. If any provision of this License is invalid or unenforceable under applicable law, it shall not affect the validity or enforceability of the remainder of the terms of this License, and without further action by the parties to this agreement, such provision shall be reformed to the minimum extent necessary to make such provision valid and enforceable.

d. No term or provision of this License shall be deemed waived and no breach consented to unless such waiver or consent shall be in writing and signed by the party to be charged with such waiver or consent.

e. This License constitutes the entire agreement between the parties with respect to the Work licensed here. There are no understandings, agreements or representations with respect to the Work not specified here. Licensor shall not be bound by any additional provisions that may appear in any communication from You. This License may not be modified without the mutual written agreement of the Licensor and You.

f. The rights granted under, and the subject matter referenced, in this License were drafted utilizing the terminology of the Berne Convention for the Protection of Literary and Artistic Works (as amended on September 28, 1979), the Rome Convention of 1961, the WIPO Copyright Treaty of 1996, the WIPO Performances and Phonograms Treaty of 1996 and the Universal Copyright Convention (as revised on July 24, 1971). These rights and subject matter take effect in the relevant jurisdiction in which the License terms are sought to be enforced according to the corresponding provisions of the implementation of those treaty provisions in the applicable national law. If the standard suite of rights granted under applicable copyright law includes additional rights not granted under this License, such additional rights are deemed to be included in the License; this License is not intended to restrict the license of any rights under applicable law.

## Creative Commons Notice

Creative Commons is not a party to this License, and makes no warranty whatsoever in connection with the Work. Creative Commons will not be liable to You or any party on any legal theory for any damages whatsoever, including without limitation any general, special, incidental or consequential damages arising in connection to this license. Notwithstanding the foregoing two (2) sentences, if Creative Commons has expressly identified itself as the Licensor hereunder, it shall have all rights and obligations of Licensor.

Except for the limited purpose of indicating to the public that the Work is licensed under the CCPL, Creative Commons does not authorize the use by either party of the trademark "Creative Commons" or any related trademark or logo of Creative Commons without the prior written consent of Creative Commons. Any permitted use will be in compliance with Creative Commons' then-current trademark usage guidelines, as may be published on its website or otherwise made available upon request from time to time. For the avoidance of doubt, this trademark restriction does not form part of this License.

Creative Commons may be contacted at https://creativecommons.org/.

« Back to Commons Deed



YouTube Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunity

# Fair use on YouTube

Fair use is a legal doctrine that says you can reuse copyright-protected material under certain circumstances without getting permission from the copyright owner.

## Fair use guidelines

Different countries have different rules about when it's OK to use material without the copyright owner's permission. For example, in the United States, works of commentary, criticism, research, teaching, or news reporting may be considered fair use. Some other countries have a similar concept called fair dealing that may work differently.

Courts look over potential fair use cases according to the facts of each specific case. You'll probably want to get legal advice from an expert before uploading videos that contain copyright-protected material.

## The four factors of fair use

In the United States, judges decide what's considered fair use. A judge will consider how the four factors of fair use apply to each specific case. The four factors of fair use are:

## 1. The purpose and character of the use, including whether such use is of commercial nature or is for nonprofit educational purposes

Courts typically focus on whether the use of copyright-protected material is "transformative." This means whether the use adds new expression or meaning to the original material, or whether it merely copies from the original.

Commercial uses are less likely to be considered fair use, but it's still possible to monetize a video that contains fair use material.

## 2. The nature of the copyrighted work

Using material from primarily factual works is more likely to be fair use than using purely fictional works.

## 3. The amount and substantiality of the portion used in relation to the copyrighted work as a whole

Borrowing small bits of material from an original work is more likely to be considered fair use than borrowing large portions. But, if what's borrowed is considered the "heart" of the work, sometimes even a small sampling may weigh against fair use.

## 4. The effect of the use upon the potential market for, or value of, the copyrighted work

Uses that harm the copyright owner's ability to profit from their original work are less likely to be fair uses. Courts have sometimes made an exception under this factor in cases involving parodies.

# Example of fair use

"Donald Duck Meets Glenn Beck in Right Wing Radio Duck"

by rebelliouspixels

This remix combines short excerpts from different source materials. The remixes create a new message about the effect of provocative rhetoric in times of economic crisis. Works that create new meaning for the source material may be considered fair use.

# YouTube's fair use protection

YouTube gets many takedown requests to remove videos that copyright owners claim are infringing under copyright law. Sometimes these requests target videos that seem like clear examples of fair use. Courts have decided that copyright owners must

759

consider fair use before they send a copyright takedown notice. Because of this, we often ask copyright owners to confirm they've done this analysis.

In rare cases, we've asked creators to join an initiative that protects some examples of "fair use" on YouTube from copyright takedown requests. Through this initiative, YouTube indemnifies creators whose fair use videos have been subject to takedown notices for up to $1 million of legal costs in the event the takedown results in a copyright infringement lawsuit. The goal of this initiative is to make sure these creators have a chance to protect their work. It also aims to improve the creative world by educating on both the importance and limits of fair use.

## Examples of YouTube's fair use protection

For more examples, check out our fair use protection playlist.
Note: If you're in the US, you can watch the videos we've protected in this playlist. Unfortunately, if you're outside the US, you can't view the videos in this playlist.

These example videos represent a small sampling of the large amount of copyright takedown requests we get. They also represent only a few of the large number of potential fair use videos that are subject to takedowns.

Each year, YouTube can offer fair use protection to only a few videos, which are chosen based on many factors. In general, we select videos that best demonstrate fair use based on the four factors of fair use listed above.

If your video is chosen for this initiative, we'll let you know. It's not necessary to reach out to us asking to protect your video. If we can offer you this protection, we'll get in touch with you.

## Reinstated videos

While YouTube can't offer a legal defense to everyone, we remain vigilant about takedown notices impacting all creators. You may be aware of some notable cases where we've asked copyright owners to reconsider takedowns and reinstate fair use videos. For example:

- This video by the Young Turks, which shows short clips from a heavily criticized commercial as part of a conversation on why it offended viewers.
- This video by Secular Talk, which criticizes a political figure for endorsing an unproven treatment for diabetes.
- Buffy vs Edward: Twilight Remixed -- [original version], a remix video that compares the ways women are portrayed in two vampire-related works targeted at teens.
- "No Offense", a video uploaded by the National Organization for Marriage, which uses a clip of a celebrity as an example of rude behavior.

760

More info

If you'd like to learn more about fair use, there are many resources available online. The following sites are for educational purposes only and are not endorsed by YouTube:

- The Center for Media and Social Impact's "Code of Best Practices in Fair Use for Online Video"
- The Digital Media Law Project's detailed explanation of the Four Factors
- The US Copyright Office's fair use index

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

# Copyright and rights management

- What is copyright?
- Frequently asked copyright questions
- Creative Commons
- Fair use on YouTube
- Frequently asked questions about fair use
- Music in this video

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français

9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- [Help Center](Help Center)

- o [Fix a problem](#)

- o [Watch videos](#)

- o [Manage your account & settings](#)

- o [Supervised experience on YouTube](#)

- o [Join & manage YouTube Premium](#)

- o [Create & grow your channel](#)

- o [Monetize with the YouTube Partner Program](#)

- o [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)


- [YouTube Terms of Service](#)


- [Submit feedback](#)


Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program

Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows

Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues

Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube

YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content ManagersYouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management


# What is the issue with this selection?



Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links



Other suggestions - ideas to improve the content

## Share additional info or suggestions



Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.

Back

Skip navigation

Search

Sign in
Home

Explore

Subscriptions

Library

History

Sign in to like videos, comment, and subscribe. Sign in

# Best of YouTube

Music

Sports

Gaming

Movies & Shows

News

Live

Fashion & Beauty

Learning

Spotlight

360° Video

Browse channels

## More from YouTube

[YouTube Premium](#)

[Live](#)

[Settings](#)

[Report history](#)

Help
Send feedback

© 2021 Google LLC

PLAY ALL

# Fair Use Protection

8 videos21,881 viewsLast updated on Aug 21, 2017
Unlisted

Show more



[YouTube](#)
Subscribe
1



0:31 Now playing

## Fracking Next Door

Halt the Harm
•
2



5:06 Now playing

## RAGING CITIZENS/THE SIMPLEST GAME - Everything Is Not Perfect

Jim Sterling
•
3



1:24 Now playing

## Speedebunking: Mister UFO

UFO Theater
•
4



3:17 Now playing

## Questionable questions

ProChoiceOh
•
5



5:37 Now playing

## Rachel Dolezal White NAACP President Passing As Black

KevOnStage
•
6



3:02 Now playing

## BugPAC: The Campaign to Reclaim State College

Vote BugPAC
•
7



4:46 Now playing

## Lift Busters: Do Elevation Training Masks Work? High Altitude Mask / Oxygen Mask

Brian Schmitt
•
8



9:09 Now playing

## Uwe Boll: The Rise And Fall Of The Worst Director Ever

captainmidnight
•
Info
Shopping
Tap to unmute



NaN / NaN
NaN / NaN



YouTube Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunity

# Frequently asked questions about fair use

Fair use is a legal doctrine that says you can reuse copyright-protected material under certain circumstances without getting the copyright owner's permission.

There aren't any magic words to automatically apply fair use. When you use someone else's copyrighted work, there's no guarantee that you're protected under fair use.

## Common fair use questions

How does fair use work?
In the United States, a judge reviews a specific case based on a set of principles to decide if fair use applies. Different countries/regions have different rules about when it's OK to use material without the copyright owner's permission. For example, in the United States, works of commentary, criticism, research, teaching, or news reporting might be considered fair use. Some other countries have a similar idea called fair dealing that may work differently.
What constitutes fair use?

1. The purpose and character of the use, including whether such use is of commercial nature or is for nonprofit educational purposes

Courts typically focus on whether the use is "transformative." That is, whether it adds new expression or meaning to the original, or whether it merely copies from the original. Commercial uses are less likely to be considered fair, though it's possible to monetize a video and still be fair use.

2. The nature of the copyright work

Using material from primarily factual works is more likely to be fair than using purely fictional works.

3. The amount and substantiality of the portion used in relation to the copyrighted work as a whole

Borrowing small bits of material from an original work is more likely to be considered fair use than borrowing large portions. However, if it's the "heart" of the work, even a small amount may weigh against fair use in some situations.

4. The effect of the use upon the potential market for, or value of, the copyrighted work

Uses that harm the copyright owner's ability to profit from their original work are less likely to be fair uses. Courts have sometimes made an exception under this factor in cases involving parodies.

When does fair use apply?
Crediting the copyright owner, posting a disclaimer like "no infringement intended," or adding original content to someone else's content doesn't automatically make something fair use. Uses that try to substitute the original work instead of commenting on or criticizing it are unlikely to be considered fair uses.
How does Content ID work with fair use?

If you upload a video containing copyrighted content without the copyright owner's permission, you could end up with a Content ID claim. The claim will keep you from monetizing the video, even if you only use a few seconds, such as short uses of popular songs.

Automated systems like Content ID can't decide fair use because it's a subjective, case-by-case decision that only courts can make. While we can't decide on fair use or mediate copyright disputes, fair use can still exist on YouTube. If you believe that your video falls under fair use, you can defend your position through the Content ID dispute process. This decision shouldn't be taken lightly. Sometimes, you may need to carry that dispute through the appeal and DMCA counter notification process.

If both you and the claimant try to monetize a video under dispute, the video will still monetize until the dispute is resolved. Then, we'll pay out the accrued earnings to the appropriate party.

## Options you can take to resolve claims outside the dispute process

The easiest way to deal with Content ID claims is to avoid them in the first place. Don't use  copyrighted material unless it's essential to your video. Check out the YouTube Audio Library for music that's free to use in your videos. If you choose to get music from other royalty-free or licensing sites, be sure to read the terms and conditions

carefully. Some of these services may not give rights to use or monetize the music on YouTube, so you could still end up with a Content ID claim.

If you get a Content ID claim for music that isn't essential to your video, try removing it or swapping it out with copyright-safe tracks from the Audio Library. You can also always upload an entirely new edit of the video without the claimed content at a new URL.

## Am I protected by fair use if...

I gave credit to the copyright owner?

Transformativeness is usually key in the fair use analysis. Giving credit to the owner of a copyrighted work won't by itself turn a non-transformative copy of their material into fair use. Phrases like "all rights go to the author" and "I do not own" don't automatically mean you're making fair use of that material. They also don't mean you have the copyright owner's permission.

I posted a disclaimer on my video?
There aren't any magic words to automatically apply fair use when you use someone else's copyrighted work. Including the phrase "no infringement intended" won't automatically protect you from a claim of copyright infringement.
I'm using the content for "entertainment" or "non-profit" uses?

Courts will carefully review the purpose of your use in evaluating whether it's fair. Declaring your upload to be "for entertainment purposes only," for example, is unlikely to tip the scales in the fair use balancing test. Similarly, "non-profit" uses are favored in the fair use analysis, but it's not an automatic defense by itself.

I added original material I created to someone else's copyright work?
Even if you've added something to someone else's content, your use might still not be considered a fair one. If your creation doesn't add new expression, meaning, or message to the original, it probably isn't fair use. As with all the other cases discussed here, courts will consider all four factors of the fair use test, including the quantity of the original used.

## Resources

If you'd like to learn more about fair use, there are lots of resources available online. The following sites are for educational purposes only and are not endorsed by YouTube:

- The Center for Media and Social Impact's "Code of Best Practices in Fair Use for Online Video"
- The Digital Media Law Project's detailed explanation of the Four Factors

- The US Copyright Office's Fair Use Index

  Give feedback about this article
  Choose a section to give feedback on

  Was this helpful?
  YesNo

  

  Submit

# Copyright and rights management

- What is copyright?
- Frequently asked copyright questions
- Creative Commons
- Fair use on YouTube
- Frequently asked questions about fair use
- Music in this video

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk

17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- [Help Center](#)

  o [Fix a problem](#)

- o [Watch videos](#)

- o [Manage your account & settings](#)

- o [Supervised experience on YouTube](#)

- o [Join & manage YouTube Premium](#)

- o [Create & grow your channel](#)

- o [Monetize with the YouTube Partner Program](#)

- o [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program

Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows

Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues

Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube

YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content ManagersYouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

# What is the issue with this selection?

Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

# Share additional info or suggestions



Do not share any personal info
Cancel
Submit
By continuing, you agree Google uses your answers, account & system info to improve
services, per our Privacy & Terms.



YouTube Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunity

# Music in this video

When you're watching a video that contains music, there may be a section in the video's description called "Music in this video." This section shows info about the music heard in the video, like song and artist names.

YouTube automatically adds this info to some videos when they're claimed by one of YouTube's copyright management tools, like Content ID.

"Music in this video" may show links to music videos or other official content so you can discover songs and artists you haven't heard before.

## FAQs

## What does "Licensed to YouTube by" mean?

The names next to "Licensed to YouTube by" are the copyright owners who have agreed with YouTube to allow identified music to be used in videos. With this license agreement, they also share the revenue those videos earn on YouTube.

For example, if there's an ad on a video with music, the copyright owners listed next to"Licensed to YouTube by" get a share of the revenue generated by that ad, in accordance with YouTube's Terms of Service.

Sometimes there can be many copyright owners sharing the revenue for a single song. You might notice music labels and publishers you recognize or some "music rights societies" and "collecting societies." These organizations collect royalties on behalf of copyright owners, who are members of the organizations. YouTube has license

agreements with these organizations and shares revenue with them for videos they claim. Learn more.

# Why is some info missing from "Music in this video?"

Info in the "Music in this video" section only appears when there's accurate, high quality data available. We're continually working with our music industry partners to add more data and improve the quality and accuracy of the info we have.

For videos that contain many songs, info about the first ten songs will appear under "Music in this video."

# What if I hear my song in a video, but don't see "Music in this video" info?

"Music in this video" may not appear for a few reasons:

- YouTube doesn't have sufficient data from the copyright owner.
- Your music hasn't been identified yet.
- The video was recently claimed and the info hasn't populated yet.

Working with a record label, music publisher, or collection society who manages copyright on your behalf? You may wish to get in touch with them to confirm what info was sent to YouTube. This info should include identifiers like ISRCs, ISWCs, UPCs, and ISNIs.

# What if my song is listed, but the data is wrong?

If you're a recording artist or songwriter and your song has been identified with incorrect or incomplete info, you can:

- Send us feedback using our feedback form to help us improve our data quality.
- Make sure you and your songs are registered with the ISNI Authority. Registering can help us confirm we have the best data to represent you and your music.

Working with a record label, music publisher, or collection society who manages copyright on your behalf? You may wish to get in touch with them to confirm what info was sent to YouTube. This info should include identifiers like ISRCs, ISWCs, UPCs, and ISNIs.

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo

780

7/15/22, 5:10 PM

# Copyright claim basics



What is a Content ID claim?

Copyright strike basics

Dispute a Content ID claim

Submit a copyright counter notification

Monetization during Content ID disputes

What is a manual claim?

Requirements for counter notifications

The difference between copyright takedowns and Content ID claims

781



YouTube Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunity

# What is a Content ID claim?

If you upload a video that contains copyright-protected content, your video could get a Content ID claim. These claims are automatically generated when an uploaded video matches another video (or part of another video) in our Content ID system.

Copyright owners can set Content ID to block uploads that match a copyrighted work they own the rights to. They can also allow the claimed content to remain on YouTube with ads. In these cases, the advertising revenue goes to the copyright owners of the claimed content.

## How do I know if my video has a Content ID claim?

When a Content ID claims your video, you'll get an email from YouTube. To find more details about the claims on your videos:

1. Sign in to YouTube Studio.
2. From the left menu, click Content.
3. In the Restrictions column, if a video has a claim on it, it will be labeled Copyright claim.
4. Hover over Copyright claim in the Restrictions column and click SEE DETAILS.
5. Click the Down arrow ▤ to expand the claim details.
6. Under the Content found during section, click the timestamp to play the segment claimed by Content ID.

You can also filter to get a list of videos that have claims on them by clicking Filter ▤ ▤ Copyright claims.

## Am I in trouble if my video has a Content ID claim?

Probably not. Content ID claims usually mean we found content on your YouTube channel that someone else owns.

Copyright owners are the ones who decide whether other people can reuse their copyrighted content. They often allow their content to be used in YouTube videos in exchange for having ads run on those videos. Ads might play before the video or during it (if the video is longer than 8 minutes).

If copyright owners don't want their content reused, they can:

- Block a video: Copyright owners may choose to block your video, which means people can't watch it. Your video could be blocked worldwide or just in certain countries/regions.
- Restrict certain platforms: Copyright owners may choose to restrict the apps or websites where their content appears. These restrictions won't change the availability of your video on YouTube.

## What can I do if my video has a Content ID claim?

Depending on the situation, you have a few options to choose from if you get a Content ID claim:

- Do nothing: If you agree with the claim, you can leave it as is. You can also change your mind later.
- Share revenue: If you're in the YouTube Partner Program and claimed music is in your video, you may be able to share revenue with the music publisher. Learn more.
- Dispute the claim: If you believe the claim made on your video is incorrect, you can dispute it. Learn how to dispute a Content ID claim.

If you dispute a claim without a valid reason, the content owner may request a take down of your video. If we get a valid takedown request for your video, your account will get a copyright strike. Learn more about copyright strikes.

You can also remove claimed content without having to upload a new video. If done successfully, any of the options below will automatically release the associated claim:

- Trim out a segment: You can remove just the claimed segment from your video in YouTube Studio. Learn how to trim out a segment.
- Replace the song (audio claims only): If the music in your video is claimed, you may be able to replace your audio track with free-to-use music from the YouTube Audio Library. Learn how to replace a song.
- Mute a song (audio claims only): This option lets you mute the claimed song in your video. You can choose whether to mute just the song or all audio in the video. Learn how to mute a song.

783

# More info

- How Content ID works
- Copyright strike basics
- Changes to account standing
- Who claimed my video?
- Dispute a Content ID claim
- Copyright issues with live streams

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

# Copyright claim basics

- What is a Content ID claim?
- Copyright strike basics
- Dispute a Content ID claim
- Submit a copyright counter notification
- Monetization during Content ID disputes
- What is a manual claim?
- Requirements for counter notifications
- The difference between copyright takedowns and Content ID claims

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino

784

8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文 （简体）
38. 中文 （繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

**785**

- [Help Center](#)

  - [Fix a problem](#)

  - [Watch videos](#)

  - [Manage your account & settings](#)

  - [Supervised experience on YouTube](#)

  - [Join & manage YouTube Premium](#)

  - [Create & grow your channel](#)

  - [Monetize with the YouTube Partner Program](#)

  - [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program

Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows

Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues

Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube

YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers

YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

# What is the issue with this selection?

Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

787

Irrelevant - doesn't match the title and / or my expectations



Minor errors - formatting issues, typos, and / or broken links



Other suggestions - ideas to improve the content

## Share additional info or suggestions



Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.



YouTube Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunity

# Copyright strike basics

This content is about copyright strikes. If you're looking for info about Community Guidelines strikes, which are different than copyright strikes, go to our Community Guideline strikes basics.

If you get a copyright strike, it means that a copyright owner submitted a complete and valid legal takedown request for using their copyright-protected content. When we get this type of formal notification, we take down your video to comply with copyright law.

A video can only have one copyright strike at a time. Keep in mind that videos can be removed from the site for reasons other than copyright. Also, Content ID claims don't result in a strike.

Deleting a video with a strike won't resolve your strike. Learn how to resolve a copyright strike below.

What happens when you get a copyright strike

We all make mistakes. When you get a copyright strike, it acts as a warning. The first time you get a copyright strike, you'll need to go through Copyright School. Copyright School helps creators understand copyright and how it's enforced at YouTube.

Copyright strikes may affect your ability to monetize. In addition, if your active live stream is removed for copyright, your access to live streaming will be restricted for 7 days.

If you get 3 copyright strikes:

- Your account, along with any associated channels, is subject to termination.

- All the videos uploaded to your account will be removed.
- You can't create new channels.

Courtesy Period

If your channel is part of the YouTube Partner Program, you're eligible for a 7 day courtesy period. After 3 copyright strikes, you'll have 7 additional days to act before your channel is disabled. During this period, your copyright strikes won't expire and you can't upload new videos. Your channel will remain live and you can access it to seek a resolution for your strikes. If you submit a counter notification, your channel won't be disabled while the counter notification is unresolved. If the counter notification is resolved in your favor, or the claim is retracted, your channel won't be impacted.

How to get info about your strike

1. Sign in to YouTube Studio.
2. From the left menu, click Content.
3. Filter  for Copyright claims.
4. Hover over "Copyright claim" in the Restrictions column and click SEE DETAILS.

Resolve a copyright strike

There are three ways to resolve a copyright strike:

1. Wait for it to expire: Copyright strikes expire after 90 days. If it's your first strike, you'll need to complete Copyright School.
2. Get a retraction: You can get in touch with the person who claimed your video and ask them to retract their claim of copyright infringement.
3. Submit a counter notification: If you think your video was removed by mistake, or qualifies as fair use, you can submit a counter notification.

# Watch to learn more

Check out the following video from the YouTube Creators channel to learn the basics of copyright strikes.

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo

Submit

# Copyright claim basics

- What is a Content ID claim?
- Copyright strike basics
- Dispute a Content ID claim
- Submit a copyright counter notification
- Monetization during Content ID disputes
- What is a manual claim?
- Requirements for counter notifications
- The difference between copyright takedowns and Content ID claims

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe

791

27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- [Help Center](#)

  - [Fix a problem](#)

  - [Watch videos](#)

  - [Manage your account & settings](#)

  - [Supervised experience on YouTube](#)

- o [Join & manage YouTube Premium](#)

- o [Create & grow your channel](#)

- o [Monetize with the YouTube Partner Program](#)

- o [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program
Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows

Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues

Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube

YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers

YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

# What is the issue with this selection?



Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

## Share additional info or suggestions

Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.



YouTube Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunity

# Dispute a Content ID claim

If you get a Content ID claim on your video that you believe is wrong, you can dispute the claim. For instance, if you have all the rights to the content in your video, or think the system misidentified your video, you can file a dispute. When you dispute a Content ID claim, the copyright owner will be notified and they'll have 30 days to respond.

If you got a copyright strike, use the process described in our article about copyright strikes, instead of the process described below in this article.

## Filing a dispute

Before you dispute a claim: Learn about the public domain, exceptions to copyright (such as fair use or fair dealing), and common questions about fair use before you file a dispute. YouTube can't help you decide whether you should dispute a claim. If you're not sure what to do, you may want to seek your own legal advice.

Disputes are only intended for cases where you have all the necessary rights to the content in your video. Repeated or malicious abuse of the dispute process can result in penalties against your video or channel.

If you and the claimant both choose to monetize the video, the video can still earn revenue during the dispute process. Learn how revenue is handled in Content ID disputes.

Dispute a claim

1. Sign in to YouTube Studio.
2. From the left menu, select Content 📄.

3. Find the video with the claim you want to dispute. To refine the list, click the filter bar 🖹 and select the filter Copyright claims.
4. In the "Restrictions" column, hover over "Copyright claim" and click SEE DETAILS.
5. Click SELECT ACTIONS 🖹 Dispute.

What happens after you dispute

After you submit your dispute, the copyright owner has 30 days to respond. There are a few actions the copyright owner can take:

- Release the claim: If they agree with your dispute, they can release their claim. If you were previously monetizing the video, your monetization settings will be restored automatically when all claims on your video are released.
- Reinstate the claim: If they believe their claim is still valid, they can reinstate it. If you feel it was mistakenly reinstated, you can appeal their decision.
- Take down your video: They can submit a copyright takedown request to remove your video from YouTube, which means you'll get a copyright strike on your account.
- Note: A video can get more than one Content ID claim or takedown request, but can only get one copyright strike at a time.
- Do nothing and let the claim expire: If the copyright owner doesn't respond within 30 days, their claim on your video will expire, and you don't need to do anything.

If you had ads running on the claimed video, you may want to learn more about monetization during Content ID disputes. If the copyright owner selected a policy to block or track your video, the policy may not apply while the dispute is resolved.

## Filing an appeal

If the copyright owner reinstates their claim and rejects your Content ID dispute, you can file an appeal.

Appeal rejected disputes

1. Sign in to YouTube Studio.
2. From the left menu, select Content 🖹.
3. Find the video with the reinstated claim you want to appeal.  To refine the list, click the filter bar 🖹 and select the filter Copyright claims.
4. In the "Restrictions" column, hover over "Copyright claim" and click SEE DETAILS.
5. Click SELECT ACTIONS 🖹 Appeal.

There might be restrictions that affect your ability to appeal, such as the age of your account. If you haven't already done so, you'll also need to verify your account. Check your channel's ability to appeal rejected disputes on your account features page.

## What happens after you appeal

After you appeal a rejected dispute, the copyright owner has 30 days to respond. After you appeal, there are a few actions the copyright owner can take:

- Do nothing and let the claim expire: If the copyright owner doesn't respond within 30 days, then their claim on your video will expire and you don't need to do anything.
- Release the claim: If the copyright owner agrees with your appeal, then they can release their claim and you don't need to do anything.
- Request immediate removal of your video: If they believe their claim is still valid, they may issue a copyright takedown request against your video. If this happens, you'll get a copyright strike on your account. If you still believe that you have the rights to the content, you can submit a counter notification.
- Note: A video can get more than one Content ID claim or takedown request, but can only get one copyright strike at a time.
- Schedule a takedown request for your video: If the copyright owner issues a scheduled copyright takedown request, you can cancel your appeal within 7 days. By canceling, you'll prevent the takedown and you won't get a copyright strike. The Content ID claim will remain active on your video. Learn more about the difference between copyright takedowns and Content ID claims.

## Cancel an appeal

If you change your mind, you can cancel your appeal after you've submitted it. To cancel an appeal:

1. Sign in to YouTube Studio.
2. From the left menu, select Content ▤.
3. Find the video with the claim you appealed. To refine the list, click the filter bar ▤ and select the filter Copyright claims.
4. In the "Restrictions" column, hover over "Copyright claim" and click SEE DETAILS.
5. Click SELECT ACTIONS ▤ Cancel appeal.

Keep in mind that once you cancel an appeal, the claim can't be appealed again.

---

# Get more help with Content ID

- What is a Content ID claim?
- Who claimed my video?
- How Content ID works
- Monetization during Content ID disputes

Give feedback about this article
Choose a section to give feedback on



Was this helpful?
YesNo

Submit

# Copyright claim basics

- What is a Content ID claim?
- Copyright strike basics
- Dispute a Content ID claim
- Submit a copyright counter notification
- Monetization during Content ID disputes
- What is a manual claim?
- Requirements for counter notifications
- The difference between copyright takedowns and Content ID claims

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk

17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- [Help Center](Help Center)

    o [Fix a problem](Fix a problem)

- o [Watch videos](#)

- o [Manage your account & settings](#)

- o [Supervised experience on YouTube](#)

- o [Join & manage YouTube Premium](#)

- o [Create & grow your channel](#)

- o [Monetize with the YouTube Partner Program](#)

- o [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program

Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows

Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues

Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube

YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers

YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

# What is the issue with this selection?



Inaccurate - doesn't match what I see in the product



Hard to understand - unclear or translation is wrong



Missing info - relevant but not comprehensive



Irrelevant - doesn't match the title and / or my expectations



Minor errors - formatting issues, typos, and / or broken links



Other suggestions - ideas to improve the content

# Share additional info or suggestions



Do not share any personal info
Cancel
Submit
By continuing, you agree Google uses your answers, account & system info to improve
services, per our Privacy & Terms.



YouTube Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunity

# Submit a copyright counter notification

If you upload copyright-protected content to YouTube without the copyright owner's authorization, it may be taken down. If you believe your video was taken down in error, you can submit a copyright counter notification.

A counter notification is a legal request for YouTube to reinstate a video that was taken down for alleged copyright infringement.

Before you submit a counter notification, you should know:

- The video's original uploader, or an agent authorized to act on their behalf, such as an attorney, must submit the counter notification.
- Only submit a counter notification if your video was taken down due to a mistake or misidentification of content, including cases of fair use. Don't submit counter notifications for any other reasons.
- If your video doesn't fit the criteria above, you can wait 90 days for your copyright strike to expire. You can also reach out to the copyright owner directly to request they retract their claim of copyright infringement.
- Counter notifications for non-video content, such as comments or channel banner images, must be submitted through a free-form counter notification.
- Note: Because Google hosts channel profile pictures, you need to submit counter notifications for channel profile pictures through Google's webform.

## Prepare your counter notification

YouTube requires that your counter notification must:

1. Meet all legal requirements.

804

2. Clearly explain your right to use the copyrighted content in your own words. If you think the content was identified as a mistake, explain why in a clear and concise manner.

**Evaluate the copyrighted content**

Your counter notification should include details about the specific content claimed in your video. To find these details:

1. Sign in to YouTube Studio.
2. From the left menu, select Content.
3. Select Filter ⬚⬚ Copyright claims.
4. In the Restrictions column, hover over Copyright claim next to your video.
5. Click SEE DETAILS.

Before submitting a counter notification, consider the following:

- Who owns the content?
- If you've used someone else's copyrighted work, can you provide evidence of a license or permission to use that content?
- Is your use of the content protected by fair use, fair dealing, or a similar copyright exception?
- Is the content in the public domain?

## Submit a counter notification

To submit a copyright counter notification:

1. Sign in to YouTube Studio.
2. From the left menu, select Content.
3. Select Filter ⬚⬚ Copyright claims and find impacted video.
4. In the Restrictions column, hover over Copyright claim.
5. Click SEE DETAILS.
6. Under Actions, click SELECT ACTION ⬚⬚ Submit counter notification.
7. Enter your contact info and rationale.
- Make sure you include your complete physical address and full legal name.
- If necessary info is missing from your counter notification, it may be rejected.
8. Click SUBMIT.

By submitting a counter notification, you consent to sharing your info with the claimant.

If your account has been suspended for copyright violations, you can't send a counter notification following the steps above. You can try submitting a free-form counter notification.

What happens next?

Your counter notification will be forwarded to the claimant if it meets all legal requirements and clearly explains your right to use the content. Under most circumstances, we won't forward the counter notification to any party other than the original claimant. If the counter notification is forwarded, it will include the full text, including any personal info you've entered.

The claimant has 10 business days, as required by copyright law, to reply to your counter notification. They'll need to respond with evidence that they've taken legal action to keep the content from being restored to YouTube.

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

# Copyright claim basics

- What is a Content ID claim?
- Copyright strike basics
- Dispute a Content ID claim
- Submit a copyright counter notification
- Monetization during Content ID disputes
- What is a manual claim?
- Requirements for counter notifications
- The difference between copyright takedowns and Content ID claims

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service


English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)

5.  español
6.  español (Latinoamérica)
7.  Filipino
8.  français
9.  hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- Help Center

  - Fix a problem

  - Watch videos

  - Manage your account & settings

  - Supervised experience on YouTube

  - Join & manage YouTube Premium

  - Create & grow your channel

  - Monetize with the YouTube Partner Program

  - Policy, safety, & copyright

- Community

- [YouTube](#)

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program

Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows

Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues

Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube

YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

# What is the issue with this selection?



Inaccurate - doesn't match what I see in the product



Hard to understand - unclear or translation is wrong



809

Missing info - relevant but not comprehensive



Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

## Share additional info or suggestions

Do not share any personal info
Cancel
Submit
By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.



YouTube Help

Next

Help CenterCommunity

# Monetization during Content ID disputes

Videos can earn money during a Content ID dispute if both the video creator and the Content ID claimant want to monetize the video. You can dispute a Content ID claim at any time. If you dispute a claim within 5 days, we'll hold any revenue from the video, starting with the first day the claim was placed. If you dispute a Content ID claim after 5 days from the original claim date, we'll start holding revenue the date the dispute is made.

Throughout the dispute process, we'll hold the revenue separately and, once the dispute is resolved, we'll pay it out to the appropriate party.

At each stage of the Content ID dispute process, there are several actions that can be done by you or the claimant. Click each stage below to learn more about what happens to the revenue with each possible action.

Filing a Content ID dispute

After a Content ID claim is made on your video, you have two options to respond.

- Do nothing, allow the claim to exist on your video: After 5 days any held revenue will be released to the claimant.
- File a dispute within the first 5 days of the claim: Ads will continue to run. We'll also hold all revenue the video earns while the claimant reviews your dispute.
- File a dispute after the first 5 days after a claim is made: We'll hold revenue from the date the dispute is made.

More info about the Content ID dispute process

When you dispute a Content ID claim, the claimant will be notified and they'll have 30 days to respond. During this process, we'll continue to run ads and hold all revenue that the video earns.

There are a few things that the claimant can do in response to your dispute:

- Release the claim: If they agree with your dispute, they can choose to release their claim. As long as there are no other claims on your video, we'll release the revenue earned during the dispute to you.
- Uphold the claim: If they believe their claim is still valid, they can choose to uphold it. If you feel it was mistakenly upheld, you may be able to appeal their decision.
- Submit a copyright takedown request: They can submit a copyright takedown request to remove your video from YouTube, which means you'll get a copyright strike on your account.

Filing a Content ID appeal

You have a couple options if the claimant chooses to uphold their claim after you dispute. You can either:

- Do nothing, allow the claim to exist on your video: After 5 days any held revenue will be released to the claimant.
- File an appeal within the first 5 days of the claim being upheld: Ads will continue to run. We'll also hold all revenue the video earns while the claimant reviews your appeal.
- File an appeal after the first 5 days after the claim is upheld: We'll hold revenue from the date the appeal is made.

# More info about the Content ID appeal process

When you appeal a Content ID claim, the claimant will be notified and they'll have 30 days to respond. During this process, we'll continue to run ads and hold all revenue that the video earns.
There are a few things that the claimant can do in response to your appeal:

- Release the claim: If they agree with your appeal, they can choose to release their claim. As long as there are no other claims on your video, we'll release the revenue earned during the dispute to you.
- Schedule a takedown request for your video: If the claimant issues a delayed copyright takedown request, you can cancel your appeal within 7 days. This will prevent the takedown and keep the claim active on your video. During these 7 days, we'll continue to run ads and hold all revenue that the video earns.
- Submit a copyright takedown request: If they believe their claim is still valid, they can submit a copyright takedown request to remove your video from YouTube. This action will result in a copyright strike on your account.

If the claimant rejects your appeal and submits a copyright takedown of your video, you can file a counter notification. Counter notifications can also be filed at any time.

If you file a counter notification within 5 days of getting a takedown, revenue will continue to be held until the full claim process is resolved. Learn more about the counter notification process.

## Revenue from disputes in YouTube Analytics

If there is an active Content ID claim on your video, and you dispute or appeal it, revenue data for the video won't show in YouTube Analytics. If the claim is released, revenue data for the dispute time period will be later added to YouTube Analytics. This data should appear between the 10th and 20th of the following month.

For instance, let's say you disputed a Content ID claim on July 12 and the dispute was resolved in your favor on August 6. You would see revenue data for July 12 to August 6 appear in Analytics between September 10 and September 20.

If you have access to Downloadable Reports in Content Manager, you'll find this info in your Adjustment Report.

You can choose not to monetize your video while it is in dispute, by turning off monetization from the Videos page of YouTube Studio.

## Get more help with Content ID

- What is a Content ID claim?
- Who claimed my video?
- How Content ID works

Give feedback about this article
Choose a section to give feedback on



Was this helpful?
YesNo

Submit

## Copyright claim basics

- What is a Content ID claim?

- Copyright strike basics
- Dispute a Content ID claim
- Submit a copyright counter notification
- Monetization during Content ID disputes
- What is a manual claim?
- Requirements for counter notifications
- The difference between copyright takedowns and Content ID claims

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български

30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- [Help Center](#)

  - [Fix a problem](#)

  - [Watch videos](#)

  - [Manage your account & settings](#)

  - [Supervised experience on YouTube](#)

  - [Join & manage YouTube Premium](#)

- o [Create & grow your channel](#)

- o [Monetize with the YouTube Partner Program](#)

- o [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- [Submit feedback](#)

  Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program
  Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows
  Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues
  Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium

membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues
Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube
YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers
YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

# What is the issue with this selection?



Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

# Share additional info or suggestions

Do not share any personal info
Cancel
Submit
By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.

# What is a manual claim?

A manual claim is sent to you when a copyright owner identifies their content has been used without their permission. Copyright owners use the Manual Claiming tool to claim your video, which sends you a manual claim.

> **Note**: A manual claim is different from an automated Content ID claim. A Content ID claim is generated when an uploaded video matches another video (or part of another video) in our Content ID system.

The Manual Claiming tool is used by copyright owners who demonstrate advanced knowledge of our Content ID system. The tool gives copyright owners a way to manually claim videos not matched by the Content ID system. Manual claims must include accurate timestamps to show exactly where the claimed content is in your video.

Copyright owners can't use the Manual Claiming tool for any other purpose. Improperly claiming content they don't own the rights to can result in penalties including legal liability and partnership termination.

# How do I know if my video has a manual claim?

When a copyright owner claims your video, you'll get an email from YouTube. To find more details about the claims on your videos:

1. Sign in to YouTube Studio   .
2. From the left menu, select **Content**.
3. In the **Restrictions** column, if a video has a claim on it, it will be labeled **Copyright claim**.
4. Hover over **Copyright claim** and click **SEE DETAILS** to get more info about the claim.
5. Click the Down arrow ⌄ to expand the claim details. Under the video player, it will say "Content manually identified by claimant" if it's a manual claim.
6. Under the **Content found during** section, click the timestamp to play the segment the copyright owner claimed.

**Note:** Claimants who repeatedly select inaccurate timestamps may have their access to manual claiming revoked or, if applicable, have their partnership terminated. If you believe the timestamps claimed in your video are inaccurate, you can get in touch with Support about the claim.

> You can also filter to get a list of videos that have claims on them by clicking **Filter** ⇌ > **Copyright claims**.

# What can I do if my video has a manual claim?



Depending on the situation, you have a few options if your video has a manual claim:

**If you agree with a claim:**

- **Do nothing:** If you believe a claim is valid, you can leave it as is. You can also change your mind later.

- **Remove the claimed content:** If you believe a claim is valid, you can remove the claimed content without having to upload a new video. If done successfully, any of the 3 options below will automatically release the associated claim:

  1. **Trim out a segment:** This option removes just the claimed segment from your video. Learn more.
  2. **Replace the song** (audio claims only): If the music in your video is claimed, you may be able to replace your audio track with other music from the YouTube Audio Library    . Learn more.
  3. **Mute a song** (audio claims only): If the music in your video is claimed, you may be able to mute the claimed song. You can choose whether to mute just the song or all audio in the video. Learn more.

- **Share revenue:** If you're in the YouTube Partner Program and your video's music is claimed, you may be able to share revenue with the music publisher. Learn more.

**If you disagree with a claim:**

- **Dispute the claim:** If you believe a claim made on your video is invalid, you can dispute it. Learn how to dispute a Content ID claim.

  > If you dispute a claim without a valid reason, the content owner may request a takedown of your video. If we get a valid takedown request for your video, your account will get a copyright strike. Learn more about copyright strikes.



YouTube Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunity

# Requirements for counter notifications

If you're submitting a free-form copyright counter notification, it must include the required info listed below. Include this info in the body of an email (not in an attachment) to copyright@youtube.com.

Notes:

- You can also submit your counter notification via fax or postal mail.
- If your counter notification doesn't include the required info listed below, we can't proceed with your request.

## 1. Your contact information

We need the following info to get in touch with you, or an agent authorized to act on your behalf, about your request:

- Full legal name (a first and last name, not a company name)
- If you're an uploader's authorized agent, such as an attorney, make sure you also include your relationship to the uploader.
- Email address
- Physical address
- Telephone number

## 2. Specific URLs of the content in question

Your counter notification must include specific links to the content that has been taken down. Links must be sent in a specific URL format. General information such as channel name or channel URL is not adequate.

- For videos, the valid URL format is: `www.youtube.com/watch?v=xxxxxxxxxxx`
- For non-video content, such as channel banner images, find the valid URL format in the table below.
- Note: Because Google hosts channel profile pictures, you need to submit counter notifications for channel profile pictures through Google's webform.

Only include the URLs you're submitting a counter notification for. Submit separate counter notifications for URLs on more than one YouTube channel.

| Type of content | Valid URL format | Where to find the URL |
|---|---|---|
| Channel banner images | www.youtube.com/channel/UCxxxxxxxxxxxxxxxxxxxxx<br><br>or<br><br>www.youtube.com/user/xxxxxxxx | Go to the channel page of the channel in question.<br><br>Right-click the address bar and select Copy. |
| Channel descriptions | www.youtube.com/user/xxxxxxxxx/about | Go to the About section of the channel in question.<br><br>Right-click the address bar and select Copy. |
| Playlist descriptions | www.youtube.com/playlist?list=xxxxxxxxxxxxxxxx | Click the title of the playlist in question.<br><br>Right-click the address bar and select Copy. |
| Comments | www.youtube.com/watch?v=xxxxxxxxxx&lc=xxxxxxxxxxxxxxxxxxxx | Click the posted date above the comment in question.<br><br>After the page reloads, right-click the address bar |

821

| Type of content | Valid URL format | Where to find the URL |
|---|---|---|
| | | and select Copy. |
| Community posts | https://www.youtube.com/post/xxxxxxxxxxxxxxxxxxxx | Click the posted date of the community post in question. |
| | | After the page reloads, right-click the address bar and select Copy. |
| Membership badges, emoji, or creator's perk descriptions | Beginning with yt3.ggpht.com/xxxxx | Right-click the image in question and select Copy Image Address. |
| | Include the channel URL: | Go to the channel page of the channel in question. |
| | www.youtube.com/channel/UCxxxxxxxxxxxxxxxxxxxxx | |
| | or | Right-click the address bar and select Copy. |
| | www.youtube.com/user/xxxxxxxxx | |
| Super Stickers | Beginning with lh3.googleusercontent.com/xxxxx | Click the dollar sign  in a live chat and select Super Sticker. |
| | | Right-click the image in question and select Copy Image Address. |

822

| Type of content | Valid URL format | Where to find the URL |
|---|---|---|
| | Include the channel URL: | Go to the channel page of the channel in question. |
| | www.youtube.com/channel/UCxxxxxxxxxxxxxxxxxxxxx | |
| | or | |
| | www.youtube.com/user/xxxxxxxxx | Right-click the address bar and select Copy. |
| Clips | www.youtube.com/clip/xxxxxxxxxxxxxxxxxxxxxxxxxx | Click the title of the clip in question. |
| | | Right-click the address bar and select Copy. |

3. Agree to and include the following two statements:

"I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant."

"I swear, under penalty of perjury, that I have a good faith belief that the material was removed or disabled as a result of a mistake or misidentification of the material to be removed or disabled."

4. Your signature

Complete and valid counter notifications require the physical or electronic signature of the uploader or agent authorized to act on their behalf.

To meet this requirement, the uploader or authorized agent can enter their full legal name as their signature at the bottom of their notification. A full legal name should be a first and last name, not a company name.

5. Statement to the claimant

Include a statement to the claimant explaining why you believe the removal of your video was a mistake or misidentification.

Include the info above in the body of an email (not in an attachment) to copyright@youtube.com. You can also submit your counter notification via fax or postal mail.

Give feedback about this article
Choose a section to give feedback on



Was this helpful?
YesNo

Submit

# Copyright claim basics

- What is a Content ID claim?
- Copyright strike basics
- Dispute a Content ID claim
- Submit a copyright counter notification
- Monetization during Content ID disputes
- What is a manual claim?
- Requirements for counter notifications
- The difference between copyright takedowns and Content ID claims

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių

14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- [Help Center](Help Center)

  o [Fix a problem](Fix a problem)

- o [Watch videos](#)

- o [Manage your account & settings](#)

- o [Supervised experience on YouTube](#)

- o [Join & manage YouTube Premium](#)

- o [Create & grow your channel](#)

- o [Monetize with the YouTube Partner Program](#)

- o [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- [Submit feedback](Submit feedback)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program

Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows

Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues

Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube

YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers

YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

# What is the issue with this selection?

Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

# Share additional info or suggestions



Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.

7/15/22, 5:14 PM

# The difference between copyright takedowns and Content ID claims



Owners can manage their copyright interests on YouTube either by issuing a copyright takedown, or, if they have access to the Content ID tool, by claiming a video and setting a policy to track it by collecting stats, monetize it by placing ads and collecting ad revenue, or block it by making it unavailable in some territories. **A Content ID claim isn't accompanied by a copyright strike, but a copyright takedown is.** Since January 2014, Content ID claims have outnumbered copyright takedowns by more than 50 to 1.

## Copyright takedowns

Copyright law requires sites like YouTube to process takedown requests and describes the process we must follow. A copyright takedown requires the owner to submit a formal notice to us with all the legal requirements filled out.

In your copyright notices    , you'll see the phrase "Video taken down: Copyright strike" beside your video if it was removed as the result of a copyright takedown notice. If your video was removed through a copyright takedown notice, a copyright strike has been applied to your account. If it's your first strike, you'll need to complete Copyright School    . Learn more about copyright strikes.

If your video was removed in error through a copyright takedown, you have the options to:

· Request a retraction    from the claimant

· Submit a counter notification

Otherwise, the strike will expire on its own in 3 months.

## Content ID claims

Unlike takedowns, which are defined by law, Content ID is a YouTube system that is made possible by deals made between YouTube and content partners who have uploaded material they own to our database.

You'll know if your video is affected by a Content ID claim if, in your copyright notices    , you see the phrase "Includes copyrighted content". Usually, the claim is just to track or monetize the video, not to block it. So, your video remains live with those claims (but may have ads on it) and you can still share it with others.

Content ID claims don't result in copyright strikes, channel suspensions, or channel termination. However, if you believe a claim was made in error, you can dispute the claim. Learn more about Content ID claims.

7/15/22, 5:14 PM

7/15/22, 5:15 PM



# Detailed claim issues

Changes to account standing

Copyright issues with live streams

Remove claimed content from videos

Add an audio track to your video

Learn about scheduled copyright takedown requests

7/15/22, 5:15 PM

# Changes to account standing

Previously, Google accounts with Community Guidelines strikes, copyright strikes, or Content ID blocks would lose access to a set of account features and programs.

We've made changes to how this works, so read below for changes in how Community Guidelines strikes, copyright strikes, and Content ID blocks can affect your Google account.

## Strike guidelines

If you receive a copyright strike or a Community Guidelines strike, you will still have access to most YouTube features and programs. However, account strikes may affect your ability to monetize your channel. If you don't have access to certain features, you may need to verify your account  .

### Keep these guidelines in mind:

- If you get a strike on an active live stream or archived live stream, your live stream access may be disabled. Learn about live stream restrictions.
- If you get 3 strikes, your YouTube channel will be terminated.
- Deleting videos will not clear your strikes. Learn how to resolve copyright strikes or appeal Community Guidelines strikes.
- A video can receive multiple Content ID claims or takedown requests, but can only get one copyright strike at a time.

If you're having issues, learn how to get help as a YouTube Creator.

---

7/15/22, 5:16 PM

# Copyright issues with live streams

All live streams are scanned for matches to third-party content, including copyrighted content in the form of another live broadcast.

When third-party content is identified, a placeholder image may replace your live stream. You'll be warned to stop streaming the third-party content. If you comply with this warning and address the issues, your stream can continue.

If the third-party content remains in your stream, your live stream will be temporarily interrupted or terminated. Your stream can also be terminated if you get a copyright or Community Guidelines strike.

## Restore live streaming access

If your live stream stops, check your YouTube Studio dashboard     for strikes. If you fix the issues listed, your access to live streaming can be restored. Learn more about resolving restrictions on live streaming.

## Live stream licensed third-party content

If you've licensed third-party content to use in your stream, ask the owner of the content to add your channel to their allowlist through Content ID.

If your channel isn't added to their allowlist, your live stream can be interrupted even if you've licensed the third-party content. Your live stream can also be interrupted even if you've restricted it to territories where you own all the necessary rights to the content if your channel isn't added to the content owner's allowlist.

## Content ID claims on archived live streams

Content ID claims are only made after you complete your live streams, if you decide to archive the video. Learn more about Content ID claims.

# Remove claimed content from videos

If your video has a copyright claim, there may be restrictions on where the video is available or whether it can be monetized.

If the claim is for **audio** in the video, you have a few options to remove these restrictions:

- Trim out the part of the video with a copyright claim
- Replace the song with audio from our Audio Library
- Mute the song

If the claim is for **something else,** you can:

- Trim out the part of the video with a copyright claim

> **Note:** If your video is over 6 hours long, you may not be able to save changes. Also, if your channel is not in the YouTube Partner Program, you may not be able to save changes if your video has over 100,000 views.

## Find videos with copyright claims

1. Sign in to YouTube Studio.
2. From the left menu, click **Content.**
3. Filter ⇥ for **Copyright claims.**
4. In the "Restrictions" column, hover over "Copyright claim" and click **SEE DETAILS.**
5. Click **SELECT ACTION** and choose which action to take:

Trim out segment

Replace song (audio claims only)

Mute song (audio claims only)

> **Notes:**
> - Once you've made an edit, processing times can vary.
> - You can't make other edits while the video is processing, but you can close the window. The video will remain in its current state until processing is done.
> - When processing is done, reload the page to check if the edit was successful and the claim was released.

## Undo song changes

To undo a song replacement or unmute a song:

1. Sign in to YouTube Studio    .
2. From the left menu, click **Content.**
3. Click the thumbnail of the video you want to edit.
4. In the left menu, click **Editor.**
5. Select  ⋮  › | **Revert to original** to remove any changes you made to your video.

# Add an audio track to your video

You can no longer change the audio track of your video from within the YouTube mobile app. Use a computer to swap your audio track from YouTube Studio.

The YouTube Studio video editor lets you add music to your video from a library of licensed songs. These songs are from YouTube's Audio Library. You can use songs from the Audio Library in monetized videos.

**Note:**
- If your video has over 100,000 views, you may not be able to save changes to your videos. This restriction doesn't apply to users in the YouTube Partner Program.
- This feature is only available for videos shorter than 6 hours.

## Add an audio track to your video

1. Sign in to YouTube Studio    .
2. From the left menu, select **Content**.
3. Click the video you'd like to edit.
4. From the left menu, click **Editor**.
5. Select Audio ♪ and use the search filters ≡ to find a new audio track. Click Play ▶ to preview tracks.
6. When you find a song you like, click **ADD**. The song will appear in the editor in a blue box.
   - Drag the box to change when the song should start.
   - Drag the edges of the box to change the amount of the song that plays.
   - Use the zoom options ⌕ for more precise adjustments.
7. When you're finished, click **SAVE**.

# Learn about scheduled copyright takedown requests

If a copyright owner finds their copyright-protected work posted on YouTube without authorization, they may schedule a takedown request for the content.

Once the request is validated, YouTube gives the uploader **7 days** to remove the video and avoid a copyright strike. If they don't, the video is removed after 7 days.

During this 7-day period, there are a few different actions uploaders can take:

- **Do nothing**: Uploaders can wait for the takedown request to take effect once the 7-day period is over. At that point, the targeted video will be removed from YouTube and a copyright strike will be applied to the uploader's account.
  - **Note**: A video can get more than one Content ID claim or takedown request, but can only get one copyright strike at a time.
- **Delete the video**: If the uploader removes their video from YouTube before 7-day period is over, then their channel won't get a copyright strike.
- **Contact the copyright owner**: Uploaders can get in touch with the copyright owner who submitted the takedown request for their video and inquire about a retraction. Learn more about retractions of copyright infringement claims.
- **Cancel an appeal**: If the scheduled takedown request was a result of an uploader appealing a Content ID claim, the uploader can cancel their appeal within the 7-day period. By canceling, the uploader prevents the takedown of their video and won't get a copyright strike. The Content ID claim will remain active on their video. Learn more about the difference between copyright takedowns and Content ID claims.

After the 7-day period is over, when YouTube removes the video, the uploader's channel will get a copyright strike. Removing the video at that point will not resolve the strike. Strikes expire after 90 days, but their video won't be reinstated after the strike expires. If it's the uploader's first strike, they'll need to complete Copyright School   .

At this point, if the uploader believes their video was mistakenly removed, they can submit a counter notification.

---

7/15/22, 5:21 PM

# Submit and retract claims

Submit a copyright takedown request

Prevent reuploads of removed videos

Retract a claim of copyright infringement

Contact information in copyright takedown requests

Requirements for copyright infringement notifications: Videos

Requirements for copyright infringement notifications: Non-video content

YouTube Help

[  ]

Sign in

Send feedback on...


This help content & information

General Help Center experience

Next

Help CenterCommunity

# Submit a copyright takedown request

If your copyright-protected work was posted on YouTube without authorization, you can submit a copyright takedown request. Submitting a takedown request will start a legal process.

Before you submit a takedown request, you should know:

- Copyright exceptions: You need to consider whether fair use, fair dealing, or a similar exception to copyright law applies. If an exception applies, then the takedown request you submit would be invalid.
- Personal info:
- If a video is removed for copyright infringement, the name of the copyright owner will be visible on YouTube in place of the video.
- If you give us a valid legal alternative, such as the name of a company or authorized representative, we'll review and apply it if appropriate.
- The copyright owner name you enter will become part of the public record of your request. Learn more about the public record of your takedown request.
- Your full legal name is required to complete a takedown request. It may be shared with the uploader of the video removed for copyright infringement.
- The primary email address from your takedown request may be shared with the uploader of the video removed for copyright infringement. The uploader might get in touch with you to resolve their copyright strike.
- Your physical address and phone number will remain confidential unless requested as part of a lawsuit. If YouTube is required to share any information, we'll notify you before doing so.
- Prevent copies: You can select the option to prevent copies of the videos you're reporting from being reuploaded to YouTube. If you select this option, your email address and copyright owner name may be shared with the user whose video is prevented from upload. Learn more.

- Scheduled requests: You can schedule takedown requests to take effect after 7 days. Scheduled requests will notify the uploader and give them 7 days before the content gets removed.
- Non-video content: If you want to submit a takedown request for non-video content, such as channel icon images, follow the steps outlined here. Our webform doesn't support non-video takedown requests.

## How to submit a takedown request

The fastest and simplest way to submit a copyright takedown request is to fill out our webform on a computer. The copyright owner or agent authorized to act on the owner's behalf should submit the request.

Do not make false claims. Misuse of the takedown webform, such as submitting false information, may result in the suspension of your account or other legal consequences.

Click this button to go to the webform:

Submit a copyright takedown request

You can also access the webform directly from YouTube Studio:

1. Sign in to YouTube Studio.
2. From the left menu, click Copyright.
3. Click NEW REMOVAL REQUEST.

We also accept copyright takedown requests by email, fax, and mail. Learn more.

## Track your takedown requests

To view the copyright takedown requests you've previously submitted to YouTube:

1. Sign in to YouTube Studio.
2. From the left menu, click Copyright.
3. Click Removal Requests.

## Manage all your copyright-protected content

If you manage many copyrighted-protected works and often need to submit copyright takedown requests, you may be eligible for our more advanced copyright management tools. Learn more about YouTube's copyright management tools.

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

# Copyright and rights management

- Submit a copyright takedown request
- Prevent reuploads of removed videos
- Retract a claim of copyright infringement
- Contact information in copyright takedown requests
- Requirements for copyright infringement notifications: Videos
- Requirements for copyright infringement notifications: Non-video content

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina

22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- [Help Center](#)

  - [Fix a problem](#)

  - [Watch videos](#)

  - [Manage your account & settings](#)

841

- o [Supervised experience on YouTube](#)

- o [Join & manage YouTube Premium](#)

- o [Create & grow your channel](#)

- o [Monetize with the YouTube Partner Program](#)

- o [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program

Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows

Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues

Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube

YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers

YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

# What is the issue with this selection?



Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

# Share additional info or suggestions

Do not share any personal info
Cancel
Submit
By continuing, you agree Google uses your answers, [account & system info](#) to improve services, per our [Privacy](#) & [Terms](#).

7/15/22, 5:21 PM

# Prevent reuploads of removed videos

If your copyright-protected work was posted on YouTube without authorization, you can submit a copyright takedown request. If you submit a takedown request using our webform   , you can select the option to prevent copies of the videos from being uploaded again.

Selecting this option means YouTube will make its best efforts to automatically prevent the videos you're requesting for removal from being reuploaded in the future. Keep in mind your takedown request must be found to be complete and valid before any videos are removed or prevented from reupload.

Abuse of this feature may result in you losing the ability to use it for future takedown requests. Misuse of the webform   , such as submitting false information, may result in the suspension of your account or other legal consequences.



How to Prevent Videos You've Taken D...

## Select the option

Before selecting the **Prevent copies** option, make sure you own exclusive worldwide rights to the videos you're reporting in your takedown. To select the **Prevent copies** option:

1. Start filling out the copyright takedown webform   .
2. Under **Removal options,** check the box next to **Prevent copies of these videos from appearing on YouTube going forward.**
3. Click **SUBMIT** when you're done filling out the form.
   - **Note:** Your takedown request must be approved before our system starts to find and prevent copies from being uploaded.

You can also get to the webform from the **Copyright** page of YouTube Studio   . In the **Removal Requests** tab, click **NEW REMOVAL REQUEST.**

## See what's been prevented from reupload

If you selected **Prevent copies** on your takedown request and your takedown is approved, you can see how many copies have been automatically prevented from reupload:

1. Sign in to YouTube Studio   .
2. From the left menu, select **Copyright** ©.
3. Click the **Removal requests** tab.
4. Click a row. The row expands to show more details about the video requested for removal.
5. In the **Automatically prevented** column, you can find the number of videos that have been automatically prevented from reupload.

845

- When the status of this column is **Active**, it means YouTube is actively making its best efforts to prevent others from reuploading these videos.

Learn more about reviewing the videos that show in the **Find matches** column.

## Turn off the option

If you selected **Prevent copies** on your takedown request, you can turn off the feature at any time. Turning it off will allow any future copies of the removed videos to be uploaded. To turn off the option:

1. Sign in to YouTube Studio     .
2. From the left menu, select **Copyright** ©.
3. Click the **Removal requests** tab.
4. Click a row. The row expands to show more details about the video requested for removal.
5. Uncheck the box next to **Prevent copies.**

**Notes:**
- Turning off **Prevent copies** only impacts the videos uploaded from that point forward. Videos that were already removed won't be restored.
- Retracting your takedown request will also automatically turn off the feature.

## FAQs

### If you submitted a takedown request:

I forgot to select "Prevent copies" when I submitted my takedown request. Can I go back and select it?

Why am I not seeing any videos that were automatically prevented from reupload?

I selected the "Prevent copies" option, but found a copy of my video that wasn't automatically removed. Why wasn't it caught?

What's the difference between the "Automatically prevented" column and the "Find matches" column?

Why isn't every video that uses my content prevented from upload, including videos that aren't identified as copies?

Why can't I find out which individual videos were automatically prevented from upload?

If a copy of a removed video is set as private, will it be prevented from upload?

Will the "Prevent copies" feature automatically prevent videos that include my copyrighted non-video content, such as an image?

What does it mean to have worldwide exclusive rights to the content I'm requesting the removal of?

Why can't I get access to Content ID?

I'm a musician. Can I use this feature to find reuploads of my songs?

7/15/22, 5:21 PM

### If your video was removed:

Where can I get more info about why my video was removed?

If one of my videos is prevented from upload, does that mean I get a copyright strike?

If I believe my video was incorrectly removed, what can I do?



YouTube Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunity

# Retract a claim of copyright infringement

After submitting a copyright takedown request, a copyright owner may change their mind or realize they've misidentified content. When this happens, the copyright owner can retract their claim of copyright infringement.

Retractions will resolve the copyright strike for the uploader of the content that was taken down. Unless the uploader already deleted the content, a retraction will restore the content to YouTube.

## If you submitted a takedown request

If you submitted a takedown request in error, you can retract your copyright infringement claim by sending an email to copyright@youtube.com.

Your email should be sent from the same email address or corporate domain you used to submit your original takedown request. If the email address is different, it may not be possible to process your retraction.

 Your email needs to include the following required info:

1. Statement of retraction, such as "I hereby retract my claim of copyright infringement."
- Note: We can only accept a retraction of the takedown request. We can't accept retractions of only the copyright strike such as "I retract my copyright strike."
2. Specific URL of the content in question
- For videos, the valid URL format is: `www.youtube.com/watch?v=xxxxxxxxxxx`
- For non-video content, such as channel banner images, valid URL formats are listed here.
- Note: Google hosts the profile pictures that appear on YouTube channels. To retract a copyright infringement claim on a profile picture, reply to the email confirmation you got

848

when you submitted your original removal request. Include a statement of retraction in your reply, such as the sentence listed above in Step 1.

3. Electronic signature
- The copyright owner or authorized agent should enter their full legal name as their signature to the bottom of the email. The full legal name should be a first and last name, not a company name.

If you're a partner with a CVP account or a CMS, you can retract claims on videos through these platforms.

To submit a retraction, make sure you're signed in to the same Google Account from which the original claim was made. Note that matching videos won't be claimed after a retraction is processed.

If your content was taken down

If you're a creator affected by a copyright claim, you can get in touch with the copyright owner directly to request a retraction.

Some creators list ways they can be contacted in their channel.

Give feedback about this article

Choose a section to give feedback on

Was this helpful?

YesNo



Submit

# Copyright and rights management

- Submit a copyright takedown request
- Prevent reuploads of removed videos
- Retract a claim of copyright infringement
- Contact information in copyright takedown requests
- Requirements for copyright infringement notifications: Videos
- Requirements for copyright infringement notifications: Non-video content

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- [Help Center](#)

  - [Fix a problem](#)

  - [Watch videos](#)

  - [Manage your account & settings](#)

  - [Supervised experience on YouTube](#)

  - [Join & manage YouTube Premium](#)

  - [Create & grow your channel](#)

  - [Monetize with the YouTube Partner Program](#)

  - [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program
Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows
Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues
Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues
Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube
YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers
YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

# What is the issue with this selection?



852

Inaccurate - doesn't match what I see in the product



Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

## Share additional info or suggestions

Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.

7/15/22, 5:22 PM

# Contact information in copyright takedown requests

Certain personal information is required when you submit a copyright takedown request through our webform   .

## How your information is used

- If a video is removed for copyright infringement, the **name of the copyright owner** will be visible on YouTube in place of the video.
  - If you give us a valid legal alternative, such as the name of a company or authorized representative, we'll review and apply it if appropriate.
  - The copyright owner name you enter will become part of the public record of your request. Learn more about the public record of your takedown request.
- Your **full legal name** is required to complete a takedown request. It may be shared with the uploader of the video removed for copyright infringement.
- The **primary email address** from your takedown request may be shared with the uploader of the video removed for copyright infringement. The uploader might get in touch with you to resolve their copyright strike.
- Your **physical address** and **phone number** will remain confidential unless requested as part of a lawsuit. If YouTube is required to share any information, we'll notify you before doing so.

## Public Record

The uploader of the infringing video can request a copy of your takedown request. The info shown in this public record includes:

- Name of copyright owner
- Primary email address
- Secondary email address (an optional field in the webform)
- Your full legal name
- Your description of the allegedly infringing work
- Your responses to YouTube's requests for more information. YouTube will request more information if your initial takedown request is incomplete or appears invalid.

## Concerns about sharing contact information

If you're concerned someone is harassing you on YouTube, you might want to learn more about reporting harassment and cyberbullying instead of copyright infringement.

Although concerns about harassment and copyright infringement sometimes overlap, the copyright takedown process may not be the best option in these cases. You also might want to learn more about copyright exceptions like fair use before submitting a copyright takedown request.

Keep in mind that a legal representative can also send a copyright takedown request on behalf of a copyright owner. If you're a legal representative, make sure you're using your own YouTube account to fill out the webform. Also be sure to specify your relationship to the copyright owner in the takedown request.



YouTube Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunity

# Requirements for copyright infringement notifications: Videos

Tip: The easiest way to request a removal of a video you believe infringes on your copyright is by using our webform.

To request the removal of non-video content, such as channel banner images, your request must include this required info.

To request a copyright infringement notification for a video, you must include the required info listed below. Without this info, we can't proceed with your request.

You can submit the info below in the body of an email (not in an attachment) to copyright@youtube.comor via fax or postal mail.

## 1. Your contact info

YouTube and the uploader of the content you're requesting to remove may need to get in touch with you about your request. In your request, include one or more of the following:

- Your email address
- Your physical address
- Your telephone number

## 2. Description of your copyrighted work

In your request, make sure you clearly and completely describe your copyrighted content that you're trying to protect.

855

If you believe more than one of your copyrighted works have been infringed, the law allows a representative list of such works to be included in your request.

## 3. Specific URLs of the videos in question

Your request must include specific links to the video or videos you believe infringes on your copyright.

Include the URL or URLs of the exact video or videos in the following format:

www.youtube.com/watch?v=xxxxxxxxxxx

General info such as a channel name or channel URL is not adequate.

## 4. Agree to and include the following two statements:

"I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law."

"The information in this notification is accurate, and under penalty of perjury, I am the owner, or an agent authorized to act on behalf of the owner, of an exclusive right that is allegedly infringed."

## 5. Your signature

Complete removal requests need the physical or electronic signature of the copyright owner or an agent authorized to act on their behalf.

To meet this requirement, the copyright owner or authorized agent may enter their full legal name as their signature at the bottom of the request. A full legal name should be a first and last name, not a company name.

Include the info above in the body of an email (not in an attachment) to copyright@youtube.com. You can also submit your request via fax or postal mail.
Give feedback about this article
Choose a section to give feedback on



Was this helpful?
YesNo

Submit

7/15/22, 5:23 PM

# Requirements for copyright infringement notifications: Non-video content

You can request the removal of non-video content, such as a channel banner image, if you believe this content infringes on your copyright. If the content is removed, the uploader will get a copyright infringement notification from YouTube.

To request a copyright infringement notification for non-video content, you must include the required info listed below. Without this info, we can't proceed with your request.

Submit this info in the body of an email (not in an attachment) to copyright@youtube.com or via fax or postal mail.

> For videos, the easiest way to request the removal of a video you believe infringes on your copyright is by using our webform    . Our webform doesn't support requests to remove non-video content.

## 1. Your contact info

YouTube and the uploader of the content you're requesting to remove may need to get in touch with you about your request. In your request, include one or more of the following:

- Your email address
- Your physical address
- Your telephone number

## 2. Description of your copyrighted work

In your request, make sure you clearly and completely describe your copyrighted non-video content you're trying to protect.

If you believe more than one of your copyrighted works have been infringed, the law allows a representative list of these works to be included in your request.

## 3. Specific URLs of the content in question

Your request must include specific links to the non-video content you believe infringes your rights. Links must be sent in a specific URL format. General information such as channel name or channel URL is not adequate.

Find the valid URL formats for reporting allegedly infringing non-video content below:

| Type of content | Valid URL format | Where to find the URL |
|---|---|---|
| Channel banner images | www.youtube.com/channel/UCxxxxxxxxxxxxxxxxxxxx<br><br>or<br><br>www.youtube.com/user/xxxxxxxxx | Go to the channel page of the channel in question.<br><br>Right-click the address bar and select **Copy**. |
| Channel descriptions | www.youtube.com/user/xxxxxxxxx/about | Go to the **About** section of the channel in question.<br><br>Right-click the address bar and select **Copy**. |

857

7/15/22, 5:23 PM

| Type of content | Valid URL format | Where to find the URL |
|---|---|---|
| **Playlist descriptions** | www.youtube.com/playlist?list=xxxxxxxxxxxxxxxxxxx | Click the title of the playlist in question.<br><br>Right-click the address bar and select **Copy**. |
| **Comments** | www.youtube.com/watch?<br>v=xxxxxxxxxx&lc=xxxxxxxxxxxxxxxxxxxx | Click the posted date above the comment in question.<br><br>After the page reloads, right-click the address bar and select **Copy**. |
| **Community posts** | https://www.youtube.com/post/xxxxxxxxxxxxxxxxxxxx | Click the posted date of the community post in question.<br><br>After the page reloads, right-click the address bar and select **Copy**. |
| **Membership badges, emoji, or creator's perk descriptions** | Beginning with yt3.ggpht.com/ˆ xxxx | Right-click the image in question and select **Copy Image Address**. |
| | Include the channel URL:<br><br>www.youtube.com/channel/UCxxxxxxxxxxxxxxxxxxxxxx<br><br>or<br><br>www.youtube.com/user/xxxxxxxxx | Go to the channel page of the channel in question.<br><br>Right-click the address bar and select **Copy**. |
| **Super Stickers** | Beginning with lh3.googleusercontent.com/ˆ xxxx | Click the dollar sign 🖼 in a live chat and select **Super Sticker**.<br><br>Right-click the image in question and select **Copy Image Address**. |
| | Include the channel URL:<br>www.youtube.com/channel/UCxxxxxxxxxxxxxxxxxxxxxx<br><br>or<br><br>www.youtube.com/user/xxxxxxxxx | Go to the channel page of the channel in question.<br><br>Right-click the address bar and select **Copy**. |
| **Clips** | www.youtube.com/clip xxxxxxxxxxxxxxxxxxxxxxxxxx\\ | Click the title of the clip in question.<br><br>Right-click the address bar and select **Copy**. |

**Note:** Google hosts the profile pictures that appear on YouTube channels. For this content, you need to use Google's webform to submit your removal request.

7/15/22, 5:23 PM

### 4. Agree to and include the following two statements:

"I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law."

"The information in this notification is accurate, and under penalty of perjury, I am the owner, or an agent authorized to act on behalf of the owner, of an exclusive right that is allegedly infringed."

## 5. Your signature

Complete removal requests need the physical or electronic signature of the copyright owner or an agent authorized to act on their behalf.

To meet this requirement, the copyright owner or authorized agent may enter their full legal name as their signature at the bottom of the request. A full legal name should be a first and last name, not a company name.

Include the info above in the body of an email (not in an attachment) to copyright@youtube.com. You can also submit your request via fax or postal mail.

859

7/15/22, 5:25 PM

# Copyright management tools

Overview of copyright management tools

Use the Copyright Match Tool

How Content ID works

Qualify for Content ID

Content Verification Program

Use the Content Verification Tool

License your content & rights to YouTube

860

# Overview of copyright management tools

YouTube has several tools that copyright owners can use to protect and manage their copyrighted content on YouTube. Copyright management tools are designed for different types of creators, from occasional uploaders to established media companies.

Our copyright management tools include:

- Copyright takedown webform
- Copyright Match Tool
- Content Verification Program
- Content ID

By default, the copyright takedown webform    is available for everyone on YouTube to use. The availability of the other copyright management tools is based on:

- Demonstrated need for frequent copyright management
- Available resources to manage your rights and content
- Knowledge of YouTube's copyright system

While we work to expand the availability of our tools, we're also committed to protecting against significant disruptions that can result from their misuse.

## For infrequent copyright management

Copyright takedown webform

## For frequent copyright management

To find the right tool for your frequent copyright management needs, start by filling out this form. Make sure you're signed in with the same YouTube account you've previously used to submit takedown requests through our webform.

Your responses will give us more info about your needs for copyright management so we can find the tool that's right for you. Once you submit the form, we'll review your responses and email you our recommendations based on:

- How often you upload videos
- How often your videos are reuploaded
- Whether you manage an account on behalf of a company
- Your history of submitting requests through our webform    . Specifically, how your previous webform requests show an understanding of copyright and a need for frequent takedowns.

More info on our tools for frequent copyright management can be found below:

Copyright Match Tool

Content Verification Program

Content ID

**Keep in mind:**
- Using any of these copyright management tools to submit a takedown request starts a legal process.
- Misuse of any of these tools, such as submitting false information, may result in the suspension of your account or other legal consequences.

- Before submitting takedown requests, it's important to consider whether fair use, fair dealing, or other exceptions to copyright applies in each situation.

**862**

7/15/22, 5:26 PM

# Use the Copyright Match Tool

The Copyright Match Tool can automatically identify videos that are matches or potential matches of other videos on YouTube. Once a match has been identified, you can review it in YouTube Studio and choose which action you'd like to take.

## How it works

The Copyright Match Tool is available to any YouTube user who's submitted a valid copyright takedown request. Once your takedown request is approved, the Copyright Match Tool will start scanning YouTube uploads for potential matches to the videos reported in your takedown. We'll surface these potential matches to you so you can decide what action to take next.

For partners in the YouTube Partner Program (YPP), or any channel that's filled out this form and shown a need for an advanced rights management tool, the Copyright Match Tool will scan for full reuploads of your videos on other YouTube channels. The tool scans videos uploaded after yours, so it's important you're the first one to upload the content to YouTube.

> Misuse of the Copyright Match Tool may result in loss of feature access or termination of your YouTube account or partnership. Misuse includes intentional or repeated abuse of the copyright takedown process or attempted probing or reverse engineering of the match system.

## Review and take action on matches

Before you review your matches, keep in mind that just because we've found a matching video doesn't mean it's infringing on your copyright. It's your responsibility to review each matching video and consider whether fair use, fair dealing, or a similar exception to copyright applies.

To review and take action on matches of your videos:

1. Sign in to YouTube Studio   .
2. From the left menu, select **Copyright** ©.
3. Click the **Matches** tab.
4. Review the matching videos. You can select a filter ⇁|to find videos by number of views (**Total views**) or channels by number of subscribers (**Subscribers**).
5. Check the box next to the video you want to take action on. Choose an action to take:
   - **ARCHIVE:** This option removes the match from your **Matches** tab. The matching video itself isn't deleted or affected. Archived matches show up in your **Archive** tab.
   - **REQUEST REMOVᴀL:** This option opens our takedown webform so you can submit a takedown request for the matching video. After submitting, you can track your takedowns in your **Removal Requests** tab.
   - **CONTᴀCT CHᴀNNEL:** This option lets you send a pre-written email to the uploader of the matching video. You can find past emails you've sent in your **Messages** tab.

To review and take action on potential matches of videos removed from a takedown request:

1. Click the **Removal Requests** tab.
2. In the **Find matches** column, you can find potential matches that weren't eligible to be automatically prevented from reupload because they weren't copies.
3. Click a row. The row expands to show more details about the video.
4. Click **VIEW MᴀᴛCHES**. The **Matches** tab opens and is filtered to show the potential matches.
5. Check the box next to the video you want to take action on. Choose an action to take:

- **ARCHIVE:** This option removes the match from your **Matches** tab. The matching video itself isn't deleted or affected. Archived matches show up in your **Archive** tab.
- **REQUEST REMOVA L:** This option opens our takedown webform so you can submit a takedown request for the matching video. After submitting, you can view the videos you requested the removal of in your **Removal Requests** tab.
- **CONTACT CH ⅃NNEL:** This option lets you send a pre-written email to the uploader of the matching video. You can find past emails you've sent in your **Messages** tab.

Check your **Matches** tab often to stay updated on new matches the Copyright Match Tool has found. You'll also get bell notifications 🔔 on your channel page to let you know when matches are found.

## FAQs

What happens if I don't want to do anything with a match?

I found a video on YouTube that matches my content but wasn't in my Matches tab. Why wasn't it caught?

Why aren't all of my videos eligible for matching?

I'm a musician. Can I use this tool to find uploads of my songs?

Why don't you take down my matching videos automatically?

I've requested removal of several videos on a channel. Why hasn't it been terminated?

Can I report an entire channel?

How can I get access to the Copyright Match Tool?

---



YouTube Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunity

# How Content ID works

Copyright owners can use a system called Content ID to easily identify and manage their content on YouTube. Videos uploaded to YouTube are scanned against a database of files that have been submitted to us by content owners.

Copyright owners get to decide what happens when content in a video on YouTube matches a work they own. When a match is found, the video gets a Content ID claim.

## Common questions about Content ID

What options are available to copyright owners?

Copyright owners can choose different actions to take on material that matches theirs:

- Block a whole video from being viewed
- Monetize the video by running ads against it; sometimes sharing revenue with the uploader
- Track the video's viewership statistics

Any of these actions can be geography-specific. A video may be monetized in one country and blocked or tracked in another.

Who can use Content ID?

YouTube only grants Content ID to copyright owners who meet specific criteria. To be approved, they must own exclusive rights to a substantial body of original material that is frequently uploaded by the YouTube creator community.

865

YouTube also sets explicit guidelines on how to use Content ID. We monitor Content ID use and disputes on an ongoing basis to make sure these guidelines are followed.

Content owners who repeatedly make erroneous claims can have their Content ID access disabled and their partnership with YouTube terminated.

If you're a content owner and believe your content meets the criteria, you can fill out this form.

Related topics

- What is a Content ID claim?
- Who claimed my video?
- Dispute a Content ID claim
- How does Content ID work on live streams and Hangouts On Air?

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

# Copyright management tools

- Overview of copyright management tools
- Use the Copyright Match Tool
- How Content ID works
- Qualify for Content ID
- Content Verification Program
- Use the Content Verification Tool

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk

3.  Deutsch
4.  English (United Kingdom)
5.  español
6.  español (Latinoamérica)
7.  Filipino
8.  français
9.  hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- [Help Center](#)

  o [Fix a problem](#)

  o [Watch videos](#)

  o [Manage your account & settings](#)

  o [Supervised experience on YouTube](#)

  o [Join & manage YouTube Premium](#)

  o [Create & grow your channel](#)

  o [Monetize with the YouTube Partner Program](#)

  o [Policy, safety, & copyright](#)

- [Community](#)


- [YouTube](#)


- [Privacy Policy](#)


- [YouTube Terms of Service](#)


- [Submit feedback](#)


Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program

Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows

Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues

Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube

YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers

YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

# What is the issue with this selection?



869

Inaccurate - doesn't match what I see in the product



Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

## Share additional info or suggestions

Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.

# Qualify for Content ID

Content ID eligibility is based on various criteria. This criteria includes whether the copyright owner's content can be claimed through Content ID and their demonstrated need. Copyright owners have to give evidence of the copyrighted content for which they control exclusive rights.

Content ID will match your reference content against every upload to YouTube. Copyright owners must have the exclusive rights to the material that's evaluated. Common examples of items that may not be exclusive to individuals include:

- mashups, "best of"s, compilations, and remixes of other works
- video gameplay, software visuals, trailers
- unlicensed music and video
- music or video that was licensed, but without exclusivity
- recordings of performances (including concerts, events, speeches, shows)

If a copyright owner is approved for Content ID, they'll have to complete an agreement. This agreement will explicitly state that only content with exclusive rights can be used for reference. Also, they'll need to give the geographic locations of exclusive ownership, if not worldwide.

In addition to Content ID, we offer other copyright management tools that might better suit a copyright owner's needs.

These other tools include:

- The copyright complaint webform
- The Content Verification Program (CVP)
- The Copyright Match Tool

More information about these options may be found here.

---



YouTube Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunity

# Content Verification Program

YouTube is committed to helping copyright holders find and remove allegedly infringing content from our platform. With the Content Verification Program, copyright owners can find material they think is infringing and give YouTube sufficient info to find and remove it.

The Content Verification Program is designed especially for copyright-holding companies to issue more than one removal request. Individual notifications may be submitted by following these instructions.

You can fill out this form to check which tool is a good match for you based on your copyright management needs.

Give feedback about this article
Choose a section to give feedback on



Was this helpful?
YesNo

Submit

# Copyright management tools

- Overview of copyright management tools
- Use the Copyright Match Tool
- How Content ID works

- Qualify for Content ID
- Content Verification Program
- Use the Content Verification Tool

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית

34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- [Help Center](#)

  - [Fix a problem](#)

  - [Watch videos](#)

  - [Manage your account & settings](#)

  - [Supervised experience on YouTube](#)

  - [Join & manage YouTube Premium](#)

  - [Create & grow your channel](#)

- o [Monetize with the YouTube Partner Program](#)

- o [Policy, safety, & copyright](#)

- [Community](#)

- [YouTube](#)

- [Privacy Policy](#)

- [YouTube Terms of Service](#)

- [Submit feedback](#)

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program

Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows

Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues

Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube

YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

# What is the issue with this selection?



Inaccurate - doesn't match what I see in the product



Hard to understand - unclear or translation is wrong



Missing info - relevant but not comprehensive



Irrelevant - doesn't match the title and / or my expectations



Minor errors - formatting issues, typos, and / or broken links



Other suggestions - ideas to improve the content

# Share additional info or suggestions



Do not share any personal info
Cancel
Submit
By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.

# Use the Content Verification Tool

**Note**: If you don't have a Content Verification Program (CVP) account yet, fill out this form to check your eligibility.

The Content Verification Tool is found in Studio Content Manager. To access it, make sure you're signed in to your Content Manager account.

The tool allows you to use our enterprise webform, which is similar to our copyright takedown webform, but also lets you search through publicly available YouTube videos to find videos that include content you own the rights to. If you find infringing content, you can submit copyright takedown requests directly from the enterprise webform.

Find videos that match your assets

Submit copyright takedown requests

Retract copyright takedown requests

7/15/22, 5:28 PM

# License your content & rights to YouTube

If you're interested in managing your content or related rights on YouTube, check out our overview of the copyright management tools YouTube offers.

To remove content that you believe has been uploaded without your permission and that infringes your copyright or other related rights, you can submit a copyright takedown request.

If, rather than requesting removal of content, you'd like to explore if it may be possible for you to license your copyright or other related rights directly to YouTube, the simplest way may be to create your own YouTube channel and upload your content yourself. Find out more and get help as a YouTube Creator.

# Exhibit "10"

# Understand ads and related policies

**Understand ads**

Ads on videos you watch

YouTube advertising formats

I'm not a YouTube partner, so why am I seeing ads on my videos?

Watching videos with paid product placements, sponsorships & endorsements

Report policy-violative ads

How ads work on YouTube for supervised accounts and content set as "made for kids"

FAQs for parents about supervised accounts

**Manage ads on your videos**

Set your default ad formats

How ads show on videos you monetize

Manage mid-roll ad breaks in long videos

Allow sensitive ads on my YouTube channel and videos

Add paid product placements, sponsorships & endorsements

Block ads from appearing on my YouTube channel and videos

Turn off personalized ads

Ads on

## Advertiser info & policies

Ad policy overview

Mimicking YouTube site elements

Unbranded ads or brand channels

User-generated content in ads

Advertising on YouTube Kids

Violent and shocking content in ads

Advertiser live streaming

Brand Lift surveys

Remarketing

About advertiser verification

## Targeting & serving

Age targeting and ads

Flash cookies

Using social media and third-party apps

SSL capability

Third-p

YouTube monetized markets

# Ads on videos you watch

The ads that play on YouTube videos you watch are tailored to your interests. They're based on your Google Ad Settings, the videos you've watched, and whether you're signed in or not.



When you're signed in, these anonymous signals may decide which ads you see:

- Types of videos you've viewed
- The apps on your device and your use of apps
- Websites you visit
- Anonymous identifiers associated with your mobile device
- Previous interactions with Google's ads or advertising services
- Your geographic location
- Age range
- Gender
- YouTube video interactions

These ads are based on the content of the videos you've watched whether you're signed in or not.

## Manage privacy settings for ads

You can control the ads that you see based on your Google Account Ad Settings . You can also view, delete, or pause your YouTube watch history.

## Turn off ads

If you want to turn off ads on YouTube, check out our paid memberships for an ad-free experience.

To stop seeing a specific ad, select Info ⓘ ⟩ **Stop seeing this ad** on the ad. This option is only available if you have ad personalization turned on in your Google Account Ad Settings.

## Report an ad

If you see an ad that you dislike, use the info above to manage your ad settings. If you see an ad that is inappropriate or even violates Google's ad policies, you can report it.

To report the ad, select Info ⓘ on the ad then **Why this ad** ⟩ **Report this ad,** or choose to fill out and submit this form. Our team will then review your ad report and act on the report if appropriate.

Reporting ads is only available on YouTube mobile and on a computer.

## Fill in lead forms

When you open a lead form in a video campaign on YouTube, some fields are pre-filled when you're signed in to your Google Account.

# YouTube advertising formats

There are several types of ads that may appear during or next to your videos when you've turned on video monetization.

The table below reflects ad options available in YouTube Studio, where you can control placement of ads before ("pre"), during ("mid"), or after ("post") the video.

| Video ad format | Description | Platform | Spec |
|---|---|---|---|
| Skippable video ads  | Skippable video ads allow viewers to skip ads after 5 seconds. | Computer, mobile devices, TV, and game consoles | Plays in video player (option to skip after 5 seconds). |
| Non-skippable video ads  | Non-skippable video ads must be watched before a video can be viewed. | Computer, mobile devices, TV, and game consoles | Plays in video player. 15 or 20 seconds in length, depending on regional standards. |
| Bumper ads  | Short, non-skippable video ads of up to 6 seconds that must be watched before a video can be viewed. Bumper ads are turned on when skippable or non-skippable ads are turned on. | Computer, mobile devices, TV, and game consoles | Plays in video player, up to 6 seconds long. |
| Overlay ads  | Overlay image or text ads that can appear on the lower 20% portion of a video. | Computer only | 468x60 or 728x90 pixels in size |

Learn more about managing mid-roll ad breaks in this article: Manage mid-roll ad breaks in long videos.

## Update type of ads in bulk

You can set which ad formats appear on all or some of your videos at once.

1. Sign in to YouTube Studio.
2. In the left Menu, click **Content**.
3. Check the **Select all** box at the top to select all videos, then click **Select all**.
4. Click **Edit** › **Ad settings**.
5. Check the box for **Update type of ads**, then choose which ad types you'd like.
6. Select **Update videos** to apply the new settings.

## Default ad settings

To set the default video ad types for your channel for new uploads, refer to this article in our Help Center: Set your default ad formats.

## Ads outside the video player

**Watch feed**

and next to the player on computers. These types of ads cannot be controlled from within YouTube Studio.

## Back-to-back ads

Also referred to as ad pods, two back-to-back video ads can occur when you turn on skippable or non-skippable ads on your video. This kind of ad format only displays on longer form video content (at least 5 minutes in length) on the platforms mentioned in the table above.

Ad pods help reduce interruptions for viewers of longer videos, resulting in a better viewer experience.

## Ads on shorter videos

Video ads may be less likely to serve on short videos. This practice helps to better improve overall viewer engagement and revenue over the course of a viewer's session on YouTube.

Get pro tips to choose the ad formats    that show on your videos.

# I'm not a YouTube partner, so why am I seeing ads on my videos?

Ads may appear on your uploaded videos even if you haven't monetized the videos yourself.

If your video contains content to which you don't own all necessary rights, the rights holder may have chosen to place ads on it. YouTube may also place ads on videos in channels not in the YouTube Partner Program. Learn more on our blog    .

**Become a partner and earn revenue from advertising**

The YouTube Partner Program is available in many countries/regions, allowing more creators to turn on revenue sharing from ads. To see the benefits of the program, visit the YouTube Partner Program overview page. You can also learn how to become a partner and set up your channel for monetization.

**Ads are not appropriate for my videos**

If you do see an ad that you believe is in violation of our ad policies, fill out this form to report the ad. You can also report the ad while it's playing by selecting the info button in the bottom.

# Watching videos with paid product placements, sponsorships & endorsements

When a video includes paid product placements, endorsements, or sponsorships, you'll see a disclosure at the beginning of the video when designated by the creator.

## What are paid product placements, sponsorships & endorsements?

**Paid product placements**:

- Videos about a product or service because there's a connection between the creator and the maker of the product or service.
- Videos created for a company or business in exchange for compensation or free of charge products/services.
- Videos where that company or business's brand, message, or product is included directly in the content and the company has given the creator money or free of charge products to make the video.

**Endorsements**: Videos created for an advertiser or marketer that contains a message that reflects the opinions, beliefs, or experiences of the creator.

**Sponsorships**: Videos that have been financed in whole or in part by a company, without integrating the brand, message, or product directly into the content. Sponsorships generally promote:

- The brand
- Message
- Product of the third party

If you're a creator, learn how to add paid product placements, sponsorships & endorsements to your video here.

## How do paid product placements, sponsorships & endorsements work for content viewed by supervised accounts or content set as made for kids?

All paid promotions that appear in videos directed to children contain a disclosure that is understandable by children.

All paid promotions need to follow our Ad Policies, which prohibit ads in certain categories. Advertising on content set as "Made for Kids" must not be deceptive, unfair, or inappropriate for its intended audience. The content must not use any third party trackers or otherwise try to collect personal info without first obtaining parental consent. The content must also comply with all relevant laws and regulations. Creators and the brands they work with are responsible for understanding and complying with their local and legal obligations to disclose Paid Promotion in their content. Some of these obligations include when and how to disclose, and to whom to disclose.

# Report policy-violative ads

If you see an ad that is inappropriate or even violates Google's ad policies, you can report it.

## Ads with restricted content

You may see ads that are promoting restricted content for which our ad policies currently allow ads. The restrictions on ad content may differ from our advertiser-friendly content guidelines for creators, which outline what specific types of creator content are eligible to be monetized with ads.

To stop seeing a specific ad without reporting it, select **Info** ⓘ ﹥ **Stop seeing this ad** on the ad. This option is only available if you have ad personalization turned on in your Google Account Ad Settings .

## Policy-violative ads

We use a combination of human and automated review to ensure ads adhere to Google's ad policies from the moment an ad is created. This helps ensure a better ad experience for viewers and better ad serving on content on the platform.

However, our reviews don't always get it right. If that's the case, report the ad while it is displayed or fill out and submit this form instead. Our team will then review your ad report and take action if appropriate.

Reporting from the ad itself is a feature only available on YouTube mobile and computer.

Note: if you see one of your videos being used as an ad and would like to know more about ad views may impact your video's performance, get in touch with our Creator Support team.

**Computer**    Android    iPhone & iPad

1. Click **Info** ⓘ on the ad
2. Select **Why this ad** ﹥ **Report this ad**

## Learn more

- Ad policy overview
- Ads on videos you watch
- Manage what types of ads you see on YouTube videos
- Report inappropriate content

# How ads work on YouTube for supervised accounts and content set as "made for kids"

Made for kids advertising policies may evolve over time. We encourage you to check back often to read the latest updates.

In order to comply with the Children's Online Privacy Protection Act    and other laws, personalized ads, remarketing, and other personalized targeting features are prohibited on YouTube for:

- Google Accounts managed by Family Link for children under the age of 13 (or relevant age in your country), referred to here as supervised accounts
- Content set as made for kids

Contextual ads can be served on YouTube for supervised accounts and on content set as made for kids. These ads are based on factors like:

- The content being viewed
- The viewer's current search
- The viewer's general location (such as city or state)

Ads must follow the made for kids ad policy to be eligible to appear on YouTube for supervised accounts and on content set as made for kids.

## Watching ads on "made for kids" content

Ads in certain categories    may still appear on content marked as "made for kids". Viewers of "made for kids" content may see an ad bumper before and after a video ad is shown. This helps alert them when an advertisement is starting and ending.

To understand advertiser policies around ads on "made for kids" content, check out our "made for kids" ads policy    .

## Policies for advertisers

Advertisers may not run personalized ads on YouTube for supervised accounts nor on content set as made for kids.

Advertising that is intended for children or on content set as made for kids must comply with all relevant laws and regulations. It cannot:

- Be deceptive, unfair, or inappropriate for its intended audience
- Make use of any third party trackers or otherwise attempt to collect personal info

Below are some products that advertisers may not advertise on YouTube for supervised accounts or content set as made for kids:

- **Media unsuitable for children**: Media (Movies, TV shows, etc.) that is sensitive to show to users under the age of 13.
- **Video games unsuitable for children:** Electronic video games (and related accessories) that may be played on a video game console, the computer, or another electronic device such as a cell phone or tablet are prohibited if the industry rating of the game would not be suitable for audiences under the age of 13.
- **Dating and relationships**: Ads for dating sites, family counseling, and marital or divorce services.
- **Beauty and weight loss**: Products related to external personal care, fitness products relating to weight loss, diet and nutrition.

https://support.google.com/youtube/answer/9713557?hl=en&ref_topic=9257895

**Food and**
- nutrition content.

- **Illegal or Regulated Products**: Products that are regulated or illegal to advertise to children, including Prohibited Content and Restricted Content are prohibited. This also includes products that may pose safety risks for children.

- **Political ads:** Political paid ads of any kind, including info about political candidates or their policy positions, political parties, fundraising or political action committees or their agendas.

- **Religious ads**: Religious ads of any kind are prohibited, e.g, offers relating to religion, religious beliefs, including religious schools, religious books, etc.

- **Ads related to adult content**: Sexual and mature content that is intended for adult audiences and not suitable for users under the age of 13.

- **Dangerous Content**: Content that is dangerous and inappropriate for users under the age of 13 or that generally requires adult supervision.

- **Violent Content**: Violent and graphic content that is intended for adult audiences and not suitable for users under the age of 13.

---

# FAQs for parents about supervised accounts

## What's the difference between a supervised account and a regular YouTube or YouTube Music account?

Your child's supervised account will look much like a regular YouTube or YouTube Music account but will vary in available features and settings.

The content your child can play will depend on the content setting you choose for their supervised account. Some features normally available on YouTube and YouTube Music won't be available. To get a list of the unavailable features, go to What is a supervised experience on YouTube?.

Since self-expression and community are an important part of YouTube, we work with parents and experts when deciding what features are affected for supervised accounts.

## What is YouTube Kids? How is it different from a supervised account on YouTube?

YouTube Kids is our dedicated app built with kids in mind. With a supervised account, parents select a content setting that limits what kids can find and play on YouTube and YouTube Music.

Videos in YouTube Kids are a diverse but smaller selection of videos than what is available on regular YouTube. Videos are selected through several combinations. These videos are selected by human review and curated playlists from experts. Algorithmic filtering will also help to choose appropriate videos.

To learn more about the differences between YouTube Kids and supervised accounts, go to Understand your choices as a family.

## What is Restricted Mode? How is it different from a supervised account on YouTube?

Restricted Mode is an optional setting on YouTube. It helps screen potentially adult content that you may prefer not to see or don't want others using your device to see. Users who want a more limited YouTube experience, such as libraries, schools, and public institutions, usually turn on Restricted Mode.

Parents of teens over 13 who have added supervision to their teen's Google Account can also use Restricted Mode to help screen out potentially mature content.

Supervised accounts aren't available for teens over the relevant age in their country/region who have supervision added to their existing Google Accounts. Supervised accounts are available for children under 13 (or the relevant age in their country/region) and give parents controls to manage their child's YouTube experience.

## What are my choices for content settings when I set up a supervised account for my child?

There are 3 content settings you can choose from:

- **Explore:** Generally aligns with content ratings for viewers 9+. Videos include vlogs, tutorials, gaming videos, music videos, news, and more. No live streams, except for Premieres. Some videos contain instances of mild violence, offensive language, and controlled substances. Some videos can also contain educational content related to body image and changes, mental and sexual health.
- **Explore more:** Generally aligns with content ratings for viewers 13+. This setting will include an even larger set of videos. Videos include live streams, vlogs, tutorials, gaming videos, music

892

videos,

instances of real-world violence, limited profanity, or controlled substances. Non-explicit sexual references and topics related to physical, mental, and sexual health and wellbeing can also be present.

- **Most of YouTube**: This setting includes **almost everything on YouTube** except for videos marked as 18+ and other videos that may not be appropriate for viewers using supervised experiences. Videos include live streams, vlogs, tutorials, gaming videos, music videos, news, educational videos, DIY, arts and crafts, dance, and much more. Some videos will contain sensitive topics that may be appropriate for older teens, such as graphic violence, adult content, nudity, explicit profanity, and topics such as mental illness, dieting, and sexual health.

Learn more in Content settings for families using supervised experiences.

---

Can I grant my child's supervised account access to YouTube Music or YouTube TV?

Supervised accounts are supported for YouTube Music. The content setting you choose for your child's supervised account will also apply to YouTube Music content when they sign in to the app or website.

---

What if I can't download YouTube or YouTube Music on my child's iOS device?

To download the YouTube or YouTube Music app, parents should review their Content & Privacy Restrictions settings    on their child's iOS device.

---

If my child has a supervised account, can they use YouTube on my TV?

Supervised accounts can use YouTube on most eligible smart TVs. Supervised accounts aren't supported on older Android TV devices, Chromecast with Google TV devices, or Microsoft Xbox.

---

How do I set up a supervised account using a Google Assistant-enabled device?

To add your child, follow the steps in Let your child use Google Assistant on your devices.  If you add your child's Google Account and voice to the device, supervised accounts can use Google Assistant on shared devices.

---

How does YouTube filter out inappropriate content?

Our Community Guidelines outline what's allowed and not allowed on YouTube. These guidelines apply to everyone, regardless of their age. If you set up a supervised account for your child, there are policies to figure out what content is eligible for the different content settings.

We care deeply about our users and work hard to exclude unsuitable content, but no automated system of filters is perfect. You can change app permission and content settings for your child at any time. If you find something you believe is inappropriate for YouTube, you can report it.

---

How do ads work with supervised accounts?

To better protect children, ads in certain categories are prohibited and personalized ads are turned off. Viewers of "made for kids" content may see an ad bumper before and after a video ad is shown. This bumper helps alert them when an advertisement is starting and ending. If you have a YouTube Premium family plan, your child is eligible for ad-free content and other shared benefits of membership.

Videos wl‾

video will be shown to supervised accounts on YouTube. These videos must also comply with the
ad policy on videos that are made for kids.

---

### How does YouTube protect my child's privacy?

YouTube is a part of Google and adheres to Google's privacy policies   and principles    . We
know it's important for you to understand what personal info we collect in association with your
child's Google Account. We also know you need to know why we collect it, and how you can
control and delete that info. The Google Privacy Policy    and our Privacy Notice    for Google
Accounts for children under 13 (or the relevant age in their country/region) explains our privacy
practices.

Your child can manage and learn more about their YouTube privacy settings and controls under
"Your Data in YouTube" in their account. This page includes a summary of their video and activity
data and settings to manage this data. The page also details info on how their data is used to
improve their YouTube experience, like reminding them what they've watched and giving
recommendations.

As the parent manager of your child's Google Account, you can pause or clear their search and
watch history from Family Link. You can also clear the history from your **Parent Settings** page in
YouTube.

---

### Are supervised accounts available for schools or educational organizations?

Supervised accounts are currently available for personal accounts. Supervised accounts are not
available for schools or educational organizations. How you're signed in to your device may affect
whether YouTube can be used. Learn more about supervised accounts.

---

### Who is eligible for a supervised account on YouTube?

You can set up a supervised account on YouTube for your child who is under 13 (or the relevant
age in their country/region).

You're not eligible for a supervised account on YouTube if:

- Your child is over 13 (or the relevant age in their country/region). This requirement is only if you
  created your child's supervised account before they reached the relevant age in their
  country/region.
- You live in the European Union and you set up supervision for your child before April 2021. If
  your child was under the relevant age in their country/region at that time, a supervised account
  will also not be available.

---

# Set your default ad formats

You can set ad format defaults to apply consistently to each new uploads. When you do, you don't have to change the settings every time you upload a video.

You can specify which types of advertisements YouTube displays by selecting the ad formats you want to allow. You can override this choice for specific videos. Learn more about how YouTube automatically determines how ad formats display.

> We recommend allowing all ad formats on your videos to maximize your earnings. Different ad formats may yield different amounts of revenue and affect video viewership differently. We can't predict how changing your default ad settings might affect your audience/monetization, but you can use YouTube Analytics to track performance changes.

## Set default ad formats

To specify the default set ads formats you want to allow for your channel:

1. Sign in to YouTube Studio     .
2. From the left Menu, click **Settings** ⚙ .
3. Select **Upload defaults** ⟩ **Monetization**.
4. In the "Types of ads" section, select the checkbox next to each type of ad format you want to allow for monetized videos that you upload. All formats are selected by default. Learn more about available ad formats.
5. Click **SAVE**.

You can still change settings after you upload a video on the Content page. Learn how to edit uploaded video settings.

## Override ad format defaults

To override the allowable ad formats for an individual video:

1. Sign in to YouTube Studio     .
2. From the left Menu, select **Content**.
3. Point to the video you'd like to update and select Monetization  $   .
4. Select which ad formats to use for the video. Learn more about advertising formats.
5. In the upper right, click **SAVE**.

> You can also set the ad formats for multiple videos at once.

---

# How ads show on videos you monetize

When you turn on monetization for your channel, you can share in revenue from ads being served on your videos. Ads are served through the AdSense auction, Google Ad Manager, and other YouTube-sold sources. Once you turn on monetization, it may take some time for ads to show up.

The ads on your video are automatically chosen based on context like your video metadata and whether the content is advertiser-friendly.

We regularly monitor and update our systems to deliver the most relevant ads to your videos. But, we don't manually control every ad that shows with your videos, so we can't guarantee that we'll play specific ads.

Ads will not always show on monetized videos. There may not always be an ad available at the time of viewing. If you think there's a problem with ads, learn why ads might not be showing on your videos.

# What are partner-sold ads?

Since 2010, YouTube has allowed a few partners to sell ads for the content they place on YouTube. These ads are called "partner-sold ads". To qualify for partner-sold ads, organizations must distribute content across different platforms and have the company infrastructure (including sales forces) to sell ads against their videos.

For partner-sold ads, the partners work directly with advertisers to serve ads on content they own. Advertisers buy ads from these partners so that the ads show up on specific content. This means that partner-sold ads may show even on videos that YouTube considers "not suitable for most advertisers". These partners take full responsibility for the ad placement by working directly with the advertisers. They bear the full risk of putting ads on content advertisers may not think is brand suitable.

Partners can't sell ads against content that is related to tragedies.

# Manage mid-roll ad breaks in long videos

When you upload videos that are 8 minutes or longer, you can enable ads during the middle of the video (known as "mid-rolls") in addition to having them at the beginnings and ends of videos.

By default, mid-roll ads are automatically placed at natural breaks in your videos to balance viewer experience and monetization potential for you. If you don't have mid-roll ads turned on as the default for new uploads, you can turn them on for individual videos.

Use the ad breaks tool to create, preview, and edit automatically placed mid-roll ads, or to place ad breaks manually in videos. You can do this regardless of your channel-level upload default.



The ad experience for viewers maybe slightly different depending on the type of device they're using.

- **On desktop:** Viewers will get a countdown 5 seconds before a mid-roll advertisement appears.
- **On other platforms:** Viewers will see yellow markers in the video progress bar to indicate when an ad may show up.

---

## Frequently asked questions

### How do I know whether I should use mid-roll ads?

While YouTube can automatically find the best placement for mid-roll ads, you may want to turn off mid-roll ads if not appropriate. For example, meditation videos may not be suitable for mid-roll ads. If you do choose to use them, we recommend automatically placed mid-roll ads to find natural breaks in your content to avoid an interruptive viewer experience.

### How do automatically placed mid-roll ads work?

Automatically placed mid-roll ads aim to balance the viewer experience and creator revenue potential. YouTube's advanced machine learning technology looks over a large volume of videos and learns to detect the best places for mid-rolls. This is done by evaluating factors like natural visual or audio breaks. User studies indicate that automatically placed mid-roll ads are two times less interruptive than manually placed mid-roll ads.

### Aren't mid-roll ads annoying for viewers?

Some viewers might find mid-roll ads annoying or interruptive. However, to improve viewer experience, we take care of predicting the best ad placement for minimal interruption. We aim to balance the needs of viewers, advertisers, and creators on our platform.

### Can I still adjust automatically placed mid-roll breaks?

Yes. When automatically placed mid-rolls are turned on, you can navigate to the monetization settings for any video and adjust the ad break placements manually.

## Manage

Mid-roll ad placement can affect the viewing experience and the likelihood of ad serving. If mid-roll ad breaks are manually placed at disruptive points in a video, our ad system may serve fewer ads.

There are 2 ways to place mid-roll ads:

- **Automated ad breaks**: You can turn on automatically placed mid-roll ads, which means we'll find the best ad placement and frequency, creating a more balanced experience for viewers.
- **Manual ad breaks**: If you choose to manually place ad breaks, try to place at natural breaks for best results. Avoid placing mid-roll breaks at disruptive points, such as mid-sentence or mid-action. If you've created your content to build in natural ad breaks, you may turn on manual ad break placement to ensure the ads show the way you want them to.

### Automatic placement

You can automatically set mid-roll breaks for one video.

1. Sign in to YouTube Studio    .
2. From the left menu, select **Videos**.
3. Choose a video, then select **Monetization**.
4. If you haven't already, enable monetization for the video.
5. Beneath "Location of video ads", check the box next to "During video (mid-roll)".

### Manual placement

You can manually set mid-roll ad breaks if, for example, your video was already created to have mid-roll ad breaks appear in certain locations.

1. Sign in to YouTube Studio    .
2. From the left menu, select **Videos**.
3. Choose a video, then select **Monetization**.
4. If you haven't already, enable monetization for the video.
5. Beneath "Location of video ads", check the box next to "During video (mid-roll)".
6. Select **MANAGE MID-ROLLS**.
   - **Add an ad break**: Click **+ ADD BREAK**. Enter the start time of the ad, or drag the vertical bar to the desired time.
   - **Delete an ad break**: Click Delete 🗑 next to the ad break.
7. In the top-right, click **Continue** and then **Save**.

Place ad breaks when uploading a new video

1. Sign in to YouTube Studio    .
2. Upload a video that's 8 minutes or longer.
3. On the "Monetization" tab, turn on monetization.
4. Beneath "Ad settings", check the box next to "Manually select".
5. Beneath "Location of video ads", check the box next to "During video (mid-roll)".
6. Select **PLACE MANUALLY**.
   - **Add an ad break**: Click **+ ADD BREAK.** Enter the start time of the ad, or drag the vertical bar to the desired time.
   - **Delete an ad break**: Click Delete 🗑 next to the ad break.
7. In the top-right, click **Continue**.
8. Complete the upload flow.

Place ad bre

1. Sign in to YouTube Studio.
2. From the left menu, select **Content.**
3. Click the video you'd like to edit.
4. From the left menu, click **Editor.**
5. Select Ad breaks ♪. For manual placement: Click ✛ **ADD BREAK** and enter the start time of the ad, or drag the vertical bar to the desired time. For automatic placement: Click **PLACE AUTOMATICALLY.**
6. To delete an ad break, click **Delete** 🗑 next to the ad break.
7. Click **SAVE.**

## Preview adjust mid-roll ad placement

You can preview the placement of your mid-roll ad breaks and adjust them if needed.

1. Sign in to YouTube Studio   .
2. From the left menu, select **Videos.**
3. Chose a video, then select **Monetization.**
4. Go to "Location of video ads" and select **MANAGE MID-ROLLS** beneath "During video (mid-roll)".
5. Select Play ▶ on the video player.
6. Drag the cursor to reach a specific part of the video.

## Manage mid-roll ad breaks for a video

If you would like to turn mid-roll ad breaks on or off for an individual video, you can follow these steps.Sign in to YouTube Studio   .

1. From the left menu, select **Videos.**
2. Choose a video, then select **Monetization.**
3. Beneath "Location of video ads", toggle the box next to "During video (mid-roll)" to turn mid-roll ad breaks on or off. When turned on, mid-rolls are automatically placed by default.
4. Select **SAVE.**

## Manage mid-roll ad breaks for multiple videos

If you would like to turn mid-roll ad breaks on or off for multiple videos, you can follow these steps.

1. Sign in to YouTube Studio   .
2. From the left menu, select **Videos.**
3. Choose multiple videos, then select "Ad settings" from the Edit menu.
4. Toggle "Turn on ads during video" to turn mid-roll ad breaks on or off. When turned on, mid-rolls are automatically placed by default.
5. Select **UPDATE VIDEOS** and follow the steps displayed to confirm this change.
6. Complete this change by selecting **UPDATE VIDEOS.**

## Change the channel upload default for mid-roll ad breaks

You can c
disable them for future uploads.

1. Sign in to YouTube Studio    .
2. From the left menu, select **Settings**.
3. Select Upload defaults, and go to **Monetization**.
4. Uncheck "During video (mid-roll)" beneath the Location of video ads section.
5. Select **SAVE**.

---

# Allow sensitive ads on my YouTube channel and videos

You can opt your channel in to sensitive AdSense ad categories and allow ads in those categories to show next to your YouTube videos. Opting in to sensitive categories is voluntary and may help you increase revenue by taking advantage of advertiser demand.

Here's how to allow ads from sensitive categories:

1. Sign in to your AdSense account.
2. In the top left, click **Menu**.
3. Click **Blocking controls** > **YouTube host**.
4. On the **All channels** page, click **Manage Sensitive categories**.
5. At the bottom, use the **Blocked/Allowed** switch for the opt-in categories.

Changes are automatically saved on selection, and should be reflected on your channel within 24 hours.

Learn more about sensitive ad categories.

---

# Add paid product placements, sponsorships & endorsements

**Note: This article was updated in January 2021 to include a list of products and services where you should not include paid promotions.**

You may include paid product placements, endorsements, sponsorships, or other content that requires disclosure to viewers in your videos.

If you choose to include any of the above, you have to let us know by selecting the paid promotion box in your video details. See instructions below.

All paid promotions need to follow our Ad Policies and Community Guidelines. You and the brands you work with are responsible for understanding and complying with their local and legal obligations to disclose Paid Promotion in their content. Some of these obligations include when and how to disclose, and to whom to disclose.

---

Where not to include paid product placements, sponsorships & endorsements

Following our Ad Policies means you cannot include paid promotions of the following products and services in your content:

- Illegal products or services
- Sex or escort services
- Adult content
- Mail-order brides
- Recreational drugs
- Pharmaceuticals without a prescription
- Online gambling sites not yet reviewed by Google or YouTube
- Services to cheat on exams or tests
- Hacking, phishing, or spyware
- Explosives
- Fraudulent or misleading businesses

This policy applies to videos, video descriptions, comments, live streams, and any other YouTube product or feature. This list is non-exhaustive. Don't post content if you think it might violate this policy.

**Examples**

Here are some examples of content that's not allowed on YouTube.

- Paid promotion of an academic essay-writing service
- Paid promotion of a website selling counterfeit passports or providing instructions on creating forged official documents
- Paid promotion of software that generates fake credit card numbers
- Paid promotion of an online pharmacy that sells regulated pharmaceuticals without prescriptions

**What happens if your content violates this policy**

If your content violates this policy, we'll remove the content and send you an email to let you know. If this violation is your first time violating our Community Guidelines, you'll get a warning

with no p

strikes, your channel will be terminated. You can learn more about our strikes system here

In addition, we may age-restrict content if the product or service being promoted is not suitable for all ages.

---

What do we mean when we talk about paid product placements, sponsorships & endorsements?

Paid product placements are pieces of content that are created for a third party in exchange for compensation. This content is also where the third party's brand, message, or product is integrated directly into the content.

Endorsements are content created for an advertiser (or for a creator's own brands if the relationship between creator/brand is not clear) with a message that users are likely to believe reflects the opinions of the content creator.

Sponsorships are  pieces of content that have been financed in whole or in part by a third party. Sponsorships generally promote the brand, message or product of the third party without integrating the brand, message, or product directly into the content.

Note that laws that apply to you may define paid promotions differently. Creators and brands are responsible for understanding and fully following legal obligations to disclose paid promotion in their content according to their jurisdiction. Legal obligations might include when and how to disclose and to whom to disclose.

Creators and brands should also understand whether specific types of paid promotions are permitted under their local laws. For instance, in the UK and EU, certain videos classified as "children's programmes" under the Audiovisual Media Services Directive may be prohibited from including sponsorships or paid product placements.

---

Do I need to tell YouTube if a video has a paid product placement, endorsement, or other commercial relationship?

If your content has a paid product placement, endorsement, or other commercial relationship, you need to tell YouTube so that we can facilitate disclosures to users. Note that you may have more obligations depending on the laws in your jurisdiction. If you don't follow those obligations, we may act against your content or account. To tell YouTube:

1. On a computer, sign in to YouTube Studio   .
2. From the left section, select **Content**.
3. Click the video you'd like to edit.
4. Select **More options**.
5. Check the box next to "My video contains paid promotion like a product placement, sponsorship, or endorsement."
6. Select **SAVE**.

For more info, go to the "What happens when I check the 'My video contains paid promotion like a product placement, sponsorship, or endorsement' section.

---

What happens when I check the "My video contains paid promotion like a product placement, sponsorship, or endorsement" box?

When you check the "video contains paid promotion" box under the "Content declaration" section in your Advanced Settings, you're helping maintain a great viewer experience.

We'll still r

may replace an ad that conflicts with your brand partner with an alternative ad. Also, when you tell us, we'll remove your video from the YouTube Kids app in line with our existing policies   .

---

### Will YouTube still run ads against these videos?

Yes, YouTube will still run ads against these videos.

Sometimes, we may replace an ad that conflicts with your brand partner's ad with a different ad on videos with paid promotions. This replacement is done to protect the value we offer advertisers.

For example, say you upload a video with brand mentions and product placements for Company A. It wouldn't make sense to sell ad space around that video to Company B.

---

### Do I need to tell anyone else about any commercial relationship connected to my video?

You may need to. Different jurisdictions have various requirements for creators and brands involved in paid promotion.

When your content includes paid promotion, some jurisdictions and brand partners require that you tell viewers about any commercial relationship that might have influenced your content. It's your responsibility to check and comply with laws and regulations around paid promotion content that apply to you. See more resources below.

---

### Is there a feature that can help me inform viewers about Paid Promotion in my videos?

Yes. Whenever you mark your video as containing paid promotions, we automatically show viewers a disclosure message for 10 seconds at the beginning of the video. This disclosure message will tell the viewer that it contains paid promotions.



Note that different jurisdictions have various requirements for creators and brands involved in paid promotion that may require you to do more. Be sure to check and follow applicable laws.

---

### Does this mean I can burn video ads (pre-rolls, mid rolls, and post rolls) into my videos?

No. YouTube's Ads Policy doesn't let you burn or embed advertiser-created and supplied video ads or other commercial breaks into your content.

If you have an advertiser interested in serving ads specifically against your content, work with your partner manager. See more info on our policies around third party embedded sponsorships.

This policy doesn't apply to videos created by or for brands and uploaded to the brand's YouTube channel.

---

### Can I use a title card before/after the video with the marketer's or sponsor's brand name & product info?

Yes. We al

and end cards can include graphics and the sponsor or marketer's logo and product branding.

- **Title cards:** 5 seconds or less and static. If they're placed at the beginning of the video (0:01s), the card must be co-branded with the creator's name/logo.
- **End cards:** Placed within the last 30 seconds of the video and must be static.

More resources

For further info, we recommend that you regularly refer to your local legal resources, such as the Federal Trade Commission    (FTC) in the United States, the Advertising Standards Authority (ASA) in the United Kingdom, the Directorate General for Competition, Consumer Affairs and Fraud Prevention    (DGCCRF) in France, the media authorities Medienanstalten    in Germany or the Korea Fair Trade Commission    (KFTC) in Korea.

The info presented in this Help Center article is not legal advice. We provide it for informational purposes so you may wish to check with your own legal representatives.

# Block ads from appearing on my YouTube channel and videos

**This article is for creators** in the YouTube Partner Program (including MCN affiliates) who want to make changes to ads that run on their own content.

**If you're a viewer**, check out this article to learn more about ads you see on videos.

As a YouTube partner, you can filter the AdSense ads that appear next to your YouTube videos and channel.

Here's how to filter ads from general or specific categories, or from specific AdSense advertiser domains:

1. Sign in to your AdSense account.
2. In the top left, click Menu ≡ .
3. Click **Blocking controls** ⟩ **YouTube host.**
   - To block specific advertiser URLs: Click the **Advertiser URLs** tab in the horizontal bar across the top of the page. Enter URLs in the box given, then click **Block URLs**.
   - To block ads by general or sensitive categories: Click the appropriate tab in the horizontal bar across the top of the page. Use the controls on the page to allow or block categories.

Changes are automatically saved on selection and should be reflected on your channel within 24 hours.

Your filter list only blocks ads served **via AdSense**. Filtering specific domains will not prevent ads served via Google Ad Manager.

Learn more about allowing and blocking ads.

---

# Turn off personalized ads

Creators who are part of the YouTube Partner Program have the option to disable personalized ads. If you plan to turn off personalized ads, we recommend disabling them in YouTube Studio and not in AdSense.

1. Sign in to YouTube Studio     .
   - **Note**: Any content that's marked as made for kids     will automatically have personalized ads turned off.

2. Click **Settings**.
3. Click **Channel**.
4. Click **Advanced settings**.
5. Scroll to the bottom section **Advertisements**.
6. Check the box for **Disable interest-based ads.**
   - If you select this option, personalized ads     will not be shown on videos on your channel, such as ads based on a viewer's interests or remarketing ads. This may significantly reduce your channel's revenue. In addition, earned action reports and remarketing lists will stop working for your channel.

# Ads on embedded videos

Embedded videos may show In-stream and InVideo overlay ads. Any website or mobile app that embeds videos, including your own website or app, may generate revenue for you.

## Turn ads on or off on embedded videos

If you've associated your YouTube and AdSense accounts and have allowed embedding videos, you'll automatically be opted into showing ads. Note that embedded videos will honor the same ad enablement settings as videos on youtube.com.

If you don't want to show ads on your embedded videos, there's no way to directly turn off ads on embedded videos only. You may turn off embedding altogether.

## Requirements for ads on embedded videos

Ads appear on brand safe sites: YouTube works diligently so that our advertisers' brands appear on sites that reflect our respective core values. Our systems closely evaluate websites and their content against various factors when finding out whether to turn on In-stream ads on YouTube embeds. These factors include a strict set of guidelines on content like adult imagery, violence, inappropriate and hateful language, and sites that promote infringement.

Player details: We require that the video player appear large enough to promote a positive user experience. We recommend a 560x315 pixel or larger player. Also, videos should be embedded using the standard click-to-play embed and not a scripted play.

## Revenue sharing for embedded videos

Only YouTube and the video owner will earn revenue from ads on embedded videos. The site owner where the video is embedded will not earn a share.

**Note**: Currently we are not serving ads on videos that are enabled as 3D videos.

---

# Ad policy overview

In this article, you'll learn about the policies all advertisers must follow and how we review ads.

## Our policies

To place ads on YouTube, you'll have to comply with:

- Google Ad Policies
- YouTube-specific ad policies
  - Ad formats & features
  - Targeting & serving
  - If you place ads on YouTube Kids, check out our YouTube Kids advertising policies for more specific guidance.
- YouTube Community Guidelines
- Technical Guidelines

## Policy guidelines

Below you'll find more detailed info about our policy guidelines:

### Prohibited content

Content you can't advertise on the Google Network

- Counterfeit goods
- Dangerous products or services
- Enabling dishonest behavior
- Inappropriate content

### Prohibited practices

What you can't do when advertising with us

- Abusing the ad network
- Data collection and use
- Misrepresentation

### Restricted content

Content you can advertise, but with limitations

- Adult content
- Alcohol
- Copyrights
- Gambling and games
- Healthcare and medicines
- Political content
- Financial services
- Trademarks
- Legal requirements
- Other restricted businesses

### Editorial and technical

Quality standards for your ads, websites, and apps

- Editorial
- Destination requirements
- Technical requirements
- Ad format requirements

**Other important policies**

Ads are particularly visible when they appear on YouTube. The links below include **other policies** that are applied to any ad running on our platform:

- Paid product placements and endorsements
- Mimicking YouTube site elements
- Unbranded ads or brand channels
- User-generated content in ads

• YouTub

## Where policies apply

Our policies apply to all portions of your content, including:

- Text in ad
- Creative elements in ad
- Content of your site or the content of your channel or video

Once your ad is created, it will automatically be reviewed. Learn more about our ad review process below.

## How we review ads

After you create or edit an ad or extension, the review process begins automatically.

Ad review details

## About our policies

YouTube is committed to providing an advertising service with fair and consistent policies that benefit our users, advertisers, and partners. To achieve this goal, we maintain high standards for ads accepted on our site. These also include ones embodied by our technical, community, and advertising guidelines and policies.

Ads policies details

# Mimicking YouTube site elements

Ads can't mimic YouTube site elements in any way, shape, or form. The following is not allowed (this list is not exhaustive):

- Ads should not resemble or try to resemble part of the YouTube homepage site experience.
- Ads should not deliver or seem to deliver messages that are meant to look like they originate from YouTube.
- Ads during streams (also known as in-stream video ads), including TrueView, should not mimic the Skip ads button.
- Any YouTube thumbnails in an ad need to allow viewers to click and watch a video within the masthead or on the YouTube watch page. For example, a few seconds of animation of thumbnails being destroyed doesn't give viewers an opportunity to click and watch the videos. Also, any metadata associated with video thumbnails must be accurate.

## Unbranded ads or brand channels

YouTube requires that all ads run on or through the site are clearly branded with the advertiser or product's name or logo. This rule includes Homepage Ads, Channels, display ads, and TrueView ads.

## User-generated content in ads

To include user-generated content in an ad, like videos uploaded by YouTube creators, the advertiser must get explicit permission from the owner of that content. This rule applies to all ad formats except for homepage mastheads. User-generated content is prohibited in homepage mastheads even if the creator has given permission. Advertisers can feature creator videos in their brand channel through existing channel functions (like creating Playlists of the videos or adding them as Favorites).

Some limited use of third-party social media APIs or features is allowed when approved by YouTube. Learn more about third-party apps.

# Advertising on YouTube Kids

All advertisements sold in the YouTube Kids app must comply with the additional advertising policies outlined below, as well as YouTube's general advertising policies. YouTube Kids advertising policies may evolve over time. We encourage you to check back often to read the latest updates. **All YouTube Kids Paid Ads must be pre-approved by YouTube's policy team prior to being served in the YouTube Kids app.** Additionally, advertisers must also comply with applicable laws and regulations (including any relevant self-regulatory or industry guidelines). You can read more about our ad format requirements below.

## What is a Paid Ad in YouTube Kids?

To provide an experience free of charge, YouTube Kids is ad-supported with limited advertising. When you select a YouTube video in the app, you may see an ad bumper followed by a video ad- marked with an "Ad" disclaimer- before the video you selected. These are paid advertisements ("Paid Ads").

Videos uploaded by users to YouTube are not Paid Ads and therefore they are not marked as an Ad nor are they subject to our advertising policies. This may also include content about or from companies who may have also purchased Ads in the app. For example, a search for trains could result in train cartoons, songs and videos of real trains uploaded by a user or a toy train company, none of which we consider as Paid Ads, as they are not part of the YouTube Kids advertising program. Likewise, a search for chocolate can show a user-uploaded video on making chocolate fudge even though we do not allow paid Ads for chocolatiers. Learn more about Videos on YouTube Kids.

## Ad Format Requirements

- Format: At this time we only accept the in-stream video ad format in YouTube Kids.
- Maximum time length: 15-20 seconds long for non-skippable (depending on where the viewer is based) and 60 seconds for skippable (length may vary based on market). This excludes the 3 second ad bumper that may play before the Paid Ad.
- Destination URLs: Destination URLs and outbound links (including call-to-action overlays and infocards) are disabled from the app. Ads in YouTube Kids will not be clickable.
- Site-served: All Paid Ads must be hosted on YouTube. Third-party served ads are prohibited.

## Ad Targeting and Data Collection

- We prohibit interest-based advertising in YouTube Kids.
- Paid Ads with remarketing or other tracking pixels are prohibited.

## Restricted Product Categories

Paid Ads for the following products are prohibited in YouTube Kids.

### Age Sensitive Media Content

Media that is sensitive to show to users under the age of 13 are prohibited. Examples include advertisements for films rated higher than 'PG' by the MPAA and television shows rated higher than 'G' by TV Parental Guidelines.

### Beauty and Fitness

Products related to external personal care, fitness, exercise, weight-loss, diet and nutrition are prohibited.

### Dating or Relationship

Paid Ads for dating sites, family counseling, and marital or divorce services are prohibited.

### Food and Beverages

Products related to consumable food and drinks are prohibited, regardless of nutrition content.

### Illegal or Regulated Products

Products that are regulated or illegal to advertise to children, including Prohibited Content and Restricted Content are prohibited. This also includes products that may pose safety risks for children.

### Online or Virtual Communities

Platforms and services related to virtual communities in which members interact primarily on the internet are prohibited.

### Political Ads

Political Paid Ads of any kind are prohibited, including information about political candidates or their policy positions, political parties, fundraising or political action committees or their agendas.

### Religious Ads

Religious Paid Ads of any kind are prohibited.

### Video Games

Electronic video games (and related accessories) that may be played on a video game console, the computer, or another electronic device such as a cell phone or tablet are prohibited if the industry rating of the game would not be suitable for audiences 12 years or under. For example, up to and including ESRB E10+, PEGI 7, or any equivalent local industry rating according to IARC, are allowed. Apps or web content with interactive educational content such as puzzles, worksheets, math problems, language learning exercises are allowed.

## Prohibited Content Guidelines

Paid Ads that feature or promote any of the following content are strictly prohibited.

### Adult and Sexually Suggestive Content

Sexual and mature content that is intended for adult audiences and not suitable for users under the age of 13.

### Branding

Paid Ads need to be clearly branded by the advertiser and/or product marketed in the video. The Paid Ad needs to be distinctive to the user that this is an ad, and not general YouTube content.

## Contests

Contests or sweepstakes promotions, even if free of charge to enter.

## Dangerous Content

Content that is dangerous and inappropriate for users under the age of 13 or that generally requires adult supervision.

## Incitement to Purchase

Promotions or content that incites children to purchase a product or service or to urge parents or others to buy the item.

## Misleading and Deceptive Claims

- Paid Ads cannot be misleading to children and make any deceptive and/or unsubstantiated claims. All claims and assertions need to be substantiated within the video itself.
- Paid Ads cannot imply that the product will improve your social status.
- Paid Ads cannot include features or call-to-actions that don't work or where the desired action can't be completed.

## Violent Content

Violent and graphic content that is intended for adult audiences and not suitable for users under the age of 13.

# Violent and shocking content in ads

We value diversity and respect for others. We also strive to avoid offending or shocking viewers with ads, websites, or apps that are inappropriate for our ad network.

Here are some examples of content that we may consider violent or shocking:

- Profane language
- Violent language
- Discriminatory terms or imagery
- Gruesome imagery
- Graphic images or accounts of physical trauma
- Gratuitous bodily fluids or waste
- Promotions that are likely to shock or scare
- Promotions that are capitalizing on sensitive events

What we consider as shocking factors in video ads:

- Scenes containing violent or graphic imagery that can be shocking or disturbing to viewers like:
  - blood splatter
  - sexual fluids
  - human or animal waste
- The graphic aftermath of a violent act
- Shots of violence or gore as the focal point of the scene in the video
- The violence contained in the video is realistic when posted in a dramatic context
- Other factors including the camera angle and focus, and the clarity of the images in the video

---

# Advertiser live streaming

YouTube is excited to stream live content with some of our most valued partners, but our partners must be held accountable. Below you'll find our best practices surrounding live stream content on our site. We expect that you'll make a good faith effort to comply with these guidelines:

- The advertiser, promoter, or production company is responsible for securing and making sure they have all necessary rights to legally broadcast the live stream on YouTube. These rights include but are not limited to:
  - Public performance
  - Music licensing
  - Other publicity rights
- There's a 30-second animation limit for live streams running in a homepage masthead. The viewer can click the ad to view the whole live stream with an expanded masthead, or click through to a brand channel or external site. The YouTube Policy Team must approve any exceptions to the 30-second rule.
- The audio in a live stream happening in a masthead needs to be user-initiated.
- Content in the live stream must adhere to our Community Guidelines.
- The promoter or producer must make a good faith effort to monitor the live stream under our Community Guidelines.

If any of the above might happen on your stream, we may need to conduct a policy review on your stream before approving it.

---

# Brand Lift surveys

These policies play an important role in maintaining a positive experience for everyone using Brand Lift surveys. Be sure to check back from time to time as these policies may change.

All Brand Lift surveys must comply with our Ads Policies and Program Policies. You cannot use Brand Lift surveys to collect personally identifiable information.

In addition, any questions related to sensitive topics described below will not be allowed in our sole discretion:

- Demographic info
- Sexual orientation
- Age
- Race
- Disturbing, distasteful, or adult content
- Hateful or intolerant speech
- Vulgar language
- Other inappropriate content

## Restrictions that apply to sensitive categories in Brand Lift surveys

When using Brand Lift surveys, you can't collect viewer feedback on sensitive topics. For the purposes of these policies, sensitive info includes, among others:

- interest or participation in adult activities (including adult dating, pornography, and so on)
- sexual behavior or orientation
- racial or ethnic info
- political affiliation
- trade union membership or affiliation
- religion or religious belief
- financial status or situation
- health or medical info
- status as a child under 13

Also, any ads that our YouTube ads content policies already prohibit are prohibited from creating Brand Lift surveys.

## What happens if I violate these policies?

- **Survey disabling:** Brand Lift surveys that don't comply with these policies may be suspended. This means that these surveys can no longer be used with ad campaigns and new surveys cannot be created.
- **Account suspension:** If you have several violations or a serious violation, your Google Ads account may be suspended. If this happens, all ads in the suspended account will stop running, and we may no longer accept advertising from you. Any related accounts may also get permanently suspended and your new accounts may get automatically suspended at setup.

# Remarketing

Advertisers may utilize pixels for interest-based advertising (IBA) on YouTube. Any use of pixels for collection of data for remarketing lists is subject to the Google Ads Policies.

There are more restrictions around where and how remarketing can be used. Learn more about remarketing restrictions.

# About advertiser verification

You should have the tools and information to make informed decisions about ads from Google.

In addition to tools like "Report this ad," our policies and verification programs promote greater transparency in advertising with information about advertisers and how Google ads work.

Advertisers show ads with Google around the world. Some of our advertiser policies, such as ads for specific types of products and services, are based on where the advertiser is located or where their ads appear.

When an advertiser doesn't follow required policies, Google may stop showing their ads or suspend their account.

## Learn who's behind the ads you see

Ad disclosures that include an advertiser's name and location are being introduced over the next few years across the world. Advertiser identity verification requires advertisers to provide legal documentation with their name and location. When an advertiser completes identity verification, that advertiser's name and location appear with their Google ads. You'll see these ad disclosures on Google services, such as Search and YouTube, and other sites that show ads from our network.

## See who paid for election ads

For ads covered by Google election ad policies, you can see more details about the advertiser by selecting the icon in the corner of the ad.

The election ad disclosures provide additional information about the advertiser who paid for the ad. You can also learn more about these advertisers in the Political Advertising Transparency Report.

See details about policies for election ads in the Political content policy.

## Protecting you from deceptive ads

You should feel confident that ads are not fraudulent or misleading. Our policies and technology enable us to prevent and remove billions of bad ads from the internet every year.

To help prevent fraud and abuse, we have policies and programs for certain types of products or services. To show ads for these products or services, advertisers need to prove that they have a license or that they are registered with the appropriate organization.

For example, we have certification programs for advertisers who want to show ads for healthcare and medicine, gambling, financial services, and other topics. Based on the topic, we may work with experts to confirm that the advertiser meets the current standards for their industry, and whether they have the appropriate license. What advertisers can show also depends on the laws or policies in the country where the advertiser is located, or where their ads show.

Learn more about our verification programs in the Advertising Policies Help Center.

# Age targeting and ads

**YouTube Age Gates:**

Videos or brand channels are age-gated by advertiser choice   or after a Community Guidelines violation. Only "of age" viewers can view this content while signed in to YouTube. Sometimes, a video has to be age-gated before an advertiser can use it in an ad (like a Promoted Videos ad for an alcohol campaign). The YouTube Age Gate is the only option available to age-gating requests on the video watch page.

**Demographic targeting by age for ads:**

Our policies or advertisers sometimes ask for an ad to be targeted to a certain age demographic. Our ad serving technology can target these ads based on the birth dates of signed-in YouTube users. For example, if an ad isn't appropriate for a general audience under our policies, the ad has to be demo-targeted to 18+ viewers. This means that only signed-in viewers that are at least 18 years old will get this ad on our site. Signed-out viewers will get a different ad.

**Custom-built Age Gates:**

Alcohol, gaming, and movie advertisers can build custom age gates on homepage ads. We allow this because these are highly regulated industries, and the YouTube age gate may not meet industry regulations. For example, video game advertisers might need to meet ESRB guidelines on a mature-rated game. Requests for a custom age gate from these advertisers need to be submitted to the YouTube Ads Policy team for prior approval. Advertisers in all other verticals have to use the standard YouTube Age Gating features available on brand channels and video watch pages.

# Flash cookies

You can't use locally shared object technologies (LSO) for behavioral advertising, ad delivery, reporting, or multi-site advertising. LSO technologies don't show up in typical user browsing. These technologies include, but aren't limited to: flash cookies, browser helper objects, and HTML5 local storage.

---

# Using social media and third-party apps

Ads or Brand Channels that include social media from third-party sites or apps may only incorporate content that the advertiser owns and controls.

In addition to the above restrictions, when ads or Brand Channels incorporate third-party or Google-owned apps or APIs, all ads must meet the following criteria:

- Advertiser must be wholly compliant with third party's terms or have third-party approval where appropriate.
- Advertiser must use an approved or official version of the API or app.
- Advertiser may not pass any data from the third party either to or through YouTube's servers.

Also, some APIs won't be allowed on YouTube. You can check in with your sales contact for more info.

---

# SSL capability

Depending on whether someone is signed in or out, YouTube pages can be loaded over a secure or insecure connection. Secure connections are achieved with SSL. To avoid warning messages in the viewer's browser, we require that ads, creatives, and tracking elements are requested using an appropriate connection:

- For non-secure pages (HTTP://), the ad, creative, and tracking pixels can use either HTTP or HTTPS.
- For secure pages (HTTPS://), the ad, creative, and tracking pixels must only use HTTPS. Also, for ads and creatives loaded with HTTPS://, all subsequent requests to media assets or tracking URLs must also use HTTPS://. All creatives must be able to deliver over HTTP and HTTPS without the need for special trafficking. If tracking pixel URLs are given, they must be SSL-compliant (begin with HTTPS://). The only part of an ad permitted to be non-SSL compliant is the click URL (target landing page).

# More details

### 3rd party served display ads

Some vendors autocorrect their creative to be SSL-compliant. For these vendors, there's little change needed for your creative to be SSL-compliant. A list of vendors and their capabilities is available here.

### VAST tracking pixels

For the tracking of VAST ads such as inStream and inVideo, we'll request any insecure URLs via a secure connection. We'll achieve this by swapping out HTTP:// with HTTPS:// before requesting the URL. If your tracking vendor can't support this functionality, the tracking URL supplied must be SSL-compliant (start with HTTPS://). A list of vendors and their capabilities is available here.

### 3rd party served VAST ads

All 3rd party VAST ads must be SSL-compliant. Any URL within a VAST response must use the appropriate connection.

- For non-secure pages (HTTP://), the creative and tracking pixels can use either HTTP or HTTPS.
- For secure pages (HTTPS://), the creative and tracking pixels must only use HTTPS. Sometimes, your vendor won't autocorrect the ad response to the right protocol or won't swap HTTP:// for HTTPS://. In these cases, all media and tracking URLs in the VAST ad must use HTTPS:// by default.

# Third-party ad serving

You can use the YouTube VAST QA     tool to verify whether your VAST ad tags meet our third-party ad-serving specifications. You can also use this tool to easily preview your third-party served video ad on the YouTube player.

## Approved Third-Party Vendors

Third-party in-stream ads and their companion banner ads must use a linear VAST tag from a YouTube VAST-approved vendor. Note that third-party served ads that violate our ad policies may be limited or suspended. Check below for the detailed XML summary.

## In-Stream ads XML summary for VAST ad server response

| Element | Attributes | Values | Required | Supported | Notes |
|---|---|---|---|---|---|
| VAST | | Root node | Yes | Yes | |
| | version | String (3.0) | Yes | Yes | Must su any VAS 3.0 vers |
| Ad | ID | String | Yes | Yes | Top-lev element each ad respons |
| InLine | None | None | Yes | Yes | Second element surroun complet data for single a |
| AdSystem | None | String | Yes | Yes | Indicate source a server |
| | version | String | Preferred | Yes | Internal used by system |
| AdTitle | None | String | No | Yes | Commo of ad |
| Description | None | String | No | Yes | Longer descript ad |
| Survey | None | URI | No | No | URI of r to surve vendor (YouTub only sup researc trackin from ce researc vendors node. S or surve invitatio be serv |

| | | | | | |
|---|---|---|---|---|---|
| Error | None | URI | No | Yes | URI to r<br>if ad do<br>play du<br>error. Yo<br>will only<br>execute<br>request<br>URI upo<br>but can<br>extra er |
| Impression | None | URI | Yes | Yes | URI to t<br>impress |
| Creatives | None | None | Yes | Yes | Contain<br>one or r<br>Creative<br>element |
| Creative | | | Yes | Yes | Wraps e<br>creative<br>element |
| | ID | String | No | Yes | Optiona<br>identifi |
| | sequence | Integer | No | Yes | The pre<br>order in<br>multiple<br>Creative<br>should l<br>displaye |
| | AdID | String | No | Yes | Ad-ID fo<br>creative<br>(former |
| Linear | | | Yes | Yes | |
| | skipoffset | 00:00:05 | No | Yes | VAST 3. |
| Duration | None | Time | Yes | Yes | |
| TrackingEvents | | | No | Yes | |
| Tracking | | URI | No | Yes | URI to t<br>various<br>during p |
| | event | creativeView,<br>start,<br>firstQuartile,<br>midpoint,<br>thirdQuartile,<br>complete,<br>mute,<br>unmute,<br>pause,<br>rewind,<br>resume,<br>fullscreen,<br>expand,<br>collapse,<br>acceptInvitation,<br>close<br>acceptInvitationLinear<br>closeLinear | No | Yes<br><br>(only for start,<br>firstQuartile,<br>midpoint,<br>thirdQuartile,<br>complete).<br>Only VAST 3.0<br>supports Skip | The nam<br>the eve<br>track fo<br>Linear e<br>The<br>creative<br>should a<br>be requi<br>when pr |

| | | | | | |
|---|---|---|---|---|---|
| AdParameters | | String | No | No | Data to passed video a |
| VideoClicks | | | Yes | Yes | |
| ClickThrough | None | URI | Yes | Yes | URI to destinat page wh viewer c the vide |
| ClickTracking | | URI | No | Yes | URI to r for tracl purpose viewer c the vide |
| CustomClick | | URI | No | Yes | URIs to on custo events : hotspot video |
| | ID | String | No | No | Optiona identifie |
| MediaFiles | | | Yes | Yes | |
| MediaFile | | URI | Yes<br><br>(There needs to be a minimum of 2 separate MediaFile nodes - one for each MP4, and WebM video formats) | Yes | Locatio linear fil |
| | delivery | progressive | Yes | Yes | Method delivery (YouTuk doesn't streami |
| | type | String | Yes (MP4, and WebM) | Yes | MIME ty (Popula types in but are limited t "video/) wmv" fc Window Media) |
| | bitrate | Integer | Yes | Yes | Bitrate c encodec in Kbps |
| | width | Integer (480) | Yes | Yes | Pixel dimensi video |
| | height | Integer (360) | Yes | Yes | Pixel dimensi video |
| | scalable | Boolean | No | No | Wheth |

|  |  |  |  |  | (YouTub this by o |
|---|---|---|---|---|---|
|  | maintainAspectRatio | Boolean | No | Yes |  |
|  | apiFramework | String | No | No | If the M is intera the apiFram defines method for commu |
| CompanionAds |  |  | No | Yes |  |
| Companion |  |  | No | Yes | Any nur compar any des pixel dimensi |
|  | ID | String | No | Yes | Optiona identifi |
|  | width | Integer (300) | Yes (if serving companion) | Yes | Pixel dimensi compar |
|  | height | Integer (60) | Yes (if serving companion) | Yes | Pixel dimensi compar |
|  | expandedWidth | Integer | No | No | Pixel dimensi expandi compar when in expande (expanc not allo with In-ads on YouTub |
|  | expandedHeight | Integer | No | No | Pixel dime expanding companio in expande (expandab allowed wi Stream ad YouTube) |
|  | apiFramework | String | No | No | The apiFram defines method for commu with the compar |
| StaticResource |  | URI | No | Yes | URI to a file, suc image. |

| | | | | | |
|---|---|---|---|---|---|
| | | | companion using StaticResource) | | only Ima types a support |
| IFrameResource | None | URI | No | Yes | URI sou an IFran display compan element |
| HTMLResource | None | CDATA | No | No | HTML t the cor element |
| JavaScriptResource | None | CDATA | No | No | JavaScr display compan element |
| TrackingEvents | | | No | No | |
| Tracking | | URI | No | No | URI to d the cor element |
| | event | creativeView | Yes (if serving companion) | No | The creative should be requ when pr For Compar creative the only support event. |
| CompanionClickThrough | None | URI | Yes (if serving static image without hard-coded click-through) | Yes | URI to destinat page wh viewer the compan |
| AltText | None | String | No | Yes | Alt test displaye compan rendere HTML environ |
| AdParameters | | String | No | No | Data to passed compan |
| NonLinearAds | | | No | No | Not cur support Linear l Stream) |
| Extensions | | | No | No | |
| Extension | type | Any | No | No | Any vali may be included Extensi |

| Wrapper | None | None | No | No | Second |
| | | | | | element |
| | | | | | surroun |
| | | | | | wrappe |
| | | | | | pointing |
| | | | | | Second |
| | | | | | server |

# YouTube monetized markets

Due to the ongoing war in Ukraine, we will be temporarily pausing Google and YouTube ads from serving to users located in Russia. Learn more.

Advertisers can only target their ads to countries where YouTube has launched a monetized site. Product availability may differ between countries. These countries include:

- Algeria
- Argentina
- Australia
- Austria
- Azerbaijan
- Bahrain
- Bangladesh
- Belarus
- Belgium
- Bolivia
- Bosnia and Herzegovina
- Brazil
- Bulgaria
- Canada
- Chile
- Colombia
- Costa Rica
- Croatia
- Cyprus
- Czech Republic
- Denmark
- Dominican Republic
- Ecuador
- Egypt
- El Salvador
- Estonia
- Finland
- France
- Georgia
- Germany
- Ghana
- Greece
- Guatemala
- Honduras
- Hong Kong
- Hungary
- Iceland
- India

- Indonesia
- Iraq
- Ireland
- Israel
- Italy
- Japan
- Jamaica
- Jordan
- Kazakhstan
- Kenya
- Kuwait
- Latvia
- Lebanon
- Libya
- Liechtenstein
- Lithuania
- Luxembourg
- Macedonia
- Malaysia
- Malta
- Mexico
- Montenegro
- Morocco
- Nepal
- Netherlands
- New Zealand
- Nicaragua
- Nigeria
- Norway
- Oman
- Pakistan
- Panama
- Paraguay
- Peru
- Philippines
- Poland
- Portugal
- Puerto Rico
- Qatar
- Romania
- Russia
- Saudi Arabia
- Senegal
- Serbia
- Singapore
- Slovakia
- Slovenia

- South Afri
- South Korea
- Spain
- Sri Lanka
- Sweden
- Switzerland
- Taiwan
- Tanzania
- Thailand
- Tunisia
- Turkey
- Uganda
- Ukraine
- United Arab Emirates
- United Kingdom
- United States of America
- Uruguay
- Vietnam
- Yemen
- Zimbabwe

# <u>Exhibit "11"</u>

GOOGLE TERMS OF SERVICE

Effective March 31, 2020

Archived versions

# What's covered in these terms

# We know it's tempting to skip these Terms of Service, but it's important to establish what you can expect from us as you use Google services, and what we expect from you.

These Terms of Service reflect the way Google's business works, the laws that apply to our company, and certain things we've always believed to be true. As a result, these Terms of Service help define Google's relationship with you as you interact with our services. For example, these terms include the following topic headings:

- What you can expect from us, which describes how we provide and develop our services

- What we expect from you, which establishes certain rules for using our services

- Content in Google services, which describes the intellectual property rights to the content you find in our services — whether that content belongs to you, Google, or others

- In case of problems or disagreements, which describes other legal rights you have, and what to expect in case someone violates these terms

Understanding these terms is important because, by using our services, you're agreeing to these terms.

Besides these terms, we also publish a Privacy Policy. Although it's not part of these terms, we encourage you to read it to better understand how you can update, manage, export, and delete your information.

# Service provider

Google services are provided by, and you're contracting with:

Google LLC

organized under the laws of the State of Delaware, USA, and operating under the laws of the USA

1600 Amphitheatre Parkway

Mountain View, California 94043

USA

## Age requirements

If you're under the age required to manage your own Google Account, you must have your parent or legal guardian's permission to use a Google Account. Please have your parent or legal guardian read these terms with you.

If you're a parent or legal guardian, and you allow your child to use the services, then these terms apply to you and you're responsible for your child's activity on the services.

Some Google services have additional age requirements as described in their service-specific additional terms and policies.

# Your relationship with Google

These terms help define the relationship between you and Google. Broadly speaking, we give you permission to use our services if you agree to follow these terms, which reflect how Google's business works and how we earn money. When we speak of "Google," "we," "us," and "our," we mean Google LLC and its affiliates.

## What you can expect from us

## Provide a broad range of useful services

We provide a broad range of services that are subject to these terms, including:

- apps and sites (like Search and Maps)

937

- platforms (like Google Play)

- integrated services (like Maps embedded in other companies' apps or sites)

- devices (like Google Home)

Our services are designed to work together, making it easier for you to move from one activity to the next. For example, Maps can remind you to leave for an appointment that appears in your Google Calendar.

## Improve Google services

We're constantly developing new technologies and features to improve our services. For example, we invest in artificial intelligence that uses machine learning to detect and block spam and malware, and to provide you with innovative features, like simultaneous translations. As part of this continual improvement, we sometimes add or remove features and functionalities, increase or decrease limits to our services, and start offering new services or stop offering old ones.

If we make material changes that negatively impact your use of our services or if we stop offering a service, we'll provide you with reasonable advance notice and an opportunity to export your content from your Google Account using Google Takeout, except in urgent situations such as preventing abuse, responding to legal requirements, or addressing security and operability issues.

# What we expect from you

## Follow these terms and service-specific additional terms

The permission we give you to use our services continues as long as you meet your responsibilities in:

- **these terms**

- **service-specific additional terms**, which could, for example, include things like additional age requirements

We also make various policies, help centers, and other resources available to you to answer common questions and to set expectations about using our services. These resources include our Privacy Policy, Copyright Help Center, Safety Center, and other pages accessible from our policies site.

Although we give you permission to use our services, we retain any intellectual property rights we have in the services.

## Respect others

Many of our services allow you to interact with others. We want to maintain a respectful environment for everyone, which means you must follow these basic rules of conduct:

- comply with applicable laws, including export control, sanctions, and human trafficking laws

- respect the rights of others, including privacy and intellectual property rights

- don't abuse or harm others or yourself (or threaten or encourage such abuse or harm) — for example, by misleading, defrauding, defaming, bullying, harassing, or stalking others

- don't abuse, harm, interfere with, or disrupt the services

Our service-specific additional terms and policies provide additional details about appropriate conduct that everyone using those services must follow. If you find that others aren't following these rules, many of our services allow you to report abuse. If we act on a report of abuse, we also provide a fair process as described in the Taking action in case of problems section.

## Permission to use your content

Some of our services are designed to let you upload, submit, store, send, receive, or share your content. You have no obligation to provide any content to our services and you're free to choose the content that you want to provide. If you choose to upload or share content, please make sure you have the necessary rights to do so and that the content is lawful.

## License

Your content remains yours, which means that you retain any intellectual property rights that you have in your content. For example, you have intellectual property rights in the creative content you make, such as reviews you write. Or you may have the right to share someone else's creative content if they've given you their permission.

We need your permission if your intellectual property rights restrict our use of your content. You provide Google with that permission through this license.

## What's covered

This license covers your content if that content is protected by intellectual property rights.

## What's not covered

- This license doesn't affect your privacy rights — it's only about your intellectual property rights

- This license doesn't cover these types of content:

  - publicly-available factual information that you provide, such as corrections to the address of a local business. That information doesn't require a license because it's considered common knowledge that everyone's free to use.

  - feedback that you offer, such as suggestions to improve our services. Feedback is covered in the Service-related communications section below.

## Scope

This license is:

- worldwide, which means it's valid anywhere in the world

- non-exclusive, which means you can license your content to others

- royalty-free, which means there are no fees for this license

## Rights

This license allows Google to:

- host, reproduce, distribute, communicate, and use your content — for example, to save your content on our systems and make it accessible from anywhere you go

- publish, publicly perform, or publicly display your content, if you've made it visible to others

- modify and create derivative works based on your content, such as reformatting or translating it

- sublicense these rights to:

  - other users to allow the services to work as designed, such as enabling you to share photos with people you choose

  - our contractors who've signed agreements with us that are consistent with these terms, only for the limited purposes described in the Purpose section below

## Purpose

This license is for the limited purpose of:

- **operating and improving the services**, which means allowing the services to work as designed and creating new features and functionalities. This includes using automated systems and algorithms to analyze your content:

  - for spam, malware, and illegal content

  - to recognize patterns in data, such as determining when to suggest a new album in Google Photos to keep related photos together

  - to customize our services for you, such as providing recommendations and personalized search results, content, and ads (which you can change or turn off in Ads Settings)
  This analysis occurs as the content is sent, received, and when it is stored.

- **using content you've shared publicly to promote the services.** For example, to promote a Google app, we might quote a review you wrote. Or to promote Google Play, we might show a screenshot of the app you offer in the Play Store.

- **developing new technologies and services** for Google consistent with these terms

## Duration

This license lasts for as long as your content is protected by intellectual property rights.

941

If you remove from our services any content that's covered by this license, then our systems will stop making that content publicly available in a reasonable amount of time. There are two exceptions:

- If you already shared your content with others before removing it. For example, if you shared a photo with a friend who then made a copy of it, or shared it again, then that photo may continue to appear in your friend's Google Account even after you remove it from your Google Account.

- If you make your content available through other companies' services, it's possible that search engines, including Google Search, will continue to find and display your content as part of their search results.

# Using Google services

## Your Google Account

If you meet these age requirements you can create a Google Account for your convenience. Some services require that you have a Google Account in order to work — for example, to use Gmail, you need a Google Account so that you have a place to send and receive your email.

You're responsible for what you do with your Google Account, including taking reasonable steps to keep your Google Account secure, and we encourage you to regularly use the Security Checkup.

## Using Google services on behalf of an organization

Many organizations, such as businesses, non-profits, and schools, take advantage of our services. To use our services on behalf of an organization:

- an authorized representative of that organization must agree to these terms

- your organization's administrator may assign a Google Account to you. That administrator might require you to follow additional rules and may be able to access or disable your Google Account.

## Service-related communications

To provide you with our services, we sometimes send you service announcements and other information. To learn more about how we communicate with you, see Google's Privacy Policy.

If you choose to give us feedback, such as suggestions to improve our services, we may act on your feedback without obligation to you.

# Content in Google services

## Your content

Some of our services give you the opportunity to make your content publicly available — for example, you might post a product or restaurant review that you wrote, or you might upload a blog post that you created.

- See the Permission to use your content section for more about your rights in your content, and how your content is used in our services

- See the Removing your content section to learn why and how we might remove user-generated content from our services

If you think someone is infringing your intellectual property rights, you can send us notice of the infringement and we'll take appropriate action. For example, we suspend or close the Google Accounts of repeat copyright infringers as described in our Copyright Help Center.

## Google content

Some of our services include content that belongs to Google — for example, many of the visual illustrations you see in Google Maps. You may use Google's content as allowed by these terms and any service-specific additional terms, but we retain any intellectual property rights that we have in our content. Don't remove, obscure, or alter any of our branding, logos, or legal notices. If you want to use our branding or logos, please see the Google Brand Permissions page.

## Other content

Finally, some of our services give you access to content that belongs to other people or organizations — for example, a store owner's description of their own business, or a newspaper article displayed in Google News. You may not use this content without that person or organization's permission, or as otherwise allowed by law. The views expressed in other people or organizations' content are theirs, and don't necessarily reflect Google's views.

# Software in Google services

Some of our services include downloadable software. We give you permission to use that software as part of the services.

The license we give you is:

- worldwide, which means it's valid anywhere in the world

- non-exclusive, which means that we can license the software to others

- royalty-free, which means there are no fees for this license

- personal, which means it doesn't extend to anyone else

- non-assignable, which means you're not allowed to assign the license to anyone else

Some of our services include software that's offered under open source license terms that we make available to you. Sometimes there are provisions in the open source license that explicitly override parts of these terms, so please be sure to read those licenses.

You may not copy, modify, distribute, sell, or lease any part of our services or software. Also, you may not reverse engineer or attempt to extract any of our source code unless you have our written permission or applicable law lets you do so.

When a service requires or includes downloadable software, that software sometimes updates automatically on your device once a new version or feature is available. Some services let you adjust your automatic update settings.

# In case of problems or disagreements

By law, you have the right to (1) a certain quality of service, and (2) ways to fix problems if things go wrong. These terms don't limit or take away any of those rights. For example, if you're a consumer, then you continue to enjoy all legal rights granted to consumers under applicable law.

## Warranty

We provide our services using reasonable skill and care. If we don't meet the quality level described in this warranty, you agree to tell us and we'll work with you to try to resolve the issue.

## Disclaimers

The only commitments we make about our services (including the content in the services, the specific functions of our services, or their reliability availability, or ability to meet your needs) are (1) described in the Warranty section, (2) stated in the service-specific additional terms, or (3) provided under applicable laws. We don't make any other commitments about our services.

And unless required by law, we don't provide implied warranties, such as the implied warranties of merchantability fitness for a particular purpose, and non-infringement.

## Liabilities

### For all users

These terms only limit our responsibilities as allowed by applicable law. Specifically these terms don't limit Google's liability for death or personal injury fraud, fraudulent misrepresentation gross negligence or willful misconduct.

Other than the rights and responsibilities described in this section (In case of problems or disagreements) Google won't be responsible for any other losses unless they're caused by our breach of these terms or service-specific additional terms.

945

## For business users and organizations only

If you're a business user or organization, then to the extent allowed by applicable law:

- You'll indemnify Google and its directors, officers, employees, and contractors for any third-party legal proceedings (including actions by government authorities) arising out of or relating to your unlawful use of the services or violation of these terms or service-specific additional terms. This indemnity covers any liability or expense arising from claims, losses, damages, judgments, fines, litigation costs, and legal fees.

- Google won't be responsible for the following liabilities:

    - loss of profits, revenues, business opportunities, goodwill, or anticipated savings

    - indirect or consequential loss

    - punitive damages

- Google's total liability arising out of or relating to these terms is limited to the greater of (1) US$500 or (2) 125% of the fees that you paid to use the relevant services in the 12 months before the breach

If you're legally exempt from certain responsibilities, including indemnification, then those responsibilities don't apply to you under these terms. For example, the United Nations enjoys certain immunities from legal obligations and these terms don't override those immunities.

## Taking action in case of problems

Before taking action as described below, we'll provide you with advance notice when reasonably possible, describe the reason for our action, and give you an opportunity to fix the problem, unless we reasonably believe that doing so would:

- cause harm or liability to a user, third party, or Google

- violate the law or a legal enforcement authority's order

- compromise an investigation

- compromise the operation, integrity, or security of our services

946

## Removing your content

If we reasonably believe that any of your content (1) breaches these terms, service-specific additional terms or policies, (2) violates applicable law, or (3) could harm our users, third parties, or Google, then we reserve the right to take down some or all of that content in accordance with applicable law. Examples include child pornography, content that facilitates human trafficking or harassment, and content that infringes someone else's intellectual property rights.

## Suspending or terminating your access to Google services

Google reserves the right to suspend or terminate your access to the services or delete your Google Account if any of these things happen:

- you materially or repeatedly breach these terms, service-specific additional terms or policies

- we're required to do so to comply with a legal requirement or a court order

- we reasonably believe that your conduct causes harm or liability to a user, third party or Google — for example, by hacking, phishing, harassing, spamming, misleading others, or scraping content that doesn't belong to you

If you believe your Google Account has been suspended or terminated in error, you can appeal.

Of course, you're always free to stop using our services at any time. If you do stop using a service, we'd appreciate knowing why so that we can continue improving our services.

## Settling disputes, governing law, and courts

For information about how to contact Google, please visit our contact page.

California law will govern all disputes arising out of or relating to these terms, service-specific additional terms, or any related services, regardless of conflict of laws rules. These disputes will be resolved exclusively in the federal or state courts of Santa Clara County California, USA, and you and Google consent to personal jurisdiction in those courts.

To the extent that applicable local law prevents certain disputes from being resolved in a California court then you can file those disputes in your local courts. Likewise if applicable local law prevents

your local court from applying California law to resolve these disputes, then these disputes will be governed by the applicable local laws of your country state, or other place of residence.

# About these terms

By law, you have certain rights that can't be limited by a contract like these terms of service. These terms are in no way intended to restrict those rights.

These terms describe the relationship between you and Google. They don't create any legal rights for other people or organizations, even if others benefit from that relationship under these terms.

We want to make these terms easy to understand, so we've used examples from our services. But not all services mentioned may be available in your country.

If these terms conflict with the service-specific additional terms, the additional terms will govern for that service.

If it turns out that a particular term is not valid or enforceable, this will not affect any other terms.

If you don't follow these terms or the service-specific additional terms, and we don't take action right away, that doesn't mean we're giving up any rights that we may have, such as taking action in the future.

We may update these terms and service-specific additional terms (1) to reflect changes in our services or how we do business — for example, when we add new services, features, technologies, pricing, or benefits (or remove old ones), (2) for legal, regulatory or security reasons, or (3) to prevent abuse or harm.

If we materially change these terms or service-specific additional terms, we'll provide you with reasonable advance notice and the opportunity to review the changes, except (1) when we launch a new service or feature, or (2) in urgent situations such as preventing ongoing abuse or responding to legal requirements. If you don't agree to the new terms you should remove your content and stop using the services. You can also end your relationship with us at any time by closing your Google Account.

DEFINITIONS

## affiliate

An entity that belongs to the Google group of companies, which means Google LLC and its subsidiaries, including the following companies that provide consumer services in the EU: Google Ireland Limited, Google Commerce Ltd, and Google Dialer Inc.

## business user

An individual or entity who is not a consumer (see consumer).

## consumer

An individual who uses Google services for personal, non-commercial purposes outside of their trade, business, craft, or profession. (See business user)

## copyright

A legal right that allows the creator of an original work (such as a blog post, photo, or video) to decide if and how that original work may be used by others.

## disclaimer

A statement that limits someone's legal responsibilities.

## EU Platform-to-Business Regulation

The Regulation (EU) 2019/1150 on promoting fairness and transparency for business users of online intermediation services.

## indemnify or indemnity

An individual or organization's contractual obligation to compensate the losses suffered by another individual or organization from legal proceedings such as lawsuits.

## intellectual property rights (IP rights)

Rights over the creations of a person's mind, such as inventions (patent rights); literary and artistic works (copyright); designs (design rights); and symbols, names, and images used in commerce (trademarks). IP rights may belong to you, another individual, or an organization.

## liability

Losses from any type of legal claim, whether the claim is based on a contract, tort (including negligence), or other reason, and whether or not those losses could have been reasonably anticipated or foreseen.

## organization

A legal entity (such as a corporation, non-profit, or school) and not an individual person.

## services

Google services that are subject to these terms are the products and services listed at https:// policies.google.com/terms ,service-specific, including:

- Google apps and sites (like Search and Maps)

- platforms (like Google Play)

- integrated services (like Maps embedded in other companies' apps or sites)

- devices (like Google Home)

## trademark

Symbols, names, and images used in commerce that are capable of distinguishing the goods or services of one individual or organization from those of another.

warranty

An assurance that a product or service will perform to a certain standard.

your content

Things that you write, upload, submit, store, send, receive, or share with Google using our services, such as:

- Docs, Sheets, and Slides you create

- blog posts you upload through Blogger

- reviews you submit through Maps

- videos you store in Drive

- emails you send and receive through Gmail

- pictures you share with friends through Photos

- travel itineraries that you share with Google

# Exhibit "12"

# YouTube Partner Program Terms

Together with the YouTube Terms of Service and the YouTube Partner Program Policies (each of which may be updated from time to time and are incorporated herein by reference), the following YouTube Partner Program Terms apply to your participation in the YouTube Partner Program (the "Terms"). Please read the Terms carefully. If you do not understand or accept any part of these Terms, you should not upload Content for monetization on YouTube.

1. Monetization Revenues. YouTube will pay you as follows:
    1. Advertising Revenues. YouTube will pay you 55% of net revenues recognized by YouTube from ads displayed or streamed by YouTube or an authorized third party on your Content watch pages or in or on the YouTube video player in conjunction with the streaming of your Content. YouTube is not obligated to display any advertisements alongside your videos and may determine the type and format of ads available on the YouTube Service. For clarity, YouTube reserves the right to retain all other revenues derived from the YouTube service, including any revenues relating to ads on search result pages.
    2. Subscription Revenues. YouTube will pay you 55% of the total net revenues recognized by YouTube from subscription fees that are attributable to the monthly views or watchtime of your Content as a percentage of the monthly views or watchtime of all or a subset of participating content in the relevant subscription offering (as determined by YouTube). If your Content is included in and viewed by a user in multiple subscription offerings, YouTube will pay you based on the subscription offering with the highest amount of net revenues recognized by YouTube, as calculated by YouTube.
2. Payment Account Requirement. In order to earn or receive payment of any revenues hereunder, you must at all times have an active AdSense account associated with your YouTube user account(s) (or such other payment method as required by YouTube). YouTube does not owe you for any revenues that may be associated with your Content during any period in which you do not have a valid method of payment.
3. Payment Terms, Limitations and Taxes. YouTube will pay you for any revenues due within approximately sixty (60) days after the end of any calendar month, so long as your earned balance is at least US $100 (or its equivalent in local currency) at the time payment is due. You are not entitled to earn or receive any revenues in connection with your Content in any of the following circumstances: (a) if one or more third parties claim rights to certain elements of your Content except in cases where YouTube's policies or systems support sharing a portion of the revenues with you, as determined by YouTube; (b) if monetization is disabled on your Content by either you or YouTube; or (c) your participation in the YouTube Partner Program is suspended or terminated pursuant to Section 4 below. YouTube will use reasonable efforts to notify you if any of these circumstances should occur.
4. Termination. Either party may terminate these Terms for convenience with 30 days prior written notice to the other (including via electronic means). YouTube may either suspend or terminate your

participation in the YouTube Partner Program immediately upon written notice (including via electronic means) if YouTube reasonably determines or suspects that you have violated these Terms. For clarity, in the event of any termination of these Terms the YouTube Terms of Service will survive and continue to apply to your use of the YouTube service.

5.   Governing Law. The governing law and dispute resolution provisions of the YouTube Terms of Service will also apply to these Terms.

6.   Miscellaneous. Capitalized terms used but not defined in these Terms will have the meanings given to such terms in the YouTube Terms of Service. These Terms replace all previous or current agreements between you and YouTube relating to the YouTube Partner Program, including any prior monetization agreements that are in effect between you and YouTube as of the effective date. Except as modified by these Terms, the YouTube Terms of Service remain in full force and effect. YouTube's right to modify or revise the Terms of Service (as described in the YouTube Terms of Service) will also apply to these Terms.

# Exhibit "13"



[Our mission](#)
Our commitments
[Managing harmful content How does YouTube manage harmful content? Standing up to hate How does YouTube protect the community from hate and harassment? Fighting misinformation How does YouTube combat misinformation? Curbing extremist content How does YouTube prevent radicalization? Supporting political integrity How does YouTube support civic engagement and election integrity? Preventing bias What does YouTube do to prevent bias? Fostering child safety How does YouTube help keep kids protected on the platform? Protecting user data How does YouTube maintain user privacy? Safeguarding copyright How does YouTube protect copyrighted content? Sharing revenue How does YouTube make money? Promoting digital wellbeing How does YouTube support users' digital wellbeing? Responding to COVID-19 How is YouTube supporting users during COVID-19?](#)
Product features
[YouTube Search How our search tool can help you find content you'll love Recommended videos How we recommend content we think you'll want to watch News and information How we provide context for your search results and videos Health information How we provide context for health queries Monetization for Creators How Creators earn money on YouTube YouTube Live How you can reach your community in real time with Live and Premieres](#)
User settings
[Privacy controls How we protect your information and what you can do to control your privacy Ad Settings How our  dvertising works and how to customize your ad experience Parental controls How you can create a family friendly experience Autoplay How Autoplay works and how to turn it off](#)
Rules and policies
[Policies overview How our rules and policies help keep our platform safe Community Guidelines How we define what we do and don't allow on YouTube Copyright How we help Creators responsibly manage their content Monetization policies How Creators can monetize their content as part of the YouTube Partner Program Legal removals How we approach content that violates local law](#)
Progress and impact
[Responsibility through the years How we've been building a more responsible platform over the years Progress on managing harmful content How we're enforcing our policies on harmful content by the numbers Our impact How creative entrepreneurs are transforming their lives and communities Culture and trends How to better understand the next generation of Creators and artists Advancing sustainability How we're investing in a carbon-free future](#)
Resources
[Downloadable summaries Download shareable summaries of essential content on this website about our responsibility efforts Advertiser resources Find resources and quick guides on Brand Safety for advertisers Brand resources Access brand resources such as our YouTube logo, color palettes, and permissions form](#)
[Our mission](#) Our commitments [Managing harmful content Standing up to hate Fighting misinformation Curbing extremist content Supporting political integrity Preventing bias Fostering child safety Protecting user data Safeguarding copyright Sharing revenue Promoting digital wellbeing Responding to COVID-19](#) Product features [YouTube Search Recommended videos News and information Health information Monetization for Creators YouTube Live](#) User

settings Privacy controls Ad Settings Parental controls Autoplay Rules and policies Policies overview Community Guidelines Copyright Monetization policies Legal removals Progress and impact Responsibility through the years Progress on managing harmful content Our impact Culture and trends Advancing sustainability Resources Downloadable summaries Advertiser resources Brand resources

Rules and policies 

# Monetization Policies

- Overview
- Advertising policies
- Enforcing policies

Being accepted into the YouTube Partner Program (YPP) is a major milestone in any Creator's journey. As part of YPP, Creators can start monetizing their content, receive email and chat support, and get access to the Copyright Match Tool to help protect their content.

A key eligibility requirement for YPP is to follow YouTube monetization policies, which include YouTube's Community Guidelines, Terms of Service, and Google AdSense program policies. These policies apply to a Creator's channel as a whole, and not just individual videos.

## Setting a higher bar for monetization

Over the last few years, YouTube has taken steps to strengthen the requirements for monetization so that spammers, impersonators, and other bad actors can't hurt the ecosystem or take advantage of good Creators producing high quality content.

To apply for membership in YPP, channels must meet eligibility thresholds related to watch time and subscribers. Following application, YouTube's review team ensures the channel has not run afoul of YouTube's monetization, content, and copyright policies. Only channels that meet eligibility thresholds and follow all of our guidelines will be admitted to the program, which makes them eligible to receive access to ads and other monetization products.

### Resources

- Learn more about YouTube Partner Program Eligibility
- Learn more about YouTube channel monetization policies
- Learn more about how data helps creators track their performance on YouTube

## Advertiser-Friendly Content Guidelines

957

Just because a Creator is in YPP, it doesn't mean all videos on their channel will be eligible to have ads. Each video must also comply with our Advertiser-Friendly Content Guidelines. This is by design, as we understand that there are important conversations that have a place on YouTube, such as discussion of mental health or sensitive world events, that might not be deemed brand suitable by advertisers. Other examples of content not suitable for ads include some form of inappropriate language, violence, adult content, and harmful acts.

To help Creators understand which videos on their channel are suitable for ads, we have worked closely with advertisers to create clear and comprehensive Advertiser-Friendly Content Guidelines. Eligible Creators also have the ability to self-rate their content per these guidelines and turn on ads monetization for individual videos in their channel.

**Resources**

- Review Advertiser-Friendly Content Guidelines

# What action does YouTube take for videos that do not comply with Advertiser-Friendly Content Guidelines?

If a Creator has turned on ads monetization for a video but our reviewers and automated systems identify that the video does not comply with our Advertiser-Friendly Content Guidelines, the video will have limited or no ads appear against it. However, if Creators believe that their video is still suitable for all brands, they can request human review of that video.

## Related articles

- Copyright

  Read more

- Sharing revenue

  Read more

- Monetization for Creators

  Read more

**Connect**

- **About YouTube**

  About Blog How YouTube Works Jobs Press YouTube Culture & Trends

- **Products**

  YouTube Go YouTube Kids YouTube Music YouTube Originals YouTube Premium YouTube Select YouTube Studio YouTube TV

- **For Business**

  Developers YouTube Advertising

- **For Creators**

  Creating for YouTube Kids Creator Academy Creator Research Creator Services Directory YouTube Artists YouTube Creators YouTube NextUp YouTube Space YouTube VR

- **Our Commitments**

  Creators for Change CSAI Match Social Impact

## About YouTube

## Products

## For Business

## For Creators

## Our Commitments

About Blog How YouTube Works Jobs Press YouTube Culture & Trends YouTube Go YouTube Kids YouTube Music YouTube Originals YouTube Premium YouTube Select YouTube Studio YouTube TV Developers YouTube Advertising Creating for YouTube Kids Creator Academy Creator Research Creator Services Directory YouTube Artists YouTube Creators YouTube NextUp YouTube Space YouTube VR Creators for Change CSAI Match Social Impact
Policies & Safety Copyright Brand Guidelines Privacy Terms
Help

English

YouTube Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunity

To receive the latest updates on our Advertiser-friendly content guidelines, please check out our Advertiser-friendly content guidelines posts in the YouTube Help Center and subscribe here.

# YouTube channel monetization policies

*Updated August 2021:* There are no changes to our processes with this article update. We have updated this page to include info about the YouTube Shorts Fund.

If you're monetizing on YouTube, it's important that your channel follows YouTube monetization policies. These include YouTube's Community Guidelines, Terms of Service, Copyright, and Google AdSense program policies. They apply to anyone in, or looking to apply to, the YouTube Partner Program or anyone receiving Shorts bonuses from the YouTube Shorts Fund.

If you want to monetize videos with ads, they must also meet our Advertiser-friendly content guidelines.

Here's a quick overview of each major policy. Make sure you read each policy thoroughly, as these policies are used to check if a channel is suitable to monetize. Our reviewers regularly check to see whether monetizing channels follow these policies. Learn more about how we enforce our policies.

## What we check when we review your channel

Our reviewers check content that best represents your channel against our policies. Since our reviewers can't check every video, they may focus on your channel's:

- Main theme
- Most viewed videos

- Newest videos
- Biggest proportion of watch time
- Video metadata (including titles, thumbnails, and descriptions)

The above are just examples of content our reviewers may assess. Note that our reviewers can, and may check other parts of your channel to see whether it fully meets our policies.

## Follow the YouTube Community Guidelines

These guidelines help keep YouTube a great community for viewers, creators, and advertisers. Content that violates YouTube's Community Guidelines is not eligible for monetization and will be removed from YouTube.

Anyone on YouTube needs to follow our Community Guidelines. Monetizing creators should know that our guidelines don't only apply to individual videos, but to your channel overall. Below are the Community Guidelines that are most relevant to channels that can already, or want to monetize:

- Spam, deceptive practices, and scams
- Nudity and sexual content
- Child safety
- Harmful or dangerous content
- Hate speech
- Harassment and cyberbullying

Keep in mind that any content you post must follow all our Community Guidelines.

Follow AdSense program policies
AdSense allows YouTube partners to get paid for monetizing their videos. Make sure to follow the AdSense program policies and YouTube's Terms of Service. AdSense content policies are extensive and include quality guidelines from the Webmaster/Search Console policies. We've highlighted some of the most relevant policies for YouTube creators below.

Repetitious content

Repetitious content refers to channels where the content is so similar, viewers may have trouble spotting the difference between videos on the same channel. This policy is based on the Search Console portion of AdSense program policies. We've put it in a context that's more relevant for YouTube creators.

This policy applies to your channel as a whole. In other words, if you have many videos that violate our guidelines, monetization may be removed from your entire channel.

What is allowed to monetize

961

This policy makes sure monetized content offers viewers something appealing and interesting to watch. In other words, if the average viewer can clearly tell that content on your channel differs from video to video, it's fine to monetize. We know many channels create content that follows a similar pattern. What's important is that the substance of each video should be relatively varied.

Examples of what is allowed to monetize (including but not limited to):

- Same intro and outro for your videos, but the bulk of your content is different
- Similar content, where each video talks specifically about the qualities of the subject you're featuring
- Short clips of similar objects edited together where you explain how they're connected

Content that violates this guideline

When a channel's content consists of similar content, it can frustrate viewers who come to YouTube for appealing and interesting videos. That means channels where content is only slightly different from video to video are not allowed to monetize. In other words, your channel shouldn't consist of content that's automatically created or produced using a basic template.

Examples of what's not allowed to monetize (this list is not exhaustive):

- Content that exclusively features readings of other materials you did not originally create, like text from websites or news feeds
- Songs modified to change the pitch or speed, but are otherwise identical to the original
- Similar repetitive content, or mindless content with low educational value, commentary, or narrative
- Templated, mass-produced, or programmatically generated content
- Image slideshows or scrolling text with minimal or no narrative, commentary, or educational value

Reused content

Reused content refers to channels that repurpose someone else's content without adding significant original commentary or educational value. This policy is taken from the AdSense Search Console portion of AdSense program policies. We've put it in a context that's more relevant for YouTube creators.

This policy applies to your channel as a whole. In other words, if you have many videos that violate our guidelines, monetization may be removed from your entire channel.

What is allowed to monetize

The spirit of this policy is to make sure we're monetizing original content that adds value to viewers. If you put a funny or thoughtful spin on content you didn't originally create, you've transformed the content in some way. It's fine to have this type of content on your channel, but individual videos may be subject to other policies like copyright. In other words, we allow reused content if viewers can tell that there's a meaningful difference between the original video and your video.

Note: While these examples do not violate the reused content monetization policy, other policies, such as copyright, still apply.

Examples of what's allowed to monetize (including but not limited to):

- Using clips for a critical review
- A scene from a movie where you've rewritten the dialog and changed the voiceover
- Replays of a sports tournament where you explain the moves a competitor did to succeed
- Reaction videos where you comment on the original video
- Edited footage from other creators where you add a storyline or commentary

Content that violates this guideline

Taking someone else's content, making minimal changes, and calling it your own original work would be a violation of this guideline. This policy applies even if you have permission from the original creator. Reused content is separate from YouTube's Copyright enforcement, which means it's not based on copyright, permission, or fair use. This guideline means sometimes, you may not get claims against your content, but your channel may still violate our reused content guidelines.

More examples of what's not allowed to monetize (this list is not exhaustive):

- Clips of moments from your favorite show edited together with little or no narrative
- Short videos you compiled from other social media websites
- Collections of songs from different artists (even if you have their permission)
- Content uploaded many times by other creators
- Promotion of other people's content (even if you have permission)

# Creator responsibility

The success of your channel and the YouTube Partner Program is dependent upon the willingness of advertisers to associate their brands with YouTube content. The earnings of all YouTube creators are negatively impacted when advertisers lose trust.
We don't allow egregious behavior that has a large negative impact on the community. This policy means you should be respectful of your viewers, your fellow creators, and our advertisers -- both on and off YouTube.

If you violate this policy, we may temporarily turn off your monetization or terminate your accounts.
Learn more about Creator responsibility.

## How we'll inform you of policy changes

YouTube is constantly changing and improving the Service, and adapting to the world around us. We may need to make changes to the terms and conditions or policies that apply to your use of the Service - including the Terms of Service, and the YouTube Partner Program Terms, our policies, and other contractual documents - to reflect changes to our Service or for legal, regulatory, or security reasons.

We'll let you know in writing when we make changes that might impact you. If you do not agree to the modified terms, you may stop using the relevant feature, or terminate your agreement with us.

To help you stay up to date with our policies, we also maintain a permanent log of updates. View our changelog here.

## How we enforce YouTube monetization policies

Anyone who earns money on YouTube must follow YouTube's channel monetization policies. If you violate any of our policies, YouTube may take the actions outlined below.

## Turn off ads from your content

As a member of the YouTube Partner Program, you have the ability to turn on ads for your videos if they meet our advertiser-friendly content guidelines. However, if your videos are found to not meet our advertiser-friendly content guidelines, or if they violate other policies, such as our age restriction or copyright guidelines, we may turn off ads from your content.

For more information about reasons why content may not be eligible for monetization, see: Monetization icon guide for YouTube Studio

## Suspend your participation in the YouTube Partner Program

Violation of our YouTube channel monetization policies may result in monetization being suspended or permanently disabled on all or any of your accounts. If it's determined that your channel is no longer eligible for monetization, your channel may

lose access to all monetization tools and features associated with the YouTube Partner Program.

For more information about suspensions, including troubleshooting tips and details about how to re-apply to join the program, see: Monetization is disabled for my channel

## Suspend or even terminate your YouTube channel

In exceptional circumstances we may need to terminate a channel, account, or disable a user's access to the Service in order to protect the integrity of the platform or protect our users from harm. Learn more about channel terminations and disabled Google accounts including what you can do if you believe your channel or account was terminated by mistake.

## How we'll inform you of actions that affect your monetization

We'll inform you in writing by email or in product when we have to enforce our policies. We will also let you know what options are available to you.

## How to get help with issues that affect you

If you're in the YouTube Partner Program, you can get access to our Creator Support team.

Whether you're facing a specific problem or you want to find out how to get the most out of YouTube as a creator, we're here to help you:

- Optimize how you use YouTube
- Get tips on technical or service aspects of YouTube
- Find out how to navigate policy and copyright guidelines
- Get answers on account and channel management questions
- Resolve content ID and rights management issues
- Troubleshoot and fix bugs or issues with your account

You can find more detailed instructions to contact Creator Support and how to get help as a YouTube Creator.

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo

965



Submit

## YouTube Partner Program Basics

- YouTube channel monetization policies
- Advertiser-friendly content guidelines
- Upcoming and recent ad guideline updates
- Learn more about how YouTube works for you
- Updated Terms of Service FAQs

<br>

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska

25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- Help Center

○ Fix a problem

○ Watch videos

○ Manage your account & settings

- o <u>Supervised experience on YouTube</u>

- o <u>Join & manage YouTube Premium</u>

- o <u>Create & grow your channel</u>

- o <u>Monetize with the YouTube Partner Program</u>

- o <u>Policy, safety, & copyright</u>

- <u>Community</u>

- <u>YouTube</u>

- <u>Privacy Policy</u>

- <u>YouTube Terms of Service</u>

- <u>Submit feedback</u>

  Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program

Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows

Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues

Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube

YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers

YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

## What is the issue with this selection?

Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

## Share additional info or suggestions



Do not share any personal info

Cancel
Submit
By continuing, you agree Google uses your answers, <u>account & system info</u> to improve
services, per our <u>Privacy</u> & <u>Terms</u>.

# Exhibit "14"

YouTube Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunity

To receive the latest updates on our Advertiser-friendly content guidelines, please check out our Advertiser-friendly content guidelines posts in the YouTube Help Center and subscribe here.

# Advertiser-friendly content guidelines

If you're in the YouTube Partner Program, you can share revenue from ads. This article aims to help you understand which individual videos on your channel are suitable for advertisers. Creators can use this article to understand both the platform's self-certification questionnaire as well as specific rules regarding what can run ads, what can run limited ads and what will not run ads, and should have monetization turned off. Our policies apply to all portions of your content (video or live stream, thumbnail, title, description, and tags). Learn more about our best practices.

Our systems don't always get it right, but you can request human review of decisions made by our automated systems.

Note: All content uploaded to YouTube must comply with both our Community Guidelines and our AdSense Google Publisher Policy. If your content violates our Community Guidelines, it may be removed from YouTube. If you see violative content, you can report it.

What you'll find in this article
You'll find examples of content not suitable for ads, and will result in a "limited or no ads" monetization state.

Here are all the main topics that are not advertiser-friendly:

Inappropriate language                 Firearms-related content
Violence                               Controversial issues
Adult content                          Sensitive events

972

| | |
|---|---|
| Shocking content | Incendiary and demeaning |
| Harmful or dangerous acts | Tobacco-related content |
| Hateful & derogatory content | Adult themes in family content |
| Recreational drugs and drug-related content | |

Please note that context is very important. Artistic content such as music videos may contain elements such as inappropriate language, references to soft drug usage, or non-explicit sexual themes, and still be suitable for advertising.

Inappropriate language

Content that contains frequent uses of strong profanity or vulgarity throughout the video may not be suitable for advertising. Occasional use of profanity (such as in music videos) won't necessarily result in your video being unsuitable for advertising.

# Guide to Self-Certification

| Ads guidance | Questionnaire options & details |
|---|---|
| You can turn on ads for this content | Abbreviated, censored, or light profanity (like "hell" or "damn") in the title, thumbnail, or video. Moderate profanity (like "shit" or "bitch") used in the video. Infrequent usage of strong profanity (like the "f-word") after the opening or up to twice in approx. the first 30 seconds of the video; or strong profanity in a music video.<br><br>Definitions:<br><br>"Censored profanity" refers to things like bleeping or muting the word as well as covering written words with black bars, symbols, or text added in post-production.<br>"Abbreviated profanity" refers to an acronym like WTF ("what the f\*ck") where the original term is abbreviated by using its acronyms. |
| You can turn on ads but only brands who opt in will run ads | Moderate profanity in the title or thumbnail; strong profanity used frequently in the opening of a video (roughly the first 30 seconds); strong profanity in the title or thumbnail of a music video.<br><br>Titles & Thumbnails:<br><br>Moderate profanity even when misspelled, such as "This is bull sh1t!".<br><br>Some examples of content that also fall into this category:<br><br>Focal usage of strong profanity throughout a video (e.g. mentioned in every sentence). |

| Ads guidance | Questionnaire options & details |
|---|---|
|  | Definitions: |
|  | "Moderate profanity" refers to words like "bitch," "shit," or "asshole." "Strong profanity" refers to words like "d*ck" or the "f-word." |
| You should turn off ads for this content | Extreme profanity used in the title, thumbnail or at any point throughout the video, for example "c*nt," "n***er," "fa**ot," or other hateful slurs. |
|  | Titles & Thumbnails: |
|  | Strong or extreme profanity even when misspelled, such as "fuk!" |
|  | Some examples of content that also fall into this category: |
|  | Any usage of extreme profanity throughout a video. |

## Violence

Content where the focal point is on blood, violence, or injury, when presented without other context, is not suitable for advertising. If you're showing violent content in a news, educational, artistic, or documentary context, that additional context is important. For example, if a video provides authoritative news reporting on a violent event in a journalistic context, it may be eligible for monetization. Violence in the normal course of video gameplay is generally acceptable for advertising, but montages where gratuitous violence is the focal point is not. All games (whether realistic or non-realistic) are in scope of this policy.

# Guide to Self-Certification

| Ads guidance | Questionnaire options & details |
|---|---|
| You can turn on ads for this content | Graphic law enforcement in an educational context; violence that occurs as part of unedited video gameplay; mild violence with minimal blood; dead bodies that are fully censored, blurred, prepared for burial, or shown in historical events like wars, as part of an educational video. |
|  | Some examples of content that also fall into this category: |
|  | General violence |
|  | Dramatized content containing unrealistic non-graphic violence or fleeting vivid violence. In the course of larger narrative, showing a quick fleeting scene involving physical harm (e.g. shot in the abs) as a part of a violent action scene. |

Fighting violence excerpts from an action movie where injuries are mostly indiscernible.
Depiction of non-graphic injury such as falling on knees where no or limited amount of blood is shown.
Tumbling down a hill or running into a wall accidentally or purposely as a part of script or sports.
Announcement of tragedies involving multiple casualties which doesn't include vivid gruesome details.
Reports of a recent homicide in the town without the description of physical state of the victims.

Gaming

Violence as part of standard video gameplay, where it's mildly graphic.
Showing graphic scenes (e.g. a gory attack where impact is clearly visible) in a normal course of gameplay.

Death & tragedy

Non-graphic depiction of dead bodies in educational context.
Public honoring of the deceased, broadcasted with a non-graphic dead body.
Display of fully censored or non-gruesome dead bodies in a historical context.

Hunting

Hunting content where there's no depiction of graphic animal injuries or prolonged suffering.
Hunting videos where the moment of kill or injury is indiscernible, and with no focal footage of how this dead animal is processed for trophy or food purposes.

Animal violence

Non-graphic depictions of animal violence in nature.
Predators running after their prey where the graphic details (e.g. focus on bloody body parts of the prey or graphic moments of catching the prey) are not included; some blood may be visible fleetingly, but is not the focal subject of the content.

Animal abuse

Animals in distress during species-appropriate animal training, medical intervention or relocation.
Raw footage of human-controlled animal violence (e.g., bullfighting) without promotion of the acts.
Coverage or discussion of animal abuse with no footage of the abuse.

A debate on animal abuse lacking details on the abusive act itself.

Violence in sports play

Violence in combat sports involving weapons (e.g. fencing) regardless of protective gear worn or safety precautions warranted.
Non-graphic injuries in sports or graphic injuries as part of sports play where blood is shown.
Sports conducted in a professional setting (e.g. in a fitness center) while players wear proper gloves and mouthguards.
A fleeting display of injuries that may be graphic (e.g. a broken arm), but are part of regular gameplay.
Minor non-graphic injuries (e.g. falling on knees) portrayed in the sports play.

Street fights

Depiction of fights in an educational context.
Self-defense moves that are shared as a tutorial.
People fighting without repeated tough physical interaction (e.g. fist fight) as a fleeting subject in a larger context.

Law enforcement & physical altercation

Non-combative or non-abrasive interactions with law enforcement.
Fleeting raw footage of police interaction with civilians for educational purposes without portrayal of explicit abusive physical altercation in descriptions, audio or visual formats.
Normal interaction with police (i.e asking for directions or receiving a parking ticket, etc.).
Violent, combative, or abrasive interactions with law enforcement in an educational context:
Commentary using clips from a news report on a recent violent protest by civilians (e.g. hitting or pushing civilians down against the floor).

Definitions:

"Mild violence" refers to scuffles in real-life content or fleeting violence like punching.
"Dramatized" refers to scripted content such as movies or fictional settings including animated content.

| | |
|---|---|
| You can turn on ads but only brands who opt in will run ads | Fleeting graphic law enforcement without educational context; showing dead bodies with obvious injury and/or mutilation in educational or documentary (e.g. history learning channel) setting or display of non-gruesome dead bodies without educational intent; edited video gameplay with some clips that focus |

on graphic violence; moderate violence that shows blood as part of a non-educational video; raw footage of armed conflict without injuries.

Some examples of content that also fall into this category:

General violence

Real-life or dramatized violence that results in serious injury where the aftermath or impact is visible and present such as blood or gore scenes, bones visibly broken.
A dramatized long-form video content with a short, ultra-graphic violent scene (e.g. a mass killing) or a video compilation of such graphic scenes.
Highly vivid descriptions of tragedies (in the form of audio or video).

Gaming

Edited video gameplay with some clips that focus on graphic violence.
Brutal killings or severe injuries (e.g. beheadings) with bodily fluids and parts shown focally in some parts of the video.

Death & tragedy

Dead bodies (outside of those prepared for burial) in the context of educational or documentary content such as war documentaries.
A dead body without visible injuries or bodily fluid shown in news reporting.
Graphic dead bodies (including depictions of mutilation or injuries) displayed for educational purposes.

Street fights

Street fights featured in the context of educational or documentary purposes.
Graphic street fights including scenes featuring severe injuries, physical attacks, and emotional distress (e.g. yelling).
When the focal subject is around human fights (e.g. footage of prisoners fighting).

Law enforcement & physical altercation

Fleeting violent, combative, or abrasive interactions with law enforcement in a non-educational or non-documentary context.
Shocking police altercations displaying rough physical interactions (e.g. hitting or pushing civilians down against the floor).

Violence in sports play

Graphic sports injuries as part of a larger video with context (e.g. compilations involving graphic injuries but not singularly focused on them).

Animal violence

Animal violence in nature with portrayals of graphic animal injuries.
When clearly visible injuries (e.g. blood or bones) are the central subject of a video.

Animal abuse

Educational or documentary coverage of animal abuse with abuse footage.

Hunting

Hunting content featuring fleeting graphic imagery such as dead or injured animals (e.g. bloody body parts) portrayed in the content.

War & conflict

Real, non-graphic raw footage of armed conflict (e.g. war) without educational context, with no bloody scenes or explicit injuries.
Raw footage of violent attacks shared without a clear intent.

Definition:

Fleeting references are not the focus of content (not focal) and include passing references to violence acts or descriptions. For example, briefly displaying a violent act (e.g. graphic adult fighting in a movie) wouldn't be considered focal, but rather fleeting.

| You should turn off ads for this content | Raw footage focused on violent law enforcement; graphic dead bodies in a non-educational video; edited video gameplay that primarily focuses on graphic violence; domestic violence. |
| --- | --- |

Some examples of content that also fall into this category:

General violence

Focus on blood, guts, gore, bodily fluids (human or animal), crime scene or accident photos with little to no context.
Portrayals of gratuitous violence against children, even if dramatized.

Gaming

Edited video gameplay that primarily focuses on graphic violence.

Focus on the display of graphic violence in dramatized settings such as "kill compilations" or compilations of graphic violence from video games or movies.

Death & tragedy

Dead bodies or ultra-graphic injury such as decapitations, amputee operations.

Animal violence

Animal violence in any context outside nature.

Animal abuse

Cruelty or gratuitous violence toward animals such as abuse (e.g. kicking) or human-controlled violence (e.g. forcing to go on a cockfighting).
Footage of animals in distress induced by human intervention, such as the purposeful placement of an animal in harm's way, in strained positions or other dangerous scenarios deemed stressful or unnatural.

Law enforcement & physical altercation

Graphic violence in the context of physical altercations, public demonstrations, or police brutality.

Violence in sports play

Sports videos where the central subject is the display of graphic injuries.

War & conflict

Accounts or images of shootings, explosions, executions, or bombings.
Raw footage of war casualties with graphic depictions of injury or death.

Adult content

Content that features highly sexualized themes is not suitable for advertising, with limited exceptions for non-graphic sexual education videos and music videos. This includes both real and computer-generated visuals. Stating your comedic intent is not sufficient and that content may still not be suitable for advertising.

# Guide to Self-Certification

| Ads guidance | Questionnaire options & details |
|---|---|
| You can turn on ads for this content | Romance or kissing; discussions of romantic relationships or sexuality without reference to intercourse; fully-censored nudity that is indiscernible and without intent to arouse the audience; sensual dancing in a professional setting without full or partial nudity; non-graphic sex education, or a music video containing sexual content without nudity. |

Some examples of content that also fall into this category:

Sexually gratifying content

Romantic scenes that aren't sexually gratifying such as animated, real-life, or dramatized kiss or cuddling scenes.
Scenes involving sexual tension between characters without explicit depictions of sexual acts.
A kissing scene in a larger narrative where the focus is the romance itself and is not intended to be sexually gratifying.

Discussions of sex in non-sexually gratifying/comedic contexts:
Sex education.
Sexually transmitted diseases (STDs) and how they are transmitted.
Sexual experiences (e.g. dealing with pain after a sexual intercourse) which focus exclusively on how sex works, and do not recount how to improve performance.
Sperm donation.
Scientific representations of reproductive anatomy using diagrams or dummies.

Sexual orientation and/or how sexual identity evolves amid relationships.
Fleeting or incidental usage of sexual jokes and innuendos that does not use vulgar terms.
Content which refers to fetishes in a non-sexual way (e.g. "what is your favorite food or food fetish?").

Sensual dance moves in a professional setting that are a part of artistic expressions.
Dance moves that resemble sexual acts (e.g. chest heaving or hip thrusting) as a part of choreographic dance.
Dances typically associated with sensuality (e.g. pole dance) performed in professional settings such as dance studios or street performances.

Nudity

Censored nudity where nudity isn't the focus such as scenes where characters may be nude but no nipples, butt or genitalia are visible (e.g. they are pixelated/blurred).
Blurred nudity of historical figures wearing limited clothing in educational contexts.
Fully-censored genitalia that are indiscernible and shown for non-sexual purposes (e.g. medical procedure).
Depictions of breastfeeding (without nipples being visible).

Depictions of people wearing limited clothing where the presentation isn't intended to be sexually gratifying such as bikinis worn at the swimming pool.
Clothing reviews focused on the form and function of the clothing rather than a sustained focus on body parts underneath, such as breasts.
Artistic expressions such as sculptures, sketches, or computer-generated graphics involving illustrated nudity, such as characters in classic art or photography of indigenous people in loincloths.
Translucent or sheer coverings of female breasts/cleavage, buttocks or male torsos seen in appropriate settings such as fashion show runways, medical exams, or at a recreational beach.
Visible partial nudity as part of sports such as boxing where such attire may be required.

Definitions:

Sexually gratifying: Content likely to or intended to sexually arouse the viewer.
Sexual innuendo: Any use of a phrase to jokingly hint at something sexual.
Sexually suggestive: Visual, verbal or textual material with sexual undertones, implying sexual intent in order to provoke sexual arousal.

Graphicness: How explicitly the sexual act or nudity is portrayed in order to excite the audience.

You can turn on ads but only brands who opt in will run ads

Discussions of intimate sexual experiences; focus on sexual body parts (even if covered); blurred or censored nudity with discernible body parts, even when used in an educational context or news reporting; implied sexual acts; sensual dancing in a professional setting with limited clothing; sex toys without human contact or nudity, or realistic representations of genitalia.

Some examples of content that also fall into this category:

Sexually gratifying content

Titles or thumbnails with sexualized themes (including misleading signals).
Descriptions of or implicit references to sexual activities (e.g.implicit reference to sexual body parts using emojis or graphics).
Circling out or otherwise calling attention to something in a thumbnail which suggests implied sexual acts.
Misleading title where a video promises sexual content, but it doesn't have it (e.g. a cooking video with the title "watch porn").
Computer-generated nudity in a medical context without the intent to gratify viewers.
Depictions of non-arousing sexual activities in educational, documentary, or dramatized content.
Sexual activities and their histories explained for educational purposes such as with medical topics.

Implicit sexual act or behavior.
Certain signs in a video which suggest sexual activity is occurring such as with shaking objects, moaning sounds, etc.

Depictions of sex toys, sexual devices, or other products intended to enhance sexual activity even where they aren't in use.
Unintentional display of a sexual device in a video that is irrelevant to sexual topics (e.g. displayed in the background).
A medical object which resembles genitalia introduced during a discussion.

Scenes with sexual tension like gratifying sensual dancing, groping, or making out to sexually arouse audiences.
Short scenes on sexual activities (including implied sex acts) as a part of a larger narrative.
Scenes where the main focus is to showcase sexual tension.
Professional dance choreography which frequently features sexually gratifying poses or moves (e.g. grinding) in limited clothing (e.g. sheer breast coverings).

Discussions of intimate sexual experiences such as masturbation, orgasm, intercourse, tips, or other sexual acts. This may also include sexual innuendos or sexually explicit text or audio, such as detailed conversations about sex. Audio or sound compilations of sexual acts without pictures or visual scenes of the act (e.g. ear licking and nibbling sounds).
Descriptions of sexual activities which intend to sexually arouse audiences. Mentions of sexual fetishes even when it's not descriptive.
Titles referencing adult content such as 18+, 21+, 'adult only,' 'porn,' etc., unless it's educational or documentary in context.
Usage of emoticons or emojis in text representing sexual body parts or acts to gratify viewers.
Crude jokes that use vulgar terms (e.g. tits, cum).
Sex-related content, such as documentaries about the sex industry or paid subscription adult content platforms.
Sexual innuendos using non-sexually gratifying objects:
Objects resembling genitalia such as packing devices or human figurines with realistic genitalia.
The use of daily objects (e.g. eggplant) or emojis intended to resemble genitals and sexually arouse audiences.

Nudity

Educational or documentary content featuring full nudity.
History or industry overviews relating to sex or nudity, such as showcasing full body paintings.
Pixelated or censored nudity where the sexual body parts are still recognizable.
Scenes with naked bodies starred or blurred, but still identifiable from their silhouettes.
Non-fleeting depictions of nudity (animated, real-life, or dramatized).
Sexualized limited clothing (e.g. bikini, lingerie) worn and shown repeatedly as a central subject.
Depictions of sexual body parts such as recurring or focal shots of cleavage or bulges intended to sexually arouse audiences.
Compilations of visibly recognizable turgid genital outlines.
Minimally-covered (e.g. thong) sexual body parts (e.g. breasts, cleavages, buttocks, etc.,) frequently appearing.
How-to videos on breastfeeding with visible nipples.
Sensual dancing (e.g. twerking) with minimal clothing in a professional setting.

Definitions:

"Censored nudity" refers to things like blurring, covering nudity with black bars or pixelation.

|  | Implied sexual act: Behavior that mimics sexual intercourse such as dry humping. |
|---|---|
| You should turn off ads for this content | Exposed breasts or full nudity, sexual acts, discussion of fetishes, or a video thumbnail with sexual content. |

Some examples of content that also fall into this category:

Sexually gratifying content

Sexually explicit audio, text, or dialogue:
Sex-related entertainment such as porn or other sexual services.
Graphic sexual acts or simulations intended to gratify.
Depictions or discussions of fetishes (e.g. guides or walkthroughs).
Focus on sex scandals or the leaking of private intimate material.
Imitating or mimicking sexual activities (e.g. pornographic media).
Promotions of sexual acts in exchange for compensation.
Sensual dance in a non-professional setting such as at home.
Grinding or daggering moves calling for sexual tension.
Actual usage of sex toys (or other products intended to enhance sexual activity).

Nudity

Mature activity such as full exposure of sexual body parts, sex acts.

Shocking content

Content that may upset, disgust or shock viewers may not be suitable for advertising. Uncensored shocking elements won't necessarily result in your video being unsuitable for advertising, but context matters.

# Guide to Self-Certification

| You can turn on ads for this content | Light or moderately shocking content which is censored or shown in context for educational, documentary, or other purposes. |
|---|---|

Some examples of content that also fall into this category:

Body parts, liquids, waste

Body parts, liquids, or waste that is made for kids or presented in an educational, scientific, documentary, or artistic context, and where intent won't shock.
Dramatized body parts, liquids, or waste where intent is to shock, mostly for entertainment purposes (like a magic trick) but where legitimate context must be given.

Medical and Cosmetic Procedures

Medical or cosmetic procedures that are educational, focusing on the procedure itself rather than on bodily parts, liquids, or waste.
Body parts, liquids, or waste that are censored or fleeting in comparison to the procedure itself.
Human and animal birth videos educating viewers without extra focus on body parts, fluids, or waste.

Accidents and Injuries

Accidents where no exposed injury is visible (such as internal tissue, bleeding wounds).
Accidents that do not cause real upset due to only mild or moderate impact being visible.
Accidents where no real distress is visible as a result of the accident.
Accidents in which there's no evident injury or long-term medical care necessary.
Accidents and injuries that are presented in a news, documentary, or artistic context (such as a film or music video).

Animal Preparation and Eating

Portrayals of meat, fish in a raw or prepared-to-eat manner including cooking techniques and demonstrations for recipes (such as How to Filet a Fish or BBQ's).
Portrayals of animal preparation for eating by professionals focusing on the trade and act of cutting animals.
Educational, documentary, scientific, or artistic portrayal of religious rituals involving animal eating where there's no focus on gruesome or gory visuals.

EDSA portrayal focusing on cultural eating and traditions and not on sensationalizing the ingestion of eating animals/insects or mishandling thereof.

Animal parts with no presentations of discernible features of a living being (excluding fish and crustaceans).

Definitions

"Intent to shock" refers to the purpose of the video, which is determined by what context is given as well as the focus of elements.

"Dramatized" refers to scripted content (like movies or music videos) or fictional settings including animated content.

"Accidents" refers to unfortunate incidents typically resulting in damage or injury, including where injury itself may not be clearly visible (such as vehicle accidents).

"Exposed" refers to bodily parts, liquids, or waste (such as tissue or blood).

"Upset" refers to unsettling or surprised emotion arising as a result of a visible or reasonably assumed detrimental impact or injury.

"Distress" refers to the visible, audible, or perceived presentation of human suffering as a result of pain. In this case, it's related to individuals involved in accidents and individuals undertaking or experiencing medical or cosmetic procedures (including births).

"Cultural eating and traditions" refers to the customs and social behavior of societies in relation to food type consumption.

"Sensational" in relation to exposed animal parts or animal/insect eating: to present in a manner intended to arouse curiosity or broad interest, especially through the inclusion of exaggerated, or vivid details.

"Mishandling" in relation to how the animal is being prepared or eaten in a brutal or savage manner.

"Professional context" in relation to the profession of being a butcher or fishmonger and the contexts where they cut and handle dead animals.

"Discernible features of a living being" includes features that confirm that the animal was/is a living being, including features such as nose, ears, mouth.

You can turn on ads but only brands who opt in will run ads

Shocking content, like graphic images of human, or animal body parts, which is uncensored or intended to shock.

Some examples of content that also fall into this category:

Body parts, liquids, waste

Focus on real body parts, liquids, or waste where intent is to shock. Dramatized presentations of bodily parts, liquids, and waste focusing on gruesome and gory details.

Medical and Cosmetic Procedures

EDSA medical or cosmetic procedures focusing on exhibiting uncensored bodily, parts, fluids or waste in detail, during or after the procedure.
Births that contain a focus on extra bodily parts, fluids, or waste or where there's strong apparent distress.

Accidents and Injuries

Accidents where there's a strong moment of impact such that it's likely to cause upset.
Accidents in which injury is visible or where long-term medical care can be reasonably assumed.
Accidents with strong apparent distress as a result of the accident's impact.
Accident compilations.

Animal Preparation and Eating

Animal preparation or eating that is intended to shock.
Focal EDSA mishandling of unskinned or whole animals.
Focal discernible features of a living being (such as cooking without context).
Sensational presentation or ingestion (such as Sensational Mukbang, ASMR animal eating).

| | |
|---|---|
| Turn off ads for this content | Highly shocking content that's clearly visible or audible, or where the whole purpose of the video is to shock.

Some examples of content that also fall into this category:

Body parts, liquids, waste

Disgusting, gruesome, or gory presentations of bodily parts, fluids, or waste with little to no context.
Dramatized shocking elements presented with little context, solely with the intent to shock.

Medical and Cosmetic Procedures

Raw footage of medical or cosmetic procedures with no context or focusing on exposed body parts, fluids, or waste.
Raw footage of birth videos exposing bodily parts, fluids, or waste or distress, with little to no context.

Accidents and Injuries |

Upsetting presentations of accidents and extreme injuries where exposed body parts are visible or where extreme injury can be reasonably assumed.
Raw footage of extreme accidents with no context.
Footage of children involved in accidents.
Compilation accident videos where the sole intent is to repeatedly shock viewers.

Animal Preparation and Eating

Real animal preparation and eating where the sole intent is to shock viewers, where the presentation is gruesome and gory or has no context.
Graphic depictions of skinning or slaughtering animals.
Non-EDSA portrayals of a live animal in distress as a result of being prepared to be eaten.
Non-EDSA animal eating where there's a focus on discernible features of a living being.

Harmful or dangerous acts

Content that promotes harmful or dangerous acts that result in serious physical, emotional, or psychological injury is not suitable for advertising.

# Guide to Self-Certification

| Ads guidance | Questionnaire options & details |
|---|---|
| You can turn on ads for this content | Stunts or acts that are slightly dangerous, but performed in a professional and controlled environment where no one is seriously injured. |

Some examples of content that also fall into this category:

General harmful or dangerous acts

Activities where risk is involved with no visible injuries such as:
Professional stunts or extreme sports such as wingsuit flying.
Footage of a person doing wheelies or ground-level parkour.
Motor vehicles speeding or drifting without doing dangerous tricks (e.g. stand up wheelie or free hands) or causing frequent disruptions to others (e.g. driving in between lanes).

Fail compilations

Fail compilation videos without a focus on graphic injuries (e.g. walking into a glass door).

Pranks & challenges

| Ads guidance | **Questionnaire options & details** |
|---|---|
| | Pranks or challenges where there is perplexity, confusion, or discomfort but no risk or long-term harm is involved such as the ice bucket challenge. Discussions or reports about harmful pranks or challenges with no footage or audio of the moment of harm (e.g. reports on a fire challenge without the details of the incident). Educational, documentary, or news report content showcasing pranks or challenges that cause extreme emotional distress (e.g. physical fights, abusive language and insults, such as "you're fired!" pranks). |

Medical misinformation

Neutral content about viruses, infectious diseases, and COVID-19 without the intent of inciting fear (e.g. a video for kids on the difference between viruses and bacteria).

Harmful misinformation

Educational or documentary content seeking to explain how groups promoting harmful misinformation gain traction, rise to prominence, and/or spread misinformation.
Educational or documentary content with a focus on debunking harmful misinformation such as Pizzagate, QAnon, StopTheSteal, etc.

Vaping & tobacco

Public service announcements for preventative actions.
Dramatized content with focal depiction of usage.

| Ads guidance | **Questionnaire options & details** |
| --- | --- |
| | Educational or documentary content showcasing industries involving vaping/tobacco. |
| | |
| | Alcohol |
| | |
| | Presence of alcohol or adults drinking alcohol in content without promoting or glorifying irresponsible drinking. |
| | |
| | Definitions: |
| | |
| | "Seriously injured" refers to injuries that cannot be treated without proper medical care or cannot be treated at home such as broken bones, visible dislocations, or significant amounts of blood. |
| | Body modification may include things like tattoo, piercing, or medical surgery. |
| | "Dramatized" refers to scripted content such as movies or fictional settings. |
| You can turn on ads but only brands who opt in will run ads | Content showing but not focusing on physical harm or distress, including acts done in a non-professional, non-controlled environment. |
| | |
| | Some examples of content that also fall into this category: |
| | |
| | General harmful or dangerous acts |
| | |
| | Acts involving high risk activities such as skyscraper parkour or depicting serious injury like skate slam aftermath. |
| | Educational, documentary, or news report on: |
| | Harmful or dangerous acts with graphic injury. |

| Ads guidance | Questionnaire options & details |
| --- | --- |
| | Children involved in gambling or driving motor vehicles designed for use by adults.
Motor vehicles speeding or drifting and doing dangerous tricks (e.g. stand up wheelie or free hands) or causing frequent disruptions to others (e.g. driving in between lanes).

Fail compilations

Focal depictions of moments with graphic injuries that do not lead to death or terminal conditions (e.g. video compilation of road bike crashes).

Pranks & challenges

Educational, documentary, or news reports on prank or challenge content with:
Threats or advocacy for physical or psychological harm against oneself or others such as laying flat between train tracks.
Acts that should not be imitated such as a challenge to drink bleach and may result in immediate and critical harm to one's health.
Pranks or challenges that create extreme emotional distress such as physical altercations, abusive language and insults. These can also include threatening an individual's life status such as layoff pranks or by emotionally evoking or threatening someone in the context of a relationship (e.g. break up pranks where one person becomes emotionally volatile, or arrest pranks against relatives, etc.).
Pranks involving gratuitous amounts of body fluids or graphic violence.
Challenges that include eating non-toxic, non-edible substances such as ingesting a glue stick or pet food. Eating edible substances that are harmful in |

| Ads guidance | **Questionnaire options & details**<br>large volumes such as the Carolina Reaper pepper, or ones that depict a mild physical reaction.<br><br>Vaping & tobacco<br><br>Product reviews of or comparison between tobacco products (e.g. vaping juice comparison).<br>Educational or documentary mention of addiction services.<br><br>Alcohol<br><br>Educational, documentary, or dramatized content featuring minors consuming alcohol or alcohol-focused products.<br><br>Definitions:<br><br>"Mild physical reaction" refers to things like dry heaving, vomit-inducing cough. |
|---|---|
| You should turn off ads for this content | Focus on accidents, pranks, or stunts that have health risks, like drinking or eating non-edibles; or discussions of trending videos that show this type of content.<br><br>Some examples of content that also fall into this category:<br><br>General harmful or dangerous acts<br><br>Glorification of harmful or dangerous acts or acts perceived to be dangerous. |

| Ads guidance | **Questionnaire options & details** |
|---|---|
| | Motor vehicles with shocking scenes and injuries (e.g. of the moment of impact or showing someone in an unconscious state on a road after getting hit by a truck). |
| | Children involved in gambling or driving motor vehicles designed for use by adults. |

Fail compilations

Fail compilations that include activities resulting in death or grievous damage (irreversible or puts the person into coma, seizure, paralysis, etc.).

Pranks & challenges

Pranks or challenges that should not be imitated such as a challenge to drink chlorine and may result in immediate and critical harm to one's health.
Pranks or challenges relating to:
Suicide, death, terrorism such as fake bomb scare pranks, or threats with lethal weapons.
Sexually unwanted acts such as forced kissing, groping, sexual abuse, spy cams in dress room.
Physical harm or distress but where such distress is not the focus of the video.
Prolonged emotional distress of a minor such as a prank that lasts for an extended period of time leading to a child being scared or upset. This could include pranking children into believing their parents are dead.
Threats or advocating for physical or psychological harm against oneself or others such as laying flat between train tracks.

| Ads guidance | Questionnaire options & details |
| --- | --- |
| | **Questionnaire options & details**<br>COVID-19, that promote dangerous activities such as purposeful exposure to the virus or which incite panic (e.g. an anti-quarantine movement or pretending to have been tested positive while in a public space).<br>Promoting the use of weapons to inflict harm on others.<br>Showing the consumption of substances in such quantities that it results in a graphically shocking physical reaction such as vomiting after eating a ghost pepper.<br>Challenges which, if replicated, could result in serious harm such as fire challenge or bird box challenge.<br>Encouragement of fraudulent or illicit activities (e.g. breaking and entering).<br><br>Medical misinformation<br><br>Promoting or advocating for harmful health or medical claims or practices:<br>Videos that advocate for or provide instructions on non-scientifically proven medical info such as how to heal cancer at home.<br>Untrue statements about the cause, origin or spread of COVID-19.<br>Spreading myths against what is accepted as normal and regular medical protocol such as anti-vaccination.<br>Denying that certain medical conditions exist such as HIV, COVID-19.<br>Content which discourages taking a COVID-19 vaccine that includes false or misleading claims about the effects or distribution of the vaccine<br>Examples: content claiming the vaccine will cause infertility, contain a microchip, or be used to euthanize parts of a population.<br>Content which promotes, condones, or otherwise advocates for gay conversion therapy programs or services. |

Case 3:20-cv-04011-LHK   Document 77   Filed 10/05/21   Page 446 of 2335

| Ads guidance | **Questionnaire options & details** |
|---|---|
| | Harmful misinformation |
| | |
| | Promoting harmful misinformation (e.g. Pizzagate, QAnon, StopTheSteal). Advocating for groups which promote harmful misinformation. |
| | |
| | Vaping & tobacco |
| | |
| | Promoting tobacco and tobacco-related products and their consumption. Footage of minors consuming vaping/tobacco products. Facilitating the sale of vaping/tobacco products. Usage of vaping/tobacco products in a manner not intended by the manufacturer (e.g. drinking vape juice). |
| | |
| | Alcohol |
| | |
| | Portrayal of minors consuming alcohol, even if it's not the central subject of the video. Promoting alcohol consumption to minors. |

## Hateful & derogatory content

Content that incites hatred against, promotes discrimination, disparages, or humiliates an individual or group of people is not suitable for advertising. Content that is satire or comedy may be exempt. Stating your comedic intent is not sufficient and that content may still not be suitable for advertising.

# Guide to Self-Certification

| **Ads guidance** | **Questionnaire options & details** |
| --- | --- |
| You can turn on ads for this content | Content referencing protected groups or criticizing an individual's opinions or actions in a non-hurtful manner. |

Some examples of content that also fall into this category:

News content which describes a protected group or reports in a non-hateful way on discrimination such a group may face such as a news report on homophobia.
Comedic content that condemns or alludes to ridicule, humiliation, or other disparaging comments towards protected groups.
Public debates on protected groups without inciting hatred and violent confrontation against them.
Artistic content that uses sensitive terminology in a non-hateful way such as popular music videos.
Educational or documentary content:
Censored racial slurs or derogatory terms with the intent to educate the audience (e.g. n***er).
Containing focal hate imagery.
Criticizing an individual's or group's opinion, views, actions without any incendiary or demeaning intent.

Definitions:

Protected group is defined based on the characteristics below. Inciting hatred against, promoting discrimination, disparaging, or humiliating an individual or group of people based on below characteristics are not advertiser friendly practices:

Race
Ethnicity or ethnic origin
Nationality
Religion
Disability
Age
Veteran status
Sexual orientation
Gender identity
Any other characteristic associated with systemic discrimination or marginalization.

| You can turn on ads but only brands who opt in will run ads | Content that may be offensive to individuals or groups, but is used for education, news, or in a documentary. |

Case 3:20-cv-04011-EMR   Document 77   Filed 10/08/21   Page 100 of 2001

| Ads guidance | Questionnaire options & details |
|---|---|
| | Some examples of content that also fall into this category: |
| | Political discourse or debate that may include offensive language but is intended to educate such as a political debate on trans rights. Educational content: Uncensored racial slurs or derogatory terms with the intent to educate the audience (e.g. uncensored or fully spelled out usage of the n-word). Containing raw footage of someone conducting the following acts without explicitly promoting or glorifying the acts: Focuses on shaming or insulting an individual or group. Singles out someone for abuse or harassment. Denies tragic events happened and are cover-ups. Malicious personal attacks and defamation. |
| You should turn off ads for this content | Hate or harassment towards individuals or groups. Some examples of content that also fall into this category: Statements intended to disparage a protected group or imply/state its inferiority such as "all people from this country are disgusting". Promoting, glorifying, or condoning violence against others. Promoting hate groups or hate group paraphernalia. Content that shames or insults an individual or group. Content that singles out an individual or group for abuse or harassment. Denies tragic events happened, frames victims/survivors as crisis actors. Malicious personal attacks, slander, and defamation. |

Recreational drugs and drug-related content

Content that promotes or features the sale, use, or abuse of illegal drugs, regulated legal drugs or substances, or other dangerous products is not suitable for advertising.

# Guide to Self-Certification

| Ads guidance | Questionnaire options & details |
|---|---|
| You can turn on ads for this content | Education, music, statements, or humorous references about drugs or drug paraphernalia that do not glorify them; drugs in a music video. |
| | Some examples of content that also fall into this category: |
| | Discussing drugs or drug paraphernalia within the context of science, such as the scientific effects of drug use. Discussing drugs where the intent is not to promote or glorify drug usage, such as a personal story about the opioid crisis. |

| Ads guidance | Questionnaire options & details |
|---|---|
| | Focus on drug busts or the drug trade within the context of news content but with no visible consumption or distribution. |
| | Music videos with fleeting depiction of drugs. |
| | Focus on the purchase, fabrication, or distribution of drugs, such as the fabrication of home-made opioids, news reports about cannabis farms. |
| You can turn on ads but only brands who opt in will run ads | Content focusing on the display or effects of drug consumption; or the creation or distribution of drugs or drug paraphernalia in a comedic, non-educational, or non-documentary context. |
| | Some examples of content that also fall into this category: |
| | Dramatized content showing the consumption of recreational drugs. |
| | Music videos with focal depiction of drugs. |
| | Consumption of drugs in a news report without their glorification or promotion. |
| You should turn off ads for this content | Content showing or discussing abuse, buying, making, selling, or finding of drugs or drug paraphernalia in a graphic and detailed way. |
| | Some examples of content that also fall into this category: |
| | Promotion or glorification of recreational drugs. |
| | Tips or recommendations on drug use. |
| | Focus on the recreational drug industry such as cannabis coffee shops, head shops, or cannabis farming. |
| | Providing how-to guides on usage (including consumption and effects), purchase, fabrication, and/or distribution of drugs such as how to find a dealer or best places to get high. |

Firearms-related content

Content focused on the sale, assembly, abuse, or misuse of real or fake firearms is not suitable for advertising.

# Guide to Self-Certification

| Ads guidance | Questionnaire options & details |
|---|---|
| You can turn on ads for this content | Hunting-related content or guns shown in a safe environment like a shooting range. |
| | Some examples of content that also fall into this category: |
| | Footage of shooting in the course of a hunting trip in an unpopulated location such as a forest. |

Case 3:20-cv-04011-LHK   Document 77   Filed 10/05/21   Page 102 of 2033

| Ads guidance | Questionnaire options & details |
| --- | --- |
| | Discussions on gun legislation or the issue of gun-control. |
| | Definitions: |
| | A "safe environment" refers to locations like shooting ranges or enclosed areas that are purpose built for target practice. |
| You can turn on ads but only brands who opt in will run ads | Use of guns outside a controlled environment; display of homemade, 3D-printed, or previously modified guns; use of airsoft or ball bullet (BB) guns against others without protective gear. |
| | Some examples of content that also fall into this category: |
| | Showing guns being used in unprepared or uncontrolled environments (e.g. on a public street outside a home, inside a building that's not a shooting range). |
| You should turn off ads for this content | Content that shows gun creation or modification (including assembly or disassembly), promotes gun makers or sellers, or facilitates the sale of a gun, minors using guns without adult supervision. |
| | Some examples of content that also fall into this category: |
| | Guides as to how to add bump stocks to a firearm. Recommendations of top gun manufacturers or firms from which to purchase firearms (e.g. "15 best gun shops"). Referring users directly to a site facilitating gun sales. Promotions of the sale of a firearm or component, including but not limited to: Sale of a firearm-related part or component that is essential to, or enhances the functionality of a firearm including: 80% finished gun-parts Ammunition Ammunition clips Silencers Ammunition belts Stocks Conversion kits Gun-grips Scopes Sights Videos which promote content for gun stores. Videos which promote manufacturers or discount codes for gun stores. |

| Ads guidance | Questionnaire options & details |
|---|---|
|  | Videos containing firearm-making instructions (e.g. replicable gun assembly/disassembly or steps on gun modifications), guides, or software, or equipment for 3D printing of guns or gun parts. |

Controversial issues

'Controversial issues' refers to topics that may be unsettling for our users and are often the result of human tragedy. This policy applies even if the content is purely commentary or contains no graphic imagery.

# Guide to Self-Certification

| Ads guidance | Questionnaire options & details |
|---|---|
| You can turn on ads for this content | Content discussing preventing controversial issues. Content where the controversial issues are mentioned fleetingly in a video and are neither graphic nor descriptive. |

Title & Thumbnail:

References to controversial issues that are non-graphic (e.g. text or image of a razor).

Some examples of content that also fall into this category:

Objective coverage from a news source (can be the main topic and descriptive, but cannot contain graphic depictions).
Content that covers historical or legislative facts related to abortion.
Content for minors that raises awareness on eating disorders.
Content that covers topics such as domestic abuse, self-harm, or sexual harassment as a main topic without detailed descriptions or graphic depictions (e.g. a research piece on sexual abuse survivors and their lives, but the details on the brutality are not included).

Definitions:

Fleeting references are not the focus of content (not focal) and include passing references to topics listed as controversial or sensitive. For example, briefly acknowledging a controversial or sensitive topic (e.g. "In next week's video we'll be discussing declining rates of suicide.") wouldn't be considered focal, but rather fleeting.

| Ads guidance | Questionnaire options & details |
|---|---|
| You can turn on ads but only brands who opt in will run ads | Content about controversial issues that are not visually disturbing yet may contain descriptive language. Content that is dramatized/artistic, educational, documentary, or containing scientific presentations of these issues. |

Title & thumbnail:

Graphic depictions of controversial issues in the thumbnail (including both real and dramatized/artistic depictions).

Some examples of content that also fall into this category:

Content that covers topics such as child or sexual abuse as a main topic without detailed descriptions or graphic depictions.
Personal accounts or opinion pieces related to abortion as a main topic without graphic depiction.
Dramatized or artistic depictions of controversial issues that are not highly graphic (e.g. someone jumping off of a bridge in a movie, but the dead graphic body isn't being shown).

| | |
|---|---|
| You should turn off ads for this content | Content which focuses on graphic depictions or detailed descriptions of controversial issues. Content is either graphic or highly descriptive with controversial issues being the central topic of the content. |

Some examples of content that also fall into this category:

First person account with shocking details on topics (e.g. a biography or detailed interview on survivors and their pasts), such as:
Child abuse
Pedophilia
Sexual abuse
Sexual harassment
Self-harm
Suicide
Eating disorder
Domestic abuse
Promotion or glorification of controversial issues in the content, title, or thumbnail (e.g. "how to kill yourself and die honorably").
Graphic depiction of self-harm where scars, blood, or injury are visible.
Explicit audio of the act taking place.

Definitions:

Focus or focal means that a segment or full video is about a given topic. It also means that there is a sustained discussion. A passing reference to one of the topics listed as controversial or sensitive is not a reason for No Ads.

| Ads guidance | Questionnaire options & details |
| --- | --- |
| | For example, briefly acknowledging a controversial or sensitive topic (e.g. "In next week's video we'll be discussing declining rates of suicide.") wouldn't be considered focal, but a segment of a video specifically talking about such a topic would be considered focal. Focus need not be verbal. If there is an image or text that focuses on the sensitive issue, that would be considered focus too. |

Sensitive events

A sensitive event is usually an unforeseen event in which there has been a loss of life, typically as a result of a pre-planned malicious attack by foreign terrorist organizations (FTO) or drug trade organizations (DTO). Sensitive events can cause a mournful response from the public or, at times, an extreme or visceral reaction. An event must be relatively recent if it's going to be considered a sensitive event. Context is important: for instance, authoritative news reporting or documentary videos about a historic event may be eligible for monetization.

This policy applies even if the content is purely commentary or contains no graphic imagery.

# Guide to Self-Certification

| Ads guidance | Questionnaire options & details |
| --- | --- |
| You can turn on ads for this content | Fleeting mention of sensitive events; academic/documentary content on historic acts of terror prior to 9/11; educational content on terrorism or terrorist groups absent of graphic imagery or footage of actual terrorist attacks. |
| | Some examples of content that also fall into this category: |
| | Fleeting references to terrorist acts, armed conflict, or tragic events that result in the loss of human lives. |
| | Foreign terrorist organizations (FTO): |
| | Educational, documentary or dramatized content on these groups as a general subject without footage of terrorist attacks. |
| | Comedic videos with fleeting references to FTOs or terrorism. |
| | Drug trade organizations (DTO), such as drug cartels: |
| | Educational or documentary videos focusing on the international drug trade as a whole (and not a specific DTO). |
| | Dramatized content (e.g. movies) portraying FTO/DTOs or their members. |
| | Comedic content covering DTOs or the international drug trade as a subject. |
| | Definitions: |

| Ads guidance | Questionnaire options & details |
|---|---|
| | Fleeting references are not the focus of content (not focal) and include are the opposite of focus. A passing reference to one of the topics listed as controversial or sensitive falls under this definition. For example, briefly acknowledging a controversial or sensitive topic (e.g. "In next week's video we'll be discussing declining cases of terrorist attacks.") wouldn't be considered focal, but rather fleeting. |
| You can turn on ads but only brands who opt in will run ads | Educational or documentary content or public service announcements on drug trade organizations (DTO). |
| | Some examples of content that also fall into this category: |
| | Drug trade organizations (DTO), such as drug cartels: Education or documentary content focused primarily on specific DTOs or DTO leaders. May include non-graphic situations of attacks or and their aftermath, hostage situations, etc. Public service announcements on the related groups. |
| You should turn off ads for this content | Discussions of terrorist attacks; events resulting in the catastrophic loss of human life; non-educational discussions of foreign terrorist organizations or drug trade organizations; content on these groups featuring graphic imagery in any context, or including the names of these organizations in the title of the video. |
| | Some examples of content that also fall into this category: |
| | Focus on sensitive events such as: Atrocious acts or tragic events that result in the loss of human lives, such as mass shootings conducted by foreign terrorist groups or drug trade organizations. Armed conflict (raw footage) Terrorist acts (e.g. 9/11) Footage or images from the scene/aftermath of a sensitive event. Foreign terrorist organizations (FTOs): Non-educational or non-documentary videos focusing on FTOs or the subject of terrorism, such as: Discussions of a recent terrorist attack. Relevant imagery or names of the group/leader anywhere in the content (e.g. in the thumbnail). Content featuring shocking, graphic, and/or violent imagery, or scenes of incitement to or glorification of violence. Content made by or in support of terrorist groups. Content that celebrates or denies terrorist attacks. Drug trade organizations (DTO), such as drug cartels: |

| Ads guidance | Questionnaire options & details |
| --- | --- |
| | Non-educational or non-documentary videos primarily focused on DTOs or the international drug trade. |
| | Non-educational or non-documentary depictions of DTO-related imagery such as flags, slogans, banners, etc. |
| | Recruitment of group members. |
| | Glorification or promotion of the group (e.g. artistic expression, including music, implying justification for the violent acts). |
| | |
| | Definitions: |
| | |
| | An event must be relatively recent if it's going to be considered a sensitive event, such as the New Zealand Mosque Shooting. |
| | Focus or focal means that a segment or full video is about a given topic. It also means that there is a sustained discussion. A passing reference to one of the topics listed as controversial or sensitive is not a reason for No Ads. For example, briefly acknowledging a controversial or sensitive topic (e.g. "In next week's video we'll be discussing declining rates of suicide.") wouldn't be considered focal, but a segment of a video specifically talking about such a topic would be considered focal. Focus need not be verbal. If there is an image or text that focuses on the sensitive issue, that would be considered focus too. |

## Incendiary and demeaning

Content that is gratuitously incendiary, inflammatory, or demeaning may not be suitable for advertising. This policy falls under Hateful & derogatory in the self-certification questionnaire in YouTube Studio, so be sure to check that one as well for detailed guidance.

# Examples (non-exhaustive)

| Category | Limited or no ads |
| --- | --- |
| Content that is incendiary and demeaning | Content that focuses on shaming or insulting an individual or group |
| Content that harasses, intimidates, or bullies an individual or group of individuals | Content that singles out someone for abuse or harassment |
| | Content that suggests a tragic event did not happen, or that victims or their families are actors, or complicit in a cover-up of the event |
| | Malicious personal attacks, slander, and defamation |

## Tobacco-related content

Content that promotes tobacco and tobacco-related products is not suitable for advertising. This policy falls under Harmful or dangerous acts in the self-certification questionnaire in YouTube Studio, so be sure to check that one as well for detailed guidance.

## Examples (non-exhaustive)

| Category | Limited or no ads 🖼🖼 |
|---|---|
| Promoting tobacco | Cigarettes, cigars, chewing tobacco |
| Promoting tobacco-related products | Tobacco pipes, rolling papers, vape pens |
| Promoting products designed to simulate tobacco smoking | Herbal cigarettes, e-cigarettes, vaping |

### Adult themes in family content

Content that appears to be appropriate for a general audience but contains adult themes is not suitable for advertising. This guideline applies even if content is done for comedic or satirical purposes. This policy falls under Adult content in the self-certification questionnaire in YouTube Studio, so be sure to check that one as well for detailed guidance.

## Examples (non-exhaustive)

| Category | Limited or no ads 🖼🖼 |
|---|---|
| Adult themes in family content | Content that is made to appear appropriate for a general audience, but contains adult themes, including:<br><br>Sex<br>Violence<br>Vulgarity<br>Other depictions of children or popular children's characters, that are unsuitable for a general audience. |

All videos uploaded to YouTube must comply with YouTube's Terms of Service and Community Guidelines. To be able to monetize with ads, you'll need to follow the YouTube monetization policies and Google AdSense Program policies.

We may reserve the right to disable ads on your entire channel in situations where the majority of your content is not suitable for any advertisers or where there are repeated, serious violations (e.g. uploading of content which is incendiary, demeaning or hateful).

Give feedback about this article
Choose a section to give feedback on



Was this helpful?
YesNo

Submit

# YouTube Partner Program Basics

- YouTube channel monetization policies
- Advertiser-friendly content guidelines
- Upcoming and recent ad guideline updates
- Learn more about how YouTube works for you
- Updated Terms of Service FAQs



Creator Academy

Learn what advertiser-friendly content looks like with the Creator Academy.

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių

14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- Help Center

o Fix a problem

- o <u>Watch videos</u>

- o <u>Manage your account & settings</u>

- o <u>Supervised experience on YouTube</u>

- o <u>Join & manage YouTube Premium</u>

- o <u>Create & grow your channel</u>

- o <u>Monetize with the YouTube Partner Program</u>

- o <u>Policy, safety, & copyright</u>

- <u>Community</u>

- <u>YouTube</u>

- <u>Privacy Policy</u>

- <u>YouTube Terms of Service</u>

- <u>Submit feedback</u>

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program

Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows

Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues

Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube

YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers

YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

# What is the issue with this selection?

⟲
Inaccurate - doesn't match what I see in the product

⟲
Hard to understand - unclear or translation is wrong

⟲
Missing info - relevant but not comprehensive

⟲
Irrelevant - doesn't match the title and / or my expectations

⟲
Minor errors - formatting issues, typos, and / or broken links

⟲
Other suggestions - ideas to improve the content

# Share additional info or suggestions

Do not share any personal info
Cancel
Submit
By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.

YouTube Help



Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunity

To receive the latest updates on our Advertiser-friendly content guidelines, please check out our Advertiser-friendly content guidelines posts in the YouTube Help Center and subscribe here.

# Advertiser-friendly content guidelines

If you're in the YouTube Partner Program, you can share revenue from ads. This article aims to help you understand which individual videos on your channel are suitable for advertisers. Creators can use this article to understand both the platform's self-certification questionnaire as well as specific rules regarding what can run ads, what can run limited ads and what will not run ads, and should have monetization turned off. Our policies apply to all portions of your content (video or live stream, thumbnail, title, description, and tags). Learn more about our best practices.

Our systems don't always get it right, but you can request human review of decisions made by our automated systems.

Note: All content uploaded to YouTube must comply with both our Community Guidelines and our AdSense Google Publisher Policy. If your content violates our Community Guidelines, it may be removed from YouTube. If you see violative content, you can report it.

What you'll find in this article
You'll find examples of content not suitable for ads, and will result in a "limited or no ads" monetization state.

Here are all the main topics that are not advertiser-friendly:

Inappropriate language          Firearms-related content
Violence                        Controversial issues
Adult content                   Sensitive events

1013

| | |
|---|---|
| Shocking content | Incendiary and demeaning |
| Harmful or dangerous acts | Tobacco-related content |
| Hateful & derogatory content | Adult themes in family content |
| Recreational drugs and drug-related content | |

Please note that context is very important. Artistic content such as music videos may contain elements such as inappropriate language, references to soft drug usage, or non-explicit sexual themes, and still be suitable for advertising.

Inappropriate language

Content that contains frequent uses of strong profanity or vulgarity throughout the video may not be suitable for advertising. Occasional use of profanity (such as in music videos) won't necessarily result in your video being unsuitable for advertising.

# Guide to Self-Certification

| Ads guidance | Questionnaire options & details |
|---|---|
| You can turn on ads for this content | Abbreviated, censored, or light profanity (like "hell" or "damn") in the title, thumbnail, or video. Moderate profanity (like "shit" or "bitch") used in the video. Infrequent usage of strong profanity (like the "f-word") after the opening or up to twice in approx. the first 30 seconds of the video; or strong profanity in a music video.<br><br>Definitions:<br><br>"Censored profanity" refers to things like bleeping or muting the word as well as covering written words with black bars, symbols, or text added in post-production.<br>"Abbreviated profanity" refers to an acronym like WTF ("what the f*ck") where the original term is abbreviated by using its acronyms. |
| You can turn on ads but only brands who opt in will run ads | Moderate profanity in the title or thumbnail; strong profanity used frequently in the opening of a video (roughly the first 30 seconds); strong profanity in the title or thumbnail of a music video.<br><br>Titles & Thumbnails:<br><br>Moderate profanity even when misspelled, such as "This is bull sh1t!".<br><br>Some examples of content that also fall into this category:<br><br>Focal usage of strong profanity throughout a video (e.g. mentioned in every sentence). |

| Ads guidance | Questionnaire options & details |
|---|---|
| | Definitions: |
| | "Moderate profanity" refers to words like "bitch," "shit," or "asshole." "Strong profanity" refers to words like "d*ck" or the "f-word." |
| You should turn off ads for this content | Extreme profanity used in the title, thumbnail or at any point throughout the video, for example "c*nt," "n***er," "fa**ot," or other hateful slurs. |
| | Titles & Thumbnails: |
| | Strong or extreme profanity even when misspelled, such as "fuk!" |
| | Some examples of content that also fall into this category: |
| | Any usage of extreme profanity throughout a video. |

## Violence

Content where the focal point is on blood, violence, or injury, when presented without other context, is not suitable for advertising. If you're showing violent content in a news, educational, artistic, or documentary context, that additional context is important. For example, if a video provides authoritative news reporting on a violent event in a journalistic context, it may be eligible for monetization. Violence in the normal course of video gameplay is generally acceptable for advertising, but montages where gratuitous violence is the focal point is not. All games (whether realistic or non-realistic) are in scope of this policy.

# Guide to Self-Certification

| Ads guidance | Questionnaire options & details |
|---|---|
| You can turn on ads for this content | Graphic law enforcement in an educational context; violence that occurs as part of unedited video gameplay; mild violence with minimal blood; dead bodies that are fully censored, blurred, prepared for burial, or shown in historical events like wars, as part of an educational video. |
| | Some examples of content that also fall into this category: |
| | General violence |
| | Dramatized content containing unrealistic non-graphic violence or fleeting vivid violence. In the course of larger narrative, showing a quick fleeting scene involving physical harm (e.g. shot in the abs) as a part of a violent action scene. |

Fighting violence excerpts from an action movie where injuries are mostly indiscernible.
Depiction of non-graphic injury such as falling on knees where no or limited amount of blood is shown.
Tumbling down a hill or running into a wall accidentally or purposely as a part of script or sports.
Announcement of tragedies involving multiple casualties which doesn't include vivid gruesome details.
Reports of a recent homicide in the town without the description of physical state of the victims.

Gaming

Violence as part of standard video gameplay, where it's mildly graphic.
Showing graphic scenes (e.g. a gory attack where impact is clearly visible) in a normal course of gameplay.

Death & tragedy

Non-graphic depiction of dead bodies in educational context.
Public honoring of the deceased, broadcasted with a non-graphic dead body.
Display of fully censored or non-gruesome dead bodies in a historical context.

Hunting

Hunting content where there's no depiction of graphic animal injuries or prolonged suffering.
Hunting videos where the moment of kill or injury is indiscernible, and with no focal footage of how this dead animal is processed for trophy or food purposes.

Animal violence

Non-graphic depictions of animal violence in nature.
Predators running after their prey where the graphic details (e.g. focus on bloody body parts of the prey or graphic moments of catching the prey) are not included; some blood may be visible fleetingly, but is not the focal subject of the content.

Animal abuse

Animals in distress during species-appropriate animal training, medical intervention or relocation.
Raw footage of human-controlled animal violence (e.g., bullfighting) without promotion of the acts.
Coverage or discussion of animal abuse with no footage of the abuse.

1016

A debate on animal abuse lacking details on the abusive act itself.

Violence in sports play

Violence in combat sports involving weapons (e.g. fencing) regardless of protective gear worn or safety precautions warranted.
Non-graphic injuries in sports or graphic injuries as part of sports play where blood is shown.
Sports conducted in a professional setting (e.g. in a fitness center) while players wear proper gloves and mouthguards.
A fleeting display of injuries that may be graphic (e.g. a broken arm), but are part of regular gameplay.
Minor non-graphic injuries (e.g. falling on knees) portrayed in the sports play.

Street fights

Depiction of fights in an educational context.
Self-defense moves that are shared as a tutorial.
People fighting without repeated tough physical interaction (e.g. fist fight) as a fleeting subject in a larger context.

Law enforcement & physical altercation

Non-combative or non-abrasive interactions with law enforcement.
Fleeting raw footage of police interaction with civilians for educational purposes without portrayal of explicit abusive physical altercation in descriptions, audio or visual formats.
Normal interaction with police (i.e asking for directions or receiving a parking ticket, etc.).
Violent, combative, or abrasive interactions with law enforcement in an educational context:
Commentary using clips from a news report on a recent violent protest by civilians (e.g. hitting or pushing civilians down against the floor).

Definitions:

"Mild violence" refers to scuffles in real-life content or fleeting violence like punching.
"Dramatized" refers to scripted content such as movies or fictional settings including animated content.

| | |
|---|---|
| You can turn on ads but only brands who opt in will run ads | Fleeting graphic law enforcement without educational context; showing dead bodies with obvious injury and/or mutilation in educational or documentary (e.g. history learning channel) setting or display of non-gruesome dead bodies without educational intent; edited video gameplay with some clips that focus |

1017

on graphic violence; moderate violence that shows blood as part of a non-educational video; raw footage of armed conflict without injuries.

Some examples of content that also fall into this category:

General violence

Real-life or dramatized violence that results in serious injury where the aftermath or impact is visible and present such as blood or gore scenes, bones visibly broken.
A dramatized long-form video content with a short, ultra-graphic violent scene (e.g. a mass killing) or a video compilation of such graphic scenes.
Highly vivid descriptions of tragedies (in the form of audio or video).

Gaming

Edited video gameplay with some clips that focus on graphic violence.
Brutal killings or severe injuries (e.g. beheadings) with bodily fluids and parts shown focally in some parts of the video.

Death & tragedy

Dead bodies (outside of those prepared for burial) in the context of educational or documentary content such as war documentaries.
A dead body without visible injuries or bodily fluid shown in news reporting.
Graphic dead bodies (including depictions of mutilation or injuries) displayed for educational purposes.

Street fights

Street fights featured in the context of educational or documentary purposes.
Graphic street fights including scenes featuring severe injuries, physical attacks, and emotional distress (e.g. yelling).
When the focal subject is around human fights (e.g. footage of prisoners fighting).

Law enforcement & physical altercation

Fleeting violent, combative, or abrasive interactions with law enforcement in a non-educational or non-documentary context.
Shocking police altercations displaying rough physical interactions (e.g. hitting or pushing civilians down against the floor).

Violence in sports play

Graphic sports injuries as part of a larger video with context (e.g. compilations involving graphic injuries but not singularly focused on them).

Animal violence

Animal violence in nature with portrayals of graphic animal injuries.
When clearly visible injuries (e.g. blood or bones) are the central subject of a video.

Animal abuse

Educational or documentary coverage of animal abuse with abuse footage.

Hunting

Hunting content featuring fleeting graphic imagery such as dead or injured animals (e.g. bloody body parts) portrayed in the content.

War & conflict

Real, non-graphic raw footage of armed conflict (e.g. war) without educational context, with no bloody scenes or explicit injuries.
Raw footage of violent attacks shared without a clear intent.

Definition:

Fleeting references are not the focus of content (not focal) and include passing references to violence acts or descriptions. For example, briefly displaying a violent act (e.g. graphic adult fighting in a movie) wouldn't be considered focal, but rather fleeting.

**You should turn off ads for this content**

Raw footage focused on violent law enforcement; graphic dead bodies in a non-educational video; edited video gameplay that primarily focuses on graphic violence; domestic violence.

Some examples of content that also fall into this category:

General violence

Focus on blood, guts, gore, bodily fluids (human or animal), crime scene or accident photos with little to no context.
Portrayals of gratuitous violence against children, even if dramatized.

Gaming

Edited video gameplay that primarily focuses on graphic violence.

Focus on the display of graphic violence in dramatized settings such as "kill compilations" or compilations of graphic violence from video games or movies.

Death & tragedy

Dead bodies or ultra-graphic injury such as decapitations, amputee operations.

Animal violence

Animal violence in any context outside nature.

Animal abuse

Cruelty or gratuitous violence toward animals such as abuse (e.g. kicking) or human-controlled violence (e.g. forcing to go on a cockfighting).
Footage of animals in distress induced by human intervention, such as the purposeful placement of an animal in harm's way, in strained positions or other dangerous scenarios deemed stressful or unnatural.

Law enforcement & physical altercation

Graphic violence in the context of physical altercations, public demonstrations, or police brutality.

Violence in sports play

Sports videos where the central subject is the display of graphic injuries.

War & conflict

Accounts or images of shootings, explosions, executions, or bombings.
Raw footage of war casualties with graphic depictions of injury or death.

Adult content

Content that features highly sexualized themes is not suitable for advertising, with limited exceptions for non-graphic sexual education videos and music videos. This includes both real and computer-generated visuals. Stating your comedic intent is not sufficient and that content may still not be suitable for advertising.

# Guide to Self-Certification
**Ads guidance       Questionnaire options & details**

| You can turn on ads for this content | Romance or kissing; discussions of romantic relationships or sexuality without reference to intercourse; fully-censored nudity that is indiscernible and without intent to arouse the audience; sensual dancing in a professional setting without full or partial nudity; non-graphic sex education, or a music video containing sexual content without nudity. |

Some examples of content that also fall into this category:

Sexually gratifying content

Romantic scenes that aren't sexually gratifying such as animated, real-life, or dramatized kiss or cuddling scenes.
Scenes involving sexual tension between characters without explicit depictions of sexual acts.
A kissing scene in a larger narrative where the focus is the romance itself and is not intended to be sexually gratifying.

Discussions of sex in non-sexually gratifying/comedic contexts:
Sex education.
Sexually transmitted diseases (STDs) and how they are transmitted.
Sexual experiences (e.g. dealing with pain after a sexual intercourse) which focus exclusively on how sex works, and do not recount how to improve performance.
Sperm donation.
Scientific representations of reproductive anatomy using diagrams or dummies.
Sexual orientation and/or how sexual identity evolves amid relationships.
Fleeting or incidental usage of sexual jokes and innuendos that does not use vulgar terms.
Content which refers to fetishes in a non-sexual way (e.g. "what is your favorite food or food fetish?").

Sensual dance moves in a professional setting that are a part of artistic expressions.
Dance moves that resemble sexual acts (e.g. chest heaving or hip thrusting) as a part of choreographic dance.
Dances typically associated with sensuality (e.g. pole dance) performed in professional settings such as dance studios or street performances.

Nudity

Censored nudity where nudity isn't the focus such as scenes where characters may be nude but no nipples, butt or genitalia are visible (e.g. they are pixelated/blurred).
Blurred nudity of historical figures wearing limited clothing in educational contexts.

Fully-censored genitalia that are indiscernible and shown for non-sexual purposes (e.g. medical procedure).
Depictions of breastfeeding (without nipples being visible).

Depictions of people wearing limited clothing where the presentation isn't intended to be sexually gratifying such as bikinis worn at the swimming pool.
Clothing reviews focused on the form and function of the clothing rather than a sustained focus on body parts underneath, such as breasts.
Artistic expressions such as sculptures, sketches, or computer-generated graphics involving illustrated nudity, such as characters in classic art or photography of indigenous people in loincloths.
Translucent or sheer coverings of female breasts/cleavage, buttocks or male torsos seen in appropriate settings such as fashion show runways, medical exams, or at a recreational beach.
Visible partial nudity as part of sports such as boxing where such attire may be required.

Definitions:

Sexually gratifying: Content likely to or intended to sexually arouse the viewer.
Sexual innuendo: Any use of a phrase to jokingly hint at something sexual.
Sexually suggestive: Visual, verbal or textual material with sexual undertones, implying sexual intent in order to provoke sexual arousal.
Graphicness: How explicitly the sexual act or nudity is portrayed in order to excite the audience.

You can turn on ads but only brands who opt in will run ads

Discussions of intimate sexual experiences; focus on sexual body parts (even if covered); blurred or censored nudity with discernible body parts, even when used in an educational context or news reporting; implied sexual acts; sensual dancing in a professional setting with limited clothing; sex toys without human contact or nudity, or realistic representations of genitalia.

Some examples of content that also fall into this category:

Sexually gratifying content

Titles or thumbnails with sexualized themes (including misleading signals).
Descriptions of or implicit references to sexual activities (e.g.implicit reference to sexual body parts using emojis or graphics).
Circling out or otherwise calling attention to something in a thumbnail which suggests implied sexual acts.
Misleading title where a video promises sexual content, but it doesn't have it (e.g. a cooking video with the title "watch porn").
Computer-generated nudity in a medical context without the intent to gratify viewers.

1022

Depictions of non-arousing sexual activities in educational, documentary, or dramatized content.
Sexual activities and their histories explained for educational purposes such as with medical topics.

Implicit sexual act or behavior.
Certain signs in a video which suggest sexual activity is occurring such as with shaking objects, moaning sounds, etc.

Depictions of sex toys, sexual devices, or other products intended to enhance sexual activity even where they aren't in use.
Unintentional display of a sexual device in a video that is irrelevant to sexual topics (e.g. displayed in the background).
A medical object which resembles genitalia introduced during a discussion.

Scenes with sexual tension like gratifying sensual dancing, groping, or making out to sexually arouse audiences.
Short scenes on sexual activities (including implied sex acts) as a part of a larger narrative.
Scenes where the main focus is to showcase sexual tension.
Professional dance choreography which frequently features sexually gratifying poses or moves (e.g. grinding) in limited clothing (e.g. sheer breast coverings).

Discussions of intimate sexual experiences such as masturbation, orgasm, intercourse, tips, or other sexual acts. This may also include sexual innuendos or sexually explicit text or audio, such as detailed conversations about sex.
Audio or sound compilations of sexual acts without pictures or visual scenes of the act (e.g. ear licking and nibbling sounds).
Descriptions of sexual activities which intend to sexually arouse audiences.
Mentions of sexual fetishes even when it's not descriptive.
Titles referencing adult content such as 18+, 21+, 'adult only,' 'porn,' etc., unless it's educational or documentary in context.
Usage of emoticons or emojis in text representing sexual body parts or acts to gratify viewers.
Crude jokes that use vulgar terms (e.g. tits, cum).
Sex-related content, such as documentaries about the sex industry or paid subscription adult content platforms.
Sexual innuendos using non-sexually gratifying objects:
Objects resembling genitalia such as packing devices or human figurines with realistic genitalia.
The use of daily objects (e.g. eggplant) or emojis intended to resemble genitals and sexually arouse audiences.

Nudity

Educational or documentary content featuring full nudity.
History or industry overviews relating to sex or nudity, such as showcasing full body paintings.
Pixelated or censored nudity where the sexual body parts are still recognizable.
Scenes with naked bodies starred or blurred, but still identifiable from their silhouettes.
Non-fleeting depictions of nudity (animated, real-life, or dramatized).
Sexualized limited clothing (e.g. bikini, lingerie) worn and shown repeatedly as a central subject.
Depictions of sexual body parts such as recurring or focal shots of cleavage or bulges intended to sexually arouse audiences.
Compilations of visibly recognizable turgid genital outlines.
Minimally-covered (e.g. thong) sexual body parts (e.g. breasts, cleavages, buttocks, etc.,) frequently appearing.
How-to videos on breastfeeding with visible nipples.
Sensual dancing (e.g. twerking) with minimal clothing in a professional setting.

Definitions:

"Censored nudity" refers to things like blurring, covering nudity with black bars or pixelation.
Implied sexual act: Behavior that mimics sexual intercourse such as dry humping.

| | |
|---|---|
| You should turn off ads for this content | Exposed breasts or full nudity, sexual acts, discussion of fetishes, or a video thumbnail with sexual content. |

Some examples of content that also fall into this category:

Sexually gratifying content

Sexually explicit audio, text, or dialogue:
Sex-related entertainment such as porn or other sexual services.
Graphic sexual acts or simulations intended to gratify.
Depictions or discussions of fetishes (e.g. guides or walkthroughs).
Focus on sex scandals or the leaking of private intimate material.
Imitating or mimicking sexual activities (e.g. pornographic media).
Promotions of sexual acts in exchange for compensation.
Sensual dance in a non-professional setting such as at home.
Grinding or daggering moves calling for sexual tension.
Actual usage of sex toys (or other products intended to enhance sexual activity).

1024

Nudity

Mature activity such as full exposure of sexual body parts, sex acts.

Shocking content

Content that may upset, disgust or shock viewers may not be suitable for advertising. Uncensored shocking elements won't necessarily result in your video being unsuitable for advertising, but context matters.

# Guide to Self-Certification

| Ads guidance | Questionnaire options & details |
|---|---|
| You can turn on ads for this content | Light or moderately shocking content which is censored or shown in context for educational, documentary, or other purposes. |

Some examples of content that also fall into this category:

Body parts, liquids, waste

Body parts, liquids, or waste that is made for kids or presented in an educational, scientific, documentary, or artistic context, and where intent won't shock.
Dramatized body parts, liquids, or waste where intent is to shock, mostly for entertainment purposes (like a magic trick) but where legitimate context must be given.

Medical and Cosmetic Procedures

Medical or cosmetic procedures that are educational, focusing on the procedure itself rather than on bodily parts, liquids, or waste.
Body parts, liquids, or waste that are censored or fleeting in comparison to the procedure itself.
Human and animal birth videos educating viewers without extra focus on body parts, fluids, or waste.

Accidents and Injuries

Accidents where no exposed injury is visible (such as internal tissue, bleeding wounds).
Accidents that do not cause real upset due to only mild or moderate impact being visible.
Accidents where no real distress is visible as a result of the accident.
Accidents in which there's no evident injury or long-term medical care necessary.

| Ads guidance | Questionnaire options & details |
|---|---|

Accidents and injuries that are presented in a news, documentary, or artistic context (such as a film or music video).

Animal Preparation and Eating

Portrayals of meat, fish in a raw or prepared-to-eat manner including cooking techniques and demonstrations for recipes (such as How to Filet a Fish or BBQ's).

Portrayals of animal preparation for eating by professionals focusing on the trade and act of cutting animals.

Educational, documentary, scientific, or artistic portrayal of religious rituals involving animal eating where there's no focus on gruesome or gory visuals.

EDSA portrayal focusing on cultural eating and traditions and not on sensationalizing the ingestion of eating animals/insects or mishandling thereof.

Animal parts with no presentations of discernible features of a living being (excluding fish and crustaceans).

Definitions

"Intent to shock" refers to the purpose of the video, which is determined by what context is given as well as the focus of elements.

"Dramatized" refers to scripted content (like movies or music videos) or fictional settings including animated content.

"Accidents" refers to unfortunate incidents typically resulting in damage or injury, including where injury itself may not be clearly visible (such as vehicle accidents).

"Exposed" refers to bodily parts, liquids, or waste (such as tissue or blood).

"Upset" refers to unsettling or surprised emotion arising as a result of a visible or reasonably assumed detrimental impact or injury.

"Distress" refers to the visible, audible, or perceived presentation of human suffering as a result of pain. In this case, it's related to individuals involved in accidents and individuals undertaking or experiencing medical or cosmetic procedures (including births).

"Cultural eating and traditions" refers to the customs and social behavior of societies in relation to food type consumption.

"Sensational" in relation to exposed animal parts or animal/insect eating: to present in a manner intended to arouse curiosity or broad interest, especially through the inclusion of exaggerated, or vivid details.

"Mishandling" in relation to how the animal is being prepared or eaten in a brutal or savage manner.

"Professional context" in relation to the profession of being a butcher or fishmonger and the contexts where they cut and handle dead animals.

| Ads guidance | Questionnaire options & details |
|---|---|
| | "Discernible features of a living being" includes features that confirm that the animal was/is a living being, including features such as nose, ears, mouth. |
| You can turn on ads but only brands who opt in will run ads | Shocking content, like graphic images of human, or animal body parts, which is uncensored or intended to shock. |
| | Some examples of content that also fall into this category: |
| | Body parts, liquids, waste |
| | Focus on real body parts, liquids, or waste where intent is to shock. Dramatized presentations of bodily parts, liquids, and waste focusing on gruesome and gory details. |
| | Medical and Cosmetic Procedures |
| | EDSA medical or cosmetic procedures focusing on exhibiting uncensored bodily, parts, fluids or waste in detail, during or after the procedure. Births that contain a focus on extra bodily parts, fluids, or waste or where there's strong apparent distress. |
| | Accidents and Injuries |
| | Accidents where there's a strong moment of impact such that it's likely to cause upset. Accidents in which injury is visible or where long-term medical care can be reasonably assumed. Accidents with strong apparent distress as a result of the accident's impact. Accident compilations. |
| | Animal Preparation and Eating |
| | Animal preparation or eating that is intended to shock. Focal EDSA mishandling of unskinned or whole animals. Focal discernible features of a living being (such as cooking without context). Sensational presentation or ingestion (such as Sensational Mukbang, ASMR animal eating). |
| Turn off ads for this content | Highly shocking content that's clearly visible or audible, or where the whole purpose of the video is to shock viewers. |
| | Some examples of content that also fall into this category: |

| Ads guidance | Questionnaire options & details |
| --- | --- |
| | Body parts, liquids, waste |
| | Disgusting, gruesome, or gory presentations of bodily parts, fluids, or waste with little to no context. |
| | Dramatized shocking elements presented with little context, solely with the intent to shock. |
| | Medical and Cosmetic Procedures |
| | Raw footage of medical or cosmetic procedures with no context or focusing on exposed body parts, fluids, or waste. |
| | Raw footage of birth videos exposing bodily parts, fluids, or waste or distress, with little to no context. |
| | Accidents and Injuries |
| | Upsetting presentations of accidents and extreme injuries where exposed body parts are visible or where extreme injury can be reasonably assumed. |
| | Raw footage of extreme accidents with no context. |
| | Footage of children involved in accidents. |
| | Compilation accident videos where the sole intent is to repeatedly shock viewers. |
| | Animal Preparation and Eating |
| | Real animal preparation and eating where the sole intent is to shock viewers, where the presentation is gruesome and gory or has no context. |
| | Graphic depictions of skinning or slaughtering animals. |
| | Non-EDSA portrayals of a live animal in distress as a result of being prepared to be eaten. |
| | Non-EDSA animal eating where there's a focus on discernible features of a living being. |

Harmful or dangerous acts

Content that promotes harmful or dangerous acts that result in serious physical, emotional, or psychological injury is not suitable for advertising.

# Guide to Self-Certification

| Ads guidance | Questionnaire options & details |
| --- | --- |
| You can turn on ads for this content | Stunts or acts that are slightly dangerous, but performed in a professional and controlled environment where no one is seriously injured. |

| Ads guidance | **Questionnaire options & details** |
|---|---|

Some examples of content that also fall into this category:

General harmful or dangerous acts

Activities where risk is involved with no visible injuries such as:
Professional stunts or extreme sports such as wingsuit flying.
Footage of a person doing wheelies or ground-level parkour.
Motor vehicles speeding or drifting without doing dangerous tricks (e.g.
stand up wheelie or free hands) or causing frequent disruptions to others (e.g.
driving in between lanes).

Fail compilations

Fail compilation videos without a focus on graphic injuries (e.g. walking into
a glass door).

Pranks & challenges

Pranks or challenges where there is perplexity, confusion, or discomfort but
no risk or long-term harm is involved such as the ice bucket challenge.
Discussions or reports about harmful pranks or challenges with no footage or
audio of the moment of harm (e.g. reports on a fire challenge without the
details of the incident).
Educational, documentary, or news report content showcasing pranks or
challenges that cause extreme emotional distress (e.g. physical fights, abusive
language and insults, such as "you're fired!" pranks).

Medical misinformation

Neutral content about viruses, infectious diseases, and COVID-19 without the
intent of inciting fear (e.g. a video for kids on the difference between viruses
and bacteria).

Harmful misinformation

Educational or documentary content seeking to explain how groups
promoting harmful misinformation gain traction, rise to prominence, and/or
spread misinformation.
Educational or documentary content with a focus on debunking harmful
misinformation such as Pizzagate, QAnon, StopTheSteal, etc.

Vaping & tobacco

Public service announcements for preventative actions.
Dramatized content with focal depiction of usage.

| Ads guidance | **Questionnaire options & details** |
|---|---|
| | Educational or documentary content showcasing industries involving vaping/tobacco. |

Alcohol

Presence of alcohol or adults drinking alcohol in content without promoting or glorifying irresponsible drinking.

Definitions:

"Seriously injured" refers to injuries that cannot be treated without proper medical care or cannot be treated at home such as broken bones, visible dislocations, or significant amounts of blood.
Body modification may include things like tattoo, piercing, or medical surgery.
"Dramatized" refers to scripted content such as movies or fictional settings.

You can turn on ads but only brands who opt in will run ads

Content showing but not focusing on physical harm or distress, including acts done in a non-professional, non-controlled environment.

Some examples of content that also fall into this category:

General harmful or dangerous acts

Acts involving high risk activities such as skyscraper parkour or depicting serious injury like skate slam aftermath.
Educational, documentary, or news report on:
Harmful or dangerous acts with graphic injury.
Children involved in gambling or driving motor vehicles designed for use by adults.
Motor vehicles speeding or drifting and doing dangerous tricks (e.g. stand up wheelie or free hands) or causing frequent disruptions to others (e.g. driving in between lanes).

Fail compilations

Focal depictions of moments with graphic injuries that do not lead to death or terminal conditions (e.g. video compilation of road bike crashes).

Pranks & challenges

Educational, documentary, or news reports on prank or challenge content with:
Threats or advocacy for physical or psychological harm against oneself or others such as laying flat between train tracks.

| Ads guidance | Questionnaire options & details |
|---|---|
| | Acts that should not be imitated such as a challenge to drink bleach and may result in immediate and critical harm to one's health. |
| | Pranks or challenges that create extreme emotional distress such as physical altercations, abusive language and insults. These can also include threatening an individual's life status such as layoff pranks or by emotionally evoking or threatening someone in the context of a relationship (e.g. break up pranks where one person becomes emotionally volatile, or arrest pranks against relatives, etc.). |
| | Pranks involving gratuitous amounts of body fluids or graphic violence. Challenges that include eating non-toxic, non-edible substances such as ingesting a glue stick or pet food. Eating edible substances that are harmful in large volumes such as the Carolina Reaper pepper, or ones that depict a mild physical reaction. |
| | Vaping & tobacco |
| | Product reviews of or comparison between tobacco products (e.g. vaping juice comparison). |
| | Educational or documentary mention of addiction services. |
| | Alcohol |
| | Educational, documentary, or dramatized content featuring minors consuming alcohol or alcohol-focused products. |
| | Definitions: |
| | "Mild physical reaction" refers to things like dry heaving, vomit-inducing cough. |
| You should turn off ads for this content | Focus on accidents, pranks, or stunts that have health risks, like drinking or eating non-edibles; or discussions of trending videos that show this type of content. |
| | Some examples of content that also fall into this category: |
| | General harmful or dangerous acts |
| | Glorification of harmful or dangerous acts or acts perceived to be dangerous. Motor vehicles with shocking scenes and injuries (e.g. of the moment of impact or showing someone in an unconscious state on a road after getting hit by a truck). |
| | Children involved in gambling or driving motor vehicles designed for use by adults. |

| Ads guidance | Questionnaire options & details |
|---|---|

**Questionnaire options & details**

Fail compilations

Fail compilations that include activities resulting in death or grievous damage (irreversible or puts the person into coma, seizure, paralysis, etc.).

Pranks & challenges

Pranks or challenges that should not be imitated such as a challenge to drink chlorine and may result in immediate and critical harm to one's health.
Pranks or challenges relating to:
Suicide, death, terrorism such as fake bomb scare pranks, or threats with lethal weapons.
Sexually unwanted acts such as forced kissing, groping, sexual abuse, spy cams in dress room.
Physical harm or distress but where such distress is not the focus of the video.
Prolonged emotional distress of a minor such as a prank that lasts for an extended period of time leading to a child being scared or upset. This could include pranking children into believing their parents are dead.
Threats or advocating for physical or psychological harm against oneself or others such as laying flat between train tracks.
COVID-19, that promote dangerous activities such as purposeful exposure to the virus or which incite panic (e.g. an anti-quarantine movement or pretending to have been tested positive while in a public space).
Promoting the use of weapons to inflict harm on others.
Showing the consumption of substances in such quantities that it results in a graphically shocking physical reaction such as vomiting after eating a ghost pepper.
Challenges which, if replicated, could result in serious harm such as fire challenge or bird box challenge.
Encouragement of fraudulent or illicit activities (e.g. breaking and entering).

Medical misinformation

Promoting or advocating for harmful health or medical claims or practices:
Videos that advocate for or provide instructions on non-scientifically proven medical info such as how to heal cancer at home.
Untrue statements about the cause, origin or spread of COVID-19.
Spreading myths against what is accepted as normal and regular medical protocol such as anti-vaccination.
Denying that certain medical conditions exist such as HIV, COVID-19.
Content which discourages taking a COVID-19 vaccine that includes false or misleading claims about the effects or distribution of the vaccine
Examples: content claiming the vaccine will cause infertility, contain a microchip, or be used to euthanize parts of a population.

| Ads guidance | Questionnaire options & details |
|---|---|
| | Content which promotes, condones, or otherwise advocates for gay conversion therapy programs or services. |

Harmful misinformation

Promoting harmful misinformation (e.g. Pizzagate, QAnon, StopTheSteal). Advocating for groups which promote harmful misinformation.

Vaping & tobacco

Promoting tobacco and tobacco-related products and their consumption.
Footage of minors consuming vaping/tobacco products.
Facilitating the sale of vaping/tobacco products.
Usage of vaping/tobacco products in a manner not intended by the manufacturer (e.g. drinking vape juice).

Alcohol

Portrayal of minors consuming alcohol, even if it's not the central subject of the video.
Promoting alcohol consumption to minors.

Hateful & derogatory content

Content that incites hatred against, promotes discrimination, disparages, or humiliates an individual or group of people is not suitable for advertising. Content that is satire or comedy may be exempt. Stating your comedic intent is not sufficient and that content may still not be suitable for advertising.

# Guide to Self-Certification

| Ads guidance | Questionnaire options & details |
|---|---|
| You can turn on ads for this content | Content referencing protected groups or criticizing an individual's opinions or actions in a non-hurtful manner. |

Some examples of content that also fall into this category:

News content which describes a protected group or reports in a non-hateful way on discrimination such a group may face such as a news report on homophobia.
Comedic content that condemns or alludes to ridicule, humiliation, or other disparaging comments towards protected groups.
Public debates on protected groups without inciting hatred and violent confrontation against them.

| Ads guidance | Questionnaire options & details |
| --- | --- |
| | Artistic content that uses sensitive terminology in a non-hateful way such as popular music videos.<br>Educational or documentary content:<br>Censored racial slurs or derogatory terms with the intent to educate the audience (e.g. n***er).<br>Containing focal hate imagery.<br>Criticizing an individual's or group's opinion, views, actions without any incendiary or demeaning intent.<br><br>Definitions:<br><br>Protected group is defined based on the characteristics below. Inciting hatred against, promoting discrimination, disparaging, or humiliating an individual or group of people based on below characteristics are not advertiser friendly practices:<br><br>Race<br>Ethnicity or ethnic origin<br>Nationality<br>Religion<br>Disability<br>Age<br>Veteran status<br>Sexual orientation<br>Gender identity<br>Any other characteristic associated with systemic discrimination or marginalization. |
| You can turn on ads but only brands who opt in will run ads | Content that may be offensive to individuals or groups, but is used for education, news, or in a documentary.<br><br>Some examples of content that also fall into this category:<br><br>Political discourse or debate that may include offensive language but is intended to educate such as a political debate on trans rights.<br>Educational content:<br>Uncensored racial slurs or derogatory terms with the intent to educate the audience (e.g. uncensored or fully spelled out usage of the n-word).<br>Containing raw footage of someone conducting the following acts without explicitly promoting or glorifying the acts:<br>Focuses on shaming or insulting an individual or group.<br>Singles out someone for abuse or harassment.<br>Denies tragic events happened and are cover-ups.<br>Malicious personal attacks and defamation. |

| Ads guidance | Questionnaire options & details |
|---|---|
| You should turn off ads for this content | Hate or harassment towards individuals or groups.<br><br>Some examples of content that also fall into this category:<br><br>Statements intended to disparage a protected group or imply/state its inferiority such as "all people from this country are disgusting".<br>Promoting, glorifying, or condoning violence against others.<br>Promoting hate groups or hate group paraphernalia.<br>Content that shames or insults an individual or group.<br>Content that singles out an individual or group for abuse or harassment.<br>Denies tragic events happened, frames victims/survivors as crisis actors.<br>Malicious personal attacks, slander, and defamation. |

Recreational drugs and drug-related content

Content that promotes or features the sale, use, or abuse of illegal drugs, regulated legal drugs or substances, or other dangerous products is not suitable for advertising.

# Guide to Self-Certification

| Ads guidance | Questionnaire options & details |
|---|---|
| You can turn on ads for this content | Education, music, statements, or humorous references about drugs or drug paraphernalia that do not glorify them; drugs in a music video.<br><br>Some examples of content that also fall into this category:<br><br>Discussing drugs or drug paraphernalia within the context of science, such as the scientific effects of drug use.<br>Discussing drugs where the intent is not to promote or glorify drug usage, such as a personal story about the opioid crisis.<br>Focus on drug busts or the drug trade within the context of news content but with no visible consumption or distribution.<br>Music videos with fleeting depiction of drugs.<br>Focus on the purchase, fabrication, or distribution of drugs, such as the fabrication of home-made opioids, news reports about cannabis farms. |
| You can turn on ads but only brands who opt in will run ads | Content focusing on the display or effects of drug consumption; or the creation or distribution of drugs or drug paraphernalia in a comedic, non-educational, or non-documentary context.<br><br>Some examples of content that also fall into this category:<br><br>Dramatized content showing the consumption of recreational drugs.<br>Music videos with focal depiction of drugs. |

| Ads guidance | Questionnaire options & details |
| --- | --- |
| | Consumption of drugs in a news report without their glorification or promotion. |
| You should turn off ads for this content | Content showing or discussing abuse, buying, making, selling, or finding of drugs or drug paraphernalia in a graphic and detailed way. |

Some examples of content that also fall into this category:

Promotion or glorification of recreational drugs.
Tips or recommendations on drug use.
Focus on the recreational drug industry such as cannabis coffee shops, head shops, or cannabis farming.
Providing how-to guides on usage (including consumption and effects), purchase, fabrication, and/or distribution of drugs such as how to find a dealer or best places to get high.

Firearms-related content

Content focused on the sale, assembly, abuse, or misuse of real or fake firearms is not suitable for advertising.

# Guide to Self-Certification

| Ads guidance | Questionnaire options & details |
| --- | --- |
| You can turn on ads for this content | Hunting-related content or guns shown in a safe environment like a shooting range. |

Some examples of content that also fall into this category:

Footage of shooting in the course of a hunting trip in an unpopulated location such as a forest.
Discussions on gun legislation or the issue of gun-control.

Definitions:

A "safe environment" refers to locations like shooting ranges or enclosed areas that are purpose built for target practice.

| You can turn on ads but only brands who opt in will run ads | Use of guns outside a controlled environment; display of homemade, 3D-printed, or previously modified guns; use of airsoft or ball bullet (BB) guns against others without protective gear. |

Some examples of content that also fall into this category:

1036

| Ads guidance | Questionnaire options & details |
|---|---|
| | Showing guns being used in unprepared or uncontrolled environments (e.g. on a public street outside a home, inside a building that's not a shooting range). |
| You should turn off ads for this content | Content that shows gun creation or modification (including assembly or disassembly), promotes gun makers or sellers, or facilitates the sale of a gun, minors using guns without adult supervision. |

Some examples of content that also fall into this category:

Guides as to how to add bump stocks to a firearm.
Recommendations of top gun manufacturers or firms from which to purchase firearms (e.g. "15 best gun shops").
Referring users directly to a site facilitating gun sales.
Promotions of the sale of a firearm or component, including but not limited to:
Sale of a firearm-related part or component that is essential to, or enhances the functionality of a firearm including:
80% finished gun-parts
Ammunition
Ammunition clips
Silencers
Ammunition belts
Stocks
Conversion kits
Gun-grips
Scopes
Sights
Videos which promote content for gun stores.
Videos which promote manufacturers or discount codes for gun stores.
Videos containing firearm-making instructions (e.g. replicable gun assembly/disassembly or steps on gun modifications), guides, or software, or equipment for 3D printing of guns or gun parts.

Controversial issues

'Controversial issues' refers to topics that may be unsettling for our users and are often the result of human tragedy. This policy applies even if the content is purely commentary or contains no graphic imagery.

# Guide to Self-Certification

| Ads guidance | Questionnaire options & details |
|---|---|
| You can turn on ads for this content | Content discussing preventing controversial issues. Content where the controversial issues are mentioned fleetingly in a video and are neither graphic nor descriptive. |

Title & Thumbnail:

References to controversial issues that are non-graphic (e.g. text or image of a razor).

Some examples of content that also fall into this category:

Objective coverage from a news source (can be the main topic and descriptive, but cannot contain graphic depictions).
Content that covers historical or legislative facts related to abortion.
Content for minors that raises awareness on eating disorders.
Content that covers topics such as domestic abuse, self-harm, or sexual harassment as a main topic without detailed descriptions or graphic depictions (e.g. a research piece on sexual abuse survivors and their lives, but the details on the brutality are not included).

Definitions:

Fleeting references are not the focus of content (not focal) and include passing references to topics listed as controversial or sensitive. For example, briefly acknowledging a controversial or sensitive topic (e.g. "In next week's video we'll be discussing declining rates of suicide.") wouldn't be considered focal, but rather fleeting.

You can turn on ads but only brands who opt in will run ads.

Content about controversial issues that are not visually disturbing yet may contain descriptive language. Content that is dramatized/artistic, educational, documentary, or containing scientific presentations of these issues.

Title & thumbnail:

Graphic depictions of controversial issues in the thumbnail (including both real and dramatized/artistic depictions).

Some examples of content that also fall into this category:

Content that covers topics such as child or sexual abuse as a main topic without detailed descriptions or graphic depictions.
Personal accounts or opinion pieces related to abortion as a main topic without graphic depiction.

| Ads guidance | Questionnaire options & details |
|---|---|
| | Dramatized or artistic depictions of controversial issues that are not highly graphic (e.g. someone jumping off of a bridge in a movie, but the dead graphic body isn't being shown). |
| You should turn off ads for this content | Content which focuses on graphic depictions or detailed descriptions of controversial issues. Content is either graphic or highly descriptive with controversial issues being the central topic of the content. |
| | Some examples of content that also fall into this category: |
| | First person account with shocking details on topics (e.g. a biography or detailed interview on survivors and their pasts), such as: |
| | Child abuse |
| | Pedophilia |
| | Sexual abuse |
| | Sexual harassment |
| | Self-harm |
| | Suicide |
| | Eating disorder |
| | Domestic abuse |
| | Promotion or glorification of controversial issues in the content, title, or thumbnail (e.g. "how to kill yourself and die honorably"). |
| | Graphic depiction of self-harm where scars, blood, or injury are visible. |
| | Explicit audio of the act taking place. |
| | Definitions: |
| | Focus or focal means that a segment or full video is about a given topic. It also means that there is a sustained discussion. A passing reference to one of the topics listed as controversial or sensitive is not a reason for No Ads. For example, briefly acknowledging a controversial or sensitive topic (e.g. "In next week's video we'll be discussing declining rates of suicide.") wouldn't be considered focal, but a segment of a video specifically talking about such a topic would be considered focal. Focus need not be verbal. If there is an image or text that focuses on the sensitive issue, that would be considered focus too. |

Sensitive events

A sensitive event is usually an unforeseen event in which there has been a loss of life, typically as a result of a pre-planned malicious attack by foreign terrorist organizations (FTO) or drug trade organizations (DTO). Sensitive events can cause a mournful response from the public or, at times, an extreme or visceral reaction. An event must be relatively recent if it's going to be considered a sensitive event. Context is important: for

instance, authoritative news reporting or documentary videos about a historic event may be eligible for monetization.

This policy applies even if the content is purely commentary or contains no graphic imagery.

## Guide to Self-Certification

| Ads guidance | Questionnaire options & details |
|---|---|
| You can turn on ads for this content | Fleeting mention of sensitive events; academic/documentary content on historic acts of terror prior to 9/11; educational content on terrorism or terrorist groups absent of graphic imagery or footage of actual terrorist attacks. |

Some examples of content that also fall into this category:

Fleeting references to terrorist acts, armed conflict, or tragic events that result in the loss of human lives.
Foreign terrorist organizations (FTO):
Educational, documentary or dramatized content on these groups as a general subject without footage of terrorist attacks.
Comedic videos with fleeting references to FTOs or terrorism.
Drug trade organizations (DTO), such as drug cartels:
Educational or documentary videos focusing on the international drug trade as a whole (and not a specific DTO).
Dramatized content (e.g. movies) portraying FTO/DTOs or their members.
Comedic content covering DTOs or the international drug trade as a subject.

Definitions:

Fleeting references are not the focus of content (not focal) and include are the opposite of focus. A passing reference to one of the topics listed as controversial or sensitive falls under this definition. For example, briefly acknowledging a controversial or sensitive topic (e.g. "In next week's video we'll be discussing declining cases of terrorist attacks.") wouldn't be considered focal, but rather fleeting.

| | |
|---|---|
| You can turn on ads but only brands who opt in will run ads | Educational or documentary content or public service announcements on drug trade organizations (DTO). |

Some examples of content that also fall into this category:

Drug trade organizations (DTO), such as drug cartels:
Education or documentary content focused primarily on specific DTOs or DTO leaders.
May include non-graphic situations of attacks or and their aftermath, hostage situations, etc.

| Ads guidance | Questionnaire options & details |
| --- | --- |
| | Public service announcements on the related groups. |
| You should turn off ads for this content | Discussions of terrorist attacks; events resulting in the catastrophic loss of human life; non-educational discussions of foreign terrorist organizations or drug trade organizations; content on these groups featuring graphic imagery in any context, or including the names of these organizations in the title of the video. |

Some examples of content that also fall into this category:

Focus on sensitive events such as:
Atrocious acts or tragic events that result in the loss of human lives, such as mass shootings conducted by foreign terrorist groups or drug trade organizations.
Armed conflict (raw footage)
Terrorist acts (e.g. 9/11)
Footage or images from the scene/aftermath of a sensitive event.
Foreign terrorist organizations (FTOs):
Non-educational or non-documentary videos focusing on FTOs or the subject of terrorism, such as:
Discussions of a recent terrorist attack.
Relevant imagery or names of the group/leader anywhere in the content (e.g. in the thumbnail).
Content featuring shocking, graphic, and/or violent imagery, or scenes of incitement to or glorification of violence.
Content made by or in support of terrorist groups.
Content that celebrates or denies terrorist attacks.
Drug trade organizations (DTO), such as drug cartels:
Non-educational or non-documentary videos primarily focused on DTOs or the international drug trade.
Non-educational or non-documentary depictions of DTO-related imagery such as flags, slogans, banners, etc.
Recruitment of group members.
Glorification or promotion of the group (e.g. artistic expression, including music, implying justification for the violent acts).

Definitions:

An event must be relatively recent if it's going to be considered a sensitive event, such as the New Zealand Mosque Shooting.
Focus or focal means that a segment or full video is about a given topic.
It also means that there is a sustained discussion. A passing reference to one of the topics listed as controversial or sensitive is not a reason for No Ads.
For example, briefly acknowledging a controversial or sensitive topic (e.g. "In next week's video we'll be discussing declining rates of suicide.")

| Ads guidance | Questionnaire options & details |
|---|---|
| | wouldn't be considered focal, but a segment of a video specifically talking about such a topic would be considered focal. Focus need not be verbal. If there is an image or text that focuses on the sensitive issue, that would be considered focus too. |

## Incendiary and demeaning

Content that is gratuitously incendiary, inflammatory, or demeaning may not be suitable for advertising. This policy falls under Hateful & derogatory in the self-certification questionnaire in YouTube Studio, so be sure to check that one as well for detailed guidance.

# Examples (non-exhaustive)

| Category | Limited or no ads 🖼️🖼️ |
|---|---|
| Content that is incendiary and demeaning | Content that focuses on shaming or insulting an individual or group |
| Content that harasses, intimidates, or bullies an individual or group of individuals | Content that singles out someone for abuse or harassment<br>Content that suggests a tragic event did not happen, or that victims or their families are actors, or complicit in a cover-up of the event<br>Malicious personal attacks, slander, and defamation |

## Tobacco-related content

Content that promotes tobacco and tobacco-related products is not suitable for advertising. This policy falls under Harmful or dangerous acts in the self-certification questionnaire in YouTube Studio, so be sure to check that one as well for detailed guidance.

# Examples (non-exhaustive)

| Category | Limited or no ads 🖼️🖼️ |
|---|---|
| Promoting tobacco | Cigarettes, cigars, chewing tobacco |
| Promoting tobacco-related products | Tobacco pipes, rolling papers, vape pens |
| Promoting products designed to simulate tobacco smoking | Herbal cigarettes, e-cigarettes, vaping |

## Adult themes in family content

Content that appears to be appropriate for a general audience but contains adult themes is not suitable for advertising. This guideline applies even if content is done for comedic or satirical purposes. This policy falls under Adult content in the self-certification questionnaire in YouTube Studio, so be sure to check that one as well for detailed guidance.

## Examples (non-exhaustive)

| Category | Limited or no ads |
|---|---|
| Adult themes in family content | Content that is made to appear appropriate for a general audience, but contains adult themes, including:<br><br>Sex<br>Violence<br>Vulgarity<br>Other depictions of children or popular children's characters, that are unsuitable for a general audience. |

All videos uploaded to YouTube must comply with YouTube's Terms of Service and Community Guidelines. To be able to monetize with ads, you'll need to follow the YouTube monetization policies and Google AdSense Program policies.

We may reserve the right to disable ads on your entire channel in situations where the majority of your content is not suitable for any advertisers or where there are repeated, serious violations (e.g. uploading of content which is incendiary, demeaning or hateful).

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

## YouTube Partner Program Basics

- YouTube channel monetization policies
- Advertiser-friendly content guidelines
- Upcoming and recent ad guideline updates

- Learn more about how YouTube works for you
- Updated Terms of Service FAQs



Creator Academy

Learn what advertiser-friendly content looks like with the Creator Academy.

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service

| English? ▼ |
| --- |

English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български

30. русский
31. српски
32. українська
33. עברית
34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- Help Center

  o Fix a problem

  o Watch videos

  o Manage your account & settings

  o Supervised experience on YouTube

  o Join & manage YouTube Premium

- ○ <u>Create & grow your channel</u>

- ○ <u>Monetize with the YouTube Partner Program</u>

- ○ <u>Policy, safety, & copyright</u>

- <u>Community</u>

- <u>YouTube</u>

- <u>Privacy Policy</u>

- <u>YouTube Terms of Service</u>

- <u>Submit feedback</u>

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program

Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows

Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues

Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium

1046

membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues
Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube
YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers
YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

## What is the issue with this selection?

◌
Inaccurate - doesn't match what I see in the product
◌
Hard to understand - unclear or translation is wrong
◌
Missing info - relevant but not comprehensive
◌
Irrelevant - doesn't match the title and / or my expectations
◌
Minor errors - formatting issues, typos, and / or broken links
◌
Other suggestions - ideas to improve the content

## Share additional info or suggestions



Do not share any personal info
Cancel
Submit
By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.

YouTube Help



Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

Help CenterCommunity

# Business Inquiry Emails

You can send and receive email messages using Business Inquiry Emails to keep in touch with your audience. To get email messages, you'll need to add your contact info to your channel.

To email someone using the Business Inquiry Email:

1. Go to the YouTube Channel you want to email.
2. Select the About tab of their channel.
3. If a Business Inquiry Email is given, select "View Email Address." If you don't see a Business Inquiry Email, then the channel owner didn't give one.
4. Use the email to send a message to the channel.

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

# Comment, subscribe, & connect with creators

- Like or dislike a video
- Business Inquiry Emails
- Interact with creators on Community posts

- Contribute translated content
- Watch YouTube Stories
- Buy Super Thanks

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service



English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български
30. русский
31. српски
32. українська
33. עברית

34. العربية
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience

Google Help

- Help Center

○ Fix a problem

○ Watch videos

○ Manage your account & settings

○ Supervised experience on YouTube

○ Join & manage YouTube Premium

○ Create & grow your channel

- - -

- ○ <u>Monetize with the YouTube Partner Program</u>

- ○ <u>Policy, safety, & copyright</u>

- <u>Community</u>

- <u>YouTube</u>

- <u>Privacy Policy</u>

- <u>YouTube Terms of Service</u>

- <u>Submit feedback</u>

Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program
Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows
Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues
Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube
YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers
YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

## What is the issue with this selection?

○
Inaccurate - doesn't match what I see in the product
○
Hard to understand - unclear or translation is wrong
○
Missing info - relevant but not comprehensive
○
Irrelevant - doesn't match the title and / or my expectations
○
Minor errors - formatting issues, typos, and / or broken links
○
Other suggestions - ideas to improve the content

## Share additional info or suggestions



Do not share any personal info
Cancel
Submit
By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.

YouTube Help

Sign in

Send feedback on...


This help content & information

General Help Center experience

Next

Help CenterCommunity
To receive the latest updates on our Advertiser-friendly content guidelines, please check out our Advertiser-friendly content guidelines posts in the YouTube Help Center and subscribe here.

# Advertiser-friendly content guidelines

If you're in the YouTube Partner Program, you can share revenue from ads. This article aims to help you understand which individual videos on your channel are suitable for advertisers. Creators can use this article to understand both the platform's self-certification questionnaire as well as specific rules regarding what can run ads, what can run limited ads and what will not run ads, and should have monetization turned off. Our policies apply to all portions of your content (video or live stream, thumbnail, title, description, and tags). Learn more about our best practices.

Our systems don't always get it right, but you can request human review of decisions made by our automated systems.

Note: All content uploaded to YouTube must comply with both our Community Guidelines and our AdSense Google Publisher Policy. If your content violates our Community Guidelines, it may be removed from YouTube. If you see violative content, you can report it.

What you'll find in this article
You'll find examples of content not suitable for ads, and will result in a "limited or no ads" monetization state.

Here are all the main topics that are not advertiser-friendly:

Inappropriate language
Violence
Adult content

Firearms-related content
Controversial issues
Sensitive events

Shocking content

Incendiary and demeaning

Harmful or dangerous acts

Tobacco-related content

Hateful & derogatory content

Adult themes in family content

Recreational drugs and drug-related content

Please note that context is very important. Artistic content such as music videos may contain elements such as inappropriate language, references to soft drug usage, or non-explicit sexual themes, and still be suitable for advertising.

Inappropriate language

Content that contains frequent uses of strong profanity or vulgarity throughout the video may not be suitable for advertising. Occasional use of profanity (such as in music videos) won't necessarily result in your video being unsuitable for advertising.

## Guide to Self-Certification

| Ads guidance | Questionnaire options & details |
|---|---|
| You can turn on ads for this content | Abbreviated, censored, or light profanity (like "hell" or "damn") in the title, thumbnail, or video. Moderate profanity (like "shit" or "bitch") used in the video. Infrequent usage of strong profanity (like the "f-word") after the opening or up to twice in approx. the first 30 seconds of the video; or strong profanity in a music video.<br><br>Definitions:<br><br>"Censored profanity" refers to things like bleeping or muting the word as well as covering written words with black bars, symbols, or text added in post-production.<br>"Abbreviated profanity" refers to an acronym like WTF ("what the f*ck") where the original term is abbreviated by using its acronyms. |
| You can turn on ads but only brands who opt in will run ads | Moderate profanity in the title or thumbnail; strong profanity used frequently in the opening of a video (roughly the first 30 seconds); strong profanity in the title or thumbnail of a music video.<br><br>Titles & Thumbnails:<br><br>Moderate profanity even when misspelled, such as "This is bull sh1t!".<br><br>Some examples of content that also fall into this category:<br><br>Focal usage of strong profanity throughout a video (e.g. mentioned in every sentence). |

| Ads guidance | Questionnaire options & details |
|---|---|
| | Definitions: |
| | "Moderate profanity" refers to words like "bitch," "shit," or "asshole." "Strong profanity" refers to words like "d*ck" or the "f-word." |
| You should turn off ads for this content | Extreme profanity used in the title, thumbnail or at any point throughout the video, for example "c*nt," "n***er," "fa**ot," or other hateful slurs. |
| | Titles & Thumbnails: |
| | Strong or extreme profanity even when misspelled, such as "fuk!" |
| | Some examples of content that also fall into this category: |
| | Any usage of extreme profanity throughout a video. |

## Violence

Content where the focal point is on blood, violence, or injury, when presented without other context, is not suitable for advertising. If you're showing violent content in a news, educational, artistic, or documentary context, that additional context is important. For example, if a video provides authoritative news reporting on a violent event in a journalistic context, it may be eligible for monetization. Violence in the normal course of video gameplay is generally acceptable for advertising, but montages where gratuitous violence is the focal point is not. All games (whether realistic or non-realistic) are in scope of this policy.

# Guide to Self-Certification

| Ads guidance | Questionnaire options & details |
|---|---|
| You can turn on ads for this content | Graphic law enforcement in an educational context; violence that occurs as part of unedited video gameplay; mild violence with minimal blood; dead bodies that are fully censored, blurred, prepared for burial, or shown in historical events like wars, as part of an educational video. |
| | Some examples of content that also fall into this category: |
| | General violence |
| | Dramatized content containing unrealistic non-graphic violence or fleeting vivid violence. In the course of larger narrative, showing a quick fleeting scene involving physical harm (e.g. shot in the abs) as a part of a violent action scene. |

Fighting violence excerpts from an action movie where injuries are mostly indiscernible.

Depiction of non-graphic injury such as falling on knees where no or limited amount of blood is shown.

Tumbling down a hill or running into a wall accidentally or purposely as a part of script or sports.

Announcement of tragedies involving multiple casualties which doesn't include vivid gruesome details.

Reports of a recent homicide in the town without the description of physical state of the victims.

Gaming

Violence as part of standard video gameplay, where it's mildly graphic.

Showing graphic scenes (e.g. a gory attack where impact is clearly visible) in a normal course of gameplay.

Death & tragedy

Non-graphic depiction of dead bodies in educational context.

Public honoring of the deceased, broadcasted with a non-graphic dead body.

Display of fully censored or non-gruesome dead bodies in a historical context.

Hunting

Hunting content where there's no depiction of graphic animal injuries or prolonged suffering.

Hunting videos where the moment of kill or injury is indiscernible, and with no focal footage of how this dead animal is processed for trophy or food purposes.

Animal violence

Non-graphic depictions of animal violence in nature.

Predators running after their prey where the graphic details (e.g. focus on bloody body parts of the prey or graphic moments of catching the prey) are not included; some blood may be visible fleetingly, but is not the focal subject of the content.

Animal abuse

Animals in distress during species-appropriate animal training, medical intervention or relocation.

Raw footage of human-controlled animal violence (e.g., bullfighting) without promotion of the acts.

Coverage or discussion of animal abuse with no footage of the abuse.

A debate on animal abuse lacking details on the abusive act itself.

Violence in sports play

Violence in combat sports involving weapons (e.g. fencing) regardless of protective gear worn or safety precautions warranted.
Non-graphic injuries in sports or graphic injuries as part of sports play where blood is shown.
Sports conducted in a professional setting (e.g. in a fitness center) while players wear proper gloves and mouthguards.
A fleeting display of injuries that may be graphic (e.g. a broken arm), but are part of regular gameplay.
Minor non-graphic injuries (e.g. falling on knees) portrayed in the sports play.

Street fights

Depiction of fights in an educational context.
Self-defense moves that are shared as a tutorial.
People fighting without repeated tough physical interaction (e.g. fist fight) as a fleeting subject in a larger context.

Law enforcement & physical altercation

Non-combative or non-abrasive interactions with law enforcement.
Fleeting raw footage of police interaction with civilians for educational purposes without portrayal of explicit abusive physical altercation in descriptions, audio or visual formats.
Normal interaction with police (i.e asking for directions or receiving a parking ticket, etc.).
Violent, combative, or abrasive interactions with law enforcement in an educational context:
Commentary using clips from a news report on a recent violent protest by civilians (e.g. hitting or pushing civilians down against the floor).

Definitions:

"Mild violence" refers to scuffles in real-life content or fleeting violence like punching.
"Dramatized" refers to scripted content such as movies or fictional settings including animated content.

| | |
|---|---|
| You can turn on ads but only brands who opt in will run ads | Fleeting graphic law enforcement without educational context; showing dead bodies with obvious injury and/or mutilation in educational or documentary (e.g. history learning channel) setting or display of non-gruesome dead bodies without educational intent; edited video gameplay with some clips that focus |

on graphic violence; moderate violence that shows blood as part of a non-educational video; raw footage of armed conflict without injuries.

Some examples of content that also fall into this category:

General violence

Real-life or dramatized violence that results in serious injury where the aftermath or impact is visible and present such as blood or gore scenes, bones visibly broken.
A dramatized long-form video content with a short, ultra-graphic violent scene (e.g. a mass killing) or a video compilation of such graphic scenes.
Highly vivid descriptions of tragedies (in the form of audio or video).

Gaming

Edited video gameplay with some clips that focus on graphic violence.
Brutal killings or severe injuries (e.g. beheadings) with bodily fluids and parts shown focally in some parts of the video.

Death & tragedy

Dead bodies (outside of those prepared for burial) in the context of educational or documentary content such as war documentaries.
A dead body without visible injuries or bodily fluid shown in news reporting.
Graphic dead bodies (including depictions of mutilation or injuries) displayed for educational purposes.

Street fights

Street fights featured in the context of educational or documentary purposes.
Graphic street fights including scenes featuring severe injuries, physical attacks, and emotional distress (e.g. yelling).
When the focal subject is around human fights (e.g. footage of prisoners fighting).

Law enforcement & physical altercation

Fleeting violent, combative, or abrasive interactions with law enforcement in a non-educational or non-documentary context.
Shocking police altercations displaying rough physical interactions (e.g. hitting or pushing civilians down against the floor).

Violence in sports play

Graphic sports injuries as part of a larger video with context (e.g. compilations involving graphic injuries but not singularly focused on them).

Animal violence

Animal violence in nature with portrayals of graphic animal injuries.
When clearly visible injuries (e.g. blood or bones) are the central subject of a video.

Animal abuse

Educational or documentary coverage of animal abuse with abuse footage.

Hunting

Hunting content featuring fleeting graphic imagery such as dead or injured animals (e.g. bloody body parts) portrayed in the content.

War & conflict

Real, non-graphic raw footage of armed conflict (e.g. war) without educational context, with no bloody scenes or explicit injuries.
Raw footage of violent attacks shared without a clear intent.

Definition:

Fleeting references are not the focus of content (not focal) and include passing references to violence acts or descriptions. For example, briefly displaying a violent act (e.g. graphic adult fighting in a movie) wouldn't be considered focal, but rather fleeting.

You should turn off ads for this content

Raw footage focused on violent law enforcement; graphic dead bodies in a non-educational video; edited video gameplay that primarily focuses on graphic violence; domestic violence.

Some examples of content that also fall into this category:

General violence

Focus on blood, guts, gore, bodily fluids (human or animal), crime scene or accident photos with little to no context.
Portrayals of gratuitous violence against children, even if dramatized.

Gaming

Edited video gameplay that primarily focuses on graphic violence.

Focus on the display of graphic violence in dramatized settings such as "kill compilations" or compilations of graphic violence from video games or movies.

Death & tragedy

Dead bodies or ultra-graphic injury such as decapitations, amputee operations.

Animal violence

Animal violence in any context outside nature.

Animal abuse

Cruelty or gratuitous violence toward animals such as abuse (e.g. kicking) or human-controlled violence (e.g. forcing to go on a cockfighting).
Footage of animals in distress induced by human intervention, such as the purposeful placement of an animal in harm's way, in strained positions or other dangerous scenarios deemed stressful or unnatural.

Law enforcement & physical altercation

Graphic violence in the context of physical altercations, public demonstrations, or police brutality.

Violence in sports play

Sports videos where the central subject is the display of graphic injuries.

War & conflict

Accounts or images of shootings, explosions, executions, or bombings.
Raw footage of war casualties with graphic depictions of injury or death.

Adult content

Content that features highly sexualized themes is not suitable for advertising, with limited exceptions for non-graphic sexual education videos and music videos. This includes both real and computer-generated visuals. Stating your comedic intent is not sufficient and that content may still not be suitable for advertising.

# Guide to Self-Certification
**Ads guidance      Questionnaire options & details**

| | |
|---|---|
| You can turn on ads for this content | Romance or kissing; discussions of romantic relationships or sexuality without reference to intercourse; fully-censored nudity that is indiscernible and without intent to arouse the audience; sensual dancing in a professional setting without full or partial nudity; non-graphic sex education, or a music video containing sexual content without nudity. |

Some examples of content that also fall into this category:

Sexually gratifying content

Romantic scenes that aren't sexually gratifying such as animated, real-life, or dramatized kiss or cuddling scenes.
Scenes involving sexual tension between characters without explicit depictions of sexual acts.
A kissing scene in a larger narrative where the focus is the romance itself and is not intended to be sexually gratifying.

Discussions of sex in non-sexually gratifying/comedic contexts:
Sex education.
Sexually transmitted diseases (STDs) and how they are transmitted.
Sexual experiences (e.g. dealing with pain after a sexual intercourse) which focus exclusively on how sex works, and do not recount how to improve performance.
Sperm donation.
Scientific representations of reproductive anatomy using diagrams or dummies.
Sexual orientation and/or how sexual identity evolves amid relationships.
Fleeting or incidental usage of sexual jokes and innuendos that does not use vulgar terms.
Content which refers to fetishes in a non-sexual way (e.g. "what is your favorite food or food fetish?").

Sensual dance moves in a professional setting that are a part of artistic expressions.
Dance moves that resemble sexual acts (e.g. chest heaving or hip thrusting) as a part of choreographic dance.
Dances typically associated with sensuality (e.g. pole dance) performed in professional settings such as dance studios or street performances.

Nudity

Censored nudity where nudity isn't the focus such as scenes where characters may be nude but no nipples, butt or genitalia are visible (e.g. they are pixelated/blurred).
Blurred nudity of historical figures wearing limited clothing in educational contexts.

1061

Fully-censored genitalia that are indiscernible and shown for non-sexual purposes (e.g. medical procedure).
Depictions of breastfeeding (without nipples being visible).

Depictions of people wearing limited clothing where the presentation isn't intended to be sexually gratifying such as bikinis worn at the swimming pool.
Clothing reviews focused on the form and function of the clothing rather than a sustained focus on body parts underneath, such as breasts.
Artistic expressions such as sculptures, sketches, or computer-generated graphics involving illustrated nudity, such as characters in classic art or photography of indigenous people in loincloths.
Translucent or sheer coverings of female breasts/cleavage, buttocks or male torsos seen in appropriate settings such as fashion show runways, medical exams, or at a recreational beach.
Visible partial nudity as part of sports such as boxing where such attire may be required.

Definitions:

Sexually gratifying: Content likely to or intended to sexually arouse the viewer.
Sexual innuendo: Any use of a phrase to jokingly hint at something sexual.
Sexually suggestive: Visual, verbal or textual material with sexual undertones, implying sexual intent in order to provoke sexual arousal.
Graphicness: How explicitly the sexual act or nudity is portrayed in order to excite the audience.

You can turn on ads but only brands who opt in will run ads

Discussions of intimate sexual experiences; focus on sexual body parts (even if covered); blurred or censored nudity with discernible body parts, even when used in an educational context or news reporting; implied sexual acts; sensual dancing in a professional setting with limited clothing; sex toys without human contact or nudity, or realistic representations of genitalia.

Some examples of content that also fall into this category:

Sexually gratifying content

Titles or thumbnails with sexualized themes (including misleading signals).
Descriptions of or implicit references to sexual activities (e.g.implicit reference to sexual body parts using emojis or graphics).
Circling out or otherwise calling attention to something in a thumbnail which suggests implied sexual acts.
Misleading title where a video promises sexual content, but it doesn't have it (e.g. a cooking video with the title "watch porn").
Computer-generated nudity in a medical context without the intent to gratify viewers.

Depictions of non-arousing sexual activities in educational, documentary, or dramatized content.
Sexual activities and their histories explained for educational purposes such as with medical topics.

Implicit sexual act or behavior.
Certain signs in a video which suggest sexual activity is occurring such as with shaking objects, moaning sounds, etc.

Depictions of sex toys, sexual devices, or other products intended to enhance sexual activity even where they aren't in use.
Unintentional display of a sexual device in a video that is irrelevant to sexual topics (e.g. displayed in the background).
A medical object which resembles genitalia introduced during a discussion.

Scenes with sexual tension like gratifying sensual dancing, groping, or making out to sexually arouse audiences.
Short scenes on sexual activities (including implied sex acts) as a part of a larger narrative.
Scenes where the main focus is to showcase sexual tension.
Professional dance choreography which frequently features sexually gratifying poses or moves (e.g. grinding) in limited clothing (e.g. sheer breast coverings).

Discussions of intimate sexual experiences such as masturbation, orgasm, intercourse, tips, or other sexual acts. This may also include sexual innuendos or sexually explicit text or audio, such as detailed conversations about sex.
Audio or sound compilations of sexual acts without pictures or visual scenes of the act (e.g. ear licking and nibbling sounds).
Descriptions of sexual activities which intend to sexually arouse audiences.
Mentions of sexual fetishes even when it's not descriptive.
Titles referencing adult content such as 18+, 21+, 'adult only,' 'porn,' etc., unless it's educational or documentary in context.
Usage of emoticons or emojis in text representing sexual body parts or acts to gratify viewers.
Crude jokes that use vulgar terms (e.g. tits, cum).
Sex-related content, such as documentaries about the sex industry or paid subscription adult content platforms.
Sexual innuendos using non-sexually gratifying objects:
Objects resembling genitalia such as packing devices or human figurines with realistic genitalia.
The use of daily objects (e.g. eggplant) or emojis intended to resemble genitals and sexually arouse audiences.

Nudity

Educational or documentary content featuring full nudity.

History or industry overviews relating to sex or nudity, such as showcasing full body paintings.

Pixelated or censored nudity where the sexual body parts are still recognizable.

Scenes with naked bodies starred or blurred, but still identifiable from their silhouettes.

Non-fleeting depictions of nudity (animated, real-life, or dramatized).

Sexualized limited clothing (e.g. bikini, lingerie) worn and shown repeatedly as a central subject.

Depictions of sexual body parts such as recurring or focal shots of cleavage or bulges intended to sexually arouse audiences.

Compilations of visibly recognizable turgid genital outlines.

Minimally-covered (e.g. thong) sexual body parts (e.g. breasts, cleavages, buttocks, etc.,) frequently appearing.

How-to videos on breastfeeding with visible nipples.

Sensual dancing (e.g. twerking) with minimal clothing in a professional setting.

Definitions:

"Censored nudity" refers to things like blurring, covering nudity with black bars or pixelation.

Implied sexual act: Behavior that mimics sexual intercourse such as dry humping.

| | |
|---|---|
| You should turn off ads for this content | Exposed breasts or full nudity, sexual acts, discussion of fetishes, or a video thumbnail with sexual content.<br><br>Some examples of content that also fall into this category:<br><br>Sexually gratifying content<br><br>Sexually explicit audio, text, or dialogue:<br>Sex-related entertainment such as porn or other sexual services.<br>Graphic sexual acts or simulations intended to gratify.<br>Depictions or discussions of fetishes (e.g. guides or walkthroughs).<br>Focus on sex scandals or the leaking of private intimate material.<br>Imitating or mimicking sexual activities (e.g. pornographic media).<br>Promotions of sexual acts in exchange for compensation.<br>Sensual dance in a non-professional setting such as at home.<br>Grinding or daggering moves calling for sexual tension.<br>Actual usage of sex toys (or other products intended to enhance sexual activity). |

Nudity

Mature activity such as full exposure of sexual body parts, sex acts.

Shocking content

Content that may upset, disgust or shock viewers may not be suitable for advertising. Uncensored shocking elements won't necessarily result in your video being unsuitable for advertising, but context matters.

# Guide to Self-Certification

| Ads guidance | Questionnaire options & details |
| --- | --- |
| You can turn on ads for this content | Light or moderately shocking content which is censored or shown in context for educational, documentary, or other purposes. |

Some examples of content that also fall into this category:

Body parts, liquids, waste

Body parts, liquids, or waste that is made for kids or presented in an educational, scientific, documentary, or artistic context, and where intent won't shock.
Dramatized body parts, liquids, or waste where intent is to shock, mostly for entertainment purposes (like a magic trick) but where legitimate context must be given.

Medical and Cosmetic Procedures

Medical or cosmetic procedures that are educational, focusing on the procedure itself rather than on bodily parts, liquids, or waste.
Body parts, liquids, or waste that are censored or fleeting in comparison to the procedure itself.
Human and animal birth videos educating viewers without extra focus on body parts, fluids, or waste.

Accidents and Injuries

Accidents where no exposed injury is visible (such as internal tissue, bleeding wounds).
Accidents that do not cause real upset due to only mild or moderate impact being visible.
Accidents where no real distress is visible as a result of the accident.
Accidents in which there's no evident injury or long-term medical care necessary.

| Ads guidance | Questionnaire options & details |
|---|---|

Accidents and injuries that are presented in a news, documentary, or artistic context (such as a film or music video).

Animal Preparation and Eating

Portrayals of meat, fish in a raw or prepared-to-eat manner including cooking techniques and demonstrations for recipes (such as How to Filet a Fish or BBQ's).

Portrayals of animal preparation for eating by professionals focusing on the trade and act of cutting animals.

Educational, documentary, scientific, or artistic portrayal of religious rituals involving animal eating where there's no focus on gruesome or gory visuals.

EDSA portrayal focusing on cultural eating and traditions and not on sensationalizing the ingestion of eating animals/insects or mishandling thereof.

Animal parts with no presentations of discernible features of a living being (excluding fish and crustaceans).

Definitions

"Intent to shock" refers to the purpose of the video, which is determined by what context is given as well as the focus of elements.

"Dramatized" refers to scripted content (like movies or music videos) or fictional settings including animated content.

"Accidents" refers to unfortunate incidents typically resulting in damage or injury, including where injury itself may not be clearly visible (such as vehicle accidents).

"Exposed" refers to bodily parts, liquids, or waste (such as tissue or blood).

"Upset" refers to unsettling or surprised emotion arising as a result of a visible or reasonably assumed detrimental impact or injury.

"Distress" refers to the visible, audible, or perceived presentation of human suffering as a result of pain. In this case, it's related to individuals involved in accidents and individuals undertaking or experiencing medical or cosmetic procedures (including births).

"Cultural eating and traditions" refers to the customs and social behavior of societies in relation to food type consumption.

"Sensational" in relation to exposed animal parts or animal/insect eating: to present in a manner intended to arouse curiosity or broad interest, especially through the inclusion of exaggerated, or vivid details.

"Mishandling" in relation to how the animal is being prepared or eaten in a brutal or savage manner.

"Professional context" in relation to the profession of being a butcher or fishmonger and the contexts where they cut and handle dead animals.

| | |
|---|---|
| Ads guidance | Questionnaire options & details<br>"Discernible features of a living being" includes features that confirm that the animal was/is a living being, including features such as nose, ears, mouth. |
| You can turn on ads but only brands who opt in will run ads | Shocking content, like graphic images of human, or animal body parts, which is uncensored or intended to shock.<br><br>Some examples of content that also fall into this category:<br><br>Body parts, liquids, waste<br><br>Focus on real body parts, liquids, or waste where intent is to shock.<br>Dramatized presentations of bodily parts, liquids, and waste focusing on gruesome and gory details.<br><br>Medical and Cosmetic Procedures<br><br>EDSA medical or cosmetic procedures focusing on exhibiting uncensored bodily, parts, fluids or waste in detail, during or after the procedure.<br>Births that contain a focus on extra bodily parts, fluids, or waste or where there's strong apparent distress.<br><br>Accidents and Injuries<br><br>Accidents where there's a strong moment of impact such that it's likely to cause upset.<br>Accidents in which injury is visible or where long-term medical care can be reasonably assumed.<br>Accidents with strong apparent distress as a result of the accident's impact.<br>Accident compilations.<br><br>Animal Preparation and Eating<br><br>Animal preparation or eating that is intended to shock.<br>Focal EDSA mishandling of unskinned or whole animals.<br>Focal discernible features of a living being (such as cooking without context).<br>Sensational presentation or ingestion (such as Sensational Mukbang, ASMR animal eating). |
| Turn off ads for this content | Highly shocking content that's clearly visible or audible, or where the whole purpose of the video is to shock viewers.<br><br>Some examples of content that also fall into this category: |

| Ads guidance | Questionnaire options & details |
|---|---|
| | Body parts, liquids, waste |

Disgusting, gruesome, or gory presentations of bodily parts, fluids, or waste with little to no context.
Dramatized shocking elements presented with little context, solely with the intent to shock.

Medical and Cosmetic Procedures

Raw footage of medical or cosmetic procedures with no context or focusing on exposed body parts, fluids, or waste.
Raw footage of birth videos exposing bodily parts, fluids, or waste or distress, with little to no context.

Accidents and Injuries

Upsetting presentations of accidents and extreme injuries where exposed body parts are visible or where extreme injury can be reasonably assumed.
Raw footage of extreme accidents with no context.
Footage of children involved in accidents.
Compilation accident videos where the sole intent is to repeatedly shock viewers.

Animal Preparation and Eating

Real animal preparation and eating where the sole intent is to shock viewers, where the presentation is gruesome and gory or has no context.
Graphic depictions of skinning or slaughtering animals.
Non-EDSA portrayals of a live animal in distress as a result of being prepared to be eaten.
Non-EDSA animal eating where there's a focus on discernible features of a living being.

Harmful or dangerous acts

Content that promotes harmful or dangerous acts that result in serious physical, emotional, or psychological injury is not suitable for advertising.

# Guide to Self-Certification

| Ads guidance | Questionnaire options & details |
|---|---|
| You can turn on ads for this content | Stunts or acts that are slightly dangerous, but performed in a professional and controlled environment where no one is seriously injured. |

**Ads guidance**

**Questionnaire options & details**
Some examples of content that also fall into this category:

General harmful or dangerous acts

Activities where risk is involved with no visible injuries such as:
Professional stunts or extreme sports such as wingsuit flying.
Footage of a person doing wheelies or ground-level parkour.
Motor vehicles speeding or drifting without doing dangerous tricks (e.g.
stand up wheelie or free hands) or causing frequent disruptions to others (e.g.
driving in between lanes).

Fail compilations

Fail compilation videos without a focus on graphic injuries (e.g. walking into
a glass door).

Pranks & challenges

Pranks or challenges where there is perplexity, confusion, or discomfort but
no risk or long-term harm is involved such as the ice bucket challenge.
Discussions or reports about harmful pranks or challenges with no footage or
audio of the moment of harm (e.g. reports on a fire challenge without the
details of the incident).
Educational, documentary, or news report content showcasing pranks or
challenges that cause extreme emotional distress (e.g. physical fights, abusive
language and insults, such as "you're fired!" pranks).

Medical misinformation

Neutral content about viruses, infectious diseases, and COVID-19 without the
intent of inciting fear (e.g. a video for kids on the difference between viruses
and bacteria).

Harmful misinformation

Educational or documentary content seeking to explain how groups
promoting harmful misinformation gain traction, rise to prominence, and/or
spread misinformation.
Educational or documentary content with a focus on debunking harmful
misinformation such as Pizzagate, QAnon, StopTheSteal, etc.

Vaping & tobacco

Public service announcements for preventative actions.
Dramatized content with focal depiction of usage.

| Ads guidance | Questionnaire options & details |
|---|---|
| | Educational or documentary content showcasing industries involving vaping/tobacco. |
| | Alcohol |
| | Presence of alcohol or adults drinking alcohol in content without promoting or glorifying irresponsible drinking. |
| | Definitions: |
| | "Seriously injured" refers to injuries that cannot be treated without proper medical care or cannot be treated at home such as broken bones, visible dislocations, or significant amounts of blood. |
| | Body modification may include things like tattoo, piercing, or medical surgery. |
| | "Dramatized" refers to scripted content such as movies or fictional settings. |
| You can turn on ads but only brands who opt in will run ads | Content showing but not focusing on physical harm or distress, including acts done in a non-professional, non-controlled environment. |
| | Some examples of content that also fall into this category: |
| | General harmful or dangerous acts |
| | Acts involving high risk activities such as skyscraper parkour or depicting serious injury like skate slam aftermath. |
| | Educational, documentary, or news report on: |
| | Harmful or dangerous acts with graphic injury. |
| | Children involved in gambling or driving motor vehicles designed for use by adults. |
| | Motor vehicles speeding or drifting and doing dangerous tricks (e.g. stand up wheelie or free hands) or causing frequent disruptions to others (e.g. driving in between lanes). |
| | Fail compilations |
| | Focal depictions of moments with graphic injuries that do not lead to death or terminal conditions (e.g. video compilation of road bike crashes). |
| | Pranks & challenges |
| | Educational, documentary, or news reports on prank or challenge content with: |
| | Threats or advocacy for physical or psychological harm against oneself or others such as laying flat between train tracks. |

| | |
|---|---|
| **Ads guidance** | **Questionnaire options & details**<br>Acts that should not be imitated such as a challenge to drink bleach and may result in immediate and critical harm to one's health.<br>Pranks or challenges that create extreme emotional distress such as physical altercations, abusive language and insults. These can also include threatening an individual's life status such as layoff pranks or by emotionally evoking or threatening someone in the context of a relationship (e.g. break up pranks where one person becomes emotionally volatile, or arrest pranks against relatives, etc.).<br>Pranks involving gratuitous amounts of body fluids or graphic violence.<br>Challenges that include eating non-toxic, non-edible substances such as ingesting a glue stick or pet food. Eating edible substances that are harmful in large volumes such as the Carolina Reaper pepper, or ones that depict a mild physical reaction.<br><br>Vaping & tobacco<br><br>Product reviews of or comparison between tobacco products (e.g. vaping juice comparison).<br>Educational or documentary mention of addiction services.<br><br>Alcohol<br><br>Educational, documentary, or dramatized content featuring minors consuming alcohol or alcohol-focused products.<br><br>Definitions:<br><br>"Mild physical reaction" refers to things like dry heaving, vomit-inducing cough. |
| You should turn off ads for this content | Focus on accidents, pranks, or stunts that have health risks, like drinking or eating non-edibles; or discussions of trending videos that show this type of content.<br><br>Some examples of content that also fall into this category:<br><br>General harmful or dangerous acts<br><br>Glorification of harmful or dangerous acts or acts perceived to be dangerous.<br>Motor vehicles with shocking scenes and injuries (e.g. of the moment of impact or showing someone in an unconscious state on a road after getting hit by a truck).<br>Children involved in gambling or driving motor vehicles designed for use by adults. |

- - - -

| Ads guidance | Questionnaire options & details |
|---|---|

**Fail compilations**

Fail compilations that include activities resulting in death or grievous damage (irreversible or puts the person into coma, seizure, paralysis, etc.).

Pranks & challenges

Pranks or challenges that should not be imitated such as a challenge to drink chlorine and may result in immediate and critical harm to one's health.
Pranks or challenges relating to:
Suicide, death, terrorism such as fake bomb scare pranks, or threats with lethal weapons.
Sexually unwanted acts such as forced kissing, groping, sexual abuse, spy cams in dress room.
Physical harm or distress but where such distress is not the focus of the video.
Prolonged emotional distress of a minor such as a prank that lasts for an extended period of time leading to a child being scared or upset. This could include pranking children into believing their parents are dead.
Threats or advocating for physical or psychological harm against oneself or others such as laying flat between train tracks.
COVID-19, that promote dangerous activities such as purposeful exposure to the virus or which incite panic (e.g. an anti-quarantine movement or pretending to have been tested positive while in a public space).
Promoting the use of weapons to inflict harm on others.
Showing the consumption of substances in such quantities that it results in a graphically shocking physical reaction such as vomiting after eating a ghost pepper.
Challenges which, if replicated, could result in serious harm such as fire challenge or bird box challenge.
Encouragement of fraudulent or illicit activities (e.g. breaking and entering).

Medical misinformation

Promoting or advocating for harmful health or medical claims or practices:
Videos that advocate for or provide instructions on non-scientifically proven medical info such as how to heal cancer at home.
Untrue statements about the cause, origin or spread of COVID-19.
Spreading myths against what is accepted as normal and regular medical protocol such as anti-vaccination.
Denying that certain medical conditions exist such as HIV, COVID-19.
Content which discourages taking a COVID-19 vaccine that includes false or misleading claims about the effects or distribution of the vaccine
Examples: content claiming the vaccine will cause infertility, contain a microchip, or be used to euthanize parts of a population.

- - - -

| Ads guidance | Questionnaire options & details |
|---|---|
| | Content which promotes, condones, or otherwise advocates for gay conversion therapy programs or services. |

**Harmful misinformation**

Promoting harmful misinformation (e.g. Pizzagate, QAnon, StopTheSteal). Advocating for groups which promote harmful misinformation.

**Vaping & tobacco**

Promoting tobacco and tobacco-related products and their consumption.
Footage of minors consuming vaping/tobacco products.
Facilitating the sale of vaping/tobacco products.
Usage of vaping/tobacco products in a manner not intended by the manufacturer (e.g. drinking vape juice).

**Alcohol**

Portrayal of minors consuming alcohol, even if it's not the central subject of the video.
Promoting alcohol consumption to minors.

Hateful & derogatory content

Content that incites hatred against, promotes discrimination, disparages, or humiliates an individual or group of people is not suitable for advertising. Content that is satire or comedy may be exempt. Stating your comedic intent is not sufficient and that content may still not be suitable for advertising.

# Guide to Self-Certification

| Ads guidance | Questionnaire options & details |
|---|---|
| You can turn on ads for this content | Content referencing protected groups or criticizing an individual's opinions or actions in a non-hurtful manner. |

Some examples of content that also fall into this category:

News content which describes a protected group or reports in a non-hateful way on discrimination such a group may face such as a news report on homophobia.
Comedic content that condemns or alludes to ridicule, humiliation, or other disparaging comments towards protected groups.
Public debates on protected groups without inciting hatred and violent confrontation against them.

| Ads guidance | Questionnaire options & details |
|---|---|
| | Artistic content that uses sensitive terminology in a non-hateful way such as popular music videos.<br>Educational or documentary content:<br>Censored racial slurs or derogatory terms with the intent to educate the audience (e.g. n***er).<br>Containing focal hate imagery.<br>Criticizing an individual's or group's opinion, views, actions without any incendiary or demeaning intent.<br><br>Definitions:<br><br>Protected group is defined based on the characteristics below. Inciting hatred against, promoting discrimination, disparaging, or humiliating an individual or group of people based on below characteristics are not advertiser friendly practices:<br><br>Race<br>Ethnicity or ethnic origin<br>Nationality<br>Religion<br>Disability<br>Age<br>Veteran status<br>Sexual orientation<br>Gender identity<br>Any other characteristic associated with systemic discrimination or marginalization. |
| You can turn on ads but only brands who opt in will run ads | Content that may be offensive to individuals or groups, but is used for education, news, or in a documentary.<br><br>Some examples of content that also fall into this category:<br><br>Political discourse or debate that may include offensive language but is intended to educate such as a political debate on trans rights.<br>Educational content:<br>Uncensored racial slurs or derogatory terms with the intent to educate the audience (e.g. uncensored or fully spelled out usage of the n-word).<br>Containing raw footage of someone conducting the following acts without explicitly promoting or glorifying the acts:<br>Focuses on shaming or insulting an individual or group.<br>Singles out someone for abuse or harassment.<br>Denies tragic events happened and are cover-ups.<br>Malicious personal attacks and defamation. |

| Ads guidance | Questionnaire options & details |
|---|---|
| You should turn off ads for this content | Hate or harassment towards individuals or groups. |

Some examples of content that also fall into this category:

Statements intended to disparage a protected group or imply/state its inferiority such as "all people from this country are disgusting".
Promoting, glorifying, or condoning violence against others.
Promoting hate groups or hate group paraphernalia.
Content that shames or insults an individual or group.
Content that singles out an individual or group for abuse or harassment.
Denies tragic events happened, frames victims/survivors as crisis actors.
Malicious personal attacks, slander, and defamation.

Recreational drugs and drug-related content

Content that promotes or features the sale, use, or abuse of illegal drugs, regulated legal drugs or substances, or other dangerous products is not suitable for advertising.

# Guide to Self-Certification

| Ads guidance | Questionnaire options & details |
|---|---|
| You can turn on ads for this content | Education, music, statements, or humorous references about drugs or drug paraphernalia that do not glorify them; drugs in a music video. |

Some examples of content that also fall into this category:

Discussing drugs or drug paraphernalia within the context of science, such as the scientific effects of drug use.
Discussing drugs where the intent is not to promote or glorify drug usage, such as a personal story about the opioid crisis.
Focus on drug busts or the drug trade within the context of news content but with no visible consumption or distribution.
Music videos with fleeting depiction of drugs.
Focus on the purchase, fabrication, or distribution of drugs, such as the fabrication of home-made opioids, news reports about cannabis farms.

| You can turn on ads but only brands who opt in will run ads | Content focusing on the display or effects of drug consumption; or the creation or distribution of drugs or drug paraphernalia in a comedic, non-educational, or non-documentary context. |

Some examples of content that also fall into this category:

Dramatized content showing the consumption of recreational drugs.
Music videos with focal depiction of drugs.

| Ads guidance | Questionnaire options & details |
|---|---|
| | Consumption of drugs in a news report without their glorification or promotion. |
| You should turn off ads for this content | Content showing or discussing abuse, buying, making, selling, or finding of drugs or drug paraphernalia in a graphic and detailed way. |

Some examples of content that also fall into this category:

Promotion or glorification of recreational drugs.
Tips or recommendations on drug use.
Focus on the recreational drug industry such as cannabis coffee shops, head shops, or cannabis farming.
Providing how-to guides on usage (including consumption and effects), purchase, fabrication, and/or distribution of drugs such as how to find a dealer or best places to get high.

## Firearms-related content

Content focused on the sale, assembly, abuse, or misuse of real or fake firearms is not suitable for advertising.

# Guide to Self-Certification

| Ads guidance | Questionnaire options & details |
|---|---|
| You can turn on ads for this content | Hunting-related content or guns shown in a safe environment like a shooting range. |

Some examples of content that also fall into this category:

Footage of shooting in the course of a hunting trip in an unpopulated location such as a forest.
Discussions on gun legislation or the issue of gun-control.

Definitions:

A "safe environment" refers to locations like shooting ranges or enclosed areas that are purpose built for target practice.

| You can turn on ads but only brands who opt in will run ads | Use of guns outside a controlled environment; display of homemade, 3D-printed, or previously modified guns; use of airsoft or ball bullet (BB) guns against others without protective gear. |

Some examples of content that also fall into this category:

| Ads guidance | Questionnaire options & details |
|---|---|
| | Showing guns being used in unprepared or uncontrolled environments (e.g. on a public street outside a home, inside a building that's not a shooting range). |
| You should turn off ads for this content | Content that shows gun creation or modification (including assembly or disassembly), promotes gun makers or sellers, or facilitates the sale of a gun, minors using guns without adult supervision.<br><br>Some examples of content that also fall into this category:<br><br>Guides as to how to add bump stocks to a firearm.<br>Recommendations of top gun manufacturers or firms from which to purchase firearms (e.g. "15 best gun shops").<br>Referring users directly to a site facilitating gun sales.<br>Promotions of the sale of a firearm or component, including but not limited to:<br>Sale of a firearm-related part or component that is essential to, or enhances the functionality of a firearm including:<br>80% finished gun-parts<br>Ammunition<br>Ammunition clips<br>Silencers<br>Ammunition belts<br>Stocks<br>Conversion kits<br>Gun-grips<br>Scopes<br>Sights<br>Videos which promote content for gun stores.<br>Videos which promote manufacturers or discount codes for gun stores.<br>Videos containing firearm-making instructions (e.g. replicable gun assembly/disassembly or steps on gun modifications), guides, or software, or equipment for 3D printing of guns or gun parts. |

## Controversial issues

'Controversial issues' refers to topics that may be unsettling for our users and are often the result of human tragedy. This policy applies even if the content is purely commentary or contains no graphic imagery.

# Guide to Self-Certification

| Ads guidance | Questionnaire options & details |
|---|---|
| You can turn on ads for this content | Content discussing preventing controversial issues. Content where the controversial issues are mentioned fleetingly in a video and are neither graphic nor descriptive. |

Title & Thumbnail:

References to controversial issues that are non-graphic (e.g. text or image of a razor).

Some examples of content that also fall into this category:

Objective coverage from a news source (can be the main topic and descriptive, but cannot contain graphic depictions).
Content that covers historical or legislative facts related to abortion.
Content for minors that raises awareness on eating disorders.
Content that covers topics such as domestic abuse, self-harm, or sexual harassment as a main topic without detailed descriptions or graphic depictions (e.g. a research piece on sexual abuse survivors and their lives, but the details on the brutality are not included).

Definitions:

Fleeting references are not the focus of content (not focal) and include passing references to topics listed as controversial or sensitive. For example, briefly acknowledging a controversial or sensitive topic (e.g. "In next week's video we'll be discussing declining rates of suicide.") wouldn't be considered focal, but rather fleeting.

**You can turn on ads but only brands who opt in will run ads** — Content about controversial issues that are not visually disturbing yet may contain descriptive language. Content that is dramatized/artistic, educational, documentary, or containing scientific presentations of these issues.

Title & thumbnail:

Graphic depictions of controversial issues in the thumbnail (including both real and dramatized/artistic depictions).

Some examples of content that also fall into this category:

Content that covers topics such as child or sexual abuse as a main topic without detailed descriptions or graphic depictions.
Personal accounts or opinion pieces related to abortion as a main topic without graphic depiction.

| Ads guidance | Questionnaire options & details |
|---|---|
| | Dramatized or artistic depictions of controversial issues that are not highly graphic (e.g. someone jumping off of a bridge in a movie, but the dead graphic body isn't being shown). |
| You should turn off ads for this content | Content which focuses on graphic depictions or detailed descriptions of controversial issues. Content is either graphic or highly descriptive with controversial issues being the central topic of the content. |

Some examples of content that also fall into this category:

First person account with shocking details on topics (e.g. a biography or detailed interview on survivors and their pasts), such as:
Child abuse
Pedophilia
Sexual abuse
Sexual harassment
Self-harm
Suicide
Eating disorder
Domestic abuse
Promotion or glorification of controversial issues in the content, title, or thumbnail (e.g. "how to kill yourself and die honorably").
Graphic depiction of self-harm where scars, blood, or injury are visible.
Explicit audio of the act taking place.

Definitions:

Focus or focal means that a segment or full video is about a given topic. It also means that there is a sustained discussion. A passing reference to one of the topics listed as controversial or sensitive is not a reason for No Ads. For example, briefly acknowledging a controversial or sensitive topic (e.g. "In next week's video we'll be discussing declining rates of suicide.") wouldn't be considered focal, but a segment of a video specifically talking about such a topic would be considered focal. Focus need not be verbal. If there is an image or text that focuses on the sensitive issue, that would be considered focus too.

## Sensitive events

A sensitive event is usually an unforeseen event in which there has been a loss of life, typically as a result of a pre-planned malicious attack by foreign terrorist organizations (FTO) or drug trade organizations (DTO). Sensitive events can cause a mournful response from the public or, at times, an extreme or visceral reaction. An event must be relatively recent if it's going to be considered a sensitive event. Context is important: for

instance, authoritative news reporting or documentary videos about a historic event may be eligible for monetization.

This policy applies even if the content is purely commentary or contains no graphic imagery.

## Guide to Self-Certification

| Ads guidance | Questionnaire options & details |
|---|---|
| You can turn on ads for this content | Fleeting mention of sensitive events; academic/documentary content on historic acts of terror prior to 9/11; educational content on terrorism or terrorist groups absent of graphic imagery or footage of actual terrorist attacks.<br><br>Some examples of content that also fall into this category:<br><br>Fleeting references to terrorist acts, armed conflict, or tragic events that result in the loss of human lives.<br>Foreign terrorist organizations (FTO):<br>Educational, documentary or dramatized content on these groups as a general subject without footage of terrorist attacks.<br>Comedic videos with fleeting references to FTOs or terrorism.<br>Drug trade organizations (DTO), such as drug cartels:<br>Educational or documentary videos focusing on the international drug trade as a whole (and not a specific DTO).<br>Dramatized content (e.g. movies) portraying FTO/DTOs or their members.<br>Comedic content covering DTOs or the international drug trade as a subject.<br><br>Definitions:<br><br>Fleeting references are not the focus of content (not focal) and include are the opposite of focus. A passing reference to one of the topics listed as controversial or sensitive falls under this definition. For example, briefly acknowledging a controversial or sensitive topic (e.g. "In next week's video we'll be discussing declining cases of terrorist attacks.") wouldn't be considered focal, but rather fleeting. |
| You can turn on ads but only brands who opt in will run ads | Educational or documentary content or public service announcements on drug trade organizations (DTO).<br><br>Some examples of content that also fall into this category:<br><br>Drug trade organizations (DTO), such as drug cartels:<br>Education or documentary content focused primarily on specific DTOs or DTO leaders.<br>May include non-graphic situations of attacks or and their aftermath, hostage situations, etc. |

| Ads guidance | Questionnaire options & details |
|---|---|
|  | Public service announcements on the related groups. |

You should turn off ads for this content

Discussions of terrorist attacks; events resulting in the catastrophic loss of human life; non-educational discussions of foreign terrorist organizations or drug trade organizations; content on these groups featuring graphic imagery in any context, or including the names of these organizations in the title of the video.

Some examples of content that also fall into this category:

Focus on sensitive events such as:
Atrocious acts or tragic events that result in the loss of human lives, such as mass shootings conducted by foreign terrorist groups or drug trade organizations.
Armed conflict (raw footage)
Terrorist acts (e.g. 9/11)
Footage or images from the scene/aftermath of a sensitive event.
Foreign terrorist organizations (FTOs):
Non-educational or non-documentary videos focusing on FTOs or the subject of terrorism, such as:
Discussions of a recent terrorist attack.
Relevant imagery or names of the group/leader anywhere in the content (e.g. in the thumbnail).
Content featuring shocking, graphic, and/or violent imagery, or scenes of incitement to or glorification of violence.
Content made by or in support of terrorist groups.
Content that celebrates or denies terrorist attacks.
Drug trade organizations (DTO), such as drug cartels:
Non-educational or non-documentary videos primarily focused on DTOs or the international drug trade.
Non-educational or non-documentary depictions of DTO-related imagery such as flags, slogans, banners, etc.
Recruitment of group members.
Glorification or promotion of the group (e.g. artistic expression, including music, implying justification for the violent acts).

Definitions:

An event must be relatively recent if it's going to be considered a sensitive event, such as the New Zealand Mosque Shooting.
Focus or focal means that a segment or full video is about a given topic.
It also means that there is a sustained discussion. A passing reference to one of the topics listed as controversial or sensitive is not a reason for No Ads.
For example, briefly acknowledging a controversial or sensitive topic (e.g. "In next week's video we'll be discussing declining rates of suicide.")

| Ads guidance | Questionnaire options & details |
| --- | --- |
| | wouldn't be considered focal, but a segment of a video specifically talking about such a topic would be considered focal. Focus need not be verbal. If there is an image or text that focuses on the sensitive issue, that would be considered focus too. |

Incendiary and demeaning

Content that is gratuitously incendiary, inflammatory, or demeaning may not be suitable for advertising. This policy falls under Hateful & derogatory in the self-certification questionnaire in YouTube Studio, so be sure to check that one as well for detailed guidance.

## Examples (non-exhaustive)

| Category | Limited or no ads 🖾🖾 |
| --- | --- |
| Content that is incendiary and demeaning | Content that focuses on shaming or insulting an individual or group |
| Content that harasses, intimidates, or bullies an individual or group of individuals | Content that singles out someone for abuse or harassment Content that suggests a tragic event did not happen, or that victims or their families are actors, or complicit in a cover-up of the event Malicious personal attacks, slander, and defamation |

Tobacco-related content

Content that promotes tobacco and tobacco-related products is not suitable for advertising. This policy falls under Harmful or dangerous acts in the self-certification questionnaire in YouTube Studio, so be sure to check that one as well for detailed guidance.

## Examples (non-exhaustive)

| Category | Limited or no ads 🖾🖾 |
| --- | --- |
| Promoting tobacco | Cigarettes, cigars, chewing tobacco |
| Promoting tobacco-related products | Tobacco pipes, rolling papers, vape pens |
| Promoting products designed to simulate tobacco smoking | Herbal cigarettes, e-cigarettes, vaping |

Adult themes in family content

Content that appears to be appropriate for a general audience but contains adult themes is not suitable for advertising. This guideline applies even if content is done for comedic or satirical purposes. This policy falls under Adult content in the self-certification questionnaire in YouTube Studio, so be sure to check that one as well for detailed guidance.

## Examples (non-exhaustive)

| Category | Limited or no ads  |
|---|---|
| Adult themes in family content | Content that is made to appear appropriate for a general audience, but contains adult themes, including:<br><br>Sex<br>Violence<br>Vulgarity<br>Other depictions of children or popular children's characters, that are unsuitable for a general audience. |

All videos uploaded to YouTube must comply with YouTube's Terms of Service and Community Guidelines. To be able to monetize with ads, you'll need to follow the YouTube monetization policies and Google AdSense Program policies.

We may reserve the right to disable ads on your entire channel in situations where the majority of your content is not suitable for any advertisers or where there are repeated, serious violations (e.g. uploading of content which is incendiary, demeaning or hateful).

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo

Submit

## YouTube Partner Program Basics

- YouTube channel monetization policies
- Advertiser-friendly content guidelines
- Upcoming and recent ad guideline updates

- Learn more about how YouTube works for you
- Updated Terms of Service FAQs



Creator Academy

Learn what advertiser-friendly content looks like with the Creator Academy.

- ©2021 Google
- Privacy Policy
- YouTube Terms of Service

| English? ▼ |
| --- |

English

1. català
2. dansk
3. Deutsch
4. English (United Kingdom)
5. español
6. español (Latinoamérica)
7. Filipino
8. français
9. hrvatski
10. Indonesia
11. italiano
12. latviešu
13. lietuvių
14. magyar
15. Nederlands
16. norsk
17. polski
18. português
19. português (Brasil)
20. română
21. slovenčina
22. slovenščina
23. suomi
24. svenska
25. Tiếng Việt
26. Türkçe
27. čeština
28. Ελληνικά
29. български

30. русский
31. српски
32. українська
33. עברית
34. العربية.
35. हिन्दी
36. ไทย
37. 中文（简体）
38. 中文（繁體）
39. 日本語
40. 한국어
41. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- Help Center

  o Fix a problem

  o Watch videos

  o Manage your account & settings

  o Supervised experience on YouTube

  o Join & manage YouTube Premium

- o <u>Create & grow your channel</u>

- o <u>Monetize with the YouTube Partner Program</u>

- o <u>Policy, safety, & copyright</u>

- <u>Community</u>

- <u>YouTube</u>

- <u>Privacy Policy</u>

- <u>YouTube Terms of Service</u>

- <u>Submit feedback</u>

  Troubleshoot problems playing videosTroubleshoot account issuesFix upload problemsFix YouTube Premium membership issuesGet help with the YouTube Partner Program
  Find videos to watchChange video settingsWatch videos on different devicesComment, subscribe, & connect with creatorsSave or share videos & playlistsTroubleshoot problems playing videosPurchase and watch movies and TV shows
  Sign up and manage your accountManage account settingsManage privacy settingsManage accessibility settingsTroubleshoot account issues
  Learn about YouTube Premium benefitsManage Premium membershipManage Premium billingGet a YouTube Premium family planSign up for a student Premium

membershipFix YouTube Premium membership issuesTroubleshoot billing & charge issues

Upload videosEdit videos & video settingsCreate ShortsCustomize & manage your channelAnalyze performance with analyticsTranslate videos & captionsManage your community & commentsLive stream on YouTube

YouTube Partner Program BasicsEarn money on YouTubeGet help with the YouTube Partner ProgramUnderstand ad policies for advertisersYouTube for Content Managers

YouTube policiesReporting and enforcementPrivacy and safety centerCopyright and rights management

## What is the issue with this selection?



Inaccurate - doesn't match what I see in the product

Hard to understand - unclear or translation is wrong

Missing info - relevant but not comprehensive

Irrelevant - doesn't match the title and / or my expectations

Minor errors - formatting issues, typos, and / or broken links

Other suggestions - ideas to improve the content

## Share additional info or suggestions

Do not share any personal info

Cancel

Submit

By continuing, you agree Google uses your answers, <u>account & system info</u> to improve services, per our <u>Privacy</u> & <u>Terms</u>.

# Exhibit "15"

10/27/21, 5:25 PM

Google AdSense Online Terms of Service

1. Welcome to AdSense!
Thanks for your interest in our search and advertising services (the "Services")!
By using our Services, you agree to (1) these Terms of Service, (2) the AdSense Program Policies, which include but are not limited to the Content Policies, the Webmaster Quality Guidelines, the Ad Implementation Policies, and the EU User Consent policy (collectively, the "AdSense Policies"), and (3) the Google Branding Guidelines (collectively, the "AdSense Terms"). If ever in conflict, these Terms of Service will take precedence over any other terms in the policies and guidelines enumerated in numbers (2) and (3) above.  Please read these Terms of Service and the rest of the AdSense Terms carefully.

As used in these Terms of Service, "you" or "publisher" means the individual or entity using the Services (and/or any individual, agent, employee, representative, network, parent, subsidiary, affiliate, successor, related entities, assigns, or all other individuals or entities acting on your behalf, at your direction, under your control, or under the direction or control of the same individual or entity who controls you). "We," "us" or "Google" means Google LLC, and the "parties" means you and Google.

2. Access to the Services; AdSense Accounts
Your use of the Services is subject to your creation and our approval of an AdSense Account (an "Account").  We have the right to refuse or limit your access to the Services. In order to verify your Account, from time-to-time we may ask for additional information from you, including, but not limited to, verification of your name, address, and other identifying information. By submitting an application to use the Services, if you are an individual, you represent that you are at least 18 years of age.
 You may only have one Account. If you (including those under your direction or control) create multiple Accounts, you will not be entitled to further payment from Google, and your Accounts will be subject to termination, pursuant to the provisions below.

By enrolling in AdSense, you permit Google to serve, as applicable, (i) advertisements and other content ("Ads"), (ii) Google search boxes and search results, and (iii) related search queries and other links to your websites, mobile applications, media players, mobile content, and/or other properties approved by Google (each individually a "Property").  In addition, you grant Google the right to access, index and cache the Properties, or any portion thereof, including by automated means. Google may refuse to provide the Services to any Property.

Any Property that is a software application and accesses our Services (a) may require preapproval by Google in writing, and (b) must comply with Google's Software Principles.

3. Using our Services
You may use our Services only as permitted by the AdSense Terms and any applicable laws.  Don't misuse our Services. For example, don't interfere with our Services or try to access them using a method other than the interface and the instructions that we provide.

You may discontinue your use of any Service at any time by removing the relevant code from your Properties.

4. Changes to our Services; Changes to the AdSense Terms
We are constantly changing and improving our Services. We may add or remove functionalities or features of the Services at any time, and we may suspend or stop a Service altogether.

We may modify the AdSense Terms at any time. We'll post any modifications to the Terms of Service on this page and any modifications to the AdSense Policies or the Google Branding Guidelines on their respective pages.  Changes will generally become effective 14 days after they are posted. However, changes addressing new functions for a Service or changes made for legal reasons will be effective immediately. If you don't agree to any modified terms in the AdSense Terms, you'll have to stop using the affected Services.

5. Payment
Subject to this Section and Section 6 of these Terms of Service, you will receive a payment related to the number of valid clicks on Ads displayed on your Properties, the number of valid impressions of Ads displayed on your Properties, or other valid events performed in connection with the display of Ads on your Properties, only if and when Google determines that your Properties have remained in compliance with the AdSense Terms (including all AdSense Policies as identified in Section 1 above) for the entirety of the period for which payment is made and through to the date that the payment is issued.

If your Account is in good standing through to the time when Google issues you a payment, we will pay you by the end of the calendar month following any calendar month in which the balance reflected in your Account equals or exceeds the applicable payment threshold. If Google is investigating your compliance with the AdSense Terms or you have been suspended or terminated, your payment may be delayed or withheld. To ensure proper payment, you are responsible for providing and maintaining accurate contact and payment information in your Account.

If you implement search Services, our payments may be offset by any applicable fees for such Services. In addition, Google may (a) withhold and offset any payments owed to you under the AdSense Terms against any fees you owe us under the

**1089**

10/27/21, 5:25 PM

AdSense Terms or any other agreement, or (b) require you to refund us within 30 days of any invoice any amounts we may have overpaid to you in prior periods. You are responsible for any charges assessed by your bank or payment provider.

Unless expressly authorized in writing by Google, you may not enter into any type of arrangement with a third party where that third party receives payments made to you under the AdSense Terms or other financial benefit in relation to the Services.

Payments will be calculated solely based on Google's accounting. You acknowledge and agree that you are only entitled to payment for your use of the Services for which Google has been paid; if, for any reason, Google does not receive payment from an advertiser or credits such payment back to an advertiser, you are not entitled to be paid for any associated use of the Services. Additionally, if an advertiser whose Ads are displayed on any Property defaults on payment to Google, we may withhold payment or charge back your Account.

Google has the right to withhold or adjust payments to you to exclude any amounts Google determines arise from invalid activity.  Invalid activity includes, but is not limited to, (i) spam, invalid clicks, invalid impressions, invalid queries, invalid conversions, or other invalid events on Ads generated by any person, bot, automated program or similar device, including through any clicks, impressions, queries, conversions, or other events originating from your IP addresses or computers under your control; (ii) clicks, impressions, queries, conversions, or other events solicited or generated by payment of money, false representation, or requests for end users to click on Ads or take other actions; (iii) Ads served to end users whose browsers have JavaScript disabled or who are otherwise tampering with ad serving or measurement; (iv) any click, impression, query, conversion, or other event occurring on a Property that does not comply with the AdSense Policies; (v) any click, impression, query, conversion, or other event occurring on a Property associated with another AdSense Account you use; and (vi) all clicks, impressions, queries, conversions, or other events in any Account with significant amounts of invalid activity, as described in (i-v) above or with the types of invalid activity indicating intentional misconduct. In the event Google detects invalid activity, either before or after issuing a payment for that activity, Google reserves the right to debit your Account, and adjust future payments accordingly, for all invalid clicks, impressions, queries, conversions, or other events including for all clicks, impressions, queries, conversions, or other events on Properties that do not comply with the AdSense Policies.

Additionally, Google may refund or credit advertisers for some or all of the advertiser payments associated with a publisher's Account. You acknowledge and agree that, whenever Google issues such refunds or credits, you will not be entitled to receive any payment for any associated use of the Services.

6. Termination, Suspension, and Entitlement to Further Payment

Google may at any time, without providing a warning or prior notice, temporarily suspend further payments on your Account, suspend or terminate the participation of any Property in the Services, or suspend or terminate your Account because of, among other reasons, invalid activity or your failure to otherwise fully comply with the AdSense Policies.  Google can terminate your participation in the Services, and close your Account, if your Account remains inactive for a period of 6 or more consecutive months. If Google closes your Account due to inactivity, and the balance reflected in your Account equals or exceeds the applicable threshold, we will pay you that balance, subject to our payment provisions in Section 5. If Google closes your Account due to inactivity, you will not be prevented from submitting a new application to use the Services.

If Google terminates your Account due to your breach of the AdSense Terms, including, but not limited to, your causing or failing to prevent invalid activity on any Property, or your failure to otherwise fully comply with the AdSense Policies, you will not be entitled to any further payment from Google for any prior use of the Services. If you breach the AdSense Terms or Google suspends or terminates your Account, you (i) are prohibited from creating a new Account, and (ii) may not be permitted to monetize content on other Google products.

If you dispute any payment made or withheld relating to your use of the Services, or, if Google terminates your Account and you dispute your termination, you must notify Google within 30 days of any such payment, non-payment, or termination by submitting an appeal. If you do not, any claim related to the disputed payment or your termination is waived.

You may terminate your use of the Services at any time by completing the account cancellation process.  Your AdSense Account will be considered terminated within 10 business days of Google's receipt of your notice.  If you terminate your Account and the balance reflected in your Account equals or exceeds the applicable threshold, we will pay you that balance, subject to the payment provisions in Section 5, within approximately 90 days after the end of the calendar month in which you terminated your use of the Services.  Any balance reflected in your Account below the applicable threshold will remain unpaid.

7. Taxes
As between you and Google, Google is responsible for all taxes (if any) associated with the transactions between Google and advertisers in connection with Ads displayed on the Properties.  You are responsible for all taxes (if any) associated with the Services, other than taxes based on Google's net income.  All payments to you from Google in relation to the Services will be treated as inclusive of tax (if applicable) and will not be adjusted.

8. Testing
You authorize Google to periodically conduct tests that may affect your use of the Services. To ensure the timeliness and validity of test results, you authorize Google to conduct such tests without notice.

10/27/21, 5:25 PM

9. Intellectual Property; Brand Features
Other than as set out expressly in the Agreement, neither party will acquire any right, title, or interest in any intellectual property rights belonging to the other party or to the other party's licensors.

If Google provides you with software in connection with the Services, we grant you a non-exclusive, non-sublicensable license for use of such software.  This license is for the sole purpose of enabling you to use and enjoy the benefit of the Services as provided by Google, in the manner permitted by the Agreement.  Other than distributing content via the AdMob SDK, you may not copy, modify, distribute, sell, or lease any part of our Services or included software, or reverse engineer or attempt to extract the source code of that software, unless laws prohibit those restrictions or you have our written permission.  You will not remove, obscure, or alter Google's copyright notice, Brand Features, or other proprietary rights notices affixed to or contained within any Google services, software, or documentation.

We grant you a non-exclusive, non-sublicensable license to use Google's trade names, trademarks, service marks, logos, domain names, and other distinctive brand features ("Brand Features") solely in connection with your use of the Services and in accordance with the AdSense Terms.  We may revoke this license at any time.  Any goodwill arising from your use of Google's Brand Features will belong to Google.

We may include your name and Brand Features in our presentations, marketing materials, customer lists and financial reports.

10. Privacy
Our privacy policy explains how we treat your personal data and protect your privacy when you use our Services. By using our Services, you agree that Google can use such data in accordance with our privacy policy. You and Google also agree to the Google Ads Controller-Controller Data Protection Terms.

You will ensure that at all times you use the Services, the Properties have a clearly labeled and easily accessible privacy policy that provides end users with clear and comprehensive information about cookies, device-specific information, location information and other information stored on, accessed on, or collected from end users' devices in connection with the Services, including, as applicable, information about end users' options for cookie management.  You will use commercially reasonable efforts to ensure that an end user gives consent to the storing and accessing of cookies, device-specific information, location information, or other information on the end user's device in connection with the Services where such consent is required by law.

11. Confidentiality
You agree not to disclose Google Confidential Information without our prior written consent. "Google Confidential Information" includes: (a) all Google software, technology and documentation relating to the Services; (b) click-through rates or other statistics relating to Property performance as pertaining to the Services; (c) the existence of, information about, or the terms of, any non-public beta or experimental features in a Service; and (d) any other information made available by Google that is marked confidential or would normally be considered confidential under the circumstances in which it is presented.  Google Confidential Information does not include information that you already knew prior to your use of the Services, that becomes public through no fault of yours, that was independently developed by you, or that was lawfully given to you by a third party.  Notwithstanding this Section 11, you may accurately disclose the amount of Google's gross payments resulting from your use of the Services.

12. Indemnity
You agree to indemnify and defend Google, its affiliates, agents, and advertisers from and against any and all third-party claims and liabilities arising out of or related to the Properties, including any content served on the Properties that is not provided by Google; your use of the Services; or your breach of any term of the AdSense Terms.  Google's advertisers are third-party beneficiaries of this indemnity.

13. Representations; Warranties; Disclaimers
You represent and warrant that (i) you have full power and authority to enter into the AdSense Terms; (ii) you are the owner of, or are legally authorized to act on behalf of the owner of, each Property; (iii) you are the technical and editorial decision maker in relation to each Property on which the Services are implemented and you have control over the way in which the Services are implemented on each Property; (iv) Google has never previously terminated or otherwise disabled an AdSense Account created by you due to your breach of the AdSense Terms, including due to invalid activity; (v) entering into or performing under the AdSense Terms will not violate any agreement you have with a third party or any third-party rights; and (vi) all of the information provided by you to Google is correct and current.

OTHER THAN AS EXPRESSLY SET OUT IN THE ADSENSE TERMS, WE DO NOT MAKE ANY PROMISES ABOUT THE SERVICES.  FOR EXAMPLE, GOOGLE MAY REFUSE TO SERVE, AS APPLICABLE, (i) ADVERTISEMENTS AND OTHER CONTENT ("ADS"), (ii) GOOGLE SEARCH BOXES AND SEARCH RESULTS, AND (iii) RELATED SEARCH QUERIES AND OTHER LINKS TO YOUR PROPERTIES. WE DO NOT GUARANTEE THAT EVERY PAGE WILL RECEIVE ADS OR THAT GOOGLE WILL SERVE A CERTAIN NUMBER OF ADS. ADDITIONALLY, WE DO NOT MAKE ANY COMMITMENTS ABOUT THE CONTENT WITHIN THE SERVICES, THE SPECIFIC FUNCTION OF THE SERVICES, OR THEIR PROFITABILITY, RELIABILITY, AVAILABILITY, OR ABILITY TO MEET YOUR NEEDS. WE PROVIDE EACH SERVICE "AS IS".

TO THE EXTENT PERMITTED BY LAW, WE EXCLUDE ALL WARRANTIES, EXPRESS, STATUTORY, OR IMPLIED.  WE EXPRESSLY DISCLAIM THE WARRANTIES OR CONDITIONS OF NONINFRINGEMENT, MERCHANTABILITY, AND FITNESS FOR A PARTICULAR PURPOSE.

14. Limitation of Liability
TO THE EXTENT PERMITTED BY LAW, EXCEPT FOR ANY INDEMNIFICATION OBLIGATIONS HEREUNDER OR YOUR BREACH OF ANY INTELLECTUAL PROPERTY RIGHTS, CONFIDENTIALITY OBLIGATIONS, AND/OR PROPRIETARY INTERESTS RELATING TO THE ADSENSE TERMS, (i) IN NO EVENT SHALL EITHER PARTY BE LIABLE UNDER THE ADSENSE TERMS FOR ANY CONSEQUENTIAL, SPECIAL, INDIRECT, EXEMPLARY, OR PUNITIVE DAMAGES WHETHER IN CONTRACT, TORT, OR ANY OTHER THEORY, EVEN IF SUCH PARTY HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES AND NOTWITHSTANDING ANY FAILURE OF ESSENTIAL PURPOSE OF ANY LIMITED REMEDY, AND (ii) EACH PARTY'S AGGREGATE LIABILITY UNDER THE ADSENSE TERMS IS LIMITED TO THE NET AMOUNT RECEIVED AND RETAINED BY THAT PARTICULAR PARTY IN CONNECTION WITH THESE ADSENSE TERMS DURING THE THREE MONTH PERIOD IMMEDIATELY PRECEDING THE DATE OF THE CLAIM.  Each party acknowledges that the other party has entered into the AdSense Terms relying on the limitations of liability stated herein and that those limitations are an essential basis of the bargain between the parties.

15. Miscellaneous
*Entire Agreement; Amendments.*  The AdSense Terms are our entire agreement relating to your use of the Services and supersede any prior or contemporaneous agreements on that subject.  The AdSense Terms may be amended (i) in a writing signed by both parties that expressly states that it is amending the AdSense Terms, or (ii) as set forth in Section 4, if you keep using the Services after Google modifies the AdSense Terms.

*Assignment.*  You may not assign or transfer any of your rights under the AdSense Terms.
*Independent Contractors.*  The parties are independent contractors and the AdSense Terms do not create an agency, partnership, or joint venture.
*No Third-Party Beneficiaries.* Other than as set forth in Section 12, the AdSense Terms do not create any third-party beneficiary rights.
*No Waiver.* Other than as set forth in Section 6, the failure of either party to enforce any provision of the AdSense Terms will not constitute a waiver.
*Severability.* If it turns out that a particular term of the AdSense Terms is not enforceable, the balance of the AdSense Terms will remain in full force and effect.
*Survival.* Sections 5, 6, 8, 12, 14, and 15 of these Terms of Service will survive termination.
*Governing Law; Venue.* All claims arising out of or relating to the AdSense Terms or the Services will be governed by California law, excluding California's conflict of laws rules, and will be litigated exclusively in the federal or state courts of Santa Clara County, California, USA, and you and Google consent to personal jurisdiction in those courts.
*Force Majeure.* Neither party will be liable for inadequate performance to the extent caused by a condition (for example, natural disaster, act of war or terrorism, riot, labor condition, governmental action, and Internet disturbance) that was beyond the party's reasonable control.
*Communications.* In connection with your use of the Services, we may contact you regarding service announcements, administrative messages, and other information. You may opt out of some of those communications in your Account settings. For information about how to contact Google, please visit our contact page.

\*          \*          \*

16. Service-Specific Terms
If you choose to implement any of the following Services on a Property, you also agree to the additional terms identified below:
AdMob: the AdMob Publisher Guidelines and Policies.
Custom Search Engine: the Custom Search Engine Terms of Service.

# **Exhibit "16"**



Advertising Policies Help

Sign in

Send feedback on...

This help content & information

General Help Center experience

Next

# Google Ads Terms & Conditions

Google provides translated versions of our Help Center as a convenience, though they are not meant to change the content of our policies. The English version is the official language we use to enforce our policies. To view this article in a different language, use the language dropdown at the bottom of the page.

Terms and Conditions can vary based on location. Google advertisers can find the Terms and Conditions for their country with our Google Ads Terms and Conditions finder.

For advertisers in Australia:

On November 1, 2016, the Google Advertising Program Terms applicable to Australia-based customers were changed and assigned to Google Australia Pty Ltd. A copy of the updated terms is available below:

> **Advertising Program Terms**
>
> These Advertising Program Terms ("Terms") are entered into by Google Australia Pty Ltd ("Google") and the entity executing these Terms or that accepts these Terms electronically ("Customer").  These Terms govern Customer's participation in Google's advertising programs and services (i) that are accessible through the account(s) given to Customer in connection with these Terms or (ii) that incorporate by reference these Terms (collectively, "Programs").  Please read these Terms carefully.  They require the use of binding arbitration to resolve disputes.
>
> 1 Programs.  Customer authorizes Google and its affiliates to place Customer's advertising

1094

materials, feed data,  and technology (collectively, "Ads" or "Creative") on
any content or property (each a "Property") provided by Google or
its affiliates on behalf of Google or, as applicable, a third party
("Partner").  Customer is solely responsible for all:  (i) Ads, (ii)
Ads trafficking or targeting decisions (e.g., keywords)
("Targets"), (iii) destinations to which Ads direct viewers (e.g., landing
pages, mobile applications) along with the related URLs, waypoints, and
redirects ("Destinations"), and (iv) services and products advertised on
Destinations (collectively, "Services"). The Program is an advertising
platform on which Customer authorizes Google and its affiliates to use
automated tools to format Ads. Google and its affiliates may also make
available to Customer certain optional Program features to assist
Customer with the selection or generation of Targets, Ads, or
Destinations.  Customer is not required to authorize use of these optional
features and, as applicable, may opt-in to or opt-out of usage of these
features.  However, if Customer uses these features, then Customer will
be solely responsible for the Targets, Ads, and Destinations.  Google and
its affiliates or Partners may reject or remove a specific Target, Ad, or
Destination at any time for any reason. For example an Ad or Target may
be rejected or removed by Google if it violates the Policies or if Google
believes the Ad or Target would expose Google or a Partner to liability.
Google and its affiliates may modify or cancel Programs at any
time.  Customer acknowledges that Google or its affiliates may participate
in Program auctions in support of its own services and products.  Some
Program features are identified as "Beta" or as otherwise unsupported or
confidential (collectively, "Beta Features"). Customer may not disclose any
information from Beta Features or the terms or existence of any non-
public Beta Features.


2 Policies.  Customer is solely responsible for its use of the Programs
(e.g., access to and use of Program accounts and safeguarding
usernames and passwords) ("Use").  Program Use is subject to applicable
Google policies available at google.com/ads/policies, and all other
policies made available by Google to Customer, including Partner policies,
and to the extent applicable, the Google EU User Consent Policy
at privacy.google.com/businesses/userconsentpolicy (in each case, as
modified from time to time, "Policies").  Customer also authorizes Google
to modify Ads as described in Policies.  In connection with the Program,
Google will comply with the Google Privacy Policy available
at google.com/policies/privacy (as modified from time to time).   To the
extent Program Use is within scope, Google and Customer agree, as
applicable, to the (i) Google Ads Controller-Controller Data Protection
Terms at privacy.google.com/businesses/controllerterms; or (ii) Google

Ads Data Processing Terms
at privacy.google.com/businesses/processorterms (collectively the "EU
Data Terms").  Google will not modify the EU Data Terms, except as
expressly permitted under the EU Data Terms.  Customer will not, and will
not authorize any third party to, (i) generate automated, fraudulent or
otherwise invalid impressions, inquiries, clicks or conversions, (ii) conceal
conversions for Programs where they are required to be disclosed, (iii) use
any automated means or form of scraping or data extraction to access,
query or otherwise collect Google advertising-related information from any
Property except as expressly permitted by Google., or (iv) attempt
to interfere with the functioning of the Programs.  Customer will direct
communications regarding Ads on Partner Properties under these Terms
only to Google.


3 Ad Serving.  (a) Customer will not provide Ads that contain or connect
to malware, spyware, unwanted software or any other malicious code or
knowingly breach or circumvent any Program security measure.  (b)
Customer may utilize an Ad server solely for serving or tracking Ads under
Programs that permit third-party Ad serving and only if the Ad server has
been authorized by Google to participate in the Program.  Google will
implement Customer's Ad server tags so that they are functional.  (c) For
online display Ad impressions billed on a CPM or vCPM basis ("Display
Ads"), if Google's applicable  impression count ("IC") for a Program is
higher than Customer's third-party Ad server ("3PAS") IC by more than 10%
over the invoice period, Customer will facilitate reconciliation efforts
between Google and 3PAS.  If this discrepancy is not resolved, Customer's
must make a claim within 60 days after the invoice date ("Claim
Period").  If Google determines that the claim is valid, then subject to
Section 9(b), Google will issue to Customer advertising credits equal
to (90% of Google's IC minus 3PAS's IC), multiplied by Google's reported
campaign average CPM or vCPM, as applicable, over the invoice
period.  Any advertising credits issued must be used by Customer within
60 days of issuance ("Use-By Date") and Google may suspend Customer's
permission to utilize that 3PAS provider and may suspend the
effectiveness of the discrepancy-resolution provisions of this Section for
that 3PAS provider.  Metrics from 3PAS whose Ad server tags are
provided to Google will be used in the above discrepancy-resolution
calculations.  Google may require that discrepancy records be provided
directly by 3PAS to Google.  Customer will not be credited for
discrepancies caused by 3PAS's inability to serve Ads.

4 Testing.  Customer authorizes Google and its affiliates to periodically conduct tests that may affect Customer's Use of Programs, including Ad formatting, Targets, Destinations, quality, ranking, performance, pricing, and auction-time bid adjustments.  To ensure the timeliness and validity of test results and subject to Section 9(b), Customer authorizes Google to conduct such tests without notice or compensation to Customer.

5 Ad Cancellation.  Unless a Policy, the Program user interface, or an agreement referencing these Terms (an "IO") provides otherwise, either party may cancel any Ad at any time before the earlier of Ad auction or placement, but if Customer cancels an Ad after a commitment date provided by Google (e.g., a reservation-based campaign), then Customer is responsible for any cancellation fees communicated by Google to Customer, and the Ad may still be published.  Cancelled Ads will generally cease serving within 8 business hours or as described in a Policy or IO, and Customer remains obligated to pay all charges resulting from served Ads (e.g., fees based on conversion).  Customer must effect cancellation of Ads (i) online through Customer's account, if the functionality is available, (ii) if this functionality is not available, with notice to Google via email to Customer's account representative or (iii) if this functionality is not available and Customer does not have an account representative, with notice to Google via email to ads-support@google.com (collectively, the "Ad Cancellation Process"). Customer will not be relieved of any payment obligations for Ads not submitted or submitted by Customer after the due date provided by Google. Google will not be bound by a Customer-provided IO.

6 Warranty, Rights, and Obligations. Customer warrants that
(a) Customer holds, and hereby grants Google, its affiliates and Partners, the rights in Ads, Destinations, and Targets for Google, its affiliates and Partners to operate the Google Programs (including, in the case of feed data, after Customer ceases to use the Programs), and (b) all information and authorizations provided by Customer are complete, correct and current. Customer authorizes Google and its affiliates to automate retrieval and analysis of, and create test credentials to access, Destinations for the purposes of the Programs.  By providing any mobile or other telephone number to Google in connection with the Programs, Customer authorizes Google, its affiliates and their agents to call and send text messages (for which standard message and data rates may apply) to the provided telephone numbers, including by an automatic telephone dialing system, for purposes of the

Programs.  However,  Google will not rely on this permission to initiate autodialed calls or text messages for marketing purposes.  Customer further authorizes Google, its affiliates and their agents to send electronic mail to Customer for purposes of the Programs.  Customer warrants that it is authorized to act on behalf of, and has bound to these Terms, each third party, if any, for which Customer advertises in connection with these Terms ("Advertiser") and any references to Customer in these Terms will also apply to Advertiser, as applicable.  If for any reason Customer has not bound an Advertiser to these Terms, Customer will be liable for performing any obligation Advertiser would have had under these Terms had Advertiser been bound.   If Customer is using a Program on its own behalf to advertise, for that use Customer will be deemed to be both Customer and Advertiser.  Customer will provide Advertiser with reporting data no less than on a monthly basis, that discloses absolute dollars spent on Google and performance (at a minimum cost, clicks and impressions of users on the account of that Advertiser) in a reasonably prominent location.  Google may, upon request of an Advertiser, share Advertiser-specific information with Advertiser.

7 Make-Goods.  For reservation-based Display Ads, Google will deliver any agreed-on aggregate number of Display Ads by the end of the campaign. If Google fails to do so, then subject to Section 9(b), any Customer disputing payment made to Google for such Display Ads must make a claim during the Claim Period.  If Google confirms the accuracy of the claim, then Google will not charge Customer for the undelivered Display Ads or, if Customer has already paid, at Google's reasonable discretion and subject to Section 9(b), Google will provide for (i) advertising credits, which must be used by the Use-By Date, (ii) placement of the Display Ads in a comparable position within 60 days of Google's confirmation of the accuracy of the claim or (iii) an extension of the term of the campaign.  Google cannot assure that any auction-based Ads will be delivered and therefore make-goods do not apply to auction-based Ads.

8 Payment.  Customer will pay all charges incurred in connection with a Program, using a payment method approved by Google for that Customer (as modified from time to time), within a commercially reasonable time period specified by Google (e.g., in the Program user interface or IO).  Late payments bear interest at the rate of 1.5% per month (or the highest rate permitted by law, if less).  Charges are exclusive of taxes.  Customer will pay (i) all taxes and other government charges and (ii) reasonable expenses and legal fees Google incurs in collecting late

payments that are not disputed in good faith.  Charges are based on the billing criteria under the applicable Program (e.g., based on clicks, impressions, or conversions). Any portion of a charge not disputed in good faith must be paid in full.  No party may offset any payment due under these Terms against any other payment to be made under these Terms.  Google may, in its sole discretion, extend, revise or revoke credit at any time. Google is not obligated to deliver any Ads in excess of any credit limit.  If Google does not deliver Ads to the selected Targets or Destinations, then subject to Section 9(b), Customer must make a claim for advertising credits within the Claim Period, after which Google will issue the credits following claim validation which must be used by the Use-By Date.  Customer understands that third parties may generate impressions or clicks on Customer's Ads for prohibited or improper purposes and if that happens, subject to Section 9(b), Customer must make a claim for advertising credits within the Claim Period, after which Google will issue the credits following claim validation, which must be used by the Use By Date. TO THE FULLEST EXTENT PERMITTED BY LAW, CUSTOMER WAIVES ALL CLAIMS RELATING TO ANY PROGRAM CHARGES UNLESS A CLAIM IS MADE WITHIN THE CLAIM PERIOD.

9 Disclaimers.  (a) TO THE FULLEST EXTENT PERMITTED BY LAW AND SUBJECT TO 9(b) BELOW, EACH PARTY ON BEHALF OF ITSELF AND ITS AFFILIATES EXCLUDES ALL IMPLIED WARRANTIES, INCLUDING WITHOUT LIMITATION FOR NON-INFRINGEMENT, SATISFACTORY QUALITY, MERCHANTABILITY AND FITNESS FOR ANY PURPOSE.  TO THE FULLEST EXTENT PERMITTED BY LAW AND SUBJECT TO 9(b) BELOW, THE PROGRAMS AND GOOGLE, ITS AFFILIATES, AND PARTNER PROPERTIES ARE PROVIDED "AS IS" AND AT CUSTOMER'S AND ADVERTISER'S OPTION AND RISK AND NONE OF GOOGLE, ITS AFFILIATES OR GOOGLE'S PARTNERS MAKE ANY GUARANTEE OR REPRESENTATION IN CONNECTION WITH THE PROGRAMS OR PROGRAM RESULTS. (b) CERTAIN LAWS OF THE JURISDICTION IN WHICH CUSTOMER RESIDE, SUCH AS THE AUSTRALIAN CONSUMER LAW, MAY CONFER RIGHTS AND REMEDIES AND IMPLY TERMS INTO THESE TERMS THAT CANNOT BE EXCLUDED. THOSE RIGHTS, REMEDIES, AND IMPLIED TERMS ARE NOT EXCLUDED BY THESE TERMS. TO THE EXTENT THAT THE RELEVANT LAWS PERMIT GOOGLE TO LIMIT THEIR OPERATION, GOOGLE'S LIABILITY UNDER THOSE LAWS WILL BE LIMITED AT ITS OPTION, TO THE SUPPLY OF THE SERVICES AGAIN, OR PAYMENT OF THE COST OF HAVING THE SERVICES SUPPLIED AGAIN.

10  Limitation of Liability.  EXCEPT FOR SECTION 11 AND CUSTOMER'S BREACHES OF SECTIONS 3(A), 14(D) OR THE LAST SENTENCE OF SECTION 1, TO THE FULLEST EXTENT PERMITTED BY LAW BUT ALWAYS SUBJECT TO SECTION 8(b):  (a) NO PARTY OR ITS AFFILIATES MAY BE HELD LIABLE UNDER OR IN CONNECTION WITH THESE TERMS (WHETHER IN CONTRACT, TORT, INCLUDING, WITHOUT LIMITATION, NEGLIGENCE OR OTHERWISE) FOR ANY: (I) LOSS OF PROFIT; (II) LOSS OF ANTICIPATED SAVINGS: (III) LOSS OF BUSINESS OPPORTUNITY; (IV) LOSS OF OR CORRUPTION OF DATA; (V) LOSS OR DAMAGE RESULTING FROM THIRD PARTY CLAIMS; OR (VI) INDIRECT, SPECIAL OR CONSEQUENTIAL LOSSES; SUFFERED OR INCURRED BY THE OTHER PARTY (WHETHER OR NOT SUCH LOSSES WERE IN CONTEMPLATION OF THE PARTIES AT THE DATE THESE TERMS WERE ACCEPTED BY CUSTOMER);  AND (b) SUBJECT TO SECTION 9(a) OTHER THAN CUSTOMER'S PAYMENT OBLIGATIONS UNDER THESE TERMS, EACH PARTY'S AGGREGATE LIABILITY TO THE OTHER FROM ANY GIVEN EVENT OR SERIES OF CONNECTED EVENTS UNDER OR IN CONNECTION WITH THESE TERMS, IS LIMITED TO THE GREATER OF: (I) THE AMOUNT PAYABLE TO GOOGLE BY CUSTOMER UNDER THE TERMS IN THE TWO MONTHS IMMEDIATELY PRECEDING THE MONTH IN WHICH THE EVENT (OR FIRST IN A SERIES OF CONNECTED EVENTS) OCCURRED; AND (II) AUD $10,000.

11 Indemnification. Customer will defend, and indemnify Google, its Partners, agents, affiliates, and licensors (each an "Indemnified Person") against all liabilities, damages, losses, costs, fees (including legal fees), and expenses relating to any third-party allegation or legal proceeding to the extent arising out of or related to Ads, Targets, Destinations, Services, Use or any breach of these Terms by Customer, except in relation to each Indemnified Person, to the extent that the third party claim or liability arises as a direct result of: (a) that Indemnified Person's negligence or misconduct; or (b) that Indemnified Person's breach of the Terms.  Partners are intended third-party beneficiaries of this Section.

12 Changes to Terms. Google may make non-material changes to these Terms at any time without notice, but Google will
provide advance notice of any material changes to these Terms. The Terms will be posted at google.com/ads/terms. The changes to the Terms will not apply retroactively and will become effective no less than 7 days after notice.  However, changes made for legal reasons will be

1100

effective immediately upon notice.  Either party may terminate these Terms at any time with notice to the other party, but (i) campaigns not cancelled under Section 5 and new campaigns may be run and reserved and (ii) continued Program Use is, in each case, subject to Google's terms and conditions then in effect for the Programs (available at google.com/ads/terms).  Google may suspend Customer's ability to participate in the Programs at any time,  for example, in the event of payment issues, suspected or actual violations of the Policies or these Terms or for legal reasons.  In all cases, the running of any Customer campaigns after termination is in Google's sole discretion.


13 DISPUTE RESOLUTION AGREEMENT.

A.      Negotiation.  In the event any dispute arises out of or in connection with these Terms  (each, a "Dispute"), the parties will make good faith efforts to resolve the Dispute within 60 days of written notice of the Dispute from the other party. If the parties are unable or unwilling to resolve the Dispute in that time, the Dispute will be finally determined by arbitration administered by the International Centre for Dispute Resolution ("ICDR") under its International Arbitration Rules ("Rules").  This agreement to arbitrate is intended to be broadly interpreted and, among other claims, applies to any claims brought by or against (i) Google, Google affiliates that provide the Programs to Customer or Advertiser, Google parent companies, and the respective officers, directors, employees, agents, predecessors, successors, and assigns of these entities and (ii) Customer or Advertiser, the respective affiliates and parent companies of Customer or Advertiser, and the respective officers, directors, employees, agents, predecessors, successors, and assigns of these entities.

B.      Arbitration Procedures.  The place of arbitration will be Santa Clara County, California. The arbitration will be before a tribunal of three arbitrators. The claimant(s) will select one arbitrator of the tribunal in accordance with the Rules, and the respondent(s) will jointly select the second arbitrator in accordance with the Rules.  If the parties fail to agree on the third arbitrator (the "Chairman") within 20 days of the confirmation of the second, the ICDR will appoint the Chairman in accordance with the Rules. The arbitration will be conducted in English. Except as may be otherwise required by law, the existence, contents or results of any arbitration, including any documents or evidence produced, will be strictly confidential. The decision of the arbitrators will be final and binding and judgment upon any awards rendered by the arbitrators may be entered in any court of competent jurisdiction thereof.  The arbitrators will not be bound by rulings in other arbitrations in which Customer or Advertiser is

not a party. The arbitrators will have the power to grant declaratory or injunctive relief, whether interim or final, only in favor of the individual party seeking relief and only to the extent necessary to provide relief warranted by that party's individual claim without affecting other Google users or other Customers or Advertisers, and any provisional measures ordered by the arbitrators may be enforced by any court of competent jurisdiction. Nothing in these Terms will prevent either party from seeking individualized provisional or preliminary relief from any court of competent jurisdiction, and any such application to a court for individualized provisional or preliminary relief will not be deemed incompatible with the agreement to arbitrate or a waiver of the right to arbitrate.

14 Miscellaneous.  (a) ALL CLAIMS ARISING OUT OF OR RELATING TO THESE TERMS OR THE PROGRAMS WILL BE GOVERNED BY CALIFORNIA LAW, EXCLUDING CALIFORNIA'S CONFLICT OF LAWS RULES, EXCEPT TO THE EXTENT THAT CALIFORNIA LAW IS CONTRARY TO OR PREEMPTED BY FEDERAL UNITED STATES LAW. (b) EXCEPT AS PROVIDED IN SECTION 13, SOLELY IN THE EVENT THAT SECTION 13 IS NOT ENFORCED AS TO A PARTICULAR CLAIM OR DISPUTE, ALL CLAIMS ARISING OUT OF OR RELATING TO THESE TERMS OR THE PROGRAMS WILL BE LITIGATED EXCLUSIVELY IN THE FEDERAL OR STATE COURTS OF SANTA CLARA COUNTY, CALIFORNIA; THE PARTIES CONSENT TO PERSONAL JURISDICTION IN THESE COURTS.  (c) These Terms are the parties' entire agreement relating to their subject matter and supersede any prior or contemporaneous agreements on those subjects. (d) Customer may not make any public statement regarding the relationship contemplated by these Terms (except when required by law).   (e) All notices of termination or breach, or under Section 13, must be in writing and addressed to the other party's Legal Department (or if it is not known if the other party has a Legal Department then to the other party's primary contact or other address on file). The email address for notices being sent to Google's Legal Department is legal-notices@google.com.  All other notices to Customer will be in writing and sent to an email address associated with Customer's account.  All other notices to Google will be in writing and addressed to Customer's primary contact at Google or other method made available by Google.   Notice will be treated as given on receipt, as confirmed by written or electronic means.  These notice requirements do not apply to legal service of process, which is instead governed by applicable law. (f) Except for modifications to these Terms by Google under Section 12, any amendment must be agreed to by both parties and must expressly state that it is amending these Terms.  Neither party will be treated as having waived any rights by not exercising (or by delaying the exercise of) any

rights under these Terms. If any provision of these Terms is found unenforceable, that provision will be severed and the balance of the Terms will remain in full force and effect.  (g) Neither party may assign any part of these Terms without the written consent of the other party save that (A) Google may assign all or part of its rights and/or obligations under these Terms to an affiliate if Google has notified Customer of the assignment, and (B) Customer may assign all of its rights and obligations under these Terms to an affiliate but only where (I) the assignee agrees in writing to be bound by these Terms, (II) Customer remains liable for obligations under these Terms if the assignee defaults on them, and (III) Customer has notified Google of the assignment.  Any other attempt to transfer or assign is void.   (h) Except as expressly listed in Sections 11 and 13, there are no third-party beneficiaries to these Terms.  (i) These Terms do not create any agency, partnership or joint venture among the parties.  (j) Sections 1 (last sentence only) and 8 through 14 will survive termination of these Terms.  (k) Except for payment obligations, no party or its affiliates are liable for failure or delay in performance to the extent caused by circumstances beyond its reasonable control.

September 1, 2017

Give feedback about this article
Choose a section to give feedback on

Was this helpful?
YesNo



Submit

©2021 Google

- Privacy Policy
- Terms of Service



English

1. català
2. dansk
3. Deutsch

4.  eesti
5.  English (Australia)
6.  English (United Kingdom)
7.  español
8.  español (Latinoamérica)
9.  Filipino
10. français
11. hrvatski
12. Indonesia
13. italiano
14. latviešu
15. lietuvių
16. magyar
17. Melayu
18. Nederlands
19. norsk
20. polski
21. português
22. português (Brasil)
23. română
24. slovenčina
25. slovenščina
26. suomi
27. svenska
28. Tiếng Việt
29. Türkçe
30. čeština
31. Ελληνικά
32. български
33. русский
34. српски
35. українська
36. עברית
37. العربية
38. हिन्दी
39. ไทย
40. 中文（简体）
41. 中文（繁體）
42. 日本語
43. 한국어
44. English

Send feedback on...
This help content & information General Help Center experience



Google Help

- [Help Center](#)

  ○ [List of ad policies](#)

  ○ [Review process](#)

  ○ [Verification](#)

  ○ [Change log](#)

- [Advertising Policies](#)

- [Privacy Policy](#)

- [Terms of Service](#)

- [Submit feedback](#)

Advertising policiesThird-party policiesRelated policies & terms
Approval processDisapprovals and suspensions
Verification programs
Upcoming and recent changesPast changes

# What is the issue with this selection?



Inaccurate - doesn't match what I see in the product



Hard to understand - unclear or translation is wrong



Missing info - relevant but not comprehensive



Irrelevant - doesn't match the title and / or my expectations



Minor errors - formatting issues, typos, and / or broken links



Other suggestions - ideas to improve the content

# Share additional info or suggestions



Do not share any personal info
Cancel
Submit
By continuing, you agree Google uses your answers, account & system info to improve services, per our Privacy & Terms.

# Exhibit "17"

YouTube

Our mission is to give everyone a
voice and show them the world.



We believe that everyone deserves to
have a voice, and that the world is a
better place when we listen, share and
build community through our stories.

Our values are based on four essential
freedoms that define who we are.

**Freedom of Expression**

We believe people should be able to speak freely, share opinions, foster
open dialogue, and that creative freedom leads to new voices, formats
and possibilities

**Freedom of Information**

We believe everyone should have easy, open access to information and
that video is a powerful force for education, building understanding, and
documenting world events, big and small.

**Freedom of Opportunity**

We believe everyone should have a chance to be discovered, build a
business and succeed on their own terms, and that people not
gatekeepers decide what's popular

**Freedom to Belong**

We believe everyone should be able to find communities of support,
break down barriers, transcend borders and come together around
shared interests and passions

The latest news from YouTube          Trending topics and videos on YouTube

"5 ways we're toughening our approach          "Historic Movie Trailers on YouTube,
to protect families on YouTube and                    Ranked by Popularity"
YouTube Kids"

Read the story    Visit the YouTube Blog          Read the story    Visit the Trends Blog





Our mission is to give everyone a
voice and show them the world.





We believe that everyone deserves to
have a voice, and that the world is a
better place when we listen, share and
build community through our stories.

Our values are based on four essential
freedoms that define who we are.

YouTube

# Freedom of Expression

We believe people should be able to speak freely, share opinions, foster open dialogue, and that creative freedom leads to new voices, formats and possibilities.

# Freedom of Information

We believe everyone should have easy, open access to information and that video is a powerful force for education, building understanding, and documenting world events, big and small.

# Freedom of Opportunity

We believe everyone should have a chance to be discovered, build a business and succeed on their own terms, and that people—not gatekeepers—decide what's popular.

YouTube

# Freedom to Belong

We believe everyone should be able to find communities of support, break down barriers, transcend borders and come together around shared interests and passions.

The latest news from YouTube

"5 ways we're toughening our approach to protect families on YouTube and YouTube Kids"

Read the story     Visit the YouTube Blog

Trending topics and videos on YouTube

"Historic Movie Trailers on YouTube, Ranked by Popularity"

Read the story     Visit the Trends Blog

YouTube

The latest news from YouTube

Trending topics and videos on YouTube

"5 ways we're toughening our approach to protect families on YouTube and YouTube Kids"

"Historic Movie Trailers on YouTube, Ranked by Popularity"

**Read the story**        **Visit the Trends Blog**

**Read the story**        **Visit the YouTube Blog**

    

YouTube        YouTube        Partners        Resources        Connect



   

**YouTube**

| YouTube | Partners | Resources | Connect |
|---------|----------|-----------|---------|
| About | Advertise | Policies & Safety | Twitter |
| Blogs | Creators | Copyright | Instagram |
| Merchandise | Developers | Brand Guidelines | Facebook |
| Jobs | Press | Help Center | Google+ |
| YouTube Red | Preferred Lineups | Privacy | Tumblr |

English ▼

© 2017 YouTube     Ter

Obstler Ex. A - page 7

1114

# Exhibit "18"



Our mission    Our commitments    Product features    User settings

# Our mission is to give everyone a voice and show them the world.

We believe that everyone deserves to have a voice, and that the world is a better place when we listen, share and build community through our stories.

## Freedom of Expression

We believe people should be able to speak freely, share opinions, foster open dialogue, and that creative freedom leads to new voices, formats and possibilities.

## Freedom of Information

We believe everyone should have easy, open access to information and that video is a powerful force for education, building understanding, and documenting world events, big and small.

## Freedom of Opportunity

Case 3:20-cv-04011-VC    Document 119    Filed 08/01/23    Page 1122 of 1140



**Our mission**    Our commitments    Product features    User settings

---

## Freedom to Belong

We believe everyone should be able to find communities of support, break down barriers, transcend borders and come together around shared interests and passions.

**Connect**            



Policies & Safety    Copyright    Brand Guidelines    Privacy    Terms

Help

# Exhibit "19"



**Our mission**    **Our commitments**    **Product features**    **User settings**

# Ever wonder
# how YouTube works?

Every day, millions of people come to YouTube to be informed, inspired, or just plain delighted. Over time, questions have come up about how YouTube works, so we've created this site to provide some answers - and explain what we're doing to foster a responsible platform the users, creators, and artists who make up our community can rely on.



## Our commitments

Discover what we're doing for our community

Case 3:20-cv-04011-VC   Document 119   Filed 08/01/22   Page 1125 of 1140



Our mission        Our commitments        Product features        User settings

At the heart of our approach are the four Rs - we **Remove** content that violates our policies, **Reduce** the spread of harmful misinformation and borderline material, **Raise up** authoritative sources for news and information, and **Reward** trusted Creators.



Managing harmful content



Curbing extremist content



Fostering child safety



Preventing bias



Standing up to hate



Sharing revenue



Fighting misinformation



Supporting political integrity



Responding to COVID-19

Case 3:20-cv-04011-VC   Document 119   Filed 08/01/22   Page 1126 of 1140



| Our mission | Our commitments | Product features | User settings |

Whatever you're looking for on YouTube, we want you to find peace of mind while you're there.

 Protecting user data

 Safeguarding copyright

 Promoting digital wellbeing

# Our products and policies

We want you to have the best possible experience while you're using YouTube. So our products help you find what you're looking for and stay in control of what you see. Meanwhile, our policies explain what you can and cannot do while you're there, so everyone plays by the same rules.

Read on to find out how each of our products and policies work.



Our mission    Our commitments    Product features    User settings



## Product features

YouTube Search

Recommended videos

News and information

Monetization for Creators

YouTube Live

## User settings

Privacy controls

Ad Settings

Parental controls

 **YouTube**

Our mission    Our commitments    Product features    User settings

## Rules and policies

Policies overview

Community Guidelines

Copyright

Monetization policies

Legal removals

# Our progress and impact

Find out more about how we're progressing on our commitment to responsibility and the impact that YouTube has on culture, society, and local economies.



## Responsibility through the years

A year by year history of how we've been building a more responsible platform.

**LEARN MORE**

Case 3:20-cv-04011-VC   Document 119  Filed 08/01/22  Page 130 of 1140

## YouTube

Our mission    Our commitments    Product features    User settings



## Progress on managing harmful content

Key data points to show you how we're enforcing our policies on harmful content.

**LEARN MORE**



## Our impact

Stories about how some of YouTube's creative entrepreneurs are transforming their lives and communities.



Our mission    Our commitments    Product features    User settings



## Culture and trends

Data, current trends, and records that help you better understand the next generation of Creators and artists.

**LEARN MORE**



Case 3:20-cv-04011-VC   Document 119   Filed 08/01/22   Page 1132 of 1140



| Our mission | Our commitments | Product features | User settings |

## Advancing sustainability

The innovations and investments behind Google and YouTube's plan for a carbon-free future.

**LEARN MORE**

Connect       



Policies & Safety     Copyright     Brand Guidelines     Privacy     Terms

Help          English                    ⌄

# Exhibit "20"



Our mission     Our commitments     Product features     User settings

**RULES AND POLICIES**

# Community Guidelines



**Community Guidelines**     Developing Community Guidelines     Enforcing Community Guidelines

Overview

     Our mission          Our commitments          Product features          User settings

comments, links, and thumbnails. Our Community Guidelines are a key part of our [principles](#)
developed by an expert panel convened by the National Academy of Medicine. and are regularly
updated in consultation with outside experts and YouTube creators to keep pace with emerging
challenges.

We enforce these Community Guidelines using a combination of human reviewers and machine
learning, and apply them to everyone equally—regardless of the subject or the creator's background,
political viewpoint, position, or affiliation.

Our policies aim to make YouTube a safer community while still giving creators the freedom to share
a broad range of experiences and perspectives.

## What areas do Community Guidelines cover?

You'll find a full list of our Community Guidelines below:

## Spam & deceptive practices

[Fake engagement ⎘](#)

[Impersonation ⎘](#)

[External links ⎘](#)

[Spam, deceptive practices & scams ⎘](#)

[Playlists ⎘](#)

[Additional policies ⎘](#)



Sensitive content

Child safety

Thumbnails

Nudity and sexual content

Suicide and self-harm

Vulgar language

## Violent or dangerous content

Harassment and cyberbullying

Harmful or dangerous content

Hate speech

Violent criminal organizations

Violent or graphic content

## Regulated goods

Firearms

Sale of illegal or regulated goods or services

## Misinformation

Case 3:20-cv-04011-VC   Document 119   Filed 08/04/22   Page 1137 of 1140

 **YouTube**     Our mission     Our commitments     Product features     User settings

Elections misinformation

COVID-19 medical misinformation

Vaccine misinformation

In addition to Community Guidelines, creators who want to monetize content on YouTube must comply with **Monetization Policies**.

## Related articles

Progress on managing harmful content

**READ MORE**

Managing harmful content

**READ MORE**

Legal removals

**READ MORE**

**Connect**   



Our mission        Our commitments        Product features        User settings



Policies & Safety      Copyright      Brand Guidelines      Privacy      Terms

Help      English

# Exhibit "21"



[Our mission](#)
Our commitments
[Managing harmful content How does YouTube manage harmful content? Standing up to hate How does YouTube protect the community from hate and harassment? Fighting misinformation How does YouTube combat misinformation? Curbing extremist content How does YouTube prevent radicalization? Supporting political integrity How does YouTube support civic engagement and election integrity? Preventing bias What does YouTube do to prevent bias? Fostering child safety How does YouTube help keep kids protected on the platform? Protecting user data How does YouTube maintain user privacy? Safeguarding copyright How does YouTube protect copyrighted content? Sharing revenue How does YouTube make money? Promoting digital wellbeing How does YouTube support users' digital wellbeing? Responding to COVID-19 How is YouTube supporting users during COVID-19?](#)
Product features
[YouTube Search How our search tool can help you find content you'll love Recommended videos How we recommend content we think you'll want to watch News and information How we provide context for your search results and videos Health information How we provide context for health queries Monetization for Creators How Creators earn money on YouTube YouTube Live How you can reach your community in real time with Live and Premieres](#)
User settings
[Privacy controls How we protect your information and what you can do to control your privacy Ad Settings How our advertising works and how to customize your ad experience Parental controls How you can create a family friendly experience Autoplay How Autoplay works and how to turn it off](#)
Rules and policies
[Policies overview How our rules and policies help keep our platform safe Community Guidelines How we define what we do and don't allow on YouTube Copyright How we help Creators responsibly manage their content Monetization policies How Creators can monetize their content as part of the YouTube Partner Program Legal removals How we approach content that violates local law](#)
Progress and impact
[Responsibility through the years How we've been building a more responsible platform over the years Progress on managing harmful content How we're enforcing our policies on harmful content by the numbers Our impact How creative entrepreneurs are transforming their lives and communities Culture and trends How to better understand the next generation of Creators and artists Advancing sustainability How we're investing in a carbon-free future](#)
Resources
[Downloadable summaries Download shareable summaries of essential content on this website about our responsibility efforts Advertiser resources Find resources and quick guides on Brand Safety for advertisers Brand resources Access brand resources such as our YouTube logo, color palettes, and permissions form](#)
[Our mission](#) Our commitments [Managing harmful content Standing up to hate Fighting misinformation Curbing extremist content Supporting political integrity Preventing bias Fostering child safety Protecting user data Safeguarding copyright Sharing revenue Promoting digital wellbeing Responding to COVID-19](#) Product features [YouTube Search Recommended videos News and information Health information Monetization for Creators YouTube Live](#) User