DAVID H. KRAMER, SBN 168452
LAUREN GALLO WHITE, SBN 309075
KELLY M. KNOLL, SBN 305579
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, California 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: dkramer@wsgr.com
Email: lwhite@wsgr.com
Email: kknoll@wsgr.com

BRIAN M. WILLEN (*Pro Hac Vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, New York 10019-6022
Telephone: (212) 999-5800
Facsimile: (212) 999-5801
Email: bwillen@wsgr.com

Attorneys for Defendants
Google LLC and YouTube, LLC

PETER OBSTLER, SBN 171623
M. CRIS ARMENTA, SBN 177403
ERIC M. GEORGE, SBN 166403
ELLIS GEORGE CIPOLLONE
O'BRIEN ANNAGUEY LLP
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697
Email: pobstler@egcfirm.com
Email: carmenta@egcfirm.com
Email: egeorge@egcfirm.com

Attorneys for Plaintiffs Kimberly
Carleste Newman, Lisa Cabrera,
Catherine Jones, Denotra Nicole Lewis,
Andrew Hepkins, Harvey Stubbs, Khalif
Muhammad, Keu Reyes, and Osiris Ley

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KIMBERLY CARLESTE NEWMAN, LISA CABRERA, CATHERINE JONES, DENOTRA NICOLE LEWIS, ANDREW HEPKINS, HARVEY STUBBS, KHALIF MUHAMMAD, KEU REYES, and OSIRIS LEY,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>GOOGLE LLC, YOUTUBE, LLC, and DOES 1 through 100, inclusive,<br>　　　　Defendants. | Case No. 3:20-cv-04011-VC<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME**<br><br>Before: Hon. Vince Chhabria<br>Courtroom: 4 |

Plaintiffs Kimberly Carleste Newman, Lisa Cabrera, Catherine Jones, Denotra Nicole Lewis, Andrew Hepkins, Harvey Stubbs, Khalif Muhammad, Keu Reyes, and Osiris Ley ("Plaintiffs") and Defendants Google LLC and YouTube, LLC ("Defendants") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows in the above-entitled lawsuit:

WHEREAS, on August 17, 2023, this Court granted Defendants' Motion to Dismiss Plaintiffs' Fifth Amended Class Action Complaint (Dkt. No. 158) and entered judgment of dismissal of this action (Dkt. No. 159);

WHEREAS, Defendants currently have until August 31, 2023 to file any Motion for Attorneys' Fees;

WHEREAS, counsel for the parties have met and conferred and the Parties have agreed that, subject to the approval of this Court, Defendants' time to file a Motion for Attorneys' Fees should be extended;

NOW, THEREFORE, based on the above stipulation, and pursuant to Civil Local Rule 7-12, the Parties respectfully ask that the time for Defendants to file a Motion for Attorneys' Fees shall be extended from August 31, 2023 until September 19, 2023.

DATED:  August 30, 2023                Respectfully submitted,

                                              ELLIS GEORGE CIPOLLONE O'BRIEN
                                              ANNAGUEY LLP

By:   */s/ M. Cris Armenta*
        M. CRIS ARMENTA
Attorneys for Plaintiffs Kimberly Carleste Newman, Lisa Cabrera, Catherine Jones, Denotra Nicole Lewis, Andrew Hepkins, Harvey Stubbs, Khalif Muhammad, Keu Reyes, and Osiris Ley


DATED:  August 30, 2023                Respectfully submitted,

                                              WILSON SONSINI GOODRICH & ROSATI
                                              Professional Corporation

By:   */s/ Lauren Gallo White*
        LAUREN GALLO WHITE
Attorneys for Defendants Google LLC and YouTube, LLC


## ATTORNEY ATTESTATION

I, Lauren Gallo White, am the ECF User whose ID and password are being used to file this document. In compliance with N.D. Cal. Civil L.R. 5-1(h)(3), I hereby attest that concurrence in the filing of this document has been obtained from each of the other Signatories.

                                                          By:   */s/ Lauren Gallo White*
                                                                 Lauren Gallo White


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


DATED:  September 5, 2023                _____
                                                                 Hon. Vince Chhabria
                                                                 United States District Court Judge